BEFORE THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 1:17-md-2800-TWT

IN RE EQUIFAX INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

CERTIFICATE OF SERVICE

    I hereby certify that on December 15, 2017, copies of Hovsep Hovsepyan's Appearance of Counsel for Plaintiffs Henan Louis Joof and Akop Sogomonyan will be provided via the CM/ECF System, which will provide electronic service notification to all counsel of record, registered as CM/ECF users, and by U.S. Mail on those parties who are not registered as CM/ECF users.

Dated: December 15, 2017                         **/s/ Hovsep Hovsepyan**

                                                **KAASS LAW**
                                                Hovsep Hovsepyan (SBN: 308522)
                                                313 E Broadway, # 944
                                                Glendale, CA 91209
                                                Phone: (310) 943-1171
                                                Fax: (310) 943-1172

                                                Counsel for Plaintiffs Henan L. Joof
                                                and Akop Sogomonyan