**BEFORE THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**Case No. 1:17-md-2800-TWT**

**IN RE EQUIFAX INC., CUSTOMER DATA**
**SECURITY BREACH LITIGATION**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2017, copies of Armen Kiramijyan's Appearance of Counsel for Plaintiffs Henan Louis Joof and Akop Sogomonyan will be provided via the CM/ECF System, which will provide electronic service notification to all counsel of record, registered as CM/ECF users, and by U.S. Mail on those parties who are not registered as CM/ECF users.

Dated: December 15, 2017                            **/s/ Armen Kiramijyan**

                                                                **KAASS LAW**
                                                                 Armen Kiramijyan (SBN: 276723)
                                                                 313 E Broadway, # 944
                                                                 Glendale, CA 91209
                                                                 Phone: (310) 943-1171
                                                                 Fax: (310) 943-1172

                                                                Counsel for Plaintiffs Henan L. Joof
                                                                and Akop Sogomonyan