AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | | |
|---|---|---|
| Andrew Galpern | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-MD-2800-TWT |
| Equifax, Inc., Trusted ID, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Galpern, Plaintiff

Date:   12/15/2017

/s/ Scott Edward Cole
*Attorney's signature*

Scott Edward Cole (SBN# 160744)
*Printed name and bar number*

Scott Cole & Associates, APC
1970 Broadway, Ninth Floor
Oakland, California 94612

*Address*

scole@scalaw.com
*E-mail address*

(510) 891-9800
*Telephone number*

(510) 891-7030
*FAX number*