UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

| | |
|---|---|
| Caprio v. Equifax, Inc., ) | |
|     D. Maryland, C.A. No. 1:17-03358 ) | MDL No. 2800 |
| Beck v. Equifax, Inc., ) | |
|     D. Maryland, C.A. No. 1:17-03359 ) | |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above actions (*Caprio* and *Beck*) on December 8, 2017.  The Panel has now determined that these actions were included on the conditional transfer order in error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on December 8, 2017, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel