IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC., CUSTOMER
DATA SECURITY BREACH
LITIGATION

MDL DOCKET NO. 2800
1:17md2800-TWT

I certify that today, December 21, 2017 that I personally e-mailed to all counsel on the attached list a copy of the Case Management Order No. 1.

/s/Jennifer Lee
Deputy Docket Clerk
United States District Court

| 2017 Case No. | Attorney | Email |
|---|---|---|
| 5058 | Jason R. Bristol | jbristol@crklaw.com |
| | William Novak | william@novak-law.com |
| 5059 | Andrew Grous | agrous@wilentz.com |
| 5060 | Christopher Ayers | cayers@seegerweiss.com |
| 5061 | Orin Kurtz | okurtz@gardylaw.com |
| | David Hartheimer | David@mhlaw-ny.com |
| 5062 | Philip Lawrence Fraietta | pfraietta@bursor.com |
| 5088 | Kendall J. Burr | kendall.burr@emhllp.com |
| | Troy D. Chandle | troy@chandlermcnulty.com |
| 5090 | Andrew Mark Stakelum | astakelum@kslaw.com |
| | Laura Kirrstine Rogers | krogers@stecklerlaw.com |
| | Bruce William Steckler | bruce@stecklerlaw.com |
| | R. Dean Gresham | dean@stecklerlaw.com |
| 5101 | Catherine Jura Fleming | Catherine@stritmatter.com |
| | Bradley Jerome Moore | Brad@stritmatter.com |
| | Ray W. Kahler | Ray@stritmatter.com |
| 5102 | Michael L. Burgess | mitch@burgesslawkc.com |
| | Phyliss A. Norman | phyllis@pnormanlaw.com |
| | Ralph K. Phalen | phalenlaw@yahoo.com |
| | Guillermo G. Zorogastua | gzorogastua@polsinelli.com |
| 5103 | Denis F. Sheils | dsheils@kohnswift.com |
| | Kevin Laukaitis | klaukaitis@kohnswift.com |
| 5125 | Andrew Grous | agrous@wilentz.com |