Scott Edward Cole, Esq. (S.B. #160744)
Corey Benjamin Bennett, Esq. (S.B. #267816)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: cbennett@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW GALPERN, individually, and on behalf of all others similarly situated, | Case No. 5:17-CV-05265-BLF |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF CHANGE OF COUNSEL** |
| EQUIFAX, INC., TRUSTED ID, INC., and DOES 1 through 100, inclusive, | |
| Defendant. | |

**TO THE CLERK OF THE COURT, THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to U.S. District Court, Northern District of California, Local Rule 5-1(c)(2) that attorney Kevin Francis Barrett has left the firm of SCOTT COLE & ASSOCIATES, APC, and has ceased to be involved in this case on behalf of defendant Amazon.com, LLC et.al. Kevin Francis Barrett should be removed from the docket and service list in this matter.

Dated: December 21, 2017        **SCOTT COLE & ASSOCIATES, APC**

                                By:   /s/ Scott Edward Cole
                                      Scott Edward Cole, Esq.
                                      Attorneys for the Representative Plaintiff
                                      and the Plaintiff Class

-1-
PLAINTIFF'S NOTICE OF CHANGE OF COUNSEL