# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CADY DAUGHTERY, MICHAEL NORRIS, JULIE RICHARDSON, BRIAN and JESSICA COX, TERRA WEAVER, and DAVID LE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>                Defendant. | Case No. 1:17-md-02800 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 of the Northern District of Georgia, Counsel for Plaintiffs Brian Cox and Jessica Cox, individually and on behalf of all others similarly situated, hereby file this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for the Plaintiffs certify that the following is a full and complete list of all the parties in this action, including any parent corporation and publicly held corporation that owns 10% or more of the stock of a party:

    -Cady Daugherty, Plaintiff

    -Michael Norris, Plaintiff

    -Julie Richardson, Plaintiff

    -Brian Cox, Plaintiff

-Jessica Cox, Plaintiff

-Terra Weaver, Plaintiff

-David Le, Plaintiff

-Equifax, Inc., Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

-All other potential class members identified in Plaintiffs' Class Action Complaint.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

-Benjamin A. Gastel, Attorney for Plaintiffs

-J. Gerard Stranch, IV, Attorney for Plaintiffs

-Michael G. Stewart, Attorney for Plaintiffs

-Alex G. Streett, Attorney for Plaintiffs

- James A. Streett, Attorneys for Plaintiffs

This 22nd day of December, 2017

*s/Benjamin A. Gastel*
Benjamin A. Gastel (Georgia Bar No 432776)
J. Gerard Stranch, IV (TN BPR #23045) (PHV forthcoming)
Michael G. Stewart (TN BPR# 16920) (PHV forthcoming)
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, Tennessee 37203
(615) 254-8801

gerards@bsjfirm.com
beng@bsjfirm.com

mikes@bsjfirm.com

*s/Alex G. Streett*_____
Alex G. Streett (65038, PHV forthcoming))
James A. Streett (2007092, PHV forthcoming)
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030
Fax: (479) 968-6253
Alex@StreettLaw.com
James@StreettLaw.com