# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASON MORRIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| EQUIFAX, INC., | ) ) |
| Defendant. | ) ) |

Case No. 1:17-md-2800-TWT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 of the Northern District of Georgia, Counsel for Plaintiff Jason Morris, individually and on behalf of all others similarly situated, hereby file this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Jason Morris, Plaintiff

    Equifax, Inc., Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    All other potential class members identified in Plaintiff's Class Action Complaint.

3. The undesigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Kevin S. Hannon, Attorney for Plaintiffs

Robert E. Caldwell Jr., Attorney for Plaintiffs

Submitted this 22nd day of December, 2017.

/s/ *Kevin S. Hannon*
Kevin S. Hannon
Colorado Bar No. 16015, *Pro Hac Vice*
**The Hannon Law Firm, LLC**
1641 Downing Street
Denver, Colorado 80218
Tel: (303) 861-8800
FAX: (303) 861-8855
khannon@hannonlaw.com

/s/ *Robert E. Caldwell Jr.*
Robert E. Caldwell Jr.
Colorado Bar No. 47385, PHV forthcoming
**Sawaya, Rose, McClure & Wilhite, P.C.**
1600 Ogden St.
Denver, CO 80218
Tel: (303) 839-1650
FAX: (303) 832-7102
Rcaldwell@sawayalaw.com

*Attorney for Plaintiff Jason Morris and the Class*