AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| IN RE: EQUIFAX, INC., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-md-02800-TWT |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jeremy Davis, Amanda Gurtis Davis, John Hughes, Peggy Christen and Joseph T. Coughlin   .

Date:   12/28/2017

/s/ Philip A. Tortoreti
*Attorney's signature*

Philip A. Tortoreti
*Printed name and bar number*

Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ  07095
*Address*

ptortoreti@wilentz.com
*E-mail address*

(732) 636-8000
*Telephone number*

(732) 726-6542
*FAX number*