UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 17-MD-2800-TWT |
| STEVE KLEIN and JOSEPH GERSHON BLIEBERG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INC., <br><br> Defendant. | Case No. 17-CV-5400-TWT |

## CERTIFICATE OF SERVICE

I, J. Alexander Hood II, hereby certify that on December 18, 2017 a copy of the Complaint (Dkt. No. 1), Court-executed Summons (Dkt. No. 2), Court Notice (Dkt. No. 3), Quality Control Check Notice (Dkt. No. 4), and Scheduling Order (Dkt. No. 5) was served by certified first-class mail upon the following defendant:

Equifax Inc.
Shawn Baldwin
1550 Peachtree Street, N.W.
Atlanta, GA 30309

The tracking number was 7015 0640 0003 2972 9272. Attached as Exhibit A is a true and correct copy of a service tracking report obtained from the United States Postal Service website. This service tracking report confirms that the Complaint (Dkt. No. 1), Court-executed Summons (Dkt. No. 2), Court Notice (Dkt. No. 3), Quality Control Check Notice (Dkt. No. 4), and

Scheduling Order (Dkt. No. 5) were successfully delivered to the service address of Equifax Inc. on December 18, 2017.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: December 28, 2017
New York, New York

                                        **POMERANTZ LLP**

                                        Jeremy A. Lieberman
                                        J. Alexander Hood
                                        600 Third Avenue
                                        20th Floor
                                        New York, NY 10016
                                        Phone: 212-661-1100
                                        Fax: 917-463-1044
                                        Email: jalieberman@pomlaw.com
                                        ahood@pomlaw.com

                                        **POMERANTZ LLP**
                                        Patrick V. Dahlstrom
                                        Ten South LaSalle Street, Suite 3505
                                        Chicago, Illinois 60603
                                        Phone: 312-377-1181
                                        Fax: 312-229-8811
                                        Email: pdahlstrom@pomlaw.com

                                        *Counsel for Plaintiff*

# Exhibit A

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000329729272

**Expected Delivery on**

**MONDAY**
**18** DECEMBER 2017 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

December 18, 2017 at 11:54 am
DELIVERED, FRONT DESK/RECEPTION
ATLANTA, GA 30309

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

December 18, 2017, 11:54 am
Delivered, Front Desk/Reception
ATLANTA, GA 30309
Your item was delivered to the front desk or reception area at 11:54 am on December 18, 2017 in ATLANTA, GA 30309.

December 18, 2017, 8:54 am
Arrived at Unit
ATLANTA, GA 30309

December 18, 2017, 12:43 am
Departed USPS Regional Facility
ATLANTA-PEACHTREE GA DISTRIBUTION CENTER

December 17, 2017, 2:46 pm
Arrived at USPS Regional Facility
ATLANTA-PEACHTREE GA DISTRIBUTION CENTER

December 17, 2017, 12:00 pm
In Transit to Destination
On its way to ATLANTA, GA 30309

December 16, 2017, 10:00 am
Arrived at USPS Regional Facility
ATLANTA GA DISTRIBUTION CENTER

December 15, 2017, 12:22 pm
In Transit to Destination
On its way to ATLANTA, GA 30309

December 14, 2017, 4:22 pm
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

---

**Product Information**                                                           ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

### The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTr

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)    (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)    (https://www.youtube.com/usps)