AO 458 (Rev. 06/09) Appearance of Counsel

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 29 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Cady Daughtery, et al,  )<br>*Plaintiff*  )<br>v.  )<br>Equifax, Inc  )<br>*Defendant*  ) | Case No.  1:17-md-02800 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cady Daughtery, Michael Norris, Julie Richardson, Brian and Jessica Cox, Terra Weaver, and David Le.

Date:  12/28/2017

*Michael G. Stewart*
*Attorney's signature*  Signed w/ permission (JS)

Michael G. Stewart (TN Bar No. 16920)
*Printed name and bar number*

Branstetter, Stranch & Jennings, PLLC
223 Rosa L Parks Ave. Suite 200
Nashville, TN 37203
*Address*

mikes@bsjfirm.com
*E-mail address*

(615) 254-8801
*Telephone number*

(615) 255-5419
*FAX number*



**BRANSTETTER STRANCH & JENNINGS PLLC**

CECIL D. BRANSTETTER, SR., 1920-2014
KARLA M. CAMPBELL
BEN GASTEL *
TRICIA HERZFELD *****
R. JAN JENNINGS *
JOE P. LENISKI, JR.
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

THE FREEDOM CENTER
223 ROSA L. PARKS AVENUE
SUITE 200
NASHVILLE, TENNESSEE 37203
TELEPHONE (615) 254-8801
FACSIMILE (615) 255-5419

ASSOCIATES:
GABRIEL G. GALLETTI ***
CALLIE K. JENNINGS
SEAMUS T. KELLY
ISAAC MILLER ******
ANTHONY A. ORLANDI ****
K. GRACE STRANCH

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

December 28, 2017

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 29 2017

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

**VIA FED EX**

Clerk of the Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *in re: Equifax, Inc., Customer Data Security Breach Litigation*
MDL Docket No. 2800; 1:17-md-02800-TWT

Dear Clerk:

Enclosed please find the original Notice of Appearance for attorney Michael G. Stewart on behave of Plaintiff's Cady Daughtery, Michael Norris, Julie Richardson, Brian and Jessica Cox, Terra Weaver, and David Le.

Once filed, please return the additional copy stamp filed to my office for our records. I have included a pre-paid postage envelope for your convenience.

Please do not hesitate to contact me should you have any questions.

Sincerely,

*[signature]*

Nicole Vandewalker
Paralegal

/nv

ENCLOSURE

\* ALSO ADMITTED IN GA
\*\* ONLY ADMITTED IN OH
\*\*\* ALSO ADMITTED IN NY
\*\*\*\* ALSO ADMITTED IN MA
\*\*\*\*\* ALSO ADMITTED IN WV AND FL
\*\*\*\*\*\* ALSO ADMITTED IN CA

12/28/2017                               FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.