AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| IN RE: EQUIFAX, INC., et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:17-md-02800-TWT |
|  | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff: Samuel Eppy

Date:   12/29/2017

/s/ Joshua H. Eggnatz
*Attorney's signature*

Joshua H. Eggnatz, Fla. Bar No.: 0067926
*Printed name and bar number*

5400 South University Drive, Davie, Florida, 33328

*Address*

JEggnatz@JusticeEarned.com
*E-mail address*

(954) 889-3359
*Telephone number*

(954) 889-5913
*FAX number*