UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 17-MD-2800-TWT |
| STEVE KLEIN and JOSEPH GERSHON BLIEBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC.,<br><br>Defendant. | Case No. 17-CV-5400-TWT |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Steve Klein and Joseph Gershon Blieberg.

Dated: December 29, 2017
New York, New York

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

{00263960;1}                                  1