AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN - 2 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-MD-02800-TWT |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUSTIN STABENOW and MARK ZELAKOWSKI

Date:   12/29/2017

/s/Jay P. Lechner
*Attorney's signature*

Jay P. Lechner, Florida Bar No. 0504351
*Printed name and bar number*

WHITTEL & MELTON, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
*Address*

lechnerj@thefllawfirm.com
*E-mail address*

(727) 822-1111
*Telephone number*

(727) 898-2001
*FAX number*



**WHITTEL & MELTON**

ONE PROGRESS PLAZA
200 CENTRAL AVENUE, SUITE 400
ST. PETERSBURG, FL 33701

TAMPA
FL 335
29 DEC '17
PM 7 L



$000.46
0000927008  DEC 29 2017
MAILED FROM ZIP CODE 33701

Richard B. Russell Federal Building
Clerk of Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

30303-331861