AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| IN RE EQUIFAX INC, Customer Data Security Breach ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> *Defendant* ) <br> ) | Case No.   17-MD-02800 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SEAN J. MARTIN, RICHARD SHANKEN, TONYA SHANKEN, and NANCY STABELL     .

Date:     01/03/2018

s/ W. Allen McDonald
*Attorney's signature*

W. Allen McDonald
*Printed name and bar number*
LACY, PRICE & WAGNER, P.C.
249 N. Peters Rd.
Suite 101
Knoxville, TN  37923
*Address*

amcdonald@lpwpc.com
*E-mail address*

(865) 246-0800
*Telephone number*

(865) 690-8199
*FAX number*