UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-MD-02800-TWT |
| CLINT THOMSON, JUSTIN WILLIAMS, and DEREK SELDERS individually and on behalf of all other similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>EQUIFAX INC.,<br><br>*Defendant.* | Case No. 1:17-CV-05443-TWT |

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiffs Clint Thomson, Justin Williams and Derek Selders individually and on behalf of all other similarly situated

Dated:  January 3, 2018            Respectfully submitted,

*/s/ Eric W. Buether*
Eric W. Buether
Texas State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:     (214) 466-1271
Facsimile:      (214) 635-1827