# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION THIS PLEADING RELATES TO ALL CASES | ) ) ) ) MDL Case No. 1:17-md-02800-TWT ) ) ) ) ) |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiffs Margaret Amadick, Jeannie Ball, Jennifer Ball, Thomas Greenwood, Robert Roehl, Constance Zasada, and Theodore Zasada, individually and on behalf of all others similarly situated.

Dated this 3rd day of January, 2018.

 Respectfully submitted,

 By: s/Thomas J. Lyons Jr.
 Thomas J. Lyons Jr., Esq.
 Attorney I.D. #: 0249646
 CONSUMER JUSTICE CENTER P.A.
 367 Commerce Court
 Vadnais Heights, MN 55127
 Telephone: 651-770-9707
 Facsimile: 651-704-0907
 tommy@consumerjusticecenter.com