# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

90.6385

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>Civil Action No. 1:17-md-2800-TWT |
| This document relates to:<br><br>RICHARD WITTENBERG and CLIFTON RALPH MESSER, JR. | Civil Action No.: 1:17-cv-05527-TWT |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Plaintiffs Richard Wittenberg and Clifton Ralph Messer, Jr.

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**

s/*Paul Berry Cooper, III*
PAUL BERRY COOPER, III
Tennessee bar #13196
Attorney for Plaintiffs Richard Wittenberg and Clifton Ralph Messer, Jr.
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
bcooper@mbbslaw.com

S:\ACTIVE FILES\6385.90\SUBSTANTIVE\Multi-district Litig\1-17-cv-05527\Notice of Appearance (Cooper).docx