UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAMPDEN KUHNS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INC., RICHARD F. SMITH and JOHN W. GAMBLE, JR.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-03463-TWT |

## [PROPOSED] ORDER

The December 8, 2017 Case Management Order No. 1 [Docs. 19 & 20] is hereby vacated as to the above-captioned case only.  This case (*Kuhns v. Equifax Inc.*, et al., Case No. 1:17-cv-03463) and its related case styled *Groover v. Equifax Inc.*, et al., Case No. 1:17-cv-04511 are not included within the consumer class action multidistrict litigation proceeding styled *In re Equifax, Inc., Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT, MDL No. 2800 (the "Consumer MDL") and shall proceed separately and independently from the Consumer MDL pending further contrary order of this Court.

SO ORDERED, this \_\_\_\_ day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE