AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In Re Equifax, Inc. Customer Data Security Breach Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Justin K. Bakko                                                                                      .

Date:   01/05/2018

/s/ Sharon S. Almonrode
*Attorney's signature*

Sharon S. Almonrode- MI Bar P33938
*Printed name and bar number*

The Miller Law Firm, P.C.
950 W. University Dr., Suite 300
Rochester, MI 48307
*Address*

ssa@millerlawpc.com
*E-mail address*

(248) 841-2200
*Telephone number*

(248) 652-2852
*FAX number*