UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 17-MD-2800-TWT |
| AMANDA JANAYE WHITE, and ROBERT HONANIAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>      Defendant. | Case No. 2:17-cv-07991 |

**NOTICE OF APPEARANCE**

To:    The clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Amanda Janaye White and Robert Honanian

DATED:  January 3, 2018
Los Angeles, CA

                                          Thomas V. Girardi
                                          GIRARDI | KEESE
                                          1126 Wilshire Boulevard
                                          Los Angeles, CA 90017
                                          Phone: 213-977-0211
                                          Fax: 213-481-1554
                                          Email: tgirardikeese.com