AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN - 4 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| DANIEL MARTIN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-md-02800-TWT |
| EQUIFAX, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Martin, individually and on behalf of all others similarly situated.

Date:   01/02/2018

_____
*Attorney's Signature*

David McMullan, Jr. (MSB No. 8494)
*Printed name and bar number*

404 Court Square N
P.O. Box 927
Lexington, MS 39095

*Address*

dmcmullan@barrettlawgroup.com
*E-mail address*

(662) 834-2488
*Telephone number*

(662) 834-2628
*FAX number*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has on this the 2nd day of January, 2018, been mailed to the Clerk of the Court for filing via U.S. Postal Service. Once the Clerk files the document, it will be served on all counsel of record via the Court's CM/ECF System.

_____
David McMullan, Jr.



# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr.
dmcmullan@barrettlawgroup.com

404 Court Square North
P.O. Box 927
Lexington, MS  39095
Tel: 662.834.2488
Fax: 662.834.2628

January 2, 2018

**_Sent via U.S. Postal Service_**
Mr. James Hatten, Clerk of the Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re: *In re Equifax, Inc., Customer Data Security Breach Litigation*; MDL Docket No. 2800; In the Northern District of Georgia

Dear Mr. Hatten:

      Please find enclosed the Appearance of Counsel form for David McMullan, Jr. to be filed in the above referenced case.

      Thank you for your time and assistance in this matter. If there is anything else needed, please feel free to contact me at (662) 834-7107.

      Sincerely,

      Nanci-Taylor Maddux, Paralegal
      ntmaddux@barrettlawgroup.com

Enclosure