# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## MOTION TO LIFT RESTRICTIONS ON MEDIA

Plaintiffs Consumers Cooperative Credit Union, Embark Credit Union, Numark Credit Union, Ravalli County Federal Credit Union, Association of Vermont Credit Unions, Inc., California Credit Union League, Indiana Credit Union League, League of Southeastern Credit Unions & Affiliates, Mississippi Credit Union League d/b/a Mississippi Credit Union Association, Montana Credit Union League, Mountain West Credit Union Association, Nevada Credit Union League, Pennsylvania Credit Union Association; Ohio Credit Union League, Virginia Credit Union League, Wright-Patt Credit Union, CASE Credit Union, Army Aviation Center Federal Credit Union, Greater Cincinnati Credit Union, Credit Union National Association, Georgia Credit Union League, SELCO Credit Union League, New York Credit Union Association, Gerber Federal Credit Union, Nebraska Credit Union League, Illinois Credit Union League, Minnesota Credit Union Network, and First Castle Federal Credit Union hereby respectfully move for an order pursuant to

LR 83.4, NDGa, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed in to the courthouse and used in the courtroom before, during and after the Status Conference and Hearing scheduled to take place on January 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. In support of their Motion, Plaintiffs state as follows:

1. Plaintiffs state they will follow LR 83.4 and its prohibition on taking photographs or operating recording devices during courtroom proceedings, Plaintiffs will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

2. Plaintiffs state that they will not operate any device outlined above in any public area where their operation is disruptive in any court proceeding.

3. Plaintiffs state that permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of

evidence or perpetuation of the record, in accordance with the purposes of LR 83.4.

4. As a result, Plaintiffs request that the following attorneys be allowed to bring electronic devices, including on of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on January 9, 2018:

Charles H. Van Horn, Esq.;

Thomas A. Withers, Esq.;

Anthony C. Lake. Esq.;

Joseph P. Guglielmo, Esq.;

Erin Green Comite, Esq.;

Jamisen A. Etzel, Esq.;

Bryan A. Fox, Esq.;

Kate M. Baxter-Kauf, Esq.;

Bryan L. Bleichner, Esq.;

Arthur M. Murray, Esq.;

Stephen B. Murray, Sr., Esq.;

Caroline W. Thomas, Esq.; and

Brian C. Gudmundson, Esq.

Counsel will bring proper identification upon entering the security station of the courthouse.

Respectfully submitted, this 8th day of January, 2018.

By: */s/Charles H. Van Horn*
Charles H. Van Horn
Ga. Bar No. 724710
BERMAN FINK VANHORN P.C.
3475 Piedmont Road, Suite 1100
Atlanta, GA 30305
Telephone: 404-261-7711
Facsimile: 404-233-1943
cvanhorn@bfvlaw.com

Thomas A. Withers
Ga. Bar No. 772250
GILLEN WITHERS & LAKE, LLC
8 E. Liberty Street Savannah, GA 31401
Telephone: 912.447.8400
Facsimile: 912.629-6347
   twithers@gwllawfirm.com

Anthony C. Lake
Ga. Bar No. 431149
GILLEN WITHERS & LAKE, LLC
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050 Atlanta,
   GA 30305
Telephone: 404.842.9700
Facsimile: 404.842.9750
   aclake@gwllawfirm.com

Joseph P. Guglielmo
Erin Green Comite
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

Gary F. Lynch
Jamisen A. Etzel
Bryan A. Fox
CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP

1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com
jetzel@carlsonlynch.com
bfox@carlsonlynch.com

Karen Hanson Riebel
Kate M. Baxter-Kauf
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612-339-0981)
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Bryan L. Bleichner
CHESTNUT CAMBRONNE
17 Washington Avenue North
Suite 300
Minneapolis,   MN 55401
Telephone:  612.339.7300
Facsimile: 612.336-2940
bbleichner@chestnutcambronne.com

Arthur M. Murray
Stephen B. Murray, Sr.
Caroline W. Thomas
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  504.525.8100
Facsimile: 504.584.5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Brian C. Gudmundson
ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis,   MN 55402
Telephone:  612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com


*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***MOTION TO LIFT RESTRICTIONS ON MEDIA*** with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

>Michael R. Smith, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NE
>Atlanta, Georgia 30309-35212
>Email:  mrsmith@kslaw.com

This, the 8th day of January, 2018.

>By: <u>*/s/Charles H. Van Horn*</u>
>Charles H. Van Horn
>BERMAN FINK VANHORN P.C.
>3475 Piedmont Road, Suite 1100
>Atlanta, GA  30305
>Telephone:  404-261-7711
>Facsimile: 404-233-1943
>cvanhorn@bfvlaw.com

962031