## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT RESTRICTIONS ON MEDIA

On January 8, 2018, Plaintiffs hereby respectfully moved for an order pursuant to LR 83.l4, NDGa, permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to be allowed into the courthouse and used in the courtroom before, during, and after the Status Conference and Hearing scheduled to take place on January 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United State Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. Based on all files and documents herein, that motion is GRANTED. Accordingly:

1. Counsel may use portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of LR 83.4.

2. Specifically, the following attorneys are permitted to bring in electronic devices, including one each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on January 9, 2018:

Charles H. Van Horn, Esq.;

Thomas A. Withers, Esq.;

Anthony C. Lake. Esq.;

Joseph P. Guglielmo, Esq.;

Erin Green Comite, Esq.;

Jamisen A. Etzel, Esq.;

Bryan A. Fox, Esq.;

Kate M. Baxter-Kauf, Esq.;

Bryan L. Bleichner, Esq.;

Arthur M. Murray, Esq.;

Stephen B. Murray, Sr., Esq.;

Caroline W. Thomas, Esq.; and

Brian C. Gudmundson, Esq.

3. Plaintiffs are prohibited from taking photographs or operating recording devices during courtroom proceedings.  Plaintiffs shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4. Plaintiffs shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

**IT IS SO ORDERED** this _____ day of January, 2018.

 

                    Honorable Thomas W. Thrash, Jr.
                    United States District Court
                    Northern District of Georgia

962064