IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | § § | Civil Action No. 1:17-md-02800-TWT |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Craig A. Gillen, and hereby files this Notice of Attorney Appearance in the above-captioned matter, pursuant to Rule 83.1 of the Local Rules for the Northern District of Georgia, hereby appearing as counsel in this matter on behalf of the following parties, individually and on behalf of a class of similarly situated financial institutions:

| Parties | Case No. |
|---|---|
| Army Aviation Center Federal Credit Union<br>Credit Union National Association<br>Greater Cincinnati Credit Union | 1:17-cv-03892-TWT |
| Atlantic City Federal Credit Union<br>Elements Financial Federal Credit Union<br>First Nebraska Credit Union, Putnam Bank<br>Wright-Patt Credit Union | 1:17-cv-05065-TWT |
| Bank of Louisiana<br>Aventa Credit Union<br>First Choice Federal Credit Union | 1:17-cv-03715-TWT |

1

| | |
|---|---|
| Consumers Cooperative Credit Union Association of Vermont Credit Unions, Inc. | 1:17-cv-04775-TWT |
| California Credit Union League | |
| Carolinas Credit Union | |
| Embark Credit Union | |
| Indiana Credit Union League | |
| League of Southeastern Credit Unions & Affiliates | |
| Mississippi Credit Union League | |
| Montana Credit Union League | |
| Mountain West Credit Union Association | |
| Nevada Credit Union League | |
| Numark Credit Union | |
| Pennsylvania Credit Union Association | |
| Ravalli County Federal Credit Union | |
| | |
| D.L. Evans Bank | 1:17-cv-05357-TWT |
| Texas First Bank | |
| | |
| Durand State Bank | 1:18-cv-00021-TWT |
| | |
| First Education Federal Credit Union | 1:17-cv-04184-TWT |
| ASI Federal Credit Union | |
| Michigan Credit Union League | |
| | |
| Gerber Federal Credit Union | 1:17-cv-04388-TWT |
| Illinois Credit Union League | |
| Minnesota Credit Union Network | |
| Nebraska Credit Union League | |
| New York Credit Union Association | |
| Ohio Credit Union League | |
| Oteen VA Federal Credit Union | |
| SELCO Community Credit Union | |
| Virginia Credit Union League | |

2

Heritage Federal Credit Union                    1:17-cv-05265-TWT
ICUL Service Corporation
Services Credit Union
UMassFive College Federal Credit Union

Respectfully submitted, this 8th day of January, 2018.

                                      **s/Craig A. Gillen**
                                      Craig A. Gillen, Esq.
                                        Georgia Bar No. 294838
                                        GILLEN WITHERS & LAKE, LLC
                                        One Securities Centre, Suite 1050
                                        3490 Piedmont Road, N.E.
                                        Atlanta, Georgia 30305
                                        Telephone:  (404) 842-9700
                                        Facsimile:  (404) 842-9750
                                        E-mail:     cgillen@gwllawfirm.com

3

## **CERTIFICATION**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B.

This 8th day of January, 2018.

**s/Craig A. Gillen**
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:      cgillen@gwllawfirm.com

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on this 8th day of January, 2018, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

**s/Craig A. Gillen**
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:       cgillen@gwllawfirm.com