# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No.: 1:17-md-2800-TWT |
| APRIL MARDOCK, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>          Defendant. | Case No.: 1:17-cv-3499-TWT |
| CURTIS ST. CLAIR, KYLE MCCLURE, JEREMIAH SMITH, COURTNEY D. SMITH, and JOSH RUPNOW, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>          Defendant. | Case No.: 1:17-CV-4792-TWT |

## **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE that, as of January 1, 2018, Milberg LLP, the firm name for the undersigned counsel is Milberg Tadler Phillips Grossman LLP.  The attorneys' phone number and address remain the same, but for a change in our address suite number:

Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
Suite 1920
New York, NY 10119

**Dated**: January 8, 2018

    Respectfully submitted,

    <u>/s/ Ariana J. Tadler</u>
    Ariana J. Tadler
    Andrei Rado
    Elizabeth McKenna
    Melissa Clark
    **MILBERG TADLER PHILLIPS GROSSMAN LLP**
    One Pennsylvania Plaza
    Suite 1920
    New York, New York 10119
    Telephone: (212) 594-5300
    Facsimile: (212) 868-1229
    atadler@milberg.com
    arado@milberg.com
    mclark@milberg.com
    emckenna@milberg.com

    *Attorneys for Plaintiffs April Mardock, Curtis St. Clair, Kyle McClure, Courtney D. Smith, and Josh Rupnow*