IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS PLEADING RELATES TO ALL CASES | )<br>)<br>)<br>)  MDL Case No. 1:17-md-02800-TWT<br>)<br>)<br>)<br>) |

**CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS' LIST OF AFFILIATED COMPANIES**

Financial Institution and Small Business Plaintiffs submit the following list of affiliated companies in compliance with Case Management Order No. 1, Doc. No. 23, entered on December 11, 2017.

### I. Financial Institutions

A. Plaintiffs

Alabama Teachers Credit Union

Alcoa Community Credit Union

Army Aviation Center Federal Credit Union

ASI Federal Credit Union

1

Association of Vermont Credit Unions, Inc.

Atlantic City Federal Credit Union

Aventa Credit Union

Bank of Louisiana

Bank of Ripley

Bank of Zachary

California Credit Union League

Carolinas Credit Union League

Consumers Cooperative Credit Union

Credit Union National Association

Elements Financial Federal Credit Union

Embark Credit Union

First Castle Federal Credit Union

First Choice Federal Credit Union

First Education Federal Credit Union

First Nebraska Credit Union

Fort McClellan Credit Union

Gerber Federal Credit Union

Greater Cincinnati Credit Union

Gulf Winds Federal Credit Union

Illinois Credit Union League

Independent Community Bankers of America

Indiana Credit Union League

League of Southeastern Credit Unions & Affiliates

Michigan Credit Union League

Minnesota Credit Union Network

Mississippi Credit Union Association

Montana Credit Union League

Mountain West Credit Union Association

Nebraska Credit Union League

Nevada Credit Union League

New York Credit Union Association

NuMark Credit Union

Ohio Credit Union League

Oteen VA Federal Credit Union

Pennsylvania Credit Union League

Putnam Bank

Ravalli County Federal Credit Union

SELCO Community Credit Union

Southwest Louisiana Credit Union

State Employees Federal Credit Union

Summit Credit Union

The First State Bank

Virginia Credit Union League

Wisconsin Credit Union League

Wright-Patt Credit Union

    B.  Affiliates

PB Bancorp, Inc.

Zachary Bancshares, Inc.

## II. Small Business Plaintiffs

    A. Plaintiffs

Chaselight, LLC, a Georgia limited liability company

Coastal Communications, LLC, a Texas limited liability company

Forest Express Properties, LLC, a Georgia limited liability company

Jelli Donuts, LLC, a Georgia limited liability company

Just Rev, LLC, a Georgia limited liability company

Kademi, LLC, a Mississippi limited liability company

Martin's Auto Repair, a Georgia partnership

Mojo Mama's LLC, a Missouri limited liability company

O'Dell & O'Neal, P.C., a Georgia professional corporation

O'Dell Properties, LLC, a Georgia limited liability company

One Cent Lane, LLC, a Georgia limited liability company

Pierce N Tell of Sarasota, LLC, a Florida limited liability company

Rafco, LLC, a Georgia limited liability company

Superior Services Investment Group, LLC, a Georgia limited liability company

The Mello Group, INC., a Delaware corporation

Young's Distributing Co., Inc., a Missouri corporation

    B.  Affiliates

None.

    This 8th day of January, 2018.

    Respectfully submitted,

/s/ David J. Worley
David J. Worley
Ga. Bar No. 776665
James M. Evangelista
Ga. Bar No. 707807
Kristi Stahnke McGregor
Ga. Bar No. 674012
**EVANGELISTA WORLEY, LLC**

5

8100A Roswell Road
Suite 100
Atlanta, GA 30350
Phone: (404)205-8400
Fax: (404)205-8395
david@ewlawllc.com
jim@ewlawllc.com
kristi@ewlawllc.com

David A. Bain
Georgia Bar No. 032449
**LAW OFFICES OF DAVID A. BAIN, LLC**
1230 Peachtree Street, NE
Suite 1050
Atlanta, GA 30309
Telephone: (404) 724-9990
Facsimile:   (404) 724-9986
dbain@bain-law.com

Kevin H. Sharp
**SANFORD HEISLER SHARP**
611 Commerce Street
Suite 3100
Nashville, TN 37203
(615) 434-7001
ksharp@sanfordheisler.com

Steven M. Shepard
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas
Floor 32
Telephone: (212) 729-2010
Facsimile: (212) 336-8340
New York, NY 10019
sshepard@susmangodfrey.com

*Counsel for Plaintiffs*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS' LIST OF AFFILIATED COMPANIES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: January 8, 2018                                    /s/ David J. Worley
                                                                      David J. Worley