IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS PLEADING RELATES TO ALL CASES | MDL Case No. 1:17-md-02800-TWT |

**CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS' LIST OF COUNSEL**

Consumer, Financial Institution and Small Business Plaintiffs hereby submit, in compliance with Case Management Order No. 1, Doc. No. 23, a List of Counsel on the attached Exhibit 1.

This 8th day of January, 2018.

                                      Respectfully submitted,

                                      /s/ David J. Worley
                                      David J. Worley
                                      Ga. Bar No. 776665
                                      James M. Evangelista
                                      Georgia Bar No. 707807
                                      Kristi Stahnke McGregor
                                      Ga. Bar No. 674012
                                      **EVANGELISTA WORLEY, LLC**

8100A Roswell Road
Suite 100
Atlanta, GA  30350
Phone: (404)205-8400
Fax: (404)205-8395
david@ewlawllc.com
jim@ewlawllc.com
kristi@ewlawllc.com

Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS' LIST OF COUNSEL**, along with all attachments, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated:  January 8, 2018                    /s/ David J. Worley
                                                              David J. Worley