# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
## IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 01/09/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:08 A.M.    COURT REPORTER: Susan Baker
TIME IN COURT: 1:03    DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: David Worley, Pitts Carr, Steve Susman, Mike McGlamry, Daniel Mirarchi, Nicholas Koluncich, Norman Seifon, Joseph Guglielmo spoke representing plaintiffs many others present.

David Balser, Phyllis Sumner, Stewart Haskins, Michael Smith, Warren Pope representing Equifax

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

PLEADINGS FILED IN COURT: Case Management Order # 2.

MINUTE TEXT: The Court advised counsel that they need to register and get cm/ecf password and login as all orders and notice are only sent electronically and will not be sent my mail to any attorney. Additionally that any proposed order allowing personal electronic devices needs to be sent to Ms. Sewell at least 2 business days prior to any future hearing/conference held. The Court advised that he had received and reviewed the parties preliminary reports submitted exparte and they were very helpful in educating him. The Court followed the Proposed Agenda for the Initial Conference . The Court discussed and heard from any counsel that wished to address the proposed CMO #2 and then signed. Leadership Applications are due 2/2/2018 and are to be filed on the public docket. A page limit of 25 was set with no more than an additional 50 pages for any attachment. No replies to be filed, the court will set a hearing on leadership application if necessary. The Court heard from counsel on the

Securities Fraud cases and advised that he will discuss with Judge Duffey. The next status conference in this case will be scheduled after the plaintiffs leadership appointments are made.

HEARING STATUS:   Hearing Concluded