# Exhibit 1B

# Plaintiffs' Counsel Table

## SMALL BUSINESS CASES

*In re: Equifax, Inc., Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

MDL No. 2800

| Case Name | Case Number | Original Court | Local Counsel | Plaintiffs' Counsel & Contact Information | Email Addresses | Consumer, Financial or Small Business | Transfer Status |
|---|---|---|---|---|---|---|---|
| *Kademi, LLC et al v. Equifax, Inc.* | 1:17-cv-03886 | Northern District of Georgia | The Doss Firm, LLC | Jason R. Doss<br>Samuel T. Brannan<br>The Doss Firm, LLC<br>36 Trammell Street, Suite 101<br>Marietta, GA 30066<br>770-578-1314 | jasondoss@dossfirm.com<br>stbrannan@dossfirm.com | Small Business | |
| *O'Dell Properties, LLC et al v. Equifax, Inc.* | 1:17-cv-03618 | Northern District of Georgia | The Doss Firm, LLC | Jason R. Doss<br>Samuel T. Brannan<br>The Doss Firm, LLC<br>36 Trammell Street, Suite 101<br>Marietta, GA 30066<br>770-578-1314 | jasondoss@dossfirm.com<br>stbrannan@dossfirm.com | Small Business | |