AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN - 5 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| THOMSON ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-CV-05443-TWT |
| EQUIFAX INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Clint Thomson, et al. (MDL Docket No. 2800)

Date:     01/02/2018

*Attorney's signature*

Brian A. Carpenter - TX Bar 03840600
*Printed name and bar number*

Buether Joe & Carpenter, LLC
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
*Address*

Brian.Carpenter@BJCIPLaw.com
*E-mail address*

(214) 466-1273
*Telephone number*

(214) 635-1829
*FAX number*