# UNITED STATES DISTRICT COURT
для the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN -8 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Drew Martin, et al.
*Plaintiff*
v.
Equifax Inc., et al.
*Defendant*

Case No. 1:18-cv-00038

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Drew Martin, et al.

Date: 01/04/2018

*Rebecca Langston*
*Attorney's signature*

Rebecca M. Langston, MS Bar No. 99608
*Printed name and bar number*
Langston & Langston, PLLC
201 E. Capitol St., Suite 1205
Jackson, MS 39201

*Address*

greta@langstonlawyers.com
*E-mail address*

(601) 969-1356
*Telephone number*

(601) 968-3866
*FAX number*