AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN -8 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Jennifer Whitfill, et al.
*Plaintiff*
v.
Equifax, Inc., et al.
*Defendant*

Case No. 1:17-cv-05490-TWT

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Jennifer Whitfill, et al.

Date:   01/03/2018

_____
*Attorney's signature*

Rebecca M. Langston, MS Bar No. 99608
*Printed name and bar number*

Langston & Langston, PLLC
201 E. Capitol St., Suite 1205
Jackson, MS 39201
*Address*

rebecca@langstonlawyers.com
*E-mail address*

(601) 969-1356
*Telephone number*

(601) 968-3866
*FAX number*