AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN -8 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Drew Martin, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00038 |
| Equifax Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Drew Martin, et al.

Date:  01/04/2018

*Attorney's signature*

Greta L. Kemp, MS Bar No.103672
*Printed name and bar number*
Langston & Langston, PLLC
201 E. Capitol St., Suite 1205
Jackson, MS 39201

*Address*

greta@langstonlawyers.com
*E-mail address*

(601) 969-1356
*Telephone number*

(601) 968-3866
*FAX number*