# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: THE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS PLEADING RELATES TO ALL CASES | ) ) ) ) ) ) ) ) ) ) MDL Case No. 1:17-md-02800-TWT |

## CORRECTED CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS' LIST OF COUNSEL

Consumer, Financial Institution and Small Business Plaintiffs hereby submit, in compliance with Case Management Order No. 1, Doc. No. 23, a Corrected List of Counsel on the attached Exhibit 1.

This 10th day of January, 2018.

        Respectfully submitted,

        /s/ David J. Worley
        David J. Worley
        Ga. Bar No. 776665
        James M. Evangelista
        Georgia Bar No. 707807
        Kristi Stahnke McGregor
        Ga. Bar No. 674012
        **EVANGELISTA WORLEY, LLC**

8100A Roswell Road
Suite 100
Atlanta, GA  30350
Phone: (404)205-8400
Fax: (404)205-8395
david@ewlawllc.com
jim@ewlawllc.com
kristi@ewlawllc.com

Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **CORRECTED CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS' LIST OF COUNSEL**, along with the attached Exhibit 1, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Dated:  January 10, 2018                     /s/ David J. Worley
                                             David J. Worley