UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC.,                                      Case No. 1:17-md-2800-TWT
CUSTOMER DATA BREACH LITIGATION

_____/

IMTIYAZ DHUKA, ABUZAR DHUKKA,
KEVIN PUTEGNAT, NYDIA PUTEGNAT,         Case No. 17-cv-05463-TWT
MUMTAZ MAREDIA, and IMTIAZ
MAREDIA, individually and on behalf of all
other similarly situated,

        Plaintiffs,

vs.

EQUIFAX, INC.,

        Defendant.
_____/

### NOTICE OF APPEARANCE

TO:   Clerk of the Court
      Counsel of Record

      I am admitted or otherwise authorized to practice in this Court, and I appear in this

case as counsel for:  Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat,

Mumtaz Maredia, and Imtiaz Maredia.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

/s/ Andrew Kochanowski
Andrew Kochanowski
(MI Bar No. P55117)
One Towne Square, Suite 1700
Southfield, MI 48076
Tel:  (248) 746-4068
Fax: (248) 936-2140
Email: akochanowski@sommerspc.com

Dated: January 10, 2018

## CERTIFICATE OF SERVICE

I certify that on January 10, 2018, I electronically filed the forgoing paper with the

Clerk of the Court using the ECF system which will send notification of such filing to all

counsel of record on the ECF Service List.

/s/ Andrew Kochanowski
Andrew Kochanowski
Sommers Schwartz, P.C.