UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC.,<br>CUSTOMER DATA BREACH LITIGATION<br>_____/ | Case No. 1:17-md-2800-TWT |
| IMTIYAZ DHUKA, ABUZAR DHUKKA, KEVIN PUTEGNAT, NYDIA PUTEGNAT, MUMTAZ MAREDIA, and IMTIAZ MAREDIA, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EQUIFAX, INC.,<br><br>    Defendant.<br>_____/ | Case No. 17-cv-05463-TWT |

## NOTICE OF APPEARANCE

TO: Clerk of the Court
      Counsel of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE ● SUITE 1700 ● SOUTHFIELD, MICHIGAN 48076 ● (248) 355-0300

<div style="margin-left: 50%;">

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

/s/ Sarah L. Rickard
Sarah L. Rickard
(MI Bar No. P78767)
One Towne Square, Suite 1700
Southfield, MI 48076
Tel: (248) 415-3171
Fax: (248) 936-2111
Email: srickard@sommerspc.com

</div>

Dated: January 10, 2018

## CERTIFICATE OF SERVICE

I certify that on January 10, 2018, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record on the ECF Service List.

<div style="margin-left: 50%;">

/s/ Sarah L. Rickard
Sarah L. Rickard
Sommers Schwartz, P.C.

</div>