AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| SANJAY KUMAR RAJPUT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-CV-05217-TWT |
| EQUIFAX, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sanjay Kumar Rajput     .

Date:   01/10/2018

/s/ Richard P. Rouco
*Attorney's signature*

Richard P. Rouco (ASB-6182-R76R)
*Printed name and bar number*

Quinn, Connor, Weaver, Davies & Rouco LLP
2 - 20th Street North, Suite 930
Birmingham, AL  35203
*Address*

rrouco@qcwdr.com
*E-mail address*

(205) 870-9989
*Telephone number*

(205) 803-4143
*FAX number*