AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 10 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Date Security Bre  )<br>*Plaintiff*  )<br>v.  )<br>_____  )<br>*Defendant*  ) | Case No.   17-md-2800-TWT |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Marc LaGasse and Andrea E. Petrungaro

Date:   01/09/2018

/s/ Steven M. Shepard
*Attorney's signature*

Steven M. Shepard, Bar No.:5291232
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
*Address*

sshepard@susmangodfrey.com
*E-mail address*

(212) 729-2010
*Telephone number*

(212) 336-8340
*FAX number*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has on this date January 9, 2018 been mailed to the Clerk of the Court for filing via Federal Express overnight delivery. Once the Clerk files the document, it will be served on all counsel of record via the Court's CM/ECF system.

*s/ Steven M. Shepard*