# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) Case No.: 1:17-md-2800-TWT |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

I am admitted to or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs April Mardock, Curtis St. Clair, Kyle McClure, Courtney D. Smith, and Josh Rupnow.

**Dated**: January 9, 2018

Respectfully submitted,

*/s/ Elizabeth McKenna*
Elizabeth McKenna
*Pro Hac Vice*
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
emckenna@milberg.com
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorney for Plaintiffs April Mardock, Curtis St. Clair, Kyle McClure, Courtney D. Smith, and Josh Rupnow*