FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 10 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) Case No.: 1:17-md-2800-TWT |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

I am admitted to or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs April Mardock, Curtis St. Clair, Kyle McClure, Courtney D. Smith, and Josh Rupnow.

**Dated**: January 9, 2018

Respectfully submitted,

*Melissa Ryan Clark*
Melissa Ryan Clark
*Pro Hac Vice*
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
mclark@milberg.com
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorney for Plaintiffs April Mardock, Curtis St. Clair, Kyle McClure, Courtney D. Smith, and Josh Rupnow*