IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE; EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NO. 1:17md2800-TWT <br><br> ALL CASES |

O R D E R

The Court schedules a hearing on Applications for Leadership Appointments for February 9, 2018 at 10:00 a.m., Courtroom 2108

SO ORDERED, this 12th day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

17md2800 hearing leadership appointment.wpd