IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 12 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ANECA FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | CIVIL NO.: 1:17-cv-05473-TWT |
| v. ) ) | |
| EQUIFAX, INC., and EQUIFAX INFORMATION SERVICES LLC, ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Virginia M. Buchanan, Esq. of the Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. law firm is appearing as additional counsel for Plaintiff and should be added to all service lists in this action and copies of any and all pleadings, motions, and other papers should be served on the undersigned.

Dated: January 10, 2018.

Respectfully submitted,

_____
Virginia M. Buchanan
Florida Bar No. 793116
**LEVIN PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Tel.: (850) 435-7023
Fax: (850) 436-6023
Email: vbuchanan@levinlaw.com
Email: stouchstone@levinlaw.com

Michael L. McGlamry
GA Bar No. 492515
N. Kirkland Pope
GA Bar No. 584255
**POPE McGLAMRY, P.C.**
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
Fax: (404) 524-1648
E-mail: efile@pmkm.com

Chris T. Hellums (ASB-5583-L73C)
Jonathan S. Mann (ASB-1083-A36M)
**PITTMAN DUTTON & HELLUMS, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: chrish@pittmandutton.com
Email: jonm@pittmandutton.com

Ranse Partin
GA Bar No. 556260
**CONLEY GIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, GA 30327
Tel: (404) 809-2591
Fax: (404) 467-1166
Email: ranse@conleygriggs.com

Douglas A. Dellaccio, Jr.
**CORY WATSON**
2131 Magnolia Ave. S.
Birmingham, AL 35205
Tel: (205) 271-7120
Fax: (205) 324-7896

Email: ddellaccio@corywatson.com

LeeAnn Jones
GA Bar No. 402440
Rachael Lee Zichella
GA Bar No. 141532
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
Emails: ljones@taylorenglish.com
rzichella@taylorenglish.com

Robert N. Kaplan
**KAPLAN FOX**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com

*Attorneys for Plaintiff*

3