FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-MD-02800-TWT |
| CLINT THOMSON, JUSTIN WILLIAMS, and DEREK SELDERS individually and on behalf of all other similarly situated, *Plaintiffs*, v. EQUIFAX INC., *Defendant.* | Case No. 1:17-CV-05443-TWT |

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiffs Clint Thomson, Justin Williams and Derek Selders individually and on behalf of all other similarly situated

Dated: January 8, 2018

Respectfully submitted,

*/s/ Kenneth P. Kula*
Kenneth P. Kula
Ken.Kula@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:   (214) 730-5660
Facsimile:   (972) 707-1248