UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION
Sathue v. Equifax Information Services LLC,    )
    N.D. New York, C.A. No. 1:18-00006    )    MDL No. 2800

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sathue*) on January 9, 2018. In the absence of any opposition, the conditional transfer order was finalized with respect to *Sathue* on January 17, 2018. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order has yet to be filed in the Northern District of Georgia. The Panel has now been advised that, pursuant to a notice of voluntary dismissal, *Sathue* was dismissed in the Northern District of New York on January 10, 2018.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" filed on January 9, 2018, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 17 2018

James N. Hatten, Clerk
By: *[signature]*
Deputy Clerk