IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 16 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| In re: Equifax, Inc., Customer Data Security Breach Litigation | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>ALL ACTIONS |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Benjamin F. Johns of Chimicles & Tikellis LLP, in the above-captioned matter, as counsel for Plaintiffs Joseph M. Kuss and Stacy Markowitz (plaintiffs in the case *Kuss, et al. v. Equifax, Inc.*, No. 1:17-cv-3436 (N.D. Ga.)).

Dated: January 10, 2018                         Respectfully submitted,

                                                /s/ *Benjamin F. Johns*
                                                Benjamin F. Johns

                                                Benjamin F. Johns
                                                CHIMICLES & TIKELLIS, LLP
                                                361 West Lancaster Ave
                                                One Haverford Centre
                                                Haverford, PA 19041
                                                (610) 642-8500
                                                bfj@chimicles.com