IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 16 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE EQUIFAX, INC.<br>CUSTOMER DATA SECURITY<br>BREACH LITIGATION | Case No.: 1:17-md-2800-TWT |

## APPEARANCE OF COUNSEL

TO:  The Clerk of the Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Victor Zamora.

Dated: January 9, 2018

Respectfully submitted,

_____
Joseph I. Marchese

**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorney for Plaintiff Victor Zamora*