Rosanne L. Mah (SBN: 242628)
rmah@finkelsteinthompson.com
Of Counsel to
FINKELSTEIN THOMPSON LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (415) 754-5648
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Attorneys for Individual and Representative
Plaintiff Malcolm B. Feied

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To All Cases | 1:17-cv-05345<br>MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE THAT Mila F. Bartos, State Bar No. 464227, an attorney duly admitted to the D.C. Bar, and a partner at Finkelstein Thompson LLP, hereby appears as counsel for Individual and Representative Plaintiff Malcolm B. Feied.

Counsel respectfully requests to be served with all notices and papers filed in the above-captioned action through the Court's CM/ECF system and/or at the following office and/or email address:

Mila F. Bartos (SBN: 464227)
mbartos@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC  20016

---

NOTICE OF APPEARANCE OF
ROSANNE L. MAH

1

Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Respectfully submitted,

Date: January 23, 2018     By: __/s/ Rosanne L. Mah_____
                               Rosanne L. Mah (SBN: 242628)
                               rmah@finkelsteinthompson.com
                               Of Counsel to
                               FINKELSTEIN THOMPSON LLP
                               100 Pine Street, Suite 1250
                               San Francisco, California 94111
                               Direct Telephone: (415) 754-5648
                               Telephone: (415) 398-8700
                               Facsimile: (415) 398-8704

                               Counsel for Individual and Representative
                               Plaintiff Malcolm B. Feied

---

NOTICE OF APPEARANCE OF COUNSEL            2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on January 23, 2018 via the Court's CM/ECF system.

/s/ Rosanne L. Mah