UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION
    Casper v. Equifax Inc,                                   )
        M.D. North Carolina, C.A. No. 1:17-01004  )          MDL No. 2800

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

       A conditional transfer order was filed in this action (*Casper*) on January 4, 2018. A copy of the order was mailed to the *pro se* plaintiff via U.S. Mail on that date. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Casper* was lifted on January 12, 2018, and the action was transferred to the Northern District of Georgia.

       Subsequently, on January 24, 2018, the Panel received a notice of opposition from plaintiff via facsimile. Plaintiff states that he did not receive a copy of the conditional transfer order until January 22, 2018. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer. The Panel will also construe plaintiff's several-page opposition as his motion and supporting brief to vacate the conditional transfer order.

       IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-5" filed on January 4, 2018, is REINSTATED. Plaintiffs' notice of opposition and motion and supporting brief are deemed filed as of the date of this order.

FOR THE PANEL:

*Jeffery N. Luthi*
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 2 4 2018

James N. Hatten, Clerk
By: *M. Callier*
Deputy Clerk