AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| In Re Equifax, Inc., Customer Data Security Breach Litigation | ) ) ) ) ) ) | Case No. 1:17-MD-2800-TWT |
|---|---|---|
| Plaintiff | | |
| v. | | |
| Defendant | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Meyers, Judy Meyers, and Karl Gordon Eikost, individually and on behalf of those similarly situated (Northern District of Illinois, Eastern Division, Court No. 1:17-cv-6652)

Date: 01/24/2018

_____
Attorney's signature

William T. Gibbs
Printed name and bar number
33 North Dearborn Street, 21st Floor
Chicago, IL 60602

Address

wtg@corboydemetrio.com
E-mail address

(312) 346-3191
Telephone number

(312) 346-5562
FAX number