Rosanne L. Mah (SBN: 242628)
rmah@finkelsteinthompson.com
Of Counsel to
FINKELSTEIN THOMPSON LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (415) 754-5648
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Attorneys for Individual and Representative
Plaintiff Malcolm B. Feied

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To All Cases | 1:17-cv-05345<br>MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
|---|---|

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE THAT Rosalee B.C. Thomas, State Bar No. 492770, an attorney duly admitted to the D.C. Bar, and a partner at Finkelstein Thompson LLP, hereby appears as counsel for Individual and Representative Plaintiff Malcolm B. Feied.

Counsel respectfully requests to be served with all notices and papers filed in the above-captioned action through the Court's CM/ECF system and/or at the following office and/or email address:

Rosalee B.C. Thomas (SBN: 492770)
rbcthomas@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC  20016

1  Telephone: (202) 337-8000
   Facsimile: (202) 337-8090

2

3                                    Respectfully submitted,

4  Date: January 25, 2018          By:   /s/ Rosanne L. Mah
                                      Rosanne L. Mah (SBN: 242628)
5                                     rmah@finkelsteinthompson.com
                                      Of Counsel to
6                                     FINKELSTEIN THOMPSON LLP
                                      100 Pine Street, Suite 1250
7                                     San Francisco, California 94111
                                      Direct Telephone: (415) 754-5648
8                                     Telephone: (415) 398-8700
                                      Facsimile: (415) 398-8704
9

10                                    Counsel for Individual and Representative
                                      Plaintiff Malcolm B. Feied
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   _____
   NOTICE OF APPEARANCE OF            2
28 COUNSEL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on January 25, 2018 via the Court's CM/ECF system.

/s/ Rosanne L. Mah

NOTICE OF APPEARANCE OF
ROSANNE L. MAH

1