IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT<br><br>ALL ACTIONS |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs: Shervon Flores, Elio Guzman, Ellen Lamb, Owen Lamb, Thomas Lamb Jose Perez, Tenku Ruff, and George Wolff, (plaintiffs in the *Flores, et al. v. Equifax, Inc.* Case No. 1:17-cv-07088 (S.D. NY)).

Dated:  January 26, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Shelly L. Friedland*
　　　　　　　　　　　　　　　　　　　　　　　Shelly L. Friedland

　　　　　　　　　　　　　　　　　　　　　　　Shelly L. Friedland
　　　　　　　　　　　　　　　　　　　　　　　TRIEF & OLK
　　　　　　　　　　　　　　　　　　　　　　　150 East 58th Street
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10155
　　　　　　　　　　　　　　　　　　　　　　　sfriedland@triefandolk.com
　　　　　　　　　　　　　　　　　　　　　　　Tele. 212-486-6060
　　　　　　　　　　　　　　　　　　　　　　　Fax. 212-317-2946