IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT<br><br>ALL ACTIONS |

**APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs: Shervon Flores, Elio Guzman, Ellen Lamb, Owen Lamb, Thomas Lamb Jose Perez, Tenku Ruff, and George Wolff, (plaintiffs in the *Flores, et al. v. Equifax, Inc.* Case No. 1:17-cv-07088 (S.D. NY)).

Dated: January 26, 2018                        Respectfully submitted,

                                                    */s/ Ted Trief*
                                                    Ted Trief

                                                    Ted Trief
                                                   TRIEF & OLK
                                                   150 East 58th Street
                                                   New York, New York 10155
                                                   sfriedland@triefandolk.com
                                                   Tele. 212-486-6060
                                                   Fax. 212-317-2946