

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 25 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>Case No. 1:17-md-2800-TWT |
| MICHAEL IRWIN, individually and on behalf of all other similarly situated California citizens,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., a Georgia corporation,<br><br>Defendant. | Case No. 1:17-cv-05360-TWT |

**NOTICE OF APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for MICHAEL IRWIN.

Date: January 16, 2018

/s/Ashley M. Romero
Ashley M. Romero

CA Bar No. 286251
Attorney for Michael Irwin
**Derek G. Howard Law Firm, Inc.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419
Email: ashley@dhowlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I mailed via United States Postal Service Notice of Appearance of Counsel to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notifications for such filing to attorneys of record for this matter.

Date: January 12, 2018

/s/Derek G. Howard
Derek G. Howard

CA Bar No. 118082
Attorney for Michael Irwin
**Derek G. Howard Law Firm, Inc.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419
Email: derek@dhowlaw.com