# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---------------------------------------------------------X

IN RE EQUIFAX, INC. CUSTOMER
DATA SECURITY BREACH                    MDL Docket No.: 2800
LITIGATION                              1:17-2800-TWT

---------------------------------------------------------X

## NOTICE OF ATTORNEY APPEARANCE

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

GARY S. GRAIFMAN, hereby files this Notice of Attorney Appearance in the above-captioned matter, appearing as counsel in this matter on behalf of the following parties, individually and on behalf of a class of similarly situated individuals:

| Parties | Case No. |
|---|---|
| Michael Gottesman, Solomon Hesney, Elizabeth Chakan, and David Pollak | 1:17-Cv-03498-ELR |
| William Thomas McHenry and Alison Suzanne McHenry | 1:17-cv-03582-SCJ |

**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**

/s/  Gary S. Graifman
Gary S. Graifman
747 Chestnut Ridge Road

Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Fax: (845) 356-4335
ggraifman@kgglaw.com

## **CERTIFICATE**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 Point) approved by the Court in Local Civil Rule 5.1B.

This 29th day of January, 2018.

/s/  Gary S. Graifman
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel:  (845) 356-2570
Fax:  (845) 356-4335
ggraifman@kgglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 29th day of January, 2018, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

/s/  Gary S. Graifman
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel:  (845) 356-2570
Fax:  (845) 356-4335
ggraifman@kgglaw.com