

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE EQUIFAX, INC., CUSTOMER
DATA SECURITY BREACH
LITIGATION

MDL DOCKET NO. 2800
1:17-md-2800-TWT

ALL CASES

## CASE MANAGEMENT ORDER NO. 1

It appearing that this case may merit special attention as complex litigation, the court ORDERS:

1. Initial Conference. The court will hold the initial case management conference on January 9, 2018, at 10:00 a.m. in Courtroom 2108, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

(a) Attendance. To minimize costs and facilitate a manageable conference, parties are not required to attend the conference, and parties with similar interests are expected to agree to the extent practicable on a single attorney to act on their joint behalf at the conference. Mr. David Worley will make arrangements for others to monitor the conference by telephone. A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during

T:\ORDERS\17\In re Equifax\case management.wpd