IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>Case No. 1:17-md-2800-TWT |
| KRISTINE BOBBITT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | Case No. 1:18-cv-00142 |

## NOTICE OF APPEARANCE OF COUNSEL

To: To Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel of Kristine Bobbitt.

Date: January 29, 2018

s/ Brian LaCien
Brian LaCien

IL Bar No. 6277840
Attorney for Kristine Bobbitt
Power Rogers & Smith, LLP
70 W. Madison Street, 55th Floor
Chicago, IL 60602
Telephone: 312-236-9381
Facsimile: 312-236-0920
Email: blacien@prslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, I electronically filed this Certificate of Service and Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                    s/ Brian LaCien
                                    Brian LaCien

                                    IL Bar No. 6277840
                                    Attorney for Kristine Bobbitt
                                    Power Rogers & Smith, LLP
                                    70 W. Madison Street, 55th Floor
                                    Chicago, IL 60602
                                    Telephone: 312-236-9381
                                    Facsimile: 312-236-0920
                                    Email: blacien@prslaw.com