## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 1:17-2800-TWT |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Joseph P. Guglielmo, and hereby files this Notice of Attorney Appearance in the above-captioned matter, pursuant to Rule 83.1 of the Local Rules for the Northern District of Georgia, hereby appearing as counsel in this matter on behalf of the following parties, individually and on behalf of a class of similarly situated financial institutions:

| Parties | Case No |
|---|---|
| Army Aviation Center Federal Credit Union<br>Credit Union National Association<br>Greater Cincinnati Credit Union | 1:17-cv-03892-TWT |
| Atlantic City Federal Credit Union<br>Elements Financial Federal Credit Union<br>First Nebraska Credit Union, Putnam Bank<br>Wright-Patt Credit Union | 1:17-cv-05065-TWT |
| Bank of Louisiana<br>Aventa Credit Union<br>First Choice Federal Credit Union | 1:17-cv-03715-TWT |

Consumers Cooperative Credit Union                          1:17-cv-04775-TWT
Association of Vermont Credit Unions, Inc.
California Credit Union League
Carolinas Credit Union
Embark Credit Union
Indiana Credit Union League
League of Southeastern Credit Unions & Affiliates
Mississippi Credit Union League
Montana Credit Union League
Mountain West Credit Union Association
Nevada Credit Union League
Numark Credit Union
Pennsylvania Credit Union Association
Ravalli County Federal Credit Union

D.L. Evans Bank                                            1:17-cv-05357-TWT
Texas First Bank

First Education Federal Credit Union                       1:17-cv-04184-TWT
ASI Federal Credit Union
Michigan Credit Union League

Gerber Federal Credit Union                                1:17-cv-04388-TWT
Illinois Credit Union League
Minnesota Credit Union Network
Nebraska Credit Union League
New York Credit Union Association
Ohio Credit Union League
Oteen VA Federal Credit Union
SELCO Community Credit Union
Virginia Credit Union League

Heritage Federal Credit Union                              1:17-cv-05265-TWT
ICUL Service Corporation
Services Credit Union
UMassFive College Federal Credit Union

| | |
|---|---|
| Independent Community Bankers of America<br>The First State Bank<br>Bank of Zachary | 1:17-cv-04756-TWT |
| Durand State Bank | 1:18-cv-00021-TWT |
| Sky Federal Credit Union<br>MD/DC Credit Union Association | 1:18-cv-00094-TWT |
| First Financial Credit Union<br>Halliburton Employees' Federal Credit Union<br>Seven Seventeen Credit Union<br>Credit Union League of Connecticut | 1:18-cv-00315-TWT |
| Jonah Bank of Wyoming | 1:18-cv-000316-TWT |

Respectfully submitted this 29th day of January, 2018

**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**

/s Joseph P. Guglielmo
Joseph P. Guglielmo
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212-223-6444
Fax:  212-223-6334
jguglielmo@scott-scott.com

**CERTIFICATE**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B.

This 29th day of January, 2018.

/s Joseph P. Guglielmo
Joseph P. Guglielmo
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212-223-6444
Fax:  212-223-6334
jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 29th day of January, 2018, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

/s Joseph P. Guglielmo
Joseph P. Guglielmo
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212-223-6444
Fax:  212-223-6334
jguglielmo@scott-scott.com