AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Atlantic City Federal Credit Union, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-05065-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Atlantic City Federal Credit Union, Elements Financial Federal Credit Union, First Nebraska Credit Union, Putnam Bank, and Wright-Patt Credit Union

Date: 1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Bank of Louisiana, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  1:17-cv-03715-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Bank of Louisiana, Aventa Credit Union, and First Choice Federal Credit Union                    .

Date:   1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Consumers Cooperative Credit Union, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-04775-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attachment A

Date: 1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

## ATTACHMENT A

Appearance for the following Plaintiffs:

Consumers Cooperative Credit Union

Embark Credit Union

NuMark Credit Union

Ravalli County Federal Credit Union

Association of Vermont Credit Unions, Inc.

California Credit Union League

Carolinas Credit Union League

Indiana Credit Union League

League of Southeastern Credit Unions & Affiliates

Mississippi Credit Union League d/b/a Mississippi Credit Union Association

Montana Credit Union League

Mountain West Credit Union Association

Nevada Credit Union League

Pennsylvania Credit Union Association

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| D.L. Evans Bank, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05357-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: *SByn* Deputy Clerk

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

D.L. Evans Bank and Texas First Bank

Date: 1/29/2018

*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| First Education Federal Credit Union, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:17-cv-04184-TWT |
| Equifax Inc. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

First Education Federal Credit Union, ASI Federal Credit Union, and Michigan Credit Union League.

Date: 1/29/2018

_____
Attorney's signature

Carey Alexander
Printed name and bar number

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Address

calexander@scott-scott.com
E-mail address

(212) 223-6444
Telephone number

(212) 223-6334
FAX number

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Gerber Federal Credit Union, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-04388-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   See Attachment A

Date: 1/29/2018

*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

## ATTACHMENT A

Appearance for the following Plaintiffs:

Gerber Federal Credit Union

Oteen VA Federal Credit Union

SELCO Community Credit Union

Illinois Credit Union League

Minnesota Credit Union Network

Nebraska Credit Union League

New York Credit Union Association

Ohio Credit Union League

Virginia Credit Union League

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Heritage Federal Credit Union, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:17-cv-05265-TWT |
| Equifax, Inc. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Heritage Federal Credit Union, ICUL Service Corporation d/b/a LSC, Services Credit Union, and UMassFive College Federal Credit Union

Date: 1/29/2018

_____
Attorney's signature

Carey Alexander
Printed name and bar number

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Address

calexander@scott-scott.com
E-mail address

(212) 223-6444
Telephone number

(212) 223-6334
FAX number

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Independent Community Bankers of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-04756-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Independent Community Bankers of America, The First State Bank, and Bank of Zachary.

Date: 1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Durand State Bank | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:18-cv-00021-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Durand State Bank

Date:  1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| Sky Federal Credit Union, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00094-TWT |
| Equifax, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sky Federal Credit Union and MD/DC Credit Union Association

Date:  1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Jonah Bank of Wyoming | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:18-cv-00094-TWT |
| Equifax, Inc. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonah Bank of Wyoming

Date: 1/29/2018

_____
Attorney's signature

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| First Financial Credit Union, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00094-TWT |
| Equifax, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
First Financial Credit Union, Halliburton Employees' Federal Credit Union, Seven Seventeen Credit Union, and Credit Union League Of Connecticut

Date: 1/29/2018

*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| Army Aviation Center Federal Credit Union, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-03892-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Army Aviation Center Federal Credit Union, Greater Cincinnati Credit Union, and
Credit Union National Association

Date: 1/29/2018

_____
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 3 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk



Writer's Direct Dial Number
(212) 223-6444

January 29, 2018

**<u>VIA OVERNIGHT DELIVERY</u>**

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    In re Equifax, Inc., Customer Data Security Breach Litigation
              MDL Docket No. 2800, 1:17-md-2800
              Appearances of Carey Alexander

Dear Clerk:

    Enclosed please find the appearances of Attorney Carey Alexander to be entered into the appropriate named individual cases, as well as the above-referenced MDL case, as per Judge Thrash's Case Management Order 1.

    If there are any issues with the appearances, please contact Kim Jager at kjager@scott-scott.com or at 860-531-2631.

                                            Best regards,
                                            SCOTT+SCOTT,
                                            ATTORNEYS AT LAW, LLP

                                            Kaitlin Steinberger
                                            Paralegal

Encs.

---

NEW YORK
CONNECTICUT
CALIFORNIA
OHIO
LONDON

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
THE HELMSLEY BUILDING
230 PARK AVENUE, 17th FLOOR
NEW YORK, NY 10169

212-223-6444 VOICE
212 223-6334 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.