AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Army Aviation Center Federal Credit Union, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-03892-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Army Aviation Center Federal Credit Union, Greater Cincinnati Credit Union, and Credit Union National Association.

Date:   01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Atlantic City Federal Credit Union, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-05065-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Atlantic City Federal Credit Union, Elements Financial Federal Credit Union,
First Nebraska Credit Union, Putnam Bank, and Wright-Patt Credit Union.

Date:   01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Bank of Louisiana, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cv-03715-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of Louisiana, Aventa Credit Union, and First Choice Federal Credit Union                       .

Date:   01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Consumers Cooperative Credit Union, et al. )
*Plaintiff* )
v. ) Case No. 1:17-cv-04775-TWT
Equifax Inc. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attachment A

Date: 01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

## **ATTACHMENT A**

Appearance for the following Plaintiffs:

Consumers Cooperative Credit Union

Embark Credit Union

NuMark Credit Union

Ravalli County Federal Credit Union

Association of Vermont Credit Unions, Inc.

California Credit Union League

Carolinas Credit Union League

Indiana Credit Union League

League of Southeastern Credit Unions & Affiliates

Mississippi Credit Union League d/b/a Mississippi Credit Union Association

Montana Credit Union League

Mountain West Credit Union Association

Nevada Credit Union League

Pennsylvania Credit Union Association

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| __D.L. Evans Bank, et al.__ ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:17-cv-05357-TWT |
| __Equifax Inc.__ ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__D.L. Evans Bank and Texas First Bank__.

Date:  __01/26/2018__

*Attorney's signature*

__Margaret B. Ferron__
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Durand State Bank | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00021-TWT |
| Equifax Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Durand State Bank

Date: 01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| First Education Federal Credit Union, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cv-04184-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

First Educational Federal Credit Union, ASI Federal Credit Union, and Michigan Credit Union League    .

Date:    01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| First Financial Credit Union, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:18-cv-00315-TWT |
| Equifax, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
First Financial Credit Union, Halliburton Employees' Federal Credit Union, Seven Seventeen Credit Union, and Credit Union League Of Connecticut                                                                                       .

Date:    01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Gerber Federal Credit Union, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-04388-TWT |
| Equifax Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attachment A

Date:   01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

## ATTACHMENT A

Appearance for the following Plaintiffs:

Gerber Federal Credit Union

Oteen VA Federal Credit Union

SELCO Community Credit Union

Illinois Credit Union League

Minnesota Credit Union Network

Nebraska Credit Union League

New York Credit Union Association

Ohio Credit Union League

Virginia Credit Union League

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Heritage Federal Credit Union, et al. )
*Plaintiff* )
v. ) Case No. 1:17-cv-05265-TWT
Equifax, Inc. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Heritage Federal Credit Union, ICUL Service Corporation d/b/a LSC, Services Credit Union, and UMassFive College Federal Credit Union .

Date: 01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Independent Community Bankers of America, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:17-cv-04756-TWT |
| Equifax Inc. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Independent Community Bankers of America, The First State Bank, and Bank of Zachary.

Date: 01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Jonah Bank of Wyoming | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00316-TWT |
| Equifax, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonah Bank of Wyoming                                                                                                  .

Date:   01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Northern District of Georgia

| | | |
|---|---|---|
| Sky Federal Credit Union, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00094-TWT |
| Equifax, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sky Federal Credit Union and MD/DC Credit Union Association.

Date: 01/26/2018

*Attorney's signature*

Margaret B. Ferron
*Printed name and bar number*

Scott+Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
*Address*

mferron@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

**SCOTT + SCOTT**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 31 2018

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

January 30, 2018

<u>**VIA OVERNIGHT DELIVERY**</u>

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re:   In re Equifax, Inc., Customer Data Security Breach Litigation
              MDL Docket No. 2800, 1:17-md-2800
              Appearances of Margaret B. Ferron

Dear Clerk:

    Enclosed please find the appearances of Attorney Margaret B. Ferron to be entered into the appropriate named individual cases, as well as the above-referenced MDL case, as per Judge Thrash's Case Management Order 1.

    If there are any issues with the appearances, please contact me at kjager@scott-scott.com or at 860-531-2631.

                                        Best regards,
                                        SCOTT+SCOTT,
                                        ATTORNEYS AT LAW, LLP

                                        *[signature]*

                                        Kimberly Jager
                                        Paralegal

Encs.

| ATTORNEYS AT LAW | CONNECTICUT | SCOTT + SCOTT, LLP | 860 537-5537 VOICE |
| --- | --- | --- | --- |
| | NEW YORK | 156 SOUTH MAIN STREET | 860 537-4432 FAX |
| | OHIO | P O BOX 192 | SCOTTLAW@SCOTT-SCOTT.COM |
| | CALIFORNIA | COLCHESTER, CT 06415 | WWW.SCOTT-SCOTT.COM |