IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL DOCKET NO. 2800 NO.: 1:17-md-2800-TWT |
| FINANCIAL INSTITUTION ACTIONS | NOTICE OF TAG-ALONG ACTION |

Plaintiff Suncoast Credit Union files this Notice of Tag-Along Action respectfully notifying the Court that pursuant to JPML Rule 7.2(a) and Section 14 of Case Management Order No. 2 in *In re Equifax, Inc. Customer Data Breach Litigation*; MDL Docket No. 2800; Case No. 1:17-md-2800-TWT (N.D. Ga.) ("MDL No. 2800"), the action styled *Suncoast Credit Union, individually and on behalf of all other similarly situated financial institutions v. Equifax, Inc.*; Case No. 1:18-cv-00478-TWT (N.D. Ga.), should be re-assigned to the Financial Institution Track of MDL 2800.

Date: January 31, 2018

                                    Respectfully submitted,

                                    By:   /s/*Reginald L. Snyder*
                                            Reginald L. Snyder
                                            **DYE SNYDER, LLP**
                                            260 Peachtree St. NW, Suite 502
                                            Atlanta, GA 30303
                                            Telephone: (678) 974-8360
                                            Facsimile: (404) 393-3872
                                            Email: rsnyder@dyesnyder.com

Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**COUNSEL FOR PLAINTIFF SUNCOAST CREDIT UNION**

## CERTIFICATE OF SERVICE

I certify that on January 31, 2018, this Notice of Tag-Along Action was served on all counsel of record via the Court's CM/ECF system.

/s/*Reginald L. Snyder*
Reginald L. Snyder

**COUNSEL FOR PLAINTIFF SUNCOAST CREDIT UNION**