

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL DOCKET NO. 2800<br>Case No. 1:17-md-2800-TWT |
| KRISTINE BOBBITT, | ) ) | Case No. 1:18-cv-00142 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| EQUIFAX, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To:   To Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel of Kristine Bobbitt.

Date: January 30, 2018

_____
Todd A. Smith
IL Bar No. 2655926
Attorney for Kristine Bobbitt
Power Rogers & Smith, LLP
70 W. Madison Street, 55th Floor
Chicago, IL 60602
Telephone: 312-236-9381
Facsimile: 312-236-0920
Email: tsmith@prslaw.com