AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

IN RE EQUIFAX, INC. )
*Plaintiff* )
v. )  Case No.  1:17-md-2800-TWT
)
*Defendant* )

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 31 2018

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Nida Samson, N.D. GA, 17-cv-3488 and Kirby Wilkins, N.D. GA, 17-3972

Date:  01/31/2018

/s/ Jennifer L. Joost
*Attorney's signature*

Jennifer L. Joost, Calif. bar # 296164
*Printed name and bar number*

Kessler Topaz Meltzer & Check
One Sansome St., Suite 1850
San Francisco, CA 94104
*Address*

jjoost@ktmc.com
*E-mail address*

(415) 400-3000
*Telephone number*

(415) 400-3001
*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE EQUIFAX, INC. : Case No. 1:17-md-2800-TWT

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018 I caused a true and correct copy of the foregoing Appearance of Counsel to be served by first class mail, postage prepaid, upon all counsel of record in the above matter.

/s/ Jennifer L. Joost
Kessler Topaz Meltzer & Check
One Sansome St., Suite 1850
San Francisco, CA 94104
Tel.: 415-400-3000
jjoost@ktmc.com
Attorney for Plaintiffs
Nida Samson and Kirby Wilkins