Case 1:17-md-02800-TWT   Document 141-2   Filed 02/01/18   Page 1 of 4

TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Western)
## CIVIL DOCKET FOR CASE #: 7:17-cv-01595-LSC

Davis et al v. Equifax Inc
Assigned to: Judge L Scott Coogler
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/18/2017
Date Terminated: 12/18/2017
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Germany Davis**                    represented by    **Leon R Storie**
                                                        LEON STORIE, ATTORNEY AT LAW
                                                        P O Box 20029
                                                        Tuscaloosa, AL 35402
                                                        205-333-0065
                                                        Fax: 205-210-4651
                                                        Email: leon@leonstorie.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Steven P Gregory**
                                                        GREGORY LAW FIRM PC
                                                        2700 Corporate Drive
                                                        Suite 200
                                                        Birmingham, AL 35242
                                                        205-314-4874
                                                        Email: steve@gregorylawfirm.us
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lou Marino**                       represented by    **Leon R Storie**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Steven P Gregory**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Anthony**                          represented by   **Leon R Storie**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Steven P Gregory**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Huey**                               represented by   **Leon R Storie**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Steven P Gregory**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equifax, Inc**                            represented by   **Gabriella Elise Alonso**
                                                             LIGHTFOOT FRANKLIN & WHITE
                                                             LLP
                                                             400 20th St. North
                                                             Birmingham, AL 35203
                                                             205-581-0770
                                                             Fax: 205-581-0799
                                                             Email: galonso@lightfootlaw.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Harlan Irby Prater , IV**
                                                             LIGHTFOOT FRANKLIN & WHITE
                                                             LLC
                                                             400 20th Street North
                                                             Birmingham, AL 35203
                                                             205-581-0700
                                                             Fax: 205-581-0799
                                                             Email: hprater@lightfootlaw.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kirkland E Reid**
                                                             JONES WALKER LLP
                                                             11 N. Water Street

Suite 1200
Mobile, AL 36602
251-432-1414
Fax: 251-439-7358
Email: kreid@joneswalker.com
*ATTORNEY TO BE NOTICED*

**Wesley B Gilchrist**
LIGHTFOOT FRANKLIN & WHITE
LLC
400 20th Street North
Birmingham, AL 35203
205-581-0735
Fax: 205-380-9135
Email: wgilchrist@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2017 | 1 | COMPLAINT against Equifax, Inc (Filing fee $ 400.)(Receipt #B4601083189), filed by Lou Marino, Germany Davis, Donald Anthony, John Huey.(TLM, ) Modified on 10/10/2017 (SAC ). (Entered: 09/19/2017) |
| 09/18/2017 | 2 | Summons Issued as to Equifax, Inc. del to Plaintiff (TLM, ) (Entered: 09/19/2017) |
| 09/29/2017 | 3 | SUMMONS Returned Executed Equifax, Inc served on 9/19/2017, answer due 10/10/2017. (PSM) (Entered: 09/29/2017) |
| 10/06/2017 | 4 | MOTION to Stay , *or in the Alternative, for an Extension of Time to Respond to Complaint* by Equifax, Inc. (Reid, Kirkland) (Entered: 10/06/2017) |
| 10/10/2017 | 5 | TEXT ORDER granting in part and denying in part 4 Motion to Stay/Extension of Time to Respond. Motion to Stay is DENIED. Defendant is GRANTED an addition fifteen (15) days from the date of this Order to answer or respond. Signed by Judge L. Scott Coogler on October 10, 2017. (RMG) (Entered: 10/10/2017) |
| 10/20/2017 | 6 | MOTION for Extension of Time to File Answer re 1 Complaint by Equifax, Inc. (Attachments: # 1 Exhibit Davis JPML Opposition, # 2 Exhibit Hearing Order) (Alonso, Gabriella) (Entered: 10/20/2017) |
| 10/20/2017 | 7 | NOTICE of Appearance by Harlan Irby Prater, IV on behalf of Equifax, Inc (Prater, Harlan) (Entered: 10/20/2017) |
| 10/20/2017 | 8 | **UNIFORM INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS** - with appendices attached. Signed by Judge L Scott Coogler on 10/20/2017. (PSM) (Entered: 10/20/2017) |
| 10/24/2017 | 9 | TEXT ORDER granting in part and denying in part 6 Motion for Extension of Time to Answer. Defendants granted an extra seven (7) days in which to file their answer to Plaintiff's Complaint. Answer is now due November 1, 2017. Signed by |

| | | |
|---|---|---|
| | | Judge L. Scott Coogler on October 24th, 2017. (RMG) (Entered: 10/24/2017) |
| 11/01/2017 | 10 | *Equifax, Inc.*'s ANSWER to 1 Complaint by Equifax, Inc.(Prater, Harlan) (Entered: 11/01/2017) |
| 11/20/2017 | 11 | MOTION for Limited Admission *of Tina Wolfson, Esq.* by Germany Davis. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Gregory, Steven) (Entered: 11/20/2017) |
| 11/20/2017 | 12 | CERTIFICATE OF SERVICE by Germany Davis re 11 MOTION for Limited Admission *of Tina Wolfson, Esq.* (Gregory, Steven) (Entered: 11/20/2017) |
| 11/20/2017 | 13 | REPORT of Rule 26(f) Planning Meeting. (Alonso, Gabriella) (Entered: 11/20/2017) |
| 11/21/2017 | | NOTICE SETTING SCHEDULING CONFERENCE: **Scheduling Conference set for 12/19/2017 at 11:00 AM** in chambers, Federal Building, Tuscaloosa, AL before Judge L Scott Coogler. At least one attorney for each party must attend the conference in person.(PSM) (Entered: 11/21/2017) |
| 11/21/2017 | 14 | NOTICE of Appearance by Wesley B Gilchrist on behalf of All Defendants (Gilchrist, Wesley) (Entered: 11/21/2017) |
| 12/05/2017 | | PHV Fee paid: $50, receipt number B4601084968 (Tina Wolfson) (TLM, ) (Entered: 12/05/2017) |
| 12/05/2017 | 15 | Corporate Disclosure Statement by Equifax, Inc. filed by Equifax, Inc (Prater, Harlan) (Entered: 12/05/2017) |
| 12/07/2017 | 16 | TEXT ORDER granting 11 Motion for Limited Admission. Signed by Judge L. Scott Coogler on December 7, 2017. (RMG) (Entered: 12/07/2017) |
| 12/12/2017 | | NOTICE Due to a conflict in the Court's calendar the scheduling conference set for 12/19/2017 is **CANCELLED**. The Court will enter a scheduling order consistent with the parties rule 26 report. (PSM) (Entered: 12/12/2017) |
| 12/18/2017 | 17 | ORDER Transferring Case to MDL 2800: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of Georgia for inclusion in MDL 2800; certified copy of docket entries and documents requested by transferee clerk emailed to Clerk of Court in Northern District of Georgia. (PSM) (Entered: 12/18/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/30/2018 10:26:12 | | |
| **PACER Login:** | greglaw1 | **Client Code:** | efax |
| **Description:** | Docket Report | **Search Criteria:** | 7:17-cv-01595-LSC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |