# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-md-2800-TWT |
| GREG JOHNS, LOLA HUNTER, YORKMAN LOWE, TIMOTHY MACK, and LEIGH DUNLAP, individually and on behalf of all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> EQUIFAX, INC., <br><br> Defendant. | Case No. 1:17-cv-05342-TWT |

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
       Counsel of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Greg Johns, Lola Hunter, Yorkman Lowe, Timothy Mack, and Leigh Dunlap.

1494713.1

Dated: January 31, 2018

Respectfully submitted,

*/s/ Nicholas Diamand*
Nicholas Diamand
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 31st day of January, 2018, the undersigned caused the foregoing document to be mailed to the Clerk of the Court, who will file it using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this case.

*/s/ Nicholas Diamand*
Nicholas Diamand