UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>ALL CASES |

**CONSENT MOTION TO LIFT RESTRICTIONS ON MEDIA**

Plaintiffs hereby respectfully make and file this Consent[1] Motion to Lift Restrictions on Media, pursuant to Local Rule 83.4, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner

---

[1] The undersigned counsel has conferred with counsel for defendants, who advised that they consent to the relief sought in this Motion.

Drive, S.W., Atlanta, Georgia 30303-3309. In support of their Motion, plaintiffs state as follows:

1. That they will follow Local Rule 83.4 and its prohibitions on taking photographs or operating records devices during courtroom proceedings, that they will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above;

2. That they will not operate any device outlined above in any public area where their operation is disruptive of any court proceeding;

3. That permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4; and

4. That the attorneys listed on Exhibit A hereto respectfully request to be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018.

Counsel will bring proper identification upon entering the security station of the courthouse.

Respectfully submitted, this 1st day of February, 2018.

ROBBINS GELLER RUDMAN
  & DOWD LLP


s/ John C. Herman
JOHN C. HERMAN
   (Georgia Bar No. 348370)
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
Facsimile:  404/504-6501
jherman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
Facsimile:  561/750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

EVANGELISTA WORLEY, LLC
JAMES M. EVANGELISTA
DAVID J. WORLEY
KRISTI STAHNKE MCGREGOR
8100 A Roswell Road, Suite 100
Telephone: 404/205-8400
jme@ewlawllc.com
david@ewlawllc.com
kristi@ewlawllc.com

Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 1, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys registered with the Court's CM/ECF system in the above-captioned cases.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2018.

<div style="margin-left: 40%;">

s/ John C. Herman
JOHN C. HERMAN
   (Georgia Bar No. 348370)

ROBBINS GELLER RUDMAN
  & DOWD LLP
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
Facsimile:  404/504-6501
E-mail:  jherman@rgrdlaw.com

</div>