UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>ALL CASES |

EXHIBIT A TO CONSENT MOTION
TO LIFT RESTRICTIONS ON MEDIA

| | |
|---|---|
| Ben Barnow | Cari Laufenberg |
| David Berger | Adam Levitt |
| Craig E. Bertschi | Thomas E. Loeser |
| Gayle Blatt | Gary F. Lynch |
| Bryan L. Bleichner | Joseph I. Marchese |
| Timothy Blood | Gary E. Mason |
| Joseph C. Bourne | D. Anthony (Tony) Mastando |
| Ebonie Branch | Michael McGlamry |
| W. Pitts Carr | Daniel J. Mirarchi |
| Michael R. Cashman | Steven F. Molo |
| Scott Edward Cole | Austin Moore |
| Erin Comite | Arthur M. Murray |
| Stuart A. Davidson | William H. Murphy, III |
| Nicholas Diamand | Dianne Nast |
| Lewis S. Eidson | Ranse Partin |
| William B. Federman | James Pizzirusso |
| Lori Feldman | Janine Pollack |
| Catherine J. Fleming | Karen Hanson Riebel |
| Jodi Westbrook Flowers | Rosemary M. Rivas |
| Jeremiah Frei-Pearson | Daniel S. Robinson |
| Andrew N. Friedman | Richard R. Rosenthal |
| Lindsey L. Friedman | Richard Rouco |
| Michael A. Galpern | Sherrie R. Savett |
| Benjamin A. Gastel | Charles Schaffer |

| | |
|---|---|
| Judith Germano | Steven A. Schwartz |
| Troy N. Giatras | Kevin Sharp |
| Eric Gibbs | Steven M. Shepard |
| MaryBeth Gibson | Norman E. Siegel |
| Marisa Glassman | Stacey Slaughter |
| Jeffrey S. Goldenberg | Matthew Stonestreet |
| Steven P. Gregory | J. Gerard Stranch, IV |
| Brian C. Gudmundson | Rodney Strong |
| Joseph P. Guglielmo | Steve Susman |
| Karen S. Halbert | Ariana Tadler |
| Daniel C. Hedlund | Rosalee B.C. Thomas |
| Chris T. Hellums | Barrett Vahle |
| Jennifer L. Joost | Alex D. Weatherby |
| Robert N. Kaplan | Lesley E. Weaver |
| Amy Keller | Tina Wolfson |
| Joseph N. Kravec, Jr. | John Yanchunis |
| Jon Lambiras | |