AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:17-md-02800-TWT |
| CONSUMER ACTIONS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Maria Schifano, LA' Sohn Smith, Dr. Heather Waitman, and Bob Helton                                    .

Date:     02/01/2018

/s/ Rosemary M. Rivas
*Attorney's signature*

Rosemary M. Rivas
*Printed name and bar number*

Levi & Korsinsky, LLP
44 Montgomery Street, Ste. 650
San Francisco, CA 94104

*Address*

rrivas@zlk.com
*E-mail address*

(415) 291-2420
*Telephone number*

(415) 484-1294
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, I electronically filed the

**Appearance of Counsel** with the Clerk of Court using the CM/ECF system which

will automatically send email notification of such filing to the attorneys of record

indicated on the Electronic Mail Notice List maintained by this Court.

s/ Rosemary M. Rivas
Attorney for Plaintiffs Maria
Schifano, LA' Sohn Smith, Dr.
Heather Waitman, and Bob Helton

LEVI & KORSINSKY, LLP
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Email: rivas@zlk.com