# EXHIBIT 1

# TROY N. GIATRAS

| | |
|---|---|
| Office: | 118 Capitol Street, Suite 400<br>Charleston, WV 25301 |
| Phone: | (304) 343-2900 |
| Fax: | (304) 343-2942 |
| E-mail: | troy@thewvlawfirm.com |

Education: Duquesne University, Bachelor of Arts Degree; 1987

West Virginia University College of Law; JD; 1990
Order of the Barristers, Moot Court

Work Experience: January 2006 through present – Owner of the The Giatras Law Firm, PLLC, practicing in the areas of civil, consumer, criminal law, personal injury, arbitration, and mediation law.

1996 through January 2006 present- Founding partner of the law firm of Giatras & Webb, practicing in the areas of civil, insurance, domestic, criminal law, property & casualty litigation, government relations, arbitration, and mediation law.

1990 through 1996 - Associate; Huddleston, Bolen, Beatty, Porter & Copen; Charleston, West Virginia.

Admitted: West Virginia; District of Columbia; Pennsylvania; and Maryland; United States Supreme Court; United States District Court for the Southern and Northern Districts of West Virginia; United States Court of Appeals, Fourth Circuit; United States Court of Appeal for the Federal Circuit.

Achievements: AV Rated, Martindale-Hubbell

Argued before the United States Supreme Court
(November 2008)

Governor Appointment, WV Public Employees Insurance Agency - 2007 to 2017

Governor Appointment, WV Parkways Authority Board
Serve on Finance and Facilities Committees – 2017 to Present

Appointed, WVU College of Law Visiting Committee

Board Member, American Red Cross, WV Chapter

Former Board Member, Ronald McDonald House,
Southern West Virginia

American Association for Justice, President's Club Member
and Elected West Virginia State Delegate Designee

Public Justice, Member and past West Virginia State Coordinator

Board Member, West Virginia Association for Justice (formerly WV
Trial Lawyer Association)

President, Western Trial Lawyers Association

National Association of Criminal Defense Lawyers, Life Member

National Association of Criminal Defense Lawyers, State of
West Virginia Membership Chair

Counsel to the Senate Minority Leader; Legislative Session
1997 to 1998; 1998 to 1999

American Association for Justice, Criminal Law Section,
Past Chairman

West Virginia State Bar, Member since 1990

American Bar Association, Member

Approved Mediator, US DC, SDWV

Rotary International, Member

Member, WVU College of Law Alumni Association

ATLA's Low Speed Impact Litigation Group, Past Chairman

Appointed, Fiduciary Commissioner, Kanawha County Probate

Appointed, Mental Hygiene Commissioner, Kanawha County

Appointed, Private Industry Council of Kanawha County

2

Appointed, Special Prosecutor, Kanawha County, WV

Appointed, Board of Zoning Appeals, Charleston, WV
Past Chairman

Former Board Member, the Leukemia and Lymphoma Society, West Virginia Chapter

Member, Marshall University Thunder Club

Lectures:

Turn off Your Auto-Pilot: Autonomous Vehicles, Artificial Intelligence & the Future of Auto Accident and Negligence Claims (West Virginia Association of Justice Mid-Winter Convention 2018)

Five Secrets for David to Take on Goliath in The 21st Century
(Colorado Trial Lawyers Association)
(Western Trial Lawyers Association)

Adjusting the Automobile Injury Claim in WV
(National Business Institute)

Winning Strategies for Jury Selection
(National Business Institute)

Trying Soft Tissue Injury Cases in WV
(National Business Institute)

Effective Techniques for the Low Impact Collision Case
(WV Trial Lawyers Association)

Who, What, Where, When, Why & How: Everything You Need to Know About Subpoenas (West Virginia Association for Justice)

Alcohol, Drugs & Impairment: How A Criminal Act Can Impact Your Civil Case (Western Trial Lawyers Association 2010)
(American Association for Justice Annual Convention 2010)

Nuts, Bolts & Pitfalls of Infant Settlements
(West Virginia Trial Lawyer's Association)

Out of the Frying Pan and Into the Fire:
Starting Your Own Law Firm
(West Virginia Association for Justice Annual Convention 2009))

The Role of the Guardian Ad Litem in Summary Proceedings for Infants and Protected Persons: Legal Assistants Program (West Virginia Trial Lawyer's Association)

The Role of the Paralegal from Intake to Trial In Automobile Cases (Association of Trial Lawyers of America)

Auto Collision Cases: New Approaches & Innovative Litigation Strategies (Association of Trial Lawyers of America)

Advanced Personal Injury Practice in West Virginia

# TROY N. GIATRAS
# THE GIATRAS
# LAW FIRM
## P.L.L.C.

Mr. Giatras has been admitted to practice law since 1990, and has extensive experience as Special Assistant Attorney General representing the State of West Virginia in numerous pharmaceutical, financial industry and consumer *parens patraie* actions. Mr. Giatras also has extensive experience in civil litigation, class action, mass tort litigation, consumer finance, criminal defense, pharmaceutical, business torts, construction, criminal defense and appellate law.

The Giatras Law Firm attorneys are assisted by paralegals and experienced support staff. The firm has offices in Charleston, West Virginia and Cumberland, Maryland.

Aside from being appointed as Special Assistant Attorney General in high stakes litigation for the State, Mr. Giatras has presented oral argument before the United States Supreme Court impacting precedential law. Mr. Giatras is a 1987 graduate of Duquesne University and a 1990 graduate of the West Virginia College of Law. Mr. Giatras previously worked at the law firm of Huddleston, Bolen, Beatty, Porter & Copen practicing in the area of Civil Litigation defense. In 1996, Mr. Giatras established a firm concentrating in litigation.

Mr. Giatras is admitted in West Virginia; District of Columbia; Pennsylvania; and Maryland; United States Supreme Court; United States District Court for the Southern and Northern Districts of West Virginia; United States Court of Appeals Fourth Circuit; United States Court of Appeal for the Federal Circuit.

Troy Giatras has served as lead counsel, co-counsel, and local counsel in numerous high profile civil and criminal cases in both the State and Federal Courts. He has represented individuals and class members involving pharmaceutical drugs, Fen-Phen Diet Pill, Oxycontin, Vioxx, Baycol, Lipitor, Transvaginal Mesh, Levaquin, and Zyprexa. Mr. Giatras maintains an active trial practice in both State and Federal Court having been lead trial counsel in over 30 trials to verdict.

Mr. Giatras has an excellent track record of working with numerous law firms and diverse groups to obtain knowledge and information to assist with complex litigation, and bringing about global resolution.

In November of 2008, Mr. Giatras argued the respondent's case in *U.S. v. Hayes,* 555 U.S. 415 (2009) before the United States Supreme Court in Washington, D.C.

The Giatras Law Firm is fully equipped to handle complex and unique litigation and is devoted to commit the necessary time, resources and finances to this litigation.

The cases listed below are representative and does not identify each and every case handled, and certainly does not list the multitude of State and Federal negligence cases initiated and resolved since 1990.

Mr. Giatras has been appointed a Special Assistant Attorney General representing the

2

State of West Virginia in cases involving drug manufacturers, financial institutions, brokerage houses, insurance carriers, credit card companies, ancillary credit/financial products, in:

- *State of West Virginia, ex rel. Darrell v. McGraw, Jr., Attorney General v. Acordia of West Virginia, Inc. and Acordia, Inc.*, (Bid Rigging Case), Civil Action No. 05-C-115-W (Hancock Co., WV)

- *State of West Virginia, ex rel Patrick Morrisey, Attorney General v. Aegon Direct Marketing Services, Inc., et al.*, (deceptive ancillary credit card products to WV consumers), Civil Action No. 12-C-126-N (Mason Co., WV)

- *State of West Virginia, ex rel. Darrell V. McGraw, Jr., Attorney General v. Capital One Bank (USA) N.A., et al.*, Civil Action No. 10-C-7-N (Mason Co., WV)

- *State of West Virginia, ex rel Patrick Morrisey, Attorney General v. Center Partners Inc.*, (deceptive ancillary credit card products to WV consumers), Civil Action No. 12-C-123-N (Mason Co., WV)

- *Cross Country Bank and Applied Card Systems, Inc. v. Darrell v. McGraw, Jr., Attorney General of the State of West Virginia v. Rocco A. Abessinio, Individually and as an Officer of Cross Country Bank and Applied Card Systems, Inc.*, Civil Action No. 04-C-464 (Kanawha Co., WV)

- *State of West Virginia, ex rel. Darrell V. McGraw, Jr., Attorney General v. Eli Lilly and Company*, Civil Action No. 3:06-cv-0298 (S.D. W.VA.); various state claims regarding the drug Zyprexa. The settlement resulted in the largest single settlement at that time for the State against a pharmaceutical company.

- *State of West Virginia, ex rel Patrick Morrisey, Attorney General v. Intersections Insurance Services, Inc.*, (deceptive ancillary credit card products to WV consumers), Civil Action No. 12-C-122-N (Mason Co., WV)

- *State of West Virginia ex rel. Darrell V. McGraw, Jr., Attorney General v. Pfizer, Inc., et al.*, Civil Action No. 13-C-1-N (Mason Co., WV)

- *State of West Virginia, ex rel Patrick Morrisey, Attorney General v. Sitel Corporations*, (deceptive ancillary credit card products to WV consumers), Civil Action No. 12-C-124-N (Mason Co., WV)

- *State of West Virginia, ex rel Patrick Morrisey, Attorney General v. Sykes Enterprises, Inc.*, (deceptive ancillary credit card products to WV consumers), Civil Action No. 12-C-125-N (Mason Co., WV)

Mr. Giatras has been active in class action, consumer fraud, data privacy, securities, antitrust, and other complex litigation, including serving as co-lead counsel, trial counsel, or as a member of various litigation committees in:

- *In re Levaquin Products Liability Litigation*, MDL No. 08-1943 (D.C., Minn.) Appointed to the Plaintiff's Steering Committee

- *In re Vioxx Products Liability Litigation*, MDL No. 1657, (E.D., Louis.) Represented numerous WV clients.

- *In re Wal-Mart Wage and Hour Employment Practices Litigation*, MDL No. 1735, (D. Nevada). Represented the class of WV employees.

- *Saratoga Advantage Trust v. ICG, Inc.*, (Security Frauds Action), Civil Action No. 2:08-cv-0011 (S.D.W.VA.). Served as local co-counsel.

- *In re C.R. Bard, Inc., Pelvic Repair System Product Liability Litigation*, MDL No. 2187 (S.D.W.VA.). Represented individual clients as co-counsel.

- *In re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation*, MDL No. 2326 (S.D.W.VA.). Represented individual clients as co-counsel.

- *James Coleman, et al. v. Union Carbide Corporation, et al.*, (Chemical Exposure/Medical Monitoring) Civil Action No. 2:11-cv-0366 (S.D. W.VA.). Served as co-counsel for a West Virginia class.

- *DP 2004 Merger Sub, LLC, successor in interest to PDC 2004-D Limited Partnership v. Christopher J. Rodenfels, Trustee for Christopher J. Rodenfels Revocable Trust*, (Shareholder Action), Civil Action No. 11-C-896 (Kanawha Co., WV). Served as lead counsel.

- *Mary Glah, et al. v. Community Health Systems, Inc.*, Civil Action No. 2:14-cv-25783 (S.D.W.VA.). Lead WV class counsel in consumer healthcare data breach action.

- *Lisa Shiltz, et al. v. Anthem, Inc., et al.* (Consumer Healthcare; Data breach case), Civil Action No. 2:15-cv-4083 (S.D.W.VA.). Was one of the initial cases filed in this multi-district security data breach action.

- *Cavalry SPV I, LLC, as assignee of CAPITAL ONE BANK, N.A. v. Jeff Hughes, individually and on behalf of all others similarly situated,* Civil Action No. 16-C-904 (Kanawha Co., WV). Lead counsel in a consumer debt collection class action.

4

- *Robert Hill and Mary Hill, his wife, et al. v. SCA Credit Services, Inc.,* Civil Action No. 5:14-cv-29565 (S.D.W.VA). Lead class counsel in a consumer debt collection action.

- *Theresa L. Jenkins, et al. v. Element Federal Credit Union,* Civil Action No. 13-C-2252 (Kanawha Co., WV). Lead counsel in a consumer debt class collection action.

- *MAIA, LLC, doing business as VISITING ANGELS LIVING ASSISTANCE SERVICES v. ELAINE BROWN, et al.,* Civil Action No. 16-C-605 (Kanawha Co., WV). Lead counsel in a consumer breach of contract collection class action.

- *Stacey F. McCown, et al. v. NGS, Inc., et al.,* Civil Action No. 3:14-cv-27719 (S.D.W.VA.). Lead counsel in complex consumer class action litigation.

- *Jonathan Schaffer, et al. v. Sleepy Hollow Golf Club,* Civil Action No. 15-C-158 (Putnam Co., WV). Lead counsel in certified consumer class action litigation.

- *Christopher Sharpe, et al. v. National Collegiate Student Loan Trust 2005-1,* Civil Action No. 15-C-158 (Kanawha Co., WV). Lead counsel one of the first consumer class actions exposing abusive student loan debt collections conduct by NCSLT in the U.S.

The Giatras Law Firm is uniquely positioned to this class action contributing regulatory enforcement experience.

The Giatras Law Firm will utilize its best and most efficient efforts as a team member on any level in this litigation.