IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 31 2018

JAMES N. HATTEN, Clerk
By: J. Brannon
Deputy Clerk

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL NO. 2800 ) Case No.: 1:17-md-2800-TWT ) ) ALL ACTIONS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of T. Roe Frazer II of Frazer PLC in the above-captioned matter as counsel for Plaintiff Jasmine Chenault in the case *Chenault v. Equifax, Inc.*, Case No. 1:17-cv-03764-SCJ (N.D. GA).

Dated: January 30, 2018

Respectfully submitted,

/s/ T. Roe Frazer
T. Roe Frazer II (TN Bar #035785)
FRAZER PLC
1 Burton Hills, Blvd., Suite 215
Nashville, TN 37215
(615) 647-6464
roe@frazer.law