AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 1 2018

JAMES N. HATTEN, Clerk
By: AM Barfield, Deputy Clerk

In Re Equifax, Inc. Customer Data Security Breach Litigation )
*Plaintiff* )
v. ) Case No. 17-md-2800-TWT
)
*Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Justin K. Bakko

Date:    01/31/2018

/s/ Melvin B. Hollowell
*Attorney's signature*

Melvin B. Hollowell- MI Bar P37834
*Printed name and bar number*

The Miller Law Firm, P.C.
1001 Woodward Avenue
Suite 850
Detroit, MI 48226
*Address*

mbh@millerlawpc.com
*E-mail address*

(313) 483-0880
*Telephone number*

(248) 652-2852
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, the foregoing documents were filed using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

THE MILLER LAW FIRM, P.C.

/s/ *Melvin B. Hollowell*
Melvin B. Hollowell (MI Bar No. P37834)
1001 Woodward Ave., Suite 850
Detroit, MI 48226
mbh@millerlawpc.com
Tel: (313) 483-0880