FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

## NOTICE OF APPEARANCE

TO:  Clerk of the Court
     Counsel of Record

I am admitted or otherwise authorized to practice in this Court. Please enter my appearance on behalf of Josh Grossberg, Lisa Olivo, Margret Linich, Justin Rothman, Michael Rothman, Kaethe Skye, and Ondrea Faillace.

DATED: February 1, 2018

_____
Orin Kurtz
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509
Fax: (212) 905-0508
mgardy@gardylaw.com
okurtz@gardylaw.com