AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-02800-TWT |
| CONSUMER ACTIONS ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Maria Schifano, LA' Sohn Smith, Dr. Heather Waitman, and Bob Helton                                                    .

Date:     02/02/2018

/s/ Judi Germano
*Attorney's signature*

Judi Germano
*Printed name and bar number*

Germano Law LLC
460 Bloomfield Avenue, Suite 200
Montclair, NJ 07042
*Address*

jgermano@germanolaw.com
*E-mail address*

(201) 247-7970
*Telephone number*

(973) 509-1074
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, I caused the **Appearance of Counsel** to be electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record indicated on the Electronic Mail Notice List maintained by this Court.

s/ Judi Germano
Attorney for Plaintiffs Maria
Schifano, LA' Sohn Smith, Dr.
Heather Waitman, and Bob Helton

Germano Law LLC
460 Bloomfield Avenue, Suite 200
Montclair, NJ 07042
Telephone: (201) 247-7970
Email: jgermano@germanolaw.com