# Exhibit A

**List of Cases in Which Plaintiffs Are Represented by Stephen G. Lowry and/or Miles N. Clark**

*Caplan v. Equifax*, No. 2:17-cv-04055 (E.D. Pa.)

*Gallant v. Equifax*, No. 8:17-cv-02712 (D. Md.)

*Gerstein v. Equifax*, No. 1:17-cv-00593 (S.D. Ohio)

*Gray, et al. v. Equifax*, No. 6:17-cv-6095 (W.D. Ark.)

*Kendall v. Equifax*, No. 1:17-cv-6922 (D.N.J.)

*Knepper v. Equifax*, No. 2:17-cv-2368 (D. Nev.)[1]

*Lang v. Equifax*, No. 1:17-cv-6519 (N.D. Ill.)

*McCall v. Equifax*, No. 17-cv-2372 (D. Nev.)

*Pavesi, et al. v. Equifax*, No. 1:17-cv-03476 (N.D. Ga.)

*Tirelli, et al. v. Equifax*, No. 17-cv-6868 (S.D.N.Y.)

*Tomlin v. Equifax*, No. 2:17-cv-158 (E.D. Ky.)

*VonWiller v. Equifax*, No. 17-cv-1839 (S.D. Cal.)

---

[1] Terrance Knepper is the lead plaintiff in the *Knepper* matter. He is not related to Matthew I. Knepper, a named partner of Knepper & Clark.