# Exhibit B

**Attorneys Endorsing Stephen G. Lowry for Co-lead Counsel or, alternatively, Liaison Counsel or Plaintiffs' Steering Committee and Miles N. Clark for Plaintiff's Steering Committee**

| | |
|---|---|
| Annabelle L. Patterson<br>**Annabelle Lee Patterson, PLC**<br>646 Quapaw Avenue<br>Hot Springs, AR 71901 | Marc E. Dann<br>Brian Flick<br>Javier L. Merino<br>Rusty A. Payton<br>**DannLaw**<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>*Offices in Ohio, Illinois, New Jersey, and Oregon* |
| David H. Krieger<br>George Haines<br>**Haines & Krieger, LLC**<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 | Jack Fitzgerald<br>Melanie Persinger<br>Trevor Flynn<br>**The Law Office of Jack Fitzgerald, PC**<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202<br>San Diego, CA 92103 |
| Richard V. Falcon<br>William H. Murphy, Jr.<br>William H. Murphy, III<br>**Murphy, Falcon & Murphy**<br>One South Street, 23rd Floor<br>Baltimore, MD 21202 | Page A. Pate<br>Jess B. Johnson<br>**Pate & Johnson, LLC**<br>101 Marietta St NW, Suite 3300<br>Atlanta, GA 30303 |
| Sean N. Payne<br>**Payne Law Firm LLC**<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123 | Andrew B. Sacks<br>John K. Weston<br>**Sacks Weston Diamond LLC**<br>1845 Walnut Street, Suite 1600<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Robert J. Weltchek<br>Nolan J. Weltchek<br>Kristopher A. Mallahan<br>Nathan W. Hopkins<br>Megan Elizabeth Burns<br>**Weltchek Mallahan & Weltchek, LLC**<br>2330 West Joppa Road, Suite 203<br>Lutherville, MD 21093 | Thomas A. Zimmerman, Jr.<br>Nickolas J. Hagman<br>**Zimmerman Law Offices, P.C.**<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602 |