# Exhibit C

## Stephen G. Lowry
Partner
Harris Lowry Manton LLP

Steve Lowry is a talented litigator with broad experience across multiple areas of practice. A passionate advocate for parties who have been harmed by the actions of others, Steve has secured numerous record-setting verdicts in Georgia on behalf of injured clients and their families.

He is a founding partner of Harris Lowry Manton LLP with offices in Atlanta and Savannah. Steve, along with partners Jeff Harris and Jed Manton, share the common goal of aggressive representation of injured clients in the courtroom.

Steve has been featured numerous times in various legal publications for securing top 10 verdicts in products liability and negligence stemming from catastrophic injury cases.  Among Steve's most notable cases, a jury awarded $43.5 million to his client whose father died in a nursing home due to abusive neglect. The verdict is the largest judgment on record against a nursing home facility for medical malpractice in Georgia.

In other practice areas, Steve represented a South Georgia police chief who was hit by a pickup truck while on patrol and permanently disabled. A jury awarded the family $40 million. Steve also represented a mother and son who were profoundly injured in a wreck caused by a postal truck and obtained an $11.5 million award.

His frequent adversaries in court involve carmakers. He served as counsel for a woman whose Ford Explorer rolled over her because the gear shift falsely indicated the SUV was in the park position. A jury returned a $40 million verdict against Ford. In another case against Ford in New Jersey state court, his severely injured client received a $10.6 million jury award.

Steve also has success in the medical malpractice arena. In one case, he garnered a $4.1 million verdict on behalf of the family of a mother who died from an improperly treated infection after having a caesarean section.

Outside of the courtroom, he gives lectures and writes extensively on all areas of trial work including: trial tactics, wrongful death, product liability, trucking, cross-examination, business trials, and intellectual property disputes. He

is also a monthly contributor to the Savannah Morning News, where he writes primarily about consumer safety.  Steve and his team were invited to write the inaugural surveys of Georgia and Eleventh Circuit commercial-transportation law for the *Mercer Law Review*, which are forthcoming in Volume 69 and are expected to recur in future years.

Steve has been inducted twice in to the Georgia Verdicts Hall of Fame for product liability and medical malpractice. He is a recipient of the F. Scott Baldwin Trial Lawyer of the Year award by the Young Lawyers Division of the American Association of Justice and is a Fellow of the American Bar Foundation.  He has repeatedly been recognized as a Georgia Super Lawyer, a member of Georgia Trend's Legal Elite, and the National Association of Trial Lawyers Top 100 Trial Lawyers as well as Top 40 Under 40.

Steve's most recent leadership roles include The Board of Governors of the American Association of Justice, Executive Committee of Georgia Trial Lawyers Association, Board Member of Green Law, Board Member of the Southern Trial Lawyers Association, and Past President of the Savannah Trial Lawyers Association. Steve is also actively involved in the State Bar of Georgia, including the committees on Business Court, Local and Voluntary Bars, and Long Range Planning & Bar Governance. In addition, his name appears on the "Wall of Tolerance" in Montgomery, AL for his contribution to the ongoing fight against hatred and intolerance in America.

**Honors and Awards:**

- Georgia Verdicts Hall of Fame – Inducted twice in Medical Malpractice and Product Liability, 2014
- 2009 F. Scott Baldwin Award – Most Outstanding Trial Lawyer of the Year by the American Association of Justice, Young and New Lawyers Division
- Georgia Super Lawyer (awarded each year 2007 – present)
- Fulton County Daily Report "On the Rise" 2011
- Elected to American Board of Trial Advocates
- Fellow of the American Bar Foundation
- Nation's Top One Percent, National Association of Distinguished Counsel
- Top 100 Lawyers in Georgia by the National Association of Trial Lawyers
- Chosen by his peers as one of the top 100 lawyers (published in 2017 edition of SuperLawyers)

**Areas of Practice:**

- Trial
- Defective Products
- Trucking
- Injury
- Aviation Accidents
- Motor Vehicles Accidents
- Wrongful Death
- Automotive Defects
- Medical Malpractice
- Business Litigation
- Bad Faith

**Bar Admissions:**

- Georgia, 1998
- U.S. District Court Middle District of Georgia
- U.S. District Court Northern District of Georgia
- U.S. District Court Southern District of Georgia
- U.S. Court of Appeals 11th Circuit
- Supreme Court of Georgia
- U.S. Supreme Court

**Education:**

- Lewis and Clark College Northwestern School of Law, Portland, Oregon, 1998, J.D.
  - *Honors:* Cum Laude
- Law Review: Lewis and Clark College Northwestern School of Law Review, Associate Editor, 1996 – 1998
- University of Maryland Baltimore County, Catonsville, Maryland, 1995, B.A.; majors in History and Economics
  - *Honors:* Magna Cum Laude with dual degrees

**Written Contributions and Speaking Engagements**

- Regular contributor to *Savannah Morning News*
- Annual "Commercial Transportation" surveys in *Mercer Law Review*
- Frequent speaker at continuing legal education programs and other seminars