# Exhibit D

**Miles N. Clark**
Knepper & Clark LLC

Miles N. Clark practices at Knepper & Clark LLC. The firm specializes in consumer law, particularly cases brought against consumer reporting agencies like Equifax under the Fair Credit Reporting Act ("FCRA") and related state law consumer protection statutes.

**Areas of Practice**
- Class Action Litigation
- Debt Collection Abuse
- FCRA violations
- FDCPA violations
- Privacy Violations
- TCPA violations
- Unfair Acts and Practices Violations

**Bar Admissions**
- Nevada, 2015
- U.S. District Court, District of Nevada, 2015
- New York, 2015 (presently inactive)
- Vermont, 2012 (presently inactive)

**Education**
- Cornell Law School – 2011 (J.D.)
    - Managing Editor, *Cornell Journal of Law and Public Policy*
- Claremont McKenna College – 2004 (B.A.)
    - Honors: Best Creative Thesis

**Judicial Clerkships**
- Vermont State Trial Courts, 2011-12
- U.S. Magistrate Judge Karen Wells Roby, U.S. District Court for the Eastern District of Louisiana, 2012-13
- U.S. District Judge Jennifer A. Dorsey, U.S. District Court for the District of Nevada, 2013-15