# Exhibit E

## About DannLaw

DannLaw is a firm dedicated to consumer advocacy. Our attorneys bring an array of talents in areas which affect the day to day lives and finances of regular folks. We assist clients with matters related to their mortgage servicing, consumer debts, student loans, foreclosure, data privacy and credit, and disability access. The firm often finds itself litigating before courts across the country.  We have offices in Illinois, New Jersey, New York and Oregon and frequently join forces to co-counsel cases in cases throughout the country. Our firm is a leader in the prosecution of claims under RESPA, TILA, FDCPA, FCRA, ADA and related state law consumer protection statutes. We have brought and successfully resolved claims against every major mortgage loan servicer or bank servicer. We have substantial experience bringing claims as class actions in state and Federal Court, having brought matters against Wells Fargo, Inland Bank, Equifax, Sonic, Whole Foods, Intellos and Ken Jones and Associates.

Key members of DannLaw's *Equifax* litigation team include:

**Marc E. Dann**

*Areas of Practice*: RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FCRA violations, Privacy Violations, FDCPA violations, TCPA violations, Unfair Acts and Practices Violations, Class Action Litigation, and Bankruptcy Law.

*Education: Bachelor of Arts*, History University of Michigan, 1984; *Juris Doctorate* Case Western Reserve University School of Law 1987.

*Admissions: State of Illinois; United States District Court for the Northern District of Ohio; United States District Court for the Southern District of Ohio,* in addition to multiple district courts throughout the country.

Marc Dann is the Managing Partner of DannLaw. His practice focuses on representing clients who have been harmed by banks, debt buyers, debt collectors and other financial predators. He has fought for the rights of thousands of consumers and brought class actions lawsuits in both private practice and as Ohio's Attorney General.

Marc Dann has devoted his entire legal career to fighting for homeowners, consumers and small businesses beginning with his tenure as the Antitrust Director in the office of the West Virginia Attorney General.  After leaving that post he entered private practice and was subsequently elected to the Ohio Senate where he introduced numerous consumer protection bills including a comprehensive predatory lending law that was rated among the best in the United States. He also led successful efforts to lengthen the statute of limitations for victims of child sexual abuse, expand the rights of crime victims, and extend the reach of the Ohio Consumer Sales Practices Act and the Federal Telephone Solicitation Act.

Elected Ohio Attorney General in 2006, Attorney Dann became a national leader in the effort to hold banks and predatory lenders accountable for victimizing homeowners. He initiated securities fraud claims against the creators of mortgage-backed securities, created the Save the Dream program which assists Ohio homeowners facing foreclosure, mobilized Mortgage Fraud Task Forces in Ohio's major cities, challenged the standing of mortgage servicers to foreclose in cases to which the State of Ohio was a party, and worked with Former Ohio Chief Justice Thomas Moyer to organize over 1,200 volunteer lawyers to represent homeowners in foreclosure. Today, Dann is an active member of SAGE (Society of Attorneys General Emeritus) and the Democratic Attorneys General Association.

Upon leaving office in May 2008, Dann volunteered to represent homeowners facing foreclosure. In the course of that work, he became convinced that many loan servicers lacked the standing necessary to foreclose on his clients. Motivated by the injustices he saw and recognizing that the incidence of fraudulent foreclosure practices had reached epidemic proportions in Ohio, he decided to establish The Dann Law Firm and began representing clients in every corner of the state.

In 2011, Dann and a number of other attorneys filed a class action lawsuit against the largest "foreclosure mill" law firm operating in Ohio. Dann and other lawyers filed a second class action suit a year later alleging that a number of foreclosure mills and lender processing services engaged in fraudulent practices as they attempted to foreclose on homes. He has also utilized the Fair Debt Collection Practices Act and the Ohio's Consumer Sales Practices Act on dozens of occasions to hold loan servicers and the law firms that represent them accountable for their actions.

Dann is a member of the American Bar Association, the Federal Bar Association, the Cleveland Metropolitan Bar Association, the Ohio State Bar Association, the National Association of Consumer Bankruptcy Attorneys, the Society of Attorneys General Emeritus, and the Democratic Attorneys General Association.  He is a regular contributor to *Attorney at Law Magazine* and the *Cleveland Metropolitan Bar Association* Magazine. His work has also been featured in *NACBA's Consumer Bankruptcy Journal* and *Legal Ink Magazine*.

**Rusty Payton**

*Areas of Practice*: RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FCRA violations, Privacy Violations, FDCPA violations, TCPA violations, Unfair Acts and Practices Violations, Class Action Litigation, and Bankruptcy Law.

*Bar Admissions:* State of Illinois 1989; United States District Court for the Northern District of Illinois. Eastern Division, 1989; United States District Court for the Northern District of Ohio, 2014.

*Education: Bachelor of Arts;* the Ohio State University*, 1986; Juris Doctor,* the Ohio State University, College of Law*, 1989.*

Attorney Rusty A. Payton. an honors graduate of the Ohio State University and the Ohio State College of Law, is the managing partner of DannLaw's Chicago, Illinois office. His legal work is centered around helping people and businesses deal with the important aspects of their financial lives: buying a home, signing a lease, getting a security deposit back, forming a new business, filing bankruptcy, negotiating debt relief, dealing with foreclosure and/or working with a mortgage lender to modify a loan or perform a short sale, and prosecuting claims on behalf of consumers.

Because every situation is unique, Attorney Payton listens closely and learns all he can about each and every client before using his extensive knowledge and experience to formulate the most effective legal strategy for their case.  His attention to detail, professionalism, and deep respect for the men and women who turn to him for representation are the keys to his success and hallmarks of DannLaw's relationship with our clients.

**Donna Kolis**

*Areas of Practice*: RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FCRA violations, Privacy Violations, FDCPA violations, TCPA violations, Unfair Acts and Practices Violations, Class Action Litigation, and Bankruptcy Law.

*Bar Admissions:* State of Ohio, 1984; U.S. District Court Northern District of Ohio, 1985; U.S. District Court Southern District of Ohio, 1987; U.S. District Court, Northern District of Illinois, 2017; *pro hac vice* in the following matters: U.S. District Court, Northern District of Georgia, *Jacinta Williams vs. Specialized Loan Servicing,* 1:16-cv-00638-RWS-LTW; U.S. District Court, District of Nevada, *Murray Ford, et al., v. Nationstar Mortgage, LLC,* 2:16-cv-00344-RFP-PAL; U.S. District Court, Northern District of Illinois, *Weber v. Seterus,* 16-cv-06620.

*Education: Bachelor of Arts*, Virginia Intermont College, Bristol Virginia; *Juris Doctorate*, Cleveland-Marshall College of Law, Cleveland Ohio.

Donna Taylor-Kolis is a senior attorney at DannLaw. With over thirty years of experience as a trial attorney, Attorney Kolis specializes in strategy and devising solutions to maximize recovery for her clients. Attorney Kolis utilizes a comprehensive approach to each and every case from the beginning phases of litigation to the end. With an aptitude for service to her clients, Attorney Kolis provides her undivided time and attention to each and every case that she works on.

For the last eight years Attorney Kolis has devoted her time to various aspects of medical malpractice litigation. She served on a Multi-District Litigation Committee for four product groups that included the coordination of scientists, physicians, pathologists, infectious disease specialists, academics, medical researchers, material engineers, economists and life planners. She has served on steering committees, science/expert committees and discovery committees in numerous Federal Court Multi-District Litigations, including, the "Transvaginal Mesh Litigation" pending in both New Jersey State Court and the Federal Court in the Southern District of West Virginia.

Attorney Kolis served as the Post Settlement Administrator on MDL 1871 (Avandia); requiring her to meet with Third Party Administrators to ensure liens

were taken out on payments and discuss how money would be distributed to parties. Attorney Kolis was also responsible for contacting and directing a select group of twenty lawyers across the country to prepare their plaintiffs on bellwhether trials and synthesizing the information into aggregates and plaintiff groups.

Attorney Kolis has an extensive background in science and research. She utilizes a collaborative, proactive approach to all of her cases.

**Brian D. Flick**

*Areas of Practice*: RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FCRA violations, Privacy Violations, FDCPA violations, TCPA violations, Unfair Acts and Practices Violations, Class Action Litigation, and Bankruptcy Law.

*Education: Bachelor of Arts*, Political Science Adrian College 2002; *Juris Doctorate* Ohio Northern University Pettit College of Law 2005

*Admissions:* State of Ohio; State of Kentucky; United States District Court for the Northern District of Ohio; United States District Court for the Southern District of Ohio, in addition to multiple district courts throughout the country.

Brian Flick is a partner with DannLaw and the Managing Partner of the firm's Cincinnati office. In addition, Brian is also the Director of the firm's Bankruptcy Practice Group and Consumer Litigation Practice Group. Brian is a tireless advocate for consumers in Ohio, Kentucky and across the United States. His practice is focused on bankruptcy, foreclosure defense, appellate litigation and other areas of consumer law. A proud two-time graduate and active alumnus of Max Gardner's Consumer Defense Academy, Brian constantly seeks new ways to assist people who are facing foreclosure and other types of financial dilemmas.

Because his clients often find themselves in extremely difficult and stressful situations, Brian provides personal attention and reassurance along with sound legal advice to those who turn to him for help. He strives to resolve every issue and case thoroughly and efficiently whether he is fighting to save a family's home from foreclosure or guiding consumers through the bankruptcy process.

Brian prioritizes professional organizations and is a proud graduate of the Cincinnati Academy for Leadership for Lawyers Class of 2016 as well as member of the Cincinnati Bar Association, Northern Kentucky Bar Association, National Association of Consumer Advocates and National Association of Consumer Bankruptcy Attorneys.  Brian has taken active leadership roles in each of these organizations.  He serves as the Vice Chair of the Cincinnati Bar Association's Bankruptcy Practice Committee; Chairman of the Cincinnati Bar Association's Lawyer Referral Service Committee; and is on the Cincinnati Bar Association's Unauthorized Practice of Law Committee.  Brian serves as the State Chair for Ohio with the National Association of Consumer Advocates and is the 6th Circuit Moderator for the National Association of Consumer Bankruptcy Attorneys.

Brian Flick has been a contributor to the *Attorney at Law Magazine*.  In addition to his writing, Brian is a frequent panel speaker at continuing education events through the Midwest including being a featured panelist at the *2017 Midwest Regional Bankruptcy Seminar; the 2017 Western Michigan Bar Association Consumer Bankruptcy Seminar; the 2016 Credit Education Coalition Fall Bankruptcy Seminar;* and being a featured panelist at the *2014, 2015 and 2016 Cincinnati Bar Association Winter Bankruptcy Institutes*.