# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 ) Case No.: 1:17-md-2800-TWT ) ) ALL CASES ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, I electronically filed the foregoing Application of Rosalee B.C. Thomas and Finkelstein Thompson LLP for Appointment to Plaintiffs' Steering Committee with the Clerk of the Court through the CM/ECF system, that the interested parties in this action will be served through electronic mail, and that a courtesy copy will be hand-delivered to Court chambers.

/s/ Rosanne L. Mah