**Roxanne Barton Conlin**  02.02.2018
3721 SW 61st Street, Suite C
Des Moines, IA 50321
(H) 515-285-0962
(O) 515-283-1111
Fax 515-282-0477
Email: roxlaw@aol.com
www.roxanneconlinlaw.com

**Professional:**

| | |
|---|---|
| 1991-Present | Roxanne Conlin & Associates, P.C.<br>Law Firm Focus:  Civil Litigation<br>Class Actions, Employment, Civil Rights, Personal Injury and Constitutional Law |
| 1983-1990 | Galligan and Conlin, P.C.<br>Law Firm Focus:  Civil Litigation<br>Employment, Civil Rights, Personal Injury and Constitutional Law |
| 1982 | Democratic nominee for Governor of the State of Iowa |
| 1977-1981 | United States Attorney for the Southern District of Iowa<br>Attorney General's Advisory Committee of United States Attorneys, Consultant:  Attorney General Advocacy Institute |
| 1977-1979 | Adjunct Professor of Law, University of Iowa Law School<br>First Course on Women and the Law in Iowa |
| 1976-1977 | Consultant to the United States Commission on the Observance of International Women's Year, United States Department of State |
| 1969-1976 | Assistant Attorney General for the State of Iowa<br>Director, Iowa Civil Rights Section, Department of Justice –<br>Duties included prosecution of anti-trust suits and removal of public officials guilty of public misconduct |
| 1967-1968 | Deputy Industrial Commissioner |
| 1966-1967 | Private Practice |

## **Honors and Awards**

| | |
|---|---|
| 2018 | America's Top 100 High Stakes Litigators for Iowa. |
| 2017 | Albert Nelson Marquis Who's Who Lifetime Achievement Award. |
| 2017 | 10 Best Female Attorneys. |
| 2016 | 10 Best Female Attorneys. |
| 2015 | Elected as Senior Fellow with Litigation Counsel of America. |
| 2014 | Donald Lay Award. |
| 2013 | Bloomer/Catt Award for Public Service.  Status of Women Conference. |
| 2013 | Alumni Achievement Award - Drake Law School. |
| 2013 | Selected by Martindale-Hubbell as a Preeminent Woman Lawyer - exclusively for women attorneys who have received the highest possible rating in both legal ability and ethical standards from their peers. |
| 2011 | Recognized as being in the top 5% of America's Most Honored Professionals. |
| 2011 | Community Champion Award from the Civil Justice Foundation. |
| 2011 | National Championship Honoree from the American Mock Trial Association. |
| 2010 | Community Champion Award from the Civil Justice Foundation. |
| 2010 | Selected as one of Labor & Employment's Best Lawyers. |
| 2009 | Gertrude Rush Award from Iowa State Bar Association. |
| 2009 | Selected as a Fellow of the American Bar Foundation. |
| 2009 | Selected as one of Midwest CEO's Most Influential Women of 2009. |
| 2008 | Selected as one of Lawdragon's 500 Leading Lawyers in America. |

| | |
|---|---|
| 2008 | Iowa Senate Resolution 134 commending work and congratulating for accomplishments, passed unanimously. |
| 2008 | 2008 Louise Noun Visionary Women Award – awarded by the Young Women's Resource Center. |
| 2008 | Inducted into Iowa Legal Aid Hall of Fame. |
| 2007 | 1st recipient of the Iowa Trial Lawyer's Public Justice Award, named the Roxanne Conlin Public Justice Award. |
| 2007 | Inducted into the Iowa Democratic Party Hall of Fame as Outstanding Supporter. |
| 2007 | Elected to Litigation Counsel of America. |
| 2006 | American Association of Justice (formerly Association of Trial Lawyers of America), Leonard M. Ring Champion of Justice Award – Awarded annually to a member whose life and career epitomizes that of a true champion of justice. |
| 2005 | Activist Leader Award from Drake University, United Way and the Des Moines 'Business Record'. |
| 2005 | Iowa Trial Lawyers Association, 2005 ITLA Public Justice Award in Recognition of Persistence and Determination in Pursuing Successful Litigation that Establishes the Right to Trial by Jury for Plaintiffs in Civil Rights Cases under the Iowa Civil Rights Act. |
| 2005 | Association of Trial Lawyers of America, National College of Advocacy, Diplomat of Trial Advocacy. |
| 2005 | Iowa Juneteenth Observance Liberty Award. |
| 2005 | The Iowa Shares Special Recognition in Iowa for efforts to resettle Vietnamese boat people in Iowa. |
| 2004 | Ruth Bader Ginsburg Award from NOW Legal Defense and Education Fund. |
| 2004 | The 2004 Bar Register of Preeminent Lawyers 88th Edition. |
| 2003 | Lifetime Achievement Award from ATLA. |

| | |
|---|---|
| 2003 | Mary Louise Smith Human Rights Award from the Des Moines Human Rights Commission. |
| 2002 | Elected to Membership in the College of Labor and Employment Lawyers. |
| 2002 | Award from Very Special Arts of Iowa serving disabled Iowans. |
| 2002 | Award from United Way for work with Young Women's Resource Center. |
| 2002 | Named by National Law Journal as One of the Ten Most Influential Women Attorneys. |
| 2001 | Mary Louise Smith Award for Racial Justice from the YWCA. |
| 2000 | Marie Lambert Award for Equality for Women from the Association of Trial Lawyers of America. |
| 2000 | Selected as One of Twelve Most Influential Women by the Des Moines 'Business Record'. |
| 2000 | Named One of the Fifty Most Influential Iowans of the Twentieth Century by Des Moines Register. |
| 1999 | Martindale Hubbell Bar Register of Preeminent Attorneys. |
| 1999 | International Society of Lawyers for Public Service. |
| 1999 | Kansas City Association of Women Lawyers established the Annual Roxanne Barton Conlin Scholarship. |
| 1998 | Rosalie Wahl Leadership Award from the Minnesota Women Lawyers Association. |
| 1998 | Named by the National Law Journal as one of "The Fifty Most Influential Women Lawyers in America". |
| 1997 | Named Woman of the Year by the Metro Women's Network. |
| 1995-Present | Featured in <u>Best Lawyers in America.</u> |
| 1995 | Elected to Membership in the Inner Circle of Advocates. |
| 1994 | Elected to membership in the American Law Institute. |

| | |
|---|---|
| 1994 | APEX Award recognizing excellence in opinion column writing for President's Page in <u>Trial</u> of June, 1993 on Alcoholism. |
| 1993 | Verne Lawyer Outstanding Member Award from the Iowa Association of Trial Lawyers. |
| 1993 | Elected to Membership in the International Academy of Trial Lawyers. |
| 1992 | 7th Annual Chester Bedell Memorial Lecture. |
| 1992 | Life Fellow of the Iowa State Bar Association. |
| 1992 | One of the women featured in the book <u>More Strongminded Women</u> by Louise Noun (ISU Press). |
| 1991 | Named one of 100 most influential lawyers in the nation by <u>National Law Journal.</u> |
| 1991 | Elected to Membership in the Iowa Academy of Trial Lawyers. |
| 1991 | Certified as a Civil Trial Advocate by the National Board of Trial Advocacy. |
| 1990 | Diplomat of the American Board of Professional Liability Attorneys. |
| 1989 | Outstanding Alumni Award, Drake University Law School. |
| 1989 | Woman of Vision Award, Young Women's Resource Center. |
| 1989 | Named one of the nation's top ten litigators in an article in the <u>National Law Journal.</u> |
| 1987 | Iowa Citizens Action Network Annual Award for Public Service. |
| 1981 | Iowa Women's Hall of Fame. |
| 1981 | Omicron Delta Kappa, Alumni Member. |
| 1981 | Award for Outstanding Assistance - United States Secret Service. |
| 1979 | Special Commendation - Director of Federal Bureau of Investigation. |
| 1978 | Special Commendation - United States Postal Inspection Service. |

| | |
|---|---|
| 1976 | Chosen in article in <u>McCall's Magazine</u> (November issue) as one of 44 Women qualified for a Cabinet Position. |
| 1975 | Honorary Doctor of Laws, University of Dubuque. |
| 1975 | Chosen in article in <u>Redbook Magazine</u> as one of "44 Women Who Could Save America". |
| 1974 | Outstanding Service to Civil Liberties presented by the Iowa Civil Liberties Union. |
| 1974 | Martin Luther King, Jr. award for outstanding service presented by Amalgamated Meat Cutters and Butcher Workmen of N.A. AFL-CIO. |
| 1974 | The Outstanding Young Woman of Iowa. |

## Civic and Professional Activities

| | |
|---|---|
| 2000 – Current | Elected to membership in the Litigation Counsel of America, National Center for State Court Lawyers Committee, 2003 - 2006 Board of Directors Trial Lawyers Care, the National Pro Bono Effort for the Victims of the September 11th Tragedy, 2001 - 2004 |
| 1990 – | President – Roscoe Pound Foundation, 1994 - 1997 Elected to Membership in the American Law Institute, 1994 - Present Trustee in the American Jury Trial Foundation, 1993 - Present President of the Association of Trial Lawyers of America, 1992 - 1993; President-Elect (1991-1992); Vice-President (1990-1991); Secretary (1989-1990); Parliamentarian (1988-1989); and ATLA-PAC Board of Directors (1987-1989) Chair of the following Association of Trial Lawyers of America committees: Organization Review Committee; Education Committee; Membership Oversight Committee; Consumer and Victims Coalition Committee; Safety Conference Committee; Member of Roscoe Pound Foundation Board of Governors, and various other committees (1986-1992) Board of Directors of the National Association of Former United States Attorneys, 1991 - 2000 Advisory Board Member - Older Iowans' Permanent Fund Foundation, 1991 - 1997 Board Member – Trial Lawyers for Public Justice, 1991 - 2000 Honorary Board Member, Animal Rescue League of Iowa, 1990 - 1995 |

| | |
|---|---|
| 1980 – | Master of the Bench, Blackstone Inn, American Inns of Court, 1989 - Present |
| | Co-Chair, Higher Education Task Force of the State of Iowa, 1988 - 1992 |
| | Advisory Board, Coalition for Women's Appointments, 1988 - 1990 |
| | President, Civil Justice Foundation, 1986 - 1988 |
| | Council on Judicial Selection, Appointed by Chief Justice Reynoldsen, 1986 |
| | Board of Directors, YWCA, 1986 - 1988 |
| | Chair, Board of Governors, Drake University Law School Endowment Trust, 1985 - 1986 |
| | Board of Governors, Association of Trial Lawyers of Iowa, 1984 - 1995 |
| | Board of Directors, NOW Legal Defense and Education Fund, 1983 – 1989 |
| | President, 1986 to 1988; General Counsel, 1985-1986 |
| | Board of Directors, Dowling High School, 1981 - 2001 |
| | President, Vice President, Federal Executive Council, 1979 - 1981 |
| 1970 – | Member, Des Moines Chamber of Commerce, 1979 - Present |
| | Board of Directors, Iowa Shares Program, 1978 - 1980 |
| | Advisory Board, National Women's Political Caucus, 1977 - 1992 |
| | Law Board of Counselors for Drake University Law School, 1977 - 1985 |
| | Panelist, Upper Midwest Council - Critical Choice Project, 1976 - 1977 |
| | Youth for Understanding, Bicentennial Committee of Iowa, 1976 |
| | Administrative Committee Member, National Women's Political Caucus, 1975 - 1977 |
| | Board of Directors, Polk County Rape/Sexual Assault Care Center, 1974 - 1977 |
| | Board of Directors, Riverhills Day Care Center, 1974 - 1975 |
| | Founder and State Chairperson, Iowa Women's Political Caucus, 1973 - 1975 |
| | Iowa Commission on the Status of Women, 1972 - 1978 |
| | Member, American Bar Association and various sections and committees, 1966 – Present |
| | Member, Iowa Bar Association, 1966 – Present; Career Day Panel, Bar Review Committee, Federal Practice Committee, Uniform Court Instructions Committee (1987-1992) |

## **Education**

Drake University.  Bachelor of Arts, 1964.  Phi Beta Kappa.  Alpha Lambda Delta, Women's Honorary Sorority.  Chi Omega Social Service Award for work with underprivileged children.  National Merit Scholarship Finalist.  Reader's Digest Scholar.

Drake University Law School.  Juris Doctorate, 1966.  Law Review.  Representative to American Law Student Association.  Fischer Foundation Scholar.  Dean:  Kappa Beta Phi Legal Sorority.

Drake University.  Master's Degree in Public Administration, 1979.  Pi Alpha Alpha, Honorary Society in Public Affairs and Administration, 1978.

Harvard University.  Recipient:  Grant for Seminar entitled Limits of Positivism:  Certainty and Justice in the Law.  August, 1980.

## Notable Listings

Who's Who in America
Who's Who in American Law
Who's Who in Government
Who's Who of American Women
Who's Who in the Middlewest
Who's Who in Politics
Dictionary of International Biography
World's Who's Who of Women
The Best Lawyers in America
Bar Register of Preeminent Lawyers


## Selected Articles and Book Chapters

"Voir Dire for the Plaintiff in a Medical Malpractice Case", Jury Selection – 4th Edition, (Aspen Publishers 2010)

"ATLA's Litigating Tort Cases", 6 volumes, Co-editor West Publishing Company (June, 2003)

"In Defense of the American Trial Lawyer", The Aspen Institute Quarterly (Spring, 1993, Volume V, No. II, Page 128)

"Loser Pays" Rule: Who Pays for Injustice, with Clarence L. King, Jr., National Law Journal, July, 1992 (Reprinted in Trial Magazine, October, 1992)

"Making the Opposing Expert Tell the Truth", 22 Trial Lawyers Quarterly, No. 1, p. 50 (Fall, 1991)

"Voir Dire Examination and Jury Selection", Anatomy of a Personal Injury Lawsuit - 3rd Edition, (ATLA Press 1991)

"Litigation Explosion Disputed", National Law Journal, July 29, 1991 (Reprinted in Trial Magazine, p. 114, "`Litigation Explosion' Tempest in a Teapot?", Nov. 1991 as published by ATLA)

"Women, Power, and the Law", 26 <u>Trial</u>, 22 (Feb., 1990)

"Landlord Liability for Criminal Attack on Client", 35 Am. Jur. <u>Trials</u> 1 (1987)

<u>Legal Status of Homemakers in Iowa</u>, United States Commission on International Women's Year, November, 1976

"Government Policy and the Legal Status of Women", <u>Women in the Professions</u>, Ed. Laurily Keir Epstein, Lexington Books, 1976

<u>Equal Protection vs. The Equal Rights Amendment - Where Are We Now?</u>, 24 Drake Law Review 259 (Winter 1975)

## **Personal**

Born June 30, 1944, Huron, South Dakota
Married to James C. Conlin, March 24, 1964; 4 children; 5 grandchildren