## INDEX OF EXHIBITS

**Exhibit**           **Description**

1       Declaration of William H. Murphy III

2       *Curriculum Vitae* of William H. Murphy III

3       Murphy, Falcon & Murphy, P.A. firm background and notable cases

4       American Association for Justice, *Resolution on Diversity in Trial Court Appointments* (July 25, 2016).

5       Exhibit B to Joint Application of Stephen G. Lowry for Leadership Position or Plaintiffs' Steering Committee and of Miles N. Clark for Plaintiffs' Steering Committee.