# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No.: 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

## DECLARATION OF WILLIAM H. MUPRHY III

I, William H. Murphy III declare as follows:

I am the managing partner of the law firm of Murphy, Falcon & Murphy, P.A. at 1 South Street, 23rd Floor, Baltimore, Maryland 21202. I submit this declaration in support of the Motion for Appointment of Lead Counsel, or in the alternative, to the Plaintiff's Steering Committee in the above-captioned matter. I have personal knowledge of the facts stated in the Motion for Appointment of Lead Class Counsel and herein.

The following individuals will provide a recommendation for appointment as Lead Counsel, whose contact information is available upon request:

1. Kenneth L. Thompson, Partner, Venable LLP.

2. The Hon. George L. Russell III, District Judge, United States District Court, District of Maryland.

3. The Hon. Marvin J. Garbis, United States District Court, District of Maryland.

4. The Hon. Paula Xinis, United States District Court, District of Maryland.

5. Robert M. Thompson, Partner, Bryan Cave, LLP.

6. Vanita Gupta, President and CEO, The Leadership Conference on Civil and Human Rights, Former Principal Deputy Assistant Attorney General and Head of the United States Department of Justice, Civil Rights Division.

Executed on:  February 2, 2018

Respectfully submitted,

/s/ William H. Murphy III, Esq.
William H. Murphy III (Fed. Bar No. 30126)
MURPHY, FALCON & MURPHY
One South Street, Suite 2300
Baltimore, Maryland 21202
T: (410) 539-6500
F: (410) 539-6599
hassan.murphy@murphyfalcon.com