# Exhibit 2



**William H. Murphy III**
Managing Partner
MURPHY, FALCON & MURPHY
1 South Street
23rd Floor
Baltimore, MD 21224
hassan.murphy@
murphyfalcon.com



## SENIOR TRIAL LAWYER WITH SUBSTANTIAL EXPERIENCE WINNING COMPLEX CASES

A graduate of Williams College and the Georgetown University Law Center, Hassan was a member of the corporate international department in the New York office of Curtis, Mallet-Prevost, Colt & Mosle, a New York based law firm specializing in international transactions. While at Curtis Mallet, Hassan specialized in mergers and acquisitions, corporate finance, and bankruptcy arbitrage. In that capacity, he represented a $4.7 billion takeover target, a $65 million seller of its assets, and a $500 million asset securitization.

Hassan joined his father and the Firm in 1997 and became its managing partner in 1999 and has developed the strategic vision that powers the firm's growth. As a skilled Baltimore trial attorney and aggressive negotiator, he is



directly involved in the most complex cases the firm handles. He has brought his transactional expertise to the Firm representing publicly traded corporations in complex commercial litigation and has successfully resolved hundreds of millions of dollars of cases for both plaintiffs and defendants across the country.

Hassan handles a wide variety of litigation and continually demonstrates his aptitude and skill in taking on challenging legal situations. It is these pursuits that have earned him a reputation as an excellent businessman who is the "architect of the deal," "a visionary," and an extremely gifted negotiator. Hassan is among a distinguished group of attorneys whose unyielding dedication to resolving complex commercial litigation is matched by an unwavering passion for the courtroom.

A trial lawyer at heart, Hassan maintains an active role in the courtroom representing Murphy, Falcon & Murphy's wide range of clients. The man himself puts it best: "To make the point without understanding how it fits into the overall scheme of success is what 95% of the world's lawyers do. To make the point in a way that fits into your strategy — that's an art form."

> *"Hassan's unique combination of judgment, skill, and guts has been his hallmark since we met many years ago. He continues to be my most trusted advisor." –Former U.S. Congressman Harold Ford, Jr.*

"I'll never forget sitting at my kitchen table, reading an article in the Washington Post about this small community that was forced to live off of bottled water," says Hassan about one of his proudest victories—a case against Constellation Power Source Generation in 2008.



After learning of the issues with fly ash contamination that residents of Gambrills, Maryland were facing, Hassan was determined to help. With his encouragement and representation, community members filed a class action suit against the energy company that had contaminated their wells and won a $54 million settlement.

## EDUCATION

**Georgetown University Law Center, Washington, DC**
J.D. 1994 with a concentration in Commercial Transactions and U.S. Taxation
Member of the Criminal Justice Clinic

**Williams College, Williamstown, Massachusetts**
B.A. Political Science 1990
Member of the Varsity Lacrosse and Varsity Football teams

## PROFESSIONAL EXPERIENCE

**1999 – current**
**Managing Partner, Murphy, Falcon & Murphy, P.A., Baltimore, MD**
- Transitioned William H. Murphy, Jr. & Associates into Murphy, Falcon & Murphy, P.A., a nationally recognized complex litigation force
- Quadrupled the firm's revenues over a five year period
- Developed and successfully manages national practice areas in Commercial Litigation, Product Liability, Environmental Torts, Consumer and other Class Actions
- Continues to resolve legal disputes through mediation
- Presides over the firm's financial and legal management



**1997 – 1999**
**Associate, William H. Murphy, Jr. & Associates, Baltimore, MD**

**1994 – 1997**
**Associate, Curtis, Mallet-Prevost, Colt and Mosle, New York, NY**
- Specialized in mergers and acquisitions, corporate finance and bankruptcy
- Represented a $4.7 billion takeover target, a $65M seller of its assets and a $500M asset securitization

## BAR ADMISSIONS

- 1995 New York
- 1996 United States District Court, Southern District of New York
- 2004 Maryland
- 2013 United States District Court, District of Maryland
- 2016 United States District Court, Eastern District of Michigan
- 2017 United States District Court, Eastern District of Tennessee
- 2017 Supreme Court of the United States

## AWARDS AND MEMBERSHIPS

- Leadership in Law award winner, *The Daily Record,* 2013
- Practitioner of the Year, University of Maryland School of Law Black Law Students Association, 2013
- Top 100 Black Lawyers in America, On Being a Black Lawyer, 2012
- Top Attorney in Maryland, *Baltimore Magazine Super Lawyers*, 2011, 2012
- Top 50 Most Influential Marylanders, *The Daily Record*, 2011
- Largest Minority-Owned Business, *Baltimore Business Journal*, 2011, 2015, 2017
- Trial Lawyer of the Year, Trial Lawyers for Public Justice, 2002



- Recognition, Service on the Board of Governors, Maryland Association for Justice, Inc., 2017
- University of Maryland School of Law Board of Visitors, 2006-present
- Board of Directors, University System of Maryland Foundation, 2014-present
- Board Member, Monumental City Bar Foundation, 2006-present
- Board Member, Network for Teaching Entrepreneurship, 2005-present
- Board of Directors, Batter Up Foundation, 2009-2012
- Washington Baseball Academy, Volunteer
- Martindale-Hubbell® AV® Rated