# Exhibit 5

## Exhibit B

## Attorneys Endorsing Stephen G. Lowry for Co-lead Counsel or, alternatively, Liaison Counsel or Plaintiffs' Steering Committee and Miles N. Clark for Plaintiff's Steering Committee

Annabelle L. Patterson
**Annabelle Lee Patterson, PLC**
646 Quapaw Avenue
Hot Springs, AR 71901

Robert A. Clifford
Shannnon M. McNulty
**Clifford Law Offices**
120 North LaSalle Street, 31st Floor
Chicago, IL 60602

Marc E. Dann
Brian Flick
Javier L. Merino
Rusty A. Payton
**DannLaw**
P.O. Box 6031040
Cleveland, OH 44103
*Offices in Ohio, Illinois, New Jersey, and Oregon*

David H. Krieger
George Haines
**Haines & Krieger, LLC**
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Jack Fitzgerald
Melanie Persinger
Trevor Flynn
**The Law Office of Jack Fitzgerald, PC**
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, CA 92103

Richard V. Falcon
William H. Murphy, Jr.
William H. Murphy, III
**Murphy, Falcon & Murphy**
One South Street, 23rd Floor
Baltimore, MD 21202

Page A. Pate
Jess B. Johnson
**Pate & Johnson, LLC**
101 Marietta St NW, Suite 3300
Atlanta, GA 30303

Sean N. Payne
**Payne Law Firm LLC**
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

1

2

Andrew B. Sacks
John K. Weston
**Sacks Weston Diamond LLC**
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103

Robert J. Weltchek
Nolan J. Weltchek
Kristopher A. Mallahan
Nathan W. Hopkins
Megan Elizabeth Burns
**Weltchek Mallahan & Weltchek, LLC**
2330 West Joppa Road, Suite 203
Lutherville, MD 21093

Thomas A. Zimmerman, Jr.
Nickolas J. Hagman
**Zimmerman Law Offices, P.C.**
77 West Washington Street, Suite 1220
Chicago, IL 60602