# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br>Consumer Actions |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Andrew Crow, Lauren Hoffman Taylor, Stephanie Patrick, John Kennedy Bailey, Kevin O'Brien, Sarah O'Brien, Lorraine Plante, Stephen Plante, Jeffrey Warren Dixon, Hollie Moore, Anna Rice-Wright, James R. Wright, Kerri Murphy, Jon M. Lewis, Stephen M. Shafran, Jr., Barbara A. Shafran, John L. Brisini, Jr., Ryan Treat, Antonietta McCann, Patricia Samuelson, Donald Cordell, Deborah Rivas, Randall K. Roshto, Karen Bergquist, Sarah L. Hardy, Richard Gainey, Valerie Gainey, Jonathan C. Entsminger, Carrie L. Entsminger, Jackie L. Kier, Aloha Kier, Larry Newcomer, and Andrea Shafran

Date:   February 2, 2018

Jodi Westbrook Flowers (SC66300)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9027
jflowers@motleyrice.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2018, a copy of the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF system.

Dated: February 2, 2018                                              ____*/s/ Jodi Westbrook Flowers*___
                                                                                                       Jodi Westbrook Flowers