**COUNSEL WHO HAVE FILED CASES IN THIS MDL AND SUPPORT THIS APPLICATION**

| Attorney(s) | Firm(s) | Plaintiff(s) | Case Name | Case Number(s) | Court of Origin |
|---|---|---|---|---|---|
| Corey D. Holzer<br><br>Scott Poynter | Holzer & Holzer, LLC<br>1200 Ashwood Parkway<br>Suite 410<br>Atlanta, GA  30338<br><br>Steel, Wright, Gray & Hutchinson, PLLC<br>400 West Capitol Avenue<br>Suite 2910<br>Little Rock, AR  72201 | Charles Gastineau,<br>Blake McBride,<br>Lisa Griggs,<br>Jeff Seiter,<br>Richard Huppert,<br>David Crowe | *Gastineau v. Equifax Inc.* | 1:17-cv-03769-TWT | N.D. Ga. |
| Gerard Stranch* | Branstetter, Stranch & Jennings, PLLC<br>223 Rosa L. Parks Ave., Suite 200<br>Nashville, TN  37203 | Cady Daughtery,<br>Michael Norris,<br>Julie Richardson | *Daughtery v. Equifax Inc* | 4:17-cv-00597-BSM<br><br>Case transferred to 1:17-cv-05228-TWT | E.D. Ark.<br><br><br><br>N.D. Ga. |
| Robert Gilbert | Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>2800 Ponce de Leon Boulevard<br>Suite 1100<br>Coral Gables, FL  33134 | Adi Amuial | *Amuial v. Equifax Inc.* | 1:17-cv-23405-DPG<br><br>Case transferred to 1:17-cv-05285-TWT | S.D. Fla.<br><br><br><br>N.D. Ga. |
| Thomas A. Demetrio | Corboy & Demetrio<br>33 North Dearborn Street<br>21st Floor<br>Chicago, IL  60602 | Scott Meyers,<br>Judy Meyers,<br>Karl Gordon Eikost | *Meyers v. Equifax Information Services LLC* | 1:17-cv-06652<br><br>Case transferred to 1:17-cv-05275-TWT | N.D. Ill.<br><br><br><br>N.D. Ga. |
| Michael R. Cashman* | Hellmuth & Johnson PLLC<br>8050 West 78th Street<br>Minneapolis, MN  55439 | Mona Coade-Wingate | *Coade-Wingate v. Equifax Inc.* | 1:17-cv-01136-TJM-DEP<br><br>Case transferred to 1:18-cv-00001 | N.D.N.Y.<br><br><br><br>N.D. Ga. |

\* May also submit individual application.

EXHIBIT A

| Attorney(s) | Firm(s) | Plaintiff(s) | Case Name | Case Number(s) | Court of Origin |
|---|---|---|---|---|---|
|  |  | York Taenzer, Marilyn Dorsey, Nicole Grafton, Michael Nehring | *Taenzer v. Equifax Inc.* | 4:17-CV-00349-JEG-CFB<br><br>Case transferred to 1:17-cv-05375-TWT | S.D. Iowa<br><br><br>N.D. Ga. |
| Warren T. Burns | Burns Charest LLP<br>900 Jackson Street<br>Suite 500<br>Dallas, TX  75202 | Mario Vice | *Vice v. Equifax Inc.* | 1:17-cv-04250-TWT | N.D. Ga. |
| W. Mark Lanier | The Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX  77069 | John X. Lewis | *Lewis v. Equifax Inc.* | 1:17-cv-03863-TWT | N.D. Ga. |
| John Roddy<br>Elizabeth Ryan<br>Benjamin Lajoie<br>(Benjamin L. Bailey) | Bailey & Glasser LLP<br>99 High Street, Suite 304<br>Boston, MA  02110 | Philip Cole | *Cole v. Equifax Inc.* | 1:17-cv-05015-TWT | N.D. Ga. |
| Esther Berezofsky | Berezofsky Law Group, LLC<br>Woodland Falls Corporate Center<br>210 Lake Drive East<br>Suite 101<br>Cherry Hill, NJ  08002 | Daniel Blake,<br>Melissa Spositi,<br>Michael Spositi,<br>David Linker | *Blake v. Equifax Inc.* | 1:17-cv-07121<br><br>Case transferred to 1:18-cv-00040-TWT | D.N.J.<br><br><br><br>N.D. Ga. |
| Nicholas Koluncich | Law Offices of Nicholas Koluncich LLC<br>500 Marquette Ave. NW<br>Suite 1200<br>Albuquerque, NM  87102 | Katharine Clark,<br>Emily Thomas | *Clark v. Equifax Inc.* | 1:17-cv-01118<br><br>Case transferred to 1:17-cv-05417-TWT | D.N.M.<br><br><br><br>N.D. Ga. |

2

| Attorney(s) | Firm(s) | Plaintiff(s) | Case Name | Case Number(s) | Court of Origin |
|---|---|---|---|---|---|
| Shelly Friedland | Trief & Olk<br>150 East 58th Street,<br>34th Floor<br>New York, NY  10155 | Shervon Flores<br>Elio Guzman<br>Ellen Lamb<br>Owen Lamb<br>Thomas Lamb<br>Jose Perez<br>Tenku Ruff<br>George Wolff | *Flores v. Equifax Inc.* | 7:17-cv-07088-VB<br><br>Case transferred to 1:17-CV-05530-TWT | S.D.N.Y<br><br><br>N.D. Ga. |
| Don Barrett | Don Barrett, P.A.<br>404 Court Square North<br>Lexington, MS  39095 | Daniel Martin | *Martin v. Equifax Inc.* | 3:17-cv-00174<br><br>Case transferred to 1:18-CV-00038-TWT | N.D. Miss.<br><br>N.D. Ga. |
| Roger Slade<br>Rebecca Newman Casamayor | Haber Slade, P.A.<br>201 S. Biscayne Blvd.<br>Suite 1205<br>Miami, FL  33131 | Gregory Podalsky<br>Eileen Sue Samilow | *Podalsky v. Equifax Inc.* | 1:17-cv-23465<br><br>Case transferred to 1:17-cv-05286 | S.D. Fla.<br><br>N.D. Ga. |
| Brian Robbins<br>Ashley Rifkin | Robbins Arroyo<br>600 B Street, Suite 1900<br>San Diego, CA 92101 | Christian Duke<br>Dale Miller | *Duke v. Equifax Inc.* | 1:17-cv-03765 | N.D. Ga. |
| Robert C Hilliard | Hilliard Munoz Gonzales LLP<br>719 S Shoreline, Ste 500<br>Corpus Christi, TX 78401 | Joan Lawyer | *Lawyer v. Equifax Inc.* | 4:17-cv-03161<br><br>Case transferred to 1:17-cv-05498-TWT | S.D. Tex.<br><br>N.D. Ga. |
| Marc A. Wites | Wites Law Firm<br>Marc A. Wites<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064 | Andrew C. Geller<br>Jody L. Geller | *Geller v. Equifax Inc.* | 9:17-cv-81056<br><br>Case transferred to 1:17-cv-05288-TWT | S.D. Fla.<br><br>N.D. Ga. |

| Attorney(s) | Firm(s) | Plaintiff(s) | Case Name | Case Number(s) | Court of Origin |
|---|---|---|---|---|---|
| John Soumilas | Francis & Mailman, P.C. Land Title Building 19th Floor 100 South Broad Street Philadelphia, PA 19110 | Daniel J. Mann | *Mann v. Equifax Information Services LLC* | 2:17-cv-04100  Case transferred to 1:17-cv-05103-TWT | E.D. Pa.  N.D. Ga. |
| Leonard Anthony Bennett | Consumer Litigation Associates 763 J. Clyde Morris Boulevard, Suite 1A Newport News, VA 23601 | Candice Bethea Christopher Zarpas | *Bethea v. Equifax, Inc.* | 3:17-cv-00648  Case transferred to 1:18-cv-00055-TWT | E.D. Va.  N.D. Ga. |
|  |  | Corinne Cooper Morgan Rutherford Donna DeConcini | *Cooper v. Equifax Incorporated* | 4:17-cv-00490  Case transferred to 1:17-cv-05222-TWT | D. Ariz.  N.D. Ga. |
|  |  | Lisa Gladwell Sharon Morgan | *Gladwell v. Equifax, Inc.* | 5:17-cv-04061  Case transferred to 1:17-cv-05445-TWT | S.D. W. Va.  N.D. Ga. |
| Daniel E. Gustufson Daniel C. Hedlund | Gustufson Gluek PLLC 120 South 6th Street Suite 2600 Minneapolis, MN 55402 | Dawn Appel Jody Burgstahler Kevin Burgstahler Robert Etten Jennifer Harris Glenn Jaspers | *Appel v. Equifax Inc.* | 0:17-cv-04488  Case transferred to 1:17-cv-05378-TWT | D. Minn.  N.D. Ga. |
| Nicholas A. Carlin | Phillips Erlewine Given & Carlin LLP 39 Mesa Street, Suite 201 The Presidio San Francisco, CA 94129 | Dan Alexander | *Alexander v. Equifax, Inc.* | 5:17-cv-05230  Case transferred to 1:17-cv-05038-TWT | N.D. Cal.  N.D. Ga. |