# Stuart A. Davidson
### Partner
Boca Raton | T: (561) 750-3000 | E: sdavidson@rgrdlaw.com

## Practice Areas

Consumer Fraud

Corporate Takeover

Shareholder Derivative

Whistleblower

Case Evaluation & Litigation

## Education

Nova Southeastern University Shepard Broad Law Center, J.D., 1996, *summa cum laude*
- Graduated in the top 3% of his class
- Associate Editor, *Nova Law Review*
- Recipient of Book Awards (highest grade) in Trial Advocacy, Criminal Pretrial Practice, and International Law

State University of New York at Geneseo, B.A., 1993, Political Science

## Admissions

Florida

United States Supreme Court

United States Courts of Appeals for the Third, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits

United States District Courts for the Northern, Middle and Southern Districts of Florida

United States District Courts for the Northern and Southern Districts of Indiana

United States District Court for the Eastern District of Michigan

United States District Courts for the Northern and Southern Districts of Texas

Stuart Davidson is a partner in Robbins Geller Rudman & Dowd LLP's Boca Raton office. His practice focuses on complex consumer class actions, including cases involving deceptive and unfair trade practices, privacy and data breach issues, as well as representing investors in class actions involving mergers and acquisitions, and prosecuting derivative lawsuits on behalf of public corporations.

Davidson served as class counsel in one of the earliest privacy cases, *Kehoe v. Fidelity Federal Bank & Trust*, where he represented half-a-million Florida drivers against a national bank for purchasing their private information from the state department of motor vehicles for marketing purposes, in violation of the Driver's Privacy Protection Act ("DPPA"). His efforts resulted in a seminal privacy decision on damages by the Eleventh Circuit, 421 F.3d 1209 (11th Cir. 2005), *cert denied*, 547 U.S. 1051 (2006), and after years of hard-fought litigation, including an appeal to the United States Supreme Court, he was able to obtain a $50 million recovery for the class. He was also integral in obtaining a settlement valued at $15 million in *In re Sony Gaming Networks & Customer Data Security Breach Litigation*, concerning claims related to the massive data breach of Sony's PlayStation Network, and is actively involved in *In re Facebook Biometric Information Privacy Litigation*, concerning Facebook's alleged privacy violations through its collection of user's biometric identifiers without informed consent, both cutting-edge nationwide privacy consumer class actions in California.

Davidson was co-lead counsel in *In re UnitedGlobalCom, Inc. Shareholder Litigation*, filed in the Delaware Court of Chancery, which settled for $25 million just weeks before trial. He also served as co-lead counsel in *In re Winn-Dixie Stores, Inc. Shareholder Litigation*, which recovered $11.5 million for former Winn-Dixie shareholders following the corporate buyout by BI-LO, and in *In re AuthenTec, Inc. Shareholder Litigation*, which recovered $10 million for former AuthenTec shareholders following a merger with Apple, the two largest merger and acquisition recoveries in Florida history. Davidson is also actively involved in prosecuting a number of consumer fraud cases throughout the nation. He currently serves as co-lead counsel for hundreds of retired NHL players in *In re NHL Players' Concussion Injury Litigation* in the District of Minnesota, serves as a member of the Plaintiffs' Executive Committee in *In re Yahoo! Inc. Customer Data Security Breach Litigation* in the Northern District of California regarding the the largest data breach in history, and is spearheading several aspects of *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation* in the District of Kansas, a case involving the illegal monopolization of the epinephrine auto-injector market, which allowed the prices of the life-saving EpiPen to rise over 600% in 9 years, and where Robbins Geller named partner Paul J. Geller was appointed Co-Lead Counsel. Davidson previously served as court-appointed co-lead counsel in *In re Pet Food Products Liability Litigation*, a multidistrict consumer class action in the District of New Jersey, where he represented thousands of aggrieved pet owners nationwide against some of the nation's largest pet food manufacturers, distributors and retailers, and which settled for $24 million. He also served as class counsel in several class actions brought on behalf of Florida emergency healthcare providers, which resulted in a seminal decision by a Florida appeals court affirming a private right of action, *Peter F. Merkle, M.D., P.A. v. Health Options, Inc.*, 940 So. 2d 1190 (Fla. Dist. Ct. App. 2006), and settled for substantial increases in reimbursement rates and millions of dollars in past damages for the class.

COMPOSITE EXHIBIT B

(561) 750-3000 / rgrdlaw.com

**Robbins Geller Rudman & Dowd** LLP

# Stuart A. Davidson
## Partner

Some of Davidson's notable cases include: *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-MD-02752-LHK, 2017 WL 3727318 (N.D. Cal. Aug. 30, 2017); *Friedman v. AARP, Inc.*, 855 F.3d 1047 (9th Cir. 2017); *Evans v. Ariz. Cardinals Football Club LLC*, No. C 16-01030 WHA, 2016 U.S. Dist. LEXIS 86207 (N.D. Cal. July 1, 2016); *In re NHL Players' Concussion Injury Litig.*, MDL No. 14-2551 (SRN/JSM), 2016 U.S. Dist. LEXIS 65953 (D. Minn. May 18, 2016); *In re NHL Players' Concussion Injury Litig.*, MDL No. 14-2551 (SRN), 2015 U.S. Dist. LEXIS 38755 (D. Minn. Mar. 25, 2015); *Dumont v. Litton Loan Servicing, LP*, No. 12 Civ. 2677 (ER), 2015 U.S. Dist. LEXIS 29787 (S.D.N.Y. Mar. 11, 2015); *Lesti v. Wells Fargo Bank, N.A.*, 960 F. Supp. 2d 1311 (M.D. Fla. 2013); *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.*, 903 F. Supp. 2d 942 (S.D. Cal. 2012); *In re Clorox Consumer Litig.*, 894 F. Supp. 2d 1224 (N.D. Cal. 2012); *In re Compellent Techs, Inc. S'holder Litig.*, No. 6084-VCL, 2011 WL 6382523 (Del. Ch. Dec. 9, 2011); *All Family Clinic of Daytona Beach, Inc. v. State Farm Mut. Auto. Ins. Co.*, 448 F. App'x 906 (11th Cir. 2011); *In re Pet Food Prods. Liab. Litig.*, 629 F.3d 333 (3d Cir. 2010); *Penzer v. Transp. Ins. Co.*, 605 F.3d 1112 (11th Cir. 2010); *Penzer v. Transp. Ins. Co.*, 29 So. 3d 1000 (Fla. 2010); *Frankle v. Best Buy Stores, L.P.*, 609 F. Supp. 2d 841 (D. Minn. 2009); *In re NationsRent Rental Fee Litig.*, No. 06-60924-CIV, 2009 WL 636188 (S.D. Fla. Feb. 24, 2009); *Neighborhood Health P'ship, Inc. v. Peter F. Merkle, M.D., P.A.*, 8 So. 3d 1180 (Fla. Dist. Ct. App. 2009); *Tampa Serv. Co. v. Hartigan*, 966 So. 2d 465 (Fla. Dist. Ct. App. 2007); *Kehoe v. Fid. Fed. Bank & Trust*, 421 F.3d 1209 (11th Cir. 2005); and *In re JCC Holding Co. S'holder Litig.*, 843 A.2d 713 (Del. Ch. 2003).

Before joining the Firm, Davidson was an associate with the law firm of Geller Rudman, PLLC in Boca Raton, where he concentrated his practice on the prosecution of class actions. At Geller Rudman, Davidson handled numerous cases on behalf of shareholders of public corporations whose shares were to be acquired through leveraged buyouts, mergers, tender offers, and other "change of control" transactions, as well as derivative lawsuits filed against corporate boards, seeking to impose corporate governance reforms aimed at protecting shareholders and eliminating corporate waste and abuse. Davidson also represented consumers in numerous cases in which allegations of consumer fraud and deceptive trade practices were alleged. Additionally, Davidson was an associate at a private law firm in Boca Raton, where he gained substantial experience in all aspects of securities litigation, including SEC and NASD enforcement proceedings, securities regulatory proceedings by state and self-regulatory organizations, federal criminal securities fraud prosecutions, federal securities appellate litigation, and NASD customer arbitration proceedings, as well as acting as counsel for court-appointed receivers in complex federal securities and franchise litigation proceedings.

Davidson is a former lead assistant public defender in the Felony Division of the Broward County, Florida Public Defender's Office. During his tenure at the Public Defender's Office, he tried over 30 jury trials, conducted hundreds of depositions, handled numerous evidentiary hearings, engaged in extensive motion practice, and defended individuals charged with major crimes ranging from third-degree felonies to life and capital felonies. He has been quoted in numerous major media outlets regarding his cases, including *The New York Times*, *The Washington Post*, *U.S. News & World Report*, the *South Florida Sun-Sentinel*, the *Boston Globe*, the *Miami Herald*, *The Globe & Mail*, and *Law360*, and is a frequent speaker at conferences involving class action practice and procedure.

Davidson earned his Bachelor of Arts degree in Political Science from the State University of New York at Geneseo. He earned a Juris Doctor degree from the Nova Southeastern University Shepard Broad Law Center, where he graduated *summa cum laude* in the top 3% of his class. While in law school Davidson was the Associate Editor for the *Nova Law Review* and was the recipient of Book Awards (highest grade) in Trial Advocacy, Criminal Pretrial Practice, and International Law.

# John Herman
## Partner
Atlanta | T: (404) 504-6500 | E: jherman@rgrdlaw.com

### Practice Areas
Class Action Litigation
Intellectual Property
Securities Fraud
Whistleblower

### Education
Vanderbilt University Law School, J.D., 1992
- Editor-in-Chief, *Vanderbilt Journal*
- John Wade Scholar

Marquette University, B.S., 1988, Biochemistry, *summa cum laude*

### Admissions
Georgia
United States Supreme Court
United States Courts of Appeals for the Fourth, Eleventh and Federal Circuits
United States District Courts for the Northern and Middle Districts of Georgia
United States District Court for the District of Colorado
United States District Court for the Eastern District of Wisconsin
United States District Court for the Eastern District of Texas

John Herman is a partner at Robbins Geller Rudman & Dowd LLP, the Chair of the Firm's Intellectual Property Practice and manages the Firm's Atlanta office. His practice focuses on complex civil litigation, with a particular emphasis on high technology matters. His experience includes securities, patent, antitrust, whistleblower and class action litigation. Herman also has significant first chair trial experience, handling numerous cases through verdict in both federal and state courts.

Herman has worked on many noteworthy cases and successfully achieved favorable results for his clients. His notable cases include a recent derivative settlement of $60 million on behalf of Community Health Systems, as well as leading a team of attorneys enforcing the 3Com Ethernet patents, winning two jury trial victories in federal court. Herman also represented renowned inventor Ed Phillips in the landmark case of *Phillips v. AWH Corp*. He has represented the pioneers of mesh technology – David Petite, Edwin Brownrigg and SIPCO – in connection with their mesh technology portfolio. Herman has also worked on numerous class action cases, including acting as lead plaintiffs' counsel in the *Home Depot* shareholder derivative action, which achieved landmark corporate governance reforms for investors.

Herman has been recognized for his legal work by both his peers and legal publications. He is a Fellow of the Litigation Counsel of America. Herman was also voted by his peers as one of the leading intellectual property litigators in the Southeast. He has been named a Super Lawyer numerous times and was ranked on the "Top 100" Georgia Super Lawyers list. Additionally, he was listed as one of "Georgia's Most Effective Lawyers" by *Legal Trend* magazine and was voted by peers as one of *Atlanta Magazine*'s 2017 Top Lawyers in Georgia.

Herman graduated with a Bachelor of Science degree *summa cum laude* in Biochemistry from Marquette University. He earned his Juris Doctor degree from Vanderbilt University Law School, where he was Editor-in-Chief of the *Vanderbilt Journal* and chosen as a John Wade Scholar. Herman has also served as a member of Vanderbilt University's Law School Board and on the Federal Circuit's Government Employees' Pro Bono Committee.

(404) 504-6500 / rgrdlaw.com

**Robbins Geller Rudman & Dowd LLP**

# John Herman
## Partner

**Individual & Firm Honors & Awards**

- Fellow, Litigation Counsel of America (LCA) Proven Trial Lawyers
- Recognized by his peers as being among the leading intellectual property litigators in the Southeast
- Top Lawyers, *Atlanta Magazine*, 2017
- Super Lawyer, 2005-2010, 2016-2017
- Named to the "Top 100" Georgia Super Lawyers list, 2007
- Named one of "Georgia's Most Effective Lawyers" by *Legal Trend*
- Top Plaintiff Firm, *Benchmark Litigation*, 2010-2018
- Tier 1 Firm, "Best Law Firms," U.S. News – *Best Lawyers*®, 2013-2018
- Band 1 Law Firm, *Chambers USA*, 2010-2017
- Top-Tier Plaintiffs' Firm, *The Legal 500*, 2010-2017
- Practice Group of the Year, *Law360*, 2015-2017
- Selected as the Securities winner, Elite Trial Lawyers, *The National Law Journal*, 2016
- Elite Trial Lawyers, *The National Law Journal*, 2014-2016
- Most Feared Litigation Firms, *BTI Consulting*, 2014-2015
- Most Feared Plaintiffs' Firm, *Law360*, 2013-2015
- Plaintiffs' Hot List, *The National Law Journal*, 2004-2009, 2011, 2013-2014

# Robbins Geller Rudman & Dowd LLP



# Firm Resume
# Consumer Fraud & Multidistrict Litigation

# Our Firm

Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or the "Firm") is a 200-lawyer firm with offices in Atlanta, Boca Raton, Chicago, Manhattan, Melville, Nashville, San Diego, San Francisco, Philadelphia and Washington, D.C. (www.rgrdlaw.com).  The Firm is one of the largest and most successful plaintiffs' class action and complex litigation firms in the country.  Robbins Geller has recovered tens of billions of dollars for the clients it has been privileged to represent.  Our successful track record stems from the talents of our experienced attorneys, including many former "big law" defense lawyers, federal and state prosecutors and judicial law clerks.

We are committed to practicing law with the highest level of integrity in an ethical and professional manner.  We recognize that excellence and diversity go hand in hand, and that it takes a wide variety of perspectives to develop a successful case.  We are proud to be a diverse firm with lawyers and staff from all walks of life.

We strive to be good corporate citizens and work with a sense of global responsibility.  Contributing to our communities and environment is important to us.  We often take cases on a pro bono basis and are committed to the rights of workers, and to the extent possible, we contract with union vendors.  We care about civil rights, workers' rights and treatment, workplace safety and environmental protection.  Indeed, while we have built a reputation as the finest consumer, MDL and securities class action law firm in the nation, our lawyers have also worked tirelessly in less high-profile, but no less important, cases involving human rights and other social issues.

# Representative Cases

Robbins Geller attorneys are leaders of the Plaintiffs' bar.  We have held leadership positions in many of the largest consumer fraud, securities fraud, antitrust, environmental, and public health cases ever litigated.  We have achieved many record-breaking recoveries for our clients.  The following summaries provide a representative sample of past and current consumer fraud, antitrust and multidistrict litigation cases in which Robbins Geller attorneys hold, or held, a significant leadership role.

- ***In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods. Liab. Litig.***, MDL No. 2672 (N.D. Cal.).  Robbins Geller was an integral part of the team that reached a series of settlements on behalf of purchasers, lessees and dealers concerning illegal "defeat devices" that Volkswagen installed on 600,000 of its diesel-engine vehicles.  Those settlements, when combined with governmental fines and environmental reparations, total well over $17 billion, the largest settlement in history.

- ***In re Nat'l Prescription Opiate Litig.***, MDL No. 2804 (N.D. Ohio).  Robbins Geller serves on the Plaintiffs' Executive Committee to spearhead more than 200 federal lawsuits brought on behalf of governmental entities and other plaintiffs in the sprawling litigation concerning the nationwide prescription opioid epidemic.  In reporting on the selection of the lawyers to lead the case, *The National Law Journal* reported that "[t]he team reads like a 'Who's Who.'"

- ***Cohen v. Trump***, No. 3:13-cv-2519 (S.D. Cal.).  After six years of litigation and on the eve of trial, Robbins Geller secured a historic recovery on behalf of Trump University students, providing $25 million to approximately 7,000 consumers, including senior citizens who accessed retirement accounts and maxed out credit cards to enroll in Trump University.  Robbins Geller represented the class on a *pro bono* basis.

- ***In re Yahoo! Inc. Customer Data Sec. Breach Litig.***, MDL No. 2752 (N.D. Cal.).  The data breaches at Yahoo! affected over three billion users worldwide, and constitute the single largest data breach in history.  As a member of the Plaintiffs' Executive Committee appointed by the Court after a

contested leadership application process, Robbins Geller leads the law and briefing team whose efforts resulted in the Court's denial, in large part, of Yahoo!'s motion to dismiss the plaintiffs' consolidated complaint.

- **In re Facebook Biometric Info. Privacy Litig.**, No. 3:15-cv-03747-JD (N.D. Cal.). Robbins Geller serves as putative Co-Lead Counsel in this cutting-edge case concerning Facebook's alleged privacy violations through its collection of its users' biometric identifiers without informed consent through it's "Tag Suggestions" feature, which uses proprietary facial recognition software to extract from user-uploaded photographs the unique biometric identifiers (*i.e.*, graphical representations of facial features, also known as facial geometry) associated with people's faces and identify who they are.

- **In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.**, MDL No. 1720 (E.D.N.Y.). Robbins Geller attorneys, as Co-Lead Counsel, reached a multi-billion dollar settlement (since remanded) concerning the setting of interchange fees. Upon remand, Robbins Geller was specifically re-designated as Co-Lead Counsel.

- **In re Sony Gaming Networks & Customer Data Sec. Breach Litig.**, MDL No. 2258 (S.D. Cal.). Robbins Geller served as a member of the Plaintiffs' Steering Committee, helping to obtain a precedential opinion denying, in part, Sony's motion to dismiss plaintiffs' claims involving the breach of Sony's gaming network, leading to a multi-million dollar settlement.

- **Kehoe v. Fid. Fed. Bank & Trust**, No. 03-80593-CIV (S.D. Fla.). In one of the first privacy class actions in the nation, Robbins Geller served as Co-Lead Counsel on behalf of a class of Florida drivers against a national bank for purchasing their private information in violation of the Driver's Privacy Protection Act. After years of hard-fought litigation that included appeals all the way up to the United States Supreme Court, the parties reached a $50 million settlement.

- **In re Trans Union Corp. Privacy Litig.**, MDL No. 1350 (N.D. Ill.). Robbins Geller served as Class Counsel in MDL proceedings brought against one of the nation's largest credit reporting agencies under the Fair Credit Reporting Act and various state laws for its illegal sale of personal and financial consumer credit-related information to third parties. A class-wide settlement providing for a $75 million fund and credit monitoring services was approved in September 2008.

- **In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Practices & Antitrust Litig.**, MDL No. 2785 (D. Kan.). Robbins Geller serves as Co-Lead Counsel in a case against Mylan Pharmaceuticals and Pfizer for engaging in crippling anti-competitive behavior that allowed the price of their ubiquitous and life-saving EpiPenâ auto-injector devices to rise over 600%, bilking American children and adults for hundreds of millions of dollars.

- **In re Nat'l Hockey League Players' Concussion Injury Litig.**, MDL No. 2551 (D. Minn.). Robbins Geller serves as Co-Lead Counsel to a putative class of retired NHL players who sustained repetitive head trauma during their careers and now suffer from – or are at an increased risk of suffering from – debilitating and life-changing neurodegenerative diseases, disorders and conditions, including Chronic Traumatic Encephalopathy (or CTE). Plaintiffs allege that the NHL knew or should have known of the decades of scientific and medical evidence associating brain trauma with long-term neurological problems, and failed to warn their players while fostering an unnecessarily violent game including bare-knuckled fist fighting.

- **In re NASDAQ Market-Makers Antitrust Litig.**, MDL No. 1023 (S.D.N.Y.). Robbins Geller attorneys, as Co-Lead Counsel, reached a $1.027 billion settlement (the largest antitrust settlement at the time) on behalf of investors who alleged that NASDAQ market-makers set and maintained artificially wide spreads pursuant to an industry-wide conspiracy.

- **Shrieve v. VISA U.S.A., Inc.**, No. RG04155097 (Cal. Super. Ct., Alameda Cty.).  After years of litigation and a six-month trial, Robbins Geller attorneys won an $800 million trial verdict, one of the largest consumer-protection verdicts ever awarded, in an action against Visa and MasterCard for intentionally imposing and concealing a fee from cardholders.  The amount represented 100% of the amount illegally taken from the California class of cardholders.

- **Dahl v. Bain Capital Partners, LLC**, No. 07-cv-12388 (D. Mass).  Robbins Geller attorneys served as Co-Lead Counsel in an action against the nation's largest private equity firms who colluded to suppress prices paid to shareholders of public companies in connection with leveraged buyouts.  After nearly seven years of hard-fought litigation, Robbins Geller obtained aggregate settlements totaling $590.5 million, the largest antitrust settlement involving market allocation in which no government antitrust action was taken.

- **In re Currency Conversion Fee Antitrust Litig.**, MDL No. 1409 (S.D.N.Y.).  Robbins Geller attorneys, as Co-Lead Counsel, recovered $336 million for credit and debit cardholders.  The court praised the Firm as "indefatigable" and noted that the Firm's lawyers "represented the Class with a high degree of professionalism, and vigorously litigated every issue against some of the ablest lawyers in the antitrust defense bar."

- **In re Checking Account Overdraft Litig.**, MDL No. 2036 (S.D. Fla.).  Robbins Geller brought lawsuits against a dozen major banks to stop unlawful overdraft fee practices in connection with checking accounts and recovered over $500 million in wrongfully assessed fees for consumers.

- **In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litig.**, MDL No. 1897 (C.D. Cal.).  In 2006-2007, Mattel and its subsidiary Fisher-Price announced the recall of over 14 million toys made in China due to hazardous lead and dangerous magnets.  Robbins Geller attorneys filed lawsuits on behalf of millions of parents and other consumers who purchased or received these toys and reached a landmark multi-million dollar settlement for refunds and lead testing reimbursements, as well as important testing requirements, to ensure that Mattel's toys are safe for children in the future.

- **Gemelas v. The Dannon Co., Inc.**, No. 1:08-cv-00236 (N.D. Ohio).  Robbins Geller attorneys secured the largest ever settlement for a false advertising case involving a food product.  The case alleged that Dannon's advertising for Activia® and DanActive® branded products and their benefits from "probiotic" bacteria were overstated.  As part of the nationwide settlement, Dannon agreed to modify its advertising and establish a fund of up to $45 million for consumers.

- **In re Pet Food Prods. Liab. Litig.**, MDL No. 1850 (D.N.J.).  Robbins Geller served as Co-Lead Counsel in this massive, 100+ case products liability MDL concerning the death of and injury to thousands of the nation's cats and dogs due to tainted pet food.  The case settled for $24 million.

- **In re Chrysler-Dodge-Jeep EcoDiesel Mktg., Sales Practices, & Prods. Liab. Litig.**, MDL No. 2777 (N.D. Cal.).  Robbins Geller was appointed to the Plaintiffs' Steering Committee in this case alleging that Fiat Chrysler advertised Jeep and Dodge diesel automobiles as environmentally friendly "EcoDiesel" cars, but in reality the company had installed defeat devices that hid the true emission levels that exceeded government standards.

- **In re Liquid Aluminum Sulfate Antitrust Litig.**, MDL No. 2687 (D.N.J.).  Robbins Geller was appointed to the Plaintiffs' Steering Committee in litigation alleging a nationwide conspiracy in the liquid aluminum sulfate ("LAS") market, a water-treatment chemical that is purchased for use by various paper mills and public municipalities across the country. The case involves claims that LAS manufacturers participated in a price-fixing and bid-rigging scheme to inflate and maintain prices between 1997 and 2010.

- ***Thompson v. 1-800 Contacts, Inc.***, No. 2:16-cv-01183 (D. Utah). Robbins Geller attorneys were appointed as Interim Co-Lead Counsel in this consolidated class action lawsuit brought on behalf of consumers who purchased contact lenses from certain sellers online. Plaintiffs allege that these retailers entered into a series of unlawful agreements, dated back to 2004, through which they agreed not to compete with each other in certain online advertising, thereby suppressing competition and inflating the amount consumers paid for contact lenses.

- ***In re Morning Song Bird Food Litig.***, No. 3:12-cv-01592 (S.D. Cal.). Scotts Miracle-Gro was sued by bird owners represented by Robbins Geller for knowingly selling "Morning Song" bird food laced with toxic pesticides, Storicide II and Actellic 5E, despite a clear U.S. Environmental Protection Agency label on the chemicals warning of their dangers to wildlife and similar concerns voiced by in-house experts. The suit brings claims under the Racketeer Influenced and Corrupt Organizations Act, alleging a conspiracy to increase revenue and minimize losses from the tainted feed, and was certified as a class action in 2017.

- ***Alaska Elec. Pension Fund v. Bank of America Corp.***, No. 14-cv-07126 (S.D.N.Y.). Robbins Geller attorneys are prosecuting antitrust claims against 13 major banks and broker ICAP plc who are alleged to have conspired to manipulate the ISDAfix rate, the key interest rate for a broad range of interest rate derivatives and other financial instruments. The class action is brought on behalf of investors and market participants who entered into an interest rate derivative transaction during an eight-year period from 2006 to 2014.

- ***In re Aftermarket Automotive Lighting Prods. Antitrust Litig.***, MDL No. 2007 (C.D. Cal.). Robbins Geller attorneys served as Co-Lead Counsel representing plaintiffs who alleged that defendants conspired to fix prices and allocate markets for automotive lighting products. The last defendants settled for more than $50 million just before the scheduled trial. Commenting on the quality of representation, the court commended the Firm for "expend[ing] substantial and skilled time and efforts in an efficient manner to bring this action to conclusion."

- ***In re Dig. Music Antitrust Litig.***, MDL No. 1780 (S.D.N.Y.). Robbins Geller attorneys are Co-Lead Counsel in an action against the major music labels (Sony-BMG, EMI, Universal and Warner Music Group) involving music that can be downloaded digitally from the Internet. Plaintiffs allege that defendants restrained the development of digital downloads and agreed to fix the distribution price of digital downloads at supracompetitive prices, which also allowed defendants to maintain the prices of their CDs at supracompetitive levels. The Second Circuit Court of Appeals upheld plaintiffs' complaint, reversing the trial court's dismissal.

- ***In re FieldTurf Artificial Turf Mktg. & Sales Practices Litig.***, MDL No. 2779 (D.N.J.). Robbins Geller serves on the Plaintiffs' Executive Committee representing school districts, universities, municipalities and private companies alleging that FieldTurf USA Inc. and its related companies knowingly sold defective synthetic turf for use in athletic fields.

- ***Benkle v. Ford Motor Co.***, No. 8:16-cv-01569 (C.D. Cal.). Robbins Geller attorneys serve as Co-Lead Counsel in an action alleging Ford's failure to advise customers that certain Ford and Lincoln vehicles had defective throttles that caused them to spontaneously stall or decelerate.