# JODI WESTBROOK FLOWERS

 Member

843.216.9163 phone • 843.216.9450 fax
jflowers@motleyrice.com • www.motleyrice.com



A veteran of the courtroom, Jodi Westbrook Flowers devotes her practice protect the health, safety and rights of consumers, families, investors, workers, and victims of crime and terrorism. Jodi has litigated a wide range of mass torts involving tobacco, asbestos, catastrophic injury, auto defect, lead pigment, aviation disasters, consumer fraud, data breach, product defect, terrorism financing and human rights violations.

In 2016, Jodi was appointed as Co-Liaison Counsel and represents data breach victims in *In re 21st Century Oncology Customer Data Security Breach Litigation,* MDL #2737. She leads the team of Motley Rice attorneys in litigation filed in response to the massive Equifax cybersecurity breach that impacted 143 million Americans. Jodi served as Interim Class Counsel for the Verizon Subscriber Class in a class action against the telecom industry for alleged illegal wiretapping. *In Re National Security Agency Telecommunications Records Litigation,* MDL #1791 (N.D. Cal.). Flowers successfully litigated and resolved shareholder derivative claims against Mattel involving defective children's toys containing lead paint and other hazardous materials. *In re Mattel, Inc. Derivative Litigation,* Master File No. BC377543, Cal. Sup. Ct., Cty. Los Angeles (1/23/2008).

In the consumer fraud context, with Joe Rice, she led the team at Motley Rice in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* MDL #2672 on behalf of defrauded Volkswagen consumers. The $15B VW settlement was the largest auto-related consumer class action in U.S. history, and among the fastest reached of its kind. Jodi represents consumers who have raised similar allegations against Fiat Chrysler Automobiles, alleging the automaker installed emissions cheating software in thousands of 3.0-liter diesel vehicles, in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practice and Products Liability Litigation.* In *In re General Motors LLC Ignition Switch Litigation,* MDL #2543, Jodi advanced the development of the liability case, leading document review and deposition strategy. Previously, she successfully developed and demonstrated the necessary minimum contacts within the U.S. for the exercise of personal jurisdiction over Bridgestone Corporation of Japan in the class action for damages caused by vehicle and tire defects, *In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tire Products Liability Litigation,* Case No. 00-md-1373-SEB (S.D. Ind.).

Jodi has prosecuted a variety of cases regarding the state-sponsorship of international terrorism, as well as human rights litigation involving violations of international law and human rights abuses. Jodi is the Practice Group Leader of the legal team founded by Ron Motley that brought the groundbreaking litigation against the financiers and material supporters of al Qaeda. Representing

**PRACTICE AREAS:**
Anti-Terrorism
Complex Case Resolution
Consumer Fraud Protection
Human Rights
Personal Injury & Wrongful Death
Toxic Exposure
Whistleblower

**EDUCATION:**
J.D., University of South Carolina School of Law,
Carolina Legal Scholar, 1993 B.A. *magna cum laude*, College of Charleston, 1989

**LICENSED IN:**
South Carolina

**ADMITTED TO PRACTICE BEFORE:**
U.S. Supreme Court
U.S. Court of Appeals for the Second, Fourth, and District of Columbia Circuits; U.S. District Court for the District of South Carolina

*Continued...*

COMPOSITE
EXHIBIT E

# JODI WESTBROOK FLOWERS

*Continued...*



**MEMBER**
843.216.9163 phone
843.216.9450 fax
jflowers@motleyrice.com
www.motleyrice.com

thousands of family members and survivors of Sept. 11, 2001, in a groundbreaking civil action to hold al Qaeda's sponsors accountable and cut off the terror support pipeline. In resolving these 9/11 aviation security cases, Judge Alvin Hellerstein noted: "the high quality and substantial extent of the Motley Rice firm's work." September 11th Victims Compensation Fund Hearing, Mar. 25, 2004. Special Master Kenneth Feinberg praised the efforts of my firm in the 9/11 VCF, thusly: "The professionalism and skill of the Motley firm in this case, and numerous other claims, has made my job as Special Master much easier, and has made the Fund work a great deal more efficiently and effectively. The American people and the Fund are in Mr. Motley's debt, as well as those of his colleagues, for a superb job well done." She serves as Co-Lead Counsel in *In re Terrorist Attacks on September 11, 2001,* MDL #1570. She recently led the 9/11 victims and families in their years-long push to pass the Justice Against Sponsors of Terrorism Act, which became law in 2016.

Jodi heads the team prosecuting claims for the new Victims' Compensation Fund for first responders, area residents, and those whose health may have been affected by exposure to environmental toxins released in the terrorist attacks. She served as an integral member of the Motley Rice aviation security litigation team that sought and succeeded in building the liability case against the airlines and aviation security industry for security failures on 9/11. In addition, Jodi also represents international terror victims prosecuting claims through the U.S. Victims of State Sponsored Terrorism Fund.

Jodi was on the trial team in *Linde, et al. v. Arab Bank PLC*, in which a Brooklyn jury found Jordan-based Arab Bank liable for financing terrorist activity, including funneling financial support to top Hamas leaders and to the families of suicide bombers. In 2016, Flowers received the 2016 Trial Lawyer of the Year Award from Public Justice for her work in the *Linde v. Arab Bank* liability trial. This landmark verdict marked the first time that a financial institution has been brought to trial under the Anti-Terrorism Act. The companion case to *Linde*, brought under the Alien Tort Statute, was recently heard by the U.S. Supreme Court. *Joseph Jesner, et al. v. Arab Bank, PLC,* No. 13-3605-CON, argued October 11, 2017.

She served as the lead negotiator in the last hold-out of the individual cases against Libya for the Lockerbie bombing of Pan Am Flight 103, and continues to seek justice for U.K. victims of Libyan sponsored terrorism during Qadhafi's reign. Jodi also authored an *amicus* brief, supporting section 1502 of the Dodd-Frank Act, regarding the trade regulation of conflict minerals in the Democratic Republic of the Congo.

On toxic torts, Jodi did environmental contamination cases in the Virgin Islands involving leaking gas tanks, and she advocated for clients in advancing their Deepwater Horizon oil spill claims through the programs established by the two settlements reached with BP.

Jodi began her career developing and applying restitution and fraud theories against the tobacco industry which ultimately resulted in the historic Master Settlement Agreement between the state attorneys general and the tobacco industry. She developed expert and whistleblower testimony and synthesized millions of pages of documents for trial. She spear-headed the false-marketing and child targeting case against the tobacco industry which resulted in restrictions on cartoon ads and the retirement of Joe Camel.

Jodi has been interviewed by various media outlets, including U.S. and foreign television, radio and print media. Jodi has served on numerous MDL Executive Committees and subcommittees, and holds several leadership positions within the firm. She provides pro bono work on a variety of global, national and community issues and helped establish the firm's Charitable Contributions Committee. She also served as a member of the American Bar Association's Center for Human Rights Advisory Council from 2014 to 2016.

*Continued...*

# JODI WESTBROOK FLOWERS
*Continued...*



### PUBLISHED WORKS:
"Remarks on the GJIL Symposium on Corporate Responsibility and the Alien Tort Statute," *Georgetown Journal of International Law,* Volume 43–Issue 4, Summer 2012. (43 Geo. J. Int'l. L. 1601)

### AWARDS AND ACCOLADES:
**Public Justice Foundation**
**2016** Trial Lawyers of the Year

***The Legal 500 United States**, Litigation edition*
**2016–2017** Mass tort and class action: plaintiff representation – toxic tort

**The Best Lawyers in America®**
**2015–2018** Mass tort litigation/class actions – plaintiff

***Benchmark Plaintiff***
**2014** Top 150 Plaintiff Women in Litigation: South Carolina
**2012–2013** National "Litigation Star": civil rights/human rights and mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, human rights, mass tort and securities

***The Lawdragon™***
**2010–2017** *500 Leading Lawyers in America:* Plaintiffs' litigation

### ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association,** SIL–International Human Rights Committee
**South Carolina Bar Association,** SC Women Lawyers
**Charleston Bar Association**
**Daughters of the American Revolution**
**The Fellows of the American Bar Foundation**

### MEMBER
843.216.9163 phone
843.216.9450 fax
jflowers@motleyrice.com
www.motleyrice.com



### "Best Law Firm"
Motley Rice has recieved the highest honor in tiered rankings and by peer review by *U.S. News – Best Lawyers®*

mass tort litigation/class actions-plaintiffs
2010 • 2011 • 2012 • 2013 • 2014 • 2015 • 2016 • 2017 • 2018

\*Although it endorses this lawyer, *The Legal 500 United States* is not a Motley Rice client.

**SOUTH CAROLINA OFFICE • 28 Bridgeside Blvd. • Mt. Pleasant, SC 29464**

PD: 02.01.2018

## MOTLEY RICE FIRM OVERVIEW

Motley Rice attorneys have been at the forefront of some of the most significant and monumental civil actions over the last 30 years. Our experience in complex trial litigation includes class actions and individual cases involving securities and consumer fraud, occupational disease and toxic tort, medical drugs and devices, environmental damage, terrorist attacks and human rights abuses.

### Securities and Consumer Fraud

Motley Rice attorneys have secured important corporate governance reforms and returned money to shareholders in shareholder derivative cases, served as lead or co-lead counsel in several significant, multi-million dollar securities fraud class actions, and taken leadership roles in cases involving fiduciaries who failed to maximize shareholder value and fulfill disclosure obligations in a variety of merger and acquisition cases.

### Tobacco Master Settlement Agreement

In the 1990s, Motley Rice attorneys and more than half of the states' attorneys general took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases and tobacco liability class actions, the attorneys led the campaign in the courtroom and at the negotiation table to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. The effort resulted in significant restrictions on cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

### Asbestos Litigation

In addition to representing thousands of workers and family members impacted by asbestos, Motley Rice has represented numerous public entities, and litigated claims alleging various insurers of asbestos defendants engaged in unfair settlement practices in connection with the resolution of underlying asbestos personal injury claims. This litigation resulted in, among other things, an eleven-state settlement with Travelers Insurance Company.

### Anti-Terrorism and Human Rights

In *In re Terrorist Attacks on September 11, 2001*, Motley Rice attorneys brought a landmark lawsuit against the alleged private and state sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,500 family members, survivors, and those killed on 9/11—including the representation of more than 900 firefighters and their families. In prosecuting this action, Motley Rice has undertaken a global investigation into terrorism financing.

Our attorneys also initiated the *In re September 11 Litigation* and negotiated settlements for 56 families that opted out of the Victim Compensation Fund that far exceeded existing precedents at the time for wrongful death cases against the airline industry.

### BP PLC Oil Spill Litigation

The Deepwater Horizon Economic and Property Damages Settlement is the largest civil class action settlement in U.S. history. Motley Rice co-founder Joseph Rice is a Plaintiffs' Steering Committee member and served as one of the primary negotiators of that Settlement and the Medical Benefits Settlement. In addition, Rice led negotiations in the $1.028 billion settlement between the PSC and Halliburton Energy Services for its alleged role in the oil spill. Motley Rice attorneys continue to hold leadership roles in the litigation and are currently working to ensure that all qualifying oil spill victims are fairly compensated.

### Volkswagen 'Clean Diesel' Litigation

In 2015, Volkswagen Group's admission that it had programmed more than 11 million vehicles to cheat emissions tests and bypass standards sparked worldwide outrage. Motley Rice co-founder Joe Rice served as one of the lead negotiators in the nearly $15 billion settlement deal reached in 2016 for U.S. owners and lessees of 2.0-liter TDI vehicles, the largest auto-related consumer class action settlement in U.S. history. Rice and other Motley Rice attorneys also helped recover up to $4.4 billion with regards to affected 3.0-liter vehicles.

### Transvaginal Mesh Litigation

Motley Rice attorneys represent thousands of women and have played a leading role in litigation alleging debilitating and life-altering complications caused by defective transvaginal mesh devices. In 2014, Joe Rice, with co-counsel, negotiated the original settlement deal reached in In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation that numerous subsequent settlements with the manufacturer were modeled after.

### Opioid Litigation

At the forefront of litigation targeting the alleged overprescribing and deceptive marketing of addictive opioid painkillers, Motley Rice, led by attorney Linda Singer, the former Attorney General for the District of Columbia, serves as lead counsel for the first jurisdictions to file complaints against pharmaceutical companies, the City of Chicago and Santa Clara County. Motley Rice has since filed cases for several states, cities, and counties aimed at combatting the deadly opioid crisis.

## LITIGATION PROFILES     Motley Rice has held leadership roles in numerous cases. Highlights include:

### CONSUMER PROTECTION

Co-liaison counsel in *In re 21st Century Oncology Customer Data Security Breach Litigation*, 16-MD-2737-MSS-AEP; M.D. Florida

Plaintiffs' Steering Committee of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* 15-MD-2672-CRB; N.D. California (JSC)

Plaintiffs' Steering Committee of *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation,* 17-MD-2777-EMC; N.D. California

Plaintiffs' Executive Committee of *In re General Motors LLC Ignition Switch Litigation,* 14-MD-2543-JMF; S.D. New York

Plaintiffs' Steering Committee and Discovery Committee in *In re Bridgestone/Firestone, Inc. Tires Products Liability Litigation,* MDL 1373 (00-MD-1373-SEB; S.D. Indiana)

Tort Claimants' Committee Counsel in *Takata Airbags TK Holdings Inc. Bankruptcy* (17-11375)

*Hoover, et al. v. NFL, et al.,* MDL #2:12-cv-05209-AB (E.D. Pa.).

Lead counsel in *Charleston Firefighter Litigation v. Sofa Super Store, Inc., et.al.,* No. 07-CP-10-3186 (Ct. of Common Pleas, Ninth Jud. Cir.), consolidated complex litigation involving the families of nine firefighters who died in a furniture store disaster.

*In re Ford Motor Co. E-350 Van Products Liability Litigation* (No. II), MDL 1687

Class counsel in *Carol Lee Whitfield, et al., v. Sangamo Weston,* No. 6:84-3184 (D.S.C.), a PCB personal injury and property damage class action settled while pending before U.S. District Court for the District of South Carolina, Greenville Division.

*In re Graniteville Train Derailment, No. 2006-CP-02-1032 (Ct. of Common Pleas, Second Jud. Cir.).* served in a leadership role for both individual and class action cases in connection with the January 2005 railroad derailment and chemical spill in Graniteville, S.C.

### SECURITIES FRAUD

Lead counsel in *City of Warwick Municipal Employees Pension Fund v. Rackspace Hosting, Inc. et al,* No. 1:17-cv-03501 (S.D.N.Y.)

Co-lead counsel in class action *Bennett v. Sprint Nextel Corporation,* No. 2:09-cv-02122-EFM-KMH (D. Kan.), representing the PACE Industry Union-Management Pension Fund (PIUMPF) and several other institutional investors.

Co-class counsel in *Alaska Electrical Pension Fund v. Pharmacia Corp.,* **No. 03-1519 (D.N.J.).** federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its safety profile appear better than rival drugs.

Lead counsel in *In re Barrick Gold Securities Litigation,* No. 1:13-cv-03851 (RPP) (S.D.N.Y.)

Lead counsel in *Hefler v. Wells Fargo & Co.*, No. 16-cv-05479-JST (N.D. Cal.)

Co-lead counsel in *Ross v. Career Education Corp.* No. 1:12-cv-00276 (N.D. Ill.).

Co-lead counsel representing a group of institutional shareholders *In re Allion Healthcare, Inc. Shareholders Litigation,* No. 5022-cc (Del. Ch.).

Co-lead counsel representing investors in *Robert Freedman v. St. Jude Medical, Inc., No. 0:2012cv03070 (D. Minn.).*

Co-lead counsel representing investors in *In re Hewlett-Packard Co. Securities Litigation, No. SACV 11-1404 AG (RNBx) (C.D. Cal.).*

Co-lead counsel in *In re UBS AG Securities Litigation,* No.07 Cov. 11225 (RJS) (S.D.N.Y.).

Co-lead counsel representing institutional investors in *Hill v. State Street Corporation,* No. 09-cv-12146-NG (D. Mass.).

Sole lead counsel representing lead plaintiffs in *City of Brockton Retirement System v. Avon Products, Inc.,* No. 11 Civ. 4665 (PGG) (S.D.N.Y.).

Co-lead counsel on behalf of stockholders in *Marsden v. Select Medical Corporation,* No. 04-cv-4020 (E.D. Pa.).

Co-lead counsel on behalf of a class of investors in *South Ferry LP #2  v. Killinger,* No. C04-1599C-(W.D. Wash.) (regarding Washington Mutual).

Sole lead counsel representing the lead plaintiff in class action, *In re NPS Pharmaceuticals, Inc. Securities Litigation,* No. 2:06-cv-00570-PGC-PMW (D. Utah), concerning the drug PREOS.

Co-lead counsel for co-lead plaintiffs Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Metzler Investment GmbH in *In re Molson Coors Brewing Co. Securities Litigation,* No. 1:05-cv-00294 (D. Del.).

Co-lead plaintiffs' counsel in shareholder class action *In re The DirecTV Group, Inc. Shareholder Litigation,* No. 4581-VCP (Del. Ch.).

Sole lead counsel in *Manville Personal Injury Settlement Trust v. Gemunder,* No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.), a shareholder derivative complaint stemming from federal investigations into three kickback schemes.

Co-lead plaintiffs' counsel in *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.,* No. 11 C 8332 (N.D. Ill.), a securities fraud class action.

Co-lead counsel in *In re Rehabcare Group, Inc. Shareholders Litigation,* No. 6197-VCL (Del. Ch.), merger litigation involving the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc.

Class counsel in *Brown v. Charles Schwab & Co.,* No. 2:07-cv-03852-DCN (D.S.C.), one of the first cases to interpret the civil liabilities provision of the Uniform Securities Act of 2002.

Co-lead counsel in securities class action settlement *In re MBNA Corporation Securities Litigation,* No. 05-CV-00272-GMS (D.Del.).

Lead counsel for lead plaintiffs in a securities class action involving a group of shareholders who purchased publicly-traded Dell securities in *In re Dell, Inc. Securities Litigation,* No. A-06-CA-726-SS (W.D. Tex.).

Co-lead counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.,* No. 08-6324 (PAM/AJB) (D. Minn.), representing a class of investors who purchased Medtronic common stock.

Co-lead counsel in *In re Synovus Financial Corporation,* No. 1:09-cv-01811 (N.D. Ga.), for co-lead plaintiff Sheet Metal Workers' National Pension Fund, investors in Georgia bank Synovus Financial Corp.

Plaintiffs' Steering Committee and plaintiffs' liaison counsel, *In re Policy Management Systems Corporation,* No. 3:93-0807-JFA (D.S.C.).

Sole lead counsel, *In re Coventry Health Care, Inc. Securities Litigation,* No. 7905-CS (Del. Ch. ), a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc.

Co-lead counsel in Louisiana class action *In re The Shaw Group, Inc. Shareholders Litigation,* No. 614399 (19th Jud. Dist. La.).

Co-lead counsel, *In re Atheros Communications Inc. Shareholder Litigation,* No. 6124-VCN (Del. Ch.), merger litigation involving Qualcomm Incorporated's proposed acquisition of Atheros Communications, Inc.

## DEFECTIVE DRUGS AND DEVICES

Plaintiffs' Steering Committee and Co-lead Counsel *In re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation,* MDL 2782

Lead Counsel; Plaintiffs' Executive Committee **Essure Permanent Sterilization Device California State Court Consolidation**

Lead counsel in *In re Atrium Medical Corp. C-QUR Mesh Products Liability Litigation,* MDL No. 2753

Plaintiffs' Steering Committee *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2738

Co-lead counsel *In re Zofran (Ondansetron) Products Liability Litigation,* MDL No. 2657

Plaintiffs' Executive Committee in *In re Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation,* MDL 2691

Plaintiffs' Leadership Counsel of *In re Bard IVC Filters Products Liability Litigation*, MDL 2641

Plaintiffs' Steering Committee of *In re Lipitor® (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL 2502.

Co-lead plaintiffs' counsel and liaison counsel *In re Kugel Mesh Hernia Patch Products Liability Litigation,* MDL No. 07-1842 (D.R.I.), Rhode Island federal court's first consolidated MDL, on behalf of thousands of people alleging injury by the hernia repair patch manufactured by Davol, Inc., as well as liaison counsel for the nearly 2,000 lawsuits consolidated in Rhode Island state court.

Co-lead coordinating counsel of *In re Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL 2327 (S.D.W.Va.)

Co-lead counsel in the *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2325 (S.D.W.Va.)

Co-liaison counsel *In re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2187 (S.D.W.Va.)

Co-lead counsel *In re Boston Scientific Corp., Pelvic Repair Systems Products Liability Litigation,* MDL 2326, (S.D.W.Va.)

Co-liaison counsel *In re Pelvic Mesh Litigation/Bard,* No. L-6339-10 in New Jersey state court.

State court liaison counsel of *In re Bard Litigation* in Massachusetts and Delaware

Co-lead counsel of the **Mirena MDL** (S.D.N.Y.)

Co-lead counsel in the *In re Mirena Product Liability* state court consolidation in New Jersey

## ANTITRUST/COMPETITION LAW

Plaintiffs' Steering Committee of *In re Digoxin & Doxycycline Antitrust Litigation,* 16 md 2724 (E.D. Pa.)

Interim Co-Lead Counsel of *In re Solodyn Antitrust Litigation*, 14 cv 2503 (D. Mass.)

Interim Co-Lead Counsel in antitrust class action *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,* MDL No. 2542 (S.D.N.Y.).

Appointed to the Executive Committee in antitrust class action *In re Lidoderm Antitrust Litigation*, MDL No. 2521 (N.D.Cal.).

Interim Liaison Counsel *In Re Aggrenox Antitrust Litigation,* MDL No. 2516 (D.Conn.).

Co-lead counsel in antitrust class action *In re Loestrin 24 Fe Antitrust Litigation,* MDL 2472 (D.R.I.).

Co-lead counsel in antitrust class action *In re Suboxone (Bupreorphine Hydrochloride and Naloxone) Antitrust Litigation,* MDL 2445 (E.D. Pa.).

Co-lead counsel in antitrust class action *In re Niaspan Antitrust Litigation, MDL 2460* (E.D. Pa.).

Co-lead counsel in antitrust class action *In re Effexor XR Antitrust Litigation,* No. 11-cv-05590 (D.N.J.).

Co-lead counsel for the end-payor antitrust class action *In re Actos Antitrust Litigation,* (S.D.N.Y.).

Co-lead counsel in antitrust class action *In re Lipitor Antitrust Litigation,* MDL 2332 (D.N.J.).

## TOXIC TORTS AND OCCUPATIONAL DISEASE

Plaintiffs' Steering Committee of *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* 10-MD-2179-CJB-SS (E.D. La.), and lead settlement negotiators of the two class action settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

Chair, Plaintiffs' Steering Committee and liaison counsel for plaintiffs in *In re Asbestos Products Liability Litigation,* MDL 875 (E.D. Pa.).

*In re Mattel, Inc. Derivative Litigation*, Master File No. BC377543, Cal. Sup. Ct., Cty. Los Angeles (1/23/2008)

Lead trial counsel in *The People of the State of California v. Atlantic Richfield Company, et al.* No. 1-00-CV-788657 (Santa Clara Cnty. Super. Ct.) Resulting in 2014 verdict holding Sherwin-Williams Company, ConAgra Grocery Products and NL Industries Inc. liable for creating a public nuisance and ordered abatement of lead paint from homes within 10 California cities and counties.

*Bongani Nkala & Others v. Harmony Gold Mining Company Limited & Others,* No. 48226/12 (South Gauteng High Court, Johannesburg). Motley Rice has been retained as a consultant by South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers suffering from silicosis.

Co-lead in *Travelers Statutory Direct Action Settlement* (Bankr. Court, S.D.N.Y.), an eleven-state asbestos settlement with Travelers Insurance.

## ANTI-TERRORISM AND HUMAN RIGHTS

Lead counsel in *In re Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-CV-9849 (GBD)

Co-lead and Plaintiffs Executive Committee in *In re Terrorist Attacks on September 11, 2001,* 03-MD-1570-GBD-SN (S.D.N.Y), a landmark lawsuit against the alleged sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,500 family members, survivors, and those killed on 9/11.

*Linde et al. v. Arab Bank PLC,* No. 1:04-cv-02799 (E.D.N.Y.) and *Almog v. Arab Bank, PLC,* No. 1:04-cv-05564-NG-VVP (E.D.N.Y.), one of the first lawsuits brought against an international bank for its alleged role in financing terrorism.

*Mark McDonald, et al. vs. The Socialist People's Libyan Arab Jamahiriya, et al.;* No. 06-CV-0729-JR (DC 04/21/06), a high-profile case involving Libya's longtime alleged sponsorship of IRA acts of terror.

*Cummock, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 96-CV-1029 (D.D.C.). Victoria Cummock, Motley Rice's client, sought full accountability and a public trial as the only opt-out of the no-fault Pan Am 103/Lockerbie settlement.

*Krishanthi, et al. vs. Rajaratnam, et al.;* No. 09-CV-5395(D.N.J.), terrorist financing litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka.

Plaintiffs' Steering Committee and lead counsel for Verizon plaintiffs in *In re National Security Agency Telecommunications Records Litigation,* MDL 1791

*Ng v. Central Falls Detention Facility Corporation, et al.,* No. 09-53 (D. R.I.), a human rights case that alleged the defendants subjected a Chinese immigration detainee to extreme physical and mental abuse and torture while in U.S. custody. *Harris, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 1:06-cv-00732-RWR (D.D.C.), a case filed against Libya involving the 1986 bombing of Berlin's LaBelle Discotheque.

# ACCOLADES FOR THE FIRM

**The Plaintiffs' Hot List**
*The National Law Journal*
2006 • 2012 • 2013 • 2014 • 2015 • 2016

**"Best Law Firm"**
*U.S. News – Best Lawyers®*
mass tort litigation/class actions-plaintiffs
2010 • 2011 • 2012 • 2013 • 2014 • 2015 • 2016 • 2017

**"Most Feared Plaintiffs Firm"**
*Law360*
2013 • 2015

*The Legal 500 United States* Litigation editions
mass tort and class action: plaintiff representation–toxic tort
2007 • 2009 • 2011 • 2012 • 2013 • 2014 • 2015 • 2016 • 2017

**"Elite Trial Lawyers"**
*The National Law Journal*
2014 • 2015

For full methodologies and selection criteria, visit www.motleyrice.com/award-methodology

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.