

## Jennifer R. Scullion
### Partner

*Admissions*: New York; California; S.D.N.Y.; C.D. Cal.; N.D. Cal.

*Education*: Boston University (B.A., *summa cum laude*); UCLA School of Law (J.D., Order of the Coif); Editor, *UCLA Journal of Environmental Law and Policy*

*Practices*: Consumer Fraud; Antitrust; Class Actions; Products Liability; Mass Torts; Securities; False Claims Act; Voting Rights

*Service*: Lawyers Committee for Civil Rights Under Law; UCLA Law LEAD

*Awards*: NY Super Lawyers; Legal 500*;* Empire State Counsel; Academy of Women Leaders.

**Representative Matters**

*In re Nat'l Prescription Opiate Litig.*, MDL No. 2804 (N.D. Oh.):  Member of Seeger Weiss team prosecuting negligence, fraud, and related claims as member of Plaintiffs' Executive Committee.

*In re German Automotive Mfrs. Antitrust Litig.*, MDL No. 2796 (N.D. Cal.):  Member of Seeger Weiss team prosecuting consumer antitrust claims as member of Plaintiffs' Steering Committee.

*In re FieldTurf Artificial Turf Mktg. & Sales Litig.*, MDL No. 2779 (D.N.J.):  Member of Seeger Weiss team serving as Co-Lead Counsel prosecuting fraud, product defect and related claims.

*In re Liquid Aluminum Sulfate Antitrust Litig.*, MDL No. 2687 (D.N.J.):  Member of the Seeger Weiss team prosecuting antitrust class action as member of Plaintiffs' Steering Committee.

*In re Mercedes-Benz Emissions Litig.*, 16-cv-0881 (D.N.J.):  Member of Seeger Weiss team prosecuting class action alleging consumer fraud, RICO, and related claims.

*Seijas v. The Republic of Argentina*, 04-cv-00400 (S.D.N.Y.):  Co-Lead Class Counsel for eight global classes of bondholders, resulting in cash settlements.

*Armstrong Utilities v. DirecTV Sports Net Pittsburgh*, FCC-14-73A1:  Lead counsel in arbitration and appeals securing first-ever award of damages under FCC order governing cable carriage fees.

*Aguas Lenders Recovery Group LLC v. Suez, S.A.*, 08-cv-1589 (S.D.N.Y.):  Lead counsel in federal action for breach of contract and fraud, resulting in settlement with French conglomerate.

*League of Women Voters of Ohio v. Blackwell*, 05-cv-7309 (N.D. Oh.):  Co-lead counsel in federal voting rights case resulting in settlement revising election administration practices in Ohio.

**Representative Publications and Presentations**

Developments in Sports Antitrust Class Actions, American Antitrust Institute, Fall 2017

Increasing Diversity in MDLs, Duke Law School, Center for Judicial Studies, Spring 2017

ABA Guide to International Litigation in U.S. Courts (Venue/Forum Non Conveniens Chapters)

COMPOSITE EXHIBIT F



**Firm Overview**

With offices in New Jersey, New York and Philadelphia, Seeger Weiss is one of the preeminent trial law firms in the nation, known for its high-stakes, landmark verdicts and settlements in multidistrict mass tort and class action litigation on behalf of consumers, athletes, farmers, municipalities, and other injured parties. Since its founding in 1999, the firm has led and tried some of the most complex and high-profile litigations in the U.S. in both state and federal courts, including multiple bellwether trials.

**Professionals**

Managing Partner(s)**:** Christopher A. Seeger, Stephen A. Weiss, David R. Buchanan

Number of partners: 8

Number of lawyers: 23

Languages: English, Hindi, Korean, Russian, Spanish, Urdu

**Representative Matters**

**Consumer Protection/Product Liability:**

- *In re Nat'l Prescription Opiate Litig.*:  Plaintiffs' Executive Committee prosecuting negligence, fraud, and related claims.
- *In re FieldTurf Artificial Turf Mktg. & Sales Litig.*:  Co-Lead Counsel prosecuting fraud, product defect and related claims.
- *In re Mercedes-Benz Emissions Litig.*:  Co-Counsel prosecuting class action alleging consumer fraud, RICO, and related claims.
- *Gamboa v. Ford Motor Co.*:  Co-Counsel prosecuting class action alleging consumer fraud, RICO, and related claims.
- *Fenner v. General Motors Co.*:  Co-Counsel prosecuting class action alleging consumer fraud, RICO, and related claims.
- *Volkswagen "Clean Diesel" Marketing, Sales Practices and Prods. Liab. Litig.*:  Steering Committee.  Over $20 billion settlement on behalf of over 500,000 plaintiffs.
- *Depuy Orthopaedics, Inc. ASR Hip Implant Prods. Multidistrict Litig.*:  Executive Committee. $2.5 billion settlement.
- *Chinese-Manufactured Drywall Prods. Liab. Litig.*:  Lead trial counsel & Trial Committee chair. Over $1 billion settlement on behalf of nearly 5,000 plaintiffs.

**Personal Injury:**

- *NFL Players' Concussion Injury Litig.*:  Co-lead counsel & chief negotiator. Over $1 billion uncapped settlement fund plus medical testing program on behalf of over 20,000 plaintiffs.

- *Wildcats Bus Crash Litig.*:  Lead counsel. $2.25 million verdict followed by $36 million settlement on behalf of 11 plaintiffs.

**Drug Injury:**

- *Vioxx Prods. Liab. Litig.*:  Co-lead counsel. $4.85 billion global settlement on behalf of more than 45,000 plaintiffs in approximately 27,000 claims.
- *Zyprexa Prods. Liab. Litig.*:  Liaison counsel. $700 million first-round settlement and $500 million second-round settlement.
- *Kendall v. Hoffman-La Roche, Inc.*:  Co-trial counsel. $10.6 million verdict on behalf of plaintiff.
- *McCarrell v. Hoffman-La Roche, Inc.*: Liaison counsel. $25.16 million verdict on behalf of plaintiff.
- *Rossitto & Wilkinson v. Hoffmann La Roche, Inc.*: Lead trial counsel. $18 million verdict on behalf of two plaintiffs.
- *Accutane Litigation*:  Lead trial counsel. $25.5 million verdict on behalf of plaintiff.
- *Humeston v. Merck & Co*.:  Co-trial counsel. $47.5 million verdict on behalf of plaintiff.
- *Vytorin/Zetia Marketing, Sales Practices and Prods. Liab. Litig*.:  Co-liaison counsel & principal negotiator. $41.5 million settlement.
- *Phenylpropanolamine (PPA) Prods. Liab. Litig.*:  Co-lead counsel & principal negotiator. $41.5 million nationwide settlement.

**Antitrust:**

- *In re German Automotive Mfrs. Antitrust Litig.*:  Plaintiffs' Steering Committee prosecuting consumer antitrust claims.
- *In re Liquid Aluminum Sulfate Antitrust Litig.*:  Plaintiffs' Steering Committee prosecuting antitrust class action on behalf of water treatment chemical purchasers.
- *In re Polyurethane Foam Antitrust Litig.*:  Executive Committee. Approximately $428 million settlement on behalf of plaintiffs.

**Toxic Exposure:**

- *Bayer CropScience Rice Contamination MDL*:  Executive Committee. $750 million settlement.
- *"StarLink" Corn Products Litig.*:  Co-lead counsel. $110 million settlement.
- *Owens v. ContiGroup Companies*:  Lead trial counsel.  $11 million settlement for 15 plaintiffs.

**<u>Offices</u>**

55 Challenger Road
Ridgefield Park, NJ 07660

77 Water Street
New York, NY 10005

1515 Market Street
Philadelphia, PA 19102

www.seegerweiss.com

877-539-4125