Firm Name: _____

Date: _____

| **Categories:** 1. Lead Counsel Calls/Meetings 2. PSC Calls/Meetings 3. Lead Counsel/PSC Duties 4. Administrative 5. MDL Status Conf. 6. Court Appearance 7. Research 8. Discovery 9. Doc. Review 10. Litigation Strategy & Analysis 11. Dep. Prep/Take/Defend 12. Pleadings/Briefs/Pre-trial Motions/Legal 13. Science 14. Experts/Consultants 15. Settlement 16. Trial Prep/Bellwether 17. Trial 18. Appeal 19. Miscellaneous (describe) |
|---|

| Last Name, First Name | Professional level:  Partner (PT), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category Code: | Category Name: | Detailed Description of Work performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

EXHIBIT I

Firm Name: _____

Date: _____

| Category Name | Total Time per Category | Total Fees per Category |
|---|---|---|
| Lead Counsel Calls/Meeting | | |
| PSC Calls/Meeting | | |
| Lead Counsel/PSC Duties | | |
| Administrative | | |
| MDL Status Conf. | | |
| Court Appearance | | |
| Research | | |
| Discovery | | |
| Doc. Review | | |
| Litigation Strategy & Analysis | | |
| Dep: Prep/Take/Defend | | |
| Pleadings/Briefs, Pretrial Motions, Legal | | |
| Science | | |
| Experts/Consultants | | |
| Settlement | | |
| Trial Prep/Bellwether | | |
| Trial | | |
| Appeal | | |
| Miscellaneous | | |
| **Total:** | | |

**Categories: 1.** Assessment Fees **2.** Federal Express / Local Courier, etc. **3.** Postage Charges **4.** Facsimile Charges **5.** Long Distance **6.** In-House Photocopying **7.** Outside Photocopying **8.** Hotels **9.** Meals **10.** Mileage **11.** Air Travel **12.** Deposition Costs **13.** Lexis/Westlaw **14.** Court Fees **15.** Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Miscellaneous (Describe)

***********************ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET***********************

| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided:  Yes / No (if no, provide reason) |
|-------|----------------|----------------|-----------------------|---------|------------------------------------------------------|
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |
|       |                |                |                       |         |                                                      |