# EXHIBIT A



# Eric Buether

## Member

Direct Dial: 214.466.1271

Direct Fax: 214.635.1827

E-mail:  Eric.Buether@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750

Dallas, Texas 75201

Eric Buether represents clients in a wide variety of industries ranging from oil and gas products and services to telecommunications, air transportation, the internet and consumer electronics. Eric has extensive experience and demonstrated success in litigating patent, trademark, and copyright infringement claims, as well as trade secret and other intellectual property litigation. In addition to his intellectual property practice, Eric has extensive experience in antitrust, class action and other complex litigation.

In 2004, Eric and his team represented an oil services company in a patent infringement lawsuit involving drill bit design technology patents and obtained an enhanced $24 million verdict that resulted in a $41 million judgment - one of the largest patent infringement judgments that year.

Eric is a member of the United Way of Metropolitan Dallas Alexis de Tocqueville Society, the Dallas Symphony Orchestra Silver Scroll Society, and the Dallas Opera Silver Circle.  He obtained his J.D. from the University of Chicago in 1981.

## Education

J.D., University of Chicago Law School, 1981

A.B., University of Chicago, 1978

# Court Admissions

Texas

U.S. District Court for the Eastern District of Texas

U.S. District Court for the Northern District of Texas

U.S. District Court for the Southern District of Texas

U.S. District Court for the Eastern District of Michigan

U.S. Court of Federal Claims

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Federal Circuit

U.S. Supreme Court

# Representative Matters

Represented major oil services company in patent infringement litigation obtaining $24 million verdict, $41 million judgment and permanent injunction for willful infringement of three patents relating to drill bit design technology (4th largest patent infringement judgment in the nation in 2004).

Represented major oil services company as plaintiff and defendant in a variety of patent infringement litigation relating to drill bit design and other oilfield services businesses.

Represents one of the nation's largest media companies accused of infringement of patent asserted to cover the display of information in web pages on the Internet.

Represents national consumer electronics specialty retailer in a variety of other patent infringement litigation matters.

Defended major manufacturer of mobile telecommunications equipment in patent infringement litigation obtaining dismissal with prejudice of three asserted patents.

Represented plaintiffs in antitrust class actions against major photocopier manufacturers resulting in settlements in excess of $300 million.

Defended leading global information technology services company and national real estate investment trust in separate class actions each seeking damages in excess of $125 million obtaining denial of class certification in both cases.

Represented start-up company in lender liability lawsuit against major bank obtaining jury verdict and judgment for client of $12 million (later settled for an amount subject to a confidentiality agreement).

Defended major telecommunications company in patent infringement lawsuit by leading long distance carrier obtaining summary judgment of invalidity of asserted patent.

Defended major telecommunications company in arbitration proceeding seeking damages in excess of $400 million obtaining dismissal of claims by plaintiff during arbitration hearing.

Represented publicly-held mobile telecommunications services company in lawsuit asserting contract, fraud, theft of trade secrets, and patent infringement claims against leading long distance carrier obtaining multimillion dollar settlement for client.

Represented major airlines in litigation involving expansion of DFW Airport obtaining nullification of restrictive zoning regulations.

Represented leading chemical company in insurance bad faith lawsuit resulting in $72 million verdict and judgment affirmed on appeal (later settled for an amount subject to a confidentiality agreement).

Represented major airline in multi-district litigation prosecuting breach of contract and tortious interference claims and defending against unlawful monopolization claims involving computerized reservations system.

## Publications & Speaking Engagements

Speaker, "'Do Not Call' Rule Unconstitutionally Plays Favorites"

## Professional & Community Activities

Member, American Bar Association (Antitrust, Intellectual Property and Litigation Sections)

Member, State Bar of Texas (Antitrust and Business Litigation, Intellectual Property and Litigation Sections)

Member, Dallas Bar Association

Member, Fifth Circuit Bar Association

Member, Federal Circuit Bar Association

Member, American Intellectual Property Lawyers Association

Member, United Way of Metropolitan Dallas Alexis de Tocqueville Society

Member, Dallas Symphony Orchestra Silver Scroll Society

Member, Dallas Opera Silver Circle