# EXHIBIT B



# Chris Joe

## Member

Direct Dial: 214.466.1272

Direct Fax: 214.635.1828

E-mail: Chris.Joe@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750

Dallas, Texas 75201

Chris' practice is focused primarily on high stakes intellectual property lawsuits and complex commercial litigation.  He has successfully prosecuted and defended numerous clients in patent, trade secret, antitrust, contract, fraud, and other complex commercial lawsuits.  Chris' practice includes the licensing of intellectual property.  Notable trials include representation of a major oil and gas drill bit manufacturer against a competitor in a patent suit which resulted in a $41 million judgment in favor of the client and which was reported as the fourth largest patent judgment in 2004 by the National Law Journal.

Chris was formerly a shareholder at the Dallas office of Greenberg Traurig, LLP, where he was one of the founding members of that office's intellectual property litigation section, and at the Dallas office of Godwin Gruber, LLP, where he helped found that firm's intellectual property litigation practice group and served as its vice chairman.  Chris was also formerly associated with the Dallas office of McKool Smith, P.C. where he litigated patent, antitrust and other complex commercial litigation matters.

Chris is a zealous Duke and University of Memphis basketball fan.  His interests also include playing soccer, boating and waterskiing, snow skiing and snowboarding, golf, gourmet food and world travel.

# Education

J.D., *cum laude*, Southern Methodist University School of Law, 1993

A.B., Political Science, Duke University, 1990

## Court Admissions

All Texas State Courts

U.S. District Court for the Eastern District of Texas

U.S. District Court for the Northern District of Texas

U.S. District Court for the Southern District of Texas

U.S. District Court for the Western District of Texas

U.S. Court of Federal Claims

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Federal Circuit

## Representative Matters

Represented major oil and gas drill bit manufacturer in patent infringement suit resulting in $21 million jury verdict and $41 million final judgment after addition of enhanced damages, attorneys' fees and interest in favor of client.

Represented start-up company in lender liability lawsuit against major bank resulting in a $12 million jury verdict and judgment after a jury trial in favor of client.

Represented plaintiffs in breach of guaranty lawsuit against major electronics retailer over the failure to honor lease agreements held by a subsidiary resulting in jury verdict and judgment for clients of $2.23 million.

Represented general contractor against major oil and gas drilling company in contract and fraud litigation resulting in a jury verdict and judgment for client in excess of $1 million.  Represented plaintiffs in antitrust class action against major photocopier manufacturer resulting in settlement in excess of $50 million.

Represented fiber optical connector manufacturer in patent case accusing competitor of infringement.

Defended nutritional supplement companies in patent lawsuits.

Defended international electronics manufacturer in multiple patent lawsuits.

Represented publicly held mobile telecommunications services company in lawsuit asserting contract, fraud, theft of trade secrets, and patent infringement claims against leading long distance carrier obtaining multimillion dollar settlement in favor of client.

Defended major manufacturer of mobile telecommunications equipment in patent infringement litigation obtaining dismissal with prejudice of three asserted patents.

Defended mobile telecommunications services company in suit asserting theft of trade secrets resulting in dissolution by court of ex parte TRO initially obtained by plaintiff and subsequent voluntary dismissal by plaintiff of all claims against client.

Defendant a multi-national manufacturer of microprocessors in patent litigation.

Defended major oil and gas services company in breach of contract and fraud case in which plaintiff sought $1 billion in damages resulting in a jury verdict and settlement favorable to client.

Represented major direct seller and multilevel marketer of home decorative and gift products in misappropriation of trade secrets and unfair competition lawsuit against competitor which resulted in several million dollar settlement in favor of client.

Defended mobile telecommunications services company in suit asserting contract, fraud, and DTPA claims resulting in dismissal with prejudice of most of the claims and subsequent settlement for nuisance value.

Defended major multinational carbon electrode manufacturer in multimillion dollar antitrust litigation which resulted in settlement favorable to client.

Prosecution of securities and investment suitability claims against major brokerage firm.

# Publications & Speaking Engagements

Speaker, "Successful Strategies for Managing Patent Litigation Involving Non-Practicing Entities ('NPEs')," Palo Alto, California (October 15, 2009).

Speaker, "Patent Litigation Strategy in the Eastern District of Texas: A View from the Trenches and the 'Black Pearl'," Palo Alto, California (June 26, 2008).

Speaker, "A Corporate Counsel's and Executive's Guide to Patent Litigation in the Eastern District of Texas," Dallas Bar Association, Belo Mansion, Dallas, Texas (February 22, 2006).

Speaker, "The Practice of Law – Litigation vs. Transactional Work," Southern Methodist University Asian American Law Students Association, Dallas, Texas (October 24, 2006).

Author, "Application of the Fair Debt Collection Practices Act to Attorneys," AMERICAN BAR ASSOCIATION CONSUMER & PERSONAL RIGHTS LITIGATION NEWSLETTER, December 1995, at 8.

Author, Note, "Can We Express Ourselves Dancing Naked? – Barnes v. Glen Theatre, Inc.," 46:1 SMU LAW REVIEW 263 (1992).

## Professional & Community Activities

Member, State Bar of Texas

Member, American Bar Association

Member, Dallas Bar Association

Member, Dallas Association of Young Lawyers

Member, Dallas Asian American Bar Association

Member, Texas Young Lawyers Association

Member, Pro Bono College of the State Bar of Texas

Member, The College of the State Bar of Texas

Member, National Asian American Bar Association

Member, Federal Bar Association

Member, Bar Association of the Fifth Federal Circuit

Member, Greater Dallas Asian American Chamber of Commerce

Member, DFW Duke University Alumni Admissions Committee

Mentor, Southern Methodist University Dedman School of Law

Mentor, University of North Texas School of Law

## Awards & Recognition

"AV Preeminent®" Rated 5.0 out of 5.0 by Martindale-Hubbell/Lexis-Nexis.  The "AV" and "AV Preeminent" marks are registered trademarks of Reed Elsevier Properties, Inc.

"Texas Rising Star" in Intellectual Property Litigation by Texas Monthly and Law & Politics Media's "Super Lawyers" publication (2006, 2007, and 2008).