## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing Application, was filed via the Court's ECF system which automatically sends notice of the same to all counsel of record.

Dated: February 1, 2018

                      NASTLAW LLC

                      By:    */s/ Dianne M. Nast*
                              Dianne M. Nast

Dianne M. Nast (Pennsylvania Bar No. 24424)
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
215-923-9300
215-923-9302 (facsimile)
dnast@nastlaw.com