# Exhibit A

# THE MILLER LAW FIRM

## A Professional Corporation

950 W. University Dr., Ste. 300
Rochester, MI  48307
(248) 841-2200

**www.millerlawpc.com**

# THE MILLER LAW FIRM, P.C. | FIRM RESUME

The Miller Law Firm, P.C. (the "Firm") is one of the premier litigation law firms in the United States and Michigan's leading financial class action firm. A recognized leader in the area of complex commercial litigation, the Firm is ranked Tier 1 in Detroit by *U.S. News-Best Lawyers* "Best Law Firms" for commercial litigation. Since the Firm's founding in 1996, the Firm has developed a national reputation for successfully prosecuting securities fraud and consumer class actions on behalf of its clients. As Lead Counsel or Co-Lead Counsel appointed by judges throughout the United States in some of the country's largest and most complex cases, the Firm has achieved over $3 billion in settlements, recoveries and/or verdicts on behalf of injured class members.

### Highlights of Results Obtained

2017    In re Freight Forwarders Antitrust Litigation
(United States District Court, Eastern District of New York)
(Case No. 08-cv-00042) (Counsel for Class Representative)

Result: $384 million settlement amount

Foster v. L3 Communications, EO Tech
(United States District Court, Western District of Missouri)
(Case No. 15-cv-03519) (Co-Lead Counsel)

Result: $51 million (100% recovery)

2016    In re Automotive Parts Antitrust Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 12-md-02311) (Liaison Counsel)

Result: $955 million settlements

GM Securities Class Action/New York Teachers Retirement System v.
General Motors Company
(United States District Court, Eastern District of Michigan)
(Case No. 4:14-cv-11191) (Local Counsel)

Result:   $300 million settlement

Pat Cason-Merenda and Jeffrey A. Suhre v. VHS of Michigan, Inc., dba
Detroit Medical Center (Antitrust)
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-cv-15601) (Special Trial Counsel)

Result:  $42 million settlement

ERISA Class Action/Davidson v. Henkel Corporation
(United Sates District Court, Eastern District of Michigan)
(Case No. 12-cv-14103) (Lead Counsel)

Result: $3.35 million settlement (100% Recovery for 41 member class)

2015      In re AIG 2008 Securities Litigation
          (United States District Court, Southern District of New York)
          (Case No. 08-cv-04772) (Co-Lead Counsel)

          Result:  $970.5 million settlement

          City of Farmington Hills Employees Retirement System v. Wells Fargo Bank,
          N.A.
          (United States District Court, District of Minnesota)
          (Case No. 10-cv-04372) (Co-Lead Counsel)

          Result:  $62.5 million settlement approved

2014      In re Refrigerant Compressors Antitrust Litigation
          (United States District Court, Eastern District of Michigan)
          (Case No. 09-md-02042) (Interim Co-Lead)

          Result:  $30,000,000 settlement

2013      The Board of Trustees of the City of Birmingham Employees et. al.
          v. Comerica Bank et. al.
          (United States District Court, Eastern District of Michigan)
          (Case No. 2:09-13201)  (Co-Lead Counsel)

          Result:  $11,000,000 settlement

2013      In Re Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation
          (United States District Court, Eastern District of Michigan)
          (Case No. 2:09-cv-12830)  (Co-Lead Counsel for the Class)

          Result:  $2,975,000 settlement

2013      In Re TechTeam Global Inc. Shareholder Litigation
(Oakland County Circuit Court, State of Michigan)
(Case No. 10-114863-CB)  (Liaison Counsel)

Result:  $1,775,000 settlement

General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit vs. UBS Securities, LLC (Structured Investment Vehicle)
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-13920) (Lead Counsel)

Result:   Confidential settlement

2010      Epstein, et al v. Heartland Industrial Partners, L.P., et al
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-CV-13555) (Substantial role)

Result:  $12,262,500 settlement

2010      In Re Skilled Healthcare Group, Inc. Securities Litigation
(United States District Court, Central District of California)
(Case No. 09-5416) (Substantial role)

Result:  $3,000,000 settlement

2009      In Re Proquest Company Securities Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 4:06-CV-11579) (Substantial role; argued Motion to Dismiss)

Result:  $20,000,000 settlement

2009      In Re Collins & Aikman Corporation Securities Litigation
(United States District Court, Eastern District Michigan)
(Case No. 03-CV-71173) (Substantial role)

Result:  $10,800,000 settlement

2009      In re IT Group Securities Litigation
(United States District Court, Western District of Pennsylvania)
(Civil Action No. 03-288) (Co-Lead Counsel)

Result:  $3,400,000 settlement

2008      <u>In re Mercury Interactive Securities Litigation</u>
(United States District Court, Northern District of California)
(Civil Action No. 03:05-CV-3395-JF) (Substantial role)

Result:  $117,000,000 settlement

2008      <u>In Re General Motors Corporation Securities and Derivative Litigation</u>
(United States District Court, Eastern District of Michigan)
(Master Case No. 06-MD-1749) (Co-Lead)

Status: Obtained major corporate governance reforms to address accounting deficiencies

2007      <u>Wong v T-Mobile USA, Inc.</u>
(United States District Court, Eastern District of Michigan)
(Case No. 05-CV-73922) (Co-Lead)

Result:  Settlement for 100% of damages.

2007      <u>In re CMS Energy Corporation Securities Litigation</u>
(United States District Court, Eastern District Michigan)
(Master File No. 2:02 CV 72004) (Substantial role)

Result:  $200,000,000 settlement

2005      <u>In re Comerica Securities Fraud Litigation</u>
(United States District Court, Eastern District of Michigan)
(Case No. 2:02-CV-60233) (Substantial role)

Result:  $21,000,000, divided between related cases at $15,000,000 and $6,000,000

2005      <u>Street</u> v <u>Siemens</u>
(Philadelphia State Court)
(Case No. 03-885) (Co-Lead)

Result:  $14,400,000, including 100% recovery for more than 1,000 workers wrongfully deprived of pay.

2005    Redmer v Tournament Players Club of Michigan
        (Wayne County Circuit Court) (Case No. 02-224481-CK) (Co-Lead)

        Result:  $3,100,000 settlement

2004    Passucci v Airtouch Communications, Inc.
        (Wayne County Circuit Court) (Case No. 01-131048-CP) (Co-Lead)

        Result:  Estimated settlement valued between: $30,900,000 to $40,300,000.

2004    Johnson v National Western Life Insurance
        (Oakland County Circuit Court)
        (Case No. 01-032012-CP) (Substantial role)

        Result:  $10,700,000 settlement on behalf of nation-wide class of purchasers
        of annuities.

2003    Felts v Starlight
        (United States District Court, Eastern District Michigan)
        (Case No. 01-71539) (Co-Lead)

        Result: Starlight agrees to stop selling ephedrine as an ingredient in its weight
        loss dietary supplement product.

2003    In re Lason Securities Litigation
        (United States District Court, Eastern District Michigan)
        (Case No. 99-CV-76079) (Co-Lead)

        Result: $12,680,000 settlement

2001    Mario Gasperoni, et al v Metabolife International, Inc.
        (United States District Court, Eastern District Michigan)
        (Case No. 00-71255) (Co-Lead)

        Result: Nationwide settlement approved mandating changes in advertising and
        labeling on millions of bottles of dietary supplement, plus approximately
        $8,500,000 in benefits.

1999    Pop v Art Van Furniture and Alexander Hamilton Insurance Company
        (Wayne County Circuit Court)(Case No. 97-722003-CP) (Co-Lead)

        Result: Changes in sales practices and $9,000,000 in merchandise.

1999        <u>Schroff v Bombardier</u>
            (United States District Court, Eastern District Michigan)
            (Case No. 99-70327) (Co-Lead)

            Result:  Recall of more than 20,000 defective Seadoos throughout North
            America; repair of defect to reduce water ingestion problem; extended
            warranties; and approximately $4,000,000 in merchandise.

1999        <u>In re National Techteam Securities Litigation</u>
            (United States District Court, Eastern District Michigan)
            (Master File No.  97-74587) (Substantial role)

            Result:  $11,000,000 settlement

1999        <u>In Re F&M Distributors, Inc., Securities Litigation</u>
            (United States District Court, Eastern District Michigan)
            (Case No. 95-CV-71778-DT) (Minor role)

            Result:  $20,000,000 settlement

1998        <u>In Re Michigan National Corporation Securities Litigation</u>
            (United States District Court, Eastern District Michigan)
            (Case No 95 CV 70647 DT) (Substantial role)

            Result:  $13,300,000 settlement

1995        <u>In re Intel Pentium Processor Litigation</u>
            (Superior Court, Santa Clara County, California)(Master File No. 745729)
            (Substantial role)

            Result: Intel agreed to replace millions of defective Pentium chips on demand
            without any cost to consumers.