IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 <br> Case No.: 1:17-md-2800-TWT <br><br> CONSUMER ACTIONS |

# APPLICATION FOR APPOINTMENT OF JONATHAN W. JOHNSON TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's instructions in Case Management Order No. 1 and No. 2, Jonathan W. Johnson of the law firm Jonathan W. Johnson, LLC, 2296 Henderson Mill Road, Suite 304, Atlanta, Georgia 30345 ("Johnson"), files this Application for Appointment to Plaintiffs' Steering Committee.

**1.   Position Sought.**

Jonathan W. Johnson hereby applies for a position as member of Plaintiffs' Steering Committee.

**2.   Civil Actions Filed in This Litigation.**

*Ralph Leigh, et al. v. Equifax, Inc.*, Case No. 1:18-cv-00116-TWT (16 plaintiffs); *Sabina Bologna, et al. v. Equifax, Inc.*, Case No. 1:17-cv-03578-TWT, as co-counsel with Mark Geragos of Geragos & Geragos, APC, Los Angeles, CA;

1

and *Eric Krachanus v. Equifax, Inc.*, Case No. 1:17-cv-04694-TWT, as co-counsel with Geragos & Geragos.

**3.     Main Criteria for Appointment.**

(a)     *Willingness and ability to commit to a time-consuming process.*

Jonathan W. Johnson is absolutely willing and capable to commit to a leadership role, or in the alternative a support role, to the full extent required for the duration of this litigation.  Johnson is also able to share in the costs necessary to fund litigation by the Plaintiff's Steering Committee and is local and conveniently able to conduct discovery from Equifax or appear in the Northern District of Georgia.

At the first hearing on this matter, the Court expressed concern about the attorney's fees to be incurred and requested that all counsel maintain accurate time records.  Johnson regularly serves clients who pay by hourly rate and is able to maintain accurate time records for these services.  Johnson also agrees to cap any request for fees or compensation in this matter to $390 per hour and not to seek any enhancement of those fees for time spent in this matter upon its conclusion by either verdict or settlement.

(b)     *Ability to work cooperatively with others*.

Johnson has successfully served as co-counsel with many Atlanta law firms including, Pope McGlamry, P.C., with whom he is actively engaged currently as co-counsel in another matter; Childers Schueter & Smith, LLC; Mitchell & Shapiro, LLP; Slover Prieto Marigliano & Holbert, LLC, Dixon Davis, LLC; and out of state firms including Geragos & Geragos, APC, Los Angeles, CA; Kreindler & Kreindler, LLP, New York, NY; and Barry Doyle, PC, Chicago, IL.

(c)     *Professional Experience in This Type of Litigation*.

Johnson graduated from Oglethorpe University *summa cum laude* with a degree in accounting, and Columbia University Law School in 1992 where he served as Articles Editor for the environmental law journal.  In New York, Johnson served with the Kreindler & Kreindler firm representing clients internationally in numerous major airline crashes including Pan Am 103 (Lockerbie, Scotland) and TWA 800 (New York).  After moving home to Atlanta in 1998, Johnson worked on the defense side with the law firm of Nelson Mullins Riley & Scarborough in the ValuJet 592 (Everglades) litigation; subsequently served with the plaintiff's firm of Parks Chesin & Walbert; then founded his own firm in 2001.

Johnson has served as co-counsel in a Collective Action pursuant to 29 U.S.C. § 216(b) representing the City of Atlanta police officers in the Northern District of Georgia which resulted in a substantial settlement for overtime pay claims by city of Atlanta police officers.  More recently, Johnson represented hundreds of clients in the *BP/Deepwater Horizon* MDL litigation; numerous clients in the *Vioxx* MDL litigation; and currently represents multiple clients in the *In Re: Roundup Products Liability Litigation*, MDL No. 2741, Case No. 16-md-02741-VC in the Northern District of California.  Johnson has 25 years of experience in litigation including complex, class action and MDL litigation.

In addition to his active litigation practice, Johnson maintains up-to-date knowledge and proficiency in current developments regarding complex litigation by attending regular seminars and conferences such "Mass Torts Made Perfect" by Levin Papantonio, and most recently "Mass Torts Nexus" a four-day exposition of complex litigation.  Johnson is a member of the American Association for Justice, the Georgia Trial Lawyers Association, as well as the Georgia and New York Bar Associations.

Johnson's legal proficiency is enhanced by his business acumen.  Although he is not a practicing Certified Public Accountant, he became a CPA upon graduation from law school and continually utilized the valuable business education and

knowledge to advantage in litigation such as this involving Equifax. Moreover, Johnson is competent in the technical issues involved in data breach, and coincidentally, his spouse is a former financial analyst for Equifax.

    (d)   *Access to Sufficient Resources to Advance the Litigation in a Timely Manner.*

Johnson has a qualified eight-person support staff that is more than sufficient, and if selected, can be dedicated to this litigation. The staff includes John Ulmer, former General Counsel of a major manufacturing company who has experience in litigation throughout the United States and who has appeared before the United States Supreme Court.

**4.  Conclusion.**

Johnson respectfully requests the Court to appoint him as a member of the Plaintiffs' Steering Committee, or alternatively, to serve a supporting role for Plaintiffs' Steering Committee. Johnson has demonstrated the competence and tenacity necessary to effectively represent Plaintiffs in this litigation, and to do so efficiently and cost effectively.

Respectfully submitted this 2nd day of February 2018.

| | |
|---|---|
| JONATHAN W. JOHNSON, LLC<br>2296 Henderson Mill Road, Suite 304<br>Atlanta, Georgia 30345 | */s/ Jonathan W. Johnson*<br>Jonathan W. Johnson<br>Georgia Bar No. 394830 |

(404) 298.0795 Telephone
(404) 941.2285 Facsimile
email: jwj@jonathanjohnsonatlantalawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing APPLICATION, was filed via the Court's ECF system which automatically sends notice of the same to all counsel of record.

This 2nd day of February, 2018.


JONATHAN W. JOHNSON, LLC      */s/ Jonathan W. Johnson*
2296 Henderson Mill Road, Suite 304     Jonathan W. Johnson
Atlanta, Georgia 30345     Georgia Bar No. 394830
(404) 298.0795 Telephone
(404) 941.2285 Facsimile
email: jwj@jonathanjohnsonatlantalawyer.com