# EXHIBIT A

**MICHAEL A. GALPERN**
Locks Law Firm LLC
801 N. Kings Highway
Cherry Hill, New Jersey 08034
(856) 663-8200
Email: mgalpern@lockslaw.com

| New York Office | Pennsylvania Office | Atlantic City Office | Rosealand Office |
|---|---|---|---|
| 800 Third Ave. | 601 Walnut St. | 3123 Atlantic Ave. | 3 Becker Farm Road |
| New York, NY | Philadelphia, PA | Atlantic City, NJ | Roseland, NJ 07068 |

**EDUCATION:**

| 1985 BA | - | Rutgers University, New Brunswick, New Jersey |
| 1988 JD | - | Rutgers Law School, Camden, New Jersey |

**EMPLOYMENT:**

| 1988-1989 | - | Law Clerk, Honorable Jerome B. Simandle, United States District Court, Camden, New Jersey |
| 1989-Present | - | Locks Law Firm LLC, Cherry Hill, New Jersey |
| 1998-2006 | - | Adjunct Professor of Law, Rutgers School of Law - Camden |

**BAR ADMISSION:**

| 1989 | - | Pennsylvania |
| 1989 | - | New Jersey |

**CERTIFICATION:**

Civil Trial Attorney (New Jersey Supreme Court)

**COURT ADMISSION:**

| 1989 | - | Eastern District, Pennsylvania |
| 1989 | - | Third Circuit Court of Appeals |
| 1989 | - | District Court of New Jersey |
| 1989 | - | New Jersey Supreme Court |
| 2017 | - | Supreme Court of the United States |

1

## NEW JERSEY ASSOCIATION FOR JUSTICE (NJAJ) (f/k/a ATLA-NJ):

**NATIONAL GOVERNOR,** American Association for Justice, June, 2016 - Present

**PRESIDENT,** New Jersey Association of Justice, June 2010 – June 2011

**PRESIDENT ELECT,** New Jersey Association of Justice, June 2009 to June 2010

**FIRST VICE PRESIDENT,** New Jersey Association of Justice, June 2008 to June 2009

**SECOND VICE PRESIDENT,** New Jersey Association of Justice, June 2007 to June 2008

**THIRD VICE PRESIDENT,** New Jersey Association of Justice, June 2006 to June 2007

**TREASURER,** New Jersey Association of Justice (f/k/a ATLA-NJ), June 2005 to June 2006

## WORKERS INJURY LITIGATION GROUP (WILG):

**PRESIDENT,** Workers Injury Law and Advocacy Group, October, 2014

**PRESIDENT-ELECT,** Workers Injury Law and Advocacy Group, October, 2013

**TREASURER,** Workers Injury Law and Advocacy Group (WILG ), October, 2012

**BOARD OF DIRECTORS,** Workers Injury Litigation Group (WILG).  2007- present

## AMERICAN ASSOCIATION FOR JUSTICE (AAJ):

**BOARD OF GOVERNORS**

## NATIONAL TRIAL LAWYERS ASSOCIATION (NTLA):

**MEMBER**

## APPOINTMENTS:

In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, Case No: M:05-CV01699-CRB, MDL No. 1699, Appointed by the Honorable Charles R. Breyer, United States District Court. Appointed to Plaintiffs Steering Committee.

2

In Re: Propecia (FINASTERIDE) Product Liability Litigation, Case No: 12-md-2331 – JG-VVP, Appointed by the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. Appointed to Plaintiffs Steering Committee.

In Re: Yapstone Data Breach, Case No. 4:15-cv-04429-JSW, a data breach case which settled under confidential terms. I and my firm were appointed by the Hon. Jeffrey White, United States District Judge, Northern District of California, to the Plaintiff's Executive Committee

In Re: Experian Data Breach, Case No.: SACV 15-1592 AG (DFMX). I and my firm were appointed by the Hon. Andrew J. Guilford, United States District Judge, Central District of California, to serve on the Plaintiffs Steering Committee.

Caprarola v. Wells Fargo, Superior Court of New Jersey, Law Division: Camden County Cam-L-3570-13, a statewide class action on behalf of loan officers at Wells Fargo. Appointed as Class Counsel.

Jackeline Martinez-Santiago v. Public Storage, Civil No.: 14-302 (JBS/AMD), United States District Court for the District of New Jersey. I and my firm were appointed by the Hon. Jerome B Simandle, Chief United States District Judge for the District of New Jersey as Class Counsel.

Zayas v. Power Windows & Siding & Gutter Power, LLC, Superior Court of New Jersey, Law Division: Camden County CAM-L-5454-09, a statewide class action of NJ Consumers. I was appointed by Hon. Louis R Meloni, J.S.C. Superior Court of New Jersey as Class Counsel.

Kepler v. Weichert, Superior Court of New Jersey, Law Division: Camden County CAM-L-845-10, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Deborah Silverman Katz, J.S.C., Superior Court of New Jersey, as Class Counsel.

Kyle Rivet, et al. v. Office Depot, Case No.: 2:12-02992 (WJM), United State District Court for the District of New Jersey, a multistate Fair Labor Standards Act (FLSA) action. I was appointed by the Hon. William J. Martini as Class Counsel.

Oravsky v. Encompass Insurance Company, Civ. No. 3:10-cv-03168 (PGS)(LHG), United State District Court for the District of New Jersey, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Peter G Sheridan as Class Counsel.

In Re Staples Wage and Hour Litigation, Civ. No. 2:08-cv-5746 (KSH)(PS), United State District Court for the District of New Jersey, a nationwide FLSA litigation, in which I also serve as lead trial counsel during a seven week trial and later served as co-lead negotiating counsel. I was also appointed as Class Counsel by the Hon. Katherine Hayden.

Weber v. Geico, Civ. No. 07-1332 (JBS/JS), United State District Court for the District of New Jersey, a statewide class action on behalf of New Jersey consumers. I was appointed by Hon.

Jerome B Simandle, United States District Judge for the District of New Jersey, as Class Counsel.

Kaufman v. New England Fitness South, Superior Court of New Jersey, Law Division: Camden County, Docket No: CAM-L-3935-15, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Thomas T. Booth Jr. J.S.C., as Class Counsel.

Edwards v. 21ST Century, Civ. No.: 1:09-cv-04364-JBS-JS, United State District Court for the District of New Jersey, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Jerome B Simandle, United States District Court for the District of New Jersey as Class Counsel.

## PANEL MEMBER:

United States District Court, District of New Jersey, Camden Division, Magistrate Selection Committee. 2008-2009

## APPOINTMENT BY THE NEW JERSEY SUPREME COURT:

To represent the New Jersey Association for Justice on the Committee on July Selection in Civil and Criminal Trials. 2010- 2012, 2012-2014.

## LEGAL MODERATOR:

**LAWTALK**, a public interest legal television show sponsored by the Camden County Bar Association. 2005-2008.

## MEMBERSHIPS:

Board of Governors, New Jersey Association for Justice (formerly ATLA-NJ)
Association of Trial Lawyers of America
Member, Key Person Committee - ATLA
Philadelphia Trial Lawyers Association
Philadelphia Bar Association
Camden County Bar Association
New Jersey State Bar Association

## FOUNDING MEMBER:

Academy of Catastrophic Injury Attorneys

**EXPERIENCE:**

Tried numerous bench and jury trials. Drafted appellate briefs and argued before New Jersey Superior Court, Appellate Division. Briefed and orally argued Kiss v. Jacob, 138 NJ 278 (1994), a landmark ruling of the New Jersey Supreme Court establishing allocation of damages in multi-defendant cases. Wrote the Amicus brief in Laidlow v. Hariton Machinery, 170 NJ 602 (2002), another landmark ruling of the New Jersey Supreme Court expanding the rights of an injured worker to bring a third party action against his employer. Handled complex litigation in products liability, toxic torts, class actions, employment discrimination and medical malpractice. Settled what is believed to be the first medical malpractice action against an HMO in the State of New Jersey. Lead trial counsel, and co-lead MDL counsel, in what is believed to be one of the largest FLSA misclassification settlements in New Jersey, In Re Staples. Lead trial counsel, or co-lead counsel, in numerous class actions involving claims for consumer fraud and commercial law.

**INVITED SPEAKER:**

    **-CAMDEN COUNTY BAR ASSOCIATION**
        *Direct and Cross Examination of a Chiropractor*
        **1994**

    **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
        *Top Ten in Torts*
        **1995**

    **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
        *Debunking the MIST Defense*
        **1998**

    **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
        *Top Ten in Torts*
        **April, 2000**

    **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
        *Liens for the Civil Practitioner*
        **April, 2000**

    **-CAMDEN COUNTY BAR ASSOCIATION**
        *Hot Topics in Environmental Law & Toxic Torts*
        **May, 2000**

    **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
        *Impeaching Witness with Style*
        **October, 2000**

- **ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Liens for the Civil Litigator*
    **December, 2000**

- **ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Liens for the Civil Litigator*
    **April, 2001**

- **ASSOCIATION OF TRIAL LAWYERS OF AMERICA**
    *HMO Liability*
    **Montreal - July, 2001**

- **ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Liens for the Civil Litigator*
    **October, 2001**

- **ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Preparation of the Low-Impact Automobile Case*
    **December, 2001**

-**ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Offensive use of Daubert and Kuhmo Tire*
    **February, 2002**

-**ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Top Ten in Torts*
    **April, 2002**

-**ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Liens for the Civil Litigator*
    **April, 2002**

- **ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
    *Moderator, Motor Vehicle and Premises Liability Program*
    **Atlanta, GA - July, 2002**

-**ASSOCIATION OF TRIAL LAWYERS OF AMERICA-NEW JERSEY**
    *Moderator and co-course planner, Direct and Cross-Examination of Expert Witnesses*
    **Edison, NJ - December, 2002**

-**ASSOCIATION OF TRIAL LAWYERS OF AMERICA-NEW JERSEY**
    *Top Ten in Torts*
    *Liens for the Civil Litigator*
    **Atlantic City, NJ - April, 2003**

6

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA
    *HMO Liability and ERISA Preemption*
    **San Francisco, CA - July, 2003**

-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION
    *New Jersey Civil Trial Preparation Seminar*
    **Maple Shade, NJ - November, 2003**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *How to Deal with Abuse of Discovery Tactics*
    **Edison, NJ - February, 2004**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Moderator, Medical Perspectives on Improving Damages*
    **Atlantic City, NJ - April, 2004**

-OHIO ACADEMY OF TRIAL LAWYERS= 50TH ANNUAL CONVENTION
    *Overview of Employee Retirement Income Security Act of 1974*
    **Columbus, OH - May, 2004**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Defense Radiology*
    **Jamesburg, NJ - October, 2004**

-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION
    *Participation in 3 Panel Member Seminars - Deposing the Expert*
    **Maple Shade, NJ - December, 2004**

- CAMDEN COUNTY BAR ASSOCIATION
    *Moderator of Law Talk*
    **Cherry Hill, NJ - 2004-2005 Season**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Overcoming Juror Bias*
    **Jamesburg, NJ – February, 2005**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Program Co-chair, "Personal Injury: Turning Juries On-From Voir Dire to Verdict"*
    **Atlantic City, NJ - April, 2005**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Moderator, Ethics Program*
    **Atlantic City, NJ - April, 2005**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA
    *Bextra Teleseminar*
    **April, 2005**

-MEALEYS PUBLICATION
    *Bextra Conference*
    **Chicago, IL - May, 2005**

-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION
    *Selecting a Winning Jury*
    **Cherry Hill, NJ - June, 2005**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Exposing Defense Medicine: Orthopedists & Neurologists*
    **Long Branch, NJ - June, 2005**

-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION
    *New Jersey Civil Trial Preparation Seminar*
    **Maple Shade, NJ - June, 2005**

-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION
    *Program Chairman, Mass Tort/Pharmaceutical Seminar*
    **Edison, NJ - September, 2005**

-MASS TORTS MADE PERFECT
    **Las Vegas, NV - November, 2005**

- CAMDEN COUNTY BAR ASSOCIATION
    *Moderator of Law Talk*
    **Cherry Hill, NJ - 2005 - 2006 Season**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Moderator, Premises Liability*
    **February, 2006**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - Teleconference
    *Update on Bextra Science and Literature*
    **March, 2006**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Moderator, Ethics*
    **April, 2006**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
    *Top Ten in Torts*
    **April, 2006**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Voir Dire in Medical Malpractice*
**April, 2006**

-HARRIS MARTIN PUBLISHING COMPANY
*Moderator, Medical Malpractice Seminar*
**Philadelphia, PA - May, 2006**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA- NEW JERSEY
*Pharmaceutical Litigation: A Manufacturer=s Duty to Warn*
**Edison, NJ - October, 2006**

-AMERICAN ASSOCIATION OF JUSTICE ( f/k/a ASSOCIATION OF TRIAL LAWYERS OF AMERICA)
*MDL Update on Bextra/Celebrex*
**Miami, FL - February, 2007**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Moderator: Ethics 2007 Boardwalk Seminar*
**Atlantic City, NJ - April, 2007**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Medical Malpractice: Selecting the Right Expert*
**Atlantic City, NJ - April, 2007**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Top Ten in Torts*
**Atlantic City, NJ - April, 2007**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Exposing Defense Medicine*
**May, 2007**

-AMERICAN ASSOCIATION OF JUSTICE
*Vioxx/Bextra/Celebrex- What=s new in New Jersey*
**Chicago, IL. - July, 2007**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Moderator, Mass Torts Program,*
**October, 2007**

-AMERICAN ASSOCIATION OF JUSTICE
*The Small Firm's Guide to Fighting the Drug Giants*
**November, 2007**

9

-OHIO ACADEMY OF TRIAL LAWYERS
*Pharmaceutical Litigation for the Small Business Practitioner*
**December, 2007**

-AMERICAN ASSOCIATION OF JUSTICE
*VIOXX/Bextra/Celebrex – What's New In New Jersey*
**Puerto Rico - January, 2008**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Moderator Ethics*
**May, 2008**

-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY
*Top Ten In Torts*
**May, 2008**

-AMERICAN ASSOCIATION OF JUSTICE
*2008 Annual Convention*
**Philadelphia, PA – July, 2008**

-NEW JERSEY ASSOCIATION FOR JUSTICE (f/k/a ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY)
*Use of Expanded Voir Dire Procedures to Expose Juror Bias*
**Edison, NJ – February, 2009**

-NEW JERSEY ASSOCIATION FOR JUSTICE
*Ten Practice Tips About Appellate Practices*
**Atlantic City, NJ – April, 2009**

-NEW JERSEY ASSOCIATION FOR JUSTICE
*Ethics Program Co-Chair*
**Atlantic City, NJ – April, 2009**

-NEW JERSEY ASSOCIATION FOR JUSTICE
*State & Federal E-Filing*
**Atlantic City, NJ – April, 2009**

-NEW JERSEY ASSOCIATION FOR JUSTICE
*The Year in Torts in New Jersey/The Top Ten Moderator*
**Atlantic City, NJ – April, 2009**

-AMERICAN ASSOCIATION OF JUSTICE
*Intentional Torts Against the Employer*
**San Francisco, CA – July, 2009**

-WORKERS' INJURY LAW & ADVOCACY GROUP
  *Third Party Recoveries for Injured Workers*
  **Carefree, AZ – October, 2009**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *Ethics*
  **Atlantic City, NJ – April, 2010**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *Mass Torts 2010*
  **Atlantic City , NJ – April 2010**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *What to do when a plaintiff or defendant files for bankruptcy*
  **Atlantic City, NJ – April, 2010**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *Federal Court: Thriving & Surviving*
  **Meadowlands, NJ - November, 2010**

-WORKERS' INJURY LAW & ADVOCACY GROUP
  *Calling the Defendant in your FLSA CASE*
  **Cleveland, OH – March, 2011**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *Mass Torts 2011*
  **Atlantic City, NJ – April, 2011**

-NEW JERSEY STATE BAR ASSOCIATON
  *Trial Practice: Uniform Discovery & Credible Trial Dates*
  **Atlantic City, NJ – May, 2011**

-NEW SOCIETY OF INTERVENTIONAL PAIN PHYSICIANS
  *The Legal Impediments to Obtaining Medical Treatment for MVA Victims*
  **Edison, NJ – June, 2011**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *Understanding PIP Arbitration: Is the PIP System Under Attack?*
  **Meadowlands, NJ - November 2011**

-NEW JERSEY ASSOCIATION FOR JUSTICE
  *Co-chair Mass Torts Program*
  **Atlantic City, NJ – April 2012**

11

-WORKERS' INJURY LAW & ADVOCACY GROUP
    *Concussions in Professional Sports*
    **Columbus, OH – May, 2012**

-BOB DEROSE, PRESIDENT OF OHIO ACADEMY OF JUSTICE –
PERSONAL SPEAKING ENGAGEMENT
    *Importance of Concussion Testing in young football players*
    **Columbus, OH – May, 2012**

- OHIO ACADEMY OF JUSTICE
    *Deposing the Corporate Witness and other 30(b)(6) Tips*
    **Cleveland, OH – June 12, 2012**

-WORKERS' INJURY LAW & ADVOCACY GROUP
    *Moderator, Wage & Hour Seminar*
    **Las Vegas, Nevada  – October, 2012**

-NEW JERSEY ASSOCIATION FOR JUSTICE
    **Four Concurrent Seminars with Exhibits**
    *Seminar: Trial Evidence for the Personal Injury Attorney 2013*
    **Edison, New Jersey – February, 2013**

-OHIO ASSOCIATION FOR JUSTICE
    *Moderator, Advance Wage & Hour Seminar*
    **Steamboat Springs, CO – March, 2013**

-NEW JERSEY ASSOCIATION FOR JUSTICE
    *Co-chair Mass Torts Program*
    **Atlantic City, NJ – April, 2014**

-NEW JERSEY ASSOCIATION FOR JUSTICE
    *Mass Torts 101*
    **Meadowlands, NJ – November, 2014**

-CAPE MAY COUNTY BAR ASSOCIATION
    *Civil Actions / Class Action Lawsuits CLE Seminar*
    **Seaville, NJ – January 28, 2015**

-HARRISMARTIN PHILLY MASS TORT CONFERENCE
    *Tinchner Ruling and The Effects of the Change on Mass Tort-Asbestos*
    **Philadelphia, PA – March 27, 2015**

-NEW JERSEY ASSOCIATION FOR JUSTICE
    *Co-chair Mass Torts Program*
    **Atlantic City, NJ – April, 2015**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
    *Co-chair Mass Torts Program*
    **Atlantic City, NJ – April, 2016**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
    *Co-chair Mass Torts Program*
    **Atlantic City, NJ – April, 2017**

## FUTURE INVITED SPEAKING ENGAGEMENTS:

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
    *All About Liens*
    **Somerset, NJ – March 1, 2018**

**-FLORIDA JUSTICE ASSOCIATION**
    *"Valuing Concussion and Other TBI Cases for Settlement Purposes and Drawing a Line in the Sand as to When to Decline an Offer and Try the Case"*
    **Orlando, FL – March 23, 2018**

## PUBLICATIONS:

New Jersey Institute For Continuing Legal Education, 2003; 2009 - N.J. Trial and Evidence Book, Chapter: ATo Speak the Truth@. The Status of Voir Dire In New Jersey: Where Do We Go From Here?

## AWARDS:

Digital Press International Award for Top Ten Leaders of Southern and Central New Jersey In Personal Injury and Trial Practice, 2003.

New Jersey Monthly Award - New Jersey Super Lawyer, 2005

New Jersey Monthly Award - New Jersey Super Lawyer, 2006

New Jersey Monthly Award - New Jersey Super Lawyer, 2007

New Jersey Monthly Award - New Jersey Super Lawyer, 2008

New Jersey Monthly Award - New Jersey Super Lawyer, 2009

New Jersey Monthly Award – New Jersey Super Lawyer, 2010

New Jersey Monthly Award – New Jersey Super Lawyer, 2011

New Jersey Monthly Award – New Jersey Super Lawyer, 2012

National Trial Lawyers Membership- Top 100 Trial Lawyers, 2012

New Jersey Monthly Award – New Jersey Super Lawyer, 2013

New Jersey Monthly Award – New Jersey Super Lawyer, 2014

New Jersey Monthly Award – New Jersey Super Lawyer, 2015

New Jersey Monthly Award – New Jersey Super Lawyer, 2016

New Jersey Monthly Award – New Jersey Super Lawyer, 2017

New Jersey Monthly Award – New Jersey Super Lawyer, 2018