UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc., Customer Data Security Breach Litigation | ) MDL DOCKET NO. 2800 <br> ) Civil Action No. 1:17-md-2800-TWT <br> ) **CONSUMER ACTIONS** <br> ) <br> ) **CERTIFICATE OF SERVICE** |

I hereby certify that on the 2nd day of February, 2018, I electronically filed the foregoing Joint Application of David S. Stone and Robert A. Magnanini of Stone & Magnanini LLP for a Lead Counsel or Steering Committee Position with the Clerk of the Court via the CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

Dated: February 2, 2018

David S. Stone, Esq.
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel:   (973) 218-1111
Fax:  (973) 218-1106
dstone@stonemagnalaw.com

*Attorneys for Plaintiff*