**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: EQUIFAX, INC. Customer | ) | MDL NO. 2800 |
| Data Security Breach Litigation | ) | Case No. 1:17-md-2800-TWT |
| | ) | |
| | ) | ALL ACTIONS |

**MOTION TO WITHDRAW APPLICATION OF LESLIE L. PESCIA FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

COMES NOW, Leslie L. Pescia of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., counsel of record for Plaintiffs Jerry Allen, et al. (*Jerry Allen, et al. v. Equifax, Inc.,* Case No. 1:17-cv-04544-CAP) and respectfully requests her Application for Appointment to the Plaintiffs' Steering Committee (Doc. No. 174) be withdrawn.

This 2nd day of February, 2018.

    Respectfully submitted,

    */s/ Leslie L. Pescia*
    Leslie L. Pescia
    **BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.**
    272 Commerce Street
    Post Office Box 4160 (36103)
    Montgomery, Alabama 36104
    Telephone: (334) 269-2343
    leslie.pescia@beasleyallen.com

    *Counsel for Plaintiffs Jerry Allen, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, I electronically filed the foregoing document through CM/ECF system, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

Respectfully submitted this 2nd day of February, 2018.

*/s/ Leslie L. Pescia*
Leslie L. Pescia