## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 1:17-md-2800-TWT |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Jamisen A. Etzel, and hereby files this Notice of Attorney Appearance in the above-captioned matter, pursuant to Rule 83.1 of the Local Rules for the Northern District of Georgia, hereby appearing as counsel in this matter on behalf of the following parties, individually and on behalf of a class of similarly situated financial institutions:

| Parties | Case No. |
|---|---|
| Army Aviation Center Federal Credit Union Credit Union National Association Greater Cincinnati Credit Union | 1:17-cv-03892-TWT |
| Atlantic City Federal Credit Union Elements Financial Federal Credit Union First Nebraska Credit Union Putnam Bank Wright-Patt Credit Union | 1:17-cv-05065-TWT |
| Bank of Louisiana Aventa Credit Union First Choice Federal Credit Union | 1:17-cv-03715-TWT |

| | |
|---|---|
| Consumers Cooperative Credit Union<br>Association of Vermont Credit Unions, Inc.<br>California Credit Union League<br>Carolinas Credit Union League<br>Embark Credit Union<br>Indiana Credit Union League<br>League of Southeastern Credit Unions & Affiliates<br>Mississippi Credit Union League<br>Montana Credit Union League<br>Mountain West Credit Union Association<br>Nevada Credit Union League<br>Numark Credit Union<br>Pennsylvania Credit Union Association<br>Ravalli County Federal Credit Union | 1:17-cv-04775-TWT |
| D.L. Evans Bank<br>Texas First Bank | 1:17-cv-05357-TWT |
| First Education Federal Credit Union<br>ASI Federal Credit Union<br>Michigan Credit Union League | 1:17-cv-04184-TWT |
| Gerber Federal Credit Union<br>Illinois Credit Union League<br>Minnesota Credit Union Network<br>Nebraska Credit Union League<br>New York Credit Union Association<br>Ohio Credit Union League<br>Oteen VA Federal Credit Union<br>SELCO Community Credit Union<br>Virginia Credit Union League | 1:17-cv-04388-TWT |
| Heritage Federal Credit Union<br>ICUL Service Corporation<br>Services Credit Union<br>UMassFive College Federal Credit Union | 1:17-cv-05265-TWT |
| Independent Community Bankers of America<br>The First State Bank<br>Bank of Zachary | 1:17-cv-04756-TWT |

| | |
|---|---|
| Durand State Bank | 1:18-cv-00021-TWT |
| Sky Federal Credit Union<br>MD/DC Credit Union Association<br>University of Louisiana Federal Credit Union | 1:18-cv-00094-TWT |
| First Financial Credit Union<br>Halliburton Employees' Federal Credit Union<br>Seven Seventeen Credit Union<br>Credit Union League of Connecticut | 1:18-cv-00315-TWT |
| Jonah Bank of Wyoming | 1:18-cv-000316-TWT |

Respectfully submitted this 2nd day of February, 2018

**CARLSON LYNCH SWEET KILPELA**
**& CARPENTER, LLP**

*/s/ Jamisen A. Etzel*
Jamisen A. Etzel
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
jetzel@carlsonlynch.com

## CERTIFICATE

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B. This 2nd day of February, 2018.

> */s/ Jamisen A. Etzel*
> Jamisen A. Etzel
> **CARLSON LYNCH SWEET KILPELA**
> **& CARPENTER, LLP**
> 1133 Penn Avenue, 5th Floor
> Pittsburgh, PA 15222
> Phone: 412-322-9243
> Fax: 412-231-0246
> jetzel@carlsonlynch.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of February, 2018, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

*/s/ Jamisen A. Etzel*
Jamisen A. Etzel
**CARLSON LYNCH SWEET KILPELA**
**& CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
jetzel@carlsonlynch.com