IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION.<br><br>CONSUMER ACTIONS | MDL Docket No. 2800<br>No.: 1:17-md-2800-TWT<br><br>**APPEARANCE OF COUNSEL**<br><br>**Jury Trial Demanded** |

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiffs Veronika Benavidez, John Benavidez, Brian Cadwallader, Marty Super, Mona Coade-Wingate, Robert Mobbs, York Taenzer, Marilyn Dorsey, Nicole Grafton, Michael Nehring, Cherie Williams, Jose Calderon, and Barbara Westbrook.

**HELLMUTH & JOHNSON, PLLC**

Date: February 2, 2018

By: /s/ Richard M. Hagstrom
Michael R. Cashman (MN#206945)
Richard M. Hagstrom (MN #39445)
Gregory S. Otsuka (MN #397873)
8050 West 78th Street
Edina, Minnesota 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
Email: mcashman@hjlawfirm.com
Email: rhagstrom@hjlawfirm.com
Email: gotsuka@hjlawfirm.com

26249.0001 -- 3539330_1