IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION.<br><br>CONSUMER ACTIONS | MDL Docket No. 2800<br>No.: 1:17-md-2800-TWT<br><br>**Jury Trial Demanded** |

# EXHIBIT A TO
# APPLICATION OF RICHARD M. HAGSTROM AND HELLMUTH & JOHNSON, PLLC FOR APPOINTMENT TO THE CONSUMER PLAINTIFFS' STEERING COMMITTEE

## *CURRICULUM VITAE* OF RICHARD M. HAGSTROM
### *Hellmuth & Johnson, PLLC*

An experienced negotiator, litigator, and trial attorney, Mr. Hagstrom has represented individuals and corporations in high-exposure matters in state and federal courts across the country, having recovered nine-figure settlements for his clients. He has prosecuted and defended numerous antitrust and consumer fraud class actions and individual suits, including cases involving price-fixing, collusion, and monopolization. Mr. Hagstrom leads his firm's antitrust and consumer fraud class action group. He has successfully prepared and examined Ph.D. economists as expert witnesses presenting opinions on liability, causation, and damages in such cases. As a former Chief of the Antitrust Section for the Utah Attorney General's Office, he prosecuted antitrust and RICO violations both civilly and criminally and participated in the National Association of Attorneys General Antitrust Group.

Mr. Hagstrom has also prosecuted and defended many complex high-dollar commercial actions, and pursued dozens of multi-party and class action cases for and against insurers involving environmental, product, mass tort, and bad faith claims. Rick has further represented plaintiffs and defendants in banking, RICO, unfair trade practices, securities, securities lending, and intellectual property matters.

With more than 50 attorneys, a significant portion of whom practice complex litigation, Hellmuth & Johnson brings a deep bench of litigators and trial attorneys with experience in class action, antitrust, consumer claims, and intellectual property, among other practice areas.

## ACCOLADES AND AFFILIATIONS
- *Minnesota Attorney of the Year*, 2004
- *AV Preeminent* rated by Martindale-Hubbell
- Minnesota *Super Lawyer*, 2014-17
- Chair of the Fund for Legal Aid, 2012-14
- U.S. Advisory Board for the Institute for Consumer Antitrust Studies, Member
- American Bar Association, Member of Antitrust; Torts and Insurance; Trade, Sports, and Professional Associations Sections
- Member of Board of Trustees for the S.J. Quinney College of Law, University of Utah, 2008-Present

## COURT ADMISSIONS
- *State Bars*: Minnesota, Utah
- *Federal*: U.S. Supreme Court
  U.S. Circuit Court of Appeals: Federal, Third, Sixth, Eighth, and Tenth
  U.S. District Courts: Colo., N.D. Ill., S.D. Ill., E.D. Mich., Minn., Neb., E.D. Tex., Utah, E.D. Wis.

## EDUCATION
- University of Utah Law School, J.D.
- University of Minnesota, B.S., *with distinction*

## REPRESENTATIVE MDL ACTIONS

| Case Name | MDL No. | Venue | Role |
|---|---|---|---|
| *In re Microsoft Corp. Antitrust Litig.* | MDL 1332 | D. Md. | Class Counsel |
| *In re Aftermarket Auto. Filters Antitrust Litig.* | MDL 1957 | N.D. Ill. | Co-lead Class Counsel |
| *In re NHL Players' Comm'n Injury Litig.* | MDL 2551 | D. Minn. | PSC team |
| *In re Nat'l Collegiate Athletic Ass'n Athletic Grant-in-Aid Cap Antitrust Litig.* | MDL 2541 | N.D. Cal. | Class Counsel |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, And Products Liability Litigation* | MDL 2672 | N.D. Cal. | Plaintiffs' Discovery Subcommittee |
| *In re CenturyLink Residential Customer Billing Disputes Litigation* | MDL 2795 | D. Minn. | Plaintiffs' Executive Committee |
| *In re Midwest Milk Monopolization Litig.* | MDL 83 | W.D. Mo. | Defense Counsel |
| *State of Illinois v. Assoc. Milk Producers* | MDL 83 | W.D. Mo. | Defense Counsel (litigated on remand) |
| *Oberweis Dairy, Inc. v. Assoc. Milk Producers* | MDL 83 | N.D. Ill. | Defense Counsel (litigated on remand) |
| *Sentry Foods, Inc. v. Assoc. Milk Producers* | MDL 83 | W.D. Mo. | Defense Counsel (litigated on remand) |

## REPRESENTATIVE STATE-BASED CLASS ACTIONS

| Case Name | Venue | Role |
|---|---|---|
| *Gordon v. Microsoft Corp.* (antitrust) | Minn. | Co-Lead Class Counsel |
| *Comes v. Microsoft Corp.* (antitrust) | Iowa | Co-Lead Class Counsel |
| *Bettendorf v. Microsoft Corp.* (antitrust) | Wis. | Co-Lead Class Counsel |
| *Pro-Sys Consultants v. Microsoft Corp.* (antitrust) | Canada | Antitrust Consultant |
| *State of Utah v. Fletcher* (antitrust, racketeering, bribery) | Utah | State Prosecutor |
| *State of Utah v. Thompson* (antitrust, racketeering, bribery) | Utah | State Prosecutor |
| *Group Health Plan, Inc. v. Philip Morris, Inc.* (consumer fraud, antitrust) | Minn. | Plaintiff Counsel |
| *In re Penn. Title Ins. Antitrust Litig.* (antitrust) | E.D. Pa. | Class Counsel |
| *In re Title Ins. Antitrust Cases* (antitrust) | N.D. Ohio | Class Counsel |
| *Pearl & Plumeri Assoc., LLC v. Fidelity Nat'l Title Ins. Co.* (antitrust) | N.J. | Class Counsel |
| *Harne v. State of Minnesota* (tobacco litig.) | Minn. | Class Counsel |