IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC. CUSTOMER DATA
SECURITY BREACH LITIGATION.

CONSUMER ACTIONS

MDL Docket No. 2800
No.: 1:17-md-2800-TWT

**Jury Trial Demanded**

# EXHIBIT B TO
# APPLICATION OF RICHARD M. HAGSTROM AND HELLMUTH &
# JOHNSON, PLLC FOR APPOINTMENT TO THE
# CONSUMER PLAINTIFFS' STEERING COMMITTEE

ON YOUR SIDE.
AT YOUR SIDE.



# MICHAEL R. CASHMAN

(952) 746-2118
mcashman@hjlawfirm.com

## PRACTICE AREAS

+ Litigation
+ Entertainment Law
+ Insurance Coverage
+ Intellectual Property
+ Antitrust and Unfair Competition
+ Class Action Litigation

## EDUCATION

**J.D.** WILLIAM MITCHELL COLLEGE OF LAW
Saint Paul, MN // Cum Laude

**B.A.** UNIVERSITY OF MINNESOTA
Minneapolis, MN // History

Michael Cashman is a trial lawyer who specializes in high-stakes complex commercial litigation, arbitrations and trials. He practices in both state and federal court in jurisdictions across the country. Michael also handles international disputes, and has assisted clients with problems in England, Africa, and Mexico. The cases Michael handles typically involve multiparty disputes and tens or hundreds of millions of dollars. Michael has handled complex matters in a number of practice areas including:

- Multi-district litigation
- Class action litigation, including opt outs
- Complex insurance coverage litigation
- Antitrust litigation
- Trademark, trade dress and copyright litigation
- Multi-party disputes
- E-discovery disputes
- Cyber liability
- Complex commercial litigation
- Arbitrations
- Financial institutions and banking
- Sports law
- Securities lending
- Business litigation
- Property and business interruption insurance coverage
- General liability insurance coverage
- Professional liability insurance coverage
- Errors & omissions insurance coverage
- Investment disputes
- Insurance bad faith
- Reinsurance
- Directors and officers
- Intellectual property
- Accounting malpractice
- Investment management liability
- Internet and technology liability
- Fiduciary liability
- Surety
- Fidelity



**HELLMUTH & JOHNSON** PLLC

hjlawfirm.com

ON YOUR SIDE.
AT YOUR SIDE.

- Subrogation
- Construction and construction defect
- Products liability
- Legal malpractice

In the sports law area, Michael has been appointed to the Plaintiffs' Executive Committee in the NHL Concussion Injury Litigation. Michael has also represented plaintiffs in the NCAA Concussion Litigation, the NCAA Grant-In-Aid Litigation and NCAA Student-Athlete Likeness Litigation.

In the antitrust area, Michael has represented consumers in statewide indirect purchaser class action lawsuits against Microsoft in Minnesota, Iowa and Wisconsin. After weeks of trial, the Minnesota and Iowa matters were successfully settled for $162 and $180 million, respectively.

Michael has successfully defended multi-million dollar medical device, products liability, financial services, and consumer fraud class action lawsuits.

In the insurance and reinsurance areas, Michael has handled matters in many of the most difficult jurisdictions around the country. He has tried liability, property, business interruption, and reinsurance cases to verdict.

Michael has obtained several no liability defense verdicts, and as a plaintiff, has obtained millions of dollars, on behalf of his insurance and reinsurance clients. Michael has been bad faith counsel for a major property and casualty insurer, and has successfully defended dozens of bad faith and punitive damage claims.



HELLMUTH & JOHNSON PLLC

hjlawfirm.com