IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION.<br><br>CONSUMER ACTIONS | MDL Docket No. 2800<br>No.: 1:17-md-2800-TWT<br><br>**Jury Trial Demanded** |

**EXHIBIT C TO
APPLICATION OF RICHARD M. HAGSTROM AND HELLMUTH &
JOHNSON, PLLC FOR APPOINTMENT TO THE
CONSUMER PLAINTIFFS' STEERING COMMITTEE**



**HELLMUTH & JOHNSON** PLLC
ATTORNEYS AT LAW

## COMPLEX LITIGATION OVERVIEW

The complex litigation group attorneys at Hellmuth & Johnson have represented both plaintiffs and defendants in their most challenging antitrust/competition, consumer fraud, financial institution and complex business litigation in venues across the United States and around the world. Our experience in successfully resolving high-profile, high-exposure cases and our commitment to efficient and responsive service is essential to the representation we provide in every matter.

Because we have represented both plaintiffs and defendants, our attorneys have developed keen insights and experience which allows us to provide unique representation to our clients. We can better understand and anticipate the objectives and tactics of opposing counsel, giving our clients a number of distinct advantages. We are particularly adept in avoiding unnecessary tasks and expenses while doing everything to achieve the most favorable outcomes. Our clients appreciate this ability to efficiently staff cases while still delivering exceptional service and consistent results. They also appreciate our extensive trial experience in complex matters, and commitment to try cases when appropriate to achieve the best possible result.

We believe – and our clients agree – that the way we approach litigation is key to our success in building solid relationships and implementing effective strategies. Our complex litigation group attorneys offer experience and in-depth knowledge across a wide range of industries, and probe to determine the specific needs of our clients in each case, as well as the broader implications of any dispute. Our complex litigation team has extensive experience in carefully and thoroughly investigating and evaluating the facts and applicable law, and using creativity to achieve excellent results.

## ANTITRUST / COMPETITION

Our approach to antitrust matters is decidedly different from other firms because, in addition to representing classes composed of individuals, we have also represented multi-national corporations, as well as medium and small businesses as both plaintiffs and defendants. We are selective in the litigation we pursue and consistently position that litigation for success in the courtroom. We have found this approach yields the best results for our clients, whether at the settlement table or at trial. We carefully consider the objectives and economic realities in every case, looking for the best way to achieve an outcome that meets the needs of our clients.

The experience and track record of our attorneys in antitrust, consumer fraud, and other mass actions has been recognized in courts across the nation. We have recovered hundreds of millions for our plaintiff clients, and we have successfully defended other clients in mitigating their most significant exposures. We have substantial experience not just settling the antitrust, consumer fraud and mass actions that we handle, but trying them.

## Select Examples of Antitrust Experience

*In re Microsoft Antitrust Litigation, (MDL 1332 and Multiple State Class Cases).* Represented indirect purchaser antitrust class action in federal MDL, and appointed lead or co-lead in several states including Minnesota, Iowa and Wisconsin, to represent separate state classes of indirect purchasers for illegal monopolization in the market for personal computer operating system, word processing and spreadsheet software. Settlements of nearly $600 million.

*In re NCAA Athletic Grant-In-Aid-Cap Antitrust Litigation, MDL 2541 (N.D. Cal.).* Representation of student athletes for grants to cover the cost of attendance.

*DRAM Antitrust Litigation, MDL 1486 (N.D. Cal.).* Represented a nationwide class of indirect purchasers for conspiracy to fix prices.

*In re Aftermarket Automotive Filters Antitrust Litigation, MDL 1957 (N.D. Ill.).* Co-Lead counsel of indirect purchaser class.

*TFT-LCD (Flat Panel) Antitrust Litigation, MDL 1827 (N.D. Cal.).* Represented a nationwide class of indirect purchasers of LCD products, as flat panel televisions and computer monitors, in this multi-district antitrust class action filed against the world's leading manufacturers of thin-film transistor liquid crystal display (TFT-LCD), and alleging that these companies engaged in a conspiracy to artificially inflate the prices of their LCD products.

*In re Suboxone Antitrust Litigation, MDL 2445 (E.D. Pa.).* Member of executive committee representing endpayors who alleged drug maker illegally sought to extend its drug monopoly and keep opiate addiction treatment off the market.

*State of New Mexico, et al., v. Visa, Inc., et al. (New Mexico D. Ct., Santa Fe District).* Appointed as Special Assistant Attorney General to the State of New Mexico in case alleging payment card interchange fees violate state antitrust and consumer fraud laws.

*In re Midwest Milk Monopolization Litigation, MDL 83 (W.D. Mo.).* Represented milk cooperatives in defense of claims under Sections 1 and 2 of the Sherman Act.

## CONSUMER FRAUD / PRODUCTS / FINANCIAL INSTITUTIONS / SPORTS

Our complex litigation group attorneys have represented consumers, investors, and others in securities fraud, financial services, consumer rights, unfair competition, unfair business practices, product liability, mass tort, property rights, sports and ERISA claims. While a significant portion of our class action cases are part of multi-district litigation proceedings, we are also commonly involved in state court class actions across the country.

**Select Examples of Consumer Fraud / Products / Financial Institutions / Sports Experience**

*In re Volkswagen "Clean Diesel" Marketing Sales Practices and Products Liability Litigation*, MDL 2672 (N.D. Cal.). Member of team representing consumers defrauded by concealment of devices which defeated clean air technology.

*In re NHL Concussion Injury Litigation*, MDL 2551 (D. Minn.). Executive committee member representing retired players concerning the devastating long-term brain injuries including CTE, resulting from repeated concussive and sub-concussive blows sustained when playing in the NHL.

*In re CenturyLink Residential Customer Billing Disputes Litigation*, MDL 1795 (D. Minn.). Executive committee member representing class for unlawful sales and billing practices in consumer fraud action.

*Thompson v. Allianz (D. Minn)*. Liaison counsel in class action asserting insurer breached life insurance contract by failing to correctly calculate benefits.

*In re Target Corporation Customer Data Security Breach Litigation*, MDL 2522 (D. Minn.). Member of lead counsel team representing financial institutions damaged by a data breach of customer payment cards.

*Haritos, et al. v. American Express Financial Advisors, (D. Ariz.)*. Represented consumers who purchased financial plans tainted by conflicts of interest; settlement of over $100 million was reached.

*Dryer, et al. v. National Football League (D. Minn)*. Represented retired football players for misappropriation of publicity rights.

*In re NCAA Student Athletic* Concussion *Litigation, MDL 2492 (N.D. Ill.)*. Represented of student athletes regarding long-term effects of repetitive concussive and sub-concussive blows.

*In re Boston Scientific Corporation Securities Litigation, (D. Mass.)*. Lead counsel in case asserting violations of the Private Securities Litigation Reform Act related to misleading or false statements regarding a medical device recall.

*Rupp, et al. v. Thompson et al. (Minnesota Corn Processors) (Minn. Dist. Ct.)*. Represented unit holders in class action asserting breach of fiduciary duty and self-dealing against former officers and directors of an agricultural co-operative.

*Clark v. Experian Info. Serv. (N.D. Ill.)*. Represented credit reporting agency in defeating class certification by plaintiffs who alleged deceptive trade practices.

*In re Medtronic Sec. Litig. (D. Minn.)*. Represented securities purchasers alleging misrepresentations and omissions regarding adverse outcomes relating to medical device.

3

*Menzel v. Beneficial Loan & Thrift Co. (Minn. Dist. Ct.)*. Represented financial institutions in consumer class action by loan customers alleging improper addition of points to loan principal.

*Camden Asset Management, L.P. v. Sunbeam Corp. (S.D. Fla.)*. Represented debenture holders in class action based on company's improper early recognition of sales to boost quarterly reported results.

*In re Hennepin County Recycling Bond Litig. (Minn. Dist. Ct.)*. Represented municipal bond holders in class action based on issuer's unauthorized early redemption of their securities.