*EXHIBIT 1*

**BAILEY GLASSER LLP**

# Benjamin L. Bailey

Ben is a trial and appellate lawyer.  He spent his first eight years of practice in public service -- two years as a law clerk to the Honorable John T. Copenhaver, Jr., two years as a federal prosecutor, and four years as Counsel to the Governor of West Virginia.  Then, after ten years as a litigation partner at a large Charleston, West Virginia law firm, he and Brian Glasser formed Bailey & Glasser in 1999.

Ben is a permanent member of the Judicial Conference of the U.S. Court of Appeals for the Fourth Circuit, a founding member of the Charleston Chapter of the American Inns of Court, and a Fellow of the American Bar Association.  He serves on the national board of the Public Justice Foundation.  He is AV rated in Martindale-Hubbell.  Chamber U.S.A.'s Guide to America's Leading Business Lawyers rates him in the first tier of General Commercial Litigators in West Virginia.

He is a member of the bars of West Virginia (1981) and the District of Columbia (2014).  He is admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the D.C. Circuit, the U.S. District Courts for the Northern and Southern Districts of West Virginia, and the Supreme Court of Appeals of West Virginia.

**Recent Notable Cases**

***Good, et al. v. American Water Works Company, Inc., et al.*, 2:14-cv-01374 (S.D. W. Va.).**  One of three lead counsel for state cases in comprehensive $150,000,000 settlement of state and federal cases arising out of chemical contamination of water supply in and around Charleston, WV.  Final settlement approval imminent.

***VW "Clean Diesel" Marketing, Sales Practices and Products Liability MDL*, 3:15-md-02672-CRB (N.D. Cal.).**  Presently serving on Plaintiffs' steering committee in largest class action settlement involving an auto manufacturer in United States history.

***Toyota Sudden Unintended Acceleration MDL,* 8:10-ml-02151 (C.D. Cal.).**  Economic loss claims alone settling for $1.6 billion, with numerous additional personal injury claims.

***National Mining Association, West Virginia, et al. v. Gina McCarthy, et al.*, 758 F.3d 243 (D.C. Cir. 2014).**  Represented West Virginia in groundbreaking coal environmental litigation.

***Citizens Against Pollution v. Ohio Power Co.*, 484 F.Supp.2d 800 (S.D. Ohio April 12, 2007).**  RCRA and CERCLA case for Plaintiffs involving NOx treatment and sulphuric acid emissions from AEP's Gavin Power Plant.  Resulted in a creative consent decree which provided relief otherwise unavailable in a trial.

***Bank of America, NA v. FDIC-Receiver,* 1:10-cv-1681-BJR (D. D.C.).**  Represented the FDIC in its $1 billion part of a multi-case, multi-agency settlement for $16.65 billion, the largest single-company settlement in United States history.

**BAILEY GLASSER LLP**

*In Re Microsoft Corp. Antitrust Litigation*, **MDL No. 1332 (D. Md.)**.  Special Assistant Attorney General for the State of West Virginia; settled in state court for $21 million**.**

**Education**

J.D., 1980 - Harvard Law School
B.A., 1975, *magna cum laude* - Washington & Lee University

**BAILEY GLASSER LLP**