**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL Docket No. 2800  <br><br>Civil Action No. 1:17-md-2800-TWT  <br><br>ALL CASES |

**DECLARATION OF LEONARD A. BENNETT**

I, Leonard A. Bennett, hereby declare the following:

1. My name is Leonard A. Bennett. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

**Consumer Litigation Associates, P.C.**

2. I am one of the attorneys working on behalf of the Plaintiffs in the above-styled litigation, and I am an attorney and principal of the law firm of Consumer Litigation Associates, P.C., a five-attorney law firm with offices in Hampton Roads and Alexandria, Virginia.

3. Since 1996, my practice has been limited to consumer protection litigation. My most developed area of expertise is in plaintiff's litigation under the Federal Consumer Credit Protection Act, 15 U.S.C. §1601, *et seq.*, and in particular the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* ("FCRA"). In prosecuting cases under the FCRA, my firm routinely files individual and class action suits against the "Big 3" credit reporting agencies ("CRAs"), Equifax, TransUnion and Experian, as well as other smaller, regional CRAs, furnishers and data brokers.

4. Since 2001, as a result of my expertise in prosecuting FCRA cases, I have regularly spoken at CLE programs, seminars and events in the area of Consumer Credit Protection litigation, mostly regarding the FCRA.[1]

---

[1] National Consumer Law Center, Consumer Rights Conference, Washington, D.C., Speaker (November 2017); National Consumer Law Center, Consumer Rights Conference, Anaheim, California, Speaker for Multiple Sessions (October 2016); Fair Debt Collection Practices Act/Fair Credit Reporting Act, Norfolk and Portsmouth, VA Bar Association (October 29, 2015); National Consumer Law Center, Consumer Rights Conference, Washington, D.C., Speaker for Multiple Sessions (November 2013); National Consumer Law Center, Fair Debt Collection Practices Act Conference, Fair Credit Reporting Act Claims Against Debt Buyers, March 2013; National Association of Consumer Advocates, Webinar CLE: FCRA Dispute Process, December 2012; Rossdale CLE, Fair Credit Reporting Act (August 2012); Virginia Trial Lawyers Association, Advocacy Seminar - October, 2011; National Association of Consumer Advocates, Fair Credit Reporting Act National Conference - Memphis, TN, May 2011; Stafford Publications CLE, National Webinar, "FCRA and FACTA Class Actions: Leveraging New Developments in Certification, Damages and Preemption" (April 2011); National Consumer Law Center, National Consumer Rights Conference, Boston, Speaker for Multiple Sessions, November, 2010; Virginia State Bar, Telephone and Webinar Course, Virginia, 2009; "What's Going On Here? Surging Consumer Litigation - Including Class Actions in State and Federal Court"; National Association of Consumer Advocates, Fair Credit Reporting Act National Conference, Chicago, IL, May 2009; National Consumer Law Center, National Consumer Rights Conference, Philadelphia, Speaker for Multiple Sessions, November 2009; National Consumer Law Center, National Consumer Rights Conference, Portland, OR, Speaker for Multiple Sessions, November 2008; Washington State Bar, Consumer Law CLE, Speaker, September 2008; Washington State Bar, Consumer Law CLE, Speaker, July 2007; House Financial Services Committee, June 2007; National Consumer Law Center, National Consumer Rights Conference, Washington, D.C., Speaker for Multiple Sessions, November 2007; National Association of Consumer Advocates, Fair Credit Reporting Act National Conference; Denver, Colorado, May 2007, Multiple Panels; U.S. Army JAG School, Charlottesville, Virginia, Consumer Law Course Instructor, May 2007; Georgia State Bar, Consumer Law CLE, Speaker, March 2007; Contributing Author, Fair Credit Reporting Act, Sixth Edition, National Consumer Law Center, 2006; National Consumer Law Center, National Consumer Rights Conference, Miami, FL, Speaker for Multiple Sessions, November 2006; Texas State Bar, Consumer Law CLE, Speaker, October 2006 Federal Claims in Auto fraud Litigation; Santa Clara University Law School, Course, March 2006; Fair Credit Reporting Act; Widener University Law School, Course, March 2006 Fair Credit Reporting Act; United States Navy, Navy Legal Services, Norfolk, Virginia, April 2006 Auto Fraud; Missouri State Bar CLE, Oklahoma City, Oklahoma; Identity Theft; National Consumer Law Center, National Consumer Rights Conference, Boston, Mass, Multiple panels; National Association of Consumer Advocates, Fair Credit Reporting Act National Conference, New Orleans, Louisiana (May 2005), Multiple Panels; United States Navy, Naval Justice School (JAG Training), Newport, Rhode Island, Consumer Law; American Bar Association, Telephone Seminar; Changing Faces of Consumer Law, National Consumer Law Center, National Consumer Rights Conference, Boston, Mass; Fair Credit Reporting Act Experts Panel; and ABCs of the Fair Credit Reporting Act; National Association of Consumer Advocates, Fair Credit Reporting Act National Conference, Chicago, Illinois; Multiple Panels; Oklahoma State Bar CLE, Oklahoma City, Oklahoma, Identity Theft; Virginia State Bar, Telephone Seminar, Identity Theft; United States Navy, Naval Justice School (JAG Training), Newport, Rhode Island, Consumer Law; United States Navy, Navy Legal Services, Norfolk, Virginia, Auto Fraud; Virginia State Bar, Richmond and Fairfax, Virginia, Consumer Protection Law; Michigan State Bar, Consumer Law Section, Ann Arbor, Michigan, *Keynote Speaker*.

5. I testified before the United States House Financial Services Committee on multiple occasions. In 2014, I spoke before the Consumer Financial Protection Bureau Consumer Advisory Board. I have also served on a Federal Trade Commission Round Table and Governor Kaine's Virginia Protecting Consumer Privacy Working Group all within this field. I was recently on the Board of Directors of the National Association of Consumer Advocates, and am on the Partners Council of the National Consumer Law Center, on the Board of Directors for the Virginia Poverty Law Center, and am a member of the Public Justice Foundation. I have been named as a multi-year Super Lawyer, a Law Dragon Top 500 Plaintiffs' Attorney and a Virginia Leader in the Law. In November 2017, I was recognized as the Consumer Attorney of the Year by the National Association of Consumer Attorneys.

6. I was one of the contributing authors of the leading and comprehensive treatise "Fair Credit Reporting" published by National Consumer Law Center and used by judges and advocates nationally.

7. I am a member in good standing of the Bars of the highest courts of the Commonwealth of Virginia and the State of North Carolina. I have also been admitted to practice before and am presently admitted to numerous other federal courts. I have also been admitted *pro hac vice* in United States District Courts across the country, including Georgia.

8. The other attorneys in my firm have similar experience and expertise.

**Consumer Litigation Associates' FCRA and Class Action Experience**

9. I routinely represent consumers in both individual and class action cases prosecuted under the Consumer Credit Protection Statutes, including the Fair Credit Reporting Act, the Equal Credit Opportunity Act, and the Fair Debt Collection Practices Act.

10. In addition to obtaining individualized relief, my firm focuses on identifying, developing and litigating industry-specific class actions, resulting in national settlements that have changed the industry for the benefit of consumers.

11. I have litigated dozens of class action cases based on consumer protection claims over the past 20 years. In each of the class cases where I have represented plaintiffs in a consumer credit case, the Court found me to be adequate class counsel.[2] In each of these, I served in a lead or executive committee counsel role.

12. With respect to the Fair Credit Reporting Act specifically, I have litigated numerous and substantial class cases to a successful conclusion.[3] My firm has litigated more FCRA cases

---

[2] *See, e.g.*, *Ceccone v. Equifax Information Services, LLC*, No. 1:13cv1314 (D.D.C.); *Thomas, et al v. FTS, USA, LLC*, 3:13-cv-825 (E.D. Va.) ("[t]he Court finds that Thomas' counsel is qualified, experienced, and able to conduct this litigation so as to fully and adequately represent both classes. Counsel is experienced in class action work, as well as consumer protection issues, and has been approved by this Court and others as class counsel in numerous cases around the country"); *Manuel, et al v. Wells Fargo,* No. 3:14-cv-238 (E.D. Va.) ("having considered the work that class counsel has done in investigating potential claims in this action, counsel's experience in handling claims of the type asserted in this action, counsel's knowledge of the applicable law, and the resources counsel will commit to representing the class"); *Soutter v. Equifax Info. Servs., LLC,* 3:10CV107, 2011 WL 1226025, at *10 (E.D. Va. Mar. 30, 2011) ("[T]he Court finds that Soutter's counsel is qualified, experienced, and able to conduct this litigation. Counsel is experienced in class action work, as well as consumer protection issues, and has been approved by this Court and others as class counsel in numerous cases."); *see also Williams v. Lexis-Nexis Risk Mgt.*, No. 3:06CV241 (E.D. Va.); *Beverly v. Wal-Mart*, No. 3:07Cv469 (E.D. Va.); *Capetta v. GC Servs., Inc.,* No. 3:02cv288 (E.D. Va.); *Ryals v. HireRight Solutions Inc.,* No. 3:09CV625 (E.D. Va.); *Conley v. First Tennessee*, No. 1:10CV1247-TSE (E.D. Va.)*; Lengrand v. Wellpoint,* No. 3:11CV333-HEH (E.D. Va.); *Henderson v. Verifications Inc.,* No. 3:11CV514-REP (E.D. Va.); *Pitt v. K-Mart Corp.*, No. 3:11CV697 (E.D. Va.); *James v. Experian Info. Solutions, Inc.*, No. 3:12CV902 (E.D. Va.); *Thomas v. Wittstadt*, Civ. No. 3:12CV450 (E.D. Va.); *Shami v. Middle East Broadcast Network*, No. 1:13CV467-CMH (E.D. Va.); *Roe v. Intellicorp, Inc.,* No. 1:12CV2288-JG (N.D. Ohio); *Reardon v. ClosetMaid, Inc.*, No. 2:08CV1730 (W.D. Pa.); *Goodrow v. Freidman & MacFadyen*, No. 3:11CV20 (E.D. Va.); *Berry v LexisNexis Risk & Info. Analytic Solutions, Inc., No.* 3:11CV274 (E.D. Va.); *Edwards v. Horizon Staffing, Inc.,* No. 1:13cv3002 (N.D. Ga.); *Marcum v. Dolgencorp,* 3:12CV108 (E.D. Va.); *Kelly v. Nationstar Mortg., LLC,* 3:13CV311 (E.D. Va.); *Wyatt v. SunTrust Bank*, 3:13CV662 (E.D. Va.).

[3] *Black v. Winn–Dixie Stores, Inc.*, No. 3:09cv502 (M.D. Fla.); *Cappetta v. GC Servs. LP*, No. 3:08cv288-JRS (E.D. Va.); *Henderson v. Verifications Inc*., No. 3:11cv514 (E.D. Va.); *Harris v. U.S. Physical Therapy, Inc.*, No. 2:10cv1508 (D. NV.); *Domonoske v. Bank of America, N.A.*, No. 5:08cv66 (W.D. Va.); *Makson v. Portfolio Recovery Assoc., Inc.*, No. 3:07cv982-HEH (E.D. Va.); *Reed v. Icon Fitness, Inc., et al.*, No. 3:08cv547 (E.D. Va.); *Gladden v. Navy Federal Credit Union*, No. 3:08cv304 (E.D. Va.); *Smith v. Talecris Biotherapeutics, Inc.*, No. 1:09cv153 (M.D.N.C. July 7, 2010); *Daily v. NCO Financial*, No. 3:09cv31-JAG (E.D. Va.); *Jose Hernandez v. Equifax Information Services, LLC, et al.*, No. 2:06cv3924 (C.D. Cal.) consolidated with *White, et al. v. Experian Information Solutions, Inc., et al.*, No. 8:05cv1070 (C.D. Cal.); *Conley v. First Tennessee Bank, N.A.*, No. 1:10cv1247 (E.D. Va.); *Lengrand v. Wellpoint*, No. 3:11cv333 (E.D. Va.); *Linares v. First Equity Card Corp.*, No. 3:05cv103 (E.D. Va.); *Martin v. United Auto Credit, et al.*, No. 3:05cv143 (E.D. Va.); *Silva v. Haynes Furniture*, No. 4:04cv82 (E.D. Va.); *Wilder v. Triad Financial Corp.*, No. 3:03cv863 (E.D. Va.); *Mayfield v. Memberstrust Credit Union*, No. 3:07cv506

and taken more to trial than perhaps two other firms in the nation, both of which have similar practices and experience. Often, in large complex class actions, my firm co-counsels with these firms. Rather than competing, we often collaborate to bring a strong Plaintiffs' team that can go toe-to-toe with a well-funded defense team.

13. Liability under the FCRA is not strict and only arises upon a finding of negligence or willful failure to comply. 15 U.S.C. §§ 1681n & 1681o. Further, unless there is a finding of a willful noncompliance, Plaintiff (and thus the Class) must establish actual damages. Statutory and punitive damages are *only* available where there is a finding of a willful violation. *See id.* As such, either the Class must proceed on a uniform "actual damages" claim, or it must pursue statutory and punitive damages under the more challenging "willfulness" standard of Section 1681n.

14. Proving such a challenging intent standard requires extensive discovery into the systems, historical protocols, and business operations of the CRAs. I have reviewed millions of pages of discovery related to the business operations, protocols, and systems of each CRA. Additionally, I have deposed hundreds of employees and contractors, in both their official and individual capacity, in every line of business and throughout the world. I have also subpoenaed and deposed other industry players, such as FICO and LexisNexis. Because of my extensive and long-lasting prosecution of cases under the FCRA, I possess extensive knowledge and understanding about the credit reporting industry.

---

(E.D. Va.); *Henderson, et al. v. Backgroundchecks.com*, No. 3:13cv29 (E.D. Va.); *Bell v. U.S. Express, Inc.*, No. 1:11cv181 (E.D. Tenn.); and *Soutter v. Trans Union, LLC*, 3:10cv514 (E.D. Va.).

15. I am well-versed in discovery disputes involving the "Big-3" credit bureaus,[4] as well as other industry players such as smaller credit bureaus, furnishers, and data-providers,[5] and thus have a thorough understanding of the industry, including how data is stored and accessed in discovery.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: February 1, 2018, Newport News, Virginia

_____
Leonard Anthony Bennett

---

[4] *See, e.g., Brown v. Experian Info. Solutions, Inc.*, Civ. No. 3:16cv670, ECF 30 (E.D. Va. Apr. 17, 2017) (order on Motion to Compel); *Clark v. Trans Union, LLC*, Civ. No. 3:15cv391, ECF 132 (E.D. Va. Mar. 1, 2017) (order on Motion to Compel); *Thach v. Equifax Info. Servs., LLC*, Civ. No. 3:14cv70, ECF 117 (Sept. 8, 2014) (order on Motion to Compel and Motion in Limine); *Tamblay v. Equifax Info. Services, LLC*, Civ. No. 1:14cv00130, ECF 75 (E.D. Va. Aug. 29, 2014) (requiring CRA to provide copies of complaints alleging similar FCRA violations) (no substantive order); *James v. Experian Info. Solutions Inc.*, Civ. No. 3:12cv902, ECF 57 at *2 (E.D. Va. Oct. 4, 2013) (detailed Order resolving numerous discovery issues); *Berrios v. Experian Info. Solutions Inc.*, Civ. No. 1:11cv1130, ECF 69 (E.D. Va. 2011) (order addressing depositions of Experian ACDV operators and topics of inquiry for 30(b)(6) deposition); *Faile v. Equifax Info. Servs., LLC*, Civ. No. 3:06cv617, at 1-2 (E.D. Va. Mar. 14, 2007) (detailed order requiring production of manuals, historical credit scores, communications with other industry parties such as the Consumer Data Industry Association, Federal Trade Commission and dispute investigation vendor, and other business documents); *Mullins v. Equifax Info. Services, LLC*, Civ. No. 3:05cv888, 2007 WL 2471080, at *4 (E.D. Va. Aug. 27, 2007) (holding terms "reinvestigation" and "investigation" have similar meaning and are not vague or ambiguous); *Beck v. Equifax Info. Servs., LLC*, 1:05cv347 (E.D. Va. Aug. 26, 2005) (transcript addressing Equifax's motions).

[5] *Burke v. Federal Nat'l Mortg. Assoc.*, Civ. No. 3:16cv153, ECF 91 (E.D. Va.) (order on privilege); *Manuel v. Wells Fargo Bank, Nat'l Ass'n*, 3:14CV238(DJN), 2016 WL 1070819, at *4 (E.D. Va. Mar. 15, 2016); *Turnage v. Clarity Servs., Inc.*, Civ. No. 3:14cv760 (E.D. Va. July 22, 2015); *Henderson v. First Adv. Background Serv. Corp.*, Civ. No. 3:14cv221, ECF 66 at 2 (E.D. Va. Mar. 30, 2015) (order on discovery dispute); *Cappetta v. GC Servs. Ltd. P'Ship*, Civ. No. 3:08cv288, 2008 WL 5377934, at *3 (E.D. Va. Dec. 24, 2008) (same); *Williams v. LexisNexis Risk Mgt.*, 3:06CV241 (E.D. Va. 2007) (various orders on discovery and substantive issues).