# Exhibit A

## E<span style="font-variant:small-caps">vangelista</span>W<span style="font-variant:small-caps">orley</span> LLC

8100A Roswell Road
Suite 100
Atlanta, Georgia 30350
404.205.8400

**David J. Worley**
**Member**

David Worley has over 30 years of experience in complex civil trial and appellate litigation, with substantial experience in securities, data breach and other consumer class action litigation, and many years representing trustees of union pension funds and international and local unions. He currently represents major counties in Georgia and other parts of the nation in complex high value Fair Housing Act financial harm cases, relating to the subprime lending and foreclosure crisis, against major money-center banks. He is co-counsel in litigation on behalf of almost every large Georgia county against numerous telephone carriers alleging failure to charge and remit statutorily-required 911 fees. Bankruptcy trustees and other corporate stakeholders have relied on Mr. Worley in direct litigation against their company's officers and directors, and against company accounting firms and other professional advisors, for breaches of fiduciary duties and fraud.

Among the cases in which Mr. Worley played a leadership or other

significant role in achieving a successful recovery are:

- *In Re: Providian Financial Corp. Sec. Litig.*, No. C 01-3952 (N.D. Calif.) ($65 million recovery in securities fraud class action);

- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.)(appointed co-lead counsel in consumer class action data breach; settlement valued in excess of $25 million benefit to class members);

- *In Re: Evergreen Ultra Short Opportunities Fund Securities Litigation,* United States District Court for District of Massachusetts, No. 1:08-cv-11064-NMG (appointed co-lead counsel; $25 million recovery in securities fraud class action);

- *Eaves, et al. v. Earthlink*, No. 05-cv-97274 (consumer fraud class action) (Ga. Superior, Fulton Cty.) (acting co-lead counsel; recovery of on behalf of proposed class for improper termination fee charges, settlement valued up to $26 million);

- *In Re: Cryolife Sec. Litig.*, No. 1:02-cv-01868-BBM (N.D. Ga.) ($23.25 million settlement in securities fraud class action);

- *Plymouth County Retirement Systems v. Carter's, Inc. et al.*, No. 08-cv-2940-AT (N.D. Ga.) (appointed liaison counsel; total recovery against officers and directors and outside auditors of over $23 million in securities fraud class action);

- *In Re: AFC Enterprises Sec. Litig.*, No. 1:03-cv-817-TWT (N.D. Ga.) ($22.2 million recovery in securities fraud class action);

- *Schulte v. Fifth Third Bank*, No. 09-cv-06655-RMD (N.D. Ill) (co-lead counsel; $9.5 million settlement in consumer fraud class action with injunctive relief valued at $108.3 million over 10 years);

- *In Re: Internap Network Services Corp. Securities Litig.*, No. 1:08-cv-03462-JOF (appointed liaison counsel; $9.5 million settlement in securities fraud class action);

- *Liquidating Trustee of Verso Technologies v. Tauber & Balser P.C., et al.*, No. 1:11-cv-02995-AT (N.D. Ga.) ($4 million recovery, including $100,000 in sanctions for defendants' and their counsel's discovery malfeasance, in accounting fraud and misrepresentations by bankrupt public company's outside auditors);

- *Liquidating Trustee of Verso Technologies v. Odom, et al.*, 1:09-cv-1293-AT (N.D. Ga.) ($3.5 million recovery against former officers and directors of bankrupt public company);

- *Sewright v. ING Groep N.V*, No. 1:09-cv-00400-JEC (N.D. Ga.) ($3.5 million recovery for ERISA class of employees);

- *Liquidating Trustee of the Estates of Verilink and Larscom v. Powell Goldstein, et al.*, No. 5:11-cv-03877 (CLS) (N.D. Ala) (recovery against outside corporate legal counsel to bankrupt public company for professional liability) (settlement amount confidential);

- *Liquidating Trustee of the Estates of Verilink and Larscom v. Belden, et al.*, 08-80072 (JAC) (N.D. Ala, Bkcy.) (recovery against former officers and directors of bankrupt public company) (settlement amount confidential);

- *Arnold, et al. v. Clayton County School District*, No. 1:12-cv-03455 (N.D. Ga.) and *Broome, et al. v. Clayton County School District*, No. 1:15-cv-03066-SCJ (N.D. Ga.) (companion case) (wage and hour recovery of $1.58 million on behalf of custodial employees).

- *National Air Traffic Controllers Association et al v. Dental Plans, Inc.,* No. 1:05-cv-00882-TWT (N.D. Ga.) (lead counsel for national class of air traffic controllers in ERISA action for payment of dental benefits);

David Worley received his A.B. degree from Harvard University, *cum laude*, in 1980 and his J.D. degree from the University of Virginia School of Law in 1985, where he received the Johnson & Swanson award for excellence in written advocacy and was a member of the National Moot Court Team and an editor of the *Journal of Law & Politics*.

He has an AV-Preeminent rating from Martindale-Hubbell and has repeatedly been named a Georgia Super Lawyer in the field of securities litigation. Mr. Worley has been the principal counsel in over 170 cases in the Northern District of Georgia, and in cases resulting in more than 30 significant reported decisions in federal and state courts.

Mr. Worley is a past Chair of the Labor and Employment Law Sections of both the State Bar of Georgia and the Atlanta Bar Association and a former Co-Chair of the Federal Legislative Developments Committee of the American Bar Association's Committee on Labor and Employment Law.

Since 2004 Mr. Worley has been a member of the Georgia State Election Board, participating in probable cause determinations in more than one thousand cases. He was selected by Georgia Judicial Nominating Commission as a finalist for appointment to the Georgia Court of Appeals in 2002, and was named one of the "100 Most Influential Georgians" by *Georgia Trend Magazine* in 1999, 2000, 2001, and 2002.

He is admitted to practice before the United States Supreme Court, the U.S. Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Georgia, the Supreme Court of Georgia and the Georgia Court of Appeals.