# Exhibit D

**LAW OFFICES OF DAVID A. BAIN, LLC**
1230 Peachtree Street, NE
Suite 1050
Atlanta, Georgia  30309
Tel: (404) 724-9990
Fax:(404) 724-9986
dbain@bain-law.com
www.bain-law.com

The firm's practice is primarily devoted to complex litigation, with an emphasis on the representation of investors in securities litigation and arbitration, civil fraud litigation, fiduciary duty disputes, class actions, and other complex matters.  Prior to launching his own practice, David Bain was a partner with Chitwood Harley Harnes, LLP, a medium-sized Atlanta class action firm focusing on federal securities fraud litigation.  He has extensive experience with complex federal litigation, having served as counsel in dozens of class actions over the past twenty years in the Northern District of Georgia and elsewhere around the country, and he has prosecuted claims against Big Four accounting firms and Fortune 500 companies that resulted in the recovery of tens of millions of dollars.

DAVID A. BAIN

Mr. Bain is currently the President of the Federal Bar Association's Atlanta Chapter.  He has been appointed by the Judges of the Northern District of Georgia to the Board of Directors for the Federal Defender Program, Inc. (where he served

as President in 2012) and to the Ad-Hoc Committee on E-Discovery Rules for the Northern District of Georgia.  Mr. Bain has been named one of Georgia's "Super Lawyers" or "Rising Stars" by *Law & Politics* and *Atlanta Magazine* seven times in the areas of class actions and securities litigation.  He regularly serves as a lecturer at seminars on both topics and has assisted state officials in preparing to testify before Congress concerning securities legislation.  Mr. Bain is the co-author of "Settlement Strategies in Georgia Class Actions," a chapter in *Litigating the Class Action Lawsuit in Georgia* (NBI), as well as "Shifting Sands in the Desert of Corporate Disclosure: Recent Developments in Litigation Under the PSLRA in the Wake of Enron and Other Corporate Disasters," published in *Securities Litigation and Regulatory Practice* (ICLE) and in *Class Actions* (ICLE).

Mr. Bain received his A.B. degree, *magna cum laude*, from the University of Georgia in 1994, where he was a Woodruff Scholar and was named to Phi Beta Kappa.  He was awarded a Chancellors Scholarship to the University of North Carolina at Chapel Hill School of Law, where he received his J.D. with honors in 1997.  While in law school, Mr. Bain was a member of the Holderness Moot Court Negotiations Team and held research assistant positions at both the North Carolina Supreme Court and the Kenan-Flagler School of Business.

Mr. Bain is active in the leadership of several community organizations. In addition to his role as President of the Federal Bar Association's Atlanta Chapter, he recently concluded his term as Co-Chair of the Securities Subsection of the Atlanta Bar Association's Litigation Section. He previously served as President of the Board of Directors for the Federal Defender Program, Inc. and President of the Board of Directors of GreenLaw (an environmental non-profit organization). He is a member of the Lamar American Inn of Court, the National Association of Securities and Consumer Law Attorneys, and the Lawyers Club of Atlanta (Membership Committee).

CLASS COUNSEL POSITIONS

In addition to Mr. Bain's prior class action experience, the firm has served or is serving as counsel in the following representative actions and class actions:

Carter v. Earthlink Holdings Corp., 1:17-CV-433-LMM (N.D. Ga.) (class action alleging violations of Sections 14(a) and 20(a) in a proxy statement).

Collins, et al. v. Athens Orthopedic Clinic, P.A., Civil Action No. SU-17-CV-0089 (Superior Court of Athens-Clarke County, Georgia) (class action seeking monetary and injunctive relief in connection with a data breach).

Dahl v. Delta Air Lines, Inc., et al., Civil Action No. 1:09-CV-2293-TCB (N.D. Ga.) (antitrust action on behalf of a class of airline passengers alleging violations of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1).

Gage, et al. v. Georgia Community Bank, et al., Civil Action File No. 2005CV107863 (Superior Court of Fulton County, Georgia) (Russell, J.) (shareholder class action alleging violations of, inter alia, state securities laws, RICO, and breaches of fiduciary duty at a bank holding company).

In re Ebix, Inc. Derivative Litigation, File No. 1:13-CV-62-RWS (N.D. Ga.) (shareholder derivative action alleging breaches of fiduciary duty by directors and officers of an international software and e-commerce company).

In re EndoChoice Holdings, Inc. Securities Litigation, Civil Action No. 2016 CV 2777772 (Superior Court of Fulton County, Georgia) (class action alleging violations of Sections 11 and 15 in connection with an IPO).

In re The Home Depot, Inc. Customer Data Security Breach Litigation, Case No. 1:14-MD-2583-TWT (N.D. Ga.) (class action seeking monetary and injunctive relief in connection with a data breach).

LR Trust v. Rogers, et al., Civil Action No. 1:16-CV-4132-SCJ (N.D. Ga.) (shareholder derivative action alleging breaches of fiduciary duty by directors and officers of a bank).

INSTITUTIONAL REPRESENTATION

The firm also has served or is serving as counsel for institutional investors in the following individual securities cases:

Bristol Capital Advisors, et al. v. Quest Resource Corporation, Inc., et al., Civil Action No. 5:09-CV-932 (W.D. Okla.) and J. Steven Emerson, et al. v. Quest Resource Corporation, Inc., et al., Civil Action No. 5:09-CV-1226M (W.D. Okla.) (actions alleging violations of federal securities laws involving an oil and gas corporation and an affiliated limited partnership).

Franklin Mutual Beacon Fund, a Sub-Fund of Franklin Templeton Investment Funds, et al. v. Beazer Homes (USA), Inc., et al., Civil Action No. 1:09-CV-2578-CAP (N.D. Ga.) (action alleging violations of Sections 10(b), 18, and 20 of the Securities Exchange Act in connection with homebuilding company's accounting and mortgage origination operations).