# Exhibit E

# CURRICULUM VITAE OF
# GAYLE M. BLATT

<u>EXPERIENCE</u>

**Partner**
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**.

1985 – Present

- Heading the firm's complex litigation practice group, with a concentrated practice on consumer class actions, data breach cases, and pharmaceutical and medical device cases.

- With CaseyGerry more than 30 years, well known for representing injured consumers and clients in a wide range large complex cases.

- Appointed as one of five lawyers throughout the United States to oversee the class action litigation related to the massive Yahoo data breaches.

- Worked closely with partner David S. Casey Jr. on the Volkswagen diesel emissions scandal litigation.

- Over the last decade, played a distinguished role in a wide spectrum of national pharmaceutical litigation cases.

- Class Action Leadership Positions:

    o *In re: YAHOO! Inc. Customer Data Security Breach Litigation*, MDL No. 2752, Plaintiffs' Steering Committee
    o *In re: Sony Gaming Networks and Customer Data Security Breach Litigation*, MDL No. 2258, Liaison Counsel
    o *In re: Incretin Mimetics Products Liability Litigation*, MDL No. 2452, Liaison Counsel
    o *In re: Hydroxycut Marketing and Sales Practice Litigation*, MDL No. 2087, Liaison Counsel
    o *In re: Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis,* MDL 1401, Plaintiffs' Steering Committee Member

- **Additional Firm Class Action Leadership positions:**

    o *In re: Wells Fargo Collateral Protection Insurance Litigation,* MDL No. 2797
    o *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2777
    o *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2672
    o *In re: National Football League Players' Concussion Injury Litigation,* MDL No. 2323
    o *In re: World War II Era Japanese Forced Labor,* MDL No. 1347
    o *Ellis v. R.J. Reynolds Tobacco Co.*,

- *Scott v. American Tobacco*, No. 01-2498 (La. 9/25/01), 795 So.2d 1176, and No. 02-2449 (La. 11/15/02), 830 So.2d 294, and No. 2004-2095 (La. App. 4th Cir. 2/7/07)
- *In re: Apple and AT&T iPad Unlimited Data Plan Litigation*, Case No. 10- cv-02553, USDC, ND CA
- *In re: American Honda Motor Co., Inc. Dealerships Relations Lit.*, MDL No. 1069
- *In re the Exxon Valdez*, Case No. CV-89-00095-HRH, Exxon Shipping Co v. Baker, 554 U.S. 471
- *Rose v. Bank of America*, Case No. 11-cv-02390
- *Steinfeld v. Discover Financial Services, et al.*, Case No. 12-cv-01118
- *Villa, et al. v. City of Chula Vista*, 37-2011-00093296, Superior Court of California, San Diego
- *Gehrich, et al. v. Chase Bank USA, N.A., et al.*, Case No. 12-cv-05510
- *Galvez v. Waste Management*, JCCP 4534

EDUCATION

Hofstra University, B.A., 1982
California Western School of Law, J.D., cum laude, 1985

AWARDS AND HONORS

Southern California Super Lawyer
Top 50 San Diego Lawyers
Top 25 Women Lawyers in San Diego
Best Lawyers in America
Best of the Bar, San Diego Business Journal
Three Outstanding Trial Lawyer Awards (CASD)
San Diego Daily Transcript Top Lawyers in San Diego
Trial Lawyer Association Chapter President of the Year (CAOC)
President's Award from Consumer Attorneys of San Diego

COMMUNITY INVOLVEMENT

Executive Board of Directors, Lawrence Family Jewish Community Center
Board of Trustees, California Western School of Law 2014-present
President's Club, Consumer Attorneys of California (Board of Governors, 2008-2012)
Sustaining Member, Lawyers Club of San Diego
Sustaining Member, Consumer Attorneys of San Diego (President, 2007)
Leader's Forum, The American Association for Justice
Board Member, Tom Homann LGBT Law Association Foundation
Member, San Diego County Bar Association Board
Member, Korean American Bar Association San Diego
Member, South Asian Bar Association of San Diego
Member, San Diego County Bar Foundation

# FEDERMAN & SHERWOOD
(An Association of Attorneys and Professional Corporations)

10205 N. PENNSYLVANIA AVENUE
OKLAHOMA CITY, OKLAHOMA 73120
405-235-1560
FACSIMILE: 405-239-2112

2926 MAPLE AVENUE, SUITE 200
DALLAS, TEXAS 75201
214-696-1100
FACSIMILE: 214-740-0112

## FIRM RESUME

**WILLIAM B. FEDERMAN.** *Education*: Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982); Phi Alpha Delta (Treasurer, 1980-1982). *Admitted to practice*: 1982, Oklahoma, U.S. District Court for the Western District of Oklahoma; 1983, U.S. District Court for the Northern District of Oklahoma, U.S. Court of Appeals, Tenth Circuit; 1985, District of Columbia; 1988, New York, U.S. District Court for the Eastern and Western Districts of Arkansas; 1990, U.S. District Court for the Southern District of New York; 1995, Texas; 1996, U.S. District Court for the Eastern District of Oklahoma; 1998, U.S. District Court for the Southern District of Texas; 1999, U.S. District Court for the Northern District of Texas, U.S. Court of Appeals, Federal Circuit; 2002, U.S. District Court of Colorado, U.S. District Court for the Eastern District of Texas; 2003, U.S. Court of Appeals, Second and Fourth Circuits, U.S. District Court for the Eastern District of New York; 2004, U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court, U.S. District Court for the Western District of Texas; 2006, U. S. Court of Appeals, First and Eleventh Circuits; U.S. District Court for the Northern District of Ohio; 2007, U.S. Court of Appeals, Third Circuit; 2008, U.S. Court of Appeals, Eighth Circuit; 2009, U.S. Court of Appeals, Sixth Circuit; 2010, U.S. Court of Appeals, Seventh Circuit; 2012, U.S. Court of Appeals, Ninth Circuit. *Lectures/Publications*: *"Talkin' About Insurance Coverage and Complex Litigation: What Every Lawyer and Client Should Know,"* presented by the 38th Annual OCBA Winter Seminar, 2017; "*Securities Litigation: Using Data to Make the Case,"* presented by Bloomberg BNA, 2016; "*The Changing Landscape for Prosecution of Financial Claims Involving Insolvent Companies"* presented at the 37th Annual OCBA Winter Seminar, 2016; *"Current Status of Securities Class Actions: Where are the Courts Taking Us?"* presented at the Houston Bar Association, 2014. *"Class & Derivative Actions and Securities Litigation,"* presented by the Business and Corporate Litigation Committee at the 2013 Annual Meeting of the American Bar Association; *"Litigation and Employment Law Update,"* presented by the Securities Industry Association Compliance and Legal Division; "*Inside a Disclosure Crisis"*, presented at the 30th Annual Northwest Securities Institute Annual Meeting and sponsored by the Washington Bar Association; *"Managing Directors' Liability,"* presented at the 3rd Annual Energy Industry Directors Conference and sponsored by Rice University; "*Executive Liability - 2009 D & O Market Trends,"* presented by Chartis Insurance; *"Derivative Actions and Protecting the Corporation – Critical Issues in Today's Banking,"* presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; *"Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?,"* presented by the Oklahoma Bar Association; *"The Attorney and Accountant as Targets in Failed Financial Institution Litigation,"* presented by the American Bar Association Trial Practice Committee; *"Effective Arbitration in the 1990's - Adapting to Build a Successful Practice,"* presented by the Oklahoma County Bar Association; *"Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives,"* presented by the American Bar Association Litigation Section; *"Stockbroker Litigation and Arbitration,"* presented by the Securities Arbitration Institute. Author: *"Who's Minding the Store: The Corporate Attorney-Client Privilege,"* 52 O.B.J. 1244, 1981; *"Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings,"* 11 Sec. Reg. L.J. 135, 1983; *"Capitalism and Reality Meet in the Courts. . . Finally,"* 59 O.B.J. 3537, 1987. *Member*: Arbitration Panel, New York Stock Exchange; Federal Bar Association; Oklahoma County Bar Association (Member,

Committee on Professionalism, 1987-1990; Civil Procedure/Evidence Code, Lawyers Helping Lawyers Assistance Program and Rules of Professional Conduct Committees, 2017-2020); Oklahoma, Texas, New York and American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; American Inns of Court (Barrister 1990-1993 and Master 2002-2004); inducted into the Outstanding Lawyers of America, 2003; received the Martindale-Hubbell peer review rating of AV Preeminent in both ethical standards and legal ability; recognized as one of the "Top Lawyers of 2013" for excellence and achievements in the legal community; Litigation Counsel of America (Trial Lawyer & Appellate Lawyer Honorary Society).

**STUART W. EMMONS.** *Education*: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction). *Admitted to practice*: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court; 2005 U.S. Court of Appeals, Fourth Circuit; 2015, U.S. Court of Appeals, First Circuit; 2016, U.S. Court of Appeals, Ninth Circuit and U.S. Court of Appeals for the First Circuit. 1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma. *Published Decisions*: *American Fidelity Assurance Company v. The Bank of New York Mellon,* 810 F.3d 1234 (10th Cir. 2016); *Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015); *Member*: Oklahoma County and Oklahoma Bar Associations.

**CARIN L. MARCUSSEN.** *Education*: United States Air Force Academy (attended 1996-1997); Oklahoma State University (B.S., 2000); University of Oklahoma (J.D. *with honors*, 2003). *Admitted to practice*: Supreme Court of Oklahoma, 2003; U. S. District Court for the Western District of Oklahoma, 2003; U.S. District Court for the Northern District of Oklahoma, 2004; U.S. District Court for the Eastern District of Oklahoma, 2005; U.S. Court of Appeals for the Tenth Circuit, 2006; U.S. Bankruptcy Court for the Western District of Oklahoma, 2012. *Member*: Oklahoma Bar Association (Civil Procedure & Evidence Code Committee; Disaster Relief Committee); Oklahoma Association for Justice; American Association for Justice; National Association of Professional Women. *Publication*: Democracy for Sale: The United States Supreme Court's Decision in Citizens United," *The Advocate*, Spring 2010. *Honors*: Marquis Who's Who of American Women, 2007; Pro Bono Award, Oklahoma County Bar Association, 2010; President's Award, Oklahoma Association for Justice, 2013; "Rising Star", *Oklahoma Super Lawyers*, 2008, 2009, 2011, 2013, 2014, 2015, 2017.

**SARA E. COLLIER.** *Education*: Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D. 2004). *Admitted to practice*: 2005, Oklahoma; 2005, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma; 2007, U.S. District Court for the Southern District of Texas; and 2007, United States Court of Appeals for Veterans Claims in Washington, DC. Member: Oklahoma Bar Association, American Bar Association, Federal Bar Association, American Trial Lawyers' Association. *Languages*: French.

FEDERMAN & SHERWOOD
Page 3


**JOSHUA D. WELLS.** *Education*: Oklahoma Baptist University (B.A. 2004); Oklahoma City University College of Law (J.D. 2008) (Dean's List, Faculty Honor Roll, OCU American Trial Lawyers Association Moot Court Team, 2008; Staff Member, Law Review, 2006-07; Executive Editor, Law Review, 2007-08). *Admitted to practice*: 2008, Oklahoma; U. S. District Court for the Western District of Oklahoma; 2009, U.S. District Court for the Eastern District of Oklahoma; 2011, U.S. District Court for the Northern District of Oklahoma; 2012, U.S. Court of Appeals for the Tenth Circuit; 2016, U.S. Court of Appeals for the Fourth Circuit.  Member: Oklahoma Bar Association. *Publication*:  *Stuck in the Mire: The Incomprehensible Labor Law,* 34 Okla. City U.L. Rev. 131 (2009). *Experience*:  Research Assistant to J. William Conger, General Counsel and Distinguished Lecturer of Law, Oklahoma City University and President of the Oklahoma Bar Association (2007-08). General Counsel for Reaching Souls International (2013-2016).

**A. BROOKE MURPHY.**  *Education*: Oklahoma City University (B.A. summa cum laude, 2005; Robert L. Jones Outstanding Senior Paper Award; Women's Leadership Award); University of Oklahoma College of Law (J.D. 2010, with honors; Dean's List; First Amendment Moot Court Team; Assistant Articles Editor of Oklahoma Law Review). *Admitted to practice*: Oklahoma, 2010; U.S. District Court for the Western District of Oklahoma, 2010; U.S. District Court for the Northern District of Texas, 2010; Tenth Circuit Court of Appeals, 2014; First Circuit Court of Appeals and Ninth Circuit Court of Appeals, 2016.  *Published Decisions: Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015).  *Publication*: *Credit Rating Immunity? How the Hands-Off Approach Toward Credit Rating Agencies Led to the Subprime Credit Crisis and the Need for Greater Accountability*, 62 Okla. L. Rev. 735 (2010).  *Member*: Oklahoma Bar Association.

**NICOLE E. JOHNSON**. *Education*: University of Kansas (B.A., 2011), University of Oklahoma College of Law (J.D., 2016), University of Oklahoma (M.B.A., 2016); *Admitted to Practice*: Texas, 2016; Oklahoma 2017; *Member*: Texas Bar Association, Texas Young Lawyers Association, Oklahoma Bar Association.


*OF COUNSEL:*

**JOHN CHARLES SHERWOOD.** *Education*: Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984). *Areas of Practice*:  Litigation. *Board Certified*: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. *Organizations*:  Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee). *Licenses and Courts of Practice*: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court. *Papers Presented*: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section; *Recognition*:  "Top Attorneys in Texas, Business Litigation," (2012).

FEDERMAN & SHERWOOD
Page 4

### *LAW CLERKS:*

**DILLON J. HOLLINGSWORTH.**  *Education*: University of Oklahoma (B.A., 2016); University of Oklahoma College of Law (J.D., 2019).

**KATHERINE M. RAUNIKAR.**  *Education*: Oklahoma State University (B.S., Summa Cum Laude, 2016); University of Oklahoma College of Law (J.D., 2019); *Member*: Federal Bar Association.

### *PARALEGALS:*

**NANCY G. BEATTY.**  Ms. Beatty has over thirty years of legal experience.  She primarily works on coordinating and administrating of class action product liability and other complex litigation.  Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**SHARON J. KING.**  Ms. King has worked in the legal community for over ten years, after having worked in the securities and insurance industry for over fifteen years.  She primarily works on insurance bad faith, personal injury, wrongful death and civil litigation.

**ROBIN K. HESTER.**  Ms. Hester has been a litigation legal assistant since 1983.  Before joining Federman & Sherwood, Ms. Hester was a litigation case manager handling over 150 securities and civil litigation cases and managing 5 legal assistants.  She primarily works in securities and civil litigation, as well as providing technology support for the firm.

**JARED A. KING.**  Mr. King has more than ten years of legal experience. A graduate of the University of Oklahoma, his background includes civil litigation support, legal research and writing, trial support, and legal technology.

**FRANDELIND V. TRAYLOR.**  Ms. Traylor has worked in the legal community for over twelve years.  She attended the University of Central Oklahoma, where she majored in liberal arts and was on the Dean's Honor Roll.  She provides class action, securities litigation and product liability support for the firm.

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED OR IS SERVING AS LEAD OR CO-LEAD COUNSEL**

| DERIVATIVE CASES | COURT |
|---|---|
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| American Superconductor Corporation | Superior Court – Commonwealth of Massachusetts |
| Arrowhead Research Corporation | Superior Court – State of California, County of Los Angeles |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court of the State of Delaware |
| Cell Therapeutics, Inc. | USDC Western District of Washington |
| Computer Associates | USDC Eastern District of New York |
| Delcath Systems, Inc. | USDC Southern District of New York |
| Dendreon Corporation | USDC Western District of Washington |
| Doral Financial Corporation | USDC Southern District of New York |
| First BanCorp. | USDC District of Puerto Rico |
| Genta, Inc. | USDC District of New Jersey |
| GMX Resources, Inc. | District Court of Oklahoma County, Oklahoma |
| Great Lakes Dredge & Dock Corporation | Circuit Court of Illinois – Dupage County Chancery Division |
| Host America Corporation | USDC District of Connecticut |
| Motricity Inc. | USDC Western District of Washington |
| NutraCea | Superior Court of Maricopa County, Arizona |
| Nuverra Environmental Solutions, Inc. | Superior Court of Maricopa County, Arizona |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCareHoldings, Inc. | USDC Middle District of Florida |
| Seitel, Inc. | USDC Southern District of Texas |
| SolarCity, Inc. | Superior Court of San Mateo County, California |
| Spectrum Pharmaceuticals, Inc. | USDC District of Nevada |
| The Spectranetics Corporation | USDC District of Colorado |
| ValueClick, Inc. | USDC Central District of California |
| Walter Energy, Inc. | 10th Judicial District of Jefferson County, State of Alabama |
| Zix Corporation | USDC Northern District of Texas |
| **SECURITIES CLASS ACTIONS** | |
| ATP Oil & Gas Corporation | USDC Eastern District of Louisiana |
| Broadwind Energy, Inc. | USDC Northern District of Illinois |
| CannaVest Corp. | USDC Southern District of New York |
| Chesapeake Energy Corporation | USDC, Western District of Oklahoma |
| China Valves Technology, Inc. | USDC Southern District of New York |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Delta Petroleum, Inc. | USDC District of Colorado |
| Direxion Shares ETF Trust | USDC Southern District of New York |
| Ener1, Inc. | USDC Southern District of New York |
| Exide Technologies | USDC Central District of California |
| Galena Biopharma, Inc. | USDC, District of New Jersey |
| Houston American Energy Corp. | USDC Southern District of Texas |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| Liberty Silver Corporation | USDC Southern District of Florida |
| MIND, C.T.I., Ltd. | USDC Southern District of New York |
| Motive, Inc. | USDC Western District of Texas |
| Quest Energy Partners LP | USDC Western District of Oklahoma |
| Sarepta Therapeutics, Inc. | USDC District of Massachusetts |
| Secure Computing Corporation | USDC Northern District of California |
| Superconductor Technologies, Inc. | USDC Central District of California |
| UTi Worldwide, Inc. | USDC Central District of California |
| Unistar Financial Service Corp. | USDC Northern District of Texas |
| **MDL PROCEEDINGS** | |
| In re: Farmers Insurance Co. | USDC Western District of Oklahoma |
| In re: Samsung Electronics America, Inc. | USDC Western District of Oklahoma |
| In re: Home Depot, Inc. (Executive Committee) | USDC, Northern District of Georgia |
| **DEAL CASES (MERGERS)** | |
| Easylink Services International Corp. | Superior Court of Gwinnett County, Georgia |
| Genon Energy, Inc. | Chancery Court of the State of Delaware |
| Lawson Software, Inc. | Chancery Court of the State of Delaware |
| Network Engines, Inc. | Chancery Court of the State of Delaware |
| Paetec Holding Corp. Shareholder Litig. | Chancery Court of the State of Delaware |
| Williams Pipeline Partners, L.P. | District Court of Tulsa County, Oklahoma |
| Xeta Technologies, Inc. | District Court of Tulsa County, Oklahoma |
| **ERISA LITIGATION** | |
| Winn-Dixie Stores | USDC Middle District of Florida |
| **CONSUMER CLASS ACTIONS** | |
| Canon USA, Inc. | USDC Eastern District of New York |
| Dakota Growers Pasta Company, Inc. | USDC District of Minnesota |
| Lime Crime, Inc. (Data Breach) | USDC Central District of California |

1/31/2018

# Curriculum Vitae of
# Janine Pollack

Janine Pollack is a partner at Wolf Haldenstein Adler Freeman & Herz LLP and is a member of the firm's consumer protection practice. Ms. Pollack has been litigating class actions for over 27 years and has been primarily engaged in the consumer specialty for over 22 years. Her extensive consumer-focused experience spans a wide range of industries and types of class actions, including data breach and privacy matters. For example, she was counsel in a recent privacy breach case, *In re Blu Products, Inc. Privacy Breach Litigation*, Case No. 16-24892 (S.D. Fla.). She was also counsel in *In re: Target Corporation Customer Data Security Breach Litigation*, MDL No. 14-2522 (D. Minn). She was recently an invited speaker at an Equifax Data Breach Litigation Conference. She is also counsel in recent cases involving data security risks filed against Intel and Apple. Other of Wolf Haldenstein's attorneys similarly have appeared as counsel in data breach cases, including *Mizrahi v. National Board of Examiners in Optometry, Inc.*, No. 1:16-cv-03146 (D. Md.), *Liang et al v. National Board of Examiners in Optometry, Inc.*, No. 1:17-cv-01964 (D. Md.); *In re: Experian Customer Security Data Breach Litigation*, 8:15-cv-1592 (S.D. Cal.); and *In re: Michaels Stores Pin Pad Litigation*, 1:11-cv- 03350 (N.D. Ill.).

Ms. Pollack has been appointed as lead counsel in numerous consumer class actions, including *Renovate America Finance Cases*, JCCP No. 4940 (Riverside County, CA); *In re Edgewell Personal Care Co. Litigation*, Master File No. 16 Civ. 3371 (E.D.N.Y.); *Bezdek v. Vibram USA, LLC*, No. 12-10513 (D. Mass.)(settlement affirmed in First Cir., No. 15-1207), and many others, and is currently serving on the Executive Committee in *In re: 100% Grated Parmesan Cheese Marketing and Sales Practice Litigation*, MDL 2705 (N.D. Ill.). Ms. Pollack also has significant trial experience. As lead trial counsel, she obtained a jury trial verdict against R.J. Reynolds in a wrongful death tobacco case. She was also lead trial counsel in a federal court case against a major mutual fund advisor.

Ms. Pollack is currently participating as a team leader in developing and drafting Standards and Best Practices for Increasing Diversity in Mass Tort and Class Action Leadership for the Duke Law School Center for Judicial Studies. She serves as an Officer to the National Association of Shareholder & Consumer Attorneys as Secretary and chairs the Women's Initiative of that organization. She is also Co-Chair of the Women Litigators Subcommittee of the Women in the

Legal Profession Committee of the Bar Association of the City of New York. She served as co-editor of the Committee's recent publication, "Street Smarts for Women Lawyers." Ms. Pollack has been recognized as a Super Lawyer since 2012. She was appointed to the Law360 Privacy and Consumer Protection Editorial Advisory Board for two years.

**Kevin H. Sharp; Sanford Heisler Sharp, LLP**

Sanford Heisler Sharp, LLP is a national public interest law firm that specializes in complex high stakes class action litigation on behalf of aggrieved plaintiffs. Since opening its doors in 2004, Sanford Heisler Sharp has successfully prosecuted thousands of cases and recovered more than one billion dollars for individual clients, states, and the United States government. Sanford Heisler Sharp's reputation for success is matched by its reputation for professionalism and its ability to zealously advocate without sacrificing the core tenets of professional courtesy and respect.

Sanford Heisler Sharp is uniquely positioned to advocate for a wide range of consumers impacted by Equifax's data breach. Since September 2017, over 12,000 Equifax consumers have contacted Sanford Heisler Sharp to discuss their potential legal claims. Sanford Heisler Sharp's team of attorneys and legal assistants have personally communicated with hundreds of Equifax consumers. Under the leadership of Kevin Sharp, Sanford Heisler Sharp has filed cases against Equifax on behalf of 96 plaintiffs from 44 different states and the District of Columbia.

Sanford Heisler Sharp has considerable experience litigating complex and class action cases. The following is a non-exhaustive list of such cases:

- *Amy Velez, et al., v. Novartis Pharmaceuticals Corp.*, Case No. 1:04-cv-09194 (S.D.N.Y.) (served as lead counsel in a class action that resulted in $253 million verdict on behalf of nearly 7,000 female employees—the largest Title VII verdict in United States history);

- *Stanley, et al., v. Cracker Barrel Old*, Case No. 4:01-cv-00326 (N.D. Ga.) (served as lead counsel in class action that settled for $8.7 million);

- *In Re: Vioxx Products Liability Litigation.*, Case No. 2:05-cv-01657 (E.D. La.) (participated in resolution of multibillion dollar consumer fraud action);

- *Lopes v. Novartis Corporation, et al.*, Case No. 1:06-cv-02268 (S.D.N.Y.) (resolved class and collective action for $99 million);

- *Bellifemine, et al., v. Sanofi-Aventis U.S. LLC*, Case No. 1:07-cv-02207 (S.D.N.Y.) (resolved class action for $24 million);

- *U.S. ex rel. Kelly v. Amgen Corporation*, Case No. 1:08-cv-04157 (E.D.N.Y.) (acted as lead counsel and participated in global settlement of claims for $762 million);

- *U.S. ex rel. Cox v. Smith & Nephew*, Case No. 2:08-cv-02832 (W.D. Tenn.) (recovered $11.3 million);

- *Luque, et al., v. AT&T Corp., et al.*, Case No. 3:09-cv-05885 (N.D. Cal.) (resolved class action for $28 million);

- *U.S. ex rel. Gale v. Omnicare, Inc.*, Case No. 1:10-cv-00127 (N.D. Ohio) (recovered $120 million);

- *U.S. ex rel. Simmons v. Meridian Surgical Partners, LLC*, Case No. 3:11-cv-00439 (M.D. Tenn.) (settled for $5.1 million);

- *Da Silva Moore v Publicis Groupe, et al.*, Case No. 1:11-cv-01279 (S.D.N.Y.) (settled class action for $3 million);

- *Tian, et al., v. Ma Laboratories, Inc., et al.*, Case No. 1:11-cv-195373 (Cal. Sup. Ct.) (resolved class action for $2.85 million);

- *U.S. ex rel. Cox, et al., v. Medtronic, Inc.*, Case No. 0:12-cv-02562 (D. Minn.) (recovered $23.5 million);

- *Yu v. Energy Plus Holdings LLC, et al.*, Case No. 2:12-cv-02627 (D.N.J.) (resolved consumer fraud action for $11 million);

- *U.S. ex rel. Sherwin v. Office Depot, Inc.*, Case No. 2:12-cv-09952 (C.D. Cal.) (settled for $68 million);

- *Wellens, et al., v. Daiichi Sankyo, Inc.*, Case No. 3:13-cv-00581 (N.D. Cal.) (settled class action and collective action for $8.2 million);

- *U.S. ex rel. Gipson, et al., v. Pathway Genomics Corporation*, Case No. 3:14-cv-01919 (S.D. Cal.) (settled for $4.1 million);

- *Windley v. Starion Energy, Inc., et al.*, Case No. 1:14-cv-09053 (S.D.N.Y.) (resolved consumer fraud action for $2.58 million);

- *Orr, et al., v. Novartis Corporation and Alcon Laboratories, Inc.*, Case No. 1:15-cv-01980 (S.D.N.Y.) (settled class action for $8 million);

- *Ha, et al., v. Google, Inc. and Urpan Technologies, Inc.*, Case No. 1:16-cv-290847 (Cal. Sup. Ct.) (resolved class action for $5.5 million);

- *Pan, et al., v. Qualcomm Incorporated, et al.*, Case No. 3:16-cv-01885 (S.D. Cal.) (resolved class action for $19.5 million);

A more comprehensive list of the cases Sanford Heisler Sharp has successfully resolved is available at www.sanfordheisler.com/case.

Sanford Heisler Sharp maintains offices in Washington, DC, New York City, San Francisco, San Diego, and Nashville. The following summarizes the educational and background information for attorneys who represent Sanford Heisler Sharp in the Equifax, Inc. Customer Data Security Breach Litigation ("Equifax Litigation"):

**Kevin H. Sharp** is a graduate of Vanderbilt University School of Law and Christian Brothers College, a former member of the United States Navy, a former attorney with the Congressional Office of Compliance, a former member of the federal judiciary, a member of the Tennessee State Bar, and the Managing Partner of Sanford Heisler Sharp's Nashville office. Mr. Sharp will be the attorney primarily responsible for conducting Sanford Heisler Sharp's efforts in the Equifax Litigation.

Mr. Sharp has twenty-five years of experience litigating and/or ruling on complex civil litigation cases, *qui tam* and whistleblower matters, products liability claims, malpractice cases, class action matters, ERISA claims, and civil rights and criminal matters. As the former Chief Judge of the United States District for the Middle District of Tennessee, he presided over more

than 4,000 civil and criminal cases. Mr. Sharp was nominated to the bench in 2010 by President Barack Obama and unanimously confirmed by the United States Senate in May 2011. He received his commission on May 3, 2011. During his tenure, he presided over several high-profile cases, including: *Young v. Giles County Board of Ed.* (granting an injunction against school officials who prevented a student from wearing a t-shirt supporting gay rights); *Rodriguez v. Providence Community Corrections, Inc.* (halting the practice of a private probation company, in violation of the Fourteenth Amendment, seeking to jail probationers when the only violation alleged was nonpayment of court costs and fines); *Marshall v. ESPN, Inc., et al.* (a case garnering national attention addressing the right of publicity by college athletes).

While on the bench, Mr. Sharp conducted 75 trials and 60 contested evidentiary hearings concerning complex, multi-party commercial litigation, a variety of class action matters, intellectual property disputes, criminal prosecutions, and law enforcement's use of excessive force. Furthermore, during his time on the federal bench, Mr. Sharp handled over thirty class/collective or putative class/collective action cases:

1. *Cheatham, et al., v. The R.C.A. Rubber Company of America, et al.*, Case No. 1:11-cv-00006 (M.D. Tenn.)
2. *Jones, et al., v. JRN, Inc., et al.*, Case No. 1:15-cv-00108 (M.D. Tenn.)
3. *Gallaher v. Victory Automotive Group, Inc.*, Case No. 2:15-cv-00044 (M.D. Tenn.)
4. *Abadeer, et al., v. Tyson Foods, Inc.*, Case No. 3:09-cv-00125 (M.D. Tenn.)
5. *Thompson, et al., v. United Benefits of America, LLC, et al.*, Case No. 3:09-cv-00603 (M.D. Tenn.)
6. *Spurlock, et al., v. Fox, et al.*, Case No. 3:09-cv-00756 (M.D. Tenn.)
7. *Bearden, et al., v. Honeywell International Inc.*, Case No. 3:09-cv-01035 (M.D. Tenn.)
8. *Rogers v. HCA Health Services of Tennessee, Inc., et al.*, Case No. 3:09-cv-01173 (M.D. Tenn.)
9. *Tartt, et al., v. Wilson County, Tennessee*, Case No. 3:09-cv-01179 (M.D. Tenn.)
10. *Szarf v. High Tech Communications, Inc., et al.*, Case No. 3:10-cv-00203 (M.D. Tenn.)
11. *Mata-Cuellar v. Tennessee Department of Safety, et al.*, Case No. 3:10-cv-00619 (M.D. Tenn.)
12. *McBride v. HTI Memorial Hospital Corporation, et al.*, Case No. 3:10-cv-00620 (M.D. Tenn.)
13. *Coats, et al., v. Nashville Limo Bus, LLC, et al.*, Case No. 3:10-cv-00759 (M.D. Tenn.)
14. *Christy v. Hopfed Bancorp, Inc.*, Case No. 3:10-cv-00874 (M.D. Tenn.)
15. *Harter v. Avery Scott, L.L.C.*, Case No. 3:10-cv-00968 (M.D. Tenn.)
16. *Miller v. Jackson, Tennessee Hospital Co, LLC*, Case No. 3:10-cv-01078 (M.D. Tenn.)
17. *Parr v. Hico Concrete, Inc.*, Case No. 3:10-cv-01091 (M.D. Tenn.)
18. *Brown v. Cash Technologies of America, Corp., et al.*, Case No. 3:11-cv-00146 (M.D. Tenn.)
19. *Bell v. Providence Community Corrections, Inc., et al.*, Case No. 3:11-cv-00203 (M.D. Tenn.)
20. *Schuh v. HCA Holdings, Inc., et al.*, Case No. 3:11-cv-01033 (M.D. Tenn.)
21. *Roberts v. Bank of America, N.A., et al.*, Case No. 3:12-cv-00236 (M.D. Tenn.)
22. *Thompson v. Direct General Consumer Products, Inc., et al.*, Case No. 3:12-cv-01093 (M.D. Tenn.)
23. *Romo v. Rio Bravo, Inc., et al.*, Case No. 3:13-cv-00375 (M.D. Tenn.)

24. *Santiago, et al., v. Standard Candy Company, Inc.*, Case No. 3:13-cv-00426 (M.D. Tenn.)
25. *Holt v. CNR Foods, LLC*, Case No. 3:13-cv-00438 (M.D. Tenn.)
26. *Morton v. Vanderbilt*, Case No. 3:13-cv-01012 (M.D. Tenn.)
27. *Lykins, et al., v. First Acceptance Corporation, et al.*, Case No. 3:13-cv-01374 (M.D. Tenn.)
28. *Tabor v. Audio Visual Services Group, Inc.*, Case No. 3:14-cv-00961 (M.D. Tenn.)
29. *Thomas v. Acopia, LLC*, Case No. 3:14-cv-00974 (M.D. Tenn.)
30. *Newby v. Tennessee Department of Correction, et al.*, Case No. 3:14-cv-01750 (M.D. Tenn.)
31. *Freeman v. E'lan, LLC, et al.*, Case No. 3:14-cv-02289 (M.D. Tenn.)
32. *Jenkins, et al., v. Provision Living, LLC, et al.*, Case No. 3:15-cv-00535 (M.D. Tenn.)
33. *Lee v. Pizzaworks, LLC, et al.*, Case No. 3:15-cv-00570 (M.D. Tenn.)

Mr. Sharp is admitted to practice in the United States District Court for the Western, Middle, and Eastern Districts of Tennessee; the United States District Court for the Northern District of Ohio; the United States District Court for the Eastern District of Wisconsin; the United States District Court for the Eastern District of Michigan; the United States Court of Appeals for the Sixth Circuit; and, the Supreme Court of the United States.

He is also a current member of the Nashville Bar Association, Tennessee Bar Association, Federal Bar Association, American Bar Association, and National Employment Lawyers Association; sustaining life fellow of the American Bar Foundation; fellow of the Napier-Looby Bar Foundation (a creation of the Napier-Looby Bar Association, a bar association dedicated to the advancement and development of African-American attorneys), and Nashville Bar Association; former board member of the Tennessee Supreme Court Lawyers' Fund for Client Protection, and Tennessee Board of Professional Responsibility Disciplinary Hearing Panel. He has also as served as Special Disciplinary Counsel to the Tennessee Supreme Court.

Given his extensive experience as a judge and litigator, Mr. Sharp is well-positioned to anticipate the expectations of the Court and help guide the plaintiffs' litigation team in a cooperative and efficient manner – easing the Court's supervisory burden – and to navigate the novel areas of law that the Equifax Litigation may require.

**Ed Chapin** is a graduate of the University of Missouri School of Law, a member of the California State Bar, and the Managing Partner of Sanford Heisler Sharp's San Diego office. He is a veteran civil trial lawyer who represents victims of consumer fraud, professional negligence, and unfair and deceptive business practices, among other plaintiffs with claims requiring complex civil trials. Mr. Chapin has taken upwards of 100 cases to trial in federal and state courts and has had remarkable successes throughout his career. Notably, in 2016 Mr. Chapin successfully represented Beth Burns, the winningest women's basketball coach in the history of San Diego State University ("SDSU"), in her gender discrimination and whistleblower retaliation claims against SDSU and prevailed in a $3.35 million jury trial.

Mr. Chapin is admitted to practice in the United States District Court for the Southern, Eastern, and Northern Districts of California; the United States Court of Appeals for the Ninth Circuit; and the United States Court of International Trade. He is also a current member of the San

Diego County Bar Association, California Bar Association, American Bar Association, American Board of Trial Advocates ("ABOTA"), Association of Business Trial Lawyers, and American Association for Justice. Additionally, Mr. Chapin was the co-chair of the ABOTA committee that developed the ABOTA Principles of Civility, Integrity, and Professionalism. He also chaired the committee that developed the ABOTA protocol for responding to unfair media criticism of judges.

      Mr. Chapin is a recipient of the Daniel T. Broderick Award for "epitomizing the highest principles of civility, integrity and professionalism" and was awarded Consumer Attorneys of San Diego's Trial Lawyer of the Year in 2018. In addition to Mr. Chapin's prolific trial record, he has been named a "Super Lawyer" for the past decade (2007-2017) as well as one of the "Best Lawyers in America" for more than the past twenty-five years (1989-2017).

# Lesley E. Weaver

Partner
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600, Oakland, CA 94607
415-445-4003 (T) • 415-445-4020 (F) • lweaver@bfalaw.com

### EDUCATION

- University of Virginia, J.D.
- Harvard College, A.B., Social Studies, *magna cum laude*
- University of Bonn, Bonn, Germany
- Haderslev Katedraleskole, Haderslev, Denmark

### BAR ADMISSIONS

- California
- Delaware

### LANGUAGES

- German; Danish

Ms. Weaver is the Partner in Charge of Bleichmar Fonti & Auld LLP's California office, and the practice head of its Antitrust and Consumer team. In her twenty-year career, Ms. Weaver has focused primarily on cases that protect the public interest, consumers, and public entities. She has substantial leadership experience litigating complex consumer-oriented class litigation, and has been appointed to leadership positions in some of the largest class actions in the country, including to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, selected from a field of 150 of the nation's finest attorneys.

Ms. Weaver has significant experience in consumer privacy protection, and is one of few attorneys to take such a case to trial. In 2014, Ms. Weaver obtained a $16.5 million jury verdict for the unlawful sharing of her clients' confidential information in *Doe v. PositiveSingles.com*. The jury awarded $1.5 million in compensatory damages, which was a 100% recovery of economic damages, and $15 million in punitive damages under the California Legal Remedies Act. Ms. Weaver's trial team showed that the operator of PositiveSingles.com shared class members' private, confidential, and sensitive personal information with over a thousand other dating websites without the knowledge of those individuals. Much like the instant case, this was in direct contradiction of the defendant's terms of service and user agreement.

Ms. Weaver has been appointed to leadership positions in other significant consumer matters as well. As mentioned above, in 2015, Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*. Ms. Weaver's leadership position in the *Volkswagen* litigation included spearheading the investigation that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software in vehicles purposely designed to evade emissions laws. Plaintiffs in the Volkswagen litigation have recovered more than $15 billion for class members and nearly $5 billion for the environment, the largest automotive class action recovery ever.

In June 2017, Judge Edward M. Chen appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*. Ms. Weaver is working closely with technical experts in that matter to determine if proposed fixes to the subject vehicles inflict additional damages upon class members.

In December 2017, Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: German Automotive Manufacturers Antitrust Litigation*. Consumers and suppliers allege that German automakers engaged in a 20-year cartel—the single largest known automobile cartel in U.S. and European history—to suppress the development of technology in their automobiles.

She was personally appointed co-lead counsel to lead the indirect purchaser class in *In re: Domestic Drywall Antitrust Litigation*, a case in which she negotiated 90% of the settlements recovered by the indirect purchaser plaintiffs. She is leading the discovery committee against the defendant with the largest exposure in *In re: Disposable Contact Lens Antitrust Litigation*, and is also working with the discovery team in *In re: Packaged Seafood Antitrust Litigation*. Ms. Weaver has significant responsibility in *In re: Domestic Airline Travel Antitrust Litigation*, including managing discovery concerning third parties through which substantial collusion allegedly took place. Ms. Weaver played a significant role in *In re: Blood Plasma Antitrust Litigation*, including deposing the Chief Operating Officer and Chief Marketing Officer of one of the main defendants. The case ultimately settled for $128 million.

Ms. Weaver also serves as counsel to a number of governmental entities, in both formal and informal roles. Ms. Weaver represents the Cities of Palo Alto and Richmond, California in a municipal subclass in *In re: Lithium Ion Batteries Antitrust Litigation*. In *In re: Automotive Parts Antitrust Litigation*, Ms. Weaver represented Oakland County, Michigan, Traverse City, Michigan, the Village of Northport, New York, Mecklenburg County, North Carolina, and Richmond, California in the case against manufacturers of wire harnesses that settled on a non-class basis far in excess of the entities' actual damages.

Ms. Weaver's trial experience has spanned her career. Her first trial was in 1998 before the Honorable Vaughn Walker against U.S. Customs on behalf of Amanda Buritica, a U.S. citizen born in Colombia who was unlawfully detained by U.S. Customs at San Francisco International Airport, then under the direction of Ray Kelly. The case resulted in the largest verdict at the time under the Federal Tort Claims Act.

Ms. Weaver has personally managed complex litigation on an enormous scale. In *In re: Marsh & McLennan Cos., Inc. Securities Litigation*, as part of her day-to-day oversight of the case, she managed a document review team of 30 contract lawyers and a team of associates, who reviewed 50 million documents over the course of a year. More than 50 depositions were taken in the case.

In addition, Ms. Weaver has extensive experience representing sophisticated institutional investors in landmark securities actions. Some of those cases include *In re: Cavanaugh Securities Litigation* (including an appeal to the Ninth Circuit concerning the method of selecting lead plaintiff and lead counsel after the enactment of the Private Securities Litigation Reform Act ("PSLRA")); *Marsh & McLennan* ($400 million settlement); *In re: Cardinal Health Inc. Securities Litigation* ($600 million settlement); and *In re: Cisco Systems, Inc. Securities Litigation* ($99 million settlement).

Earlier, in the years following the passage of the PSLRA, Ms. Weaver litigated and won significant issues as the law was being developed and established. *See In re: Northpoint Communications Group, Inc.* (holding that certain allegations of scienter and falsity in securities suit were pled with particularity as required by the PSLRA); *In re: Commtouch Software, Ltd. Securities Litigation* (finding complaint was pled with sufficient particularity to support an inference of deliberate misconduct). Those matters ultimately settled for $20 million and $15 million, respectively.

Ms. Weaver is committed to public service through volunteer efforts. She currently serves on the Advisory Council of the East Bay Community Law Center, as well as the Executive Committee of the Securities Section for the Bar Association of San Francisco. She is a past Co-Chair of Bay Area Lawyers for Individual Freedom, a past Co-Chair of the San Francisco LGBT Community Center, past National Chair of the National Center for Lesbian Rights, and past Vice President and Director of the Board of the Frameline Film Festival. She has previously served on the boards of Women Lawyers of Alameda County, Equality California, the International Gay and Lesbian Human Rights Commission, and the Alice B. Toklas Democratic Club. Ms. Weaver enjoys skiing, surfing, reading, sailing, biking and traveling, all preferably in the company of family and friends.