# Exhibit F

# Supporting Counsel

Abington Cole + Ellery
Abraham, Fruchter & Twersky, LLP
Ademi & O'Reilly, LLP
Aidenbaum Schloff and Bloom PLLC
Alger Law LLC
Battle & Winn LLP
Baxter & Baxter LLP
Bickerton Dang LLLP
Bisnar Chase LLP
Boehl Stopher & Graves, LLP
Burgess Law Firm, P.C.
Byrne Davis & Hicks, P.C.
Callison Tighe and Robinson, LLC
Carr & Carr Attorneys at Law
Charles T. Lester, Jr., Attorney at Law
Coast Law Group LLP
Dilworth Paxson LLP
Douglas, Leonard & Garvey, P.C.
Duncan Law Group, LLC
Edwards, Frickle & Culver
Feinstein Doyle Payne & Kravec LLC
First, Albrecht & Blondis, s.c.
Galligan & Reid PC
Geragos & Geragos, APC
Gordon Shaw Law Group, PLLC
Gray & White
Green & Noblin, P.C.
Grimes Teich Anderson LLP
Hayes, Windish & Badgewick
Hogue & Belong APC
Hussin Law
Jason Sander, Attorney at Law
Kabateck Brown Kellner LLP

Kantrowitz, Goldhamer & Graifman, P.C.
Koskoff, Koskoff & Bieder, P.C.
Lacy, Price & Wagner, P.C.
Law Office of Kelly Jones
Law Offices of Charles James, II
Law Offices of Kevin Rogers
Lee Holen Law Office
Maddox Hargett & Caruso, PC
Mastando & Artrip LLC
Nixson Vogelman Barry Slawsky & Simoneau PA
Norman & Graves Law Firm
O'Brien Law Firm, P.C.
Olsen Daines PC
Perkin & Faria, LLLC
Perkins Thompson, PA
Quinn, Connor, Weaver, Davies & Rouco LLP
Ralph K. Phalen Law, P.C.
Reinhardt Wendorf & Blanchfield
Robinson Calcagnie, Inc.
Rusing Lopez & Lizardi PLLC
Shelsby & Leoni
Simmons Hanly Conroy
Stack, Fernandez & Harris, PA
Steel, Wright, Gray & Hutchinson, PLLC
Stull, Stull & Brody
Taylor Martino, PC
The Coffman Law Firm
The Law Office of Robert Le
The Segal Law Firm
Wilentz, Goldman & Spitzer, PA
Williamson, Fontenot, Campbell & Whittington, LLC