

\* Mr. Barnes will have the powers and responsibilities of Co-Lead Counsel