Data Breach and Privacy Cases in which the Barnes/Canfield Group Firms
Have Served in Leadership Positions

| Case | Position(s) | Description |
|---|---|---|
| 1. *In Re: Arby's Restaurant Group, Inc. Data Security Litigation*, No. 1:17-cv-1035-AT (N.D. Ga.) Consumer Action | Co-Lead; Liaison; PSC | Data breach compromising credit and debit card information from patrons in approximately 1,000 Arby's corporate locations at the point of sale. |
| 2. *In Re: Arby's Restaurant Group, Inc. Data Security Litigation*, No. 1:17-cv-1035-AT (N.D. Ga.) Financial Institution Action | Co-Lead; Liaison | Litigation brought on behalf of financial institutions related to the above-referenced data breach. |
| 3. *Bishop v. Shorter University*, No. 15-cv-00033-HLM (N.D. Ga.) | Lead | Data breach exposing present and former student information. |
| 4. *In re Home Depot Customer Data Security Breach Litigation*, No. 14-md-02583 (N.D. Ga.) Consumer Action | Co-Lead; Liaison; PSC | Data breach compromising credit or debit card information of 56 million consumers at the point of sale. |
| 5. *In re Home Depot Customer Data Security Breach Litigation*, No. 14-md-02583 (N.D. Ga.) Financial Institution Action | Co-Lead; Chair of PSC | Litigation brought on behalf of financial institutions related to the above-referenced data breach. |
| 6. *Liang v. National Bd. of Examiners in Optometry, Inc.*, No. 17-cv-1964 (D. Md.) | Lead | Data breach affecting thousands of optometrists. Theft included names, social security numbers, addresses, and other personally identifying information. |
| 7. *Brady v. Scotty's Holdings, LLC*, No. 17-cv-01313 (S.D. Ind.) | Co-Lead | Data compromise exposing employee sensitive information. |
| 8. *Beckett v. Aetna, Inc., et al.*, No. 17-cv-3864 (E.D. Penn.) | Class Counsel | Privacy breach on behalf of nationwide class. |
| 9. *Morrow v. Quest Diagnostics, Inc.*, No. 17-cv-0948 (D.N.J.) | Lead | Data breach exposing patient health records. |
| 10. *Curry v. Schletter, Inc.*, No. 17-cv-00001 (W.D.N.C.) | Co-Lead | Data compromise exposing employee sensitive information. |
| 11. *Orr v. Inter-Continental Hotels Group, PLC, et al.*, No. 17-cv-01622 (N.D. Ga.) | Class Counsel | Data breach exposing confidential payment card information. |
| 12. *Albert v. School Board of Manatee County, Florida*, No. 17-CA-004113 (Fla. 12th. Cir. Ct.) | Lead | Data compromise exposing employee sensitive information. |
| 13. *Foreman v. Solera Holdings, Inc.*, No. 17-cv-02002 (M.D. Fla.) | Lead | Data compromise exposing employee sensitive information. |

| | | |
|---|---|---|
| 14. *Palmer v. Bowling Green-Warren County Community Hospital Corp.*, No. 17-cl-00579 (Warren Cty. Cir. Ct.) | Lead | Data compromise exposing employee sensitive information. |
| 15. *In re: Yahoo! Inc. Customer Data Security Breach Litigation*, No. 16-md-02752 (N.D. Cal.) | Co-Lead; PSC | Data breaches impacting Yahoo's 3 billion user accounts, compromising names, email address, telephone numbers, security questions and answers, dates of birth, passwords, and web cookies. |
| 16. *In re Banner Health Data Breach Litig.*, No. 16-cv-02696 (D. Ariz.) | Interim Co-Lead; PEC | Data breach compromising 3.7 million insureds whose names, birthdates, addresses, physicians' names, claims information, health insurance information, and social security numbers were potentially compromised. |
| 17. *Fero v. Excellus Health Plan*, No. 16-cv-06569 (W.D.N.Y.) | PEC | Data breach compromising personal information for as many as 10 million insureds, including names, birthdates, social security numbers, addresses, telephone numbers and financial information. |
| 18. *First Choice Federal Credit Union v. The Wendy's Co.*, No. 16-cv-00506 (W.D. Pa.) | PEC | Data breach compromising credit or debit card information for 7 million customers at Wendy's point of sale systems. |
| 19. *Walters v Kimpton Hotel & Restaurant*, No. 16-cv-05387 (N.D. Cal.) | Co-Lead | Data breach exposing confidential payment card information. |
| 20. *Hapka v. CareCentrix, Inc.*, No. 16-cv-02372-KGG (D. Kan.) | Lead | Phishing theft of employee W2 information including social security numbers and wage data. |
| 21. *Torres et al. v. Wendy's International LLC*, No. 16-cv-210-PGB-DCI (M.D. Fla.) | Lead | Data breach of credit or debit card information at point of sale systems for approximately 1,025 Wendy's locations. |
| 22. *Linnins v. HAECO Americas, LLC, f/k/a TIMCO Aviation Services, Inc., and HAECO Americas Line Services, LLC*, No. 16-cv-486 (M.D.N.C.) | Co-Lead | Data compromise exposing employee sensitive information. |
| 23. *In Re: Vizio, Inc. Consumer Privacy Litig.*, No. 16-ml-02693 (C.D. Cal.) | PSC | Privacy lawsuit involving more than 11 million Internet-connected Vizio televisions that automatically tracked what consumers were watching and transmitted that information back to servers. |
| 24. *Matthew Pagoaga, et al., v. Stephens Institute d/b/a Academy of Art University*, No. CGC 16-551952 (Cal. Sup. Ct., Cty. of San Fran.) | Lead | Phishing theft of employee W2 information including social security numbers and wage data. |
| 25. *Hughley v. University of Central Florida Board of Trustees*, No. 2016-CA-001654-O (Fla. 9th Cir. Ct.) | Lead | Data breach exposing present and former student and employee information. |
| 26. *In re Intuit Data Litigation*, No. 15-CV-1778-EJD (N.D. Cal.) | PSC | Negligent mishandling of tax filings facilitated theft of billions of tax dollars by cybercriminals allowing thousands of fraudulent tax returns to be filed via use of Intuit Turbo Tax software. |

Data Breach and Privacy Cases in which the Barnes/Canfield Group Firms Have Served in Leadership Positions

| | | |
|---|---|---|
| 27. *In re Experian Data Breach Litigation*, No. 15-cv-01592-AG-DFM (C.D. Cal.) | PSC | Data breach involving the personally identifying information, including names, addresses, birth dates, social security numbers, driver's license numbers, and passport numbers, for 15 million people who had applied for service with T-Mobile. |
| 28. *In re Anthem, Inc. Data Breach*, No. 15-MD-02617 (N.D. Cal.) | Co-Lead; PSC | Data breach impacting nearly 80 million people. Compromised information included names, birthday, medical IDs, social security numbers, street addresses, email addresses, and employment information. |
| 29. *Greater Chautauqua Federal Credit Union v. Kmart Corp.*, No. 15-cv-02228 (N.D. Ill.) | Co-Lead | Data breach compromising credit and debit card information shared at Kmart's point of sale systems at approximately 1,221 stores. |
| 30. *In re Premera Blue Cross Customer Data Breach Litig.*, No. 15-md-2633-SI (D. Or.) | PSC | Data breach exposing roughly 11 million customers' personal information—including names, addresses, email addresses, telephone numbers, dates of birth, social security numbers, medical claims information, and bank account information. |
| 31. *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, 15-mc-01394-ABJ (D.D.C.) | PSC | Data breach exposing present and former government employee and contractor information. |
| 32. *Ortiz v. UCLA Health System*, No. BC589327 (Cal. Sup. Ct. Los Angeles Cnty.) | PSC | Data breach exposing patient health records. |
| 33. *Peralta v. Adventist Health Systems, Sunbelt Healthcare Corp.*, No. 2015-ca-2916 (Fla. 9th Cir. Ct.) | Lead | Data breach exposing patient health records |
| 34. *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-md-2522 (D. Minn.) Consumer Action | PSC | Data breach exposing approximately 41 million customer credit or debit card information, including customer names, phone numbers, email addresses, payment card numbers, credit card verification codes, and other sensitive data. |
| 35. *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-md-2522 (D. Minn.) Financial Institution Action | PSC | Litigation brought on behalf of financial institutions related to the above-referenced data breach. |
| 36. *Remijas v. The Neiman Marcus Group, LLC*, 14-cv-1735 (N.D. Ill.) | Class Counsel | Data breach exposing confidential payment card information. |
| 37. *Elyzabeth Ramirez v. ChenMed, LLC*, No. 14-12319-CA-04 (Fla. 11th Cir. Ct.) | Lead | Data breach exposing employee information. |
| 38. *Carsten v. University of Miami*, No. 14-cv-20497-KMW (S.D. Fla.) | Lead | Data breach exposing medical records of patients of The University of Miami Medical Center. |

Data Breach and Privacy Cases in which the Barnes/Canfield Group Firms Have Served in Leadership Positions

| Case | Role | Description |
|---|---|---|
| 39. *Doe v. Tampa General Hospital*, No. 14-ca-012657 (Fla. 13th Cir. Ct.) | Co-Lead | Data breach exposing information related to 1,500 patients. |
| 40. *In re Adobe Systems, Inc. Privacy Litig.*, No. 13-cv-05226 (N.D. Cal.) | Lead; PEC | Security breach which compromised IDs, passwords, and credit card information for nearly 3 million customers. |
| 41. *Nader v. Capital One Bank (USA), N.A.*, No. 12-cv-01265 (C.D. Cal.) | Co-Lead | Privacy lawsuit brought after defendant surreptitiously recorded telephone conversations with consumers, in violation of California's Invasion of Privacy Act. |
| 42. *Burrows v. Purchasing Power, LLC*, No. 12-cv-22800 (S.D. Fla.) | Lead | Data breach exposing employee information. |
| 43. *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Co-Lead | Data breach involving personal identifying information from 77 million accounts, including 12,000 credit or debit card numbers. |
| 44. *In re Michaels Stores Pin Pad Litigation*, No. 11 C 3350 (N.D. Ill.) | Co-Lead | Data breach potentially exposing 2.6 million credit or debit cards at point-of-sale systems for Michaels store locations. |
| 45. *In re Heartland Payment Sys. Data Sec. Breach Litig.*, No. 09-md-02046 (S.D. Tex.) | PSC | Data breach exposing confidential payment card information for over 100 million consumers. |
| 46. *Fresco v. R.L. Polk*, No. 07-cv-60695 (S.D. Fla.) | Co-Lead | Privacy lawsuit involving the acquisition and sale of personal information in violation of the Driver's Privacy Protection Act ("DPPA") for 200 million consumers. |
| 47. *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) | Co-Lead | Acquisition and sale of personal information in violation of the DPPA. |
| 48. *Pino v. Warranty Acceptance Corporation.* No. 05-cv-61576 (S.D. Fla.) | Co-Lead | Acquisition and sale of personal information in violation of the DPPA. |
| 49. *Kehoe v. Fidelity Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) | Class Counsel | Acquisition and sale of personal information in violation of the DPPA. |
| 50. *Brooks, et al. v. Auto Data Direct, et al.*, No. 03-61063 (S.D. Fla.) | Co-Lead | Privacy lawsuit involving the acquisition and sale of personal information obtained from motor vehicle records in violation of the DPPA for over 200 million consumers. |
| 51. *In re DoubleClick, Inc. Privacy Litig.*, No. 00-CIV0641 (NRB) (S.D.N.Y.) | Class Counsel | Privacy class action brought against internet advertising corporation, alleging that corporation's storage of cookies violated various federal laws. |
| 52. *Supnick v. Amazon.com, Inc.*, No. C00-0221P (W.D. Wash.) | Co-Lead; Liaison | Privacy lawsuit brought against Amazon related to installation of software that provided a continuous stream of tracking information to the company. |
| 53. *In re Pharmatrak, Inc. Privacy Litig.*, No. 00-11672-JT (D. Mass.) | Co-Lead | Privacy lawsuit concerning the collection of personal information without authorization, knowledge, or consent. |
| 54. *Chance v. Avenue A, Inc.*, No. C00-1964C (W.D. Wash.) | Co-Lead | Privacy class action against internet advertising company alleging that placement of "cookies" on computers without knowledge, authorization, or consent violated various state and federal laws. |

Data Breach and Privacy Cases in which the Barnes/Canfield Group Firms Have Served in Leadership Positions