# DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC
**1355 PEACHTREE STREET, SUITE 1900**
**ATLANTA, GEORGIA 30309**
**404.881.8900**
**WWW.DSCKD.COM**

Doffermyre Shields Canfield & Knowles, LLC, a small Atlanta firm with a national practice, represents businesses and individuals who have been harmed by others in a wide variety of civil litigation, including class actions, MDLs, environmental and toxic tort actions, personal injury cases, and complex business disputes.

The *National Law Journal* has called us "one of Atlanta's leading firms in high-profile, class action litigation." According to the *Atlanta Business Chronicle*, our firm is "considered expert in a wide range of product liability, personal injury and environmental cases" and "known for litigating high profile cases." The *Fulton County Daily Report* has touted our courtroom skill, innovative style, and "creative thinking."

*U.S. News and Daily Report* ranks the firm as one of the nation's best for "mass tort litigation/class actions – plaintiffs" and "appellate litigation." In Georgia, the firm is ranked by *U.S. News* as among the best in commercial litigation, personal injury, environmental litigation, and other areas. We have been named annually one of "America's leading business law firms" by *Chambers U.S.A.*, which has described us as "one of the most able plaintiff firms in the city ... with a terrific track record and experience in high-quality and high-stake litigation" and noted our "excellent trial lawyers."

Our lawyers have gone to the nation's top law schools and been elected to such organizations as the American College of Trial Lawyers, the American Law Institute, and the International Academy of Trial Lawyers. Firm lawyers are routinely included in publications such as *Best Lawyers, Super Lawyers, Benchmark Litigation,* and *Chambers U.S.A.,* which among other things have said the following about us based upon interviews with clients, judges, and other lawyers:

- The firm has "earned a reputation as 'Atlanta's premier plaintiff firm.'" The firm is "willing to take a lot of risk, and they run things leanly and efficiently. They don't 'lawyer up' a lot of cases." *Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms and Lawyers* (2014).

- The firm "excels in complex litigation. … Sources say: These lawyers really know how to fight for their clients. They pick their battles carefully, with judgment that can be trusted implicitly." *Chambers U.S.A.: America's Leading Lawyers for Business* (2010).

- The firm is "reputed in Atlanta as 'one of the top plaintiff firms in town.'" "Commentators praise the firm's strong litigation work and highly skilled trial lawyers." *Chambers U.S.A.* (2009).

The firm has a long history of obtaining major verdicts and settlements. Collectively, we have tried hundreds of cases -- and litigated thousands more through settlement -- involving an extraordinary variety of legal issues and factual settings. We frequently work in leadership positions with teams of lawyers from other firms on cases of national significance.  Examples include the national breast implant litigation (in which one of our lawyers served as co-chair of the plaintiffs' steering committee), the managed care litigation (on which we served on the plaintiffs' steering committee), and the Masonite hardboard siding and related litigation (in which we served as co-lead counsel).  Each of these cases recovered more than $1 billion for class members.

## THE FIRM'S PRINCIPAL LAWYERS

### Kenneth S. Canfield:

Mr. Canfield graduated from Dartmouth College, summa cum laude, and Yale Law School, where he was an editor of the *Yale Law Journal*. He then served as a law clerk to the Honorable Frank M. Johnson, Jr. of the U.S. District Court for the Middle District of Alabama; Special Assistant to the head of the Civil Division in the Justice Department; and Special Assistant to the Administrator of the EPA under President Carter.

Since founding the firm in 1990, Mr. Canfield's practice has focused on complex civil litigation, particularly class actions, personal injury cases, and business disputes. He has been appointed as lead counsel or to plaintiffs' steering committees in class actions and federal multi-district litigation proceedings involving a wide range of subject areas, including ERISA, RICO, products liability, consumer fraud, and insurance practices.  He has also represented plaintiffs in numerous constitutional, civil rights, and election cases.

Currently, Mr. Canfield is serving as co-lead counsel for in the financial institutions track in *In re Home Depot Customer Data Breach Security Litigation,* liaison counsel in the financial institutions track in the *Arby's* data breach litigation, liaison counsel in *In re Androgel Antitrust Litigation,* and liaison counsel in *In re Atlas Roofing Product Liability Litigation*, all of which are pending in the N.D. Ga.

Mr. Canfield is recognized in *Best Lawyers in America*, Georgia *Super Lawyers, Chambers U.S.A.: American's Leading Lawyers for Business, Benchmark,* and others. The 2010 edition of the *Chambers* guide hailed Mr. Canfield as a "brilliant trial lawyer with refreshingly good people skills who gets extraordinary results for his clients."  Mr. Canfield is a past president of the Georgia Trial Lawyers Association.

**Robert E. Shields:**

Mr. Shields graduated in 1971 from New York University School of Law, where he was a Root-Tilden Scholar, awarded a Founder's Certificate for graduating in the top 5 percent of his class, and admitted into the Order of the Coif. He also was an editor of the *NYU Law Review*, a contributor to the Annual Survey of American Law, the Law School Moot Court Champion, and a member of NYU's National Moot Court Team.

Mr. Shields received his undergraduate degree from Wichita State University. Among other honors, he served two terms as president of the student body, and, in 1968, was the National Collegiate Debate Champion.

Mr. Shields has published numerous articles and several book chapters, primarily on the subject of hazardous waste and toxic torts. He has held teaching positions at Georgia State University College of Law and Emory University School of Law.

Mr. Shields is a Fellow of the International Academy of Trial Lawyers and an Advocate in the American Board of Trial Advocates. He is a Past President of its Georgia Chapter. In addition, Mr. Shields is listed in *Best Lawyers in America*, named a Georgia *Super Lawyer* by *Atlanta Magazine,* and other rating guides for his work in environmental, commercial and personal injury litigation.

**Everette L. Doffermyre:**

Everette Doffermyre specializes in business litigation and class actions.  He attended the University of Virginia where he received his undergraduate degree in economics, with high honors, in 1970, and his law degree in 1973.

Mr. Doffermyre's business litigation practice has spanned the gamut from claims involving breach of contract, breach of trust or fiduciary duty, lost profits, trade secrets, patents and trademark infringement, and business torts to legal malpractice.  In the area of class actions, Mr. Doffermyre has served as lead or co-lead counsel on behalf of consumers in a number of nationwide and statewide class cases involving defective home building materials to environmental claims and denial of insurance benefits.

Mr. Doffermyre has been selected by *James Magazine* as one of the "100 Best Lawyers in Georgia;" as one of "Georgia's Elite" by *Georgia Trend* magazine; by *Best Lawyers in America* as a "Best Lawyer" in Commercial Litigation and in Trusts and Estates Litigation; as one of Atlanta's "Litigation Stars" by *Benchmark*; and as a Georgia *Super Lawyer* by *Atlanta* magazine. *Chambers USA* 2009 noted that Mr. Doffermyre "is held in extremely high regard for 'his determined manner and his strong advocacy work.'"

# REPRESENTATIVE CLASS ACTION, MASS ACTION, AND MDL CASES

Examples of class action, mass action, and MDL cases which we have handled include:

*In re: Silicone Gel Breast Implant Litigation,* (N.D. Ala.). The case recovered billions of dollars for women injured by breast implants. Deceased partner Mr. Knowles served as co-chair of the PSC.

*In* re: *Managed Care Litigation*, (S.D. Fla.). A national class action by doctors against the country's largest insurers, the case recovered more than a billion dollars and required massive business practice changes. Mr. Canfield was on the PSC.

*Naef v. Masonite Corp.,* (Mobile, Ala.). A national class action by owners of buildings with defective siding, the case was settled after a groundbreaking trial. The settlement exceeded a billion dollars. Mr. Doffermyre was co-lead counsel.

*Castano v. American Tobacco Co.,* (D. La.). This landmark class action brought by 60 law firms on behalf of the nation's smokers directly contributed to the national tobacco settlement valued in excess of $200 billion. The firm served on the executive committee.

*In re: Allstate Ins. Co. Underwriting and Rating Practices Litigation,* (M.D. Tenn.). This national consumer class action involving the Fair Credit Reporting Act settled for benefits exceeding $100 million. Mr. Canfield was co-lead counsel.

*Owens v. Monsanto Co.* (Anniston, Ala.) In this mass action, we represented several thousand African Americans injured by PCB contamination. The case settled during trial for more than $40 million. Mr. Shields was lead counsel.

*Freeman v. City of Jacksonville* (Duval County, Fl). Mr. Shields was lead counsel in this mass action on behalf of residents of a minority neighborhood harmed by ash emissions. The case settled for $75 million.

*Hinson Elec. Contracting Co. v. AT&T* (M.D. Fla.). This national class action, which alleged AT&T overcharged contractors for repairing damage to its cables, settled for benefits in excess of $38 million. Mr. Canfield was lead counsel.

*In re Home Depot Data Breach Security Litigation* (N.D. Ga.). Mr. Canfield serves as co-lead counsel in the financial institutions track in this data breach case, which settled for $27.25 million and remedial relief, believed to be the largest such settlement.

*Champs Sports Bar v. Mercury Payment Systems, LLC* (N.D. Ga.) A national class action by merchants involving alleged overbilling by a major payment card processor settled for cash payments of $52 million. Mr. Canfield served as co-lead counsel.