

### OVERVIEW

Stueve Siegel Hanson is an AV rated Missouri-based law firm with 30 lawyers in offices in Kansas City and San Diego. All of the firm's lawyers are dedicated to the practice of litigation full time, making the firm one of the largest litigation-only firms based in the Midwest. The founding members left partnerships at large defense firms in 2001 to start Stueve Siegel for the purpose of pursuing complex cases primarily representing plaintiffs on a contingency basis. Since then, the firm has attracted a stellar roster of trial lawyers that have served at high levels of government and public service to represent consumers nationwide like those impacted by the Equifax data breach. The result of cultivating attorneys with diverse, quality experience is a consistently top-notch work product, respect from our opponents, and accolades from our peers. More information regarding the firm, the scope of its practice, and its lawyers is available at www.stuevesiegel.com.

### NORMAN E. SIEGEL

Norman E. Siegel is a founding member of the firm. Over the last 25 years, Norm has gained a reputation as a stand-out trial lawyer both locally and nationally. He has successfully tried to verdict a wide range of cases including obtaining several multi-million dollar jury verdicts. Norm has also been recognized for obtaining some of the largest settlements in the country, successfully securing hundreds of millions of dollars for his clients over the course of his career. Recent allocaedes include:

> ➢ Super Lawyers (2006-2017) Top 50 Attorneys in Kansas City
> ➢ US News Tier 1 rankings in 3 catagoiries including Class Action Litigation
> ➢ Lawdragon Magazine's 500 Leading Plaintiffs' Lawyers in America
> ➢ Benchmark Plaintiffs Local Litigation Star

Norm was born in Baltimore, Maryland. He received a degree in political science from Tufts University, and his J.D. from Washington University in St. Louis. At Washington University he served as Articles Editor of the Washington University Journal of Urban Contemporary Law. Prior to starting Stueve Siegel Hanson in 2001, Norm served as an Assistant Attorney General and as a partner at what is now Dentons. Norm has recently served on the Boards of the Healthcare Foundation of Greater Kansas City, the Kansas City Bar Foundation and the Negro Leagues Baseball Museum.

### RECENT DATA BREACH
### LITIGATION EXPERIENCE

**In re: Home Depot Customer Data Security Breach Litig. (N.D. Ga.)** Partners Norman Siegel and Barrett Vahle were named lead counsel in this data breach and participated in all aspects of this case including leading negotiations resulting in a settlement that provided a multi-million dollar cash fund, identity theft protection, and injunctive relief to the settlement class. The case was resolved one year after appointment of lead counsel.

**In re: Target Corp. Customer Data Security Breach Litigation (D. Minn.)** Partner Norman Siegel was named to the Plaintiff's Steering Committee and represented dozens of named plaintiffs whose data was compromised in the Target data breach. Stueve Siegel drafted large portions of the brief that resulted in the denial of Target's motion to dismiss, and Mr. Siegel worked with the leadership team to mediate the case to a successful resolution.

**In re: Anthem Data Breach Privacy Litig. (N.D. Cal.)** Stueve Siegel represented a dozen named plaintiffs in this nationwide class action stemming from the largest healthcare data breach in history. Attorneys from Stueve Siegel participated in many aspects of the litigation and advised lead counsel in conjunction with the negotiations leading to the recently announced $115 million settlement.

**In re: U.S. Office of Personnel Management Data Security Breach Litig. (D.D.C.)** Stueve Siegel represents over a dozen named plaintiffs in this data breach that impacted over 21 million government employees and job applicants. The stolen records include a wide range of data including social security numbers, findings from interviews conducted by background investigators, and approximately 5.6 million fingerprints. The case is currently on appeal.

**National Board of Examiners in Optometry Data Breach Litig. (D. Md.)** Partner Norman Siegel and colleagues Lindsay Perkins and Austin Moore prosecuted this data breach at the NBEO – the testing organization for optometrists in the United States. Compromised information included social security numbers, maiden names, and home addresses of thousands of eye doctors that registered through NBEO to sit for their board exam. NBEO did not concede that it was subject to a breach resulting in dismissal for lack of standing. Partner Norman Siegel argued the appeal to the Fourth Circuit in January 2018.

**Acadamy of Arts University Data Breach Litig. (Sup. Ct. CA)** Partner Norman Siegel and associate Austin Moore prosecuted this phishing case against AAU that resulting in the compromise of thousands of current and former AAU employees W2 information in including wage data and social security numbers. The case was settled and is pending approval.

**CareCentrix Data Breach Litig. (D. Kan.)** Partners Norman Siegel and Barrett Vahle prosecuted this phishing case compromising the social security numbers of thousands of CareCentrix employees. The case was settled in December 2017 and included automatic cash payments to class members with fraudulent tax returns, believed to be the first such data breach settlement to include this feature.

STUEVE SIEGEL'S RECENT RECOVERIES
as Lead Counsel in Complex and Consumer Litigation

➤ $218 million jury trial verdict as lead trial counsel on behalf of class of Kansas farmers against biotech giant Syngenta related to the sale of genetically modified cord seed.

➤ $2.25 billion in death benefits settlement, with a market value of approximately $171.8 million, on behalf of 77,000 policyholders against Lincoln National Life Insurance Company.

➤ $220 million settlement for all Missouri residents who purchased the prescription pain reliever Vioxx before it was removed from the market.

➤ $75 million settlement in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles.

➤ $73 million settlement on behalf of a class of bank employees improperly classified under the Fair Labor Standards Act.

➤ $53.5 million in settlements between a class of direct purchasers of automotive lighting products and several manufacturers accused of participating in a wide-ranging price fixing scheme.

➢ $44.5 million settlement to resolve a class action accusing U.S. Bank of facilitating the theft of customer funds at now-bankrupt futures merchant Peregrine Financial Group Inc.

➢ $44 million in restitution and $7.9 million in cash settlement for dentists against Align Technology, Inc. in a nationwide deceptive trade practices case.

➢ $39.5 million in settlements from three refiners on behalf of adjacent homeowners who were living above a large plume of gasoline leaked from the refineries and connecting pipelines.

➢ $35 million settlement for consumer fraud and antitrust claims brought on behalf of retail customers of pre-filled propane tanks.

➢ $33 million settlement for owners of Mitsubishi and Chrysler owners related to defective wheel rims.

➢ $33 million settlement in nationwide class action alleging price fixing for certain polyurethanes in Urethanes antitrust case.

➢ $29.5 million in settlements for overdraft fees charged to customers from UMB Bank, Bank of Oklahoma and Intrust Bank.

➢ $25.4 million settlement for purchasers of H&R Block's Express IRA product related to allegedly false representations made during the sales presentation.

### RECENT LEAD COUNSEL APPOINTMENTS
### UNDER FRCP 23(G)

➢ **In re: Syngenta AG MIR 162 Corn Litig.**, No. 14-md-02591 (D. Kan.)
➢ **In re: Home Depot Customer Data Security Breach Litig.**, No. 1:14-md-02583 (N.D. Ga.)
➢ **In re: Pre-Filled Propane Tank Antitrust Litig.**, No. 14-md-0567 (W.D. Mo.)
➢ **In re: Target Corp. Customer Data Security Breach Litig.**, MDL No. 2522 (D. Minn.)
➢ **In re: Simply Orange Juice Mktg. and Sales Practices Litig.**, MDL No. 2361 (W.D. Mo.)
➢ **In re: Peregrine Financial Group Customer Litig.**, No. 12-cv-5546 (N.D. Ill.)
➢ **Leiszler, et al v. Align Technologies**, No. 3:10-CV-2010 (N.D. Cal.)
➢ **In re: Aftermarket Lighting Prods. Antitrust Litig.**, No. 2:09-ML-2007 (C.D. Cal.)
➢ **Roy v. Hyundai Motor America**, No. 05-483-AHS (C.D. Cal.)
➢ **Zeismer v. Linens-N-Things**, No. 06-CV-1194 (S.D. Cal.)
➢ **In re: Payment Card Interchange Fee Antitrust Litig.**, No. 1:05-MD-1720 (E.D.N.Y.)
➢ **Fond du Lac Bumper v. Gordon.**, No. 2:09-CV-0852 (E.D. Wis.)
➢ **In re: H&R Block, Inc., Express IRA Mktg. Litig.**, No. 4:06-MD-01786 RED (W.D. Mo.)
➢ **In re: Pre-Filled Propane Tank Sales Practices Litig.**, No. 4:09-MD-02086 (W.D. Mo.)
➢ **Khaliki v. Helzberg Diamond Shops**, No. 4:11-CV-00010-NKL (W.D. Mo)



Stueve · Siegel · Hanson
LLP