## Barnes Law Group, LLC

Anchored by Georgia's former Governor Roy E. Barnes, the Barnes Law Group ("BLG") is an AV Preeminent rated law firm based in Marietta, Georgia with a national distinction for its skill and advocacy in all matters consumer. BLG's legal team is comprised of experienced and dedicated lawyers and staff who have devoted decades in the public and private sectors to "Making It Right" for those who have been wronged. As a result, BLG has consistently achieved the *Best Lawyer/Best Law Firm* rankings from *U.S. News & World Report* in mass torts and class actions since 2010. Individually, BLG lawyers are regularly recognized and selected for inclusion in Martindale Hubble's AV preeminent ratings, Georgia Super Lawyers, Best Lawyers, National Trial Lawyers Top 100 and many other peer-rated litigation honors. Although these recognitions are noteworthy, the firm's results are far more satisfying. Collectively, lawyers in the firm have obtained judgments and settlements in excess of $1 billion on behalf of consumers and injured plaintiffs. A few examples of cases led by BLG lawyers include the following:

- *In Re: Home Depot Data Breach Litigation*, No. 14-MD-2583-TWT (ND Ga.) (data breach class action resulted in settlement fund of $13 million)

- *In Re: Arby's Restaurant Group, Inc. Data Security Litigation*, No. 1:17-cv-1035-AT (N.D. Ga. 2017) (putative data breach class action currently pending)

- *Fast Sign Company, Inc. v. American Home Services, Inc.*, CAFN: 2003-CV-77276, Superior Court of Fulton County ($459 million judgment for TCPA violations)

- *Gates v. Syrian Arab Republic* (Case No. 1:06CV01500, USDC DC) ($412 million judgment for terrorist sponsored activities)

- *First Center, Inc. v. Delta Comm. Credit Union* (CAFN: 10-1-7119-40, Superior Court of Cobb County, Ga.) ($75 million judgment for commercial lending litigation).

- *Greene vs. Cash America, Inc.* (CAFN: 2004A7104-6, State Court of Cobb County, Ga.) ($34 million class action settlement for payday lending violations)

- *Kahn v. Fortis Insurance Co.* (CAFN: 2004 VS 074998, State Court of Fulton County, Ga.) ($14 Million settlement for unlawful insurance rating practices)

Barnes Law Group's success stems from a simple, yet powerful philosophy: *Making It Right* for those who have been wronged.  That means BLG has always been, and will always be, in the corner of the individuals that need an effective advocate to help level the playing field.