# COHENMILSTEIN

For over 45 years, Cohen Milstein Sellers & Toll PLLC has fought corporate abuse, pursuing litigation on behalf of affected individuals, whistleblowers, public entities, small businesses, institutional investors, and employees in many of the major class action cases litigated in the United States for violations of the antitrust, securities, consumer protection, civil rights/discrimination, ERISA, employment, and human rights laws. Cohen Milstein specializes in holding large corporations accountable for their actions even though they often have significantly more resources than those damaged by their misconduct.

One of the premier firms in the country handling major complex plaintiff-side litigation, Cohen Milstein has over 90 attorneys in offices in Washington, D.C.; New York, NY; Philadelphia, PA; Chicago, IL; Denver, CO; Raleigh, NC; and Palm Beach Gardens, FL.  Cohen Milstein is at the forefront of numerous innovative legal actions that are expanding the quality and availability of legal recourse for aggrieved individuals and businesses both domestic and international. Over its history, Cohen Milstein has obtained many landmark judgments and settlements for individuals and businesses in the United States and abroad. The firm's most significant past and present cases include:

- In re: Urethane Antitrust Litigation (Polyether Polyol Cases) (D. Kan.). Cohen Milstein represents a class of direct purchasers of several types of chemicals who were overcharged as a result of a nationwide price-fixing and market allocation conspiracy. Cohen Milstein was able to negotiate settlements with certain defendants totaling approximately $139 million and proceeded to trial against the remaining defendant. Following the trial, the jury returned a $400 million verdict in favor of the class, which was affirmed by the Tenth Circuit. In accordance with federal antitrust laws, that verdict was subject to trebling and Dow was ordered to pay to more than $1 billion. Dow sought review by the United States Supreme Court, but settled the case in February 2016 for $835 million.

- Countrywide MBS Litigation (C.D. Cal.). In April 2013, plaintiffs in the landmark MBS class action litigation against Countrywide Financial Corporation and others agreed to a $500 million settlement. It is the nation's largest MBS-federal securities class action settlement. The settlement is also one of the largest (top 20) class action securities settlements of all time.

- RALI MBS Litigation (S.D.N.Y.). On July 31, 2015, Judge Katherine Failla gave final approval to a $235 million settlement with underwriters Citigroup Global Markets Inc., Goldman Sachs & Co., and UBS Securities LLC. She also approved a plan for distribution to investors of those funds as well as the previously approved $100 million settlement with RALI, its affiliates, and the individual Defendants that was reached in in 2013.The case took seven years of intense litigation to resolve.

- Harborview MBS Litigation (S.D.N.Y.). In February 2014, Cohen Milstein reached a settlement with the Royal Bank of Scotland (RBS) in the Harborview MBS Litigation, resolving claims that RBS duped investors into buying securities backed by unstable home loans. The $275 million settlement is the fifth largest class action settlement in a federal MBS case.

- In re: Electronic Books Antitrust Litigation (S.D.N.Y.). In August 2014, a New York federal judge approved a $400 million antitrust settlement in the hotly-contested ebooks price-fixing suit

against Apple Inc. Combined with $166 million in previous settlements with five defendant publishing companies, consumers could receive more than $560 million. In March 2016, the Supreme Court declined to hear Apple's appeal, putting the settlement into effect.

- <u>Dukes v. Wal-Mart Stores, Inc.</u> (N.D. Cal.). Cohen Milstein is co-lead counsel in this sex discrimination case. In 2004, the U.S. District Court certified a nationwide class action lawsuit for all female employees of Wal-Mart who worked in U.S. stores any time after December 26, 1998. This was the largest civil rights class action ever certified against a private employer, including approximately 1.5 million current and former female employees. That ruling was appealed, and while affirmed by the Ninth Circuit, was reversed by the Supreme Court in June 2011. Cohen Milstein argued the case for the plaintiffs-respondents in the Supreme Court. Since then, the <u>Dukes</u> action has been amended to address only the Wal-Mart regions that include stores in California, and other regional class cases have been or are soon to be filed.

- <u>In re: The Exxon Valdez Litigation</u> (D. Ak.). The firm was selected from dozens of law firms by federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history, resulting in a jury verdict of more than $5 billion (reversed and remanded for revised punitive damages award; further proceedings pending).

- <u>Roberts v. Texaco, Inc.</u> (S.D.N.Y.). Cohen Milstein represented a class of African-American employees in this landmark litigation that resulted in the then-largest race discrimination settlement in history ($176 million in cash, salary increases, and equitable relief). The court hailed the work of class counsel for, *inter alia,* "framing an imaginative settlement, that may well have important ameliorative impact . . . in the corporate context as a whole . . ."

- <u>In re Caterpillar Engine Prod. Liab. Litig.</u> (D.N.J.). Cohen Milstein served as co-lead counsel in a class action on behalf of 22 trucking and transportation operations, many family-owned, alleging that defective engines sold by Caterpillar left passengers stranded and unduly delayed the transportation of goods. Cohen Milstein was instrumental to negotiating the $60 million settlement on behalf of class members whose engines' exhaust emission system defects resulted in power losses and shutdowns that prevent or impeded class members' vehicles from transporting goods or passengers.

**The Primary Attorneys Who Will Work on the Equifax Litigation Are
Andrew N. Friedman and Sally Handmaker**

## I.  Andrew N. Friedman

### A.  Background and Awards

Mr. Friedman is a Partner at Cohen Milstein, and is Co-Chair of the firm's Consumer Protection practice group. Mr. Friedman is a noted speaker who has appeared on numerous panels for legal education seminars and institutional investor conferences on the issues of consumer and securities class actions. His work has been cited in the media and he was profiled in the April 14, 2000, *Washington Business Journal*.  Among his awards and recognition include:

- Consumer Protection practice group named a 2017 Practice Group of the Year in the Privacy category in recognition of its "landmark matters and general excellence" in the area of Privacy law.

- Named a Washington, DC "Super Lawyer" in 2010, 2013-2018.

- Named a "Leading Plaintiffs' Lawyer" by LawDragon in 2011.

Prior to joining Cohen Milstein, Mr. Friedman served as an attorney with the U.S. Patent and Trademark Office.

Mr. Friedman attended Tufts University, graduating *magna cum laude* and was elected Phi Beta Kappa, with a B.A. in Psychology. He earned his J.D. from the National Law Center, George Washington University.

### B.  Andrew Friedman's Leadership Positions and Successes

Practicing in the class action field since 1985, Mr. Friedman specializes in litigating complex, multi-state class action lawsuits against manufacturers and consumer service providers such as banks, insurers, credit card companies and others.  He is widely recognized as a leader in enforcing consumer rights.

Over the years, Mr. Friedman has been lead or co-lead counsel in numerous important cases, bringing relief to millions of consumers and recovering hundreds of millions of dollars in class actions including:

- Snyder v. Nationwide Mutual Insurance Company (Sup. Ct. N.Y. Onondaga Cty.). Mr. Friedman served as one of plaintiffs' principal counsel in this case on behalf of persons who held life insurance policies issued by Nationwide through its captive agency force. The action alleged consumer fraud and misrepresentations. Plaintiffs obtained a settlement valued at more than $85 million. The judge praised the efforts of Cohen Milstein and its co-counsel for having done "a very, very good job for all the people." He complimented "not only the manner" in which the result was arrived at, but also the "time … in which it was done."

- In re Anthem, Inc. Data Breach Litig. (N.D. Cal.). Mr. Friedman was selected from dozens of law firms to serve as co-lead counsel in this case on behalf of the nearly 80 million consumers who

were impacted by one of the largest data breaches of all time. As Co-Lead Counsel, Mr. Friedman led a team of attorneys that aggressively prosecuted this case on behalf of the nearly 80 million consumers impacted by one of the largest data breaches of all time in a relatively short time, successfully defending several dispositive motions; taking or defending nearly 200 depositions; fully briefing a motion for class certification; reviewing nearly 4 million pages of documents; and completing all expert discovery. Mr. Friedman was instrumental in negotiating the record $115 million settlement fund, which far exceeds any data breach settlement to date and will be used to provide credit monitoring; alternative compensation of up to $50 per class member; and to reimburse out-of-pocket expenses. The settlement, which was preliminarily approved on August 25, 2017, will also require Anthem to implement or maintain specific changes to its data security practices.

- <u>Khoday v. Symantec Corp.</u> (D. Minn.) Mr. Friedman served as sole lead counsel in a case brought on behalf of purchasers of a product that plaintiffs alleged violated consumer protection laws and the common law because defendants failed to disclose that there were free alternative methods of obtaining the product. Counsel negotiated a $60 million settlement for consumers deceived by defendants' conduct, giving class members back more than 100 cents on the dollar of their out of pocket losses.

- <u>In re General Motors Dex-Cool Prod. Liab. Litig.</u> (S.D. Ill.). Mr. Friedman worked principally with Girard Gibbs in a case representing consumers with engine damage caused by defective factory-installed coolant. Counsel negotiated a settlement providing dollar-for-dollar reimbursement for each consumer up to $800.

- <u>Baird v. Thompson Consumer Electronics</u> (Cir. Ct. Madison Cnty., IL). Mr. Friedman served as co-lead counsel in a case that resulting in up to $100 million being made available to class members who paid for unreimbursed repairs to televisions.

- <u>In re Globalstar Sec. Litig.</u> (S.D.N.Y.). Mr. Friedman served as lead counsel in this securities class action. One of few securities cases to go to trial, counsel negotiated a $20 million settlement during the second week of trial.

## II.  Sally Handmaker

Ms. Handmaker is an associate and a member of the firm's Consumer Protection practice group, litigating actions to enforce consumer rights under federal and state laws.  Ms. Handmaker graduated from the University of Virginia School of Law in 2011 and joined Cohen Milstein in 2014 after serving as a litigation associate at a top-tier defense firm, working on complex commercial and general litigation matters in federal and state courts.  Ms. Handmaker will be the primary associate working with Andrew Friedman on this case.

Ms. Handmaker has been the lead associate in several highly-successful consumer class actions in which she was involved in all aspects of litigation including: <u>In re Anthem, Inc. Data Breach Litig.</u>, <u>Khoday v. Symantec Corp.</u>, and <u>In re Caterpillar Engine Prod. Liab. Litig.</u>  She was awarded the *pro bono* "Golden Gavel" award for work with the Lawyers' Committee for Civil Rights Under Law's Voting Rights Project and is an active member of Women in e-Discovery, a nonprofit organization focused on providing women with legal technology education, networking, and leadership opportunities.