

Morgan & Morgan is a leading civil trial law firm representing consumers and commercial clients nationwide. With over 370 trial lawyers and more than 2,000 non-lawyer employees, Morgan & Morgan is one of the largest if not the largest plaintiffs law firm in the nation. Morgan & Morgan maintains offices in Florida, Alabama, Georgia, Kentucky, Massachusetts, Mississippi, Pennsylvania, Tennessee, and New York. Its lawyers have obtained many verdicts in favor of their clients. Among its lawyers is a former Cabinet member of President Clinton's administration, a former United States Congressman, a former state attorney general and present and former member of state legislatures.

Morgan & Morgan has a dedicated Complex Litigation Group staffed with lawyers, paralegals, and retired FBI agents serving as investigators committed to representing consumers in complex litigation, MDL proceedings and class action cases throughout the country. It has achieved many remarkable results in class litigation, including the settlement of *In re Black Farmers Discrimination Litigation*, no. 08-0511(D.C. Oct. 27, 2017), where one of its partners served as co-lead. The case resulted in a settlement with the United States Government in the amount of $1.2 billion for African American farmers who had been systematically discriminated against on the basis of race Morgan & Morgan has assembled a deeply talented team of lawyers:

***John Yanchunis*** Mr. Yanchunis leads the class action section of the law firm. In addition to those privacy case set forth in the motion, he served as co-lead counsel in the successful resolution of the following privacy, non-data-breach class actions: *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) ($10 million common fund), *Kehoe v. Fidelity Federal Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) ($50 million common fund), and *Pino v. Warranty Acceptance Corporation*, No. 05-cv-61576 (S.D. Fla.)(injunctive relief), He has settled a number of data breach or data compromise cases and has served in leadership in a number of those cases: lead counsel in the following cases: *Burrows v. Purchasing Power, LLC*, No. 1:12-cv-22800 (S.D. Fla.); *Ramirez v. ChenMed, LLC*, No. 14-12319-CA-04 (Fla. 11th Cir. Ct.); *Carsten v. University of Miami*, No. 1:14-cv-20497-KMW (S.D. Fla.); *John Doe v. Tampa General Hospital*, No. 14-CA-012657 (Fla. 13th Cir. Ct.); *Bishop v. Shorter University*, No. 4:15-cv-00033-HLM (N.D. Ga); *Linnins v. HAECO Americas, LLC, formerly known as TIMCO Aviation Services, Inc., and HAECO Americas Line Services, LLC*, 16-cv-486 (M.D.N.C.) (preliminary approval pending); *Remijas v. The Neiman Marcus Group, LLC*, 1:14-cv-1735 (N.D. Ill.)(final approval pending); *Hughley v. University of Central Florida Board of Trustees*, No. 2016-CA-001654-O (Fla. 9th Cir. Ct.)(final approval pending) *Albert v. School Board of Manatee County, Florida*, No. 17-CA-004113, (Fla. 12th. Cir. Ct.)(settlement pending approval); *Brady v. Scotty's Holdings, LLC*, 1:17-cv-01313 (S.D. Ind.)(settlement pending

approval).

Again, in addition to those case identified in the Rule 23(g) motion, Mr. Yanchunis holds leadership positions in the following pending data breach cases: *Ortiz v. UCLA Health System*, No. BC589327 (Cal. Sup. Ct. Los Angeles Cnty.)(member of Executive Committee); *Diaz v. Intuit, Inc.*, No. 5:15-cv-1778-EJD (C.D. Cal) (class counsel); *Walters v Kimpton Hotel & Restaurant*, No. 3:16-cv-05387 (N.D. Cal.)(lead counsel); *In re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617 (N.D. Cal.)(class counsel); *Peralta v. Adventist Health Systems, Sunbelt Healthcare Corp.*, No. 2015-ca-2916 (Fla. 9th Cir. Ct.)(lead counsel); *Torres v. Wendy's International, LLC*, No. 6:16-cv-210 (M.D. Fla.)(lead counsel); *Morrow v. Quest Diagnostics, Inc.*, No. 2:17-cv-0948 (Dist. NJ)(lead counsel); *Curry v. Schletter, Inc.*, No. 1:17-cv-00001 (W.D. NC)(co-lead counsel); *Beckett v. Aetna, Inc., et al.*, No. 2:17-cv-3864 (E.D. Penn.)(class counsel); *Orr v. Inter-Continental Hotels Group, PLC, et al.*, No. 1:17-cv-01622 (N.D. Ga.)(class counsel); and *In re: Arby's Restaurant Group, Inc. Data Security Litigation*, Nos. 1:17-cv-514 and 1:17-cv-1035 (N.D. Ga.)(co-lead counsel). As a result of his extensive experience in privacy and data-breach litigation, he regularly lectures at seminars regarding privacy litigation.

As a result of his experience in insurance and complex litigation, he was selected by Tom Gallagher, the Chief Financial Officer for the state of Florida and a member of the Florida Cabinet, to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators of Florida) in their investigations of the insurance industry on issues concerning possible antitrust activity and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. He served as lead regulator counsel and worked with a core group of state Attorneys General from the National Association of Attorneys General, which were selected to conduct the investigations. The insurance regulator for Florida was the only insurance regulator in the group. The litigation that was filed and the related investigations netted millions of dollars in restitution for Florida consumers and resulted in significant changes in the way commercial insurance is sold in Florida and across the country.

During his career, he has tried numerous cases in state and federal courts, including one of the largest and longest insurance coverage cases in U.S. history, which was filed in 1991 by the Celotex Corporation and its subsidiary, Carey Canada, Inc. During the seventeen years the case pended, he served as lead counsel for several insurance companies, regarding coverage for asbestos and environmental claims. The case was tried in three phases over several years beginning in 1992. He was also lead counsel for these parties in the subsequent appeals that followed a judgment in favor of his clients.

While at the University of Florida Mr. Yanchunis was a member of Florida Blue Key and Omicron Delta Kappa. He received his Juris Doctor degree from the South Texas College of Law in 1980, where he graduated magna cum laude.

**Scott Wm. Weinstein**, Mr. Weinstein has broad experience and is nationally known in the areas of consumer protection, pharmaceutical and medical device litigation, and cases involving food-borne illnesses. He has served in leadership positions in many consumer class

actions in state and federal courts around the country. Mr. Weinstein was educated at the University of Florida, earning a B.S. degree in 1982 and a Juris Doctorate degree in 1985. He was inducted into Florida Blue Key while at the University of Florida.

*Frank M. Petosa.* Mr. Petosa coordinates the firm's interdisciplinary Environmental Toxic Tort Practice Group representing individuals, businesses and municipalities throughout the United States impacted by environmental disasters. In the aftermath of the 2010 Deepwater Horizon Oil Spill, Mr. Petosa coordinated the firm's representation of numerous individuals, businesses and municipalities throughout the Gulf Coast impacted by the Oil Spill. Frank was also integrally involved with the PSC and Class Counsel for the Deepwater Horizon Oil Spill MDL 2179 as a member of the Phase 2 Trial Team, a Co-Coordinator of the Economic Loss and Property Damages Work Group, a member of the Science and Expert, Moratorium & Public Relations Work Groups and the main PSC representative in New Orleans for the firm.

*Rachel Soffin*. Ms. Soffin has prosecuted numerous state and federal class actions involving product manufacturers and retailers, deceptive trade practices, privacy violations, and insurance and banking disputes. Ms. Soffin obtained her undergraduate degree in Finance, with honors, from The Florida State University. Ms. Soffin earned her law degree from Stetson University College of Law, *cum laude*, where she served as a Digest Writer on the *Stetson Law Review*, in which she was published multiple times.

*Jonathan Cohen.* Mr. Cohen focuses on consumer class action litigation and has prosecuted many state and federal consumer class actions, including cases against banks, mortgage companies and insurance companies alleging violations of the Florida Deceptive and Unfair Trade Practices Act, the Fair Credit Reporting Act and the forced-placement of insurance. Mr. Cohen earned his Bachelor of Arts degree in Journalism from Indiana University in 1996. He attended Stetson University College of Law and earned his Juris Doctor degree in 2005.

*Marcio Valladares.* Mr. Valladares was born in e Managua, Nicaragua and emigrated to the United States during Nicaragua's civil war. In 1990, Marcio obtained a Bachelor of Science degree in psychology from the University of Florida. In 1993, he obtained his Juris Doctor degree, *magna cum laude*, from Florida State University. He is pursuing a Masters in Law (LL.M.) degree from Columbia University, focusing his studies in federal and comparative law. He served as a judicial law clerk to the Honorable Steven D. Merryday, United States District Judge, Middle District of Florida, and then served as a judicial law clerk to the Honorable Susan H. Black, United States Circuit Court Judge, Court of Appeals for the Eleventh Circuit. Marcio served as an Assistant United States Attorney for the Middle District of Florida.

*Patrick Barthle.* Mr. Barthle was born and raised in Dade City, Florida. He attended the University of Florida where he was admitted to the Honors Program and graduated, cum laude, with a double major in History and Criminology. While at UF, Patrick was inducted into the Phi Beta Kappa Honor Society. Patrick attended Washington and Lee University School of Law, graduating *summa cum laude*; Patrick was a Lead Articles Editor for the Wash. & Lee Law Review, a member of the Order of the Coif. Before joining Morgan & Morgan, Patrick was as a

judicial law clerk for two years to the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida.

**René F. Rocha.**  Mr. Rocha  joined Morgan & Morgan's Complex Litigation Group in the aftermath of the Deepwater Horizon Oil Spill. René has extensive trial experience in complex environmental and products liability cases, has prepared plaintiffs' experts for trial. René is a graduate of Tulane University. He studied at the London School of Economics and received his law degree from the Tulane Law School with a certificate in Environmental Law.

**Marisa Glassman**. Her practice focuses on class action litigation. Ms. Glassman graduated *magna cum laude* from Georgetown University earning her degree in International Politics. Ms. Glassman received her law degree from Rutgers School of Law—Newark. During law school she excelled as a Norman Samuels Fellow, Kinoy/Stavis Fellow, and a Dean's Merit Scholar. Ms. Glassman acted as the business editor for the *Rutgers Law Review* and as a Legal Research and Writing Teaching Assistant. She was inducted into the Order of the Coif. Following law school, Ms. Glassman served as a law clerk to the Honorable Virginia Long, New Jersey Supreme Court.

**Henry A. Watkins**   Mr. Watkins is a member of the firm's Complex Litigation Group. Henry has been a member in good standing of the Florida Bar since 2015 and he is admitted to practice in the U.S. District Court, Southern and Middle Districts of Florida.