

# Rodney K. Strong
## Griffin & Strong, P.C.
235 Peachtree Street, N.E., Suite 400, Atlanta, Georgia 30303
404-584-9777 Telephone    404-584-9730 Facsimile    rodney@gspclaw.com E-mail

---

**Career History**

**Griffin & Strong, P.C.,** Attorneys-at-Law and Public Policy Consultants, *Atlanta, GA*                                                *February 1992-current*
*Chief Executive Officer*
- Represents governments, corporations and individual clients
- Serves as General Counsel to the Fulton County/City of Atlanta Land Bank Authority
- Previously served as Special Assistant Attorney General for the State of Georgia

**City of Atlanta, Office of Contract Compliance,** *Atlanta, GA*          *January 1985-February 1992*
*Director*
- Developed and directed City of Atlanta's Minority and Female Business Enterprise and Equal Employment Opportunity Programs
- Negotiated and monitored minority business participation on more than one billion dollars in projects,
- Led the team which conducted public hearings and drafted the Atlanta Equal Business Opportunity Ordinance, which is considered the national M/WBE model for "Post-Croson" goal-based M/WBE programs
- Supervised the administration and finalization of the Brimmer-Marshall Disparity Study

**City of Atlanta, Office of Contract Compliance,** *Atlanta, GA*          *May 1984-January 1985*
*Contract Compliance Administrator*
- Responsible for certification of minority and female business enterprises
- Supervised office staff

**Notable Legal Cases**

- <u>Dinara Abdurakhmanova v. Ameripark, LLC, et. al., Fulton County State Court, 17 EV 01445</u>, Counsel for Defendant Ameripark                                                                 2017-2018
- <u>Insituform Technologies, LLC v. Metals & Materials Engineers, LLC, Fulton County Superior Court, 2016 CV 279704</u>, Counsel for Defendant                                                                 2016-2018
- <u>Eileen Levitt v. Lanier Shuttle and Valet, et. al., DeKalb County State Court, 16A-59791</u>, Counsel for Defendant Lanier                                                                 2016-2018
- <u>Inland Waters Pollution Control, Inc. v. Metals & Materials Engineers, LLC, Gwinnett County Superior Court, 15-03858</u>, Counsel for Defendant                                                                 2015-2016
- <u>Kendra Radcliff, et. al. v. Wong, Fulton County Superior Court 2015 CV 266027</u>, Counsel for Plaintiffs                                                                 2015-2017



|  |  |  |
|---|---|---|
|  | Joseph Lowery, et al v. Nathan Deal, in his official capacity as Governor of the State of Georgia, United States District Court for the Northern District of Georgia, 1:11-CV-097 4, Co-Counsel for Plaintiffs | 2011 |
|  | Metals & Materials Engineers, LLC v. City of Atlanta, Court of Appeals of Georgia, A11A0772, Counsel for Appellant | 2010-2011 |
|  | Benator et al v. K&V Meter Automation, LLC, Metals & Materials Engineers, LLC and Khafra Operations, LLC, Court of Appeals of Georgia, A11A0770, Counsel for Appellee Metals & Materials Engineers | **2010-2011** |
|  | Benator et al v. City of Atlanta, et al, 2009CV167452, Fulton County Superior Court, Counsel for Defendant Metals & Materials Engineers | 2009-2010 |
|  | Annie J. Crowe v. City of Atlanta and Arthur Ferdinand, Tax Commissioner Fulton County, 2001CV41374: Counsel for the Plaintiff | 2001-2005 |
|  | Board of Regents of University System of Georgia Defendant-Appellant, and Antoine Hester, et. al Defendant-Interveners/Appellants v. Jennifer Johnson, et. al, Plaintiffs-Appellees: Counsel for the Defendant/Appellant Board of Regents | 1999-2001 |

| | | |
|---|---|---|
| **Education** | J.D., University of Memphis, Cecil C. Humphreys School of Law | May 1983 |
| | B.A., Political Science, Morehouse College | May 1977 |

**Bar Admissions**  State Bar of Georgia, November 1989
The United States District Court for the Northern District of Georgia, November 1997

**Appointments**  Served in the following appointed positions:
- State Ethics Commission, (Gubernatorial appointment), 2000-2003; Vice Chairperson, 2002-2003
- Special Assistant Attorney General, (appointed by the Attorney General, State of Georgia)

**Civic Engagements**  Served on the following boards:
- H.E.A.L. (Formerly Nutrition Plus)—Board Chairman, 2010 to Present
- Board of Directors, Roots Adoption Agency—1993 to 2006; Chairman of the Board, 2001-2006
- Morehouse Executive Leadership Program—1995 to Present
- Board of Advisors, Franchise Institute—2003 to Present
- Georgia Minority Supplier Development Council Board—1990-91