# EXHIBIT A



Class Action Attorneys

## Firm Resume & Overview

**Introduction**:

Scott Cole & Associates, APC ("SCA") represents individuals in employment and consumer class action litigation. Founded in 1992, SCA has been devoted primarily to such matters, having litigated nearly 300 hundred class actions against businesses of all types and in nearly every industry imaginable. The members of SCA have vast experience prosecuting class/complex actions, both in a sole counsel capacity and in leadership positions, oftentimes among many firms, in California and nation-wide litigation. They have published scholarly articles dealing with various substantive issues as well as class action litigation/procedure, speak regularly at public events and/or to legal audiences, and have served as consulting experts in class action litigation. For a quarter-century, the firm has recovered hundreds of millions of dollars for hundreds of thousands of workers and consumers, been involved in record-setting settlements and judgments, and helped achieve the correction of numerous unlawful employment and consumer fraud practices.

**Attorney Backgrounds, Education and Professional Affiliations:**

In addition to its staff of paralegal and other legal support personnel, the firm's practice is lead by the following attorneys.

Scott Edward Cole, Esq.
Admitted, California State Bar, December 1992; University of San Francisco School of Law, J.D., 1992; President, University of San Francisco Labor & Employment Law Society; San Francisco State University, B.A., Speech Communications (Individual Major in Rhetoric), 1989, Minor Study in Business Administration, 1989; Member, California State Bar Labor and Employment Law Section, 1993-present; Admitted, United States District Court (Northern District), 1992; Admitted, United States Court of Appeals (9th Circuit), 1993; Admitted, United States District Court (Eastern District), 1995; Admitted, United States District Court (Central District), 2005; Admitted, United States District Court (Southern District), 2005; National Association of Securities Dealers (Registered Representative [Series 7], 1987-1989); Member/Referral Attorney, Animal Legal Defense Fund (1998-2000); Member, Board of Directors, American Synergy Center (2001); Member, Association of Trial Lawyers of America (2005-present); Member, California Employment Lawyers Association (2005-present); Member, American Bar Association (2007-present); Member, Alameda County Bar Association (2008-present); Vice Chair (2009 & 2010), Alameda County Bar Association's Labor & Employment Law Section Executive Committee; Member, National Employment Lawyers Association (2009-present); U.S. Delegate to the InterAmerican Meeting of Labor and Trade Union Lawyers,

Havana, Cuba, March 2012.

Corey B. Bennett, Esq.
Admitted, California State Bar, 2009; University of San Francisco School of Law, J.D., 2009;
Northern Arizona University, B.A., International Affairs, 2003; University of Southern
California, Master of Public Administration, 2006; Admitted, United States District Court
(Northern District), 2012; Admitted, United States District Court (Central District), 2011;
Secretary, San Francisco Evening Rotary (2012-2014); Board Member, America Scores Bay
Area (2013-2015).

Jasleen Ahuja, Esq.
Admitted, California State Bar, 2012; Southwestern School of Law, J.D., 2012; University of
California, Los Angeles, B.A., English, 2005; Admitted, United States District Court (Central
District), 2012; Admitted, United States District Court (Northern District), 2015; Member, South
Asian Bar Association (2016-present); Alumni Mentor, University of California Alumni
Association (2014-2016).

Mark G. Griffin, Esq.
Admitted, California State Bar, 2017; University of San Francisco School of Law, J.D., 2014;
Extern for The Hon. Thelton E. Henderson, Senior United States District Judge of the United
States District Court for the Northern District of California, 2013; University of Oregon, B.A.,
Political Science, 2006;  Member, Charles Houston Bar Association (2017-present); Member,
American Bar Association (2017-present); Executive Committee Member, University of Oregon
Alumni Association, Bay Area Chapter (2016-2017).

Andrew D. Weaver, Esq.
Admitted, California State Bar, 2017; University of California Hastings College of the Law, J.D.,
2017; Eckerd College, B.A., History; Member, California Employment Lawyers Association
(CELA).


(*Interim Counsel Not Listed*)


## SCA Scholarly Publications (*Partial List Only*):

Scott Edward Cole & Matthew Roland Bainer, *The Quest for Class Certification*, Employment
Law Strategist (Sept. & Oct. 2003).

Scott Edward Cole & Matthew Roland Bainer, *To Be or Not to Be a Penalty: Defining the
Recovery Under California's Meal and Rest Period Provisions*, Golden Gate U. L. Rev. (Spring
2005).

Scott Edward Cole & Matthew Roland Bainer, *To Certify or Not to Certify: A Circuit-By-Circuit
Primer of the Varying Standards for Class Certification in Actions under the Federal Labors
Standards Act*, B.U. Pub. Int. L.J. (Spring 2004).

Scott Edward Cole, *Kullar v. Footlocker Retail, Inc.: A New Standard for Class Action Settlement Approval*, CELA Bulletin (April 2009).

Matthew Roland Bainer, *Ninth Circuit Provides Much Needed Guidance on Evidentiary Burdens in Overtime Misclassification Litigation,* CELA Bulletin (May 2009).

Kevin Robert Allen, *Putting the "Rest" Back in Rest Break,* Alameda County Bar Association - Labor & Employment Section News (Autumn 2009).

Michael Scott Lubofsky, *Barristers to Blogs: Softening Ethical Restrictions in the Digital Age,* Los Angeles Daily Journal (June 14, 2010).


**Representative Class Action/Complex Litigation Matters:**

Scott Cole & Associates, APC has represented hundreds of thousands of individuals in hundreds of legal matters, including well roughly 300 class actions and/or complex litigation cases. The firm has experience in environmental, commercial and personal injury matters but, for nearly 20 years, has been almost entirely devoted to the prosecution of class action wage and hour matters, only a small sampling of which are listed below. The firm is currently investigating wage and hour violations by numerous companies and are prepared to prosecute these as California and/or nationwide cases. Far from being a comprehensive list of the firm's class action experience, examples of the types of cases SCA litigates include:


**Employment Class Action Litigation Experience [*Partial List Only*]:**

Augustus/Davis v. ABM Security Services, Inc (aka American Comm. Security Service, Inc.
San Francisco County Superior Court Case No. CGC-05-444421
(Consolidated with Los Angeles County Superior Court Case No. BC336416)
> Scott Cole & Associates, APC filed a claim against American Commercial Security Services, Inc. for violations of California law for denial of meal and rest periods toward security guards. The action achieved class certification status in 2009. Following summary judgment proceedings, a judgment of over $89 million was entered against the defendant along with a successful interim motion for tens of millions in attorneys' fees. The judgment hinged on the issue of whether "on-duty" rest breaks were legally sufficient. After the Court of Appeal ruled against Plaintiffs on the issue, the case went to the California Supreme Court where Plaintiffs prevailed and, in so doing, created a new legal standard clarifying that "on-duty" rest breaks are invalid. The matter has since settled for $110 million.

Brandt, et al. v. California State Automobile Association, et al.
United States District Court, District of Nevada, Case No. 3:03-CV-00310
> This wage and hour class action was brought on behalf of all Nevada claims adjusters working for CSAA between January 1997 and the present. This lawsuit alleged that, during these years, CSAA mis-classified these workers as exempt "administrators" and refused to pay them for overtime hours worked and fraudulently promised to pay them

overtime compensation upon settlement of a companion case (*Thomas v. Cal. State Auto. Assoc.*, below). SCA served as co-counsel, *pro hac vice*, for the proposed class of employees in this matter.

Bulow, et al. v. Wells Fargo Investments, LLC
United States District Court, Northern District of California, Case No. 3:06-CV-7924
> This matter was filed as a nation-wide class action against Wells Fargo Investments, on behalf of its Financial Consultants to recover overtime pay, compensation for denied meal and rest periods (California only) and reimbursement for business related service and supply expenses (California only). This matter settled for $6.9 million.

Cano, et al. v. United Parcel Service, Inc.
Alameda County Superior Court Case No. RG03089266
> This wage and hour complex litigation matter involved the alleged mis-classification of overtime non-exempt Operations Management Specialists, Operational Excellence Specialists and/or Industrial Engineering Specialist at this company's California facilities. This action settled in 2004 for $4.5 million.

Chaidez, et al. v. Odwalla, Inc.
San Mateo County Superior Court Case No. CIV430598
> This wage and hour complex litigation matter involved the alleged misclassification of overtime non-exempt California Route Sales Representatives. SCA served as primary counsel for this proposed class of employees. This action settled for $2.2 million.

Chang, et al. v. Tower Mart
Sacramento County Superior Court, Case No. 34-2009-00044408-CU-OE-GDS
> Scott Cole & Associates, APC filed this lawsuit, alleging violations of California law for failure to pay overtime to Tower Mart's California store managers. It is also alleged that the company denied these managers meal and rest periods. This matter settled for $1.5 million.

Chatellier, et al. v. The White House/Black Market Stores Inc.
Santa Clara County Superior Court Case No. 1-04-CV-030489
> This lawsuit involved claims against this retail clothing store for violations of California law for failure to pay overtime to its Store Managers as well as for the alleged denial of meal and rest periods. The settlement achieved in this action represented one of the highest per-workweek wage and hour settlements at the time.

Christman, et al. v. Good Guys, Inc.
San Diego County Superior Court Case No. GIS21939
> This legal action alleged violations of California law for unpaid overtime wages and for failure to provide rest and meal periods on behalf of multiple employee classifications. This action settled for up to $1.05 million.

CKE Overtime Cases
Los Angeles County Superior Court Case No. BC283274 (JCCP No. 4274)
> This class action was brought against fast food chain Carl's Jr. for violations of

California's overtime laws on behalf of the company's California restaurant chain Managers. The coordinated litigation settled for up to $9.0 million in 2004.

Dailey, et al. v. Performant Financial Corporation
Alameda County Superior Court Case No. RG10493644
Scott Cole & Associates, APC filed this class action in 2010, on behalf of the company's non-exempt employees seeking wages for alleged violations of California law for unpaid overtime and denial of meal and/or rest periods.  After defeating the defendant's summary judgment motion and filing its motion for class certification, SCA settled this case for $1.2 million.

Davis, et al. v. Universal Protection Security Systems, Inc., et al.
San Francisco County Superior Court Case No. CGC-09-495528
Scott Cole & Associates, APC filed a claim in 2009 against Universal Protection Security Systems, Inc. for violations of California law for denial of meal and rest periods toward security guards.  This case settled in 2013 for $4 million.

DeNeveu, et al. v. Ross Stores, Inc.
Alameda County Superior Court Case No. RG10504571
Scott Cole & Associates, APC filed this class action in December 2009, alleging violations of California law for failure to pay overtime to Ross's salaried Store Manager positions. It was also alleged that the company denied these managers rest and meal periods.

Despres (Cornn), et al. v. United Parcel Service, Inc.
United States District Court, Northern District of California, Case No. 3:03-CV-02001
This wage and hour class action litigation was brought to remedy violations of meal and rest period regulations on behalf of the company's California ground delivery drivers. SCA served as co-counsel for the certified class of drivers. This action settled for $87 million, an unprecedented settlement amount for such claims.

Escow-Fulton, et al. v. Sports and Fitness Clubs of America dba 24 Hour Fitness USA, Inc.
San Diego County Superior Court Case No. GIC881669
(Consolidated with Case No. GIC873193)
Scott Cole & Associates, APC filed this class action against this health and fitness company on behalf of the company's California "Group X" Instructors to recover regular and overtime pay, related penalties and un-reimbursed expenses. The action achieved class certification status in 2009.  In 2011, the parties agreed to settle the class' expense reimbursement claims for $10 million. The parties then filed cross-motions for summary adjudication and on August 2, 2011, the court issued an Order finding 24 Hour Fitness' session rate compensation scheme to be an invalid piece rate. The parties then agreed to settle the class' unpaid wage claims for $9 million, and the summary adjudication order was vacated pursuant to settlement.

Fakhro, et al. v. Turner's Outdoors, Inc.
Los Angeles County Superior Court Case No. BC388874
This lawsuit alleges violations of California law for failure to pay overtime to the

company's California Store Managers. It was also alleged that the company denied these managers rest and meal periods. The Court granted final approval to a classwide settlement in 2009.

Gilhuly v. Kmart Corporation
United States District Court, Northern District of California, Case No. 4:10-CV-0360
      Scott Cole & Associates, APC filed this class action in December 2009, alleging violations of California law for failure to pay wages, including unpaid overtime compensation, to Kmart's Sales Coach, Operations Manager and Merchandise Manager positions. It was also alleged that the company denied these managers rest and meal periods.

Grindstaff, et al. v. Kohl's Department Stores, Inc.
Los Angeles County Superior Court Case No. BC341954
(Consolidated with Case No. BC327426)
      This action alleged violations of California law for failure to pay overtime to assistant store managers. It was also alleged that the company denied its assistant store managers rest and meal periods. This action settled in 2008 for $6 million.

Grootboom v. Security Industry Specialists, Inc.
Alameda County Superior Court Case No. RG09435440
      This class action was filed on behalf of the company's California-based security guards to recover unpaid wages and compensation for missed meal and rest periods in violation of California law. This action settled in 2009 for $775,000.

Holm, et al. v. Borders, Inc.
San Francisco County Superior Court Case No. CGC-05-445357
      Scott Cole & Associates, APC served as counsel for the proposed class against this retail chain for violation of California law for failure to pay Inventory and/or Sales Managers overtime wages. It was also alleged that the proposed class had been denied rest and meal periods. This matter settled in 2007 for $3.5 million.

In Re Walgreen Co. Wage and Hour Litigation
United States District Court, Central District of California, Case No. 2:11-CV-07664
      Scott Cole & Associates, APC served as court-appointed Lead Counsel after a very-adversarial hearing process in this consolidated action of nine lawsuits against Walgreen Co. bringing a variety of wage and hour claims on behalf of retail store workers in California. The case settled for $23 million.

Ingraham v. Orchard Supply Hardware, Corp.
San Mateo County Superior Court Case No. 457004
      Scott Cole & Associates, APC filed this matter on behalf of all company employees who were forced to maintain, as a condition of employment, a company-issued uniform. This class action also seeks recovery of unpaid wages, compensation for the improper denial of overtime pay and for missed meal and rest periods. This matter resolved in 2008 on behalf of approximately 22,000 class members for $1.75 million.

<u>Kelly, et al. v. Walgreen Co.</u>
San Francisco County Superior Court Case No. CGC-07-464347
     Scott Cole & Associates, APC filed an action against this retailer on behalf of employees who were allegedly subject to security searches for which they were not compensated, in violation of California law. Also alleged was that the company denied these employees rest and meal periods. The action settled for $7.5 million with SCA serving in the lead role.

<u>Kullar v. Foot Locker, Inc.</u>
San Francisco County Superior Court Case No. CGC-05-447044
     This action was brought against this sporting retailer on behalf of California employees who were allegedly forced to purchase shoes of a distinctive color or design as a term and condition of their employment and in violation of state law. The Court approved a $2.0 million settlement that resolved this action. After two separate appeals by an objector challenging the settlement, the Court of Appeal affirmed the trial court's judgment.

<u>Kurihara v. Best Buy Co., Inc.</u>
United States District Court, Northern District of California, Case No. 3:06-CV-01884
     We filed an action against this retailer on behalf of employees who were allegedly subject to security searches for which they were not compensated, in violation of California law. Also alleged was that the company denied these employees rest and meal periods. In 2007, the Court certified a class of over 16,000 Best Buy employees. The action settled for $5 million in 2010.

<u>Lyons v. Elephant Bar Restaurant</u>
Alameda County Superior Court Case No. RG08422299
     Scott Cole & Associates, APC filed an action against this restaurant chain challenging violations of California law for denial of meal and rest periods on behalf of the restaurant's hourly, non-exempt employees.

<u>Mambuki, et al. v. Securitas Security Services USA, Inc.</u>
Santa Clara County Superior Court Case No. 1-05-CV-047499 (JCCP No. 4460)
     Scott Cole & Associates, APC filed a claim against this defendant for violations of California law (for denial of meal and rest periods) on behalf of the company's California-based security guards. This coordinated proceeding settled in 2008 for $15 million.

<u>McFann, et al. v. Volt Telecommunications Group, Inc.</u>
Riverside County Superior Court Case No. RIC475410
(Los Angeles County Superior Court JCCP No. 4533)
     Scott Cole & Associates, APC filed this action on behalf of company field technicians to recover reimbursement for business-related expenses and for unpaid wages. The Court approved an Arbitration Award entered pursuant to a $3.45 million class wide settlement in 2009.

<u>Menchykv. Beverages & More, Inc.</u>
Alameda County Superior Court Case No. RG05196918

Scott Cole & Associates, APC filed this action for violations of California law for unpaid overtime wages and for failure to provide meal and rest periods. Although a small putative class (98 class members), it settled for $1.2 million, representing one of the highest per-workweek settlements in California at the time.

Moore v. Albertsons Inc.
United States District Court, Northern District of California, Case No. 3:04-CV-03731
Scott Cole & Associates, APC filed this action for violations of California's overtime laws on behalf of the company's California Drug Managers. This action settled for $2.35 million, again representing one of highest per-workweek settlements in the state at the time.

Nunez v. AC Square, Inc., et al.
San Mateo County Superior Court Case No. CIV479622
(Consolidated with Case Nos. 464144 and 473571)
Scott Cole & Associates, APC filed this class action on behalf of all California Technicians employed by AC Square (during the applicable claims period) to recover unpaid wages including overtime pay, meal and rest period compensation, related penalties and un-reimbursed expenses. This action settled for $800,000.

O'Brien v. Edward D. Jones & Co., LP.
United States District Court, Northern District of Ohio, Case No. 1:08-CV-00529
We filed a nation-wide (and New York State) class action against this financial securities company on behalf of the company's financial services representatives to recover overtime pay and related penalties. SCA served on a Lead Counsel Committee in this action, which settled in 2007 for $19 million.

O'Hara, et al. v. Factory 2-U Stores, Inc.
Alameda County Superior Court Case No. 834123-5
This class action, filed in 2000, alleged mis-classification of Factory 2-U's California Store Managers and Assistant Store Managers as exempt from overtime pay. In 2001, the Alameda County Superior Court certified two sub-classes (Managers and Assistant Managers) and, in 2002, granted final approval to a settlement of the action for $2 million.

Ramirez, et al. v. The Coca Cola Company, et al.
San Bernardino County Superior Court Case No. RCV 056388 (JCCP No. 4280)
This is one of two companion actions SCA prosecuted against this soft drink giant for violations of California's overtime laws. This action was brought on behalf of over 4,000 hourly workers at the company's bottling, distribution and sales centers who were allegedly forced to work "off-the-clock" for Coca Cola and/or whose time records were ordered modified by the company. This well-publicized action settled for $12 million and on very favorable terms for the claimants. SCA filed the first action on these issues and ultimately worked with co-counsel for the proposed class of workers.

Rowe, et al v. California Commerce Casino, Inc.
Los Angeles County Superior Court Case No. BC321283

(Consolidated with Case Nos. BC288079 and BC320171)

 Scott Cole & Associates, APC filed a claim against this casino for violations of California law for failure to pay overtime to their dealers. Additionally, it was alleged that the casino demanded that its dealers pay a portion of their wages into a "tip pool" from which the supervisors (who had authority over the dealers) drew extra income. SCA and its co-counsel settled the action, in part, and obtained certification of the remaining claims following an adversarial proceeding.

Schweinsburg v. Paragon Systems, Inc.
United States District Court, Central District of California, Case No. 2:09-CV-08139

 Scott Cole & Associates, APC filed a claim in 2009 against Paragon Systems, Inc., for violations of California law for denial of meal and rest periods toward non-exempt security guards. This case settled for the policy limit of $885,410.

Thomas, et al. v. Cal. State Auto. Assoc., et al.
Alameda County Superior Court Case No. CH217752

 Scott Cole & Associates, APC filed this class action litigation on behalf of all California claims adjusters working for CSAA after mid-January 1997. This lawsuit alleged that, during those years, CSAA mis-classified these workers as exempt "administrators" and refused to pay them for overtime hours worked. This lawsuit settled for $8 million. SCA commenced this action and served as co-counsel for the nearly 1,200 claims representatives.

Tierno v. Rite Aid Corporation
United States District Court, Northern District of California, Case No. 3:05-CV-02520

 Scott Cole & Associates, APC filed this action against Rite Aid Corporation on behalf of its salaried California Store Managers. It was alleged that defendant, purportedly the nation's third largest drug store chain, failed to pay overtime to those workers and denied them their meal and rest periods. In 2006, the federal court certified the class in this action, and approved a $6.9 million non-reversionary settlement in 2009.

Torres, et al. v. ABC Security Services, Inc.
Alameda County Superior Court Case No. RG04158744

 Scott Cole & Associates, APC filed this litigation, alleging violations of Cali- fornia law for denial of meal and rest periods on behalf of the company's security guards. This action received class certification status in 2006 and settled for $495,000.


**Other Mass and/or Complex Litigation Experience:**

In Re Tosco SFR Litigation
Contra Costa County Superior Court Case No. C97-01637

 During incidents on April 16, 1997 and, again, on January 7, 1998, the Tosco (old Unocal) Refinery in Rodeo, California released toxic chemicals airborne into the environment. These harmful substances traveled airborne into neighboring communities, seriously affecting the health of citizens and local workers. SCA served as Lead Counsel in this complex litigation and represented thousands of members of the community in that

role. SCAe settled this matter for $2.5 million, the funds from which were disbursed to over 2,000 claimants who participated in the settlement.

In Re Unocal Refinery Litigation
Contra Costa County Superior Court Case No. C94-04141
In response to Unocal's 16-day airborne release of chemicals over the County of Contra Costa in 1994, SCA filed a class action against the corporation on behalf of thousands of victims and thereafter served as one of a handful of firms (among dozens of law firms of record) on the Plaintiffs' Steering Committee. After hard-fought litigation, the matter eventually settled for $80 million.

In Re Westley Tire Fire Litigation
Santa Clara County Superior Court Case No. CV 801282
On September 22, 1999, lightning struck and ignited a pile of approximately 7 million illegally stored waste tires in Westley, California, a town about 70 miles east of San Francisco. Over the subsequent five weeks, the fire spewed smoke and carcinogens over a large portion of the State of California. SCA served as the (sole) Lead and (shared) Liaison Counsel over a Plaintiffs' Steering/Management Committee in the consolidated actions against the owners and operators of this tire pile and related entities. These cases sought compensation for those individuals and businesses suffering personal and/or property damages as a result of these toxic substances and the fire's fall-out. In 2001, SCA reached a settlement with one defendant (CMS Generation Co.) for $9 million. In 2003, the Court granted final approval of the settlement. In 2005, two of the remaining defendants settled for an aggregate amount of roughly $1.4 million.

Onyeige, et al. v. Union Telecard Alliance, LLC
U.S.D.C. Northern District of California, Case No. 3:05-CV-03971
(U.S.D.C., District of New Jersey, MDL No. 1550)
Scott Cole & Associates, APC filed an action against Union Telecard Alliance, LLC alleging negligent misrepresentation and for deceptive advertising practices related to the marketing of its pre-paid telephone calling cards. This action settled for approximately $22 million.

Whitten v. Tilly's, Inc.
Los Angeles County Superior Court Case No. BC548252
Scott Cole & Associates, APC filed this action on behalf of California retail employees who were allegedly subject to security searches for which they were not compensated. It was also alleged that the company failed to provide these workers with meal and rest breaks. The case settled in 2017 for $2.8 million.

Witriol, et al. v. LexisNexis., et al.
U.S.D.C., Southern District of California, Case No. 3:06-CV-02360
Scott Cole & Associates, APC filed an action against this company for its allegedly-unlawful disclosure of private credit, financial and/or other personal information. This action settled for up to $2.8 million.

**Notable Appellate Experience:**

SCA has substantial appellate experience, highlighted by the examples below.  This is only a short list. For unreported cases/opinions (not listed here), please contact out firm.

<u>Augustus, et al. v. ABM Security Services, Inc.</u> (2016) 2 Cal.5th 257
    Case No. S224853

<u>Baddie v. Berkeley Farms, Inc.</u> (9th Cir. 1995) 64 F.3d 487
    Case No. 93-17187

<u>Dunbar v. Albertson's, Inc.</u> (2006) 141 Cal.App.4th 1422
    First Dist., Division 1, Case No., A111153

<u>Kullar v. Foot Locker Retail, Inc.</u> (2008) 168 Cal.App.4th 116
    Case No. A119697

<u>Montano v. The Wet Seal Retail, Inc.</u> (2015) Not Reported in Cal.App.4th
    2015 Cal. App. LEXIS 1199, Second District, Division 4, Case No. B244107

<u>O'Hara v. Factory 2-U Stores, Inc.</u> (2003) Not Reported in Cal.Rptr.3d, 2003 WL 22451991
    First District, Division 4, Case No. A101452

<u>Taylor v. Park Place Asset Management, et al.</u> (1999)
    First Dist., Division 5, Case No. A086407

<u>Whiteway v. Fedex Kinko's Office and Print Services</u> (9th Cir. 2009) 319 Fed.Appx. 688
    Case No. 07-16696

Scott Cole & Associates, APC // Class Action Attorneys
1970 Broadway, Ninth Floor // Oakland, California 94612
Telephone: (510) 891-9800 // Facsimile: (510) 891-7030 // Web:  www.scalaw.com
