UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>FINANCIAL INSTITUTION ACTIONS | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |

## DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF THE CUNA/ICBA GROUP'S LEADERSHIP APPLICATION

I, Joseph P. Guglielmo, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner at the law firm of Scott+Scott, Attorneys at Law, LLP and admitted to practice before this Court. I have personal knowledge of the matters stated herein and if called upon, I could and would competently testify thereto.

2. I submit this Declaration in Support of the Application of the "CUNA/ICBA Group" to Serve as Co-Lead Counsel, Co-Liaison Counsel, and Plaintiffs' Steering Committee for the Financial Institution Plaintiffs, and have personal knowledge of the facts below.

3. I have reviewed the relevant dockets and filings related to the financial institution actions.

1

4. By my count, 71 different financial institutions have filed actions that are pending before this Court.

5. By my count, counsel for 63 of the 71 financial institutions support the CUNA/ICBA Group's leadership application.

6. The CUNA/ICBA Group's clients include credit unions, banks, and national and statewide credit union and banking associations.

7. Attached to this Declaration are the résumés of the law firms and biographies of the attorneys seeking appointment to leadership positions as part of the CUNA/ICBA Group.

8. Attached hereto as **Exhibit 1** is a copy of the firm résumé of Scott+Scott, Attorneys at Law, LLP and the biography of Joseph P. Guglielmo.

9. Attached hereto as **Exhibit 2** is a copy of the firm résumé of Carlson Lynch Sweet Kilpela & Carpenter, LLP and the biography of Gary F. Lynch.

10. Attached hereto as **Exhibit 3** is a copy of the firm résumé of Gillen, Withers & Lake LLC and the biography of Craig A. Gillen.

11. Attached hereto as **Exhibit 4** is a copy of the firm résumé of The Finley Firm, P.C. and the biography of MaryBeth V. Gibson.

12. Attached hereto as **Exhibit 5** is a copy of the firm résumé of Murray Law Firm and the biography of Arthur M. Murray.

13. Attached hereto as **Exhibit 6** is a copy of the firm résumé of Robins Kaplan, LLP and the biography of Stacey P. Slaughter.

14. Attached hereto as **Exhibit 7** is a copy of the firm résumé of Berman Fink Van Horn, P.C. and the biography of Charles Hale Van Horn.

15. Attached hereto as **Exhibit 8** is a copy of the firm résumé of Carney Bates & Pulliam PLLC and the biography of Joseph Henry (Hank) Bates, III.

16. Attached hereto as **Exhibit 9** is a copy of the firm résumé of Chestnut Cambronne, PA and the biography of Bryan L. Bleichner.

17. Attached hereto as **Exhibit 10** is a copy of the firm résumé of Lockridge Grindal Nauen P.L.L.P. and the biography of Karen H. Riebel.

18. Attached hereto as **Exhibit 11** is a copy of the firm résumé of Roberts Law Firm, PA and the biography of Karen S. Halbert.

19. Attached hereto as **Exhibit 12** is a copy of the firm résumé of Zimmerman Reed LLP and the biography of Brian C. Gudmundson.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 2, 2018

_____
Joseph P. Guglielmo