# EXHIBIT 2



For the last two decades, the attorneys of Carlson Lynch Sweet Kilpela & Carpenter, LLP ("Carlson Lynch") have litigated complex class-action matters involving data breach and privacy violations, financial fraud (including securities fraud, derivative actions, and mortgage fraud), antitrust, consumer protection, labor and employment issues, including wage and hour violations, and disability access issues, in federal and state courts throughout the country.  Litigation prosecuted by Carlson Lynch has resulted not only in the substantial monetary recoveries and injunctive benefits on behalf of class members described below, but also in the generation of seminal legal authority.  Carlson Lynch attorneys are assisted by a full service support staff of paralegals and legal assistants.  The firm has its primary offices in Pittsburgh, Pennsylvania and San Diego, California, and maintains a national practice.

Carlson Lynch founding partner, Gary F. Lynch, is one of the leading attorneys handling data breach and privacy litigation in the United States, and has been counsel in numerous data breach cases, including several cases brought on behalf of financial institutions.   Mr. Lynch is currently serving as Co-Lead Counsel for the financial institution plaintiffs in *In re Home Depot, Inc., Customer Data Security Breach Litigation,* MDL No. 2583 (N.D. Ga) and *First Choice Federal Credit Union v. The Wendy's Co., et al.*, No. 2:16-cv-0506 (W.D. Pa.); and as Chair of the Executive Committee for the financial institution plaintiffs in *Midwest Am. Fed. Credit Union v. Arby's Restaurant Group., Inc.*, No. 17-cv-00514-AT (N.D. Ga.).  He previously served on the Overall Executive Committee (Consumers and Financial Institutions) in *In re Target Corporation Customer Data Security Breach Litigation,* MDL No. 2522 (D. Minn);  In addition, Mr. Lynch serves as lead counsel in *Dittman et al. v. UPMC*, No. 43 WAP 2017 (Pa.), representing current and former employees of a large health care system whose private, personal information has been used to fraudulently file tax returns and open bank accounts because of data and privacy breaches by the hospital.  The case is currently scheduled to be heard by the Pennsylvania Supreme Court to address the application of the economic loss doctrine and the contours of legal duty in the context of data breaches.  Finally, Mr. Lynch also is, or was, counsel for plaintiffs in the data breach and data privacy cases of *Storm et al. v. Paytime, Inc.*, No. 14-01138-JEJ (M.D. Pa) (employee data stolen); *In re Vizio, Inc. Consumer Privacy Litig.*, MDL No. 2693 (C.D. Cal.); *Dover v. Shoe Show, Inc*., No. 2:12-cv-00694 (W.D. Pa.) (FACTA violation); *Greater Chautauqua Federal Credit Union v. Kmart Corp. et al.,* No. 15-02228 (N.D. Ill) (representing financial institutions); *In re: Ashley Madison Customer Data Security Breach Litig.*, No. 4:15-md-2669 (E.D. Mo.); and *Longenecker-Wells, et al. v. Benecard Services, Inc. d/b/a Benecard PBF, et al.*, 1:15-cv-0422-WWC (M.D. Pa.) (patient data stolen).

Mr. Lynch obtained a Bachelor of Science degree in Accounting from The Pennsylvania State University in 1986; and, in 1989, he obtained a juris doctorate from the University Of Pittsburgh School of Law, where he served as an editor of the University of Pittsburgh Law Review.  Mr. Lynch began his legal career at Reed Smith, LLP.  Since leaving Reed Smith in 1991, Mr. Lynch has been a partner in various firms, ultimately co-founding Carlson Lynch in June of 2004.  Mr. Lynch has developed a nationally-recognized plaintiffs' class action practice in the areas of consumer protection litigation and employee rights.

Since co-founding his current firm, Mr. Lynch has litigated numerous class actions involving data privacy, consumer protection, financial fraud, wage and hour violations, employment discrimination, and other complex litigation. He has served as lead or co-lead counsel, a member of various litigation committees, or has otherwise been involved in the following representative cases:

- ***In re Vizio, Inc. Consumer Privacy Litigation***, MDL No. 2693 (C.D. Cal.).

- ***Luca v. Wyndham Worldwide Corporation***, 2:16-cv-00746 (W.D. Pa).

- ***Sullivan v. Wenner Media, LLC (Rolling Stone Magazine)***, 1:16-cv-00960 (W.D. Mich.).

- ***First Choice Federal Credit Union v. The Wendy's Company et al.***, 2:16-cv-0506 (W.D. Pa.).

- ***Longenecker-Wells, et al. v. Benecard Services, Inc. d/b/a Benecard PBF, et al.***, 1:15-cv-0422-WWC (M.D. Pa.).

- ***In re Home Depot Customer Data Breach Litig.***, 1:14-md-02583, MDL 2583 (N.D. Ga.).

- ***In re Target Corporation Customer Data Breach Litig.***, 0:14-md-02522, MDL 2522 (D. Minn.).

- ***In re SuperValu, Inc. Customer Data Security Breach Litig.***, 0-14-md-02586, MDL 2586 (D. Minn.).

- ***In re Community Health Systems, Inc., Customer Data Security Breach Litigation***, 2:15-cv-00222, MDL 2595 (N.D. Ala.).

- ***Dittman et al v. UPMC d/b/a The University of Pittsburgh Medical Center and UPMC McKeesport***, (Allegheny Cty., Pa. No. GD-14-003285).

- ***Storm et al. v. Paytime, Inc.***, No. 1:14-cv-011380-JEJ (M.D. Pa.).

- ***Rescap Bankruptcy,*** (S.D.N.Y. Bkr.).

- ***CitiMortgage SCRA Litigation,*** (S.D.N.Y.).

- ***Pitts v. NovaStar Home Loans, Inc. et al.***, (S.D. Ga.).

- ***In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Secondary Mortgage Loan Litigation***, (W.D. Pa.).

- ***Kaher v. Ameriquest Mortgage Co.,*** (W.D. Pa./MDL N.D. Ill.).

- ***In re Wireless Phone Equipment Replacement Insurance Litigation,*** (C.P. Allegheny County, Pennsylvania).

- ***Gualano v. Abercrombie & Fitch Stores, Inc.***, (W.D. Pa).

- *Pasci v. Express, LLC*, (W.D. Pa.).

- *Dwight v. American Eagle Outfitters, Inc.,* (C.P., Allegheny County, Pennsylvania).

- *Tarlecki v. Bebe Stores, Inc.,* (N.D. Cal.).

- *Dykeman v. Charming Shoppes, Inc.*, (Sup. Ct., King County, Washington).

- *Battaline v. Advest,* (W.D. Pa.).

- *Ellis v. Edward Jones,* (N.D. Ohio).

- *Byers v. PNC Financial Services Group, Inc.,* (W.D. Pa.).

- *Steen v. A.G. Edwards, Inc.,* (S.D. Cal.).

- *Meola v. AXA Financial, Inc.,* (N.D. Cal.).

- *In re St. Francis Health System,* (C.P., Allegheny County Pennsylvania).

- *Haag v. Janney Montgomery Scott,* (E.D. Pa.).

- *Steinberg v. Morgan Stanley & Co.,* (S.D. Cal.).

- *Ramsey v. Ryan Beck, Inc.* (S.D.N.Y.).

- *Kniess v. Heritage Valley Health Systems, Inc.,* (C.P., Allegheny County, Pennsylvania).

- *Leadbitter v. The Washington Hospital, Inc.,* (W.D. Pa.).

- *Career Education Corporation Misclassification Litigation,* (W.D. Pa.).

- *Atrium Centers, LLC Automatic Meal Break Deduction Litigation,* (N.D. Ohio).

Mr. Lynch was admitted to the Pennsylvania bar in 1989, and is admitted to practice in the United States Supreme Court. He is also admitted to practice in the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits, as well as numerous federal district courts around the country. He serves as a member of the Local Rules Advisory Committee for the United States District Court for the Western District of Pennsylvania and is a member of the board of directors of several non-profit organizations in western Pennsylvania, including the Human Services Center, an outpatient behavioral health organization where he formerly served as President. In 2012, Mr. Lynch served as Counsel of Record before the United States Supreme Court in the case of *Genesis HealthCare Corp. v. Symczyk*. He has received Martindale-Hubbell's highest rating of AV, has been rated as a Pennsylvania Super Lawyer, and is a frequent local and national Continuing Legal Education lecturer.