# EXHIBIT 3

GILLEN WITHERS & LAKE, LLC

Craig A. Gillen established the firm in 1993 when he left the Office of Independent Counsel for the Iran/Contra prosecutions as second in charge in 1993 after spending 13 years with the United States Attorney's Office in Atlanta and 4 years as Deputy Independent Counsel in the Iran-Contra prosecutions. Mr. Gillen and Thomas A. Withers began practice together in 1998. Anthony C. Lake has been a member of the firm for more than 15 years. The firm maintains offices in Atlanta and Savannah and handles complex litigation throughout the Southeastern United States.

Mr. Gillen and Mr. Withers had distinguished careers as Assistant United States Attorneys with the Department of Justice in high profile, complex prosecutions, and each were recognized by the Department of Justice for their exemplary work.

Gillen, Withers & Lake is one of the most distinguished trial practice law firms in the state, recognized for their diligent preparation, commitment to their clients, and outstanding trial skills. Mr. Gillen and Mr. Withers have enjoyed enormous success in both the State and Federal Courts handling complex trials. In October of 1989, following his successful prosecution of United States Congressman Patrick Swindall, *United States v. Swindall*, Case # 1:1988cr00477 (N.D.Ga. 1988), Mr. Gillen received an Attorney General's Special Achievement Award. In January 1990, following the *Swindall* prosecution, Mr. Gillen joined the Office of the Independent Counsel for Iran/Contra in Washington, D.C., where he served as the Deputy Independent Counsel and supervised all of the investigations of the continuing investigation. He was the lead counsel for the following Iran/Contra cases: (1) *United States v. Abrams*, Case # 1:1991cr00575 (D.D.C. 1991) (former Assistant Secretary of State for Latin American Affairs); (2) *United States v. Fiers*, Case # 1:1991cr00396 (D.D.C. 1991) (former CIA Chief for Central America; (3) *United States v. Weinberger*, Case # 1:92-cr-00235 (D.D.C. 1992) (former Secretary of Defense); and (4) the multi-week trial in *United States v. Claire George* (former CIA Chief of Worldwide Operations).

In 1993, following the Iran/Contra presidential pardons, Mr. Gillen started his own private practice in Atlanta, Georgia. Mr. Gillen maintains an active trial practice representing clients in complex civil and criminal litigation.

In *United States v. Kaplan*, Case # 1:1999cr00609 (N.D.Ga. 1999), Mr. Gillen secured one of only two acquittals in the "Gold Club" prosecution, which

1

received extensive, nationwide coverage. Mr. Gillen also secured dismissal of all charges against a State of Georgia legislator following an attack on the State's charges against his client in *State of Georgia v. V.S.*

Mr. Gillen, as lead counsel, obtained the only acquittal of an executive in the National Century Financial Enterprises prosecution, one of the largest private fraud prosecutions in U.S. history, in *United States v. Poulsen*, Case # 2:2006cr00129 (S.D.Ohio 2006). And in *United States v. Shelnutt*, Case # 4:09cr14 (M.D.Ga. 2009), Mr. Gillen helped obtain the acquittal on all charges of an attorney charged with aiding and abetting a drug conspiracy, money laundering, and witness intimidation.

Of late, Mr. Gillen has obtained the reversal of the convictions of a county CEO, *Ellis v. State of Georgia*, 300 Ga. 371, 794 S.E.2d 601 (2016), and on behalf of a former CEO of a county electric cooperative, *State of Georgia v. Brown*, Case # A18A0389 (Ga.App. 2017).

Tom Withers is a former Assistant United States Attorney and Chief of the Criminal Section for the United States District Court for the Southern District of Georgia from 1990 to 1998. Mr. Withers maintains an active trial practice in areas including complex civil and class litigation. He has been co-counsel in over 70 consumer class actions. Mr. Withers was appointed to the Plaintiffs' Steering Committee in *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL 2583 (N.D. Ga.) representing Financial Institutions, where he was involved in coordinating third party discovery. He has also previously served as liaison counsel for a ground breaking, nationwide, class action litigation in the mortgage industry. *In Re: Novastar Home Mortgage, Inc., Mortgage Lending Practices Litigation*, MDL 1677 (S.D. Ga.).