# EXHIBIT 4

**THE FINLEY FIRM, P.C.**
**MaryBeth V. Gibson**

## PRACTICE AREAS

*<u>Multi-District Litigation, Class Action & Mass Torts</u>*

The Finley Firm, P.C., has extensive experience in Multi-District Litigation, complex business litigation, and class action law suits involving products liability, insurance issues and consumer fraud.  United States District Judge Thomas W. Thrash of the Northern District of Georgia appointed one of our lawyers, MaryBeth Gibson, to the Plaintiffs' Steering Committee representing financial institutions *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL 2583, where she also served as co-chair of the Third-Party Discovery Committee.  In addition to data breach litigation, MaryBeth Gibson served on the Discovery Committees in the products liability MDLs, *In Re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation, MDL 2197*, USDC, Northern District of Ohio, and *In Re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, *MDL 2244*, USDC, Northern District of Texas.  Ms. Gibson participated in *In Re: Volkswagen "Clean Diesel", MDL 2672*, USDC, Northern District of California, San Francisco Division, representing clients named in the consolidated complaint. She and the Firm also represented multiple businesses and individuals in *In RE: Oil Spill By the Oil Rig "Deepwater Horizon", MDL 2179,* USDC, Eastern

District of Louisiana. Ms. Gibson participated in *In Re: Vioxx Products Liability Litigation, MDL 1657*, USDC, Eastern District of Louisiana, representing several clients through to successful settlements.  Ms. Gibson and the Firm are representing clients in *In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, *MDL No. 2327*, USDC, Southern District of W.VA.

Ms. Gibson and members of the Firm have experience handling class actions covering a wide range of complex legal issues.  She is experienced in certifying classes, addressing venue and jurisdictional challenges, early motion practice, issues related to class experts, summary judgment, and fairness hearings. Over the course of her career, Ms. Gibson has served as lead or co-lead counsel in dozens of class action cases, a few of which include:  *Richard Dickman , et al. v. Banner Insurance Company*, USDC for the District of Maryland, Civil Action No. 16-cv-0192-RDB, Judge R. D. Bennett, pending (involving a reinsurance scheme and analysis of improper increase in cost of insurance); *Randy and Mary Williams, et al. v. National Union Fire Insurance Company of Pittsburgh, et.al.,* USDC, Northern District of Georgia, Atlanta Division, Civil Action No.: 1:14-CV-00309-TWT, Judge Thomas W. Thrash, Jr., Class Action Settlement pertaining to fraud and RICO claims; *Ackerman, et al. v. Mahindra & Mahindra, LTD*, USDC, Northern District of Georgia, Atlanta Division, Civil Action No.: 1:12-CV-2048-TWT , Judge Thomas W. Thrash, Jr. , served as Special Counsel to Plaintiff Dealership; *Minter, et al.  v.*

*Walgreen Co. d/b/a Walgreens*, USDC, Northern District of Georgia, Atlanta Division, Civil Action No.:1:14-CV-3251-AT, Judge Amy M. Totenberg, served as Special Counsel to Plaintiffs in Class Action Settlement pertaining to fees charged in excess of those statutorily permitted; *Annette Rush v. Village Auto Insurance Company*, Superior Court of Fulton County, Civil Action No.: 2005-CV-107983, Judge T. Jackson Bedford, Jr., Class Action Settlement pertaining to marketing automobile club membership, paying "fees" or "dues" for "motor club" coverage through Transit Automobile Club.

### *Commercial Litigation*

Ms. Gibson and the Firm's lawyers are also adept at litigating commercial disputes. In 2015, our lawyers successfully persuaded Judge May to dismiss antitrust, RICO, and other claims – the victory was upheld both in the Eleventh Circuit Court of Appeals and the United States Supreme Court. Our litigators have litigated and tried cases involving complex subject matters, including loan disputes, mixed-use property developments, commercial building contracts, water run-off at industrial sites, lease enforcement, personal guaranties, broker commission disputes, electric service provider disputes, easement and restrictive covenants, reversionary interests, partnership disputes, and valuation issues. The Firm also handles legal disputes relating to construction projects, including, legal issues relating to bonds and securities, liens, and other construction claims requiring arbitration.