# EXHIBIT 5



**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone (504) 525-8100
Facsimile   (504) 584-5249

**FIRM RESUME**

For over forty years, the nationally-recognized attorneys of the Murray Law Firm have been actively involved in complex litigation throughout Louisiana and the United States. The Murray Law Firm has successfully represented plaintiffs in class actions and mass torts covering a wide range of areas, including personal injury, property damage, insurance underpayments, and unfair trade practices. The Murray Law Firm employs eleven attorneys licensed to practice in numerous state and federal courts throughout the United States (including such specialized courts as the Court of Federal Claims and its Vaccine Injury Compensation Program).  Many of the firm's lawyers have received major educational and professional awards, have taken a leading role in significant litigation (not only in Louisiana but nationwide), and have authored a number of published articles. Each attorney at the Murray Law Firm is dedicated to ensuring open access to the courts, protecting the rights of the injured, and promoting individual and corporate responsibility, all while maintaining the highest ethical standards.

Much of the Murray Law Firm's experience in complex litigation has been in the field of multi-district litigation. The firm's most senior partner, Stephen Murray, has been appointed to the steering committees of a number of MDLs, including: *In re: Actos (Pioglitazone)* (MDL No. 2299); *In re: Baycol* (MDL No. 1431); *In re: Phenylpropanolamine (PPA)* (MDL 1407); and *In re: Propulsid* (MDL No. 1355). Attorneys of the Murray Law Firm have been active participants in a host of other MDLs, including: *In re: Vioxx* (MDL No. 1657); *In re: Zyprexa* (MDL No. 1596); *In re: Incretin Mimetics* (MDL No. 2452); and *In re: Xarelto (Rivaroxaban)* (MDL No. 2592).

Murray Law Firm's proposed Co-Chair of the Plaintiffs' Steering Committee in this litigation is Arthur M. Murray. Art has received an AV 7 Preeminent rating from Martindale-Hubbell and has been

included in the Rising Star (Class Action) category of Louisiana Super Lawyers since 2014. He has over sixteen years of litigation experience as trial counsel in mass actions and class actions throughout the United States and has litigated at all district and appellate levels.

Art was Lead Counsel in *Guidry v. American Public Life Ins. Co*., which involved the underpayment of cancer policy benefits and resulted in a substantial national class settlement that had only two opt-outs. He also served as appellate counsel in *Grefer v. Alpha Technical, Inc*. which, to date, stands as the largest single plaintiff punitive damage judgment ever upheld on appeal in the State of Louisiana. Art also had the pleasure of serving as class counsel in the Louisiana PPO litigation (*Gunderson v. F.A. Richard and Assoc., Inc.* and the related cases which followed), helping thousands of health care providers collect more than $300,000,000 over a ten year span.

Art has a great deal of experience handling complex litigation in federal court as well. In fact, he has represented financial institutions in data breach litigation, such as the present case, by serving as Co-Lead Counsel in the Kmart Data Breach Litigation (*Greater Chautauqua Fed. Credit Union v. Kmart Corp*., No. 1:15-cv-02228 (N.D. Ill.)), Co-Lead Counsel in the Chipotle Data Breach Litigation (*Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc*., No. 1:17-cv-01102 (D. Col.)) and as a member of the Plaintiffs Steering Committee for *In re: The Home Depot, Inc., Customer Data Security Breach* (MDL No. 2583). Art has also been appointed to leadership roles in other cases, including co-chair of the Plaintiffs' Steering Committee in *In re: NFL Sunday Ticket Antitrust Litigation*, MDL No. 02668 (C.D. Cal.), and a member of the Plaintiffs Steering Committee in *In re: Zonfran (Ondansetron) Litigation*, MDL No. 2657 (D. Mass).

LISTING OF REPRESENTATIVE CASES

1. *Bellwether Cmty. Credit Union v. Chipotle Mexican Grill, Inc.,* No. 1:17-cv-01102 (D. Col.) (Co-Lead Counsel);

2. *Midwest America General Credit Union v. Arby's Restaurant Group, Inc. Litigation,* No. 1:17-mi-00514 (ND. Ga.) (Member of PSC);

3. *First Choice Federal Credit Union v. The Wendy's Company, et al.*, No. 2:16-cv-00506 (W.D. Pa) (Executive Committee);

4. *In Re: National Football League's "Sunday Ticket" Antitrust Litigation*, MDL No. 2668 (C.D. Cal.) (Co-Chair of the PSC);

5. *In Re: Zofran,* MDL No. 2657 (D. Mass.) (Member of PSC);

6. *Greater Chautauqua Federal Credit Union v. Kmart Corp., et al.,* No. 1:15-cv-02228 (N.D. Ill.) (Co-Lead Counsel);

7. *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La.);

8. *In Re: Syngenta AG MIR162 Corn Litigation*, MDL No. 2591 (D. Kan.);

9. *In Re: Home Depot, Inc., Customer Data Security Breach,* MDL No. 2583 (N.D. Ga.) (Member of PSC);

10. *In Re: Vehicle Carrier Services Antitrust Litigation*, No. 13-cv-3306 (D.N.J.);

11. *In Re: Automotive Parts Antitrust Litigation*, No. 2:12-md-2311 (E.D. Mich.);

12. *Martin Z. Gavin v. Medtronic, Inc.; Medtronic USA, Inc.; and Medtronic Sofamor Danek USA, Inc.,* No. 2:12-cv-00851 (E.D. La.);

13. *In Re: Actos (Pioglitazone) Products Liability Litigation,* MDL No. 2399 (W.D. La.);

14. *In Re: Genetically Modified Rice Litigation*, No. 4:06-md-1811-CDP (E.D. Mo.);

15. *Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.,* No. 03-09-CV-320-HU (Or. Dist. Ct.) (Class Counsel);

16. *Scottie Day v. Janssen, et al. (In Re: Risperdal Litig.),* No. 2014-04017, C.P. Philadelphia County, Pa.)

17. *Opelousas Gen. Hosp. Auth., A Pub. Trust, d/b/a Opelousas Gen. Health Sys. v. PPO Plus, L.L.C.,* No. 13-C-5380-D, 27th Jud. Dist. Ct, St. Landry Parish, La. (Class Counsel);

18. *Opelousas Gen. Trust Auth. d/b/a Opelousas Gen. Health Sys., et al. v. Multiplan, Inc., et al.,* No. 12-C-2603-D, Fed. Docket No. 6:12-cv-01830, 27th Jud. Dist. Ct., St. Landry Parish, La. (Class Counsel);

19. *Opelousas Gen. Hosp. Auth., a Pub. Trust, d/b/a Opelousas Gen. Health Sys. & Arklamiss Surgery Ctr., L.L.C. v. Fairpay Solutions, Inc.,* No. 12-C-1599-C, 27th Jud. Dist. Ct., St. Landry Parish, La. (Class Counsel);

20. *Darcy Guidry, et al. v. Am. Pub. Life Ins. Co., et al.,* No. 2008-3465, Div. G, 14th Jud. Dist. Ct., Calcasieu Parish, La. (Lead Counsel for the Class);

21. *Clark A. Gunderson, M.D., et al. v. F.A. Richard & Assocs., Inc., et al.*, No. 2004-002417, 14th Jud. Dist. Ct., Calcasieu Parish, La. (Class Counsel);

22. *Joseph Grefer, et al. v. Alpha Technical, et al.,* No. 1997-15004 Div. J, Civ. Dist. Ct., Orleans Parish, La. (Lead Appellate Counsel).