# EXHIBIT 6

**ROBINS / KAPLAN**LLP

Robins Kaplan LLP is among the nation's premier trial firms, with more than 220 attorneys in eight cities. The Firm's legacy for recognizing the strength of diversity to drive equal justice, regardless of economic resources, was born in the depths of the Great Depression. Two lawyers, rebuffed by traditional law firms, began their own quest to make history against more economically powerful defendants. That journey has led the Firm to rewrite the odds for its clients, earning recognition and praise.

The Firm, known for its exceptional trial advocacy, has achieved more than $2 billion in jury verdicts on behalf of its clients. The Firm has also obtained more than $10 billion in settlements for plaintiffs in large-scale litigation. *The National Law Journal* recently highlighted the Firm's "track record for litigating and negotiating complex cases resulting in verdicts and settlements worth hundreds of millions or even billions of dollars for their plaintiff clients."[1]

For example, in *State of Minnesota and Blue Cross & Blue Shield of Minnesota v. Philip Morris Inc. et al.*, No. C1-95-1324 (Minn.), the firm pursued a groundbreaking lawsuit against the tobacco industry, which settled on the eve of jury deliberations for more than $6.6 billion and unprecedented injunctive relief. Former Surgeon General Dr. C. Everett Koop called the Minnesota case one of the most significant public health achievements of the 20th century.

Since then, the Firm continues to live up to its brand for *Rewriting the Odds*™ against well-funded opponents in high-stakes litigation. Recent recognition includes: *Benchmark Litigation:* "Top Ten Plaintiffs' Firm" (2017) and "highly recommended litigation firm in Minnesota"(2018); *Chambers:* "Plaintiff, nationwide antitrust" (2017); *BTI:* "Honor Roll of Most Feared Law Firms" (2016), "Client Service A-Team 2016", "Awesome Opponent" (2014); *Law360:* "Litigation Powerhouses" (2016) and "Most Feared Plaintiffs' Firms (2015); *Legal 500 USA:* one of nation's top firms in Civil Litigation/Class Actions (2016) and one of "the best plaintiff's firms in the country" (2015); *The American Lawyer:* "A-List" (2016); *The National Law Journal:* "Elite Trial Lawyers Report" in Antitrust (2016), Plaintiff's Hot List (2015), and Elite Trial Lawyers List (2014).

---

[1] *National Law Journal* Plaintiffs' Hot List 2015.

Consistent with its legacy, the Firm's attorneys have contributed more than 7% of their billable time to pro bono cases since 2008. *The American Lawyer* ranked the Firm in the top 20 nationally for pro bono work (2017), and *The National Law Journal* named the Firm to its 2017 "Pro Bono Hot List." The Firm is also a champion of diversity, recognized in *American Lawyer's* diversity A-List, *Chambers*, the Human Rights Campaign Corporate Equality Index since 2009, and received the *Profiles in Diversity Journal* 2012 Diversity Leader Award and 2017 Award of Excellence.

### SELECTED NOTABLE SUCCESSES

Robins Kaplan LLP has obtained history-making successes for plaintiffs in complex legal disputes. Only a few recent case examples include:

- Obtained over $1.2 billion in settlements with certain Defendant airlines for an alleged conspiracy to fix air cargo shipping price. *In re Air Cargo*, C.A. No. 06-md-01775 (CBA) (E.D.N.Y.).

- Obtained over $900 million in partial settlements with certain Defendants in conspiracy to fix automotive parts prices. *In re Auto Parts Antitrust Litig.*, C.A. No. 12-md-02311 (E.D. Mich.).

- Represented plaintiff, a leading provider of technology products, in one of the largest nationwide consumer protection actions in the country, alleging a cartel to fix LCD display prices, resulting in over $400 million in settlements and a $7.5 million jury verdict. *In re TFT-LCD (Flat-Panel) Antitrust Litig.*, MDL No. 1827 (N.D. Cal.).

- Obtained a $76.8 million jury verdict for insurers who overpaid for prescription drugs. *Blue Cross Blue Shield of Minn. et al. v. Mylan Lab., Inc. et al.*, No. 02-cv-01299 (D.D.C.) (currently on remand).

- Obtained a $2.7 billion arbitration award on behalf of Kraft Foods Group, Inc. and Mondelez International, Inc. for breach of contract against Starbucks Coffee Company.

### SELECTED COMMENT ABOUT THE FIRM AND ITS ATTORNEYS

- "…I think these lawyers, both for the plaintiffs and for the defense, have done a fine job and I am satisfied that the settlement is fair and in the interests of the class, the defendants, and all class members." – U.S. District Court Judge William G. Young, Transcript of Final

- Approval of Settlement at 18, *Dahl, et al. v. Bain Capital Partners, LLC et al.*, 07-cv-12388 (D. Mass. Feb. 18, 2015).

- "*Stacey excelled in her representation of the Bank and her knowledge of this fast moving, and by the nature of fraud claims, sometimes secretive practices of the industry. Her command of the issues, mastery of the facts, and her ability to out duel opposing New York counsel from the biggest firms in the country were nothing short of exemplary.*" – Plaintiff, Financial Institution Client, Recommendation Letter (Feb. 9, 2015).

- "*[A] 'team' is 'any group of people organized to work together interdependently and cooperatively to accomplish a purpose or goal.' . . . A model in partnership . . . [h]eightened respect for an institution . . . [g]reat strategy, coupled with great execution . . . [a]nd, finally – cautious optimism for closure . . . Well-deserved congratulations, all around…and a salute to the power of 'team.'*" – Fortune 1000 Client, Letter to Ms. Slaughter and team (Mar. 22, 2011).

## ATTORNEY PROFILE - STACEY SLAUGHTER

**Stacey Slaughter** is a partner at the Firm and licensed to practice in New York and Minnesota.  Ms. Slaughter has amassed nearly two decades of experience litigating high-stakes financial, consumer, and antitrust disputes in federal and state courts throughout the United States.

For the past three years, Ms. Slaughter has been named a New York Metro *Super Lawyer*.  She was recognized by *Law 360's* Top 25 Women in Securities (2016); *Profiles In Diversity* "Women Worth Watching" (2017); *Minnesota Lawyer's* "Attorneys of the Year" (2014); *North Star Pro Bono Lawyer* (2015-17); and *Minneapolis-St. Paul Business Journal* "40 Under 40" (2009).

She has taught Bloomberg's annual *Class Action Litigation in Review* webinar series since 2011 and lectured at *Law Seminars International* conferences on Class Actions.  *American Banker, Bloomberg, Credit Union Times, The New York Times, Reuters,* and *The Washington Post,* among others, have quoted Ms. Slaughter as an authority in financial industry and consumer cases.

For additional information about the Firm or Ms. Slaughter, please visit ***www.RobinsKaplan.com***.