# EXHIBIT 7

**BERMAN FINK VAN HORN P.C.**

## Berman Fink Van Horn: A Business Law Firm With an Eye On Your Future

Envision a progressive business law firm with an uncommon combination of effectiveness, responsiveness and efficiency. That's what Berman Fink Van Horn P.C. (BFV) looks like. We are a group of like-minded entrepreneurial lawyers committed to the success of your growing business. We're not afraid to roll up our sleeves and work alongside you to execute your business vision.

BFV specializes in assisting business organizations of all sizes and entrepreneurs achieve their business goals. From start-up to succession, we assist clients in all phases of corporate life cycles. Our team of attorneys has diverse backgrounds in complex business transactions, dispute resolution and litigation, labor and employment matters, real estate transactions and disputes, insurance, and mergers and acquisitions.

Our valued business clients span such fields as:

* Technology
* Banking and financial services
* Manufacturing
* Health care
* Real estate
* Import/export
* Restaurants
* Hotels

No matter the field, our clients recognize that BFV goes to considerable lengths to understand the intricacies of their businesses as well as their individual philosophies and aspirations. As such, we're often viewed as our clients' "outside-in-house" legal counsel. We invest the time needed to develop strong partnerships with our clients, enabling us to derive effective legal solutions, drive down their exposure and risk and resolve their deals and disputes quickly and successfully. As with any service we know that legal work needs to be measured by a client's return on investment.

The firm's credo is to fulfill each client's need for attentive and highly responsive, cost-effective legal services. As a result, we take immense pride in our continuing, trust-based relationships with our clients.

## Charles H. Van Horn

Chuck Van Horn is a shareholder at Berman Fink Van Horn where his practice involves business and commercial litigation with an emphasis in litigation arising out of real estate transactions.

Chuck represents financial institutions, mortgage companies, loan default services, title companies, attorneys, real estate brokers, appraisers and builders and developers in all types of disputes, including loan enforcement, data breach and cyber-related issues, foreclosure claims and related litigation, title litigation, contract disputes, business torts, unfair competition claims, malpractice allegations and partnership, shareholder and other internal corporate disputes, particularly those arising out of real estate enterprises.

Chuck handles a significant number of cases involving fraudulent transfer claims and has tried such claims to jury verdict.

Chuck's representation of builders, developers and contractors includes representation of both plaintiffs and defendants in disputes involving construction defects, title issues and disputes involving tortious interference with business and contractual relations, breach of fiduciary duty and/or duty of loyalty and unfair and deceptive trade practices.  Chuck lectures frequently on trial advocacy, trends in the real estate industry, including conducting numerous seminars on lender litigation matters, foreclosure issues and fraudulent conveyance claims.

Named a Top 100 Georgia Super Lawyer since 2013, as well as a Super Lawyer in 2006, 2009 – present, Chuck has taught as an adjunct professor at Emory University School of Law. He served as the Chair of the Real Estate Section of the Atlanta Bar Association, as well as Secretary and Treasurer of that Section. In addition, he has served as a member of the Board of Directors of the Litigation Section of the Atlanta Bar. Chuck is the Alumni Recruitment Network Coordinator for Georgia on behalf of his alma mater, Villanova University.

## **Representative Matters Relevant to Application**

Obtained summary judgment for financial institution in fraudulent conveyance lawsuit and successfully set aside transfer of luxury home, luxury car and money transfers.

Litigated breach of office lease at headquarters for financial institution against landlord.

Counsel on behalf of financial institutions and related trade associations in data breach class actions against Home Depot (filed in Georgia), Wendy's (filed in Pennsylvania), Arby's (filed in Georgia) and Intercontinental Hotels (filed in Georgia).

Successfully litigated claims on behalf of credit union against national banks over breach of provisions under UCC. Through resolution, all funds lost by credit union were recovered.

Obtained judgment for $2,850,000 after week-long jury trial for lender in case against borrower and related businesses.

Obtained six figure settlement for financial institution in fraudulent conveyance action in action to set aside multiple transfers of real estate, luxury cars, and other assets.

Obtained dismissal for national default servicer in lawsuit challenging legality of foreclosure.