# EXHIBIT 8



# CARNEY BATES & PULLIAM, PLLC

Carney Bates & Pulliam, PLLC represents clients in complex litigation across the country ranging from data privacy/security to false advertising or deceptive marketing to securities fraud to environmental hazards. Carney Bates & Pulliam is recognized as one of the country's premiere firms in the areas of consumer protection class actions, securities fraud, environmental law and employment discrimination. For a complete firm résumé, please visit www.cbplaw.com/firm-resume.

## Data Breach and Data Security Experience

CBP has positioned itself at the forefront of data breach and data security litigation, with an emphasis on advocacy for financial institution clients. Representative cases include:

***In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.)**: Appointed to the Plaintiffs' Steering Committee in an MDL class action brought on behalf of injured financial institutions in the wake of a massive retailer data breach. A settlement, with a common fund of $25 million and an additional fund of $2.25 million for distribution to financial institutions whose claims were purportedly released by third-party sponsors, was granted final approval on September 22, 2017.

***In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.)**: Counsel for the Lead Plaintiff, successfully representing Umpqua Bank and a class of financial institution plaintiffs over injuries suffered from one of the largest data breaches in history. A settlement, valued at $39.4 million, was granted final approval by the Court on May 12, 2016.

***Michael Levine, et al. v. Sony Pictures Entertainment, Inc.*, 2:14-cv-09687-RGK-SH (C.D. Cal.)**: Co-Counsel in a class action resolved on behalf of current and former Sony employees whose personal information, along with that of their families, was compromised in a data breach. A settlement, establishing a non-reversionary cash fund of $2 million to reimburse class members for measures they took to prevent identity theft as a result of the breach and providing up to $2.5 million for class members who experienced losses due to identity theft or misuse of their personally identifying information, was granted final approval on April 6, 2016. The settlement provides for identity protection services for class members for a period of two years.

***Ebarle, et al. v. LifeLock, Inc.*, 3:15-cv-00258 (N.D. Cal.)**: Co-Lead Counsel in a class action on behalf of customers of the identity theft protection service, arising from claims that LifeLock delivered false statements about its services, failed to alert customers on a timely basis of potential identity theft, and failed to safeguard data properly. A nationwide settlement of $81 million was granted final approval in September 2016.

Beyond bringing suit on behalf of those injured by inadequate data security practices, Carney Bates & Pulliam is actively involved in building broader relationships with law enforcement and victims' assistance groups working in the data security space. In August 2013, working in conjunction with the National Organization for Victim Assistance, the firm sponsored statewide cybersecurity training for Arkansas law enforcement and allied professionals, drawing attention to advanced criminal threats and risk mitigation strategies.

## Data Privacy Experience

CBP has leadership roles in multiple, cutting-edge data privacy class actions.  Representative cases include:

*Matthew Campbell, et al. v. Facebook, Inc.*, **4:13-cv-05996-PJH (N.D. Cal.)**: Co-Lead Counsel in a class action involving allegations of email interception and violations of federal anti-wiretapping laws.  Final approval of an injunctive relief settlement, securing disclosures and limitations on Facebook's interception and use of private message content, was granted on August 18, 2017.

*Daniel Matera, et al. v. Google, Inc.*, **5:15-cv-04062-LHK (N.D. Cal.)**: Co-Lead Counsel in a class action involving allegations of email interception and violation of state and federal anti-wiretapping laws.  A settlement, requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising, was granted preliminary approval on August 31, 2017.

*Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation,* **1:16-cv-00789-TWP-MPB (S.D. Ind.)**: Lead Counsel, representing a class of pharmacies in a Telephone Consumer Protection Act litigation resulting in a $17 million settlement, which was granted final approval on September 21, 2017.

Additionally, the firm currently serves as co-lead counsel in three class actions against mobile application developers alleging surreptitious tracking of minors in violation of state laws and the federal Children's Online Privacy Protection Act.  *Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD (N.D. Cal.); *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD (N.D. Cal.); and *Michael McDonald, et al. v. Kiloo APS, et al.,* 3:17-cv-04344-JD (N.D. Cal.). CBP is also co-lead counsel in *Henson, et al. v. Turn*; 4:15-cv-1497-JSW (N.D. Cal.) (challenging defendants' practice of surreptitiously tracking and profiling Verizon subscribers through "zombie cookies") and *Jensen v. Cablevision Systems Corporation, et al.,* 2:17-cv-00100-ADS-AKT  (E.D.N.Y.). (challenging cable providers practice of surreptitiously broadcasting a public wifi hotspot from its customers' home routers without notice or authorization).

## Additional, Representative Cases

CBP has served as lead or co-lead counsel in numerous class actions, MDLs and actions on behalf of state and tribal governments, recovering hundreds of millions of dollars and achieving significant injunctive relief in the context of consumer protection, securities fraud, employment discrimination and environmental contamination.

*Wayne Miner et al. v. Philip Morris USA Inc.*, **Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661**: Co-counsel in a consumer fraud class action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, which settled, after thirteen years of litigation, in 2016 for $45 million.

*In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, **United States District Court for the Northern District of California, Case No. 11-md-2269-THE**: Member of Plaintiffs' Executive Committee; $20 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

*In re DQE, Inc. Securities Litigation*, **United States District Court, Western District of Pennsylvania, Case No. 01-1851**: Co-Lead Counsel; $12 million settlement of class action alleging violation of federal securities fraud laws.

*Esslinger v. HSBC Bank Nevada*, **United States District Court for the Eastern District of Pennsylvania, Case No. 2:10-cv-03213-BMS**: Co-Lead Counsel; $23.5 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

*Kardonick v. JPMorganChase*, **United States District Court for the Southern District of Florida, Case No. 1:10-cv-23235-WMH**: Co-Lead Counsel; $20 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

*In re Lernout & Hauspie Securities Litigation*, **United States District Court for the District of Massachusetts, No. 00-CV-11589-PBS**: Co-Lead Counsel; $115 million settlement of class action alleging violation of federal securities fraud laws.

*Mississippi Public Employees Retirement System v. Semtech Corp. et al.*, **United States District Court for the Southern District of New York, Case No. 07-Civ-7183 (DC)**: Co-Lead Counsel; $20 million settlement of class action alleging violation of federal securities fraud laws.

*Spinelli v. Capital One Bank (USA), et al.*, **United States District Court for the Middle District of Florida, Case No. 8:08-cv-132-T-33EAJ**: Co-Lead Counsel; $100 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

*In re Ashanti Goldfields Securities Litigation*, **United States District Court for the Eastern District of New York, Case No. CV-00-0717 (DGT) (RML):** Co-Lead Counsel; $15 million settlement of class action alleging violation of federal securities fraud laws.

*In re Sterling Financial Corporation Securities Class Action*, **United States District Court of the Southern District of New York, Case No. CV 07-2171**: Co-Lead Counsel, $10.25 million settlement of class action alleging violation of federal securities fraud laws.

*Nelson v. Wal-Mart Stores, Inc*., **Eastern District of Arkansas, Case No. 04-00171**: Co-Lead Counsel; class action settlement securing $17.5 million in recovery, as well as significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms.

*The Quapaw Tribe of Oklahoma v. Blue Tee Corp*., **United States District Court for the Northern District of Oklahoma, Case No.03-cv-0846-CVE-PJC**: Co-Lead Counsel; $11.5 million settlement from Asarco, LLC for spoiling the Tribe's historic reservation with lead and zinc mining waste, in addition to confidential monetary settlements with four other mining companies.

*In re Nationwide Financial Services Litigation,* **United States District Court for the Southern District of Ohio, Case No. 08-CV-00249**: Co-Lead Counsel; settlement on behalf of shareholders in "change-of-control" transaction achieving $5.05 per share increase in offer price with total value to shareholders of $232.8 million.

*In re Liberty Refund Anticipation Loan Litig*., **United States District Court for the Northern District of Illinois, Case No. 1:12-cv-02949**: Co-Lead Counsel; $5.3 million settlement related to deceptive, fraudulent, and unlawful business practices in the marketing, enrollment, and administration of Refund Anticipation Loans.

*Smith v. Intuit, Inc*., **United States District Court for the Northern District of California, Case No. 5:12-cv-00222**: Co-Lead Counsel; $6.55 million cash settlement related to deceptive, fraudulent, and unlawful business practices in the marketing, enrollment, and administration of Refund Anticipation Loans.

*State of New Mexico v. Discover Financial Services, Inc., et al.,* **United States District Court for the District of New Mexico, Case No. 1:13-cv-00503:** Co-Lead Counsel; $2.15 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

*State of New Mexico v. JPMorgan Chase & Co., et al.,* **United States District Court for the District of New Mexico, Case No. 1:13-cv-00472:** Co-Lead Counsel; $2.15 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.