# EXHIBIT 11



FIRM RESUME

Founded in 1990, Roberts Law Firm, P.A. is a full-service law firm with a worldwide client base, integrating business law with a world vision. We utilize our team of highly experienced and reputable attorneys to deliver cost-effective client-focused representation on a variety of legal issues including, but not limited to antitrust litigation, data breach litigation, intellectual property law, business based litigation, immigration, real estate, and general corporate law.

Our firm was founded on the principle that business and individual clients deserve powerful, sophisticated representation, where client priorities are paramount, and winning strategies flourish. This mission guides our firm in every client interaction, from domestic corporate clients to those in Eastern Europe, the Middle East, and the Far East.  Our full service law firm is headquartered in Little Rock, Arkansas, with presence in Boston, Massachusetts, Bentonville, Arkansas, Washington, D.C., and Taipei, Taiwan.

Our firm boasts seventeen energetic, highly credentialed attorneys dedicated to exceeding client expectations. Efficiency is valued. Exhaustive analysis is the norm. Disciplined case management is the prevailing philosophy.

Our firm has provided legal services to a wide variety of clients, including institutions of higher education, such as the University of Arkansas for Medical Sciences (UAMS), and other large and sophisticated clients, such as Wal-Mart Stores, Inc., Tyson Foods Corporation, AT&T Corporation, Georgia Pacific Corporation, Uni-Arab Corporation,  Federal Express Corporation, Southwest Airlines, USA Drug Stores, Inc., Walgreens, Inc., RBX Industries, ASUSTek Computer, Inc. (Taiwan), Compal Electronics, Inc., (Taiwan), AMTRAN Technology Co., Ltd (Taiwan), Foxlink International, Inc., Arkansas Capital Corporation, and Little Rock Diagnostic Clinic.

Roberts Law Firm, P.A.  is a Certified Minority Business Enterprise.  Our firm is a member of the NAMWOLF (National Association of Minority and Women Owned Law Firms, Inc.) and is also a member of the National Minority Supplier Development Council, Inc.

**Sample of Significant Cases of Roberts Law Firm, P.A.**

*In Re: Parking Heaters Antitrust Litig.*, United States District Court for the Southern District of New York, Civil Action No. 15-mc-940-JG-JO (Appointed Co-Lead Interim Counsel for Direct Purchaser Plaintiffs).

*In Re: Heartland Payment Systems Inc. Customer Data Security Breach Litigation*, United States District Court for the Southern District of Texas, Civil Action No. H-09-MD-2046 (Appointed as Member of Steering Committee; case settled).

*In Re: Ori vs. Fifth Third Bank and Fiserv, Inc.*, United States District Court for the Eastern District of Wisconsin, Civil Action No. 08-CV-00432 -LA. (Appointed Co-Lead Settlement Class Counsel; case settled).

*National Trucking Financial Reclamation Services, LLC vs. Pilot Corporation, Pilot Travel Centers d/b/a Pilot Flying J, et al*, United States District Court for the Eastern District of Arkansas, Case No.: 4:13-cv-00250-JMM. (Appointed Co-Lead Counsel; case settled in two months for $84 million plus injunctive relief and final approval was entered within 9 months of initially filed complaint).

*AM Sheet Metal Litigation*, United States District Court for the Eastern District of Wisconsin, No. 2: 11 CV 00162 - LA (Appointed Co-Lead Counsel for Indirect Purchaser Plaintiffs) (Case settled with three of four defendants)

*In Re: Microsoft Antitrust Litigation*: Paul Peek, D.D.S., et al. v. Microsoft Corporation, Circuit Court of Lonoke County, Arkansas, First Division, No. CV2004-480 (Co-Lead Counsel) (Order approved Final Settlement on March 6, 2007, State of Arkansas; case settled for $37 million).

*In Re: U. S. DRAM Antitrust Litigation*: *Bruce K. Burton, M D., P.A. Malvern Diagnostic Clinic, et al. v. Micron Technology, Inc., et al.*, Circuit Court of Hot Springs County, Arkansas, First Division, Case No. CV-2004-226-1 (Class Counsel: Case has settled for $300 million)

*In Re: Augmentin Litigation*, United States District Court for the Eastern District of Virginia, No. 2:02cv442; *Ryan-House et al. v. GlaxoSmithKline et al.*, United States District Court for the Eastern District of Virginia, No. 2:02cv442 (Plaintiffs Class Counsel -case settled for $61 million .)

*In Re: Nifedipine Litigation,* United States District Court for the District of Columbia, No. 04-CIV- 00799 (RJL). *SAJ Distributors, Inc. v. Biovail Corporation*, United States District Court for the District of Columbia, No 04-CIV-00799 (RJL) (Plaintiffs class counsel; case settled for $40 million).

*Hypodermic Products Antitrust Litigation*, United States District Court for the District of New Jersey, Docket No. 05-1602 (JLL/RJH), MDL No. 1730 (Plaintiffs class counsel).

*In Re: Imodium Advanced Antitrust Litigation*, United States District Court Eastern District of Pennsylvania, Master File No. 02cv4093; SAJ Distributors, Inc. vs. McNeil-PPC, Inc., United States District Court for the Eastern District of Pennsylvania, Civil Action No. 02-6993 (Plaintiffs class counsel).

*In Re: Oxycontin Antitrust Litigation*, United States District Court for the Southern District of New York, MDL Docket No. 1603; *SAJ Distributors, Inc. et al. v. The Purdue Pharma Co. et al.*, United States District Court for the Southern District of New York, MDL Docket No. 1603  (Case settled: $25 million).

*In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, United States District Court Eastern District of New York, Master File No. 05-MD-1720(JG)(JO) (Plaintiffs class counsel).

*In Re: Wellbutrin SR Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, Master File No. 04-CV-5525  (Case settled - $49 million).

*In Re: Skelaxin Antitrust Litigation*, United States District Court for the Eastern District of Tennessee, 1:12-md-02343-CLC (Case settled - $73 million).

*In Re: Rubber Chemicals Antitrust Litigation*, (filed on behalf of RBX Chemicals as individual action and settled: confidential terms).

*First Choice Federal Credit Union et al. v. The Wendy's Company et al.*, No. 2:16-cv-00506 (W.D. Pa.).  An ongoing class action on behalf of a putative class of financial institutions against Wendy's alleging negligence and other claims in a data security breach.  Roberts Law Firm serves as one of Plaintiffs' Counsel in this litigation.

*In re: Target Corporation Customer Data Security Breach Litigation*, No. 0:14-md-02522 (PAM/JJK) (D. Minn. December 26, 2013).  A class action against Target Corporation alleging negligence and violations of the Minnesota Plastic Card Security Act in a data security breach affecting 70 million consumers and tens of thousands of financial institutions. Roberts Law Firm served as one of Plaintiffs' Counsel in this litigation.