# EXHIBIT 12



Zimmerman Reed is a nationally recognized leader in complex and class action litigation and has been appointed as lead counsel in some of the largest cases in federal and state courts across the country. The firm was founded in 1983 and has successfully represented thousands of consumers and injured individuals nationwide. The firm's practice includes a wide range of legal issues involving consumer fraud, ERISA, securities and financial fraud, environmental torts, pharmaceutical drugs and medical devices, dangerous or defective products, human rights violations, and privacy litigation.

**Zimmerman Reed has been appointed Lead or Liaison Counsel in the following MDLs:**

- *Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation*, MDL 2639
- *National Hockey League Players' Concussion Injury Litigation*, MDL 2551
- *Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522
- *Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*, MDL 2441
- *National Arbitration Forum Trade Practices Litigation*, MDL 2122
- *Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation*, MDL 2096
- *Northstar Education Finance, Inc. Contract Litigation*, MDL 1990
- *Zurn Pex Plumbing Products Liability Litigation*, MDL 1958
- *Levaquin Products Liability Litigation*, MDL 1943
- *Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation*, MDL 1905
- *Medtronic Implantable Defibrillators Products Liability Litigation*, MDL 1726
- *Viagra Products Liability Litigation*, MDL 1724
- *Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708
- *Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation*, MDL 1508
- *Baycol Products Liability Litigation*, MDL 1431
- *St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation*, MDL 1396
- *Mortgage Escrow Deposit Litigation*, MDL 899

Brian Gudmundson concentrates his practice on complex litigation and commercial class actions, including the areas of Consumer, Antitrust, Securities, Intellectual Property, and Sports Litigation. Brian represents individuals, businesses, and public and private institutional clients in a variety of complex cases.

Ongoing litigation highlights:

- Appointed co-lead counsel in In re: Arby's Restaurant Group, Inc., Data Security Litig., 17-cv-00514, (N.D. Ga.), representing banks and credit unions who issued payment cards that were subject of alleged data breach
- Member of the Plaintiffs Steering Committee in the Home Depot Data Breach MDL 2583 representing banks and credit unions in recovering losses
- Co-lead counsel in GLS Companies, et al. v. Minnesota Timberwolves Basketball LP, challenging implementation of paperless ticketing system and restrictions on transfer of game tickets on behalf of ticketholders
- Member of the Plaintiffs Steering Committee representing banks and credit unions in recovering losses arising from the Wendy's Data Breach
- Member of the Plaintiffs Steering Committee in In re: Vizio, Inc. Consumer Privacy Litigation, MDL 2693, asserting violations of state and federal law for unlawful collection and sale of private consumer data
- Appointed to Plaintiffs' Executive Committee in In re: FieldTurf Artificial Turf Marketing Practices Litigation, MDL 2779, representing schools, universities, municipalities, and private companies around the country that purchased allegedly defective artificial turf prone to rapid degradation
- Member of the lead counsel team representing banks and other financial institutions in recovering losses due to the 2013 Target data breach
- Member of the lead counsel team representing retired NHL players alleging the National Hockey League minimized concussion risks from its players for decades
- Member of the Plaintiffs Executive Committee in Vikram Bhatia, D.D.S. v. 3M Company, 16-cv-01304-DWF-TNL, asserting claims on behalf of dentists and dental practices for allegedly defective dental crown products
- Member of the Plaintiffs Executive Committee representing United Health Group insurance plan participants alleging that UHG illegally inflated and clawed back prescription copays

- Member of the Plaintiffs Executive Committee representing consumers insured by Cigna Health Insurance Co. alleging that Cigna Health illegally inflated and clawed back prescription copays
- Member of the Plaintiffs Executive Committee representing Humana insurance plan participants alleging that Humana illegally inflated and clawed back prescription copays
- Member of the lead counsel team that achieved a $50 million settlement on behalf of retired National Football League players in a class action against the League for the unauthorized use of former players' identities to generate revenue
- Represents hundreds of retired NFL players in claims arising from concussive head injuries suffered while professional players
- Specializes in claims under the RICO Act and represents multiple non-profit and faith-based investors pro bono in RICO claims arising from the $3.5 billion Petters Ponzi scheme