# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>Case No.: 1:17-md-2800-TWT |

## DECLARATION OF MICHAEL L. MCGLAMRY

Pursuant to 28 U.S.C. § 1746, Michael L. McGlamry, declares as follows:

1. I am a shareholder, Officer and Director of the law firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. (d/b/a Pope McGlamry), 3391 Peachtree Road, NE, Suite 300, Atlanta, Georgia 30326.

2. I graduated Magna Cum Laude with a B.A. from Wake Forest University in 1978 and graduated Cum Laude with a J.D. from the University of Georgia in 1982.

3. I have practiced continually since 1982 in state and federal courts in Georgia and around the country.

4. I have focused my practice on representing plaintiffs in class actions and mass torts actions and have also represented plaintiffs and defendants in individual complex litigation matters.

5. I am a member in good standing of the State Bar of Georgia and have been admitted to the U.S. Supreme Court; U.S. Court of Appeals, Third and Eleventh Circuits; U.S. District Court, Northern, Middle and Southern Districts of Georgia; U.S. District Court, Southern District of Alabama; U.S. District Court, Eastern and Western Districts of Arkansas; U.S. District Court, Northern and Southern Districts of Illinois; U.S. District Court, Northern District of Ohio; U.S. Court of Federal Claims; Supreme Court of Georgia; and Georgia Court of Appeals.

6. I am also a member of the American Bar Association; American Association of Justice (Leader's Forum); American Academy of Trial Attorneys; Georgia Trial Lawyers Association; Federal Bar Association; Georgia Legal Services Foundation (member, Board of Directors); National Trial Lawyers; Attorneys Information Exchange Group (AIEG); and Georgia Appleseed (member, Board of Directors).

7. I have served in a wide variety of MDL leadership roles as follows:

- *In Re: National Football League Players' Concussion Litigation*, U.S. District Court, Eastern District of Pennsylvania, MDL No. 2323.
    - Plaintiff Steering Committee
    - Co-Lead, Discovery Committee
    - Communications Committee

- *In Re: Wright Medical Technology, Inc. Conserve Hip Implant Products Liability Litigation*, U.S. District Court, Northern District of Georgia, MDL No. 2329.
    - Co-Lead Counsel

- *Wright Hip System Cases*, Superior Court of the State of California, County of Los Angeles, Judicial Council Coordination Proceeding No. 4710.
    - Co-Lead Counsel

- *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation*, U.S. District Court, Northern District of Indiana, Cause No. 3:12-md-2391.
    - Plaintiffs Steering Committee

- *In Re: Stryker Rejuvenate Hip Stem and ABG II Modular Hip Stem Litigation*, Superior Court of New Jersey, Law Division, Bergen County, Case Code 296, Master Case No. BER-L-936-13.
    - Plaintiffs Steering Committee

- *In Re: WellNx Marketing and Sales Practices Litigation*, U.S. District Court, Eastern Division of Massachusetts, MDL No. 07-md-1861.
    - Plaintiffs Steering Committee

- *In Re: Stryker LFIT CoCr V40 Femoral Heads Hip Implant Litigation*, Superior Court of New Jersey, Law Division: Bergen County, Case No. 624,
    - Plaintiffs' Executive Committee

8. I have also participated and been involved in the *Actos, ASR, Pinnacle and Stryker* MDLs as counsel for consumers.

3

9.   I have also been extensively involved in class action litigation for several decades in numerous capacities in the following matters, including but not limited to the designation or appointment as class counsel:

- *Walter H. Adamsv. Southern Farm Bureau Life Ins. Co.*, U.S. District Court, Middle District of Georgia, Civil Action No. 4:98-CV-20.

- *Russell D. Andersonv. Fidelity and Guaranty Ins.Underwriters, Inc., et al.*, Superior Court of Muscogee County, State of Georgia, Civil Action File No. SU2000CV-4571.

- *Ronald M. Bagley v. Auto-Owners Ins. Co., et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2273.

- *Peggy Bailey v. Tennessee Farmers Mut. Ins.Co.,* Circuit Court for Jefferson County, Tennessee at Dandridge, Civil Action File No. 17,792-IV.

- *Carol A. Bechtel v. Georgia Farm Bureau Mut. Ins. Co., et al.*, Superior Court of Walker County, Georgia, Civil Action File No. 03CV62596.

- *Terri L. Bickerstaff v. Alfa Ins. Corp. and Alfa General Ins. Corp.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2287.

- *Betty R. Black v. State Farm Mut. Automobile Ins.Co.*, Law Court of Johnson City, Tennessee, Civil Action File No. 20932.

- *Karla Bristo v. Allstate Ins. Co., et al.*, U.S. District Court, Middle District of Georgia, Case No. 4:04-CV-126-3.

- *David Brookes, et al. v. Grange Mutual Casualty Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV325.

- *Lawrence Brown, et al. v. Liberty Mutual Fire Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU2002DM2077.

- *Carter v. First Tennessee Bank, et al.*, Circuit Court of Fayette County, Tennessee, Civil Action No. 3894.

- *Francis H. Case, Jr. and Gloria Case, et al. v. GuideOne Elite Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV2033.

- *Kenneth P. Chung, et al. v. Superior Insurance Company*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV1922.

- *Walter R. Colquitt, et al. v. Southern Guaranty Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2651.

- *Jarrett L. Cudd and Leah Cudd, et al. v. American Home Assurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV1783.

- *Miranda C. Daughtry, et al. v. Direct General Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV1380-7.

- *Esther J. Earl, et al. v. Allstate Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU2001CV193.

- *Charles M. Granberry, et al. v. AMEX Assurance Company*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV1923.

- *Michael W. Griffin, et al. v. Gateway Insurance Company*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV2588-7.

- *William R. Hamrick, et al. v. Southern General Insurance Company*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV1889.

- *William P. Head, Jr., William W. Hamlet, et al. v. Georgia Farm Bureau, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU2000CV4573.

- *Russell Henderson, et al. v. Scientific-Atlanta, Inc.*, U.S. District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:88-CV-2208.

- *Robbie Hillis, et al. v. Equifax Consumer Services, Inc. and Fair Isaac, Inc.*, U.S. District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:04-CV-3400.

- *William R. Hole, et al. v. Metropolitan Property and Casualty Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV364.

- *Mary Alice Humes, et al. v. The Continental Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2275.

- *M. Jay Hyatt, et al. v. Cotton States Mutual Insurance Company*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV3783-9.

- *In Re: Consolidated "Non-Filing Insurance" Fee Litigation*, U.S. District Court, Middle District of Alabama, Northern Division, MDL No. 1130.

- *In Re: Consolidated Non-Filing Insurance Fee Litigation*, 431 F.App'x 835 (11th Cir. 2011).

- *Johnson v. Team Vaden Imports, Inc.*, Superior Court of Chatham County, Georgia, Civil Action No. CV021036KA.

- *Jacqueline Lovelace, et al. v. Vesta Insurance Corporation*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV2035.

- *Rudine Mabry, et al v. State Farm Mutual Automobile Insurance Company*, Superior Court of Muscogee County, State of Georgia, Case No. SU-99-CV-4915.

- *Paul Martin, Clinton and Lee Francis Wicker, et al. v. Government Employees Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV312.

- *Kari McLean, et al. v. Progressive Casualty Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV1030.

- *Michael McMahan, et al. v. Allstate Insurance Company*, Circuit Court for Jefferson County, Tennessee at Dandridge, Civil Action File No. 17,873-IV.

- *Roy C. McMahan, et al. v. Nationwide Mutual Insurance Company*, Circuit Court for Jefferson County, Tennessee at Dandridge, Civil Action File No. 26,935-II.

- *Mary Joyce Meier, et al. v. Hartford Casualty Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2416-7.

- *Elizabeth R. Meyer, et al. v. Citizens and Southern National Bank*, U.S. District Court, Middle District of Georgia, Columbus Division, Case No. 84-103.

- *George R. Miller, et al. v. Horace Mann Insurance Company*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV1295-7.

- *Larry Miller, et al. v. Travco Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU2002CV255.

- *Willie Charles Moore, et al. v. Massachusetts Bay Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU04CV316-7.

- *Myers v. Home Cable Concepts of Tennessee, Inc. and First Tennessee Bank, N.A.*, U.S. District, Middle District of Alabama, Northern Division, Civil Action File No. CV96A783N.

- *Harold Nash, et al. v. American Economy Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV1972.

- *Larry C. Oldham, et al. v. Nationwide Mutual Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV4132-7.

- *Larry L. Oldham, et al. v. American Manufacturers Mutual Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2271.

- *Patterson v. CUNA Mutual Insurance Society, Inc.*, United States District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:98-CV-0983.

- *Elizabeth S. Pettet, et al. v. State Farm,* U.S. District Court, Eastern District of North Carolina, Eastern Division, Civil Action File No. 4:09-CV-00031.

- *Mark L. Potts and Karen Potts, et al. v. Metropolitan Property and Casualty Insurance Company d/b/a MetLife Auto & Home*, Circuit Court for Jefferson County, Tennessee at Dandridge, Civil Action File No. 17,839-II.

- *Linda Powell, et al. v. National General Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV1924.

- *Ajile A. Pressley, et al. v. Chicago Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV2059.

- *Christy Slack, et al. v. Fair Isaac Corporation and MYFICO Consumer Services, Inc.*, U.S. District Court, Northern District of California, Civil Action File No. 3:05-CV-00257.

- *David Spangler, et al. v. Atlanta Specialty Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. S02CV1075.

- *Ronnie Stahl, et al. v. St. Paul Fire & Marine Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV1032.

- *Theda Tauscher, et al. v. Allstate Insurance Company*, Circuit Court for Sullivan County, Tennessee at Blountville, Civil Action File No. C2830.

- *Theater of the Stars*, U.S. Bankruptcy Court, Northern District of Georgia, Atlanta Division, Case No. 13-75022.

- *Robert V. Townes, IV, et al. v. Trans Union, LLC and Truelink, Inc.*, U.S. District Court, District of Delaware, Civil Action File No. 04-1488.

- *Myron G. Walker, et al. v. American National General Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU03CV2058.

- *Ardrenia Walton, et al. v. United Services Automobile Association, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU01CV1732-7.

- *Edmund H. Yodlowski, et al. v. Merastar Insurance Company, et al.*, Superior Court of Muscogee County, Georgia, Civil Action File No. SU02CV2272.

10. I have managed and conducted extensive discovery against large defendants in substantial MDLs and class actions. As a result, I have served on the Committee on E-Discovery Rules for the Northern District of Georgia and the Georgia State Bar Judicial Procedures Committee.

11. I previously served as lead counsel in a class action against Equifax in the Northern District of Georgia before the Hon. Timothy C. Batten, Sr. That case settled post- summary judgment, and discovery in this case taught me much about Equifax, its structure, and its electronically stored information (or ESI).

12. I have litigated numerous times against Equifax's current counsel, including the following class actions: *Mabry v. State Farm* (GA); *Pettet v. State Farm* (N.C.); and *Walton v. USAA* (GA). In addition, I have litigated many individual cases against Equifax's counsel throughout the years and thus developed a cooperative and professional working relationship with them. I am confident that my prior experiences with them and our local connections will benefit both parties.

13. I have personally been involved in numerous MDL litigations and on the Plaintiffs' side, understand that MDLs present complex, time-consuming, and expensive litigation, requiring commitment and dedication.

14. My firm and I are committed both financially and in terms of manpower, to litigate, from the outset to the very end of MDL-2800. My firm and the rest of the leadership team that we have proposed has committed to making capital contributions to fund the prosecution, and committing its lawyers and staff to the hard work required of this complex litigation.

15. MDL litigation is considerably different than individual case prosecution. The Judicial Panel on Multi-District Litigation ("JPML") must determine that the litigation is appropriate for consolidation and, if so, determine a proper transferee count. Once that takes place, the litigation takes on a life of its own. Case Management Orders ("CMOs") must be considered for the administration of multiple cases/plaintiffs within the MDL. Direct filing, service, preliminary disclosures, fact sheets, short form and master complaints must be addressed. In addition, on the Plaintiffs' side, mechanisms must be created to provide notice and information to other counsel of the status of the litigation and any court decisions related thereto. Management policies, billing and reporting guidelines must be established. I have worked through these processes in past MDLs and have the knowledge, experience and dedication to do so in this case.

16. More importantly, in an MDL, the dynamic is such that from the outset, Plaintiffs' Leadership Counsel must treat the litigation as if it will continue to trial, with attention at every step to the law and briefing, experts and damages, investigation, Plaintiffs' coordination and discovery, Defendants' discovery, and third-party discovery. Substantial time and resources will be expended to set up these aspects, and others, to efficiently and effectively prosecute plaintiffs' claims, no matter how long the litigation lasts. Vendors must be engaged and paid for

document and data handling, Electronically Stored Information ("ESI"), auditing, etc. Experts must be engaged and retained for liability (data breach/security), damages models, etc. Research and investigation must all be done on the front end to develop the case, discovery plans, etc., and sets of discovery (interrogatories, requests for production and request for admission, deposition notices, etc.) are developed even though, in some cases, the discovery never takes place.

17. For these reasons, and those set forth above, I am confident that I, along with the attorneys and staff at Pope McGlamry, am qualified, experienced and able to serve as Co-Lead Counsel in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of February, 2018.

/s/ *Michael L. McGlamry*
Michael L. McGlamry