# EXHIBIT B

## Proposed Co-Lead Counsel

### Ranse Partin - Conley Griggs Partin LLP – Atlanta, Georgia

Conley Griggs Partin is one of the largest and most respected plaintiffs trial firms in Georgia. Based in Atlanta, the firm specializes in high-stakes, complex civil cases, with fourteen attorneys and eight support staff. Conley Griggs Partin enjoys a reputation for high-quality and creative work, with a willingness to take on large and complex cases. All three of the firm's founders regularly appear in lists of the best lawyers in Georgia, including "Super Lawyers" and *Georgia Trend* magazine's "Legal Elite." The firm regularly tries cases in this Court and throughout Georgia. The firm includes veteran trial lawyer Andy Scherffius, a member of the American College of Trial Lawyers, who has served, at the invitation of the United States Supreme Court, on the Advisory Committee on the Federal Rules of Civil Procedure.

Class actions and multi-district litigation encompass a significant portion of the firm's practice. Mr. Partin currently serves on the Plaintiffs' Steering Committee before this Court as Co-Liaison Counsel for the Financial Institutions in *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, N.D. Ga., No. 1:14-md-2583-TWT, another data-breach case, which resulted in the best settlement for financial institutions in a data breach class action to date. The firm also serves as Co-Lead Counsel in *In re: Airline Baggage Fee Antitrust Litigation*, N.D. Ga., No. 1:09-md-2089-TCB, and played a leading role in preparing for trial and settling a bellwether case in *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, C.D. Calif., No. 8:10ML2151-JVS.

Mr. Partin, individually, is recognized by his peers as one of the top lawyers in Georgia. Mr. Partin maintains the highest Martindale-Hubbell peer rating ("AV Preeminent," 5 on a scale of 1 - 5), based on confidential reviews by other lawyers. Martindale describes this rating as "a testament to the fact that a lawyer's peers rank him…at the highest level of professional excellence." The *Daily Report*, Georgia's statewide legal newspaper, ranked Mr. Partin in 2013 as one of the top 40 lawyers in

1

Georgia under the age of 40.  *Super Lawyers* and *Atlanta* magazines have similarly ranked him among the best lawyers in Georgia in numerous years, based on the confidential votes of other lawyers.  In 2015 and 2016, *Georgia Trend* magazine recognized Mr. Partin as one of "Georgia's Legal Elite."

Mr. Partin is intimately familiar with this Court's Local Rules, procedures and preferences, having served as a law clerk for two years for Judge Thrash, and regularly practicing before the Court for the past eighteen years, including successfully trying a two-week trial to verdict in this Court in 2017.  The Court appointed Mr. Partin to the 11th Circuit Judicial Conference Planning Committee for the 2020 conference to be held in Atlanta.  He is an active member of the Federal Bar Association's Atlanta chapter, and previously served on the State Bar of Georgia's Committee on the Judiciary.  Mr. Partin also enjoys long-standing relationships with defense counsel in this case, having practiced law at King & Spalding for ten years before founding his own firm, which may assist in harboring effective working relationships between the parties.

Mr. Partin graduated from Emory University and The University of Georgia Law School, *cum laude*.  He clerked for Hon. Thomas W. Thrash, N.D.Ga. from 1998 to 2000.