# EXHIBIT C

# COOK & CONNELLY

Cook & Connelly, LLC was founded by Bobby Lee Cook and has provided exceptional legal representation to its clients for well over sixty years. Located in a small town in Northwest Georgia, Cook & Connelly, LLC is a trial law firm currently comprised of four lawyers and four staff members that provides general legal representation to its clients throughout Georgia while also focusing on high quality cases across the country. The attorneys of Cook & Connelly enjoy the recognitions of Super Lawyers, AV Rated Preeminent Lawyer, NTLA Top 100 Trial Lawyer and Top 40 Under 40.

The Cook & Connelly firm served as co-counsel with Honorable Hardy Gregory, Jr. in the class action styled *Plymel, et al v. Teachers Retirement System, et al.* In this case, a recovery was achieved for approximately 18,000 retired Georgia school teachers and resulted in total benefits in excess of $700 million dollars.

Bobby Lee Cook, the firm's founder and member of the Trial Lawyers Hall of Fame, has tried cases in 37 states and has a total of 372 published decisions and orders. He has represented the Carnegie heirs and members of the Rockefeller family. Mr. Cook has been recognized in many publications and books and his

cases have been cited in the U.S. Supreme Court; U.S. District Courts: Northern, Middle and Southern Districts of Georgia and Eastern District of Tennessee; U.S. Court of Appeals: 2nd, 4th, 5th, 6th, 8th and 11th Circuits; Georgia Supreme Court; and, Georgia Court of Appeals. Additionally, he has lectured at more than 50 colleges across the country.

C. Sutton Connelly, the firm's managing partner, graduated from Southern Methodist University and Georgia State University's College of Law. Mr. Connelly served as an intern for Justice Carol W. Hunstein of the Georgia Supreme Court.

Cook & Connelly has the tools, the knowledge and the resources commonly found at a large firm, while providing the individual care and attention to detail of a smaller firm.