# EXHIBIT D



# FIRM PROFILE

Pittman, Dutton & Hellums, P.C. ("PDH") attorneys have been representing individuals, consumers, and small businesses in complex civil litigation for over 30 years. PDH has resolved thousands of cases, hundreds of which resulted in verdicts and settlements in excess of $1 million. PDH has handled cases in every Alabama circuit court and in all Alabama federal courts. PDH is located in Birmingham, Alabama, but routinely represents clients in class actions and mass torts throughout the country.

PDH was founded in 1986 as a full-service boutique civil litigation trial firm. PDH and its lawyers have consistently been recognized by numerous national organizations, publications, and their peers as among the most successful and experienced courtroom lawyers in the country. These include U.S. News Best Law Firms in America, The Best Lawyers in America, Top Ranked Law Firms by Martindale-Hubbell, American College of Trial Lawyers, American Board of Trial Advocates, Million Dollar Advocates Forum, and SuperLawyers. In 2010, the Alabama Jury Verdict Reporter named PDH as one of the "Most Prolific Trial Law Firms in Alabama" and was recognized for taking more cases to verdict than any other plaintiff's litigation firm in the state of Alabama for 2010. In 2011, PDH was recognized by the same publication for trying more cases over a 10-year period than any other plaintiff's firm in Alabama.

As shown by the representative list of multidistrict and putative class actions matters, PDH lawyers have been appointed to leadership positions in large and complex cases across the country, many which have resulted in significant recoveries.



# FIRM PROFILE

## CURRENT MULTI DISTRICT AND PUTATIVE CLASS LITIGATION MATTERS:

- MDL 2595: *In re Community Health Systems, Inc., Customer Data Security Breach Litigation* (Local Liaison Counsel)
- *In re Arby's Restaurant Group, Inc. Data Security Litigation*, No. 1:17-cv-514 (N.D. Ga.) (Plaintiffs' Steering Committee for Financial Institutions)
- MDL 2406: *In re Blue Cross Blue Shield Antitrust Litigation* (Local Facilitating Counsel for Subscriber Plaintiffs)
- MDL 2441: *In re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation* (Plaintiffs' Steering Committee)
- MDL 2734: *In re Abilify (Aripirazole) Products Liability Litigation* (Plaintiffs' Steering Committee)
- MDL 2753: *In re Atrium Medical Corp. C-Qur Mesh Products Liability Litigation*
- MDL 2592: *In re Xarelto (Rivaroxaban) Products Liability Litigation*
- MDL 2197: *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*
- MDL 2244: *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*
- MDL 2329: *In re Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation*
- *MDL 2740: In re Taxotere (Docetaxel) Products Liability Litigation*
- MDL 2047: *In re Chinese-Manufactured Drywall Products Liability Litigation*
- MDL 2299: *In re Actos (Pioglitazone) Products Liability Litigation*
- MDL 2385: *In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*
- MDL 2187: *In re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*
- MDL 2440: *In re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation*
- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

## PREVIOUS MULTI DISTRICT AND CLASS LITIGATION MATTERS:

- WinSouth Credit Union, individually and on behalf of all similarly situated v. MAPCO Express, Inc. and Delek US Holdings, Inc. (Class Counsel)
- MDL 1985: *In re: Total Body Formula Products Liability Litigation* (Co-Lead Counsel; member of Plaintiffs' Executive Committee and Plaintiffs' Steering Committee)
- Physician Mutual Insurance Co. Class Action (Class Counsel)
- *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. 4:09-cv-1967 (N.D. Cal.) (Class Representative Counsel)
- MDL 2087: *In re: Hydroxycut Marketing and Sales Practices Litigation* (Plaintiffs' Steering Committee)