# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-MD-2800-TWT |

## DECLARATION OF LEEANN JONES

Pursuant to 28 U.S.C. § 1746, LEEANN JONES declares as follows:

1. I am over the age of eighteen (18) and competent in all respects to make this declaration, which is based upon my personal knowledge, and given in support of our Leadership Application for Appointment of Financial Institution Plaintiffs' Leadership Structure.

2. I am a partner at Taylor English Duma LLP ("Taylor English" or the "Firm"), a full-service law firm with over one hundred and fifty (150) attorneys located at 1600 Parkwood Circle Suite 200 Atlanta, Georgia 30339. Taylor English offers legal services in approximately thirty (30) specialized areas, including the following: litigation and dispute resolution; data security and privacy; financial institutions; lending and corporate finance; creditors' rights; and general corporate and business law.

1

3. I am licensed to practice law in Georgia and admitted to practice in a number of courts in this and other jurisdictions, including: the United States Supreme Court, the Third and Eleventh Circuit Courts of Appeal, this Court, and the Supreme Court of Georgia and all lower courts in Georgia. I have been admitted *pro hac vice* in multiple jurisdictions and have never had any disciplinary proceedings by any state bar concerning my provision of legal services in any courts.

4. I have over thirty (30) years of experience handling complex litigation in federal and state courts, state and federal coordinated/multidistrict litigation (MDL) proceedings, and arbitrations, primarily on behalf of defendants in the areas of mass tort, product liability, pharmaceutical and medical device liability, and consumer class actions. I also have substantial experience representing companies, community banks, and national and regional banks as both plaintiffs and defendants in a variety of complex commercial, financial institution, and business litigation matters, including claims for breach of contract, lender liability, business torts, fraud, RICO, wrongful foreclosure, deceptive trade practices, Fair Debt Collection Practices Act (FDCPA), and other business disputes. Prior to joining Taylor English, I was a partner at Powell Goldstein, LLP and counsel at Bryan Cave, LLP.

5. I am joined in this representation by Taylor English partner, Rachael Lee Zichella, and will be supported by other attorneys in the Taylor English Litigation and Dispute Resolution practice, as needed. A true and correct copy of Ms. Zichella's credentials and biography is attached, and her expected contributions are discussed in more detail below.

6. In addition to representing clients in individual complex civil litigation matters, I have led teams serving as national coordinating counsel representing clients to successful outcomes in complex civil litigation nationwide, including all aspects of litigation from pleadings and motion practice, through discovery, and trial. I also have defended companies and banks in consumer class actions, including *McBride v. Galaxy Carpet Mills, Inc. et al.*, 920 F. Supp. 1278 (N.D. Ga. 1995) (successfully defeated class certification); *Rollins, Inc., et al. v. Warren*, 653 S.E.2d 794 (Ga. App. 2007) (reversed class certification on appeal); and defense of a large financial institution in a state-wide consumer class action arising out of the sale of credit insurance products.

7. At my previous firm, I was a member of teams representing clients in MDL and state coordinated proceedings, including the following matters: *In re Latex Glove Product Liability Litigation* (E.D. Pa. and related state court proceedings); *In re Nuvaring® Product Liability Litigation* (E.D. Mo. and New

3

Jersey state court); and *In re Fosamax® (Alendronate Sodium) Product Liability Litigation* (D.N.J.).

8. Additionally, Taylor English attorneys have represented clients in numerous class actions and other collective actions and arbitration proceedings in the areas of: consumer protection, predatory lending, securities fraud, breach of fiduciary duty, civil RICO, product liability, wage and hour, Title VII, and other areas. Representative examples of these matters include: *Tom Kunstmann on behalf of himself and all others similarly situated v. Aaron Rents, Inc. d/b/a Aaron's Sales and Lease Ownership*, No. 2:08-cv-01969-KOB-JEO, (N.D. Ala.); *Michael Etzel individually and on behalf of all others similarly situated v. Hooters of America, LLC*, No. 1:15-cv-01055-LMM, (N.D. Ga.); *Farryn Johnson v. Hooters of America, LLC d/b/a Hooters of Harborplace, LLC*, No. 01-14-0000-6040 (American Arbitration Association); *Anthony Brown and Bonita Brown, Individually and on behalf of a Class of Persons similarly situated vs. Allied Home Mortgage Capital Corporation*, No. 1:11-cv-0067-JKB (D. Md.); *Maxwell, et al. v. Crawford & Company, et al.*, No.16CECG02457 (Cal. Sup. Ct., Fresno Co.); *Tim Hardy, Angela Hardy, Ken Baggett, Melissa Baggett, et al, on behalf of themselves and all others similarly situated v. Dryvit Systems, Inc. Sto Corp. Parex, Inc. Thomas Waterproof Coatings Co., Anthony Industries, Continental Stucco*

*Products, Senergy, Inc., United States Gypsum Company, European Stucco Products, Inc., Finestone Corporation, et al.* No. E-55319 (Fulton Co. Sup. Ct., Ga.); *In re JDN Realty Corp. Securities Litigation*, No. 1:00-CV-0396-RWS (and related matters) (N.D. Ga.); *Freeman v. Laventhol & Horwath*, No. 87-217 (N.D. Ky.) (interlocutory appeal reported at 915 F.2d 193 (6th Cir. 1990), appeal at 34 F.3d 333 (6th Cir. 1994)); *In re Charter Medical Bondholder Litigation*, No. 90-221-1-MAC (JRE) (M.D. Ga.); *Anderson v. Bank of the South, N.A.*, No. 85-1222-CIV-ORL-18, (M.D. Fla.); *In re Maxim Group, Inc., Securities Litigation*, No. 1:99-CV-1280-CAP, (N.D. Ga.); and representation of a joint compound manufacturer in numerous federal and state asbestos litigation coordinated proceedings.

9. Complex litigation matters in federal court routinely involve the preservation, collection, review, and production of massive amounts of electronically stored information ("ESI"). Ms. Zichella and I, along with other members of our firm, have extensive experience in matters involving discovery of ESI. Ms. Zichella, in particular, devotes a substantial part of her practice to collaborating with experts and opposing counsel to develop workable, proportional e-discovery protocols that reflect the true needs of the parties and leverage cutting edge technology to maximize efficiency and minimize costs. She is the founding

Co-Chair of the State Bar of Georgia's e-Discovery & Use of Technology Section, a member of the Sedona Conference, and a frequent lecturer on e-Discovery issues and is experienced in successfully managing the ESI discovery process from start to finish.

11.     Taylor English and our attorneys have a long history of working successfully in litigation matters in which King & Spalding LLP ("K&S") has been involved, including representing an opposing party, a co-defendant, or joint representation of a party. Many of our partners have served on boards or in other community service capacities with attorneys from K&S. At least ten current Taylor English attorneys are former partners, counsel, or associates at K&S, which enhances our professional and cordial working relationship with that firm.

12.     Ms. Zichella and I also will be able to devote to this matter the diverse resources of Taylor English's Data Security and Privacy practice group, of which Ms. Zichella is a member and which also includes former in-house counsel at large companies with broad experience counseling clients in a variety of industries in the prevention, appropriate response to, and remedy of data breach issues.

16.     In addition to our individual experience representing financial institutions, we also will be able to draw on the experience of the Firm's Financial Institutions practice group to benefit the plaintiff class. Our Firm has experience

representing large and small financial institutions around the country in matters as diverse as regulatory and compliance, complex financing transactions, litigation, and acquisitions.

17. My colleagues and I, and Taylor English, are willing and able to commit substantial time and resources to the challenging task of service as Liaison Counsel and are accustomed to handling matters involving complex litigation, including class actions.

18. I, with Ms. Zichella and Taylor English, stand ready to devote the necessary financial and personnel resources to the task of serving on the Plaintiffs Steering Committee for the financial services cases in this MDL if so appointed.

19. During my career I have worked cooperatively and successfully with other lawyers, including opposing counsel, to both litigate and resolve complex matters. My colleagues have relied upon me to consistently and thoroughly investigate the facts and legal research pertinent to each case and to provide quality written and oral advocacy on behalf of my clients. If appointed to the leadership structure sought herein, I will faithfully carry out the duties and obligations required in this litigation.

20. For all of these reasons, I am confident that Ms. Zichella and I are qualified, experienced, and able to conduct the litigation required in this case.

7

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2018 at Atlanta, Georgia.

*/s/ LeeAnn Jones*
LEEANN JONES
Georgia Bar No. 402440

# EXHIBIT E-1



# FIRM OVERVIEW

Taylor English Duma LLP is a full-service law firm based in Atlanta, Georgia. Our clients range from *Fortune* 500 businesses, mid-cap companies, and start-ups to local governments, schools, and individuals. The firm was started in 2005 and has grown from four to 150 attorneys, making us the ninth largest law firm in Atlanta.

Our attorneys bring broad and deep levels of experience to every engagement, stemming from the many years of work with major firms and leading businesses, including both in-house and general counsel experience, as well as work in the start-up and management of a variety of organizations. Twenty-eight of our attorneys, including some of the founding partners, have served as general counsel and in-house counsel and have therefore been purchasers of legal services. The insight provided by the experiences of these attorneys teaches that surprises, outrageous legal fees and non-responsiveness from outside counsel present unnecessary frustrations for in-house attorneys. Taylor English attorneys understand that our clients have businesses to run and they seek our assistance to "get from here to there" in the most economical and efficient way.

As a "New Model" firm, Taylor English is value-driven rather than profit-driven. The firm was built to emphasize efficiency and control by embracing alternative fee arrangements and maintaining a relatively small number of associates. We hire very few junior lawyers; our associates generally have at least seven to eight years of experience. Despite our tremendous growth, we have had little turnover, in either the attorney or staff ranks.

We promote efficiency and collaboration at every turn, which enables Taylor English to provide a full array of legal services in ways that deliver both value and results. This success can be attributed to the low lawyer-to-staff ratio—five to one—a key component of our "New Model" firm.

The results we achieve for our clients—and the efficiency with which they are delivered—are a significant element of the innovative way in which we are structured. We leverage technology to achieve optimum results. We focus our resources more on client work and less on corporate overhead. In short: our insistence on efficiency is why our clients think of us as a business-building investment, not a corporate expense.

Taylor English is committed to achieving a deep understanding of our clients' businesses and goals to foster long-term relationships. It is the reason why our lawyers have significant incentives to get the top results our clients want and why our clients consider us true partners in their efforts.