# EXHIBIT F



2131 Magnolia Avenue South
Birmingham, Alabama 35205
(205) 328-2200 (telephone)
(205) 324-7896 (facsimile)
www.CoryWatson.com

## FIRM PROFILE

Cory Watson, P.C. has a nationally recognized practice in complex litigation including class actions, products liability, business and securities litigation, environmental litigation and mass torts litigation of defective medical devices and pharmaceutical drugs. Cory Watson was the first Alabama law firm to establish a mass torts division devoted exclusively to representing multiple clients injured by environmental contamination and manufacturers of harmful medical devices and drugs.

The firm has represented clients in litigation involving more than one hundred mass torts over the past twenty years including products such as Chantix, DePuy hip implants, Kugel Mesh, Vioxx, Baycol, Prempro, Medtronic pacemakers, Guidant pacemakers, Ortho-Evra, Fosamax, Bextra, silicone gel breast implants, Phen Fen, and GranuFlo Kidney Dialysis. The firm has also led litigation on behalf of individuals injured by toxins including PCBs and MTBE.

Cory Watson attorneys frequently serve as Court Appointed Lead Plaintiffs' Counsel, Class Counsel, and as Trial Counsel in pivotal litigation. Cory Watson attorneys have served on numerous Plaintiffs' Executive Committees, Steering Committees, and Discovery Committees. The firm represents clients worldwide, securing successful outcomes for clients in Europe, South America, Central America, Canada, and Africa.

## REPRESENTATIVE CLASS COUNSEL AND LITIGATION APPOINTMENTS AND EXPERIENCE

### Class Actions

*In Re: Blue Cross Blue Shield,* USDC Northern District of Alabama, 2:13-CV-20000-RDP, Antitrust Litigation; Cory Watson shareholder, Douglas A. Dellaccio, Co-Chair State Liaison.

*Batista v. Nissan, USDC Southern District of Florida,* 14-CV-24728; Cory Watson principals F. Jerome Tapley and Hirlye R. "Ryan" Lutz appointed Co-Lead Class Counsel.

*Banks v. Nissan*, USDC Northern District of California, 11-CV-02022; Cory Watson shareholder F. Jerome Tapley appointed Co-Lead Class Counsel.

*Rotandi v. Miles*, USDC Northern District of California, 11-CV-02146; Cory Watson shareholder F. Jerome Tapley appointed Co-Lead Class Counsel.

*In Re: Google Inc. Gmail Litigation,* MDL No. 2430; Cory Watson Shareholder F. Jerome Tapley appointed Co-Lead Counsel.

*Keilholtz v. Lennox, et. al.*, USDC Northern District of California, 08-CV-00836; Cory Watson shareholder F. Jerome Tapley appointed Co-Lead Counsel for the Class.

*Craft v. North Seattle Comm. College Foundation*, USDC Middle District of Georgia,

3:07-cv-132-CDL; Cory Watson shareholder F. Jerome Tapley appointed Class Counsel.

*In Re: General Motors Corporation Dex-Cool Products Liability Litigation*, MDL No. 1562; Cory Watson shareholder Ernest Cory and Cory Watson shareholder F. Jerome Tapley appointed to the Plaintiffs' Executive Committee.

*In Re: High Sulfur Content Gasoline Products Liability Litigation*, MDL No. 1632; Cory Watson shareholder Kristian Rasmussen appointed to the Plaintiffs' Steering Committee and Co-Lead Trial Counsel.

*Denney v. Jenkins & Gilchrist, et al.*, USDC Southern District of New York, CV 03-5460; Cory Watson shareholder Ernest Cory appointed Class Counsel.

## Medical Device Litigation

*In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL No. 2197; Cory Watson shareholder Annesley H. DeGaris appointed to the Science Committee.

*In Re: Kugel Mesh Hernia Patch Products Liability Litigation*, MDL No. 1842; Cory Watson shareholder Ernest Cory appointed Co-lead Plaintiffs' Counsel, and Cory Watson shareholder Jon C. Conlin appointed Chair of the Discovery Committee.

*In Re: Medtronic Inc., Sprint Fidelis Leads Products Liability Litigation*, MDL No. 1905; Cory Watson shareholder Leila H. Watson appointed to the Plaintiffs' Steering Committee.

*In Re: ProteGen Sling and Vesica System Products Liability Litigation*, MDL No. 1387; Cory Watson shareholder Ernest Cory appointed Lead Plaintiffs' Counsel and Plaintiffs' Liaison Counsel.

*In Re: Bausch & Lomb, Inc. Contact Lens Solution Products Liability Litigation*, MDL No. 1785; Cory Watson shareholder Ernest Cory appointed to the Plaintiffs' Steering Committee and Co-Chair of Discovery Committee, Cory Watson attorney Stephen Hunt appointed to Discovery Committee.

## Pharmaceutical Litigation

*In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*, MDL No. 2691; Cory Watson shareholder Ernest Cory appointed Plaintiffs' Lead Counsel; Cory Watson shareholder Kristian Rasmussen appointed to the Plaintiffs' Executive Committee.

*In re: Abilify Products Liability Litigation*, MDL No. 2734; Cory Watson shareholder Ernest Cory appointed to the Joint Settlement Committee; Cory Watson shareholder Kristian Rasmussen appointed Plaintiffs' Co-Lead Counsel and named to the Plaintiffs' Executive Committee; Cory Watson shareholder Stephen Hunt, Jr. appointed to the Joint Discovery Committee.

*In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092; Cory Watson shareholder Ernest Cory appointed Lead Plaintiffs' Counsel and named to Plaintiffs' Executive Committee; Cory Watson shareholder Kristian Rasmussen appointed to Plaintiffs' Steering Committee, Co-Chair of Discovery Committee and to Science/Expert Committee and Law Committee; Cory Watson attorney Stephen Hunt appointed to Discovery Committee and Law Committee; Cory Watson attorney Elizabeth Chambers appointed to Science/Expert Committee.

*In Re: Fosamax, Products Liability Litigation*, MDL No. 1789; Cory Watson shareholder Annesley H. DeGaris appointed to Plaintiffs' Steering Committee and Co-chair of Science Committee.

*In Re: Trasylol Products Liability Litigation*, MDL No. 1928; Cory Watson shareholder Ernest Cory appointed to Plaintiffs' Steering Committee.

*In Re: Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation*, MDL No. 1699; Cory Watson shareholder Kristian Rasmussen appointed to Plaintiffs' Steering Committee and Co-chair of the Discovery Committee.

### Environmental Litigation

*In Re: E.I. DuPont de Nemours and Company C-8 Personal Injury Litigation*, MDL No. 2433; Cory Watson Shareholder Jon C. Conlin appointed Co-Lead Counsel and named to Plaintiffs' Executive Committee.

### Complex Multi-Party Litigation

*In Re: Jeddah Air Disaster*, Cory Watson represented the families of 247 passengers who died in Jeddah, Saudi Arabia.

*In Re: BellSouth Corp. ERISA Litigation*, USDC Northern District of Georgia; Cory Watson shareholder Ernest Cory appointed to the Plaintiffs' Executive Committee.

### Governmental & Attorney General Litigation

• *The State of Mississippi, ex rel., Jim Hood, Attorney General for the State of Mississippi v. Google Inc.*, 17-22-B, In the Chancery Court of Lowndes County, Mississippi (representing the State of Mississippi);

• *Google Inc. v. Jim Hood, Attorney General of the State of Mississippi, in his official capacity*, 3:14cv981, In the United States District Court For the Southern District of Mississippi (representing the State of Mississippi);

### Products Liability

*In Re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation*, MDL No. 2016; Cory Watson shareholder Jason A. Shamblin appointed to the Plaintiffs' Executive Committee.

*In Re: Hydroxycut Marketing and Sales Practices Litigation*, MDL No. 2087; Cory Watson shareholder Annesley H. DeGaris appointed to the Plaintiffs' Steering Committee.