# EXHIBIT I

# Cooper & Kirk

Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone (202) 220-9600—Facsimile (202) 220-9601

Cooper & Kirk is a litigation boutique specializing in complex commercial, regulatory, and constitutional disputes in both federal and state courts. Since its founding two decades ago, Cooper & Kirk has been involved in many of the most significant trials and appeals in the country, usually against the nation's largest and most sophisticated law firms. We relish this challenge and have won courtroom victories worth more than $10 billion for our clients. The key to our success is our people. As a boutique, we are able to limit our hiring to only the most outstanding law school graduates, and our partners are able to become intimately familiar with all aspects of our cases. Thus, our size has proven to be a source of strength and a significant competitive advantage. While the firm's experience expands across practice areas and legal issues, some relevant highlights include the following:

***In re OPM Data Security Breach Litig.*, No. 15-1394 (D.D.C.).** David Thompson, the firm's managing partner, sits on the Plaintiffs' Steering Committee in this case, which involves a class action lawsuit asserting claims under various federal and state statutes and common law doctrines arising from the 2013 and 2014 breaches of the Office of Personnel Management's personnel database. The proposed class, which has not yet been certified, is estimated to include approximately 21 million individuals. The district court recently granted a motion to dismiss, and the case has been appealed to the D.C. Circuit.

***In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406*, 2:13-cv-20000-RDP (N.D.AL.).** We are one of a team of law firms representing a nationwide class challenging the territorial market division agreement among the Blue Cross Blue Shield Plans as unlawful under Section 1 and Section 2 of the Sherman Act. The class seeks injunctive relief on behalf of all individuals insured by Blue Cross Blue Shield, and 50 statewide damage classes on behalf of those individuals. Cooper & Kirk is acting as co-chair of the written submissions committee.

***St. Bernard Parish Gov't v. United States*, 121 Fed. Cl. 687 (2015), and 126 Fed. Cl. 707 (2016).** We successfully represented a class of plaintiffs (30,000-35,000 individuals) in both liability and damages trials before the United States Court of Federal Claims, arguing that the U.S. Army Corps of Engineers' Mississippi River–Gulf Outlet project greatly exacerbated flooding in the Lower Ninth Ward of New Orleans and in St. Bernard Parish during Hurricane Katrina and other storms, and thereby effected a temporary taking of real property in those communities. The trial court also certified our proposed class, and the case is now pending before the United States Court of Appeals for the Federal Circuit.

***Jung v. Association of American College of Medicine*, No. 02-0873 (D.C. Cir. 2004).** We represented a putative nationwide class of medical residents who sued their employers for setting salaries at below market wages. The district court agreed that the National Residency Match

1

Program, which assigns residents to a specific hospital, violated the Sherman Act. Congress then amended the antitrust laws and sanctioned the Match Program. The district court did not allow plaintiffs to amend the complaint to press price fixing claims.

***Clark v. United States*, No. 00-644 C (Fed. Cl. 2001).** We represented a putative class of National Guardsmen who were improperly denied compensation for correspondence courses they were required to complete. The Court of Federal Claims dismissed the case, but the Federal Circuit reversed and reinstated the claims.

***Bolin v. Sears, Roebuck & Co.*, 231 F.3d 970 (5th Cir. 2000).** We represented a group of plaintiffs in a class action lawsuit against Sears, challenging Sears' bankruptcy collection procedures as contrary to numerous federal laws. After a remand from the Fifth Circuit, the case settled.

In addition, some of Cooper & Kirk's current and past engagements include:

- Representation of the State of Tennessee, through three trials, multiple appeals, and numerous hearings in which we won court approval of Medicaid reforms worth billions of dollars to the state and the vacature of four long-standing consent decrees.;
- Bank of America, in a breach of contract case against the United States in which we won an $18 million trial verdict;
- The State of Alabama, in a suit against Exxon Mobile for breach of contract which resulted in a $100 million judgment against Exxon;
- The auditor of Arkansas in a suit seeking $160 million in damages for breach of contract concerning US savings bonds;
- Trusts holding over $5 billion in assets targeted for confiscation by proposed legislation establishing a trust fund for asbestos victims;
- Ford Motor Company, in a series of disputes with federal agencies, including with the Customs Department, the Defense Department, and the banking agencies, arising from a World War II contract for the manufacture of B-24 Liberation Bombers;
- Shell, Unocal, Atlantic Richfield Co., and Chevron-Texaco, in a breach of contract claim against United States over their performance of World War II contracts for the federal government;
- AmBase Corporation, in a three-month trial that resulted in a verdict of $205 million in favor of our client;
- Verizon, in its efforts to secure uniform federal regulation of the telecommunications industry;
- American Capital, in a breach of contract claim against the United States in which we won a $109 million trial verdict;
- Fairholme Capital Management and other Fannie Mae and Freddie Mac shareholders, in ongoing suits challenging the nationalization of Fannie Mae and Freddie Mac (http://fortune.com/2015/11/13/fannie-mae-freddie-mac-nationalize-housing-finance/).

## OUR PROFESSIONALS

### PARTNERS

**CHARLES J. COOPER** is a founding member and chairman of Cooper & Kirk, PLLC. Named by The National Law Journal as one of the 10 best civil litigators in Washington, he has over 35 years of legal experience in government and private practice, with several appearances before the United States Supreme Court and scores of other successful cases on both the trial and appellate levels.

Shortly after serving as law clerk to Judge Paul Roney of the Fifth (now Eleventh) Circuit Court of Appeals, and to Justice (later Chief Justice) William H. Rehnquist, Mr. Cooper joined the Civil Rights Division of the U.S. Department of Justice in 1981. In 1985 President Reagan appointed Mr. Cooper to the position of Assistant Attorney General for the Office of Legal Counsel. Mr. Cooper reentered private practice in 1988, as a partner in the Washington, D.C. office of McGuire Woods. From 1990 until the founding of Cooper & Kirk in 1996, he was a partner at Shaw, Pittman, Potts & Trowbridge where he headed the firm's Constitutional and Government Litigation Group.

Mr. Cooper's practice is national in scope and is concentrated in the areas of constitutional, commercial, and civil rights litigation. He is currently representing private clients in a variety of commercial cases, including antitrust, intellectual property, and contract disputes. Mr. Cooper also represents a number of state and local government bodies, as well as private clients, in a wide range of constitutional and federal statutory cases.

In 1998 Mr. Cooper was appointed by Chief Justice William H. Rehnquist to serve as a member of the Standing Committee on Rules of Practice and Procedure of the Judicial Conference of the United States. Mr. Cooper is a member of the American Law Institute and the American Academy of Appellate Lawyers, and he has spoken and published extensively on a wide variety of constitutional and legal policy topics.

**DAVID THOMPSON** is the Managing Partner of Cooper & Kirk and joined the firm at its founding. Mr. Thompson has extensive trial and appellate experience in a wide range of matters. Mr. Thompson was awarded an A.B. degree, magna cum laude, from Harvard College in 1991, where he was elected to Phi Beta Kappa. In 1994, Mr. Thompson received a J.D. degree, cum laude, from Harvard Law School.

Mr. Thompson has extensive experience in complex commercial litigation and has had significant trial experience in litigating large claims for plaintiffs and defendants. He led the firm's trial team that won a $205 million verdict in *AmBase Corp. v. United States*. Previously, he won an $18 million trial verdict in a breach of contract case for Bank of America. In connection with these matters, Mr. Thompson has taken hundreds of depositions of senior executives, expert witnesses, high ranking government and university officials, employees, and union leaders.

Mr. Thompson has also served as an adjunct faculty member at Georgetown University Law Center and a visiting professor at the University of Georgia Law School's DC campus. Litigation with the government has been the focus of the classes he has taught. The class he taught most

recently is Lawyering in Public, a course focusing on how to litigate high profile cases. He is also a frequent speaker on trial tactics.

## OF COUNSEL

**NICOLE JO MOSS** has extensive civil litigation experience representing a wide range of clients before a number of federal and state trial courts on a variety of constitutional, statutory, administrative, contractual, tort, and complex commercial matters.

Ms. Moss received her J.D. cum laude from Harvard Law School in 2000 where she was articles editor for the Harvard Journal of Law and Public Policy and President of the Federalist Society for Law and Public Policy. After graduating law school, Ms. Moss joined the election law and litigation practice groups of the D.C. office of Covington & Burling. In 2003, Ms. Moss moved to North Carolina with her husband, a now retired U.S. Marine, where she practiced law with a small firm with a dedicated trial and complex class action practice where she participated in multiple jury and bench trials. Ms. Moss has worked on several class action lawsuits on both the plaintiff and defense side. She has particular expertise in complex e-discovery matters and the use of multiple e-discovery platforms.

Ms. Moss has provided legal representation to the State of Tennessee since 2005 and has helped the State obtain relief from four long-standing consent decrees. In three class action suits against the State that have gone to trial, Ms. Moss spearheaded discovery efforts involving millions of documents and scores of depositions, both expert and fact, and the development and presentation of an extensive evidentiary record at trials that resulted in reforms to Tennessee's Medicaid program that saved the State billions of dollars. Ms. Moss is currently representing the State in defending against a class action suit challenging the State's Medicaid eligibility processes.

## ASSOCIATES

**DAVIS COOPER** received his J.D. in 2014 from The University of Alabama School of Law, where he was President of the Federalist Society and a member of the John A. Campbell Moot Court Board. Mr. Cooper graduated from the University of Alabama in 2008 with a B.S. in Finance and Corporate Investment Management. While in law school, Mr. Cooper worked as an intern in the office of Honorable L. Scott Coogler of the United States District Court for the Northern District of Alabama, at the United States Senate Committee on the Judiciary, and at the United States Department of Justice.