IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER MDL DATA SECURITY BREACH LITIGATION | DOCKET NO 2800<br>l:17-md-2800-TWT<br><br>ALL CASES |

### APPLICATION OF COUNSELS FOR
### APPOINTMENT TO STEERING COMMITTEE

Applicant Craig Kyle Hemphill of CKH Legal and on behalf of co-counsels Marc H. Richman, Law Offices of March H. Richman, John L. Green, Law Offices of John L. Green, Ph.D, CPA, Esq., Arnold M. Johnson, Law Offices of Arnold M. Johnson, and David Murphy, Law Offices of David M. Murphy and Associates, PLLC (collectively "Applicants") files this their application for appointment of selection by the Court to the Steering Committee of all cases in the Equifax, Inc., Customer MDL litigation ("Equifax Class Action") and in support of the joint applications submits the following as support for appointment by the Court:

### I.
### BACKGROUND OF COUNSEL

1. Applicants have collectively over 100+ years of legal experience via their time in practice that spans from experiences of large and complex civil litigation, class action cases, large top-100 law firms, corporate law departments, certified public accountants, federal law clerk experience in the Southern District of Texas-Houston Division, and law faculty experience in the areas of federal litigation and consumer/corporate matters. *See Exhibit A, Counsels' Combined Curriculum Vitae of Applicants*.

2. Applicants represent a significant number of class members in Texas and California and represent those members in the divisions of Dallas, Houston, and Los Angeles.

## II.
## QUALIFICATIONS

3. Applicants are qualified to serve on the Steering Committee of the Equifax Class Action as set forth by the criteria listed in FED. R. CIV. P. 23(g). *See Exhibit A*.

4. As a matter of conciseness and brevity for the Court, Applicants will forego attempting to persuade the Court with paragraphs of arguments and will rely upon the merits of their reported cases and work that are listed in *Exhibit A*. Applicants affirm that they will dutifully represent and assist lead counsel as appointed by the Court to represent the Class's best interest as required under the Rules.

## III.
## CONCLUSIONS & PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicants pray that the Court will review *Exhibit A* and appoint them jointly, or, appoint one of Applicants to serve on the Steering Committee in conjunction with or on behalf of the others and our clients.

Dated: February 2, 2018

Respectfully submitted,

**CKH LEGAL**

_____
Craig Kyle Hemphill
Southern District of Texas No. 26698
State Bar of Texas No. 24027012
5090 Richmond Avenue, No. 316
Houston, Texas 77056
TEL:   (713) 240-6300
FAX:   (888) 422-2141
Email: craig.ckhlegal@outlook.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Application has been served on all parties of record in compliance with the Federal Rules of Civil Procedure via the Court's ECF System on the 2nd day of February, 2018.

                                                _____
                                                CRAIG KYLE HEMPHILL