IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER MDL DATA SECURITY BREACH LITIGATION | DOCKET NO 2800<br>l:17-md-2800-TWT<br><br>ALL CASES |

# EXHIBIT A

# COUNSELS' COMBINED CURRICULUM VITAE OF APPLICANTS

EXHIBIT A
 Equifax MDL Litigation_ l:17-md-2800-TWT

# CRAIG K. HEMPHILL

16118 Dusty Path Lane
Cypress, Texas 77429
713.240.6300
craig.ckhlegal@outlook.com

## EDUCATION

2016-2019
**University of Kansas, University of Kansas School of Law**, Lawrence, Kansas
Doctor of Juridical Science (S.J.D.)/Ph.D. in Law Candidate-Constitutional Law, **3.7 GPA/4.0 Scale**
**Advisor, Richard Levy, J.B. Smith Distinguished Professor of Constitutional Law**
**(Former Clerk to the Hon. Richard Posner)**

**Proposed Dissertation**: *Religious and Theological Jurisprudence*
**Highlights**: *University of Houston, University of Houston Law Center*
*(Visiting Scholar in Residence (Spring 2017))*

2004-2009
**Southern Methodist University, Perkins School of Theology,** Dallas, Texas
Masters in Divinity-Theology, **3.6/4.0 Scale**, *Cum Laude*
**Highlights**: *2009 B'nai B'rith Award in Social Ethics*

1996-1999
**Texas Southern University, Thurgood Marshall School of Law**, Houston, Texas
Juris Doctor, **3.46/4.0 Scale**, *Magna Cum Laude*
**Highlights**: **Top 1%, 3rd/183 students**; Editor-in-Chief, Thurgood Marshall Law Review;
Highest Honors-Constitutional Law; Trial Simulation; Federal Jurisdiction; Appellate Litigation; Administrative Law; Advanced Criminal Law; and Consumer Rights

1990-1995
**University of Texas at Arlington, College of Business,** Arlington, Texas
Bachelor of Science in Economics, **2.8 GPA/4.0 Scale**

## EXPERIENCE AND REPRESENTATIVE MATTERS

2015-Present   **RŌK Construction Company**, Houston, Texas
Vice President & General Counsel

Handle corporate and construction litigation and transactional matters. Developing and reviewing Company policies relating to Federal, state, and local regulatory controls concerning labor and employment, risk management procedures, conflict of interest concerns, and corporate governance matters.

2015-Present   **CKH Legal**, Houston, Texas
Managing Counsel

Handle corporate transactions and business litigation matters. Specific experiences concerning engagements include, but is not limited to, drafting, negotiating, and managing large-dollar contracts in services and financial agreements, joint venture agreements, bid agreements, construction agreements, and sale agreements. Litigation matters concern first-chair trial experience in breach of contract suits.

**Craig K. Hemphill CV**
Page 2

| | |
|---|---|
| 2014-2015 | **Remedial Construction Services, L.P.**, Houston, Texas<br>Corporate Counsel |

Managed and headed Company's Legal Department. Direct report to Chief-Executive-Officer. Managed legal decisions in relation to Company's transactions and litigation concerns in Texas, Louisiana, and California. Managed outside counsel concerning all transactional and litigation matters. Negotiated large-dollar capital projects and lead or managed litigation matters totaling $100 Million.

<u>Notable Projects and Litigation</u>:

- **Sabine Pass LNG Project**-$5.9 Billion Value-$2Million Negotiation, Soil Stabilization
- **Cameron LNG**-$60 Million Value-$2Million Negotiation, Soil Stabilization performance
- **Litigation Matters**-$1.2 Million Value-Multiple Construction and Commercial Litigation

| | |
|---|---|
| 2008-2014<br>and 2003-2004 | **3i Construction, LLC,** Dallas, Texas<br>General Counsel and Corporate Compliance and Ethics Officer/Corporate Counsel<br>Senior In-House Counsel |

Managed Company's Legal Department concerning construction operations. Corporate Compliance and Ethics Officer's duties included designing, implementing, managing and overseeing Company's policies regarding internal, Federal, state, and local regulatory controls regarding labor and employment, risk management procedures, conflict of interests concerns, and corporate governance matters.

<u>Notable Projects and Litigation</u>:

- **Lyndon B. Johnson Freeway Extension**-$2 Billion Value-$1Million Negotiation, Construction Performance
- **Southwest Assemblies of God University**-$19 Million Value-Construction Build/Management of Auditorium
- **Litigation Matters**-$3 Million Value-Multiple Construction and Commercial Litigation Matters

| | |
|---|---|
| 2012 and 2000<br>Terms | **Federal Law Clerk to the Honorable Kenneth M. Hoyt**, Houston, Texas<br>Assisted with drafting Court's opinions and trial management of Federal and state commercial and civil litigation matters. |

| | |
|---|---|
| 2006-2008 | **Williams Midstream Gas and Liquids,** Houston, Texas<br>In-House Counsel-Construction Contract Specialist<br>Drafted and negotiated on-shore and off-shore construction contracts, including overseeing MSA and RFS agreements, environmental agreements and clauses, master dive agreements, and developing service and vendor agreements concerning oil and gas producing and processing facilities. |

<u>Notable Projects</u>:

- **LNG Processing Facility**-$100 Million Value-Construction/EPC Design-Build agreement relating to deep-water pipeline networks and plant facilities supporting delivery of oil and gas products by producers
- **Offshore Pipeline Network**-$500 Million Value-Deep-water Gulf of Mexico delivery pipeline network

**Craig K. Hemphill CV**
Page 3

| | |
|---|---|
| 2004-2006 | **City of Houston-Legal Department**, Houston, Texas |

Assistant City Attorney (In-House Counsel)

Served in City's Corporate Law Department as lead construction attorney. Responsible for drafting service contracts, program management agreements, design-build agreements, inter-local rail use agreements, and City's business and finance department contracts involving construction, consulting, and professional services agreement projects.

<u>Notable Projects</u>:

- **Lump sum and Work Order Construction Management Agreements**-$9.6 Million Value
- **Professional Program/Architect Agreements**-$255 Thousand Value
- **Inter-local Capital Improvement Agreement**-$1.5 Million Value
- **Inter-local Multi-County/City Rail Agreement**-$1Billion Value
- **Developed Design/Build Agreement** template concerning City of Houston's in relation to inaugural use on building/facility projects-$1.6 Million Value

| | |
|---|---|
| 2001-2002 | **Baker Botts L.L.P.**, Houston, Texas |

Corporate Associate

Practice focused on mergers and acquisitions, project development, corporate finance, and international transactions in U.S. and Latin America.

<u>Notable Projects</u>:

- **Project Development involving National Automobile Manufacturing Plant** in Alabama - $1 Billion Value

| | |
|---|---|
| 1997-2001 | **Faegre & Benson LLP**, Minneapolis, Minnesota |

Associate and Summer Associate

Practice focused on construction transactions and litigation, federal litigation practice, entertainment law, and business litigation.

<u>Notable Projects</u>:

- **Food Services Warehouse Construction Agreement** for International Food Manufacturer-$1 Million Value

## **PUBLICATIONS**

### **JOURNALS AND PRACTICE GUIDES**

| | |
|---|---|
| Spring 2009 | "Am I my Brother's Keeper?: Immigration Law Reform and the Liberty that is America (A Legal, Theological and Ethical Observation on the Debate of Allowing Immigrant Amnesty," Texas Hispanic Journal of Law & Policy (Vol. 15) (Spring 2009); Originally presented at the 2008 Immigration Law & Public Policy Symposium, November 7, Thurgood Marshall School of Law, Texas Southern University, Houston, Texas (Fall 2008) |

# LICENSES

State      **Texas**, 2000; **Minnesota**, 1999 (Inactive)

Federal    **United States Supreme Court**; **Fifth Circuit**; **Northern**, **Southern**, and **Eastern Districts of Texas**; **District of Minnesota**

### REPRESENTATVE MATTERS

*Litigation Matters*

- Vallejo v. Absolute Drywall Service, LLC (2018)
- Resie's Chicken & Waffles Restaurant v. Acceptance Indemnity Company (2013)
- Lily Occupational Therapy and Rehabilitation Services PC v. Continiuum Healthcare, LLC (2013)
- HHT v. Midway (Appellate Matter) (2013)
- Staff Zone v. 3i Construction, LLC (2013)
- In re Rogers (2013)
- In re J.T. (2012)
- Midway v. NRG & Associates, LLC et al. (2012)
- San Hwa Industry Co. Ltd. v. Daystone International Corp. (2011)
- Russey v. IHS (2011)
- The Allie Perdomo Fund for Children, Inc. v. Allen (2011)
- Dennis v. C&R Roofing et al (2011)
- Johnson v. Jatzlau (2011)
- Nationwide Recovery Systems Ltd. v. Graff et al. (Appellate Matter) (2011)
- In re Estate of Kenneth Wayne Walker (Appellate Matter) (2011)
- Gateway Charter Academy v. 3i Construction, LLC (2010)
- Cook v. Genie Companies, LLC et al. (2009)
- CSA Concrete Ltd. v. 3i Construction, LLC (2009)
- First Choice Automotive v. Webster (2009)
- In re Estate of Azale Holmes-McHenry (2011)
- In re Estate of Billie Louise Colbert (2010)
- In re Estate of Irene Huff (2009)
- In re Estate of Amanda Todd Jones (2009)
- In re Estate of Chauncey L. Garland (2009)
- In re Estate of Linda Jean Carter (2009)
- RCR Roofing Construction v. Ellisor (2009)

- U.S. v. Duffey et al (2009)
- Du Bois v. Bastine (2008)
- Nautilus Insurance Company v. Lake Houston Marina (2005)
- 3i Construction, LLC v. Smoothie Factory, Inc. (2003)
- Evans v. Bayer Corp. (2003)
- Allstate v. Nissan (2001)
- American Roofing, Inc. v. Kriske (2001)
- Barfield v. Mitsubishi (2001)
- Brooks v. Rheem Manufacturing (2001)
- Blankenship v. Bridgestone/Firestone North America Tire, LLC (2001)
- Collier v. Nissan (2001)
- Ford v. Saturn (2001)
- Garcia v. Toyota (2001)
- Gray v. Bridgestone/Firestone North America Tire, LLC (2001)
- Harvey v. American Home Products (2001)
- J.C. Penney v. Florida Wire & Cable Company (2001)
- Marin v. Nissan (2001)
- Paiz v. General Motors (2001)
- Portland Properties v. Philip Land (2001)
- Saucedo v. Bridgestone/Firestone North America Tire, LLC (2001)
- State Farm v. Rheem Manufacturing Company (2001)
- Trevino v. Temple-Inland, Inc. (2001)
- Van Leeuween Pipe & Tube Corp. (2001)
- Winslett v. General Motors (2001)
- American Accounts & Advisors, Inc. v. Hinderaker (1999)
- Ngoc Nguyen v. Twin Cities RISE! (1999)
- Olesen v. Thompson (1999)
- Tunnels, Inc. v. SJ Lewis, Inc. (1999)

### Construction Matters

- **Lyndon B. Johnson Freeway Extension**-$2 Billion Value-$1Million Negotiation
- **Southwest Assemblies of God University**-$19 Million Value-Construction Build/Management of Auditorium
- **Litigation Matters**-$3 Million Value-Multiple Construction and Commercial Litigation Matters
- **LNG Processing Facility**-$100 Million Value-Construction/EPC Design-Build agreement relating to deep-water pipeline networks and plant facilities supporting delivery of oil and gas products by producers
- **Offshore Pipeline Network**-$500 Million Value
- **Lump sum and Work Order Construction Management Agreements** - $9.6 Million Value
- **Professional Program/Architect Agreements** - $255 Thousand Value
- **Inter-local Capital Improvement Agreement** - $1.5 Million Value
- **Inter-local Multi-County/City Rail Agreement** - $1Billion Value
- **Developed Design/Build Agreement** template concerning City of Houston's in relation to inagural use on building/facility projects - $1.6 Million Value
- **Project Development involving National Automobile Manufacturing Plant** - $1 Billion Value
- **Food Services Warehouse Construction Agreement** – $1 Million Value

### Corporate Matters

- Worthington Interests L.L.C. - $1 Million Value
- Deep Sea Engineering Group L.L.C. - $500 Thousand Value
- Merger of California Corporation and Texas Corporation Concerning Hospitality Industry Service Company- $300 Thousand Value
- Interlocal Freight Rail District Agreement - $2.5 Billion Value
- Software Development Agreement - $318 Thousand Value
- 3i Construction, LLC Purchase Agreement - $1.8 Million Value
- Commercial Real Estate Sale for Ecclesiastic Entity - $637 Thousand
- Joint Venture & Merger for Mexican Manufacturing Firm - $60M
- Underwriter Representation in Public Offering of Common Stock by Energy Co.- 11.5 Million Shares Value
- Underwriter Representation in Public Offering of Common Stock by Energy Co.- 2 Million Shares Value
- Represented Waste and Disposal Company in Secondary Offering - $200 Million of Senior Notes Value

- Represented Waste and Disposal Company in Secondary Offering - $400 Million of Senior Notes Value
- Ecclesiastical Commercial Real Estate Transaction - $637 Thousand Value Sales Agreement

## **PANELS, PRESENTATIONS, AND SPEECHES**

- "New Business, Advanced Small Buisness: Why a Corporate Legal Department is Right for Your Entity," (Spring 2012), Presented as a Panelist of the 2012 "P.L.A.N. Seminar," Amenity Financial Services, January 21, 2012, Dallas, Texas

- Invited Participant in the "Foundation for Research on Economics & the Environment (FREE)-2011 Conference: Human and Environmental Health: Social Justice Implications. A Program for Religious Leaders and Others Interested in Communication and Outreach," August 1-5, 2011, Gallatin Gateway, Montana

- Invited Participant in the "Foundation for Research on Economics & the Environment (FREE)-2010 Conference: Our Environment: Economics, Ecology, & Ethics. A Program for U.S. Supreme Court Justices, Law Professors, Seminary Professors and Religious Leaders," September 13-17, 2010, Big Sky, Montana

- "Corporate Misconduct: Examining Government Intervention, Market Solutions and Alternative Deterrents through Ethics Pedagogy (A Legal and Economic Analysis of Corporate Scandals and the Effectiveness of Various Remedial Approaches)" (Summer 2007), Presented at the 2007 Inaugural Texas Junior Legal Scholars Conference, August 10-11th, 2007, Texas Wesleyan School of Law, Fort Worth, Texas)

- "Contract Litigation Prevention," Construction Law Litigation Series, City of Houston, Texas Bar CLE, (Spring 2006)

- Developed and Coordinated lecture "Ethical Decision Making and Corporate Governance and Culture," Presented by the Honorable Bill White, Mayor of the City of Houston, University of Houston-Downtown, Houston, Texas (Fall 2005)

- Coordinated and Developed "Design-Build Contract Guide," City of Houston Legal Department, Faegre & Benson LLP, Texas Bar CLE, Houston, Texas (Fall 2005)

- "Construction Review," Drafting Construction Contracts 101, City of Houston, Texas Bar CLE, Houston, Texas (Spring 2005)

- "A Foray into Removal," Advanced Personal Injury Law Course Sponsored by the Texas Bar CLE, Houston, Texas (Spring 2001)

- "Construction Review," Year in Construction Law Review, Faegre & Benson LLP, Minnesota CLE, Minneapolis, Minnesota (Spring 2000)

## ADMISSIONS AND AFFILIATIONS

United States Supreme Court

Fifth Circuit Court of Appeals

District of Minnesota; Northern and Southern District of Texas

Supreme Court of Minnesota and Texas

American Academy of Religion

American Bar Association, Young Lawyers Division, Business Law Committee, Vice Chair, 2000 to 2002

Houston Bar Association

Dallas Bar Association

National Bar Association

National Association for Business Economics

## AWARDS AND HONORS

**B'nai B'rith Award in Social Ethics** for scholarly competence in the field of social ethics and personal commitment to social causes **(May 2009)**

**Scholarship Recipient** of the 2008 X. International Bonhoeffer Congress, Czech Agricultural University, Prague, Czech Republic **(July 2008)**

**American Jurisprudence Award**

Administrative Law, 1999

Advanced Criminal Law, 1999

Federal Jurisdiction, 1999

Appellate Litigation, 1998

Consumer Rights, 1998

Trial Simulation, 1998

Constitutional Law, 1997

**Scholarly Recognition**

National Dean's List, 2007

National Law School Dean's List, 2001

Thurgood Marshall School of Law Recognition of Scholarship Award, 1999

West Publishing Company's Award for Outstanding Academic Achievement in Recognition of Outstanding Scholastic Achievement for All Three Years of Law School, 1999

Thurgood Marshall School of Law Dean's List, 1997-1999

Dale Carnegie Public Speaking Recognition Award, 1989

**Teaching Assistantships**

Lectured first-year law students in Torts and Constitutional Law, 1998-1999

# MARC H. RICHMAN

304 South Record Street, Suite 200
Dallas, Texas 75202-4738
Phone: (214) 742-3133

**Education**
J.D., Southern Methodist University, 1970
B.A., Southern Methodist University, 1967

**Admitted**
State Bar of Texas, 1970
U.S. District Court, Northern District of Texas, 1975
U.S. Court of Appeals for the Fifth Circuit, 1978
U.S. District Courts for the Western and Southern Districts of Texas, 1981
U.S. Tax Court, 1983
U.S. Court of Appeals, Eleventh Circuit, 1987
U.S. Supreme Court
U.S. District Court for the Western District of Arkansas, 1993
U.S. District Court, Eastern District of Texas
U.S. Bankruptcy Courts, Northern and Eastern Districts of Texas

**Member**
State Bar of Texas
American Bar Association
Dallas Bar Associations
The Association of Trial Lawyers of America
Texas Trial Lawyers Association
Texas Association of City Attorneys
Dallas Trial Lawyers Association
National Association of Criminal Defense Attorneys
Texas Criminal Defense Lawyers Association.

**Awards & Recognitions**
Phi Delta Phi
Advanced and Master Certification from the Texas Commission on Law Enforcement Standards and Education
Instructor, Dallas County Sheriff's Department and Dallas County Constables Offices
Special Counsel: Appointed to Represent Dallas, Collin, Rockwall and Tarrant Counties.
Appointed as General Counsel to Republic of Mexico for North Texas, Oklahoma and Arkansas.
Peer Review Rated AV by Martindale –Hubbell Since 1975. Highest possible rating for Legal Ability and Ethical Standards.

**Reported Cases**
*Blaylock v. Holland,* 396 S.W.3d 720 (Tex. App. — Dallas, March 06, 2013)
*Johnson v. Smith*, No. 07-10-00017-CV, 2012 WL 140654 (Tex. App.—Amarillo Jan. 18, 2012, no pet.) (mem. op.)
*County of Dallas v. Wiland*, 216 S.W.3d 344 (Tex. 2007)
*In re General Electric Capital Corp.*, 203 S.W.3d 314 (Tex. 2006)
*Holmes v. Concord Homes Ltd.*, 115 S.W.3d 310 (Tex. App.—Texarkana 2003, no pet.)
*Gonzales v. Dallas County*, 249 F.3d 406 (5th Cir. 2001)

*Carter v. Castillo,* No. 3:99-CV-0047-X, 2000 WL 1753039 (N.D. Tex. 2000), *aff'd,* 31 Fed. App'x 156 (5th Cir. 2001)
*Pitts v. Dallas County Bail Bond Bd.*, 23 S.W.3d 407 (Tex. App.—Amarillo 2000, pet. denied), *cert. denied* 531 U.S. 1151 (2001)
*Putthoff v. Ancrum*, 934 S.W.2d 164 (Tex. App.—Fort Worth 1996, writ denied)
*Arrington v. County of Dallas*, 970 F.2d 1441 (5th Cir. 1992)
*Pilgrim's Pride Corp. v. Thompson*, 818 S.W.2d 185 (Tex. App.—Tyler 1991, no writ)
*American Bankers Ins. Co. v. Caruth*, 786 S.W.2d 427 (Tex. App.—Dallas 1990, no writ)
*Khraish v. Hamed*, 762 S.W.2d 906 (Tex. App.—Dallas 1988, writ denied)
*Hager v. State*, 734 S.W.2d 180 (Tex. App. –Eastland 1987, pet. ref'd)
*Lawyers Civil Process, Inc. v. State*, 690 S.W.2d 939 (5th Cir. 1985)
*Spencer v. Seagoville*; 700 S.W. 2d 953 (5th Cir. 1985)
*Daniel v. State*, 585 S.W. 2d 688 (Tex. Ct. Crim. App. 1979)
*United States v. Lester*, 541 F.2d 499 (5th Cir.1976)

## Born
Dallas, Texas, 1945

**John L. Green, J.D., Ph.D., C.P.A.**
Attorney and Counselor at Law
4888 Loop Central Drive, Suite 445
Houston, Texas 77081
(713) 660-7400

**Educational Background:**

    Bachelors of Science in Accountancy – Florida A&M University (4/69)
    Masters of Accountancy - University of Illinois (8/70)
    Doctorate of Philosophy – Accountancy – University of Houston (6/77)
    Doctor of Jurisprudence – South Texas College of Law (1992)

**Work Experience:**

    Staff Auditor Price Waterhouse and Company – New York, New York (4/69 – 9/69)
    Owner of John L. Green & Associates, CPA – Tallahassee, Florida (9/70 – 6/74)
    Florida A&M University – Instructor of Accounting (9/70 – 6/74)
    Cooper & Lybrand and Company - Faculty in Residence (1/73 – 9/73)
    Owner of John L. Green CPA, Attorney at Law (74-Present)
    University of Houston – Instructor of Accounting (7/74 – 6-76)
    Texas Southern University – Assistant Professor of Accounting & Taxation (9/76 – 6/78)
    Houston Baptist University – Professor of Accounting & Taxation (9/77 – 5/01)
    University of Houston  - Visiting Asst. Professor (8/03-Present)

**Dissertation:**

    The effect of the estate and gift taxes on forced liquidation of family farms and businesses. Published in 1977

**Professional Articles:**

I have written numerous professional articles for the National Association of Black Accountant's Journal of taxation spectrum and others; participated in numerous TV and radio talk shows; and have conducted several local and national continuing education courses in the tax and accounting area.  I have contributed to various CPA Review series (Conviser Duffy) and other professional.

**Presentations:**
    National Association of Black Accountant's – CPA Liabilities;
    Federal Income Tax Update Individual;
    National Association of Black Accountant's – Corporate Updates;
    Federal Income Tax Update – Corporate;

      Houston society of CPA's Faculty Practitioners;
      Symposium – Panel & Narrator;
      Team Member of Five Different SACS Accreditation Committee Visit Groups;
      Various – AICPA National Presentations and Minority Committees;
      ABC Tax Forums;
      IRS – Practitioner Study Group

**Teaching Areas:**
      Estate and Gift Taxation;
      Corporate and Individual Income Taxation;
      Legal Environment of Business – Business Law;
      Accounting (various courses): Intermediate and Advanced

**Professional Memberships:**

      American Institute of CPA's;
      National Association of Black Accountants;
      Beta Alpha Psi National Honor Society;
      State Bar of Texas;
      Kappa Alpha Psi Fraternity;
      American Bar Association;
      National Bar Association;
      Texas Real Estate Broker;
      Sisters Network, Inc. – Board Member and Treasurer

THE LAW OFFICES OF
Murphy & Associates

# DAVID FARHADI MURPHY
*Professional Resume*

David Murphy founded the Law Offices of Murphy and Associates, PLLC in 2015. He manages the firm's real estate and commercial contract drafting, negotiations, and dispute resolution matters. Additionally, David assists clients with the selection of proper business organizational structures, business succession and tax planning, acquisition and disposition, and estate planning matters.

Prior to starting the Law Offices of Murphy & Associates, David worked with Bibby, McWilliams & Kearney, managing client's business, commercial, real estate matters, estate planning and energy transactions. Additionally, David worked with Umatiya Law as a business consultant assisting with the organizational structure of the firm's clients, negotiating commercial transactions and drafting the related agreements, and researching property title. David also worked at the Exxon Mobile/Qatar Petroleum joint venture Golden Pass LNG, where he worked in the Commercial, Regulatory, and Legal Departments reviewing and drafting contracts, conducting research regarding regulatory and compliance concerns related to pipelines and terminal facilities, and assisting the development of the company's Foreign Corrupt Practices Act procedures and compliance documents.

Prior to practicing law, David's experience includes more than fifteen years evaluating real estate transactions and developments. David worked with landowners and municipal governments navigating the regulatory maze involved in the creation and planning of surface developments, while managing the financial and operational concerns of regional lending companies.

David received his J.D. from South Texas College of Law. He is based in Houston, Texas, and can be reached at DMurphy@MurphysLawPLLC.com or by phone at (281) 475-2022.

**PRIOR EXPERIENCE:**

- Bibby, McWiliams & Kearney, PLLC – Associate Attorney
- Umatiya Law, PLLC – Business Consultant
- Golden Pass LNG – Law Clerk, Commercial intern
- DMF Capital Holding Group – Managing Partner
- Capital Lenders – Vice President of Operations and Marketing

**ADMITTED TO PRACTICE:**

- Texas
- U.S. District Courts, Southern District of Texas

**MEMBERSHIPS/ASSOCIATIONS:**

- Texas Bar Association
- Houston Bar Association
    - Teach Texas Committee Member
- The Woodlands Bar Association
- Association of International Petroleum Negotiators

**EDUCATION:**

- J.D., 2013, South Texas College of Law
    - Oil & Gas Law Society: President
    - AIPN Students at STCL: President
- B.S. Political Science, University of Houston Downtown