# EXHIBIT B



# Judith H. Germano

jgermano@germanolaw.com

201-247-7970

www.germanolaw.com

@judigermano

**Judith H. Germano** is a nationally recognized thought leader on cybersecurity governance and privacy issues.  A former federal prosecutor for 11 years, and founder of GermanoLaw, Judi advises and represents public and privately-held companies and individuals on cybersecurity and privacy matters, as well as on issues relating to fraud and other financial crimes, and regulatory-compliance.

Judi, an experienced trial attorney, has successfully handled federal civil and criminal cases as a plaintiff/prosecutor and as a defense attorney.  Judi previously was Chief of Economic Crimes at the U.S. Attorney's Office for the District of New Jersey, where she supervised and prosecuted complex cases of national and international impact, including involving cybercrime, securities and other financial fraud, identity theft, corruption and national security.  Before joining the U.S. Attorney's Office, Judi worked at the global law firm Shearman & Sterling, and served as a law clerk to federal judges on the U.S. Court of Appeals for the Second Circuit, and the U.S. District Court for the District of Connecticut.

Judi is a highly sought after keynote speaker and presenter. She is a Senior Fellow at the NYU Center for Cybersecurity (CCS) and NYU Center on Law & Security (CLS), and an Adjunct Professor of Law at NYU School of Law where she spearheads NYU's Women Cyber Leaders Series, and developed NYU Law School's first Cybercrime seminar.  Judi leads the CCS cybersecurity taskforce and roundtable series of corporate executives and senior government officials addressing critical cybersecurity concerns.

Judi's publications include:  *Cybersecurity Partnerships:  A New Era of Collaboration*; *Third-Party Cyber Risk & Corporate Responsibility*; and *After the Breach: Cybersecurity Liability Risk*; available at www.lawandsecurity.org/Publications/CLS-Originals.; as well as:  *Proposed NY Cybersecurity Regulation: A Giant Leap Backward?* published in Forbes, at https://www.forbes.com/sites/realspin/2016/12/02/proposed-ny-cybersecurity-regulation-a-giant-leap-backward/#6203645320cb.

Judi has presented at numerous events and programs, including the National Association of Corporate Directors (NACD)'s Global Board Leaders Summit; NACD's Cybersecurity Summit; the Washington Post Cybersecurity Summit; the CISO Executive Summit; the PLI Director's Institute; the Counsel on Foreign Relations (NYC); the U.S. Chamber of Commerce (Washington, D.C.); national meetings and internal training programs for the FBI, SEC, FTC and FDA; lectures at NYU, Columbia, Yale, and Georgetown University.  She has appeared on HuffPost Live and been quoted in Forbes, the Washington Post, CNBC and elsewhere.

GermanoLaw LLC is a wholly woman-owned and run law firm.  Judith Germano founded GermanoLawLLC in 2013 to provide client-focused advice and representation to companies and individuals.  In addition to Judi, the GermanoLaw Team includes: Gwen Schoenfeld, Senior Counsel; Danielle Yatrakis, Associate; Theresa Reilly, Investigator (former FBI agent of 23 years); and Nicola Ruiz, Executive Assistant.



**Gwen M. Schoenfeld**

gwens@germanolaw.com

www.germanolaw.com

**Gwen M. Schoenfeld** is Senior Counsel at GermanoLaw LLC, a law firm advising public and privately-held companies on cybersecurity and privacy matters, and representing companies and individuals on issues relating to fraud and other financial crimes, and regulatory-compliance matters.

Gwen is a litigation attorney with nearly two decades of experience representing clients in federal/state criminal, civil and regulatory proceedings.  She has worked on a broad array of matters including cybersecurity briefing and incident response, as well as cases involving allegations of various financial offenses (including securities, tax and insurance fraud), bribery, smuggling of wildlife artifacts, and other alleged federal and state crimes.  Gwen also is an experienced federal and state appellate attorney.  Previously, as a prosecutor, and currently, as a defense attorney, Gwen has filed dozens of appellate briefs and argued many cases before federal and state appellate courts.

Gwen obtained her law degree from the University of Pennsylvania Law School, and her undergraduate degree in Economics, with honors, from Brandeis University.  She also studied Philosophy, Politics and Economics at Oxford University, Pembroke College.  In addition to private practice at large and boutique law firms in New York City and New Jersey, Gwen also worked as an Assistant District Attorney at the Kings County District Attorney's Office in Brooklyn, New York.

Gwen is a member of the Federal Bar Council, Committee on Sentencing and Alternatives to Incarceration, and the National Association of Criminal Defense Lawyers.  Gwen is a Trustee of the Glen Ridge Educational Foundation, and has served as an Elected Member of the Glen Ridge Board of Education.  Gwen is an avid skier and collector of art and antiques.