**CORBOY & DEMETRIO**

# HONORS & AWARDS

Corboy & Demetrio is nationally recognized as a leading personal injury law firm. Our personal injury and medical malpractice attorneys have received many awards and honors for their legal work, professional accomplishments and charitable contributions. Our firm is ranked the #1 personal injury and medical malpractice litigation law firm in Chicago and Illinois, has consistently secured the top, highest yearly settlements, and has received recognition for many outstanding accomplishments and achievements.

- **Ranked #1** Thomas Demetrio ranked #1 Super Lawyer in Illinois for 2017 out of more than 95,000 attorneys
- **Ranked #1** Corboy & Demetrio ranked #1 Best Law Firms in Plaintiff's Personal Injury for Chicago
- **Ranked #1** Corboy & Demetrio ranked #1 Best Law Firms in Plaintiff's Medical Malpractice for Chicago
- **Ranked #1** Corboy & Demetrio ranked #1 Best Law Firms in Commercial Litigation for Chicago
- **Ranked #1** Thomas Demetrio ranked #1 Chicago Medical Malpractice Lawyer of the Year in 2011 by Best Lawyers
- **Ranked #1** David R. Barry, Jr. ranked #1 Chicago Medical Malpractice Lawyer of the year in 2014 by Best Lawyers
- **Only Chicago law firm** to have four former Chicago Bar Association Presidents
- **Only Chicago law firm** to have four attorneys serve as President of the Illinois Trial Lawyers Association
- All partners are **members of the Leading Lawyers Network,** which recognizes only the top 5% of all Illinois Lawyers
- All partners are recognized as "**Super Lawyers**"
- All partners have earned an **AV Rating - the highest possible** - from Martindale-Hubbell Law Directory
- Continuing Legal Education Center at the Center for Disability & Elder Law named "**Corboy & Demetrio Continuing Legal Education Center**"
- Named a **Chicago Bar Foundation Leadership Circle Charter Member**

**The following Corboy & Demetrio attorneys have received individual honors and awards for their legal work, accomplishments and contributions:**

CORBOY & DEMETRIO

## HONORS & AWARDS

**David "Chip" R. Barry, Jr.**
**Robert J. Bingle**
**Philip Harnett Corboy, Jr.**
**Michael K. Demetrio**
**Thomas A. Demetrio**
**William T. Gibbs**
**Daniel S. Kirschner**
**Michelle M. Kohut**
**Kenneth T. Lumb**
**Francis Patrick Murphy**
**Susan J. Schwartz**
**René A. Torrado, Jr.**
**Edward G. Willer**