CORBOY & DEMETRIO

# THOMAS A. DEMETRIO

Partner



33 N. Dearborn Street
21st Floor
Chicago, IL 60602
TAD@CorboyDemetrio.com
T: 312.346.3191

**THOMAS A. DEMETRIO**

A founding partner of the legendary law firm, Corboy & Demetrio, P.C., Tom is a nationally renowned trial lawyer with an emphasis on medical negligence, airplane crash, product liability, and commercial litigation on behalf of plaintiffs.

In 1983, Tom acquired the first ever 8-figure compensatory verdict in Illinois. He has acquired well over $1 billion in verdicts and settlements, including the largest single personal injury verdict ever upheld by the Illinois Supreme Court. All of his verdicts have been paid, and he has never lost an appeal.

Tom has been included in every edition of Best Lawyers in America since 1987. The *National Law Journal*, in 1990, named Tom one of the top 10 litigators in America. In 2014, the *National Law Journal* named Tom as one of its inaugural 50 "Litigation Trailblazers and Pioneers," the only Illinois plaintiff's trial lawyer receiving that distinction.

In 2015, the prestigious *Lawdragon*, which had previously anointed Tom "Dean of the Chicago Trial Bar," announced that, since its inception in 2005, Tom was one of only 50 lawyers who had been named every year as one of its 500 leading lawyers in America, joining a select group that includes Supreme Court Chief Justice John Roberts and Associate Justice Anthony Kennedy.

Since 2007, Tom has been voted by his peers to be in the top five of all lawyers in Illinois by the "Leading Lawyers Network," and since 2010, Tom has been named one of the Top 10 Illinois Super Lawyers, ranking *first* in 2017 and in 2018.

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

As a leader of the bar, Tom has served as President of both the Illinois Trial Lawyers Association and the 22,000-member Chicago Bar Association. He has been a Fellow of the American College of Trial Lawyers, the International Academy of Trial Lawyers, and the Inner Circle of Advocates for over 25 years.

He is a nationally recognized and sought after lecturer on trial techniques and advocacy skills and has authored more than 50 continuing legal education articles in the field of civil litigation.

Tom is currently the Co-Chair of the Board of Advisors of IIT Chicago-Kent College of Law. He has been honored by the law school by being named one of its *125 Alumni of Distinction*, and he has been given its *Alumni Merit Award*, *Professional Achievement Award*, and *Distinguished Service Award*. In addition, he serves on the boards of the Constitutional Rights Foundation; Center for Elder and Disability Law; and Big Shoulders - Archdiocese of Chicago. He has also served on the boards of Illinois Institute of Technology, St. Ignatius College Prep and Mundelein Seminary, as well as the Notre Dame Law School's Advisory Council and the Dispute Resolution Research Center of the Kellogg Graduate School of Management, Northwestern University.

In 2015, Tom was given the Hellenic Bar Association's *Lifetime Achievement Award*. In 2016, the Illinois Trial Lawyers Association bestowed on Tom its highest honor, the *Leonard M. Ring Lifetime Achievement Award*. Also in 2016, Tom received the Chicago Bar Association's prestigious *United States Supreme Court Justice John Paul Stevens Award* – from Justice Stevens himself.

While Tom served as president of the Chicago Bar Association, he wanted to impact the lives of Chicago's underprivileged children who, he sensed, would greatly benefit from quality mentoring. The Thomas A. Demetrio Award of Excellence was thus created recognizing the efforts of exceptional tutor/mentoring programs in Chicago communities. In 1995, with Tom's inspiration, guidance, and support, the CBA and Chicago Bar Foundation created the Lawyers' Lend-A-Hand to Youth program, which thrives to this very day. In addition to the annual Demetrio Award, it has granted over $1.6 million to mentoring programs for underprivileged youths in the Chicago area.

**PROFILES**

- "The Everyman's Lawyer - Thomas Demetrio Studied the Masters, Then Became One," Cover Story, Kevin Davis, Illinois Super Lawyers, 2009
- "Continuing the Tradition, Tom Demetrio - the Next Chapter from the Legendary Firm that Wrote the Book on Civil Trial Law," Cover Story, Keith Picher, Leading Lawyers Network Magazine, March, 2007

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

- "The Best Lawyers in America," Steven Naifeh and Gregory White Smith, Woodward/White, 1987-present and named Chicago's Best Medical Malpractice Lawyer of the Year, 2011
- "Who's Who," Maura Wall, Crain's Chicago Business, 2006-present
- "Upscale Chicago," UPN/Fox Broadcasting, December, 2005
- "Tragedy's Bottom Line: When a plane crashes, lawyers embark on a painstaking and often gruesome exercise to decide who should pay for lost lives," Blake Morrison, USA Today, January, 2000
- "The NLJ Visits Illinois: Big Shoulders - The State's Top 10 Litigators," Margaret Cronin Fisk, The National Law Journal, November, 1999
- "An Interview with Thomas A. Demetrio: "Because I Know You're a Trial Lawyer,"" Jim Bell, Trial Excellence, July 1996 and August 1996
- "Profiles in Power - 100 of the Most Influential Lawyers in America," Margaret Cronin Fisk, The National Law Journal, listed among lawyers deserving of an honorable mention, March, 1991; April, 1994; April, 1997
- "Profile: Thomas A. Demetrio: A Lawyer With a Heart," David M. Beam, The Chicago Bar Association Record, September, 1992
- "What a Lawyer Looks for Before Suing You," Paul C. Gerber, Physicians Management, March, 1990
- "Winning - Successful Strategies from 10 of the Nation's Top Litigators," Margaret Cronin Fisk, The National Law Journal, Feb. 12, 1990
- "The 10 Largest Jury Verdicts of 1988," Marshal Sella, American Bar Association Journal, March, 1989
- "Medical Malpractice," American Bar Association Journal, Interview, March, 1988
- "50 Under 50," Emily Couric, The National Law Journal, 50 of the nation's top lawyers under the age of 50, June 5, 1989
- "Elements of a $12 Million Personal Injury Cases," Janine Warsaw, Litigation Techniques, June, 1986
- "Info Junkie: Thomas Demetrio," Laura Bianchi, Crain's Chicago Business, April 2008

## HONORS

Chicago Bar Association, President, 1992

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Illinois Trial Lawyers Association, President, 1988

Medical Malpractice Lawyer of the Year in Chicago by The Best Lawyers in America, 2011

Inner Circle of Advocates, Fellow

Justice John Paul Stevens Award, Chicago Bar Association, 2016

Leonard M. Ring Lifetime Achievement Award, Illinois Trial Lawyers Association, 2016

Lifetime Achievement Award, Hellenic Bar Association, 2015

One of only 50 lawyers who has been named to "500 Leading Lawyers in America" since its inception, Lawdragon Magazine

One of the inaugural 50 named as Litigation Trailblazers & Pioneers by National Law Journal, 2014

One of 125 Alumni of Distinction, IIT Chicago-Kent College of Law, 2013

American College of Trial Lawyers, Fellow

American Bar Foundation, Fellow

American Inns of Court, Chicago Inn of Court, Master of the Bench

Association of Trial Lawyers of America's National College of Advocacy, Dean, College of Damages, 1987

AV rated - Highest level awarded - Martindale-Hubbell Law Directory

Big Shoulders, Archdiocese of Chicago, Board of Directors,

Center for Elder & Disability Law, Board of Directors

Chicago Bar Foundation, Life Fellow

Chicago Neurosurgical Center Leadership Committee, Chairman

"50 Under 50," The National Law Journal, 1989

Illinois Law Foundation, Fellow

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Illinois Bar Foundation, Life Fellow and Charter Member

Illinois Institute of Technology, Chicago-Kent College of Law, Alumni Merit Award, 1989; Professional Achievement Award, 1990; Distinguished Service Award, 2000

Illinois Institute of Technology, Chicago-Kent College of Law, President, Alumni Association, 1988

Illinois Institute of Technology, Chicago-Kent College of Law, Downtown Center Campaign, Chair

Illinois Institute of Technology, Chicago-Kent College of Law, President's Council

Illinois Institute of Technology, Chicago-Kent College of Law, Professor Ralph Brill Endowed Faculty Chair Campaign, Chairman

Illinois Super Lawyer - Top 5% of all Illinois lawyers

Illinois Supreme Court Committee on Jury Instructions

International Academy of Trial Lawyers, Fellow

Leading Lawyers Network, One of the Top Ten Lawyers in Illinois in All Areas of Law, Consumer Law and Personal Injury Plaintiff's Law

Lawdragon - Top 500 Leading Lawyers in America, 2005-present

Legal Aid Society of Chicago/Metropolitan Family Services, Silver Family Circle Charter Member

Mundelein Seminary, Board of Advisors, 1992-1997

Northwestern University, J.L. Kellogg Graduate School of Management, Dispute Resolution Research Center Advisory Committee

St. Ignatius College Prep, Board of Trustees, 1990-1995

The Best Lawyers in America, Medical Malpractice Law and Personal Injury Litigation, 1987-present

"Top 10 Illinois Litigators," The National Law Journal, 1999

"Top 10 National Litigators," The National Law Journal, 1990

Trial Lawyers for Public Justice, Board of Directors

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Who's Who - Crain's Chicago Business, 2006-present

## PROFESSIONAL AFFILIATIONS

American Association for Justice (AAJ), formerly known as Association of Trial Lawyers of America (ATLA), Executive Committee Board Member, 2008-present; Editorial Board Member, 2008-present

American Bar Association (ABA), Task Force on the Contingency Fee, 2003-present

American Bar Foundation, Fellow

American Board of Professional Liability Attorneys

American College of Trial Lawyers, Fellow; Upstate Illinois State Committee, 1997-present; National Trial Competition Committee, 2004-present

Chicago Bar Association (CBA), President, 1992

Chicago Bar Foundation, Life Fellow; Board of Directors, 1994-1996, Lend A Hand Advisory Board, 1994-present

Chicago Inn of Court, Master of the Bench

Chicago Neurosurgical Center Leadership Committee, Chairman, 1991-1995

Dispute Resolution Research Center Advisory Committee, J.L. Kellogg Graduate School of Management Northwestern University, Chicago, 1993-present

Illinois Bar Foundation, Life Fellow

Illinois Institute of Technology Chicago-Kent College of Law, Board of Overseers, 1992-present, Chairman, 2011-present, Alumni Association, President, 1988-1989

Illinois Institute of Technology, Board of Trustees, 2011-present

Illinois State Bar Association (ISBA)

Illinois Supreme Court Committee on Pattern Civil Jury Instructions, 1978-1997

Illinois Trial Lawyers Association (ITLA), President, 1988

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

International Academy of Trial Lawyers, Fellow

Inner Circle of Advocates, Fellow

Lawdragon, Top 500 Leading Lawyers in America, 2005-present

Leading Lawyers Network Advisory Board, 2003-present

Legal Aid Society of Chicago/Metropolitan Family Services, Silver Family Circle Charter Member

Mundelein Seminary, Board of Advisors, 1992-1997

St. Ignatius College Prep, Board of Trustees, 1990-1995

Supreme Court Historical Society, 2004-present

The Center for Conflict Resolution, Board of Directors, 1990-1993

The Lawyers Club of Chicago

The Seventh Circuit Bar Association

The Society of Trial Lawyers

Trial Lawyers for Public Justice, Board of Directors, 1988-1997

University of Notre Dame Law School, Advisory Council, 1987-2002

## COMMUNITY INVOLVEMENT

Big Shoulders - Archdiocese of Chicago, Board of Directors, 1993-present

Center for Disability and Elder Law, Board of Directors, 1990-present

Constitutional Rights Foundation Chicago, Board of Directors, 2009-present

Illinois Handgun Committee on Violence, Member, 1998-present

The Institute of Medicine of Chicago, Patient Safety Forum, Committee Member, 2002-present

Vatican Restoration Committee, 2000-present

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Knight Commander of the Equestrian Order of the Holy Sepulchre of Jerusalem, 1992-present

### SUCCESSES

- Dr. Dao-United Airlines Settlement
- $110 Million Settlement in American Eagle Crash
- $75 Million Global Settlement for Injured and Killed Victims in Hancock Scaffolding Collapse
- $74 Million in Record-Setting Settlements in Crash of United #232
- $44 Million Secured by Corboy & Demetrio Attorneys for Victims in Metra Train Derailment
- $40 Million Record-Setting Verdict in Car-Truck Collision
- $30 Million Obtained in Two Settlements of USAir #427 Plane Crash
- $29.6 Million Jury Verdict for Chicago Metra Crash Passenger
- $25.2 Million Record-Setting Settlement in USAir #427 Plane Crash
- $25 Million Record-Setting Settlement for Victim of United Airlines Plane Crash in Sioux City
- $25 Million for Victims of Fox River Grove School Bus-Train Crash
- $22 Million Record-Setting Verdict for Injuries in Car-Truck Crash
- $20 Million Settlement for Birth Trauma
- $16.5 Million Record-Setting Verdict in Birth Negligence Case
- $16 Million Settlement Affirmed by Appellate Court for Northwestern Football Player
  The Illinois Appellate Court affirmed a Cook County judge's authority to approve the $16 million settlement in the death of Rashidi Wheeler, a Northwestern University football player. Wheeler's mother, Linda Will, objected to the settlement and argued that Cook County Circuit Judge Kathy M. Flanagan did not have the authority to approve it.
- $16 Million Record-Setting Verdict for Brain Damaged Baby
- $16 Million Jury Verdict in Roofing Injury
- $16 Million for Brain-Damaged Pedestrian Hit by Limousine in Record-Setting Verdict
- $14.6 Million Settlement for Student Injured on School Trampoline
- $14 Million for Negligent Intubation of a Baby
- $8.5 Million Settlement for Baby Born with Cerebral Palsy
- $7.9 Million Record-Setting Verdict for Child Blinded by Doctor's Negligence
- $7.75 Million for Failure to Properly Treat Infant's Elevated Bilirubin

# CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

- $7.6 Million Settlement in Chemical Plant Blast
- $7.4 Million Settlement for Gold Coast Nanny Struck by Sanitation Truck
- $6.8 Million for Worker in Highway Construction Project
- $6.75 Million for German Pedestrian Killed by Charter Bus
- $6.2 Million Verdict for Brothers Severely Burned in Explosion
- $6 Million Settlement for Estate of Passenger Killed in USAir #427 Plane Crash
- $5.1 Million Settlement for Injured Bus Passenger in 2010 Megabus Crash
- $5 Million Wrongful Death Settlement in LaSalle County
- $4.5 Million Settlement for Family of Pedestrian Killed by Falling Ice
- $3 Million Settlement in Death of Child from Portable Crib
- $2 Million Reached in Last Case from United Airlines Flight 232 Plane Crash
- $2 Million Settlement in Minee-Subee Day Care Center Death Lawsuit
- $1.4 Million FELA Settlement for Railroad Worker
- $1.2 Million for Two Chicago Firefighters Injured While Battling Blaze at CHA Building
- $1.2 Million for Families of Two Students Killed in Grand Canyon Plane Crash
- $1.05 Million Verdict in DeKalb Co. for Death of a Baby is Record Setting
- $1 Million Settlement for Death of Infant in Lombard Home Day Care
- Confidential Settlement in the Death of Musician Stevie Ray Vaughan
- Confidential Settlement on Behalf of Passenger in Aspen Plane Crash
- $7.5 Million Medical Malpractice Settlement for 19-year-old Paraplegic
- $7.1 Million for Child Injured During Birth
- $12.25 Million Settlement in Obstetric Negligence Case
- $1.4 Million Settlement for Family of Passenger in Alabama Amtrak Crash
- Corboy & Demetrio Obtains Jury Verdict in 1973 Jim Croce Plane Crash

## PRACTICE AREAS

- Aviation Litigation
- Commercial Litigation
- Construction Negligence

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

- Medical Devices
- Medical Negligence
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Premises Liability
- Product Liability
- Professional Sports Liability
- Railroad Negligence & FELA
- Truck Accidents
- Vehicular Negligence

**NEWS**

Thomas Demetrio Ranked #1 Super Lawyer in IL for 2018
01.24.2018

Corboy & Demetrio Files Lawsuit Against Lyft after Driver Hits 80-year-old Chicago Crossing Guard
01.18.2018

Thomas Demetrio Named to America's 50 Most Influential Trial Lawyers for 2017
01.09.2018

Dr. David Dao Settlement

Thomas Demetrio Reacts to Firing of Officers in Dr. Dao Incident
10.17.2017

Corboy & Demetrio Launches Equifax Info Center & Equifax Newsletter
10.07.2017

Corboy & Demetrio Named to 2018 Best Law Firms
10.01.2017

Corboy & Demetrio Attorneys React to Equifax CEO's Resignation
09.26.2017

Corboy & Demetrio Files Class-Action Lawsuit Against Equifax in Security Breach
09.14.2017

# CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Corboy & Demetrio Obtains $9.6 Million for Family of Chicago Officer Killed in Police Chase

Thirteen Corboy & Demetrio Attorneys Named to 2018 IL Super Lawyers

Statement on behalf of United Airlines Passenger Dr. David Dao
04.11.2017

Thomas A. Demetrio Named to *Crain's* Who's Who in Chicago Business for 2017

13 Corboy & Demetrio Lawyers Honored as 2017 Leading Lawyers,  1 Named to Emerging Lawyers List

Corboy & Demetrio Obtains $10.6 Million Settlement for Toll Worker Killed by Truck

Accords of $48 Million in '94 USAir Crash
*Chicago Daily Law Bulletin*

Corboy & Demetrio Secures $1 Million in Death of Infant at Lombard Home Day Care

Record-Setting $25 Million Settlement in United #232 - Sioux City Iowa Plane Crash

Six Corboy & Demetrio Partners Named to 2018 Best Lawyers in America

Thomas A. Demetrio Named #1 Super Lawyer in Illinois for 2017

Thomas Demetrio Named One of America's 50 Most Influential Trial Lawyers

Former NFL Players with Injuries Should Register Now for Claims in NFL Settlement
02.21.2017

Corboy & Demetrio Client Mike Adamle Speaks Out about his Dementia and CTE
02.08.2017

Corboy & Demetrio Files Wrongful Death Lawsuit against Home Day Care in Death of Infant
02.01.2017

$110 Million Accord in American Eagle Plane Crash
*Chicago Daily Law Bulletin*

$7.4 Million Settlement for Gold Coast Nanny Struck by Intoxicated Driver

*America Needs You* Receives 2017 Thomas A. Demetrio Award of Excellence

Corboy & Demetrio Uniformly Judged to be the Best of the Best

Corboy & Demetrio - The Leader in Aviation Litigation

# CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Corboy & Demetrio Obtains $6 Million Settlement for Wife Killed in Airplane Crash

$208,000 for Couple who Lost Airplane Seat & Missed Birth of Foal
*UPI*

Corboy & Demetrio Named to 2017 Best Law Firms by U.S. News
11.09.2016

Six Corboy & Demetrio Attorneys Named to 2017 Edition of Best Lawyers in America
11.09.2016

Thomas Demetrio Appears in NY Daily News Story on CTE, Concussions & NFL Commish
10.14.2016

Corboy & Demetrio Files Emergency Petition to Preserve Evidence in Ogden School Videotaping
09.28.2016

Thomas Demetrio Receives Prestigious Justice John Paul Stevens Award
09.16.2016

Thomas Demetrio Speaks about Concussions & NFL at City Club of Chicago Event Featuring Mike Ditka
09.12.2016

Watch Video of Thomas Demetrio Speaking at City Club of Chicago Event
Former Bears Coach Mike Ditka Also Takes Part in High-Profile Panel on Concussions & NFL
09.12.2016

Thomas Demetrio to Speak about Concussions in NFL at City Club of Chicago
08.03.2016

$2.6 Million for Bicyclist Injured by CTA Bus in Construction Zone

$40 Million Record-Setting Verdict in I-55 Car-Truck Collision

C&D Record of Success Representing Bus, Car and Truck Crash Victims

Corboy & Demetrio and Judge Wright Co-Host Summer Intern-Clerk Lunch-n-Learn
07.20.2016

Statement of NFL Great Paul Hornung Regarding Lawsuit Filed Against Riddell
07.08.2016

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

NFL Legend Paul Hornung Files Lawsuit Against Helmet Maker Riddell
07.07.2016

NHL Fathers Support Sen. Blumenthal's Inquiry of NHL Commissioner
06.24.2016

Corboy & Demetrio - Leaders in Railroad Catastrophe Litigation

Thomas A. Demetrio Presented 2016 Leonard M. Ring Lifetime Achievement Award
06.14.2016

Thomas A. Demetrio to be Awarded Leonard M. Ring Lifetime Achievement Award
06.07.2016

$20 Million for Birth Trauma

Corboy & Demetrio Lawyers Secure $44 Million for Victims in Metra Train Derailment

2016 Thomas A. Demetrio Award of Excellence Presented to Cluster Tutoring
05.13.2016

$29.6 Million Record-Setting Verdict for Passenger in Metra Train Crash

Single Settlement Record Of $25.2 Million Reached In 1994 Boeing / US Airways Crash

Corboy & Demetrio Obtains $6.8 Million for Worker in Highway Construction Project

Corboy & Demetrio - Leaders in Bridge and Structural Collapse and Defect Litigation

Dave Duerson's Son and Family Appalled at Commissioner Goodell's Insensitivity
02.07.2016

Corboy & Demetrio has Highest Medical Malpractice Recovery Rate & Median Recovery in IL
02.04.2016

Corboy & Demetrio Founder Thomas A. Demetrio Profiled in Elite Trial Lawyers Magazine

Thomas A. Demetrio Ranked Second of All Lawyers in State by 2016 IL Super Lawyers
Fourteen Corboy & Demetrio Attorneys Named IL Super Lawyers & Rising Stars for 2016
01.08.2016

Corboy & Demetrio Jointly Files Second Lawsuit on Behalf of Nevada Family Killed in Amtrak Crash

# CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Corboy & Demetrio Selected to 2016 Best Law Firms by U.S. News
01.04.2016

Corboy & Demetrio Statement Garners National Media Attention about CTE and the NFL

First Lawsuit Filed Jointly by Prominent Reno and Chicago Law Firms in Deadly Amtrak Crash

Fox River Grove School Bus/Train Crash Settlements Exceed $25 Million

Thomas A. Demetrio "Dean of the Chicago Trial Bar" Named to Lawdragon's 50 Legends

Millions for Victims of Amtrak Train Collision by Corboy & Demetrio Attorneys

Four Corboy & Demetrio Lawyers Selected by the Prestigious Lawdragon 500 Leading Lawyers in America
12.11.2015

National Law Journal Names Corboy & Demetrio to 2015 Elite Trial Lawyers for Medical Malpractice
12.10.2015

Corboy & Demetrio Files NHL Concussion Lawsuit for Estate of Steve Montador
12.08.2015

National Law Journal Names Thomas Demetrio to Elite "Top 50 Litigation Trailblazers of 2014"

Corboy & Demetrio Lawyers Discuss Movie "Concussion" with Chicago Tribune

Thomas A. Demetrio Given Lifetime Achievement Award by Hellenic Bar Assn. of IL
11.07.2015

Thomas Demetrio to Receive Lifetime Achievement Award from Hellenic Bar Assoc. of IL
10.16.2015

Corboy & Demetrio Files Lawsuit against NFL in Suicide of Late Chicago Bear Dave Duerson
Duerson's Estate Accuses NFL of Causing Duerson's Brain Damage and Death

$75 Million Settlement for Victims in Hancock Scaffolding Accident
Wind Advisory, Safety Measures Not Followed

Six Corboy & Demetrio Attorneys Named to Best Lawyers in America, 2016 Edition
Thomas A. Demetrio Selected to Best Lawyers in America for 30th Consecutive Year

Radio Host Bob Collins' Estate Sued by Family of Student Pilot Killed in Mid-Air Plane Collision

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Corboy & Demetrio Hits American Eagle for $2.1 million for Jury Trial of '94 Aircrash

Corboy & Demetrio is Proud Supporter of Constitutional Rights Foundation of Chicago
07.21.2015

Thirteen Corboy & Demetrio Attorneys Named IL Leading Lawyers
Matthew Jenkins Named to Inaugural Emerging Lawyers List
07.20.2015

Corboy & Demetrio Obtains $14 Million for Negligent Intubation of a Baby

Corboy & Demetrio Files Civil Lawsuit in Death of Justyna Palka, Pedestrian Killed by Bus

Corboy & Demetrio Comments on the Proposed $765 million NFL Settlement

Irish Media Interview Corboy & Demetrio Attorneys about Fatal Berkeley Balcony Collapse
06.29.2015

Corboy & Demetrio Obtains $1.9 Million Settlement for TWA Flight 800 Plane Crash Victim

Federal Jury Finds American Eagle Liable for the Crash of One of Its Commuter Planes

Jury Trial Results in $2.6 Million Verdict Against CTA for Injuries to Bicyclist

Corboy & Demetrio Files Concussion Lawsuit for Former Blackhawk Player & Lightning Coach Steve
Ludzik
Lawsuit Takes Aim at NHL Commissioner Gary Bettman's Recent Comments on CTE

Montador Family Statement on CTE Findings

Corboy & Demetrio Garners National Media Attention in Derek Boogaard Case

Upon Further Review: Duerson Objectors Will Not Appeal NFL Concussion Settlement
05.21.2015

Corboy & Demetrio Files Lawsuit on Behalf of Toll Worker Killed By Sleeping Truck Driver on I-88

Thomas A. Demetrio Appointed Leadership Role in NHL Multidistrict Litigation

Boogaard Family and Corboy & Demetrio Statements about Drug Charges

Minds Matter Chicago to Receive Thomas A. Demetrio Award of Excellence
05.12.2015

# CORBOY & DEMETRIO

### THOMAS A. DEMETRIO

Corboy & Demetrio Files Wrongful Death Lawsuit against NHL in Death of Derek Boogaard

Thomas Demetrio Obtains $1.2 Million Verdict in Cessna Twin-Engine Plane Crash

$1.9 Million for Father Killed in TWA Flight 800 Plane Crash

Record-Setting $25.2 Million Settlement in US Airways Crash

Settlement of $2 Million Reached in Last Case from 1989 United Airlines Plane Crash

Thomas A. Demetrio Ranked Second of All Lawyers in State by 2015 IL Super Lawyers
Fourteen Corboy & Demetrio Attorneys Named IL Super Lawyers & Rising Stars for 2015
02.06.2015

Corboy & Demetrio Obtains Confidential Settlement on Behalf of Passenger in Aspen Plane Crash

Thomas Demetrio Speaks to Media about Crash of Asiana Flight 214

Corboy & Demetrio Named to 2015 Best Law Firms by U.S. News & Best Lawyers
01.02.2015

Corboy & Demetrio Files Lawsuit against Airline in Plane Crash near Midway
11.25.2014

Thomas A. Demetrio Featured in Crain's Chicago Business
11.21.2014

Corboy & Demetrio Sponsors Horse of Honor to Support Police Foundation
11.03.2014

Corboy & Demetrio Appointed to Executive Committee in NHL Concussion Litigation

Corboy & Demetrio Leaders in Fire, Explosion and Burn Injury Litigation

Corboy & Demetrio Files Lawsuit in Death of Off-Duty Chicago Officer Killed in Police Chase
09.16.2014

Thomas A. Demetrio Ranked Third in All of Illinois Leading Lawyers

Six Corboy & Demetrio Attorneys Selected for 2015 Best Lawyers in America
Co-founder Thomas A. Demetrio Named for 25th Consecutive Year

Corboy & Demetrio Files Lawsuit in Death of Law Student Killed in Wrong Way Crash

# CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

$6.2 Million Verdict for Brothers Severely Burned in Explosion

Chicago Lawyer Thomas Demetrio interviewed by Korean Media about Asiana Plane Crash Lawsuits

Corboy & Demetrio Applauds the Sentence of Driver Renato Velasquez in Fatal Crash

2014 Thomas A. Demetrio Award of Excellence Presented to Urban Life Skills

Corboy & Demetrio's William T. Gibbs Named to National Trial Lawyers' Top 100

Thomas Demetrio Named to Elite Lawdragon 500 Leading Lawyers in America for 2013-14

Fourteen Corboy & Demetrio Lawyers Selected 2014 IL Super Lawyers & Rising Stars
01.2014

Thomas A. Demetrio Applauds 100 Club of Chicago's 2013 Membership Drive

Thomas Demetrio Named to Trial Lawyer Magazine's 100 Most Influential Trial Lawyers
01.14.2014

"The Powerhouse of Aviation and Medical Malpractice," Thomas Demetrio

Record-Setting $22 Million Verdict for Injuries from Vehicle Collision

Thomas Demetrio Called Powerhouse of Aviation and Medical Negligence Law

Thomas A. Demetrio & Francis Patrick Murphy Proudly Named to "Watch List" by U.S. Chamber of Commerce
11.18.2013

Corboy & Demetrio Named to 2014 'Best Law Firms' by U.S. News & Best Lawyers
11.07.2013

Thomas A. Demetrio Ranked Third in All of Illinois Leading Lawyers

Fourteen Corboy & Demetrio Attorneys Named Leading Lawyers for 2014

Corboy & Demetrio Leader in Illinois in Leading Lawyers for 2013

Corboy & Demetrio Obtains $6.75 Million for German Pedestrian Killed by Charter Bus

Thomas A. Demetrio Named one of "125 Alumni of Distinction" by Chicago-Kent College of Law

Corboy & Demetrio Files 40 Lawsuits for Patients with Frozen Sperm Destroyed at Northwestern Lab
08.20.2013

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Five Corboy & Demetrio Attorneys Named to Best Lawyers in America - 2014 Edition

Corboy & Demetrio Recognized in 2013 Top Ranked Law Firms in Fortune Magazine
03.19.2013

Thomas A. Demetrio Signs Statement of Support for the U.S. National Guard and Reserve
02.20.2013

Corboy & Demetrio Partner Thomas A. Demetrio Awarded for Supporting U.S. Military
01.21.2013

Fourteen Corboy & Demetrio Lawyers Selected 2013 Illinois Super Lawyers & Rising Stars
01.14.2013

Corboy & Demetrio Recognized with National Ranking in Best Law Firms 2013 by U.S. News
11.06.2012

Five Corboy & Demetrio Partners Selected for Best Lawyers in America 2013
11.06.2012

Thomas A. Demetrio Named to Crain's Who's Who in Chicago Business 2012
09.05.2012

Lawsuits Filed in Gold Coast Pedestrian Crash Involving Nanny & Toddler in Stroller

Jury Awards $1.2 Million to Parents of Japanese Students Killed in Nevada Plane Crash

$4.5 Million Settlement for Family of Pedestrian Killed by Falling Ice

Duerson Family Statement

"Accords In '94 USAir Crash Top $48 Million"
*Chicago Daily Law Bulletin*

Five Corboy & Demetrio Lawyers Named Best Lawyers in America, 2012 Edition
Thomas A. Demetrio Voted Best Lawyer for 25th Consecutive Year

Eleven Corboy & Demetrio Lawyers Named to 2012 Super Lawyers List
01.17.2012

Tom Demetrio and Patrick Murphy Selected to Prestigious Lawdragon 500 Leading Lawyers in America

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Thirteen Corboy & Demetrio Lawyers Selected Leading Lawyers in Illinois
12.16.2011

Thomas A. Demetrio Named One of the Top Personal Injury Lawyers in Illinois by Leading Lawyers Magazine
12.16.2011

Tom Demetrio Named 2011 Chicago Medical Malpractice Lawyer of the Year

Corboy & Demetrio's Record of Success Representing Brain Damaged Personal Injury Victims

Tour Bus Strikes and Injures Prominent Chicago Attorney

Corboy & Demetrio Represents Pedestrians Struck by Vehicles

Corboy & Demetrio Files Civil Lawsuit in Death of Pedestrian Killed by Bus
05.2011

Attorney Tom Demetrio Featured Speaker Illinois Defense Counsel Symposium
04.13.2011

Tom Demetrio Receives The Lawyers Lend-A-Hand to Youth Barristers Philanthropic Award
04.01.2011

Tom Demetrio Featured on WTTW Channel 11's Chicago Tonight
03.23.2011

Tom Demetrio to Appear on Chicago Tonight
03.21.2011

Corboy & Demetrio - The Leaders in Medical Malpractice

$5 Million Wrongful Death Settlement in LaSalle County
02.24.2011

Over $1 Million Verdict for Driver Killed When Car Hits Stopped Train

Railroad Crossing Crash Litigation Settles for Over $25 Million

13 Corboy & Demetrio Attorneys Selected as Illinois Leading Lawyers
02.11.2011

11 Corboy & Demetrio Lawyers Named to 2011 Super Lawyers List
01.15.2011

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Leaders in Construction Site Accident Litigation
2010

$16 Million Verdict Returned in Roofing Injury
08.2010

Danny Keysar Child Safety Notification Act Enacted
07.2010

Tom Demetrio Speaker on High Exposure and Complex Tort Litigation at Illinois Association of
Defense Trial Counsel and Illinois Insurance Association Symposium
03.2010

Attorney Tom Demetrio Featured Speaker at Legal Seminar
03.2010

Corboy & Demetrio Secures Settlement in Minee-Subee Day Care Center Lawsuit
03.2010

C&D's 17 Year Legal Odyssey Results in $14.6 Million Trampoline Injury Settlement
02.2010

Tom Demetrio Presents Award of Excellence to PEAK
02.2010

Chicago Firefighters, Injured While Battling Fire, Receive Over $1 Million

Attorneys Tom Demetrio and Bob Bingle Featured Speakers at Seminar on Managing High Verdict
Cases
11.2009

Named Partner Tom Demetrio Featured on Bulletproof Blog
06.2009

Attorney Thomas Demetrio Featured in Illinois Super Lawyer Magazine
03.2009

Thomas Demetrio and William Gibbs Featured in Article "Becoming a Trial Lawyer"
*Chicago Lawyer,* 03.2009

## CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Corboy & Demetrio Chicago Personal Injury and Medical Malpractice Lawyers Named to Illinois Super Lawyers
Three Lawyers Named to Illinois Rising Stars
01.2009

"Thomas A. Demetrio Award of Excellence" Given to Jewish Child & Family Services
12.2008

$7.75 Million Settlement for Failure to Properly Treat Infant for Elevated Bilirubin
11.2008

Corboy & Demetrio Attorneys Thomas Demetrio and Francis Patrick Murphy Named to Lawdragon 500 Leading Lawyers in America
10.2008

Corboy & Demetrio Continuing Legal Education Center Dedicated at Center for Disability & Elder Law
09.2008

Corboy & Demetrio Named One of Chicago's Top Law Firms
*Chicago Magazine*, 08.2008

Record-Setting Aviation Settlement for $25 Million

All Twelve Partners at Corboy & Demetrio Recognized as 2008 Illinois Super Lawyers
01.2008

Thomas Demetrio "Lion of Chicago's Trial Bar"
2008

Appellate Court Affirms $16 Million Settlement for Northwestern Football Player
12.2007

Court Grants Injunctive Relief in Organ Donor Transplant Case
11.2007

Tom Demetrio Files Lawsuit Against Hyatt Corporation for Death of Internationally Renowned Hollywood Director Moustapha Akkad by Suicide Bomber in Jordan
09.2007

C&D Named One of Chicago's Top Law Firms, 2007
*Chicago Magazine*, 08.2007

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

Thomas A. Demetrio Profiled
*Leading Lawyers Network Magazine*, 03.2007

Thomas A. Demetrio Named One of the Top Plaintiff's Lawyers in Nation
02.2007

Tom Demetrio "Stands Alone Atop the Chicago Trial Bar for 100 Million Reasons"
2007

C&D Named One of Chicago's Top Law Firms, 2006
*Chicago Magazine*, 08.2006

$75 Million for Injured and Killed Victims in Hancock Scaffolding Accident
02.01.2006

Hancock Scaffolding Accident Global Settlement
02.2006

Tom Demetrio "Chicago's Top Trial Lawyer"
2006

Thomas Demetrio "The Star of the Chicago Plaintiffs' Bar"
2005

"Lawyers Hunt For Foreign Defendants Here and Leave"
*Trial Notebook, Chicago Daily Law Bulletin*, 08.2004

Tom Demetrio Discusses Medical Malpractice Caps in "Jury Awards Not a Panacea"
*Daily Herald*, 08.2004

C&D Named One of Chicago's Top Law Firms, 2003
*Chicago Magazine*, 08.2003

"Lawyers to See Remains of Porch"
Accident Debris Stored at O'Hare
*Chicago Tribune*, 07.2003

$7.5 Million Settlement Reached on Behalf of 19-Year-Old Paraplegic
03.04.2003

C&D Named One of Chicago's Top Law Firms, 2002
*Chicago Magazine*, 08.2002

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Tom Demetrio Discusses Illinois Supreme Court Ruling
*Chicago Daily Law Bulletin*, 05.2002

Child Awarded $7.1 Million for Injuries During Her Delivery
11.19.2001

Child Awarded $7.1 Million for Injuries During Her Delivery
11.19.2001

C&D Again Atop Chicago Lawyer Magazine Settlement Survey
*Chicago Lawyer*, 10.2000

Largest Individual Settlement in Illinois Personal Injury History
04.04.2000

"Settling Up: How Lawyers Build A Case To Make Corporations Pay When People Die In An Air Disaster
"
*Copyright 2000, USA TODAY. Reprinted with Permission*, 01.2000

Towboat Company to Pay $1.4 Million in Amtrak Wreck
02.18.1998

Birth Negligence Case Yields Record $16.5 Million Verdict
*Chicago Daily Law Bulletin*, 09.1997

$8.5 Million Settlement Approved for Baby Brain Damaged at Birth
*Chicago Daily Law Bulletin*, 08.1997

"Chem-Plant Blast Yields $7.6 Million Settlement - Finally"
*Chicago Daily Law Bulletin*

"Elements of a $12 Million Personal Injury Case"
*ABA Journal*

**ATTORNEY-AUTHORED ARTICLES**

MedMal Matters: Surgery to Circus
11.2017

MedMal Matters: Who Could Object?
10.2017

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

MedMal Matters: Negligence with Consent?
09.2017

MedMal Matters: One Surgeon, Many Patients
08.2017

MedMal Matters: Check, Please
*Chicago Lawyer*, 06.2017

MedMal Matters: Lights, Camera, Scalpel
Can videotaping surgery make operations safer?
05.2017

MedMal Matters: Bitter Pill
03.2017

MedMal Matters: #ElderAbuse
02.2017

MedMal Matters: Double Checking Hospitals' Double-Booking
08.04.2016

Chicago Daily Law Bulletin: Leonard Ring's Legacy After 22 Years
04.24.2016

MedMal Matters: The Value of Informed Consent
03.2016

MedMal Matters: I've Got a Secret
01.2016

MedMal Matters: Putting Ice on a Black Eye
*Chicago Lawyer Magazine*, 09.01.2015

MedMal Matters: Medical Maze Created by the Military
08.2015

MedMal Matters: Brave New World
Computerized Medical Records Pose Some Very Real Pitfalls
06.2015

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

MedMal Matters: Defensive Medicine or 'Defensive' Medicine?
Excess testing may have nothing to do with lawsuit fears
04.2015

MedMal Matters: Difficult to Argue With
Detailed study shoots holes in defensive medicine theory
02.2015

MedMal Matters: When Rules are Written for Only One Side
11th Circuit skewers effort to put limits on plaintiff experts
11.2014

MedMal Matters: Social Networking in the Operating Room
09.2014

MedMal Matters: Should a Contract Trump the Constitution?
07.2014

MedMal Matters: Don't Wander into the Minefield
05.01.2014

Chicago Daily Law Bulletin: NFL Brain Damage Epidemic Continues
04.26.2014

MedMal Matters: Another High-Tech Tool for Plaintiff Lawyers
03.2014

MedMal Matters: The Fragile Patient Safety Triad
12.2013

MedMal Matters: Automated Surgery - A Good Idea?
09.2013

MedMal Matters: Ethics and the NFL Physician
07.2013

MedMal Matters: When Silence is Not Golden
05.2013

MedMal Matters: Follow the Money
03.2013

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

MedMal Matters: Coming Clean on Medical Practices
*Chicago Lawyer Magazine*, 12.12.2012

MedMal Matters: Hospitals Send Patients to Lawyers
*Chicago Lawyer*, 10.2012

MedMal Matters: The Founders Wouldn't Approve
08.2012

MedMal Matters: Study Shows Doctors Make Missteps
*Chicago Lawyer*, 06.2012

MedMal Matters: A Cheatin' Doctor
*Chicago Lawyer*, 04.2012

MedMal Matters: Distracted Doctors
*Chicago Lawyer*, 02.2012

Trial Magazine: Beyond the Thunder
Dealing effectively with adverse weather and its contribution to air disasters
*Trial Magazine*

Your Witness: Lessons on Cross-Examination and Life from Great Chicago Trial Lawyers: Cross-Examination and Its Impact on Credibility
*Law Bulletin Publishing Company*, 2008

Trial Magazine: Powerful Persuasion
The Use of Demonstrative Evidence
*Trial Magazine*, 04.2006

Principles of Illinois Discovery: An Overview, Illinois Civil Discovery Practice
*Illinois Institute for Continuing Legal Education (IICLE) - 1983, Supp. 1984, 1992, 1994, 1996, 1998, 2002*,
2002

Medical Malpractice Discovery, Illinois Civil Discovery Practice
*Illinois Institute for Continuing Legal Education, 1983, Supp. 1984, 1992, 1994, 1996, 1998, 2002*

Demetrio on Trial Practice - Daubert: Its Early Years
*CBA Record*, 04.2001

Demetrio on Trial Practice - Attorney-Client Privilege - Oh, Really?
*CBA Record*, 10.2000

# CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Trial Magazine: Loss of Consortium - A Continuing Evolution
*Trial Magazine*, 09.2000

More Cases We Remember - A Lesson In Credibility
*Trial Magazine*, 04.2000

Demetrio on Trial Practice - Offers of Proof, Why, When & How
*CBA Record, June/July*, 2000

Demetrio on Trial Practice - Striving for Excellence
*CBA Record*, 12.1999

Demetrio on Trial Practice - Opening Statement: Some Initial Thoughts and Bullet Points
*CBA Record*, 11.1999

Demetrio on Trial Practice - Motions In Limine: Why, When and How to Use Them
*CBA Record*, 10.1999

Demetrio on Trial Practice - Batson: A Black and White Issue - Or Is It?
*CBA Record, June/July*, 1999

Look for the Silver Lining - An Analysis of Weather-Related Air Crash Disasters
*Trial Magazine*, 08.1998

Illinois Bar Journal: But Compared to What? Comparative Fault, Contribution, and Joint and Several Liability in Illinois
*Illinois Bar Journal*, 04.1998

The Key to Final Argument? - Persuasion
*The CBA Record*, 03.1998

A Practical Guide to Discovery in Medical Negligence Litigation
*Illinois Civil Discovery Practice, Illinois Institute for Continuing Legal Education, 1996; Supp. 1998)*, 1998

A Practical Guide to Discovery in Medical Negligence Litigation
*Illinois Civil Discovery Practice, Illinois Institute for Continuing Legal Education, 1996*, 1996

Trial Magazine: "Wrongful Death - A Medical Tragedy" Book Review
*Trial*, 10.1995

The Practical Application of Illinois Discovery Rules
*Illinois Civil Discovery Practice, Illinois Institute for Continuing Legal Education, 1987, Supp. 1989*, 1989

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

A Practical Guide to Discovery in Medical Negligence Litigation
*Illinois Civil Discovery Practice, Illinois Institute for Continuing Legal Education, 1987; Supp. 1989*, 1989

Finding and Using Experts
*ABA - Tort and Insurance Practice Section Manual*, 1988

The Practical Application of Illinois Discovery Rules
*Illinois Civil Discovery Practice (IICLE, 1987, Supp. 1989*, 1987

Video Depositions: How and When to Use Them
*Chicago Bar Association - Tort Litigation Committee*, 1987

A Practical Guide to Discovery in Medical Negligence Litigation
*Illinois Civil Discovery Practice, Illinois Institute for Continuing Legal Education, 1987, 1996; Supp. 1989, 1998)*

The Due Process Clause of the Fifth Amendment Mandates that the Right to Trial by Jury, Guaranteed by the Seventh Amendment, be Preserved
*ABA - Tort and Insurance Practice Section Manual, Trial Magazine*, 08.1985

Trial Magazine: Should Juries Decide Complex Cases?
*Trial*, 08.1985

Comparative Fault in Illinois: Its Past, Present and Future
*Illinois Trial Lawyers Journal*, 1983

**SEMINARS & SPEECHES**

- "How to Best Prepare Yourself as an Expert Witness," Forensic Expert Witness Association, 2010

- "The Professors: Cameras in Chicago," WCCU-TV, 2010

- "Trends in High Exposure and Complex Tort Litigation," Illinois Association of Defense Trial Counsel and Illinois Insurance Association, 2010

- "Jury Deselection & Jury Management," Law Bulletin Seminars, 2010

- "Case Evaluation Conference, Managing the High Verdict Potential Case," Law Bulletin Seminars, 2009

- "Jury Selection Law and Technique - Jury Selection, or Is It? " Chicago Bar Association, College of Trial Advocacy, 2009

- "Opening Statements: Strategies & Themes Conference," Law Bulletin Seminars, 2009

- "Case Evaluation Conference," Law Bulletin Seminars, 2008

CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

- "Case Evaluation: When To Take the Case - When to Settle," Law Bulletin Seminars, 2007
- "Opening Statement and Final Argument: Is There Really a Difference?" Academy of Florida Trial Lawyers, Florida, 2005
- "Tort Reform Summit," Chicago Daily Law Bulletin, 2005
- "2005 Advocacy Showcase - A One-Day Trial," Illinois Trial Lawyers Association, 2005
- "Opening Statement - Telling The Story," Lessons From the Stars, D.C. Trial Lawyers Association, 2005
- "Breaking Barriers, Building Bridges - Masters At Trial," Chicago Bar Association, 2004
- "Tort Reform: Its Economic Impact Nationally and in Illinois," The Economic Club of Chicago, 2004
- "Tort Reform Wars: The Future of the Civil Jury System in a Litigious Nation," The Economic Club of Chicago, 2004
- "Electronics in the Courtroom," Inner Circle of Advocates, 2003
- "2003 Advocacy Showcase The Medical Negligence Case: A One-Day Trial," Illinois Trial Lawyers Association, 2003
- "Jury Persuasion," Northwestern University School of Law, 2003
- "Trial Superstars One Lawyer's Perspective," John Marshall Law School, 2002
- American Bar Association Section of Litigation Annual Meeting, Banff, Alberta, Canada, 2002
- "Jury Selection Or Is It?", Chicago Bar Association, 2001
- "Views of a Trial Lawyer," Rotary Club of Chicago, 2000
- "The Past, Present and Future of Product Liability," American Bar Association, Litigation Section, 2000
- "Rebuttal Argument," ATLA Convention, Chicago, Illinois, 2000
- "Final Argument," Anatomy of a Trial Seminar, Illinois Trial Lawyers Association, 2000
- "Product Liability" - A Debate, Federalist Society, 2000
- "Mentoring," Professionalism Day, IIT Chicago-Kent College of Law, 2000
- "Rebuttal Argument," Illinois Trial Lawyers Association, Past Presidents Seminar, 2000
- "Proving Damages in Wrongful Death, Brain Injury and Spinal Cord Injury Cases," Chicago Bar Association, 1998
- "Computer Graphics and Animation," International Academy of Trial Lawyers, Annual Convention, 1998

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

- "How to Value the Personal Injury Case: Negotiating Strategies & Settlement Techniques" - American Bar Association/Association of Trial Lawyers of America Satellite Seminar, Washington, D.C., 1998

- "Trial Practice in the 90's: Jury Selection, Focus Groups and Computer Graphic Animation," Illinois Institute for Continuing Legal Education, 1998

- "Lessons Learned at Trial - Trial Superstars," Chicago Bar Association, Young Lawyers Section, 1997

- "Shaping the Jury's Verdict -- Winning in the Age of Tort Reform," 48th Annual Advocacy Institute, The Institute of Continuing Legal Education, Michigan, 1997

- "Closing Arguments," Ultimate Mentor Interactive Seminar, Illinois Trial Lawyers Association, 1996

- "The Obligations of Lawyering in Today's World," Featured Speaker at the Annual Luncheon Meeting of the Franklin County Trial Lawyers Association, Ohio, 1996

- "Jury Selection in the Industrial Product Liability Case" - The 13th Annual Conference on Product Liability Law - National Practice Institute - Chicago - 1995

- "Direct and Re-Direct Examination -- Trial Demonstration" - ICLE's 46th Annual Advocacy Institute - The Institute of Continuing Legal Education - Ann Arbor, Michigan - 1995

- "House Bill 20 - Redefining Tort Practice in Illinois," Chicago Bar Association, 1995

- "Litigation Management: Manage Dollars or Activities?" Johnson Controls Annual Law Department Meeting, 1995

- The Art of Persuasion, Demonstration: Plaintiff's Closing Argument, " Defense Research Institute, Trial Techniques Seminar,1995

- "Litigating Medical Malpractice Claims - Plaintiff's Perspective," Annual American Law Institute, American Bar Association Committee on Continuing Professional Education, South Carolina, 1995

- "Winning with the Masters," Last Chance Seminar, Louisiana Trial Lawyers Association, New Orleans, 1995

- "Product Liability Litigation - A Practical Approach," Summation Strategies, Plaintiff's Perspective, Illinois Trial Lawyers Association, 1994

- "Emerging Issues in Motor Vehicle Product Liability Litigation," The debate over New Restatement 2nd of Torts 105, discussion about changing the burden of proof in product liability cases. American Bar Association National Institute, Arizona, 1994

- "Effective Direct and Cross-Examination" - Summer Boot Camp for Aspiring Litigators, Chicago Bar Association, 1994

## THOMAS A. DEMETRIO

- "Closing Arguments" - Young Lawyers Section Trial Practice Course, Chicago Bar Association, 1994

- "Medical Experts: Effective Direct and Cross Examination - Plaintiff's Perspective" - Illinois Association of Defense Trial Counsel, 1993

- "Winning Closing Arguments," Illinois Trial Lawyers Association Annual Seminar, 1993

- "Practical Problems of Litigating with Foreign Defendants," American Bar Association, Section of Tort and Insurance Practice, Washington, D.C., 1993

- "Aspects of American Product Liability Law," International Institute, University College Dublin, Dublin, Ireland, 1993

- "Aftermath of an Error" - The NBC/GM Truck-Safety Broadcast Controversy, Loyola University Chicago Communications Department, 1993

- "Art of Summation," New York State Trial Lawyers Institute, 1992

- "Plaintiff's Perspective: Closing" - Federation of Insurance & Corporate Counsel Winter Program, Florida, 1992

- "Bad Faith in the '90s -- How to Avoid It" - Rollins Burdick Hunter Co. National Leadership Conference, 1992

- "Discovery Practice in the '90s: A How-to Seminar Focusing on Competency, Efficiency & Civility," Moderator, Chicago Bar Association, 1992

- "Opening Statement," Presentation of Plaintiff's Perspective in a Product Liability Case, Federal Bar Association National Convention, Ohio, 1992

- "Is a Cap on Damages Socially Desirable?" - Plaintiff's Perspective, Illinois Provider Trust Annual Risk Management Meeting, 1992

- "Jury Selection: Plaintiff's Perspective" - Point/Counterpoint Seminar, Illinois Trial Lawyers Association, 1992, 1993

- "A Collection of Great Closing Arguments: Techniques and Demonstrations," California Trial Lawyers Association 26th Annual Tahoe Seminar, 1991

- "1991 Best Evidence Seminar," American Bar Association, Section of Litigation, 1991

- "Developing and Defending Employment Discrimination Cases," 42nd Annual Advocacy Institute, Michigan, 1991; California, 1992

- "Final Argument," Joint Seminar of the Association of Florida Trial Lawyers and Georgia Trial Lawyers Association, Bermuda, 1991

- "Effective Trial Techniques - From Pre-Trial Proceedings Through Summation," Chicago Bar Association, 1991

# CORBOY & DEMETRIO

## THOMAS A. DEMETRIO

- "Delivering a Knock-Out Punch in Opening Statement," Third Annual Tort Masters Seminar, sponsored by Alabama Trial Lawyers Association, Academy of Florida Trial Lawyers and Georgia Trial Lawyers Association, Georgia, 1991

- "Winning with the Masters, Last Chance Seminar " Louisiana Trial Lawyers Association, New Orleans, 1991

- "Using Final Argument to Enhance Damages," Alabama Trial Lawyers Association 38th Annual Mid-Winter Conference, 1990

- "Do's and Don'ts of Direct Examination," Trial Notebook Series, Illinois Trial Lawyers Association, 1990

- "Trial Symposium - Advocacy into the '90s," Ohio Academy of Trial Lawyers Thirty-Third Annual Convention, 1990

- Address to the Professional Liability Committee of the American Bar Association, American Bar Association Annual Meeting, 1990

- "How to Address Damages in the Opening Statement and Closing Argument," Chicago Bar Association, 1990

- "Arguing Medical Negligence," Illinois Trial Lawyers Association, 1990

- "Arguing and Maximizing Damages," Kansas Trial Lawyers' Association, 1990

- "Proving and Disputing Liability in Tort Cases," Chicago Bar Association, 1989

- "The Persuasive Final Argument," Illinois Trial Lawyers Association, 1989

- "Ideas on Final Argument," A Weekend with the Masters, Georgia Trial Lawyers Association, 1989

- The 46th Annual Belli Seminar, Massachusetts, 1989

- "Negotiations," Chicago Bar Association, 1988

- "Finding and Using Experts in Crash Cases." American Bar Association Tort and Insurance Practice Section, Massachusetts, 1988

- "Comparative Fault," Indiana State Bar Association, 1988

- "The Medical Malpractice Case," The 39th Annual Advocacy Institute, Michigan, 1988

- Illinois Trial Lawyers Association, College of Advocacy, 1988

- Seminar Chair, Association of Trial Lawyers of America, National College of Advocacy, Specialized Courses, Colorado, 1988

- "Closing Argument," Chicago Bar Association, 1988

- "Litigating Medical Malpractice Claims," American Bar Association, South Carolina, 1988

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

- "Masters of Advocacy," Tort Expo , Tennessee Trial Lawyers Association, 1988
- "Tort Reform or Deform?: A Public Debate," Illinois State Bar Association, 1988
- "How Proof Relates to the Final Argument," Association of Trial Lawyers of America Mid-Winter Convention, Arizona, 1987
- "Recent Trends in Evaluating, Proving and Arguing Damages," Litigating Medical Malpractice Claims, American Bar Association and California Continuing Legal Education, 1987
- "Assessment of Damages," The Thorough Representation of the Catastrophic-Injured: Causation, Expert Assessments of Damages and Long Term Care Issues, The Rehabilitation Institute of Chicago, 1987
- Dean: Association of Trial Lawyers of America National College of Advocacy, Specialized College on Damages, Colorado, 1987
- "Video Depositions - How and When to Use Them," Chicago Bar Association Tort Litigation Committee, 1987
- "The Art of Deposition Taking," Chicago Bar Association Tort Litigation Committee, 1987
- "How to Find and Use the Expert Recreational and Sports Witness," Illinois Trial Lawyers Association, 1987
- "Changes in Recovery Under the Illinois Wrongful Death Act," Chicago Bar Association Tort Litigation Committee, 1986
- "Proper Negotiation Techniques," Annual Program on Negotiations and Counseling, National Institute of Trial Advocacy, 1986
- "Our Tort System Must be Preserved," 21st Annual Meeting of the Congress of Organizations of the Physically Handicapped, 1986
- "Today's Civil System of Justice," National Association of Independent Insurers, 1986
- "Persuasive Trial Techniques," Hispanic National Bar Association Annual Convention, 1986
- "Proper Evaluation of Product Liability Cases," Pick the Best, Decline the Rest, Illinois Trial Lawyers Association, 1986
- "Lawyers and Doctors: A Time for Harmony," Illinois State Medical Society, 1986
- "Ethics and Attorneys Fees," Northwestern University Law School, 1986, 1987, 1988, 1990
- "How to Present the Expert Economist," Illinois Trial Lawyers Association, 1985
- "How to Prove Loss of Companionship in the Case of a Deceased Spouse, Parent or Child," Proving and Disproving Damages in Personal Injury and Wrongful Death Cases Seminar, Illinois Institute for Continuing Legal Education, 1985

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

- "Final Argument," The Ohio Academy of Trial Lawyers, 1985

- "Consulting the Appropriate Witness and Assessment of Damages," The Thorough Representation of the Catastrophic-Injured, The Rehabilitation Institute of Chicago, 1985

- "Anatomy of an Automobile Accident Trial," Practicing Law Institute, 1985

- "Litigating Medical Malpractice Claims," American Bar Association and Massachusetts Continuing Legal Education, 1985

- "Jury Deselection," Trial Superstars Seminar, Chicago Bar Association, Young Lawyers Section, 1985

- "Closing Argument," Roscoe Pound Foundation Workshop, Association of Trial Lawyers of America, 1985

- "Evaluating, Proving and Arguing Damages," "Litigating Medical Malpractice Claims," American Bar Association, California Continuing Legal Education, 1984

- "Closing Argument -- The Plaintiff's Perspective," The Practical Approach to Trial Advocacy Seminar, Illinois Trial Lawyers Association, 1984

- "Assessment of Damages," Third Annual Symposium on Head Trauma, Spinal Cord and Amputation for the Litigator, The Rehabilitation Institute of Chicago, 1984

- "Trial Tactics in Governmental Liability Suits," Association of Trial Lawyers of Iowa, 1984

- "Deposition Strategy and Technique," Chicago Bar Association, Young Lawyers Section, 1983

- "Recent Developments in Evaluating and Proving Damages," "Litigating Medical Malpractice Claims," American Bar Association, California Continuing Legal Education, 1983

- "Plaintiff's Final Argument in a Comparative Negligence Case," Association of Trial Lawyers of Iowa, 1983

- "Plaintiff's Final Argument," Illinois Defense Counsel's Tactics Seminar, 1983

- "How to Establish the Medical Opinion," Second Annual Comprehensive Evidence Seminar, Illinois Trial Lawyers Association, 1983

- "Effective Persuasion at Trial," Second Annual Presidents Seminar, Illinois Trial Lawyers Association, 1983

- Plaintiff's co-counsel in two videotape series, "Training the Advocate," 1983 and "Training the Advocate: The Pretrial Stage," 1985, produced by National Institute for Trial Advocacy and The American Bar Association Consortium for Professional Education

- Federal Trial Bar Advocacy Program, 1983

- "Illinois Product Liability Practice," Illinois Institute for Continuing Legal Education, 1980

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

- Instructor, Product Liability, IIT Chicago-Kent College of Law, 1979-1980
- The Expert Witness in the Courtroom," American Society of Safety Engineers, 1979
- Determining and Proving Damages," NYLJ, Colorado, 1978
- National Institute for Trial Advocacy, Regional, 1978; National, 1983
- "Cross Examination," American Bar Association, Litigation Section, California, 1977

## PRESS RELEASES

Corboy & Demetrio Files Class-Action Lawsuit Against Equifax in Security Breach
09.14.2017

## MAJOR MEDIA COVERAGE

"Charting a Safer Course" - Interview with Thomas Demetrio on Airline Passenger Rights and Dr. Dao
*Trial Magazine*, 02.01.2018

Sun-Times Story on Corboy & Demetrio's Filing of Equifax Class-Action Lawsuit
*Chicago Sun-Times*, 09.14.2017

NBC5 Story on Filing of Corboy & Demetrio's Class-Action Lawsuit Against Equifax
*NBC5 Chicago/WMAQ-TV*, 09.14.2017

Thomas Demetrio appears in *People* story on Dr. David Dao
*People Magazine online*, 09.06.2017

Ex-Wife of CTE Victim Rips Jamal Adams Comments
*Sports Illustrated*, 08.01.2017

*Ex-wife of CTE Victim Says Jets Rookie Jamal Adams 'doesn't know what's coming'*
*New York Daily News*, 07.31.2017

Nightline, Interview of Thomas Demetrio on airline passenger rights and Dr. David Dao
*ABC News*, 06.16.2017

NBC Nightly News Interview of Thomas Demetrio about Dr. David Dao and airline passenger rights
*NBC News* , 04.24.2017

Live Interview of Thomas Demetrio about airline passenger rights and Dr. David Dao
*Squawk Box, CNBC* , 04.24.2017

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

Live Interview about Dr. David Dao and Airline Passenger Rights
*Today Show, NBC News*, 04.04.2017

City Settles Crash Suit for $7.4M
*Chicago Daily Law Bulletin*, 01.17.2014

Smart Business on Behalf of the NFL
*Chicago Daily Law Bulletin*, 09.09.2013

Fatal Bus Accident Caught on Camera Nets Family $6.75M
*Chicago Daily Law Bulletin*, 08.29.2013

Popcorn, A Movie and Some CLE on the Side
*Chicago Daily Law Bulletin*, 05.14.2013

Painkillers at Play in Lawsuit Aimed at NHL
*Chicago Daily Law Bulletin*, 05.14.2013

Duerson Suit Joins Others in Pretrial Discovery Process
*Chicago Daily Law Bulletin*, 08.14.2012

The Everyman's Lawyer - Thomas Demetrio Studied the Masters, Then Became One
*Illinois Super Lawyers*, 03.2009

Continuing the Tradition
*Leading Lawyers Magazine*, 09.07.2007

Settlement in Accident Case
*Chicago Daily Law Bulletin*, 04.09.1990

## EDUCATION

IIT Chicago-Kent College of Law, J.D., 1973

University of Notre Dame, B.A., 1969

## BAR & COURT ADMISSIONS

- Illinois, 1973
- Florida, 1973
- U.S. District Court, Northern District of Illinois

CORBOY & DEMETRIO

**THOMAS A. DEMETRIO**

- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Ninth Circuit