**CORBOY & DEMETRIO**

# KENNETH T. LUMB

Partner



33 N. Dearborn Street
21st Floor
Chicago, IL 60602
KTL@CorboyDemetrio.com
T: 312.346.3191

Kenneth T. Lumb joined Corboy & Demetrio as a Chicago personal injury and medical malpractice lawyer in 1995, after a tour of duty in the United States Army, and was named Partner in 2015. As a captain in the Army's Judge Advocate General's Corps (JAG Corps), Mr. Lumb served four years as the Medical Claims Judge Advocate at Walter Reed Army Medical Center in Washington, D.C. His duties at the Defense Department's largest medical facility included medical malpractice defense and hospital law. He has also served as a Special Assistant United States Attorney. In 2003, he was mobilized in support of operation "Enduring Freedom" and spent six months on active duty at Walter Reed for which he received a Meritorious Service Medal. Mr. Lumb is currently a retired major in the U.S. Army Reserve.

As a personal injury and medical malpractice trial lawyer at Corboy & Demetrio, Ken has obtained numerous multi-million dollar verdicts and settlements on behalf of his clients. He obtained an $11 million verdict on behalf of a child who suffered brain damage at birth; a $10.5 million verdict for the estate of a woman who died after being improperly anesthetized for hip surgery; a $1.75 million verdict for the family of an infant who died as the result of medical negligence; and a $1.7 million verdict for the family of a man killed by a packaging machine at a Nabisco plant. He has also secured, along with partner, Philip Harnett Corboy, Jr., a record-setting settlement of $7 million for a woman who was injured when she was struck by a malfunctioning automatic door as she entered a Target store.

In addition to his trial work, Ken is an active member of many legal organizations, including the American Bar Association, Chicago Bar Association, American Association for Justice where he is Chair of the Federal Torts and Military Advocacy Section, Illinois State Bar Association, where is Chair of the Standing Committee on Military Affairs, and the Illinois Trial Lawyers Association, where he serves on the Medical Negligence Committee.

**CORBOY & DEMETRIO**

## KENNETH T. LUMB

In 2005, Ken was honored and profiled by the Law Bulletin Publishing Company as one of "40 Illinois Attorneys Under 40 to Watch." He is a member of the Leading Lawyers Network, a distinction earned by fewer than 5% of all lawyers in Illinois, and has an AV rating - the highest possible for any attorney - from the Martindale-Hubbell Law Directory.

He was also selected to Illinois Super Lawyers in 2014.

Ken is the co-author, along with Thomas Demetrio, of the column "MedMal Matters" in *Chicago Lawyer* magazine. In addition, Ken has authored other legal articles and book chapters. He also lectures on a variety of legal and military topics.

### PROFILES

"40 Attorneys Under Forty to Watch," Law Bulletin Publishing Company, 2005

### HONORS

AV rated - Highest level awarded for professional excellence - Martindale-Hubbell Law Directory

Illinois State Bar Association, Lawyers Who Care About Military Families Award, 2011

Leading Lawyers Network Member - Top 5% of all Illinois attorneys

"40 Under 40 Illinois Attorneys to Watch," 2005

### PROFESSIONAL AFFILIATIONS

American Association for Justice (AAJ), formerly known as Association of Trial Lawyers of America (ATLA), Chair, AAJ Federal Tort and Military Advocacy Section.

American Bar Association (ABA)

Chicago Bar Association (CBA)

Illinois State Bar Association (ISBA), Chair of Standing Committee on Military Affairs

Illinois Trial Lawyers Association (ITLA), Medical Negligence Committee; Board of Managers

**CORBOY & DEMETRIO**

## KENNETH T. LUMB

### COMMUNITY INVOLVEMENT

United States Army Reserve, Judge Advocate General's Corps, Major (Ret.)

Spinal Cord Injury Association of Illinois, Board of Directors

Anima(Young Singers of Greater Chicago), Board of Directors

St. Petronille School Board, Glen Ellyn, Illinois, 2010-2013

### SUCCESSES

- $11.4 Million for Verdict & Settlement for Woman Improperly Anesthetized
- $11 Million Jury Verdict in Medical Malpractice Case Affirmed by Appellate Court
- $7 Million Settlement for Woman Injured by Target Store Door
- $3.75 Million Settlement in Botched C-Section Medical Malpractice Case
- $2.75 Million Settlement in Medical Malpractice Case
- $2.7 Million for Stroke Victim whose MRI was Misread
- $1.5 Million for Family of Police Officer Killed by Intoxicated Driver
- $1.4 Million Settlement in Death of Boy Strangled by Blinds Cord
- $11.7 Million Medical Malpractice Verdict for 13-year-old Boy with Birth Injury

### PRACTICE AREAS

- Construction Negligence
- Medical Devices
- Medical Negligence
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Premises Liability
- Product Liability
- Railroad Negligence & FELA
- Truck Accidents
- Vehicular Negligence

**CORBOY & DEMETRIO**

**KENNETH T. LUMB**

**NEWS**

Corboy & Demetrio Launches Equifax Info Center & Equifax Newsletter
10.07.2017

Corboy & Demetrio Attorneys React to Equifax CEO's Resignation
09.26.2017

Corboy & Demetrio Files Class-Action Lawsuit Against Equifax in Security Breach
09.14.2017

Thirteen Corboy & Demetrio Attorneys Named to 2018 IL Super Lawyers

13 Corboy & Demetrio Lawyers Honored as 2017 Leading Lawyers, 1 Named to Emerging Lawyers List

Corboy & Demetrio Obtains $1.4 Million Settlement in Death of Boy Strangled by Blinds Cord

Corboy & Demetrio Uniformly Judged to be the Best of the Best

Corboy & Demetrio - The Leader in Aviation Litigation

Corboy & Demetrio Named to 2017 Best Law Firms by U.S. News
11.09.2016

C&D Record of Success Representing Bus, Car and Truck Crash Victims

Ken Lumb to Moderate Panel at AAJ Annual Conference
07.22.2016

Corboy & Demetrio - Leaders in Bridge and Structural Collapse and Defect Litigation

Corboy & Demetrio has Highest Medical Malpractice Recovery Rate & Median Recovery in IL
02.04.2016

National Law Journal Names Corboy & Demetrio to 2015 Elite Trial Lawyers for Medical Malpractice
12.10.2015

Ken Lumb Named Chair of AAJ's Federal Tort and Military Advocacy Section
07.21.2015

Thirteen Corboy & Demetrio Attorneys Named IL Leading Lawyers
Matthew Jenkins Named to Inaugural Emerging Lawyers List
07.20.2015

**CORBOY & DEMETRIO**

## KENNETH T. LUMB

Corboy & Demetrio Welcomes Its Newest Partner Kenneth T. Lumb
06.2015

Corboy & Demetrio Partner Kenneth Lumb Published in Trial Magazine
05.19.2015

Corboy & Demetrio Files Wrongful Death Lawsuit against Abbott over Diabetic Test Strips
Parents of Abbie Harper Hope to Warn Diabetics & Public of Potential Danger
03.09.2015

Statement of Ken and Leyanne Harper, Abbie Harper's Parents

Thomas A. Demetrio Ranked Second of All Lawyers in State by 2015 IL Super Lawyers
Fourteen Corboy & Demetrio Attorneys Named IL Super Lawyers & Rising Stars for 2015
02.06.2015

Corboy & Demetrio Obtains $1.5Million for Family of Police Officer Killed by Intoxicated Driver

Fourteen Corboy & Demetrio Lawyers Selected 2014 IL Super Lawyers & Rising Stars
01.2014

Corboy & Demetrio Secures $2.7 Million for Stroke Victim in Medical Malpractice Case

Corboy & Demetrio Obtains $3.75 Million Settlement in Botched C-Section Medical Malpractice Case

C&D Lawyer Major (Ret.) Kenneth T. Lumb Continues to Serve Military Families

Corboy & Demetrio Recognized in 2013 Top Ranked Law Firms in Fortune Magazine
03.19.2013

Thomas A. Demetrio Signs Statement of Support for the U.S. National Guard and Reserve
02.20.2013

Corboy & Demetrio Partner Thomas A. Demetrio Awarded for Supporting U.S. Military
01.21.2013

Corboy & Demetrio Lawyer Ken Lumb Takes Part in National Distracted Driving Campaign
10.25.2012

Corboy & Demetrio Lawyer Ken Lumb Uses Military Experience to Educate Lawyers
09.14.2012

CORBOY & DEMETRIO

## KENNETH T. LUMB

Thirteen Corboy & Demetrio Lawyers Selected Leading Lawyers in Illinois
12.16.2011

Corboy & Demetrio Attorney Lumb Speaker at Illinois Trial Lawyers Association Seminar
04.29.2011

Corboy & Demetrio - The Leaders in Medical Malpractice

13 Corboy & Demetrio Attorneys Selected as Illinois Leading Lawyers
02.11.2011

Corboy & Demetrio Medical Malpractice Attorney Lumb Discusses Avandia Lawsuit
03.2010

Corboy & Demetrio Attorney Lumb Speaker at Illinois Trial Lawyers Association Seminar
02.2010

Medical Malpractice Lawyer Ken Lumb Secures $2.75 Million Settlement
11.2009

$7 Million Record-Setting Settlement for Senior Injured by Target Store Door
10.2009

Corboy & Demetrio Attorneys Secure $10.5 Million Verdict in Medical Malpractice Case
Patient Dies After Being Given Anesthesia She Told Doctors Not To Use
01.2009

Corboy & Demetrio Lawyers Edward Willer and Kenneth Lumb Selected as Leading Lawyers
01.2009

Corboy & Demetrio Attorneys Secure $11.4 Million Recovery in Medical Malpractice Lawsuit
Woman Dies After Being Given Anesthesia She Told Doctors Not To Use
*Chicago Daily Law Bulletin*, 12.2008

"A Decade Later, Former Amoco Employees Continue to Die From Brain Cancer"
2008

Corboy & Demetrio Named One of Chicago's Top Law Firms
*Chicago Magazine*, 08.2008

Kenneth Lumb Featured Speaker at American Association for Justice
07.2008

**CORBOY & DEMETRIO**

**KENNETH T. LUMB**

Kenneth Lumb Featured Speaker at Illinois Trial Lawyers Association Seminar
02.2008

C&D Named One of Chicago's Top Law Firms, 2007
*Chicago Magazine*, 08.2007

C&D Named One of Chicago's Top Law Firms, 2006
*Chicago Magazine*, 08.2006

Appellate Court Affirms $10.9 Million Birth Injury Case
12.28.2004

Allstate Settles Bad Faith Case for a Quarter Million Dollars Over Its Insured's Policy Limits
08.13.2003

C&D Named One of Chicago's Top Law Firms, 2003
*Chicago Magazine*, 08.2003

C&D Named One of Chicago's Top Law Firms, 2002
*Chicago Magazine*, 08.2002

$11.7 Million Dollar Verdict for 13 Year-Old Boy
01.25.2002

Dental Hygienist awarded $295,000 for Cervical Strain After Allstate Offers Nothing
07.11.2001

**ATTORNEY-AUTHORED ARTICLES**

MedMal Matters: Surgery to Circus
11.2017

MedMal Matters: Who Could Object?
10.2017

MedMal Matters: Negligence with Consent?
09.2017

MedMal Matters: One Surgeon, Many Patients
08.2017

CORBOY & DEMETRIO

## KENNETH T. LUMB

MedMal Matters: Check, Please
*Chicago Lawyer*, 06.2017

MedMal Matters: Lights, Camera, Scalpel
Can videotaping surgery make operations safer?
05.2017

MedMal Matters: Bitter Pill
03.2017

MedMal Matters: #ElderAbuse
02.2017

MedMal Matters: Double Checking Hospitals' Double-Booking
08.04.2016

MedMal Matters: The Value of Informed Consent
03.2016

MedMal Matters: I've Got a Secret
01.2016

MedMal Matters: Putting Ice on a Black Eye
*Chicago Lawyer Magazine*, 09.01.2015

MedMal Matters: Medical Maze Created by the Military
08.2015

MedMal Matters: Brave New World
Computerized Medical Records Pose Some Very Real Pitfalls
06.2015

Trial: Federal Tort Pitfalls
*Trial*, 05.2015

MedMal Matters: Defensive Medicine or 'Defensive' Medicine?
Excess testing may have nothing to do with lawsuit fears
04.2015

MedMal Matters: Difficult to Argue With
Detailed study shoots holes in defensive medicine theory
02.2015

**CORBOY & DEMETRIO**

**KENNETH T. LUMB**

MedMal Matters: When Rules are Written for Only One Side
11th Circuit skewers effort to put limits on plaintiff experts
11.2014

MedMal Matters: Social Networking in the Operating Room
09.2014

MedMal Matters: Should a Contract Trump the Constitution?
07.2014

MedMal Matters: Don't Wander into the Minefield
05.01.2014

Federal Tort Liability and Military Advocacy Section Newsletter: "The Intentional Torts Exception and Levin v. United States"
Spring 2014

MedMal Matters: Another High-Tech Tool for Plaintiff Lawyers
03.2014

MedMal Matters: The Fragile Patient Safety Triad
12.2013

MedMal Matters: Automated Surgery - A Good Idea?
09.2013

MedMal Matters: Ethics and the NFL Physician
07.2013

MedMal Matters: When Silence is Not Golden
05.2013

Safe Glass Consulting: A Time Bomb in Our Schools?
05.07.2013

MedMal Matters: Follow the Money
03.2013

MedMal Matters: Coming Clean on Medical Practices
*Chicago Lawyer Magazine*, 12.12.2012

**CORBOY & DEMETRIO**

## KENNETH T. LUMB

MedMal Matters: Hospitals Send Patients to Lawyers
*Chicago Lawyer*, 10.2012

MedMal Matters: The Founders Wouldn't Approve
08.2012

MedMal Matters: Study Shows Doctors Make Missteps
*Chicago Lawyer*, 06.2012

DCBA Brief: What Every Attorney Should Know about the Servicemembers Civil Relief Act
*DCBA Brief*

MedMal Matters: A Cheatin' Doctor
*Chicago Lawyer*, 04.2012

MedMal Matters: Distracted Doctors
*Chicago Lawyer*, 02.2012

Defamation, Illinois Causes of Action
*IICLE*, 01.01.2008

The Federal Tort Claims Act, Illinois Causes of Action
2008

The Federal Tort Claims Act, Illinois Causes of Action
*IICLE*, 2005

"A Medical Literature Primer" Trial Journal of the Illinois Trial Lawyers Association
*Trial Journal*, Winter 2005

Defamation, Illinois Causes of Action
*IICLE*, 2002

### SEMINARS & SPEECHES

- "Using Treaters & Experts at Trial," Illinois Trial Lawyers Association's Update & Review Seminar, Oct. 29, 2017
- "Federal Federal Tort Claims Webinar," American Association for Justice, July, 2015
- "The Ins and Outs of Litigating Against the Government: A Federal Tort Primer," American Association for Justice Annual Conference, 2015
- "Jury Instructions Update," Personal Injury Practice Update, Illinois Institute for Continuing Legal Education, Chicago, Illinois, April 2014

**CORBOY & DEMETRIO**

## KENNETH T. LUMB

- "Nursing Home Litigation for the Elder Law Practitioner," Elder Law Boot Camp Seminar, Illinois State Bar Association, Chicago, Illinois, April 2014
- "Military Liens," Complex Lien Resolution in Personal Injury Settlements Seminar, National Business Institute, December, 2013
- "Evidence and Procedure," Illinois Trial Lawyers Association Update and Review Seminar, Chicago, Illinois, October 2013
- "Distracted Driving," Percy Julian High School, Chicago, Illinois, May, 2012
- "Medical Liens/Healthcare Subrogation," Liens and Settlement Seminar, Illinois Trial Lawyers Association, Chicago, Illinois, February, 2012
- "Military Family Law Issues," Illinois State Bar Association (moderator), Chicago, Illinois, April, 2011
- "Medical Liens and Healthcare Subrogation, Settlement, Liens & Insurance Seminar, Illinois Trial Lawyers Association, 2010
- "Federal Tort Liability for Contractors," Understanding and Litigating FTCA Cases Seminar, Federal Tort Liability & Military Advocacy Section, American Association of Justice, Pennsylvania, 2008
- "Witnesses and Third-Party Bad-Faith Actions," Insurance and Bad-Faith Actions Seminar, Illinois Trial Lawyers Association, 2008
- "Illinois Economic Damages," Determining Economic Damages, Lost Compensation Seminar, Chicago, 2007
- "The Witness List," Insurance and Bad Faith Actions, Illinois Trial Lawyers Association, Chicago, February, 2007
- "Jury Instructions," Medical Malpractice Seminar, Illinois Trial Lawyers Association, 2006
- "Litigation/Liability Issues and Exceptions to Confidentiality," Confidentiality of Medical Records in Illinois Seminar, Lorman Education Services, 2006
- "Proper Parties, Amended Complaints and Relation Back Doctrine," Civil Litigation: Update and Overview of Civil Practice and Procedure Seminar, Illinois State Bar Association, 2006
- "Confidentiality Agreements," Liens and Settlements Seminar, Illinois Trial Lawyers Association, 2006
- "Legal Issues in Neonatal Nursing: The Attorney's Perspective," Balancing the Legal and Emotional Aspects of Neonatal Care, NICU Solutions Seminar, 2005
- "Independent Contractors and Medical Malpractice," Understanding and Litigating FTCA Cases, Federal Tort Liability & Military Advocacy Section Seminar, Association of Trial Lawyers of America, Toronto, 2005

CORBOY & DEMETRIO

## KENNETH T. LUMB

- "Proving Deviation from the Standard of Care," Medical Malpractice Seminar, Illinois Trial Lawyers Association, 2002
- "Claims Against the Federal Government," Avoiding Common Pitfalls - Including the New Rule 213 Seminar, Illinois Trial Lawyers Association, 2002
- "Military Law," Wheaton College, Army ROTC, 2002 - 2004
- "Basics of Handling an Auto Accident Case: Initial Investigation and Preservation of Evidence Through Discovery," Illinois Institute for Continuing Legal Education, 1999
- "Defense Department Standards of Conduct," University of Illinois at Chicago, Army ROTC, 1999
- "Law of Land Warfare," University of Illinois at Chicago, Army ROTC, 1999
- "Army Medical Records," WRAMC Directorate of Patient Administration, 1995
- "Department of Defense Standards of Conduct," WRAMC, 1995
- "Legal Aspects of Military Psychiatry," WRAMC, Department of Psychiatry, 1995
- "Preparing for Expert Witness Testimony," Rehabilitation of the Injured Soldier Seminar, Ninth Annual AMEDD Physical Medicine & Rehabilitation Short Course, WRAMC, 1993
- "Medical and Psychiatric Malpractice" and "Emotional Injuries," WRAMC Forensic Psychiatry Fellowship Program, 1993-1995
- "Tort Law" and "Basic Legal Research," WRAMC Forensic Psychiatry Fellowship Program, 1992-1995
- "Legal Aspects of Military Medicine," WRAMC, 1992-1995
- "AIDS and the Law," WRAMC, Department of Nursing, 1992

## PRESS RELEASES

Corboy & Demetrio Files Class-Action Lawsuit Against Equifax in Security Breach
09.14.2017

## MAJOR MEDIA COVERAGE

Ken Lumb Appears Live on FOX32 Chicago's Good Day Chicago Sunday to Discuss Congressional Hearings on Equifax and Data Breach Consumer Tips
*FOX32 Chicago - WFLD-TV*, 10.08.2017

CORBOY & DEMETRIO

## KENNETH T. LUMB

Ken Lumb interviewed for "Lawsuits Mount Against Equifax as Judge Rules Yahoo Must Face Cybersecurity Class Action"
*American Association for Justice's* **Trial News**, 10.05.2017

Ken Lumb and Corboy & Demetrio Client Appear in FOX32 Story on Equifax Litigation and City's Lawsuit
*FOX32 Chicago*, 09.28.2017

Ken Lumb Discusses Equifax Class-Action Lawsuit Live on WGN-AM Radio
*The Roe Conn Show - WGN Radio*, 09.18.2017

Ken Lumb Speaks about Equifax Lawsuit Live on WLS AM 890's Big John and Ramblin' Ray
*WLS Radio*, 09.18.2017

Ken Lumb Appears Live on FOX32 to Discuss Corboy & Demetrio's Equifax Lawsuit
*FOX32 Chicago*, 09.16.2017

Sun-Times Story on Corboy & Demetrio's Filing of Equifax Class-Action Lawsuit
*Chicago Sun-Times*, 09.14.2017

NBC5 Story on Filing of Corboy & Demetrio's Class-Action Lawsuit Against Equifax
*NBC5 Chicago/WMAQ-TV*, 09.14.2017

Kenneth T. Lumb was interviewed about medical malpractice litigation for the healthcare newsletter article, *Were Staff Unfamiliar with ED Policies?*
*ED Legal Letter*, 08.01.2015

## EDUCATION

DePaul University College of Law, J.D., 1991

University of Notre Dame, B.A., 1988

## BAR & COURT ADMISSIONS

- Illinois, 1991
- U.S. Army Court of Military Review, 1992
- U.S. District Court, Northern District of Illinois, 2000
- U.S. Court of Appeals, Seventh Circuit, 2005