**CORBOY & DEMETRIO**

# WILLIAM T. GIBBS

Partner



33 N. Dearborn Street
21st Floor
Chicago, IL 60602
WTG@CorboyDemetrio.com
T: 312.346.3191

William T. Gibbs is a partner at the Chicago personal injury and medical malpractice law firm of Corboy & Demetrio and concentrates his practice on cases arising from railroad negligence, automobile collisions, participation in sports, unsafe pharmaceuticals or medical devices, construction negligence, medical negligence, premises liability, product liability and aviation litigation.

For more than a decade at Corboy & Demetrio, Bill has obtained numerous record-setting and multi-million dollar verdicts and settlements on behalf of his clients. His list of representative clients demonstrates the diversity of his practice.

Bill secured a $29.6 million verdict on behalf of a woman who was brain damaged in the derailment of a speeding train in Chicago. The verdict is the largest in Illinois for an individual injured in a mass transit crash. In a Federal District Court case, he obtained a $6.6 million verdict for a family injured in an automobile collision. It was the largest verdict ever in that Court.

Recently, Bill secured a $6.75 million settlement for the family of Justyna Palka, who was a pedestrian killed by a tour bus in Chicago.

In his sports liability practice, Bill represented Hall-of-Fame White Sox player Frank Thomas in a medical malpractice action and the matter was "resolved amicably."

Bill currently represents numerous retired NFL players and the Estate of former Chicago Bear Dave Duerson against the NFL in litigation stemming from concussions and CTE suffered by Duerson.

Bill was appointed to the Plaintiff's Executive Committee by U.S. District Court Judge Susan Richard Nelson in Minnesota, which is overseeing individual lawsuits against the National Hockey League. In addition to this leadership role in the multi district litigation, Bill represents the Estate of former New

**CORBOY & DEMETRIO**

## WILLIAM T. GIBBS

York Rangers hockey enforcer Derek Boogaard in litigation against the NHL alleging the league failed to monitor the prescription of drugs by team doctors that led to Boogaard's death. Bill also represents the Estate of Steve Montador, the NHL player who died at the age of 35 after suffering multiple concussions and the effects of CTE.

Bill has appeared on national and international television networks discussing sports and C.T.E., including CNN, FOX Business News, Al Jazeera and Canadian National TV. He has been quoted numerous times by national and international media, including the *New York Times*, *ESPN* and *Sports Illustrated*.

He is currently a regular contributor to the Sporting Judgment section of the *Chicago Daily Law Bulletin* where he writes the column, *Sports Torts.*

In 2015, Bill was chosen for the highly-selective *Illinois Super Lawyers*, and in 2014-215, he was selected to the prestigious *Illinois Leading Lawyers*.

In October, 2009, Bill was named by the Law Bulletin Publishing Company, which publishes the *Chicago Daily Law Bulletin* and *Chicago Lawyer* magazine, to its list of "40 Illinois Attorneys Under Forty to Watch," and from 2009-2014, he was designated an *Illinois Super Lawyer, Rising Star*.

In 2013, The National Trial Lawyers named Bill one of the Top 40 Under 40 Lawyers in the country, and in 2014, he was named to The National Trial Lawyers: Top 100 Trial Lawyers. In 2017, The National Trial Lawyers named Bill to NTL's Brain Injury Trial Lawyers Association Top 25.

In 2008, Bill authored an article, "A Quick Guide to the Illinois Dead Man's Act," which was published in the Illinois Bar Journal, a publication of the Illinois State Bar Association. Bill is a frequent panelist and lecturer to local and state bar associations, CLE seminars and law schools throughout the country.

Active in many community organizations, Bill is a member of the Chicago Police Memorial Foundation Advisory Board. Through the Mercy Home for Boys, he provides pro bono legal assistance to individuals who are unable to afford private counsel.

Bill was formerly a high school teacher and varsity football, basketball, and baseball coach. While at the University of Notre Dame, he was a defensive back on the varsity football team.

### PROFILES

"40 Illinois Attorneys Under Forty to Watch," Law Bulletin Publishing Company, 2009

**CORBOY & DEMETRIO**

**WILLIAM T. GIBBS**

### HONORS

Leading Lawyers, 2014-Present

Illinois Super Lawyer 2015-Present

The National Trial Lawyers: Brain Injury Trial Lawyers Association Top 25, 2017

The National Trial Lawyers: Top 100 Trial Lawyers, 2014-Present

The National Trial Lawyers: Top 40 under 40, 2013

"40 Illinois Attorneys Under Forty to Watch," Law Bulletin Publishing Company, 2009

Illinois Super Lawyer, Rising Star, 2009-2014

CALI, Excellence for the Future Award, Philosophy, 2004

CALI, Excellence for the Future Award, Legal Writing, 2002

### PROFESSIONAL AFFILIATIONS

American Association for Justice (AAJ) formerly known as American Trial Lawyers Association (ATLA)

Illinois Trial Lawyers Association (ITLA), Board of Managers, 2017-2018

Chicago Bar Association (CBA), Civil Practice Committee, Tort Litigation Committee

Notre Dame Law Association

Fenwick Bar Association, Treasurer, 2005-2008

### COMMUNITY INVOLVEMENT

Chicago Police Memorial Foundation Advisory Board Member

Mercy Home for Boys & Girls

Our Lady of Mercy Legal Clinic

Oz Park Baseball Association Board Member

**CORBOY & DEMETRIO**

## WILLIAM T. GIBBS

Ronald McDonald House

### SUCCESSES

- $44 Million Secured by Corboy & Demetrio Attorneys for Victims in Metra Train Derailment
- $29.6 Million Jury Verdict for Chicago Metra Crash Passenger
- $25 Million for Victims of Fox River Grove School Bus-Train Crash
- $22.5 Million Settlement for Victim of Rockford Train Derailment
- $11 Million Settlement for Two Victims of 2005 Metra Train Derailment
- $8.5 Million Settlement for Pedestrian Struck by Delivery Truck
- $7.4 Million Settlement for Gold Coast Nanny Struck by Sanitation Truck
- $6.75 Million for German Pedestrian Killed by Charter Bus
- $6.6 Million Record-Setting Verdict in Nebraska Crash
- $6 Million Settlement for Family of Dancer Killed by Train
- $5.1 Million Settlement for Injured Bus Passenger in 2010 Megabus Crash
- $4.5 Million Settlement for Family of Girl Killed in CTA Bus Crash
- $1.5 Million Settlement for Doctor Assaulted at The East Bank Club
- $1.45 Million Settlement for Injured Metra Train Passenger
- $1.38 Million Kane County Auto Accident Settlement
- $1.25 Million Settlement for Realtor Killed by Drunk Driver
- $1.25 Million for Elderly Woman Injured in Blue Line Derailment
- $7.5 Million Settlement for Family of Construction Worker Killed in Balcony Fall
  Corboy & Demetrio obtained a settlement of $7.5 million in the death of a construction worker who fell from the balcony of an apartment building undergoing renovation after another worker removed the balcony's guardrail but failed to secure it again. Learn more.
- $4 Million Settlement for Injured Tree Service Worker

### PRACTICE AREAS

- Aviation Litigation
- Construction Negligence
- Medical Devices

**CORBOY & DEMETRIO**

**WILLIAM T. GIBBS**

- Medical Negligence
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Premises Liability
- Product Liability
- Professional Sports Liability
- Railroad Negligence & FELA
- Vehicular Negligence

**NEWS**

Corboy & Demetrio Obtains $7.5 Million for Family of Construction Worker Killed in Fall off Balcony

Corboy & Demetrio Launches Equifax Info Center & Equifax Newsletter
10.07.2017

Corboy & Demetrio Attorneys React to Equifax CEO's Resignation
09.26.2017

Corboy & Demetrio Partner William T. Gibbs Elected to ITLA Board of Managers
06.10.2017

Thirteen Corboy & Demetrio Attorneys Named to 2018 IL Super Lawyers

Corboy & Demetrio Obtains $4 Million for Tree Service Worker Injured on Job

13 Corboy & Demetrio Lawyers Honored as 2017 Leading Lawyers,  1 Named to Emerging Lawyers List

Corboy & Demetrio Proud Hole Sponsor in IL Brain Injury Association's 2017 Golf Outing

Former NFL Players with Injuries Should Register Now for Claims in NFL Settlement
02.21.2017

Corboy & Demetrio Client Mike Adamle Speaks Out about his Dementia and CTE
02.08.2017

$7.4 Million Settlement for Gold Coast Nanny Struck by Intoxicated Driver

Corboy & Demetrio Partner William Gibbs Receives 2017 Trial Excellence Award

**CORBOY & DEMETRIO**

## WILLIAM T. GIBBS

Corboy & Demetrio Uniformly Judged to be the Best of the Best

Corboy & Demetrio - The Leader in Aviation Litigation

$8.5 Million Settlement in Case of Pedestrian Struck by Delivery Truck
11.29.2016

Corboy & Demetrio's William T. Gibbs Teaches Two Courses on Brain Injuries
11.01.2016

Thomas Demetrio Speaks about Concussions & NFL at City Club of Chicago Event Featuring Mike Ditka
09.12.2016

Watch Video of Thomas Demetrio Speaking at City Club of Chicago Event
Former Bears Coach Mike Ditka Also Takes Part in High-Profile Panel on Concussions & NFL
09.12.2016

$22.5 Million for Victim of Rockford Train Derailment & Explosion

C&D Record of Success Representing Bus, Car and Truck Crash Victims

William T. Gibbs Speaks to Retired Football Players at Conference on NFL Settlement

Statement of NFL Great Paul Hornung Regarding Lawsuit Filed Against Riddell
07.08.2016

NFL Legend Paul Hornung Files Lawsuit Against Helmet Maker Riddell
07.07.2016

NHL Fathers Support Sen. Blumenthal's Inquiry of NHL Commissioner
06.24.2016

Corboy & Demetrio - Leaders in Railroad Catastrophe Litigation

Corboy & Demetrio Obtains $4.5 Million for Family of Girl Killed in CTA Bus Crash

Corboy & Demetrio Lawyers Secure $44 Million for Victims in Metra Train Derailment

$1.25 Million Settlement for Injured CTA Blue Line Passenger

$29.6 Million Record-Setting Verdict for Passenger in Metra Train Crash

Corboy & Demetrio Obtains $5.1 Million Settlement in 2010 Megabus Crash

CORBOY & DEMETRIO

## WILLIAM T. GIBBS

William Gibbs Appears Live on Al Jazeera TV Network to Discuss C.T.E. & the NFL Admission
03.18.2016

Corboy & Demetrio Obtains $6 Million for Family of Dancer Killed by Amtrak Train
Michael K. Demetrio Settles Lawsuit on First Day of High-Profile Trial

Corboy & Demetrio - Leaders in Bridge and Structural Collapse and Defect Litigation

Dave Duerson's Son and Family Appalled at Commissioner Goodell's Insensitivity
02.07.2016

Corboy & Demetrio has Highest Medical Malpractice Recovery Rate & Median Recovery in IL
02.04.2016

Corboy & Demetrio Jointly Files Second Lawsuit on Behalf of Nevada Family Killed in Amtrak Crash

Corboy & Demetrio Statement Garners National Media Attention about CTE and the NFL

First Lawsuit Filed Jointly by Prominent Reno and Chicago Law Firms in Deadly Amtrak Crash

Fox River Grove School Bus/Train Crash Settlements Exceed $25 Million

Corboy & Demetrio Files NHL Concussion Lawsuit for Estate of Steve Montador
12.08.2015

Metra to Pay $11 Million in 2005 Train Crash Derailment

Corboy & Demetrio Lawyers Discuss Movie "Concussion" with Chicago Tribune

Corboy & Demetrio Files Lawsuit against NFL in Suicide of Late Chicago Bear Dave Duerson
Duerson's Estate Accuses NFL of Causing Duerson's Brain Damage and Death

Attorney William T. Gibbs Speaks about NFL Litigation Issues at Sports Law Symposium

Thirteen Corboy & Demetrio Attorneys Named IL Leading Lawyers
Matthew Jenkins Named to Inaugural Emerging Lawyers List
07.20.2015

Corboy & Demetrio Files Civil Lawsuit in Death of Justyna Palka, Pedestrian Killed by Bus

Corboy & Demetrio Comments on the Proposed $765 million NFL Settlement

**Corboy & Demetrio**

## WILLIAM T. GIBBS

Corboy & Demetrio Files Concussion Lawsuit for Former Blackhawk Player & Lightning Coach Steve Ludzik

Lawsuit Takes Aim at NHL Commissioner Gary Bettman's Recent Comments on CTE

Montador Family Statement on CTE Findings

Corboy & Demetrio Garners National Media Attention in Derek Boogaard Case

Upon Further Review: Duerson Objectors Will Not Appeal NFL Concussion Settlement
05.21.2015

Boogaard Family and Corboy & Demetrio Statements about Drug Charges

Corboy & Demetrio Files Wrongful Death Lawsuit against NHL in Death of Derek Boogaard

Thomas A. Demetrio Ranked Second of All Lawyers in State by 2015 IL Super Lawyers
Fourteen Corboy & Demetrio Attorneys Named IL Super Lawyers & Rising Stars for 2015
02.06.2015

Corboy & Demetrio Files Third Actos Lawsuit Against Diabetes Drug Maker Takeda
01.23.2015

Corboy & Demetrio Sponsors Horse of Honor to Support Police Foundation
11.03.2014

Corboy & Demetrio Appointed to Executive Committee in NHL Concussion Litigation

$1.5 Million Settlement for Doctor Assaulted at The East Bank Club

Corboy & Demetrio Obtains Order Preserving Evidence in CTA Blue Line Derailment
03.26.2014

$1.25 Million Settlement for Realtor Killed by Drunk Driver

Corboy & Demetrio's William T. Gibbs Named to National Trial Lawyers' Top 100

Fourteen Corboy & Demetrio Lawyers Selected 2014 IL Super Lawyers & Rising Stars
01.2014

Fourteen Corboy & Demetrio Attorneys Named Leading Lawyers for 2014

Corboy & Demetrio Obtains $6.75 Million for German Pedestrian Killed by Charter Bus

C&D $22.5M Settlement Mentioned by Media Covering Canadian Train Derailment & Explosion

**CORBOY & DEMETRIO**

## WILLIAM T. GIBBS

Corboy & Demetrio Files Motion to Preserve Evidence in CTA Blue Line Derailment

Corboy & Demetrio Recognized in 2013 Top Ranked Law Firms in Fortune Magazine
03.19.2013

William T. Gibbs Selected to The National Trial Lawyers: Top 40 under 40
02.09.2013

Fourteen Corboy & Demetrio Lawyers Selected 2013 Illinois Super Lawyers & Rising Stars
01.14.2013

William T. Gibbs Speaks at Annual Conference of Brain Assoc. of Illinois
10.27.2012

Duerson Family Statement

Eleven Corboy & Demetrio Lawyers Named to 2012 Super Lawyers List
01.17.2012

Corboy & Demetrio's Record of Success Representing Brain Damaged Personal Injury Victims

Corboy & Demetrio Files Civil Lawsuit in Death of Pedestrian Killed by Bus
05.2011

Corboy & Demetrio - The Leaders in Medical Malpractice

11 Corboy & Demetrio Lawyers Named to 2011 Super Lawyers List
01.15.2011

$1.38 Million Kane County Auto Accident Settlement
10.2010

Attorney Gibbs Guest Lecturer at John Marshall Law School
10.28.2010

$1.45 Million Settlement for Injured Metra Train Passenger
09.2010

Attorney Gibbs Elected to Chicago Police Memorial Foundation Advisory Board
05.2010

Install Positive Train Control Systems, Canadian National
04.2010

**CORBOY & DEMETRIO**

**WILLIAM T. GIBBS**

Jury Verdict Secured by Corboy & Demetrio Affirmed by Illinois Appellate Court
03.2010

William Gibbs Selected in "40 Illinois Attorneys Under Forty to Watch"
10.2009

Thomas Demetrio and William Gibbs Featured in Article "Becoming a Trial Lawyer"
*Chicago Lawyer*, 03.2009

Corboy & Demetrio Chicago Personal Injury and Medical Malpractice Lawyers Named to Illinois Super Lawyers
Three Lawyers Named to Illinois Rising Stars
01.2009

Corboy & Demetrio Named One of Chicago's Top Law Firms
*Chicago Magazine*, 08.2008

Record-Setting Settlement by William Gibbs for Three Year-Old Injured at Outdoor Twirling Tunnel
07.2008

William Gibbs' article, "A Quick Guide to the Illinois Dead Man's Act," Published
*Illinois Bar Journal*, 07.2008

Tom Demetrio Files Lawsuit Against Hyatt Corporation for Death of Internationally Renowned Hollywood Director Moustapha Akkad by Suicide Bomber in Jordan
09.2007

$1.25 Million Settlement Secured by Michael Demetrio and William Gibbs for Family of Realtor Killed by Drunk Driver
08.2007

C&D Named One of Chicago's Top Law Firms, 2007
*Chicago Magazine*, 08.2007

C&D Named One of Chicago's Top Law Firms, 2006
*Chicago Magazine*, 08.2006

**ATTORNEY-AUTHORED ARTICLES**

Sports Torts: Civil Action Against Lecherous Physician Still a Possibility
01.23.2018

CORBOY & DEMETRIO

**WILLIAM T. GIBBS**

Sports Torts: Lowly Gym Shoe May be Undoing of College Hoops
11.2017

Sports Torts: In Flag Fracas, Hernandez Falls Out of Focus
09.26.2017

Sports Torts: While O.J. Goes Free, the Story is Far from Over
07.25.2017

Sports Torts: While Cool and Refreshing, Water Sports Pose a Danger
06.13.2017

Sports Torts: Gym Class Liability Case Clarifies Immunity Claims
03.28.2017

Sports Torts: After Super Bowl Hoopla, CTE Clock Starts for Players
01.25.2017

Sports Torts: While Edison Couldn't Dunk, Today's Athletes Owe Him
11.2016

Sports Torts: Gary Bettman Appears to be in Denial on NHL, CTE
*Chicago Daily Law Bulletin*, 09.20.2016

Sports Torts: Gyms Don't Get Free Ride with Liability Injuries
08.30.2016

Sports Torts: Curse of the Athlete: Painkillers Help but also Hurt
07.28.2016

Sports Torts: Willful and wanton conduct with kids gets clearer reading
06.28.2016

Sports Torts: NFL Concussion Deal Offers Hope to Affected Ex-Players
04.2016

Sporting Judgment: Brain concussions, CTE link becomes clearer every day
03.15.2016

Chicago Daily Law Bulletin: NFL Brain Damage Epidemic Continues
04.26.2014

**CORBOY & DEMETRIO**

## WILLIAM T. GIBBS

Illinois Bar Journal: A Quick Guide to the Illinois Dead Man's Act
*Illinois Bar Journal*, 07.2008

### SEMINARS & SPEECHES

- "NFL/NCAA Concussion Litigation," Hot Topics in Sports Law Seminar, Valparaiso U. School of Law Sports and Entertainment Law Assoc., 2014
- "Confidentiality of Special Medical Records and Electronic Medical Records," Medical Records Law Seminar, 2010, 2011
- "Motion Practice," Update & Review Seminar, Illinois Trial Lawyers Association, 2008
- "Illinois Evidence: The CSI Effect," Criminal and Civil Evidence Issues Seminar, 2008
- Judge, National Collegiate Trial Advocacy Competition, Indiana, 2005, 2006
- Judge, American Trial Lawyers Association Student Trial Advocacy Competition, 2005

### PRESS RELEASES

Corboy & Demetrio Files Class-Action Lawsuit Against Equifax in Security Breach
09.14.2017

### MAJOR MEDIA COVERAGE

Partner Bill Gibbs' Interview on WGN Radio on Dave Duerson Act
*WGN Radio*, 01.25.2018

Bill Gibbs Interviewed about Client Dave Duerson, CTE & NFL Concussion Settlement
*WGN Radio*, 08.01.2017

Smart Business on Behalf of the NFL
*Chicago Daily Law Bulletin*, 09.09.2013

Fatal Bus Accident Caught on Camera Nets Family $6.75M
*Chicago Daily Law Bulletin*, 08.29.2013

Painkillers at Play in Lawsuit Aimed at NHL
*Chicago Daily Law Bulletin*, 05.14.2013

Duerson Suit Joins Others in Pretrial Discovery Process
*Chicago Daily Law Bulletin*, 08.14.2012

CORBOY & DEMETRIO

## WILLIAM T. GIBBS

Lawsuit Accuses NFL of Causing Duerson's Death
*Fox Business*, 2012

### EDUCATION

IIT Chicago-Kent College of Law, Chicago, Illinois, J.D., 2004

University of Portland, Portland, Oregon, M.A., 1999

University of Notre Dame, Notre Dame, Indiana, B.A., 1997

### BAR & COURT ADMISSIONS

- Illinois
- U.S. District Court, Northern District of Illinois
- U.S. District Court of Nebraska
- U.S. Court of Appeals, Eighth Circuit
- U.S. Supreme Court