AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 02 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| IN RE EQUIFAX, INC., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-MD-2800 |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JENNIFER TWEEDDALE

Date:   01/12/2018

_____
*Attorney's signature*

Julie Braman Kane, Fla. Bar # 980277
*Printed name and bar number*

COLSON HICKS EIDSON, P.A
255 Alhambra Circle, Penthouse
Coral Gables, FLorida 33134
*Address*

julie@colson.com
*E-mail address*

(305) 476-7400
*Telephone number*

(305) 476-7444
*FAX number*

## Certificate of Service

I hereby certify that on the 2d of February, 2018, the foregoing document was hand-delivered to the Clerk of the Court who will file it using the CM/ECF system, which will send email notification of such filing to all attorneys of record in this case.

                                             /s/  *Julie Braman Kane*
                                               Julie Braman Kane