AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| In Re Equifax, Inc. Customer Data Security Breach Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-md-2800-TWT |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Philip Cole, N.D. Ga. 17-cv-5015

Date:     02/01/2018

/s/ John Barrett
*Attorney's signature*

John Barrett
*Printed name and bar number*

Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301

*Address*

jbarrett@baileyglasser.com
*E-mail address*

(304) 345-6555
*Telephone number*

(304) 342-1110
*FAX number*