AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 02 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

In Re Equifax, Inc. Customer Data Security Breach Litigation )
)
      *Plaintiff* )
      v. )   Case No.   1:17-md-2800-TWT
)
      *Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Philip Cole, N.D. Ga. 17-cv-5015

Date:   02/01/2018

/s/ Benjamin Bailey
*Attorney's signature*

Benjamin Bailey
*Printed name and bar number*

Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301

*Address*

bbailey@baileyglasser.com
*E-mail address*

(304) 345-6555
*Telephone number*

(304) 342-1110
*FAX number*