

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 02 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No.: 1:17-md-2800-TWT |

### APPLICATION OF JULIE BRAMAN KANE
### FOR APPOINTMENT TO
### PLAINTIFFS' STEERING COMMITTEE-CONSUMER TRACK

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and the Court's January 10, 2018 Case Management Order No. 2 [D.E. 87], Plaintiff Jennifer Tweeddale respectfully moves for the appointment of Julie Braman Kane of Colson Hicks Eidson to serve as a member of the consumer track's Plaintiffs' Steering Committee.

### I. INTRODUCTION

Plaintiff submits that Julie Braman Kane and Colson Hicks Eidson are eminently qualified to serve as a member of the Plaintiffs' Steering Committee in this matter. This is a significant matter, an important matter, and a matter in which a large number of victims—many of whom are vulnerable victims—have been damaged. As a result, a number of distinguished law firms and experienced plaintiffs' attorneys have been involved in this case, and the Court has a number of qualified firms and lawyers to choose from in designating a leadership structure for the plaintiff class. Julie Braman Kane and Colson Hicks Eidson are among them and possess the requisite experience, credentials and judgment to participate in the leadership of this action. Perhaps most importantly, Colson Hicks Eidson prides itself on its reputation for working well with other plaintiff firms in the complex class action and MDL setting.

Colson Hicks Eidson and Julie Braman Kane will draw on their extensive experience in prosecuting large, complex matters—ranging from data breach matters to products liability to consumer frauds to financial frauds to mass accidents—to litigate this action efficiently and cooperatively with the other attorneys the Court selects for leadership positions.

Although this is an important matter, Plaintiff respectfully suggests that the plaintiffs' leadership structure should be kept relatively lean. There is a single principal defendant, and at the outset the type of liability discovery that should be required would appear to be less extensive than what is required in many complex class actions. Too large of a leadership structure can, of course, lead to inefficiencies. *See* MANUAL FOR COMPLEX LITIGATION (FOURTH) § 10.221 ("The functions of lead counsel may be divided among several attorneys, but the number should not be so large as to defeat the purpose of making such appointments.").

In the spirit of the efficiency that Colson Hicks Eidson hopes to bring to the plaintiffs' leadership in this matter, we will keep this application direct and to the point.

## II.   BACKGROUND

Hundreds of actions have been filed against Equifax and have been transferred to this Court as part of MDL No. 2800. The proposed class consists of approximately 143 million individuals nationwide, whose personal and financial information was compromised as a result of a massive data breach of Equifax's database in May 2016 (the "Data Breach"). Although federal and state laws require Equifax to protect and secure its customers' data, Equifax failed to comply with its legal obligations to do so. In fact, the breach of its databases remained completely undetected by Equifax until late July. Equifax eventually disclosed the breach over a month later.

On January 10, 2018, this Court ordered counsel interested in serving as Plaintiffs' Lead Counsel, Plaintiffs' Steering Committee members, or Plaintiffs' Liaison Counsel to file an application with the Court on or before February 2, 2018.

### III.  STANDARDS UNDER RULE 23(G)

Under Rule 23(g)(3), a court has discretion whether to appoint class counsel before class certification. In cases where "multiple overlapping and duplicative class actions" are pending, interim class counsel designation is "essential for efficient case management." *In re Air Cargo Shipping Services Antitrust Litig.*, 240 F.R.D. 56, 57 (E.D.N.Y. 2006). A court considering the appointment of class counsel considers the following criteria:

> (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class.

Fed. R. Civ. P. 23(g)(1)(A). In appointing leadership positions, the Court should ensure that designated counsel fairly and adequately represent the various interests in the litigation, including through trial if necessary. *See In re Disposable Contact Lens Antitrust Litig.*, 2015 WL 10818781, at *1 (M.D. Fla. 2015); Fed. R. Civ. P 23(g)(4).

### IV.  STANDARDS UNDER CASE MANAGEMENT ORDER NO. 1.

Pursuant to the Court's Case Management Order 1 [D.E. 2], attorneys who apply for leadership positions must have filed a civil action in this litigation. They must demonstrate willingness and ability to commit to a time-consuming process; an ability to work cooperatively with others; professional experience in this type of litigation; and access to sufficient resources to advance the litigation in a timely manner.

Julie Braman Kane and Colson Hicks Eidson meet each of these criteria.

3

V.     **GROUNDS FOR APPOINTING JULIE BRAMAN KANE AND COLSON HICKS EIDSON TO THE PLAINTIFFS' STEERING COMMITTEE**

A.     **Rule 23(g)**

    i.     **Colson Hicks Eidson Has Undertaken Substantial Work to Identify and Investigate Potential Claims in the Action.**

Colson Hicks Eidson has invested substantial time and effort investigating the facts and potential claims in this action. Colson Hicks Eidson has teamed with attorney Douglas Beam, Esq., of the Melbourne, Florida law firm Douglas R. Beam, P.A. to interview clients and others affected by the Data Breach. Colson Hicks Eidson and Douglas R. Beam, P.A. combined have conducted multiple interviews and are fully familiar with the details of the Data Breach and the consequences to the victims. For example, class representative Jennifer Tweeddale has suffered not just the theft of her personal and financial information but has also been the victim of subsequent identity theft, including having credit cards and cell phone accounts fraudulently opened and used in her name.

    ii.     **Colson Hicks Eidson has Substantial Experience in Leading the Prosecution of Complex Class Actions.**

Colson Hicks Eidson (also referred to as "CHE") is a law firm with twenty lawyers established in Miami, Florida in 1967 and dedicated to trial practice. Colson Hicks Eidson handles a wide range of complex litigation, multidistrict class actions and mass action cases. Colson Hicks Eidson is rated by Chambers USA as one of five "band one" classification firms in the State of Florida. The widely-respected directory recognized Colson Hicks Eidson as "a premier practice for plaintiff representation, with a deep bench of attorneys with enormous trial experience" and noted the firm's significant expertise in class-action matters, including personal injury and product

liability cases, with additional strengths in professional malpractice and white-collar crime litigation.

Colson Hicks Eidson attorneys have a long and successful track record of trying cases in state and federal courts and are well-known to take cases to trial to achieve the best results for our clients. Colson Hicks Eidson attorneys have tried more than 50 cases in which the verdict exceeded one million dollars.

The following are recent significant matters in which Colson Hicks Eidson attorneys are currently serving, or have served, in a leadership role:

- ***21 Century Oncology Data Breach MDL,*** MDL No.2737 (M.D. Fla.): CHE partner Julie Braman Kane serves on the Plaintiffs' Steering Committee in the 21st Century Oncology MDL, which involved a significant breach including identity theft, medical identity theft, and loss of privacy in patients' personal and health information.

- ***Takata Airbags Product Liability MDL,*** MDL No. 2599 (S.D. Fla.): CHE partner Curtis Miner serves as Personal Injury Track Lead Counsel in the Takata Airbag MDL, which involves defective airbags in automobiles that can rupture and explode causing serious injuries or death. This MDL arises out of the largest safety recall in U.S. history and involves complex issues of law and fact.

- ***Toyota Sudden Unintended Acceleration MDL,*** MDL No. 2151 (C.D. Cal.): CHE senior partner Mike Eidson served on the Plaintiffs' Liaison Committee for Personal Injury/Wrongful Death Cases in the Toyota Sudden Unintended Acceleration MDL, which involved allegations of sudden unintended acceleration in Toyota vehicles.

- ***Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,*** MDL No. 2179 (E.D. La.): CHE partner Ervin Gonzalez served on the Plaintiffs' Steering Committee in this MDL involving all private claims arising out of the BP Oil Spill in the Gulf of Mexico.

- ***Chinese-Manufactured Drywall MDL,*** MDL No. 2047 (E.D. La.): CHE partner Patrick Montoya serves on the Plaintiffs' Steering Committee and the firm has served on the Executive Committee in this MDL involving economic damages claims against manufacturers of defective drywall.

- ***Bridgestone/Firestone Tires MDL,*** No. IP-00-9373-C-B/S (S.D. Ind.): From 2000 to 2004, CHE senior partner Mike Eidson served as Plaintiffs' National Lead Co-Counsel, and from 2004 through 2008, as Lead Counsel of the Personal Injury Track, in the Bridgestone/Firestone Tires MDL, which involved accidents of Ford Explorers

following Firestone tire tread separations. This MDL consisted of more than 1000 personal injury/wrongful death cases and more than 100 class action economic loss cases consolidated for core discovery, development of expert witnesses and other related matters.

- *Nissan 350Z Class Action* (Cal. Sup. Ct.): Consolidated economic damages class action against Nissan involving allegations of defective tires that wore out abnormally quickly in the Nissan 350Z sports car. CHE partner Curtis Miner was one of the Co-Lead Counsel to the class in this successfully resolved matter.

- **"Willis Letters" Litigation (Stanford Financial Receivership)** (N.D. Tex.): Mass action on behalf of dozens of investors arising out of the Stanford Financial Ponzi-scheme in which investors seek damages against insurance broker Willis based on letters used by Stanford to market its CD's. CHE partner Curtis Miner is co-lead counsel in the mass action.

- *U.S. Sugar Corporation Litigation*, Case No. 08-80101-Civ. (S.D. Fla.): Class action based on ERISA and other claims arising out of valuation of shares held by employees of U.S. Sugar Corporation. CHE partner Curtis Miner was Co-Lead Counsel to the class in this successfully resolved matter.

- *SEC v. Mutual Benefits Corporation*, Case No. 04-60573-Civ. (S.D. Fla.): CHE partner Roberto Martínez was the Court-appointed receiver for Mutual Benefits Corporation in connection with the SEC's prosecution of one of the largest Ponzi-type schemes in Florida history. CHE partners Curtis Miner and Julie Braman Kane served as counsel for the Receiver handling all offensive and defensive litigation resulting in successful recoveries of over $100 million in restitution for victim investors.

- *Colson Hicks Eidson* attorneys have represented Miami-Dade County physicians in class and individual cases involving failure by insurance companies to compensate physicians for work done in hospitals and have obtained settlements in excess of $50 million.

- In 2005 the firm obtained a $60.9 million award, the largest amount ever awarded in a Federal Tort Claims Act case in the country. Federal District Court Judge Jose Gonzalez found the Obstetrics Clinic in Mayport Naval Station in Jacksonville, FL liable for medical negligence in the delivery of our client's baby.

- In 2006, a Miami jury awarded a $65.1 million verdict on behalf of our client against Eller Media Company for the electrocution death of the client's 12-year old son. The jury found that the death was caused by Eller Media employees' shoddy electrical work performed at a Miami bus shelter. As a result of this case, changes were made to bus shelters in Miami-Dade County making them much safer.

6

- In 2001 a Miami jury found for the plaintiff against Ford Motor Company for negligence in installing a wheel on a van that went out of control and crashed ejecting a 12-year-old child who was severely injured, and awarded $31 million. The jury found that the wheel cover was incorrectly installed in the factory causing the tire to suddenly blow out at highway speed resulting in a rollover accident and the child's injury. The full amount of the verdict was paid after Colson Hicks Eidson lawyers won an appeal from the verdict.

- In 2008 the firm obtained a $16 million settlement on behalf of 4,000 workers at US Sugar Company arising out of a failed or missed opportunity to sell the company at a premium price. The workers at the company owned more than 60% of the company stock through their Employee Stock Ownership Plan yet, were not consulted when the offer was made to buy the company.

- In 2002 the firm obtained a $20.5 million judgment in federal court in Miami against the government of Aruba on behalf of racecar promoter Ralph Sanchez in connection with the failed efforts to build a racetrack in Aruba.

- In 2002, the firm obtained a federal court judgment in the amount of $16 million confirming an arbitration award against the Miccosukee Tribe of Indians arising out of a breach of contract regarding the Indian tribe's gambling operations. After several appeals to U.S. Circuit Court and attempts to gain jurisdiction in the U.S. Supreme Court the case was fully paid.

- The firm served as co-lead counsel on behalf of the plaintiff class in the Premium Sales case, the largest mass fraud class case in South Florida history at the time. The case was settled after the start of the jury trial for $170 million.

- Colson Hicks Eidson was involved in prosecuting over $100 million of claims involving engineering, architectural, and construction negligence arising out of the destruction caused during Hurricane Andrew.

- The firm served as co-counsel in the litigation against the government of Cuba in the murders of four men who were shot down by the Cuban Air Force while flying a humanitarian mission for Brothers to the Rescue. That litigation resulted in a $188 million judgment in federal court in Miami against the Cuban Government and its Air Force. After the passage of two laws through Congress, in 2002 the victims received about $100 million from assets of the Cuban Government frozen by the U.S. Department of the Treasury.

- Colson Hicks Eidson acted as lead counsel and obtained a $100 million settlement in the grave desecration class action case brought against Menorah Gardens (Joan Light, et al., vs. SCI Funeral Services of Florida d/b/a Menorah Gardens & Funeral Chapels, etc.); Circuit Court of the 17th Judicial Circuit/Broward County, Florida Case No. CACE 01-21376. This cause of action arose from the reuse of graves at the cemetery

owned and operated by the defendant and included, in addition to the cash payment, remedial measures with an estimated value of $10 million. Over 6,000 families were affected by defendant's intentional desecration of their loved ones' graves.

In addition to the above litigation, Colson Hicks Eidson partners have significant experience working with local, state and federal government officials and administrative agencies. Also, Colson Hicks Eidson partners have represented government in both pro bono and civil litigation including Leon County vs. Expedia, Inc. et al., in which the 17 cities and counties the firm represented and sued seeking a declaratory judgment relating to Florida's transient rentals tax-the tax levied on every hotel room in Florida (often referred to as a "bed tax.") The defendants were the online travel companies that customers use to book rooms at hotels in Leon County and throughout Florida.

### iii. Julie Braman Kane and Colson Hicks Eidson have the Requisite Knowledge and Expertise to Prosecute this Action.

The Colson Hicks Eidson attorneys working on this case will include partners Julie Braman Kane, Lewis S. "Mike" Eidson and Curtis B. Miner, each of whom have the knowledge and expertise to prosecute this action.

Ms. Kane has been a partner at CHE since 1999. She has obtained multimillion-dollar verdicts and settlements in a variety of cases involving personal injury, medical malpractice, and products liability. She has particular experience in exactly this kind of MDL litigation. Notably, Ms. Kane serves on the Plaintiffs' Steering Committee for the 21st Century Oncology data breach litigation, which involves a significant breach including identity theft, medical identity theft, and loss of privacy in patients' personal and health information. Her practice also includes commercial litigation and class actions. Ms. Kane is the immediate Past-President of the American Association for Justice (formerly known as the Association of Trial Lawyers of America), the world's largest

trial bar, and as such she has extraordinary relationships with plaintiffs' lawyers across the United States. She has received a number of honors and awards including Best Lawyers in America; Florida Super Lawyers; Florida Legal Elite; the *Daily Business Review*'s Most Effective Lawyers and Top Twenty Women in the Law; National Trial Lawyers' Top 100 Trial Lawyers; and is a *Chambers USA* Recognized Practitioner. Her complete biography is attached hereto as Exhibit A.

Mr. Miner has been a partner at Colson Hicks Eidson since 2004. He represents plaintiffs in a variety of consumer class actions, commercial litigations, and individual product liability actions against automobile manufacturers, airplane manufacturers and consumer product manufacturers. He has served in leadership positions in a number of complex, multidistrict matters, including, most recently, as Personal Injury Track Lead Counsel in the Takata Airbag MDL in the Southern District of Florida. Prior to joining the firm, Mr. Miner served as an Assistant U.S. Attorney in the Southern District of Florida where he handled several high profile public corruption, police misconduct and national security matters. Mr. Miner has tried over two dozen cases to conclusion in state and federal courts. He has received a number of honors and awards, including Best Lawyers in America; Florida Super Lawyers; the *Daily Business Review*'s Most Effective Lawyers; and *Chambers USA*'s Notable Practitioners.

Mr. Eidson has been a partner at Colson Hicks Eidson since the 1970s. He represents plaintiffs in a variety of consumer class actions, commercial litigations, and individual product liability actions against automobile manufacturers, airplane manufacturers and consumer product manufacturers. He has served in leadership positions in a number of complex, multidistrict matters,

including, notably, as Co-lead Counsel and as Lead Personal Injury Counsel in the massive Bridgestone/Firestone Tires Products Liability MDL in the Southern District of Indiana.

### iv. Colson Hicks Eidson Will Commit the Resources Necessary to Prosecute this Action.

Colson Hicks Eidson has sufficient resources, as well as a roster of talented attorneys and capable professional staff, to prosecute this matter efficiently to settlement or trial. The best evidence of CHE's ability to make a commitment of time and substantial human and financial resources to this action is its participation in several of the most intensive MDLs over the past several years, including having members appointed to the Plaintiffs' leadership structures in the Takata Airbag, Toyota Unintended Acceleration, BP Oil Spill and Chinese Drywall MDLs. In each of these cases, the firm was expected to—and did—contribute substantially in attorney time and in financial contributions for litigation costs. The firm's role in these cases demonstrates its ability to provide the same sort of resources for this consolidated action.

Additionally, the firm is technologically savvy, and uses technology to advance litigation in an efficient and streamlined manner. These leadership attributes, and litigation skills, will be brought to bear in the pending case.

### B. Appointment of Colson Hicks Eidson Will Benefit the Prosecution of Plaintiffs' Claims.

Plaintiffs will benefit from a lean, streamlined approach to the prosecution of their claims, led by lawyers with the requisite experience prosecuting complex cases and working closely and effectively with co-counsel, as well as knowledge of data breach law and familiarity with the Court's local rules.

Plaintiffs will also benefit from a leadership structure with experience in prosecuting data breach cases and with the resources necessary to litigate this matter efficiently. In particular, proposed Plaintiffs' Steering Committee member Julie Braman Kane is serving in leadership in another data breach class action and will draw on that experience to prosecute this matter. Working cooperatively - with lawyers well-known to work well with others - the leadership structure will provide high-quality representation to the Plaintiffs.

## CONCLUSION

For the foregoing reasons, Plaintiff Jennifer Tweeddale respectfully requests that the Court appoint Julie Braman Kane and Colson Hicks Eidson to serve as a member of the Plaintiffs' Steering Committee.

Dated: February 2, 2018

                                  Respectfully submitted,

                                  COLSON HICKS EIDSON, P.A.
                                  255 Alhambra Circle, Penthouse
                                  Coral Gables, Florida 33134
                                  Telephone: (305) 476.7400
                                  Facsimile: (305) 476.7444

By:   *s/ Julie Braman Kane*
           Julie Braman Kane
           Florida Bar No. 980277
           julie@colson.com
           *Attorney for Plaintiff*

## Certificate of Service

I hereby certify that on the 2d of February, 2018, the foregoing document was hand-delivered and filed with the Clerk of the Court who will file it using the CM/ECF system, which will send email notification of such filing to all attorneys of record in this case.

                                                   /s/  Julie Braman Kane
                                                   Julie Braman Kane

**EXHIBIT "A"**

**Julie Braman Kane** has decades of experience successfully representing injured plaintiffs in high-level litigation. A partner of Colson Hicks Eidson since 1999, she has secured multimillion-dollar verdicts and personal injury settlements, including a $38 million verdict in a medical malpractice and drug negligence case.

AV-rated trial lawyer by Martindale-Hubbell, Julie focuses her practice on representing plaintiffs in personal injury, medical malpractice and product liability lawsuits when harmed by the negligence of other individuals or corporations. Her practice also includes commercial litigation and class actions as well as data breach litigation, and she currently serves on the Plaintiffs' Steering Committee for the In Re: 21st Century Oncology Customer Data Security Breach Litigation.

She is committed to personal attention and works closely with each of her clients to inform and involve them in every step of their case, assuring they receive the highest quality representation possible.

**Honors and Experience**

A champion of civil justice, Julie is a past President of the American Association for Justice (AAJ), the world's largest trial bar and leading defender of civil justice. Her commitment to protecting the right to trial by jury is evident in her more than 20 years of service with the AAJ, where she has also served on the Executive Committee and Board of Governors and has chaired its National Finance Council, Products Liability Section, Women's Caucus and Diversity Task Force.

In 2012, with voter suppression legislation on the rise across America, Julie initiated and chaired the Voter Protection Action Committee, AAJ's election protection program that provides lawyers in all fifty states to protect the rights of American citizens whose access to the polls was limited. Furthermore, as chair, Kane was instrumental in placing AAJ members across the country to ensure U.S. citizens' voting rights were assured and their ballots were counted.

In addition to her national service with the AAJ, Julie has served as a Trustee and Co-Chair of the National College of Advocates, on the Board of Directors for the Florida Justice Association, as a Commissioner on the Florida Elections Commission – to which she was appointed by then-Governor Charlie Crist – and as President of the Miami-Dade Chapter of the Florida Association for Women Lawyers.

Julie has earned multiple accolades for her legal prowess, exemplary leadership to the profession, and dedication to the community, consumers and the trial bar. In 2017, she was honored with the University of Miami's Law Alumni Achievement Award as well as Florida Justice Association's B.J. Masterson award, honoring

someone epitomizing ethical professionalism in her career of practicing law. In 2015, she received the *Daily Business Review*'s Top Twenty Women in Law Award. She is also a past recipient of the *Daily Business Review's* Most Effective Lawyers Award for receiverships, and she was a finalist in the medical negligence litigation category. She also received the *South Florida Business Journal's* Woman Extraordinaire Award. Additionally, the AAJ awarded Julie with its prestigious Distinguished Service Award, the Howard Twiggs Commitment to Justice Award; its Marie Lambert Award for leadership; and its Joe Tonahill Award for legal excellence.

In 2010, the University of Miami School of Law honored Julie with the Alumni Leadership Award, given to attorneys who have distinguished themselves in their careers and who serve as role models for the next generation.

A proud double Hurricane, Julie is a *magna cum laude* undergraduate and *cum laude* graduate of the University of Miami School of Law.

**Honors and Awards**

- SuperLawyers, multiple years through the present
- Best Lawyers in America, multiple years through present
- Florida Legal Elite, multiple years through present
- National Trial Lawyers, Top 100 Trial Lawyers, 2012-present
- Martindale-Hubbell AV Rating
- Chamber USA – Recognized Practitioner, 2017-present
- American Society of Legal Advocates
- Law Alumni Achievement Award, University of Miami, 2017
- B. J. Masterson Award for Professionalism, 2017
- Matte Belle Davis Award, 2016
- Twenty Women in Law, *Daily Business Review*, 2015
- Most Effective Lawyers, *Daily Business Review*
    - 2009, Receiverships
    - 2009, Finalist, Medical Malpractice
- Woman Extraordinaire 2010, South Florida Business Leader
- American Association for Justice
    - Howard Twiggs Commitment to Justice Award, 2012
    - Women's Caucus, Marie Lambert Award, 2008
    - Joe Tonahill Award, 2008
    - Weideman Wysocki Award (multiple years, 2000-2006)
    - Distinguished Service Award, 2005, 2011

**Professional Associations and Appointments**

- American Association for Justice
    - President, 2016-2017
    - Past Vice President, Secretary, Treasurer, Parliamentarian
    - Executive Committee, 2003-2004; 2006-2008; 2010-present
    - Past Chair, Women's Caucus
    - Past Chair, Product Liability Section
    - Past Chair, Voter Protection Action Committee
- Justice PAC Board of Trustees, 2008-2010
- Elections Commission, State of Florida
    - Commissioner, 2008-2011
- Miami-Dade Chapter of the Florida Association for Women Lawyers
    - President, 2009-2010
    - Past President-Elect, Secretary, Treasurer, Newsletter Editor
- AIEG Board of Directors
- Summit Council, 2013-present
- National College of Advocates Board of Trustees, 2003-2008
    - Co-Chair, 2007-2009
- Florida Justice Association
    - Board of Directors, 1998-present
    - Past Chair, Young Lawyers Division
    - Past Chair, Women's Caucus
- Dade County Bar Association
    - Director, 2008-2009
- Miami Dade Justice Association
    - Board of Directors, 1998-2002
- American Bar Association

**Selected Presentations**

- Guest Lecturer – FJA (Florida Justice Association) – "Direct Examination at Trial", June 15, 2017, St. Petersburg, FL
- Guest Lecturer – FJA (Florida Justice Association) – FJA Justice Lunch – Washington Update, June 15, 2017, St. Petersburg, FL
- Panel Guest Lecturer – Temple Beth Sholom Scholar in Residence Weekend – "Moral Justice in our Legal World", March 5, 2017, Miami Beach, FL
- Guest Lecturer – SCAJ (South Carolina Association for Justice) – "Direct Examination at Trial", December 2, 2016, Buckhead, GA
- Guest Lecturer – NJAJ (New Jersey Association for Justice) – "The Year of the Woman" November 17, 2016, New Jersey, NJ

- Guest Lecturer – Trial Ad Seminar – "The Highest Stakes: What this Election Means for Consumers", October 13, 2016, Minneapolis, MN
- Guest Lecturer – ATLA (Arkansas Trial Lawyers Association) – "Direct Examination", October 7, 2016, Fayetteville, AK
- Guest Lecturer – CTLA (Colorado Trial Lawyers Association) – "Direct Examination" August 6, 2016, Steamboat Springs, CO.
- Guest Lecturer – Belli – "Direct Examination at Trial" July 2016, Los Angeles, CA
- Guest Lecturer – ITLA (Idaho Trial Lawyers Association) – "Diversity at the Table" – Panel, June 17, 2016, Sun Valley, ID
- Guest Lecturer – ITLA (Idaho Trial Lawyers Association) – "Direct Examination" June 17, 2016, Sun Valley, ID
- Guest Lecturer – New Jersey Association for Justice – "Direct Examination," April 6, 2016, New Jersey, NJ
- Guest Lecturer – American Association for Justice – "Direct Examination," January 22, 2016 – Scottsdale, AZ
- Guest Lecturer – Kansas Association for Justice – "Direct Examination," December 11, 2015, Kansas City, KS
- Guest Lecturer – Consumer Attorneys of California, "Trial Skills: Voir Dire," November 6, 2015, San Francisco, CA
- Guest Lecturer – Melvin Belli Association, "Lessons Learned from Litigation – Large & Small," July 12, 2015, Montreal, Canada
- Guest Lecturer – American Association for Justice, "Direct Examination," July 11, 2015, Montreal, Canada
- Guest Lecturer – Wyoming Trial Lawyers Association, "Lessons Learned from Litigation – Large & Small," June 24, 2015, Cody, WY
- Guest Lecturer – Mississippi Association for Justice, "Direct Examination of Lay Witnesses and Experts at Trial," June 12, 2015, New Orleans, LA
- Guest Lecturer – Florida Justice Association, "What's Happening in DC: Federal Legislation," October 21, 2015, Sarasota, FL.
- Guest Lecturer – Kentucky Justice Association, "Trucking Accidents Proof of Damages," September 11, 2014, Cincinnati, OH
- Guest Lecturer – Melvin Belli Association, "Racetrack Injuries: The Good, Bad and Ugly," July 25, 2014, Baltimore, MD
- Guest Lecturer – National Structured Settlements Trade Association National Meeting, "Federal Update," April 2, 2014, Orlando, FL
- Guest Lecturer – Tennessee Association for Justice, "Wrongful Death Damage Issues in Trucking Cases," October 11, 2013, Nashville, TN
- Guest Lecturer – Florida Justice Association, "Proof and Argument of Damages in Wrongful Death," February 20, 2013, Orlando, FL

- Guest Lecturer – American Association for Justice Women Trial Lawyer Caucus, "Changing or Expanding your Practice," July 27, 2012, Chicago, IL
- Guest Lecturer – Consumer Attorneys of California, "Trial Strategies Openings and Closings," November 10, 2011, San Francisco, CA
- Guest Lecturer – American Association for Justice, "Obtaining Full Justice for Your Client in the Era of Tort Reform," April 9, 2010, Las Vegas, NV
- Guest Lecturer – American Association for Justice, "Chinese Drywall," September 26, 2009, Las Vegas, NV
- Guest Lecturer – Connecticut Trial Lawyers Association, "Nice Girls Do Get Paid – How to Ask for and Get the Money at Mediation," April 8, 2011, Orange, CT
- Guest Lecturer – American Association for Justice Women Trial Lawyers Caucus, "Being Superwoman, Perspectives in Balancing Career and Family," July 9, 2010, Vancouver
- Guest Lecturer – American Association for Justice, "15 Passenger Vans: Isn't a Mini-Van Big Enough?" May 1, 2008, New Orleans, LA
- Guest Lecturer – Louisiana Association for Justice, "Handling the Investigation of a Potential Crashworthiness Case," December 14, 2007, New Orleans, LA
- Guest Lecturer – Consumer Attorneys of California, "Case Evaluation: How to Pick a Winner," November 9, 2007, San Francisco, CA
- Guest Lecturer – American Association for Justice, "Civility: It's Not a Sign of Weakness," July 2007, Chicago, IL
- Guest Lecturer – Florida Justice Association, "The Paralegal's Role from Mediation to Trial," June 14, 2007, Palm Beach, FL
- Guest Lecturer – American Trial Lawyers Association, "How Discovery Techniques Can Aid in Settlement and in Providing Damages," July 2004, Boston, MA
- Guest Lecturer – Academy of Florida Trial Lawyers, "Effective Drafting of Proposals for Settlement," November 2003, Ft. Lauderdale, FL
- Guest Lecturer – Association for Trial Lawyers of America, "Restatement of Torts Third: Do You Have to Dealt With it? A State by State Analysis," July 23, 2002, Atlanta, GA
- Guest Lecturer – American Trial Lawyers Association Women Trial Lawyers Caucus, "Keeping Your Stamina Up for the Long Haul," July 22, 2002, Atlanta, GA
- Guest Lecturer – Academy of Florida Trial Lawyers, "Legislative and Case Law Update: Evidence and Civil Procedure," June 2003, St. Petersburg, FL

**Selected Writings**

- "Direct Examination" chapter in *Anatomy of a Personal Injury Lawsuit*. Portland, OR: Trial Guides, LLC 2015. Print. Author.
- Johnson, Raymond Paul., and Mike Eidson. *Defective Product: Evidence to Verdict*. Charlottesville, VA: Michie, 1995. Print. Assisted with research and writing.