# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | |
|---|---|
| IN RE: EQUIFAX, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:17-md-02800-TWT |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Nathan Turner

Date:   02/05/2018

/s/ Natasha N. Serino
*Attorney's signature*

Natasha N. Serino (CA SBN 284711)
*Printed name and bar number*
Law Offices of Alexander M. Schack
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127

*Address*

natashaserino@amslawoffice.com
*E-mail address*

(858) 485-6535
*Telephone number*

(858) 485-0608
*FAX number*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of February, 2018, the undersigned electronically filed the foregoing APPEARANCE OF COUNSEL using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

/s/ Natasha N. Serino
Natasha N. Serino