UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>ALL CASES |

## UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA

Plaintiff hereby respectfully makes and files this Unopposed Motion to Lift Restrictions on Media[1], pursuant to Local Rule 83.4, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. In support of their Motion, plaintiff states as follows:

---

[1] The undersigned counsel has conferred with counsel for defendants, who advised that they consent to the relief sought in this Motion.

1. That plaintiff will follow Local Rule 83.4 and its prohibitions on taking photographs or operating records devices during courtroom proceedings, that they will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above;

2. That plaintiff will not operate any device outlined above in any public area where their operation is disruptive of any court proceeding;

3. That permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4; and

4. That the attorneys Sharon S. Almonrode and Melvin B. Hollowell respectfully request to be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018.

Counsel will bring proper identification upon entering the security station of the courthouse.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

By: */s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
ssa@millerlawpc.com

By: */s/ Melvin B. Hollowell*
Melvin B. Hollowell (P37834)
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
mbh@millerlawpc.com

*Attorneys for Plaintiff Bakko*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

        */s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
ssa@millerlawpc.com