FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>1:17-md-2800-TWT |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Kevin W. Tucker, and hereby files this Notice of Attorney

Appearance in the above-captioned matter, pursuant to Rule 83.1 of the Local

Rules for the Northern District of Georgia, hereby appearing as counsel in this

matter on behalf of the following parties, individually and on behalf of a class of

similarly situated financial institutions:

| Parties | Case No. |
|---|---|
| Army Aviation Center Federal Credit Union<br>Credit Union National Association<br>Greater Cincinnati Credit Union | 1:17-cv-03892-TWT |
| Atlantic City Federal Credit Union<br>Elements Financial Federal Credit Union<br>First Nebraska Credit Union<br>Putnam Bank<br>Wright-Patt Credit Union | 1:17-cv-05065-TWT |
| Bank of Louisiana<br>Aventa Credit Union<br>First Choice Federal Credit Union | 1:17-cv-03715-TWT |

| | |
|---|---|
| Consumers Cooperative Credit Union<br>Association of Vermont Credit Unions, Inc.<br>California Credit Union League<br>Carolinas Credit Union League<br>Embark Credit Union<br>Indiana Credit Union League<br>League of Southeastern Credit Unions & Affiliates<br>Mississippi Credit Union League<br>Montana Credit Union League<br>Mountain West Credit Union Association<br>Nevada Credit Union League<br>Numark Credit Union<br>Pennsylvania Credit Union Association<br>Ravalli County Federal Credit Union | 1:17-cv-04775-TWT |
| D.L. Evans Bank<br>Texas First Bank | 1:17-cv-05357-TWT |
| First Education Federal Credit Union<br>ASI Federal Credit Union<br>Michigan Credit Union League | 1:17-cv-04184-TWT |
| Gerber Federal Credit Union<br>Illinois Credit Union League<br>Minnesota Credit Union Network<br>Nebraska Credit Union League<br>New York Credit Union Association<br>Ohio Credit Union League<br>Oteen VA Federal Credit Union<br>SELCO Community Credit Union<br>Virginia Credit Union League | 1:17-cv-04388-TWT |
| Heritage Federal Credit Union<br>ICUL Service Corporation<br>Services Credit Union<br>UMassFive College Federal Credit Union | 1:17-cv-05265-TWT |
| Independent Community Bankers of America<br>The First State Bank<br>Bank of Zachary | 1:17-cv-04756-TWT |

| Durand State Bank | 1:18-cv-00021-TWT |
|---|---|
| Sky Federal Credit Union<br>MD/DC Credit Union Association<br>University of Louisiana Federal Credit Union | 1:18-cv-00094-TWT |
| First Financial Credit Union<br>Halliburton Employees' Federal Credit Union<br>Seven Seventeen Credit Union<br>Credit Union League of Connecticut | 1:18-cv-00315-TWT |
| Jonah Bank of Wyoming | 1:18-cv-000316-TWT |

Respectfully submitted this 2nd day of February, 2018

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**

Kevin W. Tucker
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
ktucker@carlsonlynch.com

## CERTIFICATE

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B. This 2nd day of February, 2018.

Kevin W. Tucker
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
ktucker@carlsonlynch.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of February 8, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

Kevin W. Tucker
**CARLSON LYNCH SWEET KILPELA**
**& CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
ktucker@carlsonlynch.com



1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
☎ (412) 322-9243
🖶 (412) 231-0246

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

February 2, 2018

James N. Hatten, Clerk of Court
Richard B. Russell Federal Building
U.S. Courthouse, Suite 2211
75 Ted Turner Drive, SW
Atlanta, GA 30303

> Re: In re Equifax, Inc., Customer Data Security
> Breach Litigation
> MDL Docket No. 2800
> 1:17-md-2800-TWT

Mr. Hatten:

Please find enclosed my Notice of Attorney Appearance to be filed in the above-referenced case. If you require anything further, please contact me.

Best regards,

Kevin W. Tucker
Carlson Lynch Sweet Kilpela
& Carpenter, LLP

Enclosures
KWT/dhh



ORIGIN ID:BTPA (412) 322-9243
KEVINW.TUCKER
CARLSON LYNCH SWEET & KIPELA
1133 PENN AVENUE
5TH FLOOR
PITTSBURGH, PA 15222
UNITED STATES US

SHIP DATE: 02FEB18
ACTWGT: 0.50 LB
CAD: 108569087/INET3980

BILL SENDER

TO JAMES N. HATTEN, CLERK OF COURT (412) 322-9243
RICHARD B. RUSSELL FEDERAL BUILDING
U.S. COURTHOUSE, SUITE 2211
75 TED TURNER DRIVE, SW
ATLANTA GA 30303
(412) 322-9243

REF:
DEPT:
INV:
PO:

PRK# 0201

7713 9253 7929

MON - 05 FEB 10:30A
PRIORITY OVERNIGHT

SE QFEA

30303
GA-US  ATL

FedEx
Express

J181118012601uv

552J1/122D/DCA5

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.