AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 6 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| South Florida Federal Credit Union | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-md-2800-TWT |
| Equifax, Inc., and Equifax Information Services, LLC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

South Florida Federal Credit Union, Plaintiff

Date:   Feb. 5, 2018

s/Nicole Jo Moss
*Attorney's signature*

Nicole Jo Moss (N.C. SBN 31958)
*Printed name and bar number*
Cooper & Kirk, PLLC
1523 New Hampshire, Ave. N.W.
Washington, D.C. 20036

*Address*

nmoss@cooperkirk.com
*E-mail address*

202-220-9636
*Telephone number*

202-220-9601
*FAX number*

# Cooper & Kirk
### Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Erin P. Brainard
Legal Assistant
(202) 220-9649
ebrainard@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

February 5, 2018

**Via FedEx**
Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309
404-215-1600

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 06 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Re:   *In Re Equifax Inc. / South Florida Federal Credit Union v. Equifax, Inc.*, No. 1:17-2800-TWT (N.D. Ga.)

Dear Clerk:

　　Please find enclosed an Appearance of Counsel for Nicole Jo Moss to be filed in the above reference matter.

Sincerely,

Erin P. Brainard
Legal Assistant

Enclosure



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.