## UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE EQUIFAX, INC., CUSTOMER
DATA SECURITY BREACH
LITIGATION

**MDL DOCKET NO. 2800**

**1:17-md-2800-TWT**

**ALL CASES**

## CONSENT MOTION TO LIFT RESTRICTIONS ON MEDIA

Plaintiffs hereby respectfully make and file this Consent[1] Motion to Lift

Restrictions on Media, pursuant to Local Rule 83.4, permitting the use of portable

computers, cellular phones, pagers and personal communication devices without cameras,

and electronic devices with cameras, including cellular telephones, personal digital

assistants and laptop computers, to be allowed into the courthouse and used in the

courtroom before, during and after the Hearing on Applications for Leadership

Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388

Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive,

S.W., Atlanta, Georgia 30303-3309.  In support of their Motion, plaintiffs state as

follows:

    1.    That they will follow Local Rule 83.4 and its prohibitions on taking

photographs or operating records devices during courtroom proceedings,

that they will not take photographs, operate tape recorders, or otherwise

record electronically any proceeding or other occurrence in the courthouse

---

[1] The undersigned counsel has conferred with counsel for defendants, who advised that they consent to the relief sought in this Motion.

or courtrooms described above;

2.    That they will not operate any device outlined above in any public area where their operation is disruptive of any court proceeding;

3.    That permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4; and

4.    That the attorneys listed on Exhibit A hereto respectfully request to be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018.

Counsel will bring proper identification upon entering the security station of the courthouse.

Respectfully submitted, this 6th day of February, 2018.

CONSUMER LITIGATION ASSOCIATES, P.C.

_____/s/\_\_\_\_Leonard A. Bennett_____
Leonard A. Bennett, Esq. *(Pro Hac Vice)*
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

John Soumilas, Esq. (*Pro Hac Vice*)
Francis & Mailman, P.C.
19th Floor, Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: jsoumilas@consumerlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6th, 2018, I authorized the electronic filing of the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to the attorneys registered with the Court's CM/ECF system in the above captioned cases.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2018.

_____/s/_____ Leonard A. Bennett_____
Leonard A. Bennett, Esq. *(Pro Hac Vice)*
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com