UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>ALL CASES |

**EXHIBIT A TO [PROPOSED] ORDER GRANTING
CONSENT MOTION TO LIFT RESTRICTIONS ON MEDIA**

Leonard A. Bennett
John Soumilas