UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>ALL CASES |

### [PROPOSED] ORDER GRANTING THE CONSENT MOTION TO LIFT RESTRICTIONS ON MEDIA

On February 1, 2018, certain plaintiffs' counsel, pursuant to Local Rule 83.4, moved for an Order permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to be allowed into the courthouse and used in the courtroom before, during, and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. Based on all files and documents herein, that the motion is GRANTED. Accordingly:

1. Counsel may use portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4.

2. Specifically, the attorneys listed on Exhibit A hereto are permitted to bring electronic devices, including one each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018.

3. Counsel are prohibited from taking photographs or operating recording devices during courtroom proceedings. Counsel shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4. Counsel shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

**IT IS SO ORDERED,** this  6th  day of February, 2018.

  /s/Thomas W. Thrash  
The Honorable Thomas W. Thrash, Jr.  
United States District Court  
Northern District of Georgia

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>ALL CASES |

**EXHIBIT A TO [PROPOSED] ORDER GRANTING
CONSENT MOTION TO LIFT RESTRICTIONS ON MEDIA**

Leonard A. Bennett
John Soumilas