# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | MDL DOCKET NO. 2800 |
| EQUIFAX, INC. CUSTOMER DATA ) | 1:17-md-2800-TWT |
| SECURITY BREACH LITIGATION ) | |
| _____) | ALL CASES |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record:

The undersigned appear in this case as counsel for Plaintiffs O'Dell Properties, LLC, O'Dell & O'Neal, P.C., Jelli Donuts, LLC, One Cent Lane, LLC, Rafco, LLC, ChaseLight, LLC, Justin O'Dell, Rahul Faruqi, Michael Chase, Kademi, LLC, Superior Services Investment Group, LLC, Forest Express Properties, LLC, Just Rev, LLC, Pierce N Tell of Sarasota, LLC, Martin's Auto Repair, Mojo Mama's LLC, Young's Distributing Co., LLC, Coastal Communications, LLC, The Mello Group, Inc., Dawn Lea Chalmers, Richard Alexander, Akbar Ali, Poonam Ali, Reevney St. Luc, Oshik Perez, Teresa Sue Martin, William Marvin Martin, Angela M. Krout, Bridgette Young, Jeff Newkirk, and Chris Williams.

Respectfully submitted, this 6th day of February, 2018.

By: /s/ Jason R. Doss
Jason R. Doss
Georgia Bar No. 227117

1

/s/ Samuel T. Brannan
Samuel T. Brannan
Georgia Bar No. 076688

THE DOSS FIRM, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (t)
(770) 578-1302 (f)
Email: jasondoss@dossfirm.com

Counsel for Plaintiffs

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***NOTICE OF APPEARANCE*** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record:

This, the 6th day of February, 2018.

By: /s/ Jason R. Doss
Jason R. Doss
THE DOSS FIRM, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (t)
(770) 578-1302 (f)
Email: jasondoss@dossfirm.com

Counsel for Plaintiffs
