**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) MDL DOCKET NO. 2800 |
| EQUIFAX, INC. CUSTOMER DATA | ) 1:17-md-2800-TWT |
| SECURITY BREACH LITIGATION | ) |
| _____) | ALL CASES |

**UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA**

Plaintiffs O'Dell Properties, LLC, O'Dell & O'Neal, P.C., Jelli Donuts, LLC, One Cent Lane, LLC, Rafco, LLC, ChaseLight, LLC, Justin O'Dell, Rahul Faruqi, Michael Chase, Kademi, LLC, Superior Services Investment Group, LLC, Forest Express Properties, LLC, Just Rev, LLC, Pierce N Tell of Sarasota, LLC, Martin's Auto Repair, Mojo Mama's LLC, Young's Distributing Co., LLC, Coastal Communications, LLC, The Mello Group, Inc., Dawn Lea Chalmers, Richard Alexander, Akbar Ali, Poonam Ali, Reevney St. Luc, Oshik Perez, Teresa Sue Martin, William Marvin Martin, Angela M. Krout, Bridgette Young, Jeff Newkirk, and Chris Williams, (collectively "Small Business Plaintiffs" or "Plaintiffs") hereby respectfully move for an order pursuant to LR 83.4, N.D.G., permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to

1

be allowed into the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.  Prior to filing this motion, counsel for the Small Business Plaintiffs unsuccessfully attempted to contact opposing counsel to obtain their consent on this ministerial motion.  Counsel for defendant has consented to multiple identical motions.  As such, counsel for Small Business Plaintiffs consider this motion to be unopposed. In support of their Motion, Plaintiffs state as follows:

1. Plaintiffs state that they will follow LR 83.4 and its prohibition on taking photographs or operating recording devices during courtroom proceedings.  Plaintiffs will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

2. Plaintiffs state that they will not operate any device outlined above in any public area where their operation is disruptive in any court proceeding.

3. Plaintiffs state that permitting the use of portable computers, cellular telephones, pagers and personal communication devices without

cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of LR 83.4.

4. As a result, Plaintiffs request that the following attorneys be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018:

Jason R. Doss, Esq.

Samuel T. Brannan, Esq.

Counsel will bring proper identification upon entering the security station of the courthouse.

Respectfully submitted, this 6th day of February, 2018.

By: /s/ Jason R. Doss
Jason R. Doss
Georgia Bar No. 227117

/s/ Samuel T. Brannan
Samuel T. Brannan
Georgia Bar No. 076688

THE DOSS FIRM, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (t)
(770) 578-1302 (f)
Email: jasondoss@dossfirm.com

Counsel for Small Business Plaintiffs

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the District of Georgia, the undersigned counsel for Plaintiffs hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

                                         s/Jason R. Doss_____
                                         Jason R. Doss
                                         Georgia

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***MOTION TO LIFT RESTRICTIONS ON MEDIA*** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

This, the 6th day of February, 2018.

                                                             By:    /s/ Jason R. Doss
                                                                          Jason R. Doss
                                                                          Georgia Bar No. 227117
                                                                          THE DOSS FIRM, LLC
                                                                          36 Trammell Street, Suite 101
                                                                          Marietta, Georgia 30064
                                                                          (770) 578-1314 (t)
                                                                          (770) 578-1302 (f)
                                                                          Email: jasondoss@dossfirm.com

                                                                          Counsel for Plaintiffs