**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                  )
                                                       ) MDL DOCKET NO. 2800
EQUIFAX, INC. CUSTOMER DATA       ) 1:17-md-2800-TWT
SECURITY BREACH LITIGATION         )
_____) ALL CASES

### (PROPOSED) ORDER GRANTING SMALL BUSINESS PLAINTIFFS' MOTION TO LIFT RESTRICTIONS ON MEDIA

On February 6, 2018, Small Business Plaintiffs hereby respectfully moved for an order pursuant to LR 83.4, permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.  Based on all files and documents herein, that motion is GRANTED.  Accordingly:

1.  Counsel may use portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to aid their

1

presentation of evidence or perpetuation of the record, in accordance with the purposes of LR 83.4.

2.    Specifically, the following attorneys are permitted to bring in electronic devices, including one each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018:

Jason R. Doss, Esq.

Samuel T. Brannan, Esq.

3.    Plaintiffs are prohibited from taking photographs or operating recording devices during courtroom proceedings.  Plaintiffs shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4.    Plaintiffs shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

**IT IS SO ORDERED** this _____ day of February, 2018.

_____
Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia

2