AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

| | ) | |
|---|---|---|
| In re Equifax, Inc. Customer | ) | MDL No. 2800 |
| Data Security Breach Litigation | ) | No. 1:17-md-2800-TWT |
| | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jose Atiles and Lauren Solin                              .

Date:   February 7, 2018                              _____
                                                                          *Attorney's signature*

                                                                      Wesley M. Mullen
                                                                      *Printed name and bar number*

                                                                      MULLEN P.C.
                                                                      200 Park Avenue | Suite 1700
                                                                      New York, NY 10166
                                                                      (646) 632-3718
                                                                      wmullen@mullenpc.com

## CERTIFICATE OF SERVICE

      I, Wesley M. Mullen, hereby certify that on February 7, 2018 I caused a true and correct copy of the foregoing Appearance of Counsel to be served upon all counsel of record via CM/ECF.

Dated:   New York, New York
           February 7, 2018

                                                                           Wesley M. Mullen