# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| SOUTH FLORIDA FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | ) ) CIVIL ACTION ) FILE NO.: 1:18-CV-00119-TWT ) |
| Plaintiff, | ) MDL No. 1:17-cv-2800-TWT ) |
| v. | ) ) |
| EQUIFAX, INC., and EQUIFAX INFORMATION SERVICES, LLC., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW C. Sutton Connelly, Esq. and, pursuant to LR83.1(D)(1) files this his Notice of Appearance in the above-styled action as counsel for the Plaintiff, South Florida Federal Credit Union.

Respectfully Submitted,

/s/ *C. Sutton Connelly*
C. Sutton Connelly, Esq.
Ga. Bar No.: 940353
Attorney for Plaintiff

COOK & CONNELLY, LLC

P.O. Box 370
Summerville, GA  30747
(706) 857-3421
sutton.connelly@cookconnelly.com

## CERTIFICATE OF SERVICE

This is to certify that, on this day, I electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

This 7th day of February 2018.

/s/   *C. Sutton Connelly*
C. Sutton Connelly, Esq.
Ga. Bar No.:  940353
Attorney for Plaintiff

COOK & CONNELLY, LLC
P.O. Box 370
Summerville, GA  30747
(706) 857-3421
sutton.connelly@cookconnelly.com