UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                        )
IN RE: EQUIFAX, INC., CUSTOMER          )   MDL Docket No. 2800
DATA SECURITY BREACH                    )   1:17-md-2800-TWT
LITIGATION                              )
                                        )
_____)    CONSUMER ACTIONS

**SUPPLEMENT TO APPLICATION FOR APPOINTMENT OF JASON R. DOSS, COUNSEL FOR SMALL BUSINESS PLAINTIFFS, AS CO-LEAD COUNSEL FOR THE CONSUMER PLAINTIFF CLASS**

Pursuant to Case Management Order Nos. 1 and 2 ("CMO 1" and "CMO 2") [Dkt. 19 and 87], Jason R. Doss ("Doss") of the Marietta, Georgia-based law firm, The Doss Firm, LLC, applies to serve the consumer plaintiff class as co-lead counsel[1] on behalf of the Small Business Plaintiffs and files the diagram attached as Exhibit 1 hereto to supplement Doss's application for leadership. Exhibit 1 is hereby incorporated by reference in the original application. [Doc. 163].

---

[1] For the reasons stated herein, Doss believes that co-lead counsel is the appropriate position for him in this case given that he is the only attorney that represents the interests of the Small Business Plaintiffs. However, counsel is well aware that leadership choices belong to the Court, which may have different views about the appropriate leadership structure. If the Court will not accept Doss as co-lead counsel, Doss will gladly accept any position in leadership that the Court believes is appropriate and that adequately protects the interests of the Small Business Plaintiffs.

1

For all the foregoing reasons, Jason R. Doss, counsel for the Small Business Plaintiffs, respectfully requests that the Court appoint him as co-lead counsel for the Consumer Plaintiff Class on behalf of Small Business Plaintiffs.

This 7th day of February 2018.

/s/ Jason R. Doss
Jason R. Doss
Georgia bar No. 227117
Samuel T. Brannan
Georgia Bar No. 076688
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (Telephone)
(770) 578-1302 (Facsimile)
jasondoss@dossfirm.com

**ATTORNEYS FOR SMALL BUSINESS PLAINTIFFS**

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the District of Georgia, the undersigned counsel for Plaintiffs hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

                                                      s/Jason R. Doss_____
                                                     Jason R. Doss
                                                     Georgia

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically served the *Supplement to Application for Appointment of Jason R. Doss, Counsel for Small Business Plaintiffs, As Co-Lead Counsel for the Consumer Plaintiff Class* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

Submitted this 7th day of February 2018.

/s/ Jason R. Doss_____
Jason R. Doss
Georgia Bar No. 227117
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (Telephone)
(770) 578-1302 (Facsimile)
jasondoss@dossfirm.com