# Diagram of Diverse Goals of Class Members



- Diverse interests lead to potential/actual intra-class conflicts; s. 10.224, MCL
- Business Credit Relief has no value to Group 1
- Personal credit freezes are not valuable to Groups 2 or 3 because they interfere with business operations
- Group 1 not adequate class rep or counsel for 2 or 3
- Group 2 not adequate class rep for Group 3 b/c derivative action conflict problem
- Separate and Independent Counsel for Small Business Plaintiffs is required b/c Business Credit Relief will be marginalized (Goal of 145 million > Goal of 28 million)
- Appoint Now: Doss only attorney reps Group 3 and Business Credit Relief goal of Group 2; s. 10.224, MCL

**Red** = Small Business Plaintiffs