Rosalee B.C. Thomas (SBN: 492770)
rbcthomas@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC  20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Attorneys for Individual and Representative
Plaintiff Malcolm B. Feied

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | 1:17-cv-05345<br>MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| This Document Relates To All Cases | |

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

    PLEASE TAKE NOTICE THAT Ebonie Branch, State Bar No 311392, an attorney duly admitted to the Pennsylvania Bar, and an associate at Finkelstein Thompson LLP, hereby appears as counsel for Individual and Representative Plaintiff Malcolm B. Feied.

    Counsel respectfully requests to be served with all notices and papers filed in the above-captioned action through the Court's CM/ECF system and/or at the following office and/or email address:

1

Ebonie Branch (SBN: 311392)
ebranch@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC  20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

                                        Respectfully submitted,

Date:  February 7, 2018       By:__/s/ Rosalee B.C. Thomas
                                        Rosalee B.C. Thomas (SBN: 492770)
                                        rbcthomas@finkelsteinthompson.com
                                        FINKELSTEIN THOMPSON LLP
                                        3201 New Mexico Avenue, NW, Suite 395
                                        Washington, DC  20016
                                        Telephone: (202) 337-8000
                                        Facsimile: (202) 337-8090

                                        Counsel for Individual and Representative
                                        Plaintiff Malcolm B. Feied

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on February 7, 2018 via the Court's CM/ECF system.

/s/ Rosalee B.C. Thomas