UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc., Customer Data Security Breach Litigation | MDL No. 2800<br>1:17-MD-2800-TWT |

**ORDER TO LIFT RESTRICTIONS ON MEDIA**

Benjamin L. Bailey, attorney for Plaintiff Philip Cole, in accordance with L.R. 83.4 and its prohibitions, is permitted to bring in a cell phone and either a portable computer or electronic tablet computer to the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

Counsel is to bring proper identification upon entering the security station of the courthouse.

**IT IS SO ORDERED,** this 8th day of February 2018.

/s/Thomas W. Thrash
The Honorable Thomas W. Thrash, Jr.
United States District Court

Northern District of Georgia