IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC.<br>CUSTOMER DATA SECURITY<br>BREACH LITIGATION | Case No.: 17-md-2800-TWT |

## APPEARANCE OF COUNSEL

TO:  The Clerk of the Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Victor Zamora.

Dated:  February 6, 2018

Respectfully submitted,

_____
Sarah N. Westcot

**BURSOR & FISHER, P.A.**
3610 New Heritage Drive
Alpharetta, GA 30022
Telephone:  (352) 226-0777
Facsimile:  (212) 989-9163
Email:  swestcot@bursor.com

*Attorney for Plaintiff Victor Zamora*