IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

A hearing is scheduled on the Applications for Plaintiffs' Leadership Positions for 10:00 a.m. on February 9, 2018. The Court will hear from counsel in the order in which the applications appear on the public docket. In order for everyone to be heard tomorrow, counsel must be brief. There will be no rebuttals or replies.

SO ORDERED, this 8 day of February, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\In re Equifax\Feb9hearing.wpd