IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br>ALL CASES |

**CONSENT MOTION TO LIFT RESTRICTIONS ON MEDIA**

Plaintiff, Jasmine Chenault, hereby respectfully make and file this Consent[1] Motion to Lift Restrictions on Media, pursuant to Local Rule 83.4, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras. including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse. 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. In support of their Motion, plaintiff states as follows:

1. That they will follow Local Rule 83.4 and its prohibitions on taking photographs or operating records devices during courtroom proceedings, that they

---

[1] The undersigned counsel has conferred with counsel for defendants, who advised that they consent to the relief sought in this Motion.

will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above;

    2. That they will not operate any device outlined above in any public area where their operation is disruptive of any court proceeding;

    3. That permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4; and

    4. That the attorneys listed on Exhibit "A" hereto respectfully request to be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018.

    Counsel will bring proper identification upon entering the security station of the courthouse.

    This 8th day of February, 2018.

Respectfully submitted,

/s/ Robin Frazer Clark
ROBIN FRAZER CLARK
STATE BAR NO. 274620
COUNSEL FOR JASMINE CHENAULT

ROBIN FRAZER CLARK, P.C.
CENTENNIAL TOWER, SUITE 2300
101 MARIETTA STREET, NW
ATLANTA, GA 30303
(404) 873-3700
robinclark@gatriallawyers.net

Exhibit "A"

1. Robin Frazer Clark

2. Thomas Roe "Trey" Frazer, III

## CERTIFICATE OF SERVICE

I hereby certify that on February 8th, 2018, I authorized the electronic filing of the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to the attorneys registered with the Court's CM/ECF system in the above captioned cases.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2018.

                                                Respectfully submitted,

                                                /s/ Robin Frazer Clark
                                                ROBIN FRAZER CLARK
                                                STATE BAR NO. 274620

ROBIN FRAZER CLARK, P.C.
CENTENNIAL TOWER, SUITE 2300
101 MARIETTA STREET, NW
ATLANTA, GA 30303
(404) 873-3700
robinclark@gatriallawyers.net