IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br>ALL CASES |

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT RESTRICTIONS ON MEDIA

On February 8, 2018, Plaintiff Jasmine Chenault, hereby respectfully moved for an order pursuant to LR 83.4, permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed in to the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309. Based on all files and documents herein, that Motion is GRANTED. Accordingly:

1. Counsel may use portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes LR83.4

2. Specifically, the following attorneys are permitted to bring in electronic devices, including one each of cellular telephones, and either a portable computer or electronic table computer to Courtroom 2108 on February 9, 2018:

   Robin Frazer Clark, Esq.

   Thomas Roe "Trey" Frazer, III, Esq.

3. Plaintiff is prohibited from taking photographs or operating recording devices during courtroom proceedings. Plaintiffs shall not take photographs, operate tape records, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtroom described above.

4. Plaintiff shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

**IT IS ORDERED** this _____ day of _____, 2018.

_____
Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia