IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: EQUIFAX, INC., Customer Data Security Breach Litigation | MDL Docket No. 2800 <br> Case No.: 1:17-md-2800-TWT <br><br> ALL ACTIONS |

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
      All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case for:

Plaintiffs, Rodd Santomauro, Brenda Birkett, Debra Lee, USDC/District of Columbia, 1:17-cv-01852.

DATED:  February 8, 2018

Respectfully submitted,

_____
Troy N. Giatras (WV Bar No. 5602)
*The Giatras Law Firm, PLLC*
118 Capitol Street, Suite 400
Charleston, WV 25301
(304) 343-2900 Phone
(304) 343-2942 Fax #
E-mail:  troy@thewvlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 8th day of February, 2018, the foregoing document was filed using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

_____
Troy N. Giatras (WV Bar No. 5602)