AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| IN RE EQUIFAX, INC )<br>*Plaintiff* )<br>v. ) Case No.  17-md-2800<br> )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Jennifer Tweeddale

Date:    02/08/2018

*[signature]*
*Attorney's signature*

Lewis S. "Mike" Eidson, Esq. Florida Bar No. 151088
*Printed name and bar number*  Georgia Bar No. 24250

255 Alhambra Circle, Penthouse | Coral Gables,
Florida  33134 |
*Address*

mike@colson.com
*E-mail address*

(305) 476-7400
*Telephone number*

(305) 476-7444
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document on **February 8, 2018** using the Court's CM'ECF system, which will notify all counsel of record for all parties.

<u>*/s/ Julie Braman Kane*</u>
Julie Braman Kane
