**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) MDL DOCKET NO. 2800 |
| EQUIFAX, INC. CUSTOMER DATA | ) 1:17-md-2800-TWT |
| SECURITY BREACH LITIGATION | ) |
| _____ | ) ALL CASES |

### **UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA**

Plaintiffs Robert Kohn, Susan Kohn, and Dr. Mark Isacoff ("Plaintiffs") hereby respectfully move for an order pursuant to Northern District of Georgia Local Civil Rule 83.4, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed in to the courthouse and used in the courtroom before, during and after the Hearing on Applications for Leadership Appointments scheduled to take place on February 9, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. Prior to filing this motion, counsel for Plaintiffs attempted, albeit unsuccessfully, to contact opposing counsel to obtain their consent on this motion. In light of the non-contentious nature of this Motion, along with the fact that defense counsel has consented to other similar motions, Plaintiffs

1

respectfully request that the Court treat this motion as unopposed. In support of this Motion, Plaintiffs state as follows:

    1.    Plaintiffs state that they will follow LR 83.4 and its prohibition on taking photographs or operating recording devices during courtroom proceedings. Plaintiffs will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

    2.    Plaintiffs state that they will not operate any device outlined above in any public area where their operation is disruptive in any court proceeding.

    3.    Plaintiffs state that permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of LR 83.4.

    4.    As a result, Plaintiffs request that the following attorneys be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on February 9, 2018:

**Robert A. Magnanini, Esq.**

Counsel will bring proper identification upon entering the security station of the courthouse.

Respectfully submitted, this 8th day of February, 2018.

        STONE & MAGNANINI LLP

        By: /s/ Jason S. Kanterman
        Robert A. Magnanini, admitted *pro hac vice*
        David S. Stone, admitted *pro hac vice*
        Jason S. Kanterman, admitted *pro hac vice*
        100 Connell Drive, Suite 2200
        Berkeley Heights, NJ 07922
        Tel: (973) 218-1111
        Fax: (908) 464-3010
        dstone@stonemagnalaw.com
        rmagnanini@stonemagnalaw.com
        jkanterman@stonemagnalaw.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the District of Georgia, the undersigned counsel for Plaintiffs hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

/s/ Jason S. Kanterman_____
Jason S. Kanterman, admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2018, I electronically filed the foregoing MOTION TO LIFT RESTRICTIONS ON MEDIA with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

>STONE & MAGNANINI LLP
>
>By: /s/ Jason S. Kanterman
>Robert A. Magnanini, admitted *pro hac vice*
>David S. Stone, admitted *pro hac vice*
>Jason S. Kanterman, admitted *pro hac vice*
>100 Connell Drive, Suite 2200
>Berkeley Heights, NJ 07922
>Tel: (973) 218-1111
>Fax: (908) 464-3010
>dstone@stonemagnalaw.com
>rmagnanini@stonemagnalaw.com
>jkanterman@stonemagnalaw.com
>
>*Attorneys for Plaintiffs*