AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB - 8 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN RE: EQUIFAX, INC.        )
_____   )
        *Plaintiff*         )
           v.               )   Case No.   1:17-md-02800-TWT
_____   )
        *Defendant*         )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Nathan Turner
_____

Date:   02/05/2018                         _____/s/ Shannon Nocon_____
                                                  *Attorney's signature*

                                           Shannon F. Nocon (CA SBN 316523)
                                              *Printed name and bar number*
                                           Law Offices of Alexander M. Schack
                                           16870 West Bernardo Drive, Suite 400
                                                 San Diego, CA 92127
                                           _____
                                                       *Address*

                                           shannonnocon@amslawoffice.com
                                                   *E-mail address*

                                                  (858) 485-6535
                                                 *Telephone number*

                                                  (858) 485-0608
                                                    *FAX number*