# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
## IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/09/2018.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 3:40 P.M.        COURT REPORTER: Susan Baker
TIME IN COURT: 4:10                     DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Applicants for Leadership Positions appearing for plaintiffs

David Ballser, Phyllis Sumner, Stewart Haskins representing Equifax

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: The Court heard from all counsel that made application for a leadership position for the plaintiffs and will make a decision and issue a written order and soon as possible.

HEARING STATUS: Hearing Concluded