FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 9 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) ) ) ) | MDL NO. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>ALL ACTIONS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Frederick T. Kuykendall III of Kuykendall & Associates, LLC in the above-captioned matter as counsel for Plaintiff Jasmine Chenault in the case Chenault v. Equifax, Inc., Case No. 1:17-cv-03764-SCJ (N.D. GA).

Dated: February 7, 2018

    Respectfully submitted

    */s/ Frederick T. Kuykendall III*
    Frederick T. Kuykendall III
    Kuykendall & Associates, LLC
    Post Office Box 2129
    Fairhope, AL 36533
    (205) 252-6127
    Fax: (205) 449-1132
    ftk@thekuykendallgroup.com