**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No.: 1:17-md-02800-TWT** |
| **Equifax, Inc., Customer Data Security** ) | |
| **Breach Litigation** ) | |
| ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs James McGonnigal and Brian F.Spector.

Date: February 12, 2018

/s/ Patrick A. Barthle
Patrick A. Barthle, II (FBN 99286)
PBarthle@ForThePeople.com
John A. Yanchunis (FBN 324681)
JYanchunis@ForThePeople.com
Marisa K. Glassman (FBN 111991)
MGlassman@ForThePeople.com
**MORGAN & MORGAN COMPLEX**
**  LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: 813-275-5272
Fax: 813-222-4793

*Counsel for Plaintiffs James McGonnigal and Brian F. Spector*