AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE EQUIFAX, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carson Block

Date:   02/09/2018

*Attorney's signature*

Erik Swen Syverson (CA SBN 221933)
*Printed name and bar number*

Syverson, Lesowitz & Gebelin LLP
2029 Century Park East
Suite 2910
Los Angeles, CA 90067

*Address*

erik@syversonlaw.com
*E-mail address*

(310) 341-3074
*Telephone number*

(310) 341-3070
*FAX number*