IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NOS. 1:17md2800-TWT |
| IN RE EQUIFAX INC. SECURITIES LITIGATION | 1:17cv3463-TWT |
| IN RE EQUIFAX, INC. DERIVATIVE LITIGATION | 1:18cv0317-TWT |

## **NOTICE**

Scheduling status conference with lead counsel and liaison counsel in all three of these Equifax cases for **April 3, 2018 at 10:00 a.m., Courtroom 2108.**

The Court requests that counsel confer, and if able, prepare a proposed agenda and forward to the Court by April 2, 2018, 3:00 p.m. by email to Ms. Sewell.

The Court also requests that Mr. David Worley provide a call center for any of the out of town counsel that wish to appear by telephone.

Sheila Sewell
Courtroom Deputy Clerk for
Judge Thomas W. Thrash
United States District Court
sheila_sewell@gand.uscourts.gov
404-215-1555