# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | : : : : : : | Case No. 1:17-md-2800-TWT |
| _____ | : | |
| ANGELA HAMRE AND ISAAC TADROS, on behalf of themselves and all others similarly situated, | : : : : | Case No. 1:17-cv-05446-TWT |
| Plaintiffs, | : : | |
| vs. | : : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : : : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

To:     Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel of Angela Hamre and Isaac Tadros.

Date:   March 2, 2018.

_____/s/ Mike Miller_____
MIKE MILLER (ND #03419)
Attorney for Angela Hamre and Isaac Tadros
SOLBERG STEWART MILLER
1123 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107-1897
Phone:  701-237-3166
Fax:  701-237-4627
Email:  mmiller@solberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I electronically filed this Certificate of Service and Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

_____/s/ Mike Miller_____
MIKE MILLER (ND #03419)
Attorney for Angela Hamre and Isaac Tadros
SOLBERG STEWART MILLER
1123 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107-1897
Phone:  701-237-3166
Fax:  701-237-4627
Email:  mmiller@solberglaw.com

2