UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-md-2800-TWT |
| ANGELA HAMRE AND ISAAC TADROS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:17-cv-05446-TWT |

## NOTICE OF APPEARANCE OF COUNSEL

To:   Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel of Angela Hamre and Isaac Tadros.

Date:   March 2, 2018.

          /s/ Todd Miller
TODD MILLER (ND #06625)
Attorney for Angela Hamre and Isaac Tadros
SOLBERG STEWART MILLER
1123 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107-1897
Phone:  701-237-3166
Fax:  701-237-4627
Email: tmiller@solberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 2, 2018, I electronically filed this Certificate of Service and Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

       /s/ Todd Miller
      TODD MILLER (ND #06625)
      Attorney for Angela Hamre and Isaac Tadros
      SOLBERG STEWART MILLER
      1123 Fifth Avenue South
      P.O. Box 1897
      Fargo, ND 58107-1897
      Phone: 701-237-3166
      Fax: 701-237-4627
      Email: tmiller@solberglaw.com