# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NO. 1:17-md-02800-TWT |

## MOTION TO WITHDRAW SHANON J. CARSON AS CO-COUNSEL TO PLAINTIFFS JOSEPH CLARK, MEGHAN CLARK AND RUTH REYES

Pursuant to N.D. Ga. L.R. 83.1(E), attorney Shanon J. Carson requests leave from this Honorable Court to withdraw as counsel for Joseph Clark, Meghan Clark, and Ruth Reyes in the above-captioned case. Joseph Clark, Meghan Clark, and Ruth Reyes will continue to be represented by counsel from the firm of Berger & Montague, P.C. The withdrawal of Mr. Carson will in no way prejudice Joseph Clark, Meghan Clark, and Ruth Reyes in this case.

WHEREFORE, Shandon J. Carson, respectfully request leave of this Court to grant his motion to withdraw as counsel of record for Joseph Clark, Meghan Clark, and Ruth Reyes in the above-captioned matter.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: | March 6, 2018 | /s/ Shanon J. Carson |

**BERGER & MONTAGUE, P.C.**
Sherrie Savett
Shanon Carson
Jon Lambiras
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
scarson@bm.net
jlambiras@bm.net

BERGER & MONTAGUE, P.C.
E. Michelle Drake
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

*Counsel for Plaintiffs, Joseph Clark, Meghan Clark, and Ruth Reyes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NO. 1:17-md-02800-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, I caused to be served upon all counsel of record, via ECF filing, a copy of the foregoing Motion to Withdraw Shanon J. Carson as Co-Counsel to Plaintiffs Joseph Clark, Meghan Clark and Ruth Reyes.

Dated: March 6, 2018

/s/ Shanon J. Carson
**BERGER & MONTAGUE, P.C.**
Sherrie Savett
Shanon Carson
Jon Lambiras
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
scarson@bm.net
jlambiras@bm.net

BERGER & MONTAGUE, P.C.
E. Michelle Drake
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

*Counsel for Plaintiffs, Joseph Clark, Meghan Clark, and Ruth Reyes*