UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Breach Litigation

_____

MDL Docket No. 2800
No.: 1:17-md-2800-TWT

## MOTION TO WITHDRAW SARAH L. RICKARD AS COUNSEL FOR PLAINTIFFS IMTIYAZ DHUKA, ABUZAR DHUKKA, KEVIN PUTEGNAT, NYDIA PUTEGNAT, MUMTAZ MAREDIA AND IMTIAZ MAREDIA

Pursuant to N.D. Ga. L.R. 83.1(E), attorney Andrew Kochanowski of Sommers Schwartz, P.C., requests leave from this Honorable Court to withdraw attorney Sarah L. Rickard as counsel for Plaintiffs, Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia, in the above-captioned case.

On January 10, 2018, Sarah L. Rickard of the law firm of Sommers Schwartz, P.C., filed an appearance on behalf of Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia. (Doc. 96). As of February 23, 2018, Ms. Rickard is no longer employed by Sommers Schwartz, P.C.

Plaintiffs, Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia will continue to be represented by Andrew Kochanowski of Sommers Schwartz, P.C. The withdrawal of Sarah L. Rickard will in no way prejudice Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia in this case.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • SUITE 1700 • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

WHEREFORE, attorney Andrew Kochanowski, hereby requests leave of this Court to grant his motion to withdraw Sarah L. Rickard as counsel for Plaintiffs Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia in the above-captioned matter.

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

/s/ Andrew Kochanowski
Andrew Kochanowski (MI Bar # P55117)
One Towne Square, Suite 1700
Southfield, MI 48076
Tel: (248) 355-0300
akochanowski@sommerspc.com

*Attorneys for Plaintiffs*
*Imtiyaz Dhuka, Abuzar Dhukka,*
*Kevin Putegnat, Nydia Putegnat,*
*Mumtaz Maredia, and Imtiaz Maredia*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I caused to be served upon all counsel of record, via ECF filing, a copy of the foregoing Motion to Motion To Withdrawal Sarah L. Rickard As Counsel For Plaintiffs, Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, And Imtiaz Maredia.

/s/ Andrew Kochanowski
Andrew Kochanowski (MI Bar # P55117)
SOMMERS SCHWARTZ, P.C.

Dated:  March 7, 2018