# Exhibit A

**Pro se Cases Pending in the Northern District of Georgia**

- *Bussey v. Equifax Credit Bureau*, 1:17-cv-05197 (Thrash, J.)
- *Gay v. Equifax, Inc.*, 1:17-cv-05216 (Thrash, J.)
- *Gettino v. Equifax, Inc.*, 1:17-cv-04664 (Thrash, J.)
- *Griffin v. Equifax, Inc. et al.*, 1:17-cv-04663 (Thrash, J.)
- *Hogue v. Equifax, Inc.*, 1:17-cv-03781 (Thrash, J.)
- *Igein v. Equifax*, 1:17-cv-04056 (Thrash, J.)
- *Melton v. Equifax, Inc. et al.*, 1:17-cv-04523 (Thrash, J.)
- *Ray v. Equifax, Inc. et al.*, 1:17-cv-05272 (Thrash, J.)
- *Tomlinson v. Equifax Inc.*, 1:17-cv-05310 (Thrash, J.)
- *Williams et al. v. Equifax Inc. et al.*, 1:17-cv-04167 (Pannell, J.)
- *Breen v. Equifax Inc.*, 1:18-cv-00134 (Thrash, J.)
- *Day v. Equifax, Inc.*, 1:18-cv-00364 (Thrash, J.)
- *Coleman v. Equifax, Inc.*, 1:18-cv-00329 (Thrash, J.)
- *Strange v. Equifax Inc.*, 1:18-cv-00209 (Thrash, J.)
- *Kloewer v. Equifax, Inc.*, 1:18-cv-00208 (Thrash, J.)
- *Dash III v. Equifax Information Services LLC*, 1:17-cv-05529 (Thrash, J.)
- *Dash v. Equifax Information Services LLC*, 1:17-cv-5460 (Thrash, J.)
- *Brodsky v. Equifax Inc.*, 1:17-cv-05405 (Thrash, J.)
- *Riveles v. Equifax Information Services, Inc.*, 1:18-cv-00480 (Thrash, J.)
- *Leonardo v. Equifax Inc.*, 1:18-cv-00622 (Thrash, J.)