# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BERNADETTE BEEKMAN, ELIZABETH TWITCHELL JAMES FREEMAN-HARGIS, and DOUGLAS DIAMOND individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC.,<br><br>Defendant. | Case Nos. 1:17-md-2800<br>1:17-cv-3492 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Bernadette Beekman, Elizabeth Twitchell, James Freeman-Hargis, and Douglas Diamond hereby voluntarily dismiss their claims in the above-captioned action without prejudice and without fees or costs to any party. In accordance with Fed. R. Civ. P. 41(a), no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Respectfully submitted this 16th day of March, 2018.

    LAW OFFICES OF DAVID A. BAIN, LLC
By: /s/ *David A. Bain*
David A. Bain
Georgia Bar No. 032449
1230 Peachtree Street
Suite 1050
Atlanta, GA 30309
Tel.: (404) 724-9990
Fax: (404) 724-9986
dbain@bain-law.com

**BLOOD HURST & O'REARDON LLP**
Timothy G. Blood
Thomas J. O'Reardon II
701 B Street, Suite 1700
San Diego, CA 92101
Tel.: (619) 338-1100
Fax: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Janine L. Pollack
Thomas H. Burt
Correy A. Kamin
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
pollack@whafh.com
burt@whafh.com
kamin@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
70 West Madison Street, Suite 1400
Chicago, IL 60602
Tel.:  (312) 984-0000
Fax:  (312) 214-3110
malmstrom@whafh.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 16, 2018, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the filing to all counsel of record.

/s/ David A. Bain
David A. Bain