UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: Equifax, Inc., Customer Data Security Breach Litigation** | MDL Docket No. 2800<br><br>Case No.: 1:17-md-02800-TWT<br><br>ALL ACTIONS |

## UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA

The Consumer Track Plaintiffs hereby respectfully make and file this Unopposed Motion to Lift Restrictions on Media[1], pursuant to Local Rule 83.4, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during and after the Status Conference scheduled to take place on April 3, 2018, at 10:00 a.m. in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States

---

[1] The undersigned counsel has conferred with counsel for Equifax, who advised that they do not oppose the relief sought in this Motion.

1

Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. In support of this Motion, plaintiffs state as follows:

1. That counsel for the Consumer Track Plaintiffs and Defendants will follow Local Rule 83.4 and its prohibitions on taking photographs or operating records devices during courtroom proceedings, that they will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above;

2. That counsel for the Consumer Track Plaintiffs and Defendants will not operate any device outlined above in any public area where their operation is disruptive of any court proceeding;

3. That permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4; and

4. That the attorneys Amy Keller, Norman Siegel, Kenneth Canfield, David J. Worley, J. Cameron Tribble and David Balser respectfully request to be allowed to bring electronic devices, including one of each of cellular telephones, and either

2

a portable computer or electronic tablet computer, to Courtroom 2108 on April 3, 2018.

5. Counsel will bring proper identification upon entering the security station of the courthouse.

6. A proposed Order is attached hereto as Exhibit A.

DATED:  March 30, 2018

Respectfully submitted,

*/s/ David J. Worley*
David J. Worley
**EVANGELISTA WORLEY, LLC**
Ga. Bar No. 776665
8100A Roswell Road, Suite 100
Atlanta, GA 30350
Phone: (404) 205-8400
Fax: (404) 205-8395
david@ewlawllc.com

Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Amy E. Keller
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor

Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com

Kenneth S. Canfield
Ga. Bar No. 107744
**DOFFERMYRE SHIELDS**
**CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF COMPLIANCE

I certify that this document was prepared using 14-point Times New Roman, a font permitted by the Local Rules of the Court.

                                        */s/ David J. Worley*
                                        David J. Worley

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 30, 2018, a copy of the foregoing document was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the filing to all counsel of record.

>                          */s/ David J. Worley*
>                          David J. Worley