# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL ACTIONS |

## JOINT STATUS REPORT REGARDING STIPULATED PROTECTIVE ORDER

Plaintiffs in the Consumer Track and Financial Institution Track as well as Equifax Inc. are continuing to meet and confer regarding the Stipulated Protective Order. The parties have reached agreement on most of the issues therein, and anticipate filing the Stipulated Protective Order on or before April 2, 2018.

*[signatures on following pages]*

Respectfully submitted on
March 30, 2018

/s/ Amy E. Keller
Amy E. Keller
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com

Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

        Rodney K. Strong
        **GRIFFIN & STRONG P.C.**
        235 Peachtree Street NE, Suite 400
        Atlanta, Georgia 30303
        Tel. 404.584.9777
        rodney@gspclaw.com

        *Consumer Plaintiffs' State Court Coordinating Counsel*

-and-

        */s/ Joseph P. Guglielmo (w/ permission)*
        Joseph P. Guglielmo
        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        230 Park Avenue, 17th Floor
        New York, New York 10169
        Tel. 212.223.6444
        jguglielmo@scott-scott.com

        Gary F. Lynch
        **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
        1133 Penn Avenue, 5th Floor
        Pittsburgh, Pennsylvania 15222
        Tel. 412.322.9243
        glynch@carsonlynch.com

        *Financial Institution Plaintiffs' Co-Lead Counsel*

        Craig A. Gillen
        **GILLEN WITHERS & LAKE, LLC**
        3490 Piedmont Road, N.E.
        One Securities Centre, Suite 1050
        Atlanta, Georgia 30305
        Tel. 404.842.9700
        cgillen@gwllawfirm.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
Tel. 404.320.9979
mgibson@thefinleyfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@onleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

                                          Brian C. Gudmundson
                                          **ZIMMERMAN REED LLP**
                                          1100 IDS Center, 80 South 8th Street
                                          Minneapolis, Minnesota 55402
                                          Tel. 612.341.0400
                                          brian.gudmunson@zimmreed.com

                                          *Financial Institution Plaintiffs' Steering Committee*

*-and-*

                                          */s/ S. Stewart Haskins II (w/ permission)*
                                          **KING & SPALDING LLP**
                                          David L. Balser
                                          Georgia Bar No. 035835
                                          Phyllis B. Sumner
                                          Georgia Bar No. 692165
                                          S. Stewart Haskins II
                                          Georgia Bar No. 336104
                                          Elizabeth D. Adler
                                          Georgia Bar No. 558185
                                          John C. Toro
                                          Georgia Bar No. 175145
                                          1180 Peachtree Street, N.E.
                                          Atlanta, Georgia 30309
                                          Tel.: (404) 572-4600
                                          Fax: (404) 572-5140
                                          dbalser@kslaw.com
                                          psumner@kslaw.com
                                          shaskins@kslaw.com
                                          eadler@kslaw.com
                                          jtoro@kslaw.com

                                          *Counsel for Equifax Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 30th day of March 2018.

/s/ Amy E. Keller