EXHIBIT A

Joint Preliminary Report and Discovery Plan – Exhibit A

## CONSUMER TRACK CASES

### *Initial Transfer Order*

| | | |
|---|---|---|
| *Pantaze v. Equifax Information Services LLC* | ALN | 17-01530 |
| *Ostoya, et al. v. Equifax, Inc,* | ALN | 17-01550 |
| *Walker, et al. v. Equifax, Inc.* | ALN | 17-01527 |
| *Highfield v. Equifax, Inc. , et al.* | ALN | 17-01567 |
| *Gray, et al. v. Equifax Information Services, LLC* | AKW | 17-06095 |
| *Raffin v. Equifax, Inc.* | CAC | 17-06620 |
| *Bando Aidoo v. Equifax, Inc.* | CAC | 17-06658 |
| *Joof, et al. v. Equifax, Inc.* | CAC | 17-06659 |
| *Tada, et al. v. Equifax, Inc.* | CAC | 17-06666 |
| *Scott v. Equifax, Inc.* | CAC | 17-06715 |
| *Faillace v. Equifax, Inc.* | CAC | 17-06721 |
| *McShan, et al. v. Equifax, Inc.* | CAC | 17-06764 |
| *Barker v. Equifax, Inc. et al.* | CAC | 17-01560 |
| *Collins v. Equifax, Inc.* | CAC | 17-01561 |
| *Avise v. Equifax, Inc.* | CAC | 17-01563 |
| *Duran, et al. v. Equifax, Inc., et al.* | CAC | 17-01571 |
| *Miller, et al. v. Equifax, Inc., et al.* | CAE | 17-01872 |
| *.Myers, et al. v. Equifax, Inc.* | CAE | 17-01878 |
| *Spicer v. Equifax, Inc., et al.* | CAN | 17-05228 |
| *Alexander v. Equifax, Inc.* | CAN | 17-05230 |
| *Belden v. Equifax, Inc,* | CAN | 17-05260 |
| *Murphy, et al. v. Equifax, Inc.* | CAN | 17-05262 |
| *Galpern v. Equifax, Inc., et al.* | CAN | 17-05265 |
| *Salinas, et al. v. Equifax, Inc.* | CAN | 17-05284 |
| *Gersten, et al. v. Equifax, Inc.* | CAS | 17-01828 |
| *Dremak v. Equifax, Inc.* | CAS | 17-01829 |
| *Tanks, et al. v. Equifax, Inc.* | CAS | 17-01832 |
| *Vonwiller v. Equifax Information Services, LLC* | CAS | 17-01839 |
| *Seymore, et al. v. Equifax, Inc.* | CAS | 17-01871 |
| *Morris v. Equifax, Inc.* | CO | 17-02178 |
| *Santamauro v. Equifax, Inc.* | DC | 17-01852 |
| *Neilan v. Equifax, Inc.* | ILN | 17-06508 |
| *Lang, et al. v. Equifax Information Services, LLC* | ILN | 17-06519 |
| *King v. Equifax, Inc.* | INS | 17-03157 |
| *House v. Equifax, Inc.* | KS | 17-02523 |
| *Anderson v. Equifax, Inc.* | KYE | 17-00156 |
| *Tomlin, et al. v. Equifax Information Services, LLC* | KYE | 17-00158 |
| *Gallant v. Equifax, Inc.* | MD | 17-02712 |
| *Cole v. Equifax, Inc.* | MS | 17-11712 |
| *Skye v. Equifax, Inc.* | MS | 17-11742 |
| *Cherney, et al. v. Equifax, Inc.* | MIE | 17-12966 |
| *Amadick, et al. v. Equifax Information Services, LLC* | MN | 17-04196 |
| *Byas, et al. v. Equifax, Inc.* | MSN | 17-00130 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Krawcyk v. Equifax, Inc.* | MOW | 17-00760 |
| *Knepper v. Equifax Information Services, LLC* | NV | 17-02368 |
| *McCall, etl al. v. Equifax Information Services, LLC* | NV | 17-02372 |
| *Kendall v. Equifax Information Services, LLC* | NJ | 17-06922 |
| *Dowgin v. Equifax, Inc.* | NJ | 17-06923 |
| *Christen, et al. v. Equifax, Inc* | NJ | 17-06951 |
| *Friedman, et al. v. Equifax, Inc.* | NJ | 17-07022 |
| *Zamora v. Equifax, Inc.* | NJ | 17-07085 |
| *Kilgore, et al. v. Equifax Information Services LLC* | NM | 17-00942 |
| *Grossberg, et al. v. Equifax, Inc.* | NYE | 17-05280 |
| *Levy v. Equifax Information Services, LLC, et al.* | NYE | 17-05354 |
| *Zweig v. Equifax, Inc.* | NYE | 17-05366 |
| *Jorge, et al. v. Equifax, Inc.* | NYE | 17-05404 |
| *Tirelli, et al. v. Equifax Information Services, LLC* | NYS | 17-06868 |
| *Davis, et al. v. Equifax, Inc.* | NYS | 17-06883 |
| *Bitton v. Equifax Information Services, LLC* | NYE | 17-06946 |
| *Torrey v. Equifax Information Services, LLC* | OHN | 17-01922 |
| *Gerstein, et al. v. Equifax Information Services LLC* | OHS | 17-00593 |
| *Bahnmaier v. Equifax, Inc.* | OKN | 17-00512 |
| *Gibson, et al. v. Equifax, Inc.* | OKW | 17-00973 |
| *McHill, et al. v. Equifax, Inc.* | OR | 17-01405 |
| *Austin v. Equifax, Inc., et al.* | PAE | 17-04045 |
| *Caplan v. Equifax Information Services, LLC* | PAE | 17-04055 |
| *Mann v. Equifax Information Services LLC* | PAE | 17-04100 |
| *Hensley v. Equifax, Inc., et al.* | PAE | 17-04105 |
| *Derby v. Equifax, Inc.* | PAW | 17-01186 |
| *Martin v. Equifax, Inc.* | TNM | 17-01246 |
| *Lynch, et al. v. Equifax, Inc.* | TXE | 17-00640 |
| *Collins v. Equifax, Inc.* | TXS | 17-00187 |
| *Partridge, et al. v. Equifax, Inc., et al.* | UT | 17-01017 |
| *Pavitt, et al. v. Equifax, INc.* | WAW | 17-01363 |
| *Maloney v. Equifax, Inc.* | WIE | 17-01238 |
| *Rice, et al. v. Equifax, Inc.* | WVN | 17-00156 |
| *McGonnigal v. Equifax, Inc.* | GAN | 17-03422 |
| *Cary, et al. v. Equifax, Inc.* | GAN | 17-03433 |
| *Kuss v. Equifax, Inc.* | GAN | 17-03436 |
| *Kealy, et al. v. Equifax, Inc.* | GAN | 17-03443 |
| *Ruscitto v. Equifax, Inc.* | GAN | 17-03444 |
| *Lapter, et al. v. Equifax, Inc.* | GAN | 17-03445 |
| *Manaher v. Equifax, Inc.* | GAN | 17-03447 |
| *Samson v. Equifax, Inc.* | GAN | 17-03448 |
| *Wolf v. Equifax, Inc.* | GAN | 17-03450 |
| *Washburn, et al. v. Equifax, Inc.* | GAN | 17-03451 |
| *Fiore v. Equifax, Inc.* | GAN | 17-03456 |
| *Lipchitz v. Equifax, Inc.* | GAN | 17-03457 |
| *Martin v. Equifax, Inc.* | GAN | 17-03458 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Menzer v. Equifax, Inc.* | GAN | 17-03459 |
| *Pagliarulo v. Equifax, Inc.* | GAN | 17-03460 |
| *Pugliese v. Equifax, Inc.* | GAN | 17-03461 |
| *Pavesi, et al. v. Equifax, Inc.* | GAN | 17-03476 |
| *Boundy, et al. v. Equifax, Inc.* | GAN | 17-03480 |
| *Beekman, et al. v. Equifax, Inc.* | GAN | 17-03492 |
| *Ray v. Equifax Inc. et al* | DE | 17-01331 |
| *Gibson v. Equifax, Inc.* | HI | 17-00466 |
| *Prejean et al v. Equifax, Inc.* | HI | 17-00468 |

<u>CTO-1</u>

| | | |
|---|---|---|
| *Rajput v. Equifax, Inc.* | ALN | 17-01606 |
| *Frank et al v. Equifax Inc. et al* | ALN | 17-01611 |
| *Davis et al v. Equifax Inc.* | ALN | 17-01595 |
| *Partridge et al v. Equifax et al* | ALS | 17-00423 |
| *Mead et al v. Equifax Inc. et al* | AK | 17-00208 |
| *Ayala et al v. Equifax Incorporated et al* | AZ | 17-00462 |
| *Cooper et al v. Equifax Incorporated et al* | AZ | 17-00490 |
| *Daughtery et al v. Equifax Inc.* | ARE | 17-00597 |
| *Gulley v. Equifax Inc. et al* | ARW | 17-04088 |
| *Sarah Hamilton et al v. Equifax, Inc.* | CAC | 17-06899 |
| *Maria Schifano et al v. Equifax Inc.* | CAC | 17-06996 |
| *Barbara Trevino v. Equifax, Inc. et al* | CAC | 17-07180 |
| *Mary Greenlee v. Equifax, Inc.* | CAC | 17-07991 |
| *Amanda Janaye White et al v. Equifax, Inc.* | CAC | 17-01929 |
| *Christopher Peters et al v. Equifax Information Services, LLC et al* | CAC | 17-01634 |
| *Crow et al v. Equifax, Inc.* | CAC | 17-05355 |
| *Block v. Equifax, Inc. et al* | CAC | 17-05367 |
| *Johns et al v. Equifax, Inc.* | CAC | 17-05372 |
| *Branch v. Equifax Inc.* | CAC | 17-05429 |
| *Evans v. Equifax, Inc.* | CAC | 17-05454 |
| *Malcolm B. Feied v. Equifax, Inc.* | CAC | 17-05524 |
| *Lee et al v. Equifax Inc.* | CAC | 17-05553 |
| *Goldweber v. Equifax Inc.* | CAC | 17-05586 |
| *Ialacci v. Equifax Inc. et al* | CAC | 17-05647 |
| *Irwin v. Equifax, Inc.* | CAC | 17-05735 |
| *Mobbs v. Equifax Inc. et al* | CAC | 17-05815 |
| *Barone v. Equifax, Inc,* | CAC | 17-05958 |
| *Fried v. Equifax Inc.* | CAS | 17-01955 |
| *Turner v. Equifax Inc.* | CAS | 17-02041 |
| *Butler v. Equifax, Inc.* | CAS | 17-02158 |
| *Gay v. Equifax, Inc.* | CO | 17-02417 |
| *Quagliani v. Equifax, Inc. et al* | CT | 17-01668 |
| *Zribi v. Equifax, Inc. et al* | CT | 17-01710 |
| *Melrath v. Equifax, Inc. et al.* | DE | 17-01324 |
| *Ray v. Equifax Inc. et al* | DE | 17-01331 |

3

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Klavans v. Euifax Inc. et al* | DE | 17-01346 |
| *Sander v. Equifax Inc. et al* | DC | 17-02119 |
| *Young v. Equifax Inc.* | FLM | 17-00538 |
| *Astor et al v. Equifax Inc. et al* | FLM | 17-01653 |
| *Tweeddale v. Equifax, Inc.* | FLM | 17-01963 |
| *Stabenow  et al v. Equifax, Inc.* | FLM | 17-02289 |
| *Perkins et al v. Equifax Inc.* | FLN | 17-00727 |
| *Eppy v. Equifax, Inc.* | FLS | 17-61833 |
| *Domino et al v. Equifax, Inc.* | FLS | 17-61936 |
| *Amuial v. Equifax, Inc.* | FLS | 17-23405 |
| *Podalsky et al v. Equifax, Inc.* | FLS | 17-23465 |
| *Martinez et al v. Equifax, Inc.* | FLS | 17-23510 |
| *Geller et al v. Equifax, Inc.* | FLS | 17-81056 |
| *Bussey v. Equifax Credit Bureau* | GAM | 17-00158 |
| *Gibson v. Equifax, Inc.* | HI | 17-00466 |
| *Prejean et al v. Equifax, Inc.* | HI | 17-00468 |
| *Benavidez et al v. Equifax Inc. et al* | ILC | 17-04279 |
| *Meyers et al v. Equifax Information Services LLC* | ILN | 17-06652 |
| *Hebrlee  et al v. Equifax, Inc. et al* | ILN | 17-07120 |
| *Biles v. Equifax, Inc.* | ILN | 17-08224 |
| *Stanfield et al v. Equifax Inc.* | ILS | 17-01102 |
| *Fail et al v. Equifax Inc.* | INS | 17-03581 |
| *Cederdahl v. Equifax, Inc.* | IAS | 17-00342 |
| *Taenzer et al v. Equifax Inc. et al* | IAS | 17-00349 |
| *House v. Equifax Inc. et al* | IAS | 17-00392 |
| *Carr et al v. Equifax Inc. et al* | KS | 17-04089 |
| *Tomlinson v. Equifax Inc.* | KYE | 17-00087 |
| *Benson v. Equifax Inc.* | KYW | 17-00564 |
| *Fausz v. Equifax Information Services, LLC* | KYW | 17-00576 |
| *Stiles v. Equifax Inc. et al* | KYW | 17-00144 |
| *Pierre et al v. Equifax, Inc. et al* | LAE | 17-10520 |
| *Napier v. Equifax Inc. et al* | ME | 17-10520 |
| *Williams v. Equifax Inc. et al* | MD | 17-02803 |
| *Benway v. Equifax, Inc.* | MD | 17-03360 |
| *Harper v. Equifax Inc. et al* | MA | 17-11785 |
| *Williams v. Equifax Inc. et al* | MIE | 17-13307 |
| *Fuhrman v. Equifax Inc. et al* | MIE | 17-13508 |
| *Henderson v. Equifax, Inc. et al* | MN | 17-04289 |
| *Appel et al v. Equifax, Inc.* | MN | 17-04488 |
| *Cadwallader et al v. Equifax Inc. et al* | MN | 17-04640 |
| *Baker v. Equifax, Inc.* | MN | 17-04655 |
| *Kemp v. Equifax, Inc. et al* | MSN | 17-00147 |
| *Martin V. Equifax, Inc.* | MSN | 17-00174 |
| *Jones et al v. Equifax Inc. et al* | MSN | 17-00211 |
| *Martin v. Equifax, Inc. et al* | MSS | 17-00744 |
| *Stewart et al v. Equifax Inc. et al* | MOE | 17-02433 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Crossett v. Equifax, Inc.* | MOE | 17-02434 |
| *Alexander et al v. Equifax, Inc.* | MOW | 17-00788 |
| *Biorn v. Equifax Inc.* | MT | 17-00071 |
| *Sievers v. Equifax Inc. et al.* | MT | 17-00103 |
| *Johnson v. Equifax Inc.* | MT | 17-00100 |
| *Greenwald et al v. Equifax, Inc.* | NH | 17-00438 |
| *Earl v. Equifax Inc.* | NH | 17-00513 |
| *Blake et al v. Equifax, Inc. et al* | NJ | 17-07121 |
| *Kohn et al v. Equifax Inc. et al* | NJ | 17-07257 |
| *Bradley v. Equifax, Inc.* | NJ | 17-07276 |
| *O'Neill v. Equifax, Inc. et al* | NJ | 17-07284 |
| *Gottlieb, et al v. Equifax, Inc.* | NJ | 17-07615 |
| *Feehrer et al v. Equifax, Inc.* | NJ | 17-07803 |
| *Chehebar v. Equifax Inc.* | NJ | 17-11414 |
| *Chehebar v. Equifax Inc.* | NJ | 17-11417 |
| *Manopla v. Equifax Inc.* | NJ | 17-11419 |
| *Manopla v. Equifax Inc.* | NJ | 17-11424 |
| *Manopla v. Equifax Inc.* | NJ | 17-11440 |
| *Seror v. Equifax Inc.* | NJ | 17-11437 |
| *Clark et al v. Equifax Inc.* | NM | 17-01118 |
| *Klein et al v. Equifax Inc.* | NYE | 17-05489 |
| *Mallh v. Equifax, Inc.* | NYE | 17-05555 |
| *Brumfield v. Equifax, Inc.* | NYE | 17-06459 |
| *Campos v. Equifax Inc.* | NYE | 17-06579 |
| *Duran v. Equifax Inc.* | NYE | 17-06584 |
| *Frazier v. Equifax Inc.* | NYE | 17-06587 |
| *Reyes v. Equifax Inc.* | NYE | 17-06589 |
| *Williams v. Equifax Inc.* | NYE | 17-06591 |
| *Brodsky v. Equifax Inc., et al* | NYE | 17-05528 |
| *Farinella v. Equifax Information Services, LLC* | NYE | 17-05548 |
| *Ahmed v. Equifax Inc.* | NYE | 17-06576 |
| *Belfon v. Equifax Inc.* | NYE | 17-06577 |
| *Paul v. Equifax, Inc.* | NYE | 17-06588 |
| *Reyes v. Equifax, Inc.* | NYE | 17-06590 |
| *Coade-Wingate v. Equifax Inc. et al* | NYN | 17-01136 |
| *Dash III v. Equifax Information Services LLC* | NYS | 17-07076 |
| *Flores et al v. Equifax Inc.* | NYS | 17-07088 |
| *Zweig et al v. Equifax Inc. et al* | NYS | 17-07090 |
| *Atiles et al v. Equifax, Inc. at al* | NYS | 17-07493 |
| *Abramowitz et al v. Equifax Inc.* | NYS | 17-07642 |
| *Diaz v. Equifax Inc.* | NYS | 17-08175 |
| *Sikes v. Equifax Inc et al* | NCW | 17-00258 |
| *Weaver et al v. Equifax, Inc.* | NCW | 17-0268 |
| *Tate et al v. Equifax, Inc.* | NCW | 17-00555 |
| *Hamre et al v. Equifax Information Services, LLC* | ND | 17-00196 |
| *Smith et al v. Equifax Inc. et al* | OHN | 17-02183 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Meade et al v. Equifax, Inc.* | OHS | 17-00892 |
| *Miller et al v. Equifax Inc. et al* | OKN | 17-00569 |
| *Southwick et al v. Equifax Inc. et al* | OKW | 17-01184 |
| *Minka et al v. Equifax Information Services, Inc.* | PAE | 17-04205 |
| *Pacelli v. Equifax Information Services, LLC* | PAE | 17-04246 |
| *Ressetar et al v. Equifax, Inc. et al* | PAM | 17-01670 |
| *Whipper et al v. Equifax Inc. et al* | PAW | 17-00248 |
| *Wong v. Equifax, Inc. et al* | RI | 17-00489 |
| *Anderson et al v. Equifax Inc et al* | SC | 17-02825 |
| *Mason v. Equifax, Inc.* | SC | 17-02644 |
| *Powers et al v. Equifax Inc.* | SC | 17-02510 |
| *Tipping v. Equifax Inc.* | TNM | 17-01273 |
| *Messer, Jr. et al v. Equifax, Inc.* | TNW | 17-02694 |
| *Woods et al v. Equifax, Inc. et al* | TXE | 17-00660 |
| *Thomson et al v. Equifax Inc.* | TXN | 17-02468 |
| *Johnson et al v. Equifax Inc et al* | TXN | 17-02464 |
| *Johnson et al v. Equifax Inc.* | TXN | 17-03135 |
| *Whitfill et al v. Equifax Inc. et al.* | TXN | 17-00771 |
| *Wiltz et al v. Equifax, Inc. et al* | TXS | 17-02778 |
| *Smith et al v. Equifax Inc. et al* | TXS | 17-02939 |
| *Ramsay v. Equifax Inc.* | TXS | 17-02783 |
| *Parkhill v. Equifax Inc. et al* | TXS | 17-02931 |
| *Lawyer v. Equifax Inc.* | TXS | 17-03161 |
| *Dash v. Equifax Information Services LLC* | TXW | 17-00901 |
| *Dhuka et al v. Equifax, Inc.* | TXW | 17-00919 |
| *Kalmick et al v. Equifax Inc.* | TXW | 17-00954 |
| *Becker et al v. Equifax Inc.* | TXW | 17-00900 |
| *Cole et al v. Equifax Inc. et al* | VT | 17-00223 |
| *Ogburn v. Equifax, Inc. et al* | VAE | 17-00644 |
| *Bethea et al v. Equifax, Inc. et al* | VAE | 17-00648 |
| *Campbell v. Equifax Inc.* | WAW | 17-01657 |
| *Bailey v. Equifax Inc. et al* | WVS | 17-04211 |
| *Gladwell, et. Al. v. Equifax, Inc., et al* | WVS | 17-04061 |
| *Hyatt v. Equifax Information Services LLC et al* | WIE | 17-01670 |

<u>CTO-2</u>

| | | |
|---|---|---|
| *Grace Cho v. Equifax, Inc., et al* | CAC | 17-08548 |
| *Maricela Cuevas v. Equifax Inc. et al* | CAC | 17-08604 |
| *Monique Dela Cruz v. Equifax Inc. et al* | CAC | 17-02084 |

<u>CTO-3</u>

| | | |
|---|---|---|
| *Bakko v. Equifax, Inc.* | MIE | 17-13992 |
| *Manopla v. Equifax Inc.* | NJ | 17-12275 |
| *Rich v. Equifax Information Services, LLC* | PAW | 17-00229 |

<u>CTO-4</u>

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Bobbitt v. Equifax, Inc.* | ILN | 17-08631 |
| *Breen et al v. Equifax Inc.* | SC | 17-03395 |

### CTO-5

| | | |
|---|---|---|
| *Kloewer v. Equifax Inc.* | CO | 17-03149 |
| *Strange v. Equifax Inc.* | LAW | 17-01615 |

### CTO-6

| | | |
|---|---|---|
| *Sathue v. Equifax Information Services LLC* | NYN | 18-00006 |
| *Coleman v. Equifax, Inc.* | TNM | 18-00004 |

### CTO-7

| | | |
|---|---|---|
| *Day v. Equifax Inc.* | CO | 18-00042 |
| *Tosco et al v. Equifax Inc.* | FLS | 17-24136 |

### CTO-8

| | | |
|---|---|---|
| *Riveles v. Equifax Information Services, Inc.* | NYE | 18-00349 |

### CTO-9

| | | |
|---|---|---|
| *Todd Leonardo v. Equifax Inc.* | CAC | 18-00647 |
| *DiMichele et al v. Equifax, Inc.* | CAN | 17-06527 |

### CTO-10

| | | |
|---|---|---|
| *Ramirez v. Equifax, Inc. et al* | PAE | 18-00083 |

### CTO-11

| | | |
|---|---|---|
| *Eaton v. Equifax Information Services LLC* | NYS | 1:18-cv-01958 |
| *Agosto et al v. Equifax Information Services, LLC* | OHN | 1:18-cv-00346 |

### CTO-12

| | | |
|---|---|---|
| *Kozlowski v. Equifax Inc. et al.* | CAE | 18-00131 |

### *Originally Filed in the Northern District of Georgia*

| | |
|---|---|
| *Brown v. Equifax, Inc.* | 17-03449 |
| *Durham v. Equifax, Inc. et al.* | 17-03452 |
| *Abraham v. Equifax, Inc.* | 17-03453 |
| *Brandon v. Equifax, Inc.* | 17-03454 |
| *Richmond et al. v. Equifax, Inc.* | 17-03477 |
| *Strauchman v. Equifax, Inc.* | 17-03482 |
| *Vita et al v. Equifax, Inc.* | 17-03484 |
| *Green et al v. Equifax, Inc.* | 17-03487 |
| *Clark et al v. Equifax Inc.* | 17-03497 |
| *Gottesman et al v. Equifax, Inc.* | 17-03498 |
| *Mardock v. Equifax, Inc.* | 17-03499 |
| *Mohamedali et al. v. Equifax Inc.* | 17-03501 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | |
|---|---|
| *McDowell et al v. Equifax, Inc.* | 17-03502 |
| *Pleasant et al v. Equifax, Inc.* | 17-03507 |
| *Englert et al v. Equifax, Inc.* | 17-03509 |
| *Eastman et al v. Equifax Inc.* | 17-03512 |
| *O'Neill v. Equifax, Inc. et al.* | 17-03523 |
| *Tepfenhart et al v. Equifax, Inc.* | 17-03571 |
| *Bologna et al v. Equifax, Inc.* | 17-03578 |
| *McHenry et al v. Equifax, Inc.* | 17-03582 |
| *Cox et al v. Equifax, Inc.* | 17-03586 |
| *Broder v. Equifax, Inc.* | 17-03587 |
| *Murphy et al v. Equifax, Inc.* | 17-03613 |
| *Simmons et a v. Equifax Inc. et al.* | 17-03659 |
| *Bakken et al v. Equifax, Inc.* | 17-03676 |
| *Brannan et al v. Equifax, Inc.* | 17-03708 |
| *Horne et al v. Equifax Inc.* | 17-03713 |
| *LaGasee et al v. Equifax Inc. et al* | 17-03745 |
| *Chenault v. Equifax, Inc.* | 17-03764 |
| *Duke et al v. Equifax* | 17-03765 |
| *Gastineau et al v. Equifax, Inc.* | 17-03769 |
| *Katz et al v. Equifax, Inc.* | 17-03798 |
| *Dixon et al v. Equifax, Inc.* | 17-03809 |
| *Henderson v. Equifax, Inc.* | 17-03829 |
| *Lewis v. Equifax, Inc.* | 17-03863 |
| *Halpin v. Equifax, Inc.* | 17-03872 |
| *Pellitteri et al v. Equifax, Inc.* | 17-03881 |
| *Jimenez v. Equifax, Inc.* | 17-03885 |
| *Larson et al v. Equifax, Inc.* | 17-03905 |
| *Wilkins v. Equifax, Inc.* | 17-03972 |
| *Mashburn et al v. Equifax, Inc.* | 17-04159 |
| *Vice v. Equifax Inc.* | 17-04250 |
| *Calderon  et al v. Equifax Inc. et al.* | 17-04389 |
| *Allen et al v. Equifax, Inc.* | 17-04544 |
| *Mirarchi v. Equifax, Inc.* | 17-04600 |
| *Krachanus v. Equifax, Inc.* | 17-04694 |
| *St. Clair et al v. Equifax, Inc.* | 17-04792 |
| *Whittington v. Equifax, Inc.* | 17-04940 |
| *Pino v. Equifax Inc. et al* | 17-05140 |
| *Sprecher v. Equifax Inc. et al* | 17-05141 |
| *Fail et al v. Equifax Inc. et al* | 17-05290 |
| *Perkins et al v. Equifax Inc.* | 17-05274 |
| *Turner v. Equifax Inc. et al* | 18-00112 |
| *Leigh et al v. Equifax, Inc.* | 18-00116 |
| *Kishel et al v. Equifax Inc. et al* | 17-05139 |
| *Donnelly v. Equifax Inc. et al* | 18-00361 |
| *Kelley v. Equifax Inc. et al* | 18-00418 |
| *Tomas v. Equifax Inc. et al* | 18-00466 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | |
|---|---|
| *Carter et al v. Equifax Inc. et al* | 18-00626 |
| *Perkins et al v. Equifax Inc.* | 17-03479 |

### FINANCIAL INSTITUTION TRACK

| | |
|---|---|
| *Summit Credit Union v. Equifax Inc.* | 17-03483 |
| *Bank of Louisiana et al v. Equifax Inc.* | 17-03715 |
| *Army Aviation Federal Credit Union et al v. Equifax Inc.* | 17-03892 |
| *Gulf Winds Federal Credit Union v. Equifax, Inc. et al* | 17-03873 |
| *First Education Federal Credit Union et al v. Equifax Inc.* | 17-04184 |
| *Alcoa Community Credit Union v. Equifax, Inc.* | 17-04480 |
| *Gerber Federal Credit Union et al v. Equifax Inc.* | 17-04388 |
| *First Castle Federal Credit Union v. Equifax, Inc. et al* | 17-04707 |
| *Bank of Ripley v. Equifax Inc.* | 17-04763 |
| *Independent Community Bankers of America et al v. Equifax Inc.* | 17-04756 |
| *Southwest Louisiana Credit Union v. Equifax, Inc. et al* | 17-04822 |
| *Alabama Teachers Credit Union v. Equifax, Inc. et al* | 17-04942 |
| *Fort McClellan Credit Union v. Equifax, Inc. et al* | 17-04994 |
| *State Employees Federal Credit Union et al v. Equifax Inc.* | 17-05109 |
| *Washington Gas Light Federal Credit Union v. Equifax Inc.* | 17-05301 |
| *Consumers Cooperative Credit Union et al v. Equifax* | 17-04775 |
| *ANECA Federal Credit Union v. Equifax, Inc. et al* | 17-05473 |
| *South Florida Federal Credit Union v. Equifax, Inc. et al* | 18-00119 |
| *University of Louisiana Federal Credit Union v. Equifax, Inc. et al* | 18-00101 |
| *Atlantic City Federal Credit Union et al v. Equifax Inc.* | 17-05065 |
| *Sky Federal Credit Union et al v. Equifax, Inc.* | 18-00094 |
| *D.L. Evans Bank et al v. Equifax Inc.* | 17-05357 |
| *SeaComm Federal Credit Union et al v. Equifax Inc. et al* | 18-00580 |
| *Cooperative Credit Union Association, Inc. et al v. Equifax Inc.* | 18-00502 |
| *Suncoast Credit Union v. Equifax Inc.* | 18-00478 |
| *Jonah Bank of Wyoming v. Equifax Inc.* | 18-00316 |
| *First Financial Credit Union et al v. Equifax Inc.* | 18-00315 |
| *Heritage Federal Credit Union et al v. Equifax Inc.* | 17-05265 |
| *Durand State Bank v. Equifax Inc.* | 18-00021 |

### SMALL BUSINESS CASES

| | |
|---|---|
| *Kademi, LLC et al v. Equifax, Inc.* | 17-03886 |
| *O'Dell Properties, LLC et al v.Equifax, Inc.* | 17-03618 |

### CASES PENDING TRANSFER

| | | |
|---|---|---|
| *City of Chicago v. Equifax Inc.* | ILN | 17-07798 |
| *Ward et al v. Equifax, Inc. et al* | MD | 17-03246 |
| *Cofield, Sr. et al v. Equifax Inc. et al.* | MD | 17-03119 |

Joint Preliminary Report and Discovery Plan – Exhibit A

| | | |
|---|---|---|
| *Ashley Abramson v. Equifax Inc.* | CAC | 17-02201 |
| *Casper v. Equifax, Inc.* | NCM | 17-01004 |
| *Katiushka Rebeca Acosta-Smith  v. Equifax Inc.* | CAC | 18-00005 |
| *Walton v. Equifax, Inc. et al* | INS | 18-00225 |
| *Forrest v. Equifax, Inc.* | TXS | 18--00817 |