IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NO. 1:17md2800-TWT |

O R D E R

Attorney Shanon J. Carson's Motion to Withdraw [242] is before the Court for determination. The Court GRANTS the Motion for Ms. Carson to withdraw as counsel for Joseph Clark, Meghan Clark, and Ruth Reyes. Joseph Clark, Meghan Clark, and Ruth Reyes will continue to be represented by counsel from the firm of Berger & Montague, P.C.

SO ORDERED, this 2nd day April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE