UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Breach Litigation

_____

MDL Docket No. 2800
No.: 1:17-md-2800-TWT

# ORDER GRANTING MOTION TO WITHDRAW SARAH L. RICKARD AS COUNSEL FOR PLAINTIFFS IMTIYAZ DHUKA, ABUZAR DHUKKA, KEVIN PUTEGNAT, NYDIA PUTEGNAT, MUMTAZ MAREDIA AND IMTIAZ MAREDIA

On March 7, 2018, and pursuant to Local Rule 83.1(E), attorney Andrew Kochanowski of Sommers Schwartz, P.C., moved for an order to withdraw Sarah L. Rickard as counsel for Plaintiffs Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia and Imtiaz Maredia. Based on all files and documents herein, that Motion is hereby **GRANTED**.

Plaintiffs, Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia will continue to be represented by Andrew Kochanowski of Sommers Schwartz, P.C.

**IT IS SO ORDERED** this 2nd day of April, 2018.

/s/Thomas W. Thrash
Hon. Thomas W. Thrash, Jr.
United States District Court Judge