# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION
## 1:17-md-02800-TWT
### IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## 1:17-cv-03463-TWT
### IN RE: EQUIFAX INC. Securities Litigation
#### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 04/03/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:50 A.M.   COURT REPORTER: Susan Baker
TIME IN COURT: 0:50                DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br>Amy Keller, Kenneth Canfield, Norman Siegel Consumer Plaintiffs' Co-Lead Counsel<br>Joseph Guglielmo, Gary Lynch Financial Institution Plaintiffs' Co-Lead Counsel<br>David Balser, Phyllis Sumner, Steward Haskins representing Equlifax<br>SECURITIES LITIGATION<br>James Harrod Lead Plaintiffs' Counsel<br>Michael Smith representing Equifax David Chaiken for Richard Smith |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court followed the parties proposed agenda, first for the MDL. Counsel reported that the filing of the consolidated complaints and directed in CMO No. 3 were on schedule as were the Third party discovery and document preservation subpoenas. The parties filed on 4/2/2018 a corrected Joint Preliminary Planning Report and Discovery Plan and Scheduling order with an agreed to schedule. The Court will review the recently filed proposed CMO No. 4 (discovery protocol) and protective order and if there are any concerns counsel will be advised and they can be addressed at the next status conference. Defense counsel advised the Court of the status of the pending state court actions in Fulton County Business Court and assigned to Judge Westmoreland. The Court next heard from counsel in the Securities Litigation (1:17cv3463) regarding coordination of discovery and their opposing views. Mr. Harrod to file motion regarding limited lifting of PSLRA stay and permission to serve document preservation subpoenas on third parties. At conclusion of hearing counsel to discuss with Ms. Sewell next status conference date for May. |
| HEARING STATUS: | Hearing Concluded |