IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NOS. 1:17md2800-TWT |
| IN RE EQUIFAX INC. SECURITIES LITIGATION | 1:17cv3463-TWT |
| IN RE EQUIFAX, INC. DERIVATIVE LITIGATION | 1:18cv0317-TWT |

## NOTICE

Scheduling status conference with lead counsel and liaison counsel in all three Equifax cases for **May 22, 2018 at 2:00 p.m., Courtroom 2108.**

The Court requests that counsel confer, and if able, prepare a proposed agenda and forward to the Court by May 21, 2018, 3:00 p.m. by email to Ms. Sewell.

The Court also requests that Mr. David Worley provide a call center for any of the out of town counsel that wish to appear by telephone.

A REMINDER for out of district counsel.  If you desire to bring any electronics into the courthouse a proposed order a minimum of three (3) business days prior to the hearing is needed, please state the type of equipment and the individuals that will be entering with the equipment.  This may also be emailed to Ms. Sewell.


Sheila Sewell
Courtroom Deputy Clerk for
Judge Thomas W. Thrash
United States District Court
sheila_sewell@gand.uscourts.gov
404-215-1555