UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN DUKE and DALE MILLER, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INC., a Delaware corporation, <br><br> Defendant. | ) MDL Docket No. 2800 <br> ) 1:17-md-2800-TWT <br> ) <br> ) Civil Action No. <br> ) 1:17-cv-3765-LMM <br> ) <br> ) <br> ) MOTION TO WITHDRAW <br> ) COUNSEL <br> ) <br> ) |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.1E, the undersigned counsel for Plaintiffs Christian Duke and Dale Miller ("Plaintiffs"), file this motion to withdraw John C. Herman, Paul J. Geller, and Stuart A. Davidson of the law firm of Robbins Geller Rudman & Dowd LLP as counsel for Plaintiffs Christian Duke and Dale Miller in the above-captioned action.  Brian J. Robbins, Kevin A. Seely, Ashley R. Rifkin and Steven M. McKany of the law firm of Robbins Arroyo LLP will remain counsel of record for the Plaintiffs.

Respectfully submitted, this 5th day of April, 2018.

        ROBBINS GELLER RUDMAN & DOWD LLP

        /s/ *John C. Herman*
        JOHN C. HERMAN
          (Georgia Bar No. 348370)
        Monarch Centre, Suite 1650
        3424 Peachtree Road, N.E.
        Atlanta, GA 30326
        Telephone: 404/504-6500
        Facsimile: 404/504-6501
        jherman@rgrdlaw.com

        ROBBINS GELLER RUDMAN & DOWD LLP
        PAUL J. GELLER
        STUART A. DAVIDSON
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL 33432
        Telephone: (561) 750-3000
        Facsimile: (561) 750-3364
        pgeller@rgrdlaw.com
        sdavidson@rgrdlaw.com

        ROBBINS ARROYO LLP
        BRIAN J. ROBBINS
        KEVIN A. SEELY
        ASHLEY R. RIFKIN
        STEVEN M. MCKANY
        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: 619/525-3990
        Facsimile: 619/525-3991
        brobbins@robbinsarroyo.com
        kseely@robbinsarroyo.com
        arifkin@robbinsarroyo.com
        smckany@robbinsarroyo.com

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 5, 2018, I electronically filed the foregoing Motion to Withdraw John C. Herman, Paul J. Geller and Stuart A. Davidson with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record who have appeared in the action.

                ROBBINS GELLER RUDMAN
                      & DOWD LLP

                /s/ *John C. Herman*
                JOHN C. HERMAN
                  (Georgia Bar No. 348370)