UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN DUKE and DALE MILLER, Individually, and on Behalf of All Others Similarly Situated, </br></br> Plaintiffs, </br></br> v. </br></br> EQUIFAX INC., a Delaware corporation, </br></br> Defendant. | MDL Docket No. 2800 </br> 1:17-md-2800-TWT </br></br> Civil Action No. </br> 1:17-cv-3765-LMM </br></br></br></br> [PROPOSED] ORDER </br> PERMITTING WITHDRAWAL OF COUNSEL |

**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Attorneys John C. Herman, Paul J. Geller, and Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP counsel for Christian Duke and Dale Miller in the above-captioned matter, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO ORDERED this ___ day of _____, 2018.

_____