UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CHRISTIAN DUKE and DALE MILLER, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) | MDL Docket No. 2800 1:17-md-2800-TWT |
| Plaintiffs, | ) ) ) | Civil Action No. 1:17-cv-3765-TWT |
| v. | ) ) | |
| EQUIFAX INC., a Delaware corporation, | ) ) ) | ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| Defendant. | ) | |

##      ORDER PERMITTING WITHDRAWAL OF COUNSEL

Attorneys John C. Herman, Paul J. Geller, and Stuart A. Davidson of

Robbins Geller Rudman & Dowd LLP counsel for Christian Duke and Dale Miller

in the above-captioned matter, having submitted their Motion to Withdraw as

attorneys of record, the Motion is hereby GRANTED.

SO ORDERED this 6th day of April, 2018.


**/s/Thomas W. Thrash**
THOMAS W. THRASH, JR.
Judge, U. S. District Court