UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DAVID HORNE, DIANE BROWN, KELLY FLOOD, THURMAN BRYAN CLARK, DEBORAH PERSON, AMANDA CHAP, TIMOTHY HUTZ, LEA SANTELLO, LISA MELEGARI, DAWN EVANS, JENNIFER GRIFFIN, WILLIAM KNUDSEN, SCOTT SROKA, DOUGLAS LAKTONEN, PATRICIA TUEL, CHRISTOPHER HUTCHISON, RANDI FREEMAN, CASSEY-JO WOOD, DONNA MOSLEY, SCOTT YOUNGSTROM, ROBERT HARRIS, WILLIAM HILL, CHRIS TINEN, KENNETH PETERSON, WALTER KIVLAN, DAVID JUNGALI, PATRICIA BUHLER, EMILY BOSAK, SEAN BOSAK, JUSTIN PELTIER, PETER MAIZITIS, JERRY NUTT, MARIE CHINANDER, RAYMOND MCCARTNEY, PATRICIA MAGGIACOMO, MICHAEL MOORE, DAVID STEUFEN, JEANNIE BAGGETT, CHERYL LAWSON, IVY MADSEN, SCOTT KINGSLAND, GEORGEANN ROBERTS, PETER DE JESUS, ZANDRA MENDOZA, and TANYA PALMER, Individually and on Behalf of All Others Similarly situated, <br><br>   Plaintiffs, <br><br> vs. <br><br> EQUIFAX INC. a Delaware corporation, <br><br>   Defendant. | MDL Docket No. 2800 <u>1:17-md-2800-TWT</u> <br><br> Civil Action No. <u>1:17-cv-3713-MHC</u> <br><br><br> <u>MOTION TO WITHDRAW COUNSEL</u> |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.1E, the undersigned counsel for Plaintiffs David Horne, et al. ("Plaintiffs"), file this motion to withdraw John C. Herman, Paul J. Geller, and Stuart A. Davidson of the law firm of Robbins Geller Rudman & Dowd LLP as counsel for Plaintiffs David Horne, et al., in the above-captioned action. Thomas E. Loeser and Robert F. Lopez of the law firm of Hagens Berman Sobol Shapiro LLP will remain counsel of record for the Plaintiffs.

Respectfully submitted, this 9th day of April, 2018.

**ROBBINS GELLER RUDMAN & DOWD LLP**


By  */s/ John C. Herman*
John C. Herman
    (Ga. Bar No. 348370)
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  (404) 504-6500
Facsimile:  (404) 504-6501
jherman@rgrdlaw.com

Paul J. Geller
Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

Thomas E. Loeser
Robert F. Lopez
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
toml@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 9, 2018, I electronically filed the foregoing Motion to Withdraw John C. Herman, Paul J. Geller and Stuart A. Davidson with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record who have appeared in the action.

                        ROBBINS GELLER RUDMAN  
                            & DOWD LLP

                        /s/ *John C. Herman*  
                        JOHN C. HERMAN  
                          (Georgia Bar No. 348370)