UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MARIO VICE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>EQUIFAX INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>Civil Action No.<br>1:17-cv-4250<br><br><u>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE</u> |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Mario Vice hereby dismisses this action, Civil Action No. 1:17-cv-4250, originally filed in the United States District Court for the Northern District of Georgia, Atlanta Division, voluntarily and without prejudice.

Respectfully submitted, this 9th day of April, 2018.

**ROBBINS GELLER RUDMAN & DOWD LLP**

By   /s/ John C. Herman
John C. Herman
    (Ga. Bar No. 348370)
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  (404) 504-6500
Facsimile:  (404) 504-6501
jherman@rgrdlaw.com

Paul J. Geller
Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

Korey A. Nelson (*pro hac vice* to be filed)
C. Jacob Gower (*pro hac vice* to be filed)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70139
Telephone:  504/799-2845
Facsimile:   504/881-1765
knelson@burnscharest.com
jgower@burnscharest.com

Warren T. Burns (*pro hac vice* to be filed)
Daniel H. Charest (*pro hac vice* to be filed)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone:  469/904-4550
Facsimile:   469/444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

*Attorneys for Plaintiff*