UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MARC ZWEIG, Individually and on Behalf of All Others Similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INC. a Delaware corporation,<br><br>　　　　　　　　Defendant. | MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>Civil Action No.<br>No. 1:17-cv-05366<br><br>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Marc Zweig hereby dismisses this action, Civil Action No. 1:17-cv-05366, originally filed in the United States District Court for the Eastern District of New York, voluntarily and without prejudice.

Respectfully submitted, this 9th day of April, 2018.

**ROBBINS GELLER RUDMAN & DOWD LLP**


By  /s/ John C. Herman
John C. Herman
    (Ga. Bar No. 348370)
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  (404) 504-6500
Facsimile:  (404) 504-6501
jherman@rgrdlaw.com

Samuel H. Rudman
Mark S. Reich
Vincent M. Serra
**ROBBINS GELLER RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173
srudman@rgrdlaw.com
mreich@rgrdlaw.com
vserra@rgrdlaw.com

Paul J. Geller
Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

*Attorneys for Plaintiff*