UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |

**MOTION TO WITHDRAW NICKOLAS J. HAGMAN AS COUNSEL OF RECORD FOR PLAINTIFFS DAN LANG AND RUSSELL PANTEK**

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned counsel for Plaintiffs Dan Lang and Russell Pantek ("Plaintiffs"), files this motion to withdraw himself as counsel of record for Plaintiffs in the above-captioned action.

Plaintiffs will continue to be represented by Marc Edward Dann of DannLaw, and the withdrawal of Nickolas J. Hagman as counsel of record will in no way prejudice Plaintiffs in this case.

WHEREFORE, attorney Nickolas J. Hagman hereby requests that the Court grant his motion to withdraw as counsel of record for Plaintiffs Dan Lang and Russell Pantek, and for any other relief deemed just.

    Plaintiffs DAN LANG and RUSSELL PANTEK,

    By: /s/Nickolas J. Hagman
        Nickolas J. Hagman
        *nick@attorneyzim.com*
        Thomas A. Zimmerman, Jr.
        *tom@attorneyzim.com*
        ZIMMERMAN LAW OFFICES, P.C.
        77 W. Washington Street, Suite 1220
        Chicago, Illinois 60602
        (312) 440-0020 telephone
        (312) 440-4180 facsimile
        www.attorneyzim.com

        Marc E. Dann
*notices@dannlaw.com*
DANNLAW
P.O. Box 6031040
Cleveland, OH  44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 10, 2018, I caused to be served upon all counsel of record, via CM/ECF filing, a copy of the foregoing document.

        /s/Nickolas J. Hagman