UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
NICKOLAS J. HAGMAN AS COUNSEL OF RECORD
FOR PLAINTIFFS DAN LANG AND RUSSELL PANTEK**

On April 10, 2018, and pursuant to Local Rule 83.1(E), attorney Nickolas J. Hagman moved for an order to withdraw himself as counsel of record for Plaintiffs Dan Lang and Russell Pantek. Based on all files and documents herein, that Motion is hereby **GRANTED / DENIED**.

Plaintiffs Dan Lang and Russell Pantek continue to be represented by Marc Edward Dann of DannLaw.

**IT IS SO ORDERED** this ____ day of _____, 2018.

_____
Honorable Thomas W. Thrash, Jr.
United States District Court Judge