## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |

### ORDER GRANTING MOTION TO WITHDRAW NICKOLAS J. HAGMAN AS COUNSEL OF RECORD FOR PLAINTIFFS DAN LANG AND RUSSELL PANTEK

On April 10, 2018, and pursuant to Local Rule 83.1(E), attorney Nickolas J. Hagman moved for an order to withdraw himself as counsel of record for Plaintiffs Dan Lang and Russell Pantek. Based on all files and documents herein, that Motion is hereby **GRANTED**.

Plaintiffs Dan Lang and Russell Pantek continue to be represented by Marc Edward Dann of DannLaw.

**IT IS SO ORDERED** this 11th day of April, 2018.

    /s/Thomas W. Thrash
Honorable Thomas W. Thrash, Jr.
United States District Court Judge