UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DAVID HORNE, DIANE BROWN, KELLY FLOOD, THURMAN BRYAN CLARK, DEBORAH PERSON, AMANDA CHAP, TIMOTHY HUTZ, LEA SANTELLO, LISA MELEGARI, DAWN EVANS, JENNIFER GRIFFIN, WILLIAM KNUDSEN, SCOTT SROKA, DOUGLAS LAKTONEN, PATRICIA TUEL, CHRISTOPHER HUTCHISON, RANDI FREEMAN, CASSEY-JO WOOD, DONNA MOSLEY, SCOTT YOUNGSTROM, ROBERT HARRIS, WILLIAM HILL, CHRIS TINEN, KENNETH PETERSON, WALTER KIVLAN, DAVID JUNGALI, PATRICIA BUHLER, EMILY BOSAK, SEAN BOSAK, JUSTIN PELTIER, PETER MAIZITIS, JERRY NUTT, MARIE CHINANDER, RAYMOND MCCARTNEY, PATRICIA MAGGIACOMO, MICHAEL MOORE, DAVID STEUFEN, JEANNIE BAGGETT, CHERYL LAWSON, IVY MADSEN, SCOTT KINGSLAND, GEORGEANN ROBERTS, PETER DE JESUS, ZANDRA MENDOZA, and TANYA PALMER, Individually and on Behalf of All Others Similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>EQUIFAX INC. a Delaware corporation,<br><br>  Defendant. | MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>Civil Action No.<br><br><u>No. 1:17-cv-3713-TWT</u><br><br>ORDER PERMITTING WITHDRAWAL OF COUNSEL |

- 2 -

## **ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Attorneys John C. Herman, Paul J. Geller, and Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP counsel for David Horne, et al., in the above-captioned matter, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO ORDERED this 13th day of April, 2018.

**/s/Thomas W. Thrash**
THOMAS W. THRASH, JR.
Judge, U. S. District Court