**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br><br>Case No. 1:17-md-2800-TWT<br><br>ALL ACTIONS |

## <u>MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>

Comes now Steven M. Shepard, attorney of record for Plaintiffs, Marc LaGasse and Andrea Petrungaro, in this matter, and respectfully requests leave to withdraw under Local Rule 83.1(E).

The undersigned has given his clients due written notice of this intention to withdraw prior to submitting this request to the Court, in the letter mailed to the clients which is attached hereto as Exhibit A.  A copy of this motion shall be mailed to the clients at the same addresses.

In accordance therewith, the undersigned certifies Plaintiffs Marc LaGasse and Andrea Petrungaro have been informed:

(a)  The United States District Court in the Northern District of Georgia retains jurisdiction of this matter;

(b)  Plaintiffs have the burden of keeping the Court informed of the current address for the service of notices, pleadings, or other papers;

(c)  Plaintiffs have the obligation to prepare to go forward with their case or to hire other counsel to handle their case;

(d)  If Plaintiffs fail or refuse to meet these obligations, they may suffer adverse consequences including the entry of judgment against them;

(e)  Plaintiffs must file any objections to this Motion to Withdraw with the Court no later

than fourteen (14) days from the date of filing of this motion.

Wherefore, the undersigned Steven M. Shepard respectfully requests that an Order be

entered permitting him to withdraw as attorney of record for Marc LaGasse and Andrea

Petrungaro, attached hereto as Exhibit B.


Dated: New York, New York
April 18, 2018

*s/Steven Shepard*
Steven Shepard (admitted *pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel.: 212-336-8330
Fax: 212-336-8340
sshepard@susmangodfrey.com


*Attorney for Plaintiffs,*
*Marc LaGasse and Andrea Petrungaro*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of Georgia, on all parties registered for CM/ECF in the above-captioned matter.

*/s/ Steven Shepard*
Steven Shepard