# EXHIBIT A

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

STEVEN SHEPARD
DIRECT DIAL (212) 729-2010

E-MAIL SShepard@susmangodfrey.com

March 30, 2018

VIA FIRST CLASS MAIL

Marc LaGasse
645 Balmoral Lane,
Inverness, IL 60067

Andrea E. Petrungaro
965 W. Bombay Way,
Palatine, IL 60067

Re: Case 1:17-md-02800-TWT
*IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation*

Dear Mr. LaGasse & Ms. Petrungaro:

We previously informed you that the Court appointed interim lead counsel to represent the class of persons affected by this data breach, and that we would no longer serve as your lawyers. I'm writing you again to let you know that I intend to formally withdraw our appearance as your lawyers in this case. I encourage you to contact the new lead counsel in this matter[1] with any questions or concerns about your rights in this case. I also want to inform you of the following:

(A) I, Steven M. Shepard, intend to file a motion to withdraw.

(B) Your case is number 1:17-md-02800-TWT, *IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation*. The Clerk of the Court is James N. Hatten, his address is Richard B. Russell Federal Building, 2211 United States

---

[1] Consumer Plaintiffs Co-Lead Counsel: Kenneth S. Canfield, Amy E. Keller, Norman E. Siegel. Kenneth S. Canfield, Doffermyre Shields Canfield & Knowles, LLC, 1355 Peachtree Street, N.E. Suite 1600, Atlanta, Georgia 30309; Amy E. Keller, DiCello Levitt & Casey LLC, Ten North Dearborn Street, Eleventh Floor, Chicago, Illinois 60602; Norman E. Siegel, Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, Missouri 64112

March 30, 2018
Page 2

Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309; Telephone No.: (404) 215-1600. A list of the Opposing Counsel is attached.

(C) The Court that retains jurisdiction of the action is the United States District Court in the Northern District of Georgia.

(D) You have the burden of keeping the court informed respecting where notices, pleadings or other papers may be served. I believe that the appointed class counsel will perform these tasks for you but because I am withdrawing from the case, I will not have any further oversight.

(E) You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set. I believe that the appointed class counsel will perform these tasks for you but because I am withdrawing from the case, I will not have any further oversight.

(F) If you fail or refuse to meet these burdens, you may suffer adverse consequences.

(G) The last Case Management Order No. 3 filed by the court is attached, Document No. 248, filed 3/23/18. The dates of any scheduled proceedings, including trial, will not be affected by my withdrawal.

(H) Service of notices will be made on lead class counsel. Lead class counsel may contact you at your last known address above. It is also possible that you may receive notices at the addresses above.

(I) You have a right to object within fourteen (14) days of the date of this notice.

Sincerely,

*[signature]*

Steven M. Shepard

| Role | Client | Attorney | Pro Hac Vice | Terminated | Firm | Domain | Email | Phone | Fax | Address |
|---|---|---|---|---|---|---|---|---|---|---|
| defendant | Equifax, Inc. | Alicia Bliss Gilbert | | | King & Spalding | | | 2125562100 | 2125562222 | 1185 Avenue Of The Americas; New York, NY 10036 |
| defendant | Equifax, Inc. | Benjamin C. Jensen | | | Robinson & Cole | | | 8602758236 | 8602758299 | 280 Trumbull Street; One Commercial Plaza; Hartford, CT 06103-3597 |
| defendant | Equifax, Inc. | Charles Henry Carpenter | X | | Pepper Hamilton-DC | carpenterlawfirmplc.com | carpenterc@carpenterlawfirm | 2022201507 | | 600 Fourteenth Street, N.W.; Washington, DC 20005-2004 |
| defendant | Equifax, Inc. | Christopher J. Haugen | | | Messerli & Kramer, P.A. | | | 6126723730 | 6126723777 | 100 South Fifth Street; 1400 Fifth Street Towers; Minneapolis, MN 55402 |
| defendant | Equifax, Inc. | Daniel D. McGuire | | | Polsinelli PC | | | 2146615580 | | 2950 N. Harwood Street, Suite 2100; Dallas, TX 75201 |
| defendant | Equifax, Inc. | David Lewis Balser | | | King & Spalding, LLP-ATL 40 | kslaw.com | dbalser@kslaw.com | 4045724600 | 4045725100 | 40th Floor; 1180 Peachtree Street, NE; Atlanta, GA 30309-3521 |
| defendant | Equifax, Inc. | Elizabeth Dees Adler | | | King & Spalding, LLP-ATL 40 | kslaw.com | eadler@kslaw.com | 4045723555 | | 40th Floor; 1180 Peachtree Street, NE; Atlanta, GA 30309-3521 |
| defendant | Equifax, Inc. | G. Gabriel Zorogastua | | | Polsinelli PC- MO | | | 8163740537 | 8167531536 | Suite 900; 900 W. 48th Place; Kansas City, MO 64112 |
| defendant | Equifax, Inc. | Harlan Irby Prater , IV | | | Lightfoot Franklin & White, LLC | lightfootlaw.com | hprater@lightfootlaw.com | 2055810720 | 2055810799 | The Clark Building; 400 North 20th Street; Birmingham, AL 35203 |
| defendant | Equifax, Inc. | Jayna Morse Cacioppo | | | TAFT STETTINIUS & HOLLISTER LLP | | | 3177133582 | 3177133699 | One Indiana Square; Suite 3500; Indianapolis, IN 46204 |
| defendant | Equifax, Inc. | Joann Needleman | | | Clark Hill PLC -PA | | | 2156408536 | 2156408501 | One Commerce Square; 2005 Market Street; Suite 1000; Philadelphia, PA 19103 |
| defendant | Equifax, Inc. | John R Lawless , Jr | | | King and Spalding LLP | | | 2134434355 | 2134434310 | 633 West Fifth Street; Suite 1700; Los Angeles, CA 90071 |
| defendant | Equifax, Inc. | John Christopher Toro | | | King & Spalding LLP - ATL | kslaw.com | jtoro@kslaw.com | 4045722806 | | 1180 Peachtree Street, NE; Atlanta, GA 30309-3521 |
| defendant | Equifax, Inc. | John M. Williams | | | Rajkovich, Williams, Kilpatrick & True, | | | 8592451059 | 8592451231 | Suite 375; 3151 Beaumont Center Circle; Lexington, KY 40513 |
| defendant | Equifax, Inc. | Jordan S. Bolton | | | Clark Hill, PLC | | | 3139658300 | 3139658252 | Suite 3500; 500 Woodward Avenue; Detroit, MI 48226 |
| defendant | Equifax, Inc. | Joseph W. Lawver | | | Messerli & Kramer, P.A. | | | 6126723730 | 6126723777 | 100 South Fifth Street; 1400 Fifth Street Towers; Minneapolis, MN 55402 |
| defendant | Equifax, Inc. | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | Suite 2300; 101 Second Street; San Francisco, CA 94105 |
| defendant | Equifax, Inc. | Matthew Vernon Burrows | | | Gallagher Callahan & Gartrell PC | | | 6035453643 | | 214 N Main St; Concord, NH 03301 |
| defendant | Equifax, Inc. | Melissa Anne Campbell | | | Jones Walker LLP | | | 3056795700 | 3056795710 | Miami Center; 201 South Biscayne Boulevard; Suite 2600; Miami, FL 33131 |
| defendant | Equifax, Inc. | Molly Renee Hamilton Cawley | | | MHC Law, LLC | | | 8432258651 | 8433522049 | 1250 Folly Road; Charleston, SC 29412 |
| defendant | Equifax, Inc. | Noah B. Fischman | | | Polsinelli PC- DC | | | 2026268360 | 2027833535 | Suite 800; 1401 Eye Street, NW; Washington, DC 20009 |
| defendant | Equifax, Inc. | Patricia Williams | | | Wiggins, Williams & Wiggins | | | 5057648400 | 5057648585 | PO Box 1308; Albuquerque, NM 87103-1308 |
| defendant | Equifax, Inc. | Peter Corsale | | | POLSINELLI PC | | | 3148898000 | 3142311776 | 100 S. Fourth Street; Suite 1000; St. Louis, MO 63102 |
| defendant | Equifax, Inc. | Peter Isajiw | X | | King & Spalding, LLP -NY | kslaw.com | pisajiw@kslaw.com | 2125046579 | 2125046666 | 1185 Avenue of the Americas; New York, NY 10036 |
| defendant | Equifax, Inc. | Phyllis Buchen Sumner | | | King & Spalding LLP - ATL | kslaw.com | psumner@kslaw.com | 4045724799 | 4045725138 | 1180 Peachtree Street, NE; Atlanta, GA 30309-3521 |
| defendant | Equifax, Inc. | Rachel M. Wertheimer | | | Verrill Dana, LLP - MA | | | 2077744000 | 2077747499 | P.O. Box 586; One Portland Square; Portland, MA 04112-0586 |
| defendant | Equifax, Inc. | Ralph Downing Scott , III | | | Lax Vaughn Fortson Rowe Threet P.A | | | 5013766565 | 5013766666 | 11300 Cantrell Road; Suite 201; Little Rock, AR 72212 |
| defendant | Equifax, Inc. | Robert Douglas Griest | | | King & Spalding LLP - ATL | kslaw.com | rgriest@kslaw.com | 4045722824 | | 1180 Peachtree St., N.E.; Atlanta, GA 30309-3521 |
| defendant | Equifax, Inc. | Roger D. Rowe | | | Lax Vaughn Fortson Rowe Threet P.A | | | 5013766565 | 5013766666 | 11300 Cantrell Road; Suite 201; Little Rock, AR 72212 |
| defendant | Equifax, Inc. | Sidney Stewart Haskins , II | | | King & Spalding LLP - ATL | kslaw.com | shaskins@kslaw.com | 4045724600 | 4045725100 | 1180 Peachtree St., N.E.; Atlanta, GA 30309-3521 |
| defendant | Equifax, Inc. | Stephen Paul Drobny | | | Jones Walker, LLP-ATL | joneswalker.com | sdrobny@joneswalker.com | 4048707520 | 4048707575 | One Midtown Plaza - Suite 1030; 1360 Peachtree Street, NE; Atlanta, GA 30309 |
| defendant | Equifax, Inc. | Stewart O. Peay | | | SNELL & WILMER LLP | | | 8012571900 | | 15 W SOUTH TEMPLE STE 1200; GATEWAY TOWER WEST; SALT LAKE CITY, UT 84101 |
| defendant | Equifax, Inc. | Wesley B. Gilchrist | | | Lightfoot Franklin & White, LLC | | | 2055810700 | 2055810799 | The Clark Building; 400 North 20th Street; Birmingham, AL 35203 |
| defendant | Equifax, Inc. | William O. Luckett , Jr. | | | Luckett Tyner Law Firm, P.A. | | | 6626242591 | 6626275403 | P.O. Box 1000; 143 Yazoo Avenue; Clarksdale, MS 38614 |
| defendant | Equifax, Inc. | Arthur F. Hoge , III | | | Mee Mee Hoge & Epperson PLLP | | | | | |
| defendant | Equifax, Inc. | Brian C. Spahn | | | Godfrey & Kahn-WI | | | | | |
| defendant | Equifax, Inc. | Kirkland E. Reid | | | Jones Walker LLP | | | | | |
| defendant | Equifax, Inc. | Timothy F. Campbell | | | Mee Mee Hoge & Epperson PLLP | | | | | |
| defendant | Equifax, Inc. | Vincent M. Roskovensky | | | Clark Hill PLC | | | | | |
| defendant | Does 1 through 50, inclusive | | | | | | | | | |
| defendant | Equifax Information Services LLC | Bradley Austin | | | Snell & Wilmer, LLP | | | 7027845200 | 7027845252 | 3883 Howard Hughes Parkway; Las Vegas, NV 89169 |
| defendant | Equifax Information Services LLC | Christopher J. Haugen | | | Messerli & Kramer, P.A. | | | 6126723730 | 6126723777 | |
| defendant | Equifax Information Services LLC | David Lewis Balser | | | King & Spalding, LLP-ATL 40 | kslaw.com | dbalser@kslaw.com | 4045724600 | 4045725100 | |
| defendant | Equifax Information Services LLC | Jayna Morse Cacioppo | | | TAFT STETTINIUS & HOLLISTER LLP | | | 3177133582 | 3177133699 | |
| defendant | Equifax Information Services LLC | John R Lawless , Jr | | | King and Spalding LLP | | | 2134434355 | 2134434310 | |
| defendant | Equifax Information Services LLC | John Christopher Toro | | | King & Spalding LLP - ATL | kslaw.com | jtoro@kslaw.com | 4045722806 | | |
| defendant | Equifax Information Services LLC | John M. Williams | | | Savell & Williams | | | 4045211282 | | 100 Peachtree Street; 1500 The Equitable Building; Atlanta, GA 30303 |
| defendant | Equifax Information Services LLC | Jordan S. Bolton | | | Clark Hill, PLC | | | 3139658300 | 3139658252 | |
| defendant | Equifax Information Services LLC | Joseph W. Lawver | | | Messerli & Kramer, P.A. | | | 6126723730 | 6126723777 | |
| defendant | Equifax Information Services LLC | Molly Renee Hamilton Cawley | | | MHC Law, LLC | | | 8432258651 | 8433522049 | |
| defendant | Equifax Information Services LLC | Rachel M. Wertheimer | | | Verrill Dana, LLP - MA | | | 2077744000 | 2077747499 | |
| defendant | Equifax Information Services LLC | Rita Bolt Barker | | | Wyche P.A. | wyche.com | swascom@wyche.com | 8642428235 | | 44 East Camperdown Way; Greenville, SC 29601-3512 |
| defendant | Equifax Information Services LLC | Sidney Stewart Haskins , II | | | King & Spalding LLP - ATL | kslaw.com | shaskins@kslaw.com | 4045724600 | 4045725100 | |
| defendant | Equifax Information Services LLC | Vincent M. Roskovensky | | | Clark Hill PLC | | | 4123947716 | 4123942555 | 14th Floor; One Oxford Centre; 301 Grant Street; Pittsburgh, PA 15219 |
| defendant | Equifax Information Services LLC | William O. Luckett , Jr. | | | Luckett Tyner Law Firm, P.A | | | 6626242591 | 6626275403 | |
| defendant | Equifax Information Services LLC | Zachary Andrew McEntyre | | | King & Spalding, LLP-ATL 38 | kslaw.com | zmcentyre@kslaw.com | 4045724600 | | 1180 Peachtree Street, NE; 38th Floor; Atlanta, GA 30309-3521 |
| defendant | Equifax Information Services LLC | Patricia Williams | | | Wiggins, Williams & Wiggins | | | | | |
| defendant | Equifax Information Services LLC | Ralph Downing Scott , III | | | Lax Vaughn Fortson Rowe Threet P.A | | | | | |
| defendant | Equifax Information Services LLC | Roger D. Rowe | | | Lax Vaughn Fortson Rowe Threet P.A | | | | | |
| defendant | Equifax Information Solutions, LLC | Kirkland E. Reid | | | Jones Walker LLP | | | 2514321414 | 2514397358 | Suite 1200; 11 North Water Street; Mobile, AL 36602 |
| defendant | Does 1 through 10 | | | | | | | | | |
| defendant | Trusted ID, Inc | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Equifax Consumer Services, LLC | | | | | | | | | |
| defendant | Charles Stimac, Jr. | Brian D. Flick | | | Brian D. Flick, Attorney at Law | dannlaw.com | bflick@dannlaw.com | 2163730539 | | |
| defendant | Charles Stimac, Jr. | David H. Krieger | | | Haines and Krieger, LLC | | | 7028805554 | 7023835518 | |
| defendant | Charles Stimac, Jr. | George Haines | | | Haines and Krieger, LLC | | | 7028805554 | | |
| defendant | Charles Stimac, Jr. | Marc Edward Dann | | | The Dann Law Firm Co. LPA | dannlaw.com | notices@dannlaw.com | 2163730539 | 2163730536 | |
| defendant | Charles Stimac, Jr. | Matthew I. Knepper | | | Knepper & Clark, LLC | | | 7028256060 | 7024478048 | |
| defendant | Charles Stimac, Jr. | Miles N Clark | | | Knepper & Clark LLC | knepperclark.com | miles.clark@knepperclark.com | 7028256060 | 7024478048 | |
| defendant | Charles Stimac, Jr. | Robert A. Clifford | | | Clifford Law Offices, P.C. | | | 3128999090 | 3122511160 | |
| defendant | Charles Stimac, Jr. | Sean N. Payne | | | Payne Law Firm, LLC | | | 7029522733 | 7024627227 | |
| defendant | Charles Stimac, Jr. | Shannon McNulty | | | Clifford Law Offices | | | 3126999090 | | |
| defendant | Charles Stimac, Jr. | Thomas A. Zimmerman , Jr. | | | Thomas A. Zimmerman, Jr. Attorney at attorneyzim.com | | tom@attorneyzim.com | 3124000020 | | |
| defendant | Equifax Credit Information Services, I | Benjamin C. Jensen | | | Robinson & Cole | | | 8602758236 | 8602758299 | |
| defendant | Equifax Credit Information Services, I | Shanti Mulpuru Katona | | | Polsinelli PC - DE | | | 3022520924 | | Suite 1101; 222 Delaware Avenue; Wilmington, DE 19801 |
| defendant | Equifax Health Services | Benjamin C. Jensen | | | Robinson & Cole | | | 8602758236 | 8602758299 | |
| defendant | Michael Kemp | Jason L. Nabors | | | Smith, Phillips, Mitchell & Scott | langstonlawyers.com | jason@langstonlawyers.com | 6625634613 | | |
| defendant | Michael Kemp | Shane Fredrick Langston | | | Langston & Langston PLLC | langstonlawyers.com | shane@langstonlawyers.com | 6012140025 | 6019691356 | |
| defendant | Michael Kemp | Greta L. Kemp | | | Langston & Langston, PLLC | | | | | |
| defendant | Cliff Barbier | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | | | |
| defendant | Harold Boutin | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Robert Friedrich | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Shea Giesler | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Mary Hannan | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Vidya Sagar Jagadam | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Susan Mauldin | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Graeme Payne | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Lara Pearson | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Joe Sanders | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |
| defendant | Richard F. Smith | Joseph Richard Wetzel | | | King & Spalding, LLP- SF CA | | | 4153181200 | 4153181300 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br>ALL CASES<br><br><br>Chief Judge Thomas W. Thrash, Jr. |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 3

On January 10, 2018, the Court entered Case Management Order No. 2 (ECF No. 87, "CMO-2"), governing various matters in this multidistrict preceding until leadership appointments could be made. On February 9, 2018, the Court conducted a hearing on the Plaintiffs' leadership applications for the Consumer Cases and the Financial Institution Cases and, on February 12, 2018, appointed a leadership structure on behalf of Plaintiffs in both tracks. By agreement of all counsel and for good cause shown, the Court amends certain provisions of CMO-2 as follows:

### (1) Service of Complaints and Response Time.

The Parties agree and the Court orders that, for all current and future cases

1

filed in the Northern District of Georgia and transferred to this MDL, service of the complaints is deemed to be accepted and Defendant waives any and all service defects without any further process or request for waiver necessary on Plaintiffs' part. Defendant is not waiving any defense other than insufficient process and insufficient service of process (Rules 12(b)(4) and (5) of the Federal Rules of Civil Procedure), and Defendant expressly reserves all other defenses, including but not limited to any and all defenses related to jurisdiction and venue. Pursuant to CMO-2, Defendant's time to respond to any individual complaint is hereby suspended without date. Further in accordance with CMO-2, Plaintiffs will file their respective Master Consolidated Amended Complaints, which will supersede all earlier filed individual complaints, and Defendant's time to respond to such Master Consolidated Amended Complaints will be subject to the schedule set forth in section (2) below.

(2)     **Master Complaints for Each Track and Briefing on Rule 12(b) Motions.**

To facilitate handling of the litigation, the Court directs that Plaintiffs file Master Consolidated Amended Complaints in each track and that briefing on motions to dismiss such Complaints proceed separately according to the following schedule:

| **Event** | **Consumer Track Deadline** | **Fin. Institutions Track Deadline** |
|---|---|---|
| Filing Master Complaints | May 13, 2018 | May 30, 2018 |
| Rule 12(b) motions | June 27, 2018 | July 16, 2018 |
| Plaintiffs' oppositions | August 13, 2018 | August 30, 2018 |
| Defendant's replies | September 12, 2018 | October 1, 2018 |

### (3) Communications with Putative Class Members.

In accordance with Local Rule 23.1(C)(2), the parties have met and conferred regarding whether proper management of the case or the interests of putative class members require the entry of an order limiting communications with putative class members. The parties are continuing to meet and confer and will report to the Court prior to the April 3, 2018 status conference as to whether they believe an order from the Court on this topic is necessary.

### (4) CM/ECF Registration.

Pursuant to Case Management Order No. 1 ("CMO-1"), the Court has previously ordered all attorneys participating in this MDL proceeding to register with the Court's CM/ECF system. (Doc. No. 23, ¶ 1(b)). Having now completed the Initial Conference and appointed leadership, the Court orders that electronic

service of documents via the Court's CM/ECF system satisfies the obligations of service. Hereafter, unless otherwise ordered, neither the clerk's office nor counsel for the parties shall be obligated to provide service copies of any filings or related orders by U.S. Mail or any other means to attorneys who have not registered with the Court's CM/ECF system.

### (5) Proposed Discovery Plan and Schedule.

The parties have exchanged drafts of a discovery plan under Rule 26(f), as well as a suggested schedule under Rule 16(b) for joinder of parties, consideration of any class action allegations, motions, and trial, and have begun the meet and confer process regarding those documents. The parties will present the Court with a discovery plan and proposed schedule by March 23, 2018.

### (6) Other Provisions.

The parties shall adhere to all other aspects of CMO-1 and CMO-2. A Status Conference shall be conducted on April 3, 2018 at 10:00 a.m. EST in Courtroom 2108, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303. Liaison Counsel shall be responsible for making arrangements for others to monitor the conference by telephone. Pursuant to CMO-2, the parties shall continue to submit a joint agenda listing all matters to be considered no later than 2:00 p.m. two days before each status conference.

(7) **Related *Pro Se* Cases.**

The parties are aware of 20 *pro se* cases pending in the Northern District of Georgia which assert claims against Equifax relating to the data security incident. A list of the pending *pro se* cases is attached as Exhibit A. Some of these cases were originally filed in this Court, and others have been transferred to this Court by the JPML for consolidated or coordinated proceedings with the related actions in the MDL. Consistent with section (1) above, Defendant's time to respond to any individual complaint in the cases listed on Exhibit A, or in any other *pro se* cases that may be included in this proceeding, is suspended without date.

DATED: March 14, 2018                 /s/ *Amy E. Keller*
                                      Amy E. Keller
                                      **DiCELLO LEVITT & CASEY LLC**
                                      Ten North Dearborn Street
                                      Eleventh Floor
                                      Chicago, Illinois 60602
                                      Tel. 312.214.7900
                                      akeller@dlcfirm.com

                                      Kenneth S. Canfield
                                      Ga Bar No. 107744
                                      **DOFFERMYRE SHIELDS
                                      CANFIELD & KNOWLES, LLC**
                                      1355 Peachtree Street, N.E.
                                      Suite 1600
                                      Atlanta, Georgia 30309
                                      Tel. 404.881.8900
                                      kcanfield@dsckd.com

                                      Norman E. Siegel
                                      **STUEVE SIEGEL HANSON LLP**
                                      460 Nichols Road, Suite 200
                                      Kansas City, Missouri 64112
                                      Tel. 816.714.7100
                                      siegel@stuevesiegel.com

                                      ***Consumer Plaintiffs' Co-Lead Counsel***

                                      Roy E. Barnes
                                      Ga. Bar No. 039000
                                      **BARNES LAW GROUP, LLC**
                                      31 Atlanta Street
                                      Marietta, Georgia 30060
                                      Tel. 770.227.6375
                                      roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

7

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

8

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court*
*Coordinating Counsel*

-and-

*/s/ Joseph P. Guglielmo (w/ permission)*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel. 412.322.9243
glynch@carsonlynch.com

*Financial Institution Plaintiffs' Co-Lead*
*Counsel*

9

Craig A. Gillen
**GILLEN WITHERS & LAKE, LLC**
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, Georgia 30305
Tel. 404.842.9700
cgillen@gwllawfirm.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
Tel. 404.320.9979
mgibson@thefinleyfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@onleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

10

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

11

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

*Financial Institution Plaintiffs' Steering Committee*

-and-

                                      */s/ S. Stewart Haskins II (w/ permission)*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

***Counsel for Equifax Inc.***

13

SO ORDERED, this 20 day of March, 2018.

*Thomas W. Thrash*
Thomas W. Thrash
United States District Judge

# Exhibit A

## *Pro se* Cases Pending in the Northern District of Georgia

- *Bussey v. Equifax Credit Bureau*, 1:17-cv-05197 (Thrash, J.)
- *Gay v. Equifax, Inc.*, 1:17-cv-05216 (Thrash, J.)
- *Gettino v. Equifax, Inc.*, 1:17-cv-04664 (Thrash, J.)
- *Griffin v. Equifax, Inc. et al.*, 1:17-cv-04663 (Thrash, J.)
- *Hogue v. Equifax, Inc.*, 1:17-cv-03781 (Thrash, J.)
- *Igein v. Equifax*, 1:17-cv-04056 (Thrash, J.)
- *Melton v. Equifax, Inc. et al.*, 1:17-cv-04523 (Thrash, J.)
- *Ray v. Equifax, Inc. et al.*, 1:17-cv-05272 (Thrash, J.)
- *Tomlinson v. Equifax Inc.*, 1:17-cv-05310 (Thrash, J.)
- *Williams et al. v. Equifax Inc. et al.*, 1:17-cv-04167 (Pannell, J.)
- *Breen v. Equifax Inc.*, 1:18-cv-00134 (Thrash, J.)
- *Day v. Equifax, Inc.*, 1:18-cv-00364 (Thrash, J.)
- *Coleman v. Equifax, Inc.*, 1:18-cv-00329 (Thrash, J.)
- *Strange v. Equifax Inc.*, 1:18-cv-00209 (Thrash, J.)
- *Kloewer v. Equifax, Inc.*, 1:18-cv-00208 (Thrash, J.)
- *Dash III v. Equifax Information Services LLC*, 1:17-cv-05529 (Thrash, J.)
- *Dash v. Equifax Information Services LLC*, 1:17-cv-5460 (Thrash, J.)
- *Brodsky v. Equifax Inc.*, 1:17-cv-05405 (Thrash, J.)
- *Riveles v. Equifax Information Services, Inc.*, 1:18-cv-00480 (Thrash, J.)
- *Leonardo v. Equifax Inc.*, 1:18-cv-00622 (Thrash, J.)