# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-MD-2800-TWT<br><br>ALL ACTIONS |

## NOTICE OF SERVICE OF PRESERVATION SUBPOENA TO BE ISSUED TO FAIR ISAAC CORPORATION

The undersigned counsel for The Financial Institution Plaintiffs, pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby certifies that a true and correct copy of the Preservation Subpoena to be issued to Fair Isaac Corporation was served via email on counsel of record for Equifax, Inc. in ALL ACTIONS as follows:

Stewart Haskins, III, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
shaskins@kslaw.com

Phyllis B. Sumner, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
psumner@kslaw.com

David Balser, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
dbalser@kslaw.com

Respectfully submitted this 20th day of April, 2018.

/s/ MaryBeth V. Gibson
MaryBeth V. Gibson
Georgia Bar No. 725843

1

**THE FINLEY FIRM, P.C.**
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
(404) 320-9979
(404) 320-9978 (*Facsimile*)
MGibson@thefinleyfirm.com

*Counsel for The Financial Institution Plaintiffs*

**CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14 point Times New Roman font in compliance with the requirements of Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**THE FINLEY FIRM, P.C.**
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
(404) 320-9979
(404) 320-9978 (*Facsimile*)
MGibson@thefinleyfirm.com

*Counsel for The Financial Institution Plaintiffs*

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, undersigned counsel for The Financial Institution Plaintiffs certifies that on April 20, 2018, counsel filed the foregoing **NOTICE OF SERVICE OF PRESERVATION SUBPOENA TO BE ISSUED TO FAIR ISAAC CORPORATION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was sent via email to counsel for Equifax, Inc. as follows:

Stewart Haskins, III, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA  30309
shaskins@kslaw.com

Phyllis B. Sumner, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA  30309
psumner@kslaw.com

David Balser, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
dbalser@kslaw.com

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

- 5 -

*Counsel for The Financial Institution Plaintiffs*