# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAN LANG and RUSSELL PANTEK, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., a Georgia limited liability company,<br><br>                    Defendant. | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Civil Action No. 1:17-cv-6519 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Dan Lang and Russell Pantek, by and through counsel, hereby dismiss this action, Civil Action No. 1:17-cv-06519, originally filed in the United States District Court for the Northern District of Illinois, voluntarily and without prejudice.

                    Plaintiffs DAN LANG and RUSSELL PANTEK,

                    By: /s/Thomas A. Zimmerman, Jr.
                         Thomas A. Zimmerman, Jr.
                         *tom@attorneyzim.com*
                         ZIMMERMAN LAW OFFICES, P.C.
                         77 W. Washington Street, Suite 1220
                         Chicago, Illinois 60602
                         (312) 440-0020 telephone
                         (312) 440-4180 facsimile
                         www.attorneyzim.com

                         Marc E. Dann
                         *notices@dannlaw.com*
                         DANNLAW
                         P.O. Box 6031040
                         Cleveland, OH  44103
                         Phone: (216) 373-0539

Facsimile: (216) 373-0536

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, I caused to be served upon all counsel of record, via CM/ECF filing, a copy of the foregoing document.

　　　　　/s/Thomas A. Zimmerman, Jr.