UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-md-2800-TWT |
| GREG JOHNS, LOLA HUNTER, YORKMAN LOWE, TIMOTHY MACK, and LEIGH DUNLAP, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>EQUIFAX, INC.,<br><br>    Defendant. | Case No. 1:17-cv-05342-TWT |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Greg Johns, Lola Hunter, Yorkman Lowe, Timothy Mack, and Leigh Dunlap hereby voluntarily dismiss the above-captioned action, No. 1:17-cv-05342-TWT, originally filed in the United States District Court for the Northern District of California, without prejudice.  As grounds therefore, Plaintiffs state that Equifax, Inc., the sole Defendant in the action, has not filed an answer or a motion for summary judgment, and this dismissal will not bind or prejudice any party or member of the putative class.

- 1 -

1528294.2

- 2 -

Dated: April 23, 2018		Respectfully submitted,

			*/s/ Nicholas Diamand*
			Nicholas Diamand
			ndiamand@lchb.com
			Lieff Cabraser Heimann & Bernstein, LLP
			250 Hudson Street, 8th Floor
			New York, NY 10013
			Telephone: 212.355.9500
			Facsimile: 212.355.9592
			*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this twenty-third day of April, 2018, the undersigned caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record in this case.

			*/s/ Nicholas Diamand*
			Nicholas Diamand