IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 28001:17-md-2800-TWT<br><br>ALL CASES |

### NOTICE OF VOLUNTARY DISMISSAL AND NON-SUIT

Plaintiffs EDWARD DEAN MCSHAN, EDWARD DEAN MCSHAN II, LISA JOHNSON, WALTER JOHNSON, JR. JULIETTE ANN WILTZ, ANTHONY SABASTIAN PITARRA, and RITA JOYCE PITARRA (collectively "Plaintiffs"), in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(i), files this notice of voluntary dismissal and non-suit to dismiss their claims against EQUIFAX, INC. ("Equifax") and its subsidiaries and affiliates, Equifax Information Services, LLC, and Equifax Consumer Services, LLC a/k/a Equifax Personal Solutions a/k/a PSOL.

Plaintiffs seek this dismissal without prejudice in accordance with Rule 41(B).

DATED: April 24, 2018

Respectfully submitted,

**CKH LEGAL**

_____
Craig Kyle Hemphill
State Bar of Texas No. 24027012
5090 Richmond Avenue, No. 316
Houston, Texas 77056
TEL: (713) 240-6300
FAX: (888) 422-2141
Email: craig.ckhlegal@outlook.com
**LAWYERS FOR PLANTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing report has been served on all parties of record in compliance with the Federal Rules of Civil Procedure via the Court's ECF System on the 24th day of April, 2018.

_____
**CRAIG KYLE HEMPHILL**