**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 26, 2018, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served on all counsel of record via the Court's CM/ECF system.

Dated: April 26, 2018                    */s/ Jodi Westbrook Flowers*
                                          Jodi Westbrook Flowers