UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION )<br>)<br>)<br>*Related Case:* )<br>)<br>JEFFREY WARREN DIXON, HOLLIE )<br>MOORE, STEVEN B. STEIN, JOHN )<br>CORONA, ANNA RICE-WRIGHT, )<br>JAMES R. WRIGHT, CHRISTOPHER P. )<br>DUNLEAVY, VICTORIA LYNN )<br>STRUTZ, PHILLIP WILLIAMS, JON M. )<br>LEWIS, STEPHEN M. SHAFRAN, JR., )<br>BARBARA A. SHAFRAN, GARY )<br>MARTINEZ, JULIA A. WILLIAMS, )<br>KATHERINE EDWARDS, JOHN L. )<br>BRISINI, JR., RYAN TREAT, )<br>ANTONIETTA MCCANN, PATRICIA )<br>SAMUELSON, DONALD A. )<br>CORDELL, DEBORAH RIVAS, )<br>RANDALL K. ROSHTO, ELIZABETH )<br>DORSSOM, and KAREN BERGQUIST, )<br>individually and on behalf of all others )<br>similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EQUIFAX, INC., )<br>)<br>Defendant. ) | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br><br><br>Civil Action<br>No. 1:17-cv-3809-TWT |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Jeffrey Warren Dixon, Hollie Moore, Anna Rice-Wright, James R. Wright, Jon M. Lewis, Stephen M. Shafran, Jr., Barbara Shafran, John L. Brisini, Jr., Ryan Treat, Antonietta McCann, Patricia Samuelson, Donald A. Cordell, Deborah Rivas, Randall K. Roshto, and Karen Bergquist hereby voluntary dismiss their claims in the above-captioned action, originally filed

before this Court, without prejudice and without fees or costs to any party.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Respectfully submitted this 26 day of April, 2018.

        MOTLEY RICE LLC

By: __/s/ Jodi Westbrook Flowers___
    Jodi Westbrook Flowers
    Kevin R. Dean (GA Bar #214855)
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29464
    Tel: (843) 216-9000
    Fax: (843) 216-9450
    jflowers@motleyrice.com
    kdean@motleyrice.com

    Mathew Jasinski
    MOTLEY RICE LLC
    One Corporate Center
    20 Church Street
    17th Floor
    Hartford, CT 06103
    Tel: (860) 882-1681
    Fax: (860) 882-1682
    mjasinski@motleyrice.com

*Attorneys for Plaintiffs*