UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION  *Related Case:*  DORI M. MASHBURN, SARAH L. HARDY, RICHARD GAINEY, VALERIE GAINEY, JONATHAN C. ENTSMINGER, CARRIE L. ENTSMINGER, JACKIE L. KIER, ALOHA KIER, LARRY NEWCOMER, and ANDREA SHAFRAN, individually and on behalf of all others similarly situated,  Plaintiffs,  v.  EQUIFAX, INC.,  Defendant. | MDL Docket No. 2800  No. 1:17-md-2800-TWT    Civil Action  No. 1:17-cv-4519-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Sarah L. Hardy, Richard Gainey, Valerie Gainey, Jonathan C. Entsminger, Carrie L. Entsminger, Jackie L. Kier, Aloha Kier, Larry Newcomer, and Andrea Shafran hereby voluntary dismiss their claims in the above-captioned action, originally filed before this Court, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Respectfully submitted this 26 day of April, 2018.

          MOTLEY RICE LLC

    By:  */s/ Jodi Westbrook Flowers*
        Jodi Westbrook Flowers
        Joseph F. Rice
        Kevin R. Dean (GA Bar #214855)
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        Tel: (843) 216-9000
        Fax: (843) 216-9450
        jflowers@motleyrice.com
        jrice@motleyrice.com
        kdean@motleyrice.com

        Mathew Jasinski
        MOTLEY RICE LLC
        One Corporate Center
        20 Church Street
        17th Floor
        Hartford, CT 06103
        Tel: (860) 882-1681
        Fax: (860) 882-1682
        mjasinski@motleyrice.com

        ***Attorneys for Plaintiffs***