UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*Related Case:*<br><br>KERRI MURPHY, ASHLEY CASHON, JADE HAILESELASSIE, ROY BISHOP, BRUCE MATTOCK, REESA ALI, TOM W. HANNON, and NANCY GAUGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br><br><br>Civil Action<br>No. 1:17-cv-5040-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Kerri Murphy, Ashley Cashon, Jade Haileselassie, Roy Bishop, Bruce Mattock, Reesa Ali and Nancy Gauger hereby voluntary dismiss their claims in the above-captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Respectfully submitted this 26 day of April, 2018.

                                        MOTLEY RICE LLC

                              By: __*/s/ Jodi Westbrook Flowers*___
                                    Jodi Westbrook Flowers
                                    28 Bridgeside Boulevard
                                    Mount Pleasant, SC 29464
                                    Tel: (843) 216-9000
                                    Fax: (843) 216-9450
                                    jflowers@motleyrice.com

                                    Mathew Jasinski
                                    MOTLEY RICE LLC
                                    One Corporate Center
                                    20 Church Street
                                    17th Floor
                                    Hartford, CT 06103
                                    Tel: (860) 882-1681
                                    Fax: (860) 882-1682
                                    mjasinski@motleyrice.com

                                  ***Attorneys for Plaintiffs***