# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation )<br>)<br>)<br>) | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT |

*Related Case:*

Kuss, et al. v. Equifax, Inc.
Case No. 1:17-cv-03436-TWT

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Joseph M. Kuss and Stacy Markowitz hereby voluntarily dismiss their claims in the above-captioned matter, originally filed before this Court, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to be certified, and no opposing party as served an answer or motion for summary judgment.

DATED: April 27, 2018

By:   */s/ Steven A. Schwartz*
Steven A. Schwartz
Benjamin F. Johns
Zachary P. Beatty
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

*Counsel for Plaintiffs Joseph Kuss
 and Stacy Markowitz*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 27, 2018, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served on all counsel of record via the Court's CM/ECF System.

                                                    */s/ Steven A. Schwartz*
                                                     Steven A. Schwartz