UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: EQUIFAX, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION
    Morgan v. Equifax Inc., )
        E.D. Virginia, C.A. No. 3:18-00173 )     MDL No. 2800


**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**


    A conditional transfer order was filed in this action (*Morgan*) on April 16, 2018. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Morgan* was lifted on April 24, 2018, and the action was transferred to the Northern District of Georgia.

    Subsequently, on April 26, 2018, the Panel received a notice of opposition from the *pro se* plaintiff, via the United States mail. Plaintiff's pleading is postmarked April 23, 2018. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue her opposition to transfer.

    IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-15" filed on April 16, 2018, is REINSTATED. Plaintiffs' notice of opposition is deemed filed as of the date of this order.


                                            FOR THE PANEL:

                                            Jeffery N. Lüthi
                                            Clerk of the Panel