# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-MD-2800-TWT<br><br>ALL ACTIONS |

## NOTICE OF SERVICE OF PRESERVATION SUBPOENA TO BE ISSUED TO COMCAST CORPORATION

The undersigned counsel for The Financial Institution Plaintiffs, pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby certifies that a true and correct copy of the Preservation Subpoena to be issued to Comcast Corporation was served via email on counsel of record for Equifax, Inc. in ALL ACTIONS on May 2, 2018 as follows:

Stewart Haskins, III, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA  30309
shaskins@kslaw.com

Phyllis B. Sumner, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA  30309
psumner@kslaw.com

David Balser, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
dbalser@kslaw.com

Respectfully submitted this 7th day of May, 2018.

/s/ MaryBeth V. Gibson

        MaryBeth V. Gibson
        Georgia Bar No. 725843
        **THE FINLEY FIRM, P.C.**
        Piedmont Center
        3535 Piedmont Road
        Building 14, Suite 230
        Atlanta, Georgia 30305
        (404) 320-9979
        (404) 320-9978 (*Facsimile*)
        MGibson@thefinleyfirm.com

*Counsel for The Financial Institution Plaintiffs*

## **CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14 point Times New Roman font in compliance with the requirements of Local Rule 5.1(C).

>
> */s/ MaryBeth V. Gibson*
> MaryBeth V. Gibson
> Georgia Bar No. 725843
> **THE FINLEY FIRM, P.C.**
> Piedmont Center
> 3535 Piedmont Road
> Building 14, Suite 230
> Atlanta, Georgia 30305
> (404) 320-9979
> (404) 320-9978 (*Facsimile*)
> MGibson@thefinleyfirm.com
>
> *Counsel for The Financial Institution Plaintiffs*

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, undersigned counsel for The Financial Institution Plaintiffs certifies that on May 7, 2018, counsel filed the foregoing **NOTICE OF SERVICE OF PRESERVATION SUBPOENA TO BE ISSUED TO COMCAST CORPORATION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was sent via email to counsel for Equifax, Inc. as follows:

>Stewart Haskins, III, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA  30309
>shaskins@kslaw.com
>
>Phyllis B. Sumner, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA  30309
>psumner@kslaw.com
>
>David Balser, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA 30309
>dbalser@kslaw.com
>
>*/s/ MaryBeth V. Gibson*
>MaryBeth V. Gibson

*Counsel for The Financial Institution Plaintiffs*