Valerie D. Morgan
6049 Greenspring Road
Fredericksburg, VA  22407

23 April 2018

Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

**Ref: Case # 318cv173**
Morgan vs Equifax
Response to:  MDL No. 2800
                  Conditional Transfer Order (CTO-15)

1.  This serves as notice that I, VALERIE DENICE MORGAN am not in agreement with having case #318cv173; filed in United States District Court for the District of Virginia (Richmond Division), transferred as a tag-along with case Multi-District Litigation No. 2800.

2.  Equifax data breach in 2017 is the second time that Plaintiff's data was disclosed. Plaintiff's data was also breached in the 2015 Equifax data exposure.  Plaintiff has experienced the effects of this victimization over an extended period of time.

3.  Prior to the 2015 data breach, Plaintiff sent Equifax a letter in (March of 2015) requesting that they cease and desist ALL Data Collections and Distribution of information tied to her PII, and to delete ALL data and/or files under her name and tied to her PII. Equifax failed to comply with the written request.

4.  The Plaintiff was victimized twice due to Equifax data breaches and do not believe that her interests are identical or completely aligned to members tied to case MDL No. 2800.

5.  Having the Plaintiff's case "lumped" with hundreds of other Plaintiff's and/or Class-Action members from around the United States, hinders her chance of having a speedy trial.  In addition, the Plaintiff is unable to travel to Georgia for trial proceedings.

6. "Multi-District Litigation is not working for the Plaintiff, at least what the American Bar indicates it's saving nothing, creates clear unfairness, and that is against the very law presenting MDL to the Court System."  See:

1

RECEIVED

APR 2 5 2018

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

https://apps.americanbar.org/litigation/committees/classactions/articles/081810-101-MDL.html

7. Plaintiff's case contains alleged federal crime violations: 18 U.S.C. § 1028.

8. Although, there may be similarities with the members of case MDL. 2800, the Plaintiff's lawsuit is definitely different and should remain within the Richmond, Virginia Federal Court System.

Respectfully,

VALERIE D. MORGAN