IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>Case No. 1:17-md-2800-TWT |
| MICHAEL IRWIN, individually and on behalf of all other similarly situated California citizens,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., a Georgia corporation,<br><br>Defendant. | Case No. 1:17-cv-05360-TWT |

## ORDER GRANTING MOTION TO WITHDRAW ASHLEY MARIE ROMERO AS COUNSEL FOR PLAINTIFF MICHAEL IRWIN

On April 30, 2018, and pursuant to Local Rule 83.1(E), attorney Derek G. Howard of Derek G. Howard Law Firm, Inc., moved for an order to withdraw Ashley Marie Romero as counsel for Plaintiff Michael Irwin. Based on all files and documents herein, that Motion is hereby **GRANTED**. Plaintiffs Michael Irwin will continue to be represented by Derek G. Howard of Derek G. Howard Law Firm, Inc. and Daniel J. Mulligan of Jenkins Mulligan & Gabriel LLP.

**IT IS SO ORDERED** this 7th day of May, 2018.

                                                  /s/Thomas W. Thrash
                                                  Hon. Thomas W. Thrash, Jr.
                                                  United States District Court Judge