# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION <br><br> *Related Case:* <br><br> ANDREW CROW, JENNIFER SAAVEDRA, LAUREN HOFFMAN TAYLOR, STEPHANIE PATRICK, JOHN KENNEDY BAILEY, KEVIN O'BRIEN, SARA O'BRIEN, LORRAINE PLANTE, and STEPHEN PLANTE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX, INC., <br><br> Defendant. | MDL Docket No. 2800 <br> No. 1:17-md-2800-TWT <br><br><br> Civil Action <br> No. 1:17-cv-5340-TWT |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1E, the undersigned counsel for Plaintiff Jennifer Saavedra file this motion to withdraw Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski of the law firm of Motley Rice LLC as counsel for Plaintiff Saavedra in the above-captioned related action. Matthew J. Preusch, Lynn L. Sarko, Derek W. Loeser, Gretchen F. Cappio and Cari C. Laufenberg of the law firm Keller Rohrback LLP will remain counsel of record for the Plaintiff.

Respectfully submitted this 10 day of May, 2018.

MOTLEY RICE LLC

By    */s/ Jodi Westbrook Flowers*
     Jodi Westbrook Flowers
     Breanne Cope (260217)
     28 Bridgeside Boulevard
     Mount Pleasant, SC 29464
     (843) 216-9000, Fax (843) 216-9450
     jflowers@motleyrice.com
     bcope@motleyrice.com

     Laura Ray
     Mathew Jasinski
     One Corporate Center
     20 Church Street
     17th Floor
     Hartford, CT 06103
     (860) 882-1681, Fax (860) 882-1682
     lray@motleyrice.com
     mjasinski@motleyrice.com

KELLER ROHRBACK L.L.P.

     Matthew J. Preusch (298144)
     mpreusch@kellerrohrback.com
     801 Garden Street, Suite 301
     Santa Barbara, CA 93101
     (805) 456-1496, Fax (805) 456-1497

     Lynn Lincoln Sarko
     Derek W. Loeser
     Gretchen Freeman Cappio
     Cari Campen Laufenberg
     KELLER ROHRBACK L.L.P.
     1201 Third Avenue, Suite 3200
     Seattle, WA 98101
     (206) 623-1900, Fax (206) 623-3384
     lsarko@kellerrohrback.com
     dloeser@kellerrohrback.com
     gcappio@kellerrohrback.com
     claufenberg@kellerrohrback.com

     ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2018, a copy of the foregoing MOTION TO WITHDRAW of Jodi W. Flowers, Breanne Cope, Laura Ray and Mathew Jasinski was served on all counsel of record via the Court's CM/ECF system.

Dated: May 10, 2018                                         */s/ Jodi Westbrook Flowers*
                                                                              Jodi Westbrook Flowers