# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION ) | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |
| *Related Case:* ) | |
| ANDREW CROW, JENNIFER SAAVEDRA, LAUREN HOFFMAN TAYLOR, STEPHANIE PATRICK, JOHN KENNEDY BAILEY, KEVIN O'BRIEN, SARA O'BRIEN, LORRAINE PLANTE, and STEPHEN PLANTE, individually and on behalf of all others similarly situated, ) | Civil Action<br>No. 1:17-cv-5340-TWT |
| Plaintiffs, ) | |
| v. ) | |
| EQUIFAX, INC., ) | |
| Defendant. ) | |

## [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL

Attorneys Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski of Motley Rice LLC counsel for Plaintiff Jennifer Saavedra in the above-captioned related action, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO OREDERD this ___ day of _____, 2018.

_____