UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*Related Case:*<br><br>JEFFREY WARREN DIXON, HOLLIE MOORE, STEVEN B. STEIN, JOHN CORONA, ANNA RICE-WRIGHT, JAMES R. WRIGHT, CHRISTOPHER P. DUNLEAVY, VICTORIA LYNN STRUTZ, PHILLIP WILLIAMS, JON M. LEWIS, STEPHEN M. SHAFRAN, JR., BARBARA A. SHAFRAN, GARY MARTINEZ, JULIA A. WILLIAMS, KATHERINE EDWARDS, JOHN L. BRISINI, JR., RYAN TREAT, ANTONIETTA MCCANN, PATRICIA SAMUELSON, DONALD A. CORDELL, DEBORAH RIVAS, RANDALL K. ROSHTO, ELIZABETH DORSSOM, and KAREN BERGQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br><br><br><br>Civil Action<br>No. 1:17-cv-3809-TWT |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1E, the undersigned counsel for Plaintiffs Steven B. Stein, John Corona, Christopher P. Dunleavy, Victoria Lynn Strutz, Phillip Williams, Gary Martinez,

Julia A. Williams, Katherine Edwards, and Elizabeth Dorssom ("Plaintiffs"), file this motion to withdraw Jodi W. Flowers, Kevin R. Dean, Breanne Cope, Laura Ray, and Mathew Jasinski of the law firm of Motley Rice LLC as counsel for Plaintiffs in the above-captioned related action. Matthew J. Preusch, Lynn L. Sarko, Derek W. Loeser, Gretchen F. Cappio and Cari C. Laufenberg of the law firm Keller Rohrback LLP will remain counsel of record for the Plaintiffs. Respectfully submitted this 10 day of May, 2018.

                MOTLEY RICE LLC

              By  */s/ Jodi Westbrook Flowers*
                Jodi Westbrook Flowers
                Kevin R. Dean (GA Bar #214855)
                Breanne Cope
                28 Bridgeside Boulevard
                Mount Pleasant, SC 29464
                (843) 216-9000, Fax (843) 216-9450
                jflowers@motleyrice.com
                kdean@motleyrice.com
                bcope@motleyrice.com

                Laura Ray
                Mathew Jasinski
                One Corporate Center
                20 Church Street
                17th Floor
                Hartford, CT 06103
                (860) 882-1681, Fax (860) 882-1682
                lray@motleyrice.com
                mjasinski@motleyrice.com

                KELLER ROHRBACK L.L.P.

                Lynn Lincoln Sarko
                Derek W. Loeser
                Gretchen Freeman Cappio
                Cari Campen Laufenberg
                KELLER ROHRBACK L.L.P.
                1201 Third Avenue, Suite 3200
                Seattle, WA 98101
                (206) 623-1900, Fax (206) 623-3384

lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
Matthew J. Preusch (298144)
mpreusch@kellerrohrback.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2018, a copy of the foregoing MOTION TO WITHDRAW of Jodi W. Flowers, Kevin R. Dean, Breanne Cope, Laura Ray and Mathew Jasinski was served on all counsel of record via the Court's CM/ECF system.

Dated: May 10, 2018                                           */s/ Jodi Westbrook Flowers*
                                                                                  Jodi Westbrook Flowers