# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*Related Case:*<br><br>JEFFREY WARREN DIXON, HOLLIE MOORE, STEVEN B. STEIN, JOHN CORONA, ANNA RICE-WRIGHT, JAMES R. WRIGHT, CHRISTOPHER P. DUNLEAVY, VICTORIA LYNN STRUTZ, PHILLIP WILLIAMS, JON M. LEWIS, STEPHEN M. SHAFRAN, JR., BARBARA A. SHAFRAN, GARY MARTINEZ, JULIA A. WILLIAMS, KATHERINE EDWARDS, JOHN L. BRISINI, JR., RYAN TREAT, ANTONIETTA MCCANN, PATRICIA SAMUELSON, DONALD A. CORDELL, DEBORAH RIVAS, RANDALL K. ROSHTO, ELIZABETH DORSSOM, and KAREN BERGQUIST, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>                    Defendant. | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br><br>Civil Action<br>No. 1:17-cv-3809-TWT |

## [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL

Attorneys Jodi W. Flowers, Kevin R. Dean, Breanne Cope, Laura Ray, and Mathew Jasinski of Motley Rice LLC counsel for Plaintiffs Steven B. Stein, John Corona, Christopher P. Dunleavy, Victoria Lynn, Strutz, Phillip Williams, Gary Martinez, Julia A. Williams, Katherine

Edwards, and Elizabeth Dorssom in the above-captioned related action, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO OREDERD this ___ day of _____, 2018.

_____