# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 <br> No. 1:17-md-2800-TWT |
| *Related Case:* | |
| DORI M. MASHBURN, SARAH L. HARDY, RICHARD GAINEY, VALERIE GAINEY, JONATHAN C. ENTSMINGER, CARRIE L. ENTSMINGER, JACKIE L. KIER, ALOHA KIER, LARRY NEWCOMER, and ANDREA SHAFRAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX, INC., <br><br> Defendant. | Civil Action <br> No. 1:17-cv-4519-TWT |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1E, the undersigned counsel for Plaintiff Dori M. Mashburn file this motion to withdraw Jodi W. Flowers, Kevin R. Dean, Joseph F. Rice, Breanne Cope, Laura Ray, and Mathew Jasinski of the law firm of Motley Rice LLC as counsel for Plaintiff Mashburn in the above-captioned related action.  Matthew J. Preusch, Lynn L. Sarko, Derek W. Loeser, Gretchen F. Cappio and Cari C. Laufenberg of the law firm Keller Rohrback LLP will remain counsel of record for the Plaintiff.

Respectfully submitted this 10 day of May, 2018.

MOTLEY RICE LLC

By    */s/ Jodi Westbrook Flowers*
    Jodi Westbrook Flowers
    Kevin R. Dean (GA Bar #214855)
    Joseph F. Rice
    Breanne Cope
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29464
    (843) 216-9000, Fax (843) 216-9450
    jflowers@motleyrice.com
    kdean@motleyrice.com
    jrice@motleyrice.com
    bcope@motleyrice.com

    Laura Ray
    Mathew Jasinski
    One Corporate Center
    20 Church Street
    17th Floor
    Hartford, CT 06103
    (860) 882-1681, Fax (860) 882-1682
    lray@motleyrice.com
    mjasinski@motleyrice.com

KELLER ROHRBACK L.L.P.

    Lynn Lincoln Sarko
    Derek W. Loeser
    Gretchen Freeman Cappio
    Cari Campen Laufenberg
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    (206) 623-1900, Fax (206) 623-3384
    lsarko@kellerrohrback.com
    dloeser@kellerrohrback.com
    gcappio@kellerrohrback.com
    claufenberg@kellerrohrback.com
    Matthew J. Preusch (298144)
    mpreusch@kellerrohrback.com
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    (805) 456-1496, Fax (805) 456-1497

    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2018, a copy of the foregoing MOTION TO WITHDRAW of Jodi W. Flowers, Kevin R. Dean, Joseph F. Rice, Breanne Cope, Laura Ray and Mathew Jasinski was served on all counsel of record via the Court's CM/ECF system.

Dated: May 10, 2018                 ____/s/ Jodi Westbrook Flowers____
                                    Jodi Westbrook Flowers