# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION )<br><br>*Related Case:*<br><br>DORI M. MASHBURN, SARAH L. HARDY, RICHARD GAINEY, VALERIE GAINEY, JONATHAN C. ENTSMINGER, CARRIE L. ENTSMINGER, JACKIE L. KIER, ALOHA KIER, LARRY NEWCOMER, and ANDREA SHAFRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br><br><br>Civil Action<br>No. 1:17-cv-4519-TWT |

## [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL

Attorneys Jodi W. Flowers, Kevin R. Dean, Joseph F. Rice, Breanne Cope, Laura Ray, and Mathew Jasinski of Motley Rice LLC counsel for Plaintiff Dori M. Mashburn in the above-captioned related action, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO OREDERD this ___ day of _____, 2018.

_____