UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |
| *Related Case:* | |
| KERRI MURPHY, ASHLEY CASHON, JADE HAILESELASSIE, ROY BISHOP, BRUCE MATTOCK, REESA ALI, TOM W. HANNON, and NANCY GAUGER, individually and on behalf of all others similarly situated, | Civil Action<br>No. 1:17-cv-5040-TWT |
| Plaintiffs, | |
| v. | |
| EQUIFAX, INC., | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1E, the undersigned counsel for Plaintiff Tom W. Hannon file this motion to withdraw Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski of the law firm of Motley Rice LLC as counsel for Plaintiff Hannon in the above-captioned related action. Matthew J. Preusch, Lynn L. Sarko, Derek W. Loeser, Gretchen F. Cappio and Cari C. Laufenberg of the law firm Keller Rohrback LLP will remain counsel of record for the Plaintiff.

Respectfully submitted this 10 day of May, 2018.

        MOTLEY RICE LLC

        By    */s/ Jodi Westbrook Flowers*
            Jodi Westbrook Flowers
            Breanne Cope (260217)
            28 Bridgeside Boulevard
            Mount Pleasant, SC 29464
            (843) 216-9000, Fax (843) 216-9450
            jflowers@motleyrice.com
            bcope@motleyrice.com

            Laura Ray
            Mathew Jasinski
            One Corporate Center
            20 Church Street
            17th Floor
            Hartford, CT 06103
            (860) 882-1681, Fax (860) 882-1682
            lray@motleyrice.com
            mjasinski@motleyrice.com

        KELLER ROHRBACK L.L.P.

            Matthew J. Preusch (298144)
            mpreusch@kellerrohrback.com
            801 Garden Street, Suite 301
            Santa Barbara, CA 93101
            (805) 456-1496, Fax (805) 456-1497

            Lynn Lincoln Sarko
            Derek W. Loeser
            Gretchen Freeman Cappio
            Cari Campen Laufenberg
            KELLER ROHRBACK L.L.P.
            1201 Third Avenue, Suite 3200
            Seattle, WA 98101
            (206) 623-1900, Fax (206) 623-3384
            lsarko@kellerrohrback.com
            dloeser@kellerrohrback.com
            gcappio@kellerrohrback.com
            claufenberg@kellerrohrback.com

            ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2018, a copy of the foregoing MOTION TO WITHDRAW of Jodi W. Flowers, Breanne Cope, Laura Ray and Mathew Jasinski was served on all counsel of record via the Court's CM/ECF system.

Dated: May 10, 2018 /s/ *Jodi Westbrook Flowers*
Jodi Westbrook Flowers