UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 <br> No. 1:17-md-2800-TWT |
| *Related Case:* | |
| KERRI MURPHY, ASHLEY CASHON, JADE HAILESELASSIE, ROY BISHOP, BRUCE MATTOCK, REESA ALI, TOM W. HANNON, and NANCY GAUGER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX, INC., <br><br> Defendant. | Civil Action <br> No. 1:17-cv-5040-TWT |

**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Attorneys Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski of Motley Rice LLC counsel for Plaintiff Tom W. Hannon in the above-captioned related action, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO OREDERD this ___ day of _____, 2018.

_____