# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.2(a) of the United States Judicial Panel on Multidistrict Litigation ("JPML"), and Section 14 of Case Management Order No. 2 (Dkt. No. 87), Defendant Equifax Inc. ("Equifax") hereby notifies the Court of the following potential tag-along action pending in the Northern District of Georgia:

- *Flores v. Equifax Inc.*, Case No. 1:18-cv-00117-TWT

This action arises out of the data security incident Equifax announced on September 7, 2017, and involves similar factual and legal issues as the related cases pending before the Court in the MDL proceeding.  Accordingly, Equifax requests that the action be included with the other related cases in the Consumer Track of the MDL.  A copy of the Complaint filed in the related action is attached as Exhibit A.

Respectfully submitted this 10th day of May, 2018.

        */s/ S. Stewart Haskins II*
        **KING & SPALDING LLP**
        David L. Balser
        Georgia Bar No. 035835
        Phyllis B. Sumner
        Georgia Bar No. 692165
        S. Stewart Haskins II
        Georgia Bar No. 336104
        Elizabeth D. Adler
        Georgia Bar No. 558185
        John C. Toro
        Georgia Bar No. 175145
        1180 Peachtree Street, N.E.
        Atlanta, Georgia  30309
        Tel.:  (404) 572-4600
        Fax:  (404) 572-5140
        dbalser@kslaw.com
        psumner@kslaw.com
        shaskins@kslaw.com
        eadler@kslaw.com
        jtoro@kslaw.com

        *Counsel for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I have also caused a copy of the foregoing to be served upon *pro se* Plaintiff Damien Flores via U.S. Mail, postage prepaid, and addressed as follows:

> Damian Flores
> 3666 Maryzell Lane
> Pocatello, ID 83201

>>> */s/ S. Stewart Haskins II*
>>> S. Stewart Haskins II