# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 <br> No. 1:17-md-2800-TWT |
| *Related Case:* |  |
| ANDREW CROW, JENNIFER SAAVEDRA, LAUREN HOFFMAN TAYLOR, STEPHANIE PATRICK, JOHN KENNEDY BAILEY, KEVIN O'BRIEN, SARA O'BRIEN, LORRAINE PLANTE, and STEPHEN PLANTE, individually and on behalf of all others similarly situated, | Civil Action <br> No. 1:17-cv-5340-TWT |
| Plaintiffs, |  |
| v. |  |
| EQUIFAX, INC., |  |
| Defendant. |  |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

Attorneys Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski of Motley Rice LLC counsel for Plaintiff Jennifer Saavedra in the above-captioned related action, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO OREDERD this 11th day of May, 2018.


**/s/Thoms W. Thrash**
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE