UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION ) ) ) ) *Related Case:* ) ) ) KERRI MURPHY, ASHLEY CASHON, ) JADE HAILESELASSIE, ROY BISHOP, ) BRUCE MATTOCK, REESA ALI, TOM ) W. HANNON, and NANCY GAUGER, ) individually and on behalf of all others ) similarly situated, ) ) Plaintiffs, ) ) v. ) ) EQUIFAX, INC., ) ) Defendant. ) | MDL Docket No. 2800  No. 1:17-md-2800-TWT   Civil Action No. 1:17-cv-5040-TWT |

## **ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Attorneys Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski of Motley Rice LLC counsel for Plaintiff Tom W. Hannon in the above-captioned related action, having submitted their Motion to Withdraw as attorneys of record, the Motion is hereby GRANTED.

SO OREDERD this 11th day of May, 2018.


**/s/Thomas W. Thrash**
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE