# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation ) ) ) ) ) | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>ALL ACTIONS |

## UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA

The Financial Institution Track Plaintiffs hereby respectfully make and file this Unopposed Motion to Lift Restrictions on Media[1], pursuant to Local Rule 83.4, permitting the use of portable computers, cellular phones, pagers and personal communication devices without cameras, and electronic devices with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during and after the Status Conference scheduled to take place on May 22, 2018, at 2:00 p.m. in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. In support of this Motion, plaintiff states as follows:

1. That counsel for the Financial Institution Track Plaintiffs will follow

---

[1] The undersigned counsel has conferred with counsel for Equifax, who advised that they do not oppose the relief sought in this Motion.

Local Rule 83.4 and its prohibitions on taking photographs or operating records devices during courtroom proceedings, that they will not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above;

2. That counsel for the Financial Institution Track Plaintiffs will not operate any device outlined above in any public area where their operation is disruptive of any court proceeding;

3. That permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, will aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4; and

4. That the attorneys Joe Guglielmo of Scott + Scott and Gary Lynch of Carlson Lynch respectfully request to be allowed to bring electronic devices, including one of each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on May 22, 2018.

5. Counsel will bring proper identification upon entering the security station

of the courthouse.

>Respectfully Submitted,
>
>By: /s/*MaryBeth V. Gibson*
>MaryBeth V. Gibson
>Georgia Bar No. 725843
>3535 Piedmont Road
>Building 14, Suite 230
>Atlanta, Georgia 30305
>(404) 320-9979
>mgibson@thefinleyfirm.com
>
>*Co-Liason, Financial Institution Track*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I authorized the electronic filing of the foregoing UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys registered with the Court's CM/ECF system in the above captioned cases.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 18th day of May, 2018.

|  |  |
|---|---|
|  | THE FINLEY FIRM, P.C. |
|  | */s/ MaryBeth V. Gibson* |
|  | MARYBETH V. GIBSON |
| Piedmont Center | State Bar No. 725843 |
| 3535 Piedmont Road | mgibson@thefinleyfirm.com |
| Building 14, Suite 230 | *Counsel for Plaintiff* |
| Atlanta, GA  30305 |  |
| T: (404) 320-9979 |  |
| F: (404) 320-9978 |  |