# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: Equifax, Inc., Customer Data Security Breach Litigation** | MDL Docket No. 2800<br><br>Case No.: 1:17-md-02800-TWT<br><br>ALL ACTIONS |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO LIFT RESTRICTIONS ON MEDIA**

On May 18, 2018, counsel for the Consumer Track Plaintiffs, pursuant to Local Rule 83.4, moved for an order permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to be allowed into the courthouse and used in the courtroom before, during, and after the Status Conference scheduled to take place on May 22, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. Based on all files and documents herein, that motion is GRANTED. Accordingly,

1

1. Counsel may use portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4.

2. Specifically, the counsel for the Consumer Track Plaintiffs, Amy Keller, Norman Siegel, Kenneth Canfield, David J. Worley and J. Cameron Tribble, and counsel for Defendants, David Balser, are permitted to bring in electronic devices, including one each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2108 on May 22, 2018.

3. Counsel are prohibited from taking photographs or operating recording devices during courtroom proceedings. Counsel shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4. Counsel shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

IT IS SO ORDERED, this ____ day of _____, 2018.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia