# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 2800 1:17-2800-TWT |

## NOTICE OF ATTORNEY APPEARANCE

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PATRICK SLYNE, hereby files this Notice of Attorney Appearance in the above-captioned matter, appearing as counsel on behalf of Michele Renee Archambault, individually and on behalf of a class of similarly situated individuals.

Dated: May 18, 2018

STULL, STULL & BRODY

_____
Patrick Slyne
6 East 45th Street
New York, NY  10017
Tel: (212) 687-7230
Fax: (212) 490-2022
pkslyne@ssbny.com

## **CERTIFICATE**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with a font and point selection, Times New Roman, 14 Point, approved by the Court in Local Civil Rule 5.1B.

Dated: May 18, 2018

**STULL, STULL & BRODY**

_____
Patrick Slyne
6 East 45th Street
New York, NY  10017
Tel: (212) 687-7230
Fax: (212) 490-2022
pkslyne@ssbny.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 18th day of May, 2018, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

**STULL, STULL & BRODY**

/s/ Michael J. Klein
Michael Klein
6 East 45th Street
New York, NY  10017
Tel: (212) 687-7230
Fax: (212) 490-2022
mklein@ssbny.com