# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## ORDER STAYING BRIEFING DEADLINES

This Court has considered the Defendant's Motion to Stay Briefing Deadlines or, in the Alternative, for an Extension of Time. The Motion is GRANTED. Equifax's deadlines to respond to the motions to remand filed in *Abramson v. Equifax Inc.*, Case No. 1:18-CV-1466-TWT and *Acosta-Smith v. Equifax Inc.*, Case No. 1:18-CV-1467-TWT, and the motion for attorney's fees filed in *Casper v. Equifax Inc.*, Case No. 1:18-CV-1511-TWT, are stayed until the Court can consider a proposed Case Management Order ("CMO") to uniformly govern the resolution of those and any subsequent similar motions, such proposed CMO to be submitted by the Parties or Equifax by June 6, 2018.

SO ORDERED, this 21st day of May, 2018.

                                        **/s/Thomas W. Thrash**
                                        THOMAS W. THRASH, JR.
                                        CHIEF UNITED STATES DISTRICT JUDGE