# UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: EQUIFAX, INC. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |
| This Document Relates To:<br><br>*Salinas et al v. Equifax, Inc.,* Case No. 5:17-CV-05284 (N.D. Cal.) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Alejandro Salinas and Michael Ribons ("Plaintiffs") hereby dismiss the above-captioned action without prejudice. Plaintiffs reserve the right to proceed in this matter as absent class members.

DATED: May 21, 2018                    **PEARSON, SIMON & WARSHAW, LLP**

                                       By:  */s/ Daniel L. Warshaw*
                                              DANIEL L. WARSHAW
                                       *Attorneys for Plaintiffs in Salinas et al v. Equifax, Inc.*

876890v1