**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX, INC.<br>CUSTOMER DATA SECURITY BREACH<br>LITIGATION | MDL Docket No. 2800<br><br>Case No. 17-MD-2800<br><br>**TRACK UNASSIGNED**<br>*City of Chicago v. Equifax, Inc.*<br>Member Case No. 18-CV-01470 |

**[PROPOSED] ORDER GRANTING PLAINTIFF CITY OF CHICAGO'S MOTION TO ESTABLISH A SEPARATE TRACK FOR GOVERNMENTAL ENFORCEMENT ACTIONS**

On May 22, 2018, counsel for Plaintiff City of Chicago ("Chicago") moved for an order establishing a separate track for governmental enforcement actions. For the reasons stated in Chicago's motion, that motion is GRANTED. Accordingly, a third track for governmental enforcement actions is hereby established, and Chicago's case is assigned to this track. Chicago shall file a consolidated amended complaint for the governmental enforcement action track within a week of the date of this Order.

IT IS SO ORDERED, this _____ day of _____, 2018.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia