# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
## IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 05/22/2018.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:20 P.M.　　COURT REPORTER: Susan Baker
TIME IN COURT: 0:20　　DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ken Canfield co-lead counsel for consumer plaintiffs<br>Joseph Guglielmo co-lead counsel for Financial Institution Plaintiffs<br>David Balser and Stewart Haskins for Euifax |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court followed the proposed agenda submitted by counsel. Reports given on - Status of filing of consolidated amended complaints. Consumer Plaintiffs and Small Business Compliant, filed and the Financial Consumer Plaintiffs expect to file their consolidated amended by 5/30, parties in Small Business Complaint will be seeking a different briefing schedule on any Motion to Dismiss; Third-party discovery and document preservation subpoenas have been served; Court advised of possibility of issue regarding communications with former Equifax employees, parties meeting and will come to the Court is any issue cannot be resolved; There remain 4 cases in Fulton County Business Court, 3 have been consolidated and attempting to have on same track as this MDL. Next Status Conference will be in mid to late July, date to be determined. |
| HEARING STATUS: | Hearing Concluded |