IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL Docket No. 2800<br><br>Civil Action No. 1:17-md-2800-TWT<br><br>ALL ACTIONS |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes now John Soumilas, attorney of record for Plaintiff, Daniel J. Mann, in this matter, and respectfully requests leave to withdraw under Local Rule 83.1(E).

The undersigned has given his client due written notice of this intention to withdraw prior to submitting this request to the Court, in the letter mailed to the client which is attached hereto as Exhibit A. A copy of this motion shall be mailed to the clients at the same addresses.

In accordance therewith, the undersigned certifies Plaintiff Daniel J. Mann has been informed:

(a) The United States District Court in the Northern District of Georgia retains jurisdiction of this matter;

(b) Plaintiff has the burden of keeping the Court informed of the current address for the service of notices, pleadings, or other papers;

(c) Plaintiff has the obligation to prepare to go forward with their case or to hire other counsel to handle their case;

(d)     If Plaintiff fails or refuses to meet these obligations, they may suffer adverse consequences including the entry of judgment against them;

(e)     Plaintiff must file any objections to this Motion to Withdraw with the Court no later than fourteen (14) days from the date of filing of this motion.

Wherefore, the undersigned John Soumilas respectfully requests that an Order be entered permitting him to withdraw as attorney of record for Daniel J. Mann, attached hereto as Exhibit B.

Dated: May 23, 2018                    FRANCIS & MAILMAN, P.C.

                                       _____
                                       JOHN SOUMILAS (pro hac vice)
                                       100 South Broad Street
                                       Philadelphia, PA 19110
                                       Tel: (215) 735-8600
                                       Fax: (215) 940-8600
                                       jsoumilas@consumerlawfirm.com

                                       *Attorney for Plaintiff Daniel J. Mann*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of Georgia, on all parties registered for CM/ECF in the above-captioned matter.

/s/ John Soumilas
John Soumilas