# EXHIBIT A



May 23, 2018

*Via First Class Mail*

Mr. Daniel J. Mann
110 N. Woodstock Street
Philadelphia, PA 19103

      Re:     IN RE: *EQUIFAX, INC., Customer Data Security Breach Litigation*
              U.S.D.C. Northern District of GA, Case No. 1:17-md-02800-TWT

Dear Mr. Mann,

     I am writing you to let you know that I intend to formally withdraw my appearance as your lawyer in this case. James A. Francis ("Jim Francis") will remain in the case, please address any questions or concerns about your rights in this case to him. The local rules of the court require me to inform you of the following:

(A)    I, John Soumilas, intend to file a motion to withdraw.

(B)    Your case number 1:17-md-02800-TWT, IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation. The Clerk of the Court is James N. Hatten, his address is Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309; Telephone No. (404) 215-1600, A list of the Opposing Counsel is attached.

(C)    The Court that retains jurisdiction of the action is the United States District Court in the Northern District of Georgia.

(D)    You have the burden of keeping the court informed respecting where notices, pleadings or other papers may be served. Jim Francis remains in the case representing you and will receive future notices, pleadings and other papers.

(E)    You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set. This step may be unnecessary, as Jim Francis is remaining in the case, representing your interests.

May 23, 2018<br>Page 2 of 2

(F)  If you fail or refuse to meet these burdens, you may suffer adverse consequences.

(G)  Services of notices will continue to be directed to Jim Francis as your attorney, and you may request that services of notices be made upon you at 110 N. Woodstock Street, Philadelphia, PA 19103, if you wish.

(H)  You have a right to object within fourteen (14) days of the date of this notice.

Please feel free to contact me or Jim Francis at (215) 735-8600 should you have any questions.

Sincerely,

JOHN SOUMILAS

Enclosure

2