IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL Docket No. 2800

Civil Action No. 1:17-md-2800-TWT

ALL ACTIONS

~~XXXXXXXXX~~ ORDER PERMITTING WITHDRAWAL OF ATTORNEY

Counsel for the Plaintiff having submitted its Motion to Withdraw as attorney of record for Daniel J. Mann, and is appearing that all requirements of Local Rule 83.1(E) have been satisfied, the Motion is here by granted and John Soumilas is withdrawn as attorney of record.

So ORDERED this 24th day of May, 2018

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge