BRIAN D. CHASE, ESQ. (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN, ESQ. (SBN 211258)
jbeligan@bisnarchase.com
DANIEL J. HYUN, ESQ. (SBN 309184)
dhyun@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone 949/752-2999
Facsimile 949/752-2777

Attorneys for Plaintiff Patrick Barker

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| IN RE: Equifax, Inc., Customer Data Security Breach Ligation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Member Case No.: 1:17-cv-05007-TWT<br><br>Judge Thomas W. Thrash, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1
**VOLUNTARY DISMISSAL BY PLAINTIFF PATRICK BARKER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Patrick Barker hereby voluntarily withdraws as plaintiff from this action and dismisses without prejudice all claims against all defendants. This dismissal does not affect other plaintiffs' claims in this action.

DATED: May 25, 2018

                               **BISNAR|CHASE LLP**

By:  */s/ Jerusalem F. Beligan*
      BRIAN D. CHASE
      bchase@bisnarchase.com
      JERUSALEM F. BELIGAN
      jbeligan@bisnarchase.com
      DANIEL J. HYUN
      dhyun@bisnarchase.com
      1301 Dove Street, Suite 120
      Newport Beach, CA 92660
      Telephone 949/752-2999
      Facsimile 949/752-2777

*Counsel for Plaintiff Patrick Barker*

**VOLUNTARY DISMISSAL BY PLAINTIFF PATRICK BARKER**