# U.S. DITRICT COURT
## NORTHERN DISTRICT OF GEORGIA (ATLANTA)
### CASE NO. 1:17-md-2800-TWT

## IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION

### CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) if the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on April 24, 2018, copies of the foregoing Notice of Voluntarily Dismissal for Plaintiff Patrick Barker will be provided via JPML CM/ECF System, which will provide electronic service notification to all counsel of records, registered as CM/ECF users or by U.S. Mail on those parties.

Dated: May 25, 2018                /s/ Jerusalem F. Beligan

**BISNAR|CHASE LLP**
Jerusalem F. Beligan, Esq. (CA Bar No. 211258)
1301 Dove St., Suite 120
Newport Beach, CA 92660
Phone: (949)752-2999
Fax: (949)752-2777

*Counsel for Plaintiff Patrick Barker*