UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 5**

On March 23, 2018, the Court entered Case Management Order No. 3 (Doc. No. 248) and on April 4, 2018, the Court entered a Scheduling Order (Doc. No. 260), governing various matters in this multidistrict proceeding, including briefing schedules for Motions to Dismiss the consolidated complaints in the Consumer Track and Financial Institution Track. On May 14, 2018, Plaintiffs filed a "Consolidated Class Action Complaint for Small Business Claims" (the "Small Business Complaint") in addition to a Consolidated Consumer Class Action Complaint. Doc. No. 375. No briefing schedule has been set as to the Small Business Complaint.

In addition, certain motions to remand to state court, as well as another miscellaneous motion, were recently filed that were not addressed by Case

1

Management Order No. 3, the Scheduling Order, or any other Case Management Order. The Court stayed briefing deadlines on these motions to remand and miscellaneous motion and directed the Parties to submit a proposed Case Management Order to uniformly govern the resolution of such motions. Doc. No. 382.

Based on the agreement of counsel, and for good cause shown, the Court enters the following Case Management Order No 5:

**(1)  Briefing Schedule related to the Small Business Complaint.**

The Court directs that Defendants' Rule 12(b) Motion directed to the Small Business Complaint, as well as responses and replies, be filed on the following schedule:

| Event | Due Date |
|---|---|
| Rule 12(b) motion | July 30, 2018 |
| Plaintiffs' opposition | September 13, 2018 |
| Defendants' reply | October 15, 2018 |

(2)  **Briefing on Motions to Remand.**

There are currently five cases in which motions to remand were pending at the time of transfer by the MDL, as well as two cases in which Plaintiffs have filed

renewed motions to remand with this Court, *see* Doc. No. 350.  In order to ensure efficient and consistent treatment of such motions, the Court sets the following briefing schedule for motions to remand to state court:

| **Event** | **Date** |
|---|---|
| Any Plaintiff desiring to move forward with a motion to remand originally filed in a transferor court must file a renewed motion to remand with this Court (if the plaintiff has not already done so). | September 6, 2018 |
| Defendants shall file a response to any renewed motions to remand. | October 22, 2018 |
| Plaintiffs that have filed renewed motions to remand may file a reply in support of such motions. | November 21, 2018 |

The Court will then schedule hearings on remand motions as it deems appropriate.

(3)   **Other Motions.**

Case Management Order No. 1 specified that no motion shall be filed under Rules 11, 12, or 56 without leave of court and unless it includes a certificate that the movant has conferred with opposing counsel in a good faith effort to resolve the matter without court action. Doc. No. 23 at 5. This requirement is now expanded to apply to all motions not otherwise permitted by a case management order entered by

3

this Court. Should any party wish to file a motion not otherwise contemplated by a case management order, the party must file a notice with the Court explaining the basis for the motion, the efforts taken to resolve that motion without judicial intervention, and the remaining disagreements between the Parties. At the first status conference following the filing of the notice, counsel for Lead Plaintiffs and counsel for Defendants shall present a proposed briefing schedule for any such motions for the Court's consideration. These requirements shall apply to any future motions in this action and shall control over any deadlines set forth in the Local Rules.

For the "Motion for Attorney's Fees" filed in *Casper v. Equifax Inc.*, No. 1:18-cv-1511-TWT, which was filed prior to this case management order, the Court directs Defendants to respond on or before July 11, 2018. Plaintiff shall then have until August 3, 2018 to file any reply.

(4) **ESI Disclosures.**

Case Management Order No. 4 (Doc. No. 261) ("CMO 4") sets forth various deadlines related to ESI Disclosures. On May 16, 2018, Defendants served the ESI Disclosures required under Section III.A.1-5 of CMO 4. The Parties request additional time to satisfy their outstanding ESI obligations under CMO 4. It is therefore ordered that on or before August 15, 2018: (i) Consumer and Financial Institution Plaintiffs will serve the ESI Disclosures required under Section III.A.1-5

of CMO 4; (ii) the Parties will exchange the list of custodians and other custodial information required to be disclosed under Section III of CMO 4; and (iii) the Parties will negotiate a protocol setting forth the technical specifications for the production of hard copy documents and electronically stored information, as required under Section II.C of CMO 4.

Dated: May 31, 2018

Respectfully submitted by:

*/s/ Amy E. Keller*
Amy E. Keller
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com

Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E., Suite 1900
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

-and-

*/s/ Joseph P. Guglielmo (w/ permission)*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel. 412.322.9243
glynch@carsonlynch.com

*Financial Institution Plaintiffs' Co-Lead Counsel*

Craig A. Gillen
**GILLEN WITHERS & LAKE, LLC**
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, Georgia 30305
Tel. 404.842.9700
cgillen@gwllawfirm.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
Tel. 404.320.9979
mgibson@thefinleyfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@onleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

9

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

*Financial Institution Plaintiffs' Steering Committee*

*-and-*

          */s/ S. Stewart Haskins II (w/ permission)*
          **KING & SPALDING LLP**
          David L. Balser
          Georgia Bar No. 035835
          Phyllis B. Sumner
          Georgia Bar No. 692165
          S. Stewart Haskins II
          Georgia Bar No. 336104
          Elizabeth D. Adler
          Georgia Bar No. 558185
          John C. Toro
          Georgia Bar No. 175145
          1180 Peachtree Street, N.E.
          Atlanta, Georgia 30309
          Tel.: (404) 572-4600
          Fax: (404) 572-5140
          dbalser@kslaw.com
          psumner@kslaw.com
          shaskins@kslaw.com
          eadler@kslaw.com
          jtoro@kslaw.com

          ***Counsel for Equifax Inc.***

SO ORDERED, this ___ day of June, 2018.

                                                                  _____
                                                                  Thomas W. Thrash
                                                                  United States District Judge