**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT |
| | This document relates to: |
| | Case No. 1:18-CV-1511-TWT |

## DEFENDANT'S RESPONSE TO CASPER PLAINTIFF'S MOTION TO COMPEL ANSWER TO *PRO SE* COMPLAINT

Defendant Equifax Inc. ("Equifax") respectfully submits this response to Plaintiff Craven Randall Casper's motion to compel an answer to his *pro se* complaint. On April 5, 2018, the Judicial Panel on Multidistrict Litigation transferred this action to this MDL processing. *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800, Dkt. 713 ("*In re Equifax*"). Plaintiff's motion should be denied pursuant to CMO-1 and CMO-3, which, among other things, suspended Equifax's deadline to respond to Mr. Casper's *pro se* complaint without date. (Dkt. No. 23 at 4 and Dkt. No. 248 at 5.).

Respectfully submitted this 1st day of June, 2018.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Defendant Equifax Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 1st day of June, 2018.


*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  In addition, pro se Plaintiff Craven Randall Casper was served with Defendant's Response on June 1, 2018 by United States mail, addressed as follows:

> Craven Randall Casper
> P.O. Box 2311
> Chapel Hill, NC  27515

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II