**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.2(a) of the United States Judicial Panel on Multidistrict Litigation ("JPML"), and Section 14 of Case Management Order No. 2 (Dkt. No. 87), Defendant Equifax Information Services, LLC ("Equifax") hereby notifies the Court of the following potential tag-along action pending in the Northern District of Georgia:

- *Warren v. Equifax Information Services, LLC*, Case No. 1:18-cv-02044-MLB-JSA.

This action arises out of the data security incident Equifax announced on September 7, 2017, and involves similar factual and legal issues as the related cases pending before the Court in the MDL proceeding. Accordingly, Equifax requests that the action be included with the other related cases in the Consumer

Track of the MDL.  A copy of the Complaint filed in the related action is attached as Exhibit A.

Respectfully submitted this 4th day of June, 2018.

>*/s/ S. Stewart Haskins II*
>**KING & SPALDING LLP**
>David L. Balser
>Georgia Bar No. 035835
>Phyllis B. Sumner
>Georgia Bar No. 692165
>S. Stewart Haskins II
>Georgia Bar No. 336104
>Elizabeth D. Adler
>Georgia Bar No. 558185
>John C. Toro
>Georgia Bar No. 175145
>1180 Peachtree Street, N.E.
>Atlanta, Georgia  30309
>Tel.:  (404) 572-4600
>Fax:  (404) 572-5140
>dbalser@kslaw.com
>psumner@kslaw.com
>shaskins@kslaw.com
>eadler@kslaw.com
>jtoro@kslaw.com
>
>*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I have also caused a copy of the foregoing to be served upon *pro se* Plaintiff Tinika S. Warren via U.S. Mail, postage prepaid, and addressed as follows:

> Tinika S. Warren
> 260 Northern Avenue
> Apt. 10B, MAILBOX #C14
> Avondale Estates, GA 30002

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II