# EXHIBIT A

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY -9 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:18-CV-2044

Brief Statement

Civil Action Amount Requested: $250,000
Reason: Data Breach, The Fair Credit Report Act (FCRA)
My credit and data has been breached and compromised causing "direct impact" on my credit scores and approvals to obtain credit. (FCRA); 15 U.S.C § 1681; FTC rules

Equifax, has been ordered to pay consumers either in a class action suit or a personal lawsuit. Therefore, I chose to file a personal lawsuit.

I am asking for non-personal life accounts to be deleted from my personal profile in which are business related under (TAX ID NUMBER), for Glamlife Party Spa, LLC.

I am asking that school loans are reported accurately without the or persons that have the similar, or identical name Tinika S. Warren, or Tinika Warren.

Delete Doctor bills from third parties that refused to file bills with my insurance carriers and Medicaid. (Blue Cross Blue Shield) paid

Free montoring and credit scores reports for the next 10 years, with the ability to check any accounts on my social security number and Idenitity.

Disclosue, Names, of all employees that has accessed my account within your (their) organization; in writing.

Remove all inquires from my report because I did apply for credit all of those places.

I am asking that the judge just enter a judgment in my favor without a "trial", hence the Government has already found them guilty and order to pay consumers affected.

Kindest regards,
Tinika S. Warren
5/4/2018



P.O. Box 105054
Atlanta, GA 30348

000001128 FEBROD02110617113983 01 000000

**Tinika Secal Warren**
**260 Northern Ave**
**Apt 10b**
**Avondale Estates, GA 30002-1749**

November 7, 2017



## NOTICE OF DATA BREACH

Dear Tinika Warren:

We are writing with regard to the cybersecurity incident Equifax announced on September 7, 2017. At Equifax, our priorities with regard to this incident are transparency and continuing to provide timely, reassuring support to every consumer. You are receiving this letter because certain document(s) which you uploaded to Equifax in support of a credit file dispute through Equifax's online credit dispute portal were accessed. A list of these document(s) is enclosed.

### What Happened

On July 29, 2017, Equifax discovered that criminals exploited a U.S. website application vulnerability to gain access to certain files. Upon discovery, we acted immediately to stop the intrusion. The company promptly engaged a leading, independent cybersecurity firm which has been conducting a comprehensive forensic review to determine the scope of the intrusion, including the specific data impacted. Equifax also reported the criminal access to law enforcement and continues to work with authorities. Based on the company's investigation, the unauthorized access occurred from mid-May through July 2017.

On September 7, 2017, Equifax notified U.S. consumers of the data security incident, including that approximately 143 million U.S. consumers were impacted. On October 2, 2017, following the completion of the forensic portion of the investigation of the incident, Equifax announced that the review determined that approximately 2.5 million additional U.S. consumers were potentially impacted. Equifax also announced that credit card numbers for approximately 209,000 consumers and certain dispute documents, which included personal identifying information, for approximately 182,000 consumers were accessed.



### What Information Was Involved

If you are receiving this letter, Equifax has determined that you are among the consumers whose dispute documents were accessed. The information involved varies depending on the documents that you uploaded in support of your dispute. A list of the impacted documents, and the date those documents were uploaded, is enclosed. The documents may contain sensitive personal information.

## Identity Theft Prevention Tips

We recommend that you remain vigilant for incidents of fraud and identity theft by reviewing account statements and monitoring your credit reports. You may obtain a free copy of your credit report from each company listed below once every 12 months by requesting your report online at www.annualcreditreport.com, calling toll-free 1-877-322-8228, or mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting any of the credit reporting agencies below:

| Equifax | Experian | TransUnion |
|---|---|---|
| PO Box 740241 | PO Box 9554 | PO Box 2000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA 19016 |
| www.equifax.com | www.experian.com | www.transunion.com |
| 888-766-0008 | 888-397-3742 | 800-680-7289 |

If you believe you are the victim of identity theft, you should contact the proper law enforcement authorities, including local law enforcement, and you should consider contacting your state attorney general and/or the Federal Trade Commission ("FTC"). You also may contact the FTC to obtain additional information about avoiding identity theft.

**Federal Trade Commission**, Consumer Response Center
600 Pennsylvania Avenue NW, Washington, DC 20580; 1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft

**State Attorneys General**: Information on how to contact your state attorney general may be found at www.naag.org/naag/attorneys-general/whos-my-ag.php.

You may obtain information from the FTC and the credit reporting agencies listed above about placing a fraud alert and/or credit freeze on your credit report.

## IF YOU ARE A MARYLAND RESIDENT

You may obtain information about avoiding identity theft from the Maryland Attorney General's Office. This office can be reached at:

**Office of the State of Maryland Attorney General**
200 St. Paul Place Baltimore, MD 21202; 1-888-743-0023
www.marylandattorneygeneral.gov

## IF YOU ARE A MASSACHUSETTS RESIDENT

Under Massachusetts law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed above. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.



report, it cannot charge you to place, lift or remove a security freeze. Alternatively, if you are over the age of 65, then the fee will also be waived. In all other cases, a credit reporting agency may charge you up to $10.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed above by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.

### IF YOU ARE A NORTH CAROLINA RESIDENT

You may obtain information about avoiding identity theft from the North Carolina Attorney General's Office. This office can be reached at:

**North Carolina Attorney General's Office**
9001 Mail Service Center Raleigh, NC 27699-9001; 919-716-6400
www.ncdoj.gov

### IF YOU ARE A RHODE ISLAND RESIDENT

You may obtain information about avoiding identity theft from the Rhode Island Attorney General's Office. This office can be reached at:



JS44 (Rev. 1/13 NDGA)      CIVIL COVER SHEET     1:18-CV-2044

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

**I. (a) PLAINTIFF(S)**
Tinika S. Warren
260 Northern Ave, Box C14
Avondale Estates, Ga 30002

**DEFENDANT(S)**
Equifax Information Services, LLC
1100 Abernathy Rd. NE
Atlanta, Georgia 30328

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: DeKalb
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Fulton
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ~~ATTORNEYS~~ (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)
Pro Se, Tinika S. Warren
260 Northern Ave, Box C14
Avondale Estates, Ga 30002

ATTORNEYS (IF KNOWN) Registered Agent
Lisa Stockard
1550 Peachtree Street, NW
Atlanta, Georgia 30309
County (Fulton)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 U.S. GOVERNMENT PLAINTIFF
[ ] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
[X] 2 U.S. GOVERNMENT DEFENDANT
[ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] | [X] | | [ ]4 | [ ]4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | | [ ]5 | [ ]5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | | [ ]6 | [ ]6 | FOREIGN NATION |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 ORIGINAL PROCEEDING
[ ] 2 REMOVED FROM STATE COURT
[ ] 3 REMANDED FROM APPELLATE COURT
[ ] 4 REINSTATED OR REOPENED
[ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
[ ] 6 MULTIDISTRICT LITIGATION
[ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

**V. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Data Breach, The Fair Credit Report Act (FCRA), 15 U.S.C. § 1681
Gramm-Leach Bliley (GLB) Act and Federal Trade Commission rules
Please see "Notice of Data Breach" Letter, Attached to this doc.
Civil Suit Amount: $250,000.00

(IF COMPLEX, CHECK REASON BELOW)

[X] 1. Unusually large number of parties.
[X] 2. Unusually large number of claims or defenses.
[ ] 3. Factual issues are exceptionally complex
[X] 4. Greater than normal volume of evidence.
[ ] 5. Extended discovery period is needed.
[ ] 6. Problems locating or preserving evidence
[ ] 7. Pending parallel investigations or actions by government.
[X] 8. Multiple use of experts. Televised, DOJ, FTC
[ ] 9. Need for discovery outside United States boundaries.
[ ] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT $ _____ APPLYING IFP _____ MAG. JUDGE (IFP) _____
JUDGE _____ MAG. JUDGE _____ (Referral) NATURE OF SUIT _____ CAUSE OF ACTION _____

MLB    JSA    480    15:1681