BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>**EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>This Document Relates to:<br>*Ward, et al. v. Equifax, Inc., et al.*,<br>D. Maryland, Civil Action No. 1:17-cv-03246 | **MDL Docket No. 2800** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2018, I served a copy of the foregoing Objection to and Motion to Amend Proposed Case Management Order No. 5 (Doc. 393), via this Court's CM/ECF system to counsel of record for all parties.

                                                Respectfully submitted,

                                                _____/s/_____
Michael Paul Smith, Esq. #23685
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
*Counsel for Plaintiff and Class Members*
*Case No. 1:17-cv-030246-RDB*