IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |
| CRAVEN RANDALL CASPER,<br>   Plaintiff,<br>      v.<br><br>EQUIFAX, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:18-CV-1511-TWT |

### SUGGESTION OF REMAND

This is a pro se action under the Fair Credit Reporting Act. It was initially filed in state court in Orange County, North Carolina. It was removed by the Defendant to the United States District Court for the Middle District of North Carolina. The Defendant filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation in the Equifax Data Breach MDL. On January 12, 2018, the MDL Panel issued a Conditional Transfer Order transferring the action to this Court. The Plaintiff opposed transfer of the case into the Equifax Data Breach MDL. The Complaint consists primarily of 35 pages of complaints about the Plaintiff's credit report. There are occasional

references to the data breach. However, these are merely incidental to the claims under the Fair Credit Reporting Act. It does not appear to me that there are sufficient common questions of fact that inclusion of this case in the Equifax MDL will promote the just and efficient conduct of this action or the MDL. The fact that the pro se Plaintiff will not have access to the Court's electronic docket will make management of the case difficult. A related case, Casper v. Equifax, 1:18-cv-00202-TWT, has already been transferred by the MDL Panel back to the Middle District of North Carolina after a Conditional Transfer Order had been entered. Therefore, I suggest to the Panel that it remand this action to the United States District Court for the Middle District of North Carolina.

    SO ORDERED, this 31 day of May, 2018.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge