# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## ORDER GRANTING EXTENSION OF TIME

This Court has considered Plaintiff City of Chicago and Defendant Equifax Inc.'s Joint Motion for Extension of Briefing Schedule for City of Chicago's Motion to Establish a Separate Track. The Motion is GRANTED. Equifax's deadline to respond to the City's Motion is extended through and including June 12, 2018, and the City's deadline to file a reply is extended through and including June 29, 2018.

SO ORDERED, this 5th day of June, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE