## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL DOCKET NO. 2800<br>1:17-MD-2800-TWT<br><br>Civil Action No.<br>1:17-cv-03483-TWT<br><br>Civil Action No.<br>1:17-cv-05109-TWT<br><br>Civil Action No.<br>1:17-cv-05301-TWT<br><br>**SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Sam E. Khoroosi withdraws as counsel for Plaintiffs Summit Credit Union, Washington Gas Light Federal Credit Union, State Employees Federal Credit Union, and Wisconsin Credit Union League.

Plaintiffs will continue to be represented by James A. Kitces, Stacey P. Slaughter, William H. Stanhope, , Susan S. Brown, and Michael F. Ram of Robins Kaplan LLP, and Mary C. Turke and Sam J. Strauss of Turke &Strauss LLP.

DATED:  June 6, 2018	**ROBINS KAPLAN LLP**

By:  /s/ Sam E. Khoroosi
    Sam E. Khoroosi (MN # 0397190)
    Stacey P. Slaughter (MN #0296971)
    William H. Stanhope (GA #675025)
    James A. Kitces (GA#424420)

800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
612.349.8500

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
T: 612 349 8500
F: 612 339 4181

sslaughter@robinskaplan.com
wstanhope@robinskaplan.com
jkitces@robinskaplan.com

Susan Brown
Michael Ram
2440 West El Camino Real
Suite 100
Mountain View, CA 94040
T: 650.784.4007
sbrown@robinskaplan.com
mram@robinskaplan.com

**Turke & Strauss LLP**
Mary C. Turke
Samuel J. Strauss
613 Williamson Street, Suite 201
Madison, WI 53703
T: 608 237 1775

F: 608 509 4423
mary@turkestrauss.com
sam@turkestrauss.com

**ATTORNEYS FOR PLAINTIFF
IN RE: EQUIFAX, INC. CUSTOMER
DATA SECURITY BREACH
LITIGATION**

89029780.1