IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No.: 2800<br>Case No.: 1:17-md-2800 TWT<br><br>WAW Case: 2:17-01363 |

### NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE that pursuant to LR 83.1(D)(3), the undersigned will withdraw as Catherine J. Fleming with Stritmatter Kessler Whelan Koehler Moore and continue to represent Plaintiffs under Catherine J. Fleming with Fleming Law Firm, PLLC, effective May 15, 2018.

DATED: June 6, 2018.

FLEMING LAW FIRM, PLLC

_____
Catherine J. Fleming (WSBA #40664)
936 North 34th Street, Suite 300A
Seattle, WA 98103
(206) 453-2558
CF@CFleminglaw.com

NOTICE OF FIRM NAME CHANGE - 1

FLEMING LAW FIRM, PLLC
936 North 34th Street, Suite 300A
Seattle, WA 98103
206-453-2558

## CERTIFICATION

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Northern District of Georgia – Document Filing System (CM/ECF)

DATED: June 6, 2018.

                                              s/    *Jeanne Laird*
                                              Jeanne Laird, Paralegal