IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |
| This Document Relates to:<br>Ward, et al. v. Equifax, Inc., et al.,<br>D. Maryland, Civil Action No.<br>1:17-cv-03246 | |

**ORDER**

This is an MDL proceeding involving the Equifax customer data security breach. It is before the Court on the Plaintiffs' Motion to Amend Proposed Case Management Order [Doc. 400] which is DENIED.

SO ORDERED, this 11 day of June, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\In re Equifax\amend.wpd