# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT |
| THIS DOCUMENT RELATES TO: | Chief Judge Thomas W. Thrash, Jr. |
| ALL FINANCIAL INSTITUTION ACTIONS | |

## ACKNOWLEDGMENT OF SERVICE

I am counsel for Defendant Equifax Information Services LLC in the above-captioned matter. I hereby acknowledge that I have received a copy of the Financial Institution Plaintiffs' Consolidated Amended Complaint and the Summons and that I have authorization to accept service on behalf of my client in this matter.

Equifax Information Services LLC hereby waives formal process, but does not waive further notice, or its right to raise any defenses they may have in this action. Further, my client acknowledges that the time to respond to the Complaint is extended to July 16, 2018 pursuant to Case Management Order 3, issued on March 23, 2018, at ECF No. 248.

Should further notice be required for any reason, the notice should be mailed to me at the address below.

DATED: June 14, 2017                              **KING & SPALDING LLP**

                                                  _____
                                                  David L. Balser
                                                  Georgia Bar No. 035835
                                                  Phyllis B. Sumner
                                                  Georgia Bar No. 692165
                                                  S. Stewart Haskins II
                                                  Georgia Bar No. 336104
                                                  Elizabeth D. Adler
                                                  Georgia Bar No. 558185
                                                  John C. Toro
                                                  Georgia Bar No. 175145
                                                  1180 Peachtree Street, N.E.
                                                  Atlanta, Georgia 30309
                                                  Tel.: (404) 572-4600
                                                  Fax: (404) 572-5140
                                                  dbalser@ksJaw .com
                                                  psumner@,ksJaw .com
                                                  shaskins@,kslaw .com
                                                  eadler@kslaw .com
                                                  jtoro@kslaw

                                                  *Counsel for Equifax Information Services LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this  15th  day of June, 2018, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

>   */s Joseph P. Guglielmo*
>   Joseph P. Guglielmo
>   **SCOTT+SCOTT**
>   **ATTORNEYS AT LAW LLP**
>   230 Park Avenue, 17th Floor
>   New York, NY 10169
>   Tel.:   212-223-6444
>   Fax:   212-223-6334
>   jguglielmo@scott-scott.com