# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT<br><br>CONSUMER CASES |

### [PROPOSED] ORDER REGARDING PAGE LIMITS

This case is before the Court on the Joint Motion Regarding Page Limits (the "Motion"), filed by Defendants and Plaintiffs in the Consumer Cases. For good cause shown, the Motion is **GRANTED**. Defendants may file a memorandum of law in support of their forthcoming motion to dismiss the Consolidated Consumer Class Action Complaint (Dkt. No. 374) not to exceed 70 pages. Plaintiffs may file a memorandum in opposition to that motion not to exceed 70 pages. And Defendants may file a reply memorandum not to exceed 35 pages.

SO ORDERED this_____day of June, 2018.

_____
Thomas W. Thrash, Jr.
United States District Judge