# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc., Customer Data Security Breach Litigation,<br><br>(This Document Applies to All Case) | MDL No. 2800 |

## NOTICE OF VOLUNTARY DISMISSAL OF VICTORIA STRUTZ AS A NAMED PLAINTIFF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Victoria Strutz voluntarily dismisses her claims without prejudice. Such voluntary dismissal will not delay the litigation. Ms. Strutz reserves her rights as a member of any class that may be certified in this action.

RESPECTFULLY SUBMITTED this 20th day of June, 2018.

                KELLER ROHRBACK L.L.P.

                By:   /s/ Cari C. Laufenberg

                Lynn Lincoln Sarko, *pro hac vice*
                Derek W. Loeser, *pro hac vice*
                Gretchen Freeman Cappio, *pro hac vice*
                Cari Campen Laufenberg, *pro hac vice*
                KELLER ROHRBACK L.L.P.
                1201 Third Avenue, Suite 3200

Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Matthew J. Preusch, *pro hac vice*
KELLER ROHRBACK L.L.P.
mpreusch@kellerrohrback.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorneys for Plaintiffs Tom W. Hannon, Gary Martinez, Christopher P. Dunleavy, Dori M. Mashburn, Elizabeth Dorssom, John Corona, Julia A. Williams, Katherine Edwards, Steven B. Stein, Victoria Lynn Strutz, Phillip Williams, and Jennifer Saavedra*