**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br><br>Case No. 17-MD-2800<br><br>**TRACK UNASSIGNED**<br>*City of Chicago v. Equifax, Inc.*<br>Member Case No. 18-CV-01470 |

**CLARIFICATION FILED BY PLAINTIFF CITY OF CHICAGO
REGARDING ITS MOTION TO ESTABLISH A SEPARATE TRACK
FOR GOVERNMENTAL ENFORCEMENT ACTIONS**

Plaintiff City of Chicago ("Chicago"), by its Corporation Counsel, Edward N. Siskel, respectfully submits this clarification regarding its previously-filed Motion to establish a separate track for governmental enforcement actions.

On May 22, 2018, Chicago filed its Motion to Establish a Separate Track for Governmental Entities. On June 12, 2018, Chicago received an ECF notification that Consumer Plaintiffs filed a response in opposition to Chicago's Motion (Dkt. No. 410). Chicago did not, and has not, received any ECF notification that Defendant Equifax filed a response in opposition to Chicago's Motion.

On June 26, 2018, counsel for Equifax spoke with undersigned counsel indicating that Equifax did in fact file a response on June 12, 2018 (Dkt. No. 411). Undersigned counsel as well as co-counsel John Hendricks both confirmed that

1

neither received an ECF notification or other means of service of Equifax's response to Chicago's Motion. At around 3pm CDT on June 26, 2018, counsel for Equifax forwarded their response to counsel for Chicago.

This filing is to notify the Court that Chicago will be replying to Equifax's response and will file said reply by June 29, 2018, as previously ordered by this Court.

Date: June 26, 2018                    Sincerely,

                                        */s/ Christie L. Starzec*
                                        Christie L. Starzec, Assistant Corporation Counsel
                                        Constitutional and Commercial Litigation Division
                                        City of Chicago Department of Law
                                        30 N LaSalle St., Suite 1230
                                        Chicago, Illinois 60602
                                        Phone: (312) 744-7864
                                        Email: Christie.Starzec@cityofchicago.org

                                        *Counsel for Plaintiff City of Chicago*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 26, 2018, a copy of the foregoing document was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the filing to all counsel of record.

/s/ Christie L. Starzec
Christie L. Starzec
