# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>**This document relates to:**<br>**CONSUMER CASES** |

## MOTION TO DISMISS CONSOLIDATED
## CONSUMER CLASS ACTION COMPLAINT

Under Rule 12(b) of the Federal Rules of Civil Procedure, Equifax moves to dismiss the Consolidated Consumer Class Action Complaint for the reasons set out in the accompanying memorandum of law.

DATED: June 27, 2018                     Respectfully Submitted,

                                         */s/ David L. Balser*
                                         **KING & SPALDING LLP**
                                         David L. Balser
                                           Georgia Bar No. 035835
                                         Phyllis B. Sumner
                                           Georgia Bar No. 692165
                                         S. Stewart Haskins II
                                           Georgia Bar No. 336104
                                         Elizabeth D. Adler
                                           Georgia Bar No. 558185
                                         John C. Toro
                                           Georgia Bar No. 175145
                                         1180 Peachtree Street, N.E.

Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 27th day of June, 2018.


                                          */s/ David L. Balser*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David L. Balser*
David L. Balser