# Exhibit 1

**CHART SUMMARIZING PURPORTED INJURIES ALLEGED BY PLAINTIFFS IN CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT ("CCC")**

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Davis, Germany | AL | X | X | | | | X | X | |
| 14 | Rajput, Sanjay | AL | X | X | X | | | X | X | |
| 15 | Bishop, Michael Aaron | AK | X | X | X | | | X | X | |
| 16 | Hannon, Thomas W. | AZ | X | X | X | | | | | |
| 17 | Sanchez, Benjamin | AZ | X | X | | | X | | | |
| 18 | Sands, David | AZ | X | X | | | | X | X | |
| 19 | Whittington II, Richard | AR | X | | | | | X | X | |
| 20 | King, Brenda | AR | X | | | | | | | |
| 21 | Cho, Grace | CA | X | X | | | X | | | X |
| 22 | Sharpe, Miche | CA | X | X | X | | X | | | |
| 23 | Galpern, Andrew | CA | X | X | X | | | | | |
| 24 | Turner, Nathan Alan | CA | X | X | X | | | | | |
| 25 | Browning, Nancy Rae | CO | X | X | | | X | | | |
| 26 | Kleveno, Jr., Alvin Alfred | CO | X | X | | X | | | X | |

1

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Tafas, Cheryl Ann | CT | X | X | X | | | | | |
| 28 | Ferrell, Janelle | DE | X | X | | | | | | |
| 29 | Santomauro, Rodd | DC | X | X | X | | | | | |
| 30 | Holly, Kathleen | DC | X | X | X | | | X | X | |
| 31 | Podalsky, Gregg | FL | X | X | X | | | | | |
| 32 | Tweeddale, Jennifer J. | FL | X | X | X | | X | | | |
| 33 | Martucci, Maria | FL | X | X | X | X | | | X | |
| 34 | Paulo, Wanda | GA | X | X | X | | | | | |
| 35 | O'Dell, Justin | GA | X | X | X | | | | | |
| 36 | Chase, Michael | GA | X | X | X | | | | | |
| 37 | Simmons II, John | GA | X | X | | | X | | | |
| 38 | Patterson, Sylvia | GA | X | X | X | | X | | | |
| 39 | Pascal, Bruce | HI | X | | | | | | | |
| 40 | Lemmons, Brett D. | ID | X | X | X | | X | | | |
| 41 | Hitchcock, Eva | IL | X | X | X | | | | | |

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Strychalski, Kim | IL | X | X | X | | | | | |
| 43 | Sharp, James David | IN | X | X | | | | | | |
| 44 | Frazier, Larry | IN | X | X | | | X | | | |
| 45 | Greenwood, Thomas E. | IA | X | | | | | | | |
| 46 | Smith, Amie Louise | KS | X | X | X | | X | | | |
| 47 | Carr, Mark | KS | X | X | | | | | | |
| 48 | Helton, Bob | KY | X | X | X | | X | | | |
| 49 | Benson, Robert | KY | X | X | X | | | | | |
| 50 | Acklin-Davis, Cheyra | LA | X | X | | | X[1] | | | |
| 51 | Guess, Jasmine | LA | X | X | X | | X | | | |
| 52 | Archambault, Michele Renee | ME | X | X | | | | | | |
| 53 | Napier, Barry | ME | X | X | | | | | | |
| 54 | Henry, Cathy Louise | MD | X | X | X | | X | | | |

---

[1] Ms. Acklin-Davis alleges that her auto insurance premiums were increased as a result of identity theft she experienced. CCC ¶ 50.

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | McGonnigal, James | MD | X | X | X | | X | | | |
| 56 | Knowles, Emily | MA | X | X | X | | | | | |
| 57 | Perkins, Dallas | MA | X | X | X | | X | | | |
| 58 | Bakko, Justin | MI | X | X | X | | | | | |
| 59 | Cherney, Jack | MI | X | X | X | | | | | |
| 60 | Etten, Robert J. | MN | X | X | | X | X | X | X | |
| 61 | Harris, Jennifer Ann | MN | X | X | X | | | | | |
| 62 | Hepburn, Alexander | MN | X | X | | | X | X | X | |
| 63 | Packwood, Joseph | MS | X | X | | | X[2] | | | |
| 64 | Goza, Terry | MS | X | X | X | | | | | |
| 65 | Ferrel, Kayla | MO | X | X | | | | | | |
| 66 | Hawkins, Tabitha Thomas | MO | X | X | | | | X | X | |
| 67 | Bologna, Sabina | MT | X | X | | | X | | | |

---

[2] Mr. Packwood alleges that money was fraudulently withdrawn from his back accounts as a result of identity theft he experienced. CCC ¶ 63.

4

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Henkel, Margaret M. | MT | X | X | X | | | | | |
| 69 | Kier, Aloha | NE | X | X | | | X | | | |
| 70 | Schifano, Maria | NV | X | X | X | | | X | X | |
| 71 | Parrow, Clara | NV | X | X | | | X | | | |
| 72 | Heath, Todd | NH | X | X | X | | | | | |
| 73 | Dunleavy, Christopher P. | NJ | X | X | | | | X | X | |
| 74 | Getz, Michael | NJ | X | | | | | X | X | |
| 75 | Armstrong, Dean Edward | NM | X | X | X | | X | | | |
| 76 | Schneider, Thomas Patrick | NY | X | X | X | | X | | | |
| 77 | Tobias, Gerry | NY | X | X | | | X | | | |
| 78 | Grossberg, Josh | NY | X | X | X | | X | | | |
| 79 | Gay, James | NC | X | X | | | X | | | |
| 80 | Crowell, Thomas Edward | ND | X | X | | | | | | |
| 81 | Kacur, David L. | OH | X | X | X | | | | | |
| 82 | Parks, Richard Dale | OK | X | X | X | | | | | |

5

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 83 | Angelechio, Donald | OR | X | X | | | X | | | |
| 84 | Carr, Natasha | OR | X | X | X | | X | | | |
| 85 | Mirarchi, Anthony | PA | X | X | | | | X | X | |
| 86 | Klotzbaugh, Joanna | PA | X | X | X | | X | | | |
| 87 | Lipner, Leah | PA | X | X | X | | | | | |
| 88 | Adams, Christy | PA | X | X | | | | X | X | |
| 89 | Plante, Stephen | RI | X | | | | X | | | |
| 90 | Pagliarulo, John J. | RI | X | X | | | | | | |
| 91 | Hornblas, Michael Louis | SC | X | X | | | X | X | X | |
| 92 | Jacobs, Gregory | SC | X | X | | | X | | | |
| 93 | Swiftbird, Pete | SD | X | X | X | | | | | |
| 94 | Strausser, Jonathan | TN | X | X | | | X | | | |
| 95 | May, Delitha J. | TX | X | X | X | | X | | | |
| 96 | Clemente, Ricardo A. | TX | X | X | | | X | X | X | |
| 97 | Hammond, John R. | TX | X | X | X | | | | | |

6

| CCC ¶ | Named Plaintiff | State | Compromised PII and Risk of Future Harm (Mem., §§ I.B.1.a & I.B.1.b) | Time and Effort (Mem., § I.B.1.c) | Post-Breach Mitigation Expenses (Mem., § I.B.1.c) | Payment Card Fraud (Mem., § I.B.1.d) | Identity Theft (Mem., § I.B.2) | Pre-Breach Payments for Credit Monitoring or Similar Services (Mem., § II.A) | Breach of Contract (Mem., § II.A) | Failure To Disclose Data Breach On Consumer Disclosure (Mem., § II.B) |
|---|---|---|---|---|---|---|---|---|---|---|
| 98 | Solorio, Anna | UT | X | X | | | | | | |
| 99 | Elliot, Abby Lee | UT | X | X | X | | | | | |
| 100 | Bielecki, David | VT | X | | | | | | | |
| 101 | Craney, Bridgette | VA | X | X | | | X | | | |
| 102 | Harvey, Kismet | WA | X | X | X | | X | | | |
| 103 | Van Fleet, Katie | WA | X | X | X | | X | | | |
| 104 | Campbell, Francine | WA | X | X | X | | | | | |
| 105 | Lee, Debra | WV | X | X | X | | | | | X |
| 106 | Olson, Kyle | WI | X | X | X | | | | | |
| 107 | Anderson, Robert | WI | X | X | X | | | | | |
| 108 | Orchard III, Mel C. | WY | X | X | | | | | | |