# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTION CASES |

## JOINT MOTION REGARDING PAGE LIMITS

Defendants Equifax Inc. and Equifax Information Services LLC (collectively, "Defendants"), and Plaintiffs in the Financial Institution Cases jointly move the Court to extend the page limits for memoranda of law relating to Equifax's forthcoming motion to dismiss the Financial Institution Plaintiffs' Consolidated Amended Complaint ("CAC"). Dkt. No. 390. In particular, Defendants request 70 pages for their memorandum of law in support of their motion to dismiss; Plaintiffs request 70 pages for their opposition to that motion; and Defendants request 35 pages for their reply. In support of this motion, the parties state as follows:

1.  The CAC is 333 pages long and asserts 25 claims against Defendants on behalf of 71 individual named plaintiffs. Plaintiffs purport to bring

1

these claims on behalf of a putative nationwide class and numerous putative subclasses.  Dkt. No. 390, ¶¶ 280-612.

2. Under this Court's Local Rules, a defendant is permitted 25 pages for a memorandum of law in support of a motion to dismiss; a plaintiff is permitted 25 pages for an opposition to a motion to dismiss, and a defendant is permitted 15 pages for a supporting reply.  LR 7.1(D).

3. Given the length of the complaint, the large number of named Plaintiffs and claims at issue, and the complexity of the issues raised by them, Defendants require additional pages to fully and adequately address the claims asserted in the CAC.

4. Plaintiffs and Defendants have conferred and agreed to jointly request that the page limits that would otherwise apply to the briefing on Equifax's motion to dismiss the CAC be extended as follows:

    i. 70 pages for Defendants' memorandum of law in support of its motion to dismiss the CAC;

    ii. 70 pages for the Plaintiffs' memorandum in opposition; and

    iii. 35 pages for Defendants' reply memorandum.

THEREFORE, the parties respectfully request that the Court grant this Joint Motion Regarding Page Limits and extend the parties' page limits accordingly.  A

proposed Order is attached as **Exhibit A**.

Respectfully submitted this 11th day of July, 2018.

*/s/ S. Stewart Haskins III*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Defendant Equifax Inc.*

*and*

*/s/ Joseph P. Guglielmo w/ permission*
Joseph P. Guglielmo
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
230 Park Avenue
17th Floor
New York, NY 10169

Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
Fax: 412-231-0246
glynch@carsonlynch.com

*Co-Lead Counsel for the Financial Institution Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
