# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>As it Relates to:<br>*Grant Avise v. Equifax, Inc.,* Case No. 8:17-cv-01563 (C.D. Cal.) | MDL No. 2800 |

## NOTICE OF VOLUNTARY DISMISSAL OF GRANT AVISE AS A NAMED PLAINTIFF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Grant Avise voluntarily dismisses his claims without prejudice. Such voluntary dismissal will not delay this litigation. Mr. Avise reserves his rights as a member of any class that may be certified in this action.

RESPECTFULLY SUBMITTED this 11th day of July 2018.

By: */s/ Daniel S. Robinson*
Daniel S. Robinson
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: (949) 720-1288
Fax: (949) 720-1292

*Counsel for Plaintiff Grant Avise*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2018, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: July 11, 2018                        */s/ Daniel S. Robinson*
                                             Daniel S. Robinson