# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>FINANCIAL INSTITUTIONS | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

## MOTION TO DISMISS FINANCIAL INSTITUTION PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Equifax moves to dismiss the Financial Institution Plaintiffs' Consolidated Amended Complaint for the reasons set out in the accompanying memorandum of law.

DATED:  July 16, 2018                                Respectfully Submitted,

                                                  */s/ David L. Balser*
                                                  **KING & SPALDING LLP**
                                                  David L. Balser
                                                      Georgia Bar No. 035835
                                                  Phyllis B. Sumner
                                                      Georgia Bar No. 692165
                                                  S. Stewart Haskins II
                                                      Georgia Bar No. 336104
                                                  Elizabeth D. Adler
                                                      Georgia Bar No. 558185

John C. Toro
 Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

> */s/ David L. Balser*
> David L. Balser