UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION
    Potente v. Equifax Info. Services, LLC,    )
        D. New Jersey, C.A. No. 2:18-10489    )        MDL No. 2800

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Potente*) on June 27, 2018. A copy of the order was mailed to the *pro se* plaintiff via U.S. Mail on that date. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Potente* was lifted on July 6, 2018, and the action was transferred to the Northern District of Georgia.

    Subsequently, on July 16, 2018, the Panel received a notice of opposition from the pro se plaintiff in *Potente*. Plaintiff's pleading is postmarked June 30, 2018. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

    IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-22" filed on June 27, 2018, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of the date of this order.

                                             FOR THE PANEL:

                                             Jeffery N. Lüthi
                                             Clerk of the Panel