AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. – Atlanta
JUL 23 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| Carson Block | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-05341-TWT |
| Equifax Inc., et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carson Block

Date:   07/19/2018

*Attorney's signature*

Scott Lesowitz (California Bar No. 261759)
*Printed name and bar number*

Syverson, Lesowitz & Gebelin LLP
8383 Wilshire Boulevard, Suite 520
Beverly Hills, California 90211

*Address*

scott@syversonlaw.com
*E-mail address*

(310) 341-3076
*Telephone number*

(310) 341-3070
*FAX number*