**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES<br>(Small Business Claims) |
|---|---|

**JOINT MOTION REGARDING PAGE LIMITS**

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax"), and Plaintiffs pursuing the Small Business Claims in the Consumer Track, jointly move the Court to extend the page limits for memoranda of law relating to Equifax's forthcoming motion to dismiss the Consolidated Class Action Complaint For Small Business Claims ("Complaint"). Dkt. No. 375. Equifax requests 50 pages for its memorandum of law in support of its motion to dismiss; Plaintiffs request 50 pages for their opposition to that motion; and Equifax requests 25 pages for its reply. In support of this motion, the parties state as follows:

1. The Complaint is 117 pages long and asserts five causes of action on behalf of ten Plaintiffs. Plaintiffs purport to bring claims on behalf of a

putative nationwide class and numerous putative subclasses. *See* Dkt. No. 375, ¶¶ 212-273.

2. Under this Court's Local Rules, a defendant is permitted 25 pages for a memorandum of law in support of a motion to dismiss; a plaintiff is permitted 25 pages for an opposition to a motion to dismiss; and a defendant is permitted 15 pages for a supporting reply. LR 7.1D.

3. Given the length of the Complaint, the number of named Plaintiffs, and the complexity of the issues and allegations raised, Equifax requires additional pages to fully and adequately address the claims asserted in the Complaint.

4. Accordingly, Plaintiffs and Equifax have conferred and agreed to jointly request that the page limits that would otherwise apply to the briefing on Equifax's motion to dismiss the Complaint be extended as follows:

i. 50 pages for Equifax's memorandum of law in support of its motion to dismiss the Complaint;

ii. 50 pages for Plaintiffs' memorandum in opposition; and

iii. 25 pages for Equifax's reply memorandum.

THEREFORE, the parties respectfully request that the Court grant this Joint Motion Regarding Page Limits and extend the parties' page limits accordingly. A proposed Order is filed herewith.

Respectfully submitted this 25th day of July, 2018.

*/s/ S. Stewart Haskins*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Defendants*

*and*

*/s/ Norman E. Siegel (w/ permission)*
Norman E. Siegel
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200

Kansas City, Missouri 64112

Kenneth S. Canfield
**Doffermyre Shields Canfield & Knowles, LLC**
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, Georgia 30309

Amy E. Keller
**DiCello Levitt & Casey LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
**Barnes Law Group, LLC**
31 Atlanta Street
Marietta, Georgia 30060

David J. Worley
**Evangelista Worley LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

Eric H. Gibbs
**Girard Gibbs LLP**

505 14th Street
Suite 1110
Oakland, California 94612

James Pizzirusso
**Hausfeld LLP**
1700 K Street NW Suite 650
Washington, DC 20006

Ariana J. Tadler
**Milberg Tadler Phillips Grossman LLP**
One Penn Plaza
19th Floor
New York, New York 10119

John A. Yanchunis
**Morgan & Morgan Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

William H. Murphy III
**Murphy, Falcon & Murphy**
1 South Street, 23rd Floor
Baltimore, Maryland 21224

Jason R. Doss
**The Doss Firm, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**Griffin & Strong P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, GA, 30303

*Consumer Plaintiffs' State Court Coordinating Counsel*

**CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by LR 5.1B. This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 25th day of July, 2018.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II