# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES<br>(Small Business Claims) |

## ORDER REGARDING PAGE LIMITS

This Court has considered the Joint Motion Regarding Page Limits (the "Motion") filed by Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax"), and Plaintiffs pursuing the Small Business Claims in the Consumer Track.  For good cause shown, the Motion is **GRANTED**.  Equifax may file a memorandum of law in support of its forthcoming motion to dismiss the Consolidated Class Action Complaint For Small Business Claims (Dkt. No. 375) not to exceed 50 pages; Plaintiffs may file a memorandum in opposition to that motion not to exceed 50 pages; and Equifax may file a reply memorandum not to exceed 25 pages.

SO ORDERED this  26th  day of July, 2018.

                                              /s/Thomas W. Thrash
                                              Thomas W. Thrash, Jr.
                                              United States District Judge