UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION
     Cowherd v. Equifax, Inc.,                                )
          S.D. Texas, C.A. No. 4:18-02230         )                    MDL No. 2800

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cowherd*) on July 13, 2018. A copy of the order was mailed to the *pro se* plaintiff via U.S. Mail on that date. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Cowherd* was lifted on July 23, 2018, and the action was transferred to the Northern District of Georgia.

Subsequently, on July 24, 2018, the Panel received a notice of opposition from the pro se plaintiff in *Cowherd*. Plaintiff's pleading was filed in the Southern District of Texas on July 20, 2018. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-23" filed on July 13, 2018, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of the date of this order.

                                        FOR THE PANEL:


                                        _____
                                        Jeffery N. Lüthi
                                        Clerk of the Panel