UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>FINANCIAL INSTITUTION ACTIONS | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE FINANCIAL INSTITUTIONS' CONSOLIDATED AMENDED COMPLAINT**

Plaintiffs in the Financial Institution Actions ("Plaintiffs") and Defendants Equifax Inc. and Equifax Information Services LLC ("Defendants") respectfully submit this Joint Motion for Extension of Briefing Schedule for Defendants' Motion to Dismiss the Financial Institutions' Consolidated Amended Complaint. In support of this motion, the parties state as follows:

1. On March 23, 2018, the Court entered Case Management Order No. 3 (Dkt. No. 248), directing Plaintiffs to file a master consolidated complaint by May 30, 2018, and setting forth a briefing schedule for Defendants' Rule 12(b) motions, with Defendants to file their Rule 12(b) motion on or before July 16, 2018; Plaintiffs to file their opposition on or before August 30, 2018; and Defendants to

1

file a reply on or before October 1, 2018;

 2. On May 30, 2018, Plaintiffs filed their Consolidated Amended Complaint ("CAC") (Dkt. No. 390);

 3. On July 16, 2018, Defendants filed their motion to dismiss the CAC (Dkt No. 435);

 4. In its motion to dismiss, Defendants challenge the sufficiency of Plaintiffs' allegations and raise statutory and constitutional arguments challenging each of the claims Plaintiffs assert;

 5. Given the complexity and number of the issues raised in Defendants' motion to dismiss, the parties respectfully request an extension of time to brief Defendants' motion to dismiss;

 6. Plaintiffs and Defendants have conferred and agreed to jointly request that the briefing on Equifax's motion to dismiss the CAC be extended as follows:

  i. Plaintiffs' opposition to Defendants' motion to dismiss to be filed on or before September 20, 2018; and

  ii. Defendant's reply to be filed on or before November 1, 2018.

THEREFORE, the parties respectfully request that the Court grant this Joint Motion and extend the parties' briefing schedule accordingly. A proposed Order is attached as **Exhibit A**.

Respectfully submitted this 8th day of August, 2018.

>*/s/ Joseph P. Guglielmo*
>Joseph P. Guglielmo
>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
>230 Park Avenue, 17th Floor
>New York, New York 10169
>Tel. 212.223.6444
>jguglielmo@scott-scott.com
>
>Gary F. Lynch
>**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
>1133 Penn Avenue, 5th Floor
>Pittsburgh, Pennsylvania 15222
>Tel. 412.322.9243
>glynch@carsonlynch.com
>
>*Financial Institution Plaintiffs' Co-Lead Counsel*
>
>Craig A. Gillen
>**GILLEN WITHERS & LAKE, LLC**
>3490 Piedmont Road, N.E.
>One Securities Centre, Suite 1050
>Atlanta, Georgia 30305
>Tel. 404.842.9700
>cgillen@gwllawfirm.com
>
>MaryBeth V. Gibson
>**THE FINLEY FIRM, P.C.**
>3535 Piedmont Road
>Building 14, Suite 230
>Atlanta, Georgia 30305
>Tel. 404.320.9979
>mgibson@thefinleyfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@onleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

4

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

*Financial Institution Plaintiffs' Steering Committee*

*-and-*

        */s/ S. Stewart Haskins II (w/ permission)*
        **KING & SPALDING LLP**
        David L. Balser
        Georgia Bar No. 035835
        Phyllis B. Sumner
        Georgia Bar No. 692165
        S. Stewart Haskins II
        Georgia Bar No. 336104
        Elizabeth D. Adler
        Georgia Bar No. 558185
        John C. Toro
        Georgia Bar No. 175145
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Tel.: (404) 572-4600
        Fax: (404) 572-5140
        dbalser@kslaw.com
        psumner@kslaw.com
        shaskins@kslaw.com
        eadler@kslaw.com
        jtoro@kslaw.com

        ***Counsel for Equifax Inc.***

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted this 8th day of August, 2018.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo