# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT |
| This document relates to: FINANCIAL INSTITUTION ACTIONS | Chief Judge Thomas W. Thrash, Jr. |

## ORDER GRANTING JOINT MOTION FOR

## EXTENSION OF BRIEFING SCHEDULE

This case is before the Court on the Joint Motion for Extension of Briefing Schedule for Defendants' Motion to Dismiss the Financial Institutions' Consolidated Amended Complaint (the "Motion"), filed by Defendants and Plaintiffs in the Financial Institution Actions. For good cause shown, the Motion is **GRANTED**. Plaintiffs' opposition to Defendants' motion to dismiss is to be filed on or before September 20, 2018. Defendants' reply is to be filed on or before November 1, 2018.

SO ORDERED, this 9th day of August, 2018.


**/s/Thomas W. Thrash**
Thomas W. Thrash, Jr.
United States District Judge