UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br><br>Case No. 1:17-md-2800<br><br>CONSUMER TRACK<br>*Carson Block v. Equifax, Inc., et al*<br>Member Case No. 1:17-cv-05341 |

**[PROPOSED] ORDER ESTABLISHING A SEPARATE TRACK FOR ACTIONS INVOLVING INDIVIDUAL DEFENDANTS**

Plaintiff Carson Block's motion to establish a separate track came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. The Case Management Orders in this case are hereby modified in the following respects:

Plaintiff Carson Block shall be free to conduct discovery without reference to the number restrictions set forth in Case Management Order No. 4, dated April 4, 2018, specifically those restrictions contained in Section VI thereof (relating to the number of interrogatories permitted); Section VII thereof (relating to the number of requests for admissions permitted); and Section X thereof (relating to the number of depositions permitted).

Block may serve such discovery requests as he deems necessary and appropriate, subject to the Federal Rules of Civil Procedure and the Local Rules of this Court, as applicable, but subject to the time frames, deadlines and cut-off dates set forth in the Corrected Joint Preliminary Report and Discovery Plan, dated April 2, 2018, and other Scheduling Orders and Case Management Orders in this case.

Plaintiff Block may propound discovery (including the taking of depositions) against any individual defendant without the restrictions otherwise imposed by the Order on Appointment of Lead Counsel, dated February 12, 2018, at p.10, otherwise requiring counsel not serving in leadership positions to obtain authorization from Co-Lead Counsel as a condition of conducting such discovery or undertaking such work.

SO ORDERED, this ___th day of _____, 2018.

_____
THOMAS W. THRASH, JR.
United States District Judge