IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>Master Case No. 17-md-2800<br><br>CONSUMER ACTIONS |
| JOSEPH CLARK, MEGHAN CLARK, and RUTH REYES, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>EQUIFAX INC.<br><br>       Defendant. | Member Case No. 17-cv-03497 |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE pursuant to Local Rule 83.1(D)(3) of the following change of firm name and mailing address for attorneys Jon Lambiras and Sherrie Savett of Berger Montague PC, counsel for Plaintiffs Joseph Clark, Meghan Clark, and Ruth Reyes in member case No. 17-cv-03497:

| **Former Information** | **New Information** |
|---|---|
| Berger & Montague, P.C. | Berger Montague PC |
| 1622 Locust Street | 1818 Market Street, Suite 3600 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

1

Also, PLEASE TAKE NOTICE of the following change of firm name for attorney E. Michelle Drake of Berger Montague PC, counsel for the above-referenced plaintiffs in the above-referenced member case:

| **Former Information** | **New Information** |
| --- | --- |
| Berger & Montague, P.C. | Berger Montague PC |
| 43 SE Main Street, Suite 505 | 43 SE Main Street, Suite 505 |
| Minneapolis, MN 55414 | Minneapolis, MN 55414 |

Please note that the telephone numbers, fax numbers, and email addresses remain the same for the above-referenced counsel, who continue to represent the above-referenced plaintiffs in this matter.

Dated:  August 21, 2018                    */s/ Jon Lambiras*
                                           Jon Lambiras
                                           Sherrie Savett
                                           BERGER MONTAGUE PC
                                           1818 Market Street, Suite 3600
                                           Philadelphia, PA 19103
                                           Tel: (215) 875-3000
                                           Fax: (215) 875-4604
                                           jlambiras@bm.net
                                           ssavett@bm.net

## CERTIFICATE OF SERVICE

I, Jon Lambiras, hereby certify that on August 21, 2018, a true and correct copy of the foregoing Notice of Change of Firm Name and Address was served upon all counsel of record via the Court's ECF System.

/s/ Jon Lambiras
Jon Lambiras
