# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 |
| | Case No. 1:17-md-2800-TWT |
| | ALL ACTIONS |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes now Stephen D. Susman, attorney of record for Plaintiffs, Marc LaGasse and Andrea Petrungaro, in this matter, and respectfully requests leave to withdraw under Local Rule 83.1(E).

The undersigned has given his clients due written notice of this intention to withdraw prior to submitting this request to the Court, in the letter mailed to the clients which is attached hereto as Exhibit A. A copy of this motion shall be mailed to the clients at the same addresses.

In accordance therewith, the undersigned certifies Plaintiffs Marc LaGasse and Andrea Petrungaro have been informed:

(a) The United States District Court in the Northern District of Georgia retains jurisdiction of this matter;

(b) Plaintiffs have the burden of keeping the Court informed of the current address for the service of notices, pleadings, or other papers;

(c) Plaintiffs have the obligation to prepare to go forward with their case or to hire other counsel to handle their case;

(d) If Plaintiffs fail or refuse to meet these obligations, they may suffer adverse consequences including the entry of judgment against them;

1

(e)  Plaintiffs must file any objections to this Motion to Withdraw with the Court no later

than fourteen (14) days from the date of filing of this motion.

Wherefore, the undersigned Stephen D. Susman respectfully requests that an Order be

entered permitting him to withdraw as attorney of record for Marc LaGasse and Andrea

Petrungaro, attached hereto as Exhibit B.

Dated:  Houston, Texas
         August 23, 2018

> */s/Stephen D. Susman*
> Stephen D. Susman (admitted *pro hac vice*)
> SUSMAN GODFREY LLP
> 1000 Louisiana, Suite 5100
> Houston, Texas 77002
> Tel.: 713-653-7801
> Fax: 713-654-666
> ssusman@susmangodfrey.com
>
> *Attorney for Plaintiffs,*
> *Marc LaGasse and Andrea Petrungaro*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2018, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of Georgia, on all parties registered for CM/ECF in the above-captioned matter.

<div align="center" style="margin-left:auto;margin-right:0">

*/s/ Stephen D. Susman*
Stephen D. Susman

</div>