# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 |
| | Case No. 1:17-md-2800-TWT |
| | ALL ACTIONS |

## [PROPOSED] ORDER PERMITTING WITHDRAWAL OF ATTORNEY

Counsel for the Plaintiffs having submitted its Motion to Withdraw as attorney of record for Marc LaGasse and Andrea Petrungaro, and it appearing that all requirements of Local Rule 83.1(E) have been satisfied, the Motion is here by granted and Stephen D. Susman is withdrawn as attorney of record.

So ORDERED this _____ day of _____, 2018

THOMAS W. THRASH, JR.
United States District Judge