IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No. 1:17-md-2800-TWT |
| This Document Relates to:<br><br>*Henderson v. Equifax, Inc.*,<br>Case No. 1:17-cv-05377-TWT<br>*Appel et al., v. Equifax, Inc.*,<br>Case No. 1:17-cv-05378-TWT | **MOTION TO WITHDRAW JOSEPH C. BOURNE AS COUNSEL OF RECORD FOR PLAINTIFFS JOSEPH HENDERSON, DAWN APPEL, JODY AND KEVIN BURGSTAHLER, ROBERT ETTEN, JENNIFER HARRIS AND GLENN JASPERS** |

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned counsel for Plaintiffs Joseph Henderson, Dawn Appel, Jody and Kevin Burgstahler, Robert Etten, Jennifer Harris and Glenn Jaspers ("Plaintiffs"), files this motion to withdraw himself as counsel of record for Plaintiffs in the above-captioned actions.

Plaintiffs will continue to be represented by Daniel E. Gustafson, Daniel C. Hedlund, Eric S. Taubel, and Kaitlyn L. Dennis of Gustafson Gluek PLLC and Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel, and the Plaintiffs' Steering Committee. The withdrawal of Joseph C. Bourne as counsel of record will in no way prejudice Plaintiffs in this case.

1

WHEREFORE, counsel hereby requests that the Court grant this motion to withdraw Joseph C. Bourne as counsel of record for Plaintiffs Joseph Henderson, Dawn Appel, Jody and Kevin Burgstahler, Robert Etten, Jennifer Harris and Glenn Jaspers, and for any other relief deemed just.

DATED: September 4, 2018      **PEARSON, SIMON & WARSHAW, LLP**

By:     */s/ Joseph C. Bourne*
        JOSEPH C. BOURNE
Joseph C. Bourne
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 389-0600
Fax: (612) 389-06110
jbourne@pswlaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Eric S. Taube
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 554
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafon@gustafsongluek.com
dhedlund@gustafsongluek.com

etaube@gustafsongluek.com
kdennis@gustafsongluek.com

## CERTIFICATE OF SERVICE

I, Joseph C. Bourne, do hereby certify that on September 4, 2018, a true and complete copy of this **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS JOSEPH HENDERSON, DAWN APPEL, JODY AND KEVIN BURGSTAHLER, ROBERT ETTEN, JENNIFER HARRIS AND GLENN JASPERS** was electronically filed with the Court's CM/ECF system, and was served automatically upon all counsel of record.

DATED: September 4, 2018        By:        */s/ Joseph C. Bourne*
                                                    JOSEPH C. BOURNE