# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In re: Equifax, Inc. Customer Data Security Breach Litigation** | **MDL Docket No. 2800** <br> **Case No.: 1:17-md-2800-TWT** |
| **This Document Relates to:** <br> *Ward, et al. v. Equifax, Inc., et al.*, D. Maryland, Civil Action No. 1:17-cv-03246 | **CONSUMER ACTIONS** |

## RENEWED MOTION TO REMAND FILED BY PLAINTIFFS' CRAIG WARD, MARY AND TODD WARREN, AND TERI WEATHERLY

      For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Plaintiffs, Craig Ward, Mary and Todd Warren, and Teri Weatherly, by and through their undersigned counsel, move pursuant to 28 U.S.C. §1447 (c) for remand of *Ward, et. al., v. Equifax, Inc., et. al.*, D. Maryland, Civil Action No. 1:17-cv-0326, to the Circuit Court for Baltimore County, Maryland.

Dated: September 6, 2018                        Respectfully submitted,

1

2

          /s/ Michael Paul Smith
          Michael Paul Smith, Esq. #23685
          Smith, Gildea & Schmidt, LLC
          600 Washington Avenue, Suite 200
          Towson, MD 21204
          (410) 821-0070 / (410) 821-0071 (fax)
          Email: mpsmith@sgs-law.com
          *Counsel for Plaintiffs and Class Members*