IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re: Equifax, Inc. Customer Data Security Breach Litigation** | **MDL Docket No. 2800**<br>**Case No.: 1:17-md-2800-TWT** |
| **This Document Relates to:**<br>*Ward, et al. v. Equifax, Inc., et al.*, D. Maryland, Civil Action No. 1:17-cv-03246 | **CONSUMER ACTIONS** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2018, I served a copy of the foregoing Renewed Motion to Remand and accompanying Memorandum of Law via this Court's CM/ECF system to counsel of record for all parties.

                                                      Respectfully submitted,

                                                      /s/ Michael Paul Smith
                                                      Michael Paul Smith, Esq. #23685
                                                      Smith, Gildea & Schmidt, LLC
                                                     600 Washington Avenue, Suite 200
                                                     Towson, MD 21204
                                                     (410) 821-0070 / (410) 821-0071 (fax)
                                                     Email: mpsmith@sgs-law.com
                                                     *Counsel for Plaintiffs and Class Members*