IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No. 1:17-md-2800-TWT |
| This Document Relates to:<br><br>*Henderson v. Equifax, Inc.*,<br>Case No. 1:17-cv-05377-TWT<br>*Appel et al., v. Equifax, Inc.*,<br>Case No. 1:17-cv-05378-TWT | **ORDER GRANTING MOTION TO WITHDRAW JOSEPH C. BOURNE AS COUNSEL OF RECORD FOR PLAINTIFFS JOSEPH HENDERSON, DAWN APPEL, JODY AND KEVIN BURGSTAHLER, ROBERT ETTEN, JENNIFER HARRIS AND GLENN JASPERS** |

Pursuant to N.D. Ga. L.R. 83.1(E), and the motion filed to withdraw attorney Joseph C. Bourne as counsel of record for Plaintiffs Joseph Henderson, Dawn Appel, Jody and Kevin Burgstahler, Robert Etten, Jennifer Harris and Glenn Jaspers ("Plaintiffs"), and based upon all files and documents herein, that Motion is hereby **GRANTED**.

Plaintiffs will continue to be represented by Daniel E. Gustafson, Daniel C. Hedlund, Eric S. Taubel, and Kaitlyn L. Dennis of Gustafson Gluek PLLC and Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel, and the Plaintiffs' Steering Committee.

1

**IT IS SO ORDERED** this 6th  day of September, 2018.


 /s/Thomas W. Thrash
Honorable Thomas W. Thrash, Jr.
United States District Court Judge