## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No.: 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

## NOTICE OF CHANGE OF PHONE NUMBER BY ATTORNEY ROSEMARY M. RIVAS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective August 30, 2018, the office phone number for Rosemary M. Rivas of Levi & Korsinsky, LLP, counsel for Plaintiffs Maria Schifano and Bob Helton in the above action, changed.  The new office phone number for Ms. Rivas is: (415) 373-1671.

Dated: September 6, 2018          **LEVI & KORSINSKY, LLP**

                                          By: /s/ *Rosemary M. Rivas*
                                              Rosemary M. Rivas
                                              44 Montgomery Street, Suite 650
                                              San Francisco, CA 94104
                                              Telephone: (415) 373-1671
                                              rrivas@zlk.com

                                              *Counsel for Plaintiffs Maria Schifano and Bob Helton*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 6th day of September, 2018.

*/s/ Rosemary M. Rivas*