AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Chicago

Date:   09/17/2018

_____
*Attorney's signature*

Stephen J. Kane (IL Bar No. 6272490)
*Printed name and bar number*

City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
*Address*

Stephen.Kane@cityofchicago.org
*E-mail address*

(312) 744-6934
*Telephone number*

(312) 744-5185
*FAX number*