# Exhibit A

| Statute | Unfair Practices Prohibited (Ex. A-1) | Deceptive Practices Prohibited (Ex. A-2) |
|---|---|---|
| Georgia Fair Business Practices Act, Ga. Code Ann. §§10-1-390, *et seq.* ("GFBPA") (Count 4) | X | X |
| Arkansas Deceptive Trade Practices Act, Ark. Code §§4-88-101, *et seq.* ("ADTPA") (Count 5) | | X |
| Colorado Consumer Protection Act, Colo. Rev. Stat. §§6-1-101, *et seq.* ("CCPA") (Count 6) | | X |
| Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§42-110a, *et seq.* ("CUTPA") (Count 7) | X | X |
| Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§501.201, *et seq.* ("FDUTPA") (Count 8) | X | X |
| Georgia Uniform Deceptive Trade Practices Act, Ga. Code Ann. §§10-1-370, *et seq.* ("GUDTPA") (Count 9) | | X |
| Illinois Consumer Fraud and Deceptive Business Practices Act, 815 I.L.C.S. §§505/1, *et seq.* ("ICFA") (Count 10) | X | X |
| Louisiana Unfair Trade Practices and Consumer Protection Law, La. Rev. Stat. Ann. §§51:1401, *et seq.*, ("LUTPA") (Count 11) | X | X |
| Massachusetts Consumer Protection Act, Mass. Gen. Laws Ann. Ch. 93A, §§1, *et seq.* ("Chapter 93A") (Count 12) | X | X |
| Minnesota Consumer Fraud Act, Minn. Stat. §§325F.68 & 8.31, *et seq.* ("MCFA") (Count 13) | | X |
| Minnesota Uniform Deceptive Trade Practices Act, Minn. Stat. §§325D.43, *et seq.* ("MUDTPA") (Count 14) | | X |
| Nebraska Consumer Protection Act, Neb. Rev. Stat. §§59-1601, *et seq.* ("NCPA") (Count 16) | X | X |
| Nebraska Uniform Deceptive Trade Practices Act, Neb. Rev. Stat. §§87-301, *et seq.* ("NUDTPA") (Count 17) | | X |
| New Mexico Unfair Trade Practices Act, N.M. Stat. Ann. §§57-12-2, *et seq.* ("NMUTPA") (Count 18) | | X |
| New York General Business Law, N.Y. GBL §349 (Count 19) | | X |
| North Carolina Unfair and Deceptive Trade Practices, N.C. Gen. Stat. Ann. §§75-1.1, *et seq.* ("NCUDTPA") (Count 20) | X | X |

| | | |
|---|---|---|
| Ohio Deceptive Trade Practices Act, Ohio Rev. Code Ann. §§4165.01, *et seq.* ("Ohio DTPA") (Count 21) | | X |
| Oklahoma Consumer Protection Act, Okla. Stat. 15 §751, *et seq.* ("OCPA") (Count 22) | X | X |
| Oklahoma Deceptive Trade Practices Act, Okla Stat. §§78-51, *et seq.* ("Okla. DTPA") (Count 23) | | X |
| Tennessee Consumer Protection Act, Tenn. Code Ann. §§47-18-101, *et seq.*, ("TCPA") (Count 24) | X | X |