# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER CASES |

## AMENDED LIST OF AFFILIATED COMPANIES AND COUNSEL AND CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT APPLICABLE TO THE CONSUMER CASES

In Case Management Order No. 1, the parties were directed to file a list of affiliated companies and counsel to assist the Court in identifying any problems of recusal or disqualification. [Doc. 23 at 4] The parties complied with the Court's directive on January 8, 2018, and, in so doing, listed the parties in the cases then pending in this proceeding and the hundreds of lawyers who entered an appearance in any of the cases. Since that time, the Court has appointed leadership for the plaintiffs in both the consumer and financial institution tracks, consolidated amended complaints in each track have been filed, certain individual small business plaintiffs stipulated to their dismissal, and a large number of the lawyers who were included on the initial list of counsel presented to the Court are no longer active in the litigation and thus are unlikely to have any interest in its outcome.

Under Local Rule 3.3, which governs the filing of certificates of interested persons, attorneys have a continuing duty to keep the Court notified of those who have a potential interest in the outcome of this litigation, including additions and deletions from those previously identified. In light of this duty, counsel for plaintiffs in the consumer track have decided to file this Certificate of Interested Persons and Corporate Disclosure Statement for the purpose of replacing and updating the list of affiliated companies and counsel filed in response to Case Management Order No. 1.

Item No. 1 on the Certificate identifies all those who are named as parties in the two amended consolidated complaints filed in the consumer track. Item No. 2 on the Certificate identifies the lawyers and law firms who Co-Lead Counsel believe currently may have a financial or other interest in the outcome of the consumer track. The list of lawyers and law firms excludes those who were not selected for leadership; do not represent any of the parties named in the consolidated amended complaints; and/or have not been directed by Co-Lead Counsel to perform any work; and thus have no reasonable expectation to share in any potential fee. Item No. 3 on the Certificate identifies all lawyers who have entered an appearance in any case included in the consumer track. Consistent with

the foregoing, the terms "the action," "this particular case," and "this proceeding" in the Certificate refer to the consumer track of this litigation.

## CERTIFICATE

**(1)** The undersigned counsel of record for a party to this action certifies that the attached Exhibit A is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.

**(2)** The undersigned further certifies that the attached Exhibit B is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3)** The undersigned further certifies that the attached Exhibit C is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Respectfully submitted this 20th day of September 2018.

/s/ Amy E. Keller
Amy E. Keller
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

Kenneth S. Canfield
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, Georgia 30309

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060

David J. Worley
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, DC 20006

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224

Jason R. Doss
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, GA, 30303

*Consumer Plaintiffs' State Court*
*Coordinating Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

*/s/ Amy E. Keller*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2018, copy of the **Certificate of Interested Persons** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record.

/s/ Amy E. Keller