# EXHIBIT A

Exhibit A

| Name | State | Claimant Type |
|---|---|---|
| Acklin-Davis, Cheyra | Louisiana | Individual |
| Adams, Christy | Pennsylvania | Individual |
| Anderson, Robert | Wisconsin | Individual |
| Angelechio, Donald | Oregon | Individual |
| Archambault, Michele Renee | Maine | Individual |
| Armstrong, Dean Edward | New Mexico | Individual |
| Bakko, Justin | Michigan | Individual |
| Benson, Robert | Kentucky | Individual |
| Bielecki, David | Vermont | Individual |
| Bishop, Michael Aaron | Alaska | Individual |
| Bologna, Sabina | Montana | Individual |
| Browning, Nancy Rae | Colorado | Individual |
| Campbell, Francine | Washington | Individual |
| Carr, Mark | Kansas | Individual |
| Carr, Natasha | Oregon | Individual |
| Champs Sports Bar & Grill Co., d/b/a TJ's on the Avenue | Ohio | Small Business |
| Chase, Michael | Georgia | Individual |
| Cherney, Jack | Michigan | Individual |
| Cho, Grace | California | Individual |
| Clemente, Ricardo A. | Texas | Individual |
| Craney, Bridgette | Virginia | Individual |
| Crowell, Thomas Edward | North Dakota | Individual |
| Davis, Germany | Alabama | Individual |
| Dunleavy, Christopher P. | New Jersey | Individual |
| Elliott, Abby Lee | Utah | Individual |
| Etten, Robert J. | Minnesota | Individual |
| Ferrel, Kayla | Missouri | Individual |
| Ferrell, Janelle | Delaware | Individual |
| Forest Express Properties, LLC | Georgia | Small Business |
| Frazier, Larry | Indiana | Individual |
| Galpern, Andrew | California | Individual |
| Gay, James | North Carolina | Individual |
| Getz, Michael | New Jersey | Individual |
| Goza, Terry | Mississippi | Individual |
| Greenwood, Thomas E. | Iowa | Individual |
| Grossberg, Josh | New York | Individual |
| Guess, Jasmine | Louisiana | Individual |
| Hammond, John R. | Texas | Individual |
| Hannon, Thomas W. | Arizona | Individual |
| Harris, Jennifer Ann | Minnesota | Individual |
| Harvey, Kismet | Washington | Individual |
| Hawkins, Tabitha Thomas | Missouri | Individual |
| Heath, Todd | New Hampshire | Individual |

Exhibit A

| Name | State | Claimant Type |
|---|---|---|
| Helton, Bob | Kentucky | Individual |
| Henkel, Margaret M. | Montana | Individual |
| Henry, Cathy Louise | Maryland | Individual |
| Hepburn, Alexander | Minnesota | Individual |
| Hitchcock, Eva | Illinois | Individual |
| Holly, Kathleen | District of Columbia | Individual |
| Hornblas, Michael Louis | South Carolina | Individual |
| Jacobs, Gregory | South Carolina | Individual |
| Kacur, David L. | Ohio | Individual |
| Kademi, LLC | Mississippi | Small Business |
| Kier, Aloha | Nebraska | Individual |
| King, Brenda | Arkansas | Individual |
| Kleveno, Jr., Alvin Alfred | Colorado | Individual |
| Klotzbaugh, Joanne | Pennsylvania | Individual |
| Knowles, Emily | Massachusetts | Individual |
| Lee, Debra | West Virginia | Individual |
| Lemmons, Brett D. | Idaho | Individual |
| Lipner, Leah | Pennsylvania | Individual |
| Martin's Auto Repair | Georgia | Small Business |
| Martucci, Maria | Florida | Individual |
| May, Delitha J. | Texas | Individual |
| McGonnigal, James | Maryland | Individual |
| Mirarchi, Anthony | Pennsylvania | Individual |
| Napier, Barry | Maine | Individual |
| O'Dell, Justin | Georgia | Individual |
| Olson, Kyle | Wisconsin | Individual |
| Orchard III, Mel C. | Wyoming | Individual |
| Packwood, Joseph | Mississippi | Individual |
| Pagliarulo, John J. | Rhode Island | Individual |
| Parks, Richard Dale | Oklahoma | Individual |
| Parrow, Clara | Nevada | Individual |
| Pascal, Bruce | Hawaii | Individual |
| Patterson, Sylvia | Georgia | Individual |
| Paulo, Wanda | Georgia | Individual |
| Perkins, Dallas | Massachusetts | Individual |
| Pierce N Tell of Sarasota, LLC | Florida | Small Business |
| Plante, Stephen | Rhode Island | Individual |
| Podalsky, Gregg | Florida | Individual |
| Rafco, LLC | Georgia | Small Business |
| Rajput, Sanjay | Alabama | Individual |
| Sanchez, Benjamin | Arizona | Individual |
| Sands, David | Arizona | Individual |
| Santomauro, Rodd | District of Columbia | Individual |

Exhibit A

| Name | State | Claimant Type |
|---|---|---|
| Schifano, Maria | Nevada | Individual |
| Schneider, Thomas Patrick | New York | Individual |
| Sharp, James David | Indiana | Individual |
| Sharpe, Miche' | California | Individual |
| Sharps Investment Enterprises, LLC | California | Small Business |
| Simmons II, John | Georgia | Individual |
| Smith, Amie Louise | Kansas | Individual |
| Solorio, Anna | Utah | Individual |
| St. Luc Holdings (SLH), LLC f/k/a Just Rev, LLC ("Just Rev") | Georgia | Small Business |
| Strausser, Jonathan | Tennessee | Individual |
| Strychalski, Kim | Illinois | Individual |
| Swiftbird, Pete | South Dakota | Individual |
| Tafas, Cheryl Ann | Connecticut | Individual |
| Tobias, Gerry | New York | Individual |
| Turner, Nathan Alan | California | Individual |
| Tweeddale, Jennifer J. | Florida | Individual |
| Van Fleet, Katie | Washington | Individual |
| Whittington II, Richard | Arkansas | Individual |