# EXHIBIT B

Exhibit B

| FIRM | ATTORNEY INFORMATION | PARTY |
|---|---|---|
| AHDOOT & WOLFSON, PC | Tina Wolfson<br>Bradley K. King<br>AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>310-474-9111 | Consumer Track Plaintiffs |
| LAW OFFICE OF ALEXANDER M. SCHACK | Alexander Schack<br>Shannon Nocon<br>Natasha N. Serino<br>LAW OFFICE OF ALEXANDER M. SCHACK<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>858-485-6535 | Consumer Track Plaintiffs |
| BARNES LAW GROUP, LLC | Roy E. Barnes<br>John R. Bevis<br>J. Cameron Tribble<br>BARNES LAW GROUP, LLC<br>31 Atlanta Street, SE<br>Marietta, GA 30060<br>770-227-6375 | Consumer Track Plaintiffs |
| BERGER & MONTAGUE, P.C. | Jon Lambiras<br>Sherrie R. Savett<br>Berger & Montague, P.C.<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>612-594-5933 | Consumer Track Plaintiffs |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Andrew N. Friedman<br>Sally Handmaker<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, NW Suite 500<br>Washington, D.C. 20005<br>202-408-4600 | Consumer Track Plaintiffs |
| COLSON HICKS EIDSON | Julie B. Kane<br>COLSON HICKS EIDSON<br>255 Alhambra Cir., Penthouse<br>Coral Gables, FL 33134<br>305-476-7400 | Consumer Track Plaintiffs |
| LYONS LAW FIRM, P.A.<br><br>CONSUMER JUSTICE CENTER | Thomas J. Lyons<br>LYONS LAW FIRM, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>651-770-9707 | Consumer Track Plaintiffs |

Exhibit B

| FIRM | ATTORNEY INFORMATION | PARTY |
|---|---|---|
| DICELLO LEVITT & CASEY LLC | Adam J. Levitt<br>Amy E. Keller<br>DiCello Levitt & Casey LLC<br>Ten North Dearborn Street, 11th Floor<br>Chicago, IL 60602<br>312-214-7900 | Consumer Track Plaintiffs |
| DOFFERMYRE SHIELDS CANFIELD & KNOWLES LLC | Kenneth S. Canfield<br>Doffermyre Shields Canfield & Knowles, LLC<br>1355 Peachtree Street, N.E., Suite 1900<br>Atlanta, GA 30309<br>404-881-8900 | Consumer Track Plaintiffs |
| THE DOSS FIRM, LLC | Jason R. Doss<br>Samuel T. Brannan<br>The Doss Firm, LLC<br>36 Trammell Street, Suite 101<br>Marietta, GA 30066<br>770-578-1314 | Consumer Track Plaintiffs |
| EMERSON SCOTT, LLP | John G. Emerson<br>EMERSON SCOTT, LLP<br>830 Apollo Lane<br>Houston, TX 77058<br>281-488-8854 | Consumer Track Plaintiffs |
| EVANGELISTA WORLEY | David J. Worley<br>Kristi Stahnke McGregor<br>EVANGELISTA WORLEY, LLC<br>8100A Roswell Road, Suite 100<br>Atlanta, GA 30350<br>404-205-8400 | Consumer Track Plaintiffs |
| FEDERMAN & SHERWOOD | William B. Federman<br>Carin L. Marcussen<br>Joshua D. Wells<br>Federman & Sherwood<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK  73120<br>405-235-1560 | Consumer Track Plaintiffs |
| FINK + ASSOCIATES LAW | David H. Fink<br>Nathan J. Fink<br>FINK + ASSOCIATES LAW<br>38500 Woodward Ave., Suite 350<br>Bloomfield Hills, Michigan 48304<br>248-971-2500 | Consumer Track Plaintiffs |
| FLEMING LAW FIRM, PLLC | Catherine Jura Fleming<br>Fleming Law Firm, PLLC<br>936 North 34th Street, Suite 300A<br>Seattle, WA 98013<br>206-453-2558 | Consumer Track Plaintiffs |

Exhibit B

| FIRM | ATTORNEY INFORMATION | PARTY |
|---|---|---|
| GERAGOS & GERAGOS | Lori G. Feldman<br>644 South Figueroa Street<br>Historic Engine Co. No. 28<br>Los Angeles, CA 90017<br>213-625-3900 | Consumer Track Plaintiffs |
| GIBBS LAW GROUP LLP | Eric H. Gibbs<br>Aaron Blumenthal<br>David Michael Berger<br>GIBBS LAW GROUP LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>510-350-9700 | Consumer Track Plaintiffs |
| GOLDMAN SCARLATO & PENNY, P.C. | Mark S. Goldman<br>Goldman Scarlato & Penny, P.C.<br>Eight Tower Bridge<br>161 Washington Street, Suite 1025<br>Conshohocken, PA 19428<br>484-342-0700 | Consumer Track Plaintiffs |
| GRABAR LAW OFFICE | Jashua H. Grabar<br>Graber Law Office<br>1735 Market Street, Suite 3750<br>Philadelphia, PA 19103<br>267-507-6085 | Consumer Track Plaintiffs |
| GRIFFIN & STRONG, PC | Rodney Strong<br>Griffin & Strong, PC<br>235 Peachtree Street NE, Suite 400<br>Atlanta, GA 30303<br>404-584-9777 | Consumer Track Plaintiffs |
| THE HANNON LAW FIRM, LLC | Kevin S. Hannon<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>303-861-8800 | Consumer Track Plaintiffs |
| HAUSFELD, LLP | James J. Pizzirusso<br>Hausfeld, LLP<br>1700 K. Street, NW, Suite 650<br>Washington, DC 20006<br>202-540-7200 | Consumer Track Plaintiffs |
| KELLER ROHRBACK, LLP | Cari Campen Laufenberg<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>206-623-1900 | Consumer Track Plaintiffs |

Exhibit B

| FIRM | ATTORNEY INFORMATION | PARTY |
|---|---|---|
| LEVI AND KORSINSKY LLP | Rosemary M. Rivas<br>Quentin A. Roberts<br>Levi and Korsinsky LLP<br>44 Montgomery Street Suite 650<br>San Francisco, CA 94104<br>415-291-2420 | Consumer Track Plaintiffs |
| MASTANDO & ARTRIP LLC | Eric J Artrip<br>MASTANDO & ARTRIP LLC<br>301 Washington Street<br>Suite 302<br>Huntsville, AL 35801<br>256-532-2222 | Consumer Track Plaintiffs |
| MILBERG TADLER PHILLIPS GROSSMAN LLP | Ariana J. Tadler<br>Andrei V. Rado<br>Henry Kelston<br>Elizabeth McKenna<br>Melissa Clark<br>Milberg Tadler Phillips Grossman LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119-0165<br>212-594-5300 | Consumer Track Plaintiffs |
| THE MILLER LAW FIRM | E. Powell Miller<br>Sharon S. Almonrode<br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>248-841-2200<br><br>Melvin B. Hollowell<br>1001 Woodward Avenue<br>Suite 850<br>Detroit, Ml 48226<br>313-483-0880 | Consumer Track Plaintiffs |
| MORGAN & MORGAN COMPLEX LITIGATION GROUP | John A. Yanchunis<br>Marisa K. Glassman<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>813-223-5505 | Consumer Track Plaintiffs |
| MURPHY, FALCON & MURPHY | William H. Murphy, III<br>Murphy, Falcon & Murphy<br>One South Street 23rd Floor<br>Baltimore, MD 21202<br>410-951-8744 | Consumer Track Plaintiffs |

Exhibit B

| FIRM | ATTORNEY INFORMATION | PARTY |
|---|---|---|
| NASTLAW LLC | Daniel N. Gallucci<br>Joanne E Matusko<br>Dianne M. Nast<br>NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>215-923-9300 | Consumer Track Plaintiffs |
| O'BRIEN LAW FIRM, PC | Edward K. O'Brien<br>O'Brien Law Firm, PC<br>77 Sundial Ave Ste 148W<br>Manchester, NH 03103<br>603-672-3800 | Consumer Track Plaintiffs |
| PULASKI LAW FIRM, P.L.L.C. | Adam Pulaski<br>PULASKI LAW FIRM, P.L.L.C.<br>2925 Richmond Ave., #1725<br>Houston, TX 77098<br>800-223-3784 | Consumer Track Plaintiffs |
| ROBBINS ARROYO, LLP | Brian J. Robbins<br>Kevin A. Seely<br>Steven M. McKany<br>Robbins Arroyo, LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>619-525-3990 | Consumer Track Plaintiffs |
| SALTZ MOGELUZZI BARRETT BENDESKY PC | Charles J. Kocher<br>SALTZ MONGELUZZI BARRETT & BENDESKY PC<br>One Liberty Place, 52nd Floor<br>1650 Markey St.<br>Philadelphia, PA 19103<br>215-575-3985 | Consumer Track Plaintiffs |
| SANFORD HEISLER SHARP, LLP | Kevin Sharp<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203-7117<br>615-434-7001 | Consumer Track Plaintiffs |
| STUEVE SIEGEL HANSON LLP | Norman E. Siegel<br>Barrett J. Vahle<br>J. Austin Moore<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>816-714-7100 | Consumer Track Plaintiffs |

Exhibit B

| FIRM | ATTORNEY INFORMATION | PARTY |
|---|---|---|
| WEBB. KLASE & LEMOND, LLC | E. Adam Webb<br>G. Franklin Lemond, Jr.<br>WEBB, KLASE & LEMOND, LLC<br>1900 The Exchange, SE, Suite 480<br>Atlanta, GA 30339<br>770-444-9325 | Consumer Track Plaintiffs |
| WILENS & BAKER, P.C. | Michael Wilens<br>Wilens & Baker, P.C.<br>450 Fashion Ave. #12<br>New York, NY 10123<br>212-695-0060 | Consumer Track Plaintiffs |
| WITHERS BERMAN, LLP | Steven J. Moore<br>Withers Bergman, LLP<br>1700 East Putnam Avenue, Suite 400<br>Greenwich, CT 06870<br>203-302-4069 | Consumer Track Plaintiffs |