Case No. 1:17-md-02800

Sept. 1, 2018

Paul Koksvik "Sole Proprietor" (Plaintiff)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Case No. 1:17-md-02800

V

In re: Equifax Inc. Customer Data Security Breach Litigation (Defendants)

**U.S. District Court for the Northern District of Georgia**

I Paul D. Koksvik a Natural Person denoted in description of Land patents, Sole Proprietor & small business person perhaps named as a "class member" domiciled at 236 South Plank Rd with US Postal Service address PO Box 1887 Newburgh, NY hereby exclude myself & opt out of these proceedings with Prior claims. In addition let this serve as "Notice of Claim" That I Paul D. Koksvik am a sole proprietor who has been irreparably harmed by inhibiting my business the ability to acquire lines of credit, purchase businesses, participate in joint ventures & acquire real estate since the 1970's. Two cases attached are prima facie evidence violating 15 US Code on Trusts sub section 1-2 Restraint of Trade & Monopolies which carries penalties stipulated at $100,000,000 per corporation per claim & $1,000,000 per person per claim. Equifax has admitted Fault as Drivers License numbers have been breached & that the Drivers Privacy Protection Act (DPPA) Amended in 2000 states drivers do not have to show injury. All Rights Reserved.

*Paul D. Koksvik* (signature)
Paul D. Koksvik

Civil Action No. 3:14-cv-679

June 16th, 2018

---

Henderson

Case No. 3:14-cv-679

v.

TransUnion, LLC et al          (Amended date line 5)

---

**US DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**701 Broad Street**

**Richmond, VA 23219**

Paul D. Koksvik a natural person as denoted in the description of land Patents And "Sole Proprietor" opt-out under extraneous circumstances of being involved in a Prior Class action Hernandez v. Experian Information Solutions, Inc et al., Equifax Information Services LLC et al and TransUnion LLC et al, under the Doctrine of First in Time First in Line violations (May 12th, 2001-May 11th, 2009) this case pre-empts above stated case in Virginia. Proper Opt-out and Notice of Claim (page 2 Exhibit) has been filed in Western California Case No. 05-CV-1070 DOC (MLGx) [W.D.] I Reserve the Right to proceed in this venue.

All Rights Reserved.

Paul D. Koksvik

*For more information regarding the case,
please visit www.HendersonTransUnion.com*

## NOTICE OF CLASS ACTION

You have received this Notice because you are a member of a Class Action lawsuit styled *Henderson v. Trans Union, LLC*. The lawsuit claims that Trans Union violated the federal Fair Credit Reporting Act (or "FCRA") in the way that it sold a credit report about you when you applied or were considered for employment. Plaintiffs allege that Trans Union violated the FCRA, 15 U.S.C. § 1681k(a). Trans Union denies that it did anything wrong or that its conduct violated the FCRA.

You have legal rights and options before the Court conducts a trial to determine if Trans Union violated the law and whether you and other class members are entitled to damages. The trial is set to begin on **April 3, 2017, at 9:00 a.m.**, in the United States District Court for the Eastern District of Virginia, 701 E. Broad Street, Richmond, VA 23219. It is possible that trial could be continued or the case could be resolved or settled before trial.

There is no money available now because the Court has not yet conducted a trial and the two sides have not settled this case. If there is an award of money, you will be notified about how to claim your share. **You do not have to do anything if you want to maintain the possibility of getting money from this lawsuit.** By doing nothing, you will remain a Class Member.

However, if you do not opt out of the Class and it loses at trial, you will also be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action. **The deadline to opt out of the lawsuit is October 23, 2016.** If you would like to opt out of the lawsuit, please send a letter postmarked on or before October 23, 2016 stating that you would like to opt out of the *"Henderson v. Trans Union, LLC"* case, Civil Action No. 3:14-cv-679 to Henderson v. Trans Union LLC Lawsuit, Notice Administrator, P.O. Box 1367, Blue Bell, PA 19422. Please make sure to include your full name, address, and telephone number in the letter.

A long and detailed class notice is available at: www.HendersonTransUnion.com or by emailing the attorneys representing you at: TransUnion@clalegal.com.

If you have any questions about this case, you may contact the lawyers representing you and the other Class Members.

By Phone:     (703) 621-5905

By E-Mail:    TransUnion@clalegal.com

Via Internet: www.HendersonTransUnion.com

*April 3, 2017*

*855 042*

*For more information regarding the case,
please visit www.HendersonTransUnion.com*

Case No. 05-CV-1070 DOC (MLGx)

3A of 5

Hernandez, et al.   (Plaintiff)                    Nov 11th, 2017

v.                                                 Case No.

                                                   05 –CV-1070 DOC
                                                   (MLGx)[W.D. CA]

Experian Information Solutions, Inc., et al.,

Transunion LLC et al &

<u>Equifax Information Services, LLC et al (Amended)</u>

## US DISTRICT COURT WESTERN DIVISION CALIFORNIA
## RONALD REAGAN FEDERAL BUILDING

I Paul D. Koksvik named as a "class member" domiciled at 236 South Plank Rd PO Box 1887 Newburgh, NY hereby exclude myself & opt out of the proposed settlement as outlined on the back of post card notification paragraph 5 " **What are my other options?"** In addition let this serve as "Notice of Claim" That I Paul D. Koksvik am a sole proprietor who has been irreparably harmed by inhibiting my business the ability to acquire lines of credit, purchase businesses, participate in joint ventures & acquire real estate since the 1970's. This case named above is prima facie evidence violating 15 US Code on Trusts sub section 1-2 Restraint of Trade & Monopolies which carries penalties stipulated at $100,000,000 per corporation per claim & $1,000,000 per person per claim. All Rights Reserved.

_____
Paul D. Koksvik

Hernandez Settlement Administrator
c/o JND Class Action Administration
PO Box 91306
Seattle, WA 98111

ELECTRONIC SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
K&H

3 BoFS



*A federal court authorized this notice. This is **not** a solicitation from a lawyer.*

### If you received a discharge in a Chapter 7 no asset bankruptcy, you could get benefits from a class action settlement.

Name No: 4E989V94V2

**Who Is Included?**
You are a member of the settlement class ("Class") if you received an order of discharge and your credit report issued by a Defendant between March 15, 2002 and May 11, 2009 (or, for California residents in the case of TransUnion, between May 12, 2001 and May 11, 2009) reported debts as due and owing which were discharged in your bankruptcy.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 12550

Paul D Koksvik
PO Box 1887
Newburgh NY  12551-1887

N
404031
825775

---

**LEGAL NOTICE** — US District Western D, V   825775
Para una notificación en Español, llamar o visitar nuestro sitio web.

A proposed settlement has been reached in a consolidated class action lawsuit alleging that Equifax Information Services LLC, Experian Information Solutions, Inc., and TransUnion LLC ("Defendants") violated the Fair Credit Reporting Act ("FCRA") and state laws by failing to employ reasonable procedures to assure maximum possible accuracy in reporting debts discharged in a Chapter 7 no asset bankruptcy or by failing to properly investigate disputes regarding such debts. Defendants deny any wrongdoing.

**Why am I receiving this notice?**
The Defendants' records indicate you may be a Class member, but the Settlement Administrator does not have a record that you submitted a claim in a 2009 Proposed Settlement, which was later vacated by the Court of Appeals.

**What does the settlement provide?**
The settlement provides non-monetary or monetary benefits—Class members may submit a claim for two free VantageScore Credit Scores and a free credit file disclosure. Alternatively, the settlement will also establish a $38.6 million cash fund to pay monetary claims, administrative costs for the proposed settlement, service awards to the plaintiffs, and attorneys' fees and costs of no more than 25% of the total value of the settlement, not to exceed $12 million.

Ronald Reagan FED BLDG

**How do I submit a claim?**
To participate in the proposed settlement, you must submit a fully completed Claim Form (and documentation, if necessary) no later than **November 13, 2017**. Claims can be submitted online at www.bankruptcydischargesettlement.com.

**What are my other options?**
If you do not wish to participate in or be legally bound by the proposed settlement, you may exclude yourself by opting out no later than **November 13, 2017**. If you would like to object to any part of the proposed settlement, you may object to the settlement no later than **November 13, 2017**. If you do not opt-out and do not participate in the settlement, you will not receive any benefits but you will give up your rights to bring a lawsuit for the claims alleged in this case.

**When will the Court decide whether to approve the settlement?**
A Final Fairness Hearing has been scheduled for December 11, 2017 at 8:30 a.m. at Santa Ana Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California, 92701. You are not required to attend the hearing, but you or your lawyer may do so if you wish.

05-CV-1020 DOC (MLGx)

**THIS NOTICE IS ONLY A SUMMARY. FOR MORE INFORMATION, CALL TOLL-FREE 1-866-237-3432 OR VISIT THE SETTLEMENT WEBSITE, WWW.BANKRUPTCYDISCHARGESETTLEMENT.COM.**

