

Mailed from ZIP 12550
PM Flat Rate Env
CID: 179543
CommercialPlusPrice    071V01023394

**PRIORITY MAIL 2-DAY**

PAUL D. KOKSVIK
PO BOX 1887
NEWBURGH NY 12551

0006

Shipped using PostalMate®
Pkg:5303

FROM:

Paul D. Koksvik
PO Box 1887
Newburgh, NY 12551



SHIP TO:
2211 US COURT HOUSE
75 TED TURNER DR SW
RICHARD B. RUSSELL BLDG
ATLANTA GA 30303-3315

TO:

Richard B. Russell Bldg
2211 US Court House
75 Ted Turner Dr. SW
Atlanta, GA 30303-3309

USPS TRACKING #



9405 5102 0088 3899 9641 05





S00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.