# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

1:17md02800-TWT   IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
1:17cv3463-TWT   IN RE: EQUIFAX INC. SECURITIES LITIGATION
1:18cv00317-TWT   IN RE: EQUIFAX, INC. DERIVATIVE LITIGATION
Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 09/26/2018.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 1:05 P.M.           COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:50                        DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Kenneth Canfield, Norman Siegel representing Consumer Plaintiffs'
Joseph Guglielmo, Gary Lynch representing Financial Institutioin Plaintiffs'
David Balser, Phyllis Sumner, Stewart Haskins representing Equifax
James Harrod representing Plaintiffs in Securities Litigatioin
Warren Pope representing Equifax
Joseph Weiss and Joshua Ruben representing Plaintiffs in Derivative Litigatioin
Warren Pope representing Equifax and Scott Sheerman representing other defendants
Steve Cain representing City of Chicago
David Chaiken representing defendant Richard Smith

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Status conference held on the related cases. The Court followed the proposed agenda submitted by counsel for each of the cases. The Court first heard from counsel for the MDL action. The Court agreed to hear oral argument on the pending Motions to Dismiss - The plaintiff Consumer group allowed one hour, the plaintiff Financial Institution group allowed one hour, the Small Business group allowed one-half hour. Defendant Equifax allowed the same amount of time to respond to each group. Ms. Sewell will be in contact to schedule a date convenient to the Court and the parties for a date in December. The Court next heard from counsel regarding plaintiffs' proposed discovery and Non-disclosure issues. There will be no blanket lifting of the stay of discovery. There may be some limited lifting. Plaintiff should file a motion so that the matter may be briefed. The Court then heard briefly from counsel regarding pending

motion regarding separate discovery track from certain plaintiffs (City of Chicago & Block). The Court will look at the briefs and make a ruling as soon as possible. Equifax and individual defendants have 45 days to respond to the "Block" case motion for separate discovery track. Counsel for plaintiffs advised the Court that Judge Westmoreland and stayed the State Court case. Counsel requested a clarification regarding who should be included in the circulation of the conference call # for the Status Conferences held. The call in is limited to the plaintiffs' leadership counsel committee and those the leadership feel should be provided that information. It is not for just anyone that wants to monitor and then bill the time. The next status conference will be in mid-November. Ms. Sewell will contact counsel with dates the Court has available. The Court next heard report from counsel for the Derivative Litigation action, Consolidated Complaint has been filed; counsel has been to one meeting with Demand Review Committee; report on plaintiffs' expert. The Court next heard report from counsel for the Securities Litigation action on status of efforts to comply with Court's orders regarding the PSLRA Discovery Stay. Oral argument on pending motion to dismiss is fully briefed, oral argument will be held, not on same date as that in the MDL. Ms. Sewell will be in contact with counsel regarding dates the Court has available in November.

HEARING STATUS:    Hearing Concluded