

DEPARTMENT OF LAW
CITY OF CHICAGO

October 2, 2018

The Honorable Thomas W. Thrash
United States District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:   *In re Equifax, Inc., Customer Data Sec. Breach Litig.*, No. 1:17-md-2800

Dear Chief Judge Thrash:

On behalf of the City of Chicago, I write to clarify an issue raised during the September 26 status conference in the above-captioned case regarding Chicago's motion seeking a separate track or allowing Chicago to proceed on a separate complaint under the consumer track. Specifically, plaintiffs' counsel questioned whether (and Equifax's counsel suggested that) Chicago is "just making claims on behalf of" Chicago residents that are already encompassed by the consumer complaint. ECF 476 at 53; *see id.* at 50. To be clear, in addition to restitution for its residents and other relief, Chicago seeks civil fines *for the City* under its ordinance—fines the consumer plaintiffs cannot recover. *See City of Chi. v. Equifax, Inc.*, Case No. 18-1470, ECF 34 ¶¶ 90-91 (N.D. Ga.) (citing Chi. Mun. Code § 2-25-090(f)).

Thus—even apart from the fact that the consumer complaint is brought on behalf of "natural persons," does not allege violations of the ordinance upon which Chicago bases its claims, and requires Chicago residents to prove elements such as causation and injury that Chicago need not—the consumer complaint does not encompass Chicago's claims. Chicago respectfully submits that a city of some 2.7 million people should not be required to defer resolution of substantial and distinct government-enforcement claims, potentially for years, while 96 individuals litigate a putative class of which Chicago is not (and does not wish to be) a member.

Sincerely,

/s/ Stephen J. Kane
Stephen J. Kane

## CERTIFICATE OF SERVICE

I certify that on October 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Stephen J. Kane
Stephen J. Kane
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
Tel: 312-744-6934
Fax: 312-744-5185