# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-md-2800-TWT |
| RICHARD SPICER and JULIA GUTIERREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC., and TrustedID INC.,<br><br>Defendants. | Case No. 1:17-cv-05037-TWT |

**NOTICE OF CHANGE OF CONTACT INFORMATION**

**TO THE CLERK OF COURT AND ALL PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE THAT** effective immediately, Eric Gibbs has changed his firm affiliation from Girard Gibbs LLP to Gibbs Law Group LLP.  His mailing address, telephone number, facsimile number, and e-mail address will remain the same.

DATED: October 3, 2018                          Respectfully submitted,

                                                       */s/ Eric H. Gibbs*

                                                         Eric H. Gibbs
                                                         Amy M. Zeman
                                                         David M. Berger
                                                         Aaron Blumenthal
                                                         **GIBBS LAW GROUP LLP**
                                                         505 14th Street, Suite 1110
                                                         Oakland, CA 94612
                                                         Tel: (510) 350-9700
                                                         Fax: (510) 350-9701
                                                         ehg@classlawgroup.com
                                                         amz@classlawgroup.com
                                                         dmb@classlawgroup.com
                                                         ab@classlawgroup.com

                                                         *Counsel for Plaintiffs*