# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800<br>) Case No.: 1:17-md-2800-TWT<br>)<br>) **CONSUMER TRACK**<br>)<br>) |

## CONSUMER PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MEMORANDA OF LAW IN OPPOSITION TO EQUIFAX'S MOTIONS TO DISMISS THE CONSOLIDATED COMPLAINTS

Plaintiffs in the consumer track respectfully submit the recent opinion of the Eleventh Circuit in *Muransky v. Godiva Chocolatier, Inc.*, Nos. 16-16486 & 16-16783, 2018 WL 4762434 (11th Cir. Oct. 3, 2018), as supplemental authority in support of their memoranda of law in opposition to Equifax's motions to dismiss the consolidated complaints (Doc. 452 (Consumer Plaintiffs) & Doc. 467 (Small Business Plaintiffs)).

In *Muransky*, the Eleventh Circuit affirmed the approval of a class action settlement in a case alleging violations of the Fair and Accurate Credit Transactions Act ("FACTA"). In rejecting an objector's arguments on appeal, the court considered the existence of Article III standing. *See Muransky*, 2018 WL 4762434, at *3-9. Equifax explicitly and implicitly raised this issue in its motion to

dismiss the small business claims (Doc. 441 at 10-20, 28-33), and in moving to dismiss the consumer complaint (Doc. 425 at 16-20). The court held that the mere act of providing a receipt with untruncated credit card numbers in violation of FACTA—which the court analogized to common law breach of confidence—gives rise to a concrete Article III injury. *Id.* at *4-6. Further, and directly applicable here, the *Muransky* court held that "when Godiva unlawfully gave an untruncated receipt to Dr. Muransky, he suffered the concrete injury of shouldering the cost of safely keeping or destroying the receipt." *Id.* at *6. "[T]his type of time wasting constitutes an injury in fact. . . . Time spent safely disposing of or keeping the untruncated receipt"—or here, reacting to Equifax's breach of personal information—may be "a small injury, but it is enough for standing purposes." *Id.*

A copy of the opinion is attached as Exhibit A.

Dated: October 9, 2018                                  Respectfully submitted,

 */s/ Amy E. Keller*                                          */s/ Kenneth S. Canfield*
Amy E. Keller                                                  Kenneth S. Canfield
Adam J. Levitt                                                 Georgia Bar No. 107744
**DiCELLO LEVITT & CASEY LLC**        **DOFFERMYRE SHIELDS**
Ten North Dearborn Street                          **CANFIELD & KNOWLES, LLC**
Eleventh Floor                                                  1355 Peachtree Street, N.E.
Chicago, Illinois 60602                                    Suite 1900
Tel. 312.214.7900                                            Atlanta, Georgia 30309
akeller@dlcfirm.com                                     Tel. 404.881.8900
alevitt@dlcfirm.com                                       kcanfield@dsckd.com

 */s/ Norman E. Siegel*
Norman E. Siegel
Barrett J. Vahle
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Roy E. Barnes | David J. Worley |
| John R. Bevis | **EVANGELISTA WORLEY LLC** |
| J. Cameron Tribble | 8100A Roswell Road Suite 100 |
| **BARNES LAW GROUP, LLC** | Atlanta, Georgia 30350 |
| 31 Atlanta Street | Tel. 404.205.8400 |
| Marietta, Georgia 30060 | david@ewlawllc.com |
| Tel. 770.227.6375 | |
| roy@barneslawgroup.com | |
| bevis@barneslawgroup.com | |
| ctribble@barneslawgroup.com | |

*Consumer Plaintiffs' Co-Liaison Counsel*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

3

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

Jason R. Doss
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

Eric H. Gibbs
David M. Berger
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

*Consumer Plaintiffs' Steering Committee*

5

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 9th day of October, 2018.

                                          */s/ Norman E. Siegel*