UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br>CONSUMER ACTIONS<br>*Ward, et al. v. Equifax, Inc., et al.,*<br>No. 1:17-cv-03246<br>(transferred from D. Md.)<br><br>Chief Judge Thomas W. Thrash, Jr. |

**CONSUMER LEAD COUNSEL'S OPPOSITION TO
*WARD* PLAINTIFFS' MOTION TO REMAND**

Consumer Lead Counsel, on behalf of the named plaintiffs and putative classes represented in the consolidated consumer complaint, oppose the Motion to Remand filed by Plaintiffs Craig Ward, Mary and Todd Warren, and Teri Weatherly (collectively, the "*Ward* Plaintiffs") (Doc. 459). The Court should deny the motion out of hand or, alternatively, deny the motion as premature until after a ruling on the pending motion to dismiss the consumer claims.

The *Ward* Plaintiffs erroneously contend that because they—and by extension other consumer plaintiffs—lack Article III standing in federal court, their case must be immediately remanded. As set forth in various decisions cited in Consumer Plaintiffs' oppositions to Equifax's motions to dismiss, and emphasized

earlier this month by the Eleventh Circuit, the requirements of constitutional standing are readily satisfied here. *See* Doc. 452 at 19-25; Doc. 467 at 7-16, 30-33; Doc. 483 at 1-2; *Muransky v. Godiva Chocolatier, Inc.*, Nos. 16-16486 & 16-16783, 2018 WL 4762434 (11th Cir. Oct. 3, 2018).

Standing is alleged in the main consumer consolidated complaint and was not directly challenged by Equifax. *See generally* Doc. 425. That consolidated complaint presents to this Court the very class claims asserted in *Ward*, and scores of other MDL member cases. *See, e.g.*, Doc. 374 at ¶¶ 54-55 (Maryland representative plaintiffs), 296-97 (identifying a Maryland class asserting various common law and statutory claims), 806-40 (pleading the same (and additional) Maryland statutory claims as in *Ward*)).

The authority cited in support of remand illustrates why the motion is, at best, premature. In *Khan v. Children's Nat'l Health Sys.*, 188 F. Supp. 3d 524 (D. Md. 2016), the district court determined that the plaintiffs lacked Article III standing *after adversarial briefing of a motion to dismiss* under Rule 12(b)(6). The court then correctly denied the defendant's request for a dismissal rather than a remand, because the case had originally been filed in state court. *Id.* at 534-35. Under the *Ward* Plaintiffs' own theory, their case could be remanded if, and only if, this Court made a dispositive ruling on standing. But that issue has not been

submitted to the Court for determination, and could not be made based on the *Ward* Plaintiffs' cursory motion. The Court should deny the motion to remand.

Dated: October 22, 2018

Respectfully submitted,

*/s/ Kenneth S. Canfield*
Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

*/s/ Amy E. Keller*
Amy E. Keller
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIBBS LAW GROUP LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

5

>Rodney K. Strong
>**GRIFFIN & STRONG P.C.**
>235 Peachtree Street NE, Suite 400
>Atlanta, Georgia 30303
>Tel. 404.584.9777
>rodney@gspclaw.com
>
>*Consumer Plaintiffs' State Court Coordinating Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 22nd day of October, 2018.

>  */s/ Norman E. Siegel*