# EXHIBIT 5

**EFXMDL000000001-32**

**PROVISIONALLY SEALED PURSUANT TO PROTECTIVE ORDER**