# EXHIBIT 6

**EFXMDL000000033-78**

**PROVISIONALLY SEALED PURSUANT TO PROTECTIVE ORDER**