IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| _____ | ) |
| | ) MDL Docket No. 2800 |
| In re: Equifax, Inc. Customer | ) Case No.: 1:17-md-2800-TWT |
| Data Security Breach Litigation | ) |
| | ) ALL CASES |
| | ) |
| _____ | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 5 AND 6 TO PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM DISCOVERY STAY AND ENTRY OF ORDER RELATING TO INTERVIEWS OF DEFENDANTS' FORMER EMPLOYEES**

Plaintiffs hereby move to seal Exhibits 5 and 6 to their Memorandum of Law in Support of their Motion for Limited Relief From Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees. Exhibit 5 is comprised of documents produced by Equifax and Bates labeled EFXMDL000000001-32. Exhibit 6 is comprised of documents produced by Equifax and Bates labeled EFXMDL000000033-78. Because Equifax designated these documents as Confidential pursuant to the Stipulated Protective Order (Doc. 298), Plaintiffs are required to provisionally file them under seal.

A proposed order is attached.

Dated: October 22, 2018                Respectfully submitted,

/s/ Amy E. Keller
Amy E. Keller
Adam J. Levitt
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com
alevitt@dlcfirm.com

/s/ Kenneth S. Canfield
Kenneth S. Canfield
Georgia Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

/s/ Norman E. Siegel
Norman E. Siegel
Barrett J. Vahle
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
John R. Bevis
J. Cameron Tribble
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

David J. Worley
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

Jason R. Doss
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

Eric H. Gibbs
David M. Berger
**GIBBS LAW GROUP LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com
dmb@classlawgroup.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

**AND**

| | |
|---|---|
| */s/ Joseph P. Guglielmo* | */s/ Gary F. Lynch* |
| Joseph P. Guglielmo | Gary F. Lynch |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** |
| 230 Park Avenue, 17th Floor | 1133 Penn Avenue, 5th Floor |
| New York, New York 10169 | Pittsburgh, Pennsylvania 15222 |
| Tel. 212.223.6444 | Tel. 412.322.9243 |
| jguglielmo@scott-scott.com | glynch@carsonlynch.com |

*Financial Institution Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Craig A. Gillen | MaryBeth V. Gibson |
| **GILLEN WITHERS & LAKE, LLC** | **THE FINLEY FIRM, P.C.** |
| 3490 Piedmont Road, N.E. | 3535 Piedmont Road |
| One Securities Centre, Suite 1050 | Building 14, Suite 230 |
| Atlanta, Georgia 30305 | Atlanta, Georgia 30305 |
| Tel. 404.842.9700 | Tel. 404.320.9979 |
| cgillen@gwllawfirm.com | mgibson@thefinleyfirm.com |

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@onleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

| | |
|---|---|
| Karen S. Halbert | Brian C. Gudmundson |
| **ROBERTS LAW FIRM, PA** | **ZIMMERMAN REED LLP** |
| 20 Rahling Circle | 1100 IDS Center, 80 South 8th Street |
| P.O. Box 241790 | Minneapolis, Minnesota 55402 |
| Little Rock, Arkansas 72223 | Tel. 612.341.0400 |
| Tel. 501.821.5575 | brian.gudmunson@zimmreed.com |
| karenhalbert@robertslawfirm.us | |

*Financial Institution Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 22nd day of October, 2018.

                                                  */s/ Norman E. Siegel*