# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| _____ | ) MDL Docket No. 2800 |
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) Case No.: 1:17-md-2800-TWT ) |
| | ) ALL CASES |
| | ) |
| _____ | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of Plaintiffs' motion, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. The following documents shall be filed under seal:

1. Exhibit 5 to Plaintiffs' Memorandum of Law in Support of their Motion for Limited Relief From Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees; and

2. Exhibit 6 to Plaintiffs' Memorandum of Law in Support of their Motion for Limited Relief From Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees.

IT IS SO ORDERED this ____ day of _____, 2018.

_____
THOMAS W. THRASH, JR.
United States District Judge