UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL CASES |

### NOTICE OF WITHDRAWAL OF COUNSEL FOR ALL PARTIES

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned counsel files this notice to withdraw himself as counsel for all parties of record in the above-captioned action.

On April 20, 2018, a Notice of Dismissal was filed by Plaintiffs, Dan Lang and Russell Pantek, dismissing Civil Action No. 1:17-cv-06519; therefore undersigned counsel is no longer counsel of record for any Plaintiffs.

Counsel, THOMAS A. ZIMMERMAN, JR.

By: /s/Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I caused to be served upon all counsel of record, via CM/ECF filing, a copy of the foregoing document.

            /s/Thomas A. Zimmerman, Jr.