## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## CONSENT MOTION TO SET TIME TO RESPOND

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax"), moves the Court to set its time to respond to Plaintiffs' Motion for Limited Relief from Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees (the "Motion") (Dkt. No. 488) as November 9, 2018.  In support of this motion, Equifax states as follows:

1. Case Management Order No. 5 ("CMO-5") (Dkt. No. 393) provides that "counsel for Lead Plaintiffs and counsel for Defendants shall present a proposed briefing schedule" with regard to all motions filed in this action.

2. CMO-5 further provides that the requirements of CMO-5 "shall control over any deadlines set forth in the Local Rules."

3. Plaintiffs filed the Motion on October 26, 2018.

1

4. The Parties understand that the Court requested the Motion be briefed expeditiously.

5. Defendants therefore request through and including November 9, 2018, to respond to the Motion. This is a brief, four-day extension over what would ordinarily be required under the local rules.

6. Counsel for Equifax has consulted with counsel for Plaintiffs who consent to this November 9 deadline for Defendants' response.

THEREFORE, Equifax respectfully requests that the Court grant this Consent Motion to Set Time to Respond and set the date on which Equifax shall respond to Plaintiffs' Motion for Limited Relief from Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees as November 9, 2018. A proposed Order is filed herewith.

Respectfully submitted this 29th day of October, 2018.

*/s/ S .Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by LR 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 29th day of October, 2018.

                                                   */s/ S .Stewart Haskins II*
                                                   S. Stewart Haskins II

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S .Stewart Haskins II*
S. Stewart Haskins II
