# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER SETTING TIME TO RESPOND

This matter is before the Court on the Consent Motion to Set Time to Respond (the "Motion"), filed by Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax"). For good cause shown, the Motion is **GRANTED**. Equifax shall have until November 9, 2018 within which to file its response to Plaintiffs' Motion for Limited Relief from Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees.

SO ORDERED this 1st day of November, 2018.

                                                        /s/Thomas W. Thrash
                                                        Thomas W. Thrash, Jr.
                                                        United States District Judge