# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES<br><br>This filing relates to:<br>*Block v. Equifax, Inc.*,<br>No. 1:17-cv-05341-TWT |

## CERTIFICATE OF CONSENT FOR SUBSTITUTION OF COUNSEL
## FOR DEFENDANT SUSAN MAULDIN

Pursuant to N.D. Ga. Local Rule 83.1E(2), the undersigned hereby consent to the withdrawal of Joseph Wetzel and the firm King & Spalding LLP as counsel for Defendant Susan Mauldin in the action *Block v. Equifax, Inc.*, No. 1:17-cv-05341-TWT, which by order of the United States Judicial Panel on Multidistrict Litigation ("JPML") was transferred to the Northern District of Georgia for coordinated or consolidated pretrial proceedings in the *In re Equifax* MDL, No. 1:17-md-2800-TWT.

The undersigned further consent to the substitution of Alan M. Briskin and David M. Messer of the firm Briskin, Cross & Sanford, LLC, and Aaron M. Danzig and Edward A. Marshall of the firm Arnall Golden Gregory LLP as

counsel for Ms. Mauldin and request that all further pleadings, orders, notices, and other documents be directed to:

> Mr. Alan Briskin
> Georgia Bar No. 083110
> abriskin@briskinlaw.com
> David M. Messer
> Georgia Bar No. 771007
> dmesser@briskinlaw.com
> Briskin, Cross & Sanford, LLC
> 1001 Cambridge Sq., Suite D
> Alpharetta, GA 30009
> 770-410-1555
>
> Mr. Aaron M. Danzig
> Georgia Bar No. 205151
> Aaron.Danzig@agg.com
> Edward A. Marshall
> Georgia Bar No. 471533
> Edward.Marshall@agg.com
> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, GA 30363
> 404-873-8504

The withdrawal and substitution of counsel will cause no delay in the trial of this case.

Respectfully submitted this 6th day of November, 2018.

>*/s/ S. Stewart Haskins II*
>**KING & SPALDING LLP**
>David L. Balser
>Georgia Bar No. 035835
>Phyllis B. Sumner
>Georgia Bar No. 692165
>S. Stewart Haskins II
>Georgia Bar No. 336104
>Elizabeth D. Adler
>Georgia Bar No. 558185
>John C. Toro
>Georgia Bar No. 175145
>1180 Peachtree Street, N.E.
>Atlanta, Georgia  30309
>Tel.:  (404) 572-4600
>Fax:  (404) 572-5140
>dbalser@kslaw.com
>psumner@kslaw.com
>shaskins@kslaw.com
>eadler@kslaw.com
>jtoro@kslaw.com
>
>Joseph R. Wetzel
>**KING & SPALDING LLP**
>101 Second Street - Suite 2300
>San Francisco, CA 94105
>Telephone: 415.318.1200
>Facsimile: 415.318.1300
>Email: jwetzel@kslaw.com
>
>*Counsel for Defendant Equifax Inc.*

**CONSENTED TO:**

*/s/ Susan Mauldin*
Susan Mauldin

*/s/ Alan M. Briskin*
Mr. Alan M. Briskin
Georgia Bar No. 083110
abriskin@briskinlaw.com
David M. Messer
Georgia Bar No. 771007
dmesser@briskinlaw.com
Briskin, Cross & Sanford, LLC
1001 Cambridge Sq., Suite D
Alpharetta, GA 30009
770-410-1555

*/s/ Aaron M. Danzig*
Mr. Aaron M. Danzig
Georgia Bar No. 205151
Aaron.Danzig@agg.com
Edward A. Marshall
Georgia Bar No. 471533
Edward.Marshall@agg.com
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
404-873-8504

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

I also hereby certify that I have mailed the foregoing by United States Mail, postage prepaid, and properly addressed as indicated below to the following non-CM/ECF participants:

Mr. Alan M. Briskin
David M. Messer
Briskin, Cross & Sanford, LLC
1001 Cambridge Sq., Suite D
Alpharetta, GA 30009

Mr. Aaron M. Danzig
Edward A. Marshall
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
King & Spalding LLP