**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES<br><br>This filing relates to:<br>*Block v. Equifax, Inc.*,<br>No. 1:17-cv-05341-TWT |

**CERTIFICATE OF CONSENT FOR SUBSTITUTION OF COUNSEL
FOR DEFENDANT JOE SANDERS**

Pursuant to N.D. Ga. Local Rule 83.1E(2), the undersigned hereby consent to the withdrawal of Joseph Wetzel and the firm King & Spalding LLP as counsel for Defendant Joe Sanders in the action *Block v. Equifax, Inc.*, No. 1:17-cv-05341-TWT, which by order of the United States Judicial Panel on Multidistrict Litigation ("JPML") was transferred to the Northern District of Georgia for coordinated or consolidated pretrial proceedings in the *In re Equifax* MDL, No. 1:17-md-2800-TWT.

The undersigned further consent to the substitution of Aaron M. Danzig, Edward A. Marshall, and the firm Arnall Golden Gregory LLP as counsel for Mr. Sanders and request that all further pleadings, orders, notices, and other documents be directed to:

Mr. Aaron M. Danzig
Georgia Bar No. 205151
Aaron.Danzig@agg.com
Mr. Edward A. Marshall
Georgia Bar No. 471533
Edward.Marshall@agg.com
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
404-873-8504

The withdrawal and substitution of counsel will cause no delay in any trial of this case.

Respectfully submitted this 6th day of November, 2018.

/s/ S. Stewart Haskins II
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

Joseph R. Wetzel
**KING & SPALDING LLP**
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: 415.318.1200
Facsimile: 415.318.1300
Email: jwetzel@kslaw.com

*Counsel for Defendant Equifax Inc.*

**CONSENTED TO:**

_____
Joe Sanders


*/s/ Aaron M. Danzig*
Mr. Aaron M. Danzig
Georgia Bar No. 205151
Aaron.Danzig@agg.com
Mr. Edward A. Marshall
Georgia Bar No. 471533
Edward.Marshall@agg.com

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
404-873-8504

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

I also hereby certify that I have mailed the foregoing by United States Mail, postage prepaid, and properly addressed as indicated below to the following non-CM/ECF participants:

Mr. Aaron M. Danzig
Edward A. Marshall
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
King & Spalding LLP