# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES<br><br>This filing relates to:<br>*Block v. Equifax, Inc.*,<br>No. 1:17-cv-05341-TWT |

## CERTIFICATE OF CONSENT FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT GRAEME PAYNE

Pursuant to N.D. Ga. Local Rule 83.1E(2), the undersigned hereby consent to the withdrawal of Joseph Wetzel and the firm King & Spalding LLP as counsel for Defendant Graeme Payne in the action *Block v. Equifax, Inc.*, No. 1:17-cv-05341-TWT, which by order of the United States Judicial Panel on Multidistrict Litigation ("JPML") was transferred to the Northern District of Georgia for coordinated or consolidated pretrial proceedings in the *In re Equifax* MDL, No. 1:17-md-2800-TWT.

The undersigned further consent to the substitution of Anthony L. Cochran and the firm Chilivis Cochran Larkins & Bever LLP as counsel for Mr. Payne and request that all further pleadings, orders, notices, and other documents be directed to:

Anthony L. Cochran
Georgia Bar No. 172425
alc@cclblaw.com
Chilivis Cochran Larkins & Bever LLP
3127 Maple Drive NE
Atlanta, GA 30305
404-262-6501

The withdrawal and substitution of counsel will cause no delay in the trial of this case.

Respectfully submitted this 8th day of November, 2018.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

Joseph R. Wetzel
**KING & SPALDING LLP**
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: 415.318.1200
Facsimile: 415.318.1300
Email: jwetzel@kslaw.com

*Counsel for Defendant Equifax Inc.*

CONSENTED TO:

*(signature)*
Graeme Payne

/s/ Anthony L. Cochran
Anthony L. Cochran
Georgia Bar No. 172425
alc@cclblaw.com
Chilivis Cochran Larkins & Bever LLP
3127 Maple Drive NE
Atlanta, GA 30305
404-262-6501

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

I also hereby certify that I have mailed the foregoing by United States Mail, postage prepaid, and properly addressed as indicated below to the following non-CM/ECF participants:

Anthony L. Cochran
Chilivis Cochran Larkins & Bever LLP
3127 Maple Drive NE
Atlanta, GA 30305

>*/s/ S. Stewart Haskins II*
>S. Stewart Haskins II
>King & Spalding LLP