# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>Master Case No. 17-md-2800<br><br>CONSUMER ACTIONS |
| _____<br><br>CARALYN TADA, et al.<br>                              Plaintiffs,<br><br>v.<br><br>EQUIFAX INC.<br>                              Defendant.<br>_____ | Member Case No. 1:17-cv-05004-TWT |

## NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

PLEASE TAKE NOTICE that pursuant to Local Rule 83.1(D)(3), effective immediately, John G. Emerson has changed his firm affiliation and contact information. The firm's new name and contact information is as follows:

**EMERSON FIRM, PLLC**
**830 Apollo Lane**
**Houston, Texas 77058**
**Telephone: (800) 551-8649**
**Facsimile: (501) 268-4659**
**Email: jemerson@emersonfirm.com**

Dated: November 9, 2018

EMERSON FIRM, PLLC
/s/ John G. Emerson
TX Bar No. 06602600
830 Apollo Lane
Houston, Texas 77058
Telephone: (800) 551-8649
Facsimile: (501) 268-4659

Attorney for Plaintiff Caralyn Tada