# Exhibit B

**From:** Bassett, Leslie
**Sent:** Tuesday, October 30, 2018 2:32 PM
**To:** 'Joseph P. Guglielmo'
**Cc:** Amy Keller; Gary Lynch; Haskins, Stewart; Adler, Elizabeth; Tadler, Ariana; 'Clark, Melissa' (mclark@milberg.com); Solomon, Ronni
**Subject:** RE: Equifax: Privilege Log Insert

Joe,

Attached are Defendants' Search Terms and Methodology.  Once you've had a chance to review, we are happy to meet and confer.  Best, Leslie

**Leslie M. Bassett**
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA  30309
Direct dial:  404-572-2807
Fax:  404-572-5100
E-mail:  lbassett@kslaw.com