# Exhibit E

**From:** Amy Keller [mailto:akeller@dlcfirm.com]
**Sent:** Wednesday, July 18, 2018 5:24 PM
**To:** Haskins, Stewart
**Cc:** 'Ken Canfield'; 'Siegel, Norm'; Gary Lynch; Guglielmo, Joe
**Subject:** RE: EFX Hearing/Contact with third parties

Stewart,

Enclosed, please find some revisions to the draft script you forwarded to us (redline and clean versions). We're also finalizing a letter to the former employees, which your office could send letting them know that they may receive a call from one of us. That will come shortly.

Hopefully, this dispenses with the need for a hearing. We're available to discuss.

Amy


Begin forwarded message:

> **From:** "Haskins, Stewart" <SHaskins@KSLAW.com>
> **Date:** July 17, 2018 at 2:31:20 PM PDT
> **To:** "Siegel, Norm" <siegel@stuevesiegel.com>
> **Subject: RE: EFX Hearing/Contact with third parties**
>
> Norm,
>
> Thanks for your patience on this. Attached is the script that we would propose. Please let us know if you have any comments or if we need to discuss.
>
> We also have no other agenda items and think it makes sense to ask the court to cancel the hearing, as much as I know that you'd like to visit ATL in July.
>
> Stewart
>
> -----Original Message-----
> From: Siegel, Norm [mailto:siegel@stuevesiegel.com]
> Sent: Tuesday, July 17, 2018 1:11 PM
> To: Haskins, Stewart
> Subject: EFX Hearing/Contact with third parties
>
> Stewart, we need to figure out if we're going to close this out in the next 24 hour. Please send the script you have in mind for ex-employees. I'm in court all day tomorrow in CA so today is best. We have no other agenda items if this is resolved.
> Thanks,
> Norm.
> Norman E. Siegel
> Stueve Siegel Hanson LLP