# Exhibit I

**From:** Siegel, Norm [mailto:siegel@stuevesiegel.com]
**Sent:** Monday, November 05, 2018 4:18 PM
**To:** Haskins, Stewart
**Subject:** RE: EFX MDL - Production of Sample NDAs

Stewart – thanks for resending this. We did discuss it at the time and again this morning and believe that Equifax's proposal as reflected in the October 18 letter and earlier redlines of the proposed letter and script actively discourages participation by witnesses and leaves them, at best, confused as to whether they are permitted to speak to us.

Given the existing differences and the length of time this has been pending, we think it's best for the Court to decide the issue.

Thanks,
Norm.

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7112 tel
816-714-7101 fax
Visit us on the web at www.stuevesiegel.com