IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 1:17-md-2800-TWT  This document relates to: CONSUMER ACTIONS  *Carson Block v. Equifax, Inc. et al.* No. 1:17-cv-05341-TWT |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.1, Anthony L. Cochran of the law firm of Chilivis, Cochran, Larkins & Bever, LLP, hereby gives notice of his entry of appearance as counsel of record for Defendant Graeme Payne in the above-captioned MDL action. Mr. Cochran is already listed as counsel for Mr. Payne in Civil Action No. 1:17-cv-05341-TWT.

Dated: November 14, 2018    *s/ Anthony L. Cochran*
　　　　　　　　　　　　　　Anthony L. Cochran
　　　　　　　　　　　　　　Georgia Bar No. 172425
　　　　　　　　　　　　　　CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
　　　　　　　　　　　　　　3127 Maple Drive, NE
　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　(404) 233-4171 (telephone)
　　　　　　　　　　　　　　(404) 261-2842 (facsimile)
　　　　　　　　　　　　　　alc@cclblaw.com

　　　　　　　　　　　　　　*Attorneys for Defendant Graeme Payne*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

        *s/ Anthony L. Cochran*
        Anthony L. Cochran
        Georgia Bar No. 172425
        CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
        3127 Maple Drive, NE
        Atlanta, GA 30305
        (404) 233-4171 (telephone)
        (404) 261-2842 (facsimile)
        alc@cclblaw.com

        *Attorneys for Defendant*
        *Graeme Payne*