IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>This document relates to:<br>CONSUMER ACTIONS<br><br>*Carson Block v. Equifax, Inc. et al.*<br>No. 1:17-cv-05341-TWT |

### **[PROPOSED] ORDER**

This matter comes before the Court on Defendant Graeme Payne's Motion to Adopt the Equifax Co-Defendants' Response in Opposition to Plaintiff Block's Motion to Establish A Separate Discovery Track ("Response," Doc. 506 in 1:17-md-2800-TWT, Doc. 55 in 1:17-cv-05341-TWT). The Court hereby GRANTS Defendant Payne's Motion to Adopt. The Clerk should modify the docket text of Doc. 506 in MDL 2800 and Doc. 55 in 1:17-cv-05341 to reflect that Defendant Payne has adopted the arguments in the Response.

SO ORDERED, this _____ day of _____, 2018

_____
Thomas W. Thrash
United States District Judge

PRESENTED BY:

<u>s/ Anthony L. Cochran</u>
Anthony L. Cochran
Georgia Bar No. 172425
CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive, NE
Atlanta, GA 30305
(404) 233-4171 (telephone)
(404) 261-2842 (facsimile)
alc@cclblaw.com

*Attorneys for Defendant*
*Graeme Payne*