IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re: Equifax, Inc. Customer Data Security Breach Litigation** | **MDL Docket No. 2800**<br>**Case No.: 1:17-md-2800-TWT** |
| **This Document Relates to:**<br>*Ward, et al. v. Equifax, Inc., et al.*, D. Maryland, Civil Action No. 1:17-cv-03246 | **CONSUMER ACTIONS** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2018, I served a copy of the foregoing Reply In Opposition to Consumer Lead Counsel's Opposition to Renewed Motion to Remand via this Court's CM/ECF system to counsel of record for all parties.

Respectfully submitted,

/s/ Michael Paul Smith
Michael Paul Smith, Esq. #23685
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
*Counsel for Plaintiffs and Class Members*