# EXHIBIT 9

# Williams, Sheri

| | |
|---|---|
| **From:** | Kimberly Jager <kjager@scott-scott.com> |
| **Sent:** | Thursday, November 08, 2018 3:25 PM |
| **To:** | Bassett, Leslie; dbalser@kslaw.com; psumner@kslaw.com; Haskins, Stewart; Adler, Elizabeth; Solomon, Ronni |
| **Cc:** | Anthony C. Lake; Art Murray; Brian Gudmundson; Bryan L. Bleichner; Carey Alexander; Caroline W. Thomas; Charles H. Van Horn; Craig A. Gillen; Erin Green Comite; Gary Lynch; Hank Bates; Jamisen A. Etzel; Jana K. Law; Joseph P. Guglielmo; Karen Riebel; Karen S. Halbert; Kate M. Baxter-Kauf; Kevin W. Tucker; Margaret B. Ferron; MaryBeth V. Gibson; Michael L. Roberts; Michael Laird; Ranse Partin; Stacey P. Slaughter; Stephen B. Murray, Sr.; Susan Brown; Tiffany Oldham |
| **Subject:** | In re Equifax Inc. Customer Data Security Breach Litigation 17-md-2800: FI Plaintiffs' Search Terms and Search Methodology |
| **Attachments:** | 2018-11-08 Response to RFP with Proposed Search FINAL.pdf; 2018-11-08 Plaintiff ESI search terms FINAL.pdf |

Counsel,

Please find attached the Financial Institution Plaintiffs' Search Terms and Search Methodology for Defendants' First Requests for Production of Documents to
Financial Institution Plaintiffs and the proposed ESI search terms.

Regards,
Kim Jager
Paralegal