IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>Case No. 1:17-md-2800-TWT |
| This Document Relates to:<br><br>*Mobbs v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5361-TWT | **MOTION TO WITHDRAW JACK ATNIP, III AS COUNSEL OF RECORD FOR PLAINTIFF ROBERT MOBBS** |

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned counsel for Plaintiff Robert Mobbs files this motion to withdraw Jack Atnip, III as counsel of record from the above-captioned Master Docket and Member Case.

Mr. Mobbs will continue to be represented by the undersigned, as well as by Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel, and the Plaintiffs' Steering Committee. Mr. Atnip no longer practices at the undersigned's law firm, Hellmuth & Johnson, PLLC. The withdrawal of Mr. Atnip will in no way prejudice Mr. Mobbs in this case.

2

WHEREFORE, the undersigned hereby requests that the Court grant this motion to withdraw Jack Atnip, III as counsel of record for Plaintiff Robert Mobbs.

                                        Respectfully submitted,

                                        HELLMUTH & JOHNSON, PLLC

Dated: November 27, 2018        By: /s/ Michael R. Cashman
                                        Michael R. Cashman (MN#206945)
                                        8050 West 78th Street
                                        Edina, Minnesota 55439
                                        Tel: (952) 941-4005
                                        Fax: (952) 941-2337
                                        Email: mcashman@hjlawfirm.com

                                        *Attorney for Plaintiff Robert Mobbs*