IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>Case No. 1:17-md-2800-TWT |
| This Document Relates to:<br><br>*Mobbs v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5361-TWT | **[PROPOSED] ORDER REGARDING MOTION TO WITHDRAW JACK ATNIP, III AS COUNSEL OF RECORD FOR PLAINTIFF ROBERT MOBBS** |

Pursuant to N.D. Ga. L.R. 83.1(E) and upon consideration of the motion filed to withdraw attorney Jack Atnip, III as counsel of record for Plaintiff Robert Mobbs, that Motion is hereby **GRANTED**.

Mr. Mobbs will continue to be represented by Michael R. Cashman of Hellmuth & Johnson, PLLC, as well as by the Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel, and Steering Committee.

IT IS SO ORDERED this _____ day of _____, 2018.

_____
Honorable Thomas W. Thrash, Jr.
United States District Court Judge