IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>Case No. 1:17-md-2800-TWT |
| This Document Relates to:<br><br>*Calderon, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-4389-TWT<br><br>*Benavidez, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5276-TWT<br><br>*Williams v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5311-TWT<br><br>*Taenzer, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5375-TWT<br><br>*Cadwallader, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5379-TWT | **MOTION TO WITHDRAW RICHARD M. HAGSTROM AS COUNSEL OF RECORD** |

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned brings this motion to withdraw attorney Richard M. Hagstrom as counsel of record for Plaintiffs Jose Calderon, Barbara Westbrook, John Benavidez, Veronika Benavidez, Cherie Williams, York Taenzer, Marilyn Dorsey, Nicole Grafton, Michael Nehring, Brian Cadwallader, and Marty Super (collectively, "Plaintiffs") from the above-captioned Master Docket and Member Cases.

Plaintiffs will continue to be represented by the undersigned, as well as by the Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel, and Steering Committee. Mr. Hagstrom's withdrawal will in no way prejudice Plaintiffs in this case.

WHEREFORE, the undersigned hereby requests that the Court grant his motion to withdraw attorney Richard M. Hagstrom as counsel of record for Plaintiffs from the referenced matters, and that the Clerk of Court remove the email address *rhagstrom@hjlawfirm.com* from the CM/ECF service lists for these matters.

Respectfully submitted,

HELLMUTH & JOHNSON, PLLC

Dated: November 27, 2018    By: /s/ Michael R. Cashman
　　　　　　　　　　　　　　　　Michael R. Cashman (MN #206945)
　　　　　　　　　　　　　　　　8050 West 78th Street
　　　　　　　　　　　　　　　　Edina, Minnesota 55439
　　　　　　　　　　　　　　　　Tel:  (952) 941-4005
　　　　　　　　　　　　　　　　Fax:  (952) 941-2337
　　　　　　　　　　　　　　　　Emails:  mcashman@hjlawfirm.com

*Attorneys for Plaintiffs*