# UNITED STATES DISTRICT COURT,
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br><br>Case No. 1:17-md-2800<br><br><br>CONSUMER TRACK<br>***Carson Block v. Equifax, Inc., et al***<br>Member Case No. 1:17-cv-05341 |

**NOTICE REGARDING AGREEMENT SETTING A DATE OF DECEMBER 7, 2018, FOR PLAINTIFF CARSON BLOCK'S DEADLINE TO FILE A REPLY IN SUPPORT OF HIS MOTION TO ESTABLISH A SEPARATE DISCOVERY TRACK**

I, Scott Lesowitz, declare, under penalty of perjury under the laws of the United States, that to the best of my knowledge and understanding, on November 21, 2018, counsel S. Stewart Haskins II of King & Spalding LLP, and Anthony L. Cochran of Chilivis, Cochran, Larkins & Bever, LLP, indicated to me that they have no objection to Plaintiff Carson Block filing a reply to his Motion to Establish a Separate Discovery Track (the "Motion") as late as December 7, 2018.

As background:

On August 12, 2018, Plaintiff Carson Block filed the Motion (Doc. No. 451 in 17-md-2800).

On September 26, 2018, the Court gave Defendants 45 days to file oppositions to the Motion, but did not set any dates regarding the filing of a reply (Doc. No. 475 in 17-md-2800).

On November 13 and 14, 2018, Defendants filed oppositions to the Motion (Doc. Nos. 55 & 56 in 17-cv-5341).

Dated: November 28, 2018  SYVERSON, LESOWITZ & GEBELIN, LLP

/s/ *Scott M. Lesowitz*
SCOTT M. LESOWITZ
DEAN WEINREICH
Attorneys for Plaintiff
Carson Block