UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: EQUIFAX, INC.,
Customer Data Security Breach
Litigation

CIVIL ACTION NO.
1:17md2800-TWT

IN THE MATTER OF:
AUDIO-VISUAL/RECORDING/COMPUTER EQUIPMENT

ORDER

Pursuant to Local Rule 83.4(A) for the Northern District of Georgia, it is hereby ordered that the following individual(s) be allowed to bring audio-visual/recording and or computer equipment to Courtroom 2108 on the 21st floor of the United States Courthouse on November 29, 2018 at 3:00 p.m. for the purpose of training purposes prior to hearing in December.

**Roger Holtzen**

Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.   This order shall be effective until completion of proceedings.

SO ORDERED.

This 28th   day of November, 2018.

/s/Thomas W. Thrash
Thomas W. Thrash, U. S. District Judge