IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>Case No. 1:17-md-2800-TWT |
| This Document Relates to:<br><br>*Calderon, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-4389-TWT<br><br>*Benavidez, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5276-TWT<br><br>*Williams v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5311-TWT<br><br>*Taenzer, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5375-TWT<br><br>*Cadwallader, et al. v. Equifax, Inc., et al.*<br>Case No. 1:17-cv-5379-TWT | **ORDER GRANTING MOTION TO WITHDRAW RICHARD M. HAGSTROM AS COUNSEL OF RECORD** |

Pursuant to N.D. Ga. L.R. 83.1(E) and upon consideration of the motion filed to withdraw attorney Richard M. Hagstrom as counsel of record for Plaintiffs Jose Calderon, Barbara Westbrook, John Benavidez, Veronika Benavidez, Cherie Williams, York Taenzer, Marilyn Dorsey, Nicole Grafton, Michael Nehring, Brian Cadwallader, and Marty Super (collectively, "Plaintiffs") from the above-captioned Master Docket and Member Cases, the Court hereby **GRANTS** the motion.

Plaintiffs will continue to be represented by Michael R. Cashman of Hellmuth & Johnson, PLLC, as well as by the Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel, and Steering Committee. The Clerk of Court is directed to remove the email address *rhagstrom@hjlawfirm.com* from the CM/ECF service lists for these matters.

IT IS SO ORDERED this 28th day of November, 2018.

/s/Thomas W. Thrash
Honorable Thomas W. Thrash, Jr. United States District Court Judge