UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 2800<br><br>No. 1:17-md-2800-TWT |

## ORDER REGARDING USE OF EQUIPMENT

Pursuant to Local Rule 83.4(A), with the permission of the Court, the following individual for Equifax Inc. will be allowed to enter the courthouse with equipment necessary for presenting electronic demonstrative exhibits at the Motion Hearing in the above-style matter scheduled to begin at 9:30 a.m. on December 14, 2018, in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309:

- Roger Holtzen of Ankura.

Such equipment includes, but is not limited to, laptop computers, computer mouses, external hard drives, video and audio cables, Multi-switch Distribution Amplifier, power strips, Gaffers tape, extension cords, trial tables and other electronic equipment, accessories and materials, water, cell phones and other personal electronic devices (including devices that include cameras) for purpose of

the Hearing. Proper identification will be required upon entering the security station on the plaza or lower level.

SO ORDERED, this 11th day of December, 2018.

/s/Thomas W. Thrash
HON. THOMAS W. THRASH
U.S. District Judge