IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 ) Case No.: 1:17-md-2800-TWT ) ) **ALL CASES** ) ) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR LIMITED RELIEF FROM DISCOVERY STAY AND ENTRY OF ORDER RELATING TO INTERVIEWS OF DEFENDANTS' FORMER EMPLOYEES**

In support of their motion seeking limited relief from the discovery stay [Doc. 488], Plaintiffs in the Consumer and Financial Institution Tracks respectfully submit the recently-published Majority Staff Report issued by the House Committee on Oversight and Government Reform. *See* STAFF OF H. COMM. ON OVERSIGHT & GOVERNMENT REFORM, 115TH CONGR., THE EQUIFAX DATA BREACH, available at https://oversight.house.gov/wp-content/uploads/2018/12/Equifax-Report.pdf (Dec. 10, 2018) (hereinafter, the "House Oversight Report" or the "Report"). A copy of the Report is attached as Exhibit A. The Report establishes the scope of Equifax's prior document and witness production, the direct relevance of this information to the issues before this Court, and the efficiencies that will be gained from permitting the limited discovery Plaintiffs seek.

In a press release announcing the Report, the Committee stated that after a 14-month investigation, it "reviewed over 122,000 pages of documents [and] conducted transcribed interviews with three former Equifax employees directly involved with IT," among other measures.[1] The Report also repeatedly cites to the trove of documents "on file with Committee." The documents include the "Mandiant Report,"[2] witness interview transcripts, emails, incident response charts, security audits, internal policies and procedures, expired digital security certificates, and "Project Sierra"[3] and PCI Compliance materials. *See generally* Report. All of these documents are highly relevant to this litigation.

Based on its review of these documents, the Committee compiled information regarding many of the issues germane to this case, as demonstrated by the various sections of its Report, which are entitled: Anatomy of the Equifax Data Breach; Equifax Notifies the Public of the Massive Data Breach; Specific Points of Failure: Equifax's Information Technology and Security Management; and Equifax

---

[1] H. COMM. ON OVERSIGHT & GOVERNMENT REFORM, *Committee Releases Report Revealing New Information on Equifax Data Breach*, available at https://oversight.house.gov/report/committee-releases-report-revealing-new-information-on-equifax-data-breach/ (Dec. 10, 2018), attached as Exhibit B hereto.

[2] Via King and Spalding, Equifax engaged the cybersecurity firm Mandiant to conduct a forensic review of the breach. (Report, at 10).

[3] "Equifax assigned the code name Project Sierra to the incident response efforts." (Report, at 37).

Remediation Efforts. *See* Report, Table of Contents, at 5-6.

The Committee's conclusions drawn from the documents and witness interviews directly support Plaintiffs' contentions in this case, including:

- As one of the three major reporting agencies that amass large amounts of personal data, Equifax had a "heightened responsibility to protect consumer data by providing best-in-class data security." *Id.* at 2;

- Equifax "failed to implement an adequate security program to protect this sensitive data." *Id.*;

- The breach was "entirely preventable," *id.*, and had "the company taken action to address its observable security issues prior to this cyberattack, the data breach could have been prevented." *Id.* at 4; and,

- The breach was caused in part by outdated security systems and an unaccountable corporate management structure. *Id.*

The Report also makes evident that the information Equifax provided to the Committee would be enormously useful in identifying custodians with relevant documents and designing the terms to be used in electronic searches.[4]

---

[4] The Report also supports Plaintiffs' claims in this case that they have viable negligence per se claims grounded upon Section 5 of the Federal Trade Commission Act. The Committee noted that the FTC has authority under Section 5 to pursue data security violations against companies such as Equifax and, in fact, "has brought over

3

For efficiency's sake, Equifax should produce to Plaintiffs the documents it has already produced to Congress and regulatory authorities so that the parties can meaningfully negotiate search terms, custodians and other issues that the Court has directed be done before full discovery commences. Further, it took the House Oversight Committee fourteen months to issue the Report. Presumably, a meaningful review of the documents in the civil litigation will also take months to conduct. There is no need to impose this additional delay in these cases of great public importance. In contrast, Equifax has articulated no burden it would incur in reproducing the documents to Plaintiffs, other than vague references to the costs of locating and reviewing the documents. (*See* Doc. 503, at 16). However, given that Equifax already has located and reviewed these highly relevant, responsive documents and produced them to government authorities, Equifax's burden arguments should be rejected.

In short, the Committee's Report demonstrates that the documents Equifax has already produced to governmental authorities – documents Plaintiffs specifically seek through their motion for limited relief from the discovery stay – are directly

---

60 cases against companies for engaging in unfair or deceptive practices by failing to adequately protect consumers' personal data." Report at 20.

relevant to the claims in this case and that their immediate production to Plaintiffs would enhance the parties' ability to comply with this Court's case management orders.

Respectfully submitted this 12th day of December, 2018.

/s/ Amy E. Keller
Amy E. Keller
Adam J. Levitt
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com
alevitt@dlcfirm.com

/s/ Kenneth S. Canfield
Kenneth S. Canfield
Georgia Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1900
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

/s/ Norman E. Siegel
Norman E. Siegel
Barrett J. Vahle
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

***Consumer Plaintiffs' Co-Lead Counsel***

5

/s/ Roy E. Barnes
Roy E. Barnes
John R. Bevis
J. Cameron Tribble
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

David J. Worley
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
David M. Berger
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com
dmb@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

6

jyanchunis@forthepeople.com

Jason R. Doss
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

**AND**

| /s/ Joseph P. Guglielmo | /s/ Gary F. Lynch |
|---|---|
| Joseph P. Guglielmo | Gary F. Lynch |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** |
| 230 Park Avenue, 17th Floor | 1133 Penn Avenue, 5th Floor |
| New York, New York 10169 | Pittsburgh, Pennsylvania 15222 |
| Tel. 212.223.6444 | Tel. 412.322.9243 |
| jguglielmo@scott-scott.com | glynch@carlsonlynch.com |

*Financial Institution Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Craig A. Gillen<br>**GILLEN WITHERS & LAKE, LLC**<br>3490 Piedmont Road, N.E.<br>One Securities Centre, Suite 1050<br>Atlanta, Georgia 30305<br>Tel. 404.842.9700<br>cgillen@gwllawfirm.com | MaryBeth V. Gibson<br>**THE FINLEY FIRM, P.C.**<br>3535 Piedmont Road<br>Building 14, Suite 230<br>Atlanta, Georgia 30305<br>Tel. 404.320.9979<br>mgibson@thefinleyfirm.com |

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@conleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

*Financial Institution Plaintiffs' Steering Committee*

9

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 12th day of December, 2018.

<div style="margin-left: 50%">

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

</div>