# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
### IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 12/14/2018.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:15 P.M.      COURT REPORTER: Susan Baker
TIME IN COURT: 5:05                   DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kenneth Canfiled, Norman Siegel Amy Keller, Roy Barnes representing Consumer Plaintiffs |
| | Joseph Guglielmo, Gary Lynch representing Financial Institution Plaintiffs |
| | David Balser, Phyllis Sumner, Stewart Haskins representing Equifax |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court heard argument from counsel on defendants' motions to dismiss. The Court will issue a written order as soon as possible. |
| HEARING STATUS: | Hearing Concluded |