## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | ) MDL No. 2800 ) ) ) ) |
| *Related Case*: | ) 1:17-cv-03523 ) |
| KEVIN O'NEILL on Behalf of Himself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| EQUIFAX INC.; and DOES 1-10, Inclusive, | ) ) ) |
| Defendants. | ) |

**PLAINTIFF KEVIN O'NEILL's NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Kevin O'Neill hereby voluntarily dismisses his claims in the above-captioned action without prejudice and without fees or costs to any party. In accordance with Fed. R. Civ. P. 41(a), no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Respectfully submitted,

Date: December 17, 2018        /s/ *David A. Bain*
David A. Bain
Georgia Bar No. 032449
LAW OFFICES OF DAVID A. BAIN, LLC
1230 Peachtree Street, NE, Suite 1050
Atlanta, GA  30309
Tel: (404) 724-9990
Fax: (404) 724-9986
dbain@bain-law.com

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (CA SBN 221858)
AARON M. OLSEN (CA SBN 259923)
225 Broadway, Suite 2050
San Diego, CA  92101
Tel: (619) 342-8000
Fax: (619) 342-7878
alreenh@haelaw.com
aarono@haelaw.com

LAGUARDIA LAW
ERIC A. LAGUARDIA (CA SBN 272791)
402 W. Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 655-4322
Fax: (619) 655-4344
eal@laguardialaw.com

*Attorneys for Plaintiff Kevin O'Neill*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 17, 2018, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the filing to all counsel of record.

/s/*David A. Bain*
David A. Bain
Georgia Bar No. 032449
LAW OFFICES OF DAVID A. BAIN, LLC
1230 Peachtree Street, NE, Suite 1050
Atlanta, GA  30309
Tel: (404) 724-9990
Fax: (404) 724-9986
dbain@bain-law.com

2