**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| IN RE: THE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS PLEADING RELATES TO ALL CASES | )<br>)<br>)<br>)  MDL Case No. 1:17-md-02800-TWT<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Comes now Roger Slade, Esq. and Rebecca N. Casamayor, Esq., attorneys of record for Plaintiffs, Eileen Sue Samilow and Gregg Podalsky (collectively ""Plaintiffs" and/or the "clients"), in this matter, and respectfully requests leave to withdraw under Local Rule 83.1(E).

The undersigned has given the clients due written notice of this intention to withdraw prior to submitting this request to the Court, in the letters mailed to the clients which are attached hereto as Exhibits "A" and "B". A copy of this motion shall be mailed to the clients at the same addresses.

In accordance therewith, the undersigned certifies that Plaintiffs Eileen Sue Samilow and Gregg Podalsky have been informed:

a. The United States District Court in the Northern District of Georgia retains jurisdiction of this matter;

b. Plaintiffs have the burden of keeping the Court informed of the current address for the service of notices, pleadings, or other papers;

c. Plaintiffs have the obligation to prepare to go forward with their case or to hire other counsel to handle their case;

d. If Plaintiffs fails or refuse to meet these obligations, they may suffer adverse consequences including the entry of judgment against them;

  e. Plaintiff must file any objections to this Motion to Withdraw with the Court no later than fourteen (14) days from the date of filing of this motion.

  WHEREFORE, the undersigned, Roger Slade, Esq. and Rebecca N. Casamayor, Esq., respectfully request that the proposed Order, attached hereto as Exhibit "C" be entered, permitting them to withdraw as attorney of record for Plaintiffs, Eileen Sue Samilow and Gregg Podalsky.

  Dated: January 23, 2019.

            s/ *Roger Slade*_____
            ROGER SLADE, ESQ.
            Florida Bar No. 41319
            REBECCA CASAMAYOR, ESQ.
            Florida Bar No. 99070
            **HABER LAW, P.A.**
            251 N.W. 23rd Street
            Miami, FL 33127
            Tele: (305) 379-2400
            Facsimile:(305) 379-1106
            Email: rslade@haber.law
            Email: rcasamayor@haber.law

## CERTIFICATE OF SERVICE

  **WE HEREBY CERTIFY** that on January 23, 2019, the foregoing document was served via Electronic Case Filing (ECF) system in the United States District Court for the Northern District of Georgia, parties registered for CM/ECF in the abobe-captioned matter and via E-mail and U.S. mail to Eileen Sue Samilow, 7777 Glades Road, Suite 100, Boca Raton, Florida 33434-4150, samilow@aol.com and Gregg Podalsky, 3537 Derby Lane, Weston FL 33331, greggp@arcgonline.com.

            s/ *Roger Slade*_____
            ROGER SLADE, ESQ.