EXHIBIT "B"



**ROGER SLADE, ESQ.**
305-379-2400 Ext.120
rslade@haber.law

December 21, 2018

**Via First Class Mail & E-mail:**
Mr. Gregg Podalsky
3537 Derby Lane
Weston FL 33331
greggp@arcgonline.com

      Re:    **IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**
              **U.S.D.C. Northern District of GA, Case No. 1:17-md-02800-TWT**

Dear Mr. Podalsky,

    I am writing you to let you know that I intend to formally withdraw my appearance as your lawyer in this case. As far as I am aware, Steven Samilow will remain in the case, so you should please address any questions or concerns about your rights in this case to him. The local rules of the court require me to inform you of the following:

A. I, Roger Slade, and my co-counsel Rebecca Newman Casamayor, intend to file a motion to withdraw.

B. Your case number is 1:17-md-02008-TWT, IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation. The Clerk of the Court is James H. Hatten, his address is Richard B. Russell Federal Building, 211 United States Court House, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309; Telephone No. (404) 215-1600. A list of the Opposing Counsel is attached.

C. The Court that retains jurisdiction of the action is the United States District Court in the Northern District of Georgia.

D. You have the burden of keeping the court informed respecting where notices, pleadings or other papers may be served. Steven Samilow remains in the case representing you, and will receive future notices, pleadings and other papers.

E. You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set. This step may be unnecessary, as Steven Samilow is remaining in the case, representing your interests. If you fail or refuse to meet these burdens, you may suffer adverse consequences.

F. Services of notices will continue to be directed to Steven Samilow as your attorney, and you may request the service of notices to be made upon you at 7777 Glades Road, Suite 100, Boca Raton, Florida 33434-4150, if you wish.

G. You have a right to object within fourteen (14) days of the date of this notice.

Please feel free to contact me at (305)-379-2400 should you have any questions.

Very truly yours,

**HABER LAW, P.A.**

*/s/ Roger Slade*

ROGER SLADE, ESQ..