# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS PLEADING RELATES TO ALL CASES | )<br>)<br>)<br>)  MDL Case No. 1:17-md-02800-TWT<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER PERMITTING WITHDRAWAL OF ATTORNEYS

Counsel having submitted their Motion to Withdraw as attorney of record for Plaintiffs, Eileen Sue Samilow and Gregg Podalsky, and appearing that all requirements of Local Rule 83,1 (E) have been satisfies, the Motion is hereby GRANTED and Roger Slade, Esq. and Rebecca N. Casamayor, Esq. are withdrawn as attorneys of record.

So ORDERED this ____ day of _____, 2019.

_____
THOMAS W. THRASH, JR.
United States District Judge