# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>CONSUMER TRACK |

## [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER THE CONSOLIDATED CONSUMER COMPLAINT

The Court has considered Defendants' Consent Motion to Extend the Deadline for Defendants to Answer the Consolidated Consumer Complaint. The Motion is GRANTED. Defendants' deadline to answer the Consolidated Consumer Class Action Complaint is extended through and including February 25, 2019. No other dates in the Scheduling Order [Dkt. 260] are affected by this Order.

SO ORDERED, this _____ day of February 2019.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE