# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTIONS TRACK |

## ORDER GRANTING JOINT MOTION TO SET DEADLINES

The Court has considered the Parties Join Motion to Set Deadlines. The Motion is GRANTED. The Parties shall adhere to the following schedule with respect to the Financial Institution Plaintiffs' Motion for Leave to Amend and Defendants' obligation to Answer to the Financial Institutions Complaint:

| Proposed Filing | Page Limit for Briefing | Deadline |
|---|---|---|
| Plaintiffs' Motion for Leave to Amend and Proposed Amended Complaint | 40 Pages | March 20, 2019 |
| Defendants' Response to Motion for Leave to Amend | 40 Pages | April 22, 2019 |

| Plaintiffs' Reply in Support of Motion for Leave to Amend | 20 Pages | May 22, 2019 |
| Defendants' Answer to the Operative Financial Institutions Complaint | N/A | Thirty (30) Days After the Court's Ruling on Plaintiffs' Motion for Leave to Amend |

SO ORDERED, this _____ day of February 2019.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE