## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## AMENDED JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

      Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.2, and Case Management Order No. 2 (ECF No. 87), the parties submit this Amended Joint Preliminary Report and Discovery Plan as follows.

      Now that the Court has issued a ruling on the pending motions to dismiss in the Consumer and Financial Institution Tracks of this litigation, the parties agree that reducing the previously-entered deadlines (*see* ECF No. 255 at 17-19) to dates certain would serve the convenience of the Court and the litigants.  Accordingly, because the Court ruled on the pending motions to dismiss on January 28, 2019, the following deadlines should be entered:

| Event | Court's Initial Deadline (ECF No. 255) | Deadline/Date[1] |
|---|---|---|
| **Parties Serve Responses and Objections to RFPs and Begin Document Production** | 30 Days After Ruling on Equifax's Motions to Dismiss | Wednesday, February 27, 2019 |

---

[1] Deadlines moved to the following business day in the event the deadline falls on a weekend or Federal holiday.  Deadlines set forth in Dkt. No. 255 are not affected by this Amended Joint Preliminary Report and Discovery Plan unless expressly stated.

| Event | Court's Initial Deadline (ECF No. 255) | Deadline/Date[1] |
|---|---|---|
| **Beginning of Fact Discovery** | 30 Days After the Answer Is Filed in the Consumer Track or Financial Institution Track, Whichever Is Later | Friday, March 29, 2019 |
| **Add Additional Parties and/or Amend Pleadings** | 4 Months After the Beginning of Fact Discovery | Monday, July 29, 2019 |
| **Substantial Completion of Document Production** | 6 Months After the Beginning of Fact Discovery | Monday, September 30, 2019 |
| **Fact Discovery Closes** | 9 Months After the Beginning of Fact Discovery | Monday, December 30, 2019 |
| **Disclosure of Plaintiffs' Expert(s) and Serve Expert Report(s)** | 30 Days After Fact Discovery Closes | Wednesday, January 29, 2020 |
| **Disclosure of Equifax's Expert(s) and Serve Expert Report(s)** | 30 Days After the Disclosure of Plaintiffs' Expert(s) and Reports | Friday, February 28, 2020 |
| **Disclosure of Plaintiffs' Rebuttal Expert(s) and Serve Rebuttal Expert Report(s)** | 21 Days After the Disclosure of Equifax's Expert(s) and Expert Report(s) | Friday, March 20, 2020 |
| **Completion of Expert Discovery** | 60 Days After the Disclosure of Plaintiffs' Rebuttal Expert(s) and Report(s) | Tuesday, May 19, 2020 |
| **Local Rule 16.3 Conference** | Within 14 Days of the Completion of Expert Discovery | Tuesday, June 2, 2020 |
| **Plaintiffs' Class Certification Motions to Be Filed in Consumer Track** | 6 Weeks After Rule 16.3 Conference | Tuesday, July 14, 2020 |

| Event | Court's Initial Deadline (ECF No. 255) | Deadline/Date[1] |
|---|---|---|
| **Plaintiffs' Class Certification Motions to Be Filed in Financial Institutions Track** | 8 Weeks After Rule 16.3 Conference | Tuesday, July 28, 2020 |
| **Oppositions to Plaintiffs' Class Certification Motions to Be Filed in Consumer Track** | 45 Days After Service of Plaintiffs' Motion | Friday, August 28, 2020 |
| **Oppositions to Plaintiffs' Class Certification Motions to Be Filed in Financial Institutions Track** | 45 Days After Service of Plaintiffs' Motion | Friday, September 11, 2020 |
| **Replies in Support of Plaintiffs' Class Certification Motions to Be Filed in Consumer Track** | 30 Days After Service of Equifax's Opposition | Monday, September 28, 2020 |
| **Replies in Support of Plaintiffs' Class Certification Motions to Be Filed in Financial Institutions Track** | 30 Days After Service of Equifax's Opposition | Monday, October 12, 2020 |
| **Summary Judgment Motions to Be Filed in the Consumer Track** | No Later Than 16 Weeks After Rule 16.3 Conference | Tuesday, September 22, 2020 |
| **Summary Judgment Motions to Be Filed in the Financial Institutions Track** | No Later Than 18 Weeks After Rule 16.3 Conference | Tuesday, October 6, 2020 |
| **Opposition to Summary Judgment Motions to Be Filed in Consumer Track** | 30 Days After Summary Judgment Motions Filed in Consumer Track | Thursday, October 22, 2020 |
| **Opposition to Summary Judgment Motions to Be Filed in Financial Institutions Track** | 30 Days After Summary Judgment Motions Filed in Financial Institutions Track | Thursday, November 5, 2020 |

| Event | Court's Initial Deadline (ECF No. 255) | Deadline/Date[1] |
|---|---|---|
| **Reply in Support of Summary Judgment Motions to Be Filed in the Consumer Track** | 21 Days After Opposition to Summary Judgment Motions Filed in Consumer Track | Thursday, November 12, 2020 |
| **Reply in Support of Summary Judgment Motions to Be Filed in the Financial Institutions Track** | 21 Days After Opposition to Summary Judgment Motions Filed in Financial Institutions Track | Friday, November 27, 2020 |

Respectfully submitted on
February 6, 2019

/s/ Amy E. Keller
Amy E. Keller
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dlcfirm.com

Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

5

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**MILBERG TADLER PHILLIPS
GROSSMAN LLP**
One Penn Plaza
19th Floor
New York, New York 10119
Tel. 212.594.5300
atadler@milberg.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

6

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering
Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court
Coordinating Counsel*

*-and-*

*/s/ Joseph P. Guglielmo (w/ permission)*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT
LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel. 412.322.9243
glynch@carsonlynch.com

*Financial institution Plaintiffs' Co-Lead Counsel*

Craig A. Gillen
**GILLEN WITHERS & LAKE, LLC**
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, Georgia 30305
Tel. 404.842.9700
cgillen@gwllawfirm.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
Tel. 404.320.9979
mgibson@thefinleyfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@onleygriggs.com

*Financial institution Plaintiffs' Co-Liaison Counsel*

8

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

9

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

***Financial institution Plaintiffs' Steering
Committee***

*-and-*

*/s/ S. Stewart Haskins II (w/ permission)*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler

Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

***Counsel for Equifax Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 6th day of February 2019.

/s/ Amy E. Keller

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified

**IT IS SO ORDERED.**

Date: February 7, 2019           /s/Thomas W. Thrash
                                 Thomas W. Thrash, Jr.
                                 United States District Judge