IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) ) MDL Docket No. 2800<br>Case No. 1:17-md-2800<br><br>CONSUMER TRACK<br>*Block v. Equifax, Inc., et al.*<br>Member Case No. 1:17-cv-05341 |

**[PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION AND STAYING ANY ANSWER OR RESPONSIVE PLEADING BY INDIVIDUAL DEFENDANTS IN *BLOCK V. EQUIFAX***

The Court has considered the Individual Defendants' Motion for Clarification. The motion is GRANTED. The Individual Defendants in *Block v. Equifax, Inc., et al.*, Member Case No. 1:17-cv-05341, are not required to file an answer or other responsive pleading to the complaint in that case unless and until further order of the Court.

SO ORDERED, this ____ day of February, 2019.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

8

AGG\13154035v2