UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                    )
IN RE: EQUIFAX, INC., CUSTOMER      )    MDL Docket No. 2800
DATA SECURITY BREACH                )    1:17-md-2800-TWT
LITIGATION                          )
_____)    ALL PLAINTIFFS

## NOTICE OF CHANGE OF ADDRESS

Consumer Plaintiffs' Steering Committee Member, Jason R. Doss, hereby notifies the Court of the following change in address:

The Doss Firm, LLC
The Brumby Building
127 Church Street, Suite 220
Marietta, Georgia 30060

All other information on record with the Clerk of Court remains the same.

Respectfully submitted this 8th day of February 2019.

                                    The Doss Firm, LLC

                                    /s/ Jason R. Doss_____
                                    Jason R. Doss
                                    Georgia Bar No. 227117
                                    The Brumby Building
                                    127 Church Street, Suite 220
                                    Marietta, Georgia 30060
                                    Telephone: (770) 578-1314
                                    Facsimile:  (770) 578-1302
                                    Email: jasondoss@dossfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically served the Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

Submitted this 8th day of February 2019.

    The Doss Firm, LLC

    /s/ Jason R. Doss_____
    Jason R. Doss
    Georgia Bar No. 227117
    The Brumby Building
    127 Church Street, Suite 220
    Marietta, Georgia 30060
    Telephone: (770) 578-1314
    Facsimile:  (770) 578-1302
    Email: jasondoss@dossfirm.com