IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL No. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |
| CHRISTIAN DUKE and DALE MILLER, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EQUIFAX INC.,<br><br>　　　　　Defendant. | Member Case No.: 1:17-cv-03765-TWT |

### NOTICE OF VOLUNTARY DISMISSAL OF <u>CHRISTIAN DUKE AND DALE MILLER AS NAMED PLAINTIFFS</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Christian Duke and Dale Miller voluntarily dismiss their claims without prejudice. Such voluntary dismissal will not delay the litigation. Messrs. Duke and Miller reserve their rights as members of any class that may be certified in this action.

RESPECTFULLY SUBMITTED this 11th day of February, 2019.

Dated: February 11, 2019							ROBBINS ARROYO LLP

/s/ Brian J. Robbins
BRIAN J. ROBBINS
KEVIN A. SEELY
ASHLEY R. RIFKIN
STEVEN M. MCKANY
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
		kseely@robbinsarroyo.com
		arifkin@robbinsarroyo.com
		smckany@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
(Georgia Bar No. 348370)
3424 Peachtree Road, NE, Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
E-mail: jherman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (*pro hac vice*)
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
E-mail: pgeller@rgrdlaw.com

                      sdavidson@rgrdlaw.com
                      mdearman@rgrdlaw.com

Attorneys for Plaintiffs Christian Duke and Dale Miller

1332205

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys registered with the Court's CM/ECF system in the above-captioned cases.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 11, 2019.

/s/ *Brian J. Robbins*
BRIAN J. ROBBINS

ROBBINS ARROYO LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com