# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

1:17-md-02800   IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
1:17cv3463   IN RE: EQUIFAX INC. SECURIRTIES LITIGATION
1:18cv0317   IN RE EQUIFAX, INC. DERIVIATIVE LITIGATION
Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/19/2019.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:00 P.M.          COURT REPORTER: Diane Peede
TIME IN COURT: 1:00                       DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Amy Keller, Kenneth Canfield and Norman Siegel Consumer Plaintiffs' Co-Lead Counsel,
Joseph Guglielmo and Gary Lynch Financial Insitutioin Plaintiffs' Co-Lead Counsel
Kyle Bates & Peter Schneider for Commonwealth of Puerto Rico
David Balser, Phyllis Sumner, Stewart Haskins for Equifax
David Chiken and Meghan McCaffrey for Richard Smith
James Harrod for Securities Litigation Plaintiffs
Warren Pope for Equifax
Joseph Weiss for Derivative Litigation Plaintiffs
Warren Pope for Equifax.

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MOTIONS RULED ON: [548]Motion for Clarification GRANTED

MINUTE TEXT: The Court followed the proposed agenda submitted by counsel for all three case types. First the customer Data Security Breach Counsel reported on status discovery directed at Equifax and third-parties. The Court heard from counsel on [548] Motion for Clarification as to Individual Defendants and there is no need for individual defendants to file answers in the "Block" case. The Court heard from counsel on [488] Class Plaintiffs' Motion for Limited Relief from Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees. The Court will review and consider the proposed orders. The Court heard from counsel for Common Wealth of Puerto Rico as to Request for Separate government track. Parties directed to confer in an attempt to reach an

agreement as to a briefing schedule. The Court heard from counsel on his intent to administratively close the individual member cases and pro se cases. The Court ordered that these be administratively closed. (An order will be issued.) This will NOT include the City of Chicago and the Commonwealth of Puerto Rico. Counsel in the Derivative Action reported to the Court as outlined in the proposed agenda. Counsel in the Securities Litigation reported to the Court as outlined in the proposed agenda and counsel will meet and confer to attempt to agree on a procedure to produce discovery schedule between the MDL actions and this action. Counsel for the parties to meet and confer in attempt to reach agreement on proposed search terms and custodian in connection with production of documents. Counsel to meet with Ms. Sewell after Judge leaves the bench to schedule next status conference. The next status conference will be April 3, 2019 at 2:00 p.m. a separate notice will be docketed with additional information.

HEARING STATUS:    Hearing Concluded