IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 15 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| In re: Equifax Customer Data Security Breach Litigation | MDL Docket No. 2800 |
| | No. 1:17-md-2800-TWT |
| This Document Relates To: | Case No. 1:18-cv-5611 |
| *Commonwealth of Puerto Rico,* Plaintiff, | Chief Judge Thomas W. Thrash, Jr. |
| v. | |
| *Equifax, Inc.*, Defendant. | |

## CERTIFICATE OF CONFERENCE

Pursuant to Case Management Order Nos. 1 and 5 in the above-referenced matter, I hereby declare under penalty of perjury under the laws of the United States that on February 12, 2019 I corresponded with counsel for the Consumer Plaintiffs, the Financial Institution Plaintiffs, Defendant Equifax, and the City of Chicago regarding the filing of Puerto Rico's Joinder with Plaintiff City of Chicago's Motion To Establish A Separate Track For Government Enforcement Actions (Dkt. No. 385). On February 12, 2019 I conferred telephonically with Amy Keller, counsel for the Consumer Plaintiffs, who represented to me that the Consumer Plaintiffs were unopposed to the filing of Puerto Rico's Joinder with Plaintiff City of Chicago's Motion To Establish A Separate Track For Government Enforcement Actions.

As of the date of this filing, no counsel for the Financial Institution Plaintiffs or Equifax have responded to my inquiry regarding their consent or opposition to the relief requested.

Dated: February 14, 2019

>Respectfully Submitted,
>
>/s Kyle G. Bates
>Todd M. Schneider
>Kyle G. Bates
>SCHNEIDER WALLACE
>COTTRELL KONECKY
>WOTKYNS LLP
>2000 Powell St., Suite 1400
>Emeryville, California 94608
>Telephone: (415) 421-7100
>Facsimile: (415) 421-7105
>tschneider@schneiderwallace.com
>kbates@schneiderwallace.com
>
>*Attorneys for the Commonwealth of Puerto Rico*