

SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP



February 14, 2019

VIA FEDEX OVERNIGHT

Clerk, U.S. District Court
Northern District of Georgia, Atlanta Division
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

       Re:    In re: Equifax/Commonwealth of Puerto Rico v. Equifax, Inc.
               No. 1:17-md-2800-TWT/Case No. 1:18-cv-5611

Dear Clerk:

      Please find enclosed two copies of the following, in regards to the above entitled case for filing with the United States District Court for the Northern District of Georgia, Atlanta Division:

1. Commonwealth of Puerto Rico's Joinder with Plaintiff City of Chicago's Motion to Establish a Separate Track for Government Enforcement Actions; and
2. Certificate of Conference

      Mr. Schneider has successfully submitted his CM/ECF login registration information, however we have not received a login/password so that we may electronically file. Please file the above documents accordingly. Please return a conformed copy of the documents in the enclosed Federal Express envelope.

      If you have any questions, please contact (713) 338-2560 immediately. Thank you very much for your attention to this matter.

                                      Very truly yours,

                                      SCHNEIDER WALLACE
                                      COTTRELL KONECKY
                                      WOTKYNS LLP

                                      Elizabeth Harris
                                      Office Manager

Enclosures