▶ Insert shipping document here.

```
ORIGIN ID:HOUA    (713) 338-2560        SHIP DATE: 14FEB19
ELIZABETH HARRIS                        ACTWGT: 1.00 LB
SCHNEIDER WALLACE COTTRELL KONECKY      CAD: 2160272/INET4100
3700 BUFFALO SPEEDWAY
SUITE 300
HOUSTON, TX 77098                       BILL SENDER
UNITED STATES US
```

TO **CLERK, US DISTRICT COURT**
**US DISTRICT COURT-GEORGIA-ATL**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA GA 30303**
(404) 215-1655                REF: PR V EQUIFAX
INV:
PO:                           DEPT:

565J20E3D/23AD



FedEx Express

**FRI - 15 FEB 10:30A**
**PRIORITY OVERNIGHT**

TRK# 7744 7482 4665
0201



**XH QFEA**    GA-US    30303 ATL

FedEx Ship Manager - Print Your Label(s)

2/14/2019

RT 529
FZ 526

CLEARED FEB 15

