# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>CONSUMER TRACK |

## ORDER GRANTING JOINT MOTION TO SET DEADLINES

The Court has considered the Parties' Joint Motion to Set Deadlines with respect to Plaintiff the Commonwealth of Puerto Rico's ("Plaintiff Puerto Rico") Joinder with Plaintiff City of Chicago's Motion to Establish a Separate Track for Government Enforcement Actions ("Motion for Separate Track," Dkt. No. 561). The Motion is GRANTED. Any responses to Plaintiff Puerto Rico's Motion for Separate Track shall be filed by March 15, 2019, and Plaintiff Puerto Rico shall file a consolidated reply by March 22, 2019.

SO ORDERED, this \_\_\_\_ day of February 2019.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE