**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (State Bar No. 120371)**
**18340 Yorba Linda Blvd., Suite 107-610**
**Yorba Linda, CA 92886**
**714-854-7205**
**714-854-7206 (fax)**
**jeff@lakeshorelaw.org**

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| KATIUSHKA REBECA ACOSTA-SMITH, et. al. | Case No. 1:17-md-2800 (lead case) |
| | No. 1:18-CV-1467-TWT (Acosta-Smith) |
| ASHLEY ABRAMSON, et. al., | No. 1:18-CV-1466-TWT (Abramson) |
| Plaintiffs, | |
| v. | |
| | **PLAINTIFFS' REQUEST TO** |
| EQUIFAX INC., | **VACATE ORDERS CLOSING THE** |
| and Does 1 through 100 inclusive, | **CASES AND REQUEST FOR** |
| | **COURT TO RULE ON MOTION TO** |
| | **REMAND** |
| | Hearing Date: |
| | Department 2108 |
| Defendants. | Hon. Thomas W. Thrash, Jr. |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

Plaintiffs Katiushka Rebeca Acosta-Smith and 49 other plaintiffs in 1:18-CV-1467-TWT and Ashley Abramson and 49 other plaintiffs in 1:18-CV-1466-TWT hereby move for an order VACATING the orders administratively closing these two cases.

On February 20, 2019, the Court issued an order (Doc. 563) directing

the clerk "to ADMINISTRATIVELY CLOSE all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax."  Subsequently, the Clerk entered the same order into the dockets of the Acosta-Smith case (Doc. 31 in that case) and Abramson case (Doc. 18 in that case).  On February 21, 2019, Plaintiffs received an ECF notification that their cases were closed.  (See attached notices & orders)

It appears these two cases were closed **in error**.  Presumably, lead counsel for the Class Plaintiffs and Defendants failed to bring it to this Court's attention that there is a pending motion to remand the Acosta-Smith and Abramson cases.  The motion was filed April 26, 2018.  (Doc. 350)

Pursuant to prior order of this court, opposition to the motion to remand and reply papers were to be filed by specified dates.  "The Court will then schedule hearings on remand motions as it deems appropriate."  (Doc. 409.)  Equifax filed its opposition to remand on October 22, 2018.  (Doc. 491) Plaintiffs filed their reply on November 7, 2018.  (Doc. 500)

The Court has not scheduled any hearing and has not ruled on the motion to remand.  Instead it made a generic order to close individual cases without excluding the ones with motions to remand pending ruling of the

Court. Plaintiffs assume it was not the Court's intention to close the lawsuits with pending motions to remand to state court without even ruling on the motions.

Therefore, the Court is respectfully requested to vacate the order closing these two cases and to rule on the pending motions to remand (or set hearings thereon) in due course. The state court Plaintiffs are eager to resume litigation in the California Superior Court. If, as they contend, this Court lacks jurisdiction over their cases, then administratively closing their cases was improper and places them in indefinite limbo to their great prejudice.

DATED: February 21, 2019

                      Respectfully submitted,

                      By    __/s/ Jeffrey Wilens_____

                            JEFFREY WILENS
                            Attorney for Plaintiffs

# **CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14-point Georgia font in compliance with the requirements of Local Rule 5.1(C).

DATED: February 21, 2019

                Respectfully submitted,

                By     \_\_/s/ Jeffrey Wilens_____

                      JEFFREY WILENS
                      Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE; EQUIFAX, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION

CIVIL ACTION NO.
1:17md2800-TWT

O R D E R

In accordance with Case Management Order No. 2 [doc.87], filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax.

SO ORDERED, this 20th day February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE; EQUIFAX, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION

CIVIL ACTION NO.
1:17md2800-TWT

O R D E R

In accordance with Case Management Order No. 2 [doc.87], filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax.

SO ORDERED, this 20th day February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE; EQUIFAX, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION

CIVIL ACTION NO.
1:17md2800-TWT

O R D E R

In accordance with Case Management Order No. 2 [doc.87], filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax.

SO ORDERED, this 20th day February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

**Jeffrey Wilens**

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **Sent:** | Thursday, February 21, 2019 11:45 AM |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Have you upgraded your PACER account? To continue e-filing, all registered attorneys must upgrade to an individual PACER account by April 13, 2019. Confirm your account type by logging in to **PACER.gov** and click on Manage My Account to confirm that your account type is "Upgraded PACER Account." If you have a Legacy PACER Account, you will need to complete the upgrade process.

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 2/21/2019 at 2:40 PM EST and filed on 2/20/2019

| | |
|---|---|
| **Case Name:** | IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation |
| **Case Number:** | 1:17-md-02800-TWT |
| **Filer:** | |
| **Document Number:** | 563 |

**Docket Text:**
**ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| **Case Name:** | McGonnigal v. Equifax, Inc. |
| **Case Number:** | 1:17-cv-03422-TWT |
| **Filer:** | |
| **Document Number:** | 25 |

**Docket Text:**
**ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| **Case Name:** | Agosto et al v. Equifax Information Services, LLC |
| **Case Number:** | 1:18-cv-01150-TWT |
| **Filer:** | |
| **Document Number:** | 20 |

**Docket Text:**
**ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| **Case Name:** | Ashley Abramson v. Equifax Inc. |
| **Case Number:** | 1:18-cv-01466-TWT |
| **Filer:** | |
| **Document Number:** | 18 |

**Docket Text:**
**ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| **Case Name:** | Katiushka Rebeca Acosta-Smith et al v. Equifax Inc. et al |
| **Case Number:** | 1:18-cv-01467-TWT |
| **Filer:** | |
| **Document Number:** | 31 |

**Docket Text:**
**ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| **Case Name:** | City Of Chicago v. Equifax Inc |
| **Case Number:** | 1:18-cv-01470-TWT |
| **Filer:** | |
| **Document Number:** | 44 |

**Docket Text:**
**ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| **Case Name:** | Ward et al v. Equifax, Inc. et al |
| **Case Number:** | 1:18-cv-01471-TWT |
| **Filer:** | |
| **Document Number:** | 33 |

**Jeffrey Wilens**

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **Sent:** | Thursday, February 21, 2019 1:42 PM |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation Terminated Case |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Have you upgraded your PACER account? To continue e-filing, all registered attorneys must upgrade to an individual PACER account by April 13, 2019. Confirm your account type by logging in to **PACER.gov** and click on Manage My Account to confirm that your account type is "Upgraded PACER Account." If you have a Legacy PACER Account, you will need to complete the upgrade process.

U.S. District Court

Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 2/21/2019 at 4:38 PM EST and filed on 2/20/2019
**Case Name:**     IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
**Case Number:**   1:17-md-02800-TWT
**Filer:**
**WARNING: CASE CLOSED on 02/20/2019**
**Document Number:** No document attached

**Docket Text:**
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

**Case Name:**     McGonnigal v. Equifax, Inc.
**Case Number:**   1:17-cv-03422-TWT
**Filer:**
**WARNING: CASE CLOSED on 02/20/2019**
**Document Number:** No document attached

**Docket Text:**
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

**Case Name:**     Cary et al v. Equifax, Inc.
**Case Number:**   1:17-cv-03433-TWT

| | |
|---|---|
| Case Name: | Ramirez v. Equifax, Inc. et al |
| Case Number: | 1:18-cv-01025-TWT |
| Filer: | |

**WARNING: CASE CLOSED on 02/20/2019**
Document Number: No document attached

Docket Text:
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| Case Name: | Cunniff v. Equifax, Inc. |
| Case Number: | 1:18-cv-01071-TWT |
| Filer: | |

**WARNING: CASE CLOSED on 02/20/2019**
Document Number: No document attached

Docket Text:
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| Case Name: | Agosto et al v. Equifax Information Services, LLC |
| Case Number: | 1:18-cv-01150-TWT |
| Filer: | |

**WARNING: CASE CLOSED on 02/20/2019**
Document Number: No document attached

Docket Text:
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| Case Name: | Ashley Abramson v. Equifax Inc. |
| Case Number: | 1:18-cv-01466-TWT |
| Filer: | |

**WARNING: CASE CLOSED on 02/20/2019**
Document Number: No document attached

Docket Text:
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| Case Name: | Katiushka Rebeca Acosta-Smith et al v. Equifax Inc. et al |
| Case Number: | 1:18-cv-01467-TWT |
| Filer: | |

**WARNING: CASE CLOSED on 02/20/2019**
Document Number: No document attached

Docket Text:
**Civil Case Terminated. (Associated Cases: 1:17-md-02800-TWT et al.) (EQACtrk) (sap)**

| | |
|---|---|
| Case Name: | Ward et al v. Equifax, Inc. et al |
| Case Number: | 1:18-cv-01471-TWT |
| Filer: | |