IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |
| CRAVEN RANDALL CASPER,<br><br>  Plaintiff,<br><br>  v.<br><br><br>EQUIFAX, INC.,<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. 1:18-CV-1511-TWT |

**ORDER AND SUGGESTION OF REMAND**

This is a pro se action under the Fair Credit Reporting Act. In his Amended Complaint [Doc. 17] the Plaintiff asserted claims arising out of the 2017 Equifax Data Breach. Those claims are now subsumed in the Master Complaint filed in the Consumer track of the MDL. Accordingly, the Data Breach claims are severed and closed administratively pursuant to Case Management Order No. 2 [Doc. 87]. On January 12, 2018, the MDL Panel issued a Conditional Transfer Order transferring the action to this Court. The Plaintiff opposed transfer of the case into the Equifax Data Breach MDL. The initial Complaint consisted primarily of 35 pages of complaints about the Plaintiff's credit report. I suggest to the Judicial Panel on Multidistrict

Litigation that it remand those initial Fair Credit Reporting Act claims to the United States District Court for the Middle District of North Carolina.

SO ORDERED, this 21 day of February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge