IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE; EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CIVIL ACTION NO. 1:17md2800-TWT |

O R D E R

In accordance with Case Management Order No. 2 [doc.87], filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE all the individual pro se civil actions related to this MDL action listed as follows:

1:17-cv-05197-TWT

1:17-cv-05216-TWT

1:17-cv-05272-TWT

1:17-cv-05405-TWT

1:17-cv-05451-TWT

1:17-cv-05529-TWT

1:18-cv-00208-TWT

1:18-cv-00209-TWT

1:18-cv-00329-TWT

1:18-cv-00364-TWT

1:18-cv-00480-TWT

1:18-cv-00622-TWT

1:18-cv-01146-TWT

1:18-cv-01185-TWT

1:18-cv-01550-TWT

1:18-cv-02022-TWT

1:18-cv-02314-TWT

1:18-cv-02842-TWT

1:18-cv-02863-TWT

1:18-cv-02936-TWT

1:18-cv-03977-TWT

1:18-cv-04472-TWT

1:18-cv-04611-TWT

1:18-cv-04698-TWT

1:18-cv-04699-TWT

1:18-cv-04714-TWT

1:18-cv-04753-TWT

1:18-cv-04920-TWT

1:18-cv-05609-TWT

1:18-cv-05620-TWT

1:18-cv-05621-TWT

1:18-cv-05685-TWT

1:18-cv-05816-TWT

1:19-cv-00744-TWT

SO ORDERED, this 20th day February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE