IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re: Equifax, Inc. Customer Data Security Breach Litigation**<br><br>**This Document Relates to:**<br>*Ward, et al. v. Equifax, Inc., et al.*, D. Maryland, Civil Action No. 1:17-cv-03246 | **MDL Docket No. 2800**<br>**Case No.: 1:17-md-2800-TWT**<br><br>**CONSUMER ACTIONS** |

## WARD PLAINTIFFS JOINDER TO ACOSTA-SMITH AND ABRAMSON PLAINTIFFS REQUEST TO VACATE ORDERS CLOSING THE CASES AND REQUEST FOR COURT TO RULE ON MOTION TO REMAND

Plaintiffs Craig Ward and 3 other plaintiffs in 1:17-CV-03246 hereby join the Acosta Smith Plaintiffs, in 1:18-CV-1467-TWT and the Abramson Plaintiffs, in 1:18-CV-1466-TWT, and move for an order vacating that part of Doc. No. 563 administratively closing the Ward case. Similar to the Acosta Smith and Abramson cases, the Ward Plaintiffs have a motion to remand (Doc. 459) fully briefed and pending before the Court, which motion raises challenges to the courts jurisdiction over the Ward Plaintiffs' case, and for the same reasons as set forth by the Acosta Smith and Abramson plaintiffs, the Ward Plaintiffs will be prejudiced by the administrative closure of the case before the motion is resolved.

1

As the Ward Plaintiffs' motion has been pending for more than a year, the Ward Plaintiffs join the Acosta Smith and Abramson Plaintiffs in moving the Court to set hearings or rule on all pending motions to remand.

Dated: February 22, 2019

                Respectfully submitted,

                /s/ Michael Paul Smith
                Michael Paul Smith, Esq. #23685
                Smith, Gildea & Schmidt, LLC
                600 Washington Avenue, Suite 200
                Towson, MD 21204
                (410) 821-0070 / (410) 821-0071 (fax)
                Email:
                mpsmith@sgs-law.com
                *Counsel for Plaintiffs and Class Members*