IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | CIVIL ACTION NOS. 1:17md2800-TWT |
| IN RE: EQUIFAX, INC., SECURITIES LITIGATION | 1:17cv3463-TWT |
| IN RE: EQUIFAX, INC. DERIVATIVE LITIGATION | 1:18cv0317-TWT |

O R D E R

The Court's Order of February 20, 2019 [567] administratively closing members cases inadvertently closed the above related Securities Litigation (1:17cv3463) and Derivative Litigation (1:18cv0317) actions. The Clerk is DIRECTED to reopen these two cases.

SO ORDERED, this 22nd day February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE