**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|   |   |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800<br>) Case No.: 1:17-md-2800-TWT<br>)<br>) **ALL ACTIONS**<br>) |

**PLAINTIFFS' NOTICE OF CHANGE OF ATTORNEYS'
FIRM NAME AND CONTACT INFORMATION**

PLEASE TAKE NOTICE that, effective immediately, DiCello Levitt & Casey LLC has changed its name to DiCello Levitt Gutzler LLC. The updated contact information for undersigned counsel is as follows:

**DiCello Levitt Gutzler LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602
Telephone: (312) 214-7900
Fax: (312) 253-1443
Email: **akeller@dicellolevitt.com**
**alevitt@dicellolevitt.com**

          */s/ Amy E. Keller*
          Amy E. Keller
          Adam J. Levitt
          **DiCELLO LEVITT GUTZLER LLC**
          Ten North Dearborn Street
          Eleventh Floor
          Chicago, Illinois 60602
          Tel. 312.214.7900
          akeller@dicellolevitt.com

alevitt@dicellolevitt.com

*Consumer Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify pursuant to L.R. 7.1D that the foregoing complies with the font and point selections permitted by L.R. 5.1C. This brief was prepared on a computer using the Times New Roman font (14 point).

<i>/s/ Amy E. Keller</i>

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 27th day of February, 2019.

/s/ Amy E. Keller