# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **FINANCIAL INSTITUTION PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS EQUIFAX INC.'S AND EQUIFAX INFORMATION SERVICES LLC'S FIRST REQUESTS FOR PRODUCTION** and **ASSOCIATION PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS EQUIFAX INC.'S AND EQUIFAX INFORMATION SERVICES LLC'S FIRST REQUESTS FOR PRODUCTION** were served on counsel for the Defendants via electronic mail on February 27, 2019.

Dates:  February 28, 2019

Respectfully submitted,
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**

/s Joseph P. Guglielmo
Joseph P. Guglielmo
Erin Green Comite
Carey Alexander
Margaret B. Ferron
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334

jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
mferron@scott-scott.com

Gary F. Lynch
Jamisen A. Etzel
Kevin Tucker
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel.: 412-322-9243
Fax: 412-231-0246
glynch@carlsonlynch.com
jetzel@carlsonlynch.com
ktucker@carlsonlynch.com

*Co-Lead Counsel for the Financial Institution Plaintiff Class*

Craig A. Gillen
Anthony C. Lake
**GILLEN WITHERS & LAKE, LLC**
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, GA 30305
Tel.: 404-842-9700
Fax: 404-842-9750
cgillen@gwllawfirm.com
aclake@gwllawfirm.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
Tel.: 404-320-9979

Fax: 404-320-9978
mgibson@thefinleyfirm.com

Ranse M. Partin
**CONLEY GRIGGS PARTIN, LLP**
Building One, Suite 300
4200 Northside Parkway, NW
Atlanta, GA 30327
Tel.: 404-467-1155
Fax: 404-467-1166
ranse@conleygriggs.com

*Co-Liaison Counsel for the Financial Institution Plaintiff Class*

Arthur M. Murray
Stephen B. Murray, Sr.
Caroline W. Thomas
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel.: 504-525-8100
Fax: 504-584-5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Stacey P. Slaughter
Michael Ram
**ROBINS KAPLAN LLP**
800 LaSalle Avenue Suite 2800
Minneapolis, MN 612-349-8500
Tel.: 612-349-8500
Fax: 612-339-4181
sslaughter@robinskaplan.com
mram@robinskaplan.com

Charles H. Van Horn

**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, GA 30305
Tel.: 404-261-7711
Fax: 404-233-1943
cvanhorn@bfvlaw.com

Allen Carney
Joseph Henry Bates
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Tel.: 501-312-8500
Fax: 501-312-8505
acarney@cbplaw.com
hbates@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401
Tel.: 612-339-7300
Fax: 612-336-2940
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Tel.: 612-339-6900
Fax: 612-339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Karen S. Halbert

Michael L. Roberts
Jana K. Law
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223
Tel.: 501-821-5575
Fax: 501-821-4474
karenhalbert@robertslawfirm.us
mikeroberts@robertslawfirm.us
janalaw@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel.: 612-341-0400
Fax: 612-341-0844
brian.gudmundson@zimmreed.com

*Steering Committee for the Financial Institution Plaintiff Class*

Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Tel.: 409-833-7700
Fax: 866-835-8250
Email: rcoffman@coffmanlawfirm.com

Reginald L. Snyder
**DYE SNYDER, LLP**
260 Peachtree St. NW, Suite 502
Atlanta, GA 30303
Tel.: 678-974-8360
Fax: 404-393-3872

Email: rsnyder@dyesnyder.com

Mary C. Turke
Samuel J. Strauss
**TURKE & STRAUSS, LLP**
Suite 201
613 Williamson Street
Madison, WI 53703
Tel.: 608-237-1775
Fax: 608-509-4423
mary@turkestrauss.com
sam@turkestrauss.com

David A. Reed
**REED & JOLLY, PLLC**
3711 Millpond Court
Fairfax, VA 22033
Tel.: 703-675-9578
David@reedandjolly.com

Charles Barrett
**NEAL & HARWELL, PLC**
1201 Demonbreun Suite 1000
Nashville, TN 37203
Tel.: 615-238-3647
Fax: 615-726-0573
cbarrett@nealharwell.com

Robert C. Khayat, Jr.
**THE KHAYAT LAW FIRM**
Georgia Bar No. 416981
75 Fourteenth Street, N.E.
Suite 2750
Atlanta, Georgia 30309
Tel.: 404-978-2750
Fax: 404-978-2901
rkhayat@khayatlawfirm.com

David M. Cohen
**COMPLEX LAW GROUP, LLC**
Ga. Bar No. 173503
40 Powder Springs Street
Marietta, GA 30064
Tel.: 770-200-3100
Fax: 770-200-3101
dcohen@complexlaw.com

*Additional Counsel for Plaintiffs*