# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **EQUIFAX, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST JOINT SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS** was served upon counsel for the Plaintiffs via electronic mail on February 27, 2019.

Respectfully submitted,

>  /s/ David L. Balser
> KING & SPALDING LLP
> David L. Balser
> Georgia Bar No. 035835
> Phyllis B. Sumner
> Georgia Bar No. 692165
> S. Stewart Haskins II
> Georgia Bar No. 336104
> 1180 Peachtree Street, N.E.
> Atlanta, Georgia 30309
> Tel.: (404) 572-4600
> Fax: (404) 572-5140

        dbalser@kslaw.com
        psumner@kslaw.com
        shaskins@kslaw.com

*Attorneys for Equifax Inc.*