IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 <br><br> Case No. 17-MD-2800 <br><br> Chief Judge Thomas W. Thrash, Jr. |

**PLAINTIFFS' MOTION TO ESTABLISH
A SEPARATE TRACK FOR TRIBAL GOVERNMENTS ACTIONS**

Plaintiff Fond du Lac Band of Lake Superior Chippewa (D. MN. No. 0:18-cv-02381, transferred to MDL 2800 by CTO-25 on August 29, 2018), Plaintiff St. Croix Chippewa Indians of Wisconsin (D. WIW. No. 3:18-cv-00547, transferred to MDL 2800-TWT by CTO-25 on August 29, 2018) and Red Cliff Band of Lake Superior Chippewa (D. WIW. No. 3:18-cv-00903, transferred by CTO-32 on January 10, 2019) respectfully request the Court to issue an Order establishing a separate track for sovereign Indian Tribal Governments as set forth below. (The moving Plaintiffs are collectively referred to as the "Moving Tribal Governments.")

**The Motion and Relief Requested**

The Moving Tribal Governments request the Court issue one or more Orders creating a separate Indian Tribal Governments Track for centralized discovery, case

1

development, and bellwether trial(s) in this MDL. The relief requested likely requires a new Case Management Order governing the new track, specifically as follows:

1. Authorize and direct specialized discovery and case development steps in a track unique to the 573 federally recognized tribal governments. The list of federally recognized tribes is published at 81 Fed. Reg. 26826 (Jan.17, 2017). This list includes the Moving Tribal Governments.

2. Authorize proceedings against Defendants using theories of the law, including theories unique, or particularly well suited, for Indian Tribal Governments' Claims.

3. Direct counsel for the centralized efforts in the Indian Tribal Governments' track to coordinate non-unique discovery efforts where possible with centralized discovery efforts common to all centralized cases and direct counsel for other tracks to coordinate with these efforts.

4. Select lead, coordinating, committee, and trial counsel for the track.

5. Select one or more bellwether cases for pretrial discovery.

6. Define the role, and direct involvement of lead counsel for the track in settlement negotiations and prohibit settlement without prior approval of the Court.

7. Issue additional directions to counsel and the parties to govern the

Indian Tribal Governments Track in the best interests of the all tribal governments.

       8.    The Moving Tribal Governments' Memorandum and Brief is submitted in support of this Motion in a separate filing.

Respectfully submitted:

**FOND DU LAC BAND OF LAKE SUPERIOR CHIPPEWA**

**ST. CROIX CHIPPEWA INDIANS OF WISCONSIN**

**RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA**

By Their Attorneys:

   /s/ T. Roe Frazer II
T. Roe Frazer II
Patrick D. McMurtray
Thomas Roe Frazer III
FRAZER PLC
1 Burton Hills Blvd., Ste 215
Nashville, TN 37215
(615) 647-6464
roe@frazer.law

J. Nixon Daniel, III
Mary Jane Bass
John R. Zoesch, III
BEGGS & LANE, RLLP
501 Commendencia St.
Pensacola, FL 32502
(850) 432-2451

Frederick T. Kuykendall, III
THE KUYKENDALL GROUP, LLC
P.O. Box 2129
Fairhope, AL 36533
(205) 252-6127
ftk@thekuykendallgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and all persons registered with the CM/ECF system in this Court.

                                                    */s/ T. Roe Frazer II*