IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 280<br><br>Case No. 17-MD-2800<br><br>Chief Judge Thomas W. Thrash, Jr. |

## **CERTIFICATE OF CONFERENCE**

Pursuant to Case Management Order Nos. 1 and 5 in the above reference matter, I hereby certify that on February 15, 2019 I corresponded via email with counsel David Balser for Defendant Equifax regarding the filing of Plaintiffs' Motion to Establish a Separate Track for Tribal Governments Actions.

As of the date of this filing, no counsel for the Defendant Equifax has responded to my inquiry regarding their consent or opposition to the relief requested.

Dated: March 1, 2019

Respectfully Submitted,

　*/s/ T. Roe Frazer II*
T. Roe Frazer II
Patrick D. McMurtray
Thomas Roe Frazer III
FRAZER PLC
1 Burton Hills Blvd., Ste 215

Nashville, TN 37215
(615) 647-6464
roe@frazer.law

*Attorneys for Plaintiffs*