UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Consumer and Financial Institution Tracks<br><br>Chief Judge Thomas W. Thrash, Jr. |

**NOTICE OF SERVICE OF PRODUCTION SUBPOENA
TO BE ISSUED TO MICROBILT CORPORATION**

The undersigned counsel for the Consumer Plaintiffs, pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby certifies that a true and correct copy of the Production Subpoena to be issued to MicroBilt Corporation was served via email on counsel of record for Equifax, Inc. in the Consumer and Financial Institution Tracks as follows:

Stewart Haskins, III, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
shaskins@kslaw.com

David Balser, Esq.
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
dbalser@kslaw.com

Phyllis B. Sumner, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
psummer@kslaw.com

Leslie M. Bassett
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
lbassett@kslaw.com

Respectfully submitted this 5th Day of March, 2019.

/s/ Amy E. Keller
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
(312) 214-7900
(312) 253-1443 (Facsimile)
akeller@dicellolevitt.com

*Consumer Plaintiffs' Co-Lead Counsel*

## **CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14 point Times New Roman font in compliance with the requirements of Local Rule 5.1(C).

>  /s/ Amy E. Keller
> Amy E. Keller
> **DiCELLO LEVITT GUTZLER LLC**
> Ten North Dearborn Street
> Eleventh Floor
> Chicago, Illinois 60602
> (312) 214-7900
> (312) 253-1443 (Facsimile)
> akeller@dicellolevitt.com
>
> *Consumer Plaintiffs' Co-Lead Counsel*

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, undersigned counsel for The Consumer Plaintiffs certifies that on March 5, 2019, counsel filed the foregoing **NOTICE OF SERVICE OF PRODUCTION SUBPOENA TO BE ISSUED TO MICROBILT CORPORATION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Amy E. Keller*
Amy E. Keller

*Consumer Plaintiffs' Co-Lead Counsel*