# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-MD-2800-TWT<br><br>ALL ACTIONS |

## NOTICE OF SERVICE OF SUBPOENA TO BE ISSUED TO SITEL OPERATING CORPORATION f/k/a LOGIC OPERATING CORPORATION

The undersigned counsel for The Financial Institution Plaintiffs, pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby certifies that a true and correct copy of the Subpoena to be issued to Sitel Operating Corporation f/k/a Logic Operating Corporation was served via email on counsel of record for Equifax, Inc. in ALL ACTIONS on March 6, 2019 as follows:

| | |
|---|---|
| Stewart Haskins, III, Esq.<br>King & Spalding, LLP<br>1180 Peachtree Street, NW<br>Atlanta, GA  30309<br>shaskins@kslaw.com | Phyllis B. Sumner, Esq.<br>King & Spalding, LLP<br>1180 Peachtree Street, NW<br>Atlanta, GA  30309<br>psumner@kslaw.com |

David Balser, Esq.
King & Spalding, LLP
1180 Peachtree Street, NW
Atlanta, GA 30309
dbalser@kslaw.com

- 2 -

Respectfully submitted this 6th day of March, 2019.

                                                 */s/ MaryBeth V. Gibson*
                                                 MaryBeth V. Gibson
                                                 Georgia Bar No. 725843
                                                 **THE FINLEY FIRM, P.C.**
                                                 Piedmont Center
                                                 3535 Piedmont Road
                                                 Building 14, Suite 230
                                                 Atlanta, Georgia 30305
                                                 (404) 320-9979
                                                 (404) 320-9978 (*Facsimile*)
                                                 MGibson@thefinleyfirm.com

                                                 *Counsel for The Financial Institution Plaintiffs*

## **CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14 point Times New Roman font in compliance with the requirements of Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**THE FINLEY FIRM, P.C.**
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
(404) 320-9979
(404) 320-9978 (*Facsimile*)
MGibson@thefinleyfirm.com

*Counsel for The Financial Institution Plaintiffs*

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, undersigned counsel for The Financial Institution Plaintiffs certifies that on March 6, 2019, counsel filed the foregoing **NOTICE OF SERVICE OF SUBPOENA TO BE ISSUED TO SITEL OPERATING CORPORATION f/k/a LOGIC OPERATING CORPORATION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was sent via email to counsel for Equifax, Inc. as follows:

>Stewart Haskins, III, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA  30309
>shaskins@kslaw.com
>
>Phyllis B. Sumner, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA  30309
>psumner@kslaw.com
>
>David Balser, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA 30309
>dbasler@kslaw.com

>*/s/ MaryBeth V. Gibson*
>MaryBeth V. Gibson

- 5 -

*Counsel for The Financial Institution Plaintiffs*