# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>This document relates to:<br>CONSUMER ACTIONS<br><br>*Carson Block v. Equifax, Inc. et al.*<br>No. 1:17-cv-05341-TWT |

## DEFENDANT GRAEME PAYNE'S OBJECTION TO SUBPOENA FOR PRODUCTION OF DOCUMENTS

COMES NOW Defendant Graeme Payne, by and through counsel, and hereby submits this objection to the Subpoena for production of documents served on him by Plaintiffs' Counsel on February 26, 2019.

The Subpoena calls for the production of the following documents:

1) All documents in the witness's possession, custody, or control relating to the data breach at Equifax that was announced in September 2017. (2) Your severance agreement with Equifax. (3) Any non-disclosure agreement between you and Equifax.

Mr. Payne is in possession of documents responsive to the Subpoena that were provided to him by counsel for Equifax. Mr. Payne has been asked by counsel for Equifax to assert a work product objection on behalf of Equifax's counsel and

Equifax. Mr. Payne is honoring their request by submitting this Objection within the time allowed by law.

Mr. Payne's undersigned counsel has an identical set of documents provided to him by counsel for Equifax that arguably are within Mr. Payne's control. Mr. Payne is honoring the request by counsel for Equifax by submitting this Objection to these documents within Mr. Payne's control.

Mr. Payne and his undersigned counsel also assert the work product privilege regarding handwritten notations made by the undersigned counsel both on and attached via "Post-It" notes to these documents in the possession of Mr. Payne's undersigned counsel.

To the extent Mr. Payne has any handwritten notes on or attached via "Post-It" notes to the documents provided to him by counsel for Equifax that are in Mr. Payne's possession, Mr. Payne and his undersigned counsel assert the work product privilege of the undersigned counsel as to those notes, if any, that reflect the mental impressions or conclusions of the undersigned counsel or of counsel for Equifax.

Respectfully submitted, this 7th day of March, 2019.

                                            *s/ Anthony L. Cochran*
                                            Anthony L. Cochran
                                            Georgia Bar No. 172425
                                            CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
                                            3127 Maple Drive, NE
                                            Atlanta, GA 30305

- 3 -

(404) 233-4171 (telephone)
(404) 261-2842 (facsimile)
alc@cclblaw.com

*Attorneys for Defendant
Graeme Payne*

## STATEMENT OF COMPLIANCE

I hereby certify that the foregoing document has been prepared using 14-inch Times New Roman font, in accordance with LR 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing DEFENDANT GRAEME PAYNE'S OBJECTION TO SUBPOENA FOR THE PRODUCTION OF DOCUMENTS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

        *s/ Anthony L. Cochran*
        Anthony L. Cochran
        Georgia Bar No. 172425
        CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
        3127 Maple Drive, NE
        Atlanta, GA  30305
        (404) 233-4171 (telephone)
        (404) 261-2842 (facsimile)
        alc@cclblaw.com

        *Attorneys for Defendant*
        *Graeme Payne*