UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:  EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>No. 1:17-md-2800-TWT |

### MOTION TO WITHDRAW JEFFREY M. OSTROW AS COUNSEL OF RECORD FOR PLAINTIFF ADI AMUIAL

Pursuant to N.D. Ga. L.R. 83.1(E), Jeffrey M. Ostrow, files this motion to withdraw himself as counsel of record for Plaintiff, Adi Amuial, in the above-captioned action.

Plaintiff will continue to be represented by Robert C. Gilbert within the same law firm, and the withdrawal of Jeffrey M. Ostrow as counsel of record will in no way prejudice Plaintiff in this case.

WHEREFORE, attorney Jeffrey M. Ostrow, hereby requests that the Court grant this motion to withdraw as counsel of record for Plaintiff Adi Amuial and for any other relief deemed just.

By: /s/ *Jeffrey M. Ostrow*
Jeffrey M. Ostrow
Fla. Bar No. 121452
ostrow@kolawyers.com
Robert C. Gilbert
Fla. Bar No. 561861
gilbert@kolawyers.com
Jonathan M. Streisfeld
Fla. Bar No. 117447
streisfeld@kolawyers.com
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Blvd., Suite 1100
Coral Gables, FL 33134
Telephone: (305) 529-8858
Facsimile: (954) 525-4300

*Counsel for Plaintiff Adi Amuial*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2019, a copy of the foregoing will be served upon all counsel of record via CM/ECF filling.

/s/ Jeffrey M. Ostrow