IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>ALL CASES |

## JOINT MOTION TO SET DEADLINES

In accordance with Section 3 of Case Management Order No. 5 ("CMO-5," Dkt. No. 409), Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Defendants") and Plaintiffs in the Consumer Cases and Financial Institution Cases (together, "Parties") respectfully request that the Court enter a briefing schedule with respect to Plaintiffs Fond du Lac Band of Lake Superior Chippewa's, St. Croix Chippewa Indians of Wisconsin's, and Red Cliff Band of Lake Superior Chippewa's (collectively, the "Tribal Government Plaintiffs") Motion to Establish Separate Indian Tribal Governments Track ("Motion for Separate Track," Dkt. No. 577), showing the Court as follows:

1.  On March 1, 2019, the Tribal Government Plaintiffs filed their Motion for Separate Track in which they request that the Court create a separate track in

this MDL proceeding for the actions filed by the Tribal Government Plaintiffs.

2. Under Section 3 of CMO-5, the Parties are to present a proposed briefing schedule for the Tribal Government Plaintiffs' Motion for Separate Track for the Court's consideration.

3. To allow the Parties adequate time to assess and respond to the arguments raised in the Tribal Government Plaintiffs' Motion for Separate Track, the Parties jointly propose a deadline of April 1, 2019 for the Parties to file any responses thereto.

4. The Parties further propose that the Tribal Government Plaintiffs be allowed until May 1, 2019 to file a consolidated reply in support of their Motion for Separate Track.

THEREFORE, the Parties respectfully request that the Court enter an order setting a briefing schedule for the Tribal Government Plaintiffs' Motion for Separate Track as follows: (i) any responses to the Motion for Separate Track shall be filed by April 1, 2019 and (ii) the Tribal Government Plaintiffs may file a consolidated reply by May 1, 2019.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 8th day of March, 2019.

<u>/s/ *S. Stewart Haskins II*</u>
**KING & SPALDING LLP**
David L. Balser
  Georgia Bar No. 035835
Phyllis B. Sumner
  Georgia Bar No. 692165
S. Stewart Haskins II
  Georgia Bar No. 336104
Elizabeth D. Adler
  Georgia Bar No. 558185
John C. Toro
  Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Defendants*

*and*

<u>/s/ *Norman E. Siegel*</u>
Norman E. Siegel
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Kenneth S. Canfield
**Doffermyre Shields Canfield & Knowles, LLC**
1355 Peachtree Street, N.E.
Suite 1600

3

Atlanta, Georgia 30309

Amy E. Keller
**DiCello Levitt & Casey LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

Roy E. Barnes
**Barnes Law Group, LLC**
31 Atlanta Street
Marietta, Georgia 30060

David J. Worley
**Evangelista Worley LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350

*Consumer Plaintiffs' Co-Liaison Counsel*

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel. 412.322.9243
glynch@carsonlynch.com

4

*Financial Institution Plaintiffs' Co-Lead Counsel*

Ariana J. Tadler
**Milberg Tadler Phillips Grossman LLP**
One Penn Plaza
19th Floor
New York, New York 10119

John A. Yanchunis
**Morgan & Morgan Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

William H. Murphy III
**Murphy, Falcon & Murphy**
1 South Street, 23rd Floor
Baltimore, Maryland 21224

Jason R. Doss
**The Doss Firm, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**Griffin & Strong P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, GA, 30303

*Consumer Plaintiffs' State Court Coordinating Counsel*

*and*

*/s/ T. Roe Frazer II*
T. Roe Frazer II
Patrick D. McMurtray
Thomas Roe Frazer III
**FRAZER PLC**
1 Burton Hills Blvd., Ste 215
Nashville, TN 37215
(615) 647-6464
roe@frazer.law

J. Nixon Daniel, III
Mary Jane Bass
John R. Zoesch, III
**BEGGS & LANE, RLLP**
501 Commendencia St.
Pensacola, FL 32502
(850) 432-2451

Frederick T. Kuykendall, III
**THE KUYKENDALL GROUP, LLC**
P.O. Box 2129
Fairhope, AL 36533
(205) 252-6127
ftk@thekuykendallgroup.com

*Counsel for Tribal Government Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by Local Rule 5.1B. This brief was prepared on a computer using the Times New Roman font (14 point).

DATED:  March 8th, 2019

                                            */s/ S. Stewart Haskins II*
                                            KING & SPALDING LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
KING & SPALDING LLP
