IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>ALL CASES |

**[PROPOSED] ORDER GRANTING**
**JOINT MOTION TO SET DEADLINES**

The Court has considered the Parties' Joint Motion to Set Deadlines with respect to Plaintiffs Fond du Lac Band of Lake Superior Chippewa's, St. Croix Chippewa Indians of Wisconsin's, and Red Cliff Band of Lake Superior Chippewa's (collectively, the "Tribal Government Plaintiffs") Motion to Establish Separate Indian Tribal Governments Track ("Motion for Separate Track," Dkt. No. 577). The Motion is **GRANTED**. Any responses to the Tribal Government Plaintiffs' Motion for Separate Track shall be filed by April 1, 2019, and the Tribal Government Plaintiffs may file a consolidated reply by May 1, 2019.

SO ORDERED, this ___ day of March, 2019.

_____
THOMAS W. THRASH, JR.
CHIEF UNITED STATES DISTRICT JUDGE