UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 04 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 1:17-md-02800-TWT |
| ) | |
| Equifax, Inc., Customer Data ) | |
| Security Breach Litigation ) | |
| ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Fond Du Lac Band of Lake Superior Chippewa, Case No. 1:18-cv-04257; Red Cliff Band of Lake Superior Chippewa, Case No. 1:19-cv-420; and St. Croix Chippewa Indians of Wisconsin, Case No. 1:18-cv-4258.

Date:  March 1, 2019

/s/ J. Nixon Daniel, III
J. Nixon Daniel, III
(FL Bar No. 228761)
jnd@beggslane.com
Mary Jane Bass
(GA Bar No. 547045;
FL Bar No. 006858)
mjb@beggslane.com
John R. Zoesch, III
(FL Bar No. 0045257)
jrz@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL  32502
(850) 432-2451

*Counsel for Plaintiffs Fond Du Lac Band of Lake Superior Chippewa, Red Cliff Band of Lake Superior Chippewa, and St. Croix Chippewa Indians of Wisconsin*



ORIGIN ID:PNSA (850) 432-2451
DONNA DOBSON
BEGGS & LANE RLLP
501 COMMENDENCIA ST

PENSACOLA, FL 32502
UNITED STATES US

SHIP DATE: 01MAR19
ACTWGT: 0.20 LB
CAD: 1922234/INET4100

BILL SENDER

TO **ADMINISTRATIVE SECTION**
**RICHARD B. RUSSELL FEDERAL BUILDING**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA GA 30303**
(850) 432-2451      REF: MJB 20051
INV:
PO:                 DEPT:



MON - 04 MAR 3:00P
STANDARD OVERNIGHT

TRK# 0201  7745 9732 0660

**XH QFEA**               30303
                  GA-US  ATL

