IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

### Notice of Regarding Administrative Closing of Pro Se Cases

This notice is being sent to people who filed *pro se* lawsuits against Equifax relating to the 2017 data breach. A *pro se* lawsuit is one that is filed by an individual acting without a lawyer. The *pro se* lawsuits as well as hundreds of other lawsuits against Equifax were transferred to this Court by the Judicial Panel on Multidistrict Litigation so that the lawsuits can be coordinated and handled more efficiently.

The Court has appointed a team of lawyers to conduct discovery and handle all other pre-trial matters involving the Equifax lawsuits, regardless of whether those lawsuits were filed by lawyers or *pro se* plaintiffs. At the Court's direction, the lawyers filed a consolidated amended complaint, which is serving as the vehicle for litigating all consumer claims in these cases. In January 2019, the Court denied in large part a motion by Equifax to dismiss the consolidated amended complaint, allowing formal discovery to begin. Under the current scheduling order, factual discovery will be completed by the end of this year. Expert discovery and motions practice will occur after that.

The Court recently entered an order administratively closing most of the Equifax lawsuits, including all of the *pro se* cases, pending conclusion of the pre-trial proceedings that are now ongoing. This does not mean that the Court has entered a final order dismissing these cases on the merits. Rather, administratively closing a case is a housekeeping device frequently used by federal courts in complex, multidistrict cases. Once discovery and pre-trial matters in the consolidated proceeding are concluded, individual plaintiffs in both the *pro se* and other cases may seek to reopen their cases and have the benefit of the work done by the court-appointed lawyers. It is anticipated that the consolidated pre-trial proceedings will not be completed until at least the end of 2020. If the consolidated proceedings result in a certified class action or a settlement of a class action, the rights of *pro se* litigants may be affected. Should this occur, the Court will direct notice to class members informing them of their legal rights and options.

If *pro se* litigants have questions regarding the administrative closure of their actions, they should contact David Worley, one of the lawyers appointed by the Court to handle the consolidated proceedings. His contact information is available by calling the Clerk's Office at (404) 215-1655.

Dated: March 13, 2019

THOMAS W. THRASH, JR.
United States District Judge