UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>No. 1:17-md-2800-TWT |
|---|---|

## MOTION TO WITHDRAW MICHAEL J. KLEIN
## AS COUNSEL OF RECORD

Pursuant to N.D. Ga. L.R. 83.1(E), Michael J. Klein, files this motion to withdraw himself as counsel of record for Plaintiffs Alain Lapter, Ana Lapter, Stacey J. P. Ullman, Michael Slyne, Jennifer Pascucci DeMarco, Daniel DeMarco, Jr., and Pamela Klein in the above-captioned action. All Plaintiffs represented by Stull, Stull & Brody will continue to be represented by Howard Longman, Melissa Emert, and Patrick Slyne of Stull, Stull & Brody. The withdrawal of Michael J. Klein as counsel of record will in no way prejudice Plaintiffs in this case.

WHEREFORE, attorney Michael J. Klein, hereby requests that the Court grant this motion to withdraw as counsel of record and for any other relief deemed just.

Dated: March 19, 2019

**STULL, STULL & BRODY**

By: s/ Michael J. Klein
    Michael J. Klein
6 East 45th Street
New York, NY 10017
Phone: (212) 687-7230
Fax: (212) 490-2022
mklein@ssbny.com

Attorneys for Plaintiffs Alain Lapter, Ana Lapter, Stacey J. P. Ullman, Michael Slyne, Jennifer Pascucci DeMarco, Daniel DeMarco, Jr., and Pamela Klein

CERTIFICATE OF SERVICE

    I hereby certify that, on March 19, 2019, a copy of the foregoing will be served upon all counsel of record via CM/ECF filling.

                                                         By: s/ Michael J. Klein
                                                            Michael J. Klein