UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:  EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2800<br>No. 1:17-md-2800-TWT |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MICHAEL J. KLEIN AS COUNSEL OF RECORD**

On March 18, 2019, and pursuant to Local Rule 83.1(E), attorney Michael J. Klein moved for an order to withdraw himself as counsel of record for Plaintiffs Alain Lapter, Ana Lapter, Stacey J. P. Ullman, Michael Slyne, Jennifer Pascucci DeMarco, Daniel DeMarco, Jr., and Pamela Klein. Based on all files and documents herein, that the Motion is hereby GRANTED / DENIED.

ORDERED this _____ day of _____, 2019

_____
THOMAS W. THRASH, JR.
United States District Court Judge