IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>JOSE D. IRAHETA,<br>   Plaintiff,<br>    v.<br><br><br>EQUIFAX INFORMATION SERVICES LLC. et al..<br>   Defendants. | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES<br><br><br><br>CIVIL ACTION FILE<br>NO. 1:18-CV-3792-TWT |

**ORDER**

This is an action involving the Equifax data breach. The Court's Suggestion of Remand contained in the Court's Order of March 13, 2019 is withdrawn. The Plaintiff's non-data breach claims were remanded by the MDL Panel's Order on August 8, 2018.

SO ORDERED, this 18 day of March, 2019.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge