UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: EQUIFAX, INC., CUSTOMER DATA       MDL No. 2800
SECURITY BREACH LITIGATION                No. 1:17-md-2800-TWT

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JEFFREY M. OSTROW AS COUNSEL OF RECORD FOR PLAINTIFF ADI AMUIAL**

On March 8, 2019, and pursuant to Local Rule 83.1(E), attorney Jeffrey M. Ostrow moved for an order to withdraw himself as counsel of record for Plaintiff Adi Amuial. Based on all files and documents herein, that the Motion is hereby GRANTED ~~/DENIED~~.

ORDERED this __20__ day of __March__, 2019.

_____
THOMAS W. THRASH, JR.
United States District Court Judge

000001/01156498_1