AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-MD-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __BANK OF AMERICA CORPORATION__
was received by me on *(date)* __03/11/2019__.

☑ I served the subpoena by delivering a copy to the named person as follows: __JANE SMITH, PROCESS SPECIALIST, AT 289 S CULVER ST., LAWRENCEVILLE, GA 30046__
on *(date)* __03/13/2019__ ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____

My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3/13/19__

*Server's signature*

__DONNIE BRILEY - PROCESS SERVER__
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PKWY, STE 885
ATLANTA, GA 30328
*Server's address*

Additional information regarding attempted service, etc:

**655664**