AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-MD-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Bank of America National Association was received by me on *(date)* 3/11/19.

☒ I served the subpoena by delivering a copy to the named person as follows: David Wallace Officer for Bank of America 100 N. Tryon Street Charlotte NC 28202 on *(date)* 3/12/19; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/12/19

Kathy Bloom
*Server's signature*

Kathy Bloom  Process Server
*Printed name and title*

MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA 30328
*Server's address*

655665