AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-MD-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Comcast Corporation c/o Brian Roberts
was received by me on *(date)* 3/8/19 .

☐ I served the subpoena by delivering a copy to the named person as follows: Brittany Adams / Administrator

on *(date)* 3/8/19 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/13/19

*Server's signature*

George Kotsiras — Investigator
*Printed name and title*

MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA 30328
*Server's address*

655375

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 1:17-MD-2800 TWT

In Re:
**Equifax, Inc. / Customer Data Security Breach**

For:
Marybeth V. Gibson, Esq.
The Finley Firm, P.C.
3535 Piedmont Rd
Bldg 14 #230
Atlanta, GA 30305

Received by MLQ Attorney Services to be served on **Comcast Corporation - c/o Brian Roberts, CEO, Comcast Cable, 1701 JFK Boulevard, One Comcast Center, Philadelphia, PA 19103**.

I, George Kotsiras, being duly sworn, depose and say that on the **8th day of March, 2019** at **4:00 pm, I:**

served a **BUSINESS** by delivering a true copy of the **Subpoena w/ Schedule A; Stipulation and Order for Production of Documents and ESI; Stipulated Protective Order** to: **Brittany Adams** as Administrator for **Comcast Corporation** at the address of: **1701 JFK Boulevard, One Comcast Center, Philadelphia, PA 19103**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative, signed for documents, and accepted service. No contact information was provided at the time of service.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: White, Height: 5'7, Weight: 150, Hair: Blonde, Glasses: N

I am over the age of 18 and have no interest in the above action.

655375
Return to MLQ

Subscribed and Sworn to before me on the 14 day of MARCH, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
LY NGUYEN, Notary Public
Philadelphia County
My Commission Expires August 22, 2022
Commission Number 1338176

George Kotsiras
Process Server

MLQ Attorney Services
2000 Riveredge Parkway
Nw 885
Atlanta, GA 30328
(770) 984-7007

Our Job Serial Number: TLL-2019000482
Ref: 655375

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2p