AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:17-MD-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  ENTIT SOFTWARE, LLC c/o CT CORP. SYSTEM, RA
was received by me on *(date)*  03/07/2019  .

☑ I served the subpoena by delivering a copy to the named person as follows:  LINDA BANKS, PROCESS SPECIALISTS, C/O CT CORPORATION SYSTEM, 289 S CULVER STREET, LAWRENCEVILLE, GA 30046                                                               on *(date)*  03/07/2019  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/8/2019

_____
Server's signature

KELVIN STINYARD - PROCESS SERVER
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PKWY, STE 885
ATLANTA, GA 30328
*Server's address*

Additional information regarding attempted service, etc:

