AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-md-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* KROLL CYBER SECURITY, LLC

was received by me on *(date)* 03/06/2019 .

☑ I served the subpoena by delivering a copy to the named person as follows: PAM JORDAN, PROCESS SPECIALIST -CORPORATE CREATIONS NETWORK, INC. REG AGENT, 2985 GORDY PKWY, MARIETTA GA 30066   on *(date)* 03/11/2019 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/12/2019

*Server's signature*

KELVIN STINYARD - PROCESS SERVER
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PKWY, STE 885
ATLANTA, GA 30328
*Server's address*



655386