AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-md-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   SITEL OPERATING CORP f/k/a LOGIC OPERATING COR
was received by me on *(date)*   03/06/2019.

☑ I served the subpoena by delivering a copy to the named person as follows:   ALISHA SMITH, PROCESS SPECIALIST AT CORPORATION SERVICE CO., REGISTERED AGENT, 40 TECHNOLOGY PKWY SO. STE. 300, NORCROSS GA 30092   on *(date)*   03/06/2019   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

KELVIN STINYARD - PROCESS SERVER
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PKWY, STE 885
ATLANTA, GA 30328
*Server's address*


655285