AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-MD-2800-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* The R Group Public Relations Company
was received by me on *(date)* 3-6-2019.

☒ I served the subpoena by delivering a copy to the named person as follows: MR. RYLYNN POOLE, Service of Process Technician for CT Corporation System, The Registered Agent on *(date)* 3-6-2019 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-7-2019

_____
Server's signature

KARLENE GANDER  PROCESS SERVER
Printed name and title

MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA 30328
Server's address

655293