**Subject:** FW: Activity in Case 1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation Notice (Other)

**Date:** Thursday, March 7, 2019 at 7:21:00 PM Eastern Standard Time

**From:** Siegel, Norm

**To:** Cam Tribble (ctribble@barneslawgroup.com), Gary Lynch, 'Joseph P. Guglielmo', akeller@dlcfirm.com, Ken Canfield, Kyle G. Bates

Kyle - Thanks for your email. I'm responding for consumer plaintiffs. Based on the Court's guidance and CMOs entered to date we are not permitted to coordinate with any lawyers in the MDL not specifically appointed by the Court or otherwise authorized to actively participate in the litigation. We intend to stand by our position that additional tracks are not necessary at this time, but will obviously coordinate with you as needed if your pending motion is successful.

Best,
Norm Siegel

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7112 tel
816-714-7101 fax
Visit us on the web at www.stuevesiegel.com

The information contained in this message from Stueve Siegel Hanson LLP, any attachments thereto, and any information contained in messages replying to this message are privileged and confidential. This message is intended only for the use of the named recipient(s) and the attorney-client and attorney work-product privileges are not waived by virtue of this having been sent by email. If you receive this message in error, you are strictly prohibited from, and it may be illegal to, copy, distribute or use the information. If you have received the foregoing email in error, please contact the sender immediately by return email and delete the original message. Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from us to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or our computers or even some computer unconnected to either of us which the e-mail passed through. We are communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let us know AT ONCE.

From: Kyle G. Bates
Sent: Wednesday, March 6, 2019 10:37 AM
To: akeller@dlcfirm.com<mailto:akeller@dlcfirm.com>; Ken Canfield; siegel@stuevesiegel.com<mailto:siegel@stuevesiegel.com>; ctribble@barneslawgroup.com<mailto:ctribble@barneslawgroup.com>; jguglielmo@scott-scott.com<mailto:jguglielmo@scott-scott.com>; glynch@carlsonlynch.com<mailto:glynch@carlsonlynch.com>
Cc: Peter B. Schneider; Stephen Kane
Subject: Fwd: Activity in Case 1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation Notice (Other)

Counsel,

We have received notices of the subpoenas you all intend to serve on various third parties, including the below, as well as the deposition notice for Graeme Payne. In the interest of promoting the efficient prosecution of this case, we would like to coordinate such discovery efforts with Plaintiffs.

Please provide us with copies of all of the subpoenas that are issued, as well as copies of all documents, if any, Plaintiffs receive in response to such subpoenas. Additionally, please let us know when you are available to meet and confer as to the logistics of Mr. Payne's deposition-while we hope not to burden Mr. Payne with an additional day of deposition, it is important that Puerto Rico (and Chicago, if it

chooses) have time during the deposition to examine Mr. Payne. In the future, we would appreciate the opportunity to provide input as to the scheduling of future depositions.

We will confer with counsel for Equifax separately concerning responses to the written discovery issued by Plaintiffs, but in the meantime we would appreciate receiving copies of the written discovery Plaintiffs have served to date. This will help minimize the burden and avoid subsequent duplicative requests by Puerto Rico.

Best,
Kyle

Kyle G. Bates
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Toll Free: (800) 689-0024
Facsimile: (415) 421-7105
www.schneiderwallace.com<http://www.schneiderwallace.com>
_____
From: ganddb_efile_notice@gand.uscourts.gov<mailto:ganddb_efile_notice@gand.uscourts.gov>
Sent: Wednesday, March 6, 2019 8:31 AM
To: courtmail@gand.uscourts.gov<mailto:courtmail@gand.uscourts.gov>
Subject: Activity in Case 1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation Notice (Other)


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Have you upgraded your PACER account? To continue e-filing, all registered attorneys must upgrade to an individual PACER account by April 13, 2019. Confirm your account type by logging in toPACER.gov<www.pacer.gov/login.html> and click on Manage My Account to confirm that your account type is "Upgraded PACER Account." If you have a Legacy PACER Account, you will need to complete the upgrade process.

U.S. District Court

Northern District of Georgia
Notice of Electronic Filing

The following transaction was entered by Gibson, MaryBeth on 3/6/2019 at 9:29 AM EST and filed on 3/6/2019
Case Name:

IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation

Case Number:

1:17-md-02800-TWT<https://ecf.gand.uscourts.gov/cgi-bin/DktRpt.pl?244824>

Filer:

ALL PLAINTIFFS

Document Number:

615<https://ecf.gand.uscourts.gov/doc1/055111485021?caseid=244824&de_seq_num=9691&magic_num=11777530>

Docket Text:
NOTICE by ALL PLAINTIFFSNotice of Subpoena to be Issued to Veracode, Inc. (EQACtrk)(Gibson, MaryBeth)

1:17-md-02800-TWT Notice has been electronically mailed to:

Aaron Blumenthal ab@classlawgroup.com<mailto:ab@classlawgroup.com>

Aaron M. Danzig aaron.danzig@agg.com<mailto:aaron.danzig@agg.com>, angela.chambliss@agg.com<mailto:angela.chambliss@agg.com>, meredith.humphrey@agg.com<mailto:meredith.humphrey@agg.com>

Aaron M. Olsen aarono@haelaw.com<mailto:aarono@haelaw.com>, nadiak@haelaw.com<mailto:nadiak@haelaw.com>, winkyc@haelaw.com<mailto:winkyc@haelaw.com>

Adam C. Belsky adam@grossbelsky.com<mailto:adam@grossbelsky.com>

Adam J. Levitt alevitt@dlcfirm.com<mailto:alevitt@dlcfirm.com>, 5525369420@filings.docketbird.com<mailto:5525369420@filings.docketbird.com>, akeller@dlcfirm.com<mailto:akeller@dlcfirm.com>, dferri@dlcfirm.com<mailto:dferri@dlcfirm.com>, rleason@dlcfirm.com<mailto:rleason@dlcfirm.com>

Adam P. Plant aplant@battlewinn.com<mailto:aplant@battlewinn.com>, arodgers@battlewinn.com<mailto:arodgers@battlewinn.com>, lspice@battlewinn.com<mailto:lspice@battlewinn.com>

Alan M. Briskin abriskin@briskinlaw.com<mailto:abriskin@briskinlaw.com>

Alex C. Davis alex@jonesward.com<mailto:alex@jonesward.com>

Alexander Dewitt Weatherby aweatherby@wpcarr.com<mailto:aweatherby@wpcarr.com>

Alexandria Patel Rankin arankin@holzerlaw.com<mailto:arankin@holzerlaw.com>

Amy E. Keller akeller@dlcfirm.com<mailto:akeller@dlcfirm.com>, 3336248420@filings.docketbird.com<mailto:3336248420@filings.docketbird.com>, aprom@dlcfirm.com<mailto:aprom@dlcfirm.com>

Andrea Solomon Hirsch ahirsch@hermangerel.com<mailto:ahirsch@hermangerel.com>

Andrei V. Rado arado@milberg.com<mailto:arado@milberg.com>,
atadler@milberg.com<mailto:atadler@milberg.com>,
cbomzer@milberg.com<mailto:cbomzer@milberg.com>,
emckenna@milberg.com<mailto:emckenna@milberg.com>,
jjoseph@milberg.com<mailto:jjoseph@milberg.com>,
MAOffice@milberg.com<mailto:MAOffice@milberg.com>,
mclark@milberg.com<mailto:mclark@milberg.com>

Andrew Kochanowski akochanowski@sommerspc.com<mailto:akochanowski@sommerspc.com>,
dnichols@sommerspc.com<mailto:dnichols@sommerspc.com>

Andrew Melzer amelzer@sanfordheisler.com<mailto:amelzer@sanfordheisler.com>

Andrew E. Brashier
Andrew.Brashier@BeasleyAllen.com<mailto:Andrew.Brashier@BeasleyAllen.com>,
michelle.shaw@beasleyallen.com<mailto:michelle.shaw@beasleyallen.com>,
Whitney.Gagnon@BeasleyAllen.com<mailto:Whitney.Gagnon@BeasleyAllen.com>

Andrew Joseph Coomes ajc@mcconnellsneed.com<mailto:ajc@mcconnellsneed.com>,
csb@mcconnellsneed.com<mailto:csb@mcconnellsneed.com>

Andrew N. Friedman afriedman@cohenmilstein.com<mailto:afriedman@cohenmilstein.com>,
efilings@cohenmilstein.com<mailto:efilings@cohenmilstein.com>

Anthony C. Lake aclake@gwllawfirm.com<mailto:aclake@gwllawfirm.com>

Anthony L. Cochran alc@cclblaw.com<mailto:alc@cclblaw.com>,
sgordon@cclblaw.com<mailto:sgordon@cclblaw.com>

Anthony Lee Parkhill aparkhill@barnowlaw.com<mailto:aparkhill@barnowlaw.com>

Archie Irwin Grubb , II archie.grubb@beasleyallen.com<mailto:archie.grubb@beasleyallen.com>,
Whitney.Gagnon@BeasleyAllen.com<mailto:Whitney.Gagnon@BeasleyAllen.com>

Armen Kiramijyan akiramijyan@kaass.com<mailto:akiramijyan@kaass.com>

Arnold Levin alevin@lfsblaw.com<mailto:alevin@lfsblaw.com>

Arthur M. Murray amurray@murray-lawfirm.com<mailto:amurray@murray-lawfirm.com>,
cfitzgerald@murray-lawfirm.com<mailto:cfitzgerald@murray-lawfirm.com>, cthomas@murray-lawfirm.com<mailto:cthomas@murray-lawfirm.com>

Barrett J. Vahle vahle@stuevesiegel.com<mailto:vahle@stuevesiegel.com>,
campbell@stuevesiegel.com<mailto:campbell@stuevesiegel.com>,
perez@stuevesiegel.com<mailto:perez@stuevesiegel.com>,
williams@stuevesiegel.com<mailto:williams@stuevesiegel.com>

Ben Barnow b.barnow@barnowlaw.com<mailto:b.barnow@barnowlaw.com>,
alorogoldman@barnowlaw.com<mailto:alorogoldman@barnowlaw.com>,
j.blake@barnowlaw.com<mailto:j.blake@barnowlaw.com>

Benjamin A. Gastel beng@bsjfirm.com<mailto:beng@bsjfirm.com>, ecf-processor@bsjfirm.com<mailto:ecf-processor@bsjfirm.com>,

jims@bsjfirm.com<mailto:jims@bsjfirm.com>, karlac@bsjfirm.com<mailto:karlac@bsjfirm.com>, michelled@bsjfirm.com<mailto:michelled@bsjfirm.com>, nicolev@bsjfirm.com<mailto:nicolev@bsjfirm.com>

Benjamin F. Johns bfj@chimicles.com<mailto:bfj@chimicles.com>

Benjamin T. Sirolly btsirolly@mololamken.com<mailto:btsirolly@mololamken.com>

Bradley K. King bking@ahdootwolfson.com<mailto:bking@ahdootwolfson.com>, filings@ahdootwolfson.com<mailto:filings@ahdootwolfson.com>, tmaya@ahdootwolfson.com<mailto:tmaya@ahdootwolfson.com>

Bradley W. Pratt bradley@prattclay.com<mailto:bradley@prattclay.com>, james@prattclay.com<mailto:james@prattclay.com>, san@prattclay.com<mailto:san@prattclay.com>, tammy@prattclay.com<mailto:tammy@prattclay.com>

Brandee J.K. Faria bjkfaria@perkinlaw.com<mailto:bjkfaria@perkinlaw.com>, shaskell@perkinlaw.com<mailto:shaskell@perkinlaw.com>

Brent F. Vullings bvullings@vullingslaw.com<mailto:bvullings@vullingslaw.com>

Brett E. Von Borke Vonborke@bucknermiles.com<mailto:Vonborke@bucknermiles.com>, escobio@bucknermiles.com<mailto:escobio@bucknermiles.com>

Brian LaCien blacien@prslaw.com<mailto:blacien@prslaw.com>, tmoran@prslaw.com<mailto:tmoran@prslaw.com>

Brian Andrew Carpenter Brian.Carpenter@BJCIPLaw.com<mailto:Brian.Carpenter@BJCIPLaw.com>

Brian C. Gudmundson brian.gudmundson@zimmreed.com<mailto:brian.gudmundson@zimmreed.com>, leslie.harms@zimmreed.com<mailto:leslie.harms@zimmreed.com>

Brian Christian Mickelsen brian@prattclay.com<mailto:brian@prattclay.com>

Brian D. Flick bflick@dannlaw.com<mailto:bflick@dannlaw.com>, 4724185420@filings.docketbird.com<mailto:4724185420@filings.docketbird.com>, notices@dannlaw.com<mailto:notices@dannlaw.com>

Brian J. Robbins brobbins@robbinsarroyo.com<mailto:brobbins@robbinsarroyo.com>

Bryan A. Fox bfox@carlsonlynch.com<mailto:bfox@carlsonlynch.com>

Bryan L. Bleichner bbleichner@chestnutcambronne.com<mailto:bbleichner@chestnutcambronne.com>, dproulx@chestnutcambronne.com<mailto:dproulx@chestnutcambronne.com>

Bryan L. Clobes bclobes@caffertyclobes.com<mailto:bclobes@caffertyclobes.com>

Carey Alexander calexander@scott-scott.com<mailto:calexander@scott-scott.com>

Cari C. Laufenberg claufenberg@kellerrohrback.com<mailto:claufenberg@kellerrohrback.com>, cari-laufenberg-2758@ecf.pacerpro.com<mailto:cari-laufenberg-2758@ecf.pacerpro.com>, dwilcher@kellerrohrback.com<mailto:dwilcher@kellerrohrback.com>, sarah-skaggs-

6083@ecf.pacerpro.com<mailto:sarah-skaggs-6083@ecf.pacerpro.com>,
sskaggs@kellerrohrback.com<mailto:sskaggs@kellerrohrback.com>

Caroline Thomas White cthomas@murray-lawfirm.com<mailto:cthomas@murray-lawfirm.com>,
cdimaggio@murray-lawfirm.com<mailto:cdimaggio@murray-lawfirm.com>

Catherine J. Fleming cf@CFleminglaw.com<mailto:cf@CFleminglaw.com>,
paralegal@CFleminglaw.com<mailto:paralegal@CFleminglaw.com>

Charles Kocher ckocher@smbb.com<mailto:ckocher@smbb.com>

Charles Austin Reams austin@reams.law<mailto:austin@reams.law>

Charles E. Schaffer cschaffer@lfsblaw.com<mailto:cschaffer@lfsblaw.com>,
dguardiani@lfsblaw.com<mailto:dguardiani@lfsblaw.com>

Charles Hale Van Horn cvanhorn@bfvlaw.com<mailto:cvanhorn@bfvlaw.com>,
kkramer@bfvlaw.com<mailto:kkramer@bfvlaw.com>,
notices@bfvlaw.com<mailto:notices@bfvlaw.com>

Charles Henry Carpenter
carpenterc@carpenterlawfirmplc.com<mailto:carpenterc@carpenterlawfirmplc.com>,
fehnk@carpenterlawfirmplc.com<mailto:fehnk@carpenterlawfirmplc.com>

Charles J. Cooper ccooper@cooperkirk.com<mailto:ccooper@cooperkirk.com>

Charles L. Clay , Jr. chuck@chuckclay.com<mailto:chuck@chuckclay.com>,
chuck@prattclay.com<mailto:chuck@prattclay.com>,
james@prattclay.com<mailto:james@prattclay.com>, san@prattclay.com<mailto:san@prattclay.com>,
tammy@prattclay.com<mailto:tammy@prattclay.com>

Charles T. Lester , JR charles@LawByLester.com<mailto:charles@LawByLester.com>

Chris T. Hellums chrish@pittmandutton.com<mailto:chrish@pittmandutton.com>,
jills@pittmandutton.com<mailto:jills@pittmandutton.com>

Christie L. Starzec christie.starzec@cityofchicago.org<mailto:christie.starzec@cityofchicago.org>

Christopher A. Seeger cseeger@seegerweiss.com<mailto:cseeger@seegerweiss.com>,
abadaruzzaman@seegerweiss.com<mailto:abadaruzzaman@seegerweiss.com>,
gmaglasang@seegerweiss.com<mailto:gmaglasang@seegerweiss.com>,
hsafdar@seegerweiss.com<mailto:hsafdar@seegerweiss.com>,
mcampbell@seegerweiss.com<mailto:mcampbell@seegerweiss.com>,
pamin@seegerweiss.com<mailto:pamin@seegerweiss.com>,
rbarreca@seegerweiss.com<mailto:rbarreca@seegerweiss.com>,
ssiegel@seegerweiss.com<mailto:ssiegel@seegerweiss.com>

Christopher B. Hood chood@hgdlawfirm.com<mailto:chood@hgdlawfirm.com>

Christopher Baker Hall chall@hallandlampros.com<mailto:chall@hallandlampros.com>

Christopher M. Joe Chris.Joe@bjciplaw.com<mailto:Chris.Joe@bjciplaw.com>,
Docket@bjciplaw.com<mailto:Docket@bjciplaw.com>,
Nina.Nelson@BJCIPLaw.com<mailto:Nina.Nelson@BJCIPLaw.com>,

Scarlett.Spradlin@bjciplaw.com<mailto:Scarlett.Spradlin@bjciplaw.com>

Christopher Sutton Connelly
sutton.connelly@cookconnelly.com<mailto:sutton.connelly@cookconnelly.com>,
amber.tucker@cookconnelly.com<mailto:amber.tucker@cookconnelly.com>,
tara.williams@cookconnelly.com<mailto:tara.williams@cookconnelly.com>

Christopher T. Aumais caumais@girardikeese.com<mailto:caumais@girardikeese.com>

Corey Benjamin Bennett cbennett@scalaw.com<mailto:cbennett@scalaw.com>

Corey Daniel Holzer cholzer@holzerlaw.com<mailto:cholzer@holzerlaw.com>

Craig A. Gillen cgillen@gwllawfirm.com<mailto:cgillen@gwllawfirm.com>,
aclake@gwllawfirm.com<mailto:aclake@gwllawfirm.com>,
nclark@gwllawfirm.com<mailto:nclark@gwllawfirm.com>

Craig C. Marchiando craig@clalegal.com<mailto:craig@clalegal.com>

Craig Edward Bertschi ceb@mcraebertschi.com<mailto:ceb@mcraebertschi.com>

D. Todd Mathews todd@gorijulianlaw.com<mailto:todd@gorijulianlaw.com>,
agabriel@gorijulianlaw.com<mailto:agabriel@gorijulianlaw.com>,
cmay@gorijulianlaw.com<mailto:cmay@gorijulianlaw.com>,
evan@gorijulianlaw.com<mailto:evan@gorijulianlaw.com>,
kmeyer@gorijulianlaw.com<mailto:kmeyer@gorijulianlaw.com>,
mmyers@gorijulianlaw.com<mailto:mmyers@gorijulianlaw.com>,
skhazaeli@gorijulianlaw.com<mailto:skhazaeli@gorijulianlaw.com>,
svincent@gorijulianlaw.com<mailto:svincent@gorijulianlaw.com>

DAVID S. STONE dstone@stonemagnalaw.com<mailto:dstone@stonemagnalaw.com>

Daniel Michaeli dmichaeli@mololamken.com<mailto:dmichaeli@mololamken.com>

Daniel Arthur Kent dankent@kentrisley.com<mailto:dankent@kentrisley.com>

Daniel C. Hedlund dhedlund@gustafsongluek.com<mailto:dhedlund@gustafsongluek.com>

Daniel E. Gustafson dgustafson@gustafsongluek.com<mailto:dgustafson@gustafsongluek.com>

Daniel Eliot DeWoskin dan@atlantatrial.com<mailto:dan@atlantatrial.com>,
jill@atlantatrial.com<mailto:jill@atlantatrial.com>,
prof.sam.han@gmail.com<mailto:prof.sam.han@gmail.com>,
sam@atlantatrial.com<mailto:sam@atlantatrial.com>,
sam.han.pc@gmail.com<mailto:sam.han.pc@gmail.com>

Daniel H. Charest dcharest@burnscharest.com<mailto:dcharest@burnscharest.com>,
rlicon@burnscharest.com<mailto:rlicon@burnscharest.com>

Daniel J. Mulligan dan@jmglawoffices.com<mailto:dan@jmglawoffices.com>

Daniel R. Ferri dferri@dlcfirm.com<mailto:dferri@dlcfirm.com>

Daniel S. Robinson Drobinson@robinsonfirm.com<mailto:Drobinson@robinsonfirm.com>,

bzwirner@robinsonfirm.com<mailto:bzwirner@robinsonfirm.com>,
Jrogers@robinsonfirm.com<mailto:Jrogers@robinsonfirm.com>,
Wpolischuk@robinsonfirm.com<mailto:Wpolischuk@robinsonfirm.com>

Darryl Bressack dbressack@finkandassociateslaw.com<mailto:dbressack@finkandassociateslaw.com>

David Andrew Bain dbain@bain-law.com<mailto:dbain@bain-law.com>

David F. Miceli dmiceli@miceli-law.com<mailto:dmiceli@miceli-law.com>

David H. Fink dfink@finkandassociateslaw.com<mailto:dfink@finkandassociateslaw.com>

David H. Tracey dtracey@sanfordheisler.com<mailto:dtracey@sanfordheisler.com>

David Hart Breen proudcitadelfather@yahoo.com<mailto:proudcitadelfather@yahoo.com>

David J. Maher david@gspclaw.com<mailto:david@gspclaw.com>

David James Worley david@ewlawllc.com<mailto:david@ewlawllc.com>,
barry@ewlawllc.com<mailto:barry@ewlawllc.com>, joy@ewlawllc.com<mailto:joy@ewlawllc.com>

David Lewis Balser dbalser@kslaw.com<mailto:dbalser@kslaw.com>,
danderson@kslaw.com<mailto:danderson@kslaw.com>,
gwilson@kslaw.com<mailto:gwilson@kslaw.com>

David M. Chaiken
david.chaiken@troutmansanders.com<mailto:david.chaiken@troutmansanders.com>,
rebecca.fowler@troutmansanders.com<mailto:rebecca.fowler@troutmansanders.com>

David Malcolm McMullan , Jr.
dmcmullan@barrettlawgroup.com<mailto:dmcmullan@barrettlawgroup.com>

David Marc Buckner David@bucknermiles.com<mailto:David@bucknermiles.com>,
escobio@bucknermiles.com<mailto:escobio@bucknermiles.com>,
fernandez@bucknermiles.com<mailto:fernandez@bucknermiles.com>

David Mark Messer dmesser@briskinlaw.com<mailto:dmesser@briskinlaw.com>,
spettefer@briskinlaw.com<mailto:spettefer@briskinlaw.com>

David Michael Cohen dcohen@complexlaw.com<mailto:dcohen@complexlaw.com>

David R. Buchanan dbuchanan@seegerweiss.com<mailto:dbuchanan@seegerweiss.com>

David Reece Williams , III
reecewilliams@callisontighe.com<mailto:reecewilliams@callisontighe.com>,
crystalsmith@callisontighe.com<mailto:crystalsmith@callisontighe.com>

Davis Cooper pdcooper@cooperkirk.com<mailto:pdcooper@cooperkirk.com>

Derek G. Howard derek@dhowlaw.com<mailto:derek@dhowlaw.com>

Derek W. Loeser dloeser@kellerrohrback.com<mailto:dloeser@kellerrohrback.com>,
chopkins@kellerrohrback.com<mailto:chopkins@kellerrohrback.com>, derek-loeser-
0264@ecf.pacerpro.com<mailto:derek-loeser-0264@ecf.pacerpro.com>

Diane Sharon Wizig diane.wizig@mhllp.com<mailto:diane.wizig@mhllp.com>,
kimberly.venzant@mhllp.com<mailto:kimberly.venzant@mhllp.com>

Dianne M. Nast dnast@nastlaw.com<mailto:dnast@nastlaw.com>

Douglas A. Dellaccio ddellaccio@cwcd.com<mailto:ddellaccio@cwcd.com>,
mdoss@corywatson.com<mailto:mdoss@corywatson.com>

Douglas Gregory Blankinship gblankinship@fbfglaw.com<mailto:gblankinship@fbfglaw.com>

Douglas J. McNamara dmcnamara@cohenmilstein.com<mailto:dmcnamara@cohenmilstein.com>

E. Michelle Drake emdrake@bm.net<mailto:emdrake@bm.net>,
mplsparalegals@bm.net<mailto:mplsparalegals@bm.net>

E. Powell Miller epm@miller.law<mailto:epm@miller.law>,
aad@ecf.courtdrive.com<mailto:aad@ecf.courtdrive.com>,
aad@millerlawpc.com<mailto:aad@millerlawpc.com>

ESTHER EVA BEREZOFSKY eberezofsky@eblawllc.com<mailto:eberezofsky@eblawllc.com>

Ebonie Branch ebranch@finkelsteinthompson.com<mailto:ebranch@finkelsteinthompson.com>

Edward Adam Webb Adam@WebbLLC.com<mailto:Adam@WebbLLC.com>,
adam@webbllc.com<mailto:adam@webbllc.com>,
flemond@webbllc.com<mailto:flemond@webbllc.com>,
matt@webbllc.com<mailto:matt@webbllc.com>

Edward Alexander Marshall edward.marshall@agg.com<mailto:edward.marshall@agg.com>,
andi.gossmann@agg.com<mailto:andi.gossmann@agg.com>,
angela.chambliss@agg.com<mailto:angela.chambliss@agg.com>

Edward Dewey Chapin echapin2@sanfordheisler.com<mailto:echapin2@sanfordheisler.com>

Edward K. O'Brien eobrien@ekoblaw.com<mailto:eobrien@ekoblaw.com>

Elizabeth Dees Adler eadler@kslaw.com<mailto:eadler@kslaw.com>,
adevarennes@kslaw.com<mailto:adevarennes@kslaw.com>,
danderson@kslaw.com<mailto:danderson@kslaw.com>

Eric A. LaGuardia eal@laguardialaw.com<mailto:eal@laguardialaw.com>

Eric H. Gibbs ehg@classlawgroup.com<mailto:ehg@classlawgroup.com>,
1031352420@filings.docketbird.com<mailto:1031352420@filings.docketbird.com>,
9141823420@filings.docketbird.com<mailto:9141823420@filings.docketbird.com>,
ab@classlawgroup.com<mailto:ab@classlawgroup.com>,
dmb@classlawgroup.com<mailto:dmb@classlawgroup.com>,
ecf@classlawgroup.com<mailto:ecf@classlawgroup.com>,
sal@classlawgroup.com<mailto:sal@classlawgroup.com>

Eric J. Artrip artrip@mastandoartrip.com<mailto:artrip@mastandoartrip.com>,
cindy@mastandoartrip.com<mailto:cindy@mastandoartrip.com>,
sam@mastandoartrip.com<mailto:sam@mastandoartrip.com>

Eric S. Taubel etaubel@gustafsongluek.com<mailto:etaubel@gustafsongluek.com>

Eric W. Buether eric.buether@bjciplaw.com<mailto:eric.buether@bjciplaw.com>, docket@bjciplaw.com<mailto:docket@bjciplaw.com>

Erich Paul Schork e.schork@barnowlaw.com<mailto:e.schork@barnowlaw.com>

Erin Green Comite ecomite@scott-scott.com<mailto:ecomite@scott-scott.com>

Ethan J. Barlieb ebarlieb@ktmc.com<mailto:ebarlieb@ktmc.com>, 6747012420@filings.docketbird.com<mailto:6747012420@filings.docketbird.com>, jmeltzer@ktmc.com<mailto:jmeltzer@ktmc.com>, kmarrone@ktmc.com<mailto:kmarrone@ktmc.com>, pleadings@ktmc.com<mailto:pleadings@ktmc.com>

Evan T. Rosemore evan@southernmedlaw.com<mailto:evan@southernmedlaw.com>

F. Jerome Tapley jtapley@corywatson.com<mailto:jtapley@corywatson.com>, apittman@corywatson.com<mailto:apittman@corywatson.com>, jtaylor@corywatson.com<mailto:jtaylor@corywatson.com>, moldham@corywatson.com<mailto:moldham@corywatson.com>, rlutz@corywatson.com<mailto:rlutz@corywatson.com>

Fiona A. Burke fiona.burke@cityofchicago.org<mailto:fiona.burke@cityofchicago.org>

G. Franklin Lemond , Jr. flemond@webbllc.com<mailto:flemond@webbllc.com>

Garrett D. Blanchfield , Jr. g.blanchfield@rwblawfirm.com<mailto:g.blanchfield@rwblawfirm.com>, k.schulte@rwblawfirm.com<mailto:k.schulte@rwblawfirm.com>

Gary Edward Mason gmason@wbmllp.com<mailto:gmason@wbmllp.com>

Gary F. Lynch glynch@carlsonlynch.com<mailto:glynch@carlsonlynch.com>, dhart@carlsonlynch.com<mailto:dhart@carlsonlynch.com>, ecf@carlsonlynch.com<mailto:ecf@carlsonlynch.com>, emcfarland@carlsonlynch.com<mailto:emcfarland@carlsonlynch.com>, jetzel@carlsonlynch.com<mailto:jetzel@carlsonlynch.com>, kabramowicz@carlsonlynch.com<mailto:kabramowicz@carlsonlynch.com>, kiverson@carlsonlynch.com<mailto:kiverson@carlsonlynch.com>, ktucker@carlsonlynch.com<mailto:ktucker@carlsonlynch.com>

Gary S. Graifman GGRAIFMAN@KGGLAW.COM<mailto:GGRAIFMAN@KGGLAW.COM>, ccornfield@kgglaw.com<mailto:ccornfield@kgglaw.com>

Gayle M. Blatt gmb@cglaw.com<mailto:gmb@cglaw.com>, sleonard@cglaw.com<mailto:sleonard@cglaw.com>, vicki@cglaw.com<mailto:vicki@cglaw.com>

Geoffrey R. Romero geoff_26_@hotmail.com<mailto:geoff_26_@hotmail.com>

George Edwin Butler , II geb@lawyers.com<mailto:geb@lawyers.com>, pixier@mindspring.com<mailto:pixier@mindspring.com>

Gerald S. Ohn gerald@ohnlaw.com<mailto:gerald@ohnlaw.com>

Gordon M. Fauth , Jr. gmf@classlitigation.com<mailto:gmf@classlitigation.com>

Harlan F. Winn , III hwinn@battlewinn.com<mailto:hwinn@battlewinn.com>,
arodgers@battlewinn.com<mailto:arodgers@battlewinn.com>,
lspice@battlewinn.com<mailto:lspice@battlewinn.com>

Harlan Irby Prater , IV hprater@lightfootlaw.com<mailto:hprater@lightfootlaw.com>

Hovsep Hovsepyan hhovsepyan@kaass.com<mailto:hhovsepyan@kaass.com>

Howard Theodore Longman hlongman@ssbny.com<mailto:hlongman@ssbny.com>

J. Benjamin Blakeman ben@lifeinsurance-law.com<mailto:ben@lifeinsurance-law.com>

JASON SCOTT KANTERMAN
jkanterman@stonemagnalaw.com<mailto:jkanterman@stonemagnalaw.com>

Jack Fitzgerald jack@jackfitzgeraldlaw.com<mailto:jack@jackfitzgeraldlaw.com>,
val@jackfitzgeraldlaw.com<mailto:val@jackfitzgeraldlaw.com>

James A. Barry jbarry@lockslaw.com<mailto:jbarry@lockslaw.com>

James A. Francis jfrancis@consumerlawfirm.com<mailto:jfrancis@consumerlawfirm.com>,
jkabacinski@consumerlawfirm.com<mailto:jkabacinski@consumerlawfirm.com>,
lbrennan@consumerlawfirm.com<mailto:lbrennan@consumerlawfirm.com>,
rbennett@consumerlawfirm.com<mailto:rbennett@consumerlawfirm.com>

James A. Kitces jakitces@rkmc.com<mailto:jakitces@rkmc.com>,
atfreni@rkmc.com<mailto:atfreni@rkmc.com>,
fcarlisle@robinskaplan.com<mailto:fcarlisle@robinskaplan.com>,
gpfulks@rkmc.com<mailto:gpfulks@rkmc.com>, j,
mpacelli@robinskaplan.com<mailto:mpacelli@robinskaplan.com>,
sslaughter@robinskaplan.com<mailto:sslaughter@robinskaplan.com>

James Allen Carney , Jr. acarney@cbplaw.com<mailto:acarney@cbplaw.com>,
jcox@cbplaw.com<mailto:jcox@cbplaw.com>

James B. Rosenthal jbr@crklaw.com<mailto:jbr@crklaw.com>

James Benjamin Finley bfinley@thefinleyfirm.com<mailto:bfinley@thefinleyfirm.com>

James Cameron Tribble ctribble@barneslawgroup.com<mailto:ctribble@barneslawgroup.com>,
efilings@barneslawgroup.com<mailto:efilings@barneslawgroup.com>,
koneill@barneslawgroup.com<mailto:koneill@barneslawgroup.com>,
leigh@barneslawgroup.com<mailto:leigh@barneslawgroup.com>

James F. McDonough , III jmcdonough@hgdlawfirm.com<mailto:jmcdonough@hgdlawfirm.com>,
ntadic@hgdlawfirm.com<mailto:ntadic@hgdlawfirm.com>,
patent@hgdlawfirm.com<mailto:patent@hgdlawfirm.com>

James G. Stranch , IV gerards@bsjfirm.com<mailto:gerards@bsjfirm.com>, ecf-
processor@bsjfirm.com<mailto:ecf-processor@bsjfirm.com>,
jennifers@bsjfirm.com<mailto:jennifers@bsjfirm.com>

James J. Pizzirusso jpizzirusso@hausfeld.com<mailto:jpizzirusso@hausfeld.com>,
kmccune@hausfeld.com<mailto:kmccune@hausfeld.com>,
ngiddings@hausfeld.com<mailto:ngiddings@hausfeld.com>,
snathan@hausfeld.com<mailto:snathan@hausfeld.com>

James J. Wade jwade@perkinlaw.com<mailto:jwade@perkinlaw.com>

James M. Evangelista jim@ewlawllc.com<mailto:jim@ewlawllc.com>,
bk@ewlawllc.com<mailto:bk@ewlawllc.com>, joy@ewlawllc.com<mailto:joy@ewlawllc.com>

Jamisen Etzel jetzel@carlsonlynch.com<mailto:jetzel@carlsonlynch.com>

Jared M. Hartman
jared@sandiegoconsumerattorneys.com<mailto:jared@sandiegoconsumerattorneys.com>

Jason L. Nabors jason@langstonlawyers.com<mailto:jason@langstonlawyers.com>

Jason Paul Sander sanderjason@hotmail.com<mailto:sanderjason@hotmail.com>

Jason R. Doss jasondoss@dossfirm.com<mailto:jasondoss@dossfirm.com>

Jason Robert Bristol jbristol@crklaw.com<mailto:jbristol@crklaw.com>,
docket@crklaw.com<mailto:docket@crklaw.com>

Jasper D. Ward , IV jasper@jonesward.com<mailto:jasper@jonesward.com>

Jay I Brody jbrody@kgglaw.com<mailto:jbrody@kgglaw.com>

Jay P. Lechner lechnerj@thefllawfirm.com<mailto:lechnerj@thefllawfirm.com>

Jed Davis Manton jed@hlmlawfirm.com<mailto:jed@hlmlawfirm.com>,
michelle@hlmlawfirm.com<mailto:michelle@hlmlawfirm.com>,
odalys@hlmlawfirm.com<mailto:odalys@hlmlawfirm.com>,
sdunn@hlmlawfirm.com<mailto:sdunn@hlmlawfirm.com>

Jeff S. Westerman
JWESTERMAN@JSWLEGAL.COM<mailto:JWESTERMAN@JSWLEGAL.COM>

Jeffrey Goldenberg jgoldenberg@gs-legal.com<mailto:jgoldenberg@gs-legal.com>

Jeffrey Wilens jeff@lakeshorelaw.org<mailto:jeff@lakeshorelaw.org>

Jeffrey Miles Ostrow ostrow@kolawyers.com<mailto:ostrow@kolawyers.com>,
garcia@kolawyers.com<mailto:garcia@kolawyers.com>,
Kaufman@kolawyers.com<mailto:Kaufman@kolawyers.com>

Jeffrey R. Harris jeff@hlmlawfirm.com<mailto:jeff@hlmlawfirm.com>,
zuzana@hlmlawfirm.com<mailto:zuzana@hlmlawfirm.com>

Jeffrey S. Abraham jabraham@aftlaw.com<mailto:jabraham@aftlaw.com>

Jeremiah Lee Frei-Pearson Jfrei-pearson@fbfglaw.com<mailto:Jfrei-pearson@fbfglaw.com>

Jeremy Heisler jheisler@sanfordheisler.com<mailto:jheisler@sanfordheisler.com>

Jeremy A. Lieberman jalieberman@pomlaw.com<mailto:jalieberman@pomlaw.com>

Jess Brandel Johnson jess@pagepate.com<mailto:jess@pagepate.com>,
emily@pagepate.com<mailto:emily@pagepate.com>,
support1@patejohnson.com<mailto:support1@patejohnson.com>

Joel R. Rhine jrr@rhinelawfirm.com<mailto:jrr@rhinelawfirm.com>,
slc@rhinelawfirm.com<mailto:slc@rhinelawfirm.com>

John Hendricks john.hendricks@cityofchicago.org<mailto:john.hendricks@cityofchicago.org>

John Roddy jroddy@baileyglasser.com<mailto:jroddy@baileyglasser.com>,
eryan@baileyglasser.com<mailto:eryan@baileyglasser.com>,
mmcclay@baileyglasser.com<mailto:mmcclay@baileyglasser.com>

John A. Yanchunis jyanchunis@forthepeople.com<mailto:jyanchunis@forthepeople.com>,
jcabezas@forthepeople.com<mailto:jcabezas@forthepeople.com>,
lpajak@forthepeople.com<mailto:lpajak@forthepeople.com>

John Austin Moore moore@stuevesiegel.com<mailto:moore@stuevesiegel.com>,
demoss@stuevesiegel.com<mailto:demoss@stuevesiegel.com>

John Christopher Toro jtoro@kslaw.com<mailto:jtoro@kslaw.com>,
danderson@kslaw.com<mailto:danderson@kslaw.com>,
lbassett@kslaw.com<mailto:lbassett@kslaw.com>,
sydney.wilson@kslaw.com<mailto:sydney.wilson@kslaw.com>

John F. Perkin perkin@perkinlaw.com<mailto:perkin@perkinlaw.com>

John G. Emerson jemerson@emersonfirm.com<mailto:jemerson@emersonfirm.com>,
tautry@emersonfirm.com<mailto:tautry@emersonfirm.com>

John Raymond Bevis Bevis@barneslawgroup.com<mailto:Bevis@barneslawgroup.com>,
efilings@barneslawgroup.com<mailto:efilings@barneslawgroup.com>,
koneill@barneslawgroup.com<mailto:koneill@barneslawgroup.com>,
Renee@barneslawgroup.com<mailto:Renee@barneslawgroup.com>

Jon Lambiras jlambiras@bm.net<mailto:jlambiras@bm.net>

Jonathan Shub jshub@kohnswift.com<mailto:jshub@kohnswift.com>,
klaukaitis@kohnswift.com<mailto:klaukaitis@kohnswift.com>,
kwilson@kohnswift.com<mailto:kwilson@kohnswift.com>

Jonathan S. Mann jonm@pittmandutton.com<mailto:jonm@pittmandutton.com>, pdh-
efiling@pittmandutton.com<mailto:pdh-efiling@pittmandutton.com>,
rebeccah@pittmandutton.com<mailto:rebeccah@pittmandutton.com>

Jonathan Wesley Johnson
jwj@jonathanjohnsonatlantalawyer.com<mailto:jwj@jonathanjohnsonatlantalawyer.com>,
belinda@jonathanjohnsonatlantalawyer.com<mailto:belinda@jonathanjohnsonatlantalawyer.com>,
mark@jonathanjohnsonatlantalawyer.com<mailto:mark@jonathanjohnsonatlantalawyer.com>

Jordan M. Lewis jordan@jml-lawfirm.com<mailto:jordan@jml-lawfirm.com>

Joseph A. Zarzaur , Jr. service@zarzaurlaw.com<mailto:service@zarzaurlaw.com>,
joe@zarzaurlaw.com<mailto:joe@zarzaurlaw.com>

Joseph Alexander Hood , II ahood@pomlaw.com<mailto:ahood@pomlaw.com>,
disaacson@pomlaw.com<mailto:disaacson@pomlaw.com>

Joseph C. Kohn jkohn@kohnswift.com<mailto:jkohn@kohnswift.com>

Joseph H. Bates , III hbates@cbplaw.com<mailto:hbates@cbplaw.com>,
jcox@cbplaw.com<mailto:jcox@cbplaw.com>

Joseph I. Marchese jmarchese@bursor.com<mailto:jmarchese@bursor.com>

Joseph N. Kravec , Jr. jkravec@fdpklaw.com<mailto:jkravec@fdpklaw.com>

Joseph P. Guglielmo jguglielmo@scott-scott.com<mailto:jguglielmo@scott-scott.com>, efile@scott-scott.com<mailto:efile@scott-scott.com>, kjager@scott-scott.com<mailto:kjager@scott-scott.com>

Joseph Shane Hudson jshudson@hudsonkinglaw.com<mailto:jshudson@hudsonkinglaw.com>

Joshua D. Wells jdw@federmanlaw.com<mailto:jdw@federmanlaw.com>

Joshua E. D'Ancona jdancona@ktmc.com<mailto:jdancona@ktmc.com>,
3911685420@filings.docketbird.com<mailto:3911685420@filings.docketbird.com>,
jjoost@ktmc.com<mailto:jjoost@ktmc.com>

Joshua Harris Eggnatz JEggnatz@JusticeEarned.com<mailto:JEggnatz@JusticeEarned.com>

Joshua J. Grabar Jgrabar@grabarlaw.com<mailto:Jgrabar@grabarlaw.com>

Julie Braman Kane julie@colson.com<mailto:julie@colson.com>,
b.cancela@colson.com<mailto:b.cancela@colson.com>,
copycenter@colson.com<mailto:copycenter@colson.com>

Justin B. Weiner jweiner@mololamken.com<mailto:jweiner@mololamken.com>

Justin Beecher Connell connell@elarbeethompson.com<mailto:connell@elarbeethompson.com>,
Tamrisa@elarbeethompson.com<mailto:Tamrisa@elarbeethompson.com>

Justin M. Baxter justin@baxterlaw.com<mailto:justin@baxterlaw.com>,
docket@baxterlaw.com<mailto:docket@baxterlaw.com>

Justin P. Stalpes info@becklawyers.com<mailto:info@becklawyers.com>

Karen Hanson Riebel khriebel@locklaw.com<mailto:khriebel@locklaw.com>,
amraak@locklaw.com<mailto:amraak@locklaw.com>,
arpederson@locklaw.com<mailto:arpederson@locklaw.com>,
crjohnson@locklaw.com<mailto:crjohnson@locklaw.com>

Karen Sharp Halbert karenhalbert@robertslawfirm.us<mailto:karenhalbert@robertslawfirm.us>,
angeliciaisclaw@robertslawfirm.us<mailto:angeliciaisclaw@robertslawfirm.us>

Kate M. Baxter-Kauf kmbaxter-kauf@locklaw.com<mailto:kmbaxter-kauf@locklaw.com>

Kenneth J. Brennan kbrennan@thlawyer.com<mailto:kbrennan@thlawyer.com>, jld@thlawyer.com<mailto:jld@thlawyer.com>

Kenneth Paul Kula Ken.Kula@bjciplaw.com<mailto:Ken.Kula@bjciplaw.com>, Docket@BJCIPLaw.com<mailto:Docket@BJCIPLaw.com>

Kenneth S. Canfield kcanfield@dsckd.com<mailto:kcanfield@dsckd.com>, 4720186420@filings.docketbird.com<mailto:4720186420@filings.docketbird.com>, vraulin@dsckd.com<mailto:vraulin@dsckd.com>

Kenneth Thomas Lumb ktl@corboydemetrio.com<mailto:ktl@corboydemetrio.com>

Kevin Hunter Sharp ksharp@sanfordheisler.com<mailto:ksharp@sanfordheisler.com>, akrupp@sanfordheisler.com<mailto:akrupp@sanfordheisler.com>, amartinez@sanfordheisler.com<mailto:amartinez@sanfordheisler.com>

Kevin Peter Roddy kroddy@wilentz.com<mailto:kroddy@wilentz.com>

Kevin S. Hannon khannon@hannonlaw.com<mailto:khannon@hannonlaw.com>, jblum@hannonlaw.com<mailto:jblum@hannonlaw.com>, mdunlap@hannonlaw.com<mailto:mdunlap@hannonlaw.com>

Kevin Trent Moore ktm@ktmtriallaw.com<mailto:ktm@ktmtriallaw.com>, ktmoffice@ktmtriallaw.com<mailto:ktmoffice@ktmtriallaw.com>

Kevin W. Tucker ktucker@carlsonlynch.com<mailto:ktucker@carlsonlynch.com>, ecf@carlsonlynch.com<mailto:ecf@carlsonlynch.com>

Korey A. Nelson knelson@murray-lawfirm.com<mailto:knelson@murray-lawfirm.com>

Kristi Stahnke McGregor kristi@ewlawllc.com<mailto:kristi@ewlawllc.com>, barry@ewlawllc.com<mailto:barry@ewlawllc.com>, joy@ewlawllc.com<mailto:joy@ewlawllc.com>

Kyle G. Bates kbates@schneiderwallace.com<mailto:kbates@schneiderwallace.com>

Laurence D. King lking@kaplanfox.com<mailto:lking@kaplanfox.com>

LeeAnn Jones ljones@taylorenglish.com<mailto:ljones@taylorenglish.com>, bjasik@taylorenglish.com<mailto:bjasik@taylorenglish.com>

Leonard A. Bennett lenbennett@clalegal.com<mailto:lenbennett@clalegal.com>, 2065521420@filings.docketbird.com<mailto:2065521420@filings.docketbird.com>, dchaffer@clalegal.com<mailto:dchaffer@clalegal.com>, dwinters@clalegal.com<mailto:dwinters@clalegal.com>, elizabeth@clalegal.com<mailto:elizabeth@clalegal.com>, vickiward@clalegal.com<mailto:vickiward@clalegal.com>, viera@clalegal.com<mailto:viera@clalegal.com>

Leslie L. Pescia leslie.pescia@beasleyallen.com<mailto:leslie.pescia@beasleyallen.com>, tami.lee@beasleyallen.com<mailto:tami.lee@beasleyallen.com>

Lisa L. Heller lheller@robbinsfirm.com<mailto:lheller@robbinsfirm.com>,

dbutler@robbinsfirm.com<mailto:dbutler@robbinsfirm.com>,
jenglish@robbinsfirm.com<mailto:jenglish@robbinsfirm.com>,
kmccuiston@robbinsfirm.com<mailto:kmccuiston@robbinsfirm.com>,
rmeier@robbinsfirm.com<mailto:rmeier@robbinsfirm.com>

Lori G. Feldman feldman@geragos.com<mailto:feldman@geragos.com>

Lynn Lincoln Sarko lsarko@kellerrohrback.com<mailto:lsarko@kellerrohrback.com>

M. Stan Herring stan@wattssherring.com<mailto:stan@wattssherring.com>

Madeline Elizabeth McNeeley molly@hlmlawfirm.com<mailto:molly@hlmlawfirm.com>

Marc A. Wites mwites@wklawyers.com<mailto:mwites@wklawyers.com>

Marc Edward Dann notices@dannlaw.com<mailto:notices@dannlaw.com>,
9229518420@filings.docketbird.com<mailto:9229518420@filings.docketbird.com>,
bflick@dannlaw.com<mailto:bflick@dannlaw.com>,
dsolar@dannlaw.com<mailto:dsolar@dannlaw.com>,
mdann@dannlaw.com<mailto:mdann@dannlaw.com>

Marc H. Edelson medelson@edelson-law.com<mailto:medelson@edelson-law.com>

Marc L. Godino mgodino@glancylaw.com<mailto:mgodino@glancylaw.com>, marc-godino-1414@ecf.pacerpro.com<mailto:marc-godino-1414@ecf.pacerpro.com>

Margaret B. Ferron mferron@scott-scott.com<mailto:mferron@scott-scott.com>

Marisa Kendra Glassman MGlassman@forthepeople.com<mailto:MGlassman@forthepeople.com>,
lpajak@forthepeople.com<mailto:lpajak@forthepeople.com>

Mark Dearman mdearman@rgrdlaw.com<mailto:mdearman@rgrdlaw.com>,
9825585420@filings.docketbird.com<mailto:9825585420@filings.docketbird.com>,
e_file_fl@rgrdlaw.com<mailto:e_file_fl@rgrdlaw.com>,
e_file_sd@rgrdlaw.com<mailto:e_file_sd@rgrdlaw.com>

Mark A. DiCello madicello@dlcfirm.com<mailto:madicello@dlcfirm.com>

Mark D. Lewis mlewis@klhlaw.com<mailto:mlewis@klhlaw.com>,
leigh@klhlaw.com<mailto:leigh@klhlaw.com>

Mark J. Geragos mark@geragos.com<mailto:mark@geragos.com>,
gaby@geragos.com<mailto:gaby@geragos.com>,
geragos@ecf.inforuptcy.com<mailto:geragos@ecf.inforuptcy.com>

Mark S. Goldman goldman@lawgsp.com<mailto:goldman@lawgsp.com>

Marshall P. Dees mdees@holzerlaw.com<mailto:mdees@holzerlaw.com>

Mary C. Turke mary@turkestrauss.com<mailto:mary@turkestrauss.com>,
laurenv@turkestrauss.com<mailto:laurenv@turkestrauss.com>

MaryBeth Vassil Gibson mgibson@thefinleyfirm.com<mailto:mgibson@thefinleyfirm.com>,
bstringfellow@thefinleyfirm.com<mailto:bstringfellow@thefinleyfirm.com>

Matthew I. Knepper
matthew.knepper@knepperclark.com<mailto:matthew.knepper@knepperclark.com>

Megan Cunniff Church mchurch@mololamken.com<mailto:mchurch@mololamken.com>

Meghan A. McCaffrey
meghanmccaffrey@quinnemanuel.com<mailto:meghanmccaffrey@quinnemanuel.com>

Melissa Robin Emert memert@ssbny.com<mailto:memert@ssbny.com>

Melissa Ryan Clark mclark@milberg.com<mailto:mclark@milberg.com>

Melvin B. Hollowell mbh@millerlawpc.com<mailto:mbh@millerlawpc.com>

Michael A. Galpern mgalpern@lockslaw.com<mailto:mgalpern@lockslaw.com>,
ccarulli@lockslaw.com<mailto:ccarulli@lockslaw.com>,
jbarry@lockslaw.com<mailto:jbarry@lockslaw.com>,
mclark@lockslaw.com<mailto:mclark@lockslaw.com>

Michael E. Liftik michaelliftik@quinnemanuel.com<mailto:michaelliftik@quinnemanuel.com>

Michael G. Stewart mikes@bsjfirm.com<mailto:mikes@bsjfirm.com>

Michael J. Klein mklein@ssbny.com<mailto:mklein@ssbny.com>

Michael J. Laird michael.laird@zimmreed.com<mailto:michael.laird@zimmreed.com>

Michael J. Quirk mquirk@eblawllc.com<mailto:mquirk@eblawllc.com>

Michael James Pascucci mpascucci@eggnatzlaw.com<mailto:mpascucci@eggnatzlaw.com>

Michael Lee McGlamry efile@pmkm.com<mailto:efile@pmkm.com>,
mmcglamry@pmkm.com<mailto:mmcglamry@pmkm.com>

Michael Paul Smith mpsmith@sgs-law.com<mailto:mpsmith@sgs-law.com>, cmorabito@sgs-law.com<mailto:cmorabito@sgs-law.com>, earbaugh@sgs-law.com<mailto:earbaugh@sgs-law.com>,
ksmith@sgs-law.com<mailto:ksmith@sgs-law.com>, menglish@sgs-law.com<mailto:menglish@sgs-law.com>, tpaige@sgs-law.com<mailto:tpaige@sgs-law.com>

Michael Richard Cashman mcashman@hjlawfirm.com<mailto:mcashman@hjlawfirm.com>,
gotsuka@hjlawfirm.com<mailto:gotsuka@hjlawfirm.com>,
lharris@hjlawfirm.com<mailto:lharris@hjlawfirm.com>,
rhagstrom@hjlawfirm.com<mailto:rhagstrom@hjlawfirm.com>

Michael S. Olin molin@olinlawfirm.com<mailto:molin@olinlawfirm.com>

Mike Miller dwahl@solberglaw.com<mailto:dwahl@solberglaw.com>

Miles N Clark miles.clark@knepperclark.com<mailto:miles.clark@knepperclark.com>,
efiling@knepperclark.com<mailto:efiling@knepperclark.com>,
matthew.knepper@knepperclark.com<mailto:matthew.knepper@knepperclark.com>

N. Kirkland Pope efile@pmkm.com<mailto:efile@pmkm.com>,

kirkpope@pmkm.com<mailto:kirkpope@pmkm.com>

Natasha N. Serino natashaserino@amslawoffice.com<mailto:natashaserino@amslawoffice.com>,
joanbennett@amslawoffice.com<mailto:joanbennett@amslawoffice.com>,
shannonnocon@amslawoffice.com<mailto:shannonnocon@amslawoffice.com>

Nathan J. Fink nfink@finkandassociateslaw.com<mailto:nfink@finkandassociateslaw.com>,
rburke@finkandassociateslaw.com<mailto:rburke@finkandassociateslaw.com>

Naumon A. Amjed namjed@ktmc.com<mailto:namjed@ktmc.com>

Nicholas Koluncich
nkoluncich@newmexicoclassactions.com<mailto:nkoluncich@newmexicoclassactions.com>

Nicolas Miguel Stanojevich nstanojevich@qcwdr.com<mailto:nstanojevich@qcwdr.com>

Nicole Jo Moss nmoss@cooperkirk.com<mailto:nmoss@cooperkirk.com>

Noah M. Schubert nschubert@sjk.law<mailto:nschubert@sjk.law>, ecf-
b7507c9337a7@ecf.pacerpro.com<mailto:ecf-b7507c9337a7@ecf.pacerpro.com>,
paralegal@sjk.law<mailto:paralegal@sjk.law>

Norman E. Siegel siegel@stuevesiegel.com<mailto:siegel@stuevesiegel.com>,
olivas@stuevesiegel.com<mailto:olivas@stuevesiegel.com>,
perez@stuevesiegel.com<mailto:perez@stuevesiegel.com>

Orin Kurtz okurtz@gardylaw.com<mailto:okurtz@gardylaw.com>

Page Anthony Pate page@pagepate.com<mailto:page@pagepate.com>,
emily@pagepate.com<mailto:emily@pagepate.com>,
support1@patejohnson.com<mailto:support1@patejohnson.com>

Patrick Slyne pkslyne@ssbny.com<mailto:pkslyne@ssbny.com>

Patrick B. Moore pmoore@wwhgd.com<mailto:pmoore@wwhgd.com>,
cpalmer@wwhgd.com<mailto:cpalmer@wwhgd.com>

Patrick V. Dahlstrom pdahlstrom@pomlaw.com<mailto:pdahlstrom@pomlaw.com>

Paul Alphonsus Zebrowski paul@zebrowskilaw.com<mailto:paul@zebrowskilaw.com>

Paul Berry Cooper , III bcooper@mbbslaw.com<mailto:bcooper@mbbslaw.com>,
mkane@mbbslaw.com<mailto:mkane@mbbslaw.com>

Paul C. Whalen pcwhalen@gmail.com<mailto:pcwhalen@gmail.com>

Paul Jay Pontrelli ppontrelli@law.ga.gov<mailto:ppontrelli@law.ga.gov>,
jjones@law.ga.gov<mailto:jjones@law.ga.gov>,
rchalmers@law.ga.gov<mailto:rchalmers@law.ga.gov>,
steaster@law.ga.gov<mailto:steaster@law.ga.gov>

Peter Isajiw pisajiw@kslaw.com<mailto:pisajiw@kslaw.com>

Peter Andrew Lampros alampros@hallandlampros.com<mailto:alampros@hallandlampros.com>,

pal@hallandlampros.com<mailto:pal@hallandlampros.com>

Peter B. Schneider pschneider@schneiderwallace.com<mailto:pschneider@schneiderwallace.com>

Philip L. Fraietta pfraietta@bursor.com<mailto:pfraietta@bursor.com>

Phillip A. Tortoreti ptortoreti@wilentz.com<mailto:ptortoreti@wilentz.com>,
mmcguckin@wilentz.com<mailto:mmcguckin@wilentz.com>

Phyllis Buchen Sumner psumner@kslaw.com<mailto:psumner@kslaw.com>

ROBERT A. MAGNANINI
rmagnanini@stonemagnalaw.com<mailto:rmagnanini@stonemagnalaw.com>,
gcanaie@stonemagnalaw.com<mailto:gcanaie@stonemagnalaw.com>,
jjenkins@stonemagnalaw.com<mailto:jjenkins@stonemagnalaw.com>,
smacdougall@stonemagnalaw.com<mailto:smacdougall@stonemagnalaw.com>,
tsaybe@stonemagnalaw.com<mailto:tsaybe@stonemagnalaw.com>

Rachael Lee Zichella rzichella@taylorenglish.com<mailto:rzichella@taylorenglish.com>,
lwilkerson@taylorenglish.com<mailto:lwilkerson@taylorenglish.com>

Ranse M. Partin ranse@conleygriggs.com<mailto:ranse@conleygriggs.com>,
courtenay@conleygriggs.com<mailto:courtenay@conleygriggs.com>,
laura@conleygriggs.com<mailto:laura@conleygriggs.com>,
stephanie@conleygriggs.com<mailto:stephanie@conleygriggs.com>

Rebecca McRae Langston rebecca@langstonlawyers.com<mailto:rebecca@langstonlawyers.com>

Reginald L. Snyder rsnyder@dyesnyder.com<mailto:rsnyder@dyesnyder.com>

Richard E. Shevitz rshevitz@cohenandmalad.com<mailto:rshevitz@cohenandmalad.com>,
llowe@cohenandmalad.com<mailto:llowe@cohenandmalad.com>

Richard John Morin legal@rickmorin.net<mailto:legal@rickmorin.net>

Richard L. Coffman rcoffman@coffmanlawfirm.com<mailto:rcoffman@coffmanlawfirm.com>,
jhoffert@coffmanlawfirm.com<mailto:jhoffert@coffmanlawfirm.com>

Richard P. Rouco rrouco@qcwdr.com<mailto:rrouco@qcwdr.com>,
jherrin@qcwdr.com<mailto:jherrin@qcwdr.com>

Richard R. Rosenthal rosenthallaw@bellsouth.net<mailto:rosenthallaw@bellsouth.net>

Robert C. Khayat , Jr. rkhayat@khayatlawfirm.com<mailto:rkhayat@khayatlawfirm.com>,
ckrueger@khayatlawfirm.com<mailto:ckrueger@khayatlawfirm.com>,
kdaniel@khayatlawfirm.com<mailto:kdaniel@khayatlawfirm.com>

Robert C. Schubert rschubert@sjk.law<mailto:rschubert@sjk.law>

Robert Cecil Gilbert robert@gilbertpa.com<mailto:robert@gilbertpa.com>,
dalia@gilbertpa.com<mailto:dalia@gilbertpa.com>,
gilbert@kolawyers.com<mailto:gilbert@kolawyers.com>,
streisfeld@kolawyers.com<mailto:streisfeld@kolawyers.com>

Robert Douglas Griest rgriest@kslaw.com<mailto:rgriest@kslaw.com>,
adevarennes@kslaw.com<mailto:adevarennes@kslaw.com>,
danderson@kslaw.com<mailto:danderson@kslaw.com>

Robert F. Lopez robl@hbsslaw.com<mailto:robl@hbsslaw.com>

Robert M. Foote rmf@fmcolaw.com<mailto:rmf@fmcolaw.com>

Robert Moore Weaver rweaver@qcwdr.com<mailto:rweaver@qcwdr.com>,
gjackson@qcwdr.com<mailto:gjackson@qcwdr.com>,
jherrin@qcwdr.com<mailto:jherrin@qcwdr.com>

Robert N. Kaplan rkaplan@kaplanfox.com<mailto:rkaplan@kaplanfox.com>

Robert R. Ahdoot rahdoot@ahdootwolfson.com<mailto:rahdoot@ahdootwolfson.com>,
twolfson@ahdootwolfson.com<mailto:twolfson@ahdootwolfson.com>

Robert W. Cottle jnelson@cottlefirm.com<mailto:jnelson@cottlefirm.com>

Robert W. Killorin rkillorin@faruqilaw.com<mailto:rkillorin@faruqilaw.com>, DMirarchi@srkw-law.com<mailto:DMirarchi@srkw-law.com>, JKodroff@srkw-law.com<mailto:JKodroff@srkw-law.com>, JMacoretta@srkw-law.com<mailto:JMacoretta@srkw-law.com>

Robert Walker Garrett wgarrett@thefinleyfirm.com<mailto:wgarrett@thefinleyfirm.com>

Robin Frazer Clark robinclark@gatriallawyers.net<mailto:robinclark@gatriallawyers.net>,
nikiwilson@gatriallawyers.net<mailto:nikiwilson@gatriallawyers.net>

Rodney K. Strong rodney@gspclaw.com<mailto:rodney@gspclaw.com>

Ronen Sarraf ronen@sarrafgentile.com<mailto:ronen@sarrafgentile.com>

Rosalee B.C. Thomas
rbcthomas@finkelsteinthompson.com<mailto:rbcthomas@finkelsteinthompson.com>

Rosanne L. Mah rmah@zlk.com<mailto:rmah@zlk.com>

Rosemary M. Rivas rrivas@zlk.com<mailto:rrivas@zlk.com>,
ebigelow@zlk.com<mailto:ebigelow@zlk.com>

Roxanne Barton Conlin efile@roxanneconlinlaw.com<mailto:efile@roxanneconlinlaw.com>

Roy E. Barnes Roy@barneslawgroup.com<mailto:Roy@barneslawgroup.com>,
efilings@barneslawgroup.com<mailto:efilings@barneslawgroup.com>,
koneill@barneslawgroup.com<mailto:koneill@barneslawgroup.com>,
renee@barneslawgroup.com<mailto:renee@barneslawgroup.com>,
sholt@barneslawgroup.com<mailto:sholt@barneslawgroup.com>

Sally M. Handmaker shandmaker@cohenmilstein.com<mailto:shandmaker@cohenmilstein.com>

Samuel H. Rudman srudman@rgrdlaw.com<mailto:srudman@rgrdlaw.com>

Samuel Tillman Brannan stbrannan@dossfirm.com<mailto:stbrannan@dossfirm.com>

Scott Lesowitz scott@syversonlaw.com<mailto:scott@syversonlaw.com>

Scott Edward Cole scole@scalaw.com<mailto:scole@scalaw.com>,
sklinko@scalaw.com<mailto:sklinko@scalaw.com>,
vleones@scalaw.com<mailto:vleones@scalaw.com>

Seth Miles seth@bucknermiles.com<mailto:seth@bucknermiles.com>,
escobio@bucknermiles.com<mailto:escobio@bucknermiles.com>,
fernandez@bucknermiles.com<mailto:fernandez@bucknermiles.com>

Shane Fredrick Langston shane@langstonlawyers.com<mailto:shane@langstonlawyers.com>

Shannon F. Nocon shannonnocon@amslawoffice.com<mailto:shannonnocon@amslawoffice.com>

Sharon S. Almonrode ssa@miller.law<mailto:ssa@miller.law>,
djv@ecf.courtdrive.com<mailto:djv@ecf.courtdrive.com>,
djv@millerlawpc.com<mailto:djv@millerlawpc.com>,
sab@ecf.courtdrive.com<mailto:sab@ecf.courtdrive.com>, sab@miller.law<mailto:sab@miller.law>,
ssa@ecf.courtdrive.com<mailto:ssa@ecf.courtdrive.com>

Shelly L. Friedland sfriedland@triefandolk.com<mailto:sfriedland@triefandolk.com>

Sherrie R. Savett ssavett@bm.net<mailto:ssavett@bm.net>, ecf@bm.net<mailto:ecf@bm.net>

Sidney Stewart Haskins , II shaskins@kslaw.com<mailto:shaskins@kslaw.com>,
danderson@kslaw.com<mailto:danderson@kslaw.com>

Stanford Glenn Wilson swilson@elarbeethompson.com<mailto:swilson@elarbeethompson.com>,
alyson@elarbeethompson.com<mailto:alyson@elarbeethompson.com>

Stephen B. Murray , Sr. amurray@murray-lawfirm.com<mailto:amurray@murray-lawfirm.com>

Stephen G. Lowry steve@hpllegal.com<mailto:steve@hpllegal.com>,
heather@hpllegal.com<mailto:heather@hpllegal.com>,
korinne@hpllegal.com<mailto:korinne@hpllegal.com>

Stephen J. Kane Stephen.Kane@cityofchicago.org<mailto:Stephen.Kane@cityofchicago.org>

Stephen Paul Drobny sdrobny@joneswalker.com<mailto:sdrobny@joneswalker.com>,
tsnow@joneswalker.com<mailto:tsnow@joneswalker.com>

Steven A. Schwartz sas@chimicles.com<mailto:sas@chimicles.com>

Steven G. Madison stevemadison@quinnemanuel.com<mailto:stevemadison@quinnemanuel.com>

Steven P. Gregory steve@gregorylawfirm.us<mailto:steve@gregorylawfirm.us>

Steven W. Teppler steppler@abbottlawpa.com<mailto:steppler@abbottlawpa.com>,
shartman@abbottlawpa.com<mailto:shartman@abbottlawpa.com>

Susan Mary Rotkis srotkis@clalegal.com<mailto:srotkis@clalegal.com>

T. Roe Frazer , II roe@frazer.law<mailto:roe@frazer.law>

Terry Gross terry@grossbelsky.com<mailto:terry@grossbelsky.com>

Tessa Addie-Lee Warren twarren@qcwdr.com<mailto:twarren@qcwdr.com>,
gjackson@qcwdr.com<mailto:gjackson@qcwdr.com>

Theodore Walter Maya tmaya@ahdootwolfson.com<mailto:tmaya@ahdootwolfson.com>

Thomas A. Withers twithers@gwllawfirm.com<mailto:twithers@gwllawfirm.com>,
aclake@gwllawfirm.com<mailto:aclake@gwllawfirm.com>,
bcarlson@carlsonlynch.com<mailto:bcarlson@carlsonlynch.com>,
glynch@carlsonlynch.com<mailto:glynch@carlsonlynch.com>,
jetzel@carlsonlynch.com<mailto:jetzel@carlsonlynch.com>,
rjenkins@gwllawfirm.com<mailto:rjenkins@gwllawfirm.com>

Thomas Adam Biscup tom@zebrowskilaw.com<mailto:tom@zebrowskilaw.com>,
file@zebrowskilaw.com<mailto:file@zebrowskilaw.com>

Thomas E. Loeser toml@hbsslaw.com<mailto:toml@hbsslaw.com>,
josephs@hbsslaw.com<mailto:josephs@hbsslaw.com>

Thomas F.A. Hetherington Tom.Hetherington@emhllp.com<mailto:Tom.Hetherington@emhllp.com>

Thomas J. Connick tconnick@connicklawllc.com<mailto:tconnick@connicklawllc.com>

Thomas J. Lyons tommy@consumerjusticecenter.com<mailto:tommy@consumerjusticecenter.com>

Thomas V. Girardi tgirardi@girardikeese.com<mailto:tgirardi@girardikeese.com>

Tim Maloney tmaloney@maloneyandcampolo.com<mailto:tmaloney@maloneyandcampolo.com>

Timothy G. Blood tblood@bholaw.com<mailto:tblood@bholaw.com>,
efile@bholaw.com<mailto:efile@bholaw.com>,
toreardon@bholaw.com<mailto:toreardon@bholaw.com>

Tina Wolfson twolfson@ahdootwolfson.com<mailto:twolfson@ahdootwolfson.com>,
bking@ahdootwolfson.com<mailto:bking@ahdootwolfson.com>,
filings@ahdootwolfson.com<mailto:filings@ahdootwolfson.com>,
rahdoot@ahdootwolfson.com<mailto:rahdoot@ahdootwolfson.com>,
tmaya@ahdootwolfson.com<mailto:tmaya@ahdootwolfson.com>

Todd A. Smith tsmith@prslaw.com<mailto:tsmith@prslaw.com>

Todd Michael Miller tmiller@solberglaw.com<mailto:tmiller@solberglaw.com>

Tor Hoerman tor@thlawyer.com<mailto:tor@thlawyer.com>,
jld@thlawyer.com<mailto:jld@thlawyer.com>

Torin Aaron Dorros TDORROS@DORROSLAW.COM<mailto:TDORROS@DORROSLAW.COM>

Travis Edward Lynch tlynch@hgdlawfirm.com<mailto:tlynch@hgdlawfirm.com>,
patent@hgdlawfirm.com<mailto:patent@hgdlawfirm.com>

Troy N. Giatras troy@thewvlawfirm.com<mailto:troy@thewvlawfirm.com>,
jennifer@thewvlawfirm.com<mailto:jennifer@thewvlawfirm.com>,

matt@thewvlawfirm.com<mailto:matt@thewvlawfirm.com>,
missy@thewvlawfirm.com<mailto:missy@thewvlawfirm.com>,
pam@thewvlawfirm.com<mailto:pam@thewvlawfirm.com>

Veronica Byam Nannis vnannis@jgllaw.com<mailto:vnannis@jgllaw.com>,
aevans@jgllaw.com<mailto:aevans@jgllaw.com>, cnunez@jgllaw.com<mailto:cnunez@jgllaw.com>,
ydavila@jgllaw.com<mailto:ydavila@jgllaw.com>

Vess Allen Miller vmiller@cohenandmalad.com<mailto:vmiller@cohenandmalad.com>,
llowe@cohenandmalad.com<mailto:llowe@cohenandmalad.com>,
ltoops@cohenandmalad.com<mailto:ltoops@cohenandmalad.com>

Vildan A. Teske teske@tkkrlaw.com<mailto:teske@tkkrlaw.com>,
brandt@tkkrlaw.com<mailto:brandt@tkkrlaw.com>, ely@tkkrlaw.com<mailto:ely@tkkrlaw.com>

Vincent J. Esades vesades@heinsmills.com<mailto:vesades@heinsmills.com>,
ikovarik@heinsmills.com<mailto:ikovarik@heinsmills.com>

Virginia M. Buchanan vbuchanan@levinlaw.com<mailto:vbuchanan@levinlaw.com>

W. Daniel Miles , III Dee.Miles@BeasleyAllen.com<mailto:Dee.Miles@BeasleyAllen.com>,
ashley.pugh@beasleyallen.com<mailto:ashley.pugh@beasleyallen.com>,
michelle.fulmer@beasleyallen.com<mailto:michelle.fulmer@beasleyallen.com>

W. Lewis Garrison , Jr. wlgarrison@hgdlawfirm.com<mailto:wlgarrison@hgdlawfirm.com>,
pputman@hgdlawfirm.com<mailto:pputman@hgdlawfirm.com>

W. Pitts Carr pcarr@wpcarr.com<mailto:pcarr@wpcarr.com>

Wallace A. McDonald amcdonald@lpwpc.com<mailto:amcdonald@lpwpc.com>

Warren T. Burns wburns@burnscharest.com<mailto:wburns@burnscharest.com>,
mkweik@burnscharest.com<mailto:mkweik@burnscharest.com>,
vthibodeaux@burnscharest.com<mailto:vthibodeaux@burnscharest.com>

Wesley Martin Mullen wmullen@mullenpc.com<mailto:wmullen@mullenpc.com>

Willem Frans Jonckheer
wjonckheer@schubertlawfirm.com<mailto:wjonckheer@schubertlawfirm.com>,
paralegal@schubertlawfirm.com<mailto:paralegal@schubertlawfirm.com>

William B. Federman wbf@federmanlaw.com<mailto:wbf@federmanlaw.com>,
law@federmanlaw.com<mailto:law@federmanlaw.com>,
ngb@federmanlaw.com<mailto:ngb@federmanlaw.com>

William Bradford Kittrell bkittrell@taylormartino.com<mailto:bkittrell@taylormartino.com>

William H. Murphy , III
hassan.murphy@murphyfalcon.com<mailto:hassan.murphy@murphyfalcon.com>,
heather.thornton@murphyfalcon.com<mailto:heather.thornton@murphyfalcon.com>,
Jessica.Meeder@murphyfalcon.com<mailto:Jessica.Meeder@murphyfalcon.com>,
joann.autry@murphyfalcon.com<mailto:joann.autry@murphyfalcon.com>,
karyn.slavin@murphyfalcon.com<mailto:karyn.slavin@murphyfalcon.com>,
saidah.grimes@murphyfalcon.com<mailto:saidah.grimes@murphyfalcon.com>

William H. Parish parish@parishlegal.com<mailto:parish@parishlegal.com>

William Henry Stanhope WStanhope@RobinsKaplan.com<mailto:WStanhope@RobinsKaplan.com>

William Lloyd Copeland Lloyd@taylormartino.com<mailto:Lloyd@taylormartino.com>, ctrott@taylormartino.com<mailto:ctrott@taylormartino.com>

William T. Gibbs WTG@corboydemetrio.com<mailto:WTG@corboydemetrio.com>, agonzalez@corboydemetrio.com<mailto:agonzalez@corboydemetrio.com>, ccfiling@corboydemetrio.com<mailto:ccfiling@corboydemetrio.com>, mbrophy@corboydemetrio.com<mailto:mbrophy@corboydemetrio.com>, sdudak@corboydemetrio.com<mailto:sdudak@corboydemetrio.com>

William T. Payne wpayne@fdpklaw.com<mailto:wpayne@fdpklaw.com>, filings@fdpklaw.com<mailto:filings@fdpklaw.com>, jkravec@fdpklaw.com<mailto:jkravec@fdpklaw.com>

Zachary Andrew McEntyre zmcentyre@kslaw.com<mailto:zmcentyre@kslaw.com>, danderson@kslaw.com<mailto:danderson@kslaw.com>

1:17-md-02800-TWT Notice has been delivered by other means to:

A Laurie Koller
Carr & Carr (Tulsa)
4416 S HARVARD AVE
TULSA, OK 74135

A. Clifford Edwards
EDWARDS FRICKLE & CULVER
1648 Poly Drive
Suite 206
Billings, MT 59102

Adam E. Polk
Girard Gibbs, LLP
601 California Street
14th Floor
San Francisco, CA 94108

Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.


Alex Arreaza
Law Office of Alex Arreaza
320 W Oakland Park Boulevard
Wilton Manors, FL 33311

Alex G. Streett
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801

Alexandra P. Summer
Cotchett, Pitre & McCarthy
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Alicia Bliss Gilbert
King & Spalding
1185 Avenue Of The Americas
New York, NY 10036

Allen Carney
Carney Bates & Pulliam, PLLC
519 W. 7th Street
Little Rock, AR 72201

Alreen Haeggquist
Haeggquist & Eck, LLP -CA
Suite 2050
225 Broadway
San Diego, CA 92101

Amber Griffin Shaw
Gordon Shaw Law Group, PLLC
P.O. Box 846
Suite 300
114 W. Liberty Avenue
Covington, TN 38019

Amir J. Goldstein
Amir J. Goldstein, Esq.
Suite 3a
591 Broadway
New York, NY 10012

Amy Marie Zeman
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612

Andrea Bierstein
Simmons Hanly Conroy
112 Madison Avenue
7th Floor
New York, NY 10016

Andrew Adams , III
Hogen Adam PLLC
Suite 460
1935 County Road B2 W.
St. Paul, MN 55113

Andrew B. Sacks

Sacks Weston Diamond LLC


Annabelle Lee Patterson
Annabelle Lee Patterson, PLC


Anthony F. Jackson
BECK & AMSDEN
1946 Stadium Drive
Suite 1
Bozeman, MT 59715

Ariana J. Tadler
Milberg Tadler Phillips Grossman LLP
Suite 1920
One Pennsylvania Plaza
New York, NY 10119

Arthur F. Hoge , III
Mee Mee Hoge & Epperson PLLP


Ashkahn Mohamadi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Ashley R. Rifkin
Robbins Arroyo, LLP-CA
Suite 1900
600 B Street
San Diego, CA 92101


Austin B. Whitten
Pittman, Dutton, Kirby & Hellums, P.C.



                    Avi Robert Kaufman
                    Kopelowitz Ostrow Ferguson Weiselberg Gilbert
                    2525 Ponce de Leon Blvd.
                    Suite 625
                    Coral Gables, FL 33134

Babak Semnar
Semnar & Hartman, LLP
Suite 209
400 South Melrose Drive
Vista, CA 92081

Benjamin Bailey
Bailey & Glasser LLP -C. WV


Benjamin Lajoie
Bailey & Glasser LLP-MA
99 High Street
Suite 304
Boston, MA 02211

Benjamin C. Jensen
Robinson & Cole
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3597

Benjamin Howard Carney
Gordon, Wolf & Carney, Chtd
Suite 100
100 W Pennsylvania Avenue
Towson, MD 21204

Benjamin Jared Meiselas
Geragos & Geragos
644 South Figueroa Street
Historic Engine Co. No. 28
Los Angeles, CA 90017

Bobby Samini
Samini Scheinberg PC
2801 West Coast Highway
Suite 200
Newport Beach, CA 92663

Brad J. Moore
Stritmatter, Kessler, Whelan, Koehler, Moore and
Kahler
3600 15th Avenue West #300

Seattle, WA 98119

Bradley Austin
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Las Vegas, NV 89169

Brant D. Penney
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Brett H. Oppenheimer
Brett H. Oppenheimer, PLLC
401 Waterfront Park Place
222 East Witherspoon Street
Louisville, KY 40202

Brian C. Spahn
Godfrey & Kahn-WI

Brian J. Stack
Stack, Fernandez & Harris, PA
Suite 2650
1001 Brickell Bay Drive
Miami, FL 33131-3255

Brian M. Garvine
Law Office of Brian M. Garvine, LLC
Suite 1100
5 E. Long Street
Columbus, OH 43215

Brian P. Galligan
Galligan & Reid PC
Suite 5
300 Walnut Street
Des Moines, IA 50309

Brian S. Kabateck
Kabateck, Brown & Kellner, LLP
644 South Figueroa Street

Los Angeles, CA 90017

Bridget Gallagher Morgan
Bickerton Dang, LLP
Suite 801
745 Fort Street
Honolulu, HI 96813

Bruce W. Steckler
Steckler Gresham Cochran
Suite 1045
12720 Hillcrest Road
Dallas, TX 75230

Bryan C. Oberle
Samini Scheinberg PC


C. Jacob Gower
Burns Charest, LLP
Suite 1170
365 Canal Street
New Orleans, LA 70139

Cadio Zirpoli
Saveri & Saveri, Inc. - SF CA
706 Sansome Street
San Francisco, CA 94111

Carin L. Marcussen
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120

Carol Thomas
Murray Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Chantal Khalil
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
Suite 605
445 Hamilton Ave.

White Plains, NY 10601

Charles James , II
Law Offices of Charles James, II
418 Scott Street
Montgomery, AL 36101

Charles Edward Amos , II
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, WV 25301

Charles G. Douglas , III
Douglas Leonard & Garvey PC
14 South St, Ste 5
Concord, NH 03301

Christian A. Jenkins
Minnilo & Jenkins Co., LPA
2712 Observatory Avenue
Cincinnati, OH 45208

Christopher G Meadows
First Albrecht & Blondis SC
Suite 600
158 N. Broadway
Milwaukee, WI 53202-6015

Christopher J. Haugen
Messerli & Kramer, P.A.
100 South Fifth Street
1400 Fifth Street Towers
Minneapolis, MN 55402

Christopher Joseph DeCosta
Holtz Mahshie DeCosta, PA
Suite E
1560 Matthew Drive
Ft. Myers, FL 33907

Christopher L Thayer
PIVOTAL LAW GROUP
IBM BUILDING
1200 FIFTH AVENUE, SUITE 1217

SEATTLE, WA 98101

Cole T. Tomlinson
Dutton & Associates, PLLC
513 Main Street
Shelbyville, KY 40065

Curtis B. Miner
Colson Hicks Eidson
2nd Floor
255 Alhambra Circle Penthouse
Coral Gables, FL 33134-5008

D. Wes Sullenger
Boehl Stopher & Graves, LLP - Paducah
410 Broadway Street
Paducah, KY 42002-9551

Daniel C. Levin
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Daniel D. McGuire
Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201

Daniel Ellis Morris
Daniel E. Morris Law Firm, PLLC

Daniel N. Gallucci
Nastlaw, LLC
Suite 2801
1101 Market Street
Philadelphia, PA 19107

Daniel O. Herrera
Cafferty Clobes Meriwether & Sprengel LLP-IL
Suite 3000
150 South Wacker Drive
Chicago, IL 60606

Daniel P Sullivan
Stephen C Maxwell PC
1300 Summitt Avenue, Suite 650
Fort Worth, TX 76102

Danielle Anne Fuschetti
Sanford Heisler Sharp, LLP -CA
Suite 975
111 Sutter Street
San Francisco, CA 94104

Danielle Leigh Manning
Glancy Prongay & Murray, LLP -CA
Suite 2100
1925 Century Park East
Los Angeles, CA 90067

Danny M. Sheena
Danny Sheena, Attorney At Law
Suite 518
2500 W. Loop South
Houston, TX 77027

Dave Ujke
Red Cliff Band of Lake Superior Chippewa Indians
88385 Pike Road
Bayfield, WI 54814

David Hartheimer
Mayerson & Hartheimer, PLLC


David Anthony Nunez
Meyer & Nunez, P.A.
150 W. Flagler Street
Suite 2700
Miami, FL 33130

David H. Krieger
Haines and Krieger, LLC


David M. Given

Phillips, Erlewine, Given & Carlin LLP
Suite 201
39 Mesa Street
The Presidio
San Francisco, CA 94129

David Michael Berger
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612

Dean Gresham
Steckler Gresham Cochran
Suite 1045
12720 Hillcrest Road
Dallas, TX 75230

Denise B. Crockett
Stack, Fernandez & Harris, PA
Suite 2650
1001 Brickell Bay Drive
Miami, FL 33131-3255

Denise Maldonado Rosa
Office of the Assistant Attorney General -PR
P.O. Box 9020192
San Juan, PR 00902-0192

Dennis A Mastando
MASTANDO & ARTRIP LLC
301 Washington Street
Suite 302
Huntsville, AL 35801

Douglas J. Bench
Goldman Scarlato & Penny, PC
Suite 1025
Eight Tower Bridge
161 Washington Street
Conshohocken, PA 19428

E. Kirk Wood
Wood Law Firm, LLC

P.O. Box 382434
Birmingham, AL 35283

Eduard Korsinsky
Zimmerman Levi & Korsinsky
39 Broadway
Suite 1440
New York, NY 10006

Edward B. Geller
Edward B. Geller, Esq., P.C.
15 Landing Way
Bronx, NY 10464

Elizabeth A. Ryan
Bailey & Glasser LLP-MA
99 High Street
Suite 304
Boston, MA 02211

Elizabeth Christine Chavez
Foote, Mielke, Chavez & O'Neil, LLC
Suite 200
10 W. State Street
Geneva, IL 60134

Elizabeth Wilson Hanes
CONSUMER LITIGATION ASSOCIATES

Emily C. Aldridge
Bleichmar Fonti & Auld LLP
Suite 670
1999 Harrison Street
Oakland, CA 94612

Emily E. Hughes
The Miller Law Firm

Eric Andrew Campolo
Law Offices of Maloney & Campolo, L.L.P.
926 S. Alamo
San Antonio, TX 78205

Erik Dos Santos
Hogue & Belong
170 Laurel Street
Second Floor
San Diego, CA 92101

Erik Swen Syverson
Raines Feldman, LLP

Francois M. Blaudeau
Southern Institute for Medical & Legal Affairs, LLC
2224 1st Avenue N.
Birmingham, AL 35203

G. Gabriel Zorogastua
Polsinelli PC- MO
Suite 900
900 W. 48th Place
Kansas City, MO 64112

G. John Cento
Cento Law, LLC
Suite 100
5915 North College Avenue
Indianapolis, IN 46220

Gaitri Boodhoo
The Brualdi Law Firm
29 Broadway, Suite 2400
New York, NY 10006

Gary Green
Air Line Pilots Association
6525 Massachusetts Avenue, N.W.
8th Floor
Washington, DC 20036

George Haines
Haines and Krieger, LLC

George H Lugrin , IV

Westmoreland Hall PC
2800 Post Oak Blvd
Suite 6400
Houston, TX 77056

Gilbert F. Shelsby
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Gina M. Bowden
Clayeo C. Arnold, APC

Grant E. Morris
Office of Grant E. Morris
Suite 700
2121 K. Street, N.W.
Washington, DC 20037

Greg L. Davis
Davis & Taliaferro
7031 Halcyn Park Drive
Montgomery, AL 36117

Gregory Joseph Allen
Law Office of Gregory Joseph Allen
120 W Wilson Ave
Suite 1135
Glendale, CA 91203

Gregory S. Otsuka
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439

Greta L. Kemp
Langston & Langston, PLLC

Gretchen Freeman Cappio
Keller Rohrback, L.L.P

Gus Michael Farinella
Law Offices of Gus Michael Farinella


Guy Kamealoha Noa
Buckner & Miles
3350 Mary Street
Miami, FL 33133

Gwendolyn R. Giblin
Cotchett, Pitre & McCarthy
Suite 200
840 Malcolm Road
Burlingame, CA 94010

H. Vincent McKnight
Sanford Heisler Sharp, LLP -DC
Suite 300
1666 Connecticut Avenue, NW
Washington, DC 20009

Harry Shulman
Shulman Law


Helen I. Zeldes
Coast Law Group, LLP
1140 S Coast Hwy 101
Encinitas, CA 92024

Henry Kelston
Milberg LLP-NY
One Pennsylvania Plaza
50th Floor
New York, NY 10119-0165

Herman Joseph Russomanno
Russomanno & Borrello PA
150 W. Flagler Street
Museum Tower Penthouse 2800
Miami, FL 33130

Irwin B. Levin
Cohen & Malad, LLP
Suite 1400
One Indiana Square
Indianapolis, IN 46204

J. Craig Smith
Koskoff K

ATTORNEY-CLIENT PRIVILEGED; DO NOT FORWARD OR DISCLOSE WITHOUT EXPRESS PERMISSION. Communications from attorneys and their employees are confidential and may not be forwarded or disclosed without the sender's express permission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Further, anything you believe to be tax advice in this communication, including attachments, cannot be used to avoid penalties under the Internal Revenue Code, nor does it promote, market, or recommend any transaction or tax-related matter. Barnes Law Group does not give tax advice.