IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 <br> 1:17-md-2800-TWT <br><br> ALL CASES |

### ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Plaintiffs Ward et al.'s Motion to Remand [Doc. 459]. The Plaintiffs' claims are subsumed within the claims asserted in the Consolidated Consumer Class Action Complaint. The Defendants do not contest the Plaintiffs' standing as to those claims. The Plaintiffs Ward et al.'s Motion to Remand [Doc. 459] is DENIED. The Motion to Vacate Order [Doc. 568] is DENIED.

SO ORDERED, this 22 day of March, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\REMAND2.DOCX