# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. DERIVATIVE LITIGATION | Civil Action No.: 1:18-CV-00317-TWT |

## ORDER

Pursuant to Local Rule 83.4 (A) for the Northern District of Georgia, it is hereby ordered that Joseph H. Weiss and Joshua M. Rubin be allowed to bring cellphones, computer equipment, and/or audio and video equipment to Courtroom 2108 and Chambers 2188 on the 21st floor of the United States Courthouse during the hearing of the above-styled case, which is scheduled to begin at 2:00 p.m. on April 3, 2019 before Judge Thomas W. Thrash, Jr.

Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level. This order shall be effective until completion of proceedings.

SO ORDERED.

This 26th day of March, 2019.

/s/Thomas W. Thrash
HON. THOMAS W. THRASH
U.S. District Judge