UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

1:17-md-2800-TWT

## MOTION FOR WITHDRAWAL

Paul Jay Pontrelli moves this Court for an order granting leave to withdraw as counsel of record in this action. Mr. Pontrelli originally served as local counsel for the plaintiffs in the case of *Simmons, et al. v. Equifax Inc., et al.*, United States District Court of Georgia, Northern Division (Atlanta), Case No. 1:17cv3659. That case was administratively closed on February 20, 2019, as all Equifax security breach cases were consolidated into the above referenced multi-district litigation and this Court appointed lead counsel to handle the litigation going forward. Thus, Mr. Pontrelli no longer serves as local counsel for any plaintiffs in this matter.

Mr. Pontrelli is currently employed by the Office of the Attorney General for the State of Georgia. The Clerk of Court has informed Mr. Pontrelli that a motion to withdraw is the only means of stopping the ECF notifications associated with this action.

WHEREFORE, Mr. Pontrelli respectfully requests that the Court grant this motion for leave to withdraw.

Respectfully submitted this 29th day of March 2019.

                                <u>s/ Paul Jay Pontrelli</u>          583513

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Paul Jay Pontrelli
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 457-3982
Fax: (404) 651-5304
Email: ppontrelli@law.ga.gov

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This, the 29th day of March 2019.

s/ Paul Jay Pontrelli
PAUL JAY PONTRELLI    583513

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This the 29th day of March 2019.

s/ Paul Jay Pontrelli