UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

1:17-md-2800-TWT & 1:17-cv-3659-TWT

### ORDER ALLOWING WITHDRAWAL OF PAUL JAY PONTRELLI AS COUNSEL OF RECORD

THIS MATTER coming before the Court on the Motion to Withdraw submitted by Paul Jay Pontrelli, Georgia Bar No. 583513, and it appearing that the motion is filed in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, the Court hereby GRANTS the motion. Mr. Pontrelli is withdrawn as counsel of record in this case.

SO ORDERED this the  1st  day of  April            2019.

/s/ Thomas W. Thrash
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE