UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

| | | |
|---|---|---|
| Luciano v. Equifax Informational Services, LLC, <br> E.D. New York, C.A. No. 1:19-00437 | ) <br> ) | MDL No. 2800 |

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Luciano*) on March 14, 2019. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Luciano* was lifted on March 22, 2019, and the action was transferred to the Northern District of Georgia.

Subsequently, on March 28, 2019, the Panel, received a notice of opposition from plaintiff in *Luciano*. Plaintiff's pleading is postmarked March 21, 2019. Consequently, the Panel will reinstate the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-36" filed on March 14, 2019, is REINSTATED. Plaintiff's notice of opposition is deemed filed as of the date of this order.

IT IS FURTHER ORDERED that plaintiff's motion and supporting brief to vacate the Panel's conditional transfer order will be due according to the schedule that will issue shortly.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel