AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-md-2800-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sprint Corporation was received by me on *(date)* Mar 7, 2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynanne Gares, Litigation Management Services Leader , who is designated by law to accept service of process on behalf of *(name of organization)* Sprint Corporation on *(date)* Thu, Mar 07 2019 at 4:00 PM, at Corporation Service Company, Registered Agent, at 251 Little Falls Dr., Wilmington, DE 19808 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: March 8, 2019

_____
*Server's signature*

Sharlene Ryan, Process Server
*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Stipulation and Order for Production of Documents and ESI; Stipulated Protective Order



655291
Return to MLQ