AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-md-2800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* The Apache Software Foundation on *(date)* Mar 8, 2019

[X] I served the subpoena by delivering a copy to the named individual as follows: Accepted by Kathy Dillard, Managing Agent at Incorp Services, Inc., Registered Agent, at 919 N. Market St., Suite 950, Wilmington, DE 19801 on *(date)* Fri, Mar 08 2019 at 1:48 p.m. ; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: March 11, 2019

_____
Server's signature

Sharlene Ryan, Process Server
_____
*Printed name and title*

**655389**

Additional information regarding attempted service, etc.:

Documents Served: Subpoena to Produce Documents, Information, or Objects or the Permit Inspection of Premises in a Civil Action; Stipulation and Order for Production of Documents and ESI; Stipulated Protective Order