## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTIONS TRACK |

### JOINT MOTION TO EXTEND BRIEFING DEADLINES

Defendants Equifax Inc. and Equifax Information Services LLC (collectively, "Defendants") and the Financial Institution Plaintiffs[1] (collectively, with Defendants, the "Parties") respectfully submit this Joint Motion to Extend Briefing Deadlines with respect to the Financial Institution Plaintiffs' Motion for Leave to Amend [Dkt. 648]. In support of this Motion, the Parties state:

1.      On May 30, 2018, the Financial Institution Plaintiffs filed the Financial Institutions Complaint. [Dkt. 390.]

2.      On January 28, 2019, the Court granted in part and denied in part Defendants' Motion to Dismiss the Financial Institutions Complaint (the "Motion

---

[1] The named Financial Institution Plaintiffs are set forth in Paragraphs 12-84 of the Financial Institutions Consolidated Amended Complaint (the "Financial Institutions Complaint"). [Dkt. 390.]

to Dismiss Order"). [Dkt. 539.]

3.      On March 20, 2019, the Financial Institution Plaintiff filed a Motion For Leave to Amend the Complaint in order to address the pleading deficiencies raised by the Motion to Dismiss Order (the "Motion to Amend"). [Dkt. 648.]

4.      Defendants dispute that any new factual allegations can cure the deficiencies identified in the Motion to Dismiss Order and intend to oppose the Motion to Amend.

5.      Pursuant to the Court's February 8, 2019 Order, Defendant's Response to the Motion to Amend is due April 22, 2019, and the Financial Institution Plaintiffs' Reply is due May 22, 2019. [Dkt. 550.]

6.      Due to the size of the Proposed Amended Complaint and the numerous legal issues raised by the Motion to Amend, the parties jointly request an extension to the briefing deadlines set by the Court's February 8, 2019 Order.

7.      Specifically, the Parties jointly move the Court to extend Defendants' deadline to respond to the Motion to Amend through and including July 22, 2019 and to extend the deadline for the Financial Institution Plaintiffs to file a Reply through and including August 30, 2019.

8.      The Parties agree that that the instant Motion and the relief requested herein does not alter or impact the discovery-related deadlines set forth in

Scheduling Order [Dkt. 260] or the recently filed Amended Joint Preliminary Report and Discovery Plan, filed on February 6, 2019 [Dkt. 543], or any other deadlines currently set by the Court.

WHEREFORE, the Parties respectfully request that the Court extend Defendants' deadline to respond to the Motion to Amend through and including July 22, 2019 and extend the deadline for the Financial Institution Plaintiffs to file a Reply through and including August 30, 2019.  A proposed order is attached for the Court's consideration.

Respectfully submitted this 10th day of April, 2019.

/s/ *S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
  Georgia Bar No. 035835
Phyllis B. Sumner
  Georgia Bar No. 692165
S. Stewart Haskins II
  Georgia Bar No. 336104
Elizabeth D. Adler
  Georgia Bar No. 558185
John C. Toro
  Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com

jtoro@kslaw.com

*Counsel for Defendants*

/s/ Joseph P. Guglielmo
(with permission)
Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue
17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
Fax: 412-231-0246
glynch@carsonlynch.com

*Co-Lead Counsel for the Financial*
*Institution Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by Local Rule 5.1B.  This brief was prepared on a computer using the Times New Roman font (14 point).

DATED:  April 10, 2019

*/s/ S. Stewart Haskins III*
**KING & SPALDING LLP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTIONS TRACK |

## <u>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES</u>

The Court has considered the Parties Join Motion to Set Deadlines.  The Motion is GRANTED.  Defendants' deadline to respond to the Financial Institution Plaintiffs' Motion For Leave to Amend [Dkt. 648] is extended through and including July 22, 2019 and the Financial Institution Plaintiffs' deadline to file a Reply is extended through and including August 30, 2019.

SO ORDERED, this _____ day of April 2019.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE