AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-md-2800-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Stach & Liu, LLC c/o Francis Brown

on *(date)* 3/11/2019.

☑ I served the subpoena by delivering a copy to the named person as follows: Francis Brown at 8240 South Kyrene Road, Suite A113, Tempe, AZ 85284

on *(date)* 3/14/2019 @ 1:49pm ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/15/2019

*Server's signature*

Edward Pulley MC-5377, Process Server
*Printed name and title*

530 East McDowell, #107-423
Phoenix, AZ 85004
*Server's address*

Additional information regarding attempted service, etc.: