UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Job #: 1475114

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR CHICAGO, IL 60602

| | |
|---|---|
| IN RE EQUIFAX INC | Index Number: 1:17-MD-2800-TWT |
| *Plaintiff* | Client's File No.: equifax vs. customer |
| VS | |
| CUSTOMER DATA SECURITY BREACH LITIGATION | Court Date: 03/29/2019 |
| *Defendant* | Date Filed: |

STATE OF VIRGINIA, COUNTY OF , SS.:
VALERIA LEE , being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Virginia.

On **03/07/2019**, at **1:58 PM** at: **100 SHOCKOE SLIP, 2ND FLR , RICHMOND , VA 23219** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , LETTER**

On: **CAPITAL ONE BANK (USA) NATIONAL ASSOCIATION C/O CORPORATION SERVICE COMPANY** , Witness therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **SCARLET SAUNDERS** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be **EXECUTIVE ASSISTANT** thereof.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Female | Color of skin: White | Color of hair: Blonde | Glasses: |
| Age: 36 - 50 Yrs. | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on March 8, 2019

[Notary signature and seal: MARK WESLEY HAGOOD, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA, MY COMMISSION NUMBER 7533351]



_____
VALERIA LEE
DCA License# N/A

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*