**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

Job #: 1475115

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR  CHICAGO, IL 60602

IN RE EQUIFAX INC

*Plaintiff*

vs

CUSTOMER DATA SECURITY BREACH LITIGATION

*Defendant*

Index Number: 1:17-MD-2800-TWT
Client's File No.: equifax vs. customer
Court Date: 03/29/2019
Date Filed:

STATE OF WASHINGTON DC, COUNTY OF , SS.:
KAILYNE JOHNSON , being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Virginia.

On 03/06/2019, at 3:30 PM at: 1090 VERMONT AVE., NW, STE#200, WASHINGTON , DC 20005 Deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , LETTER

On: **CONSUMER DATA INDUSTRY ASSOCIATION** , Witness therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **BETTY BYRNES** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Director of Finance thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: White | Color of hair: Bald | Glasses: |
| Age: 51 - 65 Yrs. | Height: 5ft 0in - 5ft 3in | Weight: 100-130 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on
March 8, 2019

[Notary Seal: WESLEY HAGOOD, NOTARY PUBLIC, MY COMMISSION NUMBER 7533351, COMMONWEALTH OF VIRGINIA]

_____
KAILYNE JOHNSON
DCA License#

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*