**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR  CHICAGO, IL 60602

Job #: 1475108

| | |
|---|---|
| IN RE EQUIFAX INC | Index Number: 1:17-MD-2800-TWT |
| vs  *Plaintiff* | Client's File No.: equifax vs. customer |
| CUSTOMER DATA SECURITY BREACH LITIGATION | Court Date: 03/29/2019 |
| *Defendant* | Date Filed: |

STATE OF GEORGIA, COUNTY OF COBB, SS.:
**MILTON NOLEN**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On **03/06/2019**, at **11:23 AM** at: **40 TECHNOLOGY PARKWAY SOUTH, STE#300, NORCROSS, GWINNETT CO , GA 30092** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , LETTER**

On: **MICROBILT MERCHANT SERVICES INC C/O CORPORATION SERVICE COMPANY**, Witness therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **BARRY SMITH** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be COORDINATOR thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: Black | Color of hair: Black | Glasses: No |
|---|---|---|---|
| Age: 22 - 35 Yrs. | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on  3-6-2019

Reginald Owen Walker
NOTARY PUBLIC
Cherokee County, Georgia
My Commission Expires 9/14/2020

MILTON NOLEN
DCA License#



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*