UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Job #: 1475106

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR CHICAGO, IL 60602

| | |
|---|---|
| IN RE EQUIFAX INC *Plaintiff* | Index Number: 1:17-MD-2800-TWT |
| vs | Client's File No.: equifax vs. customer |
| CUSTOMER DATA SECURITY BREACH LITIGATION *Defendant* | Court Date: 03/29/2019 |
| | Date Filed: |

STATE OF GEORGIA, COUNTY OF COBB, SS.:
MILTON NOLEN, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On **3/5/2019**, at **3:35 PM** at: **900 OLD ROSWELL LAKES PKWY., STE#310, ROSWELL, GWINNETT CO, GA 30076** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, LETTER**

On: **MANDIANT LLC C/O COGENCY GLOBAL INC**, Witness therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **CHRISTY DRABEK** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be PROCESS SPECIALIST thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: White | Color of hair: Blonde | Glasses: No |
|---|---|---|---|
| Age: 22 - 35 Yrs. | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on  3-6-2019

Reginald Owen Walker
NOTARY PUBLIC
Cherokee County, Georgia
My Commission Expires 9/14/2020

MILTON NOLEN
DCA License#

PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA