**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR  CHICAGO, IL 60602

Job #: 1475104

IN RE EQUIFAX INC

vs

CUSTOMER DATA SECURITY BREACH LITIGATION

*Plaintiff*

*Defendant*

Index Number: 1:17-MD-2800-TWT

Client's File No.: equifax vs. customer

Court Date: 03/29/2019

Date Filed:

STATE OF GEORGIA, COUNTY OF COBB, SS.:
**MILTON NOLEN** , being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On **03/05/2019**, at **3:35 PM** at: **900 OLD ROSWELL LAKES PKWY., STE#310, ROSWELL, GWINNETT CO, GA 30076** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , LETTER**

On: **FIREEYE INC (DBA MANDIANT) C/O COGENCY GLOBAL INC**, Witness  therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **CHRISTY DRABEK** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be PROCESS SPECIALIST  thereof.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Female | Color of skin: White | Color of hair: Blonde | Glasses: No |
| Age: 22 - 35 Yrs. | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on  3-6-2019

Reginald Owen Walker
NOTARY PUBLIC
Cherokee County, Georgia
My Commission Expires 9/14/2020

**MILTON NOLEN**
DCA License#

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*