UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Job #: 1475102

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR CHICAGO, IL 60602

| | | |
|---|---|---|
| IN RE EQUIFAX INC | Plaintiff | Index Number: 1:17-MD-2800-TWT |
| | | Client's File No.: equifax vs. customer |
| vs | | |
| CUSTOMER DATA SECURITY BREACH LITIGATION | | Court Date: 03/29/2019 |
| | Defendant | Date Filed: |

STATE OF GEORGIA, COUNTY OF COBB, SS.:

**AFFIDAVIT OF SERVICE**

MILTON NOLEN, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On **3/6/2019**, at **12:05 PM** at: **289 CULVER ST, LAWRENCEVILLE, GWINNETT CO, GA 30046** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , LETTER**

On: **PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLP C/O CT CORPORATION SYSTEM** , Witness therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **LINDA BANKS** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: White | Color of hair: Gray | Glasses: |
|---|---|---|---|
| Age: 60 | Height: 5'4" | Weight: 145 | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 3/6/2019

Reginald Owen Walker
NOTARY PUBLIC
Cherokee County, Georgia
My Commission Expires 9/14/2020

MILTON NOLEN
DCA License#



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*