Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR CHICAGO, IL 60602

| | | |
|---|---|---|
| IN RE EQUIFAX INC | | Index Number: 1:17-MD-2800-TWT |
| vs | Plaintiff | Client's File No.: equifax vs. customer |
| CUSTOMER DATA SECURITY BREACH LITIGATION | | Court Date: 03/29/2019 |
| | Defendant | Date Filed: |

STATE OF GEORGIA, COUNTY OF COBB, SS.:
MILTON NOLEN, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On 3/6/2019, at 12:05 PM at: 289 CULVER ST, LAWRENCEVILLE, GWINNETT CO, GA 30046 Deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, LETTER

On: AT & T MOBILITY LLC C/O CT CORPORATION SYSTEMS, Witness therein named.

☒ #1 Corporation or Partnership or Trust or LLC
By delivering thereat a true copy of each to LINDA BANKS personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ #2 DESCRIPTION

| | | | |
|---|---|---|---|
| Sex: Female | Color of skin: White | Color of hair: Gray | Glasses: |
| Age: 60 | Height: 5'4" | Weight: 145 | Other Features: |

☐ #3 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #4 OTHER

Sworn to before me on 3/6/2019

Reginald Owen Walker
NOTARY PUBLIC
Cherokee County, Georgia
My Commission Expires 9/14/2020

MILTON NOLEN
DCA License#

*Preferred Process Servers Inc* 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA