UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Job #: 1475098

Attorney: DICELLO LEVITT GUTZLER
Address: TEN NORTH DEARBORN STREET, 11TH FLR  CHICAGO, IL 60602

| | |
|---|---|
| IN RE EQUIFAX INC<br><br>vs *Plaintiff*<br><br>CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*Defendant* | Index Number: 1:17-MD-2800-TWT<br>Client's File No.: equifax vs. customer<br>Court Date: 03/29/2019<br>Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/5/2019**, at **3:09 PM** at: **28 LIBERTY STREET, 42ND FLR , NEW YORK, NY 10005** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , LETTER**

On: **AMERICAN EXPRESS COMPANY C/O CT CORPORATION SYSTEM** , Witness therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **Singh Doe** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Brown | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 50 | Height: 5ft 4in - 5ft 8in | Weight: 100-130 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 03/06/2019

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2019

ERIKA TEJEDA
DCA License# 1088563



PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357  718-362-4890 LIC#2003142-DCA