# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT  This document relates to:  FINANCIAL INSTITUTIONS TRACK |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

The Court has considered the Parties Join Motion to Set Deadlines. The Motion is GRANTED. Defendants' deadline to respond to the Financial Institution Plaintiffs' Motion For Leave to Amend [Dkt. 648] is extended through and including July 22, 2019 and the Financial Institution Plaintiffs' deadline to file a Reply is extended through and including August 30, 2019.

SO ORDERED, this 11th day of April 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE