UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION           CIVIL ACTION NO.
                            1:17md2800-TWT

_____/

# MOTION FOR WITHDRAWAL

Buckner + Miles, David M. Buckner, Seth Miles, Michael S. Olin and Brett E. Von Borke, move this Court for an Order granting leave to withdraw as counsel of record in this action. Movants originally served as counsel for the Plaintiffs in *Tosco, et al. v. Equifax Inc.*, Case No. 1:17-cv-24136-MGC, originally filed in the United States District Court for the Southern District of Florida. Once transferred to this Court, the Florida Court administratively closed the case on January 24, 2018. Subsequently, this case was administratively closed by this Court in its Order of February 20, 2019 (Document 21). *See also*, Conditional Transfer Order (CTO-7), January 16, 2018 (MDL No. 2800, Document 636). All Equifax security breach cases (including this case) were consolidated into the above referenced multi-district litigation and this Court appointed lead counsel to handle the litigation going

forward. Thus, movants no longer serve as local counsel for any Plaintiffs in this matter, and in an abundance of caution, move to withdraw.

WHEREFORE, Movants respectfully request that the Court grant this motion for leave to withdraw.

        Respectfully submitted,

        s/ Michael S. Olin
        Michael S. Olin
        molin@bucknermiles.com
        **BUCKNER + MILES**
        3350 Mary Street
        Miami, FL 33133
        (305) 964-8003
        Fax: (786) 523-0485

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2019, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/ Michael S. Olin