UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC.,
CUSTOMER DATA SECURITY
BREAKAGE LITIGATION

CIVIL ACTION NO.
1:17md2800-TWT

_____/

## ORDER ON MOTION FOR WITHDRAWAL

THIS MATTER coming before the Court on the Motion for Withdrawal submitted by Buckner + Miles, David M. Buckner, Seth Miles, Michael S. Olin and Brett E. Von Bourke, and it appearing that the motion is filed in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, the Court hereby GRANTS the motion. Buckner + Miles, David M. Buckner, Seth Miles, Michael S. Olin and Brett E. Von Bourke are withdrawn as counsel of record in this case.

SO ORDERED this the _____ day of April, 2019.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE