# EXHIBIT A

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 09 2019

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Civil Division

Case No. **1 19 - CV - 1580**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

Samuel Anthony Guillen

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Equifax, Inc., et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Samuel Guillen |
| Street Address | 3205 Revelation Street |
| City and County | Raleigh Wake |
| State and Zip Code | North Carolina 27610 |
| Telephone Number | 919-869-5599 |
| E-mail Address | samguillen1@gmail.com |

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Equifax, Inc. |
| Job or Title *(if known)* | |
| Street Address | 1550 Peachtree Street Northwest |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia 30309 |
| Telephone Number | 404-885-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Samuel Guillen _____ , is a citizen of the State of *(name)* North Carolina _____ .

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*
    
    _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*  Equifax, Inc  _____ , is incorporated under

the laws of the State of *(name)*  Georgia  _____ , and has its

principal place of business in the State of *(name)*  1550 Peachtree Street NW Atlanta, GA ·

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Equifax, Inc. has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced through its non-response to the facts stated in the Conditional Acceptance/ Affidavits sent, and is therefore in default under contract. Equifax has also admitted to the data breach which has affected and injured me personally.**

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached exhausted/ completed administrative remedy/ procedure: Conditional Acceptance, Notice of Fault & Opportunity to Cure and subsequent Affidavit and Notice of Default. Plaintiff has exhausted his/her private Administrative remedy/procedure and through the Defendants non-response, acceptance and commercial acquiescence of the facts as outlined in the Affidavit and Notice of Default. Defendants were afforded commercial grace and an opportunity to provide the requested proofs of claims and failed to provide proofs of claim as enumerated in the Conditional Acceptance sent to Defendant via certified mail **# 9414 8108 9876 5028 7510 61** and received by Defendant on **February 20, 2019, 11:48 am**. Defendants were then sent a Notice of Fault and Opportunity to Cure the fault and failed to respond. Through Defendants non-response and silence, the Defendants have quietly agreed to all of the facts as outlined in the Notice of Default. Therefore the Plaintiff states a superior claim upon which relief can be granted and the Defendants fail to state a claim upon which relief can be granted.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Plaintiff prays for relief as follows $75,000,000.00 agreed to and acquiesced by Equifax, Inc through the Plaintiff exhausting his/her private administrative remedy through request proofs of claim, Equifax, Inc's subsequent non-response to the Notice of Fault and Opportunity to Cure and subsequent non-response and subsequent Default as a result of Equifax, Inc. willful failure to respond. Plaintiff also prays for triple damages, punitive damages and all court costs.**

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/30/19

Signature of Plaintiff

Printed Name of Plaintiff          Samuel Anthony Guillen

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code
Telephone Number
E-mail Address

Conditional Acceptance # CA-090817-EQUIFAX

Certified Mail No. 9414 8108 9876 5028 7510 61

Sunday, February 11, 2019

To:   Mark Begor, CEO
      EQUIFAX, INC.
      1550 PEACHTREE ST NW
      ATLANTA, GA, 30309-2468

From:   Samuel Anthony Guillen
        3205 Revelation Street
        Raleigh, NC 27610

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF 148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON SEPTEMBER 8, 2017 BY EQIUFAX, INC.

Dear Equifax, Inc.

I'm am a victim of the fraudulent data breach that occurred at your company and was reported six months later on September 8, 2017. I am personally, financially, socially and economically injured by this data breach in that I now DO NOT know who may have my personal data or where my data is being used as a result of the fraudulent data breach at Equifax, Inc. reported on September 8, 2017. I seek Proof of Claim in the nature of exhausting my private administrative remedy from your Office as to the torts committed by Equifax, Inc. against my estate. I want to resolve this matter as soon as possible and I can only do so conditioned upon you Equifax, Inc. providing Proof of Claim.

As necessary, the Proofs of Claim are enumerated below:

1. PROOF OF CLAIM that on September 8, 2017 Equifax, Inc. did NOT report that over 148 Million Americans' personal data housed by Equifax, Inc. had been stolen and/or compromised.

2. PROOF OF CLAIM that Equifax, Inc. did NOT know of said data breach six months before reporting said data breach on September 8, 2017.

3. PROOF OF CLAIM that Equifax, Inc. did NOT intentionally try to cover up the data breach only to be forced to reveal said data breach six months after the breach actually occurred.

4. PROOF OF CLAIM that Equifax, Inc. protected my personal data and did NOT allow my personal data to be breached and stolen by unknown entities.

5. PROOF OF CLAIM that Equifax, Inc. knows exactly where the personal data of 148 Million Americans is.

6. PROOF OF CLAIM that Equifax, Inc. knows exactly who stole the personal data of 148 Million Americans.

7. PROOF OF CLAIM that Equifax, Inc. is NOT liable to the 148 Million Americans whose data was stolen as a result of the data breach at Equifax, Inc. reported on September 8, 2017.

8. PROOF OF CLAIM that Equifax, Inc. HAS corrected ALL security lapses and has taken ALL security measures possible to ensure that this data breach will not happen again.

Conditional
Acceptance
Letter Recept

```
====================
        GARNER
    267 TIMBER DR
        GARNER
          NC
      27529-9998
      3628880511
      (800)275-8777      3:25 PM
02/11/2019  =========================
====================================
====================          Final
====================  Sale    Price
Product              Qty
Description
_____
                    1
Prepaid Mail
    (Weight:0 lbs.  3.30 oz.)
    (Destination:ATLANTA, GA 30309)
    (Acceptance Date:02/11/2019  15:25
    :06)
    (Label #:9414810898765028751061)
_____
                           $0.00
Total
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5270-0159-001-00039-72451-02

or scan this code with
your mobile device:



Scanned by CamScanner

Conditional Acceptance # CA-010819-EQUIFAX

Certified Mail No. _7018 0360 0002 0058 5670_

Sunday, March 3, 2019

To:     Mark Begor, CEO                    From:    Samuel Anthony Guillen
        EQUIFAX, INC.                               3205 Revelation Street
        1550 PEACHTREE ST NW                        Raleigh, NC 27610
        ATLANTA, GA, 30309-2402

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE LIABILITY
OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF 148 MILLION
AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON SEPTEMBER 8, 2017
BY EQIUFAX, INC.

**Notice of Fault and Opportunity to Cure and Contest Acceptance**

Dear Equifax, Inc:

The undersigned caused to be sent to you a CONDITIONAL ACCEPTANCE FOR PROOF OF
CLAIM (CA), sent you on **February 11th, 2019**.

You failed to perform after receiving these presentments and you failed to perform by providing
the requested and necessary PROOFS OF CLAIM after receiving the said Conditional
Acceptance from the undersigned.

As the Respondent, you are now in fault and you are in agreement and have stipulated to the
terms of the undersigned's dated presentment through your dishonor. You have the right to cure
this fault and perform according to said terms within the ten (10) days from the postmark of this
Notice.

Should you fail to cure your fault, I will establish an affidavit of default, agreement and failure to
contest acceptance, and obtain a FINAL AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE
pursuant to and relative to UCC, State Statute, Federal Laws and otherwise.

Thank you for your prompt attention to this matter.

I declare under penalty of Perjury WITHOUT the United States that the above is the truth the
whole truth and nothing but the truth to the best of my knowledge and overstanding.

Sincerely,
Without Prejudice
_Samuel Anthony Guillen_

Third Party address (Notary):
_Amena  M  Agnew_
_Po Box  714_
_Garner,  NC  97529_

x _~~~_

AMENA M AGNEW
Notary Public
North Carolina
Johnston County



```
================================
            MILLBROOK
         4901 DEPARTURE DR
            RALEIGH
              NC
           27616-9997
          3663570172
03/05/2019   (800)275-8777   2:28 PM
================================
```

```
================================
Product                Sale      Final
Description             Qty       Price

PM 2-Day                 1        $7.35
Flat Rate Env
   (Domestic)
   (ATLANTA, GA  30309)
   (Flat Rate)
   (Expected Delivery Date)
   (Thursday 03/07/2019)
Certified                1        $3.50
   (@@USPS Certified Mail #)
   (70180360000200585670)
Return                   1        $2.80
Receipt
   (@@USPS Return Receipt #)
   (9590940243658190833088)

Total                             $13.65

Debit Card Remit'd                $13.65
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX5434)
   (Approval #:          )
   (Transaction #:343)
   (Receipt #:022261)
   (Debit Card Purchase:$13.65)
   (Cash Back:$0.00)
   (AID:A0000000980840        Chip)
   (AL:US DEBIT)
   (PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811
```

Conditional Acceptance # CA-010819-EQUIFAX

Certified Mail No. __7018 0360 0002 0058 7186__

Sunday, March 19, 2019

To:  Mark Begor, CEO                      From:    Samuel Anthony Guillen
     EQUIFAX, INC.                                 3205 Revelation Street
     1550 PEACHTREE ST NW                          Raleigh, NC 27610
     ATLANTA, GA, 30309-2468

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULANT BREACH OF THE PERSONAL DATA OF 148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON SEPTEMBER 8, 2017 BY EQIUFAX, INC.

## AFFIDAVIT AND NOTICE OF DEFAULT

State of _North Carolina_     )
                             ) ss
County of _Wake_             )

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### "Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S.Ct. March 22, 1982

I, __Samuel Anthony Guillen__ , herein 'Affiant," a living breathing man/woman, being first duly sworn, depose, say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

1. THAT, Affiant is competent to state the matters included in his/her declaration, has knowledge of the facts, and declares that to the best of his/her knowledge, the statements made in his affidavit are true, correct, and not meant to mislead.

2. THAT, Affiant (via Notary) sent a Conditional Acceptance requesting Proofs of Claim to Equifax, Inc. on __February 11th__ , 2019.

3. THAT, Respondent, Equifax, Inc., is herein addressed in its public capacity as a Corporation and hereinafter collectively referred to as "Respondent".

4. THAT, Equifax, Inc. has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced through its non-response to the facts stated herein.

5. THAT, on September 8, 2017 Equifax, Inc. DID report that over 148 Million Americans' personal data housed by Equifax, Inc. had been stolen and/or compromised.

6. THAT, Equifax, Inc. DID know of said data breach six months before reporting said data breach on September 8, 2017.



7018 0360 0002 0058 7186

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**ATLANTA, GA 31319**

OFFICIAL USE

0172
12

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) — $ _____
- ☐ Return Receipt (electronic) — $0.00
- ☐ Certified Mail Restricted Delivery — $0.00
- ☐ Adult Signature Required — $0.00
- ☐ Adult Signature Restricted Delivery — $ _____

$2.90

Postmark
Here

03/19/2019

| | |
|---|---|
| Postage | $7.35 |
| $ | |
| Total Postage and Fees | |
| $ | $13.65 |

Sent To  *Mark Begor*

Street and Apt. No., or PO Box No.  *1550 Peachtree St NW*

City, State, ZIP+4®  *Atlanta, GA 30309*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions



## Product Tracking & Reporting

Help
UNITED STATES POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | March 29, 2019 |

### USPS Tracking Intranet

### Delivery Signature and Address

⚠ **ATTENTION** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm, deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/30/2018

Tracking Number: 7018 0360 0002 0068 7186

This item was delivered on 03/21/2019 at 14:32:00

< Return to Tracking Number View



| Signature | |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▽    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.2.1.9

Conditional Acceptance # CA-010819-EQUIFAX

## AFFIDAVIT OF CERTIFICATE OF NON–RESPONSE

State of _North Carolina_ )
                     ) ss
County of _Wake_ )

Re: Non-Response to Private Conditional Acceptance for Proof of Claim to Exhaust a Private
Administrative Remedy initiated by ___Samuel Anthony Guillen___.

**"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States vs
Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982**

That I, _Amena M Agnew_ (Notary), a living breathing man (or woman), being first duly sworn,
depose and say and declare by my signature that the following facts are true to the best of my
knowledge and belief.

I, _Amena M Agnew_ (Notary), the undersigned, a Third Party, not a party to the matter, certify
that a Conditional Acceptance and Request for Proof of Claim was sent by the undersigned to
Equifax, Inc. via Certified Mail Number _9414 8108 9876 5028 7510 61_ on _February 11th_, 2019.

I, _Amena M Agnew_ (Notary), the undersigned, a Third Party, not a party to the matter, certify
that a Notice of Fault and Opportunity to Cure was sent by the undersigned to Equifax, Inc. via
Certified Mail Number _7018 0360 0002 0058 5670_ on _March 5th_, 2019.

I certify that I have reviewed the original documents of the above party and the mail receipts for the
mailings.

Per the documents as mailed, request was made to the Respondent to send a RESPONSE being the
requested Proof of Claim(s) to the above party and to the undersigned's address/office. As the
Conditional Acceptance and Notice of Fault and Opportunity to Cure were presented, Respondent
failed to cure the Fault. An affidavit in support of the default was executed in the matter.

Therein, no such RESPONSE was sent and/or received at the undersigned's address/office for
conclusion to the above party's private administrative process.

Said RESPONSE was requested within a specific time period (10 DAYS) with an additional 3 days for
return mail per each document.

THEREFORE; I, _Amena M Agnew_ (Notary) certify that the Respondent, Equifax, Inc.,
refused or failed to RESPOND to the above party's Private Conditional Acceptance and Request for
Proof of Claim, and failed to cure within the time stipulated under necessity, and therefore is in full
agreement.

Dated this _18th_ day of _March_, 20_19_
Without Prejudice

_____
Notary

_Equifax, Inc._
Referenced Party



AMENA M AGNEW
Notary Public
North Carolina
Johnston County

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**1 : 19-CV-1580**

APR 03 2019

JAMES N. HATTEN, Clerk

By: _KW_ Deputy Clerk

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**Samuel Anthony Guillen**

## DEFENDANTS

**Equifax, Inc. et al.**

**(b)** County of Residence of First Listed Plaintiff **Wake County, NC**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Fulton County, Georgia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Matters
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC Sec. 1028A

Brief description of cause: **Aggravated Identity Theft, Identity Theft**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND **$75,000,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

  480 15:1681