# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 <br><br> Case No. 1:17-md-2800-TWT <br><br> Chief Judge Thomas W. Thrash, Jr. <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS |

**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION ON WELLS FARGO BANK, N.A., PURSUANT TO FED. R. CIV. P. 45(a)(4)**

COMES NOW, the undersigned counsel for The Financial Institution Plaintiffs, and respectfully files this Notice of Service of Subpoena to Produce Documents and Information on Wells Fargo Bank, N.A., Pursuant To Fed. R. Civ. P. 45(a)(4), and hereby notifies all parties in this action, prior to service, of the service of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on Wells Fargo Bank, N.A. (Subpoena), pursuant to Federal Rule of Civil Procedure 45(a)(4). The undersigned certifies that a copy of the Subpoena has this day been served on counsel of record for Equifax, Inc., in ALL ACTIONS, via electronic mail (e-mail) to the following:

Stewart Haskins, III, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.W.
Atlanta, Georgia 30309
shaskins@kslaw.com

Phyllis B. Sumner, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.W.
Atlanta, Georgia 30309
psumner@kslaw.com

Respectfully submitted, this 16th day of May, 2019.

/s/ *Anthony C. Lake*
Anthony C. Lake, Esq.
Georgia Bar No. 431149
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:         aclake@gwllawfirm.com
                    cgillen@gwllawfirm.com

Thomas A. Withers, Esq.
Georgia Bar No. 772250
GILLEN, WITHERS & LAKE LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
Facsimile:  (912) 629-6347
E-Mail:       Twithers@gwllawfirm.com

Counsel for The Financial Institution Plaintiffs

## CERTIFICATION PURSUANT TO LR 5.4(A)

Pursuant to LR 5.4(A), the undersigned hereby certifies that he has this 16th day of May, 2019, served the discovery material referenced herein on all counsel of record.

                        /s/ *Anthony C. Lake*_____
                        Anthony C. Lake, Esq.
                        Georgia Bar No. 431149
                        Craig A. Gillen, Esq.
                        Georgia Bar No. 294838
                        GILLEN WITHERS & LAKE LLC
                        400 Galleria Parkway
                        Suite 1920
                        Atlanta, Georgia 30339
                        Telephone:  (404) 842-9700
                        Facsimile:  (404) 842-9750
                        E-mail:      aclake@gwllawfirm.com
                                        cgillen@gwllawfirm.com

                        Thomas A. Withers, Esq.
                        Georgia Bar No. 772250
                        GILLEN, WITHERS & LAKE LLC
                        8 East Liberty Street
                        Savannah, Georgia 31401
                        Telephone:  (912) 447-8400
                        Facsimile:  (912) 629-6347
                        E-Mail:       Twithers@gwllawfirm.com

                        Counsel for The Financial Institution Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 16th day of March, 2019, the undersigned electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send electronic mail (e-mail) notification of such filing to counsel of record for all parties. The undersigned further certifies that the foregoing document has this day been served on counsel of record for Equifax, Inc., via e-mail to the following:

Stewart Haskins, III, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.W.
Atlanta, Georgia 30309
shaskins@kslaw.com

Phyllis B. Sumner, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.W.
Atlanta, Georgia 30309
psumner@kslaw.com

/s/ *Anthony C. Lake*
Anthony C. Lake, Esq.
Georgia Bar No. 431149
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:   aclake@gwllawfirm.com
          cgillen@gwllawfirm.com

Thomas A. Withers, Esq.
Georgia Bar No. 772250
GILLEN, WITHERS & LAKE LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:   (912) 447-8400
Facsimile:   (912) 629-6347
E-Mail:   Twithers@gwllawfirm.com

Counsel for The Financial Institution Plaintiffs