AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-md-02800-TWT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Wells Fargo Bank, N.A.

on *(date)* June 15, 2019 .

☒ I served the subpoena by delivering a copy to the named person as follows: by delivering a copy of the subpoena to Jill Crawley Griset, Esq., McGuireWoods, 201 North Tryon Street, Suite 3000, Charlotte, NC 28202, counsel for Wells Fargo Bank, N.A., who consented to accept on *(date)* June 16, 2019 ; or ~~service for Wells Fargo Bank, N.A.~~

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 16, 2019

*Server's signature*

Anthony C. Lake, Counsel for the Financial Institution Plaintiffs
*Printed name and title*

Gillen Withers & Lake LLC, 400 Galleria Parkway, Suite 1920, Atlanta, Georgia 30339
*Server's address*

Additional information regarding attempted service, etc.: