**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*Simmons v. Equifax Inc.*, 1:19-cv-02245-TWT (N.D. Ga.) | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER TRACK |

## NOTICE OF POTENTIAL INTRADISTRICT TAG-ALONG ACTION

Pursuant to Rule 7.2(a) of the United States Judicial Panel on Multidistrict Litigation ("JPML") and Section 14 of Case Management Order No. 2 (Dkt. No. 87, "CMO-2") in the above-referenced MDL proceeding, Defendant Equifax Inc. ("Equifax") hereby notifies the Court of the following potential tag-along action filed by *pro se* Plaintiff Simmons in the Northern District of Georgia:

- *Simmons v. Equifax Inc.*, 1:19-cv-02245-TWT (N.D. Ga.)

This action arises out of the data security incident Equifax announced on September 7, 2017, and involves similar factual and legal issues as the related cases pending before the Court in the Consumer Track of the MDL proceeding. A copy of the Complaint filed in the related action is attached as Exhibit A.

Accordingly, Equifax respectfully requests that the action be included with the other related cases in the Consumer Track of the MDL. *See* CMO-2 at Section

1

14 (directing that action shall be consolidated in MDL if no party objects to intradistrict transfer within seven (7) days).  Equifax further requests that, upon transfer to the MDL proceeding, Plaintiff's action be administratively closed in accordance with Section 3 of CMO-2 and the Orders entered by the MDL Court on February 20, 2019 (Dkt. No. 567) and March 13, 2019 (Dkt. No. 639).

Respectfully submitted this 7th day of June, 2019.

>/s/ S. Stewart Haskins II
> **KING & SPALDING LLP**
> David L. Balser
> Georgia Bar No. 035835
> Phyllis B. Sumner
> Georgia Bar No. 692165
> S. Stewart Haskins II
> Georgia Bar No. 336104
> Elizabeth D. Adler
> Georgia Bar No. 558185
> John C. Toro
> Georgia Bar No. 175145
> 1180 Peachtree Street, N.E.
> Atlanta, Georgia  30309
> Tel.:  (404) 572-4600
> Fax:  (404) 572-5140
> dbalser@kslaw.com
> psumner@kslaw.com
> shaskins@kslaw.com
> eadler@kslaw.com
> jtoro@kslaw.com
>
> *Counsel for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I have also caused a copy of the foregoing to be served upon *pro se* Plaintiff Simmons via U.S. Mail, postage prepaid, and addressed as follows:

Jabari M. Simmons
6393 Pheasant Trail
Fairburn, GA 30213

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II