# Exhibit A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 7 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Civil Division

|  |  |
|---|---|
| Jabari M. Simmons | Case No. **1:19-CV-2245** |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| **-v-** | |
|  | |
|  | |
|  | |
| Equifax, Inc., et al | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.** **The Parties to This Complaint**

    **A.** **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jabari M. Simmons |
| Street Address | 6393 Pheasant Trail |
| City and County | Fairburn, Fulton |
| State and Zip Code | Georgia, 30213 |
| Telephone Number | 7709647787 |
| E-mail Address | jabari6393@gmail.com |

    **B.** **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Equifax, Inc. |
| Job or Title *(if known)* | |
| Street Address | 1550 Peachtree Street Northwest |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia 30309 |
| Telephone Number | 404-885-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Jabari M. Simmons , is a citizen of the State of *(name)* Georgia .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

b.    If the defendant is a corporation

The defendant, *(name)*    Equifax, Inc.                            , is incorporated under
the laws of the State of *(name)*    Georgia                            , and has its
principal place of business in the State of *(name)*    Atlanta                        .
Or is incorporated under the laws of *(foreign nation)*    _____ ,
and has its principal place of business in *(name)*    _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Equifax, Inc. has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced
through its non-response to the facts stated in the Conditional Acceptance/ Affidavits sent, and
is therefore in default under contract. Equifax has also admitted to the data breach which has
affected and injured me personally.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See attached exhausted/ completed administrative remedy/ procedure: Conditional Acceptance, Notice of Fault
& Opporutnity to Cure and subsqeuent Affidavit and Notice of Default. Plaintiff has exhausted his/her private
Admiministrative remedy/procedure and through the Defendents non-response, acceptance and commerical
aquiescnese of the facts as outlined in the Affidavit and Notice of Default. Defendents were afforded
commercial grace and an opportunity to provide the requested proofs of claims and failed to provide proofs of
claim as enumerated in the Conditional Acceptance sent to Defendant via certified mail # 7017 2620 0000 1314
2583 and received by Defendant on March 13th at 2:11 pm . Defendents were then sent a Notice of Fault and
Opportunity to Cure the fault via certified mail # 70172620000013142651, received by defendant on March
27th, at 1:12 pm  and failed to respond. Through Defendents non-response and sielnece, the Defendants have
quietly agreed to all of the facts as outlined in the Notice of Default. Therefore the Plaintiff states a superior
claim upon which relief can be granted and the Defedants fail to state a claim upon which relief can be granted.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Plaintiff prays for relief as follows $75,000,000.00 ageed to and aquiesced by Equifax, Inc through the Platinfiff exahasuting his private amdinistrative remedy through request proofs of claim, Equifax, Inc's subsequent non-response to the Notice of Fault and Opportunity to Cure and subsequent non-response and subsequent Default as a result of Equifax, Inc. willful failure to respond. Plaintiff also pray for triple damages, punitive damages and all court costs.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff   Jabari M. Simmons

### B.      For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

# CERTIFICATE OF SERVICE

On 3 | 11 | 2019 I mailed to:

To: Mark Begor
DBA: C.E.O
Equifax
1550 Peachtree St NQ
Atlanta, GA 30309

The papers identified as:

1.) Conditional Acceptance-Request for Proof of Claim as to the Liability of Equifax

by mailing them in a pre-paid envelope, and addressed to the recipient named above, bearing
Certified Mail #70172620000013142583 Receipt Return Requested

Dated 3 | 11 | 2019

_____
Notary Public

ASHLEY BESTER
My Commission Expires
NOTARY PUBLIC
06-01-2020
COBB COUNTY, GEORGIA

06 | 01 | 2020
_____
My commission expires

Conditional Acceptance # CA-090817-EQUIFAX

Certified Mail No. 7017 2620 0000 1314 2583

Monday, March 11th, 2019

To:   Mark Begor, CEO                    From:  Jabari-Machir: Simmons
      EQUIFAX, INC.                             JABARI MACHIR SIMMONS
      1550 PEACHTREE ST NW                      6393 Pheasant Trail
      ATLANTA, GA, 30309-2468                   Fairburn, GA [30213]

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE
LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF
148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON
SEPTEMBER 8, 2017 BY EQIUFAX, INC.

Dear Equifax, Inc.

I am a victim of the fraudulent data breach that occurred at your company and was reported six
months later on September 8, 2017. I am personally, financially, socially and economically
injured by this data breach in that I now DO NOT know who may have my personal data or
where my data is being used as a result of the fraudulent data breach at Equifax, Inc. reported on
September 8, 2017. I seek Proof of Claim in the nature of exhausting my private administrative
remedy from your Office as to the torts committed by Equifax, Inc. against my estate. I want to
resolve this matter as soon as possible and I can only do so conditioned upon you Equifax, Inc.
providing Proof of Claim.

As necessary, the Proofs of Claim are enumerated below:

1. PROOF OF CLAIM that on September 8, 2017 Equifax, Inc. did NOT report that over 148
Million Americans' personal data housed by Equifax, Inc. had been stolen and/or compromised.

2. PROOF OF CLAIM that Equifax, Inc. did NOT know of said data breach six months before
reporting said data breach on September 8, 2017.

3. PROOF OF CLAIM that Equifax, Inc. did NOT intentionally try to cover up the data breach
only to be forced to reveal said data breach six months after the breach actually occurred.

4. PROOF OF CLAIM that Equifax, Inc. protected my personal data and did NOT allow my
personal data to be breached and stolen by unknown entities.

5. PROOF OF CLAIM that Equifax, Inc. knows exactly where the personal data of 148 Million
Americans is.

6. PROOF OF CLAIM that Equifax, Inc. knows exactly who stole the personal data of 148
Million Americans.

7. PROOF OF CLAIM that Equifax, Inc. is NOT liable to the 148 Million Americans whose data
was stolen as a result of the data breach at Equifax, Inc. reported on September 8, 2017.

8. PROOF OF CLAIM that Equifax, Inc. HAS corrected ALL security lapses and has taken ALL security measures possible to ensure that this data breach will not happen again.

9. PROOF OF CLAIM that the U.S. General Accounting Office (GAO) did NOT on September 8, 2018 release a comprehensive report examining the reasons for the massive breach of personal information from Equifax, Inc.

10. PROOF OF CLAIM that the U.S. General Accounting Office (GAO) report did NOT summarize an array of errors inside the company, largely related to a failure to use well-known security best practices and a lack of internal controls and routine security reviews.

11. PROOF OF CLAIM that through the fraudulent data breach at Equifax, Inc I have NOT been personally injured and my ability to obtain credit has NOT been negatively affected resulting in economic hardships.

12. PROOF OF CLAIM that Equifax, Inc is NOT liable to me for damages no less than a minimum of $75,000,000.00 Seventy Five Million Dollars including triple damages and costs.

The undersigned must ask, "What is my remedy?"

The undersigned respectfully requests that you, Equifax, Inc. reply within ten (10) days by providing Proof of Claim for all twelve items, both to the undersigned and to the Notary's address below.

A non-response and or failure to provide Proof of Claim will constitute agreement by you, and that the undersigned can exercise the remedy provided by all applicable laws, federal, state and local. Your non-response will equate to commercial acquiescence to the terms outlined by the undersigned in a final Affidavit and Notice of Default.

Sincerely,
Without Prejudice


_____

Jabari-Machir: Simmons

## ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this _____ day of _____, 20___. that _____, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:


_____

Notary Public
My commission expires _____

Third Party address (Notary):
3645 Marketplace Blvd Suite 130
East Point, GA 30344

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Begor C.E.O
Equifax
1550 Peachtree St.
Atlanta, GA [30309]

|||||||||||||||||||||||||||||||||||||||
9590 9402 4167 8092 1398 99

2. Article Number *(Transfer from service label)*

7017 2620 0000 1314 2583

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
3/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...d Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Mark Begor
Street and Apt. No., or PO Box No. 1550 PEACHTREE ST NW
City, State, ZIP+4® Atlanta, GA 30369

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2620 0000 1314 2583

## AFFIDAVIT OF CERTIFICATE OF NON–RESPONSE

State of Georgia)
         ) ss
County of Fulton)

Re: Non-Response to Private Conditional Acceptance for Proof of Claim to Exhaust a Private Administrative Remedy initiated by Jabari-Machir: Simmons

**"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States vs Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982**

That I, Ushley Bester (Notary), a living breathing woman, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

I, Ushley Bester (Notary), the undersigned, a Third Party, not a party to the matter, certify that a Conditional Acceptance and Request for Proof of Claim was sent by the undersigned to Equifax, Inc. via Certified Mail Number 70172620000013142583 on March, 11ᵗʰ 2019.

I certify that I have reviewed the original documents of the above party and the mail receipts for the mailings.

Per the documents as mailed, request was made to the Respondent to send a RESPONSE being the requested Proof of Claim(s) to the above party and to the undersigned's address/office. As the Conditional Acceptance and Notice of Fault and Opportunity to Cure were presented, Respondent failed to cure the Fault.

Therein, no such RESPONSE was sent and/or received at the undersigned's address/office for conclusion to the above party's private administrative process.

Said RESPONSE was requested within a specific time period (10 DAYS) with an additional 3 days for return mail per each document.

THEREFORE; I, Ushley Bester (Notary) certify that the Respondent, Equifax, Inc., refused or failed to RESPOND to the above party's Private Conditional Acceptance and Request for Proof of Claim, and failed to cure within the time stipulated under necessity, and therefore is in full agreement.

Dated this 25 day of March , 20 19

Without Prejudice

Notary                                        Referenced Party

# CERTIFICATE OF SERVICE

On 3|25|2019 I mailed to:

To: Mark Begor
DBA: C.E.O
Equifax
1550 Peachtree St NQ
Atlanta, GA 30309

The papers identified as:

1). Notice of Fault and Opportunity to Cure and Contest Acceptance

by mailing them in a pre-paid envelope, and addressed to the recipient named above, bearing Certified Mail #70172620000013142651 Receipt Return Requested

Dated 3|25|2019

Notary Public

My commission expires

Certified Mail No. 7017 2620 0000 1314 2651

Monday, March 25th, 2019

To:    Mark Begor, CEO                From:  Jabari-Machir: Simmons
         EQUIFAX, INC.                         JABARI MACHIR SIMMONS
         1550 PEACHTREE ST NW             6393 Pheasant Trail
         ATLANTA, GA, 30309-2468          Fairburn, GA [30213]

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE
LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF
148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON
SEPTEMBER 8, 2017 BY EQIUFAX, INC.

### Notice of Fault and Opportunity to Cure and Contest Acceptance

Dear Equifax, Inc:

The undersigned caused to be sent to you a CONDITIONAL ACCEPTANCE FOR PROOF OF
CLAIM (CA), sent you on March 11th 2019.

You failed to perform after receiving these presentments and you failed to perform by providing
the requested and necessary PROOFS OF CLAIM after receiving the said Conditional
Acceptance from the undersigned.

As the Respondent, you are now in fault and you are in agreement and have stipulated to the
terms of the undersigned's dated presentment through your dishonor. You have the right to cure
this fault and perform according to said terms within the ten (10) days from the postmark of this
Notice.

Should you fail to cure your fault, I will establish an affidavit of default, agreement and failure to
contest acceptance, and obtain a FINAL AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE
pursuant to and relative to UCC, State Statute, Federal Laws and otherwise.

Thank you for your prompt attention to this matter.

I declare under penalty of Perjury WITHOUT the United States that the above is the truth the
whole truth and nothing but the truth to the best of my knowledge and overstanding.

Sincerely,
Without Prejudice

Third Party address (Notary):
3645 Marketplace Blvd Suite 130
East Point, GA 30344

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Begor, CEO
Equifax INC.
1550 Peachtree St NW
Atlanta, GA 30309

9590 9402 4167 8092 1398 06

2. Article Number (Transfer from service label)

7017 2620 0000 1314 2651

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

5/21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Mark Begor, CEO of Equifax

Street and Apt. No., or PO Box No.  1550 Peachtree St NW

City, State, ZIP+4®  Atlanta GA 30309

7017 2620 0000 1314 2651

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

Conditional Acceptance # CA-010819-EQUIFAX

## AFFIDAVIT OF CERTIFICATE OF NON–RESPONSE

State of Georgia        )
                            ) ss
County of Fulton        )

Re: Non-Response to Private Conditional Acceptance for Proof of Claim to Exhaust a Private Administrative Remedy initiated by Jabari-Machir: Simmons.

**"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States vs Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982**

That I, _Ashley Bester_ (Notary), a living breathing woman, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

I, _Ashley Bester_ (Notary), the undersigned, a Third Party, not a party to the matter, certify that a Conditional Acceptance and Request for Proof of Claim was sent by the undersigned to Equifax, Inc. via Certified Mail Number 70172620000013142583 on March 11th, 2019.

I, _Ashley Bester_ (Notary), the undersigned, a Third Party, not a party to the matter, certify that a Notice of Fault and Opportunity to Cure was sent by the undersigned to Equifax, Inc. via Certified Mail Number 70172620000013142651 on March 25th , 2019.

I certify that I have reviewed the original documents of the above party and the mail receipts for the mailings.

Per the documents as mailed, request was made to the Respondent to send a RESPONSE being the requested Proof of Claim(s) to the above party and to the undersigned's address/office. As the Conditional Acceptance and Notice of Fault and Opportunity to Cure were presented, Respondent failed to cure the Fault. An affidavit in support of the default was executed in the matter.

Therein, no such RESPONSE was sent and/or received at the undersigned's address/office for conclusion to the above party's private administrative process.

Said RESPONSE was requested within a specific time period (10 DAYS) with an additional 3 days for return mail per each document.

THEREFORE; I, _Ashley Bester_ (Notary) certify that the Respondent, Equifax, Inc., refused or failed to RESPOND to the above party's Private Conditional Acceptance and Request for Proof of Claim, and failed to cure within the time stipulated under necessity, and therefore is in full agreement.

Dated this _9_ day of _April_, 20 _19_
Without Prejudice

_____       _____
Notary                                          Referenced Party

Certified Mail No. 7017 2620 0000 1314 2750

Tuesday, April 9, 2019

To:  Mark Begor, CEO     From: Jabari-Machir: Simmons
  EQUIFAX, INC.         JABARI MACHIR SIMMONS
  1550 PEACHTREE ST NW      6393 Pheasant Trail
  ATLANTA, GA, 30309-2468     Fairburn, GA [30213]

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE
LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL
DATA OF 148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS
REPORTED ON SEPTEMBER 8, 2017 BY EQIUFAX, INC.

### AFFIDAVIT AND NOTICE OF DEFAULT

State of Georgia    )
        ) ss
County of Fulton    )

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
**United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.**
**2169; S.Ct. March 22, 1982**

I, Jabari M. Simmons, herein 'Affiant," a living breathing man, being first duly sworn, depose, say and
declare by my signature that the following facts are true, correct and complete to the best of my
knowledge and belief.

1. THAT, Affiant is competent to state the matters included in his/her declaration, has knowledge of
the facts, and declares that to the best of his/her knowledge, the statements made in his affidavit are
true, correct, and not meant to mislead.

2. THAT, Affiant (via Notary) sent a Conditional Acceptance requesting Proofs of Claim to Equifax,
Inc. on March 11, 2019.

3. THAT, Respondent, Equifax, Inc., is herein addressed in its public capacity as a Corporation and
hereinafter collectively referred to as "Respondent".

4. THAT, Equifax, Inc. has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced
through its non-response to the facts stated herein.

5. THAT, on September 8, 2017 Equifax, Inc. DID report that over 148 Million Americans' personal
data housed by Equifax, Inc. had been stolen and/or compromised.

6. THAT, Equifax, Inc. DID know of said data breach six months before reporting said data breach on
September 8, 2017

7. THAT, Equifax, Inc. DID intentionally try to cover up the data breach only to be forced to reveal
said data breach six months after the breach actually occurred.

8. THAT, Equifax, Inc. DID NOT protect my personal data and DID allow my personal data to be breached and stolen by unknown entities.

9. THAT, Equifax, Inc. DOES NOT know exactly where the personal data of 148 Million Americans is.

10. THAT, Equifax, Inc. DOES NOT know exactly who stole the personal data of 148 Million Americans.

11. THAT, Equifax, Inc. IS liable to the 148 Million Americans whose data was stolen as a result of the data breach at Equifax, Inc. reported on September 8, 2017.

12 THAT, Equifax, Inc. HAS NOT corrected ALL security lapses and has NOT taken ALL security measures possible to ensure that this data breach will not happen again.

13. THAT, the U.S. General Accounting Office (GAO) DID on September 8, 2018 release a comprehensive report examining the reasons for the massive breach of personal information from Equifax, Inc.

14. THAT, the U.S. General Accounting Office (GAO) report DID summarize an array of errors inside the company, largely related to a failure to use well-known security best practices and a lack of internal controls and routine security reviews.

15. THAT Equifax, Inc. CONTINUES to subject 148 Million Americans to the risk of having their personal data compromised and/or stolen again.

16. THAT Equifax, Inc. HAS personally injured me and my ability to obtain credit resulting in economic hardship.

17. THAT Equifax, Inc IS liable to me and each of the 148 Million Americans for damages no less than a minimum of $75,000,000.00 Seventy-Five Million Dollars including triple and punitive damages and costs.

Further Affiant sayeth not.
Dated this Tuesday, April 9, 2019

Sincerely,
Without Prejudice

## ACKNOWLEDGEMENT

As a Notary Public for said County and State,
I do hereby certify that on this 9th day of April, 2019 that
_____. the above mentioned, appeared before me
and executed the foregoing.
Witness my hand and seal.

_____
Notary Public
My Commission expires _____