UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC.,
CUSTOMER DATA SECURITY                    Civil Action No.
BREACH LITIGATION                         1:17-md-2800-TWT

_____/

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned brings this motion to withdraw as counsel of record for Plaintiffs in the above-captioned docket. Sally Handmaker Guido will no longer be associated with the firm of Cohen Milstein Sellers & Toll PLLC as of June 14, 2019.

Plaintiffs will continue to be represented by the other attorneys of Cohen Milstein Sellers & Toll PLLC as well as by the Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel and Steering Committee.

WHEREFORE, the undersigned hereby requests that the Court grant her motion to withdraw as counsel of record for Plaintiffs from this case, and that the Clerk of the Court remove the email address shandmaker@cohenmilstein.com from the CM/ECF service lists for this matter.

- 2 -

Dated:  June 11, 2019

        Respectfully submitted,

        <u>/s/ Sally Handmaker Guido</u>
        COHEN MILSTEIN SELLERS & TOLL PLLC
        1100 New York Ave., N.W., Suite 500
        Washington, D.C.  20005
        Tel:  (202) 408-4600
        Fax: (202) 408-4699

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Sally Guido Handmaker