UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION

Civil Action No.
1:17-md-2800-TWT

_____/

**[PROPOSED] ORDER GRANTING
MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to N.D. Ga. L.R. 831(E) and upon consideration of the motion filed to withdraw attorney Sally Handmaker Guido as counsel of record for Plaintiffs from the above-captioned Master Docket, the Court hereby GRANTS the motion.

SO ORDERED this \_\_\_\_ day of June, 2019.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE