UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC.,
CUSTOMER DATA SECURITY             Civil Action No.
BREACH LITIGATION                  1:17-md-2800-TWT

_____/

# ORDER GRANTING
# MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to N.D. Ga. L.R. 831(E) and upon consideration of the motion filed to withdraw attorney Sally M. Handmaker as counsel of record for Plaintiffs from the above-captioned Master Docket, the Court hereby GRANTS the motion.

SO ORDERED this 13th day of June, 2019.


      /s/ Thomas W. Thrash
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE