# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1, Michelle A. Kisloff of the law firm of Hogan Lovells US LLP, 555 Thirteenth St, NW, Washington, DC 20004, hereby notifies the Clerk of the Court and the parties in this matter of her appearance as counsel of record for Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Defendants") in the above referenced case.

Respectfully submitted this 17th day of June, 2019.

*/s/ Michelle A. Kisloff*
Michelle A. Kisloff
HOGAN LOVELLS US LLP
555 Thirteenth St, NW
Washington, DC 20004
Tel: 202-637-5600
Fax: 202-637-5910

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the parties' counsel of record.

                                                                */s/ Michelle A. Kisloff*
                                                                  Michelle A. Kisloff