IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | No. 1:17-md-2800-TWT<br><br>ALL CASES |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

Undersigned Counsel, Ariana J. Tadler, Court-appointed member of the Plaintiffs'

Steering Committee (*see* ECF No. 232, Order Appointing Leadership), Henry Kelston, and

Melissa Ryan Clark, on behalf of Plaintiffs, notify the Court and counsel for all parties of record

that they are no longer affiliated with Milberg Tadler Phillips Grossman, LLP. They are now

affiliated with Tadler Law LLP, and will continue to represent Plaintiffs at their new firm,

effective immediately.

Counsel requests that all further pleadings, notices, correspondence, and other papers be

served on them as follows:

> Ariana J. Tadler, Esq.
> Henry J. Kelston, Esq.
> Melissa R. Clark, Esq.
> **TADLER LAW LLP**
> One Pennsylvania Plaza
> New York, NY 10119

DATED: June 18, 2019                          /s/ *Ariana J. Tadler*

Ariana J. Tadler
atadler@tadlerlaw.com
**TADLER LAW LLP**
One Pennsylvania Plaza
New York, NY 10119
T: 929-207-3639
F: 212-273-4375