# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 1:17-md-2800-TWT |
| TINIKA S. WARREN, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-2044-TWT |

## ORDER

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the above individual pro se civil action related to this MDL action.

SO ORDERED, this 27th day of June, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE