# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No. 1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTION ACTIONS ONLY |
| IN RE: EQUIFAX, INC. SECURITIES LITIGATION | Civil Action No.<br>1:17-cv-3463-TWT |
| IN RE: EQUIFAX, INC. DERIVATIVE LITIGATION | Civil Action No.<br>1:18-cv-317-TWT |

## NOTICE OF HEARING

A status conference with lead counsel and liaison counsel in the above-referenced Equifax cases is scheduled for **Monday, July 29, 2019 at 3:00 p.m. in Courtroom 2108**.

The Court requests that counsel confer, if able, and forward a proposed agenda for the Court via email to Charlotte Diggs, Courtroom Deputy Clerk to Judge Thomas W. Thrash, Jr., by Thursday, July 25, 2019 at 2:00 p.m. The Court also requests that Ranse Partin, Financial Institution Plaintiffs' Co-Lead Counsel, provide a call center for leadership counsel wishing to monitor by telephone by that same delivery method and deadline.

REMINDER REGARDING ELECTRONICS: Out-of-district counsel (or local counsel without blue cards) planning to bring any electronics into the courthouse must submit a proposed order allowing electronic equipment into the courthouse at least three (3) business days prior to the hearing. The proposed order should include the date and time of the status conference, and list the name(s) of the attorney(s) and equipment to be brought in.  Proposed orders may be submitted via email to Charlotte Diggs.

Dated: June 28, 2019

                                        /s/ Charlotte Diggs
                                        Charlotte Diggs
                                        Courtroom Deputy Clerk to
                                        Judge Thomas W. Thrash, Jr.
                                        United States District Court
                                        Northern District of Georgia
                                        charlotte_diggs@gand.uscourts.gov
                                        404.215.1555