UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTION ACTIONS |

### ORDER GRANTING MOTION TO LIFT RESTRICTIONS ON MEDIA

On July 10, 2019, certain plaintiff's counsel, pursuant to Local Rule 83.4 and consistent with the Court's Notice of Hearing regarding the July 29, 2019 status conference (Dkt. 730), corresponded with Ms. Diggs, Courtroom Deputy Clerk of the Court, seeking an order permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to be allowed into the courthouse and used in the courtroom before, during, and after the status conference scheduled to take place on July 29, 2019 at 3:00 P.M. in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. Based on all files and documents herein, that motion is GRANTED. Accordingly:

1. Counsel may use portable computers, cellular telephones, pagers and

personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4.

2. Specifically, the attorneys Kyle G. Bates and Peter B. Schneider are permitted to bring in electronic devices, including one each of cellular telephones, a portable computer and an electronic tablet computer (such as an iPad), to Courtroom 2108 on July 29, 2019.

3. Counsel are prohibited from taking photographs or operating recording devices during courtroom proceedings. Counsel shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4. Counsel shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

**IT IS SO ORDERED,** this 11th day of July, 2019.

    /s/ Thomas W. Thrash
The Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia