# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 1:17-md-2800-TWT |
| CHRISTOPHER EUSTICE<br>CATHY EUSTICE<br><br>v.<br><br>EQUIFAX INC | CIVIL ACTION NO.<br>1:19-cv-3128-TWT |
| CHRISTOPHER EUSTICE<br>DAVID EUSTICE<br><br>v.<br><br>EQUIFAX INC | CIVIL ACTION NO.<br>1:19-cv-3129-TWT |
| CHRISTOPHER EUSTICE<br>TRAVIS HUBBARD<br><br>v.<br><br>EQUIFAX INC | CIVIL ACTION NO.<br>1:19-cv-3130-TWT |

## **ORDER**

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the above

individual pro se civil actions related to this MDL action.


SO ORDERED, this 10th day of July, 2019.


/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE