# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTION TRACK |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Equifax Inc. and Equifax Information Services LLC (collectively, "Defendants") respectfully request a brief extension to file their response in opposition to the Financial Institution Plaintiffs' Motion for Leave to Amend (Dkt. 648), showing the Court as follows:

1. The Financial Institution Plaintiffs filed their Motion for Leave to Amend on March 20, 2019.

2. By agreement of the parties, the Court set a briefing schedule providing that Defendants' response brief would be due July 22, 2019 and that the Financial Institution Plaintiffs reply brief would be due August 30, 2019. *See* Dkt. 704.

3. Due to professional conflicts, counsel for Defendants require a short

extension to finalize Defendants' response brief.

4. Defendants therefore request a one-week extension to file their response brief and a similar, one-week extension for the Financial Institution Plaintiffs to file their reply.

5. These extensions would set Equifax's response brief due date as July 29, 2019, and the Financial Institution Plaintiffs reply brief deadline as September 6, 2019.

6. Counsel for Defendants have consulted with counsel for the Financial Institution Plaintiffs and can represent that this motion is unopposed.

THEREFORE, Defendants respectfully request that the Court enter an order extending the briefing deadlines for the Financial Institution Plaintiffs' Motion for Leave to Amend as follows: (i) Defendants' response to the Motion for Leave to Amend shall be filed on or before July 29, 2019; and (ii) the Financial Institution Plaintiffs may file a reply on or before September 6, 2019.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 18th day of July, 2019.

*/s/ S. Stewart Hasksins*
David L. Balser
Phyllis B. Sumner
S. Stewart Haskins II
Elizabeth D. Adler
John C. Toro
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by Local Rule 5.1B. This brief was prepared on a computer using the Times New Roman font (14 point).

DATED:  July 18, 2019

*/s/ S. Stewart Haskins III*
**KING & SPALDING LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins III*
**KING & SPALDING LLP**
