IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTION TRACK |

**[PROPOSED] ORDER GRANTING
MOTION FOR EXTENSION OF TIME**

The Court has considered Defendants Equifax Inc.'s and Equifax Information Services LLC's (collectively, "Defendants") Motion for Extension of Time. The Motion is **GRANTED**. Defendants shall file their response to the Financial Institution Plaintiffs Motion for Leave to Amend (Dkt. 648) on or before July 29, 2019. The Financial Institution Plaintiffs may file a reply on or before September 6, 2019.

SO ORDERED, this _____ day of July 2019.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE