# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## PLAINTIFFS' MOTION TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS

Plaintiffs move for entry of an order directing notice of the proposed class action settlement the parties to this action have reached and scheduling a hearing to approve final approval of the settlement. Plaintiffs are simultaneously filing a supporting memorandum of law and its accompanying exhibits, which include the Settlement Agreement. For the reasons set forth in that memorandum, Plaintiffs respectfully request grant the Court enter the proposed order that is attached as an exhibit to this motion. The proposed order has been approved by both Plaintiffs and Defendants. For ease of reference, the capitalized terms in this motion and the accompanying memorandum have the meaning set forth in the Settlement Agreement.

Respectfully submitted this 22nd day of July, 2019.

>/s/ Kenneth S. Canfield
>Kenneth S. Canfield
>Ga Bar No. 107744
>**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
>1355 Peachtree Street, N.E.
>Suite 1725
>Atlanta, Georgia 30309
>Tel. 404.881.8900
>kcanfield@dsckd.com
>
>/s/ Amy E. Keller
>Amy E. Keller
>**DiCELLO LEVITT GUTZLER LLC**
>Ten North Dearborn Street
>Eleventh Floor
>Chicago, Illinois 60602
>Tel. 312.214.7900
>akeller@dicellolevitt.com
>
>/s/ Norman E. Siegel
>Norman E. Siegel
>**STUEVE SIEGEL HANSON LLP**
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>Tel. 816.714.7100
>siegel@stuevesiegel.com
>
>*Consumer Plaintiffs' Co-Lead Counsel*

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIBBS LAW GROUP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Pennsylvania Plaza
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY** 1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400 Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion and the accompanying memorandum of law have been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 22nd day of July, 2019.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com
