# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTION TRACK |

## ORDER GRANTING
## MOTION FOR EXTENSION OF TIME

The Court has considered Defendants Equifax Inc.'s and Equifax Information Services LLC's (collectively, "Defendants") Motion for Extension of Time. The Motion is **GRANTED**. Defendants shall file their response to the Financial Institution Plaintiffs Motion for Leave to Amend (Dkt. 648) on or before July 29, 2019. The Financial Institution Plaintiffs may file a reply on or before September 6, 2019.

SO ORDERED, this 22nd day of July 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE