# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**
**1:19-cv-3297-TWT Federal Trade Commission v. Equifax Inc.**
**1:19-cv-3300-TWT Bureau of Consumer Financial Protection v. Equifax, Inc.**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 7/22/2019.

TIME COURT COMMENCED: 11:01 A.M.
TIME COURT CONCLUDED: 12:54 P.M.      COURT REPORTER: Diane Peede
TIME IN COURT: 1:39                   DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:

1:17-md-2800 (Consumer Actions)
Kenneth S. Canfield representing Plaintiffs
Amy E. Keller representing Plaintiffs
Norman E. Siegel representing Plaintiffs
David J. Worley representing Plaintiffs
James "Cam" Tribble representing Plaintiffs
David Balser representing Defendants
Phyllis Sumner representing Defendants
Elizabeth Adler representing Defendants
Robert Griest representing Defendants
Michelle Kisloff representing Defendants
Edith Ramirez representing Defendants (telephone)

1:19-cv-3297 FTC v. Equifax
Akash Desai representing FTC
Jacqueline Connor representing FTC (telephone)
Anna Burns representing FTC (telephone)
Tiffany George representing FTC (telephone)
Cathlin Tully representing FTC (telephone)

1:19-cv-3300 CFPB v. Equifax
Akash Desai representing CFPB
Jenelle M. Dennis representing CFPB (telephone)
Richa Dasgupta representing CFPB (telephone)
P. Solange Hilfinger-Pardo representing CFPB (telephone)
Emily Mintz Sachs representing CFPB (telephone)

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

*(Minute text on following page.)*

| | |
|---|---|
| MINUTE TEXT: | Counsel appeared for a hearing on the request to preliminarily approve the proposed class action settlement and Plaintiffs' motion to direct notice of the settlement to the class. Mr. Canfield gave a broad overview of the proposed settlement for the Court. Mr. Siegel presented the history of settlement negotiations and further details of the proposed settlement: a fund for the consumers for out-of-pocket losses and to compensate for lost time; credit monitoring and credit restoration services; and business practice changes by Equifax. Mr. Canfield addressed the Court again to summarize elements of the proposed Notice Program. Ms. Keller discussed specifics of the claims program and administration of the settlement. Governor Barnes gave closing remarks. Mr. Balser addressed the Court and referenced the concurrent settlement negotiations and agreements with the FTC, CFPB, 48 states, Puerto Rico, and D.C. Mr. Desai, acting as local counsel for the FTC and CFPB, discussed the two related cases filed by those agencies against Equifax and imminent filing of motions for entry of stipulated orders. Ms. Dennis and Ms. Connor addressed the Court via telephone regarding the respective CFPB and FTC settlements with Equifax. The Court preliminarily approved the proposed class action settlement and ordered notice be given to the class members. The Court approved the proposed notice plan and settlement administration process. Final approval hearing scheduled for December 19th, 2019 at 10:00 a.m. |
| HEARING STATUS: | Hearing Concluded |