# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-MD-2800-TWT<br><br>ALL ACTIONS |

### FINANCIAL INSTITUTION PLAINTIFFS' NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM WITHOUT PREJUDICE

The undersigned counsel for The Financial Institution Plaintiffs hereby notifies counsel in In Re: Equifax, Inc. Customer Data Security Breach Litigation that the previously issued subpoena to **Cellco Partnership d/b/a Verizon Wireless** is hereby withdrawn without prejudice. No documents have been produced. Notice that the subpoena is withdrawn is being emailed to counsel for Cellco Partnership d/b/a Verizon Wireless.

Respectfully submitted this 24th day of July, 2019.

/s/ MaryBeth V. Gibson
MaryBeth V. Gibson
Georgia Bar No. 725843
**THE FINLEY FIRM, P.C.**
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
(404) 320-9979

1

(404) 320-9978 (*Facsimile*)
MGibson@thefinleyfirm.com

*Counsel for The Financial Institution Plaintiffs*

## CERTIFICATION OF FONT SIZE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14 point Times New Roman font in compliance with the requirements of Local Rule 5.1(C).

    */s/ MaryBeth V. Gibson*
    MaryBeth V. Gibson
    Georgia Bar No. 725843
    **THE FINLEY FIRM, P.C.**
    Piedmont Center
    3535 Piedmont Road
    Building 14, Suite 230
    Atlanta, Georgia 30305
    (404) 320-9979
    (404) 320-9978 (*Facsimile*)
    MGibson@thefinleyfirm.com

    *Counsel for The Financial Institution Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, undersigned counsel for The Financial Institution Plaintiffs certifies that on July 24, 2019, counsel filed the foregoing **FINANCIAL INSTITUTION PLAINTIFFS' NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was sent *via* email to counsel for Equifax, Inc. as follows:

> Stewart Haskins, III, Esq.
> King & Spalding, LLP
> 1180 Peachtree Street, NW
> Atlanta, GA  30309
> shaskins@kslaw.com
>
> Phyllis B. Sumner, Esq.
> King & Spalding, LLP
> 1180 Peachtree Street, NW
> Atlanta, GA  30309
> psumner@kslaw.com

> > */s/ MaryBeth V. Gibson*
> > MaryBeth V. Gibson
> >
> > *Counsel for The Financial Institution Plaintiffs*