IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

In re: Equifax, Inc., Litigation )
, )
Plaintiff(s) )
)  Case No. 1:17-md-2800, 1:17-cv-3463, 1:18-cv-317
V. )
)
, )
Defendant(s) )

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter/transcriber in the above-captioned matter. Counsel/Parties have twenty-one (21) days from the date of delivery of the transcript to the Clerk to file with the Court a Request for Redaction of this transcript. If no Request for Redaction is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Any counsel or party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the Clerk's Office public terminal.

7/30/2019           Diane Peede
Date                Court Reporter

### VERIFICATION OF FINANCIAL ARRANGEMENTS

Proceeding Type:    A status conference

Proceeding Date:    7/29/2019

Volume Number:      One volume only.

Notice is hereby given that financial arrangements for a copy of the transcript have been made with the following individual(s): The court reporter provided counsel their copy.

as counsel/party in this case. He/She is to be provided with remote access to the transcript via CM/ECF and PACER.

7/30/2019           Diane Peede
Date                Court Reporter