# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## CONSENT ORDER
## SEALING TRANSCRIPT OF PROCEEDINGS

This cause is before the Court on the Parties' request to seal the transcript of the telephonic conference hearing held on July 30, 2019 ("Proceedings"). For good cause, the request is GRANTED. The entire transcript of the Proceedings, in addition to the corresponding minute entries at Dkt. Nos. 776 and 777, shall be SEALED.

SO ORDERED, this 2nd day of August, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE