# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-md-02800-TWT IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**
**(FINANCIAL INSTITUTION ACTIONS)**
**1:17-cv-03463-TWT IN RE: EQUIFAX INC. SECURITIES LITIGATION**
**1:18-cv-0317-TWT IN RE: EQUIFAX DERIVATIVE LITIGATION**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 7/29/2019.

TIME COURT COMMENCED: 3:08 P.M.
TIME COURT CONCLUDED: 3:55 P.M.          COURT REPORTER: Diane Peede
TIME IN COURT: 00:47                      DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:

<u>1:17-md-2800-TWT (Financial Institution Actions)</u>
Joseph P. Guglielmo for Plaintiffs
Gary F. Lynch for Plaintiffs
Ranse M. Partin for Plaintiffs
David L. Balser for Equifax
Phyllis B. Sumner for Equifax
S. Stewart Haskins II for Equifax

<u>1:17-cv-3463 Securities Litigation</u>
James A. Harrod for Plaintiffs
H. Lamar Mixson for Plaintiffs
Amanda K. Seals for Plaintiffs
B. Warren Pope for Equifax
Benjamin Lee for Equifax
David M. Chaiken for Richard F. Smith

<u>1:18-cv-317 Derivative Litigation</u>
Joseph H. Weiss for Plaintiffs (via telephone)
Michael Rogovin for Plaintiffs
Michael R. Smith for Equifax
B. Warren Pope for Equifax
Benjamin Lee for Equifax
David M. Chaiken for Richard F. Smith
Joshua Lewin for Elaine B. Stock

PROCEEDING CATEGORY:     Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The parties appeared for a Status Conference held at the Court's request. The Court began with hearing from parties in the 17md2800 Financial Institution Actions. Mr. Lynch updated the Court regarding coordination of discovery with the Securities Litigation. The Court heard from Mr. Lynch and Mr. Balser regarding Graeme Payne's assertion of privilege. The Court directed the Financial Institution Plaintiffs to file an up to 5-page single-spaced letter brief within 14 days, and gave Equifax 10 days to respond. Mr. Guglielmo addressed the Court regarding Equifax's "Reading Room" established for review of sensitive documents. Ms. Sumner responded. The Court directed the parties to file letter briefs on the issue with the same deadlines as above. Mr. Guglielmo discussed a dispute regarding Equifax withholding documents that have been produced to governmental entities. Financial Institution Plaintiffs directed to meet and confer with defendants and file a formal Motion to Compel. The Court heard from Mr. Lynch and Ms. Sumner regarding the issuance of third-party subpoenas and how to handle the jurisdictional issues and volume of motions to quash. The Court advised counsel that if they could figure out a way for third parties to consent to having motions to quash be heard in this district, that would be the Court's preference. Parties advised the Court that a proposed consent order extending discovery deadlines was to be filed soon. The Court turned its attention to the Securities Litigation. Mr. Harrod updated the Court on the status of discovery and discussed the Mandiant discovery dispute. The Court, having reviewed the letter briefs submitted by UAM and Equifax on the issue, directed Equifax to furnish a privilege log, and if UAM was dissatisfied with the privilege log, they could then file a formal Motion to Compel. The 30(b)(6) deposition was allowed to proceed as noticed. Mr. Pope objected. Finally, the Court heard from Mr. Weiss and Mr. Pope on the Derivative Litigation, who reported no discovery disputes.

HEARING STATUS: Hearing Concluded