IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding. It is before the Court on the Motion for Order Establishing Separate Track for Governmental Enforcement Actions [Doc. 385] filed by the City of Chicago. The motion is opposed by the Consumer Track Plaintiffs and by Equifax. The Consolidated Amended Complaint in the Consumer Track asserts claims on behalf of the very same plaintiffs as the City claims are "victims" of the breach in its complaint. The City of Chicago has not identified any discovery that was not sought by the Consumer Plaintiffs that is unique to its claims. The City's suggestion that its claims have not been included in the Consumer Plaintiffs' Consolidated Complaint is simply wrong. In fact, the Consolidated Complaint asserts Illinois-specific claims on behalf of a putative Illinois subclass that subsume the claims asserted in the City's lawsuit. A separate track also would needlessly complicate the litigation. The City has offered no compelling justification for why additional burdens should be imposed on the other parties nor demonstrated

any basis for believing its interests will be prejudiced if a new track is not created for its case. The Motion for Order Establishing Separate Track for Governmental Enforcement Actions [Doc. 385] filed by the City of Chicago is DENIED.

SO ORDERED, this 5 day of August, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

2