IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding. It is before the Court on the Motion for Order Establishing Separate Track for Indian Tribal Governments [Doc. 577]. The motion is opposed by the Consumer Track Plaintiffs and by Equifax. The Moving Tribal Governments have not identified any unique discovery they need for their claims that has not otherwise be done as part of the coordinated effort, let alone a sufficiently large amount of such unique discovery to justify the burden of establishing a separate track. Their claims all fall within the scope of the consolidated consumer complaint and fit within the Court's analysis in denying Equifax's motion to dismiss. The relief sought by the Moving Tribal Governments is even more burdensome to the administration of the MDL as a whole than the separate track requested by Chicago and Puerto Rico, which itself would unduly complicate and delay the resolution of this MDL. The Moving Tribal Governments seek entry of an entirely new case management order and appointment of a new

leadership structure more than a year after the Court appointed lead counsel in the consumer track. The consumer track, as presently constituted, is in no way a threat to tribal self-determination or self-governance. Nor does status quo pretrial litigation infringe on the Tribes' right to their own counsel, to litigation autonomy, or to independently resolve their own claims. There are no unique legal issues that could justify creating a separate track for the Tribal Government Plaintiffs' claims. The Motion for Order Establishing Separate Track for Indian Tribal Governments [Doc. 577] is DENIED.

SO ORDERED, this 5 day of August, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge