# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

## EQUIFAX DEFENDANTS' NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT OF 2005

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC ("Equifax Defendants") give notice that the appropriate federal and state officials were notified of the proposed settlement in this action, as required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). Attached as **Exhibit 1** is the Declaration of David L. Balser Regarding Service of Notice Under Class Action Fairness Act of 2005, with the corresponding notice letter and its distribution list attached as **Exhibits A and B**, respectively. The Declaration and its Exhibits satisfy the requirements of CAFA, 28 U.S.C. § 1715.

Dated:  August 7, 2019

        Respectfully Submitted,

        */s/ David L. Balser*
        **KING & SPALDING LLP**

        David L. Balser
          Georgia Bar No. 035835
        Phyllis B. Sumner
          Georgia Bar No. 692165
        S. Stewart Haskins II
          Georgia Bar No. 336104
        Elizabeth D. Adler
          Georgia Bar No. 558185
        John C. Toro
          Georgia Bar No. 175145

        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Tel: (404) 572-4600
        Fax: (404) 572-5140
        dbalser@kslaw.com
        psumner@kslaw.com
        shaskins@kslaw.com
        eadler@kslaw.com
        jtoro@kslaw.com

        *Counsel for Equifax Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David L. Balser*
David L. Balser
