# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

**DECLARATION OF DAVID L. BALSER REGARDING**
**SERVICE OF NOTICE UNDER CLASS ACTION FAIRNESS ACT OF 2005**

I, David L. Balser, declare as follows:

1. I am a counsel of record in this case and am a partner at the law firm King & Spalding LLP. I represent Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC ("Defendants") in this action. I make this declaration on my personal knowledge. If called as a witness, I could and would competently testify to the facts set out below.

2. In accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 and the Court's Order Directing Notice (Dkt. No. 742), Defendants notified the appropriate federal and State officials via United States Postal Service or Federal

Express of the proposed settlement in this action and provided the other information required by § 1715 on August 1, 2019.

3. A true and correct copy of the notice letter, without its voluminous enclosures, is attached as Exhibit A.

4. A true and correct copy of the distribution list, listing the federal and State officials to whom Defendants sent the notice letter, is attached as Exhibit B. The officials listed on Exhibit B are the appropriate recipients of such notice under § 1715.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of August 2019.

_____
David L. Balser
Georgia Bar No. 035835

# Exhibit A

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

David L. Balser
Partner
Direct Dial: +1 404 572 2782
dbalser@kslaw.com

August 1, 2019

To: All Appropriate Federal and State Officials, as set forth in 28 U.S.C. § 1715 (*see* attached Distribution List)

Re: CAFA Notice for the Proposed Settlement in *In re: Equifax, Inc., Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT (N.D. Ga.)

To Whom It May Concern:

Equifax Inc., Equifax Information Services, LLC, and Equifax Consumer Services, LLC (collectively, "Equifax") hereby provide notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") of a proposed class action settlement ("Proposed Settlement") with respect to the claims brought by consumers ("Consumer Plaintiffs") in the above-captioned multidistrict litigation proceeding ("Action").

The Proposed Settlement resolves putative class claims brought against Equifax by the Consumer Plaintiffs on behalf of the approximately 147 million U.S. consumers whose personal information was impacted as a result of the data breach Equifax announced in September of 2017 ("Data Breach"). Equifax has denied, and continues to deny, the Consumer Plaintiffs' claims and all allegations of wrongdoing, fault, liability, or damage of any kind to the putative class members.

Accordingly, pursuant to 28 U.S.C. § 1715(b) Equifax provides the following information pertaining to the Proposed Settlement:

1. A copy of the Consolidated Consumer Class Action Complaint filed in the Action (included on the enclosed CD). *See* 28 U.S.C. § 1715(b)(1).[1]

---

[1] After the U.S. Judicial Panel on Multidistrict Litigation ("JPML") established the Action in the U.S. District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings among the hundreds of cases arising out of the Data Breach, the Court ordered the Consumer Plaintiffs to file a master amended consolidated complaint. *See* Case Management Order No. 3 ("CMO-3"), *In re: Equifax, Inc., Customer Data Security Breach Litig.*, Case No. 1:17-md-2800-TWT (N.D. Ga.), ECF No. 248. The Consumer Plaintiffs then filed the Consolidated Consumer Class Action Complaint on May 14, 2018.

August 1, 2019
Page 2

2. The hearing seeking final approval of the Proposed Settlement is currently scheduled for December 19, 2019 in Courtroom 2108 of the Richard B. Russell Federal Building and United States Courthouse, located at 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309. *See* 28 U.S.C. § 1715(b)(2).

3. A copy of the Consumer Plaintiffs' Motion to Direct Notice of Proposed Settlement to the Class (included on the enclosed CD), which contains the following:

   a. The Settlement Agreement and Release between Equifax and the Consumer Plaintiffs (attached as Exhibit 1 to the Consumer Plaintiffs' Motion to Direct Notice of Proposed Settlement to the Class). *See* 28 U.S.C. § 1715(b)(4).

   b. The Notice Plan detailing the proposed notifications to be provided to class members (attached as Exhibit 6 to the Settlement Agreement and Release). *See* 28 U.S.C. § 1715(b)(3).

4. No other settlements or agreements have been contemporaneously made between class counsel and counsel for Equifax. *See* 28 U.S.C. § 1715(b)(5).

5. No final judgment or notice of dismissal has been entered in the Action with respect to the Consolidated Consumer Class Action Complaint. *See* 28 U.S.C. § 1715(b)(6).

6. It is not feasible to provide the information described in 28 U.S.C. § 1715(b)(7)(A), in part because the class includes approximately 147 million U.S. consumers. Additionally, because distributions of benefits from the Proposed Settlement will be made in an amount determined by the Settlement Administrator and in accordance with the Settlement Agreement and Release, Equifax is unable at this time to estimate the proportionate share of the entire settlement to which the class members in each State will be entitled. *See* 28 U.S.C. § 1715(b)(7)(B). Accordingly, Equifax has attached to this notice a table depicting a reasonable estimate of the number and percentage of class members residing in each State, based on available address information.

7. A copy of the Court's Order Directing Notice of the Proposed Settlement to the Class (included on the enclosed CD). *See* 28 U.S.C. § 1715(b)(8).

If you have questions about this notice, the Proposed Settlement, or the enclosures, or if you did not receive or cannot access the above-listed materials, please contact counsel listed below.

August 1, 2019
Page 3

Sincerely,

*[signature: David Balser]*

David L. Balser
KING & SPALDING LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309
Tel: (404) 572-2782
dbalser@kslaw.com

*Counsel for Equifax Inc., Equifax Information Services, LLC, and Equifax Consumer Services, LLC*

Enclosure: CD

# Exhibit B

## **Distribution List**

William P. Barr
Attorney General of the United States
U.S. Department of Justice 950
Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Steve Marshall
Alabama Attorney General
Office of the Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

Kevin G. Clarkson
Alaska Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994

Talauega Eleasalo V. Ale
American Samoa Attorney General
American Soma Gov't, Exec. Ofc. Bldg.
Utulei, Territory of American Samoa
Pago Pago, American Samoa 96799

Mark Brnovich
Arizona Attorney General
2005 N Central Ave
Phoenix, AZ 85004-2926

Leslie Rutledge
Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610

Xavier Becerra
c/o CAFA Coordinator
Office of the Attorney General
Consumer Law Division
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Phil Weiser
Colorado Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

William Tong
Connecticut Attorney General
55 Elm Street
Hartford, CT 06106

Kathy Jennings
Delaware Attorney General
Carvel State Office Bldg.
820 N French Street
Wilmington, DE 19801

Karl A. Racine
District of Columbia Attorney General
441 4th Street NW, Suite 1100 S
Washington, DC 20001

Ashley Moody
Florida Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050

Chris Carr
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Leevin Taitano Camacho
Attorney General Office of Guam
590 South Marine Corps Drive
Suite 901
Tamuning, GU 96913

Clare E. Connors
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Lawrence Wasden
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Kwame Raoul
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

Curtis T. Hill Jr.
Indiana Attorney General's Office
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204

Tom Miller
Office of the Attorney General
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319

Derek Schmidt
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

Andy Beshear
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

Jeff Landry
Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME 04333

Brian E. Frosh
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Maura Healey
Office of Massachusetts Attorney General
Attn: CAFA Coordinator
1 Ashburton Place, 20th Floor
Boston, MA 02108

Dana Nessel
Office of the Attorney General
525 West Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Keith Ellison
Office of the Attorney General
445 Minnesota Street
Suite 1400
St. Paul, MN 55101-2131

Jim Hood
Office of the Attorney General
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

Eric Schmitt
Missouri Attorney General's Office
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Tim Fox
Office of the Attorney General
215 N Sanders St.
P.O. Box 201401
Helena, MT 59601

Doug Peterson
Nebraska Attorney General's Office
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

Aaron Ford
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717

Gordon MacDonald
Office of the Attorney General
NH Department of Justice
33 Capitol Street
Concord, NH 03301

Gurbir Grewal
Office of the Attorney General
RJ Hughes Justice Complex
8th Floor, West Wing
25 Market Street, Box 080
Trenton, NJ 08625-0080

Hector Balderas
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Letitia James
Office of the Attorney General
The Capitol
Albany, NY 12224

Josh Stein
Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

Edward Manibusan
Attorney General of Commonwealth of
   Northern Mariana Islands
Administration Building
P.O. Box 10007
Saipan, MP 96950

Wayne Stenehjem
Office of the Attorney General
600 E. Boulevard Ave.
Dept. 125
Bismarck, ND 58505

Dave Yost
Office of the Attorney General
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Mike Hunter
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105

Ellen F. Rosenblum
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4096

Josh Shapiro
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Wanda Vàzquez Garced
Attorney General of Puerto Rico
P.O. Box 9020192
San Juan, PR 00902-0192

Michael Pierluisi Rojo, Esq.
Office of the Secretary
Department of Consumer Affairs
P.O. Box 41059, Minillas Station
San Juan, PR 00940

Peter F. Neronha
Office of the Attorney General
150 South Main Street
Providence, RI 02903

The Honorable Alan Wilson
Rembert Dennis Building
1000 Assembly Street, Room 519
Columbia, SC 29201

Jason Ravnsborg
Office of the Attorney General
1302 E Hwy 14
Suite 1
Pierre, SD 57501-8501

Herbert H. Slatery III
Office of Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Ken Paxton
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

T.J. Donovan
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609

Denise N. George
Office of the Attorney General
G.E.R.S. Complex
34-38 Kronprindsens Gade, 2nd Floor St. Thomas, VI 00802

Mark R. Herring
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

Bob Ferguson
Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504

Patrick Morrisey
Office of the Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

Josh Kaul
Office of the Attorney General
PO Box 7857
Madison, WI 53707-7857

Bridget Hill
Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002