# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 6 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

---

In re: Equifax Inc. Customer

Data Security Breach Litigation

_____/

Case No. 1:17-md-2800-TWT

CONSUMER ACTIONS

Chief Judge Thomas W. Thrash, Jr.

## MOTION FOR COURT ORDER SETTING DEADLINE
## TO PAY SETTLEMENT FEE TO PETITIONING PARTIES

NOW COMES, the undersigned, Peter J. LaBreck, Elizabeth M. Simons, Joshua D. Simons, and Gregory A. Simons, in pro per and do hereby state that:

1.) After entering their last name and last six (6) digits of their Social Security Number at the following website: https://eligibility.equifaxbreachsettlement.com/eligibility each of the undersigned received the message: "Based on the information you provided, our records indicate your personal information was impacted by this incident."

2.) Each of the undersigned parties have entered a claim online and have elected to be paid $125.00 (by check), as real and/or punitive damages by Plaintiffs', and agreeing not to pursue further litigation for claims raised in the above captioned lawsuit.

3.) By agreeing to the settlement, saving all parties time and resources, and giving up their right to litigate individually Petitioners have a reasonable expectation of being compensated for the settlement in a timely manner.

For the reasons stated herein the below signed individuals respectfully request that this Court:

1.) enter an ORDER directing the settlement administrator, JLD Legal Administration, to issue and mail checks in the amount of $125.00 to each of the below listed individuals within five (5) business days of the ORDER.

2.) Alternatively, the undersigned respectfully moves this Court to enter an ORDER directing the settlement administrator, JLD Legal Administration, to pay $125.00 settlement fee to each of the undersigned parties within a specific, reasonable time as determined by the Court, and allow the undersigned the option of withdrawing their claim and permitting them to file and move forward with a federal civil lawsuit of their own against Defendant Equifax Inc.

3.) That settlement checks be sent to Petitioners at: 9100 ISLAND DRIVE CLAY, MI 48001.

Respectfully submitted this 1st day of August 2019, by the following:

Peter J. LaBreck

Elizabeth M. Simons

Joshua D. Simons

Gregory A. Simons

## CERTIFICATE OF SERVICE

I, Peter J. LaBreck hereby swear state and certify that I have placed a copy of the foregoing motion in a envelope, sealed the envelope, affixed proper First Class postage, and caused said envelopes to be mailed to:

Mr. Kenneth S. Canfield

Ga Bar No. 107744

DOFFERMYRE SHIELDS

CANFIELD & KNOWLES, LLC

1355 Peachtree Street, N.E.

Suite 1725

Atlanta, Georgia 30309

Miss. Amy E. Keller

DICELLO LEVITT GUTZLER LLC

Ten North Dearborn Street

Eleventh Floor

Chicago, Illinois 60602


Mr. Norman E. Siegel

STUEVE SIEGEL HANSON LLP

460 Nichols Road, Suite 200

Kansas City, Missouri 64112


Mr. Roy E. Barnes

Ga. Bar No. 039000

BARNES LAW GROUP, LLC

31 Atlanta Street

Marietta, Georgia 30060


Mr. David J. Worley

Ga. Bar No. 776665

EVANGELISTA WORLEY LLC

8100A Roswell Road Suite 100

Atlanta, Georgia 30350


Mr. Andrew N. Friedman

COHEN MILSTEIN SELLERS &

TOLL PLLC

1100 New York Avenue, NW

Suite 500

Washington, D.C. 20005

Mr. Eric H. Gibbs

GIBBS LAW GROUP

505 14th Street

Suite 1110

Oakland, California 94612

Mr. James Pizzirusso

HAUSFELD LLP

1700 K Street NW Suite 650

Washington, D.C. 20006


Miss. Ariana J. Tadler

TADLER LAW LLP

One Pennsylvania Plaza

New York, New York 10119


Mr. John A. Yanchunis

MORGAN & MORGAN

COMPLEX LITIGATION GROUP

201 N. Franklin Street, 7th Floor

Tampa, Florida 33602


Mr. William H. Murphy III

MURPHY, FALCON & MURPHY 1

South Street, 23rd Floor

Baltimore, Maryland 21224

Mr. Jason R. Doss

Ga. Bar No. 227117

THE DOSS FIRM, LLC

36 Trammell Street, Suite 101

Marietta, Georgia 30064


Mr. Rodney K. Strong

GRIFFIN & STRONG P.C.

235 Peachtree Street NE, Suite

400 Atlanta, Georgia 30303


Said service referenced above occurred on August 1st 2019;

Peter J. LaBreck

5



Peter J. LaBreck

9100 Island Drive

Clay, MI 48001

**United States District Court**

**ATTN: OFFICE OF THE CLERK OF THE COURT**

**Richard B. Russell Federal Building**

**2211 United States Courthouse**

**75 Ted Turner Drive, SW**

**Atlanta, GA 30303-3309**

RE: In re: Equifax Inc. Customer Data Security Breach Litigation

Case No. 1:17-md-2800-TWT

1st August '19

Dear Clerk;

Please file the enclosed:

MOTION FOR COURT ORDER SETTING DEADLINE TO PAY SETTLEMENT FEE TO PETITIONING PARTIES

in your normal manner upon receipt.

Thank you for your time and assistance in this matter.

Sincerely,

Peter J. LaBreck

Peter J. LaBreck
9100 Island Drive
Clay, MI 48001



United States District Court
ATTN: OFFICE OF THE CLERK OF THE COURT
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

