UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CIVIL ACTION NO. 1:17-md-2800-TWT |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to LR 83.1(E), NDGa, the undersigned brings this motion to withdraw as counsel of record for Plaintiffs Mark Isacoff, Robert Kohn, and Susan Kohn in the above-captioned matter. Jason S. Kanterman will no longer be associated with the firm of Stone & Magnanini LLP as of August 30, 2019 and will, therefore, no longer be associated with this matter.

Plaintiffs will continue to be represented by other attorneys of Stone & Magnanini LLP as well as by the Consumer Plaintiffs' Co-Lead Counsel, Co-Liaison Counsel and the Steering Committee.

WHEREFORE, the undersigned hereby requests that the Court grant this motion to withdraw as counsel of record for the above-referenced Plaintiffs in this

case, and direct the Clerk of the Court to remove the e-mail address of

jkanterman@stonemagnalaw.com from the CM/ECF service list for this matter.

Dated: August 20, 2019          Respectfully submitted,

                                               *s/ Jason S. Kanterman*
                                               STONE & MAGNANINI, LLP
                                               100 Connell Drive, Suite 2200
                                               Berkeley Heights, NJ 07922
                                               Tel: (973) 218-1111
                                               Email: jkanterman@stonemagnalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Motion For Withdrawal of Counsel* has been electronically filed on August 20, 2019 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing and copy to the parties and counsel of record.

           *s/ Jason S. Kanterman*
           STONE & MAGNANINI LLP
           100 Connell Drive, Suite 2200
           Berkeley Heights, NJ 07922
           Tel: (973) 218-1111
           Email: jkanterman@stonemagnalaw.com