UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CIVIL ACTION NO.: 1:17-md-2800-TWT |

**[PROPOSED] ORDER GRANTING
MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to LR 83.1(E), NDGa, and upon consideration of the motion filed to withdraw attorney Jason S. Kanterman as counsel of record for Plaintiffs Mark Isacoff, Robert Kohn, and Susan Kohn in the above-captioned matter, the Court hereby GRANTS the motion.

SO ORDERED this_____ day of August, 2019.

_____
**Hon. Thomas W. Thrash, Jr.
Chief United States District Court Judge**