IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br>*City of Chicago v. Equifax, Inc.*<br>No. 1:18-cv-1470-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

**PLAINTIFF CITY OF CHICAGO'S MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.2(E), Plaintiff City of Chicago respectfully moves for reconsideration of the Court's August 6, 2019 Order denying Chicago's Motion for a Separate Track (ECF 784), and any other relief that the Court deems proper. The City identifies the bases for this Motion in the accompanying Memorandum.

Dated: September 3, 2019

Respectfully submitted,

/s/ Stephen J. Kane
Stephen J. Kane
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
Tel: 312-744-6934
stephen.kane@cityofchicago.org

*Counsel for Plaintiff City of Chicago*

1

## CERTIFICATE OF SERVICE

I certify that on September 3, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Georgia using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

/s/ Stephen J. Kane