# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br>*City of Chicago v. Equifax, Inc.*<br>No. 1:18-cv-1470-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CERTIFICATE OF CONFERENCE

Pursuant to Case Management Orders 1 and 5, I certify that I conferred with counsel for Defendant Equifax, Inc. on August 28, 2019 regarding Plaintiff City of Chicago's Motion for Reconsideration (the "Motion"). Counsel for Equifax informed me that Equifax opposes the Motion. I further certify that on August 29, 2019, counsel for the Consumer Plaintiffs informed me that the Consumer Plaintiffs take no position on the Motion. Finally, I certify that on August 30, 2019, counsel for the Financial Institution Plaintiffs informed me that the Financial Institution Plaintiffs take no position on the Motion.

Dated: September 3, 2019          Respectfully submitted,

                                                          /s/ Stephen J. Kane
                                                          Stephen J. Kane

City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
312-744-6934
stephen.kane@cityofchicago.org

*Counsel for Plaintiff City of Chicago*