# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHRIS BROWN, MARIUS ANDREICA, DEREK BAUMGARDNER, TIM BORLAND, JAMIE BENSON, RUSS BENSON, VAL CHEKMAZOV, PETER COOKE, MICHAEL ERICKSON, EMILY GREEN, WALTER HINCK, KATHLEEN HOLLY, JOSHUA IRON WING, GARY JAETZOLD, PATRICIA A. KOLLER, MARGARET McCABLE, DANIEL E. OBERST, JAMES PEACOCK, RICHARD POLIGIAN, CHAD ROOFENER, CORREE ROOFENER, ELISABETA SZEKELY, KELLIE WILLIAMS, and MICHAEL JAY WILLIAMS, individually and on behalf of all others similarly situated, | |
| | Civil Action No.: 1:17-cv-03449-SCJ |
| | **CLASS ACTION** |
| | **JURY TRIAL DEMANDED** |
| Plaintiffs, | |
| v. | |
| EQUIFAX INC. and TRUSTEDID, INC., | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Ben Barnow, Erich Paul Schork, and Anthony Lee Parkhill, of Barnow and Associates, P.C., counsel for plaintiffs Chris Brown, Marius Andreica, Derek Baumgardner, Tim Borland, Jamie Benson, Russ Benson,

1

Val Chekmazov, Peter Cooke, Michael Erickson, Emily Green, Walter Hinck, Kathleen Holly, Joshua Iron Wing, Gary Jaetzold, Patricia A. Koller, Margaret McCable, Daniel E. Oberst, James Peacock, Richard Poligian, Chad Roofener, Corree Roofener, Elisabeta Szekely, Kellie Williams, and Michael Jay Williams have relocated to the following address:

> Barnow and Associates, P.C.
> 205 West Randolph Street
> Suite 1630
> Chicago, IL 60606

The phone number, facsimile number, and email addresses remain unchanged.

Dated: September 6, 2019

Respectfully submitted,

 /s/ Ben Barnow 
Ben Barnow
Illinois Bar No. 0118265
(*Pro hac vice*)
Erich P. Schork
Illinois Bar No. 6291153
(*Pro hac vice*)
Anthony L. Parkhill
Illinois Bar No. 6317680
(*Pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street
Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF filing system.

Dated: September 6, 2019

                                               */s/ Ben Barnow*
                                               Ben Barnow