# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## AMENDED JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16.2, and Case Management Order No. 2 (ECF No. 87), the parties submit this Amended Joint Preliminary Report and Discovery Plan as follows.

Following the preliminary approval of the settlement of the Consumer Track case, the Plaintiffs in the Financial Institution Track and Defendants agree that certain modifications of the discovery schedule are necessary to allow the parties sufficient time to complete discovery as to the Financial Institution Track claims. Accordingly, the parties request that the Court enter the following amended deadlines:

| Event | Existing Deadline | Amended Deadline |
|---|---|---|
| **Parties Serve Responses and Objections to RFPs and Begin Document Production** | Wednesday, February 27, 2019 | Complete |
| **Beginning of Fact Discovery** | Friday, March 29, 2019 | Complete |
| **Add Additional Parties and/or Amend Pleadings** | Monday, July 29, 2019 | Complete |

| Event | Existing Deadline | Amended Deadline |
|---|---|---|
| **Substantial Completion of Document Production** | Monday, September 30, 2019 | Monday, February 24, 2020 |
| **Fact Discovery Closes** | Monday, December 30, 2019 | Friday May 22, 2020 |
| **Disclosure of Plaintiffs' Expert(s) and Serve Expert Report(s)** | Wednesday, January 29, 2020 | Friday, June 12, 2020 |
| **Disclosure of Equifax's Expert(s) and Serve Expert Report(s)** | Friday, February 28, 2020 | Friday, July 10, 2020 |
| **Disclosure of Plaintiffs' Rebuttal Expert(s) and Serve Rebuttal Expert Report(s)** | Friday, March 20, 2020 | Friday, August 7, 2020 |
| **Completion of Expert Discovery** | Tuesday, May 19, 2020 | Friday, September 18, 2020 |
| **Local Rule 16.3 Conference** | Tuesday, June 2, 2020 | Monday, October 26, 2020 |
| **Plaintiffs' Class Certification Motions to Be Filed in Consumer Track** | Tuesday, July 14, 2020 | Removed |
| **Plaintiffs' Class Certification Motions to Be Filed in Financial Institutions Track** | Tuesday, July 28, 2020 | Friday, October 16, 2020 |
| **Oppositions to Plaintiffs' Class Certification Motions to Be Filed in Consumer Track** | Friday, August 28, 2020 | Removed |
| **Oppositions to Plaintiffs' Class Certification Motions to Be Filed in Financial Institutions Track** | Friday, September 11, 2020 | Wednesday, November 18, 2020 |

| Event | Existing Deadline | Amended Deadline |
|---|---|---|
| **Replies in Support of Plaintiffs' Class Certification Motions to Be Filed in Consumer Track** | Monday, September 28, 2020 | Removed |
| **Replies in Support of Plaintiffs' Class Certification Motions to Be Filed in Financial Institutions Track** | Monday, October 12, 2020 | Friday, December 18, 2020 |
| **Summary Judgment Motions to Be Filed in the Consumer Track** | Tuesday, September 22, 2020 | Removed |
| **Summary Judgment Motions to Be Filed in the Financial Institutions Track** | Tuesday, October 6, 2020 | Friday, January 29, 2021 |
| **Opposition to Summary Judgment Motions to Be Filed in Consumer Track** | Thursday, October 22, 2020 | Removed |
| **Opposition to Summary Judgment Motions to Be Filed in Financial Institutions Track** | Thursday, November 5, 2020 | Friday, March 5, 2021 |
| **Reply in Support of Summary Judgment Motions to Be Filed in the Consumer Track** | Thursday, November 12, 2020 | Removed |
| **Reply in Support of Summary Judgment Motions to Be Filed in the Financial Institutions Track** | Friday, November 27, 2020 | Friday, March 26, 2021 |

Respectfully submitted,
September 12, 2019

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor

New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

Gary F. Lynch
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel. 412.322.9243
glynch@carsonlynch.com

*Financial institution Plaintiffs' Co-Lead Counsel*

Craig A. Gillen
**GILLEN WITHERS & LAKE, LLC**
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, Georgia 30305
Tel. 404.842.9700
cgillen@gwllawfirm.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
Tel. 404.320.9979
mgibson@thefinleyfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@conleygriggs.com

4

*Financial institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

*Financial institution Plaintiffs' Steering Committee*

*-and-*

/s/  S. Stewart Haskins II
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II

        Georgia Bar No. 336104
        Elizabeth D. Adler
        Georgia Bar No. 558185
        John C. toro
        Georgia Bar No. 175145
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Tel.: (404) 572-4600
        Fax: (404) 572-5140
        dbalser@kslaw.com
        psumner@kslaw.com
        shaskins@kslaw.com
        eadler@kslaw.com
        jtoro@kslaw.com

        ***Counsel for Equifax Inc.***

## CERTIFICATION

The Undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1C.

This 12th day of September, 2019.

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 12th day of September, 2019, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

<u>/s/ Joseph P. Guglielmo</u>
Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com

## SCHEDULING ORDER

      Upon review of the information contained in the Amended Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified

**IT IS SO ORDERED.**

Date: _____, 2019          _____
                                                          Thomas W. Thrash
                                                          United States District Judge