# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>CONSUMER TRACK |

## JOINT MOTION TO SET DEADLINES

Pursuant to Section 3 of Case Management Order No. 5 ("CMO-5," Dkt. No. 409), Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Defendants") and Plaintiffs in the Consumer Cases (together, "Parties") respectfully request that the Court enter a briefing schedule with respect to Plaintiff City of Chicago's Motion for Reconsideration (Dkt. No. 805), showing the Court as follows:

1. On September 3, 2019, Plaintiff City of Chicago filed its Motion for Reconsideration (Dkt. No. 805) seeking relief from the Court's August 6, 2019 Order denying the City of Chicago's Motion for Order Establishing Separate Track for Governmental Enforcement Actions (Dkt. No. 784).

2. Pursuant to Section 3 of CMO-5, the Parties are to present for the

Court's consideration a proposed briefing schedule for Plaintiff City of Chicago's Motion for Reconsideration.  *See* Dkt. No. 409 at 3-4.

3. Accordingly, to allow the Parties adequate time to assess and respond to the arguments raised in the Motion for Reconsideration, the Parties jointly propose October 10, 2019 as the deadline for the Parties to file any responses to the Motion, and October 24, 2019 as the deadline for Plaintiff City of Chicago to file a consolidated reply in support of its Motion.

4. Plaintiff City of Chicago has advised counsel for Defendants that it agrees to the proposed briefing schedule.

WHEREFORE, the Parties respectfully request that the Court enter an order setting a briefing schedule for Plaintiff City of Chicago's Motion for Reconsideration as follows: (i) any responses to the Motion for Reconsideration shall be filed by October 10, 2019; and (ii) Plaintiff City of Chicago shall file a consolidated reply in support of its Motion by October 24, 2019.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 12th day of September, 2019.

       */s/ David L. Balser*
       **KING & SPALDING LLP**
       David L. Balser
        Georgia Bar No. 035835
       Phyllis B. Sumner
        Georgia Bar No. 692165

          S. Stewart Haskins II
           Georgia Bar No. 336104
          Elizabeth D. Adler
           Georgia Bar No. 558185
          John C. Toro
           Georgia Bar No. 175145
          1180 Peachtree Street, N.E.
          Atlanta, Georgia 30309
          Tel.: (404) 572-4600
          Fax: (404) 572-5140
          dbalser@kslaw.com
          psumner@kslaw.com
          shaskins@kslaw.com
          eadler@kslaw.com
          jtoro@kslaw.com

          *Counsel for Defendants*

*and*

          /s/ Amy E. Keller
          Amy E. Keller
          **DiCello Levitt & Casey LLC**
          Ten North Dearborn Street
          Eleventh Floor
          Chicago, Illinois 60602

          Kenneth S. Canfield
          **Doffermyre Shields Canfield & Knowles, LLC**
          1355 Peachtree Street, N.E.
          Suite 1600
          Atlanta, Georgia 30309

          Norman E. Siegel
          **Stueve Siegel Hanson LLP**
          460 Nichols Road, Suite 200
          Kansas City, Missouri 64112

Roy E. Barnes
**Barnes Law Group, LLC**
31 Atlanta Street
Marietta, Georgia 30060

David J. Worley
**Evangelista Worley LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

Eric H. Gibbs
**Girard Gibbs LLP**
505 14th Street
Suite 1110
Oakland, California 94612

James Pizzirusso
**Hausfeld LLP**
1700 K Street NW Suite 650
Washington, DC 20006

Ariana J. Tadler
**Milberg Tadler Phillips Grossman LLP**
One Penn Plaza
19th Floor
New York, New York 10119

John A. Yanchunis
**Morgan & Morgan Complex Litigation Group**

4

201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

William H. Murphy III
**Murphy, Falcon & Murphy**
1 South Street, 23rd Floor
Baltimore, Maryland 21224

Jason R. Doss
**The Doss Firm, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**Griffin & Strong P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, GA, 30303

*Consumer Plaintiffs' State Court Coordinating Counsel*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by Local Rule 5.1B. This brief was prepared on a computer using the Times New Roman font (14 point).

DATED: September 12, 2019

*/s/ David L. Balser*
**KING & SPALDING LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David L. Balser*
**KING & SPALDING LLP**
