# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>CONSUMER TRACK |

## ORDER GRANTING JOINT MOTION TO SET DEADLINES

The Court has considered the Parties' Joint Motion to Set Deadlines with respect to Plaintiff City of Chicago's Motion for Reconsideration (Dkt. No. 805). The Motion is GRANTED. Any responses to Plaintiff City of Chicago's Motion for Reconsideration shall be filed by October 10, 2019, and Plaintiff City of Chicago shall file a consolidated reply in support of its Motion by October 24, 2019.

SO ORDERED, this 16th day of September, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE