## SCHEDULING ORDER

Upon review of the information contained in the Amended Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified

**IT IS SO ORDERED.**

Date: September 16, 2019			/s/ Thomas W. Thrash
					Thomas W. Thrash
					United States District Judge