IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**This document relates to:**<br><br>**FINANCIAL INSTITUTION ACTIONS** | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CERTIFICATE OF SERVICE

The undersigned counsel for The Financial Institution Plaintiffs, pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby certifies that a true and correct copy of the Subpoena to be issued to Sandra Winters was served via email on September 19, 2019 on counsel of record for Equifax, Inc. in the FINANCIAL INSTITUTION ACTIONS as follows:

>Stewart Haskins, III, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA 30309
>shaskins@kslaw.com
>
>Phyllis B. Sumner, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA 30309
>psumner@kslaw.com

Dates:  September 20, 2019

Respectfully submitted,
**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

/s Joseph P. Guglielmo
Joseph P. Guglielmo
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

## **CERTIFICATION OF FONT SIZE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with 14 point Times New Roman font in compliance with the requirements of Local Rule 5.1(C).

/s Joseph P. Guglielmo
Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, undersigned counsel for The Financial Institution Plaintiffs certifies that on September 20, 2019, counsel filed the foregoing NOTICE OF SERVICE OF SUBPOENA TO BE ISSUED TO SANDRA WINTERS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.  A copy of the foregoing was sent via email to counsel for Equifax, Inc. as follows:

>Stewart Haskins, III, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA 30309
>shaskins@kslaw.com
>
>Phyllis B. Sumner, Esq.
>King & Spalding, LLP
>1180 Peachtree Street, NW
>Atlanta, GA 30309
>psumner@kslaw.com

/s Joseph P. Guglielmo
Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com