United States District Court for the Northern District of Georgia
United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3361

RECEIVED IN CLERK'S OFFICE
U.S D.C. - Atlanta

SEP 20 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Your Honor,

Equifax notified me that they had allowed all of my personal and financial information to be stolen from their database.
I applied online for the $125 that the Federal Trade Commission had specified that Equifax should pay to every one of their victims.
Now Equifax is saying that I will receive 21 cents, because they set aside an insignificant amount for the settlement.
I request that you reject this settlement and force Equifax to pay a commiserate amount to compensate for the damage done from their data breach.

Respectfully,
John Judkins
19730 SW 49th Avenue
Tualatin, Oregon 97062

John Judkins
19730 SW 49th Avenue
Tualatin, OR 97062-8778

PORTLAND OR 972
17 SEP 2019 PM 1 L



United States District Court
Northern District of Georgia
United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3361

30303-331861