ATTEST: A TRUE COPY
CERTIFIED THIS

s/ Stephanie Pittman

James N. Hatten
By: 09/24/2019
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

Martin-Michael Ventress v. Equifax, Inc.,     )
C.D. California, C.A. No. 8:19-01466          )

MDL No. 2800

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Ventress*) on August 27, 2019. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Ventress* was lifted on September 4, 2019, and the action was transferred to the Northern District of Georgia.

Subsequently, on September 16, 2019, the Panel, received, via U.S. Postal Service, a notice of opposition from pro se plaintiff in *Ventress*. Consequently, the Panel will reinstate the conditional transfer order in order to permit pro se plaintiff to pursue his opposition to transfer.

IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-47" filed on August 27, 2019, is REINSTATED. Plaintiff's notice of opposition is deemed filed as of the date of this order.

IT IS FURTHER ORDERED that plaintiff's motion and supporting brief to vacate the Panel's conditional transfer order will be due according to the schedule that will issue shortly.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel