IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 1:17-md-2800-TWT |
| DUSTIN CARPENTER and JASMINE DENNIS, *and all other persons similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC and EQUIFAX INC,<br><br>Defendants. | Civil Action No. 1:19-cv-04242-TWT |

## **ORDER**

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the above individual civil action related to this MDL action.

SO ORDERED, this 25th day of September, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE