RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

17 Sep, 2019

United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Equifax Data Breach Settlement

To Whom it May Concern,

According to Equifax' own online database, my personal information was compromised in their data breach of September 2017.

It is unlikely I will appear at the Farness Hearing. I am using this letter to object to the terms of the FTC settlement in this matter.

The settlement has been poorly reported, and what reporting there has been has been unclear. Awards, if any, may be too small to be of any real consequence to any of the parties to the settlement.

Regards,

David Albrecht
637 N west Knoll Dr Apt 202
West Hollywood CA 90069



Mr. Bert Richmond
445 Westview Dr.
Athens, GA 30606

CLEARED
SEP 23 2019
U.S. Marshal

U.S. District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, Ga. 30303

ATLANTA METRO 303
19 SEP 2019 PM 5 L



CLARION RIVER
FOREVER USA