September 17, 2019

United Stated District Court – Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

To whom it may concern,

I am a member of the settlement class. I was notified by EQUIFAX that my personal information on their database was breached, and I confirmed this by identifying myself on the website provided after the breach.

I don't think, given the nature of the breach, with the short and long-term implications, and that an insufficient amount of money was allocated to compensate the number of individuals in the class, that it is fair, reasonable, or adequate, and I don't think the Court should approve it.

I have not objected to any class action settlements in the previous five (5) years.

I do not intend to appear at the Fairness Hearing, either in person or through a lawyer.

Respectfully,

EDWARD W. FRANK
646 Saddlehorn Drive
Incline Village, NV 89451
Tel: 775-831-1251



RENO NV 895
27 SEP 2019 PM 3 T

U.S. DISTRICT COURT
RICHARD B. RUSSELL BLDG.
2211 UNITED STATES COURTHOUSE
75 TED TURNER BLVD. SW
ATLANTA GA 30303-3309



CLEARED
SEP 2 4 2019
U.S. MARSHAL