17 September 2019

William Bonney
16 Oliver Street, Apt. 2
Watertown, MA 02472

United States District Court for the Northern District of Georgia
75 Ted Turner Dr NW, Suite 2211
Atlanta, GA 30303

RECEIVED
~~FILED~~ IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 24 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Dear Sir or Madam:

I believe my data was breached because of shoddy security at Equifax and I am owed a settlement in re: Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT.

I object to the way the settlement is proceeding; it's not fair nor reasonable. One reason is that Equifax is creating roadblocks for me to get my settlement. I filed a claim on July 29, 2019 (Claim Number: PRWLYBNDVK). On September 7, I got an inconspicuous email that asked for verification and additional information (the name of my credit monitoring service). I happened to notice the email before it went in my spam folder, which is probably where Equifax was hoping it would go.

I feel decieved by the way the settlement is proceeding.

Cordially,

*William E. Bonney*

William Bonney

Mr. William Bonney
16 Oliver St., Apt 2
Watertown, MA 02472-4715

US District Court for the Northern District of Georgia
75 Ted Turner Dr NW, Suite 2211
Atlanta, GA 30303

