**patrick frank**
1622 Crescent Place
Venice, Calif.
90291 USA
310.578.0918
323.283.7327 mobile
pfrank@grabados.org
http://grabados.org

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 25 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

September 16, 2019

Clerk of the Court
U.S. District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

*In re: Equifax Inc. Customer Data Security Breach Litigation*
Case No. 1:17-md-2800-TWT

Dear Mr. Hatten

I am part of the class action settlement named above, and I hereby object to this settlement. The monetary option was first promoted as up to $125, but this will likely by illusory because of the total limit on the payout by Equifax. Moreover, in order to receive this money, one must first prove that they have credit monitoring. This is unnecessarily burdensome. I fell that I have been "baited and switched." In addition, the company should have to pay more. Its breach of trust was so great that Equifax in my opinion deserves the maximum penalty that Georgia allows, which is the "death penalty." The company should be dissolved and its officers tried and jailed if convicted. Thank you for your attention.

Yours cordially

Patrick Frank

**Patrick Frank**
**1622 Crescent Place**
**Venice, CA 90291**

CLERK of THE COURT
U.S. DISTRICT COURT
RUSSELL FEDERAL BLDG
2111 U.S. COURTHOUSE
75 TEN TURNER DR SW
ATLANTA GA 30303





SEP 25 2019
U.S. MO.
Atlanta Ga.