September 17, 2019

United States District Court

Northern District of Georgia

Richard Russell Federal Bldg.

2211 US Courthouse

75 Ted Turner Dr. SW

Atlanta, GA 30303-3309

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 25 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Dear Sir/Ms:

This letter is sent to expressed my continued outrage that a company as corrupt as Equifax can continue to get away with misconduct with no accountability. For more than five years I have attempted, without success, to get Equifax to clean up my credit history. Because Equifax and the other credit bureaus get paid regardless of whether or not they provide accurate information, they continue to ignore consumers.

Now it has been revealed that Equifax did not protect my private data and that of more than 100 MILLION US citizens. But when the FTC came up with a settlement that would pay the claimants a small compensation, Equifax has now managed to dodge any material responsibility.

I ask the court to hold Equifax accountable and at least enforce the settlement the US government negotiated. All three credit bureaus should be further investigated. What recourse does the public have if these companies do not have any accountability?

Most Sincerely,

*[signature]*

Lawrence M. Jacobson

3640 SW Baird St. #3

Portland, OR 97219

206-232-6300

MADISON
3640 SW BAIRD ST #3
PORTLAND OR 97219

PORTLAND OR 972
17 SEP 2019 PM 1 L

CLEARED
SEP 25 2019
U.S. Mar

US DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
RICHARD RUSSELL BLDG
2211 US COURTHOUSE
75 TED TURNER DR SW

RE: EQUIFAX