September 25, 2019



United States District Court for the Northern District of Georgia

The Honorable Judge Thrash,

Your Honor,

It is my understanding that this court is charged with the mediating the settlement involving the privacy breach at Equifax. While I have little belief in Equifax truly being sorry for the loss of not only my privacy but that of that of the rest of my family I have heard that writing a letter may exact a "little" more in damages from Equifax. So here it goes.

My identity is not just what Equifax chose to so poorly keep safe or in the case private. It's not just my credit score, name, address, telephone, email, social security and all those other numbers they could not keep confidential. My identity is mom, wife, nurse, character, uniqueness, status and integrity. All of those are wrapped up in my identity and each of my family's unique identities. So here is the rub in the number of $125 dollars cash. My family in this case my children namely are now exposed to all kinds of damages and fraud. They are asked once more to opt into a settlement they really never had the chance to opt out of in the first place. My youngest graduating from high school that year wanted to know how Equifax got his info in the first place. Did I give it to them? We try to teach fair and decent will receive respect yet in this case that is just plain not the truth. I know it's hard to swallow when you've made a mistake. It's even harder when you think it might ruin you to make it right.

On a personal note it stresses me to no end to pay way more than $125.00 dollars for a block on all our credit. For a family of four it is $9.99/month per person for LifeLock. It increases to $14.99/person per month after the first year and that really only gets you reimbursement when your identity is stolen nothing more. Those are numbers that just don't match math wise with the settlement as is. I mean it really is aggravating that someone could steal my identity and make hundreds of thousands of dollars behind my back. I think it annoys me more because I currently have my identity and can't figure out how to do that. But if it does happen I will be on the hook for way more than that $125.00 number.

Sincerely,

Elizabeth Harding-Estes
Birmingham AL

Estes
1805 Shades Crest Rd
Vestavia Hills, AL 35216

BIRMINGHAM AL 350
25 SEP 2019 PM 5 L

US District Court Northern District of Georgia
Richard B Russell Federal Bldg
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta GA 30303-3309



CLEARED
OCT 2 - 2019
U.S. Marshal