Dear Chief Judge Thrash,

I am writing to request that you deny the settlement proposed by Equifax for their data breach. Like many Americans, my data was stolen in the breach. Like many Americans, I have applied for compensation. And, like many Americans, I am appalled — although not surprised — that the compensation offered by Equifax is both underfunded and entirely insufficient for the damage they caused due to their security failures.

The settlement, as written, is terrible for American citizens. It is terrible because the computer illiterate (including my grandparents) cannot easily apply for compensation. It is terrible because the credit monitoring service offered by Equifax (including a 'call center' (!) and boasting about a 'step by step process' to help victims of identity theft contact companies and officials on their own) is one which reviewers rate poorly compared to other services and, in the wake of millions of Americans being added to their rolls, will almost certainly be understaffed & underfunded. And it is terrible because cash-based compensation will almost certainly be paid with pennies to the dollar.

Equifax's behavior must be penalized, if only to dissuade others from similar lapses. I request you insist upon a fully funded, more sufficient settlement.

Sincerely, Beth Moscato, Ph.D. (Indianapolis, IN)

PS. In reviewing Equifax's FAQ, the company alleges I must provide the following information:

1.) This is regarding In re: Equifax Inc. Customer Security Breach Litigation.

2.) My full name is Elizabeth Moscato-Goodpaster (Beth Moscato). My address is 888 E 66th St #413, Indianapolis, IN 46220.

3.) B Moscato

4.) As someone with a social security #, my data was likely stolen. Equifax's website suggests this is the case.

5.) My objections are detailed above.

6.) I have objected to no class action lawsuit before.

7.) I do not live in GA, or else I would attend the hearing.

Moscato
2885 E 66th St #413
Indianapolis, IN
46220

Georgia Northern District Court
Re: Equifax Data Breach Claim
75 Ted Turner Drive
Atlanta, GA 30303