Your claim form has been submitted successfully

Your claim number is: **PSYTP-26ZKD**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 30 2019

JAMES N. HATTEN, Clerk
By:
　　　　Deputy Clerk

# USA Group
### InternatIonal
### 15 Stark Street, Manchester, NH 03101 USA

**Ambassador (Ret.) George Bruno**
General Counsel & Managing Director

T. 603.867.4322
GBruno1@aol.com

September 25, 2019

US District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Subject: Equifax settlement

## OBJECTION

Please note my objection to the Equifax settlement as being unfair to those of us who are involuntary victims to Equifax's gross carelessness, and far to generous to Equifax.

Also, please consider penalties to be applied to Equifax management and board of directors for violation of its fiduciary duties. This should include termination of employment and removal from the board, along with barring such individuals from serving in any policy capacity of any public corporation for the next 10 years. Criminal prosecution should also be considered.

Respectfully,

George Bruno

Equifax settlement

US District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

30303-330961

MANCHESTER NH 030
27 SEP 2019 PM 1 L

