**BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

IN RE: EQUIFAX, INC., CUSTOMER DATA　　　　　　　　　　MDL No. 2800
SECURITY BREACH LITIGATION

**SCHEDULE OF ACTIONS**

| NO. | CAPTION | CIVIL ACTION NO. | DISTRICT COURT | JUDGE |
|---|---|---|---|---|
| 1 | *Samantha Woods and Joshua Woods, et al., v. Equifax, Inc., et al.* | 4:17-cv-660 | Eastern District of Texas (Sherman Division) | Judge Amos L. Mazzant, III |
| 2 | *Jennifer Whitfill, Jennifer Goodman, James Carroll Hood, Neva Joyce Hood, Larry Bentley Hood and Thristian Michael, et al., v. Equifax, Inc., et al.* | 4:17-cv-771-A | Northern District of Texas (Fort Worth Division) | Judge John McBryde |
| 3 | *Drew Martin, et al., v. Equifax, Inc., et al.* | 3:17-cv-744 | Southern District of Mississippi (Northern Division) | Judge Carlton W. Reeves |
| 4 | *Michael Kemp, et al., v. Equifax, Inc., et al.* | 1:17-cv-147 | Northern District of Mississippi (Aberdeen Division) | Judge Sharion Aycock |