**BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

IN RE: EQUIFAX, INC., CUSTOMER DATA           MDL No. 2800
SECURITY BREACH LITIGATION

## LIST OF PLAINTIFFS

- Samantha Woods
- Joshua Woods
- Jennifer Whitfill
- Jennifer Goodman
- James Carroll Hood
- Neva Joyce Hood
- Larry Bentley Hood
- Thristian Michael
- Drew Martin
- Michael Kemp