AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Chicago                                                            .

Date:    10/07/2019                                /s/ Jay Edelson
                                                                *Attorney's signature*

                                                Jay Edelson (IL 6239287)
                                                *Printed name and bar number*

                                                Edelson PC
                                                350 North LaSalle Street, 14th Floor
                                                Chicago, Illinois 60654
                                                *Address*

                                                jedelson@edelson.com
                                                *E-mail address*

                                                (312) 589-6375
                                                *Telephone number*

                                                (312) 589-6378
                                                *FAX number*