AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

In re Equifax, Inc. Customer Data Sec. Breach Litig. )
*Plaintiff* )
v. ) Case No. 1:17-md-2800-TWT
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Chicago .

Date: 10/07/2019

/s/ Benjamin H. Richman
*Attorney's signature*

Benjamin H. Richman (IL 6300668)
*Printed name and bar number*

Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
*Address*

brichman@edelson.com
*E-mail address*

(312) 589-6377
*Telephone number*

(312) 589-6378
*FAX number*