AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Chicago                                                                                                              .

Date:   10/07/2019

/s/ Sydney M. Janzen
*Attorney's signature*

Sydney M. Janzen (IL 6324107)
*Printed name and bar number*

Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

*Address*

sjanzen@edelson.com
*E-mail address*

(312) 874-7650
*Telephone number*

(312) 589-6378
*FAX number*