AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-md-2800-TWT |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Chicago .

Date:   10/07/2019

/s/ Eve-Lynn J. Rapp
*Attorney's signature*

Eve-Lynn J. Rapp (IL 6300632)
*Printed name and bar number*

Edelson PC
123 Townsend Street, Suite 100
San Francisco, CA 94107

*Address*

erapp@edelson.com
*E-mail address*

(415) 234-5262
*Telephone number*

(415) 373-9435
*FAX number*