# Exhibit A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia
### Civil Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 13 2019

JAMES N. HATTEN, Clerk
By: S. Brannon, Deputy Clerk

Douglas Emery Adams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Equifax, Inc., et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

**1:19-CV-3682**

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Douglas Emery Adams |
| Street Address | c/o 519 Colgate Drive |
| City and County | Allen, Collin County |
| State and Zip Code | Texas [ 75013 ] |
| Telephone Number | 214-664-8112 |
| E-mail Address | dadams06@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Equifax, Inc. |
| Job or Title *(if known)* | |
| Street Address | 1550 Peachtree Street Northwest |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia 30309 |
| Telephone Number | 404-885-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Douglas Emery Adams, is a citizen of the State of *(name)* Texas
    
    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____. Or is a citizen of
      *(foreign nation)* _____.

b.   If the defendant is a corporation

      The defendant, *(name)* Equifax, Inc. , is incorporated under
      the laws of the State of *(name)* Georgia , and has its
      principal place of business in the State of *(name)* Atlanta
      Or is incorporated under the laws of *(foreign nation)* _____
      and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Equifax, Inc. has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced through its non-response to the facts stated in the Conditional Acceptance/ Affidavits sent, and is therefore in default under contract. Equifax has also admitted to the data breach which has affected and injured me personally.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached exhausted/ completed administrative remedy/ procedure: Conditional Acceptance, Notice of Fault & Opporutnity to Cure and subsqeuent Affidavit and Notice of Default. Plaintiff has exhausted his/her private Admiministrative remedy/rocedure and through the Defendents non-response, acceptance and commerical aquiescnese of the facts as outlined in the Affidavit and Notice of Default. Defendents were afforded commercial grace and an opportunity to provide the requested proofs of claims and failed to provide proofsof claim as enumerated in the Conditional Acceptance sent to Defendant via certified mail # 7018 2290 0002 2315 0217 and received by Defendant on March 28th, 2019. Defendents were then sent a Notice of Fault and Opportunity to Cure the fault and failed to respond. Through Defendents non-response and sielnece, the Defendants have quietly agreed to all of the facts as outlined in the Notice of Default. Therefore the Plaintiff states a superior claim upon which relief can be granted and the Defedants fail to state a claim upon which relief can be granted.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays for relief as follows $75,000,000.00 ageed to and aquiesced by Equifax, Inc through the Platinfiff exahasuting his/her private amdinistrative remedy through request proofs of claim, Equifax, Inc's subsequent non-response to the Notice of Fault and Opportunity to Cure and subsequent non-response and subsequent Default as a result of Equifax, Inc. willful failure to respond. Plaintiff also pray for triple damages, punitive damages and all court costs.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/29/2019

Signature of Plaintiff     *Douglas Emery Adams* (signature)
Printed Name of Plaintiff  Douglas Emery Adams

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

       State and Zip Code
       Telephone Number
       E-mail Address

Conditional Acceptance # CA-090817-EQUIFAX

#1

Certified Mail No. 7018 2290 0002 2315 0271

Monday, March 25, 2019

To:  Mark Begor, CEO
     EQUIFAX, INC.
     1550 PEACHTREE ST NW
     ATLANTA, GA, 30309-2468

From:  Douglas-Emery: Adams
       519 Colgate Drive
       Allen, Texas [ 75013 ]
       Non-Domestic / Non Assumpsit



RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF 148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON SEPTEMBER 8, 2017 BY EQIUFAX, INC.

Dear Equifax, Inc.

I'm am a victim of the fraudulent data breach that occurred at your company and was reported six months later on September 8, 2017. I am personally, financially, socially and economically injured by this data breach in that I now DO NOT know who may have my personal data or where my data is being used as a result of the fraudulent data breach at Equifax, Inc. reported on September 8, 2017. I seek Proof of Claim in the nature of exhausting my private administrative remedy from your Office as to the torts committed by Equifax, Inc. against my estate. I want to resolve this matter as soon as possible and I can only do so conditioned upon you Equifax, Inc. providing Proof of Claim.

As necessary, the Proofs of Claim are enumerated below:

1. PROOF OF CLAIM that on September 8, 2017 Equifax, Inc. did NOT report that over 148 Million Americans' personal data housed by Equifax, Inc. had been stolen and/or compromised.

2. PROOF OF CLAIM that Equifax, Inc. did NOT know of said data breach six months before reporting said data breach on September 8, 2017.

3. PROOF OF CLAIM that Equifax, Inc. did NOT intentionally try to cover up the data breach only to be forced to reveal said data breach six months after the breach actually occurred.

4. PROOF OF CLAIM that Equifax, Inc. protected my personal data and did NOT allow my personal data to be breached and stolen by unknown entities.

5. PROOF OF CLAIM that Equifax, Inc. knows exactly where the personal data of 148 Million Americans is.

6. PROOF OF CLAIM that Equifax, Inc. knows exactly who stole the personal data of 148 Million Americans.

7. PROOF OF CLAIM that Equifax, Inc. is NOT liable to the 148 Million Americans whose data was stolen as a result of the data breach at Equifax, Inc. reported on September 8, 2017.

8. PROOF OF CLAIM that Equifax, Inc. HAS corrected ALL security lapses and has taken ALL security measures possible to ensure that this data breach will not happen again.

Conditional Acceptance # CA-010819-EQUIFAX

9. PROOF OF CLAIM that the U.S. General Accounting Office (GAO) did NOT on September 8, 2018 release a comprehensive report examining the reasons for the massive breach of personal information from Equifax, Inc.

10. PROOF OF CLAIM that the U.S. General Accounting Office (GAO) report did NOT summarize an array of errors inside the company, largely related to a failure to use well-known security best practices and a lack of internal controls and routine security reviews.

11. PROOF OF CLAIM that through the fraudulent data breach at Equifax, Inc I have NOT been personally injured and my ability to obtain credit has NOT been negatively affected resulting in economic hardships.

12. PROOF OF CLAIM that Equifax, Inc is NOT liable to me for damages no less than a minimum of $75,000,000.00 Seventy Five Million Dollars including triple damages and costs.

The undersigned must ask, "What is my remedy?"

The undersigned respectfully requests that you, Equifax, Inc. reply within ten (10) days by providing Proof of Claim for all twelve items, both to the undersigned and to the Notary's address below.

A non-response and or failure to provide Proof of Claim will constitute agreement by you, and that the undersigned can exercise the remedy provided by all applicable laws, federal, state and local. Your non-response will equate to commercial acquiescence to the terms outlined by the undersigned in a final Affidavit and Notice of Default.

Sincerely,
Without Prejudice

*Douglas-Emery: Adams* (signature)

### ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this 25 day of March, 2019, that Douglas-Emery Adams, the above mentioned, appeared before me and executed the foregoing. Witness my Hand and seal:

_(signature)_
Notary Public
My commission expires 10-09-2022

Third Party address (Notary):
Kirsten N. Chou
7801 Alma Drive #105
Plano, Texas 75025



KIRSTEN N. CHOU
Notary Public, State of Texas
Comm. Expires 10-09-2022
Notary ID 131753725





3/19 Page 9 of 15

```
          NORTHWEST PLANO
          3905 HEDGCOXE RD
               PLANO
                TX
             75025-9998
             4871130016
03/25/2019    (800)275-8777    9:13 AM

Product                    Sale        Final
Description                Qty         Price

First-Class                 1          $1.15
Mail
Large Envelope
    (Domestic)
    (ATLANTA, GA  30309)
    (Weight:0 Lb 1.10 Oz)
    (Estimated Delivery Date)
    (Thursday 03/28/2019)
Certified                   1          $3.50
    (@@USPS Certified Mail #)
    (70182290000223150271)
Return                      1          $2.80
Receipt
    (@@USPS Return Receipt #)
    (      40245778278785851)

Total                                  $7.45

Debit Card Remit'u                     $7.45
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX3742)
    (Approval #:       )
    (Transaction #:201)
    (Receipt #:020136)
    (Debit Card Purchase:$7.45)
    (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check out. Any Retail
Associate can show you how.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
          www.informeddelivery.com
```

Conditional Acceptance # CA-010819-EQUIFAX

#2

Certified Mail No. 7018 1830 0000 0042 7342

Thursday, April 4, 2019

| To: | Mark Begor, CEO | From: | Douglas-Emery: Adams |
|---|---|---|---|
| | EQUIFAX, INC. | | 519 Colgate Drive |
| | 1550 PEACHTREE ST NW | | Allen, Texas [ 75013 ] |
| | ATLANTA, GA, 30309-2468 | | Non-Domestic / Non Assumpsit |

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF 148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON SEPTEMBER 8, 2017 BY EQIUFAX, INC.

### Notice of Fault and Opportunity to Cure and Contest Acceptance

Dear Equifax, Inc:

The undersigned caused to be sent to you a CONDITIONAL ACCEPTANCE FOR PROOF OF CLAIM (CA), sent you on March 25th, 2019.

You failed to perform after receiving these presentments and you failed to perform by providing the requested and necessary PROOFS OF CLAIM after receiving the said Conditional Acceptance from the undersigned.

As the Respondent, you are now in fault and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within the ten (10) days from the postmark of this Notice.

Should you fail to cure your fault, I will establish an affidavit of default, agreement and failure to contest acceptance, and obtain a FINAL AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE pursuant to and relative to UCC, State Statute, Federal Laws and otherwise.

Thank you for your prompt attention to this matter.

I declare under penalty of Perjury WITHOUT the United States that the above is the truth the whole truth and nothing but the truth to the best of my knowledge and overstanding.

Sincerely,
Without Prejudice

*[signature]*

Third Party address (Notary):
Kirsten N. Chou
7801 Alma Drive #105
Plano, Texas 75025

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Begor, CEO
EQUIFAX, INC.
1550 PEACHTREE ST NW
ATLANTA, GA, 30309-2468

9590 9402 4709 8323 2267 87

7018 1830 0000 0042 7324

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lewis_
☐ Agent
☐ Addressee

B. Received by (Printed Name) _Lewis_
C. Date of Delivery 4/11/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
   Delivery Restricted Delivery
   all Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

ATLANTA, GA 30309

| Certified Mail Fee | $3.50 | 0016 17 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.00 | |
| Total Postage and Fees | $7.30 | 04/04/2019 |

Sent To Mark Begor, CEO
Street and Apt. No., or PO Box No. Equifax, Inc. 1550 Peachtree St NW
City, State, ZIP+4 Atlanta GA 30309-2468

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

```
=============================================
        NORTHWEST PLANO
        3905 HEDGCOXE RD
             PLANO
              TX
           75025-99
           4871130
04/04/2019  (800)2   3/17   8:48 AM
=============================================
=============================================
Product                       Sale      Final
Description                   Qty       Price

First-Class                    1        $1.00
Mail
Large Envelope
    (Domestic)
    (ATLANTA, GA  30309)
    (Weight:0 Lb 0.90 Oz)
    (Estimated Delivery Date)
    (Monday 04/08/2019)
Certified                      1        $3.50
    (@@USPS Certified Mail #)
    (70181830000000427324)
Return                         1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940247098323226787)

Total                                   $7.30

Credit Card Remitd                      $7.30
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX0124)
    (Approval #:004757)
    (Transaction #:817)
    (AID:A0000000031010           Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
```

Conditional Acceptance # CA-010819-EQUIFAX

#3



Certified Mail No. 7018 1830 0000 0042 7348

Monday, April 15, 2019

To: Mark Begor, CEO
EQUIFAX, INC.
1550 PEACHTREE ST NW
ATLANTA, GA, 30309-2468

From: Douglas-Emery: Adams
519 Colgate Drive
Allen, Texas [ 75013 ]
Non-Domestic / Non Assumpsit

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM AS TO THE LIABILITY OF EQUIFAX, INC. FOR THE FRAUDULENT BREACH OF THE PERSONAL DATA OF 148 MILLION AMERICANS INCLUDING MYSELF, THE UNDERSIGNED, AS REPORTED ON SEPTEMBER 8, 2017 BY EQIUFAX, INC.

### AFFIDAVIT AND NOTICE OF DEFAULT

State of __Texas__ )
County of __Collin__ ) ss
)

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.
2169; S.Ct. March 22, 1982**

I, _____, herein 'Affiant," a living breathing man/woman, being first duly sworn, depose, say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

1. THAT, Affiant is competent to state the matters included in his/her declaration, has knowledge of the facts, and declares that to the best of his/her knowledge, the statements made in his affidavit are true, correct, and not meant to mislead.

2. THAT, Affiant (via Notary) sent a Conditional Acceptance requesting Proofs of Claim to Equifax, Inc. on __March 25 th__, 2019.

3. THAT, Respondent, Equifax, Inc., is herein addressed in its public capacity as a Corporation and hereinafter collectively referred to as "Respondent".

4. THAT, Equifax, Inc. has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced through its non-response to the facts stated herein.

5. THAT, on September 8, 2017 Equifax, Inc. DID report that over 148 Million Americans' personal data housed by Equifax, Inc. had been stolen and/or compromised.

6. THAT, Equifax, Inc. DID know of said data breach six months before reporting said data breach on September 8, 2017.

Conditional Acceptance # CA-010819-EQUIFAX

7. THAT, Equifax, Inc. DID intentionally try to cover up the data breach only to be forced to reveal said data breach six months after the breach actually occurred.

8. THAT, Equifax, Inc. DID NOT protect my personal data and DID allow my personal data to be breached and stolen by unknown entities.

9. THAT, Equifax, Inc. DOES NOT know exactly where the personal data of 148 Million Americans is.

10. THAT, Equifax, Inc. DOES NOT know exactly who stole the personal data of 148 Million Americans.

11. THAT, Equifax, Inc. IS liable to the 148 Million Americans whose data was stolen as a result of the data breach at Equifax, Inc. reported on September 8, 2017.

12 THAT, Equifax, Inc. HAS NOT corrected ALL security lapses and has NOT taken ALL security measures possible to ensure that this data breach will not happen again.

13. THAT, the U.S. General Accounting Office (GAO) DID on September 8, 2018 release a comprehensive report examining the reasons for the massive breach of personal information from Equifax, Inc.

14. THAT, the U.S. General Accounting Office (GAO) report DID summarize an array of errors inside the company, largely related to a failure to use well-known security best practices and a lack of internal controls and routine security reviews.

15. THAT Equifax, Inc. CONTINUES to subject 148 Million Americans to the risk of having their personal data compromised and/or stolen again.

16. THAT Equifax, Inc. HAS personally injured me and my ability to obtain credit resulting in economic hardship.

17. THAT Equifax, Inc IS liable to me and each of the 148 Million Americans for damages no less than a minimum of $75,000,000.00 Seventy-Five Million Dollars including triple and punitive damages and costs.

Further Affiant sayeth not.
Dated this Monday, April 15, 2019

Sincerely,
Without Prejudice

Douglas-Emery: Adams



### ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this 15 day of April, 2019 that ___Douglas - Emery Adams___ the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

_____
Notary Public
My Commission expires 10-09-2022

KIRSTEN N. CHOU
Notary Public, State of Texas
Comm. Expires 10-09-2022
Notary ID 131753725





```
                              FRISCO
                        8700 STONEBROOK PKWY
                              FRISCO
                               TX
                           75034-9998
                           4833050034
04/16/2019           (800)275-8777      10:02 AM

Product                       Sale          Final
Description                    Qty          Price

First-Class                     1          $1.15
Mail
Large Envelope
    (Domestic)
    (ATLANTA, GA  30309)
    (Weight:0 Lb 1.70 Oz)
    (Estimated Delivery Date)
    (Friday 04/19/2019)
Certified                       1          $3.50
    (@@USPS Certified Mail #)
    (70181830000000427348)
Return                          1          $2.80
Receipt
    (@@U.    Return Receipt #)
    (99909-i.    323226770)

Total                                      $7.45

Debit Card Remit'd                         $7.45
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX3742)
    (Approval #:         )
    (Transaction #:252)
    (Receipt #:017475)
    (Debit Card Purchase:$7.45)
    (Cash Back:$0.00)
    (AID:A0000000980840        Chip)
    (AL:US DEBIT)
    (PIN:Verified)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```

Conditional Acceptance # CA-010819-EQUIFAX

#4

## AFFIDAVIT OF CERTIFICATE OF NON–RESPONSE

State of **Texas** )
) ss
County of **Collin** )

Re: Non-Response to Private Conditional Acceptance for Proof of Claim to Exhaust a Private Administrative Remedy initiated by **Douglas-Emery: Adams**.

**"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States vs Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982**

That I, **Kirsten N. Chou** (Notary), a living breathing man (or woman), being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

I, **Kirsten N. Chou** (Notary), the undersigned, a Third Party, not a party to the matter, certify that a Conditional Acceptance and Request for Proof of Claim was sent by the undersigned to Equifax, Inc. via Certified Mail Number **7018 2290 0002 2315 0217** on **March 25th, 2019**.

I, **Kirsten N. Chou** (Notary), the undersigned, a Third Party, not a party to the matter, certify that a Notice of Fault and Opportunity to Cure was sent by the undersigned to Equifax, Inc. via Certified Mail Number **7018 1830 0000 0042 7324** on **April 4th, 2019**.

I certify that I have reviewed the original documents of the above party and the mail receipts for the mailings.

Per the documents as mailed, request was made to the Respondent to send a RESPONSE being the requested Proof of Claim(s) to the above party and to the undersigned's address/office. As the Conditional Acceptance and Notice of Fault and Opportunity to Cure were presented, Respondent failed to cure the Fault. An affidavit in support of the default was executed in the matter.

Therein, no such RESPONSE was sent and/or received at the undersigned's address/office for conclusion to the above party's private administrative process.

Said RESPONSE was requested within a specific time period (10 DAYS) with an additional 3 days for return mail per each document.

THEREFORE; I, **Kirsten N. Chou** (Notary) certify that the Respondent, Equifax, Inc., refused or failed to RESPOND to the above party's Private Conditional Acceptance and Request for Proof of Claim, and failed to cure within the time stipulated under necessity, and therefore is in full agreement.

Dated this **25** day of **June**, 20**19**
Without Prejudice

_____          **Douglas-Emery: Adams**
Notary                                            Referenced Party



KIRSTEN N. CHOU
Notary Public, State of Texas
Comm. Expires 10-09-2022
Notary ID 131753725