IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach.  It is before the Court on the pro se Plaintiffs' Motions to Reject the Settlement [Doc. 824 & 825] which are DENIED as premature in that the notice period has not expired. The Plaintiffs may file objections to the proposed settlement.

SO ORDERED, this 17 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\SETTLEMENT.DOCX