IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 1:17-md-2800-TWT<br><br>CONSUMER CASES |

## MOTION TO TELEPHONICALLY APPEAR AT FAIRNESS HEARING

Shiyang Huang, Objector to all class-settlement motions [Doc. 813], respectfully requests to attend the fairness hearing telephonically for Good Cause. Objector lives in Midwest—travel costs alone far exceeds $0.21 absentee recovery, after 100+ hours already spent on pro se Objection [Doc. 813] with no formal legal training and help from no one. Objector opposes Settlement's illusionary relief—while "awarding 25% of a 'megafund' would yield windfall" attorney fees, as "the increase in recovery is merely a factor of the size of the class and has no direct relationship to the efforts of counsel". In re Bluetooth Headset Prods. Liab. Litig., 654 F.3d 935, 942-43 (9th Cir. 2011). Objector also notifies the Court, that Muransky v. Godiva Chocolatier, Inc., 922 F.3d 1175 (11th Cir. 2019) is vacated for en banc review—but all other underlying 11th Circuit precedents are still valid.

Objector's Motion to Appear Telephonically should be GRANTED.

Dated: October 13, 2019

Respectfully Submitted,

_____
Shiyang Huang (pro se)

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2019, I mailed the foregoing as instructed by the settlement notice. Participants in the case will be served by the settlement administrator and CM/ECF filing system.

> Clerk of the Court
> ATTN: 1:17-md-2800-TWT
> United States District Court
> Northern District of Georgia
> 75 Ted Turner Dr., SW
> Atlanta, GA 30303-3309
>
> Equifax Data Breach Class Action Settlement Administrator
> ATTN: Objection
> c/o JND Legal Administration
> P.O. Box 91318
> Seattle, WA 98111-9418

Date: October 13, 2019

/s/ _____
Shiyang Huang (pro se)