SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA, KS 66614

CAROL STREAM IL 601

14 OCT 2019 PM 4 L



Clerk of the Court
ATTN: 1:17-md-2800-TWT
United States District Court
Northern District of Georgia
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

30303-330950