# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS

10/23/2019

**IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

America v. Equifax,

W.D. Virginia, C.A. No. 5:19-00069

)
)
)

**James N. Hatten**
By: s/ Stephanie Pittman
**Deputy Clerk**

MDL No. 2800

## CONDITIONAL TRANSFER ORDER (CTO 51)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 6, 2017, the Panel transferred 76 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1322 (J.P.M.L. 2017). Since that time, 241 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action on this conditional transfer order comprises claims relating to: (1) allegations concerning the 2017 cybersecurity incident involving Equifax in which the personally identifiable information of more than 145 million consumers was compromised, which involve questions of fact that are common to the previously transferred MDL No. 2800 actions; and (2) allegations that defendant has violated the Fair Debt Collection Practices Act and provided false information to two credit reporting bureaus, which do not involve such common questions of fact.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 6, 2017, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr. Counts 1 and 4 in this action, which do not relate to the 2017 Equifax data breach, are separated and simultaneously remanded to the Western District of Virginia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 21, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel