IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

Pursuant to Local Rule 83.4(A), with the permission of the Court, the following individual will be allowed to enter the courthouse with his laptop and cell phone at the Hearing in the above-styled matter scheduled to begin at 10:00 a.m. on December 19, 2019, in Courtroom 2108, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309:

- David Perera, Mlex

Proper identification will be required upon entering the security station on the plaza or lower level.

SO ORDERED, this 31 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\DAVID PERERA.DOCX