# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No. 1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTION ACTIONS ONLY |
| IN RE: EQUIFAX, INC. SECURITIES LITIGATION | Civil Action No.<br>1:17-cv-3463-TWT |
| IN RE: EQUIFAX, INC. DERIVATIVE LITIGATION | Civil Action No.<br>1:18-cv-317-TWT |

## NOTICE OF HEARING

A status conference with lead counsel and liaison counsel in the above-referenced Equifax cases is scheduled for **Tuesday, November 26, 2019 at 10:30 a.m. in Courtroom 2108**.

The Court requests that counsel confer, if able, and forward a proposed agenda for the Court via email to Charlotte Diggs, Courtroom Deputy Clerk to Judge Thomas W. Thrash, Jr., by Friday, November 22, 2019 at 2:00 p.m. The Court also requests that Ranse Partin, Financial Institution Plaintiffs' Co-Liaison Counsel, distribute the call center information previously provided by the Court to leadership counsel wishing to monitor by telephone by that same deadline.

REMINDER REGARDING ELECTRONICS: Out-of-district counsel (or local counsel without blue cards) planning to bring any electronics into the courthouse must submit a proposed order allowing electronic equipment into the courthouse at least three (3) business days prior to the hearing. The proposed order should include the date and time of the status conference, and list the name(s) of the attorney(s) and equipment to be brought in. Proposed orders may be submitted via email to Charlotte Diggs.

Dated: November 5, 2019

/s/ Charlotte Diggs
Charlotte Diggs
Courtroom Deputy Clerk to
Judge Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia
charlotte_diggs@gand.uscourts.gov
404.215.1555