# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 1:17-md-2800-TWT |
| DOUGLAS EMERY ADAMS, Plaintiff, v. EQUIFAX, INC., Defendant. | Civil Action No. 1:19-cv-3682-TWT |

## ORDER

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the above individual pro se civil action related to this MDL action.

SO ORDERED, this 6th day of November, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE