CERTIFIED MAIL NUMBER: 9402 8108 9876 5041 5567 61

# "REQUEST FOR EXCLUSION"

To: Equifax Data Breach Class Action Settlement Administrator
Attn: Exclusion
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV - 4 2019
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

*In re: Equifax Inc. Customer Data Security Breach Litigation,*
Case No. 1:17-md-2800-TWT

I (Name) Connie A Guillen

Name: Connie A Guillen
LAST 6 OF SS#: 143147
ADDRESS: 3205 Revelation Street
CITY, STATE, ZIP: Raleigh NC 27610

hereby request EXCLUSION from the:

*Equifax Inc. Customer Data Security Breach Litigation,*
Case No. 1:17-md-2800-TWT

I declare under penalties of perjury WITHOUT the UNITED STATES that the above is the truth the whole truth and nothing but the truth.

By: [signature]   Date: 8/14/19