

**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327-3007
Voice: 404.467.1155
Fax: 404.467.1166
www.conleygriggs.com

RANSE M. PARTIN
404-809-2591
ranse@conleygriggs.com

November 12, 2019

VIA FILING

The Honorable Thomas W. Thrash, Jr.
Chief Judge, United States District Court for the Northern District of Georgia
2188 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Re: ***Date Correction -- Scheduling Issue related to pending discovery dispute***
In re Equifax, Inc., Customer Data Security Breach Litigation,
No. 1:17-MD-2800-TWT

Dear Judge Thrash:

My November 5 letter [Doc. 862] — regarding the November 25 deposition of former Equifax employee Graeme Payne and the dispute over the documents in his custody — included the incorrect date for the close of discovery. Discovery closes May 22, 2020. My apologies to the Court for any confusion.

Nevertheless, the Financial Institution Plaintiffs believe that the documents in dispute are necessary for Mr. Payne's deposition. If the Court's guidance on this dispute is available before the November 25th deposition, we would be grateful.

Sincerely,

Ranse M. Partin,
Co-Liaison Counsel
Financial Institution Plaintiffs'

RMP:skt
cc: David L. Balser, Esq.
Phyllis B. Sumner, Esq.
S. Stewart Haskins II, Esq.
Gary F. Lynch, Esq.
Joseph P. Guglielmo, Esq.