# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 1:17-md-2800-TWT |
| RAYMOND TODD NEMER, Plaintiff, v. EQUIFAX INC Defendant. | Civil Action No. 1:19-cv-5002-TWT |

## ORDER

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the above individual civil action related to this MDL action.

SO ORDERED, this 13th day of November, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE