IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the pro se Plaintiff Shiyang Huang's Motion to Telephonically Appear at Fairness Hearing [Doc. 852]. The Court will consider the Plaintiff's Objections and has a limited time to hear from anyone at the fairness hearing. The pro se Plaintiff Shiyang Huang's Motion to Telephonically Appear at Fairness Hearing [Doc. 852] is DENIED.

SO ORDERED, this 14 day of November, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge