IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) CONSUMER ACTIONS <br> ) <br> ) |

**NOTICE OF APPEARANCE AND COMPLIANCE WITH
PRELIMINARY APPROVAL ORDER**

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that John W. Davis, 3030 N. Rocky Point Dr. W., Suite 150, Tampa, Florida 33607; Telephone (813) 533-1972; Email john@johnwdavis.com hereby appears in this action.

Pursuant to this Court's Order Directing Notice (DE742) and paragraph 25 of the Notice to Class Members, an objection to proposed attorneys' fees and incentive awards was lodged with the Settlement Administrator in paper form on November 18, 2019 as follows:

> Equifax Data Breach Class Action Settlement Administrator
> Attn: Objection
> c/o JND Legal Administration
> P.O. Box 91318
> Seattle, WA 98111-94180

Page - 1 -

- 2 -

A true and correct copy of the objection is attached hereto as Exhibit 1.

Respectfully submitted, this 19th day of November, 2019.

/s/  John W. Davis

John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
(813) 533-1972

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 19th of November, 2019.

/s/ John W. Davis
John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL 33607
(813) 533-1972