# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## DECLARATION OF CLASS MEMBER MIKELL WEST

Comes now Mikell West and states the following under oath and under penalty of perjury in support of his objection:

1.     My name is Mikell West. I am over the age of eighteen (18) years. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge.

1

2. My current address is 5109 Goldeneye Drive, Corpus Christi, Texas 78413. I have never filed an objection to a class action settlement. My current phone number is 361-215-8487. I am among the approximately 147 million U.S. consumers identified by Equifax whose personal information was impacted by the Equifax Data Breach. I confirmed that I am a Settlement Class Member by visiting the settlement website and submitting my last name and the last 6 digits of my social security number. A true and correct copy of the confirmation from the website is attached hereto as Exhibit 1-A. The website indicated that my personal information was impacted by this incident. *Id*. On November 13, 2019, I filed a claim online. A true and correct copy of the confirmation my claim is attached hereto as Exhibit 1-B.

3. Because I already have credit monitoring services through Experian and will have them for at least six months after filing my claim, I requested a cash payment on my claim.

Dated this the 19th day of November, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Mikell West

# Exhibit 1-A

Please select one option...

# Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

**FILE A CLAIM**

# Exhibit 1-B

EQUIFAX DATA BREACH SETTLEMENT

Home | Key Dates | Important Documents | FAQs | I Would Like To... | ES

## Your Claim Summary

### Your Information

| | |
|---|---|
| First Name | Mikell |
| Last Name | West |
| Middle Initial | |
| Alternative Name | |
| Mailing Address | 5109 Goldeneye Drive |
| Apt No | |
| City | Corpus Christi |
| Country | United States of America |
| State | Texas |
| Zip Code | 78413 |
| Phone Number | (361) 215-8487 |
| Email Address | Mikellwest@gmail.com |
| Year of Birth | 1984 |

### Credit Monitoring: Free Service or Cash Payment

☑ Option 2, Cash Payment: I want a cash payment of up to $125. I certify that I have credit monitoring and will have it for at least 6 months from today.
Current Credit Monitoring Service: Experian

### Cash Payment: Time Spent

| Explanation of Time Spent | Approx Month | Approx Year | Hours and Minutes |
|---|---|---|---|
| Reviewing credit monitoring reports from Experian related to data compromise alerts - this has been a repeated time expenditure with the regular reports from Experian. The October time is an estimate of the regular amount of time routinely spent. | October | 2019 | 0 hours 15 minutes |

### Cash Payment: Money You Lost or Spent

🚫 No money lost or spent

### Supporting Documents

🚫 No documents selected

### How Would You Like to Receive Your Cash Payment

☑ Check

### Your Signature

Your claim will not be received by the Settlement Administrator until you click the submit button after your electronic signature. For security reasons, once you hit submit, you **will not** be able to make any changes to your claim form through this portal, however, you will still be able to go into the portal to upload supporting documentation if you haven't done so. If you later decide you need to change any of the information on your claim form, you will need to reach out to the Settlement Administrator directly.

☑ I affirm under the laws of the United States that the information I have supplied in this claim form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

☑ I understand that I may be asked to provide more information by the Settlement Administrator before my claim is complete.

Mikell West

Date   November 13, 2019

---

### SUCCESS ✓

Your claim form has been submitted successfully
Your claim number is: **P4KNZ-JAXR7**

You May Print These Details And Keep A Copy For Future Reference By Clicking The Print Button

PRINT

---

This Is The Official Settlement Website For The Equifax Data Breach Settlement.
It Is Operated By The Settlement Administrator, Not By Equifax.



 Copyright © 2019 JND. All rights reserved.   Privacy Policy