Description of Mr. West's Lawyers' Legal Background and Prior Experience in Connection with Class Action Litigation

**Jerome J. Froelich, Jr**.
McKenney & Froelich

Mr. Froelich has more than 40 years' experience practicing law and is licensed in Georgia and New Jersey. Mr. Froelich earned his law degree from Seton Hall University School of Law and worked as a trial attorney with the U.S. Attorney's Office. Mr. Froelich has taught litigation programs at various law schools around the nation and has earned numerous honors including a listing in "The Best Lawyers in America," a Super Lawyer for years 2004-2015 and 2017-2020, and has an AV* rating from Martindale Hubbell. Mr. Froelich's experience in class action litigation includes assisting class members in objecting to class action settlements. *See Cross v. Wells Fargo Bank*, N.A., No. 1:15-cv-01270-RWS, United States District Court, Northern District of Georgia; *Markos v. Wells Fargo Bank, N.A*., 1:15-cv-001156-LMM, United States District Court, Northern District of Georgia. Additionally, he has been lead counsel in two other class action cases both in the United States District Court for the Northern District of Georgia. He represented both plaintiffs Kleiner and Morsani in a class action where their cases were joined. *Jackie Kleiner and George Morsani v. the First National Bank of Atlanta*, Northern District of Georgia civil action numbers C80-921 and C81-1553 and two plaintiffs *Allan J. Feifer and Mark Spix v. First Union National Bank of Georgia*, in the Northern District of Georgia. He was also lead counsel in the class action charging the Atlanta Olympic Committee with overcharging for tickets. *David Churin v. Atlanta Committee for the Olympic Games*, (Fulton County Superior Court 1997).

**Robert W. Clore**
Bandas Law Firm, P.C.

Mr. Clore has twenty years' experience as a civil appellate attorney, has been licensed in Texas since 1999, and practices in courts across the nation. Mr. Clore is rated AV Preeminent by Martindale-Hubbell. Mr. Clore graduated *magna cum laude* from St. Mary's University School of Law, served as Articles Editor with the St. Mary's Law Journal, and clerked for two years at the Thirteenth Court of Appeals, State of Texas. He then worked as appellate counsel for several respected defense firms in Texas before joining the Bandas Law Firm to represent plaintiffs in 2016. As Senior Appellate Counsel for the Bandas Law Firm, he has assisted in securing many victories on behalf of clients in both personal injury and class action matters. *See e.g*., *Salinas v. World Houseware Producing* Co., 34 N.Y.3d 925, 926 (Sept. 12,

2019) (New York Court of Appeals reversing in favor of client in products liability action); *Broussard v. Omni Hotels Corp. et al.*, 2019 WL 4309574 (Tex. App.—Corpus Christi Sept. 12, 2019, no pet.) (court of appeals reversing in favor of client in personal injury action); *In re Optical Disk Drive Prods. Antitrust Litig.*, 10-2143, Dkts. 2889 (N.D. Cal. Feb. 21, 2019) (following client class member's objection, the court partially unsealed a portion of class counsels' bid to become class counsel and returned $650,268.62 in expenses to account for objection that class counsel was overcompensated under the terms of their bid; client class member seeks to return tens of millions more to the class on appeal); *In re Lithium Ion Batteries Antitrust Litigation*, 13-md-02420, Dkt. 2005 (N.D. Cal. Oct. 27, 2017) (reducing class counsels' fees from 25% to 10% consistent with objection of client; fee ultimately vacated by Court of Appeals for the Ninth Circuit in *In re Lithium Ion Batteries Antitrust Litig.*, 777 Fed. Appx. 231, 232-33 (9th Cir. 2019)). Mr. Clore's experience in class action litigation is assisting class members in objecting to unfair settlements and excessive fee requests.

**Christopher A. Bandas**
Bandas Law Firm, P.C.

Mr. Bandas has 24 years' experience in civil litigation, licensed in Texas since 1993. He is a member in good standing of the State Bar of Texas, and is admitted to practice in various federal courts across the nation. He graduated from the University of Houston Law Center, where he served an associate editor of the Houston Law Review. After years of work with a respected defense firm in Corpus Christi, Texas, Mr. Bandas started his own plaintiff's firm in 2005. Though he has been criticized by some courts for his representation of objecting class members, he has also assisted them in benefitting classes on numerous occasions. See Exhibit 3. Mr. Bandas's experience in class action litigation is assisting class members in objecting to unfair settlements and excessive fee requests.