<u>Cases in Which Robert Clore, Christopher Bandas, and/or the Bandas Law Firm, P.C. have Represented Class Members in Filing an Objection to a Class Action Settlement in the Preceding Five Years.</u>[1]

1. Cross v. Wells Fargo, 15-1270, United States District Court, Northern District of Georgia. Trial court reduced class counsels' fees by around $500,000 for the benefit of the class but otherwise overruled objection.

2. In re Optical Disk Drive Products, 10-2143, United States District Court, Northern District of California, two objections overruled by the district court and pending on appeal in the Ninth Circuit;[2] on February 21, 2019, in the third objection pending before the district court, the Court unsealed a fee bid (court unsealed one page) consistent with objection, and denied class counsel $650,268.62 in expenses to account for client's objection that class counsel had already been dramatically overpaid under their bid used to secure class counsel status. Objection otherwise overruled.

---

[1] This represents all of the cases in which Mr. Bandas, Robert Clore, and/or the Bandas Law Firm have represented class members in filing an objection to a class action settlement in the preceding five years, to the best of their recollection and after reviewing their records, performing searches on Pacer, and looking on www.serialobjector.com. It should be noted that Mr. Clore was not associated with the Bandas Law Firm until 2016; thus he was not associated with some of the listed objections. Mr. Clore never represented an objecting class member before his employment with Bandas Law Firm, P.C. If any objection is omitted from this list, it is because a lack of recollection or record of having objected in any other cases. Due to a server malfunction at the Bandas Law Firm, P.C. that occurred during the summer, 2017, Mr. Bandas' office lost a considerable amount of records. As such, it is possible that there may be objections not listed which Objector's counsel were unable to recall and which did not appear in their records. Any omission is wholly inadvertent and counsel will take immediate steps to supplement this disclosure should any such discrepancies come to the attention of counsel.

[2] *See Hagens Berman's $31 Million Consumer Antitrust Fee Award at Risk*, Bloomberg Law (Oct. 21, 2019), accessible at https://news.bloomberglaw.com/class-action/hagens-bermans-31-million-consumer-antitrust-fee-award-at-risk.; Dorothy Atkins, *9th Circuit Judge "Concerned" Over Hagens Berman's $42 M Fees*, Law360 (Oct. 21, 2019), accessible at https://www.law360.com/appellate/articles/1211568/9th-circ-judge-concerned-over-hagens-berman-s-42m-fees.

3. In re Lithium Ion Batteries Antitrust Litigation, 13-md-02420, United States District Court, Northern District of California. District court reduced class counsels' fees from 25% to 10% consistent with objection of client; objection otherwise overruled.

4. Jeffrey A. Thomas v. Dun and Bradstreet Credibility Corp, 15-cv-03194, United States District Court, Central District of California. District court cut class counsels' attorneys' fees from 30% to 27% for the benefit of the class, consistent with objection; objection otherwise overruled.

5. Boise v. Ace American Insurance, 15-21264, United States District Court, Southern District of Florida. District court overruled objection after class counsel responded with lodestar material requested by objector.

6. Edwards v. National Milk Producers Federation, 11-cv-04766, United States District Court, Northern District of California. Class counsels' attorneys' fees reduced by $4.3 million for the benefit of the class, consistent with client's objection; objection otherwise overruled. Appeal dismissed.

7. Birchmeier v. Caribbean Cruise Line, 12-cv-04069, United States District Court, Northern District of Illinois. Trial court reduced class counsels' fee between $3-$6 million, depending on the results of the claims process, directly benefitting the class; otherwise objection overruled. Affirmed on appeal.

8. Rawa, et al. v. Monsanto Co., 4:17-cv-01252. Fees reduced by around $1 million consistent with objection; objection otherwise overruled. Pending on appeal.

9. Duncan v. JPMorgan Chase Bank 14-cv-00912, United States District Court, Western District of Texas. Trial court reduced class counsels' attorneys' fees by $1.2 million for the benefit of the class, consistent with the objection of client. Objection otherwise overruled. Appeal dismissed.

10. Abante Rooter and Plumbing, Inc. v. Pivotal Payments Inc., 3:16-cv-05486-JCS, United States District Court, Northern District of California. Trial court

reduced class counsels' fees by $450,000 for the benefit of the class, consistent with the objection of the client. Court also ordered class counsel to produce financial records justifying settlement to objecting class member for inspection. Objection otherwise overruled; appeal dismissed.

11. In re: Lumber Liquidators Chinese-Manufactured Flooring Durability Marketing and Sales Practice Litigation, MDL No. 1:16MD2743, United States District Court, Eastern District of Virginia. Trial court reduced class counsels' fees by around $1 million for the benefit of the class; objection otherwise overruled. Appeal pending.

12. Farnham v. Caribou Coffee Company, Inc., 16-CV-00295-wmc, United States District Court, Western District of Washington. Trial court reduced fees by around $100,000 but otherwise overruled objection. Appeal dismissed.

13. Saltzman v. Pella Corporation, 06-cv-04481, United States District Court, Northern District of Illinois, Eastern Division. Objection filed to the first settlement resulted in reversal of settlement approval by the Seventh Circuit. Objection to the second settlement withdrawn.

14. Medeiros v. HSBC, Case No. 12-885, 15-9093, United States District Court, Central District of California. Objection overruled; appeal dismissed.

15. Markos v. Wells Fargo Bank, 15-cv-01156, United States District Court, Northern District of Georgia. Objection overruled.

16. Williamson v. McAfee, 14-cv-00158, United States District Court, Northern District of California. Objection overruled. Appeal dismissed.

17. Cipro Cases I & II, Judicial Council Coordination Proceeding Nos. 4154 and 4220, Superior Court of San Diego, objection overruled, appeal dismissed for lack of jurisdiction.

18. In re Syngenta AG MIR 162 Corn Litigation, Master File No. 2:14-MD-02591-JWL-JPO, MDL No. 2591, United States District Court for the District of Kansas, objection overruled, pending on appeal.

19. Farrell, et al. v. Bank of America, N.A., 3:16-cv-00492, United States District Court, Southern District of California. Objection overruled. Pending on appeal.

20. Jabbari, et al. v. Wells Fargo & Co. and Wells Fargo Bank, N.A., 15-cv-02159, United States District Court, Northern District of California, objection overruled, pending on appeal.

21. McKnight, et al. v. Uber Technologies, 3:14-cv-05615, United States District Court, Northern District of California. Objection pending before the district court.

22. Siciliano, et al. v. Apple, Inc., 2013-1-CV-257676, Superior Court of California, County of Santa Clara. Objection overruled; appeal dismissed.

23. Farenth v. Walmart Stores, Inc., G.D. 13-11472, Court of Common Pleas, Allegheny County, Pennsylvania. Objection overruled.

24. Schwartz v. Avis, No. 11-4052, United States District Court, District of New Jersey. Objection overruled. Appeal dismissed.

25. Sanborn v. Viridian Energy, 3:14-cv-01731, United States District Court, District of Connecticut. Objection overruled.

26. Perkins v. Linkedin, 13-4303 (N.D. Cal); 16-15430, United States Court of Appeals, Ninth Circuit. Appeared on appeal. Appeal dismissed.

27. In re: Automotive Parts Antitrust Litigation, 12-2311, 13-903, 13-1003, 13-2203, United States District Court, Eastern District of Michigan, objection overruled, appeal dismissed.

28. Chambers v. Whirlpool, Case No. 8:11-cv-01733, United States District Court, Central District of California, objection overruled, appeal pending in the Ninth Circuit.

29. Ebarle et al v. Lifelock, Inc., Case No. 3-15-cv-258, United States District Court, Northern District of California. Objection overruled; appeal dismissed.

30. In re Life Time Fitness, Inc TCPA Litigation, 14-md-02564, United States District Court, District of Minnesota. Objection overruled. Affirmed on appeal.

31. Sanchez-Knutson v. Ford Explorer, United States District Court, Southern District of Florida, 14-61344. Objection overruled. Appeal dismissed.

32. Clark v. Gannett, 16 CH 06603, Circuit Court, Cook County Illinois; objection struck as contempt for objector failing to appear for hearing; appeal dismissed for lack of jurisdiction.

33. In re: Blue Buffalo Company LTD. Marking and Sales Practices Litigation, 14-md-2562, United States District Court, Eastern District of Missouri. Objection overruled; affirmed on appeal.

34. Garber, et al. v. Office of the Commissioner of Major League Baseball; Case No. 12-cv-03704, United States District Court, Southern District of New York. Objection withdrawn, appeal withdrawn. Court admonishes Mr. Bandas in an order denying sanctions.

35. Fauley et al v. Metropolitan Life, Storick, 14 CH 1518, Circuit Court, Lake County Illinois. Objection overruled, appeal dismissed

36. Wright v. Nationstar Mortgage, 14-cv-10457, United States District Court, Northern District of Illinois. Objection withdrawn.

37. Mehigan v. Ascena Retail Group 15-cv-00724, United States District Court, Eastern District of Pennsylvania. Objection overruled, appeal dismissed.

38. Beck v. Harbor Freight,  , Court of Common Pleas, Lake County Ohio. Objection overruled, appeal dismissed

39. In re Electronic Books Antitrust Litigation, No. 11-md-02293 (DLC), Southern District of New York. Objection overruled, no appeal filed.

40. Circeo-Loudon et al v. Green Tree Servicing, 14-cv-21384, United States District Court, Southern District of Florida. Objection withdrawn.

41. Cole v. Nibco, Inc., 13-7871, United States District Court, District of New Jersey. Objection withdrawn.

42. In re: Takata Airbag Product Liability Litigation, Master File No. 15-MD-02599, S.D. Fla. Case No. 1:14-cv-24009, United States District Court, Southern District of Florida. Objection overruled, appeal dismissed.

43. Vergara v. Uber Technologies, 15-cv-06942, United States District Court, Northern District of Illinois. Objection overruled, represented client only on appeal, appeal dismissed.

44. Thomas Jackson v. Petrohawk Energy Corp. Shareholder Litig., No. 1142124, 129th District Court, Harris County, Texas. Objection overruled, appeal dismissed by First District Court of Appeals, Texas.