WILLIAM J. MCKENNEY (GA & NY)
JEROME J. FROELICH, JR. (GA & NJ)

MCKENNEY & FROELICH
ATTORNEYS AT LAW
1360 PEACHTREE STREET
ONE MIDTOWN PLAZA, SUITE 910
ATLANTA, GEORGIA 30309
www.mckenneyfroelichlaw.com

TELEPHONE
(404) 881-1111
FACSIMILE
(404) 881-8040

November 19, 2019

*Personal and Confidential*

Mr. Robert Clore, Esq.
Bandas Law Firm PC
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353

RE:  In Re: Equifax Inc., Customer Data Security Breach Litigation
Case No.: 1:17MD2800TWT (NDGA)

Dear Robert:

This will confirm our agreement whereby I will be co-counsel with your firm and enter an appearance on behalf of Objector Mikell West to the settlement of the Class Action case against Equifax, reference above, in the United States District Court for the Northern District of Georgia. In return you will send me a retainer of $10,000.00 to be paid no later than December 1, 2019. In addition to the $10,000.00 I will receive 15% of any of the amounts you receive in any monies you receive in the Equifax Inc. case. The $10,000.00 will be deducted from any money owed me on the 15% fee.

Very Truly Yours,

Jerome J. Froelich, Jr.

JJF/apk