IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: Equifax Inc, Cutomer Data | : | |
| Security Breach Litigation | : | CASE NO. 1:17MD2800-TWT |
| | : | |
| | : | |
| MIKELL WEST | : | Chief Judge Thomas W. Thrash Jr. |
| Objector | : | |

## NOTICE OF APPEARANCE

Comes now Jerome J. Froelich, Jr., and gives notice to the Court that he will represent and be an attorney of record for Objector Mikell West in the above referenced case.

Respectfully submitted,

S/ Jerome J. Froelich Jr.
Jerome J. Froelich, Jr.
State Bar No. 278150

McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111
jerryfroelich@comcast.net

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by ECF:

Bradley Austin, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Las Vegas, NV 89169

David Lewis Balser, Esq.
Elizabeth Dees Adler, Esq.
King and Spalding, LLP-ATL 40
40th Floor
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521

Jordan S. Bolton, Esq.
Clark Hill, PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226

Matthew Vernon Burrows, Esq.
Gallagher Callahan & Gartrell PC
214 N Main Street
Concord, NH 03301

Jayna Morse Cacioppo, Esq.
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Melissa Anne Campbell, Esq.
Jones Walker LLP3
Miami Center, Suite 2600
201 South Biscayne Boulevard
Miami, FL 33131

Charles Henry Carpenter, Esq.
Pepper Hamilton-DC
600 Fourteenth Street NW
Washington, DC 20005-2004

Molly Renee Hamilton Cawley, Esq.
MHC Law, LLC
1250 Folly Road
Charleston, SC 29412

Adam Cooke, Esq
Hogan Lovells, US LLP-DC
555 Thirteenth Street NW
Washington, DC 20004

Peter Corsale, Esq.
Polsinelli PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102

Stephen Paul Drobny, Esq.
Jones Walker, LLP -ATL
One Midtown Plaza, Suite 1030
1360 Peachtree Street NE
Atlanta, GA 30309

Noam B. Fischman, Esq.
Polsinelli PC - DC
1401 Eye Street, NW, Suite 800
Washington, DC 20009

Alicia Bliss Gilbert, Esq.
King & Spalding
1185 Avenue of the Americas
New York, NY 10036

Wesley B. Gilchrist, Esq.
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Robert Douglas Griest, Esq.
King & Spalding LLP - ATL
1180 Peachtree Street NE
Atlanta, GA 30309

Sidney Stewart Haskins, II, Esq,
King & Spalding LLP - ATL
1180 Peachtree Street NE
Atlanta, Georgia 30309

Christopher J. Haugen, Esq.
Messeril & Kramer, PA
100 South Fifth Street
1400 Fifth Street Towers
Minneapolis, MN 55402

Peter Isajiw, Esq.
King & Spalding, LLP - NY
1185 Avenue of the Americas
New York, NY 10036

Benjamin C. Jensen, Esq.
Robinson & Cole
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3597

John R. Lawless, Jr., Esq.
King & Spalding, LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071

Joseph W. Lawver, Esq.
Messerli & Kramer, PA
100 South Fifth Street
1400 Fifth Street Towers
Minneapolis, MN 55402

William O. Luckett, Jr., Esq.
Luckett Tyner Law Firm, PA
PO Box 1000
143 Yazoo Avenue
Clarksdale, MS 38614

Daniel D. McGuire, Esq.
Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201

Joann Needleman, Esq.
Clark Hill PLC-PA
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Stewart O. Peay, Esq.
Snell & Wilmer LLP
15 W South Temple Ste 1200
Gateway Tower West
Salt Lake City, UT 84101

Harlan Irby Prater, IV, Esq.
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Edith Ramirez, Esq.
Hogan Lovells
555 13th Street NW
Washington, DC 20004

Roger D. Rowe, Esq.
Lax Vaughn Fortson Rowe Threet PA
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Ralph Downing Scott, III, Esq.
Lax Vaughn Fortson Rowe Threet PA
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Phyllis Buchen Sumner, Esq.
King & Spalding LLP - ATL
1180 Peachtree Street NE
Atlanta, GA 30309

John Christopher Toto, Esq.
King & Spalding LLP - ATL
1180 Peachtree Street, NE
Atlanta, Georgia 3030

Rachel M. Wertheimer, Esq.
Verrill Dana, LLP - MA
PO Box 586
One Portland Square
Portland, MA 04112

Joseph Richard Wetzel, Esq.
King & Spalding, LLP-SF CA
101 Second Street, Suite 2300
San Francisco, CA 94105

John M. Williams, Esq.
Rajkovich Williams Kilpatrick & True, PLLC
3151 Beaumont Center Circle, Suite 375
Lexington, KY 40513

Patricia Williams, Esq.
Wiggins Williams & Wiggins
PO Box 1308
Albuquerque, NM 87103

G. Gabriel Zorogastua, Esq.
Polsinelli PC - MO
Suite 900
900 W 48th Place
Kansas Cirty, MO 64112

and all other counsel of Record in the case.


This <u>19th</u> day of <u>November</u>, 2019.


                                                  <u>S/Jerome J. Froelich Jr.</u>
                                                 JEROME J. FROELICH, JR.
                                                 Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111
jerryfroelich@comcast.net