Troy Schiffler
26359 Shandy T/l
Merrifield, MN 56465

US District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303-3309