# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-md-02800-TWT**

**IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**

**FINANCIAL INSTITUTION ACTIONS**

**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 11/26/2019.

TIME COURT COMMENCED: 10:39 A.M.
TIME COURT CONCLUDED: 10:55 A.M.   COURT REPORTER: Diane Peede
TIME IN COURT: 00:16               DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Joseph P. Guglielmo representing Plaintiffs
Gary F. Lynch representing Plaintiffs
MaryBeth V. Gibson representing Plaintiffs
Ranse Partin representing Plaintiffs
David L. Balser representing Equifax, Inc.
Phyllis B. Sumner representing Equifax, Inc.
***Natasha Moffitt representing Equifax, Inc. (GA Bar #367468)

**PROCEEDING CATEGORY:** Status Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** Counsel appeared for a status conference held at the Court's request. Mr. Guglielmo and Mr. Balser updated the Court on the status of discovery. Mr. Guglielmo, Mr. Balser, and Mr. Lynch discussed the pending motions, Docs. [791], [792], and [648]. The Court ORDERED Mr. Balser to file a supplemental brief containing his argument that the [791] Motion to Compel is moot by NOON a week from Friday, and Mr. Lynch was ordered to respond to Mr. Balser's brief by NOON the following Friday. Briefs are to be no longer than 10 pages each. The Court will make its ruling on the [698] Motion as quickly as possible, and apprised counsel of upcoming trials. The next status conference will be set sometime in March.

**HEARING STATUS:** Hearing Concluded