November 19, 2019

Clerk of Court
United States District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Request for Fair Hearing Telephonic Presence**

    Equifax Inc. Customer Data Security Breach Litigation

    Case No. 1:17-md-2800-TWT

Dear Clerk of the Court:

    I am a member of the class action lawsuit in the above-referenced matter. I would like to ask the Court to allow me to represent myself telephonically instead of having to attend in person or pay for a lawyer.

    I am located in Chandler, Arizona and thus flying to Atlanta to be physically present is unduly burdensome both with respect to travel time and expenses. The current publicly estimated payout is 4% of what one claims (e.g. <$5 of $125) would not cover my costs and only serve to make me less whole. All questions and objections that I would like to present during the hearing proceedings can be communicated telephonically. If granted telephonic presence please instruct via mail or email when and how to dial into the fair hearing.

    While I have submitted an objection form via Reuben Metcalfe's nothanksequifax.com website, I have attached a copy here since I'm personally mailing the Court anyways so as to ensure that my objections are read by The Honorable Thomas W. Thrash Jr.

Thank you for your consideration.

Sincerely,

Scott Anecito
scott.anecito@protonmail.com
3999 South Dobson Road #2026
Chandler, AZ 85248

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Scott Anecito

3999 South Dobson Road #2026, Chander, AZ 85248

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I may               attend the settlement hearing in person.

I do not expect     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This doesn't even scratch the surface of making myself whole and the settlement obtained is nonsensical. The former CEO, Richard F. Smith, made off like a bandit with an approximately $18.4 million bonus as he retired. The cash fund in the settlement is for $32 million. The class consists of almost half the US populace at roughly 150 million people. The accused found guilty of gross negligence and damages has a bonus of over half the value of the cash fund for 150 million people. I don't want to change my name. I can't change my SSN. It's absurd to get < $5 from the settlement, to change things like address, driver's license, card numbers, etc. I spent thousands; this is not acceptable. Experian and Equifax both suffered breaches that affected millions of people. 'Monitoring' is not an acceptable alternative to $5 given their utter technical incompetence & greed

*[signature]*