



```
U.S. POSTAGE PAID
FCM LETTER
CHANDLER, AZ
85248
NOV 19, 19
AMOUNT
$6.85
R2304M115637-16
```

1000
30303

PHOENIX
AZ 852
19 NOV '19
PM 4 L

Clerk of Court
US District Court for N. District of GA
75 Ted Turner Drive, SW
Atlanta, GA 30303-3369

Scott Acedo
3999 S. Dobson Rd. #2026
Chandler, AZ 85248

7019 0140 0000 1052 7262



CERTIFIED MAIL