# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## FRANK AND WATKINS' MOTION TO STRIKE THE DECLARATION OF PROFESSOR ROBERT H. KLONOFF

Pursuant to Federal Rule of Evidence 702 and Civil Local Rule 26.2(C), Objectors Frank and Watkins move to strike the Declaration of Professor Robert H. Klonoff (Dkt. 858-2) for the reasons set forth in the accompanying memorandum of law.

Dated: December 2, 2019.

/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Hamilton Lincoln Law Institute
1629 K Street, NW Suite 300
Washington, DC 20036
Phone: (573) 823-5377
Email: melissa.holyoak@hlli.org

*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: December 2, 2019.                                             /s/ Melissa A. Holyoak