**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT CONSUMER ACTIONS Chief Judge Thomas W. Thrash, Jr. |

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATIONS

Pursuant to this Court's Order Directing Notice [Doc. 752, ¶28], the Consumer Plaintiffs ("Plaintiffs") intend to file a memorandum in support of final approval and a separate memorandum responding to Settlement Class Member Objections on or before December 5, 2019. Pursuant to this Court's Local Rules, briefs in support or in response to a motion are limited in length to 25 pages, and briefs in reply are limited to 15 pages. L.R. 7.1(D). With respect to their memorandum responding to objections, in order to appropriately respond to those objections, Plaintiffs seek an enlargement of the page limitation 50 pages.

Additionally, Class Counsel intend to file a reply brief in support of their motion for attorney's fees, costs, expenses, and service awards on or before December 5, 2019.  In order to appropriately respond to objections regarding this

issue, Plaintiffs seek an enlargement of the page limitation from 15 to 25 pages.

Plaintiffs respectfully request that the Court grant their Motion to enlarge the afore-

mentioned page limitations.

Defendant does not oppose the relief requested in the motion.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 2nd day of December, 2019.

> /s/ Kenneth S. Canfield
> Kenneth S. Canfield
> Ga Bar No. 107744
> **DOFFERMYRE SHIELDS**
> **CANFIELD & KNOWLES, LLC**
> 1355 Peachtree Street, N.E., Suite 1725
> Atlanta, Georgia 30309
> Tel. 404.881.8900
> kcanfield@dsckd.com
>
> /s/ Amy E. Keller
> Amy E. Keller
> **DICELLO LEVITT GUTZLER LLC**
> Ten North Dearborn Street, Eleventh Floor
> Chicago, Illinois 60602
> Tel. 312.214.7900
> akeller@dicellolevitt.com
>
> /s/ Norman E. Siegel
> Norman E. Siegel
> **STUEVE SIEGEL HANSON LLP**
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> Tel. 816.714.7100
> siegel@stuevesiegel.com
> ***Consumer Plaintiffs' Co-Lead Counsel***

2

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road, Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com
*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com
***Consumer Plaintiffs' Steering
Committee***

4

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com
***Consumer Plaintiffs' State Court***
***Coordinating Counsel***

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this motion and the accompanying memorandum of law

have been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its

CM/ECF service, which will send notification of such filing to all counsel of record.

This 2nd day of December, 2019.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel.770.227.6375
roy@barneslawgroup.com