# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITS

Before the Court is the Consumer Plaintiffs' Unopposed Motion for Enlargement of Page Limitations. Upon a review of the Motion and the record, and for other good cause shown, the Motion is GRANTED. The Consumer Plaintiffs may file a memorandum of law responding to Settlement Class Member objections not to exceed 50 pages. Class Counsel may file a reply memorandum in support of their motion for attorney's fees, costs, expenses, and service awards not to exceed 25 pages.

SO ORDERED this 3rd day of December, 2019.

/s/ Thomas W. Thrash
Thomas W. Thrash, Jr.
United States District Judge