SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA, KS 66614

CAROL STREAM IL 601

27 NOV 2019 PM 9 L

CLEARED
DEC 2 - 2019
U.S. Marshals
Atlanta Ga

FOREVER / USA

Clerk of the Court
Attn: 1:17-MD-2800-TWT
U.S. District Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

30303-331861