AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Equifax Inc. Customer Data Security Breach Lit. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| Consumer Actions ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Indiana, Amicus Curiae.

Date: 12/05/2019

/s/Douglas S. Swetnam
*Attorney's signature*

Douglas S. Swetnam, 15860-49
*Printed name and bar number*

302 West Washington Street
5th Floor
Indianapolis, IN 46204
*Address*

Douglas.Swetnam@atg.in.gov
*E-mail address*

(317) 232-6294
*Telephone number*

(317) 232-7979
*FAX number*