# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## NOTICE OF FILING DECLARATION OF JENNIFER M. KEOUGH ENCLOSING OBJECTIONS AND OPT-OUT REQUESTS RECEIVED

Court-appointed Co-Lead Counsel and the Plaintiffs' Steering Committee for the Consumer Track in this multidistrict action are, contemporaneously with this notice, filing the Declaration of Jennifer M. Keough Enclosing Objections and Opt-Out Requests Received. The Declaration encloses all objections to and opt-outs from the proposed Settlement received to date, regardless of whether or not they conform to the requirements of the Court's Order Directing Notice [Doc. 742].

Respectfully submitted this 5th day of December, 2019.

                                                    */s/ Kenneth S. Canfield*
                                                    Kenneth S. Canfield
                                                    **DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
                                                    1355 Peachtree Street, N.E., Suite 1600
                                                    Atlanta, Georgia 30309

*/s/ Amy E. Keller*
Amy E. Keller
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street,
Eleventh Floor
Chicago, Illinois 60602

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060

David J. Worley
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612

2

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, DC 20006

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza, 19th Floor
New York, New York 10119

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224

Jason R. Doss
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, GA, 30303

*Consumer Plaintiffs' State Court Coordinating Counsel*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

> /s/ Amy E. Keller
> Amy E. Keller

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019, a copy of the **Notice of Filing Declaration of Jennifer M. Keough Enclosing Objections and Opt-Out Requests Received** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

<i>/s/ Amy E. Keller</i><br>
Amy E. Keller