# Exhibit B - 6

September 16, 2019
to:United States District Court for the Northern District of Georgia

re: Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT

To whom it may concern:
equifax told us that we might be eligible for  a $125 settlement for the stress, pain, suffering and time
waste they put us through through their negligence.  So I filled out their forms only to find that they
had more hoops for me to jump to be able to claim the settlement. It reminds me of bait and switch and
it is unfortunate that large companies like this can be so arrogant and get away with it. My husband and
I both suffered from the powerlessness and uncertainty their mess caused us. My personal information
was impacted by this incident.
I have never objected to a class action settlement before (I didn't even know I could!)


Thank you for your time
Sincerely

Madelaine Boothby
8018 36th ave so
Seattle WA 98118

Received
SEP 19 2019
by JNDLA



SEATTLE WA 980

17 SEP 2019 PM 6 L

Equifax Data Breach Class
Action Settlement Admin.
ATTN: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-91318

SEP 1 9 2019



Ms. Mimi Boothby
8018 36th Ave. S.
Seattle, WA 98118-4305

Mara Rockliff
319 Nevin St
Lancaster, PA 17603

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418



*In re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

I was notified by Equifax that I am a member of the settlement class in the Equifax Data Breach Lawsuit. I filled out the form for the $125 compensation. I received a statement that "Because of the number of individuals who have selected the alternative compensation cash payment, the amount you receive may be substantially less than $125." (See attached.)

I object to this settlement, which fails either to adequately punish Equifax or compensate the victims. Equifax knowingly put aside insufficient funds to pay the promised $125, which was already a very inadequate compensation for failing to protect personal information that none of us chose to share with Equifax in the first place. The company should not be allowed to evade paying the promised compensation.

I have not objected to any class action settlement in the past. I will not appear at the Fairness Hearing. I can be contacted for dates when I'm available to be deposed by counsel.

Mara Rockliff

Date or Amend Your Claim: Alternative Compensation Cash Payment or Credit Monitoring

Claim Number: PXMS6-V7ZQT

our claim to be considered, you must provide the name of your credit monitoring service and certify that you will have it for at least the 6 months from the date you submitted your claim.

☑ Click this box if you want to keep the alternative compensation cash payment. Your payment may be substantially lowered, depending on the number of valid claims filed.

*us of the number of individuals who have selected the alternative compensation cash payment, the amount you receive may be substantially +to, $125.*

*In order to verify your claim, please provide the name of your credit monitoring service that you will have for at least the next six months:*

**Credit Monitoring Service (required)**

Capital One Credit Tracker

**OR**

☐ Click this box if you would like to amend your claim to get at least 4 years of free credit monitoring, instead, which monitors your credit file at all three bureaus—Equifax, TransUnion, and Experian—at no cost to you.

**OR**

☐ Click this box if you wish to select neither alternative compensation cash payment nor free credit monitoring.



HARRISBURG PA 171

17 SEP 2019 PM 2 L

Ms. Mara Rockliff
319 Nevin St.
Lancaster, PA 17603

SEP 2 0 2019

Equifax Data Breach Class Action
Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle , WA 98111-9418

Marilyn K. Keats
8834 Cinnabay Drive Charlotte, NC 28216
704-649-8488
snowbird2344@gmail.com
17 September 2019
Claim No: PHBL99-EWFZ5

Received
SEP 20 2019
by JNDLA

Re: Equifax Inc.
    Customer Data Security Breach Litigation
    Case No: 1:17-md-2800-TWT


Dear Legal Administrator,

I wish to object to this settlement and to how it was handled. I am a victim of a crime due to the lax
security measures that Equifax was warned about time and again. At the time of the breach I was
worried every day if my bank accounts would be emptied out or if someone would open up credit cards
in my name. I opened an I.D. monitoring service with my local bank, Fifth Third Bank and Trust.

After the breach, I did everything that I was told to do by Equifax. I was informed by them that my
personal information "was impacted". After that I filled out a claim form, to be compensated for my
hardship. At the time, I did not know how many people had been impacted. Upon learning that a
settlement had been reached for $700 million, I felt that I would receive a "fair" settlement. The
government publicly stated that a compensation of $125.00 would be forthcoming.

Upon learning that Equifax had only earmarked $31 million for 147 million people, leaving only .21
cents for each victim, I had no choice but to amend my claim from the $125, or should I say, .21 cents
to the free monitoring service, a service which I have elected my bank to provide.


Page 1 of 2

How is it that the government allowed Equifax to earmark the amount of money that would be set aside? What happened to the balance of the money? Where is the justice for the victims?

I am not part of any other legal action or settlement.

I do not plan to appear at the Fair Hearing or take part in any other legal action.

Thank you.


Respectfully,


Marilyn K. Keats

*Marilyn K. Keats*


enc: 2   personal information impacted
         claim amendment


page 2 of 2

# EQUIFAX DATA BREACH SETTLEMENT

## Validate or Amend Your Claim: Alternative Compensation Cash Payment or Credit Monitoring

**Claim Number:** PHBL9-EWFZ5

Your claim will not be received by the Settlement Administrator until you click the submit button after your electronic signature. For security reasons, once you hit submit, you will not be able to make any changes to your claim form through this portal. If you later decide you need to change any of the information on your claim form, you will need to reach out to the Settlement Administrator directly.

☑ I affirm under the laws of the United States that the information I have supplied in this claim form is true and correct to the best of my knowledge.

☑ I understand that I may be asked to provide more information by the Settlement Administrator before my claim is complete.

Date    September 17, 2019    Marilyn K. Keats

Thank you for providing additional information to validate or amend your claim. We may contact you in the future if there are any issues with your form or claim.

## SUCCESS 

Your amended claim form has been submitted successfully

}

# EQUIFAX DATA BREACH SETTLEMENT

## Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the **FAQ page**.

**FILE A CLAIM**



CHARLOTTE NC 282

17 SEP 2019 PM 5 L

Equifax Data Breach Class Action —
Settlement Administrator
Attn: JND Legal Administration
P.O. Box 91318
Seatle, WA. 98111-9418

SEP 20 2019



Mr. Daren Keats
8834 Cinnaboy Dr.
Charlotte, NC 28216

98111-941818



Mr. Daren Keats
8834 Cinnaboy Dr.
Charlotte, NC 28216

**Mark Mills-Thysen**
337 Neva Street, Sebastopol, California  95472
Telephone 707-481 5488
millsthysen@gmail.com

September 17, 2019

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

RE Equifax Inc. Customer Data Security Breach Litigation,
Case No. 1:17-md-2800-TWT

*Received*
*SEP 2 3 2019*
*by JND LA*

Dear Administrator:

I always appreciate the efforts of you and the court to hear objections from members of the class.

I am Mark Mills-Thysen
I reside at 337 Neva Street, Sebastopol, California  95472
My telephone number is 707-481 5488.  My email is millsthysen@gmail.com
I filed a claim for $125 from Equifax on September 17, 2019 because personal information Equifax was guarding was breached at some prior date as confirmed by the Equifax website.
I have not participated in any class action lawsuits in the last five years.

I object to the proposed settlement.

Equifax had one job — keep its vast trove of personal financial information on me and millions of Americans secure. In 2017, the company failed spectacularly at that job when a hack compromised the information of more than 147 million people.

The paltry offer of $125 for having one's personal information compromised is totally inadequate for the scale of the damage Equifax allowed to happen.  Each member of the affected public should receive a cash payment of no less than $10,000.00 for the damage, duress and breach of public trust they have allowed.

Any settlement of this matter should demonstrate to all Equifax executives (and all other actors in the collecting data for hire business) that shoddy security is criminal and will not be tolerated by the court.

Many thanks for your aid and courtesy in this matter.

Yours truly,

Mark Mills-Thysen

Your claim form has been submitted successfully
Your claim number is:  **PZ2JX-C5HYU**

# EQUIFAX DATA BREACH SETTLEMENT

## Your Claim Summary

### Your Information

| | |
|---|---|
| First Name | Mark |
| Last Name | Mills-Thysen |
| Middle Initial | |
| Alternative Name | |
| Mailing Address | 337 NEVA ST |
| Apt No | |
| City | SEBASTOPOL |
| Country | United States of America |
| State | California |
| Zip Code | 954723665 |
| Phone Number | (707) 481-5488 |
| Email Address | millsthysen@gmail.com |
| Year of Birth | 1950 |

## Credit Monitoring: Free Service or Cash Payment

☑ Option 2, Cash Payment: I want a cash payment of up to $125. I certify that I have credit monitoring and will
have it for at least 6 months from today.

SAN FRANCISCO CA 940

18 SEP 2019 PM 3 L

SEP 2 3 2019

MILLS-THYSEN
337 NEVA STREET
SEBASTOPOL, CA 95472

September 16, 2019

Received
SEP 2 0 2019
BY: 'ND: A

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

In re: Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT

To Whom It May Concern:

My name is Mary Leslie Barnett and my address is 14226 North 43rd Street, Phoenix, AZ, 85032.  I believe that I am a member of this settlement class because when I went to the Equifax settlement website and entered my information, it indicated that I had personally been affected by the Equifax data breach.

I object to the way that this settlement is being handled because I am being required to obtain a credit monitoring service in order to receive the $125 settlement. I have not pursued credit monitoring services because at the time that I was informed of the Equifax data breach (October 16, 2017), I spent hours online freezing all of my credit with each credit agency (Equifax, Transunion and Experian).  Now, any time I wish to use my credit I have to return to each of the three agencies and using a password, unfreeze my credit temporarily so that I can conduct my personal business.  This gross inconvenience is entirely due to the negligence and incompetence of Equifax and should qualify as credit monitoring. Additionally, whether or not I have credit monitoring should be irrelevant to the punitive damages that Equifax should have to pay me for its incompetence and inability to keep my personal information safe.  Personal information, I might add, that I never provided to Equifax nor agreed to allow them to possess.

This is the first time that I have ever objected to a class action settlement.  I do not intend to appear at the Fairness Hearing in person or through a lawyer.

Thank you for your consideration of my objection.

Sincerely,

Mary Barnett

Mary Leslie Barnett
14226 North 43rd Street
Phoenix, AZ 85032
(602) 478-4523



USA FOREVER

PHOENIX AZ 852
15 SEP 2019 PM 1 L

SEP 2 0 2019

Mary and Martin Barnett
14226 N. 43rd Street
Phoenix, AZ 85032

Equifax Data Breach Class Action
Settlement Administrator
Attn: Objection c/o JND Legal
Administration
P.O. Box 91318
Seattle, WA 98111-9418

98111—94108

John & Mary Fleischman
1338 Paxton Ave, #2,
Cincinnati, OH 45208
fleischmanink@icloud.com/513-706-0212

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

Received

SEP 2 0 2019

L. INDIA

September 17, 2019

*In re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

Dear Settlement Administrator,

We write to object to the proposed settlement in the Equifax Data Breach Class Action. As we understand it, the proposed offer of credit monitoring or a fast shrinking cash payment offered by Equifax is deceptive, self-dealing, and borderline fraudulent. The company has failed in its fundamental obligation to protect our personal and confidential data, leaving it exposed to criminal intrusion.

After we were informed by Equifax that our confidential data had been exposed to cyber intruders, we filed a claim for monetary compensation. Our claim number is **PTVJZ8X7LG.** Next we were informed that our claim would be disallowed if we could not demonstrate that we had credit monitoring coverage. We have verified our credit monitoring service active on the indicated date and submitted it before the arbitrary deadline set by Equifax.

We object on the grounds that this settlement is totally one-sided, that it has been set forth in a deceptive, secretive, and self-serving manner. It would establish a dangerous precedent in law and public policy, allowing a corporation to self-appoint itself as keeper of the nation's private and valuable information and then fail in its most fundamental duty to keep it secure. Equifax now contends that the cost of such negligence should be minor, at least to itself, and the substantial damage is better born by ordinary Americans.

Our names and our address are listed above. John W. Fleischman was a party to the class action suit, Literary Works in Electronic Databases Copyright Litigation, settled in 2018. We sign our names below. We will not be able to attend any hearing.

Signed,

*John Fleischman*

John Fleischman

*Mary Fleischman*

Mary Fleischman



CINCINNATI OH 452

17 SEP 2019 PM 2 L

John & Mary Fleischman
1338 Paxton Ave, #2,
Cincinnati, OH 45208

SEP 2 0 2019

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

SD111-641818

September 17, 2019
Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

*Received SEP 23 2019 by JNDLA*

Dear Sirs:

As a member of the (offended) class, I received an email from Equifax on September 7, that began:
Your Equifax Claim: You Must Act by October 15, 2019 or Your Claim for Alternative Compensation Will Be Denied.eml
Subject:
Your Equifax Claim: You Must Act by October 15, 2019 or Your Claim for Alternative Compensation Will Be Denied
From:
Equifax Breach Settlement Administrator

It stated my claim number is PDJFGT3REH. Then, it went on to ask for more information, while marketing their alternate offer to do "credit monitoring" instead of sending me the cash settlement I originally applied for. Why would I even consider having Equifax, which apparently has abysmal computer security, do monitoring when they've already failed to protect my information?

It's bad enough when Equifax abuses anyone who's ever had the misfortune to appear in their databases by failing to protect customer information, it's disgusting that they use this failure as an "opportunity" to sign up more customers.

From the email they sent me, they do everything possible to get abused customers to sign up for their so-called "credit protection," instead of participating in the inadequate cash settlement that they agreed to. I hope you can do something to make them sorry. Isn't a successful lawsuit against a customer abuser supposed to engender remorse in the offender instead of shameless attempts to acquire more customers to abuse?

I have not objected to any class action settlement in the past five years. I do not intend to attend your fairness hearing, as Georgia is a bit far to go for a maximum of $125.

Sincerely,

*Mary Mihelich Hutton*

Mary Mihelich Hutton
13408 64th Terrace NE
Kirkland, WA 98034

SEATTLE WA 980

19 SEP 2019 PM 7 1

USA
FORCEVER

Mary Hutton
13408 64th Ter NE
Kirkland, WA 98034-1656

Equifax Data Breach Class Action Settlement Admin.
ATTN: Objection!
c/o JND Legal Administration SEP 2 3 2019
P.O. Box 91318
Seattle, WA 98111—9418

98111-941818

Megan Wolff
422 16th St.
Brooklyn, NY 11215

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

September 17, 2019

Received

SEP 23 2019

by JNDLA

To whom it may concern:

I am writing this letter *In re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT, in protest of the process and nature of the settlement.

In response to the announcement of the suit and settlement, I entered my personal information into the fields provided on the website and learned that I was indeed affected by the data breach, and that my personal information was compromised. My claim number is PRVH6K8LPD.

I believe that the terms of the settlement for those affected by the breach have been deeply misleading, and enormously callous toward those affected. Equifax exposed personal financial information, was sued by the government and settled. The government publicly touted a cash reward alternative of up to $125 to victims without ensuring enough money had been set aside to guarantee the max amount for every possible person affected; the government backtracked on its statement; eventually, the Equifax settlement team sent a mid-weekend email adding a new hurdle for victims to claim their money.

I have not previously objected to any class action settlements. I am not represented by a lawyer.

Sincerely,

Megan J Wolff

NEW YORK NY 100

20 SEP 2020 PM 10 L

*LOVE* FOREVER USA

Equifax Data Breach Class Action
Settlement Administrator
Attn: Objection
c/o JND Legal Administration
PO Box 91318
Seattle, WA 98111-9418

98111-941818

SEP 2 3 2019

J. White
423 16th St.
Brooklyn, NY 11215

**Melissa Walker, Ph.D.**
792 Plume Street, Spartanburg, SC 29302
(864) 266-0544    melissa.walker1962@gmail.com

September 18, 2019

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

> Received
>
> SEP 2 3 2019
>
> by JNDLA

RE: *In re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

Dear Settlement Administrator:

I believe I was impacted by the Equifax data breach because when I filed a claim and used their automated system to register that claim, it confirmed that I was eligible. I filed a claim for a cash payment and verified that I already have credit monitoring protection provided by the state of South Carolina to all of its citizens whose data was compromised in a department of revenue data breach some years ago. I was issued a claim number of P5UZ8QGMPJ.

Then on September 8, 2019, I received a notice from Equifax asking me to verify or amend my claim. I verified the claim as requested, but I would like to report my objection to Equifax's action. From the email I received and from the news coverage I read, I believe that Equifax deceived me about the original terms of the settlement or is trying to avoid providing the full compensation required by the terms of the settlement.

Moreover, I believe that Equifax's "offer" to compensate victims of the date breach by providing credit monitoring when they could not secure my information is misleading at best, and it is an attempt to avoid providing any compensation at all. It violates both the letter and the spirit of the settlement agreement.

I have never filed an objection to a class action suit before. I am not represented by an attorney nor will I be able to appear at a settlement hearing.

Sincerely,

Melissa Walker

Melissa Walker
Charles Reback
792 Plume Street
Spartanburg, SC 29302

GREENVILLE SC 295

SEP 2019 PM 3 L



SEP 2 3 2019

14

5

98111-941818

Equifax Data Breach
Settlement Administrator
Attn: Objection
C/O JND Legal Administration
P O Box 91318
Seattle, WA 98111-9418

*re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

To:

**Equifax Data Breach Class Action Settlement Administrator**
**Attn: Objection**
**c/o JND Legal Administration**
**P.O. Box 91318**
**Seattle, WA 98111-9418**

Received
SEP 23 2019
by JNDLA

**From:**

Mohammed Jawaad Hussain

415 Fireside Lane, Cherry Hill, NJ 08003

17 September 2019

To whom it may concern,

I am opposing the Equifax Data Breach Settlement. According to the Equifax Data Breach website, my information was among the stolen data.

I do not believe I have opposed any other class-action lawsuits in the past 5 years.

I do not intend to be present at the court, & I don't intend to send a representative or lawyer to the court hearings.

I am opposing the Settlement because for the damage that Equifax has done to the American people, I don't believe that $31 million is enough punishment. Equifax and its predecessor The Retail Credit Bureau have never been fair to the American public. There clearly is a corporate culture of disregard of the average citizen. I strongly believe that the punishment should be more in the range of 2 years annual revenue (so, closer to $6 billion dollars).

Personally, whenever I check my credit reports for accuracy, Equifax is the only agency that consistently has incorrect data (even before the data breach) and would often take weeks of frustrating communication to get errors fixed.

In summary, the current settlement is insufficient punishment for the negligence that Equifax aka the Retail Credit Bureau has committed.

Sincerely,

Mohammed Jawaad Hussain

FOREVER USA

SOUTH JERSEY NJ 080

SEP 2 3 2019

Mohammed Hussain
415 Fireside Ln
Cherry Hill, NJ 08003-3417

Equifax Data Breach Class Action Settlemen Administrator
Attn: Objection
c/o SUD legal Administration
P. O. Box 9/3/8
Seattle, WA 98111 - 9418

98111-941818

LARRY ISAACS
40 CRAFTSMAN VIEW DR
ASHEVILLE, NC 28804

September 18, 2019

*Received*
*SEP 23 2019*
*BY JNDLA*

Equifax Data Breach Class Action Settlement Administrator
Att: Objection
c/o JND Legal Administration
PO Box 91318
Seattle, WA 98111-9418

In re: Equifax Inc. Customer Data Security
Breach Litigation,
Case No. 1:17-md-2800-TWT

Dear Administrator:

I object to the proposed Equifax settlement allowing them to pay less than the $125.00 per person, an amount that does not come close to reimbursing myself and those others affected by this data breach for their inconvenience and loss of privacy. Equifax's only job was to keep our information safe and secure. By virtue of what Equifax is and what it does, it holds the power to influence many lives. With collecting and storing this information comes the responsibility to protect it. Their failure to do so caused much hardship and extra work to 147,000,000 people.

Furthermore, requiring that those affected had credit monitoring takes the onus off of Equifax and places it on the consumer. It was Equifax's job to protect this data, not the consumer's to follow behind Equifax cleaning up their mess.

Because my information was maintained by Equifax at the time of the breach, I am entitled to be part of the settlement. I have never objected to any class action settlements, however, a data breach of this magnitude and sensitivity requires a response. I am writing because I will not be attending the Fairness Hearings.

Equifax should have to pay the minimal amount, $125, to all affected. Perhaps not backing down on the penalties will encourage other such agencies to make sure that their data is secure.

Very truly yours,

*Larry Isaacs*

Received
SEP 23 2019
JNDLA



Isaacs
40 Craftsmen View Dr
Asheville NC 28804

SEP 23 2019

Equifax Data Breach Class Action
Settlement Administrator
c/o JND Legal Administration
PO Box 91318
Seattle WA 98111-9418

Received
SEP 2 0 2019
by JMDLA

*Re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

Dear Court,

I am writing as a member of the Equifax settlement class (having received an email from Equifax indicating I am a member of this class). I object to this class action lawsuit as I believe my credit will be threatened for perpetuity by the actions of Equifax, and the $125 option which I selected is not guaranteed by the terms of the settlement (if everyone chooses this option, we will all get pennies on the dollar). More money should have been allocated and these monies should be guaranteed to be paid to us if we select this option. I don't see that this settlement will make a meaningful difference either for me (I will need credit monitoring for as long as I have credit) or that it ensures Equifax will do better in the future with our personal information.

I have not objected to any class action settlements in the previous five (5) years. I do not intend to appear at the Fairness Hearing.

Signed,

Laurel Boyd
3925 SE 42nd Ave
Portland Oregon 97206

3925 SE 42nd AvE
Portland, or 97206

PORTLAND OR 972

18 SEP 2019 PM 6 L

USA FOREVER

EQUIFAX DATA BREACH CLASS ACTION SETTLEMENT ADMINISTRATOR

ATTN: OBJECTION

c/o JND LEGAL ADMIN

P.O. BOX 91318

SEATTLE, WA 98111-9418

SEP 20 2019

98111-941818

Received

SEP 1 8 2019

by JNDLA

September 16 2019

In re: Equifax In. Customer Data Security Breach Litigation, Case No.1:17-md-2800-TWT

To whom it may concern,

I have filled out the initial claim form for cash settlement option of the Equifax Data Breach case and was therein identified as one of the members of the settlement class. I believe that this promise of settlement was offered in bad faith, as evidenced by the further actions later disclosed by Equifax for assurance of a cash settlement, and I object to the practice and challenge the assumption of fairness on Equifax's part.

I have never before objected to a class action settlement.

I do not intend to appear at the Fairness Hearing.

Sincerely,

Lauren Mitchell

Lauren Mitchell

5111 NE 72nd Ave

Portland OR 97218

PORTLAND OR 972

16 SEP 2019 PM 5 L

Received
SEP 18 2019
by JNDLA

061

Lauren Mitchell
5111 NE 72nd Ave
Portland OR 97218

Equifax Data Breach Class Action
Settlement Administrator
c/o JND Legal Administration
PO Box 91318
Seattle WA 98111-9418

98111-941618

Leavell A. Wall, Jr.
16 Penland Cove Rd.
Black Mountain, NC 28711

Equifax Data Breach Class Action Settlement Administrator
Attn:  **Objection c/o JND Legal Administration**
P. O. Box 91318
Seattle, WA 98111-9418

Re: _Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT_; also
known as "Equifax Data Breach Lawsuit"

September 17, 2019

Dear Sir/Madam:

I hereby request that you forward the forthcoming acknowledgements and objections to the judge
overseeing Case # 1:17-md-2800-TWT:

1. In the past five (5) years, **nor ever**, have I submitted objections to any settlement
   litigation.
2. I do not intend to attend the Equifax Settlement Fairness Hearing.
3. I am a bona fide member of said settlement, given the fact that Equifax has confirmed its
   culpability in the release of my personal information to criminal entities.
4. I have NEVER authorized the collection of my personal identifying information, credit
   card information, loan information, or anything else related to me personally, to Equifax
   or any other credit collecting entity.  They are not legally entitled to possess it, use it,
   store it, share it, or profit from it.
5. I strongly object to the insultingly low settlement figure, given the egregiousness and
   absurdity of the data breach, plus the magnitude of individuals effected.  *(They are
   supposed to be _protecting_ our information!)*  The Equifax data breach affected
   approximately 45% of the entire United States population: 147,000,000 Americans!
   Further, of the $700,000,000 agreed upon in the settlement, only $31,000,000 is left for
   victim compensation (4.4% of the total).  If every victim applied for compensation, my
   math indicates compensation in the amount of ≤ $0.21/victim.  TWENTY ONE CENTS!
   Forgive me Your Honor, but I should've gone to law school!  At least then I'd be in line
   to benefit from the other $669,000,000 available in the settlement.

Respectfully submitted,

*[signature]*

Leavell A. Wall, Jr.

Received
SEP 2 3 2019
by JNDLA



Leavell Wall
16 Penland Cove Rd.
Black Mtn, NC 28711

SEP 2 3 2019

Equifax Data Breach Class Action
Settlement Administrator
Attn: Objection c/o JND Legal Administration
P. O. Box 91318
Seattle WA 98111-9418

98111-541818

GREENVILLE SC 290

18 SEP 2019 PM 11

*re: Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

Lee Adams
4910 N Monroe St
B303
Tallahassee, Florida  32303

To whom it may concern,

I have entered myself as a member of the class in the data breach case listed above. I have gone to the settlement website and requested the cash payout option as I already have credit monitoring.

I strongly object to the terms of this settlement. We were all promised the option of taking $125 for each person in the class. Now I find out that the fine print is saying the pool wasn't made large enough and that we now are expected to take a smaller payout because too many people came looking for some semblance of recompense. Classic bait and switch. $125 is pathetic to begin with and barely amounts to a slap on the wrist for the company who, without my consent has been gathering information about me and my finances and making money from selling my information. Of course, part of the settlement is that company admits no guilt. And the lawyers are going to get their eighty-million payout. If every one of the 148 million-ish affected people joined the class then we each would only get about twenty-two cents. Equifax moves on doing business as usual, the lawyers get their payday and regular people like me get screwed.

I have not objected to any class action in the past five years.

I will be unable to appear in person or be represented by a lawyer at the Fairness Hearing.

Lee Adams

Received

SEP 2 3 2019

by JNDLA



TALLAHASSEE FL 323

03 SEP 2019 PM 2 L

Lee Adams
4010 N. MONROE ST.
B303
Tallahassee, Fl 32302

SEP 2 3 2019

Equifax Data Breach Class Action Administrator
ATTN: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9408

98111-940808

Lenore M Defliese
8207 SE 48th Street
Mercer Island, WA 98040

Received

SEP 2 3 2019

by JNDLA

RE:  Equifax Inc. Customer Data Security Breach Litigation
     Case No: 1:17-md-2800-TWT

I have been notified by Equifax that I am a member of the settlement class for
the huge security breach that is the subject of this litigation.

As a member, I strongly object to the terms of the settlement. As a victim, I
must spend the rest of my life watching to see if my personal information has
been used to make me subject to identity fraud or theft of my money. This is a
huge breach of trust by a company whose mission was to protect its treasure
trove of information on millions of American citizens. We were never even given
the choice to opt out of the information gathering the company employs.

As compensation for this enormous breach of privacy, I was offered the
whopping sum of $125, which I now learn is far more than I could ever receive.
If I understand it correctly, Equifax earmarked only $31 million for claims,
meaning that if all 147 million people affected by the breach filed a claim,
everyone would get just 21 cents. Presumably the lawyers would get a big cut,
reducing the payment even further. This is so grossly inadequate, that it
doesn't even count as a slap on the wrist. From a practical standpoint it is a
government pretending to punish a corporation for gross misbehavior by
issuing a bad press release.

As an alternative, I can get free credit monitoring services from an
untrustworthy corporation, a valueless service from my point of view. Given the
chance, I would deny Equifax access to any and all of my personal information
for the rest of my life.

I find the disregard of the right to privacy breathtaking. It is time to make
corporations accountable for malfeasance in a way that provides a financial
incentive for them to act responsibly. A government that does nothing to
protect its citizens is not a democracy.

For the record, this is the first time in my life that I have ever objected to a
class action lawsuit. Unfortunately, I will not be able to appear at the fairness
hearing, either in person or through a lawyer. That would cost me even more
money.

Sincerely,

Lenore M. Defliese      9/19/2019
Lenore M Defliese



SEATTLE WA 980

29 SEP 2019 PM 7 L

Mr. Philip L Defilese
8207 SE 48th St
Mercer Island, WA 98040-4303

SEP 2 3 2019

Equifax Data Breach Class Action Suit
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle WA 98111 - 9418

98111-941818

Lewis Giles
1519 Hollywood Ave.
Dallas, TX 75208

September 17, 2019

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

Received

SEP 23 2019

by JNDLA

RE: Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT

As one of the 147 million who had their personal information exposed I am a Class Member, I object to the settlement in Equifax Inc. Customer Data Security Breach Litigation, Case No. 1:17-md-2800-TWT.

I find the proposed settlement to be inadequate given Equifax's gross extended breach of privacy and breach of the public trust.

The government publicly announced a cash reward alternative of up to $125 to victims without ensuring enough money had been set aside to guarantee the max amount for every possible person affected. The settlement fine print suggests that Equifax earmarked only $31 million for claims, meaning that if all 147 million people affected by the breach filed a claim, everyone would get just 21 cents.

The settlement team has also created more hoops for class members to jump through. Including demanding that those who selected the cash option much verify they had credit monitoring in place by Oct. 15, 2019 or their claims would be denied. This settlement should be benefiting the victims not burying them in endless paperwork and threats of denial.

I have not objected to any other class action settlements in the last five years. I do not plan on appearing at the Fairness Hearing.

Equifax should be forced to set aside enough money to pay all the claims requesting the cash option.

Sincerely,

Lewis Giles



FOREVER / USA

HARVEY MILK

NORTH TEXAS TX PSDC
DALLAS TX 750
22 SEP 2019 PM 3 L

Lewis Giles
Anthony Valdez
1519 Hollywood Ave
Dallas, TX 75208

SEP 2 3 2019

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

98111-941818

Linda R. Hansen
4556 Sprucedale Place
Boulder, Colorado 80301
September 16, 2019
Email:  hansenco420@msn.com
Cell Phone:  720-934-1033

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

Received

SEP 2 0 2019

by JNDLA

Dear Administrator:

I am writing in regard to:  Equifax Inc. Customer Data Security Breach Litigation, Case
No.  1:17 -md-2800-TWT.

I know that I am a member of the settlement class, because I used the following website
to look up myself.
https://www.equifaxbreachsettlement.com/faq

I object to the settlement, because I never received an email, to instruct and inform me
about the settlement.  Furthermore, I feel deceived by the reports of the settlement- that
each person will receive $125.  I don't believe I will really receive any significant amount

I have not objected to any other class action settlements in the last five years.

I do not intend to appear at the fairness hearing.

Sincerely,

*Linda R. Hansen*

Linda R. Hansen



DENVER CO 802

17 SEP 2019 PM 2 L

Ms. Linda R. Hansen
4556 Sprucedale Pl.
Boulder, CO 80301-1735

SEP 2 0 2019

Equifax Data Breach Class Action Settlement
Admin-
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111 - 9418

98111-941818

LINDA ISAACS
40 CRAFTSMAN VIEW DR
ASHEVILLE, NC 28804

September 18, 2019

Equifax Data Breach Class Action Settlement Administrator
Att: Objection
c/o JND Legal Administration
PO Box 91318
Seattle, WA 98111-9418

In re: Equifax Inc. Customer Data Security
Breach Litigation,
Case No. 1:17-md-2800-TWT

Dear Administrator:

I am writing to object to the proposed Equifax settlement allowing them to pay less than
the $125.00 per person, an amount that does not come close to reimbursing those affected
by this data breach for their inconvenience and loss of privacy. Equifax's only job was to
keep our information safe and secure. By virtue of what Equifax is and what it does, it
holds the power to influence many lives. With collecting and storing this information
comes the responsibility to protect it. Their failure to do so caused much hardship and
extra work to 147,000,000 people.

In addition, requiring that the victims had credit monitoring takes the onus off of Equifax
and places it on the consumer. It was Equifax's job to protect this data, not the consumer's
to follow behind Equifax cleaning up their mess.

Because my information was maintained by Equifax at the time of the breach, I am
entitled to be part of the settlement. I have never objected to any class action settlements,
however, a data breach of this magnitude and sensitivity requires a response. I am
writing because I will not be attending the Fairness Hearings.

Equifax should have to pay the minimal amount, $125, to all affected. Perhaps not
backing down on the penalties will encourage other such agencies to make sure that their
data is secure.

Very truly yours,



GREENVILLE SC 296

26 SEP 2019 PM 3 L

Ms. Linda T. Isaacs
40 Craftsman View Dr
Asheville, NC 28804

I SEP 2 3 2019

Equifax Data Breach Class Action Settlement Administrator
Att: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

98111-941818

1.   September 17, 2019

Received

SEP 2 3 2019

by JNDLA

2.   Re:  Equifax Data Breach Lawsuit
3.   Name:  Linda J. Moore
     Address:  1304 Amsbury Dr
     Desoto, TX  75115
4.   I am a member of the settlement class for this lawsuit as verified by Equifax web site.
5.   I object to the terms of settlement options suggested in this settlement because it is almost
     impossible to actual be compensated for any damaged that you have already incurred or might
     incur in the future. I have had to personally freeze and unfreeze my credit history on numerous
     occasions at a cost for each transaction.  Since all my credit and personal information is out
     there for whoever for the rest of my life and the life of my family, monitoring must be forever
     but certainly longer than seven years.  We can never rest because someone can wait until the
     time has passed for monitoring and then strike.
6.   I have not objected to any class action settlement in the last 5 years.
7.   I do not plan to appear at either of the Fairness Hearing.

Thank you.

*Linda J Moore*

Linda J. Moore

1304 Amesbury Dr.
Desoto, TX 75115

SEP 23 2019

Equifax Data Breach
ClassAction Settlement Administrator
c/o JND Legal Administration
P.O Box 91318
Seattle, WA 98191-1318

NORTH TEXAS TX PXC
DALLAS TX 750

Received

AUG 0 1 2019

by JNDLA

Ludwig & Janice Stuart
1218 Lane Drive
Cary, NC 27511-4713
919-467-5387
ncstuartfamily@gmail.com
7/28/2019

Equifax Data Breach Class Action Settlement Administrator
**Attn: Objection**
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

Dear Equifax Data Breach Class Action Settlement Administrator:

My wife and I are in the class described above. We entered our information on the official website and were determined a part of the settlement.

I understand the attorneys representing the class should receive reasonable renumeration for their time and expense. However, we find the amount of $77,500,000 + expenses up to $3,000,000 not reasonable and object. Unless courts impose reasonable limits on attorney fees, settlements will continue to unfairly under-compensate class-action victims. Any review of media reports or poll of class-action members will support the assertion that $125 or four years of credit monitoring is POOR compensation for the exposure of our names, Social Security numbers, birth dates, addresses, and in some instances driver's license numbers, credit card numbers, or other personal information. This breach, due to inadequate Equifax security protecting my personal information, will have consequences for many years including the emotional distress of not knowing if or when my lost information will be used to compromise my wife and my financial security.

I propose TO THE COURT a more reasonable amount of $20,000,000 + expenses up to $3,000,000 for attorney compensation. Who, except the lawyers that would benefit, could object to this not being reasonable? Since this comes from the Consumer Restitution Fund, more funds will be available for consumer damages, restitution and redress.

To my knowledge, I have not responded to any other class-action settlements in the past 5 years. I do not intend to attend the Fairness Hearing.

Sincerely,



RALEIGH NC 275
Research Triangle Region
29 JUL 2019 PM 2 L

Received
AUG 0 1 2019
by JNDLA

Ludwig W. Stuart
1218 Lane Dr.
Cary, NC 27511

Equifax Data Breach Class Action Settlement
Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

98111-941818

Lynda Rich Spiegel
102-30 66th Road
Apt. 16E
Forest Hills, NY 11375

Equifax Data Breach Class Action Settlement Administrator
Attn: Objection
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

In re: *Equifax Inc. Customer Data Security Breach Litigation*, Case No. 1:17-md-2800-TWT

I am a member of the settlement class in the abovementioned case whose personal information was hacked as a result of the Equifax breach. When contacted by Equifax and given the choice between free credit monitoring, or up to $125 in settlement. Since I already have credit monitoring through Credit Karma as well as multiple credit cards, I responded to Equifax's demand for proof of such credit monitoring with evidence of the monitoring.

I have never objected to any class action settlement prior to this one, but I do object to this one since Equifax did not put aside sufficient funds (only $31 million) to pay out anything close to $125 to the 147 million people affected. I feel deceived by the terms of this settlement, which would potentially pay me less than one dollar.

If hearings are held in New York City, I would be available to be deposed any date between 11/19/19, and 12/5/19.

Respectfully,

Lynda Spiegel
(718) 897-5074
spiegwrite@gmail.com

Received

SFP 2 3 2019

by JNDLA



NEW YORK NY 100

18 SEP 2019 PM 13.1

Spiegel
100-30 66th Rd
11375

SEP 2 2019

Equifax Data Breach
Class Action Administrator
c/o JND Legal Administration
Box 91381
Seattle, WA 98111-9418

98111-05081

Attn:
Objection