# Exhibit B - 23

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sara Monahan

36201 North Summit Drive, Cave Creek, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☐     Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This settlement is unfair and not enough to compensate for my losses.

*Sara Monahan*

# Signature Certificate

Document Ref.: **MXU7R-MPHGT-FUD6P-JMHOX**

Document signed by:



### Sara Monahan

Verified E-mail:
saramonahan@bellsouth.net

*Sara Monahan*



IP: 204.9.21.163 | Date: 18 Nov 2019 18:49:50 UTC

Document completed by all parties on:
18 Nov 2019 18:49:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JGSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
THU:
PO:                      DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201    **7781 6173 9950**

**8L BFIA**          **98121**
WA–US   **SEA**



ʀᴛ**FRI**              6      **C**
                      16:30
029                        9950
                        11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tina Ort

638 Vicksburg St
Deltona, FL 32725

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                           attend the settlement hearing in person.

I   do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 A settlement of less than $10 is unreasonable given the fact that this was a huge data breach!

*Tina Ort*

# Signature Certificate

Document Ref.: **NKVYQ-JP4ZY-2JDRC-VHELM**

Document signed by:



**Tina Ort**

Verified E-mail:
blueeyed0274@yahoo.com

IP: **107.77.215.143**   Date: **18 Nov 2019 16:42:40 UTC**

Document completed by all parties on:
18 Nov 2019 16:42:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~2727~ WESTERN AVE STE 200    1100 2nd

**SEATTLE WA 98121**

(415) 373-2386    REF:
INV:
PO:    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201    **7781 6173 9950**

**8L BFIA**    98121
WA–US  **SEA**

RT FRI

6    C
16:30
029    9950
11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# cassey walsh

115 cedar street
Branford, CT 06405

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is unbelievable that millions of people had their social security numbers go missing under Equifax's watch
and the settlement is a measly $10 bucks a person or more credit monitoring services from another
company who just got done settling their own class action suit for wrong doing! This is just another horrible
example of the way big businesses get to crap all over the hard working middle class americans every single
day.

*cassey walsh*

# Signature Certificate

Document Ref.: **2A24F-MV6TX-I4WZD-EZU6S**

Document signed by:



**cassey walsh**

Verified E-mail:
cwalsh@walshclaim.com

*cassey walsh*

IP: 198.0.148.14     Date: 18 Nov 2019 19:29:16 UTC

Document completed by all parties on:
**18 Nov 2019 19:29:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386     REF:

DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA

Express

FRI

229

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Heather Ketring

13860 Appaloosa Court, Victorville CA 92394

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settlement is ludicrous and not punishment enough for those of us that trusted our data to ge safe. Equifax makes millions of dollars; they need to pay for the damages done.

*Heather Ketring*

# Signature Certificate

Document Ref.: NXKG9-EPGPT-QBPZW-LNDAT

Document signed by:

**Heather Ketring**

Verified E-mail
hawaiianpunch311@gmail.com

*Heather Ketring*

IP 66.214.122.89   Date: 19 Nov 2019 03:48:51 UTC

Document completed by all parties on:
19 Nov 2019 03:48:51 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

THU:
PO:                           DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
            WA–US   SEA

ge Bc

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Crystal Coulter

64 Carr Street, Apartment 204 Clay, WV 25043

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The expected settlement amount per person of $10 is not appropriate for the scale of this data breach.

*Crystal Coulter*

# Signature Certificate

Document Ref.: 6D2HY-V4PHI-WDMJZ-OWZN8

Document signed by:



**Crystal Coulter**

Verified E-mail:
coulter809@icloud.com

IP: 107.77.203.174    Date: 18 Nov 2019 22:18:34 UTC

Document completed by all parties on:
18 Nov 2019 22:18:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV **2 2** 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**
(415) 373-2386          REF:
TMD:
PO:                DEPT:



**FedEx**
**Express**

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
WA–US   **SEA**

FRI

6   C

029   16:30   9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cheryl Compton

911 Providence court, Trenton Ohio 45067

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement due to $125 was promised but now it may be significantly less. A lot of private
information was released and they should have to pay their penalty

*Cheryl Compton*

# Signature Certificate

Document Ref.: **QZAPH-YPJ7E-OBSQK-JNJU4**

Document signed by:



**Cheryl Compton**

Verified E-mail:
cheryl.ncompton@gmail.com

*Cheryl Compton*



IP: 67.164.242.17    Date: 19 Nov 2019 12:57:04 UTC

Document completed by all parties on:
**19 Nov 2019 12:57:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 Jnd
SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

ge Bc

8L BFIA          98121
          WA-US  SEA

FRI
029          6
          16:30   C
             9950 bill or pouch here.
             11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Donald Smith

3033 Holme Avenue 2nd Floor Philadelphia PA 19136

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 A mere pittance being paid out for such an extreme violation is heinous.

*Donald Smith*

# Signature Certificate

Document Ref.: **UTFWT-4XNR5-MYXD3-Y6CHY**

Document signed by:



**Donald Smith**

Verified E-mail:
darthmongo3170@aol.com

IP: **96.114.231.110**    Date: **19 Nov 2019 02:57:46 UTC**

*Donald Smith*

Document completed by all parties on:
**19 Nov 2019 02:57:46 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:



FedEx
Express

E
REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
         WA–US  SEA

ge Bc

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Adele Ciccaglione

2 Stattel Drive, Kings Park, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                       attend the settlement hearing in person.

I   do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I have limited financial means, and this data breach has placed undue strain on my budget, my financial security practices, and my peace of mind. Equifax has abused the trust of its users and done lasting harm, and should absolutely not be permitted to continue in the industry without significant consequences, if at all.

*Adele Ciccaglione*

# Signature Certificate

Document Ref.: **M5NBZ-KL8SK-K4PGX-EBJQW**

Document signed by:



### Adele Ciccaglione

Verified E-mail:
acicc@yahoo.com

IP 98.113.245.11    Date: 19 Nov 2019 04:33:25 UTC

Document completed by all parties on:
19 Nov 2019 04:33:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
             DEPT:

FedEx
Express

**E**

REL#/
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA–US  **SEA**

FRI

6   C
16:30
229        9950
             11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Robin Johnson

2224 50th St, Burtrum, MN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair　　　　☑　Unduly burdensome　☑
- Inadequate　☑
- Unreasonable　☑

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel that a company that can make or break a person's life through credit monitoring...should have to be held at a higher standard ..Thank you

*Robin Johnson*

# Signature Certificate

Document Ref.: APGCQ-B5AUB-8V98G-PRCBP

Document signed by:

**Robin Johnson**

Verified E-mail
larj@sytekcom.com

*Robin Johnson*

IP: 204.15.157.219    Date: 18 Nov 2019 18:24:35 UTC

Document completed by all parties on:
18 Nov 2019 18:24:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
TRU:
PO:                    DEPT:

**FedEx**
Express

E

REL/
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK# 7781 6173 9950
0201

8L BFIA          98121
              WA–US  SEA

FRI

6
16:30

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## jonathan griffith

1500 Hood Road, Sacramento, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They are getting a slap on the wrist for ruining peoples credit and not doing their job in taking care of peoples information like they are supposed to. This should not be allowed because they get to stay in business and dont get a real punishment for violating laws and peoples lives.

*jonathan griffith*

# Signature Certificate

Document Ref : LRPDZ-LQ9YV-XG5J5-CAYPN

Document signed by:

**jonathan griffith**

Verified E-mail
mcgruff28@yahoo.com

*jonathan griffith*

IP: 76.105.3.131   Date: 19 Nov 2019 03:06:37 UTC

Document completed by all parties on
19 Nov 2019 03:06:37 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6932941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386                    REF:
PO:                        DEPT:

**FedEx**
Express

**E**

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
          WA–US   SEA

RT FRI
6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Nastassia Reichel

9102 Sanger Drive, #A
Austin, TX 78748

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Equifax should not get away with a slap on the wrist for something that was incredibly damaging and time consuming for millions of Americans.

*Nastassia Reichel*

# Signature Certificate

Document Ref: **3HB4H-OOHUC-GTR4M-X3SXT**

Document signed by:

**Nastassia Reichel**

Verified E-mail
nastassia1031@gmail.com

*Nastassia Reichel*

IP: **136.49.243.10**   Date: **18 Nov 2019 16:39:49 UTC**

Document completed by all parties on:
18 Nov 2019 16:39:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





NOV 2 2 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386      REF:
INV:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

RT FRI

6
16:30   C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Samuel Matiut

1459 Triangle Cir Denver Nc 28037

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I ___may___                          attend the settlement hearing in person.

I ___do not expect___             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Big companies represented by big law firms always get out of trouble and get to have any to no consequences . We the small people get to have no word in saying anything because don't have the money to spend to be heard. You, your Honor have been appointed by the people to serve as well. I am confident you will be wise in your decision

*Samuel Matiut*

# Signature Certificate

Document Ref.: **56VNS-SFEKD-LSH6Q-CSYNW**

Document signed by:

**Samuel Matiut**

Verified E-mail:
sam_miezu@yahoo.com

*Samuel Matiut*

47.135.212.111   Date: 19 Nov 2019 12:31:51 UTC

Document completed by all parties on
19 Nov 2019 12:31:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:                    REF:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

**8L BFIA**                98121
                    WA–US  **SEA**





RTFRI

6    C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tina Adams

182 Honeybrook Circle E Girard PA 16417

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is a disgrace to the millions of people who had personal information stolen from a site that we trusted to keep our information safe. They failed us and now the system is failing us. I have to worry every day if today I'll have my identity stolen by someone who bought my social security number on the web. I have to closely monitor my credit report on a daily basis to make sure the accounts are accurate and mine. The very fact that the system thinks what happened and what millions of people are now worrying about is worth about $5 is a disgrace.

*Tina Adams*

# Signature Certificate

Document Ref.: JOMAN-ZUDMW-IKCF2-5UBM3

Document signed by:

**Tina Adams**

Verified E-mail
alicarter86@aol.com

*Tina Adams*

34.235.138.118    Date: 17 Nov 2019 16:43:18 UTC

Document completed by all parties on
17 Nov 2019 16:43:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                  DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                    98121
               WA–US    SEA





FRI
6  C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ronald LaMonica

100 lakeview Dr.ashford ct 06278

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| will not                 attend the settlement hearing in person.

| do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have always thought that corporations like to pretend that they care, but this is another slap in the face of the America public. How much are we supposed to endure?

*Ronald LaMonica*

# Signature Certificate

Document Ref. EXBOU-MCFWM-EFWH2-9OKFB

Document signed by:

**Ronald LaMonica**

Verified E-mail
thelamonicas@sbcglobal.net

*Ronald LaMonica*

IP: 24.177.245.194    Date: 18 Nov 2019 16:41:29 UTC

Document completed by all parties on:
18 Nov 2019 16:41:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386   REF:
INV:
PO:   DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA

RTFRI

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Maria Alvarez.

5539 W Pinedale Ave Fresno ca 93722

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                         attend the settlement hearing in person.

I   do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is a disgrace that these  companies that are supposed to protect our privacy are weak enough and not strong enough to keep hackers away from our privacy information.  And now they always just get a slap in the hands . They should pay big to all victims so they spend the adequate amount of money to protect us .

# Signature Certificate

Document Ref.: BYRYE-STCFA-WXOJO-GJVR7

Document signed by:

**Maria Alvarez.**

Verified E-mail
angelmagik68@yahoo.com

IP: 67.187.246.238   Date: 19 Nov 2019 00:23:50 UTC

Document completed by all parties on:
19 Nov 2019 00:23:50 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

**8L BFIA**                98121
                    WA-US  SEA



FRI

6   C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## steve woodson

1446 E 25th Ave, North Kansas City, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
equifax is not actually paying what was agreed to-no cash, bait and switch emails to accept monitoring instead

*steve woodson*

# Signature Certificate

Document Ref.: **FELZL-RU5SH-DRUXQ-4KUM5**

Document signed by:

**steve woodson**

Verified E-mail:
steve_woodson@yahoo.com

*steve woodson*

IP: 72.22.222.43     Date: 18 Nov 2019 17:14:53 UTC

Document completed by all parties on:
18 Nov 2019 17:14:53 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
                                    CAD: 6982941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386                    REF:
PO:                          DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201    **7781 6173 9950**

**8L BFIA**          98121
              WA–US  **SEA**

RT**FRI**

6       **C**
16.30    9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Melissa Ramey

168 Veribest Road, Lexington, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because there is not a price tag that can be put on personal security and personal safety. Equifax is someone that should be held accountable as a trusted resource and just slapping them on the hand is unacceptable.

*Melissa Ramey*

# Signature Certificate

Document Ref : **CUA2K-SMMW5-MYWSW-VP6XC**

Document signed by:

| | |
|---|---|
| **Melissa Ramey** | *Melissa Ramey* |
| Verified E-mail | |
| lisaramey131@gmail.com | |

IP: 167.192.167.211  Date: 18 Nov 2019 20:31:51 UTC

Document completed by all parties on:
18 Nov 2019 20:31:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
THU!
PO:                    REF:
                       DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA



FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## doris holloway

9110 Linwood Ave Lot 35 Shreveport LA 71106

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I should be able to trust those who hold my personal information in their hands with out flaw

*doris holloway*

# Signature Certificate

Document Ref.: QHUYR-8ZC7U-EYZPW-Y2EES

Document signed by:



**doris holloway**

Verified E-mail:
dorholl@yahoo.com

IP: 99.131.3.209     Date: 19 Nov 2019 14:29:10 UTC

*doris holloway*

Document completed by all parties on:
19 Nov 2019 14:29:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2306          REF:
PO:                    DEPT:



**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA-US  SEA



ge Bc

RT FRI

229     6     C
     16:30  9950  bill or pouch here.
            11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kathy Casey

1255 W Tulsa St #115.          Siloam Springs AR

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair         ☐      Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This new amount is really a slap in the face. This doesn't end for us as it will when court is adjourned, for them..

*Kathy Casey*

# Signature Certificate

Document Ref.: RVKVU-YZK7T-XWXQY-BJRAF

Document signed by:

**Kathy Casey**

Verified E-mail
kckc1638@yahoo.com

*Kathy Casey*

IP: 172.58.140.243   Date: 19 Nov 2019 02:50:23 UTC

Document completed by all parties on:
19 Nov 2019 02:50:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886          REF:
PO:                DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA-US  SEA

ge Bc

FRI

6
16.30
029          9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rebecca Meegan

15739 whipple ave markham il 60428

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I do not feel the 10.00 offered is fair for something I dl'd not do. They need to be held accountable for their actions.

*Rebecca Meegan*

# Signature Certificate

Document Ref.: 6WPAT-RV65T-YMF5M-7RKWL

Document signed by:

**Rebecca Meegan**

Verified E-mail:
mykidz03@att.net

*Rebecca Meegan*

IP: 172.58.142.143    Date: 18 Nov 2019 16:54:29 UTC

Document completed by all parties on:
18 Nov 2019 16:54:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
THU:
PO:                       DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201



**8L BFIA**

98121
WA-US   SEA

FRI

6      C
16.30
229    9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Carla Irmen

2856 South Rogers Apt 8 Springfield,MO 65804

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
These breaches have become too common place and the customers data should be guarded more careful ,

*Carla Irmen*

# Signature Certificate

Document Ref.: OJN2W-45Z24-5ROEF-DMVRV

Document signed by:

**Carla Irmen**

Verified E-mail:
carlaandjerome@yahoo.com



IP: 108.66.186.39    Date: 19 Nov 2019 16:42:09 UTC

Document completed by all parties on:
19 Nov 2019 16:42:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV#
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA–US  SEA

RT FRI
          6
029    16:30   9950    Fold here.
              11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Valorie Thompson

1117 Clate Pl.    Church Hill , TN  37642

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This amount is inadequate and is not fair.

*Valorie Thompson*

# Signature Certificate

Document Ref.: **K4JNT-OSPDV-AGV3T-PYUJN**

Document signed by:

**Valorie Thompson**

Verified E-mail
swaneria@yahoo.com

*Valorie Thompson*

IP: 172.58.146.31    Date: 19 Nov 2019 02:59:01 UTC

Document completed by all parties on
19 Nov 2019 02:59:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV#
PO:                    DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA

ge Bc

FRI
RT

6
16.30   C
9950   bill or pouch here.
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Zachary Saltzman

115 Central Park West, New York, NY 10023

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

*Zachary Saltzman*

# Signature Certificate

Document Ref.  CRNVJ-NBCAX-SJ9CO-3J8YP

Document signed by:

**Zachary Saltzman**

Verified E-mail
zsaltzman@paramount-group.com

*Zachary Saltzman*

IP: 38.108.192.236        Date: 18 Nov 2019 21:32:30 UTC

Document completed by all parties on:
18 Nov 2019 21:32:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US  SEA



RT FRI
...29
6
16:30
C
9950
11:22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Sarah Hill

3750 max pl apt 202 Boynton Beach FL 33436

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I had my personal data compromised

*Sarah Hill*

# Signature Certificate

Document Ref.: 92BWQ-XSNME-NDOK3-KJ8DP

Document signed by:

**Sarah Hil**

Verified E-mail:
sarahhill2304@icloud.com

*Sarah Hill*

IP: 107.77.216.63    Date: 18 Nov 2019 18:08:32 UTC

Document completed by all parties on:
18 Nov 2019 18:08:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2306         REF:
TRK/
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA



FRI

6
229    16:30  9950
11 22

C

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# David Hartley

7520 Fairwind Ln NW, Gig Harbor, WA 98335

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑   Unduly burdensome ☑
- Inadequate   ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Over the past few decades, we have seen many different organizations sell and resell our personal data for profit. I have seen a dramatic increase in unsolicited and fraudulent attempts to use this data to influence my financial actions. The number of unsolicited emails, phone calls, and text messages simply cannot be calculated.

My parents have been victims of attempts to mine their data as well. Companies which sell our personal and confidential information simply cannot be made to pay a minimal fine based on the damage they have done to the public's personal data and financial fredom.

*David Hartley*

# Signature Certificate

Document Ref.: B8PAD-5W9BD-Q4ZYK-GBFKD

Document signed by:

**David Hartley**

Verified E-mail:
dhartley1968@outlook.com

*David Hartley*

IP: 199.116.174.174       Date: 18 Nov 2019 16:55:27 UTC

Document completed by all parties on:
18 Nov 2019 16:55:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~2727 WESTERN AVE STE 200~  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                    DEPT:



**FedEx**
Express

E
REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
            WA–US  SEA



RT FRI

6    C
16:30
9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Daphne Kuver

4602 45th Avenue NE, Apt 339, Tacoma,  WA, 98422

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I   do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I object to the settlement, this breech of information is nothing to take lightly and can ruin people's livelihood.
 Please consider reassessing the settlement amount. Thank you.

*Daphne Kuver*

# Signature Certificate

Document Ref.: **TBNT6-M5BKH-KPTDG-VZJCP**

Document signed by:

**Daphne Kuver**

Verified E-mail:
spencer_bobencer@hotmail.com

*Daphne Kuver*

IP: 63.150.69.253        Date: **18 Nov 2019 19:39:28 UTC**

Document completed by all parties on:
**18 Nov 2019 19:39:28 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDD ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                     DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**



TRK# 7781 6173 9950
0201

**8L BFIA**          98121
WA–US  **SEA**

RT FRI

6
16:30   9950

C
chill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cyndi Roberson

2402 East Loma Vista Avenue, Victoria, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 There is just no reason for these companies to not take more precautions with the information they handle.

*Cyndi Roberson*

# Signature Certificate

Document Ref.: **Z9JIT-Z3VJW-8ANAD-ZUVYW**

Document signed by:



**Cyndi Roberson**

Verified E-mail:
roberson.c@att.net

*Cyndi Roberson*

IP: 47.210.133.242    Date: 19 Nov 2019 13:17:50 UTC

Document completed by all parties on:
**19 Nov 2019 13:17:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886          -REF:-



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
                 WA-us   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Farole

1459 Labrador Circle, Corona, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They get a way out and we must just take it. Just not fair sometimes the do wrong'ers need to feel a little pain and pay up. Not just settle and walk away not a bit punished.

*Michael Farole*

# Signature Certificate

Document Ref.: **LSXGP-KP5HQ-J9RBM-7FP83**

Document signed by:



**Michael Farole**

Verified E-mail:
drewbrees2003@aol.com

*Michael Farole*

IP: 206.194.113.254      Date: 18 Nov 2019 16:39:51 UTC

Document completed by all parties on:
**18 Nov 2019 16:39:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shiping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

RT FRI

6
16:30

C

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Emily Crouch

3510 Lafayette Rd unit 111 Portsmouth NH 03801

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to        attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax did not safeguard our information. The amount of this settlement for the number of people involved is not adequate. We deserve the respect of this company as they basically run our lives in regards to what is attainable credit wise. We deserve to be paid accordingly.

*Emily Crouch*

# Signature Certificate

Document Ref.: **HCFJN-ZYSRC-HNVRG-RKMPV**

Document signed by:



**Emily Crouch**

Verified E-mail
emmy_lynn@hotmail.com

*Emily Crouch*

IP: 71.192.157.139    Date: **14 Nov 2019 02:34:55 UTC**

Document completed by all parties on:
**14 Nov 2019 02:34:55 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
                WA-US  SEA

RT FRI

6
16:30    9950
             C

bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Nicki Hernandez

1808 Morgan st Aberdeen 98520

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information was out and it's Not ok

*Nicki Hernandez*

# Signature Certificate

Document Ref.: **K85GT-59JNJ-GMCAT-BCWYI**

Document signed by:



**Nicki Hernandez**

Verified E-mail:
nicki.garcia@ymail.com

IP: 73.225.225.169    Date: 18 Nov 2019 18:39:23 UTC

Document completed by all parties on:
18 Nov 2019 18:39:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                        DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
                  WA-US  SEA



RTFRI

6
16:30

C

9950 bill or pouch here.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Anita Brightwell

5406 Shearwood Drive, Rogers, AR, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair             ☑    Unduly burdensome  ☐
- Inadequate      ☐
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They deserve more than a slap on the wrist for endangering our credit reports.  This is a company who makes billions selling my information along with others without our permission AND this is a company who many people HAVE to rely on in order to get credit.  They don't deserve any breaks!

*Anita Brightwell*

# Signature Certificate

Document Ref.: **5BXBW-RJQEQ-MWARN-SS7YP**

Document signed by:



**Anita Brightwell**

Verified E-mail:
anitabright56@att.net



IP: **184.191.228.2**    Date: **18 Nov 2019 19:19:04 UTC**

Document completed by all parties on:
**18 Nov 2019 19:19:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386

THU#
PO:                    REF:
                       DEPT:



**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
         WA-US  **SEA**



RT FRI

6   C
16:30
029              9950  bill or pouch here.
            11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Derek Piper

5412 Culver ln, greenwood, in 46142

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax initially promised much higher compensation to affected class action members but instead will be paying a fraction of that.

Without sufficient penalty, it is likely that Equifax and other companies will not take data privacy seriously and will instead view these actions as low cost of doing business.

# Signature Certificate

Document Ref.: **TQTBP-RXSTX-6NQNQ-YEPTX**

Document signed by:

**Derek Piper**

Verified E-mail:
classaction@doofer.org

IP: 99.153.225.189        Date: 18 Nov 2019 19:46:04 UTC

Document completed by all parties on:
**18 Nov 2019 19:46:04 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:                 DEPT:
PO:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA

FRI

6    C
16:30
029       9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tameka Ward

22101 Gardner, Oak Park, MI 48237

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  may                     attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think this settlement was misleading and unfair to the public. Equifax tricked people into thinking they would receive a certain amount knowing that was never the case.

*Tameka Ward*

# Signature Certificate

Document Ref.: **TC7MV-TXWZQ-JXHMF-CF9YT**

Document signed by:



**Tameka Ward**

Verified E-mail:
tameka620@yahoo.com

*Tameka Ward*

IP: 68.58.229.227     Date: **19 Nov 2019 02:57:50 UTC**

Document completed by all parties on:
**19 Nov 2019 02:57:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 Jnd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                     DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA              98121
            WA-US  SEA

ge Bc

RT FRI

029   6   C
      16:30   9950
      11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Frederick Lewis

416 Petronia Street #2

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I this company makes millions using consumer information. They are responsible for a major data breach and I only get a dollar or sol. Big business strikes again.

Frederick Lewis

# Signature Certificate

Document Ref.: **VKCKV-E3T8Q-JHARA-UXYZZ**

Document signed by:



**Frederick Lewis**

Verified E-mail:
fslewis3@email.com

IP: 76.110.137.253    Date: 18 Nov 2019 20:46:31 UTC

*Frederick Lewis*

Document completed by all parties on:
**18 Nov 2019 20:46:31 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2886          REF:



FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**              **98121**
                    WA-US  **SEA**

RT FRI

029      6
      16:30   9950
             11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ellen Hawkins

1571 Main St C24 West Warwick RI 02893

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I feel Equifax should be held accountable for failing to secure their customer's information. The paltry amount of thy r proposed fine is not commensurate with the severity of the data breach.

*Ellen Hawkins*

# Signature Certificate

Document Ref.: **5PHGF-VGCRK-F4ZQQ-ADKWH**

Document signed by:

### Ellen Hawkins

Verified E-mail
hawkins.ellen@yahoo.com

*Ellen Hawkins*

IP: **100.10.44.128**    Date: **19 Nov 2019 04:08:30 UTC**

Document completed by all parties on:
**19 Nov 2019 04:08:30 UTC**
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV#
PO:                        DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA          98121
          WA-US    SEA



RTFRI

029              6
             16:30    9950
             11:22

C

bill or pouch here...

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Rachel Snell

1904 Yellowstone Ave.
Billings, MT 59102

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair   ☑   Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My social security is not to be taken away from me. I deserve to be able to have a retirement just as anyone else.

*Rachel Snell*

# Signature Certificate

Document Ref.: GJTIR-2WKMS-9K6MV-JOOUK

Document signed by:

**Rachel Snell**

Verified E-mail:
racheljosnell@yahoo.com

*Rachel Snell*

IP  172.58.43.18    Date: 19 Nov 2019 02:58:12 UTC

Document completed by all parties on:
19 Nov 2019 02:58:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  ΝΟΟ 2nd

SEATTLE WA 98121

(415) 373-2386          -REF:
INV:
PO:                          DEPT:

## FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA

RTFRI

6      C
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Caleb Slater

112 Seville Dr, Davenport, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is an unfair agreement as the settlement is vastly unfair.

*Caleb Slater*

# Signature Certificate

Document Ref.: **VTPFF-PFNJP-6GONX-VQFY6**

Document signed by:

**Caleb Slater**

Verified E-mail
calebslater@gmail.com

*Caleb Slater*

IP: 192.195.66.124   Date: 18 Nov 2019 19:26:24 UTC

Document completed by all parties on:
18 Nov 2019 19:26:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2727 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:              DEPT:

**FedEx**
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**      98121
          WA–US  SEA



FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jane Wilcoxson

1423 4th Street, Woodward, OK, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It took me several months to clear up, all the matters that were effected, after this breach. To think it's worth just a few cents, is ridiculous.

*Jane Wilcoxson*

# Signature Certificate

Document Ref.: MUGJT-XXGW5-JEZZB-5CRMO

Document signed by:

**Jane Wilcoxson**

Verified E-mail
silvertone111@sbcglobal.net

*Jane Wilcoxson*

IP: 107.223.143.135   Date: 18 Nov 2019 19:43:12 UTC

Document completed by all parties on:
18 Nov 2019 19:43:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

(415) 373-2386
INV:
PO:                        REF:
                           DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA            98121
          WA-US  SEA

Express

FRI
16:30  6  C
11:22  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Melissa Young

5121 Catoma St #C77
Jacksonville Fl 32210

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

In this day and age of creditworthiness being a huge factor in our daily lives and identity theft being a serious problem, this breach is  more serious than Equifax has admitted. Equifax makes millions of dollars dispensing personal information. Since they failed to keep our most important data safe, they should pay a penalty equal to how much they failed the average American.

*Melissa Young*

# Signature Certificate

Document Ref.: **3UUH5-6FQM2-HF7MX-OUWB7**

Document signed by:

| | |
|---|---|
| **Melissa Young** | *Melissa Young* |
| Verified E-mail: reddawginms@yahoo.com | |
| 67.191.108.70   Date: 17 Nov 2019 15:44:46 UTC | |

Document completed by all parties on:
**17 Nov 2019 15:44:46 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                            DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
        WA–US  SEA

ge Bc

RT FRI

6    C
16:30  9950
11:22

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**
(415) 873-2386          REF:
THU:
PO:                    DEPT:



**FedEx**
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

**8L BFIA**

**98121**
WA–US  **SEA**

RTFRI

6        C
16:30   9950
11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Sharon Beko

2907 16th Ave NE
Naples, FL 34120

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                      attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Good evening your Honor,

I was involved in the Equifax breach as well and ha e ZERO confidence in their ability to protect me and my information anymore. To force people to choose $10 or yet another company that will compromise your information is by no means any type of settlement. Can you PLEASE help us with a better option or better payout? Who is going to learn from this if they aren't made to rectify their carelessness?

Thank you for taking time out to read my letter your Honor.

*Sharon Beko*

# Signature Certificate

Document Ref.: 9GS4R-L7XAZ-RNGMF-UGDFQ

Document signed by:

**Sharon Beko**

Verified E-mail
fighting_sioux_gurl@yahoo.com

*Sharon Beko*

IP: 71.215.76.246   Date: 19 Nov 2019 03:10:18 UTC

Document completed by all parties on:
19 Nov 2019 03:10:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**



TRK#
0201   7781 6173 9950

**8L BFIA**                    98121
        WA-us   SEA



RT FRI
229        6      C
        16:30   9950  Bill or pouch here.
                11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# George Turner

530 Chimney Rock Road, Rutherfordton, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Given the egregious nature of this breach, and the substantial income Equifax enjoys in the business of data storage and mining and reporting, I expect that they should be held to a much higher punishment standard for being so irresponsible with my data.

George Turner

# Signature Certificate

Document Ref.: UOHWZ-XETMU-N5CF2-Z42ZM

Document signed by:

**George Turner**

Verified E-mail
gwt9559@yahoo.com

*George Turner*

IP: 107.220.254.160    Date: 18 Nov 2019 16:59:33 UTC

Document completed by all parties on:
18 Nov 2019 16:59:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

**FedEx**
Express

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
                 WA–US  SEA



FRI

6
16:30   C
9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Franklin Womble

6847 Stewart Road, Apt #320, Cincinnati, OH, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                           attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The amount of the settlement is inadequate given the magnitude of the breach and potential for future harm that Equifax should be responsible for. Further, the settlement funds are not even adequate to pay out claims to each of the class members- if each member elects this option.

Imagine if my or your identity were stolen as a result of this breach and our bank account was emptied. The costs simply to borrow money to cover essential expenses like food and rent would be far beyond the proposed settlement amount. Equifax should be required to pay for these costs when they occur, and it's certain that some people will have these costs in the future- just like some people have already had them.the amount of the settlement therefore is inadequate.

*Franklin Womble*

# Signature Certificate

Document Ref : **OR6BF-OVNFQ-HWPGX-2UMIN**

Document signed by:

**Franklin Womble**

Verified E-mail:
frankwwomble@gmail.com

*Franklin Womble*

IP: 74.215.78.68     Date: 13 Nov 2019 23:41:04 UTC

Document completed by all parties on:
**13 Nov 2019 23:41:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~2727 WESTERN AVE STE 200~   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:
INV:              DEPT:
PO:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**

RTFRI
229
6
16:30
C
9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Peter Plumb

8503 166th st ct e, puPuyall, Washington, 98375

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☐        Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I'm tired of all these breaches, how are we supposed to protect ourselves?

*Peter Plumb*

# Signature Certificate

Document Ref.: **Q4U3Q-FEA4U-GNUEK-EO9EZ**

Document signed by:



**Peter Plumb**

Verified E-mail:
peterplumbma@aol.com

IP: 76.121.198.181   Date: 18 Nov 2019 22:27:15 UTC

Document completed by all parties on:
**18 Nov 2019 22:27:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:
          DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

**8L BFIA**              98121
          WA–US  **SEA**



RT FRI

6    C
16:30
029         9950
          11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Alvin Davis IV

530 SE 72nd st Gainesville FL 32641

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Honorable Thrash,

As being a person who has had their information taken advantage of in the past, this settlement is nothing more then a slap on the wrist, to a company, that was negligent in their security and safeguarding my personal information. The fine they're receiving just goes to show other companies, that they got away with not having adequate safeguards and properly trained individuals.. if it was up to me the fine would be a percentage of their yearly profits in the range or 20-35%. I am not looking for money I'.m looking not be to taken advantage or lightly as thier mistake has cost people so dearly. V/r Alvin R. Davis IV

*Alvin Davis IV*

# Signature Certificate

Document Ref : B4H4P-D2BZT-QKIBB-TQFDU

Document signed by:

**Alvin Davis IV**

Verified E-mail:
davis.ar4@gmail.com

*Alvin Davis IV*

IP: 72.196.105.115    Date: 18 Nov 2019 19:52:06 UTC

Document completed by all parties on:
18 Nov 2019 19:52:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386     REF:
YHU:
PO:                 DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**          **98121**
          WA–US  **SEA**

RT**FRI**
029        16:30   9950  rbill or pouch here.
                          11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Jaimie Viverito

308 live oak lane, boynton beach, fl 33436

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☑
- Inadequate     ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement is unreasonable when considering what was set for an expectation. I have wasted hours upon hours checking credit reports and getting updates because of this breach. Our information was supposed to be safe and we were all let down.

*Jaimie Viverito*

# Signature Certificate

Document Ref : **NTYBX-FDFXE-A3YHD-9FD9W**

Document signed by:

### Jaimie Viverito

Verified E-mail:
bklynjaimielynn@aol.com

*Jaimie Viverito*

IP: 73.85.205.56   Date: 18 Nov 2019 18:25:17 UTC

Document completed by all parties on:
**18 Nov 2019 18:25:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA   (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 29.10 LB
                                       CAD: 6992941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2386              REF:
PO?                               DEPT:
```



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA            98121
              WA–US  SEA



RT FRI

6      C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

Received
NOV 2 2 2019
by JNDLA

## Elizabeth Adams

715 Tom Gailey Plaza, Americus, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I think that we as hard working people of the United States of America deserves more than just a little incentive for having our information leaked in the hands of cyber criminals. I feel like with the settlement they are offering its like they are just getting a pat on the hand for the little money that they are offering we deserve more.

*Elizabeth Adams*

# Signature Certificate

Document Ref.: YQRE3-P4DZH-LNGVC-YCSE9

Document signed by:

**Elizabeth Adams**

Verified E-mail:
lizzieadm@aol.com

*Elizabeth Adams*

IP: 173.16.157.1    Date: 19 Nov 2019 04:48:20 UTC

Document completed by all parties on:
19 Nov 2019 04:48:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

10   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**
(415) 373-2386          REF:
PO:                              DEPT:

**FedEx**
Express

**E**

REL#
3705346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
WA–US   **SEA**

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Chris Downing

1201 lake Royale Louisburg, nc 27549

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Rediculously lowball.

*Chris Downing*

# Signature Certificate

Document Ref.: QHNJH-ZV3ZE-7Q7V3-HDBU5

Document signed by:

**Chris Downing**

Verified E-mail
boston9841@gmail.com

*Chris Downing*

IP: 71.210.57.22          Date: 19 Nov 2019 00:32:53 UTC

Document completed by all parties on:
19 Nov 2019 00:32:53 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886              REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**



RTFRI

6    C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Evelyn Malone

49845 Grimms Bridge Road, East Liverpool, OH, USA

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☑
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

my data was breached and my info that was givin is worth more then just $5.00 becuz my info could be in anybody hand and equifax doenst care, all they care bout is money..Equifax had one job — keep my vast trove of personal financial information secure. Equifax exposed personal financial information

*Evelyn Malone*

# Signature Certificate

Document Ref.: EDJGR-VCWGV-VRSE3-ERPSX

Document signed by:

**Evelyn Malone**

Verified E-mail:
dakota1262@yahoo.com

*Evelyn Malone*

IP: 99.107.176.95    Date: 19 Nov 2019 03:30:19 UTC

Document completed by all parties on:
19 Nov 2019 03:30:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express¹ shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
                  WA—US  SEA



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# dawn lanier

3937 West Albain Road, Monroe, MI, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

no i have no attorney

Personal note to The Honorable Thomas W. Thrash Jr.
 this is unfair they need to be held account able for this and

*dawn lanier*

# Signature Certificate

Document Ref.: WIPZU-TFBJX-YRYO4-DLVDS

Document signed by:

**dawn lanier**

Verified E-mail:
dlanier7769@yahoo.com

*dawn lanier*

IP: 75.128.131.127    Date: 19 Nov 2019 19:47:39 UTC

Document completed by all parties on:
19 Nov 2019 19:47:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
            WA-US   SEA

RTFRI
6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marcia Marks

26035 Bouquet Canyon Rd, Apt 133
Santa Clarita, CA 91351



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information is worth more than less than $10.

*Marcia Marks*

# Signature Certificate

Document Ref.: GUBTU-T3NQI-RBNY8-OEHU8

Document signed by:

**Marcia Marks**

Verified E-mail
fmarksm@aol.com

*Marcia Marks*

IP: 99.191.35.141    Date: 19 Nov 2019 00:55:36 UTC

Document completed by all parties on:
**19 Nov 2019 00:55:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386                REF:

PO:                           DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                    98121
                   WA–US  SEA

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jack Jones

2223 Morton Anderson Indiana 46016



Received
NOV 2 2 2019
by JND...

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Cost of settlement is too low and we won't stand for our info being used then lost and no one held accountable

*Jack Jones*

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 29.10 LB
                                    CAD: 6982941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

```
(415) 373-2886          REF:
PO:                          DEPT:
```

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**

98121
WA–US   **SEA**



FRI

6
16.30   C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Matt Wells

49 Saint Augustine Street Clayton NC 27527

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not               attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Because $5 for a security breach is far too little compensation.

*Matt Wells*

# Signature Certificate

Document Ref.: **SMX3K-DVPAK-7GK3M-BXSXM**

Document signed by:



**Matt Wells**

Verified E-mail:
mrw423@gmail.com

*Matt Wells*

IP: 172.74.76.171          Date: 18 Nov 2019 22:55:45 UTC

Document completed by all parties on:
**18 Nov 2019 22:55:45 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:

PO:                       DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P

**EXPRESS SAVER**

TRK#
0201    **7781 6173 9950**

**8L BFIA**        **98121**
            WA-US  **SEA**

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Jennifer Suderski

901 Spruce St Hammond,IN 46324

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  I whole heartedly object to this Equifax settlement offer.I feel that what is being offered does no
justice.Actions speak louder and this company needs to be held accountable for this data breach.A heftier
fine will ensure that I believe.

*Jennifer Suderski*

# Signature Certificate

Document Ref.: **ZH5MK-BDHUD-CYYEB-PNRHK**

Document signed by:

**Jennifer Suderski**

Verified E-mail:
jsuderski@gmail.com

*Jennifer Suderski*

IP: **172.58.139.90**    Date: **19 Nov 2019 01:40:00 UTC**

Document completed by all parties on:
**19 Nov 2019 01:40:00 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US  SEA



RTFRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sunilda Andriotis

7304 31st Av East Elmhurst, NY 11370

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Millions of individuals were affected by this organization's inability to protect its consumers. We the clients over the years have invested millions of dollars to make sure that our personal information is both adequately available as well as protected. This organization has failed us and therefore must pay adequately for the headache and trouble it has caused the American. Consumers and for those troubles that are yet to come due to these discrepancies.

# Signature Certificate

Document Ref.: **BXMJK-AA3UR-4UHJV-RFKQ2**

Document signed by:

**Sunilda Andriotis**

Verified E-mail:
sunildaandriotis@gmail.com

IP: **68.174.183.114**    Date: **19 Nov 2019 15:55:35 UTC**

Document completed by all parties on:
**19 Nov 2019 15:55:35 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2306        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                 CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2306        REF:
PO:                        DEPT:
```

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                    98121
                    WA-US   SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Thomas Gagne

101 Forest Glen Drive, Pittsburgh, PA 15221

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax totally underestimated the harm and deliberately desires to underpay those of use harmed by their actions. The initial settlement amount of $125 on its face was sufficient, but now that value has dropped by more than 80%. That is not the fault of consumers and I should not be penalized because more plaintiffs are choosing a cash settlement in lieu of Equifax credit monitoring.

*Thomas Gagne*

# Signature Certificate

Document Ref.: **7KWXV-ZSWWW-UWEKS-NSYZV**

Document signed by:



**Thomas Gagne**

Verified E-mail:
thomgagne@icloud.com

IP: 96.236.155.83    Date: 18 Nov 2019 18:43:19 UTC

Document completed by all parties on:
18 Nov 2019 18:43:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6902941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3706346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
            WA–US  SEA

RTFRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Charlene Jensen

1535 Alabama Ave West Sacramento California 95691

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I think they are responsible for all our personal records to be let out to many places. A lot of things can happen to my personal records. They owe us people a lot more then ten dollars. I'm a senior and who knows what they can do to me. This has been a lot of stress on me. That is one thing I don't need being I have already had one heart attack.

*Charlene Jensen*

# Signature Certificate

Document Ref.: GDSO6-GOLPL-ZMTJ5-9EKOM

Document signed by:



**Charlene Jensen**

Verified E-mail:
charlenejensen@sbcglobal.net

*Charlene Jensen*

IP: 108.252.56.221            Date: 18 Nov 2019 21:55:19 UTC

Document completed by all parties on:
**18 Nov 2019 21:55:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
          WA–US  SEA



FRI

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Sara Neyens

4336 12th Street, Rock Island, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
For the agencies reporting and holding private information to value their responsibility so little is shameful.

*Sara Neyens*

# Signature Certificate

Document Ref.: **UQH2G-SQACZ-UZX9D-5QF47**

Document signed by:



**Sara Neyens**

Verified E-mail:
sneyens1@me.com

IP: 205.167.2.34   Date: **18 Nov 2019 19:20:18 UTC**

Document completed by all parties on:
**18 Nov 2019 19:20:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
PO:                      DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
                WA-US   SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## John Wysocki

35560 Grand River Ave , 300, Farmington Hills, MI 48335



Received
NOV 2 2 2019
by ___

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe that Equifax's originally trumpeted settlement offer was a complete sham. The additional requirement that I provide the name of the credit monitoring service that I am currently utliizing in order to receive a cash settlement is ludicrous; it is no one's business but mine what service I use or do not use.

*John Wysocki*

# Signature Certificate

Document Ref.: **SRLP9-ZPQAY-HRQCE-VFUZA**

Document signed by:

**John Wysocki**

Verified E-mail
java2036@gmail.com

*John Wysocki*

IP: 97.88.160.140 | Date: 18 Nov 2019 23:21:33 UTC

Document completed by all parties on:
18 Nov 2019 23:21:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**                98121
              WA–US  SEA

FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Lowe

4717 Harvest Dr
Crestwood, KY 40014



Received

NOV 2 2 2019

by JND! A

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Why would I accept a pittance in cash plus "free" coverage going into the future from the SAME PEOPLE
who failed to protect my info in the first place? I believe they can afford $1,000 a person and that MIGHT
convince them to provide what they PROMISED!

*James Lowe*

# Signature Certificate

Document Ref.: **GFHQK-FGRSN-RMBZ7-SWVUS**

Document signed by:

**James Lowe**

Verified E-mail:
jimlowe77@att.net

*James Lowe*

IP: 107.77.192.182    Date: 18 Nov 2019 23:24:52 UTC

Document completed by all parties on
18 Nov 2019 23:24:52 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
THU:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**        98121
WA–US **SEA**

ge Bc

Express

RT FRI

6   C
16.30  9950
029   11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## John Forsyth

808 brinkby ave 1704. Reno, mv 89509

Received

NOV 2 2 2019

by JND

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐        Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I don't feel protected when my credit history is out there for the world to see. My ex wife has stolen my identity and I had to file a police report on it this year. I should be able to trust a company that says My personal information is protected.

*John Forsyth*

# Signature Certificate

Document Ref.: **9SHMU-JEPQK-MBW2X-CXAAV**

Document signed by:

**John Forsyth**

Verified E-mail:
lisaarre1023@gmail.com

*John Forsyth*

IP: 24.72.241.154    Date: 18 Nov 2019 22:59:40 UTC

Document completed by all parties on:
18 Nov 2019 22:59:40 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 22 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:

DEPT:



**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**                98121
                    WA–US  SEA

RTFRI

6
16.30    C
9950
11:22

029

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Yvonne Costa

6 Lydon lane, Apt b2-6, Halifax, Ma 02338

Received

NOV 2 2 2019

by JNF

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑     Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  expect                    to be represented by an attorney.

Reuban Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.
  It's insulting that Equifax thinks they should get a slap on the wrist.

*Yvonne Costa*

# Signature Certificate

Document Ref.: **DETNI-BJEV7-KURED-Z4MBE**

Document signed by:

**Yvonne Costa**

Verified E-mail:
lucybelle486@yahoo.com

*Yvonne Costa*

IP: 75.67.25.71    Date: 19 Nov 2019 07:33:21 UTC

Document completed by all parties on:
19 Nov 2019 07:33:21 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
                WA–US  SEA

FRI

6    C
16.30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Melissa Cheever

424 SW 13th ST.   Chehalis Wa. 98532



I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair  ☑   Unduly burdensome  ☐
- Inadequate  ☐
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not               attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to the recent findings, I believe that Equifax should be fully accountable for the release of private information of each and everyone involved. And should be held reliable to the full extent.

*Melissa Cheever*

# Signature Certificate

Document Ref.: **SFKKQ-VCMNF-XEGGD-LDEKU**

Document signed by:

**Melissa Cheever**

Verified E-mail:
missyme1967@yahoo.com

*Melissa Cheever*

IP: 107.77.205.231    Date: 19 Nov 2019 17:54:52 UTC

Document completed by all parties on:
**19 Nov 2019 17:54:52 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 23.10 LB
                                       CAD: 6992941/SSFD2021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
   (415) 373-2386        REF:
   INV:
   PO:                   DEPT:
```



**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
            WA-US  SEA

RT FRI

6
16:30   C

9950  rbill or pouch here.
11:22

029

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Nathaniel Smith

73 Meserole Ave 4L Brooklyn NY 11222

> Received
>
> NOV 2 2 2019
>
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I expect                       to be represented by an attorney.

Brian Avello Esq.
Brian@makerdao.com

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has proved itself to be completely incompetent and corrupt in its essential operating behavior around user data. This settlement is unfair. This company's incompetence has exposed my personal data to hackers, and I have already been sim hacked by TMobile, and my data is now open on the internet. They must be held liable for their actions, and this settlement is a joke.

*Nathaniel Smith*

# Signature Certificate

Document Ref.: JHMVZ-VZLYF-KQWPR-BVBCL

Document signed by:



**Nathaniel Smith**

Verified E-mail:
iamnathanwindsor@gmail.com

*Nathaniel Smith*

IP: 69.38.244.146   Date: **17 Nov 2019** 19:55:22 UTC

Document completed by all parties on:
**17 Nov 2019 19:55:22 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:

PO:                        DEPT:



FedEx
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
              WA-US   SEA

ge Bc

RT FRI
029

6
16:30   C
        9950
11:22   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## David Turner

1602 Stuckey ave. Apt 2103 Tallahassee, Florida 32310

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe its totally unfair that all of us that trusted this company were let down and to say we get 5 dollars for all we have to keep doing is a total slap in the face to us. The attys are getting 77 million while the ones who will have to watch their credit reports for the rest of their life get nothing,  nope doesn't work for me. My name was already used once in a scam, by another company who was hacked and that took over a year to clean up that mess. So no I'm not taking 5 dollars and a slap in the face.

*David Turner*

# Signature Certificate

Document Ref.: **VZHOU-POBMO-AXYFJ-U6BWG**

Document signed by:



### David Turner

Verified E-mail:
turnersnuthouse@yahoo.com

*David Turner*

IP: 71.209.83.227   Date: 17 Nov 2019 15:38:19 UTC

Document completed by all parties on:
17 Nov 2019 15:38:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

## 8L BFIA

98121
WA–US  SEA



RT FRI

029

6
16:30

C

9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Alex Neuman

X7 Avon Drive, East Windsor, NJ, USA

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is wholly inadequate to address the lack of security by Equifax.   For the rest of my life, I and millions of others like me, will have to live will the mistakes made in this case.

*Alex Neuman*

# Signature Certificate

Document Ref.: **IFD3G-SHTCP-ENEZI-EM4PM**

Document signed by:

**Alex Neuman**

Verified E-mail:
alexneuman31@gmail.com

*Alex Neuman*

IP: 24.0.136.178    Date: 19 Nov 2019 02:49:29 UTC

Document completed by all parties on:
19 Nov 2019 02:49:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950



**8L BFIA**        98121
            WA-US  **SEA**

RT FRI

6
16:30   C

029     9950  bill or pouch here.
        11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# judy paslay

5925 Lakeview Dr Malakoff texas 75148

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is so unfair for them to get off this easy.

*judy paslay*

# Signature Certificate

Document Ref.: BWE4P-3H5JH-QTVLF-ACQSM

Document signed by:

**judy paslay**

Verified E-mail:
judy4750@aol.com

*judy paslay*

IP: 67.7.17.151   Date: 18 Nov 2019 21:28:26 UTC

Document completed by all parties on:
**18 Nov 2019 21:28:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

**FedEx**
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

## 8L BFIA

98121
WA-US  SEA



RTFRI

029

6
16:30

C

9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kenneth Lee

57 Collins St, Hyde Park, MA 02136, USA



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This settlement is very inadequate for the stress it has caused

*Kenneth Lee*

# Signature Certificate

Document Ref: **9TCJP-J7KMY-7JVUY-CBZGK**

Document signed by:

Kenneth Lee

Verified E-mail
spike621313@gmail.com

*Kenneth Lee*

IP: 173.166.114.169        Date: 18 Nov 2019 19:43:36 UTC

Document completed by all parties on:
18 Nov 2019 19:43:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                    DEPT:



FedEx
Express

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US  SEA

RT FRI

029

6
16:30

C

9950
11:22


*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Claudia Onkst

18600 Eos Santa Clarita ca 91351

> Received
>
> NOV 2 2 2019
>
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

|  will not                    attend the settlement hearing in person.

|  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This amount that they are proofing seems like a drop in a bucket. Please do the right thing Judge Thrash
Thank you Sir

*Claudia Onkst*

# Signature Certificate

Document Ref.: **JNVOG-M6UK2-RVBAW-PHUQZ**

Document signed by:

**Claudia Onkst**

Verified E-mail
conkst6@aol.com

*Claudia Onkst*

IP: 108.185.230.37    Date: 19 Nov 2019 04:25:58 UTC

Document completed by all parties on:
**19 Nov 2019 04:25:58 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386     SHIP DATE: 19NOV19
CLASS ACTION INC                   ACTWGT: 23.10 LB
2777 AVALARDO ST STE E             CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~2727~ WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:

PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**                98121
                  WA–US  **SEA**

ge Bc

RT FRI
229           6     C
         16.30  9950
               11:22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Michael Bell

12031 S 184th Ave, Goodyear, AZ, 85338

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I find the terms of the data breach settlement to totally unfair to those whose information was compromised. For the terms to be reduced over and over again isn't what we as complaint filers were told was going to happen. These companies should not be rewarded for acting recklessly with our personal details.

*Michael Bell*

# Signature Certificate

Document Ref.: **UQE56-GKDJX-XPK2H-VGIXN**

Document signed by:

**Michael Bell**

Verified E-mail
steelerfan_1@comcast.net

*Michael Bell*

IP: 68.231.9.33          Date: 18 Nov 2019 23:41:03 UTC

Document completed by all parties on:
18 Nov 2019 23:41:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts







Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                   DEPT:

FedEx
Express

E
REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA            98121
            WA–US  SEA

ge Bc

RT FRI

6
16.30    C

229        9950    ill or pouch here.
          11 22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Sheena Thomas

4004 Grand Avenue, Des Moines, IA, USA

Received
NOV 2 2 2019
by JNDL

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The fact that a few lawyers get millions while we who have all this information exposed on the dark web get practically nothing  makes no sense. We have to spend hours trying to fix our online lives never knowing whether it will be enough or not. Our financial assets, our identities, and our privacy are all at risk forever.

Sheena Thomas

# Signature Certificate

Document Ref.: BJXF2-D5VCJ-GTMCN-FJKHG

Document signed by:

**Sheena Thomas**

Verified E-mail:
fast219@gmail.com

*Sheena Thomas*

IP: 173.16.142.133        Date: 16 Nov 2019 03:59:01 UTC

Document completed by all parties on:
16 Nov 2019 03:59:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



8L BFIA                  98121
              WA–US    SEA

RT FRI

229       6       C
         16:30   9950
                 11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Savanna Gonzales

602 point sunset SA TX. 78253

Received
NOV 2 2 2019
by JNFLV

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Your honerble judge I object to this matter pretating to my

*Savanna Gonzales*

# Signature Certificate

Document Ref : **WG7YX-UCMDK-QDWRR-S3BVV**

Document signed by:



**Savanna Gonzales**

Verified E-mail:
sgonzales172@gmail.com

IP: 162.195.148.10   Date: 19 Nov 2019 04:15:12 UTC

Document completed by all parties on:
19 Nov 2019 04:15:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA-US   SEA

RT FRI

229    6
      16:30   9950
      11:22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kellie Hayden

10680 popes creek road newburg md 20664

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
For all they took from us they should be held accountable !!

*Kellie Hayden*

# Signature Certificate

Document Ref.: **JWQ7U-WFHDD-KRTH6-8EW8H**

Document signed by:

**Kellie Hayden**

Verified E-mail:
blondie32183@hotmail.com

*Kellie Hayden*

IP: 99.203.202.101     Date: **18 Nov 2019 20:25:34 UTC**

Document completed by all parties on:
**18 Nov 2019 20:25:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

