# Exhibit B - 24

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                        DEPT:

**FedEx**
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA



RTFRI
6   C
16:30   9950
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mark Hartman

1171 Helix Village Ct
El Cajon, CA 92020

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                        attend the settlement hearing in person.

I   do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your honor, an insignificant amount of money - or, worse, services which most of us have already purchased from competing providers simply because Equifax has been found to be untrustworthy - is less a "settlement" than it is a declaration by the Court to consumers that their rights and damages are less important that protecting Equifax from the consequences of its actions.

If we consumers misbehave, the law is quick to hold us to account. Why should it not be so with Equifax?

*Mark Hartman*

# Signature Certificate

Document Ref.: QTHCN-SFJQS-HWK7F-CTZQS

Document signed by:



**Mark Hartman**

Verified E-mail:
mark@mymacguy.com

IP: 184.178.24.103    Date: 18 Nov 2019 16:42:03 UTC

Document completed by all parties on:
18 Nov 2019 16:42:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd 

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA        98121
WA–US  SEA



FRI

6   C
16:30   9950  bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amy Olivo

17799 N Lainie Ct Surprise AZ 85378

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is a bad enough in this day and age people have to worry about their sensitive information being revealed but, Equifax knew there was a weak link and did nothing about it and did not tell anyone then it was too late and now millions of people are affected by this

*Amy Olivo*

# Signature Certificate

Document Ref.: **XEPP5-TSJKG-UCT6D-4HA9G**

Document signed by:

**Amy Olivo**

Verified E-mail:
**amyolivo925@gmail.com**

IP: 184.101.125.44   Date: **17 Nov 2019 16:34:29 UTC**

Document completed by all parties on:
**17 Nov 2019 16:34:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200 

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US   SEA



RT FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Stephanie Ballard

3977 Barnard Dr
Lexington Ky 40509

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                            attend the settlement hearing in person.

I   do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Our security is worth more than what is being offered

*Stephanie Ballard*

# Signature Certificate

Document Ref.: **LT8MC-RXYCM-BAGNE-ZQ2W7**

Document signed by:



**Stephanie Ballard**

Verified E-mail:
sballard759@gmail.com

*Stephanie Ballard*

IP: 168.216.158.189    Date: 18 Nov 2019 18:30:06 UTC

Document completed by all parties on:
**18 Nov 2019 18:30:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

RT FRI

6
16:30   9950

C

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marc Bendler

1264 Merrill Ave, Algonquin, IL 60102

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                            attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
To continue to let big corporations get away with mishandling data with just a mere slap on the wrist is an insult to everyone that was affected. The time is now to drop the hammer and set a new precedent.

*Marc Bendler*

# Signature Certificate

Document Ref.: **VY7HW-FGBWU-KD9FR-WJUU4**

Document signed by:

**Marc Bendler**

Verified E-mail:
marcbjr2@yahoo.com

*Marc Bendler*

IP: 174.197.7.236   Date: 18 Nov 2019 16:47:25 UTC

Document completed by all parties on:
**18 Nov 2019 16:47:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA



RT FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Humphrey

3754 Hilldale Dr NE  Cleveland tn 37312

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Identity theft is a major problem and if companies are going to be negligent then they should pay.

*James Humphrey*

# Signature Certificate

Document Ref.: **ESOSE-RY2QX-OGDTB-FXRQL**

Document signed by:



**James Humphrey**

Verified E-mail:
jehumphreyiv@gmail.com

IP: 99.203.98.142   Date: 18 Nov 2019 23:44:05 UTC

*James Humphrey*

Document completed by all parties on:
18 Nov 2019 23:44:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
            WA-US   SEA



FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mark Lynch

116 Spring Haven Drive, Flat Rock, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It's always the common man that gets cheated in these settlements, I don't expect it to be any different here.
All will go through these motions for naught. Have a nice life...

*Mark Lynch*

# Signature Certificate

Document Ref.: **MFGIC-GYZ7U-CTHW5-V2TLV**

Document signed by:

**Mark Lynch**

Verified E-mail:
marklynch10002000@yahoo.com

*Mark Lynch*

IP: 24.248.182.7     Date: 19 Nov 2019 04:21:08 UTC

Document completed by all parties on:
**19 Nov 2019 04:21:08 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6882941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200  1100 2nd
SEATTLE WA 98121
(415) 373-2386            REF:

FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA

FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Todd Rehg

5630 Providence Place Drive, St. Louis, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome  ☐
- Inadequate  ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

|   will not          attend the settlement hearing in person.

|   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe they need to be held accountable to more than $1 per person affected.  This is a ridiculous settlement.

*Todd Rehg*

# Signature Certificate

Document Ref.: **TMJUZ-H8JWZ-9LTPH-DE5GU**

Document signed by:

**Todd Rehg**

Verified E-mail:
rehgt@webstergroves.org

*Todd Rehg*

IP: 12.184.152.52          Date: 18 Nov 2019 19:33:52 UTC

Document completed by all parties on:
**18 Nov 2019 19:33:52 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA            98121
            WA—US   SEA



FRI

6
16:30    9950   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jonathan Valverde

8015 286th ST  CT S Roy, WA 98580

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I expect                              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Too many easy outs for higher up corporations

*Jonathan Valverde*

# Signature Certificate

Document Ref.: **PN5EJ-MAC6W-MZFKR-J8WMK**

Document signed by:



**Jonathan Valverde**

Verified E-mail
j1valverde@yahoo.com

IP: 172.58.45.230   Date: 18 Nov 2019 23:16:47 UTC

Document completed by all parties on:
18 Nov 2019 23:16:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200

SEATTLE WA 98121
(415) 373-2386          REF:

PO:                      DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  SEA

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sean Bowe

13928 Lexington Drive. Westminster, CO, 80023

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is completely inadequate. This business was entrusted with our sensitive personal information, was extraordinarily negligent and lost it,  and under the terms of the settlement they would practically shake it off like an innocent mishap. It is in no way punitive and sets a terrible example for future data breaches. This company should actually feel some pain for what they caused.

*Sean Bowe*

# Signature Certificate

Document Ref.: **EZRHV-JAX9P-RHCO3-SUSNP**

Document signed by:

**Sean Bowe**

Verified E-mail:
ewillbefull@gmail.com

*Sean Bowe*

IP: 76.120.6.186     Date: 15 Nov 2019 22:04:17 UTC

Document completed by all parties on:
15 Nov 2019 22:04:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:



**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA

ge Bc

RTFRI

6
16.30   C
9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Stephen Chipp

3559 Ptak Road, Weidman, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                  attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is unfair for a company such as Equifax to not be able to pay us our fair share. Lawyers should not be making more than the plaintiffs in this case. We are held hostage by these credit reporting agencies to get mandated things as auto insurance. Their digital policies should have been enforced or should be constantly being monitored for such information to be leaked out. This settlement is not "hurting" Equifax as it has "hurt" the many millions of individuals whose personal information was stolen. We trusted Equifax to keep us safe. They did not. And we have no option on where are credit information goes. We are hostages.

*Stephen Chipp*

# Signature Certificate

Document Ref.: **XRWND-FXCZN-SW3G2-VEDBU**

Document signed by:

**Stephen Chipp**

Verified E-mail
schipp07@att.net

*Stephen Chipp*

IP: 50.106.113.64          Date: 19 Nov 2019 03:33:06 UTC

Document completed by all parties on:
**19 Nov 2019 03:33:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   **SEA**

ᴿᵀFRI

6   C
16.30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Joe Cseko jr

1083 rte 311 apt. 3 Patterson NY, 12563

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                    attend the settlement hearing in person.

I   expect                    to be represented by an attorney.

The attorneys are furnishing the court with all of this information.

Personal note to The Honorable Thomas W. Thrash Jr.

This is absolutely ridiculous. Why do these companies get away with this sort of thing. If I break the law, cause injury to someone I pay the price. This is completely unfair.

*Joe Cseko jr*

# Signature Certificate

Document Ref.: JMHNU-USYA9-RQJGU-UATCF

Document signed by:

**Joe Cseko jr**

Verified E-mail:
joecseko@gmail.com

*Joe Cseko jr*

IP: 67.189.202.216     Date: 19 Nov 2019 00:51:58 UTC

Document completed by all parties on:
**19 Nov 2019 00:51:58 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA—US   SEA



RT FRI

6   C
16:30   9950

Roll or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# BEVERLY CRABTREE

PO BOX 1025, WHITLEY CITY, KY 42653

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information was jeopardized and they should have to pay for this.

*BEVERLY CRABTREE*

# Signature Certificate

Document Ref.: **NA5Y9-2FCZN-QV2RY-HAEQK**

Document signed by:



**BEVERLY CRABTREE**

Verified E-mail:
bev_crabtree@yahoo.com

IP: 138.43.140.19    Date: 19 Nov 2019 14:35:45 UTC

Document completed by all parties on:
**19 Nov 2019 14:35:45 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI − 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA                    98121
              WA−US   SEA

FRI

6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Alacyn Mcneely

17 Lucas street carver, Massachusetts 02330

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Completely unacceptable

*Alacyn Mcneely*

# Signature Certificate

Document Ref.: **KQ6CW-9TFIA-WS2XK-IWDAB**

Document signed by:

**Alacyn Mcneely**

Verified E-mail:
amcneely18@comcast.net

*Alacyn Mcneely*

IP: 174.255.66.91            Date: 18 Nov 2019 20:10:34 UTC

Document completed by all parties on:
18 Nov 2019 20:10:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US   SEA

FRI

6    C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Angela Acone

11 Velma Drive, Taylors, SC, 29687 USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑        Unduly burdensome ☐
- Inadequate      ☐
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.
N/A

Personal note to The Honorable Thomas W. Thrash Jr.
None

*Angela Acone*

# Signature Certificate

Document Ref.: **DTDGV-DZWBU-X8QRN-RGZOT**

Document signed by:

**Angela Acone**

Verified E-mail:
angela.acone@charter.com

*Angela Acone*

IP: 142.136.2.19         Date: 18 Nov 2019 19:15:56 UTC

Document completed by all parties on:
18 Nov 2019 19:15:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386    REF:
INV:
PO:    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**    98121
WA–US  **SEA**

ge Bc

RT FRI

6
16:30   C
9950   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Laurel Walton

506 Jersey Street S.I.N.Y 10301

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

No [ne wants their identity stolen but it does happened. I am a senior who has a very sick husband, while I was constantly at the hospital I had packages order in my name my debit card was compromised my credit score was ruin money stolen from me by afraud, it cost me. $125.00 rental application fee. And $5400.00 on a bad rental deal because of my credit score.  Plus $2500 to $3000 on a debt settlement company. 321 loans was the name they severed paid my creditors and stole the money..which really screwed me up? Plus right on my credit report is an address in my name. Its. 20 Brabent st. Never even live there?

*Laurel Walton*

# Signature Certificate

Document Ref.: **A5J2D-4OZLQ-5QHBZ-OFMST**

Document signed by:



**Laurel Walton**

Verified E-mail:
lkw1951@yahoo.com

IP: 24.168.27.41     Date: 19 Nov 2019 01:34:00 UTC

Document completed by all parties on:
**19 Nov 2019 01:34:00 UTC**
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2306          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US  SEA



RTFRI

6
16.30   9950   Roll or pouch here.
      22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Nancy Parr

12502 Sableleaf Dr Cypress Tx 77429 yes

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I had my identity stolen and their offer of credit monitoring does nothing. They have our onfo not because we want them to but we have to tolerate it.

*Nancy Parr*

# Signature Certificate

Document Ref.: **JNUDO-OQIPP-NAMRH-UHEF6**

Document signed by:

**Nancy Parr**

Verified E-mail:
nancyparr723@gmail.com

*Nancy Parr*

IP: **107.77.219.140**   Date: **18 Nov 2019 22:07:51 UTC**

Document completed by all parties on:
**18 Nov 2019 22:07:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Shannon Davenport

608 2nd St., Mineola, TX 75773

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Year after year, for the past 10 or so years, we continue to hear about massive banks, retail chains, and now credit bureaus being hacked, and our personal information stolen. These companies make billions annually but simply receive a slap on the wrist while consumers endure a nightmare trying to get their credit repaired and debts erased due to identity theft. Now, you want to allow a company that has EVERY BIT of our personal information get off with offering credit monitoring or $10 per person?! They make billions selling our data to other companies and that is all they are punished for? A message needs to be sent that the citizens affected by breeches are not going to stand for it anymore! I ask you, Honorable Judge Thrash, to be the voice of a nation that other corporations take note and be proactive in the protection of our citizen's personal information, or do not do business!

*Shannon Davenport*

# Signature Certificate

Document Ref.: **HS95V-D2RNB-AZTCA-N9LRB**

Document signed by:

**Shannon Davenport**

Verified E-mail:
sha_nicole_d@yahoo.com

*Shannon Davenport*

IP: 47.222.198.174          Date: 18 Nov 2019 17:10:37 UTC

Document completed by all parties on:
**18 Nov 2019 17:10:37 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386           REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
           WA–US  SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Elizabeth Russ

624 Rushton Rd
Cincinnati OH, 45226

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair        ☐        Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Honorable Thrash,
It is impossible to express the hardship that this unnecessary breech has caused me, my family and the millions of other hard working people in this country. Please look at this carefully and at least give us the satisfaction of knowing that the original agreement was honored.
Thanking you in advance,
Elizabeth Russ

*Elizabeth Russ*

# Signature Certificate

Document Ref.: WU5IM-CF3TC-AMEPP-QXKWD

Document signed by:



**Elizabeth Russ**

Verified E-mail:
earuss@me.com

IP: 66.27.228.158     Date: 18 Nov 2019 17:48:47 UTC

Document completed by all parties on:
**18 Nov 2019 17:48:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  **SEA**

ge Bc

RT FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Katrina Burns

644 Leeward Drive, Baton Rouge, LA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This company should be accountable for their actions.

*Katrina Burns*

# Signature Certificate

Document Ref.: **JFCMN-ENXD4-CVVBG-R3DSN**

Document signed by:



**Katrina Burns**

Verified E-mail:
**katrinaburns55@att.net**

*Katrina Burns*

IP: 72.207.220.72    Date: 18 Nov 2019 19:01:34 UTC

Document completed by all parties on:
**18 Nov 2019 19:01:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:

REF:

DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6
16:30   C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Thomas Klisuric

7627 Westside Hwy, Castle Rock, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that Equifax has had the ability to sell my information for a significant profit to themselves, while leaving me (and my information) totally unprotected.
Thank you for your Time and Consideration.

*Thomas Klisuric*

# Signature Certificate

Document Ref.: **YCMAW-CLCZQ-64GKB-NTAZI**

Document signed by:



**Thomas Klisuric**

Verified E-mail
tomdogk@outlook.com

IP: 72.168.144.255    Date: 18 Nov 2019 22:35:28 UTC

*Thomas Klisuric*

Document completed by all parties on:
**18 Nov 2019 22:35:28 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:

INV:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
              WA–US  **SEA**

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Susan Kozloff

633 Hill St Highland Park IL 60035

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                           attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Respect consumer rights not corporate interests

*Susan Kozloff*

# Signature Certificate

Document Ref. **SP9NM-7IP7A-2XBSP-AUZZV**

Document signed by:

**Susan Kozloff**

Verified E-mail:
susan424@comcast.net

*Susan Kozloff*

IP: 71.194.42.24   Date: 18 Nov 2019 19:53:32 UTC

Document completed by all parties on:
**18 Nov 2019 19:53:32 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6982941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                          DEPT:

**FedEx**
Express



REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**                98121
                   WA–US  SEA



RT FRI
6
16:30     C
         9950
                  ibill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Dow Moran

25 River Drive South Apartment 1006, Jersey City NJ 07310

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                         attend the settlement hearing in person.

I   do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, the penalty as laid out does respect the degree of damages caused by Equifax, nor the gross negligence Equifax had in the handling of sensitive personal information of class members. Due to the rise in consumer data breaches many class members already have credit monitoring as a result of past settlements. The earmarked portion for cash awards if divided evenly among class members would be less than a dollar per person. Additionally the court should recognize that allowing Equifax to offer credit monitoring services as restitution creates a perverse incentive. Equifax itself offers monitoring services and would be the beneficiary of future data breach settlements that followed the precedent of this settlement. Note the proposed monitoring would be provided by Experian who themselves are settling a data breach (case number 8:15-cv-01592).

# Signature Certificate

Document Ref.: **H7A6U-CNC6L-C7UZV-W4UY2**

Document signed by:

**Dow Moran**

Verified E-mail:
dowmoran@gmail.com

IP: 100.8.203.20     Date: 18 Nov 2019 22:09:06 UTC

Document completed by all parties on:
18 Nov 2019 22:09:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

INV:                  DEPT:
PO:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**      98121
WA-US   SEA



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Steve Lockwood

1010 Meadow Drive, Owosso, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The expected funds per person seems to be inadequate given the yearly income of this large corporation.

*Steve Lockwood*

# Signature Certificate

Document Ref.: **CGHSQ-UFAPR-LE57E-7HESX**

Document signed by:

**Steve Lockwood**

Verified E-mail
glcc03@yahoo.com

*Steve Lockwood*

IP: 104.192.149.75   Date: 19 Nov 2019 13:30:06 UTC

Document completed by all parties on:
19 Nov 2019 13:30:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO. CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        -REF:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA              98121
            WA—US    SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Holtrop

3046 Country Ct
Hudsonville  MI 49426

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is my understanding that the settlement offer payments are going to be less than $10 per person, instead of the $125 to $250 as advertised.  I believe the breach led to my Social Security number to be stolen and used by someone to apply for credit.  It cost me several hours of my time to notify the three credit reporting agencies of this use and place warnings on my account.  I believe that the settlement offer would be a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they should not be allowed to buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*James Holtrop*

# Signature Certificate

Document Ref.: FJXCB-9MZHC-PHVW8-GDHTE

Document signed by:

**James Holtrop**

Verified E-mail:
jholtrop007@att.net

*James Holtrop*

IP: 172.222.92.82   Date: 18 Nov 2019 21:20:41 UTC

Document completed by all parties on:
18 Nov 2019 21:20:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:                    DEPT:
PO:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
WA-US   **SEA**



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Virginia OMara

6 Harrington Circle Weymouth MA 02188

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Hold Equifax accountable!

*Virginia OMara*

# Signature Certificate

Document Ref.: OXNLN-LJGBW-SGPJ6-JSTCV

Document signed by:

**Virginia OMara**

Verified E-mail:
cindytatalias@gmail.com

*Virginia OMara*

IP: 24.62.117.70    Date: **18 Nov 2019 16:45:10 UTC**

Document completed by all parties on:
18 Nov 2019 16:45:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200 1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA                    98121
WA-US   SEA



FRI

6
16:30   9950   C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# PAUL MOORE

Paul M Moore 224 Ohio Street Box 383 Hinsdale Montana 59241

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is way to little. It's just a slap on the rist.

*PAULMOORE*

# Signature Certificate

Document Ref.: 4V7BV-YVXPY-F4UJA-GGEWS

Document signed by:

**PAUL MOORE**

Verified E-mail
moorepaul26@yahoo.com

*PAULMOORE*

IP: 76.75.23.75    Date: **19 Nov 2019 14:34:30 UTC**

Document completed by all parties on:
19 Nov 2019 14:34:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                          REF:
                             DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Richard Pilon

2338 Bartlett Oaks Drive, Bartlett, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is a farce and is completely inadequate. So many times companies that we entrust our security to take it for granted like they own it. They treat it with cavalier attitudes and when it is mishandled and lost they act like it is no big deal. "Oops, we're sorry. We'll do better." The problem is that they are never forced to pay adequately so obviously they do nothing to improve. It is time to tell them that we take this seriously!

Thank you,

*Richard Pilon*

# Signature Certificate

Document Ref.: CNHDC-Q7DHL-QTQ8Q-ULMV5

Document signed by:



**Richard Pilon**

Verified E-mail:
rick@pilonhome.com

IP: 76.217.216.26    Date: 18 Nov 2019 17:55:04 UTC

*Richard Pilon*

Document completed by all parties on:
**18 Nov 2019 17:55:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



**Express**

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

```
SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6932941/SSF02021
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

RT FRI

6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# MELINDA CLARK

2542 Packard Drive, Lorain, OH, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is not fair that this large profitable company just get a slap on the wrist.

*MELINDA CLARK*

# Signature Certificate

Document Ref.: 69IJO-LTPHV-ASRCN-UVVVI

Document signed by:



**MELINDA CLARK**

Verified E-mail:
clarkm13@ccf.org

IP: 139.137.128.61   Date: 18 Nov 2019 16:33:50 UTC

Document completed by all parties on:
18 Nov 2019 16:33:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**                98121
                  WA–US   **SEA**

FRI

6    C
16:30

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Chris Dobrowolski

35710 Bay Morgan Lane

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I think the company is tryting to lower the amount it will pay to claimaints which is not right.

*Chris Dobrowolski*

# Signature Certificate

Document Ref.: **I4ZNA-2BTBC-JZFDP-89WIR**

Document signed by:



**Chris Dobrowolski**

Verified E-mail:
rollerskatter1@aol.com

*Chris Dobrowolski*

IP: 104.61.134.79     Date: 18 Nov 2019 04:21:30 UTC

Document completed by all parties on:
**19 Nov 2019 04:21:30 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

ge Bc

**8L BFIA**

**98121**
WA–US   **SEA**



RT **FRI**

6    **C**
16:30   9950  bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tricia Dawe

1304 Ramsdel st port Charlotte florida 33952

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

These are the companies  that are supposed to not only secure our identities  it also create them. It needs to be held liable for not protecting us. To place such a minuscule dollar amount to such a massive breach is deplorable.

*Tricia Dawe*

# Signature Certificate

Document Ref.: TCHNH-TXXK9-CHMVG-CVBEM

Document signed by:



**Tricia Dawe**

Verified E-mail:
sff1269@gmail.com

*Tricia Dawe*

IP: 73.28.168.184    Date: 19 Nov 2019 03:10:11 UTC

Document completed by all parties on:
19 Nov 2019 03:10:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA



RT FRI

029          6          C
          16:30   9950
          11 22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Yvette Cid

233 Stegman St
Jersey City NJ 07305

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not   attend the settlement hearing in person.

I do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Our credit is very important to many my credit information has been break

*Yvette Cid*

# Signature Certificate

Document Ref.: QBVGW-RXTR6-7TOS3-KKYPB

Document signed by:

**Yvette Cid**

Verified E-mail:
ycid13@yahoo.com

IP: 24.0.145.184     Date: 19 Nov 2019 02:40:28 UTC

*Yvette Cid*

Document completed by all parties on:
19 Nov 2019 02:40:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:
```



**FedEx**
Express

E

REL#
37B6346

FRI — 22 NOV 4:30P
EXPRESS SAVER

```
TRK#
0201   7781 6173 9950
```

8L BFIA                    98121
                    WA-US  SEA

FRI

029    6    C
     16:30   9950
            11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Mary Spalding

2411 Mount Claire Ave Louisville KY 40217



I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  A stronger message needs to be sent to the credit bureau.

*Mary Spalding*

# Signature Certificate

Document Ref. **2HEQZ-KWI3G-9UF23-B6NHI**

Document signed by:

**Mary Spalding**

Verified E-mail
swfinky1971@yahoo.com

*Mary Spalding*

IP: 74.138.9.171     Date: 18 Nov 2019 16:42:31 UTC

Document completed by all parties on:
18 Nov 2019 16:42:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JB5A  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**        98121
           WA–US  SEA



FRI

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lori Payne

2148 Ponty Pool Dr, mount Juliet, TN 37122

Received

NOV 2 2 2019

by JND ...

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☑
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  My social security number and priv6is worth more than $5. Isnt yours?

*Lori Payne*

# Signature Certificate

Document Ref.: **7R76T-UVH5W-KNQTO-AXGZA**

Document signed by:

**Lori Payne**

Verified E-mail:
lorij.payne@yahoo.com

*Lori Payne*

IP: 216.170.223.148     Date: 19 Nov 2019 03:45:29 UTC

Document completed by all parties on:
19 Nov 2019 03:45:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:

PO:                 DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
            WA–US  SEA

RT FRI

6     C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Gary Rimar

5512 8th st South, Arlington VA 22204

> Received
> NOV 2 2 2019
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A settlement of $125 was barely adequate. Now that it will be dramatically reduced due to the number of claimants, it is wholly inadequate. They obtained my data without my permission and lost it in a most egregious manner. I deserve true recompense.

*Gary Rimar*

# Signature Certificate

Document Ref : IPEGU-XA6PB-P7QZK-NZCDH

Document signed by:

**Gary Rimar**

Verified E-mail
me@garyrimar.com

*Gary Rimar*

IP: 172.58.187.79       Date: 18 Nov 2019 20:29:47 UTC

Document completed by all parties on:
18 Nov 2019 20:29:47 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US   **SEA**



RT FRI

6
16:30   9950

C

Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Elaine Day

125 North Davis Lane apartment 108, DeFuniak Springs, Florida 32433



Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

As an American consumer, everything in my life from housing to car insurance rates and more is dependent on my credit rating, which is determined by the very entity that "lost" my data.   As someone with existing credit monitoring from a party I trust, I find the settlement offering for jeopardizing my credit and that of millions of others absolutely abysmal.   I don't want to get rich from the theft of my data by any stretch, but I do think that fair compensation not o ly helps those whose data was stolen, but sets a precedent that lax security in a world filled with online threats from hackers is unacceptable and will have repercussions. Thank you for your time and consideration.

*Elaine Day*

# Signature Certificate

Document Ref.: CTLNC-5CHNW-GT7SN-JHYT9

Document signed by:

**Elaine Day**

Verified E-mail
trinityjade05446@aol.com

*Elaine Day*

IP: 65.34.109.222    Date: 19 Nov 2019 03:50:17 UTC

Document completed by all parties on:
19 Nov 2019 03:50:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

Express

FedEx
Express



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                         DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                    98121
WA-US   SEA



RT FRI

6   C
16:30   9950

Bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Robert Grieper

768 NW 91st Terrace Plantation, FL 33324

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe that this settlement is not fair and extremely inadequate in light of the damage that has been done to myself and other members of the class action. Our records and personal information were taken for granted, treated with disrespect, and unprotected. The penalty for this is basically a slap on the wrist which is unconscionable. I hope that you reconsider this decision and realize the effect their actions have had on millions of people.

*Robert Grieper*

# Signature Certificate

Document Ref.: 8IYEA-HNFEH-XK5KC-NAJTK

Document signed by:

**Robert Grieper**

Verified E-mail
rsgrieper@cs.com

*Robert Grieper*

IP: 12.188.52.91   Date: 14 Nov 2019 15:13:06 UTC

Document completed by all parties on:
14 Nov 2019 15:13:06 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

E

REL//
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA





FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Patricia Reznichek

1405 South 11th street, manitowoc, WI 54220



Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                                     attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This settlement is unfair, less tha $10 for my credit report that was breached.

*Patricia Reznichek*

# Signature Certificate

Document Ref.: G7VHS-G7MPJ-RMBSC-HDIZA

Document signed by:

**Patricia Reznichek**

Verified E-mail:
pattirez@lsol.net

*Patricia Reznichek*

IP: 98.240.241.246    Date: 18 Nov 2019 22:18:54 UTC

Document completed by all parties on:
18 Nov 2019 22:18:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

JBLX

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

E

REL#
3766346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

ge Bc

**8L BFIA**

98121
WA–US  **SEA**



RT FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Susan Brinkerhoff

538 Whispering Court, Taylors SC 29687

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This company should be held responsible for the breach . No ifs, ands or butts

*Susan Brinkerhoff*

# Signature Certificate

Document Ref.: YWBU8-XNZS4-3GZJD-BDAMF

Document signed by:

**Susan Brinkerhoff**

Verified E-mail:
s_brinkerhoff@bellsouth.net

*Susan Brinkerhoff*

IP: 75.139.74.47    Date: 18 Nov 2019 19:45:48 UTC

Document completed by all parties on:
18 Nov 2019 19:45:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6892941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

```
(415) 373-2386          REF:
INV:
PO:                     DEPT:
```

FedEx
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**    98121
WA–US  **SEA**



RT FRI

6  C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lisa Toler

4513 State Route 14, Pomona, MO 65789

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                                    attend the settlement hearing in person.

I do not expect                               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has to be held accountable for the damage they've done. People have suffered because of their ignorance and stupidity in not keeping accounts safe. Forget this slap on the wrist crap. EVERY person whose account has been endangered because of their lax security should be paid AT LEAST $150 and those who have lost money because their account information has been used fraudulently should be reimbursed IN FULL for all damage done to them, including an amount for any future damages. Equifax is SUPPOSED TO BE a reputable company who is SUPPOSED to protect millions of people's sensitive information. THEY FAILED BIG TIME!!! And it's us, the people whose information was scattered on the wind, who should be reimbursed for their failure. If this means that Equifax loses BILLIONS OF DOLLARS, so be it.

*Lisa Toler*

# Signature Certificate

Document Ref.: **FUYUW-GWR9S-MAWSU-DIXQT**

Document signed by:

**Lisa Toler**

Verified E-mail:
samantha7@catlover.com

*Lisa Toler*

IP: 72.161.251.225     Date: 18 Nov 2019 19:43:10 UTC

Document completed by all parties on:
18 Nov 2019 19:43:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P    ge Bc
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**            98121
                WA-US  **SEA**

RTFRI

6
16:30   C
9950  bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Mark Moore

3008 Forest Dr. Seneca SC 29672

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I may attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe it is time for these Entities to to take full responsibility for the safekeeping of our records and to be made liable for the harm that these Breaches have caused millions of people to incur at no fault of their own !

*Mark Moore*

# Signature Certificate

Document Ref.: YRNZ4-VNXAB-WHDZI-FNXWM

Document signed by:

**Mark Moore**

Verified E-mail:
jailgod1@yahoo.com

*Mark Moore*

IP: 104.0.237.183    Date: 19 Nov 2019 02:48:11 UTC

Document completed by all parties on:
19 Nov 2019 02:48:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886      REF:
PO:                 DEPT:



FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA

ge Bc



RT FRI

6    C
16:30

9950 bill or pouch here.



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Sheryl Padjen

6561 S. Nod Hill Road Apt 31, Salt Lake City, UT 84121

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax is a huge company. The breach was significant and effected many of us. The information that could be obtained by dishonorable people from this breach is a grave breach of privacy and could impact those of us who were effected. The amount offered in settlement for this breach is a drop in the bucket for this company and doesn't make up for the damage that could have been incurred, and for the inconvenience in having to attempt to make sure that our data is safe.

*Sheryl Padjen*

# Signature Certificate

Document Ref.: **ARB3P-P2HSQ-Y6LHK-JHH8V**

Document signed by:



**Sheryl Padjen**

Verified E-mail:
sherylpadjen@yahoo.com

IP: 71.199.46.24    Date: 18 Nov 2019 19:59:38 UTC

*Sheryl Padjen*

Document completed by all parties on:
18 Nov 2019 19:59:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**



FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tammie Baker

3486 Manassas Drive, Edwardsville, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company makes billions of dollars selling my (and most people's) personal data without my consent. Now they've been breached and want to settle for a ridiculously small sum.  The amount I would receive as a settlement would not help in the least if my identity is stolen due to this company's lack of security and I feel they are being downright greedy profiting off of the public but not being willing to make proper restitution when they fail to protect data they got from that same public for free!  Since they are unwilling to do it themselves, it is up to you to make sure that the people who have been affected by this get a reasonable settlement.  Thank you.

*Tammie Baker*

# Signature Certificate

Document Ref.: 7B6UM-SARPY-WHFJT-W8FHA

Document signed by:



**Tammie Baker**

Verified E-mail:
aunttam@sbcglobal.net

*Tammie Baker*

IP: 146.163.22.44          Date: 18 Nov 2019 19:33:20 UTC

Document completed by all parties on:
**18 Nov 2019 19:33:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10   JND CLASS ACTION ADMINISTRATIO

~2727~WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kennedy MacInnis

872 Warfield Ave #3 Oakland CA 94610

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                     attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The victims deserve the restitution, not the lawyers.

*Kennedy MacInnis*

# Signature Certificate

Document Ref.: **QSLJB-ROQAF-ESX6G-YJNQA**

Document signed by:



**Kennedy MacInnis**

Verified E-mail:
ken.macinnis@gmail.com

IP: 162.207.207.200    Date: 15 Nov 2019 00:04:33 UTC

*Kennedy MacInnis*

Document completed by all parties on:
**15 Nov 2019 00:04:33 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                    REF:
                       DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
                WA–US  SEA



RT FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Israel Hsu

8269 249th Street, Bellerose, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to  attend the settlement hearing in person.

I do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is inadequate to protect claimants who have yet to become victims of ID theft. As you know, criminals can misuse stolen ID data at any time, including decades from now. Credit monitoring services are not a reasonable because I already froze my credit files, and I monitor my own credit reports. Credit monitoring also does not prevent other forms of ID misuse such as fraudulent tax filings theft of mail delivered to my home. These are significant crimes that are enabled due to Equifaxe's mishandling of my full name, SSN, birthdate, and home address. The cash compensation of up to $125 is unreasonable because it requires me to have credit monitoring services and is under-funded to $31 million for up to 148 million claimants.

# Signature Certificate

Document Ref.: **4JAFV-8UJCD-ISE8T-TPX9B**

Document signed by:



**Israel Hsu**

Verified E-mail:
israelhsu@gmail.com

IP: 64.9.249.151        Date: 14 Nov 2019 17:24:29 UTC

Document completed by all parties on:
14 Nov 2019 17:24:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:



**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6      C
16:30    9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Raj Jawa

27 Howell Street, Dorchester, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has inserted itself into the credit process which we all had to accept without any particular say, however, now that their safety of our information has been compromised they have chosen to appear as if Equifax is something we all opted into and accepted openly, as if their service is a charitable one.

They became the authority on who gets what credit but they failed to keep that data safe and now are choosing to pay a pittance for our most important data that, again, they inserted themselves into this process to gather and now they are failing to accept responsibility for their failure to protect that vital information.

*Raj Jawa*

# Signature Certificate

Document Ref.: **4MTX5-KGGHD-UMRX5-VWWNT**

Document signed by:



**Raj Jawa**

Verified E-mail:
rajjawa@gmail.com

*Raj Jawa*

IP: 151.203.198.32    Date: 18 Nov 2019 19:44:20 UTC

Document completed by all parties on:
**18 Nov 2019 19:44:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6882941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~  1100 2nd

SEATTLE WA 98121

(416) 373-2386                    REF:
PO:                        DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
            WA–US  SEA

FRI

6    C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joyce Hutchins

1110 Willow Pond Ln
Leland, NC 28451

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to     attend the settlement hearing in person.

I do not expect     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The failure of Equifax to protect my information has caused me a lot of time and difficulty. I do not find the proposed settlement appropriate.

*Joyce Hutchins*

# Signature Certificate

Document Ref.: **9CY9E-DFYNU-FZMTT-TUR6W**

Document signed by:

**Joyce Hutchins**

Verified E-mail:
whjqhutch@aol.com

*Joyce Hutchins*

IP: **68.56.228.128**          Date: **19 Nov 2019 04:36:52 UTC**

Document completed by all parties on:
**19 Nov 2019 04:36:52 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                      DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                WA-US  SEA

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

ge Bc

RT FRI

6      C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amy Salts

1525 Laurel Crossing Pkwy apt 323 Buford, ga 30519

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 They need to be held accountable

*Amy Salts*

# Signature Certificate

Document Ref.: **VZZGN-RH9E3-AYFE8-QZPEX**

Document signed by:



**Amy Salts**

Verified E-mail:
asalts88@gmail.com

IP: 47.44.40.4    Date: 18 Nov 2019 21:12:33 UTC

Document completed by all parties on:
18 Nov 2019 21:12:33 UTC
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                      DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
          WA-US  **SEA**

RT FRI

6    C
16:30

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jens Scott

1416 The Lakes Ct, Keller, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Unfair

*Jens Scott*

# Signature Certificate

Document Ref.: **FSOWQ-7VQPG-IRYSB-EJTPV**

Document signed by:



**Jens Scott**

Verified E-mail:
jens_scott@bellsouth.net



IP: **47.185.25.223**   Date: **18 Nov 2019 16:38:12 UTC**

*Jens Scott*

Document completed by all parties on:
**18 Nov 2019 16:38:12 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  **SEA**

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Emin Sirer

438 Gates Hall, Cornell University, Ithaca, NY 14853

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement is a farce. If you do not hold the criminality negligent party responsible, if you let them get away with such a non-existing remedy for the people they have wronged, you will have failed the trust this nation has placed in you.

Please do the right thing.

# Signature Certificate

Document Ref.: **INA6J-BHZRJ-N8YQG-LTKTK**

Document signed by:

**Emin Sirer**

Verified E-mail:
el33th4x0r@gmail.com

IP: **64.9.255.145**    Date: **15 Nov 2019 00:09:34 UTC**

Document completed by all parties on:
**15 Nov 2019 00:09:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306          REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
          WA–US   SEA

FRI

6   C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brooke Jordan

328 Old Mill Drive, Flushing, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not nearly enough to cover the losses, both current and likely future, that the victims of this breach were exposed to.

*Brooke Jordan*



# Signature Certificate

Document Ref.: **XWTQV-TZMAU-VDCBF-AXF6X**

Document signed by:

**Brooke Jordan**

Verified E-mail
bjordan12363@yahoo.com

*Brooke Jordan*

IP: 68.81.177.156   Date: 19 Nov 2019 02:45:55 UTC

Document completed by all parties on:
19 Nov 2019 02:45:55 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
              WA-US  SEA

ge Bc

RT FRI

6    C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# ALAN BALDWIN

1401 Wewatta Street #405, Denver, CO, 80202

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement may have appeared appropriate, but this was an unprecedented breach. I doubt anyone expected nearly as many people to file claims, even though nearly half the US was affected. The amount of damage that the breach could cause on an individual is so large that many more individuals than expected feel that they need to be compensated for it, and the result is that the compensation is extremely low. A company that has this much control over our lives has caused immense damage, and we need to be compensated for it.

*ALAN BALDWIN*

# Signature Certificate

Document Ref.: GUH4A-ERB6B-QGL4J-8NLAE

Document signed by:

**ALAN BALDWIN**

Verified E-mail:
alan.baldwin.jr@gmail.com

*ALAN BALDWIN*

IP: 136.29.45.206        Date: 18 Nov 2019 21:54:56 UTC

Document completed by all parties on:
18 Nov 2019 21:54:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
WA–US  SEA



FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ursula Strickland

3973 Campground Rd Ozark, AL 36360

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
You

*Ursula Strickland*

# Signature Certificate

Document Ref.: KHCJJ-OHBD9-6ASZ3-SQBWS

Document signed by:

**Ursula Strickland**

Verified E-mail
urslpn1970@yahoo.com

*Ursula Strickland*

IP: 24.35.204.18          Date: **18 Nov 2019** 17:25:56 UTC

Document completed by all parties on:
18 Nov 2019 17:25:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO#:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US   SEA

FRI

6   C
16:30   9950

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:
PO:                                    DEPT:

FedEx
Express

E

REF#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



8L BFIA                         98121
                     WA–US   SEA

FRI

6
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jaime Aguilar

885 High Point Drive, Chesterton, Indiana, 46304

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This was an egregious breach of untold magnitude! The company should be held accountable for these unfathomable actions.

*Jaime Aguilar*

# Signature Certificate

Document Ref.: AYHFM-UMAWI-3A8WH-WAHWB

Document signed by:

**Jaime Aguilar**

Verified E-mail:
treyj7878@yahoo.com

*Jaime Aguilar*

IP: 98.222.226.92   Date: 19 Nov 2019 03:03:35 UTC

Document completed by all parties on:
19 Nov 2019 03:03:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**

ge Bc

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mrs. Dawn Rios

PO Box 1148 Riverbank CA 95367

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,

Credit is one of the financial foundations that you MUST have in order to live in this society.

A hand shake and a persons word means absolutely nothing therefore to have a credit breach in one if the most largest credit monitoring agency is unexceptionable.

Thank you,
Dawn

*Dawn Rios*

# Signature Certificate

Document Ref.: HQPVL-MRFAP-ODJHW-I6RMO

Document signed by:

**Dawn Rios**

Verified E-mail
dawn1416@yahoo.com



IP: 107.77.212.167    Date: 18 Nov 2019 17:58:01 UTC

Document completed by all parties on:
18 Nov 2019 17:58:01 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

RT FRI

6
16:30   C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Alan Meyer

6936 Via Vista Drive, Riverside, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not   attend the settlement hearing in person.

I do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement is so low that it basically makes the settlement a non-issue and therefore makes a strong statement that the court is not interested in punishing the defendant's disregard to reasonably safeguard information they collected

*Alan Meyer*

# Signature Certificate

Document Ref.: WABKE-KHW7L-FGZEF-R6SHV

Document signed by:

**Alan Meyer**

Verified E-mail
almeyer1@sbcglobal.net

*Alan Meyer*

IP: 71.83.176.14    Date: 18 Nov 2019 18:32:25 UTC

Document completed by all parties on:
18 Nov 2019 18:32:25 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886
INV:
PO:                          REF:
                             DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6
16:30   C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## John Mills

87 Linden Avenue, Emerson, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I can't believe the change big corporations get the courts to agree to .  I feel violated by these financial
giants who I have no say in what they can and do with my information - they need a stronger message about
what type of behavior is expected when dealing with confidential matters.  They need to be punished
financially as it is the only thing big corporations and banks understand.  Otherwise they will do it again and
again.

*John Mills*

# Signature Certificate

Document Ref.: CNNOP-W3CWV-CMDRD-DHTCP

Document signed by:

**John Mills**

Verified E-mail:
leath99_07645@yahoo.com

*John Mills*

IP: 96.242.41.185    Date: 18 Nov 2019 19:16:20 UTC

Document completed by all parties on:
18 Nov 2019 19:16:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**                98121
                   WA-US  SEA



FRI
6   C
16:30   9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

# Benjamin Brown

15610 W Hwy 2 Trlr A-9 Medical Lake WA 99022

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
A company that is responsible for holding the utmost data security and be responsible for accurate credit reporting to ensure consumers have access to the things they need do not deserve to have just a slap on the wrist.  The security of a credit reporting agency is more important than sites like Facebook or Google.

# Signature Certificate

Document Ref.: **O5JGC-5QMUA-JDBX2-P2BCI**

Document signed by:

**Benjamin Brown**

Verified E-mail:
bcbrown03@yahoo.com

IP: 67.185.37.152   Date: 18 Nov 2019 18:21:04 UTC

Document completed by all parties on:
18 Nov 2019 18:21:04 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                           DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  **7781 6173 9950**

**8L BFIA**     98121
          WA-US  **SEA**



RTFRI
          6    C
       16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jane C Bermijo

22035 N 34th Ave    Phoenix, AZ 85027

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settle is a slap on the wrist for a company that sold my information, without my permission.

*Jane Bermijo*

# Signature Certificate

Document Ref.: **8CPUP-6IEHC-MHQGW-T5ZHY**

Document signed by:

**Jane Bermijo**

Verified E-mail:
billpayor101@gmail.com

*Jane Bermijo*

IP: 184.101.118.122    Date: 18 Nov 2019 17:28:21 UTC

Document completed by all parties on:
**18 Nov 2019 17:28:21 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992841/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA           98121
          WA–US  SEA



FRI

6    C
16:30  9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Kaitlyn Allen

8 Grout Circle Apt 4 Millers Falls MA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Allowing Equifax to settle for less, even if just $1 dollar less, is an insult to the people of this country. That company's credit score affects what every adult is allowed to do in life, From credit card rates, to purchasing a home and car loans, but they don't have to be held responsible if they mishandle our information? They are allowed to be lax on security to have this happen in the first place and that's just okay? If a company holds the power to dictate what we can and can not do with our lives based on the information they hold the VERY least they could do is keep it on lockdown or pay in full for the mistakes made. They owe that to the public, please consider this and the American people when you decide on a settlement. Allowing less shows the country that it's okay for a big company to screw us over publicly.

*Kaitlyn Allen*

# Signature Certificate

Document Ref.: **XADV7-SRMXH-XCXEJ-KKTIH**

Document signed by:

**Kaitlyn Allen**

Verified E-mail
mistyladybeading@yahoo.com

*Kaitlyn Allen*

IP: 71.235.178.127      Date: 18 Nov 2019 20:37:24 UTC

Document completed by all parties on:
18 Nov 2019 20:37:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386           REF:
PO:                DEPT:



FedEx
Express

E

REF:
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA           98121
           WA–US   SEA

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Tracy Frazier

232 Pine Ridge Ct
Bellefontaine OH 43311

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair    ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not            attend the settlement hearing in person.

I   do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Both my husband and I had our personal information stolen by Equifax's lack of due diligence. Equifax had an obligation to protect my data which they collected. I did not give this information to Equifax, they collected it as part doing business and had an even greater to guarantee security of that information. A stronger message needs to be sent to companies that collect private information than a mere $5-$10 per person in compensation.

*Tracy Frazier*

# Signature Certificate

Document Ref.: 7QGMJ-TX8GJ-KZJZD-3GBZX

Document signed by:

**Tracy Frazier**

Verified E-mail:
tfranck@columbus.rr.com

*Tracy Frazier*

IP: 76.181.96.75        Date: 18 Nov 2019 22:38:41 UTC

Document completed by all parties on:
18 Nov 2019 22:38:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892841/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                      DEPT:

**FedEx**
Express

E

REL/
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA–US  SEA



FRI

16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Peter Wight

602 Campbell Avenue
Apt 4
West Haven, CT 06516

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                            attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because I won't get the amount that was previously stated.

*Peter Wight*

# Signature Certificate

Document Ref.: 6PDXL-2DS8A-UWVU5-R4NPL

Document signed by:

**Peter Wight**

Verified E-mail:
docwpd@yahoo.com

*Peter Wight*

IP: 73.234.184.52    Date: 19 Nov 2019 03:05:56 UTC

Document completed by all parties on:
19 Nov 2019 03:05:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
           WA-US  SEA

ge Bc

RT FRI

6
16:30   9950  bill or pouch here.

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jon Schneider

462 Garonne St Oxnard, CALIFORNIA 93036

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair　　　　☐　　Unduly burdensome ☐
- Inadequate　☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not　　　　　　　attend the settlement hearing in person.

I do not expect　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The proposed settlement is inadequate for the breach that has occurred.

*Jon Schneider*

# Signature Certificate

Document Ref.: **OV8XE-83GHA-GGKSD-GYHNC**

Document signed by:

**Jon Schneider**

Verified E-mail:
scottca805@aol.com

*Jon Schneider*

IP: **47.157.183.83**   Date: **19 Nov 2019 00:56:09 UTC**

Document completed by all parties on:
**19 Nov 2019 00:56:09 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                98121
                   WA—US   SEA



FRI
6
16:30   9950   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Phaik Huen Tan

735 Providence Drive, Shakopee MN 55379

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                    attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement is unfair. Equifax didn't do their best and there is no due diligence in place to protect my data. Harsh punishment should be imposed to them.

*Phaik Huen Tan*

# Signature Certificate

Document Ref.: **Y34S7-MGAFH-IFTFZ-UCTMF**

Document signed by:



**Phaik Huen Tan**

Verified E-mail:
tan_phaik_huen@yahoo.com

*Phaik Huen Tan*

IP **73.164.106.25**   Date: **19 Nov 2019 04:05:35 UTC**

Document completed by all parties on:
19 Nov 2019 04:05:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL//
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

RT FRI



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Benny Joyce

3405 Savan CT
Raleigh, NC 27613

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I expect any collector of data about my creditworthiness and has personally identifiable information that when they do not take appropriate care to protect my information are held accountable. Equifax, through their carelessness has exposed my data to whomever wishes to buy it and exposes me to the risk of being impersonated and ruining my creditworthiness without my awareness until I applied for credit. They have a responsibility to do everything to protect my data and in this breach they have not met the expectation so they must be held to a remedy that makes us whole!

*Benny Joyce*

# Signature Certificate

Document Ref.: **FLQPG-D3QTP-QJEUX-LQCJW**

Document signed by:



**Benny Joyce**

Verified E-mail:
geraldjoyce1@gmail.com

*Benny Joyce*

IP: 174.205.19.157    Date: 18 Nov 2019 19:39:16 UTC

Document completed by all parties on:
**18 Nov 2019 19:39:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                98121
                    WA–US   **SEA**

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tiffany Gould

19054 Vermont St Grafton, ohio 44044

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The potential for damages is HUGE here... Ten bucks for a complete breach of trust and lack of protection?
  Yeah, no.

*Tiffany Gould*

# Signature Certificate

Document Ref.: **QDFHE-HCG2I-S6ELT-GAAOM**

Document signed by:



**Tiffany Gould**

Verified E-mail:
**tdg7309@yahoo.com**

*Tiffany Gould*

IP: 24.101.85.202   Date: 19 Nov 2019 02:59:34 UTC

Document completed by all parties on:
19 Nov 2019 02:59:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~  1100 2nd 

SEATTLE WA 98121

(415) 373-2386
THU/
PO:                           REF:
                              DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA





RT FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lauren Wagner

7715 Beverly Way Spring Grove IL 60081

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑    Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement is not enough, the amount offered is ludicrous. Identities were stolen and we are still owed
  money from companies like Uber who are fighting paying us back.

*Lauren Wagner*

# Signature Certificate

Document Ref.: HJ7SQ-3GYCB-YYNWR-2CH3H

Document signed by:



**Lauren Wagner**

Verified E-mail:
laurenwagner88@gmail.com

*Lauren Wagner*

IP: 174.188.19.153      Date: 17 Nov 2019 12:47:36 UTC

Document completed by all parties on:
**17 Nov 2019 12:47:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(416) 373-2386       REF:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  SEA



RT FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Richard Ledbetter

2281 Western Hills Dr E

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                           attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Not fair

*Richard Ledbetter*

# Signature Certificate

Document Ref.: 2RMTH-UMJPZ-MJ95O-TN65N

Document signed by:

**Richard Ledbetter**

Verified E-mail
richardjr24@bellsouth.net

*Richard Ledbetter*

IP: 107.129.136.88          Date: 18 Nov 2019 21:01:38 UTC

Document completed by all parties on:
18 Nov 2019 21:01:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121

(416) 373-2386          REF:
INV:
PO:              DEPT:

**FedEx**
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

*ge Bc*

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA–US  SEA



RT FRI
029    6
        16.30    9950
                 11.22

C

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Roger Stone

7717 W Plank Rd Peoria, Illinois

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☐    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
We as Americans expect that our confidetal in for Marion must be kept
securely without exception. Giving these violators a slap on the wrist is
despicable when their net worth is a million + dollars compared to ours.
Without a substantial financial judgement against them, it will happen
again in the near future.

*Roger Stone*

# Signature Certificate

Document Ref.: PDYQX-ZVE6H-Y67GK-N8UGF

Document signed by:

**Roger Stone**

Verified E-mail
rwstone7717@yahoo.com

*Roger Stone*

IP: 174.221.136.38    Date: 19 Nov 2019 04:25:40 UTC

Document completed by all parties on:
19 Nov 2019 04:25:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                    DEPT:



**FedEx**
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  SEA



RT FRI
229

6
16.30

C

9950
11:22

bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Steven Mullins

2502 Morning Glory Drive, Richardson, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I never gave permission to Equifax to store my information and make a profit off of it. Then by their own negligence, they allow a criminal to steal information that can be used to attack me financially, even years after the fact. A few years of credit monitoring helps, but does not prevent a future event from happening. Then if or when it does happen the time and expense personally expended to fight it and get refunded are on me and will be more costly than the $125 or less cash offer.

Best Regards,

Steven Mullins

*Steven Mullins*

# Signature Certificate

Document Ref.: KQLYD-PSOMN-2JWNQ-HBDOO

Document signed by:

**Steven Mullins**

Verified E-mail
steve.mullins@yahoo.com

*Steven Mullins*

IP: 12.34.247.163        Date: 15 Nov 2019 22:43:59 UTC

Document completed by all parties on:
15 Nov 2019 22:43:59 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV#:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 0201  7781 6173 9950

8L BFIA        98121
               WA-US  SEA

RT FRI

6
16:30   9950
029     11:22

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Richard Fink

18 Arundel Street, Andover, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not   attend the settlement hearing in person.

I do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The proposed amount is a pittance. It will not teach EquiFax to be more responsible and will not compensate me or anyone else for the time spent in freezing credit reports and checking credit reports.

*Richard Fink*

# Signature Certificate

Document Ref.: **WN75A-YBSVI-Y7CUH-UHAQP**

Document signed by:

**Richard Fink**

Verified E-mail
rfink978@hotmail.com

*Richard Fink*

IP 73.119.86.210    Date: 19 Nov 2019 03:51:29 UTC

Document completed by all parties on:
**19 Nov 2019 03:51:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL//
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
        WA-US   SEA

RT FRI

029      6      C
      16:30    9950
      11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Keri Ritenour

15478 Back Road, Strasburg, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   The Equifax settlement is an objectively bad deal. It is not fair. It is not adequate. It is entirely unreasonable.
   What Equifax has put us through is a nightmare.

*Keri Ritenour*

# Signature Certificate

Document Ref.: **WF292-PWTZN-CQXKK-ENMWD**

Document signed by:



**Keri Ritenour**

Verified E-mail:
keri.ritenour@gmail.com

*Keri Ritenour*

IP: 73.251.214.18     Date: **18 Nov 2019 21:52:37 UTC**

Document completed by all parties on:
18 Nov 2019 21:52:37 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                     DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA           98121
          WA-US  SEA



RT FRI

6
16:30   C
029         9950
11:22