# Exhibit B - 25

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Heidi Strobl-Ban

21224 poinciana southfield mi 48033

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This data breach sacrificed my personal information and the time and resources required to make sure my identity has not been stolen are worth my time to object to this settlement.

*Heidi Strobl-Ban*

# Signature Certificate

Document Ref.: **D8CLO-N9QED-RNKTD-TEZD5**

Document signed by:

### Heidi Strobl-Ban

Verified E-mail:
sisterheidiban@gmail.com

*Heidi Strobl-Ban*

IP: 198.111.57.100    Date: 18 Nov 2019 17:55:15 UTC

Document completed by all parties on:
**18 Nov 2019 17:55:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK# 7781 6173 9950
0201

**8L BFIA**           98121
            WA-US  SEA

RT FRI

6   C
16:30  9950
029    11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mike Starling

1200 e 10th St, Johnston City, IL, 62951

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                         attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because I believe it's inadequate

*Mike Starling*

# Signature Certificate

Document Ref.  6PPE3-7JNCN-J2GQ3-GZXJZ

Document signed by:



**Mike Starling**

Verified E-mail
starling.mike@gmail.com

*Mike Starling*

IP: 174.234.130.253     Date: 17 Nov 2019 09:23:38 UTC

Document completed by all parties on:
17 Nov 2019 09:23:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**
(415) 373-2386        REF:
INV:
PO:                           DEPT:



**FedEx**
**Express**

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#   7781 6173 9950
0201

**8L BFIA**         98121
                WA-US  **SEA**

FRI

6:30    C
16:30   9950
        11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Desirea Nickerson

19442 Plantation field drive Katy TX 77449

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object because my information was compromised and now I have to stay on high alert with my credit and identity.

*Desirea Nickerson*

# Signature Certificate

Document Ref.: **FIKDB-CY6HI-ZQMEQ-DWG9Q**

Document signed by:

**Desirea Nickerson**

Verified E-mail:
mrsnickerson03@yahoo.com

*Desirea Nickerson*

IP: 174.240.8.143    Date: **19 Nov 2019 02:41:10 UTC**

Document completed by all parties on:
19 Nov 2019 02:41:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
INV:
PO:                              DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3786346



FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                  98121
              WA-US   SEA

RTFRI
029

6
16.30

C

9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jacqueline Smith

603 E Maywood St

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Unfair

*Jacqueline Smith*

# Signature Certificate

Document Ref.: **IPXUM-YP6S4-ENXRG-6WSHD**

Document signed by:

**Jacqueline Smith**

Verified E-mail:
jackieks999@att.net

*Jacqueline Smith*

IP: 172.58.68.137    Date: 18 Nov 2019 17:07:13 UTC

Document completed by all parties on:
**18 Nov 2019 17:07:13 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                 98121
                   WA–US  SEA





RT FRI

229          6      C
          16:30   9950
                  11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ann McGregor

4416 N. Ashland #2W

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                             attend the settlement hearing in person.

I do not expect                        to be represented by an attorney.
N/A

Personal note to The Honorable Thomas W. Thrash Jr.
N/A

*Ann McGregor*

# Signature Certificate

Document Ref.: **L2PYZ-PSWOD-XOAMZ-345VA**

Document signed by:



**Ann McGregor**

Verified E-mail:
ann.mcgregor@gmail.com

IP: 65.79.144.151    Date: 18 Nov 2019 20:41:54 UTC

*Ann McGregor*

Document completed by all parties on:
**18 Nov 2019 20:41:54 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

FedEx Express

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
              WA–US  SEA

FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Terry Elston

1800 Laurel Road
#1326
Lindenwold NJ 08021

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                      attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This proposed settlement is inadequate and unfair.

*Terry Elston*

# Signature Certificate

Document Ref.: **UXEOJ-PA4KV-KQVEU-ESI9O**

Document signed by:



**Terry Elston**

Verified E-mail:
terry@tdbelston.com

IP: 99.203.17.124          Date: 18 Nov 2019 19:33:56 UTC

Document completed by all parties on:
**18 Nov 2019 19:33:56 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386           REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                98121
WA-US  SEA

FRI
6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Jeff Baker

831 Fair Lane
Northbrook, IL 60062


I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑      Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.



Personal note to The Honorable Thomas W. Thrash Jr.
This  settlement is inadequate.  Equifax makes millions selling my data without my consent and this is a light slap
On the wrist.




*Jeff Baker*

# Signature Certificate

Document Ref.: **6UB6Z-AW9EH-JHLYW-CCDHW**

Document signed by:



**Jeff Baker**

Verified E-mail:
jeff@jeffmbaker.com



*Jeff Baker*

IP: 138.128.33.53        Date: 18 Nov 2019 19:19:28 UTC

Document completed by all parties on:
18 Nov 2019 19:19:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFQ2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**
WA–US

98121
**SEA**



RT FRI

6
16:30

C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Timothy Hiatt

1408 Teasley lane #2124, Denton TX 76205

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Dear Honorable Thomas Thrash Jr.,

My family has incurred costs far greater than the $5 settlement due to this data breach. While I am not expecting to be completely made whole with this settlement, I am expecting that you will take the appropriate actions in holding this company accountable for the damage that they have negligently inflicted on millions of people. If you allow them to "settle" for such a small amount, and receive a slap on the wrist, my fear is that this WILL happen again. Please do the right thing for the people that have suffered as a result of their negligence.

*Timothy Hiatt*

# Signature Certificate

Document Ref.: **MWZRJ-S8YC2-Z6YKY-GE9VR**

Document signed by:



**Timothy Hiatt**

Verified E-mail:
karenhiatt01@yahoo.com

*Timothy Hiatt*

IP: 47.188.232.189     Date: 18 Nov 2019 17:11:53 UTC

Document completed by all parties on:
**18 Nov 2019 17:11:53 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
WA–US   SEA





FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen McLeod

228 Raintree Drive, Irmo, SC, 29063 USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair   ☑    Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They make millions of dollars using our private information. They should have the utmost respect and duty to care for our private information. If a bank were to get robbed, the money is insured. It should be the same with our private information; they should be required to insure each SSN they collect.

*Karen McLeod*

# Signature Certificate

Document Ref.: 984S4-GBGBR-T4ECR-QEQI8

Document signed by:



**Karen McLeod**

Verified E-mail:
kayshorty@hotmail.com

*Karen McLeod*

IP: 98.122.35.204   Date: 18 Nov 2019 16:58:37 UTC

Document completed by all parties on:
**18 Nov 2019 16:58:37 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
WA-US   SEA





RTFRI

6   C
16.30  9950   bill or pouch here.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
IND:
PO:                           DEPT:

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
           WA–US  SEA




FRI

16:30    9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Matthew Bendiksen

1309 Placer Drive, Allen, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I    may                    attend the settlement hearing in person.

I    do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The agreed upon settlement is a joke and a small slap on the wrist. Equifax's disregard for our data, which we never gave them permission to collect, is atrocious. They should be held liable to the largest extent possible.

*Matthew Bendiksen*

# Signature Certificate

Document Ref.: XQ5DY-AEQX9-2YRKC-ZQHEW

Document signed by:

**Matthew Bendiksen**

Verified E-mail
matt_spam@halocube.com

*Matthew Bendiksen*

IP: 70.122.208.46    Date: 15 Nov 2019 00:05:51 UTC

Document completed by all parties on:
**15 Nov 2019 00:05:51 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

PO:                        DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201    7781 6173 9950

**8L BFIA**            98121
                WA-US   **SEA**



RT FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Patricia Jordan

329 Catalpa Ave., Roselle, il. 60172

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
A slap on the wrist will do nothing to prevent this from happening again.  Hold them  accountable for their
actions in a way that will protect the consumer and not be a colossal waste of time and money

*Patricia Jordan*

# Signature Certificate

Document Ref.: **YWIZT-ZPNYY-7G82C-OSPYN**

Document signed by:



### Patricia Jordan

Verified E-mail
jordan6998@sbcglobal.net

*Patricia Jordan*

IP: **107.77.209.58**  Date: **18 Nov 2019 21:14:15 UTC**

Document completed by all parties on:
**18 Nov 2019 21:14:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US   SEA



FRI

6    C
16:30   9950   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Rebecca Grabowski

6204 N. State Rd.  Davison, MI 48423

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                      attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Na

Personal note to The Honorable Thomas W. Thrash Jr.

It is not fair that our private social security numbers were hacked during this period with Equifax,  and so now what, it's the customer's problem? It is Equifax's responsibility to protect our information.  And since they did not have the appropriate measures in place to prevent being hacked, they should be held accountable for paying its customers the 150-200 dollars that we had to pay to protect ourselves from their mistake. Allowing them to pay less than 10 dollars per person does help anything.  It just helps Equifax tonhave a lesser amount to pay.

*Rebecca Grabowski*

# Signature Certificate

Document Ref. **BNIMB-G3IKX-GNFY4-MXZ4S**

Document signed by:

**Rebecca Grabowski**

Verified E-mail
rrtvec2009@gmail.com

*Rebecca Grabowski*

IP: 172.222.38.219     Date: 18 Nov 2019 19:05:42 UTC

Document completed by all parties on:
18 Nov 2019 19:05:42 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

```
(415) 373-2886            REF:
INV:
PO:                       DEPT:
```

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

```
TRK#     7781 6173 9950
0201
```

**8L BFIA**                    98121
                        WA–US  SEA

FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Barbara Lipari

2230 Fairview Road Unit 11570 Costa Mesa  CA 92627

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This is more than a breach of security, it is a breach of trust. Our financial wellbeing relies on the information included on our credit reports. To have our personal information hacked in this way and possibly manipulated by outside forces jeopardizes entire families many of whom are struggling financially as it is.

*Barbara Lipari*

# Signature Certificate

Document Ref.: ALJ2G-DCVVS-RECMY-XGDGU

Document signed by:

**Barbara Lipari**

Verified E-mail:
lipari.barbara@yahoo.com

*Barbara Lipari*

IP: 172.58.23.24 | Date: 18 Nov 2019 23:05:25 UTC

Document completed by all parties on:
18 Nov 2019 23:05:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                              DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US   SEA



RTFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# ANGELA SANDBERG

200 Crown Boulevard, Melbourne, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair             ☑    Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement offer because as a result of their data breech I had identity theft. Very time
consuming and irritating to try and get it all straightened out.

*ANGELA SANDBERG*

# Signature Certificate

Document Ref.: **PDYEZ-AASEH-EGP4Z-ZETGG**

Document signed by:



## ANGELA SANDBERG

Verified E-mail
evilicequeen@aol.com

IP: 108.168.24.116        Date: **18 Nov 2019 17:54:22 UTC**

Document completed by all parties on:
**18 Nov 2019 17:54:22 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA              98121
           WA–US    SEA

RT FRI

6
16:30   9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Leslie Cook

2720 Vernola way. Riverside California 92509

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This offer is not acceptable.

# Signature Certificate

Document Ref.: CMJ6R-M8X3J-UKY8E-9SMY2

Document signed by:

**Yes Les**

Verified E-mail:
les_396@yahoo.com

IP: 108.70.159.48          Date: 18 Nov 2019 17:18:56 UTC

Document completed by all parties on:
18 Nov 2019 17:18:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
            WA–US   SEA

RT FRI

6      C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Stacey Moorehead

51 Williston Road, Rochester, NY 14616

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is unfair because of the seriousness of the data breach and because we were told we would
be compensated fairly.

*Stacey Moorehead*

# Signature Certificate

Document Ref.: **HIRMD-XMOJU-VYTRJ-XTRSY**

Document signed by:

**Stacey Moorehead**

Verified E-mail:
smoorehead1269@aol.com

*Stacey Moorehead*

IP: 68.172.167.128     Date: 19 Nov 2019 05:34:08 UTC

Document completed by all parties on:
19 Nov 2019 05:34:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
PO:                 DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



## 8L BFIA

98121
WA–US  SEA

FRI
6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Laura Dolson

6655 Jackson Rd, Unit 194
Ann Arbor, MI 48103

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                       attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is completely inadequate- Equifax completely mishandled personal data and should be
facing a stricter penalty.

*Laura Dolson*

# Signature Certificate

Document Ref.: **WZGSK-G9QGH-RUMMK-G8HPY**

Document signed by:



**Laura Dolson**

Verified E-mail:
laurakdolson@gmail.com

*Laura Dolson*

IP: 99.9.113.47        Date: 17 Nov 2019 12:23:59 UTC

Document completed by all parties on:
**17 Nov 2019 12:23:59 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                              DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Gunta Rafael

1725 Park Avenue, Hanover Park, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I expect to be represented by an attorney.

Rueben Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.

I believe that Equifax has taken away my right to privacy. They should be penalized as would other companies who do the same. Equifax is large and holds our personal information in their hands. Stop letting these companies get away with damaging the people they swore to protect.

*Gunta Rafael*

# Signature Certificate

Document Ref.: **UGBAZ-HNJM5-YR7BP-75VNA**

Document signed by:



**Gunta Rafael**

Verified E-mail:
grafael47@sbcglobal.net

*Gunta Rafael*

IP: **99.179.150.26**          Date: **18 Nov 2019 18:14:20 UTC**

Document completed by all parties on:
**18 Nov 2019 18:14:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                  DEPT:

**FedEx**
Express

E

REL/
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                   WA-US   SEA

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Maria Milligan

9546 Mandell Road, Perrysburg OH 43551

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑   Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

How is it lawful to have a large company that is in charge of keeping track of your credit security get out of paying for their mistake?

*Maria Milligan*

# Signature Certificate

Document Ref.: **N4HER-UFHZM-EQHFN-FXOCP**

Document signed by:



### Maria Milligan

Verified E-mail:
mariamilligan@att.net

IP: 72.240.158.201   Date: 18 Nov 2019 17:29:09 UTC

*Maria Milligan*

Document completed by all parties on:
18 Nov 2019 17:29:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
THU:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US   SEA

ge Bc

RTFRI

6    C
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Holtrop

3046 Country Ct
Hudsonville MI 49426

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is my understanding that the settlement offer payments are going to be less than $10 per person, instead of the $125 to $250 as advertised. I believe the breach led to my Social Security number to be stolen and used by someone to apply for credit. It cost me several hours of my time to notify the three credit reporting agencies of this use and place warnings on my account. I believe that the settlement offer would be a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they should not be allowed to buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*James Holtrop*

# Signature Certificate

Document Ref.: FJXCB-9MZHC-PHVW8-GDHTE

Document signed by:



**James Holtrop**

Verified E-mail:
jholtrop007@att.net

*James Holtrop*

IP: 172.222.92.82    Date: 18 Nov 2019 21:20:41 UTC

Document completed by all parties on:
18 Nov 2019 21:20:41 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                       DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**        98121
        WA–US   SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rick Hamm

231 Stokesay St, Ludlow, KY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I OBJECT TO THE SETTLEMENT ON THE GROUNDS THAT IT DOESN'T GO FAR ENOUGH TO FORCE
THE COMPANY TO COMPLETELY COMPLY WITH SECURITY. THE ONLY THING THEY UNDERSTAND
IS MONEY. SO THEY NEED TO BE HELD ACCOUNTABLE. THANK YOU.

*Rick Hamm*

# Signature Certificate

Document Ref.: **GZ32F-H7YDP-4KV9E-DWXGE**

Document signed by:



**Rick Hamm**

Verified E-mail:
rhamm@awarenessdiscovery.com

*Rick Hamm*

IP: 74.143.228.182          Date: 18 Nov 2019 19:43:20 UTC

Document completed by all parties on:
18 Nov 2019 19:43:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
TO:                        REF:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                98121
                  WA–US   SEA

FRI
16:30
6
C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mike CASAD

114 fox creek ln Chatham il 62629

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I expect            to be represented by an attorney.

Casad5@comcast.net

Personal note to The Honorable Thomas W. Thrash Jr.
My information could be in the hands of anyone and could financially destroy me and my family

# Signature Certificate

Document Ref.: **PPG4X-JLABZ-DPSY9-Q6FRN**

Document signed by:



**Mike CASAD**

Verified E-mail:
casad5@comcast.net

IP: 99.203.15.60    Date: 18 Nov 2019 20:18:08 UTC

Document completed by all parties on:
**18 Nov 2019 20:18:08 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3785346

FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA            98121
            WA-US  SEA



FRI

6
16:30

C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Nancy Ragatz

10128 Carlee June. Fenton Ni 48430

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Your letting people down

*Nancy Ragatz*

# Signature Certificate

Document Ref.: XYBVQ-ZPASD-HVWL5-JQ72G

Document signed by:

**Nancy Ragatz**

Verified E-mail:
ztagar@sbcglobal.net

*Nancy Ragatz*

IP: 99.203.0.207     Date: 18 Nov 2019 22:30:20 UTC

Document completed by all parties on:
18 Nov 2019 22:30:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                         DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US  SEA



RT FRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## CAROL MATSON

2271a South Koke Mill Road, Springfield, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not a reasonable settlement.

*carol matson*

# Signature Certificate

Document Ref.: KFXSU-JYDPP-G9VBF-S5OJM

Document signed by:

**carol matson**

Verified E-mail:
bcmatson@sbcglobal.net

*carol matson*

IP: 24.12.24.39    Date: 18 Nov 2019 16:37:07 UTC

Document completed by all parties on:
18 Nov 2019 16:37:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



# Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
37B634G

J192119001001nr

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA

ge Bc

RTFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Su Liu

11306 Pearl St Apt. 202, Los Angeles, CA 90064

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a disgrace given the severity of the leak - Equifax is not acting in good faith, and also needs to be held accountable for its lax security.

*Su Liu*

# Signature Certificate

Document Ref.: MQDZX-OCEFU-GAVX5-U2BRM

Document signed by:



**Su Liu**

Verified E-mail
seeingeyegods@gmail.com

IP: 23.241.115.215    Date: 14 Nov 2019 07:03:00 UTC

Document completed by all parties on:
14 Nov 2019 07:03:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 29.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                DEPT:

FedEx
Express



REL#
3786346

ge Bc

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
             WA–US   SEA



RT FRI

6   C
16:30

9950  bill or pouch here.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Richard Amon

7344 Mockingbird Trail, Riverdale, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

n/a

Personal note to The Honorable Thomas W. Thrash Jr.

consumers will not accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*Richard Amon*

# Signature Certificate

Document Ref.: RDGPN-SRVWX-FVFXP-NMM6P

Document signed by:



**Richard Amon**

Verified E-mail:
southernoutlaw1980@att.net

*Richard Amon*

IP: 24.99.69.74    Date: 18 Nov 2019 19:47:15 UTC

Document completed by all parties on:
18 Nov 2019 19:47:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

JБЛ

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#  7781 6173 9950
0201

8L BFIA                  98121
                  WA–US    SEA

RT FRI
6
16:30   C
9950

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                              DEPT:              REF:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                          98121
                      WA–US  SEA



FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# judyann schwab

15708 Terrace Drive, Oak Forest, IL, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

they mishandled our information and the only thing is to sign up for them to further mess up our information some lesson is not being learned. we have no choice to be with this company but yet they can do whatever with our private information and not get fined in some way this is not fair.

*judyann schwab*

# Signature Certificate

Document Ref.: GKJA8-AZSNO-JKGVD-CLEDX

Document signed by:

**judyann schwab**

Verified E-mail:
judedaywalker@yahoo.com

*judyann schwab*

IP: 64.53.153.38       Date: 19 Nov 2019 04:36:24 UTC

Document completed by all parties on:
19 Nov 2019 04:36:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA            98121
          WA–US   SEA

ge Bc

FRI

6    C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Yvonne Hernandez

401 North 28th Street #637, Las Vegas, NV, USA



Received
NOV 2 2 2019
by

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax has a duty to fairly compensate all consumers affected or potentially affected by their breach.

*Yvonne Hernandez*

# Signature Certificate

Document Ref.: WEOXO-WC25B-BVJ4V-3JNWK

Document signed by:

**Yvonne Hernandez**

Verified E-mail:
ythernandez@gmail.com

*Yvonne Hernandez*

IP: 72.193.181.214        Date: 18 Nov 2019 18:42:58 UTC

Document completed by all parties on
18 Nov 2019 18:42:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA–US  SEA

ᴿᵀFRI

6
16:30  9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Deborah Murch

11 Highland Avenue, North Chelmsford, MA, USA

Received
NOV 22 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have already been impacted by the credit breach. I had to put a freeze on my credit, which prevented me from opening a savings account online last week. This account would have allowed me to earn twice the rate of interest that I currently do. My only recourse is to go to one of these banks in person; unfortunately, there are none in my area. If I make a mistake, I am responsible and make amends, and these credit bureaus need to do the same.

*Deborah Murch*

# Signature Certificate

Document Ref: I2VTV-VVGYH-NJD73-LPTYZ

Document signed by:

**Deborah Murch**

Verified E-mail
deblemint@gmail.com

*Deborah Murch*

IP: 73.61.211.180    Date: 18 Nov 2019 19:16:04 UTC

Document completed by all parties on:
18 Nov 2019 19:16:04 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
             WA-US SEA

RT**FRI**

229      6      C
      16:30   9950    bill or pouch here.
              11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mark Ludolph

630 East State Street, Rockford, IL, USA

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It seems to me that $10 is a very small amount, even multiplied by a factor of a million. My only income is social security. A threat to that is quite frightening.

*Mark Ludolph*

# Signature Certificate

Document Ref.: FYH59-ZZJOQ-QJXF9-VXRYG

Document signed by:

**Mark Ludolph**

Verified E-mail
mludolph@hotmail.com

*Mark Ludolph*

IP: 71.201.54.61   Date: 18 Nov 2019 19:57:19 UTC

Document completed by all parties on:
18 Nov 2019 19:57:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA        98121
              WA–US  SEA





FRI

6
16:30   9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

# Randal Sallis

1221 Kristopher Dr Lebanon, TN 37087

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
C

*Randal Sallis*

# Signature Certificate

Document Ref.: **TDWX5-A7FBA-F6JFR-YUQVQ**

Document signed by:



**Randal Sallis**

Verified E-mail
gsallis@bellsouth.net

*Randal Sallis*

IP: 98.3.92.78 | Date: 18 Nov 2019 21:23:38 UTC

Document completed by all parties on:
18 Nov 2019 21:23:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA    (415) 373-2386
CLASS ACTION INC
2772 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2386        REF:
PO:                         DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                  98121
                    WA–US  SEA

FRI
16:30   6   C
        9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kim Burke

548 Northampton Rd

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The thousands of people affected by the security breach have spent their time, energy and money to ensure that their information stored with a credit agency had not been used to create stolen identities. To receive a class settlement of $100-$125 was insulting enough, because Equifax makes millions of dollars each year. But now we are told that the settlement amount would be even less? That is totally unacceptable. There's no real penalty for these huge companies to increase security on their computer systems.

*Kim Burke*

# Signature Certificate

Document Ref.: **JXYMX-HMF9O-HLJIW-MNF43**

Document signed by:



**Kim Burke**

Verified E-mail:
kburke0421@gmail.com

IP: 173.16.236.223    Date: 19 Nov 2019 06:30:52 UTC

*Kim Burke*

Document completed by all parties on:
**19 Nov 2019 06:30:52 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
               WA–US  SEA

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Mark Bever

8092 W Paradise Ln 2020 Peoria AZ 85382

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate      ☑
- Unreasonable    ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not what I was told.

*Mark Bever*

# Signature Certificate

Document Ref.: EIIGT-GXHPQ-5IRPV-ZFYBL

Document signed by:



**Mark Bever**

Verified E-mail:
beav4@sbcglobal.net

IP: 71.35.21.34    Date: 19 Nov 2019 05:32:23 UTC

*Mark Bever*

Document completed by all parties on:
**19 Nov 2019 05:32:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

BULK

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886       REF:
INV:
PO:                  DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA            98121
          WA-US   SEA

ge Bc

RT FRI

6   C
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ann Small

20838 Water Point Trail. Humble tx 77346

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable   ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  I have credit monitoring but it is crazy thst a credit monitoring and reporting firm can't be held accountable

*Ann Small*

# Signature Certificate

Document Ref.: **HCNHN-RKRFB-EOHXK-IMW7J**

Document signed by:



**Ann Small**

Verified E-mail:
annsmall418@gmail.com

*Ann Small*

IP: 98.198.56.250    Date: 18 Nov 2019 22:32:53 UTC

Document completed by all parties on:
**18 Nov 2019 22:32:53 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA

FRI

6
16:30   C
9950
```

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Christine Mariani

1 Springs Lane, Bedford, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑      Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   am unable to            attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I object to the last minute bait and swith cstyle renunciations

*Christine Mariani*

# Signature Certificate

Document Ref.: **YEKGM-AZ8KM-KKDYG-NI4BW**

Document signed by:



**Christine Mariani**

Verified E-mail:
tomahawktoo@comcast.net

*Christine Mariani*

IP: 98.220.113.175          Date: **18 Nov 2019 18:10:00 UTC**

Document completed by all parties on:
**18 Nov 2019 18:10:00 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2388          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA–US  **SEA**



RTFRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# christine bogenrieder

1969 Broad Street, Statham, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Wow, personal data and possibly my livelihood and everything attached to my name was breached and all
that is worth is a lousy $5.
No wonder companies don't bother protecting us if that is all the punishment they get for not doing so.

They need a MUCH bigger determent for not following the rules and safeguarding their customers.

*christine bogenrieder*

# Signature Certificate

Document Ref.: **3BXTT-XSMR8-7WZKD-ERWY2**

Document signed by:



**christine bogenrieder**

Verified E-mail:
kurtjchristine@bellsouth.net

IP: 107.138.110.46     Date: 18 Nov 2019 18:58:23 UTC

*christine bogenrieder*

Document completed by all parties on:
**18 Nov 2019 18:58:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6932941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
             WA–US   SEA



FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Michael Schatz

706 Karen's Court
North Wales, Pa 19454

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is unfair for what this company makes in charges to settle for such a puny amount!

*Michael Schatz*

# Signature Certificate

Document Ref.: ACYDX-EYDJV-KERBH-TQEGU

Document signed by:



**Michael Schatz**

Verified E-mail:
shatzy3@aol.com

*Michael Schatz*

IP: 100.11.69.147    Date: 19 Nov 2019 02:53:02 UTC

Document completed by all parties on:
**19 Nov 2019 02:53:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3706346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US   SEA



RT FRI

6     C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## gloria emmons

1202 Sprucebrook Drive, Kalamazoo, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not         attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Have to change info as my email and other personal information has been found on the dark web

*gloria emmons*

# Signature Certificate

Document Ref.: **RDSZM-RBRWP-BDKLG-YKSFT**

Document signed by:



**gloria emmons**

Verified E-mail:
gloriaemmons@sbcglobal.net



IP: 108.209.17.49 | Date: 18 Nov 2019 21:13:38 UTC

Document completed by all parties on:
**18 Nov 2019 21:13:38 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
WA-US   SEA

RT FRI

6    C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Roberts

2435 Salem Court Marietta, GA. 30064

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
If Equifax cannot compensate all of the people damaged by their data breach then they should be liquidated and the proceeds divided among this group of people. Why are they getting special treatment?

*James Roberts*

# Signature Certificate

Document Ref.: UPHZW-SJJXU-HQAFW-Z5WC5

Document signed by:



**James Roberts**

Verified E-mail:
nextlevelpool@gmail.com

*James Roberts*

IP: 73.54.174.109     Date: 18 Nov 2019 20:09:13 UTC

Document completed by all parties on:
18 Nov 2019 20:09:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                          DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mohammad Alam

417 40th st Apt B3, Brooklyn, NY 11232

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

the breach has caused issues with credit cards and other security concerns. I do not think that this settlement is adequate enough to hold equifax responsible for the breach.

*Mohammad Alam*

# Signature Certificate

Document Ref.: EHHQA-JD9AP-ZCDZX-BMWJS

Document signed by:



**Mohammad Alam**

Verified E-mail:
mualam@gmail.com

IP 100.2.196.2    Date: 15 Nov 2019 16:15:20 UTC

*Mohammad Alam*

Document completed by all parties on:
15 Nov 2019 16:15:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA              98121
            WA-US   SEA

RT FRI

6   C
16:30
          9950

bill or pouch here.




# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Susan Ward

5916 Broad Run Road, Jefferson,MD 21755

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐     Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is totally unacceptable for the amount of pain and suffering that people have endured from these data breaches. Someone needs to be held accountable

*Susan Ward*

# Signature Certificate

Document Ref.: PK97G-TMAQW-FV2RS-K5F6P

Document signed by:

**Susan Ward**

Verified E-mail:
jsclward@hotmail.com

*Susan Ward*

IP: 204.156.164.50      Date: 18 Nov 2019 16:53:56 UTC

Document completed by all parties on:
18 Nov 2019 16:53:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200

SEATTLE WA 98121

(415) 373-2386

REF:

PO:

DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  SEA



FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jordan Snyder

711 W.High St
Jackson, MI 49203

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair           ☑    Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The company (Equifax) has caused harm to millions of Americans through their negligence and should be held to full account.

*Jordan Snyder*

# Signature Certificate

Document Ref.: **EKPSQ-PM4HR-KWJOS-R9G7M**

Document signed by:

**Jordan Snyder**

Verified E-mail
jsnyder1214@gmail.com

*Jordan Snyder*

IP: 104.181.206.20          Date: 18 Nov 2019 23:02:50 UTC

Document completed by all parties on:
**18 Nov 2019 23:02:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                WA–US  SEA

FRI

6    C
16:30

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Richard Post

4424 imperial ct
Fort wayne, in 46835

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel the potential harm is grossly undervalued by this settlement. This is a major credit bureau responsible for very sensitive data and they have acted recklessly and need to be held responsible. They initally promised $125 to each person impacted, however they are now claiming that the payout will only be $10. I feel my personal data being breached is worth more than a paltry sum of money and an offer by said company to montor my creidt. Why would i trust the compamy that breached my data to safguard it now? Please send a clear message to this company that this will not be easily swept ubder the rug with broken promises and inadequate compensation for harm and pitential harm.

*Richard Post*

# Signature Certificate

Document Ref.: **YSF3F-RWSKU-H258E-IJ7LV**

Document signed by:

**Richard Post**

Verified E-mail
rep_2003@hotmail.com

*Richard Post*

IP: 174.231.8.81   Date: **19 Nov 2019 03:03:25 UTC**

Document completed by all parties on:
19 Nov 2019 03:03:25 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                DEPT:



FedEx
Express

E

REL#
3705346

J10211991901ww

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA

RTFRI

6
16:30   9950

C

Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## David Milsted

15227 Berry Rd, Logan, OH, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please consider the number of people affected by this breach.
Thank you.

*David Milsted*

# Signature Certificate

Document Ref.: **NFLLY-M4HV4-AFHDF-E5XVM**

Document signed by:

**David Milsted**

Verified E-mail
milsted@yahoo.com

*David Milsted*

IP: 45.53.203.154          Date: **19 Nov 2019 03:14:01 UTC**

Document completed by all parties on:
19 Nov 2019 03:14:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                              DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#    7781 6173 9950
0201

8L BFIA          98121
                WA–US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jason Kaether

900 Linden dr. Burleson, TX. 76028

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,

It is a humiliating insult being offered  five to ten dollars fby a multi-million dollar company who completely failed to uphold their obligation to protect the very sensitive information they gather  on the American public. Allowing them to settle for so little sets a horrible precedent for other companies who fail to protect the very sensitive information they are entrusted with.

Sincerely,
Jason Kaether

*Jason Kaether*

# Signature Certificate

Document Ref.: **A4PFG-PCUWN-P22VA-ZG2XK**

Document signed by:

### Jason Kaether

Verified E-mail:
jason.kaether@att.net

*Jason Kaether*

IP: 104.2.97.52          Date: 18 Nov 2019 21:57:53 UTC

Document completed by all parties on:
18 Nov 2019 21:57:53 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# BRENDON KLEINER

1 Dubois Avenue, Valley Stream, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑      Unduly burdensome ☑
- Inadequate     ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax is a company that makes billions in profit. In recent times, many of these very profitable companies
have had data breaches or otherwise sold data that they should not have been able to sell. This results in a
high amount of fraud/impersonation and the costs are not paid by these companies, but by the consumer.

*BRENDON KLEINER*

# Signature Certificate

Document Ref.: **OLWMH-IGPQE-XX76Z-YUE6G**

Document signed by:

**BRENDON KLEINER**

Verified E-mail
brendonkleiner@yahoo.com

*BRENDON KLEINER*

IP: 68.194.190.65      Date: **19 Nov 2019 04:24:01 UTC**

Document completed by all parties on:
19 Nov 2019 04:24:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                    98121
                  WA–US  SEA

Express

JND

FRI

16.30   9950   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Thomas

1039 Fain Ave
Kingsport TN 37660

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 A few dollars is nothing compared to the millions that this company has made from us, the public.

*James Thomas*

# Signature Certificate

Document Ref.: BVFZ9-5WIPM-TUDCE-PRQND

Document signed by:

**James Thomas**

Verified E-mail:
bigtacoma2003@yahoo.com

*James Thomas*

IP: 75.136.203.247    Date: 19 Nov 2019 03:48:28 UTC

Document completed by all parties on:
19 Nov 2019 03:48:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
WA-US   SEA



RTFRI
6   C
16:30   9950
'bill or pouch here.'

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Jared Eisenach

1318 coulter st
Fort Collins, CO 80524

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to         attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I object to the settlement

*Jared Eisenach*

# Signature Certificate

Document Ref : **FNSBV-I5DJV-EJAOT-NYV6Y**

Document signed by:

**Jared Eisenach**

Verified E-mail
jared1318@comcast.net

*Jared Eisenach*

IP: 50.207.43.202    Date: 18 Nov 2019 19:22:27 UTC

Document completed by all parties on:
18 Nov 2019 19:22:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INO:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA



RT FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Paul Bordenkircher

2206 Cast Pebble Dr, Las Vegas NV 89135

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome   ☐
- Inadequate        ☑
- Unreasonable      ☐

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

While I originally joined the settlement, the more I read about it, the more I realize it simply doesn't go far enough.  EcUse of Equifax's gross mismanagement of my data, I will have to keep my credit reports locked for the rest of my life. I'll need to have identity theft protection services for life as well.

Frankly I think this company should be made to close its doors. But if that can't happen, I believe a much more severe judgment is necessary to more accurately reflect the grievous nature of their failure. Please send a message that this kind of behavior will see severe retribution.

Paul Bordenkircher

# Signature Certificate

Document Ref.: **WMK6E-NWLGH-WFBTV-GFHED**

Document signed by:

**Paul Bordenkircher**

Verified E-mail:
paul@mesasand.com

*Paul Bordenkircher*

IP: 8.47.15.129          Date: 18 Nov 2019 16:55:44 UTC

Document completed by all parties on:
18 Nov 2019 16:55:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Afflgn top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2772 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                    REF:
INT:                              DEPT:

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**                98121
                    WA-US   SEA

RTFRI

6      C
16:30    9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Ethan Smith

941 Waterloo Geneva Road, Waterloo, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax is a multi-million dollar company, they have no reason to not justly and fairly compensate those of us affected by the data breach due to their negligent handling of personal data, and it is an insult to think they can simply get away with offering less than $10 to each person who deserves reparations. I think a proper financial loss would help reinforce the importance of keeping data secure and private.

Thank you
Ethan Smith

*Ethan Smith*

# Signature Certificate

Document Ref.: QBRYC-EKHL3-JY9GK-FQNBF

Document signed by:

**Ethan Smith**

Verified E-mail
merciless_drow2001@yahoo.com

*Ethan Smith*

IP: 67.253.213.242     Date: 18 Nov 2019 22:15:31 UTC

Document completed by all parties on:
18 Nov 2019 22:15:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**      98121
WA-US   SEA

FRI

6
16:30   C
9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# AlessandraAle FrancoFra

Alessandra Franco, 1000 Ocean parkway, Bklyn, NY 11230

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 They should be held accountable.

*AlessandraAle FrancoFra*

# Signature Certificate

Document Ref.: CEWYR-5GFDV-TX3IN-KUVRX

Document signed by:

**AlessandraAle FrancoFra**

Verified E-mail:
aledanifra@yahoo.com

*AlessandraAle FrancoFra*

IP: 172.58.227.133     Date: 19 Nov 2019 02:35:34 UTC

Document completed by all parties on:
19 Nov 2019 02:35:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386                    REF:
PO:                              DEPT:



**FedEx**
Express

**E**

REL//
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Bryan Cress

2435 Central Park Dr. N, Apt 311, Plainfield, IN 46167

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☐          Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is inadequate because it fails to provide a substantive restitution for many members of the class. Free credit reporting is already easily and automatically available to many members of the class. Many credit cards, banks, and credit reporting website offer free credit reporting. Through my work place benefits, I also have free access to identity theft and credit dispute assistance. I would suspect that many other members of the class have access to similar benefits. Based on information available from the FTC, the monetary compensation was never a serious option for many class members. In response to the Equifax breach, I froze all of my credit reports. This means that due to Equifax's negligence I will have to freeze and unfreeze my credit reports any time I need to apply for a line of credit for the rest of my life. This is a continuing obligation for which I am not compensated.

# Signature Certificate

Document Ref.: KR3VH-SR5BN-JMD5W-YBBJB

Document signed by:



**Bryan Cress**

Verified E-mail:
bryancress@gmail.com

IP: 107.77.173.13     Date: 15 Nov 2019 16:18:41 UTC

Document completed by all parties on:
15 Nov 2019 16:19:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA        98121
WA-US   SEA



RT FRI

6   C
16:30   9950   bill or pouch here.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brett Boller

812 5th Street Friend Nebraska 68359

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect               to be represented by an attorney.
Ifax had

Personal note to The Honorable Thomas W. Thrash Jr.
 I don't feel like a $5-10 settlement check is appropriate for the huge social security break that equifax had.

*Brett Boller*

# Signature Certificate

Document Ref.: SIDRE-CSB4J-GJBVJ-WIFOM

Document signed by:

**Brett Boller**

Verified E-mail:
proboller86@yahoo.com

*Brett Boller*

IP: 67.63.76.65    Date: 19 Nov 2019 02:38:10 UTC

Document completed by all parties on:
19 Nov 2019 02:38:10 UTC
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                WA-US   SEA

FRI

6
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Melissa Morales

1908 N Highland St., Apt B, Orange CA 92867

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Sir,
The settlement seems pretty inadequate. Is that really all Experian is going to be responsible for? In regards
to our very important information going missing and sold off?

*Melissa Morales*

# Signature Certificate

Document Ref.: NRMU4-28WHA-FXBNI-FQGP8

Document signed by:



**Melissa Morales**

Verified E-mail:
missy.morales@icloud.com

*Melissa Morales*

IP: 75.82.244.237          Date: 18 Nov 2019 16:46:30 UTC

Document completed by all parties on:
**18 Nov 2019 16:46:30 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Mary Culwell

14186 Gabrielle Court, Silverhill, AL 36576

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe this settlement is totally unfair to all persons. Five dollars is only a token amount considering the millions this company receives for selling our information.

*Mary Culwell*

# Signature Certificate

Document Ref.: WUMEC-TWB79-MVSYY-W2CY7

Document signed by:



**Mary Culwell**

Verified E-mail:
ootog1015@yahoo.com

*Mary Culwell*

IP: 199.195.15.189          Date: 19 Nov 2019 03:38:56 UTC

Document completed by all parties on:
**19 Nov 2019 03:38:56 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                       DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA              98121
              WA-US   SEA



RTFRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael DEJESUS

3 Asperula drive Sicklerville NJ 08081

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☐    Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  will not                       attend the settlement hearing in person.

I  expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Settlement risk taken was very important

*Michael DEJESUS*

# Signature Certificate

Document Ref.: DISZ3-FGGQM-9OVWQ-DAEMU

Document signed by:



**Michael DEJESUS**

Verified E-mail:
loco4cars@comcast.net

*Michael DEJESUS*

IP: 172.58.203.173          Date: 18 Nov 2019 19:22:07 UTC

Document completed by all parties on:
**18 Nov 2019 19:22:07 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA            98121
          WA–US   SEA

ge Bc

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jennifer Carey

1885 Northwest 4th Street, Miami, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Consumers have no choice in having equifax manage our data. They flaunted that trust and now want to avoid responsibility. It's not about the money (to me). Heck, give it to an orphanage or an animal sanctuary. But Equifax must feel the pain of this data breach so that they don't do it again and as a warning to other companies.

*Jennifer Carey*

# Signature Certificate

Document Ref.: **KOHMM-DZJQD-YFY3Q-YKUS6**

Document signed by:



**Jennifer Carey**

Verified E-mail:
jennifercarey00@gmail.com

*Jennifer Carey*

IP: 12.18.234.147          Date: 18 Nov 2019 16:47:50 UTC

Document completed by all parties on:
**18 Nov 2019 16:47:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL//
3786346

FRI − 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA−US   SEA

RT FRI

6     C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Margaret Connor

2224 Tyson Avenue, Tifton, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settlement is inadequate due to the lack of care taken to protect the consumer's information.
Equifax should get more than just a slap on the hand.

*Margaret Connor*

# Signature Certificate

Document Ref.: **ZJWPO-GZFOC-WLBMF-WXJJ4**

Document signed by:



**Margaret Connor**

Verified E-mail:
connor6@friendlycity.net

IP: 168.10.79.120  Date: 18 Nov 2019 18:56:21 UTC

*Margaret Connor*

Document completed by all parties on:
18 Nov 2019 18:56:21 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                            DEPT:

**FedEx**
Express

E

REL#
3706346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                98121
                    WA–US   SEA

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Ruth Chamberlain

145 Old Quaker Road
Etters, Pa. 17319

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I expect                          to be represented by an attorney.

The attorneys representing us.

Personal note to The Honorable Thomas W. Thrash Jr.

With all the money this company makes, it is a laugh for them to only pay out this.minute amount of money.
This is nothing but a slap on the wrist for them and a slap in the face to those they violated. When are you
going to start looking out for the victims.

*Ruth Chamberlain*

# Signature Certificate

Document Ref.: 66EFK-2Q5XY-CTXUE-8J8MS

Document signed by:



**Ruth Chamberlain**

Verified E-mail
memebream14@gmail.com

*Ruth Chamberlain*

IP 70.15.77.5 | Date: 19 Nov 2019 02:45:29 UTC

Document completed by all parties on:
19 Nov 2019 02:45:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
INV:
PO:                      DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
              WA–US  SEA

RT FRI

6        C
16:30   9950
        11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Anthony Gardner

7388 Mead Dr Spring Hill Fl 34606

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
On class actions the little guy gets nothing. I have lifelock and at least that should be reimbursed for a year.

# Signature Certificate

Document Ref.: **TJE96-AAQBV-OCHCU-NEIYP**

Document signed by:

**Anthony Gardner**

Verified E-mail
tonythree33@yahoo.com

IP: 70.126.105.244 | Date: 19 Nov 2019 03:52:16 UTC

Document completed by all parties on:
**19 Nov 2019 03:52:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386            REF:

TNO:

PO:                        DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**            **98121**
WA–US  **SEA**

ge Bc

RT FRI

029    6  C
       16:30  9950  bill or pouch here.
              11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Brett Erdman

15318 N. Meadowview Dr.

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Based on the magnitude of this issue and the lack of proper controls being in place the amount awarded to a claimant should be much greater than the $10 or so that will be awarded

*Brett Erdman*

# Signature Certificate

Document Ref.: **Q5A8W-ERTWB-TPH4K-CG6PB**

Document signed by:



**Brett Erdman**

Verified E-mail:
bretterdman@yahoo.com

*Brett Erdman*

IP: 73.140.41.100     Date: 19 Nov 2019 03:11:06 UTC

Document completed by all parties on:
19 Nov 2019 03:11:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                   98121
              WA–US   SEA

RT FRI
6  C
16:30  9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Lynnette Gralak

902 Autumn Park Dr. Apt C.  North Platte Ne. 69101

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| am unable to                    attend the settlement hearing in person.

| do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I've had people calling me up with my credit card numbers trying to get more info from them. I had a loan officer call me about the last steps in a loan, they were using an old address of mine. I get one call after another. I put a freeze on all 3 credit bureaus to had to lift it for a credit check. This has caused hell on my life. I don't know really how bad it is on my social security card or any of my private info. They even have aliases I use to use.

*Lynnette Gralak*

# Signature Certificate

Document Ref.: **QK8PH-AGVDU-GEUDB-NALOZ**

Document signed by:

**Lynnette Gralak**

Verified E-mail:
nettegralak@gmail.com

IP: **71.8.195.8**   Date: **18 Nov 2019 22:27:26 UTC**

Document completed by all parties on:
**18 Nov 2019 22:27:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
              WA–US  SEA



FRI
6
16:30    C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kimberly Lewis

8530 Tidewater Drive #308, Norfolk, VA 23503

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☑
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Equifax makes billions and after not securing my information i may only get a few dollars.

*Kimberly Lewis*

# Signature Certificate

Document Ref.: FPHDR-2ORMC-PLNDA-B8CXR

Document signed by:



**Kimberly Lewis**

Verified E-mail:
kalewis513@yahoo.com

*Kimberly Lewis*

IP: 172.58.223.70      Date: 19 Nov 2019 02:41:02 UTC

Document completed by all parties on:
**19 Nov 2019 02:41:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6392941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                   WA–US  SEA






## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Mary Anderson

4827 Cane Pole Ln, Summerville, SC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax is one agency that the American people are suppose to be able to trust and rely on their information being secure. But they are not nor the other agencies along with them that have all American's life information....this is wrong.........first they should be held more accountable and 2nd why allow 3 different agencies to do the same work? Is this not confusing and unfair. More needs to be done to hold them accountable.

*Mary Anderson*

# Signature Certificate

Document Ref.: PMHR3-LJZ5M-BPZRO-JB4EP

Document signed by:



**Mary Anderson**

Verified E-mail:
mandy8371@aol.com

*Mary Anderson*

IP: 108.213.208.221     Date: 18 Nov 2019 22:42:19 UTC

Document completed by all parties on:
18 Nov 2019 22:42:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386                    REF:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 0201   7781 6173 9950

**8L BFIA**              98121
WA–US   **SEA**

ge Bc

RT FRI

6
16:30

9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brendan Braun

4114 Monte Bella Place, Franklin, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not           attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is a joke and completely unfair.  My credit was breached and I'm going to receive $10 to $20?  No way - that's completely unfair.

*Brendan Braun*

# Signature Certificate

Document Ref.: **TYK3V-FHDZ6-DFBQG-LS6OU**

Document signed by:



**Brendan Braun**

Verified E-mail:
btbraun@gmail.com

*Brendan Braun*

IP: 50.234.178.179    Date: **18 Nov 2019 17:19:47 UTC**

Document completed by all parties on:
**18 Nov 2019 17:19:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA-US   SEA

ge Bc

RTFRI

6   C
16:30  9950

.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ira McAllister

6207 Marr Cove Austin Texas 78724

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The party in this matter had and has an absolute obligation to keep personal information private. They have caused irreparable harm thru their lack of providing adequate protection and should be forced to face monetary consequences of their actions. The amounts they will pay are nothing in comparison to the harm they have or will cause in the future.

*Ira McAllister*

# Signature Certificate

Document Ref.: **SZI5F-EYJAO-GQIBC-PP5TS**

Document signed by:



**Ira McAllister**

Verified E-mail:
hodari_2009@yahoo.com

IP: 99.203.87.138      Date: 19 Nov 2019 13:21:53 UTC

Document completed by all parties on:
**19 Nov 2019 13:21:53 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                         DEPT:

FedEx
Express

E

REL#
3706346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
            WA–US   SEA



ʀᴛFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nicole Jacobs

218 Pennsylvania Ave CLAIRTON pa 15025

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Because they are trusted with out information.

*Nicole Jacobs*

# Signature Certificate

Document Ref.: **SVWSI-SGPQG-JRCUB-4DJAN**

Document signed by:

**Nicole Jacobs**

Verified E-mail:
nicole4cp@yahoo.com

*Nicole Jacobs*

IP: **107.242.117.61**        Date: **18 Nov 2019 20:03:13 UTC**

Document completed by all parties on:
**18 Nov 2019 20:03:13 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



**FedEx Express**

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386

PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**          98121
           WA-US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Niesha Rush

218 Constance Lane Apt3
Columbus Ms 39702

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair        ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Dear Honorable Thomas W. Thrash Jr. IM A VICTIM OF THE EQUIFAX  IDENTITY THEFT & DATA
BREACH. THE PAYMENT THAT THEY'RE  TRYING TO COMPENSATE 'US' AS VICTIMS IS INJUSTICE
AND UNFAIR ,OUR IDENTITIES HACE BEEN FORSAKEN. THIS IS A MULTIMILLION  DOLLAR
COMPANY ABD THEYRE TREATING US LIKE WE ARE SCUMS. IN YOUR DEEPEST CONDOLENCES
CAN YOU PLEASE UNDERSTAND OUR FRUSTRATION AND MAKE A FAIR AND HONEST RULING ON
WHATS RIIGHT. WE DESERVE JUSTICE..

Best wishes, Niesha  Rush

*Niesha Rush*

# Signature Certificate

Document Ref : **YSK7Z-4CJ6V-CN5MA-V7DC6**

Document signed by:

**Niesha Rush**

Verified E-mail:
niesha.rush2@gmail.com

*Niesha Rush*

IP: 107.136.62.155    Date: 18 Nov 2019 21:10:18 UTC

Document completed by all parties on:
18 Nov 2019 21:10:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

```
SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

**SEATTLE WA 98121**

```
(415) 373-2386          REF:
INV:
PO:                      DEPT:
```

**FedEx**
Express

**E**

REL#
3785346

**FRI — 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**

98121
WA-US  **SEA**

FRI

6
16:30   C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Daniel Deacon

10535 montwood dr apt 69 el paso texas 79935

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑  Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Todays society is based more and more on our credit. Our homes we live in..The cars we drive.. Even the clothes we wear...
People rather take money than earn it the old fashion way.. WORK

I feel they should give all effected not only compensation finacially but also repair the credit scores by removing all accounts in collections and gard unquiries

*Daniel Deacon*

# Signature Certificate

Document Ref.: **MDDEP-4JWB8-TWY93-RQHDW**

Document signed by:



**Daniel Deacon**

Verified E-mail:
d1gent@yahoo.com

IP: 172.58.79.164     Date: **19 Nov 2019** 5:04:14 UTC

Document completed by all parties on:
**19 Nov 2019 15:04:14 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA



RT FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Henry Morton

181 East 93rd Street, New York, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I may       attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Hello Judge Thrash,

To cut straight to the chase, this settlement is an absolute disgrace! It stinks!

A company that, due to sheer incompetence, lost some of the most valuable data of 147 million consumers, looks set to get off almost completely unscathed. The constant addition of hurdles to those seeking compensation is mind blowing and the fact consumers' share of that compensation keeps getting less is dishonourable in the extreme. Equifax is making it harder to keep one's data safe. At least their shareholders can keep smiling - they're the only ones who seem to count!

*Henry Morton*

# Signature Certificate

Document Ref.: **XFQXQ-NA9MA-DDVRZ-EVV3T**

Document signed by:

**Henry Morton**

Verified E-mail:
henrymortonbeijing@gmail.com

*Henry Morton*

IP: **184.153.77.173**          Date: **18 Nov 2019 20:51:35 UTC**

Document completed by all parties on:
**18 Nov 2019 20:51:35 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
2777 AVALARDO ST STE E               CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:

PO:                        DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

ge Bc

FRI

6
16:30   9950

C

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Michael Calahan

913 Wren Dr, San Jose, CA 95125

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

As Equifax stock prices rise, it becomes clear that this penalty is minor in the grand scheme. A minor annoyance to Equifax at best. Breaching the public's trust should be something felt much deeper than a monetary slap on the wrist all the while inflating the value of their shares. Corporate America is greedy and equifax will simply laugh off this settlement while they done on expensive wines and imported cheeses.

*Michael Calahan*

# Signature Certificate

Document Ref.: **GTYCZ-TUVMP-EVA2U-KJWH7**

Document signed by:

**Michael Calahan**

Verified E-mail:
gatoswriter@gmail.com

*Michael Calahan*

IP: 78.103.191.41  Date: **15 Nov 2019 02:15:31 UTC**

Document completed by all parties on:
**15 Nov 2019 02:15:31 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  SEA



RT FRI

6   C
16:30  9950