# Exhibit B - 26

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Louis Payton

23123 Northeast 112th Court Road, Fort McCoy, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair           ☑     Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is unfair that the people who suffer or have our data at risk receive only a token when the companies at fault make untold amounts of money selling our data.  I feel any settlement is inadequate but a token settlement is an insult to justice.

*Louis Payton*

# Signature Certificate

Document Ref.: **7QJPW-2DEPJ-YFTC2-FJQGT**

Document signed by:

**Louis Payton**

Verified E-mail:
lepayton@hotmail.com

*Louis Payton*

IP: 75.91.93.247    Date: 18 Nov 2019 20:24:32 UTC

Document completed by all parties on:
**18 Nov 2019 20:24:32 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA-US   SEA

RT FRI

6    C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Jessica Rocheleau

9525 Niagara Ln

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It is not enough to make the breach ok

*Jessica Rocheleau*

# Signature Certificate

Document Ref.: **8YW4A-YY7AG-M6XQ8-HFZWC**

Document signed by:



**Jessica Rocheleau**

Verified E-mail:
lovetwolves@yahoo.com

IP: 73.94.225.20     Date: 18 Nov 2019 16:34:59 UTC

Document completed by all parties on:
**18 Nov 2019 16:34:59 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201     7781 6173 9950

8L BFIA                98121
              WA-US   SEA

RT FRI

6
16:30    9950    C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kathleen Vogel

1 Rocky Glen, Irvine 92603

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair     ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                  attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Honorable Thomas W. Thrash Jr.

I have experienced considerable anguish since the Equifax breach and credit cards were opened in my name and mailed to my home.  I cancelled same and called the companies before financial loss could occur. Equifax is a huge company who should be forced to reimburse its customers adequately.  Please do so in the verdict.

*Kathleen Vogel*

# Signature Certificate

Document Ref.: ZWK2N-VWHZB-M2TLQ-ZE3UD

Document signed by:



**Kathleen Vogel**

Verified E-mail:
kathlee4@yahoo.com

IP: 98.164.227.13    Date: 19 Nov 2019 04:08:12 UTC

Document completed by all parties on:
19 Nov 2019 04:08:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

FedEx
Express



REL#
3786346

E

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
              WA–US  SEA



FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Philip Dye

282 canoe creek road
Rainbow city,al 35906

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe it's unfair that my credit was hacked and I wasn't notified of it.A big company that makes a large profit off credit should have to fairly compensate everyone that was hacked it's only fair

*Philip Dye*

# Signature Certificate

Document Ref : **2JNZB-AWF9F-TPKJA-7RNG2**

Document signed by:



**Philip Dye**

Verified E-mail:
philipdye2017@gmail.com



IP: 68.60.217.57      Date: **18 Nov 2019 18:43:23 UTC**

Document completed by all parties on:
**18 Nov 2019 18:43:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA–US   SEA





RTFRI

6
16:30   9950   bill or pouch here.

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Elizabeth Marshall

4718 Hemlock Lane, Oklahoma City, OK, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent. They can't buy their way out of it with a bait and switch settlement offer for a fraction of the original amount.

*Elizabeth Marshall*

# Signature Certificate

Document Ref.: TKEAP-4UVQY-5PVFF-IBAGS

Document signed by:



**Elizabeth Marshall**

Verified E-mail:
okcmenace@yahoo.com

IP: 172.58.68.177     Date: 18 Nov 2019 18:09:04 UTC

Document completed by all parties on:
18 Nov 2019 18:09:04 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA–US  SEA

FRI

6
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## michael chandler

5 Holway Drive, Northfield, ME, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I don't believe the settlement is fair. Having my ssn posted on the dark net leaves me open to idenitiy theft.

*michael chandler*

# Signature Certificate

Document Ref.: JJVBO-4ETD2-MUY4M-EPPFO

Document signed by:



**michael chandler**

Verified E-mail:
sargie@myfairpoint.net



IP: 64.222.233.34     Date: 18 Nov 2019 16:56:18 UTC

Document completed by all parties on:
## 18 Nov 2019 16:56:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



## *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Rosa Allen

4005 Hemlock St. Zachary, Louisiana 70791

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to this settlement because I have been unduly burdened by the data breach by Equifax. My personal information is now on the dark web. I am bombarded daily with spam email and phone calls.trying everything they can to further exploit my personal information to their advantage. In my opinion, Equifax should be punished to the full extent of the law. I am elderly, disabled, and also a widow. I did nonthing to warrant this situation, yet I am one of many penalized by the actions of Equifax.
Please sir, take the objections in your consideration of this case against Equifax.

*Rosa Allen*

# Signature Certificate

Document Ref.: **YFP8B-DBS5I-TQPIC-NJE3A**

Document signed by:

**Rosa Allen**

Verified E-mail:
itsjusme@bellsouth.net

*Rosa Allen*

IP: 74.250.64.207    Date: **18 Nov 2019 18:23:33 UTC**

Document completed by all parties on:
18 Nov 2019 18:23:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                WA-US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Crystal Butler

51 Cowesett ave apt 26 ww ri 02893

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,
I ask that you consider everything at hand, I'm a single mother who suffered greatly due to my personal info being compromised. I feel it is a great injustice for Equifax to simply receive a slap on the wrist as there carelessness has made things a nightmare for not only myself but, millions of other people.

*Crystal Butler*

# Signature Certificate

Document Ref.: BKAVR-6NALG-AA9CS-ZJHRZ

Document signed by:

**Crystal Butler**

Verified E-mail:
soinlove923@gmail.com

*Crystal Butler*

IP: 98.185.188.182   Date: 18 Nov 2019 20:40:44 UTC

Document completed by all parties on:
18 Nov 2019 20:40:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSFQ2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                98121
              WA–US  SEA



RT FRI
6
16:30   9950  bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Paul Hilger

5211 South 30th Street, Lincoln NE, 68516

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I may attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has not faced fair punishment for gross negligence on their part. Allowing this to continue as it has is insulting to every person affected, and this level of disrespect is unacceptable.

*Paul Hilger*

# Signature Certificate

Document Ref.: **VKFDS-3DJVO-3B77D-JDE2X**

Document signed by:

**Paul Hilger**

Verified E-mail:
hilgerpe1@gmail.com

*Paul Hilger*

IP: 104.237.80.90    Date: **15 Nov 2019 03:59:20 UTC**

Document completed by all parties on:
**15 Nov 2019 03:59:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
            WA–US   SEA

RT FRI

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Peter DePalma

8092 Treecrest Ave Citrus Heights CA 95610

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This is simply wrong and unacceptable.

*Peter DePalma*

# Signature Certificate

Document Ref.: HUD22-DWZJ5-SFYAY-PJDB2

Document signed by:

**Peter DePalma**

Verified E-mail
petedepalma@mail.com

*Peter DePalma*

IP: 172.58.35.230    Date: 18 Nov 2019 16:33:20 UTC

Document completed by all parties on:
18 Nov 2019 18:33:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
INV:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US   SEA

FRI

6   C
16:30
9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Kathleen Copans

64 Clark Street, Lynn, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax's data breach affected 147 million people and they should be held accountable for their actions. We were promised payments of $125 and to receive anything less is unfair.

*Kathleen Copans*

# Signature Certificate

Document Ref.: FSJY8-UFWMY-UQPFH-KT9SA

Document signed by:

**Kathleen Copans**

Verified E-mail
flanagan.km@gmail.com

*Kathleen Copans*

IP: 170.63.67.47        Date: 18 Nov 2019 20:12:48 UTC

Document completed by all parties on:
18 Nov 2019 20:12:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US    SEA

FRI
RT

6      C
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen Sorrell

20 Meadowlark Lane, Falmouth, KY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This is an entity that should be held to the most extreme standard of care if personal data. They were aware of the possibility of breach if adequate protective measures were not in.place. They failed in their standard duty if care and their proposed settlement is miniscule in comparsonn to the magnitude of their breach if duty and it places an undue burden on the victims who were affected that in absence if the breach would have been unnecessary.

*Karen Sorrell*

# Signature Certificate

Document Ref.: 2NQPO-ZW5FV-BKSXP-TEIQQ

Document signed by:



**Karen Sorrell**

Verified E-mail
kksorrell@gmail.com

*Karen Sorrell*

IP: 69.61.255.98    Date: 18 Nov 2019 20:28:06 UTC

Document completed by all parties on:
**18 Nov 2019 20:28:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:              DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA

RT FRI

6
16:30   9950   C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nafeesah Abdullah

730 W. Lake Street #163 Chicago IL 60661

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair  ☑  Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I will not   attend the settlement hearing in person.

I do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I find what Equifax is offering to be unfair and unjust because they make tens of millions of dollars selling people's personal information and they should be held accountable for it financially. I've been affected by this having scammers trying to harass me for money on loans I never took out having my personal information that I never gave out. It's undaunting that they put my personal security at risk with their negligence.

*Nafeesah Abdullah*

# Signature Certificate

Document Ref.: TWHNX-PVPG2-YY6ZC-E43T2

Document signed by:

**Nafeesah Abdullah**

Verified E-mail
queenbee7519@aol.com

*Nafeesah Abdullah*

IP: 172.58.143.17   Date: 19 Nov 2019 04:13:14 UTC

Document completed by all parties on:
19 Nov 2019 04:13:14 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                         DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**        98121
                  WA–US  SEA

ge Bc

FRI
RT

6   C
16:30   9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Angel Fugate

7136 Monroe Avenue, Hammond, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The compensation offered is not commensurate with harm inflicted upon the affected parties. Credit monitoring provided by another hacked company is inadequate.

*Angel Fugate*

# Signature Certificate

Document Ref.: KKAAR-BN8OH-AZSPM-RSVA6

Document signed by:

**Angel Fugate**

Verified E-mail
dennisandangel@sbcglobal.net

*Angel Fugate*

IP: 107.218.212.199     Date: 19 Nov 2019 01:19:13 UTC

Document completed by all parties on:
19 Nov 2019 01:19:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386      REF:
INV:
PO:                 DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**            98121
                  WA–US   SEA

FRI

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Julie Patten

34529 Cloutier Dr, Chiloquin, OR, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  expect          to be represented by an attorney.

  Reuben Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.
 I object to the settlement because it has been monetarily downgraded to 1/20 of its originally posted value.
 This is absolutely unfair.

*Julie Patten*

# Signature Certificate

Document Ref.: **6GHTX-MZXYM-DAXBE-PW3M9**

Document signed by:

**Julie Patten**

Verified E-mail:
ahmschlmom@yahoo.com

*Julie Patten*

IP: 184.53.18.108     Date: **19 Nov 2019 02:57:32 UTC**

Document completed by all parties on:
19 Nov 2019 02:57:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

**8L BFIA**

98121
WA–US   **SEA**

FRI

6     C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marandell King

1846 Downsville rd

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our personal information was released with out our consentand with out our knowledge and it is ridiculous that our information is worth less then 10$

*Marandell King*

/0

# Signature Certificate

Document Ref.: **YVVKL-49R5J-YQNFB-J2EPJ**

Document signed by:

**Marandell King**

Verified E-mail
outlawlogistics@ymail.com

*Marandell King*

IP: 174.255.128.102    Date: 18 Nov 2019 19:44:36 UTC

Document completed by all parties on:
**18 Nov 2019 19:44:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



RT FRI

6
16:30   C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carolyn Martin

8900A Johnson rd Mabelvale Ar 72103

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to this settlement because for one thing they tried to cover it up and didn't tell us at the time it happened.   The settlement amount is ridiculous considering we will have to watch our credit reports for years to come and the American people put their trust in this company.  They shouldn't get off paying 5 dollars for such a error in their part

*Carolyn Martin*

# Signature Certificate

Document Ref.: RKKCH-ZYBAA-RRSGX-T3VS7

Document signed by:



**Carolyn Martin**

Verified E-mail:
greentoad_2000@yahoo.com

*Carolyn Martin*

IP: 73.24.62.11          Date: 18 Nov 2019 21:14:03 UTC

Document completed by all parties on:
18 Nov 2019 21:14:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                98121
            WA–US   SEA

FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Domenic Fontana

160 Murphy Drive, King of Prussia, PA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Honorable Thomas Thrash, I am sad that a company as profitable as Equifax sold information and then turned around and made millions off it and my information was used and I'm going to receive 10-12 bucks or their monitoring services....this seems unfair to me and I object.

*Domenic Fontana*

# Signature Certificate

Document Ref.: **J3EQY-8KWZA-8H82R-7XUQR**

Document signed by:



**Domenic Fontan**

Verified E-mail:
domenic.fontana@gmail.com

*Domenic Fontana*

IP: 50.205.252.78   Date: 18 Nov 2019 18:03:48 UTC

Document completed by all parties on:
**18 Nov 2019 18:03:48 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                         DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   SEA



RT FRI

6
16:30   9950   bill or pouch here.

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Diana Keith

1320 Arden Avenue,
Rockford, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.
none

Personal note to The Honorable Thomas W. Thrash Jr.
Too little

*Diana Keith*

# Signature Certificate

Document Ref.: **9FSNE-D6SZ5-RKEAJ-XQGMZ**

Document signed by:



**Diana Keith**

Verified E-mail:
shadblu@yahoo.com

IP: 73.209.98.89         Date: 18 Nov 2019 16:39:40 UTC

Document completed by all parties on:
**18 Nov 2019 16:39:40 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:                    REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



FRI
RT

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mary Quick

4107 Bumphus Road, Chapel Hill, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement in the amount proposed is offensive.

# Signature Certificate

Document Ref.: **2RNZP-9GUYZ-HUNZI-U4JRZ**

Document signed by:



**Mary Quick**

Verified E-mail:
maryquick1@netzero.net

IP: 50.111.3.103          Date: 18 Nov 2019 22:52:51 UTC

Document completed by all parties on:
**18 Nov 2019 22:52:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                           DEPT:

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
          WA-US   SEA



FRI
6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Patricia Sibley

22111 W Martha Ln, Reardan, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax's reported settlement is a joke when considering the possibility of identity theft to those of us who are in danger of it happening. It could cost me thousands to fix their issue.

# Signature Certificate

Document Ref.: **DPERY-NIPQK-OKGWY-RA6OO**

Document signed by:



**Patricia Sibley**

Verified E-mail:
pesibley@gmail.com

IP: 97.73.244.174       Date: 18 Nov 2019 17:46:38 UTC

Document completed by all parties on:
18 Nov 2019 17:46:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2888        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Thomas Bill

226 Rainbow Drive #12620

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The credit agencies collect data without administrative oversight on the validity of the data.Yet,credit card companies take this data at face value without confirmation.A person may spent years trying to repair the erroneous data which in the meantime has negstive effects on the consumer, yet, these credit agencies do not safeguard the data data they collect.

*Thomas Bill*

# Signature Certificate

Document Ref.: UBAOZ-PJX94-6JPL3-MDQCD

Document signed by:



**Thomas Bill**

Verified E-mail:
tbill06@sbcglobal.net

*Thomas Bill*

IP: 172.58.175.246    Date: 18 Nov 2019 19:26:05 UTC

Document completed by all parties on:
18 Nov 2019 19:26:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA    (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(416) 373-2386              REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA                    98121
          WA–US      SEA

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Megan Johns

5301 West Utica PL, Sioux Falls SD 57107

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This breach has caused alot of damage to many people. Paying out ten bucks a person is unreasonable. I alone have had to do quite a bit of work to ensure my information hasn't been used, and it has likely from this breach. I hope a fair judgement for all can be established to hold the company responsible. Thank you for the opportunity to clarify my reasoning and taking time to read it.

*Megan Johns*

# Signature Certificate

Document Ref.: LZSXC-RK5PV-OPRCR-IIMXR

Document signed by:



**Megan Johns**

Verified E-mail:
mhallows1232@gmail.com

IP: 83.153.199.190      Date: 18 Nov 2019 22:08:18 UTC

Document completed by all parties on:
**18 Nov 2019 22:08:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI
16:30   9950
C
6

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Catherine OHara

752 Sweeney Street, North Tonawanda, NY, USA



I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair     ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not             attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because my personal information was compromised and that's not a small thing!

*Catherine OHara*

# Signature Certificate

Document Ref.: **US6GD-TMINJ-BJWKK-FE53J**

Document signed by:

**Catherine OHara**

Verified E-mail:
catherineohara@bellsouth.net

*Catherine OHara*

IP 69.204.76.131    Date: 18 Nov 2019 20:01:43 UTC

Document completed by all parties on:
**18 Nov 2019 20:01:43 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386     REF:
INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA-US **SEA**

RTFRI

6   C
16.30   9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Steven Daley

30 W Carter Dr, APT 2-206, Tempe, AZ 85282

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The likely payment is far lower than what was implied. For the potential liability of fraud that this has put me in, this payment is not significant enough.

*Steven Daley*

# Signature Certificate

Document Ref : **U6WPF-JRZOC-SAR3K-DYTAE**

Document signed by:

**Steven Daley**

Verified E-mail
stevenk.daley@gmail.com

*Steven Daley*

IP: 70.162.81.167    Date: 18 Nov 2019 22:22:49 UTC

Document completed by all parties on:
18 Nov 2019 22:22:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                    REF:              DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA-US  SEA

FRI
029       6        C
        16.30   9950
               11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Loretta Allred

20500 Walton Saint Clair Shores MI 48081

Received

NOV 2 2 2019

by JNDI..

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

By no doing of my own mine and millions of people's personal information was stolen and broadcasted who knows where for people to steal identity's. This multiply billion dollar company is going to compensate us with $10.00 or less....Congress should have made them go out of business for ruining the lives of many but know there still in business and we get just about nothing. Please don't let this case continue like this. Make them pay...,

*Loretta Allred*

# Signature Certificate

Document Ref.: **ZTXZO-RPT5P-YNQFT-BFNZ8**

Document signed by:

**Loretta Allred**

Verified E-mail
loral1961@yahoo.com

*Loretta Allred*

IP: 69.14.135.99     Date: 19 Nov 2019 04:42:21 UTC

Document completed by all parties on:
19 Nov 2019 04:42:21 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386              REF:
PO:                 DEPT:

**FedEx**
Express

**E**

REL#
3706346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
          WA-US  SEA

RTFRI

6
16:30        C
229          9950   bill or pouch here.
             11 22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kenneth Bennett

P O Box 264 Gordonsville, VA 22942

> Received
> NOV 2 2 2019
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☑
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to       attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

With all of the millions of people that have been affected by this breach, the settlement does not even come close to the hassle that the average person like me will have to endure to keep watch to make sure no one steals our identity.

*Kenneth Bennett*

# Signature Certificate

Document Ref.: **KW9SS-QHABD-V5Q9P-H7WCQ**

Document signed by:

**Kenneth Bennett**

Verified E-mail:
kben503@aol.com

*Kenneth Bennett*

IP: 176.113.72.104     Date: 19 Nov 2019 03:37:34 UTC

Document completed by all parties on:
19 Nov 2019 03:37:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INU:
PO:                          DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

8L BFIA                98121
          WA–US  SEA

RTFRI

6    C
16:30  9950
11:22

229

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kristin Tenant

2581 south 93rd street
West allis WI 53227



I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Please make this right.

*Kristin Tenant*

# Signature Certificate

Document Ref.: **9APPC-UMEQN-ZYOID-RZNNG**

Document signed by:

**Kristin Tenant**

Verified E-mail:
poopie143@att.net

*Kristin Tenant*

IP: **104.60.53.198**   Date: **17 Nov 2019 18:06:45 UTC**

Document completed by all parties on:
**17 Nov 2019 18:06:45 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFD2021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386       REF:

INV:
PO:                          DEPT:

**FedEx**
Express

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**





FRI

6   C
16.30
229         9950
11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carol Sardinha

91 Jewett Street, Ansonia, CT, USA

Received
NOV 22 2019
by JND

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to   attend the settlement hearing in person.

I do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Honestly, for a billion dollar business to offer to pay the victims such a paltry amount for the amount of pain and hardship that they have inflicted on us is laughable. They should be required to pay out the amount that they originally advertised. Offering to allow us to receive free credit alerts (or whatever else they feel is a lesser expense) is a slap in the face to all that have been affected by their breach. Thank you for your time.

*Carol Sardinha*

# Signature Certificate

Document Ref.: DSY3F-G3UU3-PJDJ6-HUNXT

Document signed by:

**Carol Sardinha**

Verified E-mail
gsardinha@snet.net

*Carol Sardinha*

IP  173.162.174.225    Date: 18 Nov 2019 17:44:39 UTC

Document completed by all parties on:
18 Nov 2019 17:44:39 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                   DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US   SEA



RT FRI
229

6
16:30   C
        9950
        11:22   hill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Peter Reque

1073 Bush Street, San Francisco, CA, USA



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                            attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

it seems to me that the system has gone to considerable effort to produce minimal results. If, in fact, the settlement results in about $10 per class member, it wasn't worth it.

*Peter Reque*

# Signature Certificate

Document Ref.: R3SRP-95CMC-EKEHU-CKKKS

Document signed by:

**Peter Reque**

Verified E-mail:
petereque@yahoo.com

*Peter Reque*

IP: 24.8.144.236    Date: 19 Nov 2019 18:31:10 UTC

Document completed by all parties on:
19 Nov 2019 18:31:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
THU:
PO:                        DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
            WA–US  SEA

ge Bc

RT FRI

229     6      C
      16:30   9950
      11:22

Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Mary Moore

1674 Arcot Circle Northeast Palm Bay Fl 32905

Received

**NOV 2 2 2019**

by JNF? /

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is our only recourse against high dollar firms who misuse and abuse our trust

*Mary Moore*

# Signature Certificate

Document Ref.: **ZO8JS-VOWGA-MCHDH-NAIKU**

Document signed by:

**Mary Moore**

Verified E-mail
lyricdavid77@gmail.com

*Mary Moore*

IP: 108.208.61.251    Date: 18 Nov 2019 20:34:02 UTC

Document completed by all parties on:
18 Nov 2019 20:34:02 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

    ~2727 WESTERN AVE STE 200~    *1100 2nd*

    **SEATTLE WA 98121**

```
(415) 373-2386          REF:
INV:
PO:                     DEPT:
```



**FedEx**
Express

**E**

REL#
3705346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

**8L BFIA**        **98121**
              WA–US  **SEA**

RT**FRI**

029

6
16.30

C

9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Laura Endicott

110 Farmingdale Rd

```
Received
NOV 2 2 2019
by JNDLA
```

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate      ☐
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I ___will not___ attend the settlement hearing in person.

I ___do not expect___ to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Very unfair potential settlement

*Laura Endicott*

.

# Signature Certificate

Document Ref.: **P4PZX-VU3OW-9XFEF-VFWHP**

Document signed by:

**Laura Endicott**

Verified E-mail:
lendicott0913@gmail.com

*Laura Endicott*

IP: 24.144.190.47    Date: 18 Nov 2019 19:02:09 UTC

Document completed by all parties on:
18 Nov 2019 19:02:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     *1100 2nd*

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                           DEPT:



FedEx
Express

E

REL#
3785346

FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                98121
              WA-US  SEA



rtFRI

229        6        C
        16:30    9950   rbill or pouch here.
                11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cindy Gilbert

8291 Hewlet Drive, Indianapolis IN 46268

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My information was compromised. How can this ever be fixed??
Thank you!

*Cindy Gilbert*

# Signature Certificate

Document Ref.: BHCSQ-AFKFW-FTANC-AVHN8

Document signed by:

**Cindy Gilbert**

Verified E-mail:
clougilbert@gmail.com

*Cindy Gilbert*

IP 99.138.53.164    Date: 18 Nov 2019 23:56:10 UTC

Document completed by all parties on:
18 Nov 2019 23:56:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                                DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
                    WA-US  SEA



RT FRI

029        6        C
        16:30    9950   :bill or pouch here.
                    11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# CAROL MATSON

2271a South Koke Mill Road, Springfield, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not a reasonable settlement.

*carol matson*

# Signature Certificate

Document Ref.: **KFXSU-JYDPP-G9VBF-S5OJM**

Document signed by:

**carol matson**

Verified E-mail:
bcmatson@sbcglobal.net

*carol matson*

IP: 24.12.24.39    Date: 18 Nov 2019 16:37:07 UTC

Document completed by all parties on:
18 Nov 2019 16:37:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
INV:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA                     98121
              WA–US  SEA

FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Su Liu

11306 Pearl St Apt. 202, Los Angeles, CA 90064

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome   ☐
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a disgrace given the severity of the leak - Equifax is not acting in good faith, and also needs to be held accountable for its lax security.

*Su Liu*

# Signature Certificate

Document Ref.: MQDZX-OCEFU-GAVX5-U2BRM

Document signed by:

**Su Liu**

Verified E-mail:
seeingeyegods@gmail.com

*Su Liu*

IP 23.241.115.215    Date: 14 Nov 2019 07:03:00 UTC

Document completed by all parties on:
14 Nov 2019 07:03:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2772 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3766346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
                   WA–US   SEA





RT FRI

6
16:30   C

9950  bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# JONATHAN WEIGEL

17517 10th ave e spanaway, wa 98387

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This has to end I have had my personal information stolen so many times that i already have the free credit monitoring.  If a large company like equifax isnt held responsible it sets a bad precedent for the other companies. If i owned a large company i would make sure that everyones information was secure. Equifax failed to do so and therefore needs to pay the consumers who they hurt.

*Jonathan Weigel*

# Signature Certificate

Document Ref.: **P7QNM-4BECB-TLYPH-BKJNT**

Document signed by:

**JONATHAN WEIGEL**

Verified E-mail:
knightrider282002@yahoo.com

*Jonathan Weigel*

IP: 172.58.45.203    Date: **19 Nov 2019 15:27:23 UTC**

Document completed by all parties on:
**19 Nov 2019 15:27:23 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
            WA–US  SEA

FRI

6   C
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Richard Amon

7344 Mockingbird Trail, Riverdale, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

n/a

Personal note to The Honorable Thomas W. Thrash Jr.

consumers will not accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*Richard Amon*

# Signature Certificate

Document Ref.: RDGPN-SRVWX-FVFXP-NMM6P

Document signed by:

**Richard Amon**

Verified E-mail:
southernoutlaw1980@att.net

*Richard Amon*

IP: 24.99.69.74          Date: 18 Nov 2019 19:47:15 UTC

Document completed by all parties on:
18 Nov 2019 19:47:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedX

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
PO:                 DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#   7781 6173 9950
0201

**8L BFIA**          98121
              WA–US   SEA

RT FRI

6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# William Eden

250 Hearst Avenue, San Francisco, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor - This was one of the most profound and far reaching data breaches of our lifetime, the leak of one of our most closely-guarded and permanent forms of identification, on a truly massive scale. Equifax is receiving what amounts to a small slap on the wrist, and very little of the money is even reaching the plaintiffs they egregiously failed to protect. This settlement serves neither as sufficient restitution for those harmed, nor as sufficient deterrence for future malfeasance of this magnitude. I strenuously object to this settlement, and urge you to reconsider.

Signed,
William Alexander Eden

*William Eden*

# Signature Certificate

Document Ref.: **X4NOU-AIAKP-S9FD2-TDBLI**

Document signed by:

**William Eden**

Verified E-mail:
william.a.eden@gmail.com

*William Eden*

IP: 157.131.200.184          Date: 15 Nov 2019 10:00:20 UTC

Document completed by all parties on:
**15 Nov 2019 10:00:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P

EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US   SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Donnie Payne

10003 Dixie Hwy. Apt. #6 Clarkston , Mi 48348

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair              ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I feel that their power with my information is worth ALOT MORE than what is being offered!

*Donnie Payne*

# Signature Certificate

Document Ref.: **ZH8IV-K4QZZ-MAFCS-MWBHI**

Document signed by:

**Donnie Payne**

Verified E-mail:
budda1259@yahoo.com

*Donnie Payne*

IP: 68.37.187.124    Date: 19 Nov 2019 02:48:05 UTC

Document completed by all parties on:
### 19 Nov 2019 02:48:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:



FedEx
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA

RT FRI
6
16:30    9950
C
bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Marc Majewski

5719 Lomond Avenue, Downers Grove, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax is getting off easy, and they need to be made an example of. They already harvest all of our data and unknowing sell it to make money, but then they have a major data breach and offer a few years of credit monitoring or a few dollars?? This is not fair. If It was an individual, we would be sentenced to jail. This is a slap on the wrist.

*Marc Majewski*

# Signature Certificate

Document Ref.: REPC5-TKFV2-8O3QE-BN3GM

Document signed by:

**Marc Majewski**

Verified E-mail:
marcrmajewski@gmail.com

*Marc Majewski*

IP: 99.101.180.110    Date: 18 Nov 2019 23:51:39 UTC

Document completed by all parties on:
**18 Nov 2019 23:51:39 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306         REF:

PO:                        DEPT:

FedEx
Express

E

REL#
378534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

RT FRI

6    C

16:30  9950

Bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Elaine Bailey

20 Mountain road
Barto, Pa 19504

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our personal information has been compromised and would cost us in the thousands of dollars to try and clean up any identity theft. The amount they are willing to give is most unsatisfactory.

*Elaine Bailey*

# Signature Certificate

Document Ref.: UGWXT-CVT6T-3AD5F-XZGWR

Document signed by:

**Elaine Bailey**

Verified E-mail:
elane524@yahoo.com

*Elaine Bailey*

IP: 96.22.231.115          Date: 18 Nov 2019 18:45:46 UTC

Document completed by all parties on:
18 Nov 2019 18:45:46 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA              98121
           WA-US    SEA

RT FRI
6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Vincent Vecchio

3149 Reading Avenue, Hammonton, NJ. 08037

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The true settlement amount is a pittance compared to the exposure which was so recklessly invited.

*Vincent Vecchio*

# Signature Certificate

Document Ref.: **EKMUG-2FICX-WP8ZY-RMNYX**

Document signed by:

**Vincent Vecchio**

Verified E-mail:
vinvec@yahoo.com

*Vincent Vecchio*

IP: 73.150.22.43    Date: 19 Nov 2019 04:10:18 UTC

Document completed by all parties on:
19 Nov 2019 04:10:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA-US   SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Nicolas Bax

5623 Oak Place Bethesda, MD USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I was a victim of identity theft. One of the thieves recently pleaded guilty but the rest of the group has not: [United States v. Hared (3:19-cr-00040)]. I do not yet have enough information to know whether Equifax was partially culpable in the case of my identity theft. However the media has reported other major inadequacies in Equifax's security. For example, Equifax was protecting sensitive personal information on a portal used to manage credit disputes with the username:password "admin:admin". I still do not know how much damage the Equifax breaches have caused to me, but the amount of time I have spent protecting myself and the mental and emotional distress that identity theft has caused are worth far more than the settlement amount.

*Nicolas Bax*

# Signature Certificate

Document Ref.: AMACN-YW4LY-UUBAF-RGDAH

Document signed by:

**Nicolas Bax**

Verified E-mail:
nbax16+ntequifax@gmail.com

IP: 76.102.0.90          Date: 15 Nov 2019 16:46:22 UTC

*Nicolas Bax*

Document completed by all parties on:
15 Nov 2019 16:46:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886           REF:
INU:
PO:                      DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**              98121
            WA–US  SEA

RT FRI

6   C
16:30

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Robert Green

1462 caton ave elmira ny 14904

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please make it fair

*Robert Green*

# Signature Certificate

Document Ref.: **Z53HZ-TVW7T-U3J3Y-E2QUN**

Document signed by:

**Robert Green**

Verified E-mail
rlgreen121@yahoo.com

*Robert Green*

IP: 66.24.142.106     Date: 19 Nov 2019 03:01:50 UTC

Document completed by all parties on:
**19 Nov 2019 03:01:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:

PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
              WA–US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Hannah Heidt

54 Pleasant St Waterville Me 04901

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A settlement that reduces the monetary value to pennies is a joke
What happened was an egregious miscarriage of responsibility, and the fine/settlement should reflect that.
Otherwise no company is going to be deterred from lax security, if the identities they protect are worth nothing.

I am more than nothing.

Hannah Heidt

# Signature Certificate

Document Ref.: EDJWR-VVFGH-CE8SQ-A2BNM

Document signed by:



**Hannah Heidt**

Verified E-mail:
atticusfinch@gmail.com

*Hannah Heidt*

IP: 74.75.210.53            Date: 18 Nov 2019 23:20:09 UTC

Document completed by all parties on:
18 Nov 2019 23:20:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Barbara Davis

109 Gibson Ave. Apt. A, Fremont, MI, 49412.

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to         attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is unfair for this Corporation to take advantage of people and use our information for their gain and profit. Then not reimburse us for the harm they have caused to all the people that pay the price for their inefficient handling of our data! Your need to find in our favor Sir. Thank you for your time.

*Barbara Davis*

# Signature Certificate

Document Ref.: LPVXT-AATSW-9ASET-BMPEB

Document signed by:

**Barbara Davis**

Verified E-mail:
barbdavispac@yahoo.com

*Barbara Davis*

IP: 66.111.62.37   Date: 19 Nov 2019 04:23:54 UTC

Document completed by all parties on:
19 Nov 2019 04:23:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306           REF:
PO:                                  DEPT:

FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



8L BFIA                98121
            WA—US  SEA

FRI
16:30    C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kaitlyn Budny

3818 South 97th Street, Milwaukee, WI 53228

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is of the utmost importance that companies are expected to uphold their privacy and security standards.
There is no way to undo the damage done and the compensation being offered is beyond inadequate.

*Kaitlyn Budny*

# Signature Certificate

Document Ref.: **DCT65-7FPDA-CP8IZ-CTRJQ**

Document signed by:



**Kaitlyn Budny**

Verified E-mail:
pkbudnywedding@gmail.com

*Kaitlyn Budny*

IP: 65.28.242.159    Date: 18 Nov 2019 23:39:42 UTC

Document completed by all parties on:
18 Nov 2019 23:39:42 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

JND

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886         REF:
INV:
PO:                              DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA—US   SEA

FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# caroline dundee

2469 Marshfield Lane, Fort Collins, CO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel that this penalty is ridiculously low and a Company of this size should pat a lot more than this petty amount. Put it back to the amount it was and show companies that they will be penalized for failing to protect us the public through their negligence.

*caroline dundee*

# Signature Certificate

Document Ref.: MMA6H-LW9H7-DJ8BX-4ENZQ

Document signed by:

**caroline dundee**

Verified E-mail:
pjd795@aol.com

*caroline dundee*

IP: 24.9.88.233      Date: 18 Nov 2019 17:56:26 UTC

Document completed by all parties on:
**18 Nov 2019 17:56:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                    98121
               WA–US  SEA

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Barry Hutchins

1110 Willow Pond Ln
Leland, NC 28451

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☐     Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that the settlement amount is totally inadequate for the trouble and risk the data breach has caused me personally.

*Barry Hutchins*

# Signature Certificate

Document Ref.: YNYZC-MHDGA-FVSHC-PGBJD

Document signed by:



**Barry Hutchins**

Verified E-mail:
bghutch1294@aol.com

*Barry Hutchins*

IP: 66.56.228.129          Date: 19 Nov 2019 02:49:52 UTC

Document completed by all parties on:
19 Nov 2019 02:49:52 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**              98121
               WA–US  SEA



RTFRI

6    C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mathew McDonough

18 Geb Street, Franklin, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The fact that people's right to privacy was so greatly violated and that a potential payout for these damages might only equal up to 21 cents is deplorable. I ask you to demand more for the American people who were wronged by Equifax.

Thanks,

*Mathew McDonough*

# Signature Certificate

Document Ref.: **XJH5N-RTNPN-7RTVQ-2RYKE**

Document signed by:

**Mathew McDonough**

Verified E-mail:
mmcdonoug@gmail.com

*Mathew McDonough*

IP 107.1.220.234   Date: 14 Nov 2019 19:09:48 UTC

Document completed by all parties on:
**14 Nov 2019 19:09:48 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

Express

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                    98121
                  WA–US   SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Janet Eckerson

111 Maureen Drive. Middletown NY 10940

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I am disgusted and disheartened by the thought that my privacy and personal information are considered to
be worth so little to your company.

*Janet Eckerson*

# Signature Certificate

Document Ref.: **NINKS-QRVFM-P9TBK-UXNII**

Document signed by:



**Janet Eckerson**

Verified E-mail:
janet.eckerson@yahoo.com

*Janet Eckerson*



IP: 98.15.194.103      Date: 19 Nov 2019 13:49:22 UTC

Document completed by all parties on:
**19 Nov 2019 13:49:22 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2388          REF:
IND:
PO:                         DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA                98121
                 WA–US   SEA



RT FRI

6
16:30    9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Sheila Myers

502 Superior St.    Hermitage. PA 16148

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome   ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company makes millions from selling my information.  I think they should pay more for their data breach.  They are intrusted with millions of Social Security numbers of Americans.  Their system should protect that privilege, not just make money off of it leaving Americans to wonder who is stealing their idenity and possibly their life savings.

# Signature Certificate

Document Ref.: JEZB2-7J85I-WRNXT-T4EJB

Document signed by:

**Sheila Myers**

Verified E-mail
kasirh5000@yahoo.com

IP: 76.188.224.160    Date: 19 Nov 2019 02:48:34 UTC

Document completed by all parties on:
19 Nov 2019 02:48:34 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

**SEATTLE WA 98121**
(415) 373-2386

PO:                    REF:         DEPT:

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**        98121
                 WA–US  SEA



FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nancy Ragatz

10128 Carlee June. Fenton Ni 48430

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Your letting people down

*Nancy Ragatz*

# Signature Certificate

Document Ref.: XYBVQ-ZPASD-HVWL5-JQ72G

Document signed by:

**Nancy Ragatz**

Verified E-mail:
ztagar@sbcglobal.net

*Nancy Ragatz*

IP: 99.203.0.207      Date: 18 Nov 2019 22:30:20 UTC

Document completed by all parties on:
18 Nov 2019 22:30:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Su Liu

11306 Pearl St Apt. 202, Los Angeles, CA 90064

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a disgrace given the severity of the leak - Equifax is not acting in good faith, and also needs to be held accountable for its lax security.

*Su Liu*

# Signature Certificate

Document Ref.: **MQDZX-OCEFU-GAVX5-U2BRM**

Document signed by:

**Su Liu**

Verified E-mail
seeingeyegods@gmail.com

*Su Liu*

IP **23.241.115.215**          Date: **14 Nov 2019 07:03:00 UTC**

Document completed by all parties on:
**14 Nov 2019 07:03:00 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                      DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA—US   SEA

ge Bc

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Julia Bartholomew-King

124 Remsen St. #18, Brooklyn NY 11201

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have had my personal information repeatedly breached, with no outcome affecting the companies that
benefit from my data. More needs to be done to protect the American people and their private information.

# Signature Certificate

Document Ref : EQK79-HKPQW-N8Z2P-LMPFV

Document signed by:

**Julia Bartholomew-King**

Verified E-mail
emailjulianow@gmail.com

IP: 74.55.202.9    Date: 18 Nov 2019 16:50:30 UTC

Document completed by all parties on:
18 Nov 2019 16:50:30 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386      REF:

PO:                          DEPT:

FedEx
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

**8L BFIA**          98121
         WA–US   SEA



RTFRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## mary gibson

25315 Triangle Loop, San Antonio, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The potential harmful effect of this breach will be there for the rest of my life hanging over my head. The few dollars is far from adequate to offset the unending threat. If this company could not protect me from the breach why would i want it guarding it going forward, or any other company such as Experian who has also experienced breaches. That is the ultimate example of the fox guarding the henhouse.

*mary gibson*

# Signature Certificate

Document Ref.: EPZBO-Y5XGH-QNULG-TIK2Q

Document signed by:



**mary gibson**

Verified E-mail:
marygibson.ct@gmail.com

IP: 24.243.85.173    Date: 18 Nov 2019 18:13:49 UTC

Document completed by all parties on:
18 Nov 2019 18:13:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386
PO:          REF:          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Charles Collins

575 McKendimen Rd. , Medford, NJ

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair             ☑    Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Terribly unfair settlement that favors big business over the consumer.   Settlement without representation!

*Charles Collins*

# Signature Certificate

Document Ref.: **AFCFE-CYWNB-2DL9T-PK7C4**

Document signed by:

**Charles Collins**

Verified E-mail
archcjc@aol.com

*Charles Collins*

IP: **98.110.113.89**   Date: **17 Nov 2019 16:29:26 UTC**

Document completed by all parties on:
**17 Nov 2019 16:29:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                         DEPT:

FedEx
Express

E

REF#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Santiago Maese

3892 Coastal Dune Drive, South Jordan, UT, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to           attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

These people collect data on Americans and then fail to adequately secure that data to peoples' detriment for literally decades. I'd rather see these people put out of business than take a $10 settlement. This settlement enriches attorneys, not the people actually hurt.

*Santiago Maese*

# Signature Certificate

Document Ref.: **A7NY2-6CVIV-GEUGO-YJ2TV**

Document signed by:

**Santiago Maese**

Verified E-mail
steven.maese@gmail.com

*Santiago Maese*

IP: 24.2.99.4    Date: **18 Nov 2019 18:32:49 UTC**

Document completed by all parties on:
**18 Nov 2019 18:32:49 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO. CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2306          REF:
INV:                    DEPT:
PO:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
                 WA–US  SEA

RT FRI
029          6      C
        16:30    9950
                 11.22

Align bottom of FedEx Express® shipping label here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Brandon Arnwine

2746 Kentwood Drive, Kodak, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement amount is VERY unreasonable and is HIGHLY unfair. I expected a higher amount of monetary settlement due to the time it took to fix the mistake that Equifax made.

*Brandon Arnwine*

# Signature Certificate

Document Ref.: **X2G87-QRKGB-BUHNZ-U52TH**

Document signed by:



**Brandon Arnwine**

Verified E-mail:
brandon.arnwine@gmail.com

IP: 96.4.89.227    Date: 18 Nov 2019 19:09:40 UTC

Document completed by all parties on:
18 Nov 2019 19:09:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 873-2386        REF:
THU:
PO:                   DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
          WA–US  SEA



RT FRI
029

6
16:30

C

9950
11 22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ronald Buche

132 S 200 W Valparaiso, IN 46385

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                 attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed amount is nowhere near fair for those consumers who had to spend time fixing problems caused by this mess.

*Ronald Buche*

# Signature Certificate

Document Ref.: **MTKZB-PRT3Z-FUQER-O88NX**

Document signed by:



**Ronald Buche**

Verified E-mail:
rbuche@yahoo.com

*Ronald Buche*

IP: 73.209.45.233    Date: 19 Nov 2019 04:18:19 UTC

Document completed by all parties on:
**19 Nov 2019 04:18:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:

THU:
PO:                    DEPT:

FedEx
Express

E

REL#
3766346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA

RT FRI

029        6    C
        16:30   9950  rbill or pouch here.
               11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Dustin Bayne

43309 16th street west Lancaster California

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Credit monitoring is a service which can be had for free, and the fact that they want credit monitoring provided in lieu of cash shows it is worth less to the company than the cash

*Dustin Bayne*

# Signature Certificate

Document Ref.: **OCQXD-QTAJK-QH25T-L8GK6**

Document signed by:



### Dustin Bayne

Verified E-mail
dustinbayne51@gmail.com

*Dustin Bayne*



IP **47.155.142.222**     Date: **15 Nov 2019 07:01:08 UTC**

Document completed by all parties on:
**15 Nov 2019 07:01:08 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER    ge Bc

TRK#
0201  **7781 6173 9950**

**8L BFIA**           98121
            WA-US   SEA

RTFRI

229    6    C
     16:30  9950
     11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## vincent zielinski

1776 DARYL PORTER WAY # 4,OROVILLE CA, 95966

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
NOT ENOUGH TO MAKE IT HURT,MAKE THEM PAY AN AMOUNT THAT SENDS A MESSAGE AND
GIVES THE PEOPLE THEY SCREWED SOMETHING AND NOTR JUST THE SCUM LAWYERS.

*vincent zielinski*

# Signature Certificate

Document Ref.: **E6XYZ-BGNUE-BRQVJ-BMWQH**

Document signed by:



### vincent zielinski

Verified E-mail:
reverend_vince2000@yahoo.com

IP 70.231.92.52    Date **19 Nov 2019 03:01:54 UTC**

*vincent zielinski*

Document completed by all parties on:
**19 Nov 2019 03:01:54 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/S5F02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                        DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US  **SEA**

ge Bc

FRI

029    6      C
       16:30   9950
       11.22

bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Jordan Hawker

24249 2nd St, Hayward, CA 94541

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The security of my identity and millions of others is important. The consequences of a breach can be catastrophic, and it's unreasonable to award $5 in compensation for putting my entire life at risk of identity theft. You're basically telling me that my identity is worth less than a Starbucks coffee! The American people deserve better, and we expect those responsible to be held accountable instead of given a slap on the wrist.

*Jordan Hawker*

# Signature Certificate

Document Ref.: **4KFYE-BA5HQ-CHMMS-BV9UA**

Document signed by:



**Jordan Hawker**

Verified E-mail:
hawker.jordan@gmail.com

*Jordan Hawker*

IP: 172.58.36.204   Date: **15 Nov 2019 11:47:37 UTC**

Document completed by all parties on:
**15 Nov 2019 11:47:37 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
INV:
PO:                      DEPT:

FedEx
Express

REL#
37B5346



FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                  98121
            WA-US   SEA

RT FRI

6        C
16:30   9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lorna Bishop

598 North Walton Avenue, Apt 11 Yuba City, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They have put many people at risk by loosing our personal information and this should not be allowed to
happen. They need to be held accountable.

*Lorna Bishop*



# Signature Certificate

Document Ref.: **QD4HU-YROCQ-KDOWE-WJSFZ**

Document signed by:



**Lorna Bishop**

Verified E-mail:
lornabishop56@yahoo.com

*Lorna Bishop*

IP: **67.172.177.175**   Date: **19 Nov 2019 02:46:32 UTC**

Document completed by all parties on:
19 Nov 2019 02:46:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV:
PO:                           DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201



**8L BFIA**          98121
WA–US  SEA

FRI

6  C
16:30
029    9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Julie Bjugan

307 Pinecrest Court Southwest, Pine Island, MN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe the terms of the settlement are unfair to consumers.

*Julie Bjugan*

# Signature Certificate

Document Ref : DIJ5Q-9ZTHO-9ENTU-MSGBE

Document signed by:



**Julie Bjugan**

Verified E-mail
bjugan.julie@mayo.edu

*Julie Bjugan*

IP: 129.176.151.19     Date: 18 Nov 2019 18:02:26 UTC

Document completed by all parties on:
18 Nov 2019 18:02:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                   WA–US  SEA



FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# David Schrage

116 Sunny Hill Lane, Anderson, SC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　　　☑　　Unduly burdensome ☐
- Inadequate　　☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not　　　　　　　　attend the settlement hearing in person.

I do not expect　　　　　to be represented by an attorney.
NONE

Personal note to The Honorable Thomas W. Thrash Jr.
NONE

*David Schrage*

# Signature Certificate

Document Ref.: D6M3A-VTLWE-RQHSA-2EZDF

Document signed by:

**David Schrage**

Verified E-mail
schraged@bellsouth.net

*David Schrage*

IP: 108.195.94.221    Date: 18 Nov 2019 18:54:43 UTC

Document completed by all parties on:
18 Nov 2019 18:54:43 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**          **98121**
WA–US   **SEA**

ge Bc

RTFRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Annette Harper

230 Clayton St. St Joseph, Mo 64504

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object.

*Annette Harper*

# Signature Certificate

Document Ref.: XDRSK-V998C-DHHE7-KSXNE

Document signed by:

**Annette Harper**

Verified E-mail
adh227@yahoo.com

*Annette Harper*

IP: 50.27.197.191      Date: 19 Nov 2019 02:39:09 UTC

Document completed by all parties on:
19 Nov 2019 02:39:09 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA        98121
           WA-US  SEA

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## John Murphy

2394 Fernwood Ct., Sparks, NV 89434

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has profited millions of dollars through the use of private information about people like me. They can afford to - and should be ordered to - compensate those affected adversely by their negligence, for the maximum ordered by the court. Thank you.

*John Murphy*

# Signature Certificate

Document Ref.: **C2VFY-ZEMJB-WHXN9-TVZ8Q**

Document signed by:

**John Murphy**

Verified E-mail
johndmurphy@att.net

*John Murphy*

IP: 108.70.163.108    Date: **19 Nov 2019 04:11:44 UTC**

Document completed by all parties on:
19 Nov 2019 04:11:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200      1100 2nd
SEATTLE WA 98121
(415) 373-2386            REF:
INV:
PO:                 DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



8L BFIA

98121
WA–US   SEA

RTFRI

6    C
16:30   9950



bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sue Reskiewicz

825 Hazlett Avenue

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The fact that my data was breached & I was not immediately notified & the fact that Eqifax has changed the
  terms of the settlement is appalling.

*Sue Reskiewicz*

# Signature Certificate

Document Ref.: **PBWKV-WTMFM-4Z8SC-4UXYX**

Document signed by:

**Sue Reskiewicz**

Verified E-mail:
psychrn902clinic@yahoo.com

*Sue Reskiewicz*

IP: 73.214.250.129    Date: **18 Nov 2019 23:30:39 UTC**

Document completed by all parties on:
**18 Nov 2019 23:30:39 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:              DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA              98121
          WA–US  SEA



ge Bc

RTFRI

6     C
16:30

9950
11:22

029

bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Alison Quinn

505 Shephard Street Apt. C6 Tallahassee, FL 32303

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Ten dollars is not enough to compensate for my personal data being stolen. Equifax had a duty that it did not uphold and it is an affront to all plaintiffs that Equifax thinks such a low amount makes it right.

*Alison Quinn*

# Signature Certificate

Document Ref.: **EDWSO-FHAGA-X9PPE-L6BTB**

Document signed by:



**Alison Quinn**

Verified E-mail:
disneydame23@gmail.com

*Alison Quinn*

IP: **174.227.137.210**    Date: **19 Nov 2019 05:17:13 UTC**

Document completed by all parties on:
**19 Nov 2019 05:17:13 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386   REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

PO:   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA   98121
WA-US   SEA



RT FRI
029   6
16:30   9950
11.22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# April Saxton

411 W Galveston
Broken Arrow, OK 74012

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair  ☐   Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I object to this on the grounds that it is a bait and switch.

*April Saxton*

# Signature Certificate

Document Ref.: **OCBY4-J7TVO-K6JFU-GNFFN**

Document signed by:

**April Saxton**

Verified E-mail:
alhsax@aol.com

*April Saxton*

IP: 70.177.96.120          Date: 19 Nov 2019 03:56:41 UTC

Document completed by all parties on:
**19 Nov 2019 03:56:41 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express² shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                     DEPT:



FedEx
Express

E

REL#
37B5346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

## 8L BFIA

98121
WA-US  **SEA**

FRI

6   C
16:30  9950
11.22



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Belinda Goodnight

226 Antony Dr.,  Jackson,  Georgia  30233

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☑
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel it was totally unacceptedfor what Equifax did to the consumers and  I feel like they have totally violated my privacy. Please do something to help keep our personal information out of others reach. Thank you

*Belinda Goodnight*

# Signature Certificate

Document Ref.: **QUOTO-BSO86-QJSHI-ETJJW**

Document signed by:



**Belinda Goodnight**

Verified E-mail:
msbelinda30@aol.com

*Belinda Goodnight*

IP: **67.45.32.34**    Date: **18 Nov 2019 18:25:17 UTC**

Document completed by all parties on:
18 Nov 2019 18:25:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
TRK#
PO:                        DEPT:



**FedEx**
Express

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
                  WA–US  SEA

RT FRI

6
16:30   C
9950
029     11:22