# Exhibit B - 27

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Jeffrey Dollhopf

9127 W. Mount Vernon Ave.

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  I

*Jeffrey Dollhopf*

# Signature Certificate

Document Ref.: WFODM-SW5NG-YC6HL-LF5AW

Document signed by:



**Jeffrey Dollhopf**

Verified E-mail:
jpdollhopf@yahoo.com

*Jeffrey Dollhopf*



IP: 75.8.152.147    Date: 19 Nov 2019 02:57:33 UTC

Document completed by all parties on:
19 Nov 2019 02:57:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
TRU:
PO:                   DEPT:

**FedEx**
**Express**

E

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
WA–US  **SEA**



FRI

6
16:30    C

9950  'rbill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ricky Bateman

1300 n 9th ave. Apt.4a Wausau wi. 54401

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax as a business has always had the businesses they work with above the interest of consumers. I do not feel that they should get a slap on the wrist while all those affected by the breach are made to suffer years of rebuilding their credit simply for the fact that Equifax was lax in their security to ensure that the data was not stolen in the first place.

*Ricky Bateman*

# Signature Certificate

Document Ref : **SMNJM-CKW5P-WUQZF-WDRFZ**

Document signed by:



**Ricky Bateman**

Verified E-mail:
karmaman22@yahoo.com

*Ricky Bateman*

IP: 71.10.120.147     Date: 19 Nov 2019 04:03:10 UTC

Document completed by all parties on:
19 Nov 2019 04:03:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US  SEA

RT FRI

6    C
16:30

029    9950
       11:22

bill or pouch here

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Robert Minick

736 Charlton Ct. Apt 3, Hamilton, OH 45013

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax makes more money in 5 minutes than I do in a year. Maybe a few years. For them to get a slap on the wrist is not fair and just.

*Robert Minick*

# Signature Certificate

Document Ref.: **SCRZX-9MBAZ-GQLHF-9BZEZ**

Document signed by:



### Robert Minick

Verified E-mail
robert.minick@gmail.com

IP: 50.5.191.55    Date: 18 Nov 2019 20:15:58 UTC

*Robert Minick*

Document completed by all parties on:
18 Nov 2019 20:15:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd
SEATTLE WA 98121
(415) 373-2386
THU:
PO:                    REF:
                       DEPT:



FedEx
Express

E
REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
               WA–US  SEA

ge Bc

RT FRI

6   C
16:30  9950  bill or pouch here.
229        11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Leonidas Zenonos

PO Box 25 Orleans VT 05860

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not              attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 AsAs it is now I believe the burden is on the grieved

*Leonidas Zenonos*

# Signature Certificate

Document Ref : 9HVJZ-IAUXI-KTF6Y-HQWCQ

Document signed by:

**Leonidas Zenonos**

Verified E-mail
lzenonos@comcast.net

*Leonidas Zenonos*

IP 75.68.142.200     Date 18 Nov 2019 20:25:39 UTC

Document completed by all parties on:
18 Nov 2019 20:25:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2886        REF:
INV:
PO:                  DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA          98121
              WA–US  SEA

RTFRI

029          6    C
        16.30  9950
        11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Pedro Diaz

620 N 4th St Apt 1, Lompoc, CA, 93436

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑     Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object because this company makes billions of dollars a year, and thinks that buying us out for a mere $10 is enough to make it ok for our information to be stolen. This data breach has affected millions of people. Equifax needs to be held accountable for it. Thank you very much.

P. Diaz

# Signature Certificate

Document Ref.: **TGKPK-CZRUE-24FM5-4HYD3**

Document signed by:

**Pedro Diaz**

Verified E-mail:
p_diaz82@yahoo.com

P. Diaz

IP: 73.231.104.153     Date: 19 Nov 2019 03:52:16 UTC

Document completed by all parties on:
19 Nov 2019 03:52:16 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

Express

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
THU/
PO:                       DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA            98121
              WA-US  SEA



RTFRI

029    6      C
      16:30  9950  bill or pouch here.
             11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# JONATHAN MARQUARDT MARQUARDT

6175 Northwest 153rd Street, Miami Lakes, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☑
- Inadequate     ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
THE SETTLEMENT IS BY FAR TOO SMALL DUE TO EQUIFAX FULL LIABILITY ON THE AMERICAN
PUBLIC



# Signature Certificate

Document Ref.: **6VBE2-SE48W-ARADM-KQUBI**

Document signed by:

## JONATHAN MARQUARDT M ARQUARDT

Verified E-mail
jonjcmfinsv@bellsouth.net



IP: **173.12.116.70**   Date: **14 Nov 2019 16:04:52 UTC**

Document completed by all parties on:
14 Nov 2019 16:04:52 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
WA–US  SEA



RT FRI

229      6      C
       16:30   9950
               11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brenda Rhyne

2904 Navajo Drive, Big Spring, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Totally unfair way to treat customers.

*Brenda Rhyne*

# Signature Certificate

Document Ref: GBSJT-4FHDA-HAYBR-COYCC

Document signed by:

**Brenda Rhyne**
Verified E-mail:
bsrhyne@outlook.com

*Brenda Rhyne*

IP: 74.197.105.152     Date: 18 Nov 2019 22:29:38 UTC

Document completed by all parties on:
18 Nov 2019 22:29:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**
(415) 373-2386            REF:



**FedEx**
Express

**E**

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**            **98121**
                   WA–US  **SEA**



RT**FRI**

6    C
16:30  9950
229      11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Jon Casello

13918 East Fiery Dawn Drive, Vail, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe that the proposed settlement is too small to send a message to Equifax and other credit reporting
agencies that safeguarding their customers' personal information should be first among their priorities.

*Jon Casello*

# Signature Certificate

Document Ref.: NDLXD-Z6FNB-ZUD4H-EMBFU

Document signed by:

Jon Casello

Verified E-mail
jcasello@mac.com

*Jon Casello*

IP: 199.116.116.185   Date: 18 Nov 2019 21:55:14 UTC

Document completed by all parties on:
18 Nov 2019 21:55:14 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 22 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA         98121
              WA-US  SEA

ge Bc

RT FRI

029      6    C
       16:30  9950
        11:22

bill or pouch here.

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Gloria Fowler

16515 Evans Ave, South Holland, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I object to this settlement

*Gloria Fowler*

# Signature Certificate

Document Ref.: ENQAH-WUPDH-A5HGY-SBNRB

Document signed by:

**Gloria Fowler**

Verified E-mail
fowlergloria@yahoo.com

*Gloria Fowler*

IP: 24.104.116.146    Date: 18 Nov 2019 19:36:07 UTC

Document completed by all parties on:
18 Nov 2019 19:36:07 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:

INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA            98121
          WA-US  SEA

FRI

6
16:30    9950
11:22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Wendy Ashley

4200 Hilldale Drive, Newburgh, Indiana 47630

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement in no way makes up for the loss of my personal information. My credit and my life could be compromised due to their neglect.

*Wendy Ashley*

# Signature Certificate

Document Ref.: VYPJN-GWATR-3CCQC-85ZAP

Document signed by:

**Wendy Ashley**

Verified E-mail:
ashleyshepherds1@gmail.com

*Wendy Ashley*

99.203.96.201    Date: 15 Nov 2019 02:54:39 UTC

Document completed by all parties on:
15 Nov 2019 02:54:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
THU:
PO:                         DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
         WA–US   SEA

ge Bc



RTFRI

029    6    C
     16:30  9950
            11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jennifer Lindemann

1945 Sheyenne Street, West Fargo, ND, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This was a HORRIBLE breach from one of the most trusted sites. There is not way that $5-10 will cut it when it come to losing my social security number. Ridiculous!

*Jennifer Lindemann*



# Signature Certificate

Document Ref: **7CFTP-CHSUK-WJGGN-DKVDC**

Document signed by:

**Jennifer Lindemann**

Verified E-mail
jenniferclindemann@gmail.com

*Jennifer Lindemann*

65.183.254.155     Date: 18 Nov 2019 20:24:01 UTC

Document completed by all parties on
18 Nov 2019 20:24:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200      1100 2nd
SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA         98121
WA–US   SEA





RT FRI

6       C
16:30
229    9950  bill or pouch here.
11:22

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

# Daniel Martin

3262 bob billa San antonio tx 78223

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I don't fell the compensation is fair for the amount of damage they caused

*Daniel Martin*

# Signature Certificate

Document Ref   8DR4U-QXU3E-KDFWO-MKQRH

Document signed by:

**Daniel Martin**

Verified E-mail:
danmar_76@yahoo.com

*Daniel Martin*

108.65.241.69 | Date: 18 Nov 2019 22:49:12 UTC

Document completed by all parties on
18 Nov 2019 22:49:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386



FedEx
Express

REF#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
        WA-US  SEA



RT FRI

6
16:30
029     9950
11:22

C

Seal or pouch here.

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Theresa Farrell

7540 Seine Ave.Highland,Ca 92346

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It doesn't offer a fair monetary settlement!!

*Theresa Farrell*

# Signature Certificate

Document Ref.: HRRN9-P2DRU-5XUOW-Z4THZ

Document signed by:

**Theresa Farrell**

Verified E-mail
ms.t124@att.net

*Theresa Farrell*

IP: 104.172.92.93      Date: 19 Nov 2019 23:45:02 UTC

Document completed by all parties on:
19 Nov 2019 23:45:02 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INV:
PO:               DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
           WA–US  SEA



RT FRI
029

6
16.30

C
9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Darell Smith

2688 Alder Street
Eugene Or
97405

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Unfair to the public. Too favorable to the corporation.

Darell Smith

# Signature Certificate

Document Ref.: **QTRXM-AUKSV-OCXLY-CBE3S**

Document signed by:



### Darell Smith

Verified E-mail:
darellsmith22@comcast.net

*Darell Smith*

IP: 73.240.213.188          Date: 18 Nov 2019 20:01:23 UTC

Document completed by all parties on:
**18 Nov 2019 20:01:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:

PO:                              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**





RT FRI

6      C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Emily Steele

6104 Fence Post Ct, Columbia MD 21044

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our personal data should have been better protected by equifax. Because it wasn't, millions of people's identities are at risk of being stolen. Equifax should have to provide each person with suitable compensation to make up for the breach.

*Emily Steele*

# Signature Certificate

Document Ref.: **VM4YW-EWQCH-VQAMN-TBZTJ**

Document signed by:



**Emily Steele**

Verified E-mail:
emilysteele725@gmail.com

IP: 68.134.12.105 | Date: 18 Nov 2019 20:05:43 UTC



Document completed by all parties on:
**18 Nov 2019 20:05:43 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA    (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
         WA–US   SEA



RTFRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Charles Brust

421 11th Ave SE, Rochester, MN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

*Charles Brust*

# Signature Certificate

Document Ref.: **JXEMM-VVGSX-LVVQK-MSLEQ**

Document signed by:

**Charles Brust**

Verified E-mail:
brust.charles@mayo.edu

*Charles Brust*

IP: 129.176.151.11          Date: 18 Nov 2019 16:38:24 UTC

Document completed by all parties on:
18 Nov 2019 16:38:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**
(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

## 8L BFIA

98121
WA–US   SEA





FRI

6
16:30   C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nancy Ragatz

10128 Carlee June. Fenton Ni 48430

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                             attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Your letting people down

*Nancy Ragatz*

# Signature Certificate

Document Ref.: XYBVQ-ZPASD-HVWL5-JQ72G

Document signed by:



**Nancy Ragatz**

Verified E-mail:
ztagar@sbcglobal.net

*Nancy Ragatz*

IP: 99.203.0.207        Date: 18 Nov 2019 22:30:20 UTC

Document completed by all parties on:
18 Nov 2019 22:30:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2772 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:

PO:                          DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US    SEA

RT FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Norlene Trice

17459 Maberly Road
Weeki Wachee, Florida 34614

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome  ☑
- Inadequate     ☑
- Unreasonable   ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is only a slap on the wrist.  This company has the ability to destroy American lives.  Make them accountable.

*Norlene Trice*

# Signature Certificate

Document Ref.: **6EMBN-EGV8C-KGVDG-IA8HN**

Document signed by:



**Norlene Trice**

Verified E-mail:
norlenetrice@yahoo.com

*Norlene Trice*

IP: 87.142.113.2          Date: 18 Nov 2019 17:57:27 UTC

Document completed by all parties on:
**18 Nov 2019 17:57:27 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA

FRI

6   C
16:30

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen Davis

79 Stonebridge Blvd, Newman GA 30265

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Please make this judgement something fair to the public that was wronged. Forcing more business for Equifax is not a fair and equitable settlement

*Karen Davis*

# Signature Certificate

Document Ref.: **XTXZN-JXDVQ-43EPX-5OA39**

Document signed by:



**Karen Davis**

Verified E-mail:
kdavis0530@comcast.net

IP: 69.213.226.158    Date: 18 Nov 2019 20:08:30 UTC


*Karen Davis*

Document completed by all parties on:
18 Nov 2019 20:08:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                      DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA-US  SEA



RT FRI

229

6
16:30

C

9950  bill or pouch here.
11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Robin Nickolls

440 9th Place, Vero Beach, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The expected compensation doesn't come anywhere new the amount of damage done by the breach.

*Robin Nickolls*

# Signature Certificate

Document Ref.: **KQDCW-YBZNG-VXZKE-EX822**

Document signed by:



**Robin Nickolls**

Verified E-mail:
rnickolls@outlook.com



IP: 88.176.195.146 | Date: **18 Nov 2019 19:33:13 UTC**

Document completed by all parties on:
**18 Nov 2019 19:33:13 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:

PO:                DEPT:



**FedEx**
Express

**E**
REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**

ge Bc

RTFRI

6   C
16:30

9950
11:22

029

.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kirk Dozer

767 hopetown road apt F7 chillicothe  ohio 45601

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I had my personal information compromised. Someone used it to try to get credit. I objected the info on my credit report, it was deleted, but now I have to "prove" my real identity when applying for credit

*Kirk Dozer*

# Signature Certificate

Document Ref.: DASD4-323H7-IBLY7-SFVE4

Document signed by:



**Kirk Dozer**

Verified E-mail:
doze1959@yahoo.com

*Kirk Dozer*

IP: 174.101.100.28     Date: 18 Nov 2019 17:54:16 UTC

Document completed by all parties on:
18 Nov 2019 17:54:16 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

**FedEx**
Express

E

REL//
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA



RTFRI

029

6
16:30

9950
11:22

C

'bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sharon Storey

59610 Barr ave
Saint Helens Or 97051

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think you need to reconsider, with millions of people's personal information at risk there needs to be some repercussion for Equifax!

*Sharon Storey*

# Signature Certificate

Document Ref.: KQRVV-NKMCM-AMN7G-VJUFV

Document signed by:



**Sharon Storey**

Verified E-mail:
1storeyteller@earthlink.net

IP: 174.224.19.241     Date: 19 Nov 2019 01:40:07 UTC

*Sharon Storey*

Document completed by all parties on:
19 Nov 2019 01:40:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:

PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
       WA-US   SEA

RT FRI

229

6
16.30

C

9950
11 22

irbill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kathlyn Dibble

523 S. Jade Ln, Round Lake, IL 60073

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to       attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This is a multimillion dollar corporation who's data breach cost millions of American citizens a lot of time and energy to secure their information post breach. Many did not feel the effects of the breach until it was too late. For that time and expense, the settlement should be reasonable in amount... not a few dollars that won't even cover a tank of gasoline in our vehicle.

*Kathlyn Dibble*

# Signature Certificate

Document Ref.: 7GFXC-PUXTB-FGPN2-AF93Y

Document signed by:



**Kathlyn Dibble**

Verified E-mail:
katierose1124@yahoo.com

*Kathlyn Dibble*

IP: 60.235.120.94     Date: 18 Nov 2019 19:21:38 UTC

Document completed by all parties on:
**18 Nov 2019 19:21:38 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386  REF:



**FedEx**
Express

**E**

REL#
3785346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA-US  **SEA**

ge Bc

RT**FRI**

229

6
16.30

C

9950  irbill or pouch here.
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Renee Mobley

4910 Conifer Ridge Way, Humble, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                        attend the settlement hearing in person.

I   do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Honorable Thrash Jr.,

I live paycheck to paycheck and work hard for every cent I get.  To have a company that I have been told would keep my information safe and then it not do so.............. I feel that they abused my trust in them.

*Renee Mobley*

# Signature Certificate

Document Ref.: ATRJV-2SJXH-DBELV-ZPYSI

Document signed by:



**Renee Mobley**

Verified E-mail
mrs_rmobley@yahoo.com

*Renee Mobley*

IP: 73.32.162.197        Date: 19 Nov 2019 03:28:51 UTC

Document completed by all parties on:
**19 Nov 2019 03:28:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386
INV:                        REF:
PO:                         DEPT:



**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

**98121**
WA-US **SEA**

ge Bc

RT FRI

6
16.30   9950
11:22

C

229

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Richard Mitchell

701 Spanish Acres Drive, Bay Saint Louis, MS 39520

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is unfair for millions of Americans to receive pennies after their personal information was hacked, while a few attorneys make millions. Yes, they deserve compensation for their representation, but the amount is highly unreasonable compared to what the victims receive.

*Richard Mitchell*

# Signature Certificate

Document Ref.: 3DHLJ-CLHRH-YIRV3-24MVT

Document signed by:

**Richard Mitchell**

Verified E-mail:
rkm9217@gmail.com

*Richard Mitchell*

IP: 174.126.1.75    Date: 15 Nov 2019 01:37:31 UTC

Document completed by all parties on:
**15 Nov 2019 01:37:31 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  SEA

FRI

6   C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Elaine Wilson

8573 Burlington Court, City of Manassas, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not              attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Affected parties should be able to reasonably expect what was promised at the start. The defendant can't just change their settlement because too many affected parties claimed it!

*Elaine Wilson*

# Signature Certificate

Document Ref.: YFWKH-OVUEE-BUUA8-AGHXG

Document signed by:



**Elaine Wilson**

Verified E-mail
elaine@kostia.net

*Elaine Wilson*

IP: 100.36.110.249    Date: 18 Nov 2019 20:06:20 UTC

Document completed by all parties on:
18 Nov 2019 20:06:20 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                        REF:
PO:                         DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



8L BFIA                     98121
              WA–US        SEA

FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## kattina waits

2912 cr 284 Dublin Texas 76446

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
So many large companies walk on people and get a slap on the wrist. Just because you have money it shouldnt put you above the law...

*kattina waits*

# Signature Certificate

Document Ref.: **A3YHN-R4BEW-ADQHR-FQ8WH**

Document signed by:

**kattina waits**

Verified E-mail:
demoness11@yahoo.com

*kattina waits*

IP: **67.212.23.27**          Date: **19 Nov 2019 03:12:23 UTC**

Document completed by all parties on:
19 Nov 2019 03:12:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                 DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA       98121
           WA–US  SEA



ge Bc

FRI
229

6
16.30
9950
11.22

C
:bill or pouch here.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:
INV:
PO:                DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
        WA-US  SEA



RT**FRI**

6    C

9950
11.22

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Danielle Starr

11601 Katy Freeway 213, Houston, TX 77079

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to this settlement because of the long term effect that it may have with the security breach. The information has already been stolen and there is no guarantee that the stolen information may be used in the future. I object to the credit service option because the services that watch the three bureaus that are used for credit has been hacked themselves as well as just go off of the information supplied by the credit bureaus, even if it is inaccurate. The amount for less than $10 per person is ridiculous considering any fees that people have had to pay now or in the future. There should be a better method for people than these three companies that do not do their job and do not let people know until much later that there are issues. This is just a way for them not to take as much responsibility with a slap on the wrist. There should be more restitution for the people considering.

*Danielle Starr*

# Signature Certificate

Document Ref.: MFG8U-ZMSTR-DZ9XA-MT4UR

Document signed by:



**Danielle Starr**

Verified E-mail
danielle_starr1980@yahoo.com

IP: 73.115.96.237          Date: 19 Nov 2019 03:06:36 UTC

Document completed by all parties on:
19 Nov 2019 03:06:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992541/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121
(415) 373-2386       REF:



FedEx
Express

E

REL//
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 0201  7781 6173 9950

8L BFIA         98121
              WA-US  SEA

RTFRI
229      6      C
        16.30   9950
               11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Sean Sullivan

PO BOX 41352 Arlington, VA 22204

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company should be disbanded. Due to excessive regulation they have a ridiculous economic moat. If a company in a different industry allowed to happen what they allowed to happen, that'd be the last we'd be hearing about them anymore because they'd be out of business.

*Sean Sullivan*

# Signature Certificate

Document Ref.: 3SSVK-WSNZ5-XEZUF-YUDG4

Document signed by:



**Sean Sullivan**

Verified E-mail
seansullyvan@icloud.com

*Sean Sullivan*

IP: 71.127.40.113       Date: 15 Nov 2019 00:27:20 UTC

Document completed by all parties on:
15 Nov 2019 00:27:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386       REF:
INV:
PO:                  DEPT:

**FedEx**
**Express**

**E**

REL//
3786346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA-US  **SEA**



RTFRI

029

6
16.30

C
9950
11:22

rbill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# John Wolfe

1712 Summit Ave, Apt 26, Seattle, WA 99122

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The amount of compensation is inadequate compared to the possibly of Major problems with credit.  This gotta beyond just problems affecting the credit report but someone could possibly use this information to access your bank accounts, etc which wouldn't show up on credit monitoring.

*John Wolfe*

# Signature Certificate

Document Ref.: **PWFWP-BVHNP-QXCNG-TAVQE**

Document signed by:

**John Wolfe**

Verified E-mail
jwolfe@slantx.com

*John Wolfe*

IP: 73.140.87.103   Date: 18 Nov 2019 17:01:09 UTC

Document completed by all parties on:
18 Nov 2019 17:01:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

10  **JND CLASS ACTION ADMINISTRATIO**

-2727 WESTERN AVE STE 200  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

ge Bc

**8L BFIA**

98121
WA–US **SEA**



FRI

229

6
16:30

C

9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Paula Hughes

2000 Saint Regis Drive, Lombard, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object because it is unreasonable.

*Paula Hughes*

# Signature Certificate

Document Ref.: **56NQP-UB4GR-23ZFS-GGGTM**

Document signed by:

### Paula Hughes

Verified E-mail:
paulahughes@sbcglobal.net

*Paula Hughes*

IP: 98.223.122.252   Date: 18 Nov 2019 21:28:00 UTC

Document completed by all parties on:
18 Nov 2019 21:28:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386

INV#:            REF:
PO#:                        DEPT:



FedEx
Express

E

REL//
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

ge Bc

**8L BFIA**

98121
WA-US  SEA

RTFRI

6
16.30    C
9950
11:22   bill or pouch here.

229

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Candace Whiteman

78 A Carriage Hill, Halfmoon, NY 12065

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This breach may have long lasting consequences for those whose information was stolen.  For Equifax to state that they were going to pay a certain amount, and now to go back on that amount, is unacceptable. Paying out a pittance to each person affected is not going to reinforce how important it is that our personal information is kept confidential.

*Candace Whiteman*

# Signature Certificate

Document Ref.: **C2PCM-N4QBT-PFP4J-LNMWQ**

Document signed by:



**Candace Whiteman**

Verified E-mail:
cmoore0506@yahoo.com

*Candace Whiteman*

IP: **74.76.207.191**   Date: **19 Nov 2019 04:06:34 UTC**

Document completed by all parties on:
**19 Nov 2019 04:06:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
                WA-US   **SEA**

FRI

6   C
16:30   9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Matthew Patrick Reid

134 W 88th St #1AB
New York, NY 10024

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair　　　☑　Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| will not　　　　　　　　attend the settlement hearing in person.

| do not expect　　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax compromised the financial security of 147 million people who never consented for their data to be collected, and now Equifax wishes to settle the case for less than $1 per class member. This is absolutely ludicrous: they have failed at their most important responsibility, and such a small penalty ensures that they have no incentive to avoid failing again. Such a settlement is a gift to Equifax, unfair to all those affected, inadequate for the seriousness of the issue, and unreasonable to even consider. Even opting out of the class action settlement requires individuals to be aware of the issue, understand its seriousness, and send a formal letter, which is unduly burdensome to class members.

*Matthew Patrick Reid*

# Signature Certificate

Document Ref.: **DPG9V-PBYGK-UETTT-KMNCC**

Document signed by:

**Matthew Reid**

Verified E-mail:
matt66w@gmail.com

IP: **74.64.113.138**      Date: **14 Nov 2019 01:41:09 UTC**

Document completed by all parties on:
**14 Nov 2019 01:41:09 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

Express

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992541/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:

INV:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA–US  SEA

ge Bc

FRI

229    6    C
    16:30  9950
    11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Dylan Firestone

256  Brookfield Rd. Avon Lake, Oh 44012

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair              ☑   Unduly burdensome ☐
- Inadequate      ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to              attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This does not seem fai

*Dylan Firestone*

# Signature Certificate

Document Ref : KOERD-JOTBF-DFXZ8-BVGJV

Document signed by:



**Dylan Firestone**

Verified E-mail:
dylanfire@ymail.com

*Dylan Firestone*

IP: 75.118.154.139    Date: 18 Nov 2019 19:02:12 UTC

Document completed by all parties on:
18 Nov 2019 19:02:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                 98121
            WA–US   SEA



RT FRI

029

6
16:30

C

9950
11.22

bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Allison Stoner

2211 ne 67 st apt 1112
Fort Lauderdale, FL 33308

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a classic bait and switch. Credit monitoring is now offered for free through many different companies online therefore it has literally no value. Equifax should not be allowed to get away with out appropriately compensating people whose information they breached.

Thank you!

*Allison Stoner*

# Signature Certificate

Document Ref.: ME37B-5FOCZ-NAZG3-T2HAE

Document signed by:



**Allison Stoner**

Verified E-mail:
astoner88@icloud.com

*Allison Stoner*

IP: 172.58.12.193    Date: 18 Nov 2019 19:58:03 UTC

Document completed by all parties on:
18 Nov 2019 19:58:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386     SHIP DATE: 19NOV19
CLASS ACTION INC                   ACTWGT: 23.10 LB
2777 AVALARDO ST STE E             CAD: 6992941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:

DEPT:



**FedEx**
Express

**E**

REL#
37B5346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**          **98121**
                     WA-US  **SEA**

ge Bc

RT**FRI**

029

6
16:30  9950
       11.22

C



Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Joel Barnes

414 Mayo Rd, Colchester, VT, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement amount is a tap on the wrist to a company that sold personal and financial data to the highest bidder. This is not acceptable.

*Joel Barnes*

# Signature Certificate

Document Ref.: **YZED5-QCGN8-NKJUH-NZDX7**

Document signed by:



**Joel Barnes**

Verified E-mail:
joel.t.barnes@gmail.com

*Joel Barnes*

IP: 73.16.39.57    Date: 18 Nov 2019 19:40:10 UTC

Document completed by all parties on:
18 Nov 2019 19:40:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





# Signature Certificate

Document Ref.: **94O4C-CKKRN-3EMEZ-E9CMG**

Document signed by:

**Glenn Critelli**

Verified E-mail
geecee13@aol.com

*Glenn Critelli*

IP: 66.220.64.213    Date: 19 Nov 2019 04:41:30 UTC

Document completed by all parties on:
19 Nov 2019 04:41:30 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                          REF:
INV:                         DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   SEA



RTFRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

Received

NOV 2 2 2019

by JNDLA

## Jonathan Mullane

30 Donnell Street, Cambridge, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement amount should adequately compensate consumers, not simply counsel prosecuting the claims. Further, the Court should take into account: (1) the societal harm of data breaches in this day and age; and (2) the ability of class actions under Fed. R. Civ. P. 23 to act as an effective deterrent for large corporations, who otherwise would not have any financial or economic motivation to alter their conduct and/or business practices (e.g., if consumers were to assert claims individually). Stated differently, it would be cheaper for large corporations to pay judgments in actions brought by individual consumers than to alter their business practices in order to comply with the law. In this context, the sizable settlements of class action litigation can effectively act as a positive force and tool for social change.

*Jonathan Mullane*

# Signature Certificate

Document Ref.: XARWZ-GB2VF-UPY5R-BZXCS

Document signed by:

**Jonathan Mullane**

Verified E-mail
j.mullane@icloud.com

*Jonathan Mullane*

IP: 73.167.119.64     Date: 18 Nov 2019 19:27:44 UTC

Document completed by all parties on:
18 Nov 2019 19:27:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express



REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
             WA–US   SEA

RT FRI

6   C
16:30

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen Floyd

161 Macandrews Way, Blacklick, OH, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Customers of this company should receive acceptable settlement for the companys wrong doing.

*Karen Floyd*

# Signature Certificate

Document Ref.: NQWWT-HJDRT-B63KP-W8KA4

Document signed by:

**Karen Floyd**

Verified E-mail
karenlfloyd@yahoo.com

*Karen Floyd*

IP: 104.230.220.255   Date: 19 Nov 2019 05:20:35 UTC

Document completed by all parties on:
19 Nov 2019 05:20:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
             WA—US  SEA



FRI

6    C
16.30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kara Johnson

838 east 3rd street Apt 4 mishawaka indiana 46544



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Its very unfair

*Kara Johnson*

# Signature Certificate

Document Ref.: **T4WNV-NTUQT-BI7Z5-WJUMF**

Document signed by:

**Kara Johnson**

Verified E-mail
kara1cat@yahoo.com

*Kara Johnson*

IP: 172.58.141.95    Date: 19 Nov 2019 02:57:10 UTC

Document completed by all parties on:
**19 Nov 2019 02:57:10 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992341/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                          REF:
PO:                           DEPT:

FedEx
Express

E

REL#
3786346



TRK#
0201  7781 6173 9950

FRI – 22 NOV 4:30P
EXPRESS SAVER

8L BFIA                      98121
            WA–US  SEA

FRI





# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Angela Luebke

1251 E 14th Ave , 201H
Blythe, CA 92225

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, as part of the people who were affected in the data breech, I find the initial settlement a fair payment in exchange for the data that was lost in the breech. However, knowing how many people were affected, they used a bait-and-switch technique in order to not have to pay the consumers affected the amount of compensation promised. It is unfortunate that these consumers were told they would receive a certain amount of compensation only to find that the value has had a significant change.

*Angela Luebke*

# Signature Certificate

Document Ref. **VPQRR-HM4LF-HMCHX-ZMAND**

Document signed by:

**Angela Luebke**

Verified E-mail
angela.luebke@aol.com

*Angela Luebke*

IP: 50.39.9.145     Date: 19 Nov 2019 04:10:26 UTC

Document completed by all parties on:
19 Nov 2019 04:10:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JRSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6
16:30    9950    C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Mitchell Rausher

17355 Ventana Drive, Boca Raton, FL, 33487

Received

**NOV 2 2 2019**

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The proposed punishment is woefully inadequate

*Mitchell Rausher*

# Signature Certificate

Document Ref.: YWXSR-KPEOI-GUT8B-XYPKZ

Document signed by:

**Mitchell Rausher**

Verified E-mail:
mjrboca@aol.com

*Mitchell Rausher*

IP: 104.161.32.100   Date: 18 Nov 2019 18:16:32 UTC

Document completed by all parties on:
18 Nov 2019 18:16:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 Jnd

**SEATTLE WA 98121**

(415) 373-2386        REF:
PO:              DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
WA-US  SEA

ge Bc



RT FRI

6    C
16:30
029      9950  bill or pouch here.
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## joseph jakucki

1325 West Naranja Avenue, Mesa, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

# Signature Certificate

Document Ref.: **IJDRY-HDSPG-5MCMP-VP6V6**

Document signed by:



**joseph jakucki**

Verified E-mail:
joejj@juno.com

IP: 70.176.85.190    Date: 18 Nov 2019 17:07:02 UTC

Document completed by all parties on:
**18 Nov 2019 17:07:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



BULK Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
                WA-US  SEA

FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen Glover

432 10th CT
Pleasant Grove, Al 35127-1316

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  expect                               to be represented by an attorney.

Tubuen Metcalf

Personal note to The Honorable Thomas W. Thrash Jr.
My name and private information and I feel an apology and a large monitory settlement should be provided.

*Karen Glover*

# Signature Certificate

Document Ref.: **67XH2-6NAWV-KUVPP-LFFAL**

Document signed by:



**Karen Glover**

Verified E-mail:
oreon1125@aol.com

*Karen Glover*

IP: 71.82.5.153    Date: 19 Nov 2019 04:32:05 UTC

Document completed by all parties on:
**19 Nov 2019 04:32:05 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2388         REF:
INV:
PO:                    DEPT:

FedEx
Express



REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
                WA–US   SEA

FRI

6    C
16:30

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jennifer Lewis

14655 Garden Gate Drive Jacksonville FL 32258

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐        Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your honor, Equifax makes millions if not billions of dollars a year, the fact that they were able to divulge our personal information and we're going to get a measly $10 in return is completely unfair and unacceptable.

# Signature Certificate

Document Ref.: **5CUC9-FGII7-K94OY-FJNHO**

Document signed by:



**Jennifer Lewis**

Verified E-mail:
jdlewis6915@gmail.com

IP: 107.77.215.50    Date: 18 Nov 2019 16:59:05 UTC

Document completed by all parties on:
18 Nov 2019 16:59:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**                98121
                    WA–US   SEA



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mimi Chen

719 S. 9th St. Alhambra, CA 91801

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to the settlement because the payment given to customers is inadequate and does not completely represent the damage done to Equifax customers.

# Signature Certificate

Document Ref.: NAP79-SZJ6S-UEPRA-4MR9Q

Document signed by:



**Mimi Chen**

Verified E-mail:
puretensanity@rocketmail.com



IP: 99.9.38.156   Date: 18 Nov 2019 19:47:44 UTC

Document completed by all parties on:
**18 Nov 2019 19:47:44 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  SEA





RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Heather Conn

10481 Lakeview Drive, Whitmore Lake, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This is an egregious breach which has effected thousands of Americans. We trust these credit entities to keep our information safe. The make billions off the american citizens and they are not being held accountable. My Social Security number was one of the ones that was compromised in this breach and it is not something that will be fine in a couple years. For the rest of my life I have to monitor that social security number isn't being used fraudulently, being sold on the dark web or having it be used in a crime. Equifax needs to be held accountable for what they did, or better yet, what they didn't do. Please make sure they don't get off easily, as those of us that lost our social security number have not. Thank you

*Heather Conn*

# Signature Certificate

Document Ref.: **KRSGP-UZSPS-ER26B-P6QNV**

Document signed by:



**Heather Conn**

Verified E-mail:
hbc72311@yahoo.com



IP: 96.35.99.136    Date: 19 Nov 2019 02:52:22 UTC

Document completed by all parties on:
**19 Nov 2019 02:52:22 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                           DEPT:

FedEx
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US   SEA

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Roy McMillan

8127 Parkway Dr, Curtis Bay, MD, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, a settlement of a $100 or less, especially a dollar is completely unreasonable. Equifax had no regard for any security issues and we are the ones who have to suffer. Please make this a fair settlement for us. Thank you.

*Roy McMillan*

# Signature Certificate

Document Ref.: **AF9NV-BCB45-QSDWT-VJ9LQ**

Document signed by:



**Roy McMillan**

Verified E-mail:
roymcmillan4@msn.com

IP: 71.166.45.109   Date: 18 Nov 2019 21:00:07 UTC

*Roy McMillan*

Document completed by all parties on:
**18 Nov 2019 21:00:07 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                      REF:
                         DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                      98121
                     WA–US   SEA

FRI

6
16:30   C
        9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Maryann Eilbacher Eilbacher

81 Sandhill Blvd, Fort Pierce, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☑
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I don't think the settlement is good enough since a breach of my information including my social security number was given out.

*Maryann Eilbacher Eilbacher*

# Signature Certificate

Document Ref.: **YQFJE-VERZO-KVRIW-ZRS7B**

Document signed by:



### Maryann Eilbacher Eilbacher

Verified E-mail:
maryanneilbacher@yahoo.com

*Maryann Eilbacher Eilbacher*

IP: 73.1.61.113    Date: 19 Nov 2019 03:11:57 UTC

Document completed by all parties on:
**19 Nov 2019 03:11:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**        98121
          WA–US  SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Rose Ann Roberts

608 Cherry Hill Road, High Falls, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is just unfair for this company not to take responsibility for their actions and take care of those people affected. People have a great deal to lose once their personal information and social security numbers are breached. Someone has to compensate those affected.

*Rose Ann Roberts*

# Signature Certificate

Document Ref.: **HRZPV-PUYCY-J84VE-GNTVC**

Document signed by:



**Rose Ann Roberts**

Verified E-mail:
msjeep126@gmail.com

IP: 67.245.202.91   Date: 18 Nov 2019 19:05:07 UTC

*Rose Ann Roberts*

Document completed by all parties on:
**18 Nov 2019 19:05:07 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**              **98121**
                    WA-US  **SEA**

FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kiley Hermanson

1515 4th Ave E, West Fargo, ND 58078

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The worry about my SS number and info being used has caused more anxiety.

*Kiley Hermanson*

# Signature Certificate

Document Ref.: BPFY4-PUWMZ-7QR7W-HMYPG

Document signed by:



**Kiley Hermanson**

Verified E-mail:
lovinglots@yahoo.com

*Kiley Hermanson*

IP: 24.220.242.155   Date: 19 Nov 2019 03:43:00 UTC

Document completed by all parties on:
**19 Nov 2019 03:43:00 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:

PO:                         DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                 WA-US SEA

RTFRI

6  C
16:30  9950

Express

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Christian Criswell

4668 Umbria St.
Philadelphia, PA 19127

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It's unfair to the people that this company who makes millions of dollars, is not being held accountable for seeking data without permission.

*Christian Criswell*

# Signature Certificate

Document Ref.: ABSAF-8DJ3Q-TQAVF-GDXMP

Document signed by:



**Christian Criswell**

Verified E-mail:
ryancriswell@gmail.com

*Christian Criswell*

IP: 100.14.4.125    Date: 18 Nov 2019 22:52:44 UTC

Document completed by all parties on:
**18 Nov 2019 22:52:44 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA          98121
              WA–US  SEA

FRI
16:30    9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Gloria Perotti

7078 furnace Rd,  Ontario, ny 14519

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I do not feel these companies should just get a slap on the wrist...they deeply affect my life and they should be held accountable

*Gloria Perotti*

# Signature Certificate

Document Ref.: **U6YEG-Y3DZ4-FUUXX-XGOXY**

Document signed by:



**Gloria Perotti**

Verified E-mail:
gmp9100@yahoo.com



IP: 74.74.238.244    Date: 19 Nov 2019 02:58:11 UTC

Document completed by all parties on:
**19 Nov 2019 02:58:11 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA–US  SEA



RT FRI

6
16:30    9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Engin Arslan

3193 Vincinato Drive, Sparks, NV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe the settlement amount needs to be increased to compensate the loss. Also, getting compensated
by "free" social security monitoring from a company who leaked this data is unreasonable

*Engin Arslan*

# Signature Certificate

Document Ref.: **KCATY-VTAEJ-48AJD-BSPP8**

Document signed by:



**Engin Arslan**

Verified E-mail:
earslan007@gmail.com

IP: 134.197.0.18          Date: 15 Nov 2019 01:49:23 UTC

Document completed by all parties on:
**15 Nov 2019 01:49:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386         REF:
PO:                         DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA–US   SEA

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Chris Fletcher

159 East Ash Street  Lebanon, Oregon.  97355

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Many people have suffered.  This is a bad settlement which teaches nothing.
  Thank you for your time

*Chris Fletcher*

# Signature Certificate

Document Ref.: JFFSH-7GSPF-TRZZG-CBDA4

Document signed by:

### Chris Fletcher

Verified E-mail
chris.fletcher61@yahoo.com

*Chris Fletcher*

IP: 71.238.18.5          Date: 19 Nov 2019 04:08:39 UTC

Document completed by all parties on:
19 Nov 2019 04:08:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

ge Bc

FRI

6    C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jimmy Dingler

19853 southside cir, Winona, texas 75792

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
0thank you

*Jimmy Dingler*

# Signature Certificate

Document Ref.: **PVITY-6BJJA-HJZNM-GMNBJ**

Document signed by:

**Jimmy Dingler**

Verified E-mail:
jimisalive48@aol.com

*Jimmy Dingler*

IP: 107.77.197.80    Date: 19 Nov 2019 04:14:10 UTC

Document completed by all parties on:
19 Nov 2019 04:14:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                98121
                    WA–US  SEA

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dawn Stasek

624 peaceful way

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
These companies that make billions selling our information should be held accountable, enough is enough.

*Dawn Stasek*

# Signature Certificate

Document Ref.: JVVEW-ZMTOQ-VVUC9-HNHEH

Document signed by:

**Dawn Stasek**

Verified E-mail:
dsingeorgia@yahoo.com

*Dawn Stasek*

IP 74.133.122.42      Date 18 Nov 2019 22:53:29 UTC

Document completed by all parties on:
18 Nov 2019 22:53:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**            98121
         WA–US  **SEA**



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Fred M Brown

1142 scenic Drive, Milton  WV 25541

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                                  attend the settlement hearing in person.

I   do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Minute settlement does not reflect the monetary damage the breach of personal data has cost the consumer
or helped to relieve the worry and frustration of dealing with the outcome

*Fred M Brown*

# Signature Certificate

Document Ref.: **XHJ9P-BCF3R-XDFAJ-SARYP**

Document signed by:

**Fred M Brown**

Verified E-mail
fbrown6818@aol.com

*Fred M Brown*

IP: **173.80.129.100**    Date: **19 Nov 2019 04:01:12 UTC**

Document completed by all parties on:
**19 Nov 2019 04:01:12 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

BULK

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA

RT FRI

6
16:30

C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Timothy Keheley

219 S Riverside Ave #176
Rialto, CA 92376

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I   will not                 attend the settlement hearing in person.

I   do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax should be severely punished for what they have done in regards to this data breach. Thus is merely
a drop in the bucket for them. They are supposed to protect our information instead of doing what they had
done.

*Timothy Keheley*

# Signature Certificate

Document Ref.: ORBIM-XDUEF-DTRMD-8TVTN

Document signed by:

**Timothy Keheley**

Verified E-mail:
bluecrew@email.com

*Timothy Keheley*

IP: 174.195.139.103    Date: 18 Nov 2019 22:57:02 UTC

Document completed by all parties on:
18 Nov 2019 22:57:02 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6932941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:



FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA            98121
              WA–US  SEA

ge Bc

FRI

6
16.30    9950    C
              bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Gregory Whitfield

2506 A Bluff View Court

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I feel the money per person is not enough.

*Gregory Whitfield*

# Signature Certificate

Document Ref.: **QFO3M-RITLF-9T69V-EEAVF**

Document signed by:

**Gregory Whitfield**

Verified E-mail:
stackableg@yahoo.com

*Gregory Whitfield*

IP: 75.110.45.155   Date: 19 Nov 2019 02:47:51 UTC

Document completed by all parties on:
**19 Nov 2019 02:47:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                     DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA              98121
            WA–US  SEA

RT FRI

6    C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# DeAun Phillis

6014 Grace Ln, Wichita, Kansas 67208

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is inconceivable for consumers to accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*DeAun Phillis*

# Signature Certificate

Document Ref.: KMAD8-VTPUT-JMGZW-X8DT7

Document signed by:

**DeAun Phillis**

Verified E-mail
mdphillis81@yahoo.com

*DeAun Phillis*

IP: 66.73.0.82    Date: 19 Nov 2019 03:15:59 UTC

Document completed by all parties on:
19 Nov 2019 03:15:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                      DEPT:

FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                   98121
              WA–US   SEA



RTFRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Bryce Trinka

15 Arlen rd, Weston, CT 06883

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☐   Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                  attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is gross by all accounts.

They had one job! Failed. And have been sloppily trying to sweep it under the rug with their connections.

Remember when they offered to sell us a service to protect our identities as part of a resolution? I do.
Remember when the executives received massive bonuses? I do.
I can't believe how long it has been since the breach and there has been little to no justice.

*Bryce Trinka*

# Signature Certificate

Document Ref: **K6HJ5-NMPRN-LEGZP-VLDFF**

Document signed by:

**Bryce Trinka**

Verified E-mail
bryce.trinka@gmail.com

*Bryce Trinka*

IP: 196.52.2.114    Date: 15 Nov 2019 00:25:06 UTC

Document completed by all parties on:
15 Nov 2019 00:25:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                   DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA           98121
       WA–US  SEA

RT FRI

6   C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Steven Willms

4611 old Birmingham Hwy Anniston Al36201

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair    ☑   Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   am unable to      attend the settlement hearing in person.

I   do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The proposed settlement does not seem to punish the action or prc not future actions effectively

Steven Willms

# Signature Certificate

Document Ref.: **ZYSBM-UNGSA-VEGE3-4EEVG**

Document signed by:

**Steven Willms**

Verified E-mail:
stevenwillms79@gmail.com

*Steven Willms*

IP: 184.155.162.96    Date: 18 Nov 2019 20:04:12 UTC

Document completed by all parties on:
18 Nov 2019 20:04:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2388        REF:
INV:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA



RT FRI

6
16:30   9950  bill or pouch here.

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Collier

P.O. Box 185, Caddo, OK, 74729

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not               attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
for a company that handles sensitive PERSONAL information to  receive a slap on the wrist for violations of
trust is not fair, or true justice.

*Robert Collier*

# Signature Certificate

Document Ref.: DC7TM-WRW7B-J8RTB-RDKEF

Document signed by:

**Robert Collier**

Verified E-mail:
saddlepalbob@gmail.com

*Robert Collier*

IP: 70.12.177.250    Date: 18 Nov 2019 22:21:15 UTC

Document completed by all parties on:
18 Nov 2019 22:21:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
        WA-US  SEA



FRI

6
16:30   9950   C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nicholas Zabawar

21 Sandlewood Avenue Warwick RI 02888

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Please do the right thing here.  Equifax set their computer ID and password to "admin" .  Equifax needs to be held to a higher stanfard here.  They are a credit reporting agency  and their records decide whether someone is approved or denied for a home loan or credit cards.  Large monetary penalties usually do the trick when trying to teach companies they are doing something wrong.  Thank you for your attention to this matter.

*Nicholas Zabawar*

# Signature Certificate

Document Ref.: **Q8RYG-YYXPQ-UACQP-BZOJI**

Document signed by:

**Nicholas Zabawar**

Verified E-mail:
cfdcrewleader@yahoo.com

*Nicholas Zabawar*

IP: 172.58.221.138   Date: 18 Nov 2019 17:21:40 UTC

Document completed by all parties on:
18 Nov 2019 17:21:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6882941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(416) 373-2386        REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
              WA–US   SEA

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Katesha Chaney

150 Cross Creek Place #2, Athens, GA 30605

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel the award offered is inadequate

*Katesha Chaney*

# Signature Certificate

Document Ref.: AMC2N-QHMR9-KZ6L8-LK5Q3

Document signed by:



**Katesha Chaney**

Verified E-mail
kateshachaney@gmail.com

IP: 84.134.158.180   Date: 18 Nov 2019 19:27:21 UTC

Document completed by all parties on:
18 Nov 2019 19:27:21 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**

ge Bc

RTFRI

6   C
16:30
9950  bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# daniel rahenkamp

13504 Lake Magdalene Drive, Tampa, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My identity was stolen as a result of their incompetence. This is a crime and I was a victim of their poor security on their servers.

*daniel rahenkamp*

# Signature Certificate

Document Ref.: **5WWDA-VMZMX-RKIPT-AQJQH**

Document signed by:



**daniel rahenkamp**

Verified E-mail:
dkamp@roontoon.com

*daniel rahenkamp*

IP: **47.196.176.200**  Date: **18 Nov 2019 21:56:55 UTC**

Document completed by all parties on:
**18 Nov 2019 21:56:55 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386           REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA                98121
                WA–US  SEA



RT FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Elazar Krieger

70-29 173st Fresh Meadows NY 11365

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome   ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My Social Security number and information was divulged. After that happened their website was hacked and a fake website was setup to gather even more information. They did little to nothing to protect the very same people they are supposed to protect from exactly this sort of thing from happening to. Just because i did not personally have my information used (yet) does not mean it will not happen in the future. The small pittance of a settlement is ridiculous. What if 2 years from now i am the victim of fraud stemming from this breach. Will the measly few dollars they offer protect me? Will the 1 year of credit monitoring protect me 2 years form now? 3 years? 10?

This is completely unfair and unreasonable.

*Elazar Krieger*

# Signature Certificate

Document Ref.: **XYESP-YKYLB-GQQWS-LFKIO**

Document signed by:



**Elazar Krieger**

Verified E-mail:
elazar.krieger@gmail.com

IP: 46.116.181.93    Date: 14 Nov 2019 20:12:32 UTC

Document completed by all parties on:
**14 Nov 2019 20:12:32 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                       DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
              WA–US  SEA





RT FRI

6  C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Mike Fragala

5315 Queensberry Avenue, Springfield, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is a slap in the face of the trusting public and a huge violation of a public trust!

*Mike Fragala*

# Signature Certificate

Document Ref.: **ZQJFP-V3XSH-X9K6T-VYPAA**

Document signed by:



**Mike Fragala**

Verified E-mail:
bigdaddy11311@gmail.com

*Mike Fragala*

IP: 24.249.249.213    Date: 18 Nov 2019 16:40:24 UTC

Document completed by all parties on:
18 Nov 2019 16:40:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

BULK 3

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA

ge Bc

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Megan Porta

2624 Willow St, York PA 17406

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement sends the message that these types of breaches do not merit serious consequences.

*Megan Porta*

# Signature Certificate

Document Ref.: **IJQPQ-WWRMN-PEDWT-NEIBT**

Document signed by:



**Megan Porta**

Verified E-mail:
portamegan@gmail.com

*Megan Porta*

IP: **107.77.203.95**   Date: **18 Nov 2019 16:36:31 UTC**

Document completed by all parties on:
18 Nov 2019 16:36:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:

FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6   C
16.30   9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Craig Rasmussen

11109 107th ave sw vashon wa 98070

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This company has a serious duty to the public.   It can't be that they don't fulfill their duty and just get a slap on the wrist.   The penalty must be harsh enough so that they say "we'll never let this happen again "

*Craig Rasmussen*

# Signature Certificate

Document Ref.: **RDEVK-WG9YC-HNVBY-KLBSU**

Document signed by:



**Craig Rasmussen**

Verified E-mail:
rasmussencraig@yahoo.com

*Craig Rasmussen*

IP: **24.17.52.44**   Date: **18 Nov 2019 17:16:27 UTC**

Document completed by all parties on:
**18 Nov 2019 17:16:27 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx
Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6592941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL/
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
              WA–US  SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Candace Simmons

304 Swanridge Ct
Smyrna Tn 37167

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I do not feel that the compensation for the breach is fair. It's basically just letting them get away with a slap on the wrist. And I do not want their credit monitoring if they can't keep it secure anyway.

*Candace Simmons*

# Signature Certificate

Document Ref.: **SHR6F-PLRTY-RLG8A-RTC6S**

Document signed by:



**Candace Simmons**

Verified E-mail:
candace.wooden@yahoo.com

*Candace Simmons*



IP: 107.77.237.20   Date: 19 Nov 2019 02:58:57 UTC

Document completed by all parties on:
**19 Nov 2019 02:58:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2886          REF:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US   SEA

RT FRI

6    C
16:30  9950