# Exhibit B - 28

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## john marx

2 Mulberry Drive, Smithtown, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Terrible settlement, very unfair to users!

*john marx*

# Signature Certificate

Document Ref.: **34Z2R-E6WXH-YHC8J-SKP5Y**

Document signed by:

**john marx**

Verified E-mail
jo-marx@usa.net

*john marx*

IP: 173.56.230.138     Date: 18 Nov 2019 18:22:54 UTC

Document completed by all parties on:
18 Nov 2019 18:22:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386       REF:
INV:
PO:                  DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

ge Bc

**8L BFIA**

**98121**
WA-US  **SEA**



RT**FRI**       6       **C**
                16:30
029                     9950   bill or pouch here.
                        11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carolyn Salsman

103 Granada Dr, Hot Springs, AR 71913

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
We put our trust in this agency to protect our personal and confidential credit information. They were negligent in their duty to protect my information.  They must be held accountable.

*Carolyn Salsman*

# Signature Certificate

Document Ref.: **NZLLD-M5KAE-XZU7E-EGYNQ**

Document signed by:

**Carolyn Salsman**

Verified E-mail
cssntexas@gmail.com

*Carolyn Salsman*

IP 71.139.105.108   Date 18 Nov 2019 19:21:40 UTC

Document completed by all parties on:
18 Nov 2019 19:21:40 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386          SHIP DATE: 19NOV19
CLASS ACTION INC                        ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                  CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:
INV:
PO:                      DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK# 7781 6173 9950
0201

**8L BFIA**           98121
          WA–US   SEA

FRI

229          6    C
          16:30    9950
                   11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Clarissa Fish

608 East Spring Street

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Any settlement that doesn't offer me free lifetime hassle-free monitoring is a waste of my time. I will be fifty years old next year and have worked in the credit/financial sector for 15 years. I don't want to spend my golden years trying to prevent fraud with my information that was stolen in the data breach. I don't feel asking Equifax for free lifetime fraud protection is unreasonable or unsustainable. My information was stolen because of nothing I did. I will have now have to monitor this for the rest of my life, and the offer of the 10 years or so of monitoring is laughable. I'm truly disgusted by the whole situation and hope you see fit to require Equifax to provide free lifetime monitoring to myself and other individuals impacted by this date breach.

*Clarissa Fish*

# Signature Certificate

Document Ref.: ISRHP-S8RAL-Y2FSW-BWM7R

Document signed by:

**Clarissa Fish**

Verified E-mail
clare.c.fish@gmail.com

*Clarissa Fish*

IP 173.27.151.166    Date: 18 Nov 2019 20:58:44 UTC

Document completed by all parties on:
18 Nov 2019 20:58:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
THU:
PO:                DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA



FRI

029

6
16:30

C
9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Amy Wiegand

14 Soundview Ave #46 White Plains, NY 10606

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| will not            attend the settlement hearing in person.

| do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I was told the compensation would be significantly more than $10 and to change it without approval is unfair.
Quite honestly, $200 for a breach of my SS# is inadequate.

*Amy Wiegand*

# Signature Certificate

Document Ref.: TGE6Q-SCP5F-XDSPA-KZTYK

Document signed by:



**Amy Wiegand**

Verified E-mail:
amyatfordham@email.com

*Amy Wiegand*

IP: 98.113.246.226    Date: 18 Nov 2019 20:50:59 UTC

Document completed by all parties on:
18 Nov 2019 20:50:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
TRK#:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
                  WA-US **SEA**

RTFRI

6   C
16:30
029      9950
      11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dennis Morgan

1203 Water Street, Greensboro, NC, USA 27405

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 they need to be held accountable

*Dennis Morgan*

# Signature Certificate

Document Ref.: **7FSGD-FLZMZ-STJEQ-G8ABJ**

Document signed by:

**Dennis Morgan**

Verified E-mail:
defimo@yahoo.com

*Dennis Morgan*

74.187.158.112    Date: 19 Nov 2019 02:56:48 UTC

Document completed by all parties on:
19 Nov 2019 02:56:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
PO:              DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA–US  SEA

FRI

6    C
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lynnette Gralak

902 Autumn Park Dr. Apt C.  North Platte Ne. 69101

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I've had people calling me up with my credit card numbers trying to get more info from them. I had a loan officer call me about the last steps in a loan, they were using an old address of mine. I get one call after another. I put a freeze on all 3 credit bureaus to had to lift it for a credit check. This has caused hell on my life. I don't know really how bad it is on my social security card or any of my private info. They even have aliases I use to use.

*Lynnette Gralak*

# Signature Certificate

Document Ref.: **QK8PH-AGVDU-GEUDB-NALOZ**

Document signed by:



**Lynnette Gralak**

Verified E-mail:
nettegralak@gmail.com

IP: 71.8.195.6   Date: 18 Nov 2019 22:27:26 UTC

Document completed by all parties on:
18 Nov 2019 22:27:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
        WA–US  SEA

FRI

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jamie Ewing

134 N Gilbert st. Independence, Mo 64056

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐    Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is easy, if people are giving out your personal information without your knowledge is that fair? And when some does this and only gets a slap on the wrist you think that will teach them? NO! They need to be used to set the example.

*Jamie Ewing*

# Signature Certificate

Document Ref.: PMJ4Z-ZDVPJ-4OVX6-QHZDC

Document signed by:



**Jamie Ewing**

Verified E-mail
jamieewing13@yahoo.com

*Jamie Ewing*


IP: 80.242.181.227   Date: 18 Nov 2019 16:52:14 UTC

Document completed by all parties on:
**18 Nov 2019 18:52:14 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                   WA–US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jeffery Thibodeaux

702 Gulf St.
Lake Charles, LA 70601

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This is the third time my social security number has been exposed by a large company and I have already signed up for credit monitoring through Experian---who also had their own data breach which exposed my data and I have to trust them to monitor???? It doesn't make sense. Wh were told if we already had credit monitoring...and I have Experian AND Lifelock...that we could choose to receive a cash payment of $125. Now they say they are only going to give us 5-10 dollars. This is nothing! They make billions every year and want to get away with negligence by giving us peanuts---the inedible kind! Please make their "reimbursement" to us amount to more than that. Make them pay what was promised! Thank you for listening.   Jeffery Thibodeaux

*Jeffery Thibodeaux*

# Signature Certificate

Document Ref.: **M96HJ-ZAIRR-UYBRW-5ATJH**

Document signed by:



**Jeffery Thibodeaux**

Verified E-mail:
jsthib@yahoo.com

IP: 74.194.103.204    Date: 18 Nov 2019 17:50:29 UTC

*Jeffery Thibodeaux*

Document completed by all parties on:
**18 Nov 2019 17:50:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 23.10 LB
                                       CAD: 6992941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(416) 373-2386              REF:
PO:                              DEPT:
```

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## kim douglas

4299 East 73rd 1/2 Avenue, North Terre Haute, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑      Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
this is unfair to lower the amount of the settlement  they should be made to pay the maximum amount

*kim douglas*

# Signature Certificate

Document Ref.: **TUPFJ-XURXP-BIGU3-ECXSA**

Document signed by:



**kim douglas**

Verified E-mail:
nanakim10@hotmail.com

IP: 71.66.104.100     Date: 16 Nov 2019 16:50:46 UTC

*kim douglas*

Document completed by all parties on:
18 Nov 2019 16:50:46 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2388                    REF:

PO:                              DEPT:

**FedEx**
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                      98121
                        WA–US  SEA

RTFRI

6    C
16:30   9950    bill or pouch here.



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# brandi lemoi

18 Pettine St
coventry ri 02816

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

personal information being shared with the wrong people is not okay  & people need to be held accountable

# Signature Certificate

Document Ref.: GH3TD-3RQFP-DROXA-8HJQ5

Document signed by:



**brandi lemoi**

Verified E-mail:
brandikl21@icloud.com

IP: 173.68.39.172    Date: 19 Nov 2019 00:23:06 UTC

Document completed by all parties on:
19 Nov 2019 00:23:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386           REF:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**
         98121
WA-US   **SEA**



## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Kerry Scripps

717, W 90th St
Newaygo, MI 49337

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Ten dollars does not represent an adequate amount of money to compensate for the information breach
 ten dollars doesn't begin to cover the potential threat it could cause me!

*Kerry Scripps*

# Signature Certificate

Document Ref.: **SIVZM-HJ2CH-HYXF9-Q6XYG**

Document signed by:



**Kerry Scripps**

Verified E-mail:
klscripps@yahoo.com

IP: 174.228.4.254   Date: 18 Nov 2019 23:20:22 UTC

*Kerry Scripps*

Document completed by all parties on:
18 Nov 2019 23:20:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 29.10 LB
2777 AVALARDO ST STE E              CAD: 6892941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2386              REF:
PO:                           DEPT:
```

FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                     98121
                  WA-US    SEA

RT FRI

6      C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dennis Armstrong

229 s Madison St

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☐    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

*Dennis Armstrong*

# Signature Certificate

Document Ref.: **CV6WB-DELXI-OZTKA-GAFZQ**

Document signed by:



**Dennis Armstrong**

Verified E-mail:
deb7891@yahoo.com

IP: 174.198.8.20   Date: 18 Nov 2019 20:42:40 UTC

Document completed by all parties on:
**18 Nov 2019 20:42:40 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

10  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA–US  SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nita Wussick

760 Michigan Avenue. Apt l4
Washington PA 15301

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a multi-million dollar company that makes a fortune off people's data.  What they report seriously affects people's lives.  We should have a reasonable expectation that our information is secure. Equifax did not do their due diligence in that respect. And when they were caught and fined, they low-balled the settlement,  knowing full well how many people would respond. They need to pay the 125.00 they promised. The fine should hurt their bottom line to encourage better safeguards are put in place.

*Nita Wussick*

# Signature Certificate

Document Ref.: **B7JWG-HBBSB-YEKLT-QKGAD**

Document signed by:



**Nita Wussick**

Verified E-mail:
manyvoices30@yahoo.com

*Nita Wussick*

IP: 76.120.170.168    Date: 19 Nov 2019 03:53:12 UTC

Document completed by all parties on:
**19 Nov 2019 03:53:12 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US   SEA



RTFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cheryl Jackson

P. O. Box 44458

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair                ☑    Unduly burdensome   ☐
- Inadequate      ☐
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
UNFAIR, UNFAIR, UNFAIR, and UNFAIR

Thank you!!!!

*Cheryl Jackson*

# Signature Certificate

Document Ref.: **RUJQJ-ATPS7-RIRQQ-VLWZ2**

Document signed by:

**Cheryl Jackson**

Verified E-mail:
cheryljackson19@aol.com

*Cheryl Jackson*

IP: 76.87.84.73      Date: 19 Nov 2019 04:02:40 UTC

Document completed by all parties on:
19 Nov 2019 04:02:40 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:            DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA        98121
WA–US  SEA

FRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mike Mikolaitis

37 kniffen street wilkes-barre pa 18706

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is very unfair to everybody in this claim our personal info got out and in the wrong hands

*Mike Mikolaitis*

# Signature Certificate

Document Ref: **MGFHX-DY4AN-GQSRC-8WW6J**

Document signed by:

**Mike Mikolaitis**

Verified E-mail:
mmikolaitis32@gmail.com

*Mike Mikolaitis*

IP: **174.254.71.146**   Date: **17 Nov 2019 07:00:29 UTC**

Document completed by all parties on:
**17 Nov 2019 07:00:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6
16:30   C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lisa Hewus Fresh

2315 North Willamette Boulevard, Portland, OR, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to  attend the settlement hearing in person.

I do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personal data was compromised. Data Equifax compiled, stored, and provided to lenders and creditors. My entire life I was taught that it is critical for ones financial future to maintain an excellent credit score. I didn't have a choice about who held my data nor what score I was given but every financial decision I made was gathered up and compiled by them. I HAD to trust them with this data and they were not good stewards at all. Now they want to get out of the consequences of their carelessness? If I had been careless with my credit score they wouldn't let me get out of that. Please show me and my fellow Americans that there is actually some justice out there. Don't allow Equifax to escape the consequences of this horrible data breach. Thank you for your time.

*Lisa Hewus Fresh*

# Signature Certificate

Document Ref.: **A3T6C-YEP3P-NGDBG-J9Z5I**

Document signed by:



**Lisa Hewus Fresh**

Verified E-mail:
lhewusfresh@gmail.com

*Lisa Hewus Fresh*

IP: 97.115.209.89    Date: 15 Nov 2019 03:21:35 UTC

Document completed by all parties on:
15 Nov 2019 03:21:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
               WA–US   SEA

FRI

6    C
16:30  9950 bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Schlagle Schlagle

918 Davis Avenue, Point Pleasant, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Credit reporting bureaus hold enormous sway over the ability for the common citizen to attain life, liberty and the pursuit if happiness. They assign each of us a value, they gather our personal information and we trust them to be stewards of honor with that personal information. The repercussions for so many will follow them the rest of their lives. Please send a signal that a token is not justified to heal the wounds if the taken. LLP

*Michael Schlagle Schlagle*

# Signature Certificate

Document Ref.: NNABA-DMO9G-BUQBD-78UBZ

Document signed by:



**Michael Schlagle Schlagle**

Verified E-mail:
stmajkman@yahoo.com

IP: 174.57.157.96   Date: 19 Nov 2019 03:01:20 UTC

Document completed by all parties on:
19 Nov 2019 03:01:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
                WA—US  SEA



RT FRI

6
16:30   9950  bill or pouch here.

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Stephen Kuklin

346 Crestwood Dr, Mountain City, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　☑　　Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not　　　　　　　　attend the settlement hearing in person.

I do not expect　　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is just a slap on the wrist to a company that makes millions of dollars off of data it collects but does not protect. The amount is just inadequate and should be increased.

Stephen Kuklin

# Signature Certificate

Document Ref.: **KVYYY-REB6K-AJUWB-JXPBS**

Document signed by:



**Stephen Kuklin**

Verified E-mail:
niteprowl2@aol.com

**Stephen Kuklin**



IP: 47.134.148.138    Date: 18 Nov 2019 17:23:51 UTC

Document completed by all parties on:
**18 Nov 2019 17:23:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  **SEA**

ge Bc

FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jesse Williams

2905 Devonwood Drive, Ammon, ID, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☐
- Inadequate     ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,

This breach is one of the highest magnitude. I spent a period of time homeless in Phoenix, AZ. I eventually decided to pull myself out of that mess by joining the Army and getting my life back on track. It took a great many years to repair the mess I had made of my credit. I have worked incredibly hard for everything my family and I are able to enjoy. The possible ramifications of this breach can set us back enormously from our goals. I implore you to consider the very real, life changing, danger Equifax's breach brings to all of us everyday Americans. I very respectfully request that you keep all of us in your thoughts as you determine your ruling in this matter.

v/r SGT Jesse M. Williams, U.S.Army (RET)

*Jesse Williams*

# Signature Certificate

Document Ref.: **FPYNZ-O6S84-WAXFS-DRSXQ**

Document signed by:

**Jesse Williams**

Verified E-mail
jessemw82@yahoo.com

*Jesse Williams*

IP: 162.212.197.33    Date: 19 Nov 2019 04:30:39 UTC

Document completed by all parties on:
19 Nov 2019 04:30:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFG2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US   SEA



RT FRI

6   C
16.30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Stephen Holder

560 Rymer Road NE
Cleveland,  TN
37323

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☑
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My SSN was sent out to the netherworld and Equifax should pay for that breach of confidentiality I had with them.

*Stephen Holder*

# Signature Certificate

Document Ref.: **UUD8J-ZAUZA-CTOM2-C2UKJ**

Document signed by:



**Stephen Holder**

Verified E-mail:
gator2866@aol.com

*Stephen Holder*

IP: 174.196.9.59          Date: 19 Nov 2019 03:15:50 UTC

Document completed by all parties on:
19 Nov 2019 03:15:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386     SHIP DATE: 19NOV19
CLASS ACTION INC                   ACTWGT: 23.10 LB
2777 AVALARDO ST STE E             CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

```
(415) 373-2386          REF:
INV:
PO:                     DEPT:
```

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
              WA–US   SEA

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Samuel Mandolfo

6802 South 81st Street, Ralston, NE, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They should feel the pain from the settlement because they allowed the information to be taken and then didn't let people know about it for months.

*Samuel Mandolfo*

# Signature Certificate

Document Ref.: MNA2Z-MS73U-GDSWL-TPMIZ

Document signed by:

**Samuel Mandolfo**

Verified E-mail:
smandolfo@msn.com

*Samuel Mandolfo*

IP: 68.99.23.25    Date: 19 Nov 2019 01:37:03 UTC

Document completed by all parties on:
19 Nov 2019 01:37:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**          98121
WA–US   **SEA**

FRI

6   C
16:30   9950
bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sandy Staudacher

14776 SW 39 Circle
Ocala FL 34473

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair         ☑   Unduly burdensome ☐
- Inadequate  ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is my life they're messing with all the people in the world to have a brief chat should've not been them to give us $10 each is nothing it's a slap in the face think about if your information was put out there what would you do? I humbly ask for enough money that this will not happen again.

*Sandy Staudacher*

# Signature Certificate

Document Ref.: HKVQL-RAPDZ-SKWEB-NBMM3

Document signed by:

**Sandy Staudacher**

Verified E-mail:
applebitch@me.com

*Sandy Staudacher*

IP: 142.196.64.11   Date: 18 Nov 2019 19:27:11 UTC

Document completed by all parties on:
18 Nov 2019 19:27:11 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                98121
                WA–US  SEA

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Barbara Fisher

32371 Alipaz St #115 San Juan Capistrano Ca 92675

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not               attend the settlement hearing in person.

I   do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I know you will do the right judgement

*Barbara Fisher*

# Signature Certificate

Document Ref.: 4ABNR-NQUIC-SUJWP-UTVVK

Document signed by:



**Barbara Fisher**

Verified E-mail
fisheratahoe@sbcglobal.net


*Barbara Fisher*

IP: 72.219.165.200 | Date: 19 Nov 2019 18:22:10 UTC

Document completed by all parties on:
19 Nov 2019 18:22:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                    98121
          WA–US     SEA



RT FRI

6
16:30    9950

C
bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Philip Craycraft

6205 75th street

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is completely unreasonable that they pay such minuscule amounts when they did not do their due diligence in protected millions and millions of people's personal information.  And then even after they were aware of it they were not transparent and the top CEOs protected themselves but moving investment dollars before divulging the truth to the American people.

*Philip Craycraft*

# Signature Certificate

Document Ref.: YHVYP-KRNRF-NM8RZ-23TVX

Document signed by:



**Philip Craycraft**

Verified E-mail:
pcraycraft@att.net

IP: 107.77.200.117    Date: 18 Nov 2019 16:44:27 UTC

Document completed by all parties on:
18 Nov 2019 16:44:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JB5A  (415) 373-2386          SHIP DATE: 19NOV19
CLASS ACTION INC                        ACTWGT: 23.10 LB
                                        CAD: 6982941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO
                                        1100 2nd
    2727 WESTERN AVE STE 200

    SEATTLE WA 98121
(415) 373-2386              REF:
PO:                        DEPT:
```

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**                98121
                    WA–US  **SEA**

FRI

6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carl Nosek

4146 Xavier Street, Denver, CO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair        ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is a paltry sum for consumers whose information is breached. Not only is the amount of money for damages meagre, the time limit for the credit monitoring is inadequate considering our data will be out in the ether for the rest of our life times.

*Carl Nosek*

# Signature Certificate

Document Ref.: **K3IDV-SPE5Z-GGKPE-HWQZQ**

Document signed by:



**Carl Nosek**

Verified E-mail:
canosek@yahoo.com

*Carl Nosek*

IP: 107.2.173.187          Date: **18 Nov 2019 03:13:29 UTC**

Document completed by all parties on:
**18 Nov 2019 03:13:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386         REF:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA



FRI
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Steven Greenwood

19806 Taylor Cove Ct, Cypress, TX 77433

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has failed to protect data of persons that are required to use their services for creditworthiness. Being offered a credit monitoring and protect service from this company, that has already failed the public, is an insult to the public. I urge you to reconsider what constitutes as a reasonable payment of the debt owed to the public for these violations.

# Signature Certificate

Document Ref.: **D6YTE-F4VT8-KRLA5-Q9GJ7**

Document signed by:



**Steven Greenwood**

Verified E-mail:
stevenmgreenwood@gmail.com



IP: 209.107.189.40     Date: 19 Nov 2019 12:50:49 UTC

Document completed by all parties on:
**19 Nov 2019 12:50:49 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:   REF:   DEPT:

FedEx
Express

E

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

REL#
3786346

8L BFIA

98121
WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Shelley Gibbeny

224 1st St Hudson IN 46747

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This class action lawsuit needs help they ruined our credit and they expect us to take what $10 that's not going to cure anything I think we all deserve free credit monitoring and the $125 that was initially spoke about and that isn't even enough

*Shelley Gibbeny*

# Signature Certificate

Document Ref.: **QMCWG-GYOL2-C3MBW-GMZ8Y**

Document signed by:



**Shelley Gibbeny**

Verified E-mail:
pitbullmoca@gmail.com

IP: 107.242.117.55       Date: 19 Nov 2019 02:26:13 UTC

Document completed by all parties on:
19 Nov 2019 02:26:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6982941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

     2727 WESTERN AVE STE 200    1100 2nd

     **SEATTLE WA 98121**

```
(415) 373-2386          REF:
INV:
PO:                          DEPT:
```



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

```
TRK#
0201  7781 6173 9950
```

**8L BFIA**          98121
                WA–US  **SEA**





FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Felicia Morris

P.o. o box 2969, st george, ut, 84771

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our personal information is very important to our lives and livley hood. When our information is mishandled, it can have some dramatic effects on people's lives. I feel companies should not be able to unlawfully use it. Or keep it in am inadequately secured way.  Also when a penalty is stipulated the company's should do what they said they would and not try to switch payment quantities.

*Felicia Morris*

# Signature Certificate

Document Ref.: IAHMB-GQQTG-XPG78-5QAAH

Document signed by:



**Felicia Morris**

Verified E-mail:
katreena_d@yahoo.com



IP: 69.130.50.102    Date: 19 Nov 2019 04:10:13 UTC

Document completed by all parties on:
**19 Nov 2019 04:10:13 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA           98121
              WA–US  SEA



ge Bc



RT FRI

6
16:30   9950   bill or pouch here.

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Forrest DeSmit

6540 Summit Ridge Drive, Watauga, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair                  ☑   Unduly burdensome ☑
- Inadequate         ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept that Equifax, a company that makes several billion dollars a year, selling consumers data without their consent. I don't think it's fair that they can buy their way out of it with a bait-and-switch settlement offer for a fraction of the original amount. It isn't fair to the consumers and it is unreasonable. Please take this into consideration

*Forrest DeSmit*

# Signature Certificate

Document Ref.: HMUYC-7A3GJ-HML22-ABHES

Document signed by:

**Forrest DeSmit**

Verified E-mail:
fths2@yahoo.com

*Forrest DeSmit*

IP: 47.185.48.36   Date: 19 Nov 2019 17:20:19 UTC

Document completed by all parties on:
19 Nov 2019 17:20:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:                  DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA              98121
              WA–US  SEA



FRI

6
16:30   9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ramona Harris

3356 FM 49, Mineola, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They get my information and then sell it to whomever they want to making millions if not billions of dollars. They don't pay me anything for my information and they don't even keep it safe they need to give me more money than they are offering.

*Ramona Harris*

# Signature Certificate

Document Ref. **GGTP6-GXNQT-VT825-ALXIR**

Document signed by:



**Ramona Harris**

Verified E-mail:
ramonadragon@yahoo.com

*Ramona Harris*



IP: 137.119.84.125   Date: 18 Nov 2019 17:31:47 UTC

Document completed by all parties on:
18 Nov 2019 17:31:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                    DEPT:

**FedEx**
Express



E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**            98121
          WA–US  SEA

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Kellie Hayden

10680 popes creek road newburg md 20664

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                  attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
For all they took from us they should be held accountable !!

*Kellie Hayden*

# Signature Certificate

Document Ref.: **JWQ7U-WFHDD-KRTH6-8EW8H**

Document signed by:



**Kellie Hayden**

Verified E-mail:
blondie32183@hotmail.com

IP: 99.203.202.101    Date: 18 Nov 2019 20:25:34 UTC

*Kellie Hayden*

Document completed by all parties on:
18 Nov 2019 20:25:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
IM2:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA



FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Greg Felt

8429 South 20th Street, Phoenix, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It's time we sent big business a message that this must STOP.
A $10 settlement is a joke & will have almost no impact on Equifax.

*Greg Felt*

# Signature Certificate

Document Ref.: **VUHGK-O93YQ-MJIRP-CPHGZ**

Document signed by:



**Greg Felt**

Verified E-mail:
**gregnruby@cox.net**

IP: **4.31.188.58**   Date: **18 Nov 2019 19:02:57 UTC**

Document completed by all parties on:
**18 Nov 2019 19:02:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA

RT FRI

6
16:30

C

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Richard Pilon

2338 Bartlett Oaks Drive, Bartlett, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is a farce and is completely inadequate. So many times companies that we entrust our security to take it for granted like they own it. They treat it with cavalier attitudes and when it is mishandled and lost they act like it is no big deal. "Oops, we're sorry. We'll do better." The problem is that they are never forced to pay adequately so obviously they do nothing to improve. It is time to tell them that we take this seriously!

Thank you,

*Richard Pilon*

# Signature Certificate

Document Ref.: CNHDC-Q7DHL-QTQ8Q-ULMV5

Document signed by:



**Richard Pilon**

Verified E-mail:
rick@pilonhome.com

IP: 76.217.216.26    Date: 18 Nov 2019 17:55:04 UTC

Document completed by all parties on:
**18 Nov 2019 17:55:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386   REF:
PO:   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                        98121
                      WA–US   SEA

ge Bc

RT FRI

6   C
16:30   9950

# Signature Certificate

Document Ref.: **UYWKK-FALQE-MTXSD-WKZYQ**

Document signed by:

**Danita Wright Wright**

Verified E-mail:
danita.wright@yahoo.com

IP: **174.205.8.172**  Date: **19 Nov 2019 06:21:19 UTC**

Document completed by all parties on:
19 Nov 2019 06:21:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2306        REF:
INV:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA              98121
              WA–US  SEA

FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Valentine Bialecki

5 Evergreen Drive
Holyoke, MA 01040

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The penalty is inadequate for the amount of people who were affected

*Valentine Bialecki*

# Signature Certificate

Document Ref.: I6RCR-AWXVT-MT8CJ-GXSUQ

Document signed by:

**Valentine Bialecki**

Verified E-mail
vbialecki@gmail.com

*Valentine Bialecki*

IP: 174.199.17.212    Date: 18 Nov 2019 17:59:50 UTC

Document completed by all parties on:
18 Nov 2019 17:59:50 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA–US  SEA

FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Akshay Narayan

115 Hampshire St Apt 3, Cambridge, MA 02139

Received

NOV 2 2 2019

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The Equifax data breach is a particularly egregious data breach for two reasons. First, it has not been possible to "opt-out" of Equifax's data collection while participating in the modern economy (banks, credit cards, etc.). Second, an unusually large and unusually sensitive amount of information was exposed to cyber-criminals, including full names, social security numbers, addresses, and more.

The dangers of identity theft are at this point well understood, and many individuals already have credit monitoring services as a result. Therefore, offering credit monitoring does not offer recompense for many affected individuals.

Furthermore, the alternate compensation cap of $31 million does not go far enough to deter Equifax from future breaches, since it is a small fraction of Equifax's annual revenue.

*Akshay Narayan*

# Signature Certificate

Document Ref.: CHCHP-GWP4Q-CCWZD-2FWBG

Document signed by:

**Akshay Narayan**

Verified E-mail
akshay.k.narayan@gmail.com

*Akshay Narayan*

IP: 24.6.21.89   Date: 15 Nov 2019 00:33:32 UTC

Document completed by all parties on:
15 Nov 2019 00:33:32 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
             WA-US   SEA



RT FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Susan Fritschi

135 East Battell Street, Mishawaka, IN, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax is a company who's job it is to protect and hold sacred the information it controls and reports. The loss of this data is devastating for those who are looking to purchase high dollar items. Equifax's lax internet protocol are the reason for the personal data to be stolen. They shold be held accountable.

*Susan Fritschi*

# Signature Certificate

Document Ref.: NRVCO-E4PFA-N5VHM-PUNW2

Document signed by:

**Susan Fritschi**

Verified E-mail
susanstevenson74@att.net

*Susan Fritschi*

IP: 38.65.213.88          Date: 18 Nov 2019 17:49:34 UTC

Document completed by all parties on:
18 Nov 2019 17:49:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA—US   SEA

FRI

6
16:30   C

9950  bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## john scribner

2910 Mendel Way, Sacramento, CA, USA



Received
NOV 2 2 2019
by JMP

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Judge Thrash;
I appreciate your willingness to consider my comments.

Given the scope of the invasion of privacy, and the potential for loss and the resulting burdens of clearing ones history, the proposed settlement truly allows Equifax to be able to take a walk, and write it off.

Considering the pending Pay Day for the class action attorneys, this would seem to be a conflict of interest for them.  As such, I am relying on you to establish a fairness metric that works.
Thanks,

*john scribner*

# Signature Certificate

Document Ref.: 69VWJ-MHMKB-3KZST-ZSJGI

Document signed by:

**john scribner**

Verified E-mail:
polscrib@aol.com

*john scribner*

IP: 98.224.24.178    Date: 18 Nov 2019 20:01:00 UTC

Document completed by all parties on:
18 Nov 2019 20:01:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

```
SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US   **SEA**

Express

ge Bc

FRI

6    C
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Judi Vanet

8308 Santa Fe Lane

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑        Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

| will not                attend the settlement hearing in person.

| do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The amount of money promised is expected to be fulfilled in the adjudication of this settlement as it's only a fair and reasonable outcome!

*Judi Vanet*

# Signature Certificate

Document Ref : PD3XS-XJMJN-Y3VMP-TJACJ

Document signed by:

**Judi Vanet**

Verified E-mail:
totothewiz@att.net

*Judi Vanet*

IP 162.193.93.249     Date 18 Nov 2019 19:37:46 UTC

Document completed by all parties on:
**18 Nov 2019 19:37:46 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

10  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
    (415) 373-2386          REF:
    PO:                          DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**              98121
              WA—US   **SEA**

FRI

6   C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Matthew Sokol

6421 Ranch Lake Drive, Magnolia, TX, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel the expected settlement amount is unfair and inadequate considering the expected settlement amounts that were communicated at the beginning of the process, the gravity of the situation considering the wealth of personal information that was exposed, the time I have spent reviewing and correcting my credit report (an unauthorized credit card account was opened in my name, and several other attempts were made to open up credit card accounts in my name using my social security number and other personal information), and the undue worry that I have had to endure knowing my personal information has been compromised.

*Matthew Sokol*

# Signature Certificate

Document Ref.: HNNZO-KGGSP-F62FA-8EOJT

Document signed by:



**Matthew Sokol**

Verified E-mail:
mattsokol@gmail.com

*Matthew Sokol*

IP: 50.252.39.61     Date: 18 Nov 2019 22:00:10 UTC

Document completed by all parties on:
**18 Nov 2019 22:00:10 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

JND

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**            98121
           WA-US  SEA



ge Bc

FRI

6  C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Kathleen Gillin

6412 37th Street
Berwyn, IL   60402

Received
NOV 2 2 2019
by JN[illegible]

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair    ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
$5 per person is an insult to me and all the others who have been affected by this.  Significant changes need to be made to not only Equifax any TU and Experian so this nonsense doesn't happen again

*Kathleen Gillin*

# Signature Certificate

Document Ref: **YS3ZY-ITO9R-E8IPQ-ZCANW**

Document signed by:



**Kathleen Gillin**

Verified E-mail:
kmg1126@sbcglobal.net

IP: 98.227.231.85   Date: 19 Nov 2019 02:26:42 UTC

Document completed by all parties on:
19 Nov 2019 02:26:42 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386
THU:                    REF:
PO:                     DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                    WA–US   SEA



FRI

6
16.30   9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kathleen Shunk

2700 Wehrly Ave Dayton OH 45419



Received
NOV 2 2 2019
by JND

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                  attend the settlement hearing in person.

I  do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The proposed settlement is not enough of a burden to discourage something similar from happening in the future. Our social security information is our identity, and Equifax was trusted to keep it in confidence. A year of credit monitoring is a negligible cost for them, and not enough of a compensation for us. Experian has also proved untrustworthy, and credit monitoring alone isn't enough to completely remove the threat of identity theft or to give any assistance when it actually happens.

We need to make sure companies are taking data security seriously. Too many are behind the times - the nature of technology means there are constantly new threats that need to be managed.

*Kathleen Shunk*

# Signature Certificate

Document Ref.: **U2RJJ-3R6JF-SYHRA-XXY7S**

Document signed by:

**Kathleen Shunk**

Verified E-mail:
shunk.katy@gmail.com

*Kathleen Shunk*

IP: 24.166.18.254      Date: 18 Nov 2019 23:20:59 UTC

Document completed by all parties on:
18 Nov 2019 23:20:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

ge Bc

8L BFIA        98121
WA–US   SEA

FRI

6
16.30    C
9950   bill or pouch here.



## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Janet Plontus

917 Donald Ave, Royal Oak, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑   Unduly burdensome ☑
- Inadequate    ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                      attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this because we have to fight for our rights and by breaching the data it's not fair to all of us that
our information got compromised.

*Janet Plontus*

# Signature Certificate

Document Ref.: **ZGQT2-M4MMV-ANEEK-YDV8G**

Document signed by:



**Janet Plontus**

Verified E-mail:
jlpx98@aol.com

*Janet Plontus*

IP: 64.233.242.217    Date: 18 Nov 2019 18:03:57 UTC

Document completed by all parties on:
**18 Nov 2019 18:03:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386           REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA



FRI

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James W. Goebel

1602 EASTERN AV, DAVENPORT, IA. 52803

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not               attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement seems to be an underhanded scam

WAY TOO LOW !!

WHERE'S THE MONEY GOING ??

*JAMES GOEBEL*

# Signature Certificate

Document Ref.: **WFDFE-HYGWT-JGTTO-TPEWN**

Document signed by:



**JAMES GOEBEL**

Verified E-mail:
jg7777@sbcglobal.net

*JAMES GOEBEL*

IP: 173.30.26.224          Date: **18 Nov 2019 19:57:28 UTC**

Document completed by all parties on:
**18 Nov 2019 19:57:28 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



ge Bc

RT FRI

6   C
16:30
9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Hugh Rhyne

2904 Navajo Drive, Big Spring, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax is getting off too lightly for the damage done to customers who have no choice in their information being collected by Equifax. They offered one amount and when it became an issue of too many customers filing a compensation they wanted to be let off on a lesser amount.

*Hugh Rhyne*

# Signature Certificate

Document Ref.: **TPQPQ-VBZNN-MP9NJ-YKYG5**

Document signed by:

### Hugh Rhyne

Verified E-mail:
bsrhyne@outlook.com

*Hugh Rhyne*

IP: 74.197.105.152        Date: 18 Nov 2019 21:36:06 UTC

Document completed by all parties on:
18 Nov 2019 21:36:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                         DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA         98121
        WA–US   SEA

RTFRI

6
16:30   9950   C

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brandi Thompson

1109 Greendale Road Waynesboro VA 22980

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑  Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to                attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I

*Brandi Thompson*

# Signature Certificate

Document Ref.: EZXPQ-UUCWY-8AQQU-RBHXV

Document signed by:

**Brandi Thompson**

Verified E-mail
branflakes729@me.com

*Brandi Thompson*

IP: 99.203.144.167     Date: 18 Nov 2019 19:32:00 UTC

Document completed by all parties on:
18 Nov 2019 19:32:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                          REF:
                             DEPT:

FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA

FRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rosalyn Eaton

2242 Gateway oaks drive apt 115 Sacramento,  CA 95833

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Hello Judge Thrash as a member of this class action case who has been fibaciallt affected by this dsts bbrrsch, like to say what i have been through as a direct result of this adwya nrewch has been absolutely horrifying. Igavegadm9bey taken from my bank accounts both Greendot visa and from my USbank account.The total amount stolen from me was almost 2 thousand dollars. Judge Thrash., Im a Caregiver to mt adult son andcannot affoed to take that kind of loss and this situation is hurtful as well as stressful. Please donot let Equifax fet away with being careless with our information. Its bad enough our extremelty personal information gets sold withou our knowledge or consent ri whoever the highest bidder is that daybut yhere sre people out there ruining our lives with our own information..  Please d

*Rosalyn Eaton*

# Signature Certificate

Document Ref.: 3BLG8-KADPR-SEA4V-W9KC2

Document signed by:

**Rosalyn Eaton**

Verified E-mail:
luvlyrosalyn@yahoo.com

*Rosalyn Eaton*

IP: 172.58.35.150    Date: 19 Nov 2019 03:03:23 UTC

Document completed by all parties on:
19 Nov 2019 03:03:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
              WA-US  SEA

ge Bc

RT FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen Hawks

224 Commonwealth Circle Grand Prairie, TX 75052

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Dear Judge Thomas W. Thrash Jr.,

We need to send a message to all those corporations that manage personal data to upgrade all their systems and ensure they have cyber security in place.  The only way for them to understand that message is to have them shell out millions not hundreds.  The only time anyone, persons or corporation, really listen is when they are hit in the pocketbook.

I trust you will do the right thing by consumers and all Americans.  Thanks for your attention to this matter.

*Karen Hawks*

# Signature Certificate

Document Ref.: QN3FW-2C5GZ-BURP6-F8RLQ

Document signed by:

**Karen Hawks**

Verified E-mail:
karenhawks@sbcglobal.net

*Karen Hawks*

IP: 99.6.77.127   Date: 18 Nov 2019 19:34:45 UTC

Document completed by all parties on:
18 Nov 2019 19:34:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US   **SEA**

ge Bc

RT FRI

6      C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Nick Genardo

2631 NE 10th Street Apt 204 Ocala, FL 34470

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Sir, I am a hard working American citizen and a very proud Veteran.  All I am asking for is fair deal.

*Nick Genardo*

# Signature Certificate

Document Ref.: 6GR4C-SFYUJ-HJJPA-QR6GL

Document signed by:

| | Nick Genardo | |
|---|---|---|
| | Verified E-mail: bulldogcoach@sbcglobal.net | *Nick Genardo* |
| | IP: 24.250.244.181   Date: 18 Nov 2019 20:37:53 UTC | |

Document completed by all parties on:
18 Nov 2019 20:37:53 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                  DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA

RT FRI

6
16:30   9950
C
```
```

fill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Eric Irwin

48180 acorn dr oakhurst ca 93644

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may   attend the settlement hearing in person.

I   do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Unfair

*Eric Irwin*

# Signature Certificate

Document Ref.: **BCHOC-GAXBB-WNHYG-EVD98**

Document signed by:

**Eric Irwin**

Verified E-mail:
eric.irwin72@yahoo.com

*Eric Irwin*

IP: 64.234.32.171    Date: **17 Nov 2019 17:00:53 UTC**

Document completed by all parties on:
**17 Nov 2019 17:00:53 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
                                    CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
                 WA–US  **SEA**

RT FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Elizabeth Wallis

6242 n Camino de Michael, Tucson Az 85718

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This proposed settlement is inadequate based upon the significance of the Equifax data breach

*Elizabeth Wallis*

# Signature Certificate

Document Ref.: AGF2T-U9PAH-JEY8Z-BI7WC

Document signed by:



**Elizabeth Wallis**

Verified E-mail:
dewallis93@gmail.com

IP: 73.24.183.137       Date: 18 Nov 2019 23:31:13 UTC

*Elizabeth Wallis*

Document completed by all parties on:
18 Nov 2019 23:31:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   **7781 6173 9950**

**8L BFIA**        **98121**
WA–US   **SEA**

RT FRI

6
16:30   9950   Chill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# James Carpenter

194 Wells Avenue, Owingsville, KY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that there has been too much information released because of the data breaches. We must protect a person's information and they assured us they would but didn't.

*James Carpenter*

# Signature Certificate

Document Ref.: **YAYZ4-FSQIU-EM9VH-EWNVP**

Document signed by:



### James Carpenter

Verified E-mail:
jmcarpe591@yahoo.com

*James Carpenter*

IP: 71.28.198.31    Date: **19 Nov 2019 13:27:25 UTC**

Document completed by all parties on:
**19 Nov 2019 13:27:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express



REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Janet Kurtz

5816 Clubhouse Drive, New Port Richey, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Very unfair and they lied to us

*Janet Kurtz*

# Signature Certificate

Document Ref.: **PFRRC-HWBYO-JRFVI-LK9A7**

Document signed by:



**Janet Kurtz**

Verified E-mail
**mouse0324553@gmail.com**

*Janet Kurtz*

IP: **72.185.116.190**   Date: **18 Nov 2019 22:28:57 UTC**

Document completed by all parties on:
**18 Nov 2019 22:28:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA-US  SEA

RT FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# David Giaimo

132 Edgewater Trail, Canton GA 30115

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, I spent decades as an information security professional and hold a CISSP designation. Equifax's data breach demonstrates that they failed to use even the most rudimentary measures to maintain the Availability, Integrity and Confidentiality of our financial data. That they engaged in insider trading prior to making the breach public shows bad faith and an attempt to avoid consequences for their criminally negligent actions. This is egregious. They deserve a much more harsh sanction than what is proposed as a reminder that they must take data privacy concerns seriously.

Thank you most sincerely for hearing my objection.

*David Giaimo*

# Signature Certificate

Document Ref.: **C83CC-8UGP8-VTNZV-RGUIQ**

Document signed by:



**David Giaimo**

Verified E-mail:
giaimo13@icloud.com

*David Giaimo*

IP: 99.203.5.83     Date: **18 Nov 2019 20:02:03 UTC**

Document completed by all parties on:
**18 Nov 2019 20:02:03 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6892941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886           REF:
INV:
PO:                      DEPT:

FedEx
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA



RTFRI

6
16:30   9950   C
22

bill or pouch here.

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Donna Price

6 Vincent Court, Spring, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

For the inconvenience and time spent dealing with the breach and going through each account to maintain is security, $1.25 doesn't come anywhere close to covering the time spent on correcting and fixing the breach on any individual's account.

*Donna Price*

# Signature Certificate

Document Ref.: **N5TW8-TVP9S-AXFCO-TXDIC**

Document signed by:



### Donna Price

Verified E-mail:
**dprice0824@comcast.net**

*Donna Price*



Document completed by all parties on:
**19 Nov 2019 00:05:35 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

INV:
PO:                              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
             WA-US    SEA



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sarah Farley

633 Vonbryan Trace, Lexington, KY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The proposed settlement amount is unfairly low. Equifax made massive profits from using my personal information and continues to benefit from this while my personal information is exposed to the world. We need better compensation than this. It's like another slap in the face.

*Sarah Farley*

# Signature Certificate

Document Ref.: **6KD6Y-MHSBN-2BJPY-UQAPY**

Document signed by:



**Sarah Farley**

Verified E-mail:
sarahefarley@gmail.com

*Sarah Farley*

IP: 199.165.138.12     Date: 14 Nov 2019 22:43:23 UTC

Document completed by all parties on:
**14 Nov 2019 22:43:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA





FRI
6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jennifer Johnston

3550 Twisted Tree Lane, Jacksonville, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax took little to no care in protecting my most precious information - my social security number. With my social security number, criminals could buy and sell my information to open fraudulent accounts in my name, which would affect my credit score, which is monitored by Equifax! I hope you see the and understand the financial distress this data breach could cause me and millions of others. Millions of folks like me who have no recourse to pursue a large multi-billion dollar corporation, except through our judicial system. Please remember that you give a voice to people like me, with no resources to ensure these companies are held responsible for their actions. We must set a precedent to educate these companies that data IS money. Without our data, they would never hit record-level profits for their shareholders. Protect our data!

*Jennifer Johnston*

# Signature Certificate

Document Ref.: **FHGUE-FPJJU-77XD8-XFEXC**

Document signed by:

**Jennifer Johnston**

Verified E-mail:
jenniferl_johnston@hotmail.com

IP: 50.201.0.58          Date: **18 Nov 2019 21:35:28 UTC**

Document completed by all parties on:
18 Nov 2019 21:35:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO
```

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121
(415) 373-2386

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
WA-US    **SEA**



FRI

6   C
16:30   9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jeffrey Permar

922 Courtland Ave, Reidsville, NC 27320

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

N/A

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement is less than 10% of the projected amount and an inadequate amount as punishment for the breach.

*Jeffrey Permar*

# Signature Certificate

Document Ref.: LZOSW-CE3OY-TTBUZ-WNVSK

Document signed by:

**Jeffrey Permar**

Verified E-mail
jlp1percon@att.net

*Jeffrey Permar*

IP: 104.1.226.197 | Date: **18 Nov 2019** 17:07:36 UTC

Document completed by all parties on:
18 Nov 2019 17:07:36 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:
THU:                              DEPT:
PO:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
WA–US  SEA



RT FRI

229

6
16:30

C

9950
11:22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Ryan Ward

712 Cherokee Cir, Broken Bow, NE, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The proposed settlement very unsettling. If you asked a stranger how much they would be willing to sell their personal data for, the answer would like be more that $5--if they're willing to sell it at all. The proposed settlement is likely to be orders of magnitude less than advertised. The payment is quite laughable for a large corporation making billions of dollars per year trafficking consumers' personal data (without their consent), and it's a slap in the face to the 147 million people affected by the data breach. The consumer cash portion is less than 5% of the total settlement pool, and the proposed alternative settlement is no better. The proposed credit monitoring supplier only recently settled a large-scale data breach of their own. The attorneys representing the class are getting double the total cash portion of the consumer client base. This is a bad deal, and it must be revised.

*Ryan Ward*

# Signature Certificate

Document Ref.: ABGHZ-PD3YV-XATTX-8HU7I

Document signed by:

**Ryan Ward**

Verified E-mail:
ryanward77@gmail.com

*Ryan Ward*

IP: 204.193.36.5          Date: 18 Nov 2019 19:37:49 UTC

Document completed by all parties on:
18 Nov 2019 19:37:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                   DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA            98121
           WA–US  SEA

ge Bc

RT FRI

6   C
16:30
229        9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amy Smith

3809 Wild Violet Ave
Sebring, FL  33870

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑          Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The amount that Equifax is giving is NOT what they agreed to. They must be held accountable for the
information breach and for selling personal information without permission.

Amy Smith

# Signature Certificate

Document Ref.: 2MPJB-TKWQ4-CMUFP-3TPDZ

Document signed by:

**Amy Smith**

Verified E-mail:
puckchick_2000@yahoo.com

*Amy Smith*

IP: 73.91.41.101    Date: 19 Nov 2019 00:21:48 UTC

Document completed by all parties on:
19 Nov 2019 00:21:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 0201  7781 6173 9950

**8L BFIA**         98121
          WA-US  SEA



RT FRI
229

6
16.30

C

9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## John Thomas

351 Andrews road Mineola by 11501

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I work very hard to keep my credit in excellent manner. I pay my bills on time and I i obey all the laws. If I don't follow the rules set by the credit card companies, I pay more in terms of fees and interest or something of that manner.  Equifax should be held to the same standard as its customers. You break the rules, you pay the price. I don't need your apology or your credit watch. I've watched my credit for 12 years with no fraud. You as a company behave in a reckless manner and now for the rest of my life, I have to worry about it. My wife and I were looking to buy our first home and we had excellent credit.  Since the hack, our information got pinged and it dropped my credit score to good. The term "good" cost me about .5% on a $500k loan. Where is my compensation for that mistake? It's gonna effect us for the next 30 years as we apply for our home loan in the near future.

*John Thomas*

# Signature Certificate

Document Ref.: QBUZJ-RZ4D7-QFGKU-BFRPK

Document signed by:



**John Thomas**

Verified E-mail:
john.thomas207@gmail.com

*John Thomas*

IP: 108.62.235.167    Date: 16 Nov 2019 04:29:48 UTC

Document completed by all parties on:
16 Nov 2019 04:29:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 2 2 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306      REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
           WA-US   SEA



RTFRI
229     6     C
      16:30   9950
              11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Cullen Hutchinson

13595 Piedmont Vista Drive
Haymarket, Virginia
20169

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Totally inadequate resolution to a negligence that can impact an individual financial life.

*Cullen Hutchinson*

# Signature Certificate

Document Ref.: **NI8ET-DGKHN-QX2AD-ZHNZE**

Document signed by:

**Cullen Hutchinson**

Verified E-mail:
crhutch@verizon.net

*Cullen Hutchinson*

IP: 96.241.33.114     Date: 18 Nov 2019 18:28:33 UTC

Document completed by all parties on:
18 Nov 2019 18:28:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386      REF:
INV:
PO:                        DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



**FedEx**
Express

**E**

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**                98121
                   WA–US   **SEA**

RT**FRI**

229        6        C
        16:30   9950
                11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Katherine Higgins

3916 Gramsie Ct Shoreview, MN 55126

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is ridiculous that this billion dollar company only needs to pay out $5 to each person who will have their data passed insecurely for the rest of their lives. There's no undoing the leak of information. It'll be passed down over the years creating more concern for safety. They need to pay for what they did. It was their negligence. We were first told we would get $125 but that changes based on how many people sign up. That's unethical and unfair. The company needs to lose a lot more money, maybe even bankrupt, for breaking the customers trust and messing up thousands of people's security. They should hurt after the settlement. Not get a slap on the wrist and continue to make millions while we are left with the residual effects.

*Katherine Higgins*

# Signature Certificate

Document Ref.: **HQYLH-7NTJC-ETZMY-TBDDQ**

Document signed by:



## Katherine Higgins

Verified E-mail
klh1223@yahoo.com

*Katherine Higgins*

IP: 73.242.46.229      Date: 18 Nov 2019 21:20:10 UTC

Document completed by all parties on:
**18 Nov 2019 21:20:10 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:

INV:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA





RT FRI

6
16:30
9950   C

kbill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Jennifer Wier

1336 Airline Drive, College Station, TX 77845

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement since it is a slap on the wrist for a company that makes money on my name and information. My information was compromised and they did nothing to protect it.

*Jennifer Wier*

# Signature Certificate

Document Ref.: GNBGC-2TNAR-XDMEB-TZJXU

Document signed by:

**Jennifer Wier**

Verified E-mail:
hihozippo@yahoo.com

*Jennifer Wier*

IP: 107.77.221.26    Date: 19 Nov 2019 01:51:06 UTC

Document completed by all parties on:
19 Nov 2019 01:51:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA        98121
        WA-US   SEA



FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Frederick Glazier

15050 Copper Grove boulevard #604, Houstonm, TX 77095

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

One's financial records and personal information are extremely important and valuable. The trust placed in credit reporting bureaus should never be subjected to violation. The punitive damages from such occurrences should be as severe as the actual damage done to people.

*Frederick Glazier*

# Signature Certificate

Document Ref.: **F73AG-282XM-QWVYC-RJSNU**

Document signed by:



**Frederick Glazier**

Verified E-mail:
fredglazier@gmail.com

IP: 99.42.241.97          Date: 18 Nov 2019 18:34:07 UTC

*Frederick Glazier*

Document completed by all parties on:
**18 Nov 2019 18:34:07 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



# FedEx Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   **SEA**



FRI
16:30   6   C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## shanna llewellyn

3432 E 1st st #4 long beach ca 90803

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

When a breach of your private information goes public you have to prove you are who you say you are. I have been a victim of identity theft 3x now in my life and i am 55! The last time they would not back the perpetrators information, which was mine! out of the system and put her in as a Jane Doe. So her record remains in MY NAME!! This has cost me jobs, homes, credit, cars, etc. I have to carry around a paper showing it was NOT ME who did this!! Everywhere I go i have to try and prove I am who I say I am!! And today EVERYTHING CAN BE DUPLICATED TO WHERE IT 'LOOKS' LEGAL BUT IT IS NOT! i DESERVE MORE THAN A PIDDLY LITTLE AMOUNT!! IT HAS COST ME SO MUCH MONEY IT IS UNFATHOMABLE. DO THE RIGHT THING HERE PLEASE

*shanna llewellyn*

# Signature Certificate

Document Ref.: 84TNE-IXAKM-LVKGV-FGEJR

Document signed by:



**shanna llewellyn**

Verified E-mail:
shanna91864@sbcglobal.net

*shanna llewellyn*

IP: 47.147.195.45   Date: 18 Nov 2019 20:24:25 UTC

Document completed by all parties on:
**18 Nov 2019 20:24:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA–US   SEA



RT FRI

6
16:30   9950   :bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Benjamin Weinstein-Raun

1780 Highland Place, Berkeley, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome   ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                 attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is truly and obviously unfair to allow a party to cause as much damage as Equifax has, and to be liable for so little. If there is no proportionate penalty for those who would repeat Equifax's blunders, ignoring user security becomes the economical thing to do, whenever a company can get away with it (and they will often be able to). The negative externalities of poor computer security must not fall solely on the users and customers of companies like Equifax; the results would be hugely costly to our society's teetering ability to trust our institutions.

# Signature Certificate

Document Ref.: **8UBZV-HKXCC-S3LHD-LBD4Q**

Document signed by:



**Benjamin Weinstein-Raun**

Verified E-mail:
**b@w-r.me**

IP: 157.131.110.51    Date: 16 Nov 2019 15:50:02 UTC

Document completed by all parties on:
**16 Nov 2019 15:50:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FBL3

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2300         REF:
IND:
PO:                          DEPT:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nicholas Weaver

4103 Pinot Drive, Napa, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                          attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement is effectively fraudulent:  Almost all the "payment" to the harmed class members is in the form of credit monitoring service that costs Equifax nothing and really does very little to actually limit the harm, since most consumers would gain much more benefit from a free freeze than they do from monitoring, even if the monitoring is free.

I had submitted a claim for cash reimbursemen, but this followup is under the realization that the claim is effectively $0, since the dollar settlement amount (and I have spent hours trying to set up a freeze with the 3 major agencies) will be so close to 0 that Equifax will probably send more on mailing checks than they will on actually providing a reasonable reimbursement for peoples time.

*Nicholas Weaver*

# Signature Certificate

Document Ref.: **VMCCT-BJLDA-D5FZL-VAUNJ**

Document signed by:



**Nicholas Weaver**

Verified E-mail
nweaver@gmail.com

*Nicholas Weaver*

IP: 138.152.143.38          Date: 15 Nov 2019 00:25:31 UTC

Document completed by all parties on:
**15 Nov 2019 00:25:31 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386   -REF:

PO:   DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA   98121
WA–US   SEA





RT FRI

6   C

16:30   9950 bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Shelley Ramage

420 North 10th Street, Nebraska City, NE, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Is there a burden on this company to protect my information? Yes.

*Shelley Ramage*

# Signature Certificate

Document Ref.: **KBENT-N2Q3D-ZYUNY-HUJX8**

Document signed by:



### Shelley Ramage

Verified E-mail:
ramage1@yahoo.com

*Shelley Ramage*

IP: 76.84.205.139        Date: 19 Nov 2019 04:31:15 UTC

Document completed by all parties on:
**19 Nov 2019 04:31:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                  DEPT:

**FedEx**
Express

**E**

REL//
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

RTFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kerry Maldonado

8012 Molly Lane Conway SC 29527

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                        attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  My social security number is worth more than $10. My credit my life my info.

*Kerry Maldonado*

# Signature Certificate

Document Ref.: **SZPEA-KME5G-XEJRR-D6YSF**

Document signed by:



### Kerry Maldonado

Verified E-mail:
kerry.maldonado@yahoo.com

*Kerry Maldonado*

IP: 198.232.105.145          Date: 19 Nov 2019 02:40:44 UTC

Document completed by all parties on:
**19 Nov 2019 02:40:44 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   **SEA**

FRI
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Arren Chandler

1020 E 45TH ST, APT 219, Austin, Texas, 78751

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personal information and the lack of importance addressed of this issue is far more important than "up to $125." This data breach could potentially effect me forever and we should be fairly compensated for this not just pushed aside. Adequate compensation and measures should be taken immediately and workout any loopholes for lawyers and the like to be compensated fairly while the people who are effected get a few pennies for out troubles.

*Arren Chandler*

# Signature Certificate

Document Ref.: **L4TS6-UBTSH-CNXRP-TSVWP**

Document signed by:

**Arren Chandler**

Verified E-mail:
arrenc84@gmail.com

*Arren Chandler*

IP: 70.113.85.75          Date: **15 Nov 2019 21:12:56 UTC**

Document completed by all parties on:
**15 Nov 2019 21:12:56 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
PO:              DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                    WA–US  SEA

FRI

6     C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## William Glover

P. O. Box 12113 Beaumont, Texas 77726

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
For the time and trouble I have already wasted on THEIR mistake such a small settlement is a slap in the face.

*William Glover*

# Signature Certificate

Document Ref.: VGRPO-DV9AN-SEOP6-QIQEG

Document signed by:



**William Glover**

Verified E-mail:
txwave@gmail.com

*William Glover*

IP: 98.197.170.105    Date: 18 Nov 2019 18:52:31 UTC

Document completed by all parties on:
18 Nov 2019 18:52:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
THU:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA                    98121
                   WA—US  SEA

RT FRI
6   C
16:30  9950 bill or pouch here.