# Exhibit B - 29

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Charles BRENDON

7370 Fountain Crest Ave, Las Vegas, NV 89113, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐　Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I may　　　　　　　　attend the settlement hearing in person.

I do not expect　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax needs to held accountable for the breadth of my privacy. A settlement (to me) in the amount of $10 does not send an adequate message to Equifax.

Please upgrade the amount of the proposed settlement, commensurate with the number of plaintiffs, so that everyone can be honestly compensated. 2-figures is an insult.

*Charles BRENDON*

# Signature Certificate

Document Ref.: **NONUB-Y6NSU-5U7OH-D9QHS**

Document signed by:

**Charles BRENDON**

Verified E-mail
cbrendon1@gmail.com

*Charles BRENDON*

IP: 68.104.84.131    Date: **18 Nov 2019 20:08:39 UTC**

Document completed by all parties on:
**18 Nov 2019 20:08:39 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA                    98121
              WA-US    SEA

RTFRI

6       C
16:30   9950

Align top of FedEx Express® shipping label here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Stanley Dennett

5300 Harvard Ln, Killeen, TX 76543 USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Sir:  I have had my identity stolen and it took over a year to straighten out the mess it caused with my credit. I did not keep track f the cost in hours and aggravation that this caused me and my wife. It was especially frustrating because my wife had her identity stolen a week after mine was. Some one applied for and received over $65,000 of credit cards in our names. This was one week after we applied for credit with Bank of America. Even though we put stops on our accounts they were still trying to get duplicate accounts and cards issued. They even had the gall to put their own names on ouur account and cards and try to get them delivered. This needs to be stopped. Tighter security needs to be adopted. The companies who are being breached need to be held accountable to their customers. Thank you for your attention and consideration.

*Stanley R. Dennett*

# Signature Certificate

Document Ref.: **7MV7Y-TDF3Z-RSZZU-CNOW2**

Document signed by:

**Stanley Dennett**

Verified E-mail:
srdennett@juno.com

*Stanley R. Dennett*

IP: 72.176.83.231    Date: 19 Nov 2019 04:10:48 UTC

Document completed by all parties on:
**19 Nov 2019 04:10:48 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFD2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:

PO:                      DEPT:



FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
          WA—US  SEA

Express

FRI

6    C
16:30   9950

Align bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Graham Wink

4647 English Way

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax has negligently exposed my personal information to hackers.  The current settlement is in no way adequate.  While we were originally promised a reasonable settlement, but because people actually responded to the suit, the settlement has been reduced to  less than $20 per person.  If this settlement is approved, equifax will continue to operate without regard for the safety of the information that they collect and sell.

*Graham Wink*

# Signature Certificate

Document Ref.: **SQ4BU-HST5G-ZOMPF-NCMOF**

Document signed by:



**Graham Wink**

Verified E-mail:
g_wink@icloud.com

*Graham Wink*

IP: 50.4.191.98   Date: 18 Nov 2019 23:32:15 UTC

Document completed by all parties on:
18 Nov 2019 23:32:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JOSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
WA–US   SEA



rtFRI   6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Arthur Pan

1412 Van Page Blvd

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I have serious misgivings about entrusting my credit monitoring to a company who was so severely breached. And the settlement payout that was supposed to compensate for hours of our time will only cover pennies on the dollar in the end. I believe this is unfair to us as consumers and a light punishment for someone we entrusted the basis of our lives too.

*Arthur Pan*

# Signature Certificate

Document Ref.: **ZP9QN-MBHXW-VYQMC-Q5MYS**

Document signed by:

**Arthur Pan**

Verified E-mail
artypan@gmail.com

*Arthur Pan*

IP: 136.56.7.238    Date: 14 Nov 2019 09:36:15 UTC

Document completed by all parties on:
**14 Nov 2019 09:36:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  **SEA**



FRI

6    C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Pamela (Brown) Stark

215 N 80th Terrace
Kansas City, KS 66112

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Slap on the wrist is a slap on the face to those whose information was compromised!

*Pamela Stark*

# Signature Certificate

Document Ref.: 9DCOI-WMDTH-MXVZ6-D2DPZ

Document signed by:

**Pamela Stark**

Verified E-mail:
pammipnda@aol.com

*Pamela Stark*

IP: 107.77.210.126 | Date: 18 Nov 2019 21:28:56 UTC

Document completed by all parties on:
18 Nov 2019 21:28:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JB5A  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                           DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   SEA



FRI

6   C
16.30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Patricia Cherry

7695 Paradise Drive Donalsonville Ga 39845

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our information and credit was given out and our security information has been shared causing financial problems. The settlement is not near enough what we've had to pay to straighten out the mess this has caused!!

*Patricia Cherry*

# Signature Certificate

Document Ref: FQHNO-EPSJX-PBDRC-GWZTS

Document signed by:



**Patricia Cherry**

Verified E-mail:
plcherry31@gmail.com

IP: 174.255.192.80    Date: 19 Nov 2019 02:50:15 UTC

Document completed by all parties on:
19 Nov 2019 02:50:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6892941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

~2727~ WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
WA–US    SEA

ge Bc



RT FRI

6    C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# David Fernandez

2500 e cary st apt 312
Richmond Va 23223

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe this is a very inadequate compensation they are offering. Billions are made with pur information (protecting it or losing it),  billions should be reimbursed. There is no way to live normally without Equifax having your information, so we should be reimbursed and made felt reassured that our information is in good hands and cared about; not just looked at as business. Thank you, Dave F

# Signature Certificate

Document Ref.: RYRX6-PRUPY-ZACPW-J2FHU

Document signed by:



**David Fernandez**

Verified E-mail:
bigwavedave009@gmail.com

IP: 73.152.81.158  Date: 19 Nov 2019 01:58:58 UTC

Document completed by all parties on:
19 Nov 2019 01:58:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                     DEPT:



**FedEx**
Express

**E**

REL/
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

8L BFIA          98121
        WA–US  SEA



RTFRI
        6   C
     16:30  9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kethryn McLoughlin

8900 East 227th Street, Peculiar, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                      attend the settlement hearing in person.

I   do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Companies need to be taught a lesson!

*Kethryn McLoughlin*

# Signature Certificate

Document Ref.: **PE8WJ-BJ8WY-EZ742-PWSRW**

Document signed by:



**Kethryn McLoughlin**

Verified E-mail:
mommykerrie@yahoo.com

IP: 209.105.145.130   Date: 19 Nov 2019 14:10:04 UTC

*Kethryn McLoughlin*

Document completed by all parties on:
**19 Nov 2019 14:10:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
         WA–US  **SEA**



FRI

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carol Cavette

5630 Lisa Ct Spokane WA 99208

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,
Thank you for your consideration in this matter.
We need to hold this company accountable. Thanks to them, I've all but given up on keeping my personal information private. I've been notified several times that my information is now shared on the dark web. It is no longer an option to protect my information thanks to their careless disregard for my credit.
Thank you.

*Carol Cavette*

# Signature Certificate

Document Ref.: **XNPRK-D2W24-AYQW4-8HIJK**

Document signed by:



**Carol Cavette**

Verified E-mail:
911carol@gmail.com

*Carol Cavette*

IP: 73.169.160.185    Date: 18 Nov 2019 19:47:33 UTC

Document completed by all parties on:
**18 Nov 2019 19:47:33 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200  1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
              WA–US  SEA



FRI

6
16:30  C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Carol Bowie

13724 Sablecrest St. Houston, TX 77014

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

No attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel it is unfair because what will $10 do for anyone? Then, it's unfair because the initial payment announced was far more than that and affected parties rightfully agreed to that settlement amount. Why was it changed? Equifax is very able and capable of paying affected parties the initial settlement amount offered. They make enough money. Besides, it's their fault for making such a huge mistake, affecting so many people. They should be held accountable. Paying $10 seems to make we, the affected parties accountable for something far beyond our control and/or knowledge. Make them pay!

*Carol Bowie*

# Signature Certificate

Document Ref.: **M3ERO-DFMK6-K6X5Q-BYYGT**

Document signed by:



**Carol Bowie**

Verified E-mail:
carol.bowie@mail.com

IP: 107.77.169.10    Date: 18 Nov 2019 18:37:39 UTC

Document completed by all parties on:
18 Nov 2019 18:37:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

JD FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  SEA



RT FRI

6
16:30

C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mary Williams

3809 East 31st Street, Indianapolis, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Breach of a person's social security number should never be taken lightly. It is a very serious matter, and it should always be protected. If a company has legal access to a person's social security number, it should be held accountable for it's protection or lack thereof.

*Mary Williams*

# Signature Certificate

Document Ref.: 7OARO-DPACJ-BTWTR-EBQA2

Document signed by:



**Mary Williams**

Verified E-mail:
mhwilliawh@sbcglobal.net

*Mary Williams*

IP: 172.9.72.21     Date: 18 Nov 2019 22:57:59 UTC

Document completed by all parties on:
**18 Nov 2019 22:57:59 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        -REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL/
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
            WA–US  SEA

FRI

6
16.30    9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Olivia Benavides

5628, Hazelbrook Ave

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                        attend the settlement hearing in person.

I expect                        to be represented by an attorney.

Ruben Metcalf

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor please don't let a multi billion dollar corporation get away with selling our private data. I'm sick to death of businesses in America that has preyed on the young, disenfranchised and most importantly senior citizens. Please read our notes and appreciate we are depending on you to be as wise as King Solomon and as strong as King David   I thank you for taking the time to hear our pleas for justice and please don't let them get away with hurting so many weak and underprivileged. We are depending on our council to present our cases and to you to pass judgment on our behalf. Thank you and God bless you and GOD BLESS THE GOOD LAWYERS   Respectfully yours. Olivia Benavides. PS the city I live in is Lakewood California 90712

*Olivia Benavides*

# Signature Certificate

Document Ref.: 2B2DD-CMB59-KHCJU-DGCNH

Document signed by:



**Olivia Benavides**

Verified E-mail:
olivialynnbenavides@yahoo.com

*Olivia Benavides*

IP: 107.77.165.21   Date: 19 Nov 2019 03:52:46 UTC

Document completed by all parties on:
**19 Nov 2019 03:52:46 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                        DEPT:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA-US   SEA





FRI

6
16:30   9950   ill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Pam Foutch

2204 Stockton Drive, Springfield, IL, USA

Received
NOV 2 2 2019
by JND? /

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The damage, and potential damage, caused by this data breach is worth more than literally a few dollars. For the time and effort put into keeping on top of my identity, I would expect to be paid at least a fair hourly wage. The proposed settlement would not include that. I have had one instance this year that appeared to be identity theft. It resulted in many phone inquiries and extra efforts in my part to try to protect the sanctity of my own name. Further, if part of the settlement includes the option of having credit monitoring done by the very company that incurred a massive data breach of their own, the option seems pretty clear to object to the settlement which is proposed.

*Pam Foutch*

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
                WA-US   SEA

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/S5FO2021

ge Bc

FRI
6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# BEVERLY CRABTREE

PO BOX 1025, WHITLEY CITY, KY 42653

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome  ☑
- Inadequate  ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information was jeopardized and they should have to pay for this.

*BEVERLY CRABTREE*

# Signature Certificate

Document Ref.: **NA5Y9-2FCZN-QV2RY-HAEQK**

Document signed by:



**BEVERLY CRABTREE**

Verified E-mail:
bev_crabtree@yahoo.com

IP: 138.43.140.19 | Date: 19 Nov 2019 14:35:45 UTC

Document completed by all parties on:
19 Nov 2019 14:35:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
INV:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Dow Moran

25 River Drive South Apartment 1006, Jersey City NJ 07310

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑     Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, the penalty as laid out does respect the degree of damages caused by Equifax, nor the gross negligence Equifax had in the handling of sensitive personal information of class members. Due to the rise in consumer data breaches many class members already have credit monitoring as a result of past settlements. The earmarked portion for cash awards if divided evenly among class members would be less than a dollar per person. Additionally the court should recognize that allowing Equifax to offer credit monitoring services as restitution creates a perverse incentive. Equifax itself offers monitoring services and would be the beneficiary of future data breach settlements that followed the precedent of this settlement. Note the proposed monitoring would be provided by Experian who themselves are settling a data breach (case number 8:15-cv-01592).

# Signature Certificate

Document Ref.: **H7A6U-CNC6L-C7UZV-W4UY2**

Document signed by:



**Dow Moran**

Verified E-mail:
dowmoran@gmail.com

IP: 100.8.203.20     Date: 18 Nov 2019 22:09:06 UTC

Document completed by all parties on:
**18 Nov 2019 22:09:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
           WA–US   SEA

RT FRI

6   C
16:30   9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tami Carmer

1043 Graham Avenue, Kent, OH, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They have exposed me to criminals who want to exploit me.  I had to put a freeze on my credit and now can not easily gain access to it.  I had an emergency recently and could not remember all the info that was required to unfreeze my credit right away so I could have access to credit to get a new tire for my car.  I was stranded in more ways than one.  I am tired of companies not spending money on security to keep information such as this safe.

*Tami Carmer*

# Signature Certificate

Document Ref.: **CVRFO-36FDP-GI52W-XRHEJ**

Document signed by:



**Tami Carmer**

Verified E-mail:
tluvspaul@ameritech.net

*Tami Carmer*

IP: 174.104.109.13          Date: 19 Nov 2019 15:21:51 UTC

Document completed by all parties on:
**19 Nov 2019 15:21:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                98121
WA–US  SEA

FRI

6
16:30    9950    C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Terri Martyn

305 Hayden Ave
Oglesby IL 61348

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I do not believe it is fair that the amount of the settlement was lowered. This affected us. We deserve to be compensated.

*Terri Martyn*

# Signature Certificate

Document Ref.: **JTDRM-UEHZ4-VVKWL-YUCD3**

Document signed by:



**Terri Martyn**

Verified E-mail:
tmartyn@comcast.net

*Terri Martyn*

IP: 98.212.99.238   Date: 17 Nov 2019 15:07:23 UTC

Document completed by all parties on:
17 Nov 2019 15:07:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2388          REF:

PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                WA–US  SEA

ge Bc

FRI

6   C

16:30   9950

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Nicki Hernandez

1808 Morgan st Aberdeen 98520

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information was out and it's Not ok

*Nicki Hernandez*

# Signature Certificate

Document Ref.: **K85GT-59JNJ-GMCAT-BCWYI**

Document signed by:



**Nicki Hernandez**

Verified E-mail:
nicki.garcia@ymail.com

*Nicki Hernandez*

IP: 73.225.225.169        Date: **18 Nov 2019 18:39:23 UTC**

Document completed by all parties on:
18 Nov 2019 18:39:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

8L BFIA          98121
WA–US  SEA



FRI

6     C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ashaki Sharpe

165 Randy Grn Btm Rd Lot 9
Walnut  Grove  Ms 39189

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair      ☑   Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not           attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Unfair!!!

*Ashaki Sharpe*

# Signature Certificate

Document Ref.: **MJTMS-YMTD5-YDZR5-36WYM**

Document signed by:

**Ashaki Sharpe**

Verified E-mail
asharpe1307@gmail.com

*Ashaki Sharpe*

IP **108.251.123.219**    Date: **19 Nov 2019 01:29:26 UTC**

Document completed by all parties on:
**19 Nov 2019 01:29:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
INDI
PO:                          DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
                WA–US  SEA

FRI

6   C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# PAUL MOORE

Paul M Moore 224 Ohio Street Box 383 Hinsdale Montana 59241

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome   ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is way to little. It's just a slap on the rist.

*PAULMOORE*

# Signature Certificate

Document Ref.: **4V7BV-YVXPY-F4UJA-GGEWS**

Document signed by:



**PAUL MOORE**

Verified E-mail
moorepaul26@yahoo.com

IP: 76.75.23.75   Date: **19 Nov 2019 14:34:30 UTC**

Document completed by all parties on:
19 Nov 2019 14:34:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6
16:30

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# JONATHAN WEIGEL

17517 10th ave e spanaway, wa 98387

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This has to end I have had my personal information stolen so many times that i already have the free credit monitoring.  If a large company like equifax isnt held responsible it sets a bad precedent for the other companies. If i owned a large company i would make sure that everyones information was secure. Equifax failed to do so and therefore needs to pay the consumers who they hurt.

*JONATHAN WEIGEL*

# Signature Certificate

Document Ref.: **P7QNM-4BECB-TLYPH-BKJNT**

Document signed by:



**JONATHAN WEIGEL**

Verified E-mail:
knightrider282002@yahoo.com



IP: **172.58.45.203**   Date: **19 Nov 2019 15:27:23 UTC**

Document completed by all parties on:
**19 Nov 2019 15:27:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386
INV:          REF:
PO:           DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

ge Bc

## 8L BFIA

98121
WA–US   **SEA**

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jay Beauchamp

620 Nw 196th Court, Edmond OK 73012

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                           attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They are trusted with my info even without my permission, they should be punished for their lack of security more than a slap on the wrist.

*Jay Beauchamp*

# Signature Certificate

Document Ref.: MMSDB-CVSYX-3NY9J-E3KCB

Document signed by:



**Jay Beauchamp**

Verified E-mail
jaybeauchamp@icloud.com

*Jay Beauchamp*

IP: 107.77.200.214   Date: 18 Nov 2019 17:23:16 UTC

Document completed by all parties on:
**18 Nov 2019 17:23:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

FedEx
Express

E

REL#
3765346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
              WA–US   SEA



RTFRI

6     C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Ferguson

2608 9th Ave. Canyon, TX 79015

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair                  ☑     Unduly burdensome  ☐
- Inadequate          ☑
- Unreasonable     ☐

I have objected to no class action settlements in the last five years.

I  will not                            attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This breach has caused tremendous inconvenience and a burden, personally in order to protect my accounts.

*Michael Ferguson*

# Signature Certificate

Document Ref.: 5IZNW-MSCHH-MWRNX-HYSNX

Document signed by:



**Michael Ferguson**

Verified E-mail:
clan.fergus@sbcglobal.net

*Michael Ferguson*

IP: 162.200.14.42    Date: 18 Nov 2019 18:45:54 UTC

Document completed by all parties on:
**18 Nov 2019 18:45:54 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386
PO:                        REF:
INV:                       DEPT:

**FedEx**
Express

E

REL#
3785346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                    98121
                  WA–US  SEA

FRI

6
16:30     C
        9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Christine Sypal

3760 F St. Lincoln NE 68510

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe that such a paltry sum is an unreasonable reparation when so many millions of people's personal data was leaked. People were led to believe that they would receive in excess of $100, and that is the minimum acceptable.

*Christine Sypal*

# Signature Certificate

Document Ref.: **YFAAR-GFG3V-XFMOW-SNWAK**

Document signed by:



**Christine Sypal**

Verified E-mail:
cesypal@gmail.com

IP: 104.218.66.227     Date: 18 Nov 2019 17:04:40 UTC

Document completed by all parties on:
18 Nov 2019 17:04:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INV:              DEPT:
PO:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA

ge Bc

FRI
229    6
16:30    C
9950   bill or pouch here.
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Robert Peterson

614 N Montclair Ave

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                        attend the settlement hearing in person.

I   do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax cannot even manage their own data so why would I want them to monitor my credit?!?!?!  They should settle up and go out of business.  $10.00 is a joke .... $500.00 should be MINIMUM!

*Robert Peterson*

# Signature Certificate

Document Ref.: 4AN56-WXW6Q-ABJRO-ADIT7

Document signed by:



**Robert Peterson**

Verified E-mail:
rspink@sbcglobal.net



IP: 108.218.25.177   Date: 18 Nov 2019 21:41:05 UTC

Document completed by all parties on:
18 Nov 2019 21:41:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                          DEPT:

**FedEx**
Express

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
WA–US  SEA



FRI
6  C
029   16:30  9950   bill or pouch here.
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Phillip Douglas

7000 N Cotton Lane Unit 872
Waddell AZ 85355

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Hello
Any breach of someone's personal information should be prosecuted at the maximum fines.
We entrust companies with our personal information and trust that they protect it at whatever it cost.
Thank you

*Phillip Douglas*

# Signature Certificate

Document Ref.: **IXG6T-ZU9CU-YQRUX-PDKSU**

Document signed by:

**Phillip Douglas**

Verified E-mail:
*runnhorsecowboy@aol.com*

*Phillip Douglas*

IP: 174.254.193.223    Date: **19 Nov 2019 04:13:04 UTC**

Document completed by all parties on:
**19 Nov 2019 04:13:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  *1100 Jnd*

SEATTLE WA 98121
(415) 373-2386       REF:
THU/                   DEPT:
PO:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
          WA-US  SEA



RT FRI

6
16:30

C

029       9950
          11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Andrew Stoecker

140 Five Crowns Way, Encinitas, CA 92024

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The initial settlement terms were only okay, and the change to an amount so much less is reprehensible.
Equifax makes boatloads of money every year and should be held truly accountable by paying out at least
$500 to every person in the class.

*Andrew Stoecker*

# Signature Certificate

Document Ref.: **MRZAD-Y8AD9-MMJ8A-F7P5Z**

Document signed by:



**Andrew Stoecker**

Verified E-mail:
apsteck62@gmail.com

*Andrew Stoecker*



IP: **76.217.130.41**    Date: **18 Nov 2019 19:45:11 UTC**

Document completed by all parties on:
**18 Nov 2019 19:45:11 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386

REF:

DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



RT FRI

6
16:30

C
9950
11.22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Shaun Wagner

2115 Tan Oaks Lane, Apt 1011
Arlington, TX, 76010

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not              attend the settlement hearing in person.

I   expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe Experian needs to learn there lesson about keep personal information safe and secure
Identity theft is no joke I have dealt with it in the past that I why I sided the Experian website but
unfortunately is was comprised

*Shaun Wagner*

# Signature Certificate

Document Ref.: **K9GT8-LRCPO-PJHGQ-YTDPD**

Document signed by:

**Shaun Wagner**

Verified E-mail:
wagner.shaun@yahoo.com

*Shaun Wagner*

IP: 75.87.35.99   Date: 19 Nov 2019 02:55:33 UTC

Document completed by all parties on:
19 Nov 2019 02:55:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



**FedEx**
Express

REF#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  **SEA**

ge Bc

FRI

229   16:30   9950   11.22

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

# Robert Trobliger

41 Highland Terrace, Fords, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to         attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settlement seems to not be equitable or represent a fair settlement to the many millions of people whose data was mishandled.

*Robert Trobliger*

# Signature Certificate

Document Ref.: **3Y5SU-IZGLZ-WGTT6-5L9XV**

Document signed by:



**Robert Trobliger**

Verified E-mail:
rwt205@yahoo.com



*Robert Trobliger*

IP: 75.127.199.94    Date: 14 Nov 2019 13:59:38 UTC

Document completed by all parties on:
14 Nov 2019 13:59:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

ge Bc

**8L BFIA**          98121
              WA-US  **SEA**

RT FRI

029       6    C
        16:30  9950
        11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Lori Tuttle

3 Patten Hill Road, Hillsboro, NH 03244

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Dear Honorable Thomas W. Thrash Jr.,

I am objecting to thie Equifax settlement as I do not feel it fits the "crime".I work very hard for my good credit history and am fearful that my personal data will end up in the wrong hands.
Please send a message to these big companies, and frankly any company that requests our personal information, to be more careful with our data. Otherwise, there will be expensive consequences.
I thank you for your time.
Lori A Tuttle

*Lori Tuttle*

# Signature Certificate

Document Ref.: **VK3UH-UEKSA-ERF9N-NQTFB**

Document signed by:



**Lori Tuttle**

Verified E-mail
arizonatuttles@netzero.net

IP: 69.129.190.2   Date: **18 Nov 2019 18:36:34 UTC**

*Lori Tuttle*

Document completed by all parties on:
**18 Nov 2019 18:36:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386    REF:
INV:
PO:    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA    98121
WA-US  SEA

RT FRI

6
16:30  C

9950 bill or pouch here.
029  11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# SCOTT Apjok

1288 apple orchard lane troutville va 24175

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair             ☑   Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company makes billions a year and we trusted them to protect our information. A slap on the wrist is not enough to insure this doesn't happen again. My time and personal information is worth more than this proposed settlement.

*Scott Apjok*

# Signature Certificate

Document Ref.: **YD6P5-L8GCM-YDPQ8-QGPDW**

Document signed by:



**SCOTT Apjok**

Verified E-mail
pittsteelrs@gmail.com

IP: 73.152.122.6     Date: 18 Nov 2019 18:28:12 UTC

*Scott Apjok*

Document completed by all parties on:
18 Nov 2019 18:28:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express² shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        -REF-

DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
WA–US  SEA

RT FRI

029        6        C
          16:30    9950
                   11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kara Golden

2026 Electric Street Wyandotte MI 48192

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Innumerable people have suffered as a direct result of Equifax's inability to secure very personal data that was entrusted to them. Myself, and many others, gave our absolute trust, in regards to our credit and how it is processed. The pittance offered to these claimants has truly added insult to injury and I believe Equifax can and should do better.

*Kara Golden*

# Signature Certificate

Document Ref.: **YJOKK-U3ZC4-4AWDV-G2UTW**

Document signed by:



**Kara Golden**

Verified E-mail:
lucys245@yahoo.com

IP: 107.77.194.115    Date: 19 Nov 2019 04:19:44 UTC

*Kara Golden*

Document completed by all parties on:
19 Nov 2019 04:19:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:

FedEx
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
          WA–US   SEA



RTFRI
029        6
           16:30   9950
           11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joanna Gilliam

6061 Orangeville Kinsman Rd.  Kinsman, Ohio 44428

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑  Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to the settlement amount. My data is worth more than $5-$10. For obvious reasons, I do not want
Equifax to monitor my credit. I have this service already. Equifax stated an original amount of $150-$250 per
person. This is not a handout, they are not offering free money that greedy people are trying to take
advantage of. People deserve fair compensation.

*Joanna Gilliam*

# Signature Certificate

Document Ref.: **WKUAG-O7KAU-9Z4IP-UGMKP**

Document signed by:



### Joanna Gilliam

Verified E-mail:
joannagilliam68@gmail.com

IP: 72.23.81.135   Date: 18 Nov 2019 20:55:28 UTC

Document completed by all parties on:
**18 Nov 2019 20:55:28 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121

(415) 373-2386          REF:
THU:                   DEPT:
PO:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
          WA–US   SEA



RT FRI

029      6      C
       16:30   9950
              11.22

Bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Robert Worden

24862 US Highway 19 N #2703  Clearwater, FL  33763

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                           attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

That Equifax is getting off so lightly for basically breaching their fiduciary responsibilities and committing an egregious breach of propriety is unconscionable and they should under no circumstances be allowed to get off so lightly, given the billions of dollars they make off my identity and that of others.

*Robert Worden*

# Signature Certificate

Document Ref.: **KDECJ-UDHH7-X4EM8-KHUUX**

Document signed by:



**Robert Worden**

Verified E-mail
wordenbob@yahoo.com



*Robert Worden*

IP: **35.137.243.200**   Date: **19 Nov 2019 02:52:26 UTC**

Document completed by all parties on:
**19 Nov 2019 02:52:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2886        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:

PO:                      DEPT:



**FedEx**
Express

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
WA–US  SEA

RT FRI
029            6      C
              16:30  9950
                     11 22
```

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rosa Li

1107 Fairview Street, Durham, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax received a slap on the wrist for the gross violation of our privacy. We never consented for them to have all of our credit information in the first place, and for them to have such a big data breach and hide it for as long as they did is unconscionable.

*Rosa Li*

# Signature Certificate

Document Ref.: **ECFVB-NFPAC-EJ535-SLJUX**

Document signed by:



**Rosa Li**

Verified E-mail
rosali920@gmail.com

IP: 99.140.246.131     Date: 14 Nov 2019 03:40:25 UTC

Document completed by all parties on:
14 Nov 2019 03:40:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386    REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US   SEA

RTFRI

229    6   C
     16:30  9950
     11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Philip Bonillas

423 E 7th ST Imperial Ca, 92251

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have struggled so much in the past 3 years trying to find out how my identity got stolen why I no longer have 401ks with the companies I worked for and the list goes on I did what I could do to try and fix this myself thinking somehow this was my fault. Paying money I couldn't afford to Lexington Law on trying to have this all corrected. I'm not comfortable with anyone having any personal information of me and I don't feel like an oops we made your life a living hell so here's 125 bucks. I'm a disabled Veteran who tried to commit suicide over all this I still haven't recovered mentally but I'm work in progress. I never gave my consent for this company and others like it  the right to own my information I don't receive payment for allowing them to hold my information all this makes me sick if the shoe was on the other foot and I lost all their money I bet they would sing a different tune.

*Philip Bonillas*

# Signature Certificate

Document Ref.: DKJBN-42LWP-88FHD-B7EEM

Document signed by:

**Philip Bonillas**

Verified E-mail:
pbonillas@icloud.com

*Philip Bonillas*



IP: 108.211.134.43   Date: 19 Nov 2019 13:09:35 UTC

Document completed by all parties on:
19 Nov 2019 13:09:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
THU:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
          WA-US   SEA



BT FRI

6
16.30

C

9950    bill or pouch here.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Christopher Reed

1732 buena Avenue, Berkeley CA, 94703

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I've had to spend hundreds of hours monitoring my financial accounts, changing passwords, and setting up anti-fraud alerts, all of which would not be necessary had Equifax properly secured the consumer data that is central to its business model. My wife and I work full time while raising two young children and every hour that I have to spend reading complex legal documents and scouring news articles about this settlement is one less hour that I get to spend with my family. This has negatively affected my quality of life, to say nothing of the stress and mental toll that this has taken on my family and I. Equifax needs to face real consequences and compensate those whose financial reputations have been put at risk.

*Christopher Reed*

# Signature Certificate

Document Ref.: **GK8AR-TSJKF-EVPV9-FYMDG**

Document signed by:

**Christopher Reed**

Verified E-mail:
ccharlesreed@gmail.com

*Christopher Reed*

IP: **173.164.246.201**    Date: **15 Nov 2019 00:11:59 UTC**

Document completed by all parties on:
15 Nov 2019 00:11:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
              WA–US   SEA



RT FRI
6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Edward Zorrilla

11615 185th St, Artesia, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
10 dollars does not justify the amount of information lost ans stolen and needing to be replaced

*Edward Zorrilla*

# Signature Certificate

Document Ref.: **WWXPH-CPDED-9ZKV6-Z2LQX**

Document signed by:

**Edward Zorrilla**

Verified E-mail:
esgz13@sbcglobal.net

*Edward Zorrilla*

IP: **108.184.27.38**    Date: **18 Nov 2019 17:59:16 UTC**

Document completed by all parties on:
18 Nov 2019 17:59:16 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

10   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



FRI
RT

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jeffrey Brooks

636 Elmhurst Drive, Fort Mill, SC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                     attend the settlement hearing in person.

I   do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My social security number is worth far more then $5. It is corporate arrogance that allows this company to think they can simply pay a small amount of hush money to make this issue go away. It's unacceptable and I patently reject the offer.

*Jeffrey Brooks*

# Signature Certificate

Document Ref.: HMTTF-CAPQM-QNW8M-YE7AX

Document signed by:

**Jeffrey Brooks**

Verified E-mail
jeffbrooks@comporium.net

*Jeffrey Brooks*

IP: 208.104.216.61   Date: 18 Nov 2019 21:25:46 UTC

Document completed by all parties on:
18 Nov 2019 21:25:46 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2772 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386

THU:                    REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                 98121
                WA–US   SEA





RTFRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nicole Adams

409 E Tiverton Way
Lexington, KY 40517

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Hundreds of thousands of people and their personal identities were exposed in this security breach. It is
unacceptable and absurd that a company this size, who we should be able to trust with our most important
data, will be able to walk away unscathed.

*Nicole Adams*

# Signature Certificate

Document Ref.: **CCV4M-JZHH4-DVKBY-ZZQNK**

Document signed by:

**Nicole Adams**

Verified E-mail
nma521@me.com

*Nicole Adams*

IP: 24.95.146.28       Date: 18 Nov 2019 19:56:02 UTC

Document completed by all parties on:
18 Nov 2019 19:56:02 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    ꓶꓵꓺ 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US    SEA

FRI
16:30   9950   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Larry Johnson

2224 50th St, Burtrum, MN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that 5 dollar is a slap in the face....for breaching my info

*Larry Johnson*

# Signature Certificate

Document Ref.: **OQXQC-AF748-TUA7Z-DQHZJ**

Document signed by:

**Larry Johnson**

Verified E-mail
laj@usa.com

*Larry Johnson*

IP: **204.15.157.219**    Date: **18 Nov 2019 18:20:32 UTC**

Document completed by all parties on
**18 Nov 2019 18:20:32 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA         98121
           WA–US  SEA



RTFRI

6
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Casey Hofhenke

1065 Northgate Drive, Willows, CA 95988

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                             attend the settlement hearing in person.

I  do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a service NONE of us signed up for, yet gained our information and then LOST it, putting us at great risk while they make millions!

*Casey Hofhenke*

# Signature Certificate

Document Ref.: **F8NXP-G6X9O-YNJR6-LQ8PE**

Document signed by:

**Casey Hofhenke**

Verified E-mail:
chofhenke@sbcglobal.net

*Casey Hofhenke*

IP: 73.66.188.23     Date: **18 Nov 2019 17:08:44 UTC**

Document completed by all parties on:
18 Nov 2019 17:08:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA            98121
           WA–US  SEA



RT FRI

6
16:30  9950
       22

C

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Nicholas MacDonald

49 , Crescent Quincy Massachusetts 02169

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe that we should be compensated for this breach. I spent and currently still spending time trying to unlock my account.

*Nicholas MacDonald*

# Signature Certificate

Document Ref.: **CHSKZ-UWQVN-ESCNH-FUAEU**

Document signed by:

**Nicholas MacDonald**

Verified E-mail:
nickymacd89@gmail.com

*Nicholas MacDonald*

IP: **24.60.179.193** | Date: **14 Nov 2019 19:51:04 UTC**

Document completed by all parties on:
14 Nov 2019 19:51:04 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#     7781 6173 9950
0201

8L BFIA         98121
           WA-US  SEA

RT FRI

029    6    C
      16:30  9950
      11:22  bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ronda Mims

7112 Idyllwild lane Riverside ,Calif  92503

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object. To this settlement because this is becoming a regular thing breach's all the time and we the consumer are the ones that have to clean up after these corporations time and again a slap on the wrist isn't affecting them to pay attention maybe hitting them where it hurts will the almighty $. Use this as a warning to others that hold our data to pay attention of what is going on or else Thank -you for your time

*Ronda Mims*

# Signature Certificate

Document Ref.: CAGUH-EJCWF-S3QCO-PUTY8

Document signed by:



**Ronda Mims**

Verified E-mail:
rondamims@yahoo.com

IP: 99.153.247.123    Date: 19 Nov 2019 03:25:07 UTC

*Ronda Mims*

Document completed by all parties on:
19 Nov 2019 03:25:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                      DEPT:

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
WA-US  SEA



RTFRI

6     C
16:30
029         9950   rbill or pouch here.
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Alexander Franklin

1573 1st St Lincoln ca 95648

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Companies need to be held accountable for assets in their possession. The value of my information is well over the $125.00 let alone $10.00. Please reconsider the fine and make it appropriate to the crimes against individuals. Thank you.

*Alexander Franklin*

# Signature Certificate

Document Ref.: HJJWU-BMPVW-M8PQJ-SAJBE

Document signed by:

**Alexander Franklin**

Verified E-mail
alexander_franklin2@yahoo.com

*Alexander Franklin*

IP: 64.30.101.82    Date: 18 Nov 2019 20:08:51 UTC

Document completed by all parties on:
18 Nov 2019 20:08:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 Jnd

SEATTLE WA 98121
(415) 373-2386          REF:

DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
WA-US   SEA

ge Bc

FRI

029

6
16:30

9950
11:22

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Terrence Long

5010 West Agatite Avenue, Chicago, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personal information was taken and used fraudulently this past year to open cell phone accounts at different companies. I was able to close one fraud cell phone account quickly with Verizon but have logged over 20 hours of my life attempting to close a fraudulent cell phone account opened at Sprint. Thieves used my information to obtain 5 very expensive cell phones in my name. It is unjust that I have worked so hard to correct something that Equifax has done to me. I have two young kids and wife to attend to so my time is very precious. My information will likely be kept on file with thieves for the rest of my life. The settlement that was reached is truly unfair and inadequate that people like me cannot seek appropriate remedy.

*Terrence Long*

# Signature Certificate

Document Ref.: EXPNI-6ZMRA-55MMF-AUQ5C

Document signed by:



**Terrence Long**

Verified E-mail:
terrencedlong@gmail.com

204.62.118.154   Date: 18 Nov 2019 18:33:17 UTC

Document completed by all parties on:
18 Nov 2019 18:33:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA-US  SEA



RT FRI

029

6
16:30   C
9950   rbill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Patricia Anderson

671 Rains Mill Road
Princeton NC 2756

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I expect      to be represented by an attorney.

Reuben Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.
I need more than a $10. fee for the loss of my data to a who can wrongly use it .

Patricia Anderson

# Signature Certificate

Document Ref.: AD3RW-MVAJD-NJPPG-3PJNW

Document signed by:



**Patricia Anderson**

Verified E-mail
pat020755@gmail.com

*Patricia Anderson*

IP: 172.58.157.113   Date: 19 Nov 2019 12:24:40 UTC

Document completed by all parties on:
19 Nov 2019 12:24:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386       REF:
PO:                DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
WA-US  **SEA**

ge Bc

RT FRI

6   C
16:30
229        9950  bill or pouch here.
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Bruce Wilcoxon

1941 E Ivanhoe St Gilbert, AZ 85295

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement is too minor for such a major breach. It is also not adequate for those affected.

*Bruce Wilcoxon*

# Signature Certificate

Document Ref.: HEW9Z-SPQUG-MEE67-XGJNF

Document signed by:

**Bruce Wilcoxon**

Verified Email:
brucewilcoxon@gmail.com

*Bruce Wilcoxon*

IP: 107.77.245.58    Date: 18 Nov 2019 19:30:41 UTC

Document completed by all parties on:
18 Nov 2019 19:30:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727~~ WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**                    **98121**
                    WA-US  **SEA**

ge Bc

ᴿᵀFRI

6
16.30    **C**
    9950
    11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Erin DeSmit

6540 Summit Ridge Drive, Watauga, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair           ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept that Equifax, a company that makes several billion dollars a year, selling consumers data without their consent. I don't think it's fair that they can buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount. It isn't fair to the consumers and it is unreasonable. Please take this into consideration.

*Erin DeSmit*

# Signature Certificate

Document Ref.: **TFHQR-SZBJO-DXMDQ-CENRU**

Document signed by:

**Erin DeSmit**

Verified E-mail:
lilxerin@yahoo.com

*Erin DeSmit*

IP: 47.185.48.38    Date: 19 Nov 2019 02:50:27 UTC

Document completed by all parties on:
19 Nov 2019 02:50:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV#
PO:                   DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
              WA–US  SEA

ge Bc



RT FRI

6   C
16:30   9950
229      11.22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dina Bouchard

454 George Waterman Rd, Johnston RI 02919 apt B

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It's not fair that we were promised something in the beginning and now they are renegging on it.

*Dina Bouchard*

# Signature Certificate

Document Ref.: VCXN9-ZWWT9-KFRUM-PYVX2

Document signed by:

**Dina Bouchard**

Verified E-mail
cat4864@aol.com

*Dina Bouchard*

IP: 100.40.109.23    Date: 18 Nov 2019 18:54:33 UTC

Document completed by all parties on
18 Nov 2019 18:54:33 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA    (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
          WA–US  SEA

FRI

029     6    C
      16:30  9950
      11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# ChaoHsin Hsu

12273 Alfa Romeo Way, Frisco TX 75033

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The settlement presented is not acceptable.

*ChaoHsin Hsu*

# Signature Certificate

Document Ref.: **ZF92T-WG4AC-ERLYP-9AAKH**

Document signed by:

**ChaoHsin Hsu**

Verified E-mail:
lvz8787-clarence@yahoo.com

*ChaoHsin Hsu*

72.190.74.89    Date: **19 Nov 2019 04:07:18 UTC**

Document completed by all parties on:
19 Nov 2019 04:07:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



FedEx
Express

E

REL#
3765346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
        WA-US  SEA

RT FRI

029    6      C
       16:30  9950
       11:22

ge Bc

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## JoAnna Scroggins

1209 Hazelwood  Borger, TX 79007

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

To give the people $10 for a data breach  that included personal information like credit card numbers and social security numbers is a slap in the  face.  I have spent hours monitoring my credit since this happened, and $10 will not make up for the time lost to check my credit reports every day.

*JoAnna Scroggins*

# Signature Certificate

Document Ref: PVX92-QWWCX-MVM9D-KQM75

Document signed by:

### JoAnna Scroggins

Verified E-mail:
joanna.scroggins@gmail.com

*JoAnna Scroggins*

IP: 72.24.174.243   Date: 18 Nov 2019 19:11:59 UTC

Document completed by all parties on:
18 Nov 2019 19:11:59 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:            DEPT:

FedEx
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA           98121
         WA-US  SEA



RT FRI

6   C
16:30
9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mary Jo Hagey

1954 South Haven Drive, Gladwin, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The projected settlement does not hold the company accountable for the breach. It is a too small of a hit to their bottom line.

*Mary Jo Hagey*

# Signature Certificate

Document Ref: **RWTZV-KYKGF-QG6SJ-BH5UI**

Document signed by:

**Mary Jo Hagey**

Verified E-mail:
johagey@yahoo.com

*Mary Jo Hagey*

IP: 76.133.42.89    Date: 18 Nov 2019 17:12:54 UTC

Document completed by all parties on:
18 Nov 2019 17:12:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA         98121
WA-US  SEA

RTFRI
229         6
         16.30   C
         9950
         11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Randall Hauk

10842 35th Avenue Southwest, Seattle, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not   attend the settlement hearing in person.

I   do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax has been trying to wriggle free from responsibility for this data breach from the moment it became publicly known. They also have worked to shift the burden of protection onto consumers. Their entire industry is based on information management. Information mis-management should have grave consequences at a time when personal data is leveraged so frequently by criminals and can have a strong negative impact on persons, through no fault of their own.

*Randall Hauk*

# Signature Certificate

Document Ref.: JR4ER-NWACZ-BTS6G-8UAC9

Document signed by:

**Randall Hauk**

Verified E-mail:
rghauk@gmail.com

*Randall Hauk*

IP: 70.103.20.164      Date: 18 Nov 2019 16:41:23 UTC

Document completed by all parties on:
18 Nov 2019 16:41:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
WA–US  **SEA**



## *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Melissa Smith

4601 Gold Mine Drive, Sugar Hill, GA  30518

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is unfair to expect Equifax to not be punished for its breach.  It is a large corporation that has millions of dollars to spare, therefore the settlements should be more in line with punishing them.

*Melissa Smith*

# Signature Certificate

Document Ref.: **ENZHU-SHAQV-HBBXW-EYKX9**

Document signed by:

**Melissa Smith**

Verified E-mail
melsmel@bellsouth.net

*Melissa Smith*

IP: 12.4.5.105   Date: 18 Nov 2019 19:36:45 UTC

Document completed by all parties on:
18 Nov 2019 19:36:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**            98121
WA-US  **SEA**

ge Bc

FRI
RT

6     C
16:30
029          9950  bill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brenda Friend

5160 page Avenue Jackson Michigan 49201

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Your privacy has been invaded, and it's a small settlement for the headaches people have had to go thru

*Brenda Friend*

# Signature Certificate

Document Ref.: GBSUH-MPVQQ-RUHJJ-RIGQZ

Document signed by:

**Brenda Friend**

Verified E-mail:
tashaann5397@sbcglobal.net

*Brenda Friend*

IP: 162.226.229.61    Date: 18 Nov 2019 18:09:02 UTC

Document completed by all parties on:
18 Nov 2019 18:09:02 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO. CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:



FedEx
Express

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
WA-US  SEA

FRI
029    6    C
      16:30  9950
      11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## robert baumbach

18448 n 170th ln surprise, az 85374

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The security of my personal info is worth a hell of a lot more than 5 bucks! Just ask Mark Zuckerberg.

*robert baumbach*

# Signature Certificate

Document Ref.: KY7YA-XE3TR-M6YWB-H3ZK5

Document signed by:

**robert baumbach**

Verified E-mail:
raydeeohcrew@hotmail.com

*robert baumbach*

IP: 47.215.241.243    Date: 16 Nov 2019 22:50:14 UTC

Document completed by all parties on:
16 Nov 2019 22:50:14 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121

(415) 373-2386      REF:
THU:
PO:              DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA        98121
WA-US   SEA

rFRI

6
16.30   9950
11:22

C

Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mary Sprowles

8629 Fairmont Way, Fair Oaks, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have considered Equifax to be a trusted credit reporting bureau.  In the United States, there are three major credit bureaus: Equifax, Experian, and TransUnion. I was shocked to find Equifax, one of the trusted credit bureaus lost my information and  they did not report it for quite awhile. I also was upset that then they were charging for identity theft protection.

*Mary Sprowles*

# Signature Certificate

Document Ref   **LXKFJ-KRUGK-FWV9T-KKONG**

Document signed by:

**Mary Sprowles**

Verified E-mail:
sheba317@att.net

*Mary Sprowles*

IP: 99.0.13.190   Date: 19 Nov 2019 20:36:30 UTC

Document completed by all parties on
19 Nov 2019 20:36:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



BULK

Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INU:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA

ge Bc

RT FRI

029

6
16:30

C

9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jennifer Looney

209 Alisha Street, Bristol, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The current settlement amount is unreasonable compared to the potential damage caused by the breach

*Jennifer Looney*

# Signature Certificate

Document Ref.: **ZTYXH-HPCQN-KMJLM-Q4S5E**

Document signed by:



### Jennifer Looney

Verified E-mail:
jlcole1015@gmail.com

*Jennifer Looney*

IP: 141.126.21.77    Date: 18 Nov 2019 20:21:47 UTC

Document completed by all parties on:
**18 Nov 2019 20:21:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL//
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
WA–US  **SEA**



ge Bc

RT FRI

6
16:30

9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Wade Stansbury

127 E. Elm St. Glenwood City, WI 54013

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I don't think the trivial amount of money to each and every person is enough to deter the gross negligence of this ever happening again.

*Wade Stansbury*

# Signature Certificate

Document Ref.: **TUXF8-T2C7V-QOJSE-CYZGS**

Document signed by:



**Wade Stansbury**

Verified E-mail:
wade_o_2005@yahoo.com

*Wade Stansbury*

IP: 69.4.121.167   Date: 19 Nov 2019 02:44:03 UTC

Document completed by all parties on:
19 Nov 2019 02:44:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2306          REF:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
WA–US  **SEA**

RTFRI
6   C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Shelley Gibbeny

224 1st St Hudson IN 46747

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This class action lawsuit needs help they ruined our credit and they expect us to take what $10 that's not going to cure anything I think we all deserve free credit monitoring and the $125 that was initially spoke about and that isn't even enough

*Shelley Gibbeny*

# Signature Certificate

Document Ref.: **QMCWG-GYOL2-C3MBW-GMZ8Y**

Document signed by:



**Shelley Gibbeny**

Verified E-mail:
pitbullmoca@gmail.com

*Shelley Gibbeny*

IP: **107.242.117.55**    Date: **19 Nov 2019 02:26:13 UTC**

Document completed by all parties on:
**19 Nov 2019 02:26:13 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201     7781 6173 9950

8L BFIA          98121
        WA–US   SEA

RTFRI

6      C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Arthur OBrien

8111 North Oregon Avenue, Kansas City, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome  ☑
- Inadequate     ☑
- Unreasonable   ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
WE would lilke a fair and EQUITABLE settlement. THey mak millions, I was potentially compromised. A few bucks is hardle fair compensation.

*Arthur OBrien*

# Signature Certificate

Document Ref.: **9WPGP-Q4XJP-8HHMY-VCEEG**

Document signed by:



**Arthur OBrien**

Verified E-mail:
terandjen@aol.com

*Arthur OBrien*

IP: 138.35.231.100    Date: 18 Nov 2019 18:30:24 UTC

Document completed by all parties on:
**18 Nov 2019 18:30:24 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US  SEA

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Mike CASAD

114 fox creek ln Chatham il 62629

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I expect          to be represented by an attorney.

Casad5@comcast.net

Personal note to The Honorable Thomas W. Thrash Jr.
  My information could be in the hands of anyone and could financially destroy me and my family

# Signature Certificate

Document Ref.: **PPG4X-JLABZ-DPSY9-Q6FRN**

Document signed by:



**Mike CASAD**

Verified E-mail:
casad5@comcast.net

IP: 99.203.15.60      Date: 18 Nov 2019 20:18:08 UTC

Document completed by all parties on:
**18 Nov 2019 20:18:08 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886       REF:
INV:
PO:                DEPT:



FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA-US  SEA

FRI

6  C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Forrest DeSmit

6540 Summit Ridge Drive, Watauga, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept that Equifax, a company that makes several billion dollars a year, selling consumers data without their consent. I don't think it's fair that they can buy their way out of it with a bait-and-switch settlement offer for a fraction of the original amount. It isn't fair to the consumers and it is unreasonable. Please take this into consideration

*Forrest DeSmit*

# Signature Certificate

Document Ref.: HMUYC-7A3GJ-HML22-ABHES

Document signed by:



**Forrest DeSmit**

Verified E-mail:
**fths2@yahoo.com**

*Forrest DeSmit*


IP: 47.185.46.38    Date: 19 Nov 2019 17:20:19 UTC

Document completed by all parties on:
**19 Nov 2019 17:20:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US  SEA

RT FRI
6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tracey Longway

161 Scofield Avenue, Bridgeport, CT, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                          attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Big companies need to be held accountable to consumers when they mess up. It costs the consumer much more in terms of time, money, stress and aggravation trying to straighten out and clean up the mess this company has made to our credit and credit histories.

*Tracey Longway*

# Signature Certificate

Document Ref : MHSUN-ZUNJG-VV2IB-RCYZR

Document signed by:



**Tracey Longway**

Verified E-mail:
redteddybear@optonline.net

IP: 107.77.224.13    Date: 18 Nov 2019 22:12:59 UTC

*Tracey Longway*

Document completed by all parties on:
18 Nov 2019 22:12:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV#
PO:

REF:

DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

RTFRI

029

6
16.30

9950
11:22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Justin Laguna

605 W Yellow Wood Ave
Queen Creek, AZ 85140

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I   am unable to               attend the settlement hearing in person.

I   do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Too many people were affected by this. What's the point of a slap on the wrist? Without effective
punishments there is no reason they would change anything.

*Justin Laguna*

# Signature Certificate

Document Ref.: **DVFWF-URKZ6-FYSQH-5A6V9**

Document signed by:

**Justin Laguna**

Verified E-mail:
uwwlaguna@yahoo.com

*Justin Laguna*

IP: 70.163.228.157   Date: 19 Nov 2019 02:36:33 UTC

Document completed by all parties on:
**19 Nov 2019 02:36:33 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:                          REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**              98121
                    WA–US  SEA

Express

ge Bc

FRI

6
16:30    C
029      9950   bill or pouch here.
         11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Clarence Collier

415 Willobrook Drive Spartanburg S.C.29301

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not     attend the settlement hearing in person.

I do not expect     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Does not have enough money.

*Clarence Collier*

# Signature Certificate

Document Ref.: **QUAZI-D7D5T-PAKTC-JSB9V**

Document signed by:

**Clarence Collier**

Verified E-mail:
bobert52@att.net

*Clarence Collier*

IP: **75.143.251.24**  Date: **19 Nov 2019 06:09:56 UTC**

Document completed by all parties on:
19 Nov 2019 06:09:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(416) 873-2386        REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



RTFRI

6
16:30   C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Randall Hatfield

3383 hwy 29 n Hope Arkansas 71801

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Have had my credit used without my permission and have also had my credit information made public in court

*Randall Hatfield*

# Signature Certificate

Document Ref.: BSUXH-TYB4V-WPBCD-HZXQT

Document signed by:

**Randall Hatfield**

Verified E-mail:
russellvilleflash@yahoo.com

*Randall Hatfield*

IP: 174.236.129.159     Date: 18 Nov 2019 21:38:29 UTC

Document completed by all parties on:
18 Nov 2019 21:38:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shiping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
TKO#
PO:                       DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA            98121
              WA–US  SEA

FRI

6   C
16:30
029          9950
11:22



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jenna Uhl

41 Seacliffe Rd Rochester NY 14622

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☐
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Let's make a statement to this company!  We will not stand by and let this happen!!!

*Jenna Uhl*

# Signature Certificate

Document Ref.: **9TDWS-CCM83-KY7DA-VGRVA**

Document signed by:

**Jenna Uhl**

Verified E-mail
airforcemom2018@yahoo.com

*Jenna Uhl*

IP: 8.9.94.121          Date: 19 Nov 2019 04:06:16 UTC

Document completed by all parties on:
19 Nov 2019 04:06:16 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                    DEPT:



**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
WA–US  SEA

ge Bc

RTFRI
229    6   C
    16:30  9950   bill or pouch here.
    11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Breset Walker

134 West 88th Street, New York, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

| will not          attend the settlement hearing in person.

| do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The amount of administrative time I have needed to waste due to the leakage of my incredibly personal information by an entity I did not particularly want to have it is wildly uncompensated in this settlement as it has been drafted.

*Breset Walker*

# Signature Certificate

Document Ref.: 6PCMA-V42JU-FZC3B-LDBPX

Document signed by:



**Breset Walker**

Verified E-mail
lazarus_star@hotmail.com

*Breset Walker*

IP: 170.149.100.110     Date: 15 Nov 2019 19:50:38 UTC

Document completed by all parties on:
15 Nov 2019 19:50:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2727 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:                DEPT:
PO:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  SEA



RT FRI

229

6
16:30

C

9950
11:22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Melissa A. Falk

2323 W Bay Area Blvd Apt 313; Webster, TX 77598

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair    ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Millions of people were affected by this data breech. The idea that Equifax believes that this can be all taken care of is obscene. Information on the internet is forever. Our identities can be stolen now, or 10 years from now.

*Melissa Falk*

# Signature Certificate

Document Ref.: UWPCR-SM7MT-AYTO7-6JRIH

Document signed by:

**Melissa Falk**

Verified E-mail
mafalk79@comcast.net

*Melissa Falk*

IP: 98.194.229.155   Date: 18 Nov 2019 20:35:40 UTC

Document completed by all parties on:
### 18 Nov 2019 20:35:40 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA           98121
        WA–US  SEA



RT FRI

029

6
16.30

C

9950
11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Juliann Jacobus

3705 W Oregon Avenue
Phoenix, AZ  85019

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I certainly hope yet another corporation gets away with being careless with the average person's data.

*Juliann Jacobus*

# Signature Certificate

Document Ref.: **FZCMU-WBKO9-TXMSC-6LNIE**

Document signed by:

**Juliann Jacobus**

Verified E-mail:
julie_j@comcast.net

*Juliann Jacobus*

IP: 24.56.56.68       Date: 18 Nov 2019 16:50:56 UTC

Document completed by all parties on:
18 Nov 2019 16:50:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA        98121
WA-US  SEA

FRI

6   C
16:30  9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Curtis Talley

219 Eucalyptus Lane, Mesquite, NV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The minimal amount of money that people that have been affected is just a slap in the face. Companies will continue to shirk their responsibility for information security with settlements like this.

*Curtis Talley*