# Exhibit B - 30

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Curtis Talley

219 Eucalyptus Lane, Mesquite, NV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The minimal amount of money that people that have been affected is just a slap in the face. Companies will
continue to shirk their responsibility for information security with settlements like this.

*Curtis Talley*

# Signature Certificate

Document Ref.: 3VGRL-IGGHC-O8WA8-2KYPU

Document signed by:

**Curtis Talley**

Verified E-mail
c.talley1966@gmail.com

*Curtis Talley*

IP: 72.19.59.185    Date: 18 Nov 2019 18:58:39 UTC

Document completed by all parties on:
18 Nov 2019 18:58:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                   DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

## 8L BFIA

98121
WA–US  SEA



RT FRI

029

6
16:30

C

9950
11.22

airbill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Michelle ANDERSON

4417 N HARVARD RD OTIS ORCHARDS WA 99027

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that the settlement is not fair to the people who were ACTUALLY injured by this data breach! The lawyer makes bank and we get pennies!

*Michelle ANDERSON*

# Signature Certificate

Document Ref.: **X7N3W-EHTYG-MQGHP-XE9D3**

Document signed by:



**Michelle ANDERSON**

Verified E-mail:
shellies4@netzero.com

*Michelle ANDERSON*

IP: 107.242.121.5          Date: 18 Nov 2019 23:02:15 UTC

Document completed by all parties on:
18 Nov 2019 23:02:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386         REF:

INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**

98121
WA-US **SEA**

RT**FRI**

029        6      C
        16:30
        9950
        11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Danita Wright Wright

2472 Alabama Ave SE



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   am unable to          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I expect the amount promised. They make more than  enough money with my information to pay as promised.

# Signature Certificate

Document Ref.: **MKDJO-NUPCT-JYCDG-CEBWN**

Document signed by:

**Pam Foutch**

Verified E-mail:
socrmom92@sbcglobal.net

*Pam Foutch*

IP: 107.137.56.149          Date: 19 Nov 2019 07:39:23 UTC

Document completed by all parties on:
19 Nov 2019 07:39:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/S5F02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
TNO:
PO:                DEPT:



FedEx
Express

E

REL//
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
        WA-US  SEA

ge Bc

Express

FRI

6
16:30    C
9950  ‖bill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jack Swan

2925 Wigwam Pkwy,824. Henderson, NV 89074

Received

NOV 2 2 2019

by JND

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

If you have never been a victim of identity theft, then you have absolutely no clue of the time and effort it takes to clean up your report. In my case it took nearly two full years!! Not to mention the credit cards and apartments I've been declined for because of this. This has had a very big impact in my life, and now to find out that I may get less than $10 for all that I've been through! You've got to be kidding me!!

*Jack Swan*

# Signature Certificate

Document Ref.: **UU2LU-LL9MU-MP9SU-UEMIT**

Document signed by:

**Jack Swan**

Verified E-mail:
j2nice136@yahoo.com

*Jack Swan*

IP: 68.104.100.124   Date: 19 Nov 2019 02:41:56 UTC

Document completed by all parties on:
19 Nov 2019 02:41:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA          98121
WA-US  SEA

RTFRI

029     6
16.30

C

9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Ramirez

1916 Rose Marie drive

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑    Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.


I  do not expect                          to be represented by an attorney.




Personal note to The Honorable Thomas W. Thrash Jr.
  Unfair settlement




*Michael Ramirez*

# Signature Certificate

Document Ref.: **RXPJK-AUU5T-TVABU-92UUE**

Document signed by:

**Michael Ramirez**

Verified E-mail
tileisme@aol.com

*Michael Ramirez*

IP: 107.143.235.97    Date: 19 Nov 2019 05:33:53 UTC

Document completed by all parties on:
19 Nov 2019 05:33:53 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA            98121
          WA-US  SEA





RT FRI

6      C
16.30  9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kristi Carney

52 Royal St
Warrenville SC 29851



Received
NOV 2 2 2019
by JND...

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate     ☐
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  am unable to              attend the settlement hearing in person.

I  expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel that the data breach settlement amount is very unfair and costly to the consumer. - me. I would like for this to be rectified quickly and the original amount of the settlement to be held in place!

*Kristi Carney*

# Signature Certificate

Document Ref.: MVSIK-VXWKJ-VBNOH-C6MYL

Document signed by:



**Kristi Carney**

Verified E-mail
lilkrisc@gmail.com

*Kristi Carney*

IP: 75.1.22.224   Date: 18 Nov 2019 17:39:37 UTC

Document completed by all parties on:
18 Nov 2019 17:39:37 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
TRU#
PO:                    DEPT:

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
WA–US  **SEA**



FRI

6     C
16.30
039      9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Tuesday Thomas

4874 3/4 w Adams Blvd
LA CA 90016

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐     Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

the settlement is not equitable enough to secure my faith I do not want them to give me free protection as they already failed to protect me and the initial monetary amount they lied and lowered considerable. I feel they need to in good faith take care of their mistake

*Tuesday Thomas*

# Signature Certificate

Document Ref.: KT9KL-RZWFK-9M3QL-BFDCR

Document signed by:

**Tuesday Thomas**

Verified E-mail
tuesdaystrash@icloud.com

*Tuesday Thomas*

IP: 172.112.82.178    Date: 19 Nov 2019 02:14:24 UTC

Document completed by all parties on:
19 Nov 2019 02:14:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
PO:              DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**        98121
       WA–US  **SEA**



RT**FRI**

029        6
        16:30   C
              9950   rbill or pouch here.
              11:22

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
            WA-US  SEA



RTFRI

029      6          C
      16.30   9950  bill or pouch here.
            11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carrie Rogers

511 Cambridge Dr. Mount Laurel, NJ 08054

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                           attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe that the breach of Equifax was much more detrimental to all of those affected more than the proposed settlement offers.  Everyone affected should be compensated for more than proposal.

*Carrie Rogers*

# Signature Certificate

Document Ref.: PSC4W-QSVME-G5FBG-9GDNX

Document signed by:

**Carrie Rogers**

Verified E-mail:
tolicarrie629@comcast.net

*Carrie Rogers*

IP: 73.198.1.104     Date: 18 Nov 2019 19:36:08 UTC

Document completed by all parties on:
18 Nov 2019 19:36:08 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

E

REL//
3705346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**        98121
                 WA-US  SEA



RT FRI

6   C
229  16:30  9950
      11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lee Unick

1170 E Grover St #A Lynden Wa 98264

Received

**NOV 2 2 2019**

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☐
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Losing my Ss# could potentially cost me thousands.  I want compensation for that

*Lee Unick*

# Signature Certificate

Document Ref.: **AQFIZ-DJQMP-D6JM7-PTUJD**

Document signed by:

**Lee Unick**

Verified E-mail:
amnunick@aol.com

*Lee Unick*

IP: **172.58.45.42**   Date: **18 Nov 2019 17:26:09 UTC**

Document completed by all parties on:
**18 Nov 2019 17:26:09 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:          REF:
PO:           DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA



RTFRI

6
16:30  9950
11:22

C

bill or pouch here.



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Brandon Lowden

77 Vermilyea Avenue B52 New York NY 10034



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is barely a slap on the wrist, and will have an utterly negligible effect on the perpetrators. This sends a signal to the MANY big corporations playing fast and loose with personal data that there will be no consequences for their failure to protect that data.

# Signature Certificate

Document Ref.: QUQYU-YGPPP-ZCBEH-J7CBP

Document signed by:

**Brandon Lowden**

Verified E-mail
brandonlowden@gmail.com

IP: 72.229.138.61   Date: 15 Nov 2019 07:30:13 UTC

Document completed by all parties on:
15 Nov 2019 07:30:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386      REF:
THU:
PO:                    DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA            98121
              WA–US  SEA

RT FRI

Fill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lynda Gokey

6704 South Oakland Road, Superior, WI, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☑
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I   will not              attend the settlement hearing in person.

I   do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Just the worry over this itself is worth more. Please don't let them get away with this.

*Lynda Gokey*

# Signature Certificate

Document Ref.: **ZWI4T-H6AYH-PCTGK-RZFB5**

Document signed by:

**Lynda Gokey**

Verified E-mail:
bend45back@yahoo.com

*Lynda Gokey*

IP 184.100.213.229   Date: 19 Nov 2019 05:38:49 UTC

Document completed by all parties on:
19 Nov 2019 05:38:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFQ2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
WA-US  SEA

ge Bc



RT FRI

229

6
16:30

C
9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Michael Steele

6785 East Waverly Avenue, Redding, CA, USA


Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑     Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think that these excessively large corporations have an obligation to protect all of the data that they collect on ALL of us. When they do not protect this information vigorously, they should be punished. We should be compensated for the problems that these breaches cause to the public.
Thank you.

*Michael Steele*

# Signature Certificate

Document Ref.: UHR5B-DBBWY-42Q8Y-4WHAA

Document signed by:

**Michael Steele Steele**

Verified E-mail
big962003@sbcglobal.net

*Michael Steele*

IP: 68.185.64.238    Date: 18 Nov 2019 18:34:47 UTC

Document completed by all parties on:
18 Nov 2019 18:34:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

INV:                DEPT:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 0201  7781 6173 9950

8L BFIA          98121
WA-US    SEA



RT FRI

029    6
16:30  9950
11:22    C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Greg Felt

8429 South 20th Street, Phoenix, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not              attend the settlement hearing in person.

I  do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It's time we sent big business a message that this must STOP.
A $10 settlement is a joke & will have almost no impact on Equifax.

*Greg Felt*

# Signature Certificate

Document Ref.: VUHGK-O93YQ-MJIRP-CPHGZ

Document signed by:



**Greg Felt**

Verified E-mail:
gregnruby@cox.net

IP: 4.31.188.58   Date: 18 Nov 2019 19:02:57 UTC

Document completed by all parties on:
18 Nov 2019 19:02:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                      DEPT:

**FedEx**
Express

E

REL//
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
WA–US   SEA

RTFRI

6
16:30   C

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Barnes

15503 Chester Landing Circle, Cypress, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe the terms of the proposed settlement are unfair due to the fact that my social security number is now out there for anyone with nefarious intentions to find. It will be out there for the rest of my life and there is no way to recover it. I am now also tasked with signing up for a credit monitoring service and then I must find a way to make sure my information is not used without my consent.

I was unaware that my information was compromised until late this years and I have already had two accounts compromised (Carecredit and ATT ) and cleaning the mess up was a nightmare. This settlement IS NOT acceptable and I would like to reserve the right to my own legal recourse..

*James Barnes*

# Signature Certificate

Document Ref.: **43NEV-XUDSZ-2BELU-BPHEH**

Document signed by:

**James Barnes**

Verified E-mail:
jamesrbarnes1986@yahoo.com

*James Barnes*

IP: 73.208.247.192          Date: 19 Nov 2019 00:28:33 UTC

Document completed by all parties on:
19 Nov 2019 00:28:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                        DEPT:

FedEx
Express

E

REF#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA



FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Pamela Lewis

PO BOX5807

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They wish to pay less than 5-10% of what they stated they were going to pay. This si bait and switch and not only immoral but unjust especially from a company that makes billions.

*Pamela Lewis*

# Signature Certificate

Document Ref.: **UI3OC-RK39C-ZB74G-SZTCK**

Document signed by:

**Pamela Lewis**

Verified E-mail:
pjangel1970@gmail.com

*Pamela Lewis*

IP: 98.223.44.171    Date: **19 Nov 2019 04:31:57 UTC**

Document completed by all parties on:
**19 Nov 2019 04:31:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:

**FedEx**
Express

**E**

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**        **98121**
WA-US  **SEA**

RT FRI

229     6    C
       16.30  9950
       11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Jennifer Phelps

1545 27th St, Des Moines, IA 50311, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is basically a slap in the face to millions of Americans whose lives have been financially affected by this breach.  We entrust these companies with our personal details, details that can, if in the wrong hands, completely devastate a person's financial life, in addition to causing mental and emotional strain. Some people were inconvenienced by having to update payment information due to debit/credit cards cancelled and re-issued; others spent countless hours attempting to stop the harming effects of identity theft as a result of the breech. Sometimes the only way an industry learns is by financial consequence.

*Jennifer Phelps*

# Signature Certificate

Document Ref.: 558LR-PJMKZ-AYXKX-KL3R8

Document signed by:

**Jennifer Phelps**

Verified E-mail:
phelpsgurl@gmail.com

*Jennifer Phelps*

IP: 167.142.62.86       Date: 18 Nov 2019 20:47:35 UTC

Document completed by all parties on:
18 Nov 2019 20:47:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF#:
THU#
PO#                        DEPT#

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                    98121
                   WA–US  SEA



ge Bc

RTFRI

229          6
        16.30   9950   irbill or pouch here.
                11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## michelle hunt

1406 Towson Street, Baltimore, MD, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
n/a

*michelle hunt*

# Signature Certificate

Document Ref.: **JCXT9-9MJY8-KRGRO-XVHLB**

Document signed by:

**michelle hunt**

Verified E-mail
hunt1406@yahoo.com

*michelle hunt*

IP: 69.250.217.187   Date: 18 Nov 2019 22:37:06 UTC

Document completed by all parties on:
18 Nov 2019 22:37:06 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
WA–US   SEA

ge Bc

RT FRI

6   C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Doreen Bahnfleth

12209 magnolia grove ln hudson fl 34667

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They caused me so much trouble I wasted time trying to straighten my credit out

*Doreen Bahnfleth*

# Signature Certificate

Document Ref.: **KCFIZ-P6YLE-5VKBC-YMTTK**

Document signed by:



**Doreen Bahnfleth**

Verified E-mail:
garthd48@gmail.com

*Doreen Bahnfleth*

IP: 35.139.16.86    Date: 19 Nov 2019 02:49:49 UTC

Document completed by all parties on:
19 Nov 2019 02:49:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA–US   SEA

RT FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mary Langehaug

Po box 357 Maddock ND 58348

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
No

*Mary Langehaug*

# Signature Certificate

Document Ref.: **U9DUJ-TZ6UM-WEAJ6-DHX46**

Document signed by:



**Mary Langehaug**

Verified E-mail:
marynell82@yahoo.com

IP: 74.207.137.69   Date: 19 Nov 2019 03:18:17 UTC

Document completed by all parties on:
19 Nov 2019 03:18:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA          98121
          WA-US  SEA

ge Bc

RT FRI

6
16:30   9950

C



## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Andrew Greene

5350 August St Philadelphia Pa 19137

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

If I may say, your honor - the offered settlement will not be any kind of a deterrent to other companies who may mistreat consumer data in the first place.

We cannot opt out of credit reporting; we cannot select our own reporting companies, so the usual market forces cannot be used to bring these companies in line - how do you boycott a credit reporting agency???

*Andrew Greene*

# Signature Certificate

Document Ref.: **EPJJT-G2HBB-RZQ2C-C2Q8Q**

Document signed by:

**Andrew Greene**

Verified E-mail:
blaze11@comcast.net

*Andrew Greene*

IP: 71.185.183.245    Date: 18 Nov 2019 21:34:50 UTC

Document completed by all parties on:
**18 Nov 2019 21:34:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
IND:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA





FRI

6
16:30   9950   C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lynne Holden

388 genteel ridge rd. Wellsburg WV 26070

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It's infair and needs to be a higher adjustment.  It's my information that was breached.

*Lynne Holden*

# Signature Certificate

Document Ref.: WMDMX-W5NXD-ERRLF-4VTUY

Document signed by:

**Lynne Holden**

Verified E-mail:
mommabeann43@yahoo.com

*Lynne Holden*

IP: 174.229.10.61    Date: 18 Nov 2019 21:38:44 UTC

Document completed by all parties on:
**18 Nov 2019 21:38:44 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200 1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:



**FedEx**
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
INU:
0201

8L BFIA          98121
          WA–US  SEA



RTFRI

6  C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Anastasia Cribari

600 N Colorado St Apt 304B Gunnison, Colorado 81230

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personal information was breached, it has left my children and I vulnerable to the consequences of such actions. Including but mot limited to housing issues, credit/loan problems ect and I'm only 30 years old trying to repair damaged credit and identity theft issues is going to cost money for years. And due to this my family will suffer. It is not fair and absolutely not okay that a huge company allows this to happen and they don't have to deal with the repercussions. $25 doesn't even cover the cost of one days worth of food how is it supposed to help cover costs for the damages of  letting my ss # and personal information be leaked into threw  dark webs grasps.:

*Anastasia Cribari*

# Signature Certificate

Document Ref.: **ONQDP-5O5PS-PI894-SK6FJ**

Document signed by:



**Anastasia Cribari**

Verified E-mail
scribari89@gmail.com

*Anastasia Cribari*

IP: 76.69.81.235    Date: **17 Nov 2019 11:02:25 UTC**

Document completed by all parties on:
**17 Nov 2019 11:02:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
IND:
PO:                      DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jessie Berg

656 Dakota Ave North
Huron, SD 57350

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Consumers will not accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*Jessie Berg*

# Signature Certificate

Document Ref.: 5YP84-XQARZ-2RSPJ-AJQJ4

Document signed by:

**Jessie Berg**

Verified E-mail:
jessieberg847@yahoo.com

*Jessie Berg*

IP: 107.77.210.229      Date: 19 Nov 2019 19:47:41 UTC

Document completed by all parties on:
19 Nov 2019 19:47:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         -REF:

PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**            98121
             WA-US   **SEA**



FRI

6
16:30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Matthew Holloway

136 Paine St
Riverside, NJ  08075

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                    attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I do not believe it is adequate

*Matthew Holloway*

# Signature Certificate

Document Ref.: **Q4JHM-HTEZO-GRMDE-YRHFC**

Document signed by:

**Matthew Holloway**

Verified E-mail:
mlh1@me.com

*Matthew Holloway*

IP: 76.116.74.130          Date: 18 Nov 2019 19:25:42 UTC

Document completed by all parties on:
**18 Nov 2019 19:25:42 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 2 2 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Reyes

1217 Burkhart Avenue, San Leandro, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is unreasonable for the damage done by these companies to just get by with a minimum type of judgement against them.

*Michael Reyes*

# Signature Certificate

Document Ref.: **Z2PVK-XYHVA-EEBEG-PAWN5**

Document signed by:

**Michael Reyes**

Verified E-mail:
a5pnt02go@aol.com

*Michael Reyes*

IP: 99.72.156.17          Date: 19 Nov 2019 02:43:22 UTC

Document completed by all parties on:
19 Nov 2019 02:43:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                    98121
                         WA-US  SEA

FRI

6   C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# David Kiser

8650 Wesleyan Drive Apt 512 Fort Myers FL 33919

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                     attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This tiny bit of money is not fair or reasonable, considering the complete breach of so many social security numbers.

*David Kiser*

# Signature Certificate

Document Ref.: **YQDF6-MY56Q-XWHRT-MASCK**

Document signed by:

**David Kiser**

Verified E-mail
davekiser3@gmail.com

*David Kiser*

IP: 172.58.11.128     Date: 18 Nov 2019 19:29:13 UTC

Document completed by all parties on:
**18 Nov 2019 19:29:13 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                           DEPT:

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201    7781 6173 9950

**8L BFIA**                    98121
                      WA–US   SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Randall Czapiewski

2326 Kane St. Lacrosse WI. 54603

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☑
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I just want a fair shake in this whole mess. I don't want a zillion dollars, this whole thing could go on for decades. Who knows, but because I take a measly settlement for a few dollars now or anytime in the future would mean this case is anything but close to being done. After they settle the only people that should be celebrating is the attorney's.

*Randall Czapiewski*

# Signature Certificate

Document Ref.: **ICMVO-AY9TJ-ENLZQ-P6BZD**

Document signed by:

**Randall Czapiewski**

Verified E-mail
czap999@yahoo.com

*Randall Czapiewski*

IP: 24.241.156.162       Date: 19 Nov 2019 03:30:54 UTC

Document completed by all parties on:
19 Nov 2019 03:30:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                    WA–US   SEA

ge Bc

RTFRI

6   C
16:30   9950
bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kristi Wann

6412 E Dallas St
Broken Arrow, OK 74014

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Please reconsider this. The settlement is completely unfair to so many people.

*Kristi Wann*

# Signature Certificate

Document Ref.: **SUSIM-DNUN9-Y6MAA-QLP2C**

Document signed by:

**Kristi Wann**

Verified E-mail:
kristi1334@aim.com

*Kristi Wann*

IP: 72.213.143.177    Date: 19 Nov 2019 04:09:17 UTC

Document completed by all parties on:
**19 Nov 2019 04:09:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
        WA–US   SEA

RT FRI

6    C
16:30  9950
```

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kristen Crawford

1540 Presley Drive, Cassville, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This each has seed all sorts of heartache for us, both emotional stress and financial ruin. We have seen our credit report go from outstanding to poor. Equifax needs to be held accountable.

*Kristen Crawford*

# Signature Certificate

Document Ref.: **EJVQB-UEDNZ-RTTLG-PMLK7**

Document signed by:

**Kristen Crawford**

Verified E-mail:
emiejo1967@yahoo.com

*Kristen Crawford*

IP: 8.38.255.153          Date: 19 Nov 2019 03:42:09 UTC

Document completed by all parties on:
19 Nov 2019 03:42:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 ALVARADO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386

**FedEx**
Express

**E**
REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA

ge Bc

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Christine Clare

1366 West 27th Street, San Pedro, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☐
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think that the revised settlement amount is inadequate for a company that makes billions of dollars per year.  This company is supposed to protect our identity and keep our information safe, that was their prime goal.  Instead they had an extensive data breach and hid it until it was was exposed.
The only way to prevent this from recurring is to financially make it noticeable to the company.

*Christine Clare*

# Signature Certificate

Document Ref.: HRMVX-RQEMA-CGPT2-PPE8X

Document signed by:

**Christine Clare**

Verified E-mail:
yogiclare@yahoo.com

*Christine Clare*

IP: 72.203.120.244   Date: 19 Nov 2019 03:41:34 UTC

Document completed by all parties on:
19 Nov 2019 03:41:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  **SEA**

FRI

6   C
16.30

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Karen Hiatt

1408 Teasley Lane #2124, Denton TX 76205

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

With all due respect your Honor, the reduction in the settlement is inadequate and does not even begin to cover the costs I've had to endure to repair my credit, due to the identity theft I suffered, as a result of this data breach. It is unreasonable and unfair to me and everyone else this company put into this position. Please take the appropriate actions in holding this company responsible and compensating the individuals they harmed with their carelessness.

*Karen Hiatt*

# Signature Certificate

Document Ref.: FBC5M-WECT2-AT4HR-GTRPS

Document signed by:

**Karen Hiatt**

Verified E-mail:
karenhiatt01@yahoo.com

*Karen Hiatt*

IP: 47.186.232.189   Date: 18 Nov 2019 16:53:19 UTC

Document completed by all parties on:
**18 Nov 2019 16:53:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 2 2 2019

Align top of FedEx Express shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:              DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

**8L BFIA**                    98121
                    WA–US   SEA

FRI

6   C
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ronald Martin

505 E Lafayette St  Olney, Il 62450

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Thos is entirely  un fair and should be treated with great care , probably the reason  i have so many scam
 attempts against  me .

*Ronald Martin*

# Signature Certificate

Document Ref.: **XZGUQ-AU7X7-RKUKH-YUA3O**

Document signed by:



**Ronald Martin**

Verified E-mail
rbmarti74@yahoo.com

IP: 174.253.84.209    Date: 19 Nov 2019 02:45:23 UTC

*Ronald Martin*

Document completed by all parties on:
**19 Nov 2019 02:45:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992947/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                        DEPT:

FedEx
Express

E

REL#
3785346



FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
                    WA-US   SEA

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Sarah Dardick

1255 Taraval Street, Apt. 102, San Francisco, CA 94116

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My information has been found multiple times on the dark web since this breach despite the fact that I am meticulous about maintaining my privacy. I have spent months trying to "clean up" what was almost definitely the result of this data breach.

*Sarah Dardick*

# Signature Certificate

Document Ref.: 5B3T3-NEUOH-LO8CQ-2XJ4W

Document signed by:

**Sarah Dardick**

Verified E-mail:
bluestblood@gmail.com

*Sarah Dardick*

IP: 71.202.122.67     Date: 17 Nov 2019 07:14:51 UTC

Document completed by all parties on:
**17 Nov 2019 07:14:51 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                   DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA-US   SEA



FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Stephen Albinda

5102 E. Piedmont Rd #2250 Phoenix, AZ 85044

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

After what has happened via Equifax's negligence, both my wife and I have found our names on the Dark Web in several places. We had to use a different credit monitoring service just to ensure that we get a 3rd party view of the repercussions of this breach. We should not have had to do this. Equifax has broken its fiduciary duty, and they need to adequately compensate their customers.

*Stephen Albinda*

# Signature Certificate

Document Ref.: 8SZDU-QQE7W-RFRWD-ENGXG

Document signed by:

**Stephen Albinda**

Verified E-mail:
stephen.albinda@live.com

*Stephen Albinda*

IP: 63.229.87.67    Date: 18 Nov 2019 20:17:21 UTC

Document completed by all parties on:
**18 Nov 2019 20:17:21 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                  98121
             WA–US   SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Gretchen Thomas

9936 11th Ave S Bloomington,  MN 55420

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please hold them accountable for this. My identity was stolen and it's taken me years and years to clear up

*Gretchen Thomas*

# Signature Certificate

Document Ref.: **6MAXZ-NYBNG-CA4JQ-HB2IF**

Document signed by:

**Gretchen Thomas**

Verified E-mail:
gretchen.houle46@yahoo.com

*Gretchen Thomas*

IP: 65,128.233.255    Date: 18 Nov 2019 20:08:35 UTC

Document completed by all parties on:
18 Nov 2019 20:08:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US  SEA

RT FRI

6    C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Lisa Burr

900 Bull Run Rd, Northfield. VT 05663

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                            attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax can afford a bigger penalty, and deserves one.

*Lisa Burr*

# Signature Certificate

Document Ref.: **NY7BF-TUNFR-SSBQ8-XGENS**

Document signed by:



**Lisa Burr**

Verified E-mail
lisastacy@me.com

*Lisa Burr*

IP 69.131.53.71    Date 18 Nov 2019 18:47:57 UTC

Document completed by all parties on:
18 Nov 2019 18:47:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200 

SEATTLE WA 98121

(415) 373-2386
PO:                          REF:
INV:                         DEPT:

FedEx
Express

E

REL#
37B6346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA



RT FRI
6   C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Todd Feury

470 Wildwood Avenue
Lewisburg, WV 24901

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair        ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                   attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They should have to pay for not securing our personal information. It is not my fault they allowed tgis to happen. Now I will be in worry that someone may use my information in a malicious way.

*Todd Feury*

# Signature Certificate

Document Ref: **YP68X-HYCJZ-VIM4V-SQFAU**

Document signed by:



**Todd Feury**

Verified E-mail:
toddfeury@yahoo.com

*Todd Feury*

IP: 107.77.241.41    Date: 18 Nov 2019 22:08:41 UTC

Document completed by all parties on:
**18 Nov 2019 22:08:41 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA                98121
            WA–US    SEA

ge Bc

RT FRI

6  C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Maria Milligan

9546 Mandell Road, Perrysburg OH 43551

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not     attend the settlement hearing in person.

I  do not expect     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

How is it lawful to have a large company that is in charge of keeping track of your credit security get out of paying for their mistake?

*Maria Milligan*

# Signature Certificate

Document Ref.: **N4HER-UFHZM-EQHFN-FXOCP**

Document signed by:



**Maria Milligan**

Verified E-mail:
mariamilligan@att.net

*Maria Milligan*

IP: 72.240.156.201     Date: **18 Nov 2019 17:29:09 UTC**

Document completed by all parties on:
18 Nov 2019 17:29:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886      REF:

PO:      DEPT:

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA—US   SEA



RT FRI

6
16:30   C

9950   bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Forrest DeSmit

6540 Summit Ridge Drive, Watauga, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept that Equifax, a company that makes several billion dollars a year, selling consumers data without their consent. I don't think it's fair that they can buy their way out of it with a bait-and-switch settlement offer for a fraction of the original amount. It isn't fair to the consumers and it is unreasonable. Please take this into consideration

*Forrest DeSmit*

# Signature Certificate

Document Ref.: HMUYC-7A3GJ-HML22-ABHES

Document signed by:

**Forrest DeSmit**

Verified E-mail
fths2@yahoo.com

*Forrest DeSmit*

IP 47.185.48.36    Date: 19 Nov 2019 17:20:19 UTC

Document completed by all parties on:
19 Nov 2019 17:20:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6S92941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:

PO:                              DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**          98121
WA—US   **SEA**

ge Bc

FRI

6   C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# CAROL MATSON

2271a South Koke Mill Road, Springfield, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not a reasonable settlement.

*carol matson*

# Signature Certificate

Document Ref.: **KFXSU-JYDPP-G9VBF-S5OJM**

Document signed by:

**carol matson**

Verified E-mail
bcmatson@sbcglobal.net

*carol matson*

IP: 24.12.24.39        Date: 18 Nov 2019 16:37:07 UTC

Document completed by all parties on:
18 Nov 2019 16:37:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US   **SEA**

ge Bc

RTFRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Greg Felt

8429 South 20th Street, Phoenix, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  It's time we sent big business a message that this must STOP.
  A $10 settlement is a joke & will have almost no impact on Equifax.

*Greg Felt*

# Signature Certificate

Document Ref.: VUHGK-O93YQ-MJIRP-CPHGZ

Document signed by:

**Greg Felt**

Verified E-mail
gregnruby@cox.net

*Greg Felt*

IP: 4.31.188.58   Date: 18 Nov 2019 19:02:57 UTC

Document completed by all parties on:
18 Nov 2019 19:02:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Richard Amon

7344 Mockingbird Trail, Riverdale, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

n/a

Personal note to The Honorable Thomas W. Thrash Jr.

consumers will not accept a slap on the wrist for a company that makes several billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if with a bait-and-switch settlement offer for a fraction of the original amount.

*Richard Amon*

# Signature Certificate

Document Ref.: **RDGPN-SRVWX-FVFXP-NMM6P**

Document signed by:

**Richard Amon**

Verified E-mail:
southernoutlaw1980@att.net

*Richard Amon*

IP: 24.99.69.74   Date: 18 Nov 2019 19:47:15 UTC

Document completed by all parties on:
**18 Nov 2019 19:47:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INF/
PO:              DEPT:

FedEx
Express

E

REL/
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
        WA-US   SEA



RT FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marc Bendler

1264 Merrill Ave, Algonquin, IL 60102

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
To continue to let big corporations get away with mishandling data with just a mere slap on the wrist is an insult to everyone that was affected. The time is now to drop the hammer and set a new precedent.

*Marc Bendler*

# Signature Certificate

Document Ref.: **VY7HW-FGBWU-KD9FR-WJUU4**

Document signed by:



**Marc Bendler**

Verified E-mail:
marcbjr2@yahoo.com

*Marc Bendler*

IP: 174.197.7.235    Date: **18 Nov 2019 16:47:25 UTC**

Document completed by all parties on:
**18 Nov 2019 16:47:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Laurance Specht

243 McDonald Avenue 5D  Brooklyn NY 11218

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settlement is a slap on the wrist to a company that makes billions and has exposed millions to possible fraud.

*Laurance Specht*

# Signature Certificate

Document Ref.: **J3IPE-ORVUH-ZC7UA-JK7YS**

Document signed by:



**Laurance Specht**

Verified E-mail:
ljspecht55@yahoo.com

IP: **74.71.204.254**   Date: **19 Nov 2019 02:56:18 UTC**

Document completed by all parties on:
**19 Nov 2019 02:56:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6592941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886                REF:

PO:                           DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P

EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**

98121
WA-US   **SEA**



FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## William Clardy

150 mulberry st lewisburg KY 42256

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax being a credit reporting agency knew the rusk they were taking and had nore then enough time and resources to secure themselves aginst this and future attacks. For no reason should they be allowed to slide on there mistake and fully be held responsible for there neglect

William Clardy

# Signature Certificate

Document Ref.: **SBGUJ-MZHX7-RZTBT-FDY4D**

Document signed by:



**William Clardy**

Verified E-mail
thewmc3@yahoo.com

*William Clardy*

IP: 68.38.23.13   Date: 19 Nov 2019 03:19:09 UTC

Document completed by all parties on:
**19 Nov 2019 03:19:09 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:



**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
           WA-US  SEA



FRI

6
16:30   9950

C

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Mary Joseph

908 52nd ave blvd w
Bradenton fl 34207

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not             attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   This settlement is unfair..my personal details were not protected by equifax and caused me much stress.

*Mary Joseph*

# Signature Certificate

Document Ref.: QXJFE-2SZH5-KF2Z9-CJDSX

Document signed by:

**Mary Joseph**

Verified E-mail
mkjoseph@msn.com

*Mary Joseph*

IP: 172.58.175.130   Date: 19 Nov 2019 02:02:09 UTC

Document completed by all parties on:
19 Nov 2019 02:02:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV#
PO:                    DEPT:

FedEx
Express

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER


ge Bc

TRK#   7781 6173 9950
0201

8L BFIA          98121
           WA-US  SEA

RT FRI

6      C
16:30
       9950
029    11:22   bill or pouch here

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Benjamin Kubasiak

626 Attica st Pittsburgh pa 15220

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to   attend the settlement hearing in person.

I do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It's unfairly. And unreasonable,

*Benjamin Kubasiak*

# Signature Certificate

Document Ref.: DBYNE-S3ZPV-TA25P-DZI5W

Document signed by:



**Benjamin Kubasiak**

Verified E-mail
benjamin.kubasiak@comcast.net

*Benjamin Kubasiak*

IP: 24.3.211.21    Date: 18 Nov 2019 19:57:02 UTC

Document completed by all parties on:
18 Nov 2019 19:57:02 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:              DEPT:
PO:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA



RT FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jesse Anderson

9852 Rimstone Dr. Forth Worth, TX 76108

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

An obscenely profitable company ignored a known security vulnerability, thereby opening millions of people's private data up to anyone smart enough to exploit the vulnerability. The theft of my personal information could have cost me an enormous amount of time and money, and the discussed settlement amount is simply nowhere near in line of the potential damages--damages which still may happen at a later date, as the stolen information cannot simply disappear into the aether.

*JESSE Anderson*

# Signature Certificate

Document Ref.: **U9MT6-BZN7V-CV9LL-AINTW**

Document signed by:

**JESSE Anderson**

Verified E-mail
jesse_s_anderson@yahoo.com

*JESSE Anderson*

IP: 75.11.233.254    Date: 18 Nov 2019 16:54:29 UTC

Document completed by all parties on:
18 Nov 2019 16:54:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2886          REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3766346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



FRI

6    C
16.30   9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Lester Furry

9470 Ivy Brook Run #806 Ft Myers,Fl 33913

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                  attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Letting our privacy out is a. big thing, a slap on the wrist is not enough,these companies make millions while we survive!

*Lester Furry*

# Signature Certificate

Document Ref.: **FDJA4-XP2YG-ZBQDH-H9S8N**

Document signed by:



**Lester Furry**

Verified E-mail:
les.furry@yahoo.com

*Lester Furry*

IP: 172.58.11.149          Date: **19 Nov 2019 03:49:57 UTC**

Document completed by all parties on:
19 Nov 2019 03:49:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                    REF:              DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA



RT FRI

6
16:30   C

9950  bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Diana Merino

350 North Lafayette Road, Metuchen, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to the settlement because it absolves the large company involved from the responsibility of protecting their customers personal information.  Companies should be held accountable for the consumer data they handle.

*Diana Merino*

# Signature Certificate

Document Ref.: JFTEL-P3KZ5-FBDDU-ESXRY

Document signed by:

**Diana Merino**

Verified E-mail
akwarius79@aol.com

*Diana Merino*

IP: 73.80.71.242    Date: 19 Nov 2019 13:16:18 UTC

Document completed by all parties on:
19 Nov 2019 13:16:18 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



FedEx Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                  DEPT:

**FedEx**
Express

**E**

REF#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**                    **98121**
                     WA-US   **SEA**

RT FRI



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Eric Luongo

269 Ludel Terrace
Lackawanna, NY 14218

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to                attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Thousands of people have been put at risk due to the carelessness of Equifax. Having serve as both the LAN administrator aboard two ships, and as the Top Secret Control officer while in the Navy, I know the importance of what transpired. This is not to be taken lightly, nor is the sought penalty steep enough.

*Eric Luongo*

# Signature Certificate

Document Ref. O52LG-CSQZ7-2Y9PC-6IF2X

Document signed by:

**Eric Luongo**

Verified E-mail
tiger9853@yahoo.com

*Eric Luongo*

IP 174.224.13B.62    Date 19 Nov 2019 03:20:38 UTC

Document completed by all parties on:
19 Nov 2019 03:20:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA

RT FRI
6 C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Dennis Yu

259 Clara Street, APT 302 San Francisco, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                            attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement serves to enrich the lawyers of the class action lawsuit, and not much else.  Equifax has no only committed a horrendous act in failing to protect the private information of every day Americans, but has continued to treat Americans as a commodity upon which the corporation can continue to enrich itself on.  It appalls me that Equifax has been given a slap on the wrist here, and I hope you'll reassess the harm that has been done by Equifax, and reconsider whether the damages assessed here account for the consequences of Equifax's actions and inactions.

*Dennis Yu*

# Signature Certificate

Document Ref.: **DLCDW-FGVGQ-8PSPV-TVWSN**

Document signed by:

**Dennis Yu**

Verified E-mail
dennisyu319@gmail.com

*Dennis Yu*

IP: 136.24.212.11   Date: **18 Nov 2019 02:32:48 UTC**

Document completed by all parties on:
**18 Nov 2019 02:32:48 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6392941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                 DEPT:

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
WA–US  **SEA**

FRI

6   C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Roy Anderson

5486 Hurt Rd
Horn Lake MS 38638

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to               attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
We have no way to keep these credit report agencies from collecting data on us. I did not ask for equifax to
keep a file on me, and they won't delete it if I want them to. Equifax and any other agency must be held
accountable for allowing our personal data to be exposed.

*Roy Anderson*

# Signature Certificate

Document Ref.: 8GVPQ-F857B-BG7OH-MMDIX

Document signed by:

**Roy Anderson**

Verified E-mail:
drummerforhire@yahoo.com

*Roy Anderson*

IP: 73.91.195.154    Date: 19 Nov 2019 03:17:35 UTC

Document completed by all parties on:
19 Nov 2019 03:17:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INV:
PO:                        DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
WA-US  SEA



RT FRI

029

6
16:30

C

9950  *bill or pouch here*
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# William Pevey

7183 US HWY 280 EAST   Pembroke, GA 31321

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                            attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My information and potential damage is worth more than a combo meal at McDonald's.

*William L. Pevey*

# Signature Certificate

Document Ref.: **PNKIE-WMLLE-XCQRT-QFTA4**

Document signed by:



**William Pevey**

Verified E-mail:
leepevey@yahoo.com

IP: **174.218.172.182**    Date: **19 Nov 2019 01:55:30 UTC**

Document completed by all parties on:
**19 Nov 2019 01:55:30 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA            98121
           WA–US  SEA



RT FRI

229          6          C
        16:30   9950
        11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# J Scott Molenda

66 Burbank Terrace
Buffalo, NY. 14214

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please do what's right here.   The hand slap isn't suffice.   It sets the tone for the future where these incidences will basically tolerated with virtually see no punishment.

*J Scott Molenda*

# Signature Certificate

Document Ref.: BLXN8-C5QG4-VMJGJ-VCOBP

Document signed by:



**J Scott Molenda**

Verified E-mail:
smolenda@gmail.com

*J Scott Molenda*

IP: 96.243.16.28   Date: 18 Nov 2019 19:06:05 UTC

Document completed by all parties on:
18 Nov 2019 19:06:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:



FedEx
Express

E

REF#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA              98121
            WA–US   SEA





RT FRI

029

6
16:30

C

9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Darnell Allen

835 N 16th Street  Coeur d alene Idaho 83814

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑     Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I do not think it's fair that they just get a slap on the wrist

*Darnell Allen*

# Signature Certificate

Document Ref.: QEU3R-XMNE5-AOUYT-MVES9

Document signed by:



**Darnell Allen**

Verified E-mail:
dje2016@yahoo.com

*Darnell Allen*

IP: 76.178.90.136    Date: 19 Nov 2019 03:25:57 UTC

Document completed by all parties on:
19 Nov 2019 03:25:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
TRU:                    REF:
PO:                         DEPT:

**FedEx**
Express

E

REL//
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA         98121
          WA–US  SEA





RT FRI

029

6
16:30

C

9950
11:22

Bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mitchell Dirnbach

3000 Valera Way Fullerton ca 92835

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement amount is not enough for there careless handling of my private information

*Mitchell Dirnbach*

# Signature Certificate

Document Ref.: **KNQGK-DMGT9-REM7C-INYKA**

Document signed by:



**Mitchell Dirnbach**

Verified E-mail:
mitchelldirnbach@yahoo.com

*Mitchell Dirnbach*

| IP: 76.169.121.3 | Date: 19 Nov 2019 03:19:27 UTC |

Document completed by all parties on:
19 Nov 2019 03:19:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:                  DEPT:
PO:



**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
              WA–US   SEA

RT FRI

229      6      C
      16:30   9950  bill or pouch here.
              11:22

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Matthew Mandros

5277 West Bowstring Way, South Jordan UT 84009

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not        attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The company was wreck less with millions of people's information.  The penalty needs to match the damage and be punitive to a billion dollar company.

*Matthew Mandros*

# Signature Certificate

Document Ref.: RGKB7-B7BM5-TDXZK-AZUWQ

Document signed by:

**Matthew Mandros**

Verified E-mail
matthew.mandros@gmail.com

*Matthew Mandros*

IP: 65.130.217.87    Date: 18 Nov 2019 16:46:38 UTC

Document completed by all parties on:
18 Nov 2019 16:46:38 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REF#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                98121
                 WA–US   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Edith Ramos

552 N. Lavergne Ave, Chicago IL 60644

Received

NOV 22 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair           ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Dear Sir, I  object to the settlement because I  believe it unfair and unreasonable.

*Edith Ramos*

# Signature Certificate

Document Ref.: MSRXG-MQIPR-NIN4U-AXWBG

Document signed by:

**Edith Ramos**

Verified E-mail:
edy7077@sbcglobal.net

*Edith Ramos*

IP: 172.58.142.227          Date: 18 Nov 2019 20:26:29 UTC

Document completed by all parties on:
18 Nov 2019 20:26:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA-US   **SEA**

RT FRI

6    C
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Yvette Corona

811 Nevada st

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
☐

*Yvette Corona*

# Signature Certificate

Document Ref.: **NJWRC-AODGP-XUZOC-4AEVN**

Document signed by:

**Yvette Corona**

Verified E-mail
ycorona75@yahoo.com

*Yvette Corona*

IP: 73.90.206.213    Date: 18 Nov 2019  8:04:21 UTC

Document completed by all parties on:
18 Nov 2019 18:04:21 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
INV:
PO:                         DEPT:

FedEx
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
            WA-US  SEA

RT FRI

6      C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Michelle Faircloth

2289 Polenta Road, Clayton, NC 27520

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is very unsettling to learn that your personal information has been compromised by a retailer or company that you have had dealings with in the past and/or present. It is even more unsettling, and even disappointing, to learn that after promising a monetary settlement to those affected a company would reduce that monetary settlement to such a minimal amount. Until companies are held accountable for their actions and penalized to a degree that they take notice and make changes, we will see no decrease in the number of breaches that are occurring. I beg you to hold them accountable for their actions and also accountable for a reasonable settlement that does not do more damage to the trust we hold in them, and in turn, the trust we put in the courts and legal system that should protect us.

*Michelle Faircloth*

# Signature Certificate

Document Ref.: 3EOQZ-KCXGV-WYPIY-FOA8Y

Document signed by:

**Michelle Faircloth**

Verified E-mail
fairclothshell@aol.com

*Michelle Faircloth*

IP: 174.193.26.213 | Date: 19 Nov 2019 19:36:19 UTC

Document completed by all parties on:
19 Nov 2019 19:36:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6882941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                  DEPT:



FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA–US  SEA

RT FRI

6
16:30

9950
32

bill or pouch here.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Georg Trimborn

8737 Trumbull Ave., Skokie  IL

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The issue is is that Equifax has publicly stated they would reimburse class members $125 each - and then gone back on that promise.  They should be required to stick by their original statement - just as I am.

*Georg Trimborn*

# Signature Certificate

Document Ref.: 4AT6N-ANCDB-R9CSX-DMHM8

Document signed by:

**Georg Trimborn**

Verified E-mail
gtrimborn@gmail.com

*Georg Trimborn*

IP: 4.59.68.58    Date: 19 Nov 2019 15:10:26 UTC

Document completed by all parties on:
19 Nov 2019 15:10:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                        REF:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA





FRI

6
16:30   9950
C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Karen Taylor

8112 Richard Street, Fort Worth, TX, USA

Received
NOV 2 2 2019
by JND

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

10.00 doesn't seem like a fair settlement

*karen taylor*

# Signature Certificate

Document Ref.: **NVMGJ-XJOYF-B5KA8-WKYTD**

Document signed by:

| | | |
|---|---|---|
| | **karen taylor**<br>Verified E-mail<br>ktaylor1952@sbcglobal.net | *karen taylor* |
| | IP: 99.24.141.128    Date: 18 Nov 2019 18:09:59 UTC | |

Document completed by all parties on:
**18 Nov 2019 18:09:59 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JRSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA–US   SEA

FRI

6   C
16:30
9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Amy Steele

113 Perry Bend Circle, #103

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is it absolutely unfair, my credit means more than a couple dollars… I've worked my whole life to keep my credit in tiptop shape

*Amy Steele*

# Signature Certificate

Document Ref.: **VDBDA-D6LQX-LHRKP-HK22P**

Document signed by:



**Amy Steele**

Verified E-mail:
amysteele_84@yahoo.com

*Amy Steele*

IP: 76.210.36.34    Date: **19 Nov 2019 02:43:19 UTC**

Document completed by all parties on:
**19 Nov 2019 02:43:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386                   REF:
INV:
PO:                              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                  98121
                    WA–US  **SEA**



RT FRI

6
16:30   C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Cheryl Parker

3700A Schillinger Rd N Lot 96 Semmes Al 36575

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I trusted Equifax with my personal credit information. When their Data Base was breached it put millions of people into the hands of unscrupulous hackers to destroy mine and others credit worthiness that we have worked to build for years! I am now a 59 year old single woman and rely on my credit worthiness to keep my standard of living to what it is today yet all it takes now is for one hacker to destroy all my hard work. Equifax needs to pay more than just credit monitoring, how do I know that won't be breached?!

*Cheryl Parker*

# Signature Certificate

Document Ref.: NWUHU-STGVH-RNDQG-IBCZS

Document signed by:



**Cheryl Parker**

Verified E-mail:
cherylp40@bellsouth.net

IP: 108.87.116.78 | Date: 19 Nov 2019 01:08:58 UTC

Document completed by all parties on:
19 Nov 2019 01:08:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA–US  **SEA**






# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# KATRINA FERLAND

8472 Joe Rodgers Road, Granite Bay, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not   attend the settlement hearing in person.

I   do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 THE LITTLE GUY IS GETTING THE SHORT STICK HERE. I DO WHAT I CAN TO KEEP MY INFO SAFE &
MY CREDIT SCORE HIGH. EQUIFAX NEEDS TO TRULY UNDERSTAND THE ISSUE AT HAND
REGARDING CONSUMER PRIVACY & PROTECTION.

*KATRINA FERLAND*

# Signature Certificate

Document Ref.: **N3FZT-F6V2V-MEKWQ-SRSDV**

Document signed by:



## KATRINA FERLAND

Verified E-mail:
kcftravel@yahoo.com

*KATRINA FERLAND*

IP: 104.220.88.60    Date: **19 Nov 2019 03:40:56 UTC**

Document completed by all parties on:
**19 Nov 2019 03:40:56 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA–US   SEA

FRI

6   C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jeffrey Raymond

1 Coldbrook Road, Millbury, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
There is no other recourse for those of us impacted by the Equifax breach. Lawyers do not deserve millions
while those of us forced to overly monitor their credit get stuck with ones of dollars.

*Jeffrey Raymond*

# Signature Certificate

Document Ref.: ARP34-T6C7H-WTUUC-FEBUB

Document signed by:



**Jeffrey Raymond**

Verified E-mail:
jeff.raymond@gmail.com

*Jeffrey Raymond*

IP: 72.70.50.59    Date: 18 Nov 2019 23:05:20 UTC

Document completed by all parties on:
**18 Nov 2019 23:05:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386          REF:

PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
        WA–US  SEA

RTFRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kelly Jackson

4710 13th Place, NE, Washington, DC 20017

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to this settlement amount of less than $10.  My privacy has been compromised and I am now at risk of identity theft or fraud.  This settlement does not compensate for my risk for loss and the cost for having a company that monitored my credit reports.

*Kelly Jackson*

# Signature Certificate

Document Ref.: **R69TP-VLYNQ-S9NQF-SSYBU**

Document signed by:



**Kelly Jackson**

Verified E-mail:
kj4ever@mac.com

*Kelly Jackson*

IP: 174.205.10.189    Date: 18 Nov 2019 19:31:25 UTC

Document completed by all parties on:
**18 Nov 2019 19:31:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      -REF-
PO:                 DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA          98121
       WA–US   SEA

FRI

6      C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tamara Parker

1218 E Oakwood ct Derby Kansas 67037

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that data breaches happen to often. A slap on the wrist isn't enough.

*Tamara Parker*

# Signature Certificate

Document Ref.: **ZZVP3-XIUZY-TT7GY-Z92FJ**

Document signed by:



**Tamara Parker**

Verified E-mail:
tammyparker601@yahoo.com

*Tamara Parker*

IP: 66.103.242.192    Date: 19 Nov 2019 02:43:05 UTC

Document completed by all parties on:
**19 Nov 2019 02:43:05 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
PO:              DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA-US   SEA



FRI
RT

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Robin Vaughan

503 North English Street, Braidwood, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The breach is incomprehensible. Everyone's financial history is based on our social security number and they were negligent in handling that information. The settlement should be a substantial amount for this breach. My number was used in a fraudulent transaction due to this breach.

*Robin Vaughan*

# Signature Certificate

Document Ref.: IIFKT-AZ9ZX-MYWHO-K2PPF

Document signed by:

### Robin Vaughan Vaughan

Verified E-mail
rv829@sbcglobal.net

*Robin Vaughan*

IP: 73.208.158.102   Date: 19 Nov 2019 03:12:25 UTC

Document completed by all parties on:
19 Nov 2019 03:12:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**

ge Bc

RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jordan Garren

3910 Garren Drive, Hickory, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
A slap on the wrist for this large of a company is preposterous. They deserve to be held accountable for their actions.

*Jordan Garren*

# Signature Certificate

Document Ref.: **ZEHPZ-SFYAU-WMAPD-ATINQ**

Document signed by:

**Jordan Garren**

Verified E-mail:
garren_dude@yahoo.com

*Jordan Garren*

IP: 47.135.71.164    Date: **18 Nov 2019 22:26:06 UTC**

Document completed by all parties on:
18 Nov 2019 22:26:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
            WA–US  SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robin Vance

1440 167th Ave  San Leandro. Ca 94578

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think it was irresponsible for Equifax to let this kind of thing happen the people that are affected
Have a lot more to lose then Equifax itself it is so hard once you've had identity theft or fraud you have the
things removed all the time and money you spend for something that's not your fault and why should we do
people have to be the one to sufferWe should be on the conversation and somehow not just by having credit
monitoring which most of us have to begin with it was their obligation to protect our credit so instead it's
insane that it's their obligation that they should have to suffer some kind of consequence for this data
breach.

*Robin Vance*

# Signature Certificate

Document Ref.: KYRUF-9FG5H-GBKKS-BKFD9

Document signed by:

**Robin Vance**

Verified E-mail
robin_vance@live.com

*Robin Vance*

IP: 67.170.240.229   Date: 18 Nov 2019 19:40:44 UTC

Document completed by all parties on:
18 Nov 2019 19:40:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

