# Exhibit B - 31

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

```
SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021
```

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

```
(416) 373-2386        REF:
INV:
PO:                        DEPT:
```

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Alyssa Florio-August

374 Greylock Parkway Apartment 2, Belleville NJ 07109

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not a fair settlement

*Alyssa Florio-August*

# Signature Certificate

Document Ref.: GOQHC-XXNKS-XBTGJ-EVQ5K

Document signed by:

**Alyssa Florio-August**

Verified E-mail:
amaugust1231@gmail.com

*Alyssa Florio-August*

IP: 148.76.109.230    Date: 18 Nov 2019 19:18:56 UTC

Document completed by all parties on:
18 Nov 2019 19:18:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
INV:
PO:                      DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA

RT FRI

6
16:30   9950
C
bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## sherrill horridge

310 West 4th Street, Gibson City, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not      attend the settlement hearing in person.

I  do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  10 is a slap in the face for people whos info was compromised

*sherrill horridge*

# Signature Certificate

Document Ref.: **PQSFT-RMY55-ENHUM-HVZAJ**

Document signed by:

**sherrill horridgge**

Verified E-mail:
sherrill423@yahoo.com

*sherrill horridge*

IP: 173.24.193.139    Date: 19 Nov 2019 04:32:52 UTC

Document completed by all parties on:
19 Nov 2019 04:32:52 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                  DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
          WA–US   SEA

RT FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# David Kiehl

5146 N Brookstone Bel Aired IS 67226

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I expect to be represented by an attorney.

Reuben Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.

It takes years to build your credit history, which I did entrust to Experion, They did not take reasonable actions to protect my credit history. I never approved for them to share my credit history unless it was buried in legal jargon. They stated that they are there for their customers, and they are in it for the all mighty $$$$. They profit BILLIONS each year from selling people's information & if needed they need to spend BILLIONS per year to protect us. We have no choice but to have Experion keep our credit history and this irresponsibility needs to set a benchmark on what companies need to provide to customers. They have entered this lawsuit with dirty hands & they need to be forced to pay for their haphazard practices and be made an example of what the Constitution grants Americans

*David Kiehl*

# Signature Certificate

Document Ref.: **AYNHY-ZZSEX-5YMQT-4J65M**

Document signed by:

**David Kiehl**

Verified E-mail:
dkiehl@hotmail.com

*David Kiehl*

IP: 104.180.34.124    Date: **18 Nov 2019 23:33:42 UTC**

Document completed by all parties on:
**18 Nov 2019 23:33:42 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:

**FedEx**
Express

REF//
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA–US  SEA





RT FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Morgan Munson

866 Arlington Avenue apt 205 Baton Rouge Louisiana 70806

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑     Unduly burdensome ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This data breach is extremely dangerous. I feel that experian should pay a larger amount. This would motivate them to ensure this never happens again and protect our data

*Morgan Munson*

# Signature Certificate

Document Ref.: EUKR6-XPXWS-SRBIY-ZRISR

Document signed by:

**Morgan Munson**

Verified E-mail
writingsoul@gmail.com



*Morgan Munson*

IP: 184.180.111.12 | Date: 18 Nov 2019 20:19:42 UTC

Document completed by all parties on:
18 Nov 2019 20:19:42 UTC
Page 1 of 1

Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:



**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA





# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Susan Woodward

118 Holly Reserve Parkway Canton GA 30114

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to         attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, I object to the ridiculous requirements Equifax is requiring to issue a $10 check. I spent hours in the phone trying to clear a credit card breach and in the end lost more than 200 dollars. Now Equifax wants to give me credit monitoring? That's closing the barn door after my expensive horse runs away. I want Equifax to pay more than just their lawyers I documented my time and costs and now I'm going to get 10 dollars maybe

Susan Woodward

# Signature Certificate

Document Ref.: **2MQ76-AT8Z6-HGB93-5RZDU**

Document signed by:



**Susan Woodward**

Verified E-mail:
tcat37@sbcglobal.net

*Susan Woodward*

IP: 173.188.1.203    Date: 18 Nov 2019 21:06:03 UTC

Document completed by all parties on:
**18 Nov 2019 21:06:03 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
PO:               DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA



FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Charles Jewell

161 N Ridge Rd, Ripley, WV 25271

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair                ☑   Unduly burdensome  ☐
- Inadequate      ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The current settlement amount is very small. It really doesn't make sense.

*Charles Jewell*

# Signature Certificate

Document Ref.: **AZCCF-YLDAB-GA2JY-Z54HU**

Document signed by:



**Charles Jewell**

Verified E-mail:
sgtcharles2001@gmail.com

*Charles Jewell*

IP: 184.14.155.56    Date: 19 Nov 2019 04:00:43 UTC

Document completed by all parties on:
**19 Nov 2019 04:00:43 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6882941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US  **SEA**



FRI

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Colin Pierce

2231 Catharine Street, Philadelphia, PA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe that the proposed reduction in settlement payments to be unreasonable, and that it will result in an inadequate punitive action towards Equifax. The personal information of myself and other class members has been publically and permanently exposed due to Equifax's negligence, the damages of which cannot be quantified. This shrinkage of the settlement amount would result in nothing more than a slap on the wrist for this multi-billion dollar corporation.

*Colin Pierce*

# Signature Certificate

Document Ref.: **3NUJ7-KKLKG-A3HSO-7FKJT**

Document signed by:



## Colin Pierce

Verified E-mail:
colinpierce1999@gmail.com

*Colin Pierce*



IP: 155.247.66.162    Date: 18 Nov 2019 21:04:58 UTC

Document completed by all parties on:
18 Nov 2019 21:04:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386
PO:                    REF:
INV:                   DEPT:

**FedEx**
Express

**E**

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA        98121
            WA-US  SEA

RT FRI

6
16:30    9950   bill or pouch here.

C



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Kloc

124 White Pine Court, Macon, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   am unable to              attend the settlement hearing in person.

I   do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement is too low for the risk that my credit information has breached.

*Michael Kloc*

# Signature Certificate

Document Ref.: **YWXPW-U2JBE-52JNT-PSJDT**

Document signed by:



**Michael Kloc**

Verified E-mail:
mikekloc@yahoo.com

IP: 70.165.191.122   Date: 19 Nov 2019 04:01:18 UTC

*Michael Kloc*

Document completed by all parties on:
**19 Nov 2019 04:01:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                        DEPT:

FedEx
Express



REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA–US  SEA



FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dan Hoolwerf

6811 Hawks Nest Court
Dallas, TX 75227

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☑
- Inadequate     ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement is totally and completely in adequate, given the tremendous financial risk that Equifax has
  exposed me to.

*Dan Hoolwerf*

# Signature Certificate

Document Ref.: FGAQK-8WOPJ-I3R27-BZCV3

Document signed by:



**Dan Hoolwerf**

Verified E-mail:
canadan300@gmail.com

IP: 107.77.190.125    Date: 18 Nov 2019 18:52:06 UTC

Document completed by all parties on:
18 Nov 2019 18:52:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  SEA



RTFRI

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Pamela Aylor

1517 Emerald Dunes Dr. Sun City Center, Florida. 33573

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This settlement amount is a joke!  We deserve better

*Pamela Aylor*

# Signature Certificate

Document Ref.: **ZVHHM-SDFGE-EWCRZ-QBK6C**

Document signed by:



**Pamela Aylor**

Verified E-mail:
aylo8292@bellsouth.net

*Pamela Aylor*

IP: 65.32.128.32      Date: 18 Nov 2019 21:16:49 UTC

Document completed by all parties on:
18 Nov 2019 21:16:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886       REF:
PO:                  DEPT:

FedEx
Express

E

REL#
378634G



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA–US  SEA

FRI

C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jodi Keltesch

1115 Main Street, #1 Mukwonago, Wi 53149

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                                attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My credit security is worth more than the amount Equifax is placing on it.

*Jodi Keltesch*

# Signature Certificate

Document Ref.: **X3CCX-SMA8A-ZGOCM-LRDSX**

Document signed by:



**Jodi Keltesch**

Verified E-mail:
mammasgotawhip2@yahoo.com

*Jodi Keltesch*

IP: 184.58.132.145     Date: 19 Nov 2019 00:45:11 UTC

Document completed by all parties on:
**19 Nov 2019 00:45:11 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201    **7781 6173 9950**

**8L BFIA**                98121
                   WA–US  **SEA**

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Corwin Morton

70777 660 Avenue, Rulo, NE, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They made too much money on it and should have to pay it all back to the persons who they used their information.

*Corwin Morton*

# Signature Certificate

Document Ref.: **M7VXT-PIJK4-KUTVS-N52QS**

Document signed by:



**Corwin Morton**

Verified E-mail:
cmort@sentco.net

IP: 148.72.170.160    Date: 18 Nov 2019 21:15:58 UTC

*Corwin Morton*

Document completed by all parties on:
18 Nov 2019 21:15:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386     REF:
INV#
PO:                  DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA



RT FRI

6  C
16:30
9950
11:22

ge Bc

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Katherine Zyph-Hursh

231 Empire Way Prosser Washington  99350

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                       attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is not fair considering what has been lost!

Katherine Zyph-Hursh

# Signature Certificate

Document Ref.: **N6SIZ-ISA5H-7R3FZ-MBYQQ**

Document signed by:

**Katherine Zyph-Hursh**

Verified E-mail:
zyph.kathy@gmail.com

*Katherine Zyph-Hursh*

IP: **166.181.250.50**        Date: **18 Nov 2019 22:15:37 UTC**

Document completed by all parties on:
18 Nov 2019 22:15:37 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

Express

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386   REF:
INV:
PO:   DEPT:

FedEx
Express

E

REL#
3786346



ge Bc

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA   98121
WA-US   SEA

RT FRI
029   6
16.30   C
9950
11.22   rbill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Donald James

1758 LA PLAYA Dr, Lafayette, Ca, 94549

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This current settlement, when all effected parties file, will reduce the settlement dramatically. This company gets our personal data for free, then sells it, and has been reckless in protecting it. If asked, what would I sell my personal data for, it would be many many multiples of $125. Equifax is getting off lightly, credit monitoring doesn't mean they won't fail to protect pur information, we'll just he notified of the breach sooner. Many more reasons for the objection, but need to really decide on this one. The settlement is in adequate and doesn't deter them from allowing this again, as there's no pain. Respectfully,
Donald James

*Donald James*

# Signature Certificate

Document Ref.: **4N6A3-9JZAN-BKIAJ-TZJTG**

Document signed by:

**Donald James**

Verified E-mail:
don@kiwisurfer.co.nz

*Donald James*

IP: 73.202.88.153    Date: 18 Nov 2019 21:41:41 UTC

Document completed by all parties on:
**18 Nov 2019 21:41:41 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

DEPT:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA

FRI

6    C
16:30
029      9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ike Hammond

317 Hanover Ave. Columbia SC

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I think my social security number and my name,get out and get in the wrong hands,it will have me where I can't get no credit and no kind of benefits,and ruin me fou life..and at my age I need all the help I can get.so PLEASE HONORABLE SIR.THOMAS W. THRASH JR. MY LOST AND WORRIES AND CONCERNS WORST MORE THAN 5 OR 10 DOLLARS.THEY SHOULD BE HELD ACCOUNTABLE FOR THEIR ACTIONS

Ike Hammond

# Signature Certificate

Document Ref : **IBXW6-7YYLJ-FIFNG-FSAQI**

Document signed by:



### Ike Hammond

Verified E-mail:
ihammond57@yahoo.com

Ike Hammond

IP: 174.104.8.72　　Date: 18 Nov 2019 19:45:11 UTC

Document completed by all parties on:
**18 Nov 2019 19:45:11 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                          DEPT:

**FedEx**
Express



REL#
378534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
              WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Ron Peterson

3934 West 7800 South, West Jordan, UT, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Less than $10 for losing my social security number??? I don't think so!

Ron Peterson

# Signature Certificate

Document Ref.: **Q9K4G-UJDQR-FHSRX-JBYVO**

Document signed by:



**Ron Peterson**

Verified E-mail:
**mtnmad@yahoo.com**

*Ron Peterson*



IP: 76.23.58.253     Date: **19 Nov 2019 04:02:27 UTC**

Document completed by all parties on:
**19 Nov 2019 04:02:27 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA        98121
             WA–US  SEA

RTFRI

029        6
         16:30        9950
         11.22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Deborah Crumbley

25B Battery Walk Ct, Columbia SC 29212

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I feel extremely violated by this data breach and believe equifax should be held to a higher standard. I feel the people such as I deserve maximum compensation for this discrepancy. People such as I put our trust in this company and have had our personal information violated.I

*Deborah Crumbley*

# Signature Certificate

Document Ref.: 5CRAU-C5TQP-GYN6B-ZHTQC

Document signed by:

**Deborah Crumbley**

Verified E-mail:
debc65@yahoo.com

*Deborah Crumbley*

IP: 99.69.241.50    Date: 19 Nov 2019 10:48:22 UTC

Document completed by all parties on:
**19 Nov 2019 10:48:22 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA

FRI

6
16:30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Charles Kohler

3509 South Needle Drive, Traverse City, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My wife and I both got e-mails about this but couldn't figure it out. Seems like big corporations don't have a problem taking our money just not giving it back when warranted.

*Charles Kohler*

# Signature Certificate

Document Ref.: **RERXF-X7B3T-XZFYX-AD5HP**

Document signed by:

**Charles Kohler**

Verified E-mail
whippet@chartermi.net

*Charles Kohler*

IP: 172.222.70.236    Date: 19 Nov 2019 01:46:54 UTC

Document completed by all parties on:
19 Nov 2019 01:46:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386       REF:
PO:              DEPT:

FedEx
Express

E

REL#
3766346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA        98121
WA-US   SEA



RT FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amanda Trainer

21193 Seneca Trail, Marlinton, WV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                  attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax paying only $10 per person who was effected by the data breach is a joke. That is a slap on the wrist to this company who is more than able to pay a higher amount to compensate consumers for the problems resulting from the selling of their data unknowingly. I am disgusted that the suggestion of $10 a person is good enough for the trouble this has caused.

*Amanda Trainer*

# Signature Certificate

Document Ref.: **XABDJ-OTCSV-3GRCR-HBFGF**

Document signed by:



**Amanda Trainer**

Verified E-mail:
amorrison1989@yahoo.com

*Amanda Trainer*

IP: 184.15.124.189          Date: 19 Nov 2019 03:08:19 UTC

Document completed by all parties on:
**19 Nov 2019 03:08:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886           REF:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA



RT FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Bianca Corison

621 Brookridge Drive Redding,  CA 96003

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Big corporations need to be hel accountable for their actions in the future and for that to happen they need to pay now.

*Bianca Corison*

# Signature Certificate

Document Ref.: DUL3M-QRM5T-CPVWQ-LEXAA

Document signed by:



**Bianca Corison**

Verified E-mail:
bincoris@sbcglobal.net

*Bianca Corison*

IP 47.7.42.130          Date 18 Nov 2019 16:55:50 UTC

Document completed by all parties on:
18 Nov 2019 16:55:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                              REF:
PO:                                          DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

**8L BFIA**

98121
WA–US   **SEA**

RT FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Steven Stack

3279 Heathland Way, Mount Pleasant, SC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   Settlement is inadequate.

*Steven Stack*

# Signature Certificate

Document Ref.: **NSCLN-T2OYP-HPIKE-C3DWF**

Document signed by:



**Steven Stack**

Verified E-mail:
steve.stack@outlook.com

*Steven Stack*

IP: 104.10.78.22    Date: 18 Nov 2019 16:39:15 UTC

Document completed by all parties on:
**18 Nov 2019 16:39:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#    7781 6173 9950
0201

8L BFIA                    98121
              WA–US   SEA

FRI

6    C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## JohnWayne Colwell

1320 Stillwater Ave. Deltona Fl 32725

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

These giant companies are taking our info, mining for data and then selling it off to the highest bidder. Regular folks cannot live without these companies services. The only remedy is to hit them where it hurts the wallet. Protect the American consumer and do the right thing by objecting to this awful settlement.

*John Wayne Colwell*

# Signature Certificate

Document Ref.: **ZEEEJ-BJQYB-GFVJM-9M6MK**

Document signed by:

**JohnWayne Colwell**

Verified E-mail:
jwo1174@yahoo.com

*John Wayne Colwell*

IP: 142.197.38.180          Date: 19 Nov 2019 03:21:23 UTC

Document completed by all parties on:
19 Nov 2019 03:21:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
         WA-US   SEA



FRI

6
16:30   9950   Bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Theresa Harris

6279 Addison Loomis, Cicero, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Data security should be of the utmost concern of every company; but even more so for companies who make it their business to collect and summarize a citizen's sensitive financial information in one place. The risk is higher so the security responsibility should be greater.

*Theresa Harris*

# Signature Certificate

Document Ref.: 6MRDQ-UKWIE-I7NXS-WNG4Z

Document signed by:

**Theresa Harris**

Verified E-mail
pcth@juno.com

*Theresa Harris*

IP: 74.79.121.65    Date: 18 Nov 2019 20:04:49 UTC

Document completed by all parties on:
18 Nov 2019 20:04:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
PO:                  DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
           WA–US    SEA



FRI

6    C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ernest Carithers

3349 Buena Hills Drive, Oceanside, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think it is unfair.

*Ernest Carithers*

# Signature Certificate

Document Ref.: QBTU4-JKZYS-KXVBT-9Z7RN

Document signed by:

**Ernest Carithers**

Verified E-mail
cjbelair51@yahoo.com

*Ernest Carithers*

IP: 72.197.67.122   Date: 18 Nov 2019 17:11:24 UTC

Document completed by all parties on:
18 Nov 2019 17:11:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6392941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
PO:                  DEPT:

FedEx
Express


REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA        98121
              WA–US   SEA

RTFRI

6
16:30   9950   C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Shaun Sheridan

214 Pine Circle
Benton, Arkansas
72015


I have checked the settlement website and have confirmed I am a class member.


I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑


I have objected to no class action settlements in the last five years.


I  may                          attend the settlement hearing in person.


I  do not expect            to be represented by an attorney.


Personal note to The Honorable Thomas W. Thrash Jr.

I do not believe that they should just get off with a slap on the hand.  This organization makes up 1/3rd of the companies that make the most important financial decisions in all of our lives and for them to drop the ball with a lack of security makes me feel like I am honestly being financially  discriminated against due to the fact my credit score has been compromised along with all of my personal information.  Not only should those of us who had there personal information stolen be compensated with a great deal of monetary gain, we should also be allowed to have our credit scores moved up to the minimum of 700.  If this situation was reversed and I had stolen information from them I would have the book thrown at me criminally as well as civilly.

# Signature Certificate

Document Ref.: **EZ6FQ-KJZ3K-JJDYT-3RFH9**

Document signed by:



**Shaun Sheridan**

Verified E-mail:
ssheridan1977@gmail.com

IP: 24.35.208.178          Date: **19 Nov 2019 04:05:42 UTC**

Document completed by all parties on:
19 Nov 2019 04:05:42 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
PO:                 DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

16:30   6   C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Meghan Curcio

2808 Winding Trail Dr Valrico FL 33596

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I do not think it is fair that they get a slap on the wrist for exposing my social security number.

*Meghan Curcio*

# Signature Certificate

Document Ref.: NP2P6-FSMNE-8HW8S-79BUW

Document signed by:

| | |
|---|---|
| **Meghan Curcio** | *Meghan Curcio* |
| Verified E-mail | |
| meghanacurcio@gmail.com | |
| IP: 172.58.173.86    Date: 19 Nov 2019 02:43:38 UTC | |

Document completed by all parties on:
19 Nov 2019 02:43:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6
16:30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cherie Coe

609 S 11th Street, Escanaba Michigan 49829

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement offered is not adequate. Please do not allow Equifax to get away with a slap on tbe wrist.

*Cherie Coe*

# Signature Certificate

Document Ref.: **ADZRB-AZ4K6-XDMY5-PSXBZ**

Document signed by:

**Cherie Coe**

Verified E-mail
cherieleecoe@gmail.com

*Cherie Coe*

IP: 71.86.177.113    Date: 18 Nov 2019 16:46:55 UTC

Document completed by all parties on:
**18 Nov 2019 16:46:55 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200

SEATTLE WA 98121

(415) 373-2886         REF:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

1100 2nd

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US    SEA



FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Robert Feller

14 Homestead Drive, Millville, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It seems incredulous how the data breech could be trivialized into a $10 settlement especially when the opportunity is still out there to destroy someone's credit since once your information is out there is never goes away, it is always available to those who would seek to do damage and steal.

*Robert Feller*

# Signature Certificate

Document Ref.: **PRGXC-TWKOM-APA9X-L4MCB**

Document signed by:

| | | |
|---|---|---|
| | **Robert Feller** | *Robert Feller* |
| | Verified E-mail | |
| | robert5652@gmail.com | |
| | IP: 69.141.6.25    Date: 18 Nov 2019 18:31:46 UTC | |

Document completed by all parties on:
18 Nov 2019 18:31:46 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                      DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US   SEA

RT FRI

6
16:30    C

9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Kimberly House

289 Wildwood Drive

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to       attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The breach caused me to have several of my personal accounts hacked and the time it took me to resolve the unauthorized charges on my accounts is worth more than the current settlement. The stress and worry caused by this were significant.

*Kimberly House*

# Signature Certificate

Document Ref.: RRH3S-28HHO-K7NVB-IJ3UV

Document signed by:



**Kimberly House**

Verified E-mail:
khousecat76@att.net

IP: 174.231.133.82   Date: 18 Nov 2019 21:01:08 UTC

Document completed by all parties on:
18 Nov 2019 21:01:08 UTC
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6   C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sean Comery

3992 Bigbyville Rd.
Columbia, TN 38401

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                           attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is an outrageous example of corporate welfare at a time when working people are struggling to survive.

*Sean Comery*

# Signature Certificate

Document Ref.: **N45TU-NQMN3-XXEQY-W5WJ5**

Document signed by:

**Sean Comery**

Verified E-mail:
seanc623@gmail.com

*Sean Comery*

IP: 172.223.150,169          Date: 19 Nov 2019 04:12:01 UTC

Document completed by all parties on:
**19 Nov 2019 04:12:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

FRI – 22 NOV 4:30P
EXPRESS SAVER

REL#
3786346

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kenneth Black

533 Grand View Avenue, San Francisco, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

To the The Honorable Thomas W. Thrash Jr.,
I already have a credit and data monitoring service comparable to Equifax's. I did want the service I have - it was provided to me in lieu of something I value when my data was lost by another entity.
I do not want another credit monitoring service - especially from a company I have never voluntarily interacted with and do not trust. Nor do I want a paltry fraction of the Equifax settlement. Please enforce the law to the extent of your discretion, especially since the responsible government agencies have so clearly been captured.
Respectfully, Kenny Black

*Kenneth Black*

# Signature Certificate

Document Ref.: **KZNMI-A4YAC-S9FHX-E2D7Y**

Document signed by:



**Kenneth Black**

Verified E-mail:
kjcblack@gmail.com

IP: 173.227.6.118     Date: 19 Nov 2019 01:42:37 UTC

Document completed by all parties on:
19 Nov 2019 01:42:37 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

```
SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021
```

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386        REF:
INO:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Johannes Geist

400 Cameron Station Blvd #310, Alexandria, VA 22304

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to             attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personally identifiable information is worth more than $100, particularly when credit reporting agencies make millions of dollars of profit annually on consumer personally identifiable information.

*Johannes Geist*

# Signature Certificate

Document Ref.: QMY5K-JKKKF-TZ9C3-PVSBH

Document signed by:



**Johannes Geist**

Verified E-mail:
geistjohannesj@gmail.com

*Johannes Geist*

IP: 73.129.37.178    Date: 14 Nov 2019 02:06:47 UTC

Document completed by all parties on:
14 Nov 2019 02:06:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA–US  SEA



RT FRI
6
16:30   C
9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Barbara Brass

312 Berkeley Ave, Roseville, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not               attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Corporations that have breeches need to compensate the effected in a reasonable manner.

Barbara Brass

# Signature Certificate

Document Ref.: **UXG8E-MKCCG-P7UFQ-UOWZG**

Document signed by:

**Barbara Brass**

Verified E-mail:
bbare1@me.com

*Barbara Brass*

IP: 98.205.150.155   Date: **19 Nov 2019 01:17:46 UTC**

Document completed by all parties on:
19 Nov 2019 01:17:46 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:

INV:
PO:                      DEPT:

**FedEx**
Express



REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

RTFRI

6
16:30   9950

C

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

# William McKenzie

38 Buccaneer Drive, Leesburg, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is an unfair settlement, they should be held responsible

*William McKenzie*

# Signature Certificate

Document Ref.: 6YWXA-FWGZV-AEE4I-PKQEA

Document signed by:

**William McKenzie**

Verified E-mail:
mac491198@yahoo.com

*William McKenzie*

IP: 73.24.88.71          Date: 18 Nov 2019 17:01:26 UTC

Document completed by all parties on:
**18 Nov 2019 17:01:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200     1100 2nd
SEATTLE WA 98121
(415) 373-2886          REF:
PO:                     DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  SEA



FRI

6
16.30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jason Kneen

1429 Bradford Street, Portage, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not       attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The potential exposure of my personal information is worth more than pennies to me!  The idea a business whose sole purpose was to protect individual's private information was hacked so easily is incomprehensible.

*Jason Kneen*

# Signature Certificate

Document Ref.: AVLXS-QNEG7-J7DWZ-GYC5V

Document signed by:



**Jason Kneen**

Verified E-mail:
jkneen@gmail.com

IP: 24.176.59.156    Date: 18 Nov 2019 21:12:29 UTC

*Jason Kneen*

Document completed by all parties on:
18 Nov 2019 21:12:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA–US   SEA

RTFRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Mary Ford

124 Jeppson Road Southeast, Huntsville, AL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to         attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to the Equifax class action settlement. Equifax has made money selling my private financial information without my permission for many years. They do not remove errors in credit information even when proof of errors is provided. But when they make bad decisions that can lead to financial ruin of millions of people there needs to be stronger message sent to Equifax. This class action settlement is inadequate. When I first heard that each person affected by the security breach to Eqifax's computers I thought it was better than nothing. But now that I have found out that people are receiving only a small percentage of that $125.00. I will not be making my justified class to this sham of a settlement.
I do hope that this settlement will be reconsidered in and adjusted.

*Mary E Ford*

# Signature Certificate

Document Ref.: **NRBN8-E9U7N-N3EXN-OFUUI**

Document signed by:

**Mary Ford**

Verified E-mail:
minktoad@yahoo.com

*Mary E Ford*

IP: 108.87.161.180    Date: 18 Nov 2019 19:35:23 UTC

Document completed by all parties on:
18 Nov 2019 19:35:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                WA–US  SEA



ge Bc



FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sheila Myers

502 Superior St.   Hermitage. PA 16148

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company makes millions from selling my information. I think they should pay more for their data breach. They are intrusted with millions of Social Security numbers of Americans. Their system should protect that privilege, not just make money off of it leaving Americans to wonder who is stealing their idenity and possibly their life savings.

# Signature Certificate

Document Ref.: **JEZB2-7J85I-WRNXT-T4EJB**

Document signed by:



**Sheila Myers**

Verified E-mail:
kasirh5000@yahoo.com

IP: **76.188.224.180**    Date: **19 Nov 2019 02:48:34 UTC**

Document completed by all parties on:
**19 Nov 2019 02:48:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**                    98121
                    WA–US   SEA

FRI

6       C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cipeo Walker

soepic82@gmail.com

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Because I deserve the full amount for my private information being shared without my permission.

*Cipeo Walker*

# Signature Certificate

Document Ref : **UAFJV-VTSGR-Y33BR-YR6HF**

Document signed by:



**Cipeo Walker**

Verified E-mail:
soepic82@gmail.com

IP: 73.192.1.154    Date: 18 Nov 2019 19:29:39 UTC

*Cipeo Walker*

Document completed by all parties on:
18 Nov 2019 19:29:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
INV:
PO:                      DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   SEA

ge Bc

RT FRI

6
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Michael Tauraso

511 224th Place Southeast, Bothell, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair   ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

You cannot engage in life in the US without having your information in the credit bureaus. They must be held accountable for the level of harm here. If Equifax went bankrupt because of this I would be satisfied that we'd sent the appropriate message to its competitors about the gravity of letting our information leak.

I get scam phone calls weekly now from callers who HAVE MY SOCIAL SECURITY NUMBER, this never happened before the breach. I will need asset protection (From a vendor who is not as clueless as Equifax) for my entire life if I hope to avoid losing money to identity theft. The court should take a hard-line stance here and ensure this never happens again.

*Michael Tauraso*

# Signature Certificate

Document Ref.: **LZGGH-HYZGH-TYWYR-JRFOM**

Document signed by:



**Michael Tauraso**

Verified E-mail:
mtauraso@gmail.com

*Michael Tauraso*

IP: 4.71.153.59   Date: **15 Nov 2019 01:55:08 UTC**

Document completed by all parties on:
**15 Nov 2019 01:55:08 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US  SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Virginia OMara

6 Harrington Circle Weymouth MA 02188

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome   ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                           attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Hold Equifax accountable!

*Virginia OMara*

# Signature Certificate

Document Ref.: **OXNLN-LJGBW-SGPJ6-JSTCV**

Document signed by:

**Virginia OMara**

Verified E-mail:
cindytatalias@gmail.com

*Virginia OMara*

IP: **24.62.117.70**       Date: **18 Nov 2019 16:45:10 UTC**

Document completed by all parties on:
**18 Nov 2019 16:45:10 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
THU:

REF:

PO:          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Robert Biedinger

9016 Wayne Street, Cross Roads, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement offer does not adequately account for the size of the class

*Robert Biedinger*

# Signature Certificate

Document Ref.: **EIS3C-C7XGE-OBPHF-8VZWJ**

Document signed by:



## Robert Biedinger

Verified E-mail
robert.biedinger@gmail.com

*Robert Biedinger*



Document completed by all parties on:
**18 Nov 2019 18:35:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express² shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                   DEPT:

FedEx
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
            WA–US  SEA



RTFRI

6   C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Laurance Specht

243 McDonald Avenue 5D  Brooklyn NY 11218

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair         ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                  attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The proposed settlement is a slap on the wrist to a company that makes billions and has exposed millions to
 possible fraud.

*Laurance Specht*

# Signature Certificate

Document Ref. **J3IPE-ORVUH-ZC7UA-JK7YS**

Document signed by:



**Laurance Specht**

Verified E-mail:
ljspecht55@yahoo.com

IP: 74.71.204.254    Date: 19 Nov 2019 02:56:18 UTC

Document completed by all parties on:
**19 Nov 2019 02:56:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFD2021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                        DEPT:

FedEx
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
        WA–US   SEA

RTFRI
6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Karen Gordon

204 E 2nd Ave #229, San Mateo, CA 94401

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Due to this data breach, I have spent hundreds of hours at this point trying to deal with the repercussions and continual (to this day) attempts to access my credit. I'm already paying and have been to keep an eye on my credit. Frankly, even a few hundred dollars doesn't even begin to compensate me for my time or troubles as a result of Equifax's failure to maintain my privacy.

*Karen Gordon*

# Signature Certificate

Document Ref.: **CX4ZT-8XZ2T-C6YXK-Z8KWQ**

Document signed by:



**Karen Gordon**

Verified E-mail:
klgordon68@gmail.com

*Karen Gordon*

IP: 87.49.94.184    Date: 18 Nov 2019 22:53:54 UTC

Document completed by all parties on:
**18 Nov 2019 22:53:54 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:

TRK#
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**            **98121**
WA–US **SEA**

RT FRI

029      6      C
       16:30
              9950   irbill or pouch here
              11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Debra Cobb

200 Pineknoll Court, Ellenwood, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I truly feel that Equifax holds people hostage.  We have never given them permission to collect information on us, yet they do.  They collect wrong information all the time and it takes an act of Congress to get anything corrected, if you even can.  They sell our information without our consent and then they do not secure our information against thieves.

Equifax should be held responsible for their lack of due diligence and not just a slap on the wrist, which is a slap in the face to every individual whose information was stolen.

Thank you for your time and consideration of my objection.

*Debra Cobb*

# Signature Certificate

Document Ref. **A54IE-T4TUD-8AYGZ-QJVAQ**

Document signed by:



**Debra Cobb**

Verified E-mail:
debc1954@gmail.com

*Debra Cobb*

IP: 68.184.152.186     Date: 18 Nov 2019 19:58:16 UTC

Document completed by all parties on:
18 Nov 2019 19:58:16 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:

DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**                   **98121**
                         WA-US  **SEA**



FRI

6      C
16:30   9950
       11:22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Avery Compton

2743 North Estrella Avenue, Tucson, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I've had my identity stolen twice now since the breach occurred and zero times prior to that. I think that when a company that has built it's foundation on gathering peoples information without their consent exhibits such profoundly negligent behavior, that company should cease to exist, as they have failed at the only real duty they had.

*Avery Compton*

# Signature Certificate

Document Ref.: **FQQ9Y-MXPHB-HD6CW-AW4JF**

Document signed by:



**Avery Compton**

Verified E-mail:
**dk.wannab@gmail.com**

*Avery Compton*

IP: 150.135.165.45      Date: 18 Nov 2019 22:18:08 UTC

Document completed by all parties on:
**18 Nov 2019 22:18:08 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



Express

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
TRU:                          DEPT:
PO:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA        98121
WA-US   SEA



ge Bc

RT FRI

6  C
16:30

029        9950  :bill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amanda Meyer

7339 Monrovia Street, Shawnee, KS, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My SSN - and potentially my LIFE - was stolen and $5 or less is supposed to make this okay? I'm not saying $125 is gonna make it okay either, BUT these companies NEED to be held accountable for their lack of security. They have peoples LIVES in their hands. Do better.

*Amanda Meyer*

# Signature Certificate

Document Ref.: **NJTPA-UZW9S-AQM3S-USFLJ**

Document signed by:



**Amanda Meyer**

Verified E-mail
amandajmeyer13@gmail.com

*Amanda Meyer*

IP: 68.206.197.8          Date: 18 Nov 2019 20:23:29 UTC

Document completed by all parties on:
18 Nov 2019 20:23:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          **98121**
WA–US  **SEA**



RT FRI

229    6
16:30   9950
11:22   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jeremy Martin

630 n. Sergeant Ave. Joplin Missouri 64801

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Please note my objection

*Jeremy Martin*

# Signature Certificate

Document Ref.: **CV6FU-YTV3J-2RTYB-KQFIR**

Document signed by:



### Jeremy Martin

Verified E-mail:
herb72972@yahoo.com

IP: 69.92.191.100          Date: 19 Nov 2019 09:03:06 UTC

*Jeremy Martin*

Document completed by all parties on:
**19 Nov 2019 09:03:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**        **98121**
            WA-US  **SEA**

RT**FRI**

6  **C**
16:30  9950
11:22

Express

JB3

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Roxanne Carney

258 Keen Terrace, Apt A, Sebastian, Florida, 32958

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Not a fair settlement. Pennies compared to what was first shown.

*Roxanne Carney*

# Signature Certificate

Document Ref.: **HTQJ6-XBEWI-JTJHX-85XIY**

Document signed by:



**Roxanne Carney**

Verified E-mail
roxannecarney@att.net

IP: 69.254.31.47    Date: 18 Nov 2019 19:47:00 UTC

*Roxanne Carney*

Document completed by all parties on:
18 Nov 2019 19:47:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFQ2021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
PO:                    DEPT:



**FedEx**
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**          98121
WA-US   **SEA**

RT **FRI**

029     6   C
       16:30   9950
       11:22  Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Matthew Aaron

5205 Gretchen Street, Kensington, MD, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Hi there, the mishandlng, attempted trick to get out of liability, and then finally being unable to pay the settlement offer, I'm sick and tired of Equifax. We the people need justice!

*Matthew Aaron*

# Signature Certificate

Document Ref.: **XZVVU-DMTWU-DES7U-JTHPM**

Document signed by:

**Matthew Aaron**

Verified E-mail
mellomatt@gmail.com

*Matthew Aaron*

IP: **24.48.72.185**    Date: **15 Nov 2019 00:02:30 UTC**

Document completed by all parties on:
**15 Nov 2019 00:02:30 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
THU:
PO:                      DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK# 7781 6173 9950
0201

**8L BFIA**        98121
WA-US   **SEA**

RT FRI

029    6    C
     16:30  9950
     11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Laurence Clayton

23 Boxwood Dr Apt 309 Littleton Ma 01460

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I did not like to be bait and switched after I chose a settlement option and then the company is now trying to
 back out of the monetary deal that was previously agreed upon.

*Laurence Clayton*

# Signature Certificate

Document Ref.: **P2FWJ-XHAVC-M9XLG-PKLC4**

Document signed by:

**Laurence Clayton**

Verified E-mail:
laurence.a.clayton@gmail.com

*Laurence Clayton*

IP: 173.166.92.85   Date: 18 Nov 2019 17:41:29 UTC

Document completed by all parties on:
**18 Nov 2019 17:41:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386
PO:                                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

ge Bc

**8L BFIA**               **98121**
WA–US   **SEA**

ʀᴛFRI

029   6   C
16:30   9950   bill or pouch here.
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Daniel Dunaway

188 ruggles st
Fond du lac WI 54935

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　☑　　Unduly burdensome ☐
- Inadequate　☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not　　　　　　　attend the settlement hearing in person.

I do not expect　　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

These companies get away with this time and time again then give everyone $10, and we have credit problems for years to come as they sit in their mansions and yachts.  How these companies accountable. Give them a burden. Make this monopoly be fair. Too many 1%ers get away with this....and Epstein didnt kill himsrlf

*Daniel Dunaway*

# Signature Certificate

Document Ref.: **C9AWU-YNBW9-I5SIM-2E7RR**

Document signed by:



**Daniel Dunaway**

Verified E-mail:
dunaway1234@yahoo.com

*Daniel Dunaway*

IP: **99.203.79.141**   Date: **19 Nov 2019 04:47:18 UTC**

Document completed by all parties on:
**19 Nov 2019 04:47:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO. CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346



FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                    WA-US  SEA

ge Bc

RTFRI

6
16:30

C

9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# yvonne smith

121 north 5th st.,fremont,oh43420

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
this is unfair. why are you just giving them a slap on the hand. they are a large company and they need to be penalized for their behavior. are we not important enough to have our data protected. please do something about this and make them pay. thank you

*yvonne smith*

# Signature Certificate

Document Ref.: TANUX-MVUBK-NWDI5-BXKJW

Document signed by:



**yvonne smith**

Verified E-mail:
yvonnesmail@email.com

IP: 107.134.240.216    Date: 19 Nov 2019 14:29:16 UTC

Document completed by all parties on:
19 Nov 2019 14:29:16 UTC
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                        DEPT:

FedEx
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
            WA–US  SEA

FRI

6    C
16:30   9950
029        11.22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Adam Brundage

804 Cobblestone Ln

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This class potentially contains very nearly 150 million Americans. It is laughable to assume that such a small fine for such gross negligence will serve as any sort of deterrant for other corporations to abuse our privacy rights. Frankly, I find the original settlement insulting, embarrassing, and I strongly question the judgement and motives of those who came to that agreement.

# Signature Certificate

Document Ref : JUFT6-UK6YH-HJOJ8-QZZGQ

Document signed by:

**Adam Brundage**

Verified E-mail:
adammbrundage@gmail.com

IP: 174.59.212.0          Date: 16 Nov 2019 03:51:32 UTC

Document completed by all parties on:
16 Nov 2019 03:51:32 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                              DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
              WA–US   SEA



RT FRI

6    C
16:30   9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Jonathan Salonis

2218 Waters Edge Dr. Toms River, NJ 07008

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The original settlement amount of $125 per person was low to begin with and now after filling out so many different forms with short deadlines, I will end up only receiving a fraction of the original amount. My time was worth more than the small amount now offered. This company is clearly getting off the hook very easily.

*Jonathan Salonis*

# Signature Certificate

Document Ref.: M4USG-LZX2Q-DEQKR-6QCR7

Document signed by:

### Jonathan Salonis

Verified E-mail
jonsalonis@gmail.com

*Jonathan Salonis*

IP: 98.109.186.82    Date: 17 Nov 2019 11:30:06 UTC

Document completed by all parties on:
**17 Nov 2019 11:30:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA    (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                        DEPT:

FedEx
Express

E

REF#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
           WA–US  SEA



RTFRI

6   C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joan Myers

1318 E 2nd St. Apt. 5, Long Beach, Ca. 90802

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                                    attend the settlement hearing in person.

I  do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Not enough compensation for the massive intrusion.

*Joan Myers*

# Signature Certificate

Document Ref.: **2NUUK-ALK6I-AIM6F-CZ6PB**

Document signed by:

**Joan Myers**

Verified E-mail:
joanmyers@ymail.com

*Joan Myers*

IP: **96.41.90.221**    Date: **18 Nov 2019 16:55:26 UTC**

Document completed by all parties on:
18 Nov 2019 16:55:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express¹ shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US  SEA





FRI
RT

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jacob Downey

235 Cannon Way
Warrenton, Va 20186

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This needs to be corrected. We trusted them with our personal data.

*Jacob Downey*

# Signature Certificate

Document Ref.: CXB8H-8DK3H-KAMXO-DFZN5

Document signed by:

**Jacob Downey**

Verified E-mail:
jake.downey5@gmail.com

*Jacob Downey*

IP: 73.99.142.26        Date: 18 Nov 2019 00:54:51 UTC

Document completed by all parties on:
18 Nov 2019 00:54:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386        REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US   **SEA**

ge Bc





RT FRI

6
16:30     9950     C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Monica Zadworski

6474 Woodhills Way, Citrus Heights, ca 95621

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I expect punitive damages to fit the irresponsibility of the negligence.

*Monica Zadworski*

# Signature Certificate

Document Ref.: IUWUM-HSTT9-F9XHM-R5ANS

Document signed by:

**Monica Zadworski**

Verified E-mail:
monchizad911@yahoo.com

*Monica Zadworski*

IP: 24.10.95.171    Date: 19 Nov 2019 02:53:31 UTC

Document completed by all parties on:
19 Nov 2019 02:53:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:          REF:
PO:           DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US  SEA

FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ronald Markle

4802 Kingswood Drive

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair    ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel the company should be fully liable.

*Ronald Markle*

# Signature Certificate

Document Ref.: **ZIWPW-K8ZTP-JUVFF-VBPA5**

Document signed by:

### Ronald Markle

Verified E-mail:
ronmarkle@bellsouth.net

*Ronald Markle*

IP: 108.78.166.85    Date: 18 Nov 2019 19:57:50 UTC

Document completed by all parties on:
18 Nov 2019 19:57:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
TNO:
PO:                    REF:
                       DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA





FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Shalene Smith

3220 Unicorn Ave Pahrump NV 89048

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Our social security number and personal information is worth more than $5.00. There should be so many
 more security protocols keeping our personal information safe and protected.

*Shalene Smith*

# Signature Certificate

Document Ref : **COTKS-UD7NU-ZGFNP-ZERWV**

Document signed by:

**Shalene Smith**

Verified E-mail:
flyinseahorse@yahoo.com

*Shalene Smith*

| IP: 158.140.62.4 | Date: **19 Nov 2019 14:56:35 UTC** |

Document completed by all parties on:
19 Nov 2019 14:56:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA–US  SEA

FRI
RT

6
16:30   C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Paul A Bermijo

22035 N 34th Ave Phoenix AZ 85027

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The proposed settlement is a slap on the wrist for a company that makes

*Paul Bermijo*

# Signature Certificate

Document Ref.: **XMUBP-UXUDM-EXCHH-SBVSK**

Document signed by:

**Paul Bermijo**

Verified E-mail:
billpayor101@gmail.com

*Paul Bermijo*

IP: 184.101.118.122    Date: 18 Nov 2019 17:27:02 UTC

Document completed by all parties on:
18 Nov 2019 17:27:02 UTC
Page 1 of *



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

RT FRI

6
16:30   C

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Thomas Hawkins

2545 Thomason Circle apt#383 Arlington, TX 76006

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe that those who are affected by the data breach at Equifax deserves more than the $125 or even the amount that is expected to be given. Please consider everyone has been affected and I hope that this is finished in a orderly and timely fashion. Thank you and have a wonderful day.

*Thomas Hawkins*

# Signature Certificate

Document Ref.: XUUOH-NQDRK-55CNR-4CGYA

Document signed by:

**Thomas Hawkins**

Verified E-mail:
trazelhawken31@gmail.com

*Thomas Hawkins*

IP: 76.184.27.103   Date: 18 Nov 2019 21:07:49 UTC

Document completed by all parties on:
18 Nov 2019 21:07:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 2 2 2019

Align top of FedEx Express shipping label here.

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386          -REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
          WA—US  SEA



FRI
16:30  9950
6  C

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Michelle Beauvais

312 Vanasse Street, Somerset, WI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
We deserve more than $10.00 per person for the data breach they were fully aware of!

*Michelle Beauvais*

# Signature Certificate

Document Ref.: **VRQ7S-Z7GTC-9TV5U-RTDAH**

Document signed by:

**Michelle Beauvais**

Verified E-mail
michelle@ciranda.com

*Michelle Beauvais*

IP: 75.146.178.1    Date: 18 Nov 2019 17:29:15 UTC

Document completed by all parties on:
18 Nov 2019 17:29:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFQ2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL//
37B6346

ge Bc

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA

FRI
6
16.30   9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Stephen Foster

1150 clark st

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think thes is unfair

*Stephen Foster*

# Signature Certificate

Document Ref.: MCUKU-AU35A-QGPMK-ARREM

Document signed by:

**Stephen Foster**

Verified E-mail:
fostersteve1953@gmail.com

*Stephen Foster*

IP: 134.228.43.77    Date: 18 Nov 2019 16:47:12 UTC

Document completed by all parties on:
18 Nov 2019 16:47:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306          REF:

INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

## 8L BFIA

98121
WA-US  SEA



FRI

6    C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tracy Sides

4907 Tremont St. Dallas Texas 75214

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                            attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

People's lives are judged by credit reports. You cannot get a place to live or a car without a decent score. For Equifax to have literally thousands of people most private information to be let out to the world is not right. I know, for myself, I have worked hard to be a good citizen, pay my bills and have a decent score to reflect that. Why should I have to suffer because of someone wanting to take the easy way and steal? Or better yet, someone be lazy, and let access to be given to anyone? If that is the case, let's just do away with the credit score all together!

Equifax acts as if they have no responsibility in this. To date, I do not recall even so as much as an apology from them over this. For them to admit they screwed up would mean more than anything.

*Tracy Sides*

# Signature Certificate

Document Ref : **PXKHE-4QUJ4-ARCEW-UXVYT**

Document signed by:



**Tracy Sides**

Verified E-mail:
spoodlat@yahoo.com

*Tracy Sides*

IP: 174.206.10.130        Date: 19 Nov 2019 14:24:04 UTC

Document completed by all parties on
19 Nov 2019 14:24:04 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                  DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**      98121
WA–US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## clarence dixon

1234 Bessie Street, Fort Worth, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I think customers should have been protected if not compensation should have been more.

*clarence dixon*

# Signature Certificate

Document Ref.: **SGLHI-UGQ3E-FBLWH-LGG6N**

Document signed by:



**clarence dixon**

Verified E-mail:
shirleyd54@att.net

IP: 76.192.98.222   Date: 18 Nov 2019 20:01:24 UTC

Document completed by all parties on:
**18 Nov 2019 20:01:24 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~ *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                        DEPT:



**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201 **7781 6173 9950**

**8L BFIA**          98121
                  WA–US **SEA**

RT **FRI**

029

6
16:30

C

9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# David C. Barnett

1774 W Ainslie St., Chicago, IL 60640-3420

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax makes billions every year. To settle this for $5 a head is just a slap on their wrist. I do not want to see them (and other companies) view such a small settlement as just a cost of doing business. They need to hurt a bit for failing to protect my and others' social security numbers so that they do not do this again! The original settlement was announced at $125 or more for each person. This would be a more meaningful hit on the company and make them rethink their practices. The current $5 settlement proposal seems like a bait and switch in the hopes no one was paying attention. But, we are! The privacy our social security numbers is worth much more than $5 to me. It is worth more than $125 to me but I would settle for that amount.

*David Barnett*

# Signature Certificate

Document Ref.: **S2OSK-ABCKM-WZN6P-R3AW4**

Document signed by:



**David Barnett**

Verified E-mail:
davidcbarnett@gmail.com

*David Barnett*

IP: 108.72.220.121     Date: **18 Nov 2019 17:31:49 UTC**

Document completed by all parties on:
18 Nov 2019 17:31:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                    REF:
                       DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA–US   SEA

RTFRI
029    6
       16:30    9950
       11:22

C
bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Bretholz

407 orange st New Haven CT 06511

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　　　☑　Unduly burdensome ☑
- Inadequate　☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may　　　　　　　　attend the settlement hearing in person.

I  do not expect　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This proposed settlement enriches attorneys alone and does not provide adequate incentive to correct the eggregious misconduct or fairly compensate those harmed.

*Michael Bretholz*

# Signature Certificate

Document Ref.: DPX8G-MUXM5-C8THE-BQJQ3

Document signed by:



**Michael Bretholz**

Verified E-mail:
michael.bretholz@gmail.com

*Michael Bretholz*

IP: 73.186.142.127      Date: 14 Nov 2019 10:31:31 UTC

Document completed by all parties on:
14 Nov 2019 10:31:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
PO:                                    DEPT:



FedEx
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

8L BFIA            98121
              WA–US   SEA



RTFRI

6
029    16.30    9950    bill or pouch here.
               11.22

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Andrew Arrants

5613 Delia Lane Southwest, Port Orchard, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

These security breaches happen all the time. I get that. But the fact that Equifax, who should be even safer than most, and this company who profits from this information and profits from protecting it should receive more than a slap on the wrist. Make them feel this error, so maybe they, as well as companies like them, will work harder to protect our information. The fact that they offer credit monitoring instead of a monetary payment is both laughable and insulting.

*Andrew Arrants*

# Signature Certificate

Document Ref.: **X8CG2-YPOGC-RWOY3-RFXNW**

Document signed by:



**Andrew Arrants**

Verified E-mail
andy.arrants@icloud.com

*Andrew Arrants*

IP: 74.92.224.205    Date: 18 Nov 2019 23:26:09 UTC

Document completed by all parties on:
18 Nov 2019 23:26:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL//
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA        98121
          WA-US SEA


ge Bc

RT FRI

6
16.30   C
029        9950   bill or pouch here.
          11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Stacy Scales

733 Lathrop Street, Napa, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because it was simply that - a settlement. This company mistreated incredibly sensitive information for millions of users who have trusted them with their data. I object to their not having to pay sufficiently for the damage that's been done to the credit and privacy of so many of us.

*Stacy Scales*

# Signature Certificate

Document Ref.: **UVNYN-GG2TI-AMJYA-92ZXF**

Document signed by:



**Stacy Scales**

Verified E-mail
indiestace@yahoo.com

IP: 199.116.118.249    Date: 19 Nov 2019 02:42:11 UTC

Document completed by all parties on:
19 Nov 2019 02:42:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200 *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
THU:
PO:                              DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK# 0201 **7781 6173 9950**

**8L BFIA**

**98121**
WA–US  **SEA**



ᴿᵀFRI

029

6
16:30

C

9950
11:22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Alan Wendt

1517 N Wilmot #306, Tucson, AZ, 85712

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The total settlement amount is to be divided by the number of claimants and the expected payout per claimant does not come close to equitable compensation.

*Alan Wendt*

# Signature Certificate

Document Ref.: **PFWNL-G94UV-MBQL7-PEZF8**

Document signed by:

**Alan Wendt**

Verified E-mail
smartasasackofhammers@gmail.com

*Alan Wendt*

IP: 67.212.194.124    Date: **18 Nov 2019 22:57:48 UTC**

Document completed by all parties on:
**18 Nov 2019 22:57:48 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**
(415) 373-2386        REF:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**        98121
WA-US  **SEA**

RTFRI

6
16.30    9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kristina Spicher

207 Verona Ct SW, Port Orchard,WA 98367

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair              ☑   Unduly burdensome ☐
- Inadequate      ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is an unfair amount after having my data breached

*Kristina Spicher*

# Signature Certificate

Document Ref.: 9N5WC-XQUVK-ETZQH-CC5ZR

Document signed by:

**Kristina Spicher**

Verified E-mail
kristinaboxberger@yahoo.com

*Kristina Spicher*

IP: 24.113.234.126     Date: 19 Nov 2019 04:01:10 UTC

Document completed by all parties on:
19 Nov 2019 04:01:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                98121
                  WA-US  SEA

RTFRI

229          6        C
         16.30    9950  bill or pouch here.
                        11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jeanna Cunneen

106 n summit Ave  villa park,il

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I find this settlement amount unfair.  My data was breached and I had to  make alot of changes due to it.

*Jeanna Cunneen*