# Exhibit B - 32

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jeanna Cunneen

106 n summit Ave  villa park,il

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I find this settlement amount unfair.  My data was breached and I had to  make alot of changes due to it.

*Jeanna Cunneen*

# Signature Certificate

Document Ref.: **9Y6TD-XPKNF-SYE4W-VUPR3**

Document signed by:

**Jeanna Cunneen**

Verified E-mail
jeanna_cunneen@yahoo.com

*Jeanna Cunneen*

IP: 172.58.141.71    Date: 19 Nov 2019 03:28:01 UTC

Document completed by all parties on:
**19 Nov 2019 03:28:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

THU:
PO:                          DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



8L BFIA

98121
WA-US  SEA

ge Bc

RT FRI

029

6
16:30

C

9950
11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# rickey Maynard

35956 Vaughn Street, Clinton Township, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
the time I will need to respond or try to stop all the mail, email and phone call is far more the a $10 (my time is worth more)

*rickey Maynard*

# Signature Certificate

Document Ref : 6AS29-BJVOD-5VS9T-YKDSM

Document signed by:

**rickey Maynard**

Verified E-mail
rickeymaynard@att.net

*rickey Maynard*

IP: 75.30.199.83   Date: 18 Nov 2019 16:56:32 UTC

Document completed by all parties on
18 Nov 2019 16:56:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**
(415) 373-2386        REF:
INV:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
37B534G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**

98121
WA–US  **SEA**



RTFRI

229

6
16:30

C

9950
11:22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sandra Krogman

7959 Dixie Highway Apt 10

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settlement is extremely unreasonable.

*Sandra Krogman*

# Signature Certificate

Document Ref.: 3SPUD-5UFFI-3EMKN-YUX78

Document signed by:

**Sandra Krogman**

Verified E-mail
sandyontodd@yahoo.com

*Sandra Krogman*

IP: 74.139.57.86    Date: 19 Nov 2019 04:37:59 UTC

Document completed by all parties on:
19 Nov 2019 04:37:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV:
PO:                                DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

**98121**
WA–US  **SEA**

RTFRI

6
16:30   9950
029            11:22

C
bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Latesha R. Clifton

915 West Wilson Avenue Unit 609
Chicago IL 60640-5700

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                       attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My name is Latesha R. Clifton not "SHUTSHE" I have been a victim of IDENTITY THEFT AND FRAUD since June 14, 1997 I have been kicked around the block for the entire time with les than minimum or humane treatment in my identity recovery! Less than the full amount of the $125 settlement agreement us most undignified and just plain wrong! Don't continue to let the SHUTSHE AFFAIR" hinder the proper funtionings of a working class society continue to be corrupted. Award the full $125 WITHOUT. MANDATORY CREDIT MONITORING and give decent society 1/5 if the chance ti heal!

*Latesha R. Clifton*



# Signature Certificate

Document Ref.: UYDQC-TMVG3-RMBKA-OTKDZ

Document signed by:

Latesha R. Clifton

Verified E-mail:
nikkijamz@netzero.net

*Latesha R. Clifton*

IP: 174.221.144.89   Date: 18 Nov 2019 22:17:05 UTC

Document completed by all parties on:
18 Nov 2019 22:17:05 UTC
Page 1 of 1

 Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386     REF:
TOU:
PO:                  DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA

RTFRI

6
16:30

C

9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Gurney

2920 Ballesteros Lane, Tustin, CA 92782

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is the second time that a credit bureau has managed to loose my Social Security number and quite frankly, I am getting tired of it.

*Michael Gurney*

# Signature Certificate

Document Ref.: VREMS-2FN8X-YWT4O-5EHRN

Document signed by:

**Michael Gurney**

Verified E-mail:
mickgurney@cox.net

*Michael Gurney*

75.23.167.235   Date: 19 Nov 2019 20:20:06 UTC

Document completed by all parties on:
19 Nov 2019 20:20:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386   REF:

**FedEx**
Express

**E**

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   SEA





RT FRI

229

6
16:30

C

9950
11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Beth Koehn

3431 South Kinnickinnic Avenue, Milwaukee, WI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Having your personal information out to the highest bidder on the internet can cause extreme hardship and expense for people. Large companies that are supposed to care for their customers should not get away with just letting millions of people's information get stolen. We get for $5 for the trouble. What is 5 dollars going to do to help repair our credit and our lives?

*Beth Koehn*

# Signature Certificate

Document Ref: **OGDCW-X2DPH-GLNWZ-9HVDW**

Document signed by:

**Beth Koehn**

Verified E-mail:
vonkoenig@netzero.net

*Beth Koehn*

IP: 207.67.83.42    Date: 19 Nov 2019 21:18:47 UTC

Document completed by all parties on:
19 Nov 2019 21:18:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express¹ shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386        REF:



FedEx
Express

REL#/
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US  SEA

ge Bc

RT FRI

6   C
16:30   9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joy Gaskins

105 Dean Drive  New Bern NC 28562

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to              attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  A $10 settlement for a breach that can affect ID theft and credit scores is just totally unacceptable!!

*Joy Gaskins*

# Signature Certificate

Document Ref.: **L6RBP-FUMXA-UJ6Z2-QJI4K**

Document signed by:



**Joy Gaskins**

Verified E-mail:
joygaskins@yahoo.com

*Joy Gaskins*

IP: 174.253.140.111   Date: 18 Nov 2019 19:05:01 UTC

Document completed by all parties on:
**18 Nov 2019 19:05:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA

RT FRI

6   C
16:30  9950
```

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Donna Lewis

2610 S Kingsway Rd
Seffner, FL 33584

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The initial settlement amount should be honored.

*Donna Lewis*

# Signature Certificate

Document Ref.: PRMRP-ZA9NG-TGBXC-ZFFZU

Document signed by:



**Donna Lewis**

Verified E-mail:
monkeyfro@aol.com

IP: 173.188.244.177     Date: 18 Nov 2019 17:04:20 UTC

Document completed by all parties on:
18 Nov 2019 17:04:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                        DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA–US   SEA



FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tom Flinchbaugh

544 Cottage Oaks Cir, Myrtle Beach, SC 29579

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☐
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The nominal amount that will become available to each person that has been breached is woefully insufficient, and would not adequately reimburse those who had their data breached.

*Tom Flinchbaugh*

# Signature Certificate

Document Ref : **OUPFH-XIHNP-FPDXN-9DEFP**

Document signed by:

**Tom Flinchbaugh**

Verified E-mail
myrtleb21@yahoo.com

*Tom Flinchbaugh*

IP: 66.56.156.157   Date: 19 Nov 2019 00:53:27 UTC

Document completed by all parties on:
**19 Nov 2019 00:53:27 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express² shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 23.10 LB
                                       CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:

**FedEx**
Express

**E**

REL#
3786346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**       **98121**
                 WA-US  **SEA**



FRI

6  C
16:30  9950
11.22



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marie Ginn

211 West Marigold Avenue, Foley, AL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                        attend the settlement hearing in person.

I do not expect                       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Your responsibility is to uphold justice, and see that it serves the American people fairly.

*Marie Ginn*

# Signature Certificate

Document Ref.: **V5NHJ-W2PJ5-NYTCJ-PCTEQ**

Document signed by:



**Marie Ginn**

Verified E-mail:
ginn.marie@gmail.com

IP: **75.175.100.134**    Date: **18 Nov 2019 19:37:44 UTC**

Document completed by all parties on:
**18 Nov 2019 19:37:44 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886     REF:
PO:                DEPT:

FedEx
Express

REF#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
         WA–US  SEA



ge Bc

RT FRI

6   C
16:30

9950   rbill or pouch here.
11 22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dominic Orlando

4622 Schwartz Avenue, Lisle, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The impact of this breach deserves more than just a "slap on the hand".

*Dominic Orlando*

# Signature Certificate

Document Ref.: **R8DBQ-EQHHB-RWYLA-6MKSW**

Document signed by:

**Dominic Orlando**

Verified E-mail
doodles369369@aol.com

*Dominic Orlando*

IP: 67.162.31.30   Date: 19 Nov 2019 04:19:14 UTC

Document completed by all parties on:
19 Nov 2019 04:19:14 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121
(416) 373-2386            REF:
PO:                              DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**           98121
              WA-US   SEA

FRI

6    C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# yelena neyman

4879 donald avenue
Richmond Hts., OH 44143

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This company thinks that investing into protecting your private information in their possession is not worth the expense. It must be changed!

*yelena neyman*

# Signature Certificate

Document Ref.: ZKY2L-SLMBD-HEYSW-AIQJG

Document signed by:

**yelena neyman**

Verified E-mail
yelena@case.edu

*yelena neyman*

IP: 129.22.182.250       Date: 18 Nov 2019 17:42:59 UTC

Document completed by all parties on:
18 Nov 2019 17:42:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Margaret Roth

400 Glendale Road, Unit C13
Havertown, PA 19083

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
To The Honorable Thomas W. Thrash Jr.
As a trustworthy and active consumer I will not accept a slap on the wrist for a company that makes several
billion dollars a year selling consumers data without their consent - and that they can't buy their way out of if
with a bait-and-switch settlement offer for a fraction of the original amount.
I sincerely hope you will act in the best interest of the consumers and send a strong message to these
companies that our personal data is just that PERSONAL and they should be doing everything humanly
possible to protect it!
Thank you for your attention to this case.

*Margaret Roth*

# Signature Certificate

Document Ref.: **U5V86-CZNPM-RUQUJ-ZD3B6**

Document signed by:

**Margaret Roth**

Verified E-mail
magpie901@yahoo.com

*Margaret Roth*

IP: 74.103.134.146    Date: 19 Nov 2019 15:01:40 UTC

Document completed by all parties on:
19 Nov 2019 15:01:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA-US   SEA



FRI

6
16:30
029              9950
11.22

C

RT

ge Bc

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Matthew Linscheid

8105 NE 13th Ave  unit G  Vancouver Washington 98665

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It's Ridiculous you have a company lose all of my personal information. When I didn't give them it in the first place.  Even the 150-250.  Isn't enough.  Matt

*Matthew Linscheid*

# Signature Certificate

Document Ref.: QZEAV-DFJ3W-Q34YF-WMPAX

Document signed by:

**Matthew Linscheid**

Verified E-mail
mlinscheid@hotmail.com

*Matthew Linscheid*

IP: 73.225.168.209    Date: 18 Nov 2019 22:20:26 UTC

Document completed by all parties on:
18 Nov 2019 22:20:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2306        REF:

INV:                         DEPT:



**FedEx**
Express

**E**

REL#
37B534G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US **SEA**

RTFRI

6
16:30   **C**
9950
11:22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Paulette Carr

43850 20th street east space 224 Lancaster, ca 93535

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome   ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   may                      attend the settlement hearing in person.

I   do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Why on earth would anyone accept credit monitoring by the very company that leaked my info from the get go. I have been forced to place credit freezes, pay for a reputable company monthly to monitor my credit and a lousy $10 isn't gonna cut the cheese as I'm out way more money than this and so has millions of other Americans. This truly is NOT fair

*Paulette Carr*

# Signature Certificate

Document Ref.: HFBQZ-GDUBN-IPAVJ-QHLMH

Document signed by:

**Paulette Carr**

Verified E-mail
pcarr2005@icloud.com

*Paulette Carr*

IP: 172.91.56.13    Date: 19 Nov 2019 08:46:11 UTC

Document completed by all parties on:
19 Nov 2019 08:46:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV#
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA-US  SEA

ge Bc

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FRI
229    6        C
      16:30  9950
      11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Gary Ussery

285 Hammett Road, Wellford, SC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The personal data gathered should have been significantly more protected, especially by a company that has decades of very specific on data on me, including SSN, all addresses where I have ever resided, my entire credit history, etc.; everything someone would need to steal from me. The proposed settlement is in no way adequate to those of us who had our trust violated. The cash settlement doesn't begin to compensate for my time or expenses and the credit monitoring is something that I had to do anyway as a result of this data breach.

*Gary Ussery*

# Signature Certificate

Document Ref : **MRBLO-VAZZK-PHCG8-TSE8T**

Document signed by:

| | Gary Ussery | |
|---|---|---|
| | Verified E-mail:<br>gussery@gmail.com | *Gary Ussery* |
| | IP: 71.28.75.189    Date: **18 Nov 2019 15:58:17 UTC** | |

Document completed by all parties on:
**18 Nov 2019 15:58:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFD2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                        DEPT:

**FedEx**
**Express**

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
          WA-US  SEA

ge Bc

RTFRI

229    6    C    9950
     16:30        11:22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Patrice Martin

66 Forest Street, Baldwinville, MA 01436

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to this settlement because the settlement amount should adequately reflect the number of people impacted. The explanation that the response to the settlement was "overwhelming" is not a sufficient response. Equifax is an enormous company that Americans cannot opt out of or avoid working with. After a breach so large, why would we accept credit monitoring by the company that failed to protect our data in the first place? It's disingenuous. Please consider the positions of the people affected by this breach.

*PJ Martin*

# Signature Certificate

Document Ref.: **47WJN-D4VLV-YP9MC-QTBY9**

Document signed by:

**Patrice Martin**

Verified E-mail
pjmartinrn@gmail.com

*PJ Martin*

IP: 173.76.141.93      Date: **19 Nov 2019 12:25:52 UTC**

Document completed by all parties on:
19 Nov 2019 12:25:52 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
              WA-US  SEA



RTFRI

229          6      C
        16:30   9950
                11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Wesley Lindsey

1520 North College Avenue, Tulsa, OK, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not a just compensation for jeopardizing our personal data.

*Wesley Lindsey*

# Signature Certificate

Document Ref.: **K3MYQ-DI6PB-R6FRT-SCAOY**

Document signed by:

**Wesley Lindsey**

Verified E-mail:
lindseypaul.4664@yahoo.com

*Wesley Lindsey*

IP: 68.13.247.78          Date: 19 Nov 2019 04:03:52 UTC

Document completed by all parties on:
19 Nov 2019 04:03:52 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

NOV 2 2 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO. CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INU:
PO:              DEPT:



FedEx
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA            98121
            WA-US  SEA

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

RTFRI

229      6      C
        16.30   9950
                11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jason Hamilton

760 Overland Drive, McKinney, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is grossly inadequate.

*Jason Hamilton*

# Signature Certificate

Document Ref.: L5WRO-UVAYU-BIDZP-BRB6H

Document signed by:

**Jason Hamilton**

Verified E-mail:
wild1_74@hotmail.com

*Jason Hamilton*

IP: 97.105.20.186      Date: 18 Nov 2019 18:40:35 UTC

Document completed by all parties on:
18 Nov 2019 18:40:35 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    *1100 2nd*

SEATTLE WA 98121

(415) 373-2386          REF:
INV:                DEPT:
PO:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA

ge Bc

RTFRI

6
16.30   C

9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Christina Navarro

232 Baileys Gap Road, Highland, NY 12528

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

How is it possible that our social security numbers were compromised by a company that makes millions and we are only compensated by the slightest bit of money. It makes a soon sense to me.

*Christina Navarro*

# Signature Certificate

Document Ref.: **KTOY6-ZXWRP-JDD4J-RSVHZ**

Document signed by:

**Christina Navarro**

Verified E-mail:
**samurai1923@aol.com**

*Christina Navarro*

IP: 24.45.32.218    Date: 19 Nov 2019 04:33:02 UTC

Document completed by all parties on:
**19 Nov 2019 04:33:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



Express

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:                    REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3765346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA                 98121
                  WA–US  SEA

RT FRI

6
16:30   9950
11.22   C

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# John Scheriff

833 5th street West Babylon, NY 11704

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that the settlement has been misrepresented . Also a data breach containing SSN is a really inexcusable offence . Our data needs to be protected far better then this.

*John Scheriff*

# Signature Certificate

Document Ref.: **P2VA6-WPOCJ-AAQ5D-GGTCA**

Document signed by:

**John Scheriff**

Verified E-mail:
clokwerkwulf@protonmail.com

*John Scheriff*

IP: 24.47.205.254    Date: 18 Nov 2019 17:12:45 UTC

Document completed by all parties on:
18 Nov 2019 17:12:45 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386
INV:                    REF:
PO:                        DEPT:



FedEx
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA

RTFRI

029

6
16:30

9950
11.22

C

rbill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Rachel Cunningham

1855 Lincoln Ave., Space 230, El Centro, CA. USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair           ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement being offered is inadequate and unfair for the lack of security and the release of private information to unscrupulous persons. This has caused harm to many. Please consider this when making your final decision.

*Rachel Cunningham*

# Signature Certificate

Document Ref.: YVAQ6-SSZYA-ULRFK-JXNBE

Document signed by:



**Rachel Cunningham**

Verified E-mail:
rachel.92243@yahoo.com

*Rachel Cunningham*

IP: 107.217.221.3    Date: 18 Nov 2019 17:01:41 UTC

Document completed by all parties on:
18 Nov 2019 17:01:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tami Clem

702 Idlewild dr Hutchinson Ks 67502

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Social security numbers are personal and private. I've kept mine private all my 51 years
Now a company who's supposed to be doing everything possible in case of data breaches messes up and is basically getting away with a slap on the wrist or so they hope. Attorneys will make millions, yet it's the rest of us who will suffer. I am afraid to have credit auditors watch out for me. Please help us make them see. Thank you!!

*Tami Clem*

# Signature Certificate

Document Ref.: **AK6UK-OTHHM-4UZCV-2OARQ**

Document signed by:



**Tami Clem**

Verified E-mail:
tamilol@aol.com

*Tami Clem*

IP: 68.102.231.36     Date: **18 Nov 2019 20:21:19 UTC**

Document completed by all parties on:
**18 Nov 2019 20:21:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:

PO:              DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**        98121
           WA-US  **SEA**

FRI

6
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Mary DiGiovani

4614 Alrix Dr.
Orlando Florida 32839

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑      Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                       attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The same companies that hold us liable for misuse of our credit needs to be held more liable for their not protecting our information. I did not go on their site and appt for anything they have all my information to choose what I can and can not have. The proposed settlement is unfair and unacceptable.

*Mary DiGiovani*

# Signature Certificate

Document Ref.: **LFD6W-AINST-CFB3Z-N9CHZ**

Document signed by:



**Mary DiGiovani**

Verified E-mail:
marydigiovani@yahoo.com

*Mary DiGiovani*

IP: 72.189.124.84    Date: 19 Nov 2019 02:47:04 UTC

Document completed by all parties on:
**19 Nov 2019 02:47:04 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                WA-US  **SEA**



RT FRI

6
16:30   9950   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Denny Owens

440 Jennifer dr
San Pablo, ca 94806

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Judge Thrash
  What is being done is not fair to us
  Thank you
  Denny Owens

*Denny Owens*

# Signature Certificate

Document Ref.: **DPYTN-OXIPB-BHHFS-3Z54E**

Document signed by:

**Denny Owens**

Verified E-mail:
denny.owens@sbcglobal.net

*Denny Owens*

IP: 67.164.94.38    Date: 18 Nov 2019 18:52:57 UTC

Document completed by all parties on:
**18 Nov 2019 18:52:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386       REF:
PO:                  DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
          WA-US   **SEA**

RTFRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Deloris Jefferson

5527 Frontier Court, Ellenwood, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not   attend the settlement hearing in person.

I   do not expect   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I think it is an unfair amount to be rewarded by your large and so call prestigious corporation.

# Signature Certificate

Document Ref.: **XPEPO-URPPK-5KOHK-GVN4G**

Document signed by:

**Deloris Jefferson**

Verified E-mail
delorisjefferson396@yahoo.com

IP: 99.34.63.156    Date: 18 Nov 2019 23:56:31 UTC

Document completed by all parties on:
**18 Nov 2019 23:56:31 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA-US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Gary Keaster

9480 Southwest 97th Street, Miami, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Sir,  The settlement does very little to help the people most damaged by the lack of diligence by the companies involved. It instead rewards the lawyers who do not deserve a fortune at the expense of the victims.

*Gary Keaster*

# Signature Certificate

Document Ref.: FI9IH-6YVM4-TQNBG-MXWXC

Document signed by:



**Gary Keaster**
Verified E-mail:
gkf100@aol.com

*Gary Keaster*

IP: 174.61.55.135    Date: 14 Nov 2019 13:48:01 UTC

Document completed by all parties on:
**14 Nov 2019 13:48:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                 DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   SEA



FRI

6   C
16:30   9950

till or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Rema Tanner

1326 Ardee Avenue, Nashville, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Far too often multi-billion dollar companies get away with damaging and harmful mishandling of their patron's private information. They make money from the very people who trust them that they harm. Not this time! Please make them pay their public for what they have done. Thank you.

*Rema Tanner*

# Signature Certificate

Document Ref.: **PYSYH-WMWWI-Q4DPD-EYNFQ**

Document signed by:



**Rema Tanner**

Verified E-mail:
remagracetanner@gmail.com

*Rema Tanner*

IP: 4.7.128.50    Date: 19 Nov 2019 18:32:50 UTC

Document completed by all parties on:
19 Nov 2019 18:32:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2800        REF:

PO:                   DEPT:

FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER



TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US  SEA

FRI

C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Judith Poskey

667 W Russell Lake Dr Zionsville, in 46077

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Unfair to give my information out.

*Judith Poskey*

# Signature Certificate

Document Ref.: BLQKX-QIFHN-43MXG-AB9YJ

Document signed by:



**Judith Poskey**

Verified E-mail:
jsp5475@yahoo.com

*Judith Poskey*

IP: 107.217.93.177     Date: 18 Nov 2019 17:17:53 UTC

Document completed by all parties on:
18 Nov 2019 17:17:53 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA



FRI

6
16:30

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Evelyn EngleyMoore

1205 Todd Ln Apt A

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I   am unable to                    attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

We have placed our trust in companies like Equifax. Tim and time again these companies have allowed our information to be hacked.  When the cases are settled the attorneys are the ones who end up benefiting. We can opt to have credit monitoring by other companies who have been hacked also.  If our information is sold it ends up.costing us much more than these companies ever pay for a settlement.  I think it's time one of these companies was taken to court to be judged by ordinary people. The people who are being hurt by the breeches.

*Evelyn EngleyMoore*

# Signature Certificate

Document Ref.: **EVGHR-44P2N-EWQZA-NHCCK**

Document signed by:



**Evelyn EngleyMoore**

Verified E-mail:
engley49@yahoo.com

*Evelyn EngleyMoore*

IP: 184.54.185.81      Date: 18 Nov 2019 17:27:48 UTC

Document completed by all parties on:
18 Nov 2019 17:27:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
          WA–US   SEA

ge Bc

RT FRI

6    C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Donita Sussino

8222 Nature's Drive Tobyhanna PA 18466

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I    will not                          attend the settlement hearing in person.

I    do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It is unfair to say we're are getting $125 then only say it's $10 if that now. Classic bait and switch.

*Donita Sussino*

# Signature Certificate

Document Ref.: **KZHVD-FZBP7-52BDT-7VFGR**

Document signed by:



**Donita Sussino**

Verified E-mail:
dsussino@gmail.com

*Donita Sussino*

IP: 50.29.129.21     Date: 18 Nov 2019 18:49:17 UTC

Document completed by all parties on:
18 Nov 2019 18:49:17 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6932941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#   7781 6173 9950
0201

**8L BFIA**          98121
          WA–US   SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Yesenia Delgado

3730 South Emerald Avenue, #3 Chicago, I'll 60609

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is a violation of my privacy, and s as company that big should have taken better measures to protect the people.

*Yesenia Delgado*

# Signature Certificate

Document Ref.: **CEF7I-MKNWD-BC9EY-ZYZYE**

Document signed by:

**Yesenia Delgado**

Verified E-mail
yesydelgado@icloud.com

*Yesenia Delgado*

IP: 73.110.45.82    Date: **18 Nov 2019 23:36:11 UTC**

Document completed by all parties on:
18 Nov 2019 23:36:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
              WA-US   SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## RC Weimann

3710 Wood Duck Dr, Mims, FL, USA



Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑     Unduly burdensome ☐
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

|   will not                          attend the settlement hearing in person.

|   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, please consider the lasting implications of such a breech and just how much they complicate and uproot our lives.  Give us some kind of adequate compensation for the headache that this breech has caused us.  We cannot let this happen and remain blase about it!! Thank you very much.

*RC Weimann*

# Signature Certificate

Document Ref.: **AVYZY-7REBU-JHCJT-FCKZY**

Document signed by:

**RC Weimann**

Verified E-mail
quovadis1955@live.com

*RC Weimann*

IP: 74.174.96.126     Date: 18 Nov 2019 17:39:34 UTC

Document completed by all parties on:
18 Nov 2019 17:39:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
PO:                              DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

## 8L BFIA

98121
WA-US  SEA



ge Bc

RTFRI

229         6
          16.30    C
          9950  'hbill or pouch here.
          11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Debra Preston

5118 Glasgow Avenue, Orlando, FL, USA

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is totally unacceptable to the thousands of people who have had their personal information subjected to this data breach.

*Debra Preston*

# Signature Certificate

Document Ref.: WWENM-NWHM3-XQFNF-393QD

Document signed by:

**Debra Preston**

Verified E-mail:
debrapreston1@yahoo.com

*Debra Preston*

IP: 2.96.122.235     Date: 18 Nov 2019 19:36:49 UTC

Document completed by all parties on:
18 Nov 2019 19:36:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFQ2021

TO  **JND CLASS ACTION ADMINISTRATIO**

-2727 WESTERN AVE STE 200   7100 2nd

**SEATTLE WA 98121**

(415) 373-2386
PO:              REF:              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**        98121
WA–US  **SEA**



RT FRI

029

6
16:30

C

9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Newby

178 Boyd Avenue, Jersey City, NJ 07304

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                      attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our social security numbers were never meant to be public identification codes. The fact that they are that and do not have protections awarded to them is backwards and dilutes the purpose of a unique identifying code. The fact that at any time for the rest of my life (possibly 50+ years) I must constantly watch to ensure my identify has not been cloned, a credit card has not been stolen, or worse, a tax return has not been falsely claimed in my name is insane. The settlement offering of now $5 means that my time for my data which was so easily given up by Equifax was only worth $0.10 a year. I am positive that my social security and personally identifiable information is worth more than a dime.

*Robert Newby*

# Signature Certificate

Document Ref.: **DEAYU-YSHA9-UPMPK-TWBMC**

Document signed by:

**Robert Newby**

Verified E-mail:
newbyr60@gmail.com

*Robert Newby*

IP: 96.242.7.237    Date: **17 Nov 2019 11:51:43 UTC**

Document completed by all parties on:
**17 Nov 2019 11:51:43 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**        **98121**
WA-US   **SEA**



FRI

6
16:30   C
6950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# PAUL MOORE

Paul M Moore 224 Ohio Street Box 383 Hinsdale Montana 59241

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is way to little. It's just a slap on the rist.

*PAULMOORE*

# Signature Certificate

Document Ref.: **4V7BV-YVXPY-F4UJA-GGEWS**

Document signed by:

**PAUL MOORE**

Verified E-mail:
moorepaul26@yahoo.com

IP: 76.75.23.75          Date: **19 Nov 2019 14:34:30 UTC**

Document completed by all parties on:
19 Nov 2019 14:34:30 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386      REF:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
              WA–US   **SEA**

FRI

6
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Ramona Harris

3356 FM 49, Mineola, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They get my information and then sell it to whomever they want to making millions if not billions of dollars. They don't pay me anything for my information and they don't even keep it safe they need to give me more money than they are offering.

*Ramona Harris*

# Signature Certificate

Document Ref.: **GGTP6-GXNQT-VT825-ALXIR**

Document signed by:

**Ramona Harris**

Verified E-mail
ramonadragon@yahoo.com

*Ramona Harris*

IP: 137.119.84.125   Date: 18 Nov 2019 17:31:47 UTC

Document completed by all parties on:
18 Nov 2019 17:31:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
       WA-US  SEA



FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Kathy Barber

504 Wilson St. Jonesboro Arkansas 72401

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair     ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please take another look at this case settlement it is unfair.

*Kathy Barber*

# Signature Certificate

Document Ref.: **PN9JR-MX7EG-MZCVT-SLRL9**

Document signed by:

**Kathy Barber**

Verified E-mail:
kathyebarber26@yahoo.com

*Kathy Barber*

IP: 107.77.161.45   Date: 18 Nov 2019 20:20:20 UTC

Document completed by all parties on:
18 Nov 2019 20:20:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~ *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                              DEPT:



FedEx
Express

**E**

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**        **98121**
WA–US  **SEA**



RT **FRI**

029     6     **C**
        16:30   9950
                11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Leslie Smokowicz

174 Achilla Terrace, Martinsburg, WV 25404

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax needs to be held accountable for the significant data breech that occurred. This has affected millions of people and to allow Equifax to offer such a small, insignificant settlement after making billions of dollars a year is absolutely disgraceful!

*Leslie Smokowicz*

# Signature Certificate

Document Ref.: **39WFC-WXFPB-FBBBH-CHA5X**

Document signed by:

**Leslie Smokowicz**

Verified E-mail:
jonsweetie2003@yahoo.com

*Leslie Smokowicz*

IP: 99.203.17.62     Date: **19 Nov 2019 02:40:37 UTC**

Document completed by all parties on:
19 Nov 2019 02:40:37 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
INV:
PO:                     DEPT:

FedEx
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                  98121
                  WA–US  SEA

RTFRI    6    C
       16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Debra Singer

1904 Sheridan Street, Anderson, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Dear Honorable Thomas W. Thrash Jr. I feel is was Really unfair, Inadequate, Unreasonable and Unduly burdensome of Equifax to not keep mine and other SS number safe. I feel they need to pay for what they did to us. I have many nights worried about it. It's unfair to me personally and other that could do it to us and make money from us. and not pay us for our mental pain and suffering. So I hope you hear our plea and listen to us and Object them.Thank You Debra Singer

*Debra Singer*

# Signature Certificate

Document Ref.: **ANTLM-JZUCY-JZNZH-MTL3C**

Document signed by:



**Debra Singer**

Verified E-mail:
debbiesinger55@yahoo.com

IP: 107.213.97.107   Date: **19 Nov 2019 03:49:47 UTC**

Document completed by all parties on:
19 Nov 2019 03:49:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200     1100 2nd
SEATTLE WA 98121
(415) 373-2886        REF:
INV:
PO:                   DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
WA–US  SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Clathyn Williams

7008 E Tonia St tacoma wa 98404

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   The terms of the settlement are unacceptable.

*Clathyn Williams*

# Signature Certificate

Document Ref.: HNWGY-B8AG5-ZDSES-GKFBS

Document signed by:

**Clathyn Williams**

Verified E-mail:
clathyn@gmail.com

*Clathyn Williams*

IP: 73.239.105.3            Date: 18 Nov 2019 17:20:18 UTC

Document completed by all parties on:
**18 Nov 2019 17:20:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2388          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                98121
                  WA–US  SEA



ge Bc

FRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Michele Tucker

27286 Hacienda drive sun city california 92586

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Its not fair they get off like they are trying to do. How dare they try to give us less than ten dollars and they have billions of dollars

*Michele Tucker*

# Signature Certificate

Document Ref.: **FC89U-DWHQQ-KQRME-6ZYQS**

Document signed by:



**Michele Tucker**

Verified E-mail:
**tuckermichele23@yahoo.com**

*Michele Tucker*

IP: **47.145.37.34**          Date: **19 Nov 2019 02:44:02 UTC**

Document completed by all parties on:
**19 Nov 2019 02:44:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

JB3

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~2727~WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



ge Bc

FRI
16:30   C
6
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Judy Van Hooser

277 Bexar Drive, Lewisville, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I think this is a joke. Millions of people have been affected by this breach and are getting basically a couple dollars for having to go through hours of time to secure their information.  This should not be.

*Judy Van Hooser*

# Signature Certificate

Document Ref.: BCM9M-GG7A6-QFAMW-AYFTA

Document signed by:

**Judy Van Hooser**

Verified E-mail
jevh15@yahoo.com

*Judy Van Hooser*

IP: 47.189.86.78   Date: 19 Nov 2019 02:52:25 UTC

Document completed by all parties on:
**19 Nov 2019 02:52:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Daniel Maranville

62 Wampus Way
Fairfield, CT 06825

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I am unable to                          attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

When a multi-billion collar corporation makes _me_ do the work to defend my personal data after they lost I feel this is truly unfair. In 2014 my car was broken into and they took an E-Z Pass tag, did I get to say oops give me another one for free and sorry about your old one? No, I had to pay for the lost one AND I had to pay to get a new one. So, why do I have to chase down Equifax and make them give me compensation for losing data that most of the time I didn't personally give them?!

*Daniel Maranville*

# Signature Certificate

Document Ref.: **KM9WG-FD6MP-GGYDP-VF8YV**

Document signed by:



### Daniel Maranville

Verified E-mail:
danmaranville@gmail.com

*Daniel Maranville*

IP: 185.232.22.205 | Date: 14 Nov 2019 21:20:33 UTC

Document completed by all parties on:
**14 Nov 2019 21:20:33 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
          WA–US  SEA

FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Benjamin Koble

2216 Bernays Dr York pa 17404

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This hugely profitable company lost my personal data—the very thing upon which they make billions of dollars. And they want to make off by paying pennies on the dollar for the proposed settlement. Totally unacceptable!

*Benjamin Koble*

# Signature Certificate

Document Ref.: **SAP3U-WHMNZ-BKTJ6-CXXWO**

Document signed by:

**Benjamin Koble**

Verified E-mail
bekst16@yahoo.com

*Benjamin Koble*

IP: 73.64.198.162          Date: 19 Nov 2019 04:14:53 UTC

Document completed by all parties on:
19 Nov 2019 04:14:53 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA-US   SEA



FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rosendo Morales

4830 W. St. Anne Ave Laveen, Az 85339

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The settlement is inequitable for the damages done



# Signature Certificate

Document Ref.: **JJASF-GT3CJ-QBXHP-UE3NB**

Document signed by:

**Rosendo Morales**

Verified E-mail:
judgermorales@gmail.com

IP: **72.208.15.94**   Date: **18 Nov 2019 16:41:47 UTC**

Document completed by all parties on:
**18 Nov 2019 16:41:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:

PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA



FRI
6  C
16.30  9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Mary Hebert

11075 Erhard Drive, Dallas, TX, US

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to       attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
For your consideration.

*Mary Hebert*

# Signature Certificate

Document Ref.: 5GEVP-BWGR4-ZX8EY-QUB3P

Document signed by:

**Mary Hebert**

Verified E-mail:
mhebert@derse.com

*Mary Hebert*

IP: 4.16.238.25      Date: 19 Nov 2019 16:54:31 UTC

Document completed by all parties on:
**19 Nov 2019 16:54:31 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                       DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Barbara Bartkowiak

16794 Roosevelt Hwy

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not               attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Not enough compensation for having personal information leaked

*Barbara Bartkowiak*

# Signature Certificate

Document Ref.: **QEBWE-ASETG-BVNID-JRCBS**

Document signed by:



**Barbara Bartkowiak**

Verified E-mail
zinnerbarbara@yahoo.com

IP: 98.10.225.125          Date: 19 Nov 2019 03:28:26 UTC

Document completed by all parties on:
**19 Nov 2019 03:28:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
PO:                        DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Scott Anecito

3999 South Dobson Road #2026, Chander, AZ 85248

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair  ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                    attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This doesn't even scratch the surface of making myself whole and the settlement obtained is nonsensical. The former CEO, Richard F. Smith, made off like a bandit with an approximately $18.4 million bonus as he retired. The cash fund in the settlement is for $32 million. The class consists of almost half the US populace at roughly 150 million people. The accused found guilty of gross negligence and damages has a bonus of over half the value of the cash fund for 150 million people. I don't want to change my name. I can't change my SSN. It's absurd to get < $5 from the settlement, to change things like address, driver's license, card numbers, etc. I spent thousands; this is not acceptable. Experian and Equifax both suffered breaches that affected millions of people. 'Monitoring' is not an acceptable alternative to $5 given their utter technical incompetence & greed

# Signature Certificate

Document Ref.: QSUMC-RMLXV-JFULT-RUB2E

Document signed by:

**Scott Anecito**

Verified E-mail:
scott.anecito@protonmail.com

IP: 199.157.208.30   Date: 19 Nov 2019 01:18:40 UTC

Document completed by all parties on:
**19 Nov 2019 01:18:40 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                DEPT:

FedEx
Express

E

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA

RTFRI

6   C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Andrew Sparling

41-22 42nd Street, Apt 1J, Sunnyside, NY 11104

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                             attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please consider the scope of the breach and whether there are any indications of contrite or apologetic claims of responsibility by the Conpany or its executives.

*Andrew Sparling*

# Signature Certificate

Document Ref. **KTCZP-PAVUM-D373U-P89XI**

Document signed by:



**Andrew Sparling**

Verified E-mail.
andrewsparling@gmail.com

*Andrew Sparling*

IP: 107.77.228.38         Date: 15 Nov 2019 17:19:36 UTC

Document completed by all parties on:
**15 Nov 2019 17:19:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                          REF:
                             DEPT:

FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA





FRI
6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Olli Silander

1200 Topiary Place, Virginia Beach, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair       ☐     Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to              attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Dear Judge Thrash;

The settlement is totally inadequate considering the seriousness of the breach of the most vitally important financial data a person possesses. A slap on the wrist would be insulting to those who have been and those yet to be harmed.

Thank you for the justice you will administer in this matter.

Sincerely,

*Olli Silander*

# Signature Certificate

Document Ref.: JVTGF-D7PNT-CB96T-TQHTI

Document signed by:



**Olli Silander**

Verified E-mail
silander3@att.net

*Olli Silander*

IP: 24.253.148.193          Date: 18 Nov 2019 18:17:58 UTC

Document completed by all parties on:
18 Nov 2019 18:17:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

**8L BFIA**          **98121**
                WA–US  **SEA**



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kimberly Lonis

281 massillon rd #2 akron ohio 44312

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I feel this is unfair per they allowed the breach to happen and to allow a low settlement would not be f

*Kimberly Lonis*

# Signature Certificate

Document Ref.: **W26LR-IG9LH-9SUKZ-KMZNA**

Document signed by:

**Kimberly Lonis**

Verified E-mail:
kimberlylonis@yahoo.com

*Kimberly Lonis*

IP: 151.181.70.90   Date: 18 Nov 2019 21:11:53 UTC

Document completed by all parties on:
**18 Nov 2019 21:11:53 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                              DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

ge Bc

RT FRI

6
16:30   C

9950   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## peter dundee

2469 Marshfield Lane, Fort Collins, CO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that it is urealistic considering the scale of the problem and does not adequatly punish the Company or re-imburse the affected people.

*peter dundee*

# Signature Certificate

Document Ref.: **FAN3B-MQUUV-EXPWB-5IVGY**

Document signed by:

**peter dundee**

Verified E-mail:
pdu1978@aol.com

*peter dundee*

IP: 24.9.88.233        Date: 18 Nov 2019 16:43:26 UTC

Document completed by all parties on:
**18 Nov 2019 16:43:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**              98121
                WA–US   SEA



RT FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Jaloszynski

7858 Pine Creek Rd.,
Manistee, Mi. 49660

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate   ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company makes billions each year on the information it collects. The settlement does little to punish the company for their knowingly illegal betrayal of our personal information and the money they made off of this illegal betrayal.  It amounts to a slap on the wrist and does nothing to discourage them or another company from doing the same thing in the future for their own personal profit gain.

*Michael Jaloszynski*

# Signature Certificate

Document Ref.: **VDKIZ-9YUVE-DE4ED-CLWBX**

Document signed by:

**Michael Jaloszynski**

Verified E-mail:
mikejalo2@gmail.com

IP: 174.230.4.224       Date: 19 Nov 2019 11:59:58 UTC

Document completed by all parties on:
**19 Nov 2019 11:59:58 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2772 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

**8L BFIA**

98121
WA–US   SEA

FRI

6
16.30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Peter Rickard

7 Hathaway Pond Cir , Rochester, MA 02770

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The amount of compensation provided to class members is not sufficient to recompense people for the potential disruption of their lives caused by the release of personal information.

*Peter Rickard*

# Signature Certificate

Document Ref.: **RNYYC-EALQK-V87QN-QJZ5D**

Document signed by:



**Peter Rickard**

Verified E-mail
phr925@gmail.com

*Peter Rickard*

IP: 108.28.53.144          Date: 18 Nov 2019 17:49:45 UTC

Document completed by all parties on:
**18 Nov 2019 17:49:45 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2772 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386       REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA–US  SEA



FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jacob Lynch

22905 North 19th Way, Phoenix, AZ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I did not consent to Equifax saving a copy of my personal data. They wouldn't have been able to lose my personal data to a security breach if they never had a copy of it. I would like to have more control over my personal data.

*Jacob Lynch*

# Signature Certificate

Document Ref.: **CD4YU-JZUKE-GU89Y-I5RLT**

Document signed by:

**Jacob Lynch**

Verified E-mail
venesectrixzero@gmail.com

*Jacob Lynch*

IP: 68.110.14.207  Date: 14 Nov 2019 17:42:47 UTC

Document completed by all parties on:
14 Nov 2019 17:42:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
INV:
PO:                              DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                     98121
                  WA-US    SEA

RT FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cipeo Walker

soepic82@gmail.com

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Because I deserve the full amount for my private information being shared without my permission.

*Cipeo Walker*

# Signature Certificate

Document Ref : UAFJV-VTSGR-Y33BR-YR6HF

Document signed by:

**Cipeo Walker**

Verified E-mail
soepic82@gmail.com

*Cipeo Walker*

IP 73.192.1.154          Date 18 Nov 2019 19:29:39 UTC

Document completed by all parties on:
18 Nov 2019 19:29:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
          WA-US   SEA



ge Bc

FRI

6
16:30   C
       9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Steven Greenwood

19806 Taylor Cove Ct, Cypress, TX 77433

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax has failed to protect data of persons that are required to use their services for creditworthiness. Being offered a credit monitoring and protect service from this company, that has already failed the public, is an insult to the public. I urge you to reconsider what constitutes as a reasonable payment of the debt owed to the public for these violations.

# Signature Certificate

Document Ref.  D6YTE-F4VT8-KRLA5-Q9GJ7

Document signed by:



**Steven Greenwood**

Verified E-mail
stevenmgreenwood@gmail.com



IP: 209.107.189.40      Date: 19 Nov 2019 12:50:49 UTC

Document completed by all parties on:
19 Nov 2019 12:50:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:

FedEx
Express

E

REL#
3706346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                    98121
                    WA-US  SEA



RTFRI

6    C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Rick Hamm

231 Stokesay St, Ludlow, KY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I OBJECT TO THE SETTLEMENT ON THE GROUNDS THAT IT DOESN'T GO FAR ENOUGH TO FORCE
THE COMPANY TO COMPLETELY COMPLY WITH SECURITY. THE ONLY THING THEY UNDERSTAND
IS MONEY. SO THEY NEED TO BE HELD ACCOUNTABLE. THANK YOU.

*Rick Hamm*

# Signature Certificate

Document Ref.: GZ32F-H7YDP-4KV9E-DWXGE

Document signed by:

**Rick Hamm**

Verified E-mail
rhamm@awarenessdiscovery.com

*Rick Hamm*



IP: 74.143.228.182    Date: 18 Nov 2019 19:43:20 UTC

Document completed by all parties on:
18 Nov 2019 19:43:20 UTC
Page 1 of 1



**Signed with PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386     REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

ge Bc

8L BFIA

98121
WA-US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Shelley Gibbeny

224 1st St Hudson IN 46747

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This class action lawsuit needs help they ruined our credit and they expect us to take what $10 that's not going to cure anything I think we all deserve free credit monitoring and the $125 that was initially spoke about and that isn't even enough

*Shelley Gibbeny*

# Signature Certificate

Document Ref.: QMCWG-GYOL2-C3MBW-GMZ8Y

Document signed by:

**Shelley Gibbeny**

Verified E-mail:
pitbullmoca@gmail.com

*Shelley Gibbeny*

IP: 107.242.117.55    Date: 19 Nov 2019 02:26:13 UTC

Document completed by all parties on:
19 Nov 2019 02:26:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

10   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                              REF:            DEPT:

**FedEx**
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA                98121
            WA–US   SEA



FRI

6    C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Norlene Trice

17459 Maberly Road
Weeki Wachee, Florida 34614

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                       attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is only a slap on the wrist.  This company has the ability to destroy American lives.  Make them accountable.

*Norlene Trice*

# Signature Certificate

Document Ref.: **6EMBN-EGV8C-KGVDG-IA8HN**

Document signed by:

**Norlene Trice**

Verified E-mail:
norlenetrice@yahoo.com

*Norlene Trice*

IP: 67.142.113.2    Date: 18 Nov 2019 17:57:27 UTC

Document completed by all parties on:
18 Nov 2019 17:57:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386            REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**        98121
          WA-US  SEA

ge Bc




FRI

6    C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Nicki Hernandez

1808 Morgan st Aberdeen 98520

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                         attend the settlement hearing in person.

I  do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information was out and it's Not ok

*Nicki Hernandez*

# Signature Certificate

Document Ref.: **K85GT-59JNJ-GMCAT-BCWYI**

Document signed by:

**Nicki Hernandez**

Verified E-mail
nicki.garcia@ymail.com

*Nicki Hernandez*

IP: 73.225.225.169    Date: 18 Nov 2019 18:39:23 UTC

Document completed by all parties on:
18 Nov 2019 18:39:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA            98121
           WA–US   SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ashaki Sharpe

165 Randy Grn Btm Rd Lot 9
Walnut  Grove  Ms 39189

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑  Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I   will not                attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   Unfair!!!

*Ashaki Sharpe*

# Signature Certificate

Document Ref.: MJTMS-YMTD5-YDZR5-36WYM

Document signed by:

**Ashaki Sharpe**

Verified E-mail
asharpe1307@gmail.com

*Ashaki Sharpe*

IP: 108.251.123.219    Date: 19 Nov 2019 01:29:26 UTC

Document completed by all parties on:
19 Nov 2019 01:29:26 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
WA–US   SEA

FRI

6   C
16:30

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Felicia Morris

P.o. o box 2969, st george, ut, 84771

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our personal information is very important to our lives and livley hood. When our information is mishandled, it can have some dramatic effects on people's lives. I feel companies should not be able to unlawfully use it. Or keep it in am inadequately secured way.  Also when a penalty is stipulated the company's should do what they said they would and not try to switch payment quantities.

*Felicia Morris*

# Signature Certificate

Document Ref.: IAHMB-GQQTG-XPG78-5QAAH

Document signed by:

**Felicia Morris**

Verified E-mail
katreena_d@yahoo.com

*Felicia Morris*

IP: 69.130.50.102    Date: 19 Nov 2019 04:10:13 UTC

Document completed by all parties on:
19 Nov 2019 04:10:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                        DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
                 WA—US  SEA

FRI

6   C
16:30
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ramona Harris

3356 FM 49, Mineola, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They get my information and then sell it to whomever they want to making millions if not billions of dollars.
They don't pay me anything for my information and they don't even keep it safe they need to give me more
money than they are offering.

*Ramona Harris*

# Signature Certificate

Document Ref. **GGTP6-GXNQT-VT825-ALXIR**

Document signed by:

**Ramona Harris**

Verified E-mail:
ramonadragon@yahoo.com

*Ramona Harris*

IP: 137.119.84.125   Date: **18 Nov 2019 17:31:47 UTC**

Document completed by all parties on:
**18 Nov 2019 17:31:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
                WA–US  SEA

FRI

6  C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mark Hartman

1171 Helix Village Ct
El Cajon, CA 92020

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Your honor, an insignificant amount of money - or, worse, services which most of us have already purchased
from competing providers simply because Equifax has been found to be untrustworthy - is less a
"settlement" than it is a declaration by the Court to consumers that their rights and damages are less
important that protecting Equifax from the consequences of its actions.

If we consumers misbehave, the law is quick to hold us to account. Why should it not be so with Equifax?

*Mark Hartman*

# Signature Certificate

Document Ref.: QTHCN-SFJQS-HWK7F-CTZQS

Document signed by:

**Mark Hartman**

Verified E-mail
mark@mymacguy.com

*Mark Hartman*

IP: 184.178.24.103     Date: 18 Nov 2019 16:42:03 UTC

Document completed by all parties on:
18 Nov 2019 16:42:03 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INO:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA                    98121
              WA–US  SEA

RTFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Eric Schlene

3356 Soldiers Home Road, West Lafayette, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Irresponsible and ham-fisted reporting by Equifax has hurt me and many other consumers far more than a minuscule $10 fine implies. You should hold their feet to the fire with a penalty that they will feel!

*Eric Schlene*

# Signature Certificate

Document Ref.: CSHZE-94DGT-AEMPV-AOCDP

Document signed by:



**Eric Schlene**

Verified E-mail:
eschlene@purdue.edu

IP: 128.210.106.177    Date: 18 Nov 2019 16:51:17 UTC

*Eric Schlene*

Document completed by all parties on:
18 Nov 2019 16:51:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US   **SEA**



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Allan Melby

254 Old NW Hwy Roaring River NC 280669

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to              attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The punishment needs to be enough to discourage companies from doing this or similar in the future.  This should not just be a cost of doing business.

*Allan Melby*

# Signature Certificate

Document Ref. **4S7LQ-ZH5UV-GEY8E-CI6UN**

Document signed by:

**Allan Melby**

Verified E-mail:
allan.melby@gmail.com

*Allan Melby*

IP: 97.87.36.81                    Date: 19 Nov 2019 02:53:43 UTC

Document completed by all parties on:
19 Nov 2019 02:53:43 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386           REF:
PO:                      DEPT:



**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
WA-US  SEA

FRI
6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Armstrong

17130 Van Buren Blvd Riverside, CA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Big Business is getting away with Criminal activity,,, and NO one does time!! Despicable, at best

*Michael Armstrong*

# Signature Certificate

Document Ref.: **XTM5W-NO5KF-2PGXM-PN7DM**

Document signed by:



**Michael Armstrong**

Verified E-mail
armyaafa@aol.com

*Michael Armstrong*

IP: 205.154.192.130   Date: 18 Nov 2019 19:42:55 UTC

Document completed by all parties on:
**18 Nov 2019 19:42:55 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:              DEPT:

**FedEx**
Express

E

REL/
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US  SEA

FRI

6
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# SueAnn Kemraj

515 johns landing way Oakland, Florida 34787

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome ☑
- Inadequate   ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I    may                          attend the settlement hearing in person.

I    do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I have had my personal information violated. I have been having credit inquiries on my report that I do not make. This is ridiculous.

*SueAnn Kemraj*

# Signature Certificate

Document Ref.: **HYTRZ-8JXBK-76DA6-YV3ZP**

Document signed by:



**SueAnn Kemraj**

Verified E-mail
skemraj@yahoo.com

IP: 107.77.215.123    Date: 19 Nov 2019 04:09:05 UTC

Document completed by all parties on:
19 Nov 2019 04:09:05 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
WA–US  **SEA**



RTFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Matthew Yantz

302 revere st revere MA 02151

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

*Matthew Yantz*

# Signature Certificate

Document Ref.: **EN46W-AJRNN-TZ3X5-VOOPZ**

Document signed by:



**Matthew Yantz**

Verified E-mail:
wpi17@yahoo.com

*Matthew Yantz*

IP: 73.126.46.105　　　Date: **18 Nov 2019 20:21:05 UTC**

Document completed by all parties on:
**18 Nov 2019 20:21:05 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx Express

Align top of FedEx Express shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2988          REF:
INV:
PO:                           DEPT:

FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA-US  SEA

FRI
6   C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Colleen Allen

N74W28951 Coldstream Ct. Hartland WI 53029

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                           attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Please reconsider the damages and potential damages that may be incurred by this breach!

*Colleen Allen*

# Signature Certificate

Document Ref.: **TYHIQ-DW3NE-EBTEA-NR86J**

Document signed by:

**Colleenl Allen**

Verified E-mail
im4sunnydaze@yahoo.com

*Colleen Allen*

IP: 65.31.98.100       Date: 19 Nov 2019 03:56:02 UTC

Document completed by all parties on:
19 Nov 2019 03:56:02 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                  DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                WA-US  **SEA**



FRI
6:30  C
16:30  9950