# Exhibit B - 33

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Eagle Gearlds

12929 center point rd Tompkinsville my 42167

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It is totally unfair

*Eagle Gearlds*

# Signature Certificate

Document Ref.: **JGKUF-K7MIO-UEWIH-AYSZY**

Document signed by:

**Eagle Gearlds**

Verified E-mail
eaglegearlds@gmail.com

*Eagle Gearlds*

IP: 98.17.7.43    Date: 18 Nov 2019 17:30:03 UTC

Document completed by all parties on:
18 Nov 2019 17:30:03 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 29.10 LB
                                     CAD: 6982941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2888          REF:

PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA

FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Virginia Hames

6259 Lakewood Trail
Pinson AL 35126

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

After so many people have been affected, I feel Equifax should be held to an accountability that matches its grave data breach. A few dollars will not fix the problems many have encountered because of this. The penalty must be more substantial.

*Virginia Hames*

# Signature Certificate

Document Ref.: XQHWV-29D4G-EIURD-Z2VUG

Document signed by:



**Virginia Hames**

Verified E-mail:
vhames52@att.net

IP: 98.13.206.249    Date: 18 Nov 2019 20:29:44 UTC



*Virginia Hames*

Document completed by all parties on:
18 Nov 2019 20:29:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
              WA-US   SEA

ge Bc

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kaitlyn Redmon-Franklin

3585 Center Street, Rocklin, Ca, 95677

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My social security number and identity is worth more than 5 dollars. They also promised one thing, and are now attempting to go back on what they said.

*Kaitlyn Redmon-Franklin*

# Signature Certificate

Document Ref.: YBJNM-G7S8K-RWQRC-D93JZ

Document signed by:

**Kaitlyn Redmon-Franklin**

Verified E-mail:
kredmonfranklin@gmail.com

*Kaitlyn Redmon-Franklin*

IP: 99.203.111.213     Date: 19 Nov 2019 00:07:15 UTC

Document completed by all parties on:
**19 Nov 2019 00:07:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6392941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**          98121
                WA-US  **SEA**

FRI
6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Heather Lindsay

4818 Corian Springs Dr, San Antonio, Tx 78247

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Less than $5 reparation per victim for Equifax is unreasonable and ridiculous. Victims should be compensated fairly for loss of their private data that was not their fault.

*Heather Lindsay*

# Signature Certificate

Document Ref.: CIVBU-KSPWH-V4WDW-4RZZX

Document signed by:

**Heather Lindsay**

Verified E-mail:
jazz7201@yahoo.com

IP: 76.250.147.33       Date: 19 Nov 2019 02:41:29 UTC

Document completed by all parties on:
19 Nov 2019 02:41:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386            REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**

RTFRI



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kimberly Amic

717 Chestnut Ridge dr Pittsburgh pa 15205-4707

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Our privacy and creditworthiness was put into severe jeopardy. Our ability to have the American dream. To own a home, a vehicle , to have a virtuous life   These are all in danger now. Don't let them ruin several generations of American lives. Show them we matter.

*Kimberly Amic*

# Signature Certificate

Document Ref.: UWTVV-H3DYQ-EVJV2-B7BV7

Document signed by:

**Kimberly Amic**

Verified E-mail:
piesiebug@aol.com

*Kimberly Amic*

IP: 71.61.18.185   Date: 19 Nov 2019 02:51:36 UTC

Document completed by all parties on:
**19 Nov 2019 02:51:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

JBL3

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
       WA–US  SEA

ge Bc

RT FRI

6
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Anthony Ziolkowski

68 winter street 1L manville ri 02838

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This has caused myself and my family undue stress and hardship

*Anthony Ziolkowski*

# Signature Certificate

Document Ref.: JBB4Z-SOXAM-KUAFQ-PXNGH

Document signed by:

**Anthony Ziolkowski**

Verified E-mail:
aaz26@yahoo.com

*Anthony Ziolkowski*

IP: 72.192.36.112          Date: 19 Nov 2019 03:32:36 UTC

Document completed by all parties on:
19 Nov 2019 03:32:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA

98121
WA-US   SEA



FRI

6

16:30    9950  Roll or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cynthia Wakeford

3165 N Milford Rd,  Highland,  MI 48356

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                     attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 A slap on the wrist is not sufficient in this case.

*Cynthia Wakeford*

# Signature Certificate

Document Ref.: RAAA2-RKNFE-ZHBJQ-ANGD3

Document signed by:

**Cynthia Wakeford**

Verified E-mail
cyndi8173@aol.com

*Cynthia Wakeford*

IP 97.78.121.82          Date 18 Nov 2019 17:43:59 UTC

Document completed by all parties on:
**18 Nov 2019 17:43:59 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386          SHIP DATE: 19NOV19
CLASS ACTION INC                        ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                  CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Andrew Spiker

2899 Klondike Road, West Lafayette, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑
- Inadequate ☑
- Unreasonable ☑

Unduly burdensome ☑

I have objected to no class action settlements in the last five years.

I  may                     attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   I already filed a claim but I still object to this settlement!

*Andrew Spiker*

# Signature Certificate

Document Ref.: KGWUE-I72JV-QCXSC-GKVQW

Document signed by:

**Andrew Spiker**

Verified E-mail
aj47951@gmail.com

*Andrew Spiker*

IP: 205.233.11.222   Date: 18 Nov 2019 20:51:42 UTC

Document completed by all parties on:
18 Nov 2019 20:51:42 UTC
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 29.10 LB
                                       CAD: 6992941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                              DEPT:

**FedEx**
Express

**E**

REL#
378634G



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
              WA–US  SEA

FRI

C

16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Oleg Pilipenko

7184 Longview Dr, Solon, OH 44139

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑     Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Experian PII leak put a burden on me, including undue stress, and additional time spent regularly on
 monitoring my credit history, current accounts and credit score requests.

*Oleg Pilipenko*

# Signature Certificate

Document Ref.: **RZ5MN-RPQ6L-H5QLG-89IPW**

Document signed by:



**Oleg Pilipenko**

Verified E-mail:
oleg@pilipenko.net

IP: 8.22.196.33    Date: 18 Nov 2019 16:49:17 UTC

Document completed by all parties on:
18 Nov 2019 16:49:17 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                         DEPT:

FedEx
Express

E

REL#
37B634G



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
                WA-US  SEA

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Sheryl Walker

1505 W Eddings St.
Carbondale, IL 62901

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair        ☑   Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They told us we would get $125, now it is less than $10. Millions of people have been impacted by this breach. They sold our private data, now they think they can get away with it by giving us less than $10. A message needs to be sent to these unethical companies that their behavior is unacceptable and they have to pay the consequences for their illegal actions. I don't want or need their alternative of credit monitoring. I already have it, and from a more trustworthy company.

*Sheryl Walker*

# Signature Certificate

Document Ref.: **XGPPB-VNH6J-NQIJZ-PEVPT**

Document signed by:



**Sheryl Walker**

Verified E-mail:
**shewalk@hotmail.com**

*Sheryl Walker*

IP: 173.28.147.153   Date: **19 Nov 2019 04:17:17 UTC**

Document completed by all parties on:
**19 Nov 2019 04:17:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:              DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA            98121
              WA-US   SEA

FRI

RT

6
16:30   9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## kEVIN Chaney

16115 South Cooper Street, Olathe, KS, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to                attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
the security risk this has caused me and my family is worth alot more to me than the present offer. they
make millions off of us and only want to pay us pennies.

*Kevin Chaney*

# Signature Certificate

Document Ref.: **9FZDG-L9BKN-OMFUB-YAE3M**

Document signed by:



**kEVIN Chaney**

Verified E-mail:
tealgp@email.com

*Kevin Chaney*

IP: 64.136.222.31        Date: 19 Nov 2019 23:30:40 UTC

Document completed by all parties on:
**19 Nov 2019 23:30:40 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2388          REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

RTFRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Amy White

3129 Washington Rd Parlin NJ 08859

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Please consider the little guys and not these big companies that get a slap on the wrist and we the people suffer. I want what is deserved to me. I get ripped off and scammed from these companies.
Thank you very much in advance

*Amy White*

# Signature Certificate

Document Ref.: **DGDZU-MHASP-YXZTZ-YSGEX**

Document signed by:



**Amy White**

Verified E-mail:
aw102263@aol.com

IP: 47.16.16.142        Date: 18 Nov 2019 23:11:57 UTC

*Amy White*

Document completed by all parties on:
**18 Nov 2019 23:11:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                          REF:              DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                         98121
                          WA–US  SEA





RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Bradon Clark

4014 Bremen San Antonio TX 78210

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Hello, I think it is unfair for companies to have personal information that is vital to purchasing a home a vehicle and many other things and its not protected. To offer an amount of money as low as they did shows that its business as usual and they do not care about what consumers go through when your identity can be stolen or is for sale on the dark web. I think they should have to be held accountable so this doesn't happen again.

*Bradon Clark*

# Signature Certificate

Document Ref.: **X8HQO-NXUCP-VW4PJ-GCMBX**

Document signed by:



**Bradon Clark**

Verified E-mail:
bc0002@yahoo.com

*Bradon Clark*

IP: 98.158.247.137          Date: 18 Nov 2019 19:53:20 UTC

Document completed by all parties on:
18 Nov 2019 19:53:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  SEA



RT FRI

6
16:30

C

9950 bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Shanna Gardner

1083 Four Points Road West, Keysville, GA, 30816

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair     ☑    Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable   ☐

I have objected to no class action settlements in the last five years.

I   will not             attend the settlement hearing in person.

I   do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Lawyers are getting rich from class action law suits while the real people who are being harmed from these data breaches, especially when our social security numbers were leaked, will have to worry about this for many years to come  Three years of credit monitoring isn't enough, and $10 for leaking our social security number is definitely not enough. This is not like when our credit card numbers are compromised  With that we can get a new credit card and a new credit card number, but we can't get another social security number.

*Shanna Gardner AKA Shanna Bacino*

# Signature Certificate

Document Ref.: **VBHJM-MWHV2-MAIRF-BEWDN**

Document signed by:

**Shanna Bacino**

Verified E-mail
shannaandlee@msn.com

*Shanna Gardner AKA Shanna Bacino*

IP: 164.62.149.130    Date: 18 Nov 2019 19:04:35 UTC

Document completed by all parties on:
**18 Nov 2019 19:04:35 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386              REF:
PO:                         DEPT:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
              WA–US  SEA

FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Zedd Epstein

1305 104th Avenue, Oakland, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair                ☑   Unduly burdensome  ☐
- Inadequate        ☑
- Unreasonable   ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The entire premise of this settlement is flawed. Equifax sells access to this data, therefore, they should know exactly how much it is worth per person. I personally have no less than 6 agencies monitoring my credit, showing that the current method of letting companies provide credit monitoring instead of fixing their security isn't working. Also, having Equifax, who has already lost the data that they're collecting once, be punished by having to monitor the data that they're collecting is wearing a boot on your head crazy.

*Zedd Epstein*

# Signature Certificate

Document Ref.: **ZFZWQ-SPDCM-NQISE-GBFKN**

Document signed by:



### Zedd Epstein

Verified E-mail:
zedd.00@gmail.com



IP: 12.154.40.192          Date: 18 Nov 2019 18:59:45 UTC

Document completed by all parties on:
18 Nov 2019 18:59:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992341/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US  SEA



FRI

6  C
16:30   9950

Waybill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lori Tesch

3368 Breezewood Court, Ortonville, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                           attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They are basically saying they will offer to monitor our credit (which doesn't cost them much of anything) and yet they are the ones who had the breach. It doesn't seem fair or equitable that they can offer their own services to provide something they should have been on top of in the first place. I do NOT trust their ability to provide a meaningful service. There is no real accountability for them.

*Lori Tesch*

# Signature Certificate

Document Ref.: **YSKYX-F7LXK-D45UP-92WSU**

Document signed by:



**Lori Tesch**

Verified E-mail:
lortes@charter.net

*Lori Tesch*

IP: 96.35.74.250        Date: 18 Nov 2019 21:06:24 UTC

Document completed by all parties on:
**18 Nov 2019 21:06:24 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL/
3785346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

**98121**
WA–US   **SEA**

FRI

6    C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Michelle Garrant

16 Oakland Drive Plattsburgh Ny 12901



I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to the change in offer the dollar amount from a company making billions of money and yet still somehow millions of people were affected by a data breach that's clearly the company's problem...

*Michelle Garrant*

# Signature Certificate

Document Ref.: 9DHJQ-V9D7X-WHTD7-Q5LAV

Document signed by:

**Michelle Garrant**

Verified E-mail:
konner2014@yahoo.com

*Michelle Garrant*

IP: 75.138.161.64       Date: 18 Nov 2019 16:47:32 UTC

Document completed by all parties on:
18 Nov 2019 16:47:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA                98121
                 WA–US  SEA

RT FRI

6    C
16:30   9950   Hill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Lisa Jordan

307 e Dartmouth drive sterling va 20164

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have been a victim of identity theft multiple times and let me tell you what a nightmare it is and then to have it happen again where my personal information had been accessed in a data breach just makes it so much worse as I already know how hard it is to recover from identity theft and the impact it had had in my ability to find work or get a place to live it's a long lasting effect that I am still dealing with . This data breach is serious and should be treated as such , no slap on the wrist is going to give people the peace of mind and security that their personal information is safe in a digital world . It's a very long and hard road to recover from your personal data being used against you . Please hold Equifax to the highest level of punishment allowed by law so as to send a message to other companies that think it's not a big deal and that offering a few dollars will somehow make it

*Lisa Jordan*

# Signature Certificate

Document Ref.: **HCTAD-VVHX8-XF9PK-FLGGZ**

Document signed by:

**Lisa Jordan**

Verified E-mail:
mickelowdeons@aol.com

*Lisa Jordan*

IP: 173.79.109.105    Date: **17 Nov 2019 15:09:16 UTC**

Document completed by all parties on:
**17 Nov 2019 15:09:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
                                    CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386          REF:
PO:              DEPT:



FedEx
Express

E

REL#
3786346

*ge Bc*

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
          WA-US   SEA



RT FRI

6    C
029   16:30   9950
          11 22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Julianne Crouch

985 millcreek pl southaven , ms 38671

Received

NOV 2 2 2019

by JNDL...

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not            attend the settlement hearing in person.

I  expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to this settlement. It will take much more than $10 to pay me and others back for something we have no way to regain. This security breach which allowed others to get a hold of my social security number and others has caused  immeasurable and harm to the safety of my finances, my credit, and my identity.

*Julianne Crouch*

# Signature Certificate

Document Ref.: EPRQD-VFAHT-PLEYV-YQVNE

Document signed by:

**Julianne Crouch**

Verified E-mail:
juliannecrouch2018@gmail.com

*Julianne Crouch*

IP: 108.71.150.243     Date: 19 Nov 2019 04:11:23 UTC

Document completed by all parties on:
19 Nov 2019 04:11:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
THU:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**            98121
                WA–US  SEA

RT**FRI**

229          6
          16.30   9950
            11:22   fill or pouch here.

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## William Fox

15 Andy Circle, Lebanon, TN, USA

Received

NOV 2 2 2019

by JNF

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome   ☑
- Inadequate        ☑
- Unreasonable      ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Credit companies can not self regulate. They must be held accountable. If they can not offer life changing meaningful compensation, then all debts should be forgiven and credit files wiped clean.

*William Fox*

# Signature Certificate

Document Ref: 4DA27-OSC5C-RF7BU-UG28U

Document signed by:

**William Fox**

Verified E-mail:
waf2c@yahoo.com

*William Fox*

IP: 104.56.137.58    Date: 19 Nov 2019 02:56:25 UTC

Document completed by all parties on:
19 Nov 2019 02:56:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shiping label here

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:
THU:
PO:                          DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#  7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**



RT FRI

029    6
     16.30    C
     9950  bill or pouch here
     11.22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# David Hearlihy

7340 capri way apt 1 maineville oh 45039

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                 attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I truly believe that companies such as this need to be held more accountable for such breaches. The proposed slap on the hand will just be a blip on their income. To truly make them feel something, the settlement needs to cause them to think that they don't want to have it happen again. And just giving away credit monitoring is a sham as that costs them nothing.

*David Hearlihy*

# Signature Certificate

Document Ref.: GZEHJ-QAEP4-B9HXU-MGCA5

Document signed by:

**David Hearlihy**

Verified E-mail:
ohiobuckiii@yahoo.com

*David Hearlihy*

IP: 74.215.166.211      Date: 19 Nov 2019 02:46:25 UTC

Document completed by all parties on:
19 Nov 2019 02:46:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

INV:                         DEPT:
PO:



FedEx
Express

E

REL#
3785346

ge Bc

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA

RT FRI

229          6    C
        16:30   9950
              11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Christine Namoski

1577 Jefferson Avenue Brunswick Oh  44212



Received
NOV 2 2 2019
by JNF

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I had people using my name and info to get Payday loans I

*Christine Namoski*

# Signature Certificate

Document Ref.: 6GDWZ-TIWNJ-VE8U6-AZ78B

Document signed by:

**Christine Namoski**

Verified E-mail:
iluv101dog@aol.com

*Christine Namoski*

IP: 24.29.208.59    Date: 19 Nov 2019 03:04:22 UTC

Document completed by all parties on:
19 Nov 2019 03:04:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                          DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA          98121
          WA–US  SEA

RT FRI

229       6   C
        16:30   9950
        11 22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Zach Thompson

1576 south elm Street Denver Colorado 80222

> Received
> NOV 2 2 2019
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                  attend the settlement hearing in person.

I   do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This breach is one of the largest in scale that I have seen.  These companies keep getting away with selling or conviently losing our trusted and sensitive information.  If these companies continue to just get a slap on the wrist what motivation do they have to keep our information safe?  Thank you for your time and consideration in this important matter.

*Zach Thompson*

# Signature Certificate

Document Ref.: WQOG2-WCPGN-RZAJ6-U4HOK

Document signed by:

**Zach Thompson**

Verified E-mail:
z.thompson80@yahoo.com

*Zach Thompson*

IP: 87.176.107.131    Date: 19 Nov 2019 04:42:50 UTC

Document completed by all parties on:
**19 Nov 2019 04:42:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

  2727 WESTERN AVE STE 200      *1100 2nd*

  **SEATTLE WA 98121**

  (415) 373-2386        REF:



**FedEx**
Express

E
REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
              WA–US  SEA



RT **FRI**

229     6     C
      16:30   9950  Bill or pouch here.
              11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Virginia OMara

6 Harrington Circle Weymouth MA 02188

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.


I  do not expect                 to be represented by an attorney.



Personal note to The Honorable Thomas W. Thrash Jr.
  Hold Equifax accountable!




*Virginia O'Mara*

# Signature Certificate

Document Ref.: OXNLN-LJGBW-SGPJ6-JSTCV

Document signed by:

**Virginia OMara**

Verified E-mail
cindytatalias@gmail.com

*Virginia O'Mara*

IP: 24.62.117.70        Date: 18 Nov 2019 16:45:10 UTC

Document completed by all parties on:
18 Nov 2019 16:45:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

PO:                    DEPT:

FedEx
Express



REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA



FRI

6
16:30  9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Harald van der Kam

803 Dogwood Lane, Collegeville, PA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　　　☑　Unduly burdensome　☐
- Inadequate　 ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not　　　　　　　　attend the settlement hearing in person.

I do not expect　　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A $10 settlement is laughable for a company that is making millions to billions of dollars off of our personal data. We trusted them to keep our information secure, especially since they have so much of it, and we have virtually no control over them, and they did not. This caused all kinds of problems for people, some small, some serious. Thank you.

*Harald van der Kam*

# Signature Certificate

Document Ref.: EYZX5-GYEHR-AQNHK-28MCY

Document signed by:

**Harald van der Kam**

Verified E-mail:
harald@vanderkam.net

*Harald van der Kam*

IP: 71.224.234.220     Date: 18 Nov 2019 22:03:36 UTC

Document completed by all parties on:
**18 Nov 2019 22:03:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886          REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA                    98121
                    WA-US   SEA



FRI
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ann Ryan

10773 Northwest 58th Street, Doral, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Honestly, the settlement SHOULD include free credit monitoring for ALL effected victims AND a nice check. If they don't have any financial hit from this, what incentive do any of the credit monitoring firms have to ensure their data security.

Thanks, Ann

*Ann Ryan*

# Signature Certificate

Document Ref.: RWZ2B-VVJVL-LEC4A-8DBEB

Document signed by:

**Ann Ryan**

Verified E-mail:
annmoffettryan@gmail.com

*Ann Ryan*

IP: 98.249.250.176    Date: 18 Nov 2019 19:39:50 UTC

Document completed by all parties on:
**18 Nov 2019 19:39:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:



**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
                 WA-US  SEA

ge Bc



RT FRI
                    6    C
029      16:30  9950  rbill or pouch here.
                      11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# John Douglas

21543 Gaff Ct.
Saugus, CA 91350

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I am unable to                 attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The penalty being imposed on Equifax is just plain ludicrous. They can sell my private information without my consent, then because of lax security, can allow that same information to be stolen and inconvenience me OR WORSE, and the courts decide $5-$10 in damages is appropriate?  Tell you what, I'll be happy to turn over my $5 in exchange for the private credit history of the judge that allows this. That sounds just, right? No, of course not. That's ridiculous. And yet, that's what the courts are showing to happen to each and everyone of the people that were affected by Equifax's greed and sloppiness. Please reconsider as this is the only way that crimes like this ever stands a chance of being prevented in the future!

*John Douglas*

# Signature Certificate

Document Ref.: GRYVT-SNUCX-7FIPF-S4OBL

Document signed by:



**John Douglas**

Verified E-mail:
ultraindy@aol.com

*John Douglas*

IP: 172.91.254.124     Date: 19 Nov 2019 04:20:29 UTC

Document completed by all parties on:
19 Nov 2019 04:20:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:

INV:
PO:                  DEPT:



**FedEx**
Express

**E**

REL//
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          **98121**
            WA-US **SEA**

RTFRI

229       6    C
      16.30  9950
            11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Heather Jones

301 S High St., Stockton, MO 65785

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, When I was first told of this breach I was told they would be paying around $125 per person and/or providing credit monitoring. I was also told that I had to have my own credit monitoring in order to receive financial compensation. To now be told they may only have to pay around $10 per person is absurd. You cannot buy aspirin with pennies any more. I have already been notified on 2 of my email accounts of someone in Russia attempting to log in and I have no idea what more will happen as time goes by. Please do not allow this company a slap on the wrist - to do so is a slap in the face to all of us who have been effected.

*Heather Jones*

# Signature Certificate

Document Ref.: UYHRH-FEQHW-R8ZKA-ELZVD

Document signed by:

**Heather Jones**

Verified E-mail
orion3014@yahoo.com

IP: 173.187.147.129     Date: 18 Nov 2019 22:54:35 UTC

Document completed by all parties on:
18 Nov 2019 22:54:35 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201



8L BFIA          98121
         WA-US  SEA

RT FRI

229     6    C
      16.30  9950
             11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tawnya Tharp

181 Pope Dr
Wampum, Pa 16157

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personal information has been breached which effects  every aspect of the things in life I do with my credit form purchasing a home to gaining employment. All which can be negatively impacted if someone steals my information and uses it for nefarious purposes. It is apalling and unreasonable to have another company which has itself been breached monitor my report for issues. The monetary award of $1.25 is ludacris.

*Tawnya Tharp*

# Signature Certificate

Document Ref.: WKLNK-ZQUW3-SQUDV-R2G3S

Document signed by:

**Tawnya Tharp**
Verified E-mail:
tshafertharp@yahoo.com

*Tawnya Tharp*

IP: 107.77.224.34     Date: 18 Nov 2019 19:44:12 UTC

Document completed by all parties on:
18 Nov 2019 19:44:12 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                          DEPT:

FedEx
Express

E

REL/
3766346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA            98121
          WA–US   SEA

FRI

6   C
16:30   9950




## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Jeff Seidenspinner

70 SANDYHOOK RD, BERLIN MD 21811

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is a mere fraction of what was originally advertised. Even the original estimate of around $125 was inadequate considering the potential damage to one's credit, identity and way of life in general. This settlement, if allowed to stand, would be an insult to the victims. Please consider the damage some victims have suffered. Is it reasonable to think $10.00 or so is restitution to those who had to hire professionals to help repair the damage done? Is about $10 reasonable compensation to those who's credit was destroyed just before they went to settlement on a new house only to find the lender suddenly denied financing? I just so happen to be one of the lucky ones who avoided one of these nightmares so I'm not asking justice on my behalf. I'd gladly give up my share to a less fortunate victim. I'm asking for fair justice for those who suffered the most.

*Jeff Seidenspinner*

# Signature Certificate

Document Ref.: BTYGM-ON32B-XPB7L-PRIPR

Document signed by:

**Jeff Seidenspinner**

Verified E-mail:
jseidenspinner@outlook.com

*Jeff Seidenspinner*

IP: 173.20.252.161    Date: 18 Nov 2019 20:23:30 UTC

Document completed by all parties on:
18 Nov 2019 20:23:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386          REF:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

ge Bc

8L BFIA          98121
WA–US  SEA



FRI

6   C
16:30  9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Deborah Mcclain

11330 Amanda ln. Apt 516

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☐      Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not            attend the settlement hearing in person.

I  do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Our identity was jeopardized and I do not feel like the $10 settlement is adequate

Deborah Mcclain

# Signature Certificate

Document Ref.: **O9NJA-FJFEJ-95AHJ-YWYFX**

Document signed by:

**Deborah Mcclain**

Verified E-mail
deb1061@yahoo.com

*Deborah Mcclain*

IP: 173.172.132.77    Date: **19 Nov 2019 02:39:41 UTC**

Document completed by all parties on:
**19 Nov 2019 02:39:41 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US   SEA



FRI

6
16:30

C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rhonda Williams

1169 Station ave, Atwater CA 95301

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is too low. It does not represent the action that was doene to me, the consumer.

*Rhonda Williams*

# Signature Certificate

Document Ref.: 42F8A-FEGY3-38XKN-CRSWW

Document signed by:

**Rhonda Williams**

Verified E-mail:
rhonmcneely@att.net

*Rhonda Williams*

IP: 174.222.16.206        Date: 19 Nov 2019 05:22:07 UTC

Document completed by all parties on:
**19 Nov 2019 05:22:07 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA–US   SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Vanessa Tiscareno

10041 Scott Ave Apt 19 Whittier Ca 90603

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is totally unfair for Equifax to use my data without my consent, and for them to try and settle for less than $10.00 is just a slap in the face to me. A person's identity is priceless but according to bettercreditblog.org a persons identity can be sold on the dark web for 1,170.74. Now how is that even fair? I deserve to be compensated fairly. Thank you, Vanessa Tiscareno

*Vanessa Tiscareno*

# Signature Certificate

Document Ref.: ARFMS-KK4MN-JECIB-SYFXE

Document signed by:

**Vanessa Tiscareno**

Verified E-mail:
vanessatiscareno@yahoo.com

*Vanessa Tiscareno*

IP: 47.6.90.33          Date: 18 Nov 2019 21:44:28 UTC

Document completed by all parties on:
18 Nov 2019 21:44:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**                    98121
                    WA-US  **SEA**

FRI

6    C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rhonda Bornt

189 County Road 194, Athens, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is absolutely inadequate as Equifax had promised to keep my information under their protection. This they have failed to do thereby making my personal information available for unscrupulous person(s) to use to their advantage and much to my financial demise.

*Rhonda Bornt*

# Signature Certificate

Document Ref.: UJM5E-P4WHM-QCBFS-WDNK4

Document signed by:

**Rhonda Bornt**

Verified E-mail
rabbit4041@yahoo.com

*Rhonda Bornt*

IP: 69.212.213.113   Date: 19 Nov 2019 00:17:34 UTC

Document completed by all parties on:
**19 Nov 2019 00:17:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                  DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                98121
              WA–US   SEA

RT FRI
6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Vickie Keith

1456 Paramount Drive, Apt 5A Huntsville, AL, 35806USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.
na

Personal note to The Honorable Thomas W. Thrash Jr.
 This is not right, unfair and not worthy.

*vickie keith*

# Signature Certificate

Document Ref.: UCPLW-WR7NH-SBDQN-YMDTG

Document signed by:

**vickie keith**

Verified E-mail:
chprzmom@yahoo.com

*vickie keith*

IP: 66.35.156.36    Date: 19 Nov 2019 17:53:26 UTC

Document completed by all parties on:
**19 Nov 2019 17:53:26 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
INV:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                98121
            WA—US   SEA

FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# LARRY REED

10918 Elmcroft Avenue, Downey, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair           ☑   Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My objections are based upon the minuscule amount of punitive damages to a company of this size.  They
have the security of my personal records and have the fiduciary responsibility to keep those records safe.
Please let them know they violated that trust and the only way for a company of this size to feel how serious
a breach they allowed to happen is monetary.  Punitive damages are the only way to get their attention.
Thank you,
Larry Reed

*LARRY REED*

# Signature Certificate

Document Ref : GWNWO-V5FDN-UL2DF-QGGNU

Document signed by:



**LARRY REED**

Verified E-mail
larcred@aol.com

*LARRY REED*

IP: 76.79.215.242    Date: 18 Nov 2019 20:22:19 UTC

Document completed by all parties on:
18 Nov 2019 20:22:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386        REF:
PO:                         DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

**8L BFIA**      98121
WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Dina Jeffries

301 Woodcreek Street, Lowell,Ar 72745

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Honorable Thomas W Thrash Jr-
I feel that having our personal information splashed all over the world is worth way more than the $125 we are supposed to get as compensation for this. Now I hear that we may only get $10??? This is totally inadequate for the safety of our personal information. Please reconsider the amount we, as Americans, deserve for this security breech. Today I just got news that my bank account was hacked. We need to build up our security and keep these hackers out of our business.

Thank you
DINA

*Dina Jeffries*

# Signature Certificate

Document Ref.: **DUKJD-8QNZO-JIVX2-SP4YM**

Document signed by:



**Dina Jeffries**

Verified E-mail:
jeffries.dina@gmail.com

IP: 70.176.104.92    Date: 19 Nov 2019 03:12:55 UTC

*Dina Jeffries*

Document completed by all parties on:
**19 Nov 2019 03:12:55 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US  SEA

RT FRI

6  C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# B J HELD

5115 Autumn Leaf Lane #179 Madison Wisconsin 53704

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The crime needs to be compensated for what it's worth!

*B J HELD*

# Signature Certificate

Document Ref.: **CKKSE-JHTX9-L5RE2-H7EG7**

Document signed by:



**BONNIE HELD**

Verified E-mail:
bonniejheld@yahoo.com



IP: 99.72.242.78    Date: 19 Nov 2019 02:04:24 UTC

Document completed by all parties on:
**19 Nov 2019 02:04:24 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
               WA–US   SEA

RT FRI

6   C
16:30
          9950

Bill or pouch here.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Clara Jobman

5416 North Homestead Road, North Platte, NE, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

These companies that do not have a good enough preventive for data breaches need to be held accountable. Monetary settlements are possibly the only way they will any punishment. The one offered is too small.

*Clara Jobman*

# Signature Certificate

Document Ref.: **SW786-PJTFX-SEPDA-QXZYE**

Document signed by:

**Clara Jobman**

Verified E-mail:
gopherhills@prairieinet.net

*Clara Jobman*

IP: 207.5.124.30        Date: 18 Nov 2019 19:21:57 UTC

Document completed by all parties on:
**18 Nov 2019 19:21:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                              DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201     7781 6173 9950

8L BFIA                    98121
                 WA–US  SEA

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Smith

211 West Thorpe Ave Ada,Minnesota 56510

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My history has been disrupted and it will continue into my future.

*Robert Smith*

# Signature Certificate

Document Ref.: **M82CH-NK9QX-FRFQV-IDIYN**

Document signed by:

**Robert Smith**

Verified E-mail:
onstar1961@hotmail.com

*Robert Smith*

IP: 70.40.37.33          Date: 18 Nov 2019 18:00:20 UTC

Document completed by all parties on:
**18 Nov 2019 18:00:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386          REF:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US   SEA



ge Bc

RT FRI

6   C
16:30

9950




*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Pomerantz

802 N Kathleen Dr, Westport, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,

It is my belief, no doubt shared with other protesting Class Settlement members, that a company such as Equifax should not be allowed to break their trust of the data security of its customers with only a mild slap on the wrist. The outcome of this litigation should send a clear message to other similar companies to refrain from these activities.

Thank you Sir, for your time and consideration.

*James Pomerantz*

# Signature Certificate

Document Ref.: **3ULFO-JQOKX-RNMBT-G2EXX**

Document signed by:

**James Pomerantz**

Verified E-mail:
ursoid@yahoo.com

*James Pomerantz*

IP: 68.46.244.129    Date: 19 Nov 2019 03:05:06 UTC

Document completed by all parties on:
**19 Nov 2019 03:05:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:              DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA           98121
          WA–US  SEA



RTFRI

6    C
16.30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Eric Leach

99 Scammon St Ext
Saco, ME 04072

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                  attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My time is very valuable along with my personal information. The time involved and energy I need to expend on following up and protecting my credit is a burden I'd rather not bare and is unfair to expect $10 is a fair compensation for the loss of my personal info.

*Eric Leach*

# Signature Certificate

Document Ref.: HESMR-ZCMUR-IYXFU-TNMSA

Document signed by:



**Eric Leach**

Verified E-mail:
cljunkieme@yahoo.com

IP: 72.224.228.236    Date: 18 Nov 2019 17:59:11 UTC

Document completed by all parties on:
**18 Nov 2019 17:59:11 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2306         REF:
PO:                         DEPT:



**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA–US   SEA



RTFRI

6      C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Eric Anholt

2443  se ivon st
Portland, or 97202

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  To even get the settlement, I had to sign up for a service that sends me spam emails for their commercial
  services on a weekly basis.  This is absolutely unacceptable and worse than not having got a settlement.

*Eric Anholt*

# Signature Certificate

Document Ref.: **Y5IU9-Z5XYE-77QEF-HGWFL**

Document signed by:



**Eric Anholt**

Verified E-mail:
eric@anholt.net

*Eric Anholt*

IP: 209.107.188.194   Date: 17 Nov 2019 17:15:34 UTC

Document completed by all parties on:
**17 Nov 2019 17:15:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
INV:
PO:                      DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA              98121
         WA–US  SEA

ge Bc

RT FRI

6    C
16:30
9950  ill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cheryl Wendt

42 Abbottsford Drive, Rochester, NY 14606

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My data was compromised and I don't think that's worth what Equifax is offering.

*Cheryl Wendt*

# Signature Certificate

Document Ref.: 5HP8G-NYSMC-HUNDD-TQSGP

Document signed by:



**Cheryl Wendt**

Verified E-mail:
cawgreen33@gmail.com

*Cheryl Wendt*

IP  104.229.197.207     Date:  19 Nov 2019 01:22:57 UTC

Document completed by all parties on:
**19 Nov 2019 01:22:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA



FRI
16:30  9950

6  C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Terri Martyn

305 Hayden Ave
Oglesby IL 61348

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I do not believe it is fair that the amount of the settlement was lowered. This affected us. We deserve to be compensated.

*Terri Martyn*

# Signature Certificate

Document Ref.: JTDRM-UEHZ4-VVKWL-YUCD3

Document signed by:

**Terri Martyn**

Verified E-mail
tmartyn@comcast.net

*Terri Martyn*

IP 98.212.99.238          Date 17 Nov 2019 15:07:23 UTC

Document completed by all parties on:
**17 Nov 2019 15:07:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306          REF:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



8L BFIA                    98121
              WA–US   SEA

FRI

6   C
16:30

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Daniel Krupnik

4440 North Springfield Avenue, Chicago, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                               attend the settlement hearing in person.

I do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax collected personal information about me without my consent and with no payment to me. It then monetized that information to any party that subscribed to its services without any amount of vetting. After decades of this activity, often disadvantaging me in my personal and professional life, Equifax's woeful security was breached and my personal information, along with 147,000,000 other Americans', was exposed to anyone interested. Afterward, I've spent significant time as well as money freezing my credit with all credit bureaus, having to unfreeze it at a cost with one or more agencies every time I've had to make a major purchase or subscribe to a new service. The same company was again breached recently because it left a website with client information, reachable to anyone on the internet, with an administrative login and password of admin / admin.

*Daniel Krupnik*

# Signature Certificate

Document Ref.: GZBFT-5PGFC-BORFT-ESWEA

Document signed by:

**Daniel Krupnik**

Verified E-mail
dankru@gmail.com

*Daniel Krupnik*

IP 99.126.106.6   Date 16 Nov 2019 01:29:25 UTC

Document completed by all parties on:
16 Nov 2019 01:29:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  SEA





FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kellie Hayden

10680 popes creek road newburg md 20664

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
For all they took from us they should be held accountable !!

*Kellie Hayden*

# Signature Certificate

Document Ref.: JWQ7U-WFHDD-KRTH6-8EW8H

Document signed by:

**Kellie Hayden**

Verified E-mail:
blondie32183@hotmail.com

*Kellie Hayden*

IP: 99.203.202.101   Date: 18 Nov 2019 20:25:34 UTC

Document completed by all parties on:
18 Nov 2019 20:25:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

NOV 2 2 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
            WA–US  SEA



FRI
6   C
16:30  9950
bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amy Olivo

17799 N Lainie Ct Surprise AZ 85378

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is a bad enough in this day and age people have to worry about their sensitive information being revealed but, Equifax knew there was a weak link and did nothing about it and did not tell anyone then it was too late and now millions of people are affected by this

*Amy Olivo*

# Signature Certificate

Document Ref.: **XEPP5-TSJKG-UCT6D-4HA9G**

Document signed by:

**Amy Olivo**

Verified E-mail:
amyolivo925@gmail.com

*Amy Olivo*

IP: **184.101.125.44**    Date: **17 Nov 2019 16:34:29 UTC**

Document completed by all parties on:
**17 Nov 2019 16:34:29 UTC**
Page 1 of 1



**Signed with PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2888          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   **SEA**



RTFRI

6   C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Stephanie Ballard

3977 Barnard Dr
Lexington Ky 40509

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not            attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Our security is worth more than what is being offered

*Stephanie Ballard*

# Signature Certificate

Document Ref.: **LT8MC-RXYCM-BAGNE-ZQ2W7**

Document signed by:

**Stephanie Ballard**

Verified E-mail:
sballard759@gmail.com

*Stephanie Ballard*

IP: 166.216.158.189     Date: 18 Nov 2019 18:30:06 UTC

Document completed by all parties on:
18 Nov 2019 18:30:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA            98121
              WA–US  SEA



FRI
16:30  6  C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Harald van der Kam

803 Dogwood Lane, Collegeville, PA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair        ☑   Unduly burdensome  ☐
- Inadequate  ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A $10 settlement is laughable for a company that is making millions to billions of dollars off of our personal data. We trusted them to keep our information secure, especially since they have so much of it, and we have virtually no control over them, and they did not. This caused all kinds of problems for people, some small, some serious. Thank you.

*Harald van der Kam*

# Signature Certificate

Document Ref.: EYZX5-GYEHR-AQNHK-28MCY

Document signed by:

**Harald van der Kam**

Verified E-mail:
harald@vanderkam.net

*Harald van der Kam*

IP: 71.224.234.220          Date: **18 Nov 2019 22:03:36 UTC**

Document completed by all parties on:
18 Nov 2019 22:03:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

RT FRI

6   C
16:30   9950
bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Marc Bendler

1264 Merrill Ave, Algonquin, IL 60102

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
To continue to let big corporations get away with mishandling data with just a mere slap on the wrist is an insult to everyone that was affected. The time is now to drop the hammer and set a new precedent.

*Marc Bendler*

# Signature Certificate

Document Ref.: **VY7HW-FGBWU-KD9FR-WJUU4**

Document signed by:



### Marc Bendler

Verified E-mail:
marcbjr2@yahoo.com

*Marc Bendler*



IP: 174.197.7.235   Date: 18 Nov 2019 16:47:25 UTC

Document completed by all parties on:
18 Nov 2019 16:47:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2986          REF:

PO:                        DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA–US   SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jay Beauchamp

620 Nw 196th Court, Edmond OK 73012

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They are trusted with my info even without my permission, they should be punished for their lack of security more than a slap on the wrist.

*Jay Beauchamp*

# Signature Certificate

Document Ref.: **MMSDB-CVSYX-3NY9J-E3KCB**

Document signed by:



**Jay Beauchamp**

Verified E-mail
jaybeauchamp@icloud.com

*Jay Beauchamp*

IP: 107.77.200.214    Date: **18 Nov 2019 17:23:16 UTC**

Document completed by all parties on:
**18 Nov 2019 17:23:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US  SEA



FRI

6
16:30   C
9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Annjeannette Jean-Baptiste

112 Schenectady Ave, #212, Brooklyn  NY 11213

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement does, by no means, reflect the harm done to the victims of this breach. This organization acted as judge and jury and obtained information by citizens who trusted that, at least, their personal information was safe. The financial intestines of its victims were handed up as if to someone on high, and a breach that is settled by a slap on the wrist is not equal to the danger their victims were subjected to. Please consider the victims and their plight in this case and render a satisfactory conclusion to the suit.

*Annjeannette Jean-Baptiste*

# Signature Certificate

Document Ref.: **2MHNC-2UGWJ-TP2WI-GAWAJ**

Document signed by:



**Annjeannette Jean-Baptiste**

Verified E-mail:
hikick51@aol.com

IP: 67.87.174.13     Date: **19 Nov 2019 04:24:47 UTC**

Document completed by all parties on:
**19 Nov 2019 04:24:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:

THU:
PO:                                    DEPT:

**FedEx**
Express



REL#
3786346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**           **98121**
              WA–US   **SEA**

RT FRI

6  C
229   16:30  9950  rbill or pouch here.
              11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# lovella gockley

213 Main Avenue, La Grande, OR, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Absurdly unfair

*lovella gockley*

# Signature Certificate

Document Ref.: UTTQ5-FBPEN-VMF4H-GUUY9

Document signed by:



**lovella gockley**

Verified E-mail
marszydotes@yahoo.com

*lovella gockley*

IP: 47.28.42.178          Date: **17 Nov 2019 22:46:57 UTC**

Document completed by all parties on:
**17 Nov 2019 22:46:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:
INV#
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

**8L BFIA**          **98121**
                    WA–US  **SEA**



RT FRI
229          6
         16:30  9950
              11 22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Joseph Bobko

1703 Whitehall Drive 5D

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| will not                              attend the settlement hearing in person.

| do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equfax cost me money to restore some of my data that was leaked and I need this money paid to me to recoup the money I had to spend on fixing my stolen data

*Joseph Bobko*

# Signature Certificate

Document Ref : **9JKGE-JPUXD-VLYAU-BZEKQ**

Document signed by:

| | |
|---|---|
| **Joseph Bobko** | *Joseph Bobko* |
| Verified E-mail | |
| joebobko39@yahoo.com | |
| IP: 24.8.161.45   Date: 19 Nov 2019 03:40:00 UTC | |

Document completed by all parties on:

**19 Nov 2019 03:40:00 UTC**

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO. CA 94577
UNITED STATES US

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386           REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
              WA–US  **SEA**



RT FRI

229   6   C
      16:30  9950  Airbill or pouch here.
             11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jared Hobbs

1557 Deerfield Ct, St. Charles, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that myself, as well as others, have been given a ridiculous response by the aforementioned "Equifax" settlement. The settlement was initially stated to range from $125 - $250. Now, for some unknown reason the company wants to settle for 'under $10 per individual'. This is ludicrous, unfair, inadequate and unreasonable!! Under what grounds are they basing their unreasonable, etc. decision on?

*Jared Hobbs*

# Signature Certificate

Document Ref : AMURH-MOWNQ-ATBH6-QUC3Y

Document signed by:



**Jared Hobbs**

Verified E-mail:
jchobbs1234@yahoo.com

*Jared Hobbs*

IP: 99.113.143.73          Date: 19 Nov 2019 03:41:56 UTC

Document completed by all parties on:
19 Nov 2019 03:41:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
INV:
PO:                        DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                  **98121**
                    WA-US  **SEA**



ge Bc

FRI

229    6   C
      16:30  9950
             11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Lynda Stephens

6427 Summertree Lane, Charlotte, NC 28270, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The time and cost to protect my own data, only to be compromised by a credit agency, is horrendous. The only thing more horrendous is less than a slap on the wrist for Equifax. If we are not able to trust Equifax's security for the safeguard of our highly sensitive data, why do they have such control over our credit scores? Equifax's attorneys have manipulated the justice system to the detriment of the American public. I strongly object to the proposed paltry amount.

*Lynda Stephens*

# Signature Certificate

Document Ref.: **BDMKB-FVZXY-FXRWV-PXKGD**

Document signed by:



**Lynda Stephens**

Verified E-mail
lstephens2@bellsouth.net

*Lynda Stephens*

IP: 104.139.100.162    Date: 18 Nov 2019 16:58:57 UTC

Document completed by all parties on:
**18 Nov 2019 16:58:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2386    REF:
INV:
PO:                          DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
            WA–US  SEA

ge Bc

RT FRI

029      6      C
      16:30  9950
            11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marcus Richardson

40 Brucewood Dr. S   Mobile Alabama 36613

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It seems like a classic bait and switch to me. They advertised that they would compensate and one monetary amount then once they saw people take action dropped the amount. Some of us ended up with things on our credit that has prevented us from being able to get jobs, reliable transportation, homes, or credit cards. It's not fair in anyway.  You fight with the credit bureau and they side with the collectors who only have a " e-signature" no real proof that it was you. It's a big mess.

*Marcus Richardson*

# Signature Certificate

Document Ref.: 2AAVA-MOYGM-DFP8H-J2FEM

Document signed by:



**Marcus Richardson**

Verified E-mail:
marcusrich7@yahoo.com

*Marcus Richardson*

IP: 174.226.13.75    Date: 19 Nov 2019 00:42:42 UTC

Document completed by all parties on:
19 Nov 2019 00:42:42 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306          REF:
INV:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
          WA–US SEA



ge Bc



RT FRI

029        6       C
        16.30  9950
        11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## anthony dambrosio

32 Wheeler Avenue, Melrose, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
wholly inadequate compensation

anthony dambrosio

# Signature Certificate

Document Ref.: **PFEPV-VTMBA-EVZ9V-FAQDM**

Document signed by:

### anthony dambrosio

Verified E-mail
dambroax@aol.com

*anthony dambrosio*

IP: 66.30.194.79    Date: 19 Nov 2019 00:24:23 UTC

Document completed by all parties on:
19 Nov 2019 00:24:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

**SEATTLE WA 98121**

(415) 373-2386              REF:
PO:                         DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
              WA–US  SEA

FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# marlice vonck

2989 Maury River Rd

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The amount proposed for settlement per person is ridiculous compared to the damage done and risks posed to people. A giant corporation like that cannot get away with this!

*marlice vonck*

# Signature Certificate

Document Ref.: 4T7TX-6CWML-WHKKG-GGFED

Document signed by:

**marlice vonck**

Verified E-mail
admin@keeplifenatural.com

*marlice vonck*

IP: 107.77.202.70     Date: 18 Nov 2019 19:23:55 UTC

Document completed by all parties on:
18 Nov 2019 19:23:55 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

BULK

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

PO:                         DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
          WA–US  SEA

RT FRI

6
16:30   9950

C

bill or pouch here.

ge Bc

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Connie White

516 Bess Town Road, Bessemer City, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

I

Personal note to The Honorable Thomas W. Thrash Jr.
This is an unfair offer due to the problems, stress and inconvenience they have created to so many people.
Please consider the damage that has been done.
Thank you Honorable Thomas W. Thrash Jr

*Connie White*

# Signature Certificate

Document Ref.: VB6FZ-MFQQ2-OBCEE-R2TJC

Document signed by:

**Connie White**

Verified E-mail
curlyfox1@yahoo.com

*Connie White*

IP: 98.24.99.179     Date: 19 Nov 2019 05:12:51 UTC

Document completed by all parties on:
19 Nov 2019 05:12:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO. CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
(NU)
PO:                      DEPT:

FedEx
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA              98121
              WA–US  SEA

RTFRI

6
16:30     9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Dan Kilker

388 Charles street Luzerne, PA 18709

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Due to the high importance placed on maintaining good credit and my personal information being compromised the future negative economic impact I have not yet felt can be much greater than the settlement offer.

*Dan Kilker*

# Signature Certificate

Document Ref.: GN38Q-CGHXD-EWHPQ-B7CAN

Document signed by:

**Dan Kilker**
Verified E-mail:
profkeatin78@yahoo.com

*Dan Kilker*

IP: 73.175.103.239    Date: 19 Nov 2019 04:37:46 UTC

Document completed by all parties on:
19 Nov 2019 04:37:46 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 29.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:

PO:                         DEPT:

**FedEx**
Express



E

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

**8L BFIA**                98121
                    WA–US   SEA





RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Lori Kates

5950 Bodrie Lane

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair    ☐    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Not enough money for what happened

*Lori Kates*

# Signature Certificate

Document Ref.: ZPPJP-36ZRB-RSWHZ-HNHZS

Document signed by:

**Lori Kates**

Verified E-mail
loriskates@icloud.com

*Lori Kates*

IP 47.224.46.160     Date 18 Nov 2019 19:25:30 UTC

Document completed by all parties on
18 Nov 2019 19:25:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                      DEPT:

**FedEx**
Express

**E**

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**                98121
                    WA-US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Curtis Craddock

7323 Monticello blvd
Springfield VA 22150

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| will not             attend the settlement hearing in person.

| do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is unfair to consumers, 147million people had their information exposed in return the current settlement those people are  getting almost nothing while Equifax is getting a slap on the wrist.

*Curtis Craddock*

# Signature Certificate

Document Ref.: **XPMNU-HTRKK-UBAJN-XMYFF**

Document signed by:

**Curtis Craddock**

Verified E-mail
26centsets@gmail.com

*Curtis Craddock*

IP: 209.107.191.24     Date: 13 Nov 2019 23:28:14 UTC

Document completed by all parties on:
13 Nov 2019 23:28:14 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 0201  7781 6173 9950

**8L BFIA**        98121
                   WA-US  SEA

RT FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Adam Israel

420 West End Ave, Apt. 1B
New York, NY 10024

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

There should be a strong message about the responsibility to protect Americans private info

Personal note to The Honorable Thomas W. Thrash Jr.
There should be a strong message to big corporation on protecting Americans private informatio

Adam Israel

# Signature Certificate

Document Ref.: **QLSNO-4FTVC-YTXKR-FWXV6**

Document signed by:

**Adam Israel**

Verified E-mail
ami205@yahoo.com

*Adam Israel*

IP: 70.19.68.73    Date: 19 Nov 2019 01:22:49 UTC

Document completed by all parties on:
19 Nov 2019 01:22:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386            REF:
INV:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
            WA–US   SEA

ge Bc

RTFRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Todd Wade-Evans

1419 Floradora dr Belleville IL 62220

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to      attend the settlement hearing in person.

I do not expect      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I do not think it is fair that we receive. So little compensation from a company that is supposed to protect or information

*Todd Wade-Evans*

# Signature Certificate

Document Ref.: ZWGHN-EMM49-Z442K-BEZFK

Document signed by:

**Todd Wade-Evans**

Verified E-mail
twadeevans@gmail.com

*Todd Wade-Evans*

IP: 75.132.138.13    Date: 18 Nov 2019 18:24:46 UTC

Document completed by all parties on:
18 Nov 2019 18:24:46 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

**8L BFIA**              98121
              WA–US  SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Morgan Hemphill

19997 SW 64th Terrace
Tualatin,  OR 97062

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                          attend the settlement hearing in person.

I do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is completely inappropriate for a company that controls our credit can sell our data in the way it does. They
need to be held accountable.

*Morgan Hemphill*

# Signature Certificate

Document Ref.: **9XTXC-PPHIN-7GUPR-MNRPP**

Document signed by:

**Morgan Hemphill**

Verified E-mail:
coffeemaster143@yahoo.com

*Morgan Hemphill*

IP: 76.115.108.32        Date: 19 Nov 2019 03:51:54 UTC

Document completed by all parties on:
**19 Nov 2019 03:51:54 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**            98121
              WA-US  SEA

FRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mary Smith

614 E 14th
Baxter Springs Kansas
6671

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐       Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This breach is a serious threat to my future. Credit reporting agency do not allow citizens to choose to have their information in their files or not. Therefore our personal information should be kept in a much more secure system. We did not ask for this!

*Mary Elizabeth Broughton Smith*

# Signature Certificate

Document Ref.: **PENHP-X5Y52-XGPBW-NC9YD**

Document signed by:



**Mary Smith**

Verified E-mail
smithelizabethb@yahoo.com

*Mary Elizabeth Boughton Smith*

📍 **174.234.9.240**          Date: **19 Nov 2019 03:38:08 UTC**

Document completed by all parties on:
19 Nov 2019 03:38:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

FedEx Express

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2727 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA        98121
WA-US   SEA

ge Bc

RT FRI

6   C
16:30
9950
11.22

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Steven Huettig

1908 e 1300 s
Hazelton ID 83335

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not  attend the settlement hearing in person.

I do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The penalty is way short of the offense.

*Steven Huettig*

# Signature Certificate

Document Ref.: **MDFET-XBKHF-MG6ZE-DDHT5**

Document signed by:



**Steven Huettig**

Verified E-mail:
idwindstar@startmail.com

IP: 173.231.63.102    Date: 19 Nov 2019 03:15:59 UTC

Document completed by all parties on:
19 Nov 2019 03:15:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA-US   SEA



FRI
029

6
16:30

C

9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Cicki Sanders

8226 Krag Dr, Hudson FL 34667

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I totally object to this decision, how in the world can they not be responsible for a breach in our personal
information.  We have been violated and it's okay for equinox gets a slap on the wrist. This is our lives  and
our information is just out their. How are we supposed to feel safe doing anything when our information is
just out there for anyone to get and use?  Not fair, we have no where to turn!!

*VickiSanders*

# Signature Certificate

Document Ref.: **MJ7KC-FFOI9-AHXYF-SVDIE**

Document signed by:



**Cicki Sanders**

Verified E-mail
vicki.sanders82@yahoo.com

IP: **172.58.173.136**    Date: **19 Nov 2019 11:59:15 UTC**

Document completed by all parties on:
**19 Nov 2019 11:59:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                  DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
            WA–US  SEA

RTFRI
            6      C
029      16:30  9950
            11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lydia Truesdell

8305 Buffalo Ave. Apt F6, Niagara Falls, NY 14304

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I will not accept a slap on the wrist for Equifax, a company that makes several billion dollars a year selling consumers data without their consent. Please do not allow this company to get away with only a slap on the wrist and make it clear to this company that they can't buy their way out of if with a bait-and-switch settlement offering for a mere fraction of the original settlement amount.

*Lydia Truesdell*

# Signature Certificate

Document Ref: BQ5CY-FVEXT-X6WHC-MJZ8G

Document signed by:

**Lydia Truesdell**

Verified E-mail:
angeldiamond12276@yahoo.com

*Lydia Truesdell*

IP 98.1.84.96   Date 19 Nov 2019 02:55:06 UTC

Document completed by all parties on:
19 Nov 2019 02:55:06 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
TRK#
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
              WA–US  SEA



RT FRI

229    6
       16:30   9950  bill or pouch here.
              11.22

C

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Rachael Chambers

1505 Lake St. Dyer, In 46311

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not              attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Everyone who has been affected by this should be receiving more than $5. They stole our information for
our personal life.

*Rachael Chambers*

# Signature Certificate

Document Ref.: Q8DAT-KIK63-DALQV-UEFUD

Document signed by:

**Rachael Chambers**

Verified E-mail:
rachmariecham@yahoo.com

*Rachael Chambers*

IP: 12.218.147.34    Date: 19 Nov 2019 01:34:13 UTC

Document completed by all parties on:
19 Nov 2019 01:34:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386         REF:

INV:
PO:                              DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

**8L BFIA**            98121
WA-US  **SEA**

RT FRI

6
16.30   C
9950
11:22

Bill or pouch here.