# Exhibit B - 34

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Linda Mitchell

796 Baltimore Road #73 Valparaiso IN 46385

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is not a reasonable offer. It just isn't fair.

*Linda Mitchell*

# Signature Certificate

Document Ref: BC9WS-LEJWJ-IOX2J-QUFAM

Document signed by:

**Linda Mitchell**

Verified E-mail:
lindamitchell1947@gmail.com

*Linda Mitchell*



IP: 71.201.41.49    Date: 18 Nov 2019 18:17:36 UTC

Document completed by all parties on:
18 Nov 2019 18:17:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:

DEPT:



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA         98121
WA-US  SEA

RT FRI

6    C
16:30  9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dejan Jovanovic

38 6th Avenue, 2004, Brooklyn, NY 11217

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑     Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                     attend the settlement hearing in person.

I   do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The settlement is a joke considering the circumstances.

*Dejan Jovanovic*

# Signature Certificate

Document Ref.: ASYVN-EJWS7-T7CYO-VTEWX

Document signed by:

**Dejan Jovanovic**

Verified E-mail
dejan.jovanovic@gmail.com

*Dejan Jovanovic*

IP: 172.58.139.38  Date: 15 Nov 2019 13:08:11 UTC

Document completed by all parties on:
15 Nov 2019 13:08:11 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                    DEPT:



**FedEx**
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA–US  SEA



ᴿᵀ FRI

6
16:30   9950
11:22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kourtney Hasley-Eanes

267 centeridge lane graham, tx 76450

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This company released thousands of people's information and think that a small amount of money is going to suffice is ridiculous.

*Kourtney Hasley-Eanes*

# Signature Certificate

Document Ref.: KWNXM-QDSHK-XBQUJ-6JQUI

Document signed by:

**Kourtney Hasley-Eanes**

Verified E-mail:
kourtney.hasley@yahoo.com



*Kourtney Hasley-Eanes*

IP: 174.207.2.250     Date: 19 Nov 2019 22:15:55 UTC

Document completed by all parties on
19 Nov 2019 22:15:55 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2772 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386

PO:            REF:        DEPT:

**FedEx**
Express

**E**

REL#
3785346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**      98121
WA-US   SEA

RT FRI

6    C
16:30
229    9950
11:22

ge Bo

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Deane Walton

4333 Highway 76 South, Brownsville, TN 38012

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement is inadequate for the amount of damage caused to consumers.

*Deane Walton*

# Signature Certificate

Document Ref: HL4KW-ZZNZP-YEIHL-6MS8X

Document signed by:

**Deane Walton**

Verified E-mail
deanewalton@bellsouth.net

*Deane Walton*

IP: 36.146.70.17   Date: 18 Nov 2019 18:41:34 UTC

Document completed by all parties on
18 Nov 2019 18:41:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386      REF:
PO:                     DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA

FRI
229

6
16:30

C

9950
11.22

'bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Lauren Bendiksen

1309 Placer Drive, Allen, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The proposed settlement amount is inadequate. Equifax needs to be held accountable, and this settlement
 will not do that.

*Lauren Bendiksen*

# Signature Certificate

Document Ref.: 4Q2RG-IZE4W-E92VG-FTFSQ

Document signed by

**Lauren Bendiksen**

Verified E-mail
matt_spam@halocube.com

*Lauren Bendiksen*

IP: 70.122.208.46    Date: 15 Nov 2019 00:08:19 UTC

Document completed by all parties on
15 Nov 2019 00:08:19 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                      DEPT:



**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
WA-US  SEA

FRI

029

6
16:30

C

9950
11.22

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## David O'Neil

106 Rhum Place
Garner
NC


I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.


Personal note to The Honorable Thomas W. Thrash Jr.
The breach has far reaching consequences and there should be an adequate punishment.



# Signature Certificate

Document Ref: **BZ5QX-KLSXG-UZL9U-8WLZP**

Document signed by:

David O'Neil

Verified E-mail
do710@yahoo.com

IP 75.183.246.85    Date 19 Nov 2019 04:13:16 UTC

Document completed by all parties on:
19 Nov 2019 04:13:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2306
IND:         REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   **SEA**

RT FRI

029

6
16:30

C

9950
11.22

Express

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Susan Dolan

19621 Sparr Spring Road Montgomery Village MD 20886

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐      Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

.

*Susan Dolan*

# Signature Certificate

Document Ref.: ZSXPM-GWDLQ-QJFJC-VWN5F

Document signed by:



**Susan Dolan**

Verified E-mail:
suzyqcreekside@gmail.com

*Susan Dolan*

IP: 96.255.209.224     Date: 19 Nov 2019 01:20:09 UTC

Document completed by all parties on:
19 Nov 2019 01:20:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386           REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL//
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**              98121
            WA–US    **SEA**

ge Bc

RTFRI




# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lee Akeley

15959 sw 49th court road, ocala, florida 34473

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 In my opinion, we were placed at risk by a service that was suppose to protect us. They failed.

*Lee Akeley*

# Signature Certificate

Document Ref.: **D24HO-CX7Q9-M2KTD-EB55H**

Document signed by:



**Lee Akeley**

Verified E-mail:
up3776@yahoo.com

*Lee Akeley*

IP: 68.202.160.4                     Date: 19 Nov 2019 07:17:21 UTC

Document completed by all parties on:
**19 Nov 2019 07:17:21 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
WA–US   **SEA**

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Raymond Pfahl

P.O.box 44023 cleveland ohio 44144

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   may                              attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Not being fair to we the people who have not been  treated  fair.

*Raymond Pfahl*

# Signature Certificate

Document Ref.: **ZCQBX-NQHVZ-QDGS2-QLUXV**

Document signed by:



**Raymond Pfahl**

Verified E-mail:
raymondpfahl@aol.com

IP: 99.185.54.55   Date: 19 Nov 2019 03:16:18 UTC

*Raymond Pfahl*

Document completed by all parties on:
**19 Nov 2019 03:16:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:              DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
WA–US    SEA



RTFRI

6
16:30    C

9950   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Felicia Morris

P.o. o box 2969, st george, ut, 84771

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                             attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Our personal information is very important to our lives and livley hood. When our information is mishandled, it can have some dramatic effects on people's lives. I feel companies should not be able to unlawfully use it. Or keep it in am inadequately secured way.  Also when a penalty is stipulated the company's should do what they said they would and not try to switch payment quantities.

*Felicia Morris*

# Signature Certificate

Document Ref.: IAHMB-GQQTG-XPG78-5QAAH

Document signed by:



**Felicia Morris**

Verified E-mail:
katreena_d@yahoo.com

*Felicia Morris*

IP: 69.130.50.102     Date: 19 Nov 2019 04:10:13 UTC

Document completed by all parties on:
19 Nov 2019 04:10:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



Express

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                        DEPT:

**FedEx**
Express

**E**

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
WA-US   **SEA**

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Cathy Rager

104A S Perry St  Elkton  Ky 42220

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company was supposed to protect everyone's personal information and they failed to do so there fore leaving all people involved open to identity theft amongst other crimes.  If I as a private  citizen  had done such a thing,  I would have been prosecuted to the extent of the law. This company  or any other that makes claims that they will protect our information should be treated thus.

*Cathy Rager*

# Signature Certificate

Document Ref.: QQ79S-K9AZ3-UDRDP-LEOBY

Document signed by:



**Cathy Rager**

Verified E-mail:
cathyfayrager@gmail.com

IP: 99.190.242.98      Date: 18 Nov 2019 19:27:45 UTC

Document completed by all parties on:
18 Nov 2019 19:27:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:        REF:        DEPT:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
WA–US  SEA



ge Bc

RT FRI

6   C
16:30
029        9950   :bill or pouch here.
          11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Lonny Price

4825 s pothast pl. West terre haute, in 47885

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Its not enough, the breach could cost me thousands

*Lonny Price*

# Signature Certificate

Document Ref.: **KHIWT-GLZE2-RSQ3L-KVYEW**

Document signed by:

**Lonny Price**

Verified E-mail:
lonnyprice88@yahoo.com

*Lonny Price*

IP **174.241.133.21**   Date: **19 Nov 2019 04:12:35 UTC**

Document completed by all parties on:
**19 Nov 2019 04:12:35 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                    DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
            WA-US  SEA

RT FRI

029

6
16:30

C

9950
11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Amy Branch

527 East 5th Ave, Tarentum, Pa

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑     Unduly burdensome ☑
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Hello. I am a victim of massive identity theft and these scammers are also stealing my mail as well as mail carriers giving it away. I don't believe this Breach was done solely by hacking. I believe it was done by breaching our confidentiality for financial gain while we the victims suffer and fight and receive little to no compensation for millions of dollars gained illegally by stealing our identities and Equifax not keeping our privacy safe. I have inaccurate information til this day and Equifax is allowing someone to ILLEGALLy report this information. I'm suffering and received threats. Even police ignore giving police reports because they are financially gaining off of this.

*Amy Branch*

# Signature Certificate

Document Ref.: **YYUUZ-JHJFD-WTRRL-FYIQQ**

Document signed by:



**Amy Branch**

Verified E-mail
prettyblk51@yahoo.com

IP: 172.58.205.137   Date: 19 Nov 2019 03:21:11 UTC

Document completed by all parties on:
19 Nov 2019 03:21:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386   REF:
THU:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA–US  SEA

ge Bc

FRI

6
16:30   C
229    9950   bill or pouch here
        11 22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Aletha Hicks

9645 Cloister Dr., Dallas, TX 75228

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                            attend the settlement hearing in person.

I  do not expect                      to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It is inadequate because this company makes bill I ons

*Aletha Hicks*

# Signature Certificate

Document Ref.: DQCJQ-5WKU9-WAVQT-6BFPE

Document signed by:



**Aletha Hicks**

Verified E-mail:
alethahicks@sbcglobal.net

IP: 76.210.203.152    Date: 18 Nov 2019 20:56:47 UTC

*Aletha Hicks*

Document completed by all parties on:
18 Nov 2019 20:56:47 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727~~ **WESTERN AVE STE 200**   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

**E**

REL//
3765346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**



TRK#
0201  **7781 6173 9950**

**8L BFIA**        98121
           WA-US **SEA**

FRI

6
16.30
029
11.22

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mark Holden

275 soundview ave

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The award being discussed is insignificant compared to the risk and discomfort of the people affected by the data breach.

*Mark Holden*

# Signature Certificate

Document Ref.: **FVCW2-QMHPR-G6CCK-34WRM**

Document signed by:



### Mark Holden

Verified E-mail:
mark@holden-insurance.com



IP: 71.233.129.224    Date: 18 Nov 2019 21:19:45 UTC

Document completed by all parties on:
**18 Nov 2019 21:19:45 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA        98121
               WA–US  SEA

RT FRI

229   6   C
     16:30  9950
            11:22

Bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Stephen Starr

1009 Farm Lane, Ambler, PA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My life has been interrupted as a result of this breach. I can no longer go a day without checking my credit cards to see if I have been made a victim of an unauthorized purchase, or see if someone else has tried to use my name for a nefarious or fraudulent purpose.

Thank you,
Stephen R Starr

*Stephen Starr*

# Signature Certificate

Document Ref.: JFBAJ-PSQYV-A5QQQ-8PPIC

Document signed by:

**Stephen Starr**

Verified E-mail:
stephen.r.starr@gmail.com

*Stephen Starr*

IP: 173.62.175.215    Date: **17 Nov 2019 16:04:02 UTC**

Document completed by all parties on:
17 Nov 2019 16:04:02 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
WA–US  **SEA**



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# gilbert stonebarger

20 Drawback Street, Henderson, NV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

| will not                           attend the settlement hearing in person.

| do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The company COMPLETELY failed in it's stewardship of our information and made BILLIONS from that access. $10-$20 bucks is ridiculous and sens NO Message at all

*gilbert stonebarger*

# Signature Certificate

Document Ref.: 4A6VE-ZJ8WC-3AZCV-UZQSA

Document signed by:

**gilbert stonebarger**

Verified E-mail
gil@bcn-nv.com

*gilbert stonebarger*

IP: 24.120.132.146    Date: 18 Nov 2019 17:33:15 UTC

Document completed by all parties on:
**18 Nov 2019 17:33:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

**8L BFIA**                98121
                 WA–US  **SEA**

FRI

6   C

16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Edmands

35 Harriman Rd. Hudson, Ma. 01749

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                 attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I am a Us Navy veteran and  in my opinion, this is in no way fair to the hardworking people of the world.  We all bust our butts to do our job's, Equifax  Inc. needs to be held to a higher standard, in order to be on the platform of people's credit.

*James Edmands*

# Signature Certificate

Document Ref.: CFWVU-TVWPR-ZJTRP-B8TNI

Document signed by:

**James Edmands**

Verified E-mail
jayedmands@yahoo.com

*James Edmands*

IP 24.218.176.116    Date: 19 Nov 2019 04:11:12 UTC

Document completed by all parties on:
19 Nov 2019 04:11:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFD2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                WA–US SEA



RT FRI

6
16:30      C
        9950
029     11.22   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Julia Mason

10206 Rodgers Rd, Fairfax VA 22030

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                 attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Given the prior breaches of data at other organizations, the settlement, as it stands, misses its mark. Other similar breaches that occurred garnered full credit monitoring protection for 1-5 years, not inclusive of other monitoring that was put in place by prior companies that experienced similar breaches. As well, the response from Equifax has been less than most, the feeling of "we did t do anything wrong, why should we apologise or be held accountable"...which is ridiculous given they knew of the risks and clearly didn't do what was needed to mitigate that risk for their customers.

*Julia Mason*

# Signature Certificate

Document Ref.: JBRIV-REWL9-RNSSS-WSSG9

Document signed by:

**Julia Mason**

Verified E-mail:
juliamason1776@gmail.com

*Julia Mason*

IP: 108.56.130.3  Date: 19 Nov 2019 20:11:39 UTC

Document completed by all parties on:
19 Nov 2019 20:11:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386

REF:

DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA-US **SEA**



FRI
029

6
16.30

C

9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Fred Hoffman

2348 winters drive granite city illinois 62040

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐     Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                         attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.
no attny

Personal note to The Honorable Thomas W. Thrash Jr.
i object with this settlement because i feel that my personal information was breached and the company who makes millions of dollars using my information did not protect my info and furthermore the settlement amounts are too low ..

*Fred Hoffman*

# Signature Certificate

Document Ref.: **PYFBF-WVD2I-HTBWS-AO3ET**

Document signed by:

**Fred Hoffman**

Verified E-mail:
fredhoffman1968@yahoo.com

*Fred Hoffman*

IP: 97.92.221.148    Date: **19 Nov 2019 04:06:58 UTC**

Document completed by all parties on:
19 Nov 2019 04:06:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**
(415) 373-2386          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

**8L BFIA**          98121
                     WA-US  **SEA**



FRI
RT

029          6      C
         16:30   9950  bill or pouch here.
                  11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Stephen Brust

2401 Ivy Way, Snellville, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Wow, this is crazy.  As a business owner if my product or protection fails I am fully responsible.  You can't let these businesses get away with making millions upon millions of dollars at our expense and not secure our data.  Please re-evaluate this settlement.

*Stephen Brust*

# Signature Certificate

Document Ref.: **YLVHW-KRKFA-UJDZQ-TZTBM**

Document signed by:

**Stephen Brust**

Verified E-mail
sales@webkatdesign.com

*Stephen Brust*

IP: 98.230.130.198   Date: 18 Nov 2019 16:48:45 UTC

Document completed by all parties on:
18 Nov 2019 16:48:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727~~ WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386     REF:

INV:     PO:               DEPT:

**FedEx**
**Express**

**E**

REL#
37B5346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**          **98121**
              WA–US  **SEA**



RT **FRI**

229     6      C
      16:30   9950
      11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nancy Yetter

16121 Capri Drive, Jersey Village, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The company that is supposed to protect our identity and credit has failed and put it at risk! The minuscule $1-$2 settlement is ridiculous and needs to be much more! Asking for Experian to give free credit monitoring is like having the fox guard the hen house!

*Nancy Yetter*

# Signature Certificate

Document Ref.: **6XXUN-AAJM3-TEDQH-TPT8V**

Document signed by:

**Nancy Yetter**

Verified E-mail:
neyetter@aol.com

*Nancy Yetter*

IP: 216.201.247.28   Date: 18 Nov 2019 21:20:05 UTC

Document completed by all parties on:
**18 Nov 2019 21:20:05 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/S5F02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
DEPT:



**FedEx**
Express

**E**

REL#
3766346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
[0201]  **7781 6173 9950**

**8L BFIA**        **98121**
WA-US   **SEA**

RT **FRI**
6   **C**
029        16:30
9950   bill or pouch here.
11 22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Marshall

3368 Breezewood Court, Ortonville, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　　　☑　　Unduly burdensome ☑
- Inadequate　☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not　　　　　　　　attend the settlement hearing in person.

I  do not expect　　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

　The resolution options provided by Equifax are inadequate, burdensome, and are unsatisfactory.  Their primary resolution option is to accept, for an unspecified period of time, their serves for monitoring my credit for breaches.  Since their inability to provide a safe and effective monitoring service caused this breach in the first place, to trust them with this task is ludicrous.

*Robert Marshall*

# Signature Certificate

Document Ref.: 7PJEN-MDKTX-GJ5PF-WPGHB

Document signed by:



**Robert Marshall**

Verified E-mail
bobmarshallmusic@aol.com

*Robert Marshall*

IP: 96.35.74.250    Date: 18 Nov 2019 21:46:10 UTC

Document completed by all parties on:
18 Nov 2019 21:46:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSFO2021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   *1100 2nd*

**SEATTLE WA 98121**

(416) 373-2386        REF:



**FedEx**
Express

E

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**        **98121**
                WA–US  **SEA**

RT FRI

029   6   C
     16.30  9950
            11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Peter Cheskie

1318 Lake Breeze Road
Oshkosh, WI 54904

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
   The settlement amount is too low for a multimillion dollar firm that has put consumers at risk.

*Peter Cheskie*

# Signature Certificate

Document Ref.: **VXTEP-OXPWM-8UHL7-UUUJS**

Document signed by:



**Peter Cheskie**

Verified E-mail:
chirps2@sbcglobal.net

*Peter Cheskie*

IP: 99.19.101.95     Date: **18 Nov 2019 21:34:17 UTC**

Document completed by all parties on:
**18 Nov 2019 21:34:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386
THU:                    REF:
PO:                          DEPT:



FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
WA-US   SEA

RTFRI



6
16.30  9950  ill or pouch here.
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Dawn Sanders

5930 Landis Ave #17 Carmichael, CA 95608

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☐
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to              attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The credit bureaus hold a lot of power over the American consumer. We are already beholden to an arduous process to correct mistakes on our reports that are not our own. Now our most sensitive information has been stolen by those who wish to use it to take what we have rightfully earned because of the misuse or complete lack of security measures by Equifax. Although not every consumer's information has been used fraudulently as of today, the future use of that information is unknown. Therefore, the settlement as it stands is unfair to the actual victims of this debacle, the American consumer. Our information was left vulnerable, and as our social security numbers and coordinating information have been stolen. We are left vulnerable. Please reconsider this settlement as we will remain so for the unforeseeable future.

# Signature Certificate

Document Ref.: **JCSQJ-R9PKD-YA9LI-DMNEU**

Document signed by:



**Dawn Sanders**

Verified E-mail:
dmsb82@gmail.com

IP: 73.151.246.228   Date: 18 Nov 2019 20:05:48 UTC

Document completed by all parties on:
18 Nov 2019 20:05:48 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 23.10 LB
                                       CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  **7781 6173 9950**
0201

**8L BFIA**          **98121**
                    WA–US  **SEA**

FRI

6   C
16.30
029       9950
          11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Nancy Henion

47 Monarch Drive, Augusta, ME, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The terms of this settlement are an insult!  My personal information is worth much more than $10 - and I already have credit monitoring so don't need more of that!

*Nancy Henion*

# Signature Certificate

Document Ref.: **N5GFX-HEGMQ-OF3GV-HECZX**

Document signed by:



**Nancy Henion**

Verified E-mail:
nathrach2@hotmail.com

*Nancy Henion*

IP: 72.43.248.154    Date: 18 Nov 2019 16:56:18 UTC

Document completed by all parties on:
18 Nov 2019 16:56:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
                                    CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**

```
(415) 373-2386          REF:
THU:                    DEPT:
PO:
```



**FedEx**
Express

**E**

REL#
3765346

FRI — 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                 WA-US **SEA**

RT FRI

6    C
16:30

9950

11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Emily Yeast

705 Janie Lane, Clarksville, TN. 37042

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax should be permanently shut down instead of given a slap on the wrist. This billion dollar company put millions of people at risk with their data breach and it is ludicrous that they should even be given the option to offer credit monitoring to the very people they violated. Every single person affected should be given a minimum of $50,000 for Equifax's part in this whole fiasco and even that isn't enough to undo the damage and potential damage they caused.

*Emily Yeast*

# Signature Certificate

Document Ref.: **D9AJ7-JAZFN-SN3MD-DKFKV**

Document signed by:

**Emily Yeast**

Verified E-mail
seaspence@yahoo.com

*Emily Yeast*

IP: 141.126.46.42     Date: **19 Nov 2019 02:54:24 UTC**

Document completed by all parties on:
19 Nov 2019 02:54:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL//
3765346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
          WA–US   SEA



RT FRI
029     6
     16.30   C
     9950
     11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Leah Margelony

245A New State Road , Manchester CT 06042

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Not only did I feel that the original amount was too low,  now they want to just give you free credit monitoring,  the problem with that is there has been many data breaches and all those companies offer free credit monitoring too. Now it has come out that instead of $125, they are giving people that can show they pay for credit monitoring like $10.  This is just crazy!!

*Leah Margelony*

# Signature Certificate

Document Ref.: **TTWCV-GZNEF-KSFZM-2NTMR**

Document signed by:



**Leah Margelony**

Verified E-mail:
leahmargelony@yahoo.com

IP: 32.210.217.126    Date: 19 Nov 2019 04:13:04 UTC

*Leah Margelony*

Document completed by all parties on:
19 Nov 2019 04:13:04 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
                                    CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:

PO:                        DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**            **98121**
              WA-US  **SEA**



RT **FRI**

029      6      **C**
      16:30   9950
          11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Jeremy Goodman

19938 Forest Park Dr NE Shoreline Wa 98155

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   may                      attend the settlement hearing in person.

I   do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The largest credit agency in the world violated the term of their own agreements and illicitly profited from the violation and has offered in recompense a service for which they were already found to be incompetent and incapable of performing in lieu of any direct financial compensation for their glaring and obvious criminal misdeeds. This is entirely inappropriate and unacceptable.

*Jeremy Goodman*

# Signature Certificate

Document Ref.: **A7SOF-KKMXK-HFRPA-SUFH9**

Document signed by:



### Jeremy Goodman

Verified E-mail
somehumanbeing@aol.com

*Jeremy Goodman*

IP: **67.160.46.161**   Date: **19 Nov 2019 02:43:02 UTC**

Document completed by all parties on:
**19 Nov 2019 02:43:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:              DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA              98121
WA-US  SEA

FRI
229        6   C
          16:30  9950
          11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT



## Josh Patton

1957 Stone Brook Lane
Birmingham, AL 35242

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to  attend the settlement hearing in person.

I do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Based on my knowledge of what could be of the settlement, I find the amount inadequate for the risk and exposure that I and many other people experienced from the breach. I hope that this letter serves as an indication that I am concerned about my personal information and the issues at hand. Thank you.

*Josh Patton*

# Signature Certificate

Document Ref.: GQNOE-PJZF7-MENMR-AYD3Y

Document signed by:

**Josh Patton**

Verified E-mail:
joshcpatton@gmail.com

*Josh Patton*

IP: 50.235.66.98     Date: 18 Nov 2019 17:03:33 UTC

Document completed by all parties on:
18 Nov 2019 17:03:33 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:
INV:
PO:                    DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**        98121
              WA–US   **SEA**

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kelly Genovese

109 Anna Avenue Monessen PA 15062

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not    attend the settlement hearing in person.

I do not expect    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information has been breached. There should be consequences.

*Kelly Genovese*

# Signature Certificate

Document Ref.: YNQJA-4S474-DUP8R-8RYQH

Document signed by:

**Kelly Genovese**

Verified E-mail
angelwolf31@yahoo.com

*Kelly Genovese*

IP: 73.183.42.107     Date: 19 Nov 2019 03:07:30 UTC

Document completed by all parties on:
19 Nov 2019 03:07:30 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                    WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Glenn Critelli

924 Bonita Loop, Myrtle Beach, SC, USA



Received

NOV 2 2 2019

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The big companies do not care about our security. They have these so called data breaches and we suffer.
The amount we are receiving is so petty compared to the money they make

*Glenn Critelli*

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Ferguson

2608 9th Ave. Canyon, TX 79015

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This breach has caused tremendous inconvenience and a burden, personally in order to protect my accounts.

*Michael Ferguson*

# Signature Certificate

Document Ref.: 5IZNW-MSCHH-MWRNX-HYSNX

Document signed by:



**Michael Ferguson**

Verified E-mail:
clan.fergus@sbcglobal.net

*Michael Ferguson*

IP: 162.200.14.42    Date: 18 Nov 2019 18:45:54 UTC

Document completed by all parties on:
**18 Nov 2019 18:45:54 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

**8L BFIA**

98121
WA–US   SEA



FRI

6
16:30   9950   bill or pouch here.

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Roland Leveque

400 31st Street, Des Moines, IA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Again Money talks and the system defends it,

*Roland Leveque*

# Signature Certificate

Document Ref.: **TQOBP-9AKLV-HMA7T-HO9AD**

Document signed by:



**Roland Leveque**

Verified E-mail:
rolandcind@aol.com

IP: 97.125.116.88    Date: 18 Nov 2019 20:29:55 UTC

*Roland Leveque*

Document completed by all parties on:
18 Nov 2019 20:29:55 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886                    REF:
PO:                    DEPT:

FedEx
Express

E

REL#
378634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
        WA–US   SEA





## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# frank waldorf

12 Bedle Road, Hazlet, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  unfair

*frank waldorf*

# Signature Certificate

Document Ref.: **NPYWI-JVTJN-N58HH-TVEDR**

Document signed by:

**frank waldorf**

Verified E-mail
ringpinger@aol.com

*frank waldorf*

IP: 173.63.250.107          Date: 18 Nov 2019 16:40:20 UTC

Document completed by all parties on:
18 Nov 2019 16:40:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:

PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  **7781 6173 9950**

**8L BFIA**          98121
                WA–US  **SEA**

RT FRI

6
16:30  9950

Align top of FedEx Express® shipping label here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Rhea Tyer

8778 Cherry Spring Drive, Cordova, TN 38016

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Data breaches are unfortunately something that we are having to deal with in this electronic data age. It is not only surprising — but shocking — that a company as large as this that deals exclusively with people's personal data, did not have adequate safeguards in place to prevent or thwart any data breach. Their trust with the public has been broken. They must be held accountable for this failure and they should compensate us — and compensate us well!

*Rhea Tyer*

# Signature Certificate

Document Ref.: QVQGI-QSAHE-MVZGX-JL7AX

Document signed by:

**Rhea Tyer**

Verified E-mail
rhea@draherin.com

*Rhea Tyer*

IP: 173.227.105.162          Date: 19 Nov 2019 16:04:04 UTC

Document completed by all parties on:
19 Nov 2019 16:04:04 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
PO:                      DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
          WA–US  SEA





RT FRI

6      C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# erik schilke

3 Hubbard Street, Middletown, CT, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
my voice maybe small, but the impact it has has potential, become the first domino falling over to make corporations pay for their wrongdoings

erik schilke

# Signature Certificate

Document Ref.: PPQQU-CIIIY-9UTW2-GSUUE

Document signed by:

**erik schilke**

Verified E-mail
darkmage123345@yahoo.com

*erik schilke*

IP: 24.91.133.133 | Date: 19 Nov 2019 03:53:54 UTC

Document completed by all parties on:
19 Nov 2019 03:53:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200      1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                DEPT:

FedEx
Express

E

REL#
37B6346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lilia Alleyne Gaffney

5515 118th Street, Lot 234, Jacksonville, FL, 32244

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, we placed our lives and personal information, in the hands of Equifax. I trusted them to keep my information safe and private. I completely understand that accidents happen, I have children, but I feel like they should truly pay more than approximately $5 to each individual. Their purse should should have a big dent in it, by means of compensating us American citizens. Quite frankly, I feel that they should possibly be borderline bankrupt after a fair amount is agreed upon. I don't want to come off as greedy, which I'm not, but they have to learn to prevent and prepare; Rather than to repair at below minimum. I appreciate you taking the time to read this and hope you find that they should pay more. Thank you, Mrs. Gaffney.

*Lilia Alleyne Gaffney*

# Signature Certificate

Document Ref : **MX2QC-HIZYD-IC55M-HJBRT**

Document signed by:



**Lilia Gaffney**

Verified E-mail:
lalleyne1@aim.com

IP: 66.177.96.59     Date: 19 Nov 2019 03:12:54 UTC

Document completed by all parties on:
19 Nov 2019 03:12:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(416) 373-2386     REF:
PO:          DEPT:



FedEx
Express

E

REL#
3786346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA



FRI

6  C
16:30  9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Emily Crouch

3510 Lafayette Rd unit 111 Portsmouth NH 03801

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax did not safeguard our information. The amount of this settlement for the number of people involved is not adequate. We deserve the respect of this company as they basically run our lives in regards to what is attainable credit wise. We deserve to be paid accordingly.

*Emily Crouch*

# Signature Certificate

Document Ref.: **HCFJN-ZYSRC-HNVRG-RKMPV**

Document signed by:



**Emily Crouch**

Verified E-mail:
emmy_lynn@hotmail.com

*Emily Crouch*

IP: 71.192.187.139        Date: **14 Nov 2019 02:34:55 UTC**

Document completed by all parties on:
**14 Nov 2019 02:34:55 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 29.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  

SEATTLE WA 98121
(415) 373-2886          REF:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
                WA–US  SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Norlene Trice

17459 Maberly Road
Weeki Wachee, Florida 34614

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair　　☑　Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not　　　　　　　　attend the settlement hearing in person.

I do not expect　　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is only a slap on the wrist.  This company has the ability to destroy American lives.  Make them accountable.

*Norlene Trice*

# Signature Certificate

Document Ref.: 6EMBN-EGV8C-KGVDG-IA8HN

Document signed by:



**Norlene Trice**

Verified E-mail:
norlenetrice@yahoo.com

*Norlene Trice*

IP: 67.142.113.2    Date: 18 Nov 2019 17:57:27 UTC

Document completed by all parties on:
18 Nov 2019 17:57:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386              REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

ge Bc

RT FRI

6
16:30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Julia Bartholomew-King

124 Remsen St. #18, Brooklyn NY 11201

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   may                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I have had my personal information repeatedly breached, with no outcome affecting the companies that benefit from my data. More needs to be done to protect the American people and their private information.

# Signature Certificate

Document Ref.: **EQK79-HKPQW-N8Z2P-LMPFV**

Document signed by:



## Julia Bartholomew-King

Verified E-mail:
emailjulianow@gmail.com

IP: **74.85.202.9**   Date: **18 Nov 2019 16:50:30 UTC**

Document completed by all parties on:
**18 Nov 2019 16:50:30 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

WA–US

98121
**SEA**



RT FRI

6
16:30   C

9950   bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Mark Hartman

1171 Helix Village Ct
El Cajon, CA 92020

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not             attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your honor, an insignificant amount of money - or, worse, services which most of us have already purchased
from competing providers simply because Equifax has been found to be untrustworthy - is less a
"settlement" than it is a declaration by the Court to consumers that their rights and damages are less
important that protecting Equifax from the consequences of its actions.

If we consumers misbehave, the law is quick to hold us to account. Why should it not be so with Equifax?

*Mark Hartman*

# Signature Certificate

Document Ref.: **QTHCN-SFJQS-HWK7F-CTZQS**

Document signed by:



**Mark Hartman**

Verified E-mail:
mark@mymacguy.com

*Mark Hartman*

IP: **184.178.24.103**   Date: **18 Nov 2019 16:42:03 UTC**

Document completed by all parties on:
**18 Nov 2019 16:42:03 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386                    REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
                    WA-US   SEA

ge Bc

FRI

6      C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Amy Olivo

17799 N Lainie Ct Surprise AZ 85378

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It is a bad enough in this day and age people have to worry about their sensitive information being revealed but, Equifax knew there was a weak link and did nothing about it and did not tell anyone then it was too late and now millions of people are affected by this

*Amy Olivo*

# Signature Certificate

Document Ref.: **XEPP5-TSJKG-UCT6D-4HA9G**

Document signed by:



**Amy Olivo**

Verified E-mail:
**amyolivo925@gmail.com**

IP: 184.101.125.44     Date: **17 Nov 2019 16:34:29 UTC**

Document completed by all parties on:
**17 Nov 2019 16:34:29 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6    C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# mary gibson

25315 Triangle Loop, San Antonio, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The potential harmful effect of this breach will be there for the rest of my life hanging over my head. The few dollars is far from adequate to offset the unending threat. If this company could not protect me from the breach why would i want it guarding it going forward, or any other company such as Experian who has also experienced breaches. That is the ultimate example of the fox guarding the henhouse.

*mary gibson*

# Signature Certificate

Document Ref.: **EPZBO-Y5XGH-QNULG-TIK2Q**

Document signed by:



**mary gibson**

Verified E-mail:
marygibson.ct@gmail.com

IP: 24.243.65.173    Date: 18 Nov 2019 16:13:49 UTC

Document completed by all parties on:
18 Nov 2019 18:13:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200      1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**            98121
           WA–US  SEA

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Eric Schlene

3356 Soldiers Home Road, West Lafayette, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Irresponsible and ham-fisted reporting by Equifax has hurt me and many other consumers far more than a minuscule $10 fine implies. You should hold their feet to the fire with a penalty that they will feel!

*Eric Schlene*

# Signature Certificate

Document Ref.: **CSHZE-94DGT-AEMPV-AOCDP**

Document signed by:



### Eric Schlene

Verified E-mail:
eschlene@purdue.edu

*Eric Schlene*

IP: 128.210.106.177    Date: 18 Nov 2019 16:51:17 UTC

Document completed by all parties on:
**18 Nov 2019 16:51:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

BULK

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                           DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA

98121
WA–US   SEA

RTFRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Beavers

11 Jefferson Ave.  Cockeysville, MD 21030

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑  Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I think that we should get more money out of this instead of just as Pedley little $10

*James Beavers*

# Signature Certificate

Document Ref.: **AYCDA-8NFQP-P3AVB-FIYVA**

Document signed by:

**James Beavers**

Verified E-mail:
jim99md@comcast.net

*James Beavers*

IP: 174.254.69.103     Date: 18 Nov 2019 18:32:28 UTC

Document completed by all parties on:
18 Nov 2019 18:32:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
TRK#                  DEPT:
PO:

**FedEx**
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

## 8L BFIA
WA-US

98121
SEA



RT FRI
029

6
16:30

C

9950
11:22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kenneth Dover

313 Bafanridge Street, Hot Springs, AR, 71901, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Equifax's settlement offer is unfair to those of us who have had our personal identification compromised.
  I've already seen attempts to hack my identity (twice in the past week), and I expect more attacks, due to
  Equifax's negligence.

*Kenneth dover*

# Signature Certificate

Document Ref.: **EXTKV-GSWFW-NWZBB-HP8MK**

Document signed by:



**Kenneth dover**

Verified E-mail:
kentdover@gmail.com

*Kenneth dover*



IP: 12.38.161.99      Date: 18 Nov 2019 16:41:13 UTC

Document completed by all parties on:
18 Nov 2019 16:41:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

THU:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA        98121
WA–US    SEA



FRI

229    6
16:30    9950
11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Christine Sheehan

1118 Ingalls Ave Unit 5 Joliet, IL 60435

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It's unfair. People are having their credit damaged.

*Christine Sheehan*

# Signature Certificate

Document Ref : **HAEJL-LGZ54-X9ZNJ-JDJEU**

Document signed by:

**Christine Sheehan**

Verified E-mail
**tytobia@aol.com**

*Christine Sheehan*

IP: **24.15.164.167**   Date: **19 Nov 2019 14:27:33 UTC**

Document completed by all parties on:
**19 Nov 2019 14:27:33 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
THU:                              REF:
PO:                               DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
        WA–US  SEA

ᴿᵀFRI

6    C
16:30

9950
11.22

rbill or pouch here.



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Elizabeth Vannett

13802 Flying West Trail, Helotes, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Personal data should always be high priority and secured in so a way that it cannot be "hacked" into.

*Elizabeth Vannett*

# Signature Certificate

Document Ref.: **76UIK-ZXU6B-NIAZ8-GFDYA**

Document signed by:



**Elizabeth Vannett**

Verified E-mail:
elizrthompson@yahoo.com

IP: **87.11.151.142**   Date: **19 Nov 2019 04:56:21 UTC**

Document completed by all parties on:
**19 Nov 2019 04:56:21 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950



**8L BFIA**          98121
              WA–US SEA

RT FRI

229    6
      16:30  9950
      11.22

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Armand Chagnon

3561 Fox Hollow Drive, Orlando, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   am unable to          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
As a senior citizen, I feel we are always being taken advantage of.  We need you to be an advocate on our behalf.

*Armand Chagnon*

# Signature Certificate

Document Ref.: **WURYR-Z9NRV-IMNWI-WGAHC**

Document signed by:



**Armand Chagnon**

Verified E-mail:
ahchagnon@yahoo.com

*Armand Chagnon*

IP: 73.42.71.21    Date: 18 Nov 2019 19:58:42 UTC

Document completed by all parties on:
**18 Nov 2019 19:58:42 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3785346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
              WA-US SEA

Express

ge Bc

RT FRI

6  C
16:30
9950  bill or pouch here.
029  11 22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Mamone

110 Centerton Road, Bridgeton, NJ, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, Equifax makes billions a dollars each year setting my personal information and that of millions of American consumers to anyone willing to pay for it. Now that they did not take proper safeguards with this data and information, they want to give us somewhere between $1.30 and $25.00 per person. The loss of my data and that of millions of other consumers cannot be undone and I feel that this settlement should be re-negotiated to obtain a fairer amount of compensation to myself and 143 million other American consumers who were impacted in a very negative manner by this data breach. Thanks you very much for your consideration in this very important maatter.

*James Mamone*

# Signature Certificate

Document Ref : **IPBB4-XNOKT-RNZXY-C3EU8**

Document signed by:

**James Mamone**

Verified E-mail:
delilahdol@aol.com

*James Mamone*

IP: **73.197.52.72**   Date: **19 Nov 2019 04:22:00 UTC**

Document completed by all parties on:
**19 Nov 2019 04:22:00 UTC**
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~2727 WESTERN AVE STE 200~  *1100 2nd*

**SEATTLE WA 98121**
(415) 373-2386        REF:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          **98121**
          WA-US  **SEA**

RT FRI

029       6       C
        16:30   9950
         11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Carissa Hardy

5101 Oak Ave Dayton OH 45439

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome ☐
- Inadequate  ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Less than 10 dollars for a huge breech of private information? That's crazy. There needs to be more than that

*Carissa Hardy*

# Signature Certificate

Document Ref: **VRFBC-SL29F-HJC84-6X7TS**

Document signed by:



**Carissa Hardy**

Verified E-mail
cpm077@gmail.com

IP: **74.136.170.252**       Date: **17 Nov 2019 13:09:26 UTC**

Document completed by all parties on:
17 Nov 2019 13:09:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386            REF:

PO:                        DEPT:

FedEx
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA               98121
             WA–US  SEA



RTFRI

029          6      C
          16:30   9950
                  11.22



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Guillermina Underwood

45 Artifacts Circle, England AR.72046

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  My privacy amongst millions has been violated and deserves more than a 10 dollar compensation

*Guillermina Underwood*

# Signature Certificate

Document Ref.: **PQ8LN-JRTOY-FG3SJ-RDZFC**

Document signed by:

**Guillermina Underwood**

Verified E-mail
jmunder@sbcglobal.net

*Guillermina Underwood*

IP: 107.77.198.122    Date: 18 Nov 2019 19:19:47 UTC

Document completed by all parties on:
18 Nov 2019 19:19:47 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

FRI

6   C
16:30   9950



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
           WA-US  SEA

RT FRI
            6    C
         16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Michael Craven

4031 Little Valley Road, Reno, NV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   may                          attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The payout is unfair for the damages incurred.

*Michael Craven*

# Signature Certificate

Document Ref: JZNAR-RGC52-DZJIG-NZ5US

Document signed by:

**Michael Craven**

Verified E-mail
4xmeister@4xmeister.com

*Michael Craven*

IP: 47.224.168.137   Date: 18 Nov 2019 21:50:13 UTC

Document completed by all parties on
18 Nov 2019 21:50:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
INV:
PO:                     DEPT:

**FedEx**
Express

**E**

REL#
37B534G

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

RT FRI

6
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Barbara Baize

1261 Clearwater Parkway

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Dear Sir,

I am one of the thousands that had their personal information stolen from Equafax. This has meant that I had to change all my passwords, check my credit lines accounts and continue to worry about my personal data. I have had to spend many hours to complete these checks. My time is money. I think my time and frustration is worth more than $10.00. How about your time? How do you feel about your social security number and private information for spread in the dark web? If your identity is stolen, how much time and frustration would you feel? Is it worth more than $10.00? Think about the frustration. Make the settlement more than a slap on the hand of Equafax.

*Barbara Baize*

# Signature Certificate

Document Ref.: **WG9KW-FFULQ-HSNJ9-YROVZ**

Document signed by:

**Barbara Baize**

Verified E-mail:
bdkbaize@yahoo.com

*Barbara Baize*

IP: **107.77.168.122**   Date: **19 Nov 2019 03:39:07 UTC**

Document completed by all parties on:
19 Nov 2019 03:39:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Raymond Cascio

1476 4th Street west babylon Ny 11704

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will                           attend the settlement hearing in person.

I   expect                       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It's unfair.

*Raymond Cascio*

# Signature Certificate

Document Ref.: **672FB-UCXN9-EAUT9-ADAAT**

Document signed by:

**Raymond Cascio**

Verified E-mail
raycascio@gmail.com

*Raymond Cascio*

IP: **174.202.15.18**    Date: **18 Nov 2019 16:52:06 UTC**

Document completed by all parties on:
**18 Nov 2019 16:52:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2386   REF:
PO:   DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

**8L BFIA**
WA–US   98121   **SEA**



RT FRI

6
16:30   C

9950
22   Bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Kimberly Anderson

515 S Mathis Ave, Morton, IL 61550

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This is not enough in restitution. It's a joke. You can do better to be fair to consumers. I know you can do better than this.

*Kimberly Anderson*

# Signature Certificate

Document Ref: **HKZTL-TVKEM-756F2-PIQR8**

Document signed by:

**Kimberly Anderson**

Verified E-mail
kimmatski@gmail.com

*Kimberly Anderson*

IP: 98.226.42.153     Date: **19 Nov 2019 02:37:58 UTC**

Document completed by all parties on:
19 Nov 2019 02:37:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:

PO#:                 DEPT:

**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA





FRI

6   C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jennifer Schroeder

161 s sunnyside dr Blue mound IL 62513

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The settlement amount being reduced to under $10 is like slapping millions of people in the face saying you're identity is only worth, in some states, less than 1 hour of minimum wage. Equifax needs to be held accountable for their lack of security somehow. Thank you for taking your time to consider this.

*Jennifer Schroeder*

# Signature Certificate

Document Ref.: **DMM87-J3YCZ-CTU7Y-FQUVD**

Document signed by:

**Jennifer Schroeder**

Verified E-mail
jnj4life1984@yahoo.com

*Jennifer Schroeder*

IP: 66.116.7.209     Date: 17 Nov 2019 13:51:44 UTC

Document completed by all parties on:
17 Nov 2019 13:51:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2388              REF:
INV:
PO:                        DEPT:

**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
                    WA–US  SEA





RT FRI

6
16:30   9950   Bill or pouch here.

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## nathan twitchell

2342 Buffalo Trail, Morristown, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑      Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                        attend the settlement hearing in person.

I  expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
A COMPANY THAT MAKES BILLIONS A YEAR, IT IS VERY UNFAIR TO THE CONSUMERS THAT THEY
JUST GET A SLAP ON THE HAND!

*nathan twitchell*

# Signature Certificate

Document Ref.: **T6YAM-SNLLH-RBUQX-2BOE6**

Document signed by:

**nathan twitchell**

Verified E-mail
phingers76@gmail.com

*nathan twitchell*

IP: 24.159.146.116   Date: 18 Nov 2019 20:58:39 UTC

Document completed by all parties on:
18 Nov 2019 20:58:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO. CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                        DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
             WA-US    SEA



RTFRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Erica Newhart

911 Wayland Drive Arlington, TX 76012

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

| will not                    attend the settlement hearing in person.

| do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please consider this my official notice that I hereby inject to this settlement on the grounds that Equifax used unlawful tactics to obtain information.

*Erica Newhart*

# Signature Certificate

Document Ref.: **NI2NR-JIWJX-HVHZD-3TUPO**

Document signed by:

**Erica Newhart**

Verified E-mail
erica_newhart21@yahoo.com

*Erica Newhart*

IP: 107.77.198.162    Date: 19 Nov 2019 18:30:18 UTC

Document completed by all parties on:
19 Nov 2019 18:30:18 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US   SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Rosa Ramos

4940 S. Western Avenue, Apt. 6, Chicago, IL60609

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Dear Judge Thomas, I feel it is reasonable to  hold a company accountable financially for the  damages caused to our personal data.

Very truly yours,
Rosa Ramos

*Rosa Ramos*

# Signature Certificate

Document Ref: **9GM4F-K3UJL-D7D5M-6RD2K**

Document signed by:

**Rosa Ramos**

Verified E-mail
rosa_60609@yahoo.com

*Rosa Ramos*

IP: 24.13.114.100    Date: 19 Nov 2019 04:00:34 UTC

Document completed by all parties on:
19 Nov 2019 04:00:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6982941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386             REF:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**           98121
              WA-US  SEA

FRI



16:30  9950

fill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jonathan Wright

414 Elgin Street, Nashville, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
A data breach of this severity and magnitude puts millions of people in danger of identity theft and demands more than a slap on the wrist.

*Jonathan Wright*

# Signature Certificate

Document Ref.: LWDJL-SJEHA-HHMGN-DCUT7

Document signed by:



**Jonathan Wright**

Verified E-mail:
jon@neuralspace.com

*Jonathan Wright*

IP: 68.53.97.66          Date: 18 Nov 2019 19:00:57 UTC

Document completed by all parties on:
18 Nov 2019 19:00:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                  DEPT:



**FedEx**
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
            WA-US  SEA

RT FRI

029

6
16:30

9950
11:22

C

waybill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michele Praden

1685 Knollwood Dr  apt 633  Mobile  Al  36609

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement is far less than fair for what was stolen in the breach

*Michele Praden*

# Signature Certificate

Document Ref.: **DZXRM-UHTJP-MEQKR-6VKKG**

Document signed by:



**Michele Praden**

Verified E-mail:
mrpcogmit61@gmail.com

*Michele Praden*

IP: 108.64.218.249   Date: 18 Nov 2019 19:21:42 UTC

Document completed by all parties on:
**18 Nov 2019 19:21:42 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386

PO:                              DEPT:



**FedEx**
Express

**E**

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**                    98121
                      WA–US   SEA

RT FRI

6
16:30    C
029      9950   rbill or pouch here.
         11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Terry Jenkins

P.o.box 1407 sunrise Beach mo.65079

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Totally inadequate for damage done to me.

*Terry Jenkins*

# Signature Certificate

Document Ref.: **KMDWS-SQ74G-CR3J8-UW9OZ**

Document signed by:



**Terry Jenkins**

Verified E-mail:
tjenkins75@rocketmail.com

IP: 45.59.88.141    Date: **19 Nov 2019 04:05:23 UTC**

Document completed by all parties on:
19 Nov 2019 04:05:23 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200    *1100 2nd*

**SEATTLE WA 98121**

```
(415) 373-2386          REF:
PO:                          DEPT:
```

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**

**8L BFIA**       **98121**
              WA–US   **SEA**

RT **FRI**

029    6    **C**
      16:30   9950
      11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Matthew Wilson

3256 Bandy Road, Bandy, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement lets the company off with a mere slap on the wrist, and does nothing to even remotely compensate victims.

*Matthew Wilson*

# Signature Certificate

Document Ref: **D892H-8T3YT-7KEEO-3LJYA**

Document signed by:

Matthew Wilson

Verified E-mail
erryke@aol.com

*Matthew Wilson*



IP: 71.69.18.5     Date: **17 Nov 2019 16:19:02 UTC**

Document completed by all parties on
**17 Nov 2019 16:19:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                    REF:
                                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
         WA–US   SEA



RT FRI

029          6
         16:30   9950
                 11.22

C

rbill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ashley Hill

16635 SW 95th Ave Archer, FL 32618

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

We as citizens are essentially forced to hand over our personal information to these credit reporting agencies. They need to be held to the highest standard in regards to protecting information that could literally ruin our lives if , and when in this case, it falls into the wrong hands. The disregard shown on behalf of Equifax is abhorrent, and the proposed settlement is spit in our faces

*Ashley Hill*

# Signature Certificate

Document Ref.: **XHDWI-D46TP-VVBAN-E4GPF**

Document signed by:

**Ashley Hill**

Verified E-mail
heyy.its.ashh@gmail.com

*Ashley Hill*

IP: 172.58.173.151        Date: **19 Nov 2019 02:13:07 UTC**

Document completed by all parties on
19 Nov 2019 02:13:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
INV:
PO:                   DEPT:



**FedEx**
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA                98121
           WA-US   SEA



RT FRI
029          6     C
          16:30  9950
                 11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ashley Jenson

1190 Grange Rd D2, Wescosville, PA 18106

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because it is unfair to those who had their Social Security Numbers exposed in the Equifax Data Breach. Those affected by the data breach should receive $125 as stated in prior documents.

*Ashley Jenson*

# Signature Certificate

Document Ref.: DXMHY-3WSGW-HDDHZ-KZBMH

Document signed by:

**Ashley Jenson**

Verified E-mail
sungoddess1606@yahoo.com

*Ashley Jenson*

IP 64.121.34.235    Date: 19 Nov 2019 03:11:16 UTC

Document completed by all parties on
19 Nov 2019 03:11:16 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts

Align top of FedEx Express® shipping label here

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386        REF:

DEPT:

**FedEx**
Express

REL#
3785346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**            **98121**
              WA-US  **SEA**



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Patrick Feeney

1635 W Belmont Ave, Apt 205
Chicago IL 60657

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The exposure of this private and sensitive information, in particular by an entity that advertises its special products that are supposed to protect us from this exact situation, require a much more significant settlement. It has to mean something relevant to the harm they caused. Right now this company is laughing at how easy they are getting off.

*Patrick Feeney*

# Signature Certificate

Document Ref.: FQBOT-RJGVQ-QVT7L-JFE58

Document signed by:

**Patrick Feeney**

Verified E-mail
patfeeney@yahoo.com

*Patrick Feeney*

IP: 198.161.139.103   Date: 19 Nov 2019 04:00:26 UTC

Document completed by all parties on:
19 Nov 2019 04:00:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386     REF:

THU:
PO:                           DEPT:

FedEx
Express

E

REL#
37B5346

**FRI – 22 NOV 4:30P**
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**        98121
          WA-US  SEA



ge Bc

RT FRI

6     C
16:30   9950
029           11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Robert Cordwell

1334 Carlton Ave, Menlo Park CA 94025

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A settlement that pays a couple of dollars for a data breach I'll have to worry about for the rest of my life is hardly a worthwhile settlement at all.

Robert Cordwell

# Signature Certificate

Document Ref.: XABBV-RDGKX-WSZE5-U2VJ5

Document signed by:

**Robert Cordwell**

Verified E-mail
cordwell@gmail.com

*Robert Cordwell*

24.5.50.155 | Date: 14 Nov 2019 13:43:22 UTC

Document completed by all parties on
14 Nov 2019 13:43:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2306       REF:
INV:                 DEPT:
PO:



FedEx
Express

E

REL#
3786346

FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA                98121
             WA-US   SEA

RT FRI

6
16:30    9950
029      11.22   C

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ralph Shapiro

385 Burton Ave

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑   Unduly burdensome   ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is a multi billion dollar company. They have put my personal private information at risk. They have opened me up to possible fraud. They need to be held accountable and pay a fair amount for the breach.

*Ralph Shapiro*

# Signature Certificate

Document Ref.: JJVCZ-4WQXN-YSUEN-O6JWR

Document signed by:

**Ralph Shapiro**

Verified E-mail:
rmshap55@sbcglobal.net

*Ralph Shapiro*

IP: 67.160.254.82    Date: 19 Nov 2019 20:54:36 UTC

Document completed by all parties on:
19 Nov 2019 20:54:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2306      SHIP DATE: 19NOV19
CLASS ACTION INC                    ACTWGT: 23.10 LB
2777 AVALARDO ST STE E              CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   *1100 2nd*

SEATTLE WA 98121

(415) 373-2306        REF:

PO:                   DEPT:



**FedEx**
Express

REL#
37B6346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**            **98121**
              WA-US  **SEA**

*ge Bc*

RT FRI

029      6      C
       16:30   9950
              11:22



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Loretta Trogdon-Livingston

1819 Auten Road, Gastonia, NC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This is a huge deal and it is being treated like it is nothing.  People need to be compensated for their loss
 and more.

*Loretta Trogdon-Livingston*

# Signature Certificate

Document Ref.: **Q3MJB-GZVLP-S3BDM-5ADRQ**

Document signed by:

**Loretta Trogdon-Livingston**

Verified Email:
megonefishin2@att.net

IP: 108.75.69.70   Date: 18 Nov 2019 23:24:12 UTC

Document completed by all parties on
18 Nov 2019 23:24:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
TO  JND CLASS ACTION ADMINISTRATIO

    2727 WESTERN AVE STE 200    1100 2nd

    SEATTLE WA 98121
(415) 373-2386            REF:
PO:                    DEPT:
```



FedEx
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**              98121
              WA-US  SEA

RT FRI
            6    C
029      16:30  9950   tbill or pouch here.
                11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Anthony Chidester

6514 Carrie Ln, San Antonio, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                                    attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My spouse and I suffered identity theft due to the Equifax Breach. Several days worth of productivity were lost as a result. Our credit ratings are still suffering. We were an unwilling party to this data collection, and it has unduly burdened our lives.

*Anthony Chidester*

# Signature Certificate

Document Ref.: **G5TSU-CQSVQ-QVQ8U-RJW3U**

Document signed by:



**Anthony Chidester**

Verified E-mail:
slunky@ghostly.us

IP: 207.193.132.120   Date: 18 Nov 2019 18:06:17 UTC

*Anthony Chidester*

Document completed by all parties on:
**18 Nov 2019 18:06:17 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**

RT FRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Leslie Locke

4915 Muddy Bay San Antonio Texas 78244

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☐
- Inadequate     ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The control big business has over the general public's sensitive financial information can be life changing when mismanaged.  Such as this case.

*Leslie Locke*