# Exhibit B - 35

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Leslie Locke

4915 Muddy Bay San Antonio Texas 78244

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑     Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not              attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The control big business has over the general public's sensitive financial information can be life changing when mismanaged.  Such as this case.

*Leslie Locke*

# Signature Certificate

Document Ref.: USXXH-3TLPR-CVUC3-JQWVJ

Document signed by:



**Leslie Locke**

Verified E-mail:
leslielocke1985@att.net

IP: 107.77.219.89    Date: 19 Nov 2019 01:30:06 UTC

*Leslie Locke*

Document completed by all parties on:
**19 Nov 2019 01:30:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019



ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386          REF:
PO:              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   **SEA**

FRI

6   C
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ashaki Sharpe

165 Randy Grn Btm Rd Lot 9
Walnut  Grove  Ms 39189

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Unfair!!!

*Ashaki Sharpe*

# Signature Certificate

Document Ref.: **MJTMS-YMTD5-YDZR5-36WYM**

Document signed by:



**Ashaki Sharpe**

Verified E-mail:
asharpe1307@gmail.com

*Ashaki Sharpe*

IP: 108.251.123.219   Date: 19 Nov 2019 01:29:26 UTC

Document completed by all parties on:
19 Nov 2019 01:29:26 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6932941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV:
PO:                         DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#   7781 6173 9950
0201

8L BFIA        98121
          WA-US  SEA

FRI

6   C
16:30   9950

bill or pouch here.

Express



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Sharon Bradford

309 Moss Brook Dr
Lafayette LA 70508

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My social security number was compromised. Now I have to worry about identity theft for literally the rest of my life. These aren't credit card numbers that can be easily changed. Equifax should be held accountable for their negligence.

*Sharon Bradford*

# Signature Certificate

Document Ref.: **XBSOX-3MMHQ-IAD83-Z883J**

Document signed by:



**Sharon Bradford**

Verified E-mail:
peaches51777@yahoo.com

IP: **74.80.19.71**      Date: **19 Nov 2019 14:30:59 UTC**

Document completed by all parties on:
19 Nov 2019 14:30:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**
(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346



FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**          **98121**
WA-US  **SEA**

RTFRI

6   C
229   16:30   9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Krishna Prasad

3417 Courtney Dr, Flower Mound , TX 75022

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may            attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The damage done by identity fraud is not adequately compensated to those whose personal data was stolen. To recover from this identity theft a lot of cost will be incurred by us.

*Krishna Prasad*

# Signature Certificate

Document Ref.: **VXIDL-ZZKGB-BHV6A-VSJCO**

Document signed by:



**Krishna Prasad**

Verified E-mail:
email_kp@yahoo.com

IP: 47.185.175.248   Date: 16 Nov 2019 15:07:19 UTC

Document completed by all parties on:
16 Nov 2019 15:07:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

ge Bc

**8L BFIA**

98121
WA-US  **SEA**

FRI
229  6
16:30  C
9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Walter Gray

2149 Ashby Avenue, Berkeley, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The breach of so much private information due to such obvious and egregious technical incompetence must be penalized with more than what amounts to a slap on the wrist and a marketing opportunity for Equifax's identity protection products.

The minimum I would consider acceptable would be the 25$ and at least 3 years of identity protection for everyone involved for free, ideally provided by a third party.

*Walter Gray*

# Signature Certificate

Document Ref.: **S3HPU-TY7ED-YEJRB-VXXJF**

Document signed by:



**Walter Gray**

Verified E-mail:
chrysalisx@gmail.com

*Walter Gray*

IP: 4.28.6.154   Date: **15 Nov 2019 22:26:43 UTC**

Document completed by all parties on:
**15 Nov 2019 22:26:43 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV **2 2** 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
                                      CAD: 6992941/SSFO2021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO JND CLASS ACTION ADMINISTRATIO

~~2727~~ WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   **SEA**

RT FRI

6    C
16:30   9950  bill or pouch here.
029    11:22



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Zalfen Colville

11608 E 9th St S, Independence, MO 64054

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to the low amount that they are trying to pay. I don't think even $150 is fair because of their disregard for my personal information.

*Zalfen Colville*

# Signature Certificate

Document Ref.: **BNMBX-SZYVS-EJE43-E4R6N**

Document signed by:



**Zalfen Colville**

Verified E-mail:
mzcolville@sbcglobal.net

*Zalfen Colville*

IP: 174.58.141.241          Date: 18 Nov 2019 20:12:16 UTC

Document completed by all parties on:
**18 Nov 2019 20:12:16 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386                    REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3705346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  **7781 6173 9950**



**8L BFIA**                        98121
                          WA-US  **SEA**



RT FRI

029                6    C
              16:30   9950
                     11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Oscar Dominguez

8445 Southwest 2nd Street, Miami, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My information was stolen and every single credit card was hacked and I had to scramble to close accounts and open new ones.  I have already been burdened by this process and now equifax wants to burden me even more.  It is there fault not mine.  They should make our lives easier instead of having us respond to their demands

*Oscar Dominguez*

# Signature Certificate

Document Ref.: **MSSYS-RZJII-KL6H7-4QR8J**

Document signed by:



**Oscar Dominguez**

Verified E-mail:
oscar.dominguez@me.com

*Oscar Dominguez*

IP: 98.126.30.111    Date: 15 Nov 2019 16:52:47 UTC

Document completed by all parties on:
**15 Nov 2019 16:52:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:

DEPT:

**FedEx**
**Express**

**E**

REL//
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US **SEA**



RT FRI

6   C
16:30
029   9950   bill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Clark Eveland

20 North Timber Hollow Drive APT 2018, Fairfield, Ohio, 45014

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                     attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
THIS PROPOSED SETTLEMENT IS STUPID, THINK WHAT THIS HAS DONE TO PEOPLE. ARE YOU THINKING CLEARLY ?

*Clark Eveland*

# Signature Certificate

Document Ref.: HGPVV-HHCB2-JCGM5-8SHUA

Document signed by:

**Clark Eveland**

Verified E-mail
clarkevelandybnormal@gmail.com

*Clark Eveland*

IP: 162.155.74.243        Date: 18 Nov 2019 19:36:01 UTC

Document completed by all parties on:
18 Nov 2019 19:36:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                    REF:
PO:                              DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

FedEx
Express



REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US  SEA





FRI

6
16.30   9950   bill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Angela Barnes

4184 Memorial Parkway sw, Huntsville AL 35802

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
In my opinion, the current proposed settlement is inadequate considering the detriment that so many have suffered. A slap on the wrist will do little to correct this ongoing issue.

*Angela Barnes*

# Signature Certificate

Document Ref.: TK4AN-KQUPV-RZKDC-4LPSO

Document signed by:



**Angela Barnes**

Verified E-mail
angie57682003@yahoo.com

IP: 68.35.133.100   Date: 19 Nov 2019 03:51:52 UTC

Document completed by all parties on:
19 Nov 2019 03:51:52 UTC
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

TRK#
0201  7781 6173 9950

FRI – 22 NOV 4:30P
EXPRESS SAVER

**8L BFIA**
WA-US

98121
SEA



RTFRI

6
16:30   9950   C



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Deanna Garey

11419 Dahlia Dale Drive, Tomball, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel the breach opened me up to personal financial harm.

*Deanna Garey*

# Signature Certificate

Document Ref.: YUGEO-ZYBBA-5VS7K-8CQYH

Document signed by:



### Deanna Garey

Verified E-mail
dkgarey@yahoo.com

IP: 99.45.150.62    Date: 18 Nov 2019 20:51:11 UTC

Document completed by all parties on:
18 Nov 2019 20:51:11 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA        98121
WA-US  SEA

FRI
029    6
16:30   C
9950
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cara Hayes

806 Dantzler Court, Rock Hill SC 29732

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                      attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Considering the impact of this breach, this settlement is completely unacceptable. The impact to people's lives can be far reaching and may not be known for years. We have to prove to these companies that they must do better at protecting our information, and that can only be done by hitting them where it hurts.

*Cara Hayes*

# Signature Certificate

Document Ref.: **O7KB8-N5QDH-SNBWV-EQZM5**

Document signed by:



**Cara Hayes**

Verified E-mail
cara.c.hayes@gmail.com

*Cara Hayes*

IP: 208.104.49.51    Date: **17 Nov 2019 15:20:19 UTC**

Document completed by all parties on:
**17 Nov 2019 15:20:19 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386       REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 7781 6173 9950
0201

**8L BFIA**          98121
                    WA-US  **SEA**



FRI

029    6    C
     16:30  9950
            11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jeremy Martin

2500 Jamestown Court Euless TX 76040

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair         ☑   Unduly burdensome   ☐
- Inadequate   ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not              attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor,
I believe this to be unfair to me because I work hard for my life and everything I have.  To have my SS# be exposed by Experian and then they only want to barely pay anything to recoup any of the costs that I have paid on the last 2 years of Credit Montoring with them.  I have paid $29.99 a month for 24 months for their service to help protect my SS# and then to have it exposed on the internet and then they now only want to barely pay between $1.30 to $25  is ridiculous for the money I have paid.   I could go anywhere else and could still pay same thing and hopefully expect better outcome if there service had a hack that exposed people's SS#'s and info.  But have to pray that you would look at the facts and please be fair and honest in your judgement.  Please side with me.

*Jeremy Martin*

# Signature Certificate

Document Ref.: **VGCGR-NK2QF-V4DXW-ITEQ9**

Document signed by:

**Jeremy Martin**

Verified E-mail
texan4life70@yahoo.com

*Jeremy Martin*

IP: 70.85.33.191        Date: 19 Nov 2019 03:38:15 UTC

Document completed by all parties on:
19 Nov 2019 03:38:15 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
          WA-US   SEA

RTFRI

6
16:30    C
9950
11:22

ge Bc

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joseph Passeri

PO Box 60070
Worcester, MA 01606

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                               attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The proposed settlement of $700M includes only $31M for cash payments.
The '$125 to $250' claims are currently expected to pay less than $5 each.

*Joseph Passeri*

# Signature Certificate

Document Ref.: **MKLYO-JUQSX-7UVGJ-YNZX8**

Document signed by:

**Joseph Passeri**

Verified E-mail
jpasseri@yahoo.com

*Joseph Passeri*

IP: **71.174.237.230**   Date: **19 Nov 2019 04:05:05 UTC**

Document completed by all parties on:
**19 Nov 2019 04:05:05 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:

THU:
PO:                    DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA          98121
            WA-US  SEA

ge Bc

RT FRI
029          6    C
         16:30  9950
                11:22

bill or pouch here.

FedEx Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:              DEPT:



FedEx
Express

E

REL#
37B5346

FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
WA-US  SEA

ge Bc

RTFRI

6  C
229   16.30  9950   bill or pouch here.
11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# RAYMUNDO Amador

1401 E. Alberta Rd EDINBURG ,Texas 78542

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair       ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                    attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 It's not fair  we trusted this company with our private information

*RAYMUNDO Amador*

# Signature Certificate

Document Ref.: **JR4XA-SG9DF-JM5TG-XCV2R**

Document signed by:

**RAYMUNDO Amador**

Verified E-mail
prinzerey@yahoo.com

*RAYMUNDO Amador*

IP: 67.10.5.75   Date: 18 Nov 2019 22:27:34 UTC

Document completed by all parties on:
18 Nov 2019 22:27:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
THU:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

## 8L BFIA

98121
WA-US  SEA



RTFRI

029

6
16:30

C

9950
11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Eric Jones

7 luzerne Avenue Elysburg PA, 17824

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They should be held accountable for their actions, they make billions every year and should pay for what they did. It's illegal!

# Signature Certificate

Document Ref.: **XANEC-2LPWX-NAT9G-WCZTZ**

Document signed by:

**Eric Jones**
Verified E-mail:
ecj351m@yahoo.com

IP: 72.9.22.228    Date: 18 Nov 2019 16:43:25 UTC

Document completed by all parties on:
18 Nov 2019 16:43:25 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386        REF:

INV:           PO:           DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#
0201   **7781 6173 9950**

**8L BFIA**        98121
WA–US  **SEA**

RT**FRI**

229

6
16.30   C

9950  bill or pouch here.
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Michael Rebeta

3471 East 105th Street, Cleveland, OH, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Settlement is inadequate and unfair.

*Michael Rebeta*

# Signature Certificate

Document Ref   **QF7HD-DHMWC-XMAP7-QKWQ6**

Document signed by:

**Michael Rebeta**

Verified E-mail:
mrebeta@ameritech.net

*Michael Rebeta*

IP: 23.120.56.7          Date: **18 Nov 2019 16:40:58 UTC**

Document completed by all parties on:
18 Nov 2019 16:40:58 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                       ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                 CAD: 6992941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:            DEPT:
PO:



FedEx
Express

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA        98121
              WA-US  SEA





Express

ge Bc

RT FRI
229    6    C
      16:30  9950  bill or pouch here.
             11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Bret Schnabel

347 Anderson St, Sparta, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that a breach in their security measures is uncalled for especially when they are in the field of credit and with the knowledge of what is going around they of all companies should have increased their standards by tenfold to protect the average American Citizen

*Bret Schnabel*

# Signature Certificate

Document Ref.: **GIB4J-VYTHR-L2WXE-IFEOX**

Document signed by:

**Bret Schnabel**

Verified E-mail:
bret_schnabel@yahoo.com

*Bret Schnabel*

IP: 23.125.15.102    Date: 19 Nov 2019 03:02:13 UTC

Document completed by all parties on:
19 Nov 2019 03:02:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:



**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA           98121
          WA–US  SEA

ge Bc

RTFRI

229        6    C
          16:30

9950  'Bill or pouch here.'
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kevin Whitlock

512 Michael ave Interlachen FL 32148

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company makes billions of dollars yet also makes hundreds of billions of mistakes
They did not take security seriously in protecting My most personal information and should be forced to
compensate everyone properly for the damage that's been done. It take a tremendous amount of time and
work to fix a case of stolen identity and has caused so much stress just trying to correct mine.

*Kevin Whitlock*

# Signature Certificate

Document Ref.: **TASI5-MPT4K-JF57N-4PYZB**

Document signed by:

**Kevin Whitlock**

Verified E-mail
kevinw949@aol.com

*Kevin Whitlock*

IP: 173.191.101.109   Date: 18 Nov 2019 22:47:46 UTC

Document completed by all parties on:
**18 Nov 2019 22:47:46 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  **JND CLASS ACTION ADMINISTRATIO**

~~2727 WESTERN AVE STE 200~~  *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386          REF:

              DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201   **7781 6173 9950**

**8L BFIA**          98121
                WA–US  **SEA**



RT**FRI**

229       6
       16.30   9950
       11:22

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Holly DeWitt

5645 Colby Ct SE
Olympia, WA 98501

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

It's ridiculous the amount of harm Equifax has done to consumers. A paltry "maybe $10" is absolutely unacceptable in terms of payment to victims. It's bad enough how shady they are with credit scores in the first place, the least they could do is actually pay for the hardships their carelessness has inflicted on us. They should actually feel some hurt from a penalty so they learn their lesson and don't do it again.

*Holly DeWitt*

# Signature Certificate

Document Ref.: **G29NH-GKU2X-RTJDY-GAGSW**

Document signed by:



### Holly DeWitt

Verified E-mail:
dewitthm@yahoo.com

IP: 73.11.239.50     Date: 19 Nov 2019 05:09:43 UTC

Document completed by all parties on:
19 Nov 2019 05:09:43 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                  DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA       98121
          WA-US  SEA

ge Bc

RT FRI

229   6
      16.30  9950
             11.22

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

## Linda Tomlinson

1764 Round Top Rd Wellsboro PA 16901

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to the settlement ...because this billion dollar company should of protected my information . Now they and their lawyers want for pennies ....and my information is just out there.

Linda Tomlinson

# Signature Certificate

Document Ref.: **PCYZP-KT5YB-NSW3E-HCK6U**

Document signed by:



**Linda Tomlinson**

Verified E-mail
tomlin3@ptd.net

*Linda Tomlinson*

IP 24.152.209.19    Date: 19 Nov 2019 02:12:58 UTC

Document completed by all parties on:
19 Nov 2019 02:12:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
THU:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA            98121
          WA–US  SEA



ge Bc

RT FRI

229    6      C
    16:30   9950  rbill or pouch here
          11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Richard Zapata

1626 Cambridge Dr Corpus Christi Tx 78415

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair  ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object because millions of people's social security numbers went missing and ten dollars isn't enough to be compensated for that kind of loss.

*Richard Zapata*

# Signature Certificate

Document Ref.: **E9WPU-PCQKB-8SFB7-C4T3E**

Document signed by:



**Richard Zapata**

Verified E-mail:
richardszapata@yahoo.com



*Richard Zapata*

IP 24.155.139.44   Date: 19 Nov 2019 04:17:53 UTC

Document completed by all parties on:
**19 Nov 2019 04:17:53 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:              REF:              DEPT:



**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

98121
WA–US  SEA

8L BFIA

FRI
029
6
16:30
9950
11.22
C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Thomas Overton

3801 Stone Way N, Apt 139, Seattle, WA, 98103, USA

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax is a private entity that obtains and sells my data to others, then loses it and thinks that mere pennies is enough to recompense. If I were to do a similar thing in my own job, I would be fired on the spot. The penalty for losing my data, and the data of 147 million other Americans, must be severe enough that Equifax will never let such an event happen again.

*Thomas Overton*

# Signature Certificate

Document Ref.: **QR4N5-FGLOD-GRRK9-XBTGT**

Document signed by:

**Thomas Overton**

Verified E-mail:
tom.overton@outlook.com

*Thomas Overton*

IP: **104.156.111.188**   Date: **15 Nov 2019 09:18:52 UTC**

Document completed by all parties on:
15 Nov 2019 09:18:52 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                        DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA

98121
WA–US   SEA

RT FRI

6
16:30   9950   C

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Kelly Hagen

1845 6th Ave SW, Vero Beach, FL, USA

> Received
> NOV 2 2 2019
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This is completely unfair!!!

*Kelly Hagen*

# Signature Certificate

Document Ref.: PP2JC-XSNVE-USJQI-EJ7QC

Document signed by:

**Kelly Hagen**

Verified E-mail:
kellyhagen@bellsouth.net

*Kelly Hagen*

IP: 67.191.124.208       Date: 18 Nov 2019 18:24:50 UTC

Document completed by all parties on:
18 Nov 2019 18:24:50 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 2 2 2019

Align top of FedEx Express shipping label here.

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386          REF:
PO:                        DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
WA-US  SEA

FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Matthew Miller

1313 Logan Street Southwest, Cullman, AL, USA

Received

NOV 2 2 2019

by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 i think this done alot of damage not only to me but millions ad compensation should be reasonable.

# Signature Certificate

Document Ref.: **3TLYH-UNAQD-F6ZWY-KFPGM**

Document signed by:

**Matthew Miller**

Verified E-mail:
rrrrolltide@yahoo.com

IP: 104.13.234.93   Date: 19 Nov 2019 04:32:28 UTC

Document completed by all parties on:
19 Nov 2019 04:32:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA–US  SEA

ge Bc

RT FRI

6   C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Thomas Mattice

2300 Stanford Ave. Apt 19, Modesto, Can 95350

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

.

*Thomas Mattice*

# Signature Certificate

Document Ref.: SBNJU-4MYT2-WZF3V-OYSR7

Document signed by:



**Thomas Mattice**

Verified E-mail
mattice_thomas@yahoo.com

*Thomas Mattice*

IP: 76.125.50.148   Date: 19 Nov 2019 02:48:01 UTC

Document completed by all parties on:
19 Nov 2019 02:48:01 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2388        REF:
INV:
PO:              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

**8L BFIA**        98121
WA-US   SEA



RT FRI
6    C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# James Sheridan

491 River Road Agawam, MA 01001

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                        attend the settlement hearing in person.

I do not expect                       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, for a company that has made millions off of people like me selling their personal information to completely deny and ignore their incompetence on protecting my identity and personal information is absurd. And their solution is to pay me $10 and monitor my credit, which they were supposed to be doing in the first place is ridiculous. They should be held to a higher standard and be made an example of.

*James Sheridan*

# Signature Certificate

Document Ref.: **53U5M-CSPD7-QM7U9-QMD5Z**

Document signed by:



### James Sheridan

Verified E-mail:
jimssheridan@comcast.net

*James Sheridan*

IP: **207.190.204.20**        Date: **19 Nov 2019 00:32:23 UTC**

Document completed by all parties on:
**19 Nov 2019 00:32:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306          REF:

PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#  7781 6173 9950
0201

**8L BFIA**          98121
          WA–US  **SEA**

RTFRI

6      C
16:30

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joseph Luchetti

205 Hickory Lane, Bethlehem, CT 06751

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I expect          to be represented by an attorney.

Class counsel representing Plaintiffs

Personal note to The Honorable Thomas W. Thrash Jr.

Honorable Thrash Jr.
This oroposed settlement is unconscionable and approving sers a president with companies like Equifax that they can mishandle sensitive personal data haphazardly with no repercussions. A message must be clearly sent stating that if you intend on causing irreparable harm it will cost you in the end.
Therefore I strenuously object to the aforementioned class settlement.

*Joseph Luchetti*

# Signature Certificate

Document Ref.: **CYWPN-H59SP-NPCFK-DYDZK**

Document signed by:

**Joseph Luchetti**

Verified E-mail
jjluchetti@gmail.com

*Joseph Luchetti*

IP: 75.135.184.226  Date: 18 Nov 2019 18:31:41 UTC

Document completed by all parties on:
**18 Nov 2019 18:31:41 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019



Express

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
IMD/
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
          WA-US  SEA

RTFRI          6   C
          16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## victoria Marx

2520 East Court Street, Flint, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe Equifax deserves to compensate the victims more for their actions. It's time to hold these companies responsible for the harm they are causing the working class!!

victoria Marx

# Signature Certificate

Document Ref.: **YT8JZ-3UULP-H6MQE-SDFNS**

Document signed by:



### victoria Marx

Verified E-mail:
victoria6201@att.net

IP 99.148.91.37   Date: 18 Nov 2019 21:32:59 UTC

*victoria Marx*

Document completed by all parties on:
18 Nov 2019 21:32:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA-US   SEA



RT FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Cory Dake

304 Ryan St Anna, TX 75409

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  More needs to be done protecting our personal data!

*Cory Dake*

# Signature Certificate

Document Ref : W4R4N-73DGE-MJ4KS-HVEC9

Document signed by:



**Cory Dake**

Verified E-mail:
crdake@att.net

*Cory Dake*

IP: 65.74.232.21    Date: 18 Nov 2019 18:06:30 UTC

Document completed by all parties on:
18 Nov 2019 18:06:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386   REF:
PO:   DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6   C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Nadine Ramirez

13669 Bunker Hill Place, Chino, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I expect monetary compensation not credit reports from another credit company, that has had the same issues.
Pay me my money.

*Nadine Ramirez*

# Signature Certificate

Document Ref.: **5FZLF-JKQVJ-2YDUX-SYCB7**

Document signed by:



### Nadine Ramirez

Verified E-mail:
nad3221@netzero.com

IP: 172.119.248.187    Date: 19 Nov 2019 02:26:08 UTC

Document completed by all parties on:
**19 Nov 2019 02:26:08 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
PO:              DEPT:



FedEx
Express

E

REL#
378534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
               WA–US  SEA

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Teresa Keel

20 Main Street Apt 35 Garnerville New York 10923

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement because it is an objectively bad deal. It is not fair, it is not adequate, and it is entirely unreasonable.

*Teresa Keel*

# Signature Certificate

Document Ref.: **ATVHA-VVJBT-MDXYH-BLLYU**

Document signed by:



### Teresa Keel

Verified E-mail:
keel400@gmail.com

*Teresa Keel*

IP: **174.225.14.232**    Date: **18 Nov 2019 19:22:25 UTC**

Document completed by all parties on:
**18 Nov 2019 19:22:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386         REF:
INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

8L BFIA        98121
          WA–US  SEA

RTFRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Levy

10 Cardinal Court, Ridgefield CT 06877



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

| will not                    attend the settlement hearing in person.

| do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I object as I should be compensated more and equivalent punished more for the gravity of their misdeeds.

*James Levy*

# Signature Certificate

Document Ref.: CEQYS-EZMVM-W3Q28-FDPPK

Document signed by:

**James Levy**

Verified E-mail:
cubfanjim@gmail.com

*James Levy*

IP: 174.203.3.103   Date: 18 Nov 2019 17:52:43 UTC

Document completed by all parties on:
18 Nov 2019 17:52:43 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV#
PO#                           DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
WA–US   SEA

RT FRI

229        6
          16.30    C
                  9950
                  11:22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Stacy Allman

3906 Jackson Boulevard Apt. 1, Rapid City, SD 57702

Received

NOV 2 2 2019

by JMP

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑   Unduly burdensome   ☐
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I   will not          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
There should be a REAL payment, hold them accountable

*Stacy Allman*

# Signature Certificate

Document Ref.: **LPQNM-MQ5OS-CICGA-XFZJN**

Document signed by:



**Stacy Allman**

Verified E-mail:
fdlf1967@yahoo.com

IP: 107.77.210.111   Date: 19 Nov 2019 02:44:07 UTC

Document completed by all parties on:
19 Nov 2019 02:44:07 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
              WA–US  SEA



ge Bc



RTFRI

029    6
    16:30    C
       9950  Ybill or pouch here.
    11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ryan Macabata

pcs 851 box 1346, fpo, ae 09834

> Received
> NOV 2 2 2019
> by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Companies like Equifax have profited from personal data with out much of a repercussion for misuse, they enjoy all the benefits and shun from responsibility when they mess up. My data is floating on the internet unencumbered and ready to be used by malicious actors that can steal my identity to create credit cards and loans. Having to be weary of when will my information be used by someone and go through the process of proving you did not do what someone else did is frighting, my niece had to go through the horrific process when someone stole her identity that took over a year to fix. I implore you to side with justice and help the little people.

Thank you for your time

*Ryan Macabata*

# Signature Certificate

Document Ref.: **YZMGJ-JMNWC-YMCVD-UYP6I**

Document signed by:

**Ryan Macabata**

Verified E-mail:
ryan.macabata@gmail.com

*Ryan Macabata*

IP: 45.9.249.86   Date: **15 Nov 2019 07:16:05 UTC**

Document completed by all parties on:
**15 Nov 2019 07:16:05 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   *1100 2nd*

**SEATTLE WA 98121**

(415) 373-2386      REF:
TNU:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#  7781 6173 9950
0201

**8L BFIA**          **98121**
                WA–US  **SEA**



RTFRI

029

6
16.30

C

9950
11.22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## James Mongiat

2307 Deer Ridge Drive, Stone Mountain, GA, USA



Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My personal information is worth much more than the current offer

*James Mongiat*

# Signature Certificate

Document Ref.: 6PVY9-VHBEY-RQZK9-4BPOJ

Document signed by:

**James Mongiat**

Verified E-mail
jimbludragon@yahoo.com

*James Mongiat*

IP: 99.98.158.111     Date: 18 Nov 2019 22:57:19 UTC

Document completed by all parties on:
18 Nov 2019 22:57:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA-US  SEA

ge Bc

RT FRI

6
16:30

C

9950
11.22

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michael Tauraso

511 224th Place Southeast, Bothell, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

You cannot engage in life in the US without having your information in the credit bureaus. They must be held accountable for the level of harm here. If Equifax went bankrupt because of this I would be satisfied that we'd sent the appropriate message to its competitors about the gravity of letting our information leak.

I get scam phone calls weekly now from callers who HAVE MY SOCIAL SECURITY NUMBER, this never happened before the breach. I will need asset protection (From a vendor who is not as clueless as Equifax) for my entire life if I hope to avoid losing money to identity theft. The court should take a hard-line stance here and ensure this never happens again.

*Michael Tauraso*

# Signature Certificate

Document Ref.: **LZGGH-HYZGH-TYWYR-JRFOM**

Document signed by:

**Michael Tauraso**

Verified E-mail:
mtauraso@gmail.com

*Michael Tauraso*

IP: 4.71.153.59     Date: 15 Nov 2019 01:55:08 UTC

Document completed by all parties on:
15 Nov 2019 01:55:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

```
ORIGIN ID:JBSA  (415) 373-2386       SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6982941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express



E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



8L BFIA                    98121
                    WA–US  SEA

ge Bc

FRI
16:30   C
          6   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Julia Bartholomew-King

124 Remsen St. #18, Brooklyn NY 11201

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐      Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may                         attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I have had my personal information repeatedly breached, with no outcome affecting the companies that
benefit from my data. More needs to be done to protect the American people and their private information.

# Signature Certificate

Document Ref.: **EQK79-HKPQW-N8Z2P-LMPFV**

Document signed by:

**Julia Bartholomew-King**

Verified E-mail:
emailjulianow@gmail.com

IP: 74.65.202.9     Date: 18 Nov 2019 16:50:30 UTC

Document completed by all parties on:
**18 Nov 2019 16:50:30 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                   DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI - 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**        **98121**
                   WA-US  **SEA**

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Sheeraz Khan

731 Bethel Avenue, Bolingbrook, IL 60490

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not            attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement offer of less than $5is an adequate. My SSN and private information is worth more than this
Liz

*Sheeraz Khan*

# Signature Certificate

Document Ref.: **K9NIM-GHYVU-28UAF-UTYMQ**

Document signed by:



**Sheeraz Khan**

Verified E-mail
shazalikhan@gmail.com

*Sheeraz Khan*

IP: 24.13.127.172        Date: **14 Nov 2019** 15:34:38 UTC

Document completed by all parties on:
14 Nov 2019 15:34:38 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2727 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

INV:
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA          98121
WA-US   SEA

RTFRI

6
16.30

C

9950
11.22

rbill or pouch here.

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# Michael Dolan

4166 Keeneland Circle, Plainfield, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair           ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable  ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is unfair.  The amount is too low and the credit monitoring is by Equifax, who had their own credit breach a few months ago.  These credit monitoring companies need to show they are serious about monitoring our credit information, not just lip service and then business as usual.

*Michael Dolan*

# Signature Certificate

Document Ref.: JTHD2-BKSIJ-FVXXG-KJWRY

Document signed by:

**Michael Dolan**

Verified E-mail:
michaeledolan@prodigy.net

*Michael Dolan*

IP: 68.38.184.100    Date: 18 Nov 2019 17:01:45 UTC

Document completed by all parties on:
18 Nov 2019 17:01:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 28.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
                WA–US   SEA

RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Priom Ahmed

45 Ocean Avenue, Brooklyn, NY, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax's breach is a serious breach of my data privacy. Equifax failed its obligation to protect my data and to present the option of either getting $5 in compensation or using its own credit monitoring program (which I have no reason to place any trust in) is laughable. This settlement agreement sends the wrong message and does not provide a penalty high enough to incentivize better practices on Equifax's part or on other companies who should invest in consumer privacy protection.

*Priom Ahmed*

# Signature Certificate

Document Ref.: **U2QJN-OOHF2-YP4RC-7SKTG**

Document signed by:

**Priom Ahmed**

Verified E-mail:
priomahmed1@gmail.com

*Priom Ahmed*

IP 199.107.18.121 | Date 14 Nov 2019 16:24:49 UTC

Document completed by all parties on:
14 Nov 2019 16:24:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



FedEx Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                        DEPT:

FedEx
Express

E

REL#
37B534G

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Patrick Parker

1349 Sandrell Drive  Cols.43228

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑     Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                 attend the settlement hearing in person.

I  expect                  to be represented by an attorney.

Rueben Metcalf

Personal note to The Honorable Thomas W. Thrash Jr.
They need to be held accountable...not a slap on the wrist either.

*Patrick Parker*

# Signature Certificate

Document Ref.: 34RHB-OBMSL-AYEKD-YRG4T

Document signed by:



**Patrick Parker**

Verified E-mail:
parkercarsfly@att.net

IP: 174.105.37.164      Date: 18 Nov 2019 23:20:01 UTC

Document completed by all parties on:
**18 Nov 2019 23:20:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA—US  SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kelly Nichols

6505 Bonde Ln
Reno, NV 89511

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is inadequate. My ss# was compromised and is out there on the dark web. Anyone with ill will could use it to take advantage of me. These companies need to be more careful with our information!

*Kelly Nichols*

# Signature Certificate

Document Ref.: **SQRJY-ZG4CN-TORQV-FXCZP**

Document signed by:



**Kelly Nichols**

Verified E-mail
kelly8311@yahoo.com

*Kelly Nichols*

IP: 96.38.141.124     Date: 19 Nov 2019 02:58:32 UTC

Document completed by all parties on:
**19 Nov 2019 02:58:32 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3765346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA

ge Bc

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Rose Marie Galiza-Whitehead

85-1370 Puhinalo Place, Waianae, HI 96792

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object because the proposed settlement is unfair, unjust and unreasonable in comparison to what one
would go through if their information has been breached/compromised.

*Rose Marie Galiza-Whitehead*

# Signature Certificate

Document Ref.: **EFPCK-XJ9F5-WY8XO-KOIMO**

Document signed by:

**Rose Marie Galiza-Whitehead**

Verified E-mail:
roseszallgd@gmail.com

*Rose Marie Galiza-Whitehead*

IP: 172.56.44.170    Date: 18 Nov 2019 22:18:22 UTC

Document completed by all parties on:
**18 Nov 2019 22:18:22 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express



REF#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA              98121
             WA–US  SEA

RT FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Smat

9993 W. North Ave, wauwatosa, wi 53226

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your honor, as a class member who had to jump through hurdles to be reimbursed/get free credit monitoring from the accused party, neither of which duly repays members of my class in any way, I would like to formally object this slap on the wrist and ask that Equifax be held truly accountable. In a country where so many companies have gotten away with screwing over their customers, situations I myself have found myself in repeatedly, I would like to see justice be truly served for once. Thank you.

*Robert Smat*

# Signature Certificate

Document Ref.: **XNFFE-G9UUH-ER6CC-AGKEL**

Document signed by:



**Robert Smat**

Verified E-mail:
rob@smatfilms.com

*Robert Smat*

IP: 104.231.231.210     Date: 18 Nov 2019 21:05:29 UTC

Document completed by all parties on:
18 Nov 2019 21:05:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                    REF:              DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



**8L BFIA**                98121
                    WA–US  SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Timothy Fox

9142 Deni Drive Northeast, Lacey, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I am really tired of corporations abusing their power and getting away with it. They take on the responsibility to protect my information to make money, they need to do everything they can to protect my information. it should not mean time and effort to protect from their mistakes they should be paying me

*Timothy Fox will*

# Signature Certificate

Document Ref.: **M7TY8-DP5GH-9MBIF-DFYPU**

Document signed by:



**Timothy Fox**

Verified E-mail:
tcfox59@outlook.com

*Timothy Fox will*

IP: 73.109.17.166   Date: 18 Nov 2019 18:19:07 UTC

Document completed by all parties on:
**18 Nov 2019 18:19:07 UTC**
Page 1 of 1





Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
WA–US   SEA



RTFRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jill Collins

2115 14th Avenue Southwest, Vero Beach, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to             attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 The amount proposed is far less than originally projected.

*Jill Collins*

# Signature Certificate

Document Ref.: **ZSF4P-9DLPN-IDE4V-ATQXF**

Document signed by:

**Jill Collins**

Verified E-mail:
jill24295@yahoo.com

*Jill Collins*

IP: 73.84.30.228     Date: 19 Nov 2019 02:39:45 UTC

Document completed by all parties on:
19 Nov 2019 02:39:45 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2886          REF:
PO:                          DEPT:

**FedEx**
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
           WA–US  SEA





RT FRI

16:30  9950

6  C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Karen Green

5031 N 128th St., Omaha NE 68164

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

They did not set aside enough to give everyone who requested it the $125 promised.  Credit monitoring is already provided to so many people, by their banks, credit card companies, or because of a previous data breach. Equifax should be forced to pay the full $125 to everyone who requested it, not just a few dollars. Did they really think everyone would want their company monitoring our credit?

*Karen Green*

# Signature Certificate

Document Ref.: **XLQZB-3DHWS-CJEPS-YMRJM**

Document signed by:



**Karen Green**

Verified E-mail:
karen_greenqs@hotmail.com

*Karen Green*

IP: 74.128.55.130    Date: 18 Nov 2019 19:20:00 UTC

Document completed by all parties on:
**18 Nov 2019 19:20:00 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
              WA–US   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tracy Kaufman

96 Cliff Street, Naugatuck, CT, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                         attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Our Social Security numbers are worth far more than $1.25 !

*Tracy Kaufman*

# Signature Certificate

Document Ref.: **YTVZ9-LBJ93-CNWW6-KU3TV**

Document signed by:

**Tracy Kaufman**

Verified E-mail:
tak27@sbcglobal.net

*Tracy Kaufman*

IP: 47.22.180.2   Date: 18 Nov 2019 20:21:07 UTC

Document completed by all parties on:
**18 Nov 2019 20:21:07 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:

PO:                 DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
         WA-US   SEA





FRI

6    C
16:30  9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Denise Davis

499 Furnace St Manchester MI 48158

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair    ☐    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not           attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This settlement is not anywhere near what it was supposed to be. $10 is nothing compared to the hassle dealing with the data breach.

*Denise Davis*

# Signature Certificate

Document Ref.: **CJ2DN-VH3HT-2Q4RV-RW5AO**

Document signed by:

**Denise Davis**

Verified E-mail:
neicers2@yahoo.com

*Denise Davis*

IP: 99.203.37.204    Date: 18 Nov 2019 23:52:10 UTC

Document completed by all parties on:
18 Nov 2019 23:52:10 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#   7781 6173 9950
0201

8L BFIA                    98121
                  WA–US   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Morrison

2512 Smith Avenue Southwest, Marietta, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                              attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Fairness is the key to the settlement and the proposed settlement only serves Equifax, not those damaged.

*Robert Morrison*

# Signature Certificate

Document Ref.: **LGTF8-JEI5R-U9HHZ-DUJ4Q**

Document signed by:

**Robert Morrison**

Verified E-mail:
bobb7954@gmail.com

*Robert Morrison*

IP: 73.7.183.62          Date: 18 Nov 2019 17:27:58 UTC

Document completed by all parties on:
18 Nov 2019 17:27:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:
INV:
PO:                  DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



**8L BFIA**         98121
            WA–US  SEA



FRI

6   C
16:30
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tonia Grubaugh

1683 County Road 216, Thorsby, AL, 35171USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is unfair to put so many people in questionable credit situations and expect them to even begin to know
how to get unfair or inaccurate items off of their report and simply do nothing to Equifax.

*Tonia Grubaugh*

# Signature Certificate

Document Ref.: 3VP5C-FX5PD-EWMPO-I7VUC

Document signed by:

**Tonia Grubaugh**

Verified E-mail:
ta_silas@yahoo.com

*Tonia Grubaugh*

IP: 144.163.55.185     Date: 19 Nov 2019 02:46:15 UTC

Document completed by all parties on:
**19 Nov 2019 02:46:15 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10   JND CLASS ACTION ADMINISTRATIO

~2727~WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                              REF:
PO:                                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

RT FRI

6
16:30   C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Connie Fisher

1255 Newland St Lakewood CO 80214

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My information was exposed to who knows who. This is not cool and needs to be corrected

*Connie Fisher*

# Signature Certificate

Document Ref.: **CQEYT-RIRM4-BATFB-SGAYM**

Document signed by:



**Connie Fisher**

Verified E-mail
confish8221@gmail.com

*Connie Fisher*

IP: 71.56.200.101    Date: 19 Nov 2019 02:56:18 UTC

Document completed by all parties on:
**19 Nov 2019 02:56:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
INV:
PO:                     DEPT:

**FedEx**
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA

FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Samantha Wilcox

79 A Whipple Road

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My social security number is worth more than a few dollars, which is what Equifax will pay each person whose information has been breached.

# Signature Certificate

Document Ref.: **L5WBF-7FOEX-FVNHU-57FN9**

Document signed by:

**Samantha Wilcox**

Verified E-mail
wilcox.samantha1@gmail.com

IP: 67.189.238.120    Date: **18 Nov 2019 21:27:34 UTC**

Document completed by all parties on:
18 Nov 2019 21:27:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386       REF:

PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA              98121
             WA–US   SEA

RT FRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jason Kneen

1429 Bradford Street, Portage, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The potential exposure of my personal information is worth more than pennies to me! The idea a business whose sole purpose was to protect individual's private information was hacked so easily is incomprehensible.

*Jason Kneen*

# Signature Certificate

Document Ref.: AVLXS-QNEG7-J7DWZ-GYC5V

Document signed by:

**Jason Kneen**

Verified E-mail
jkneen@gmail.com

*Jason Kneen*

IP: 24.176.59.156     Date: 18 Nov 2019 21:12:29 UTC

Document completed by all parties on:
18 Nov 2019 21:12:29 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6992941/SSF02021

SAN LEANDRO, CA 94577
UNITED STATES US
```

TO   JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~  1100 2nd

**SEATTLE WA 98121**

(415) 373-2386         REF:

PO:                          DEPT:

**FedEx**
Express



**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#  **7781 6173 9950**
0201

**8L BFIA**                98121
                    WA–US  **SEA**

RT FRI

6   C
16:30   9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mary Ford

124 Jeppson Road Southeast, Huntsville, AL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I object to the Equifax class action settlement. Equifax has made money selling my private financial information without my permission for many years. They do not remove errors in credit information even when proof of errors is provided. But when they make bad decisions that can lead to financial ruin of millions of people there needs to be stronger message sent to Equifax. This class action settlement is inadequate. When I first heard that each person affected by the security breach to Eqifax's computers I thought it was better than nothing. But now that I have found out that people are receiving only a small percentage of that $125.00. I will not be making my justified class to this sham of a settlement.
I do hope that this settlement will be reconsidered in and adjusted.

*Mary E Ford*

# Signature Certificate

Document Ref.: **NRBN8-E9U7N-N3EXN-OFUUI**

Document signed by:

**Mary Ford**

Verified E-mail
minktoad@yahoo.com

*Mary E Ford*

IP: 108.87.161.180    Date: 18 Nov 2019 19:35:23 UTC

Document completed by all parties on:
18 Nov 2019 19:35:23 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
PO:                              REF:
                                 DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA





RT FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Benjamin Nadler

Avnei Khoshen 11, Apt 14, Modiin, Israel, 6167887

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to              attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
While the proposed settlement covers an incredibly short amount of time, my vulnerability to identity theft and the associated costs will remain with me for a lifetime.

*Benjamin Nadler*

# Signature Certificate

Document Ref.: SNBTR-QPULD-RE9T6-ZPCXY

Document signed by:

**Benjamin Nadler**

Verified E-mail:
bnadler@gmail.com

*Benjamin Nadler*

IP: 84.110.33.210          Date: 14 Nov 2019 14:22:40 UTC

Document completed by all parties on:
14 Nov 2019 14:22:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:
PO:                          REF:
                             DEPT:

**FedEx**
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
            WA–US   SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tami Carmer

1043 Graham Avenue, Kent, OH, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
They have exposed me to criminals who want to exploit me. I had to put a freeze on my credit and now can not easily gain access to it. I had an emergency recently and could not remember all the info that was required to unfreeze my credit right away so I could have access to credit to get a new tire for my car. I was stranded in more ways than one. I am tired of companies not spending money on security to keep information such as this safe.

*Tami Carmer*

# Signature Certificate

Document Ref.: CVRFO-36FDP-GI52W-XRHEJ

Document signed by:

**Tami Carmer**

Verified E-mail:
tluvspaul@ameritech.net

*Tami Carmer*

IP: 174.104.109.13   Date: 19 Nov 2019 15:21:51 UTC

Document completed by all parties on:
19 Nov 2019 15:21:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                         DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   SEA

RT FRI

6
16:30   C
9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Gunta Rafael

1725 Park Avenue, Hanover Park, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                   attend the settlement hearing in person.

I expect                         to be represented by an attorney.

Rueben Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.
I believe that Equifax has taken away my right to privacy. They should be penalized as would other companies who do the same. Equifax is large and holds our personal information in their hands. Stop letting these companies get away with damaging the people they swore to protect.

*Gunta Rafael*

# Signature Certificate

Document Ref.: UGBAZ-HNJM5-YR7BP-75VNA

Document signed by:

**Gunta Rafael**

Verified E-mail:
grafael47@sbcglobal.net

*Gunta Rafael*

IP: 99.179.150.26    Date: 18 Nov 2019 18:14:20 UTC

Document completed by all parties on:
18 Nov 2019 18:14:20 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2727 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
WA–US   SEA

FRI

16:30   9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Arthur OBrien

8111 North Oregon Avenue, Kansas City, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
WE would liike a fair and EQUITABLE settlement. THey mak millions, I was potentially compromised. A few bucks is hardle fair compensation.

*Arthur OBrien*

# Signature Certificate

Document Ref.: **9WPGP-Q4XJP-8HHMY-VCEEG**

Document signed by:

**Arthur OBrien**

Verified E-mail:
terandjen@aol.com

*Arthur OBrien*

IP: **138.35.231.100**  Date: **18 Nov 2019 18:30:24 UTC**

Document completed by all parties on:
**18 Nov 2019 18:30:24 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:

FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



RTFRI

6
16:30   9950

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Mike CASAD

114 fox creek ln Chatham il 62629

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I expect to be represented by an attorney.

Casad5@comcast.net

Personal note to The Honorable Thomas W. Thrash Jr.
My information could be in the hands of anyone and could financially destroy me and my family

# Signature Certificate

Document Ref.: **PPG4X-JLABZ-DPSY9-Q6FRN**

Document signed by:

**Mike CASAD**

Verified E-mail:
casad5@comcast.net

IP: 99.203.15.60    Date: 18 Nov 2019 20:18:08 UTC

Document completed by all parties on:
18 Nov 2019 20:18:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Express

NOV 2 2 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                    DEPT:



FedEx
Express

REL#
3786346

FRI – 22 NOV 4:30P   ge Bc
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
                 WA–US  SEA



FRI

6   C
16.30   9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Emily Crouch

3510 Lafayette Rd unit 111 Portsmouth NH 03801

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax did not safeguard our information. The amount of this settlement for the number of people involved is not adequate. We deserve the respect of this company as they basically run our lives in regards to what is attainable credit wise. We deserve to be paid accordingly.

*Emily Crouch*

# Signature Certificate

Document Ref.: HCFJN-ZYSRC-HNVRG-RKMPV

Document signed by:

**Emily Crouch**

Verified E-mail
emmy_lynn@hotmail.com

*Emily Crouch*

IP: 71.192.187.139    Date: 14 Nov 2019 02:34:55 UTC

Document completed by all parties on:
14 Nov 2019 02:34:55 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA-US   SEA

ge Bc

FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Michael Tauraso

511 224th Place Southeast, Bothell, WA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

You cannot engage in life in the US without having your information in the credit bureaus. They must be held accountable for the level of harm here. If Equifax went bankrupt because of this I would be satisfied that we'd sent the appropriate message to its competitors about the gravity of letting our information leak.

I get scam phone calls weekly now from callers who HAVE MY SOCIAL SECURITY NUMBER, this never happened before the breach. I will need asset protection (From a vendor who is not as clueless as Equifax) for my entire life if I hope to avoid losing money to identity theft. The court should take a hard-line stance here and ensure this never happens again.

*Michael Tauraso*

# Signature Certificate

Document Ref.: LZGGH-HYZGH-TYWYR-JRFOM

Document signed by:

**Michael Tauraso**

Verified E-mail
mtauraso@gmail.com

*Michael Tauraso*

IP: 4.71.153.59    Date: 15 Nov 2019 01:55:08 UTC

Document completed by all parties on:
15 Nov 2019 01:55:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886              REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201  7781 6173 9950

8L BFIA              98121
           WA–US   SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# JONATHAN WEIGEL

17517 10th ave e spanaway, wa 98387

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This has to end I have had my personal information stolen so many times that i already have the free credit monitoring.  If a large company like equifax isnt held responsible it sets a bad precedent for the other companies. If i owned a large company i would make sure that everyones information was secure. Equifax failed to do so and therefore needs to pay the consumers who they hurt.

*Jonathan Weigel*

# Signature Certificate

Document Ref.: **P7QNM-4BECB-TLYPH-BKJNT**

Document signed by:

**JONATHAN WEIGEL**

Verified E-mail
knightrider282002@yahoo.com

*JONATHAN WEIGEL*

IP: 172.58.45.203    Date: **19 Nov 2019 15:27:23 UTC**

Document completed by all parties on:
**19 Nov 2019 15:27:23 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386                    REF:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA–US   SEA

FRI

16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Biedinger

9016 Wayne Street, Cross Roads, TX, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect               to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement offer does not adequately account for the size of the class

*Robert Biedinger*

# Signature Certificate

Document Ref.: **EIS3C-C7XGE-OBPHF-8VZWJ**

Document signed by:



**Robert Biedinger**

Verified E-mail
robert.biedinger@gmail.com

*Robert Biedinger*

IP: 107.140.26.93    Date: **18 Nov 2019 18:35:18 UTC**

Document completed by all parties on:
**18 Nov 2019 18:35:18 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Laronda Akin

301 n 7th Benton il 62812

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Unfair compensation for such a huge hreach

*Laronda Akin*

# Signature Certificate

Document Ref.: **HPGPE-PZG9K-9ELMP-LKCFR**

Document signed by:



**Laronda Akin**

Verified E-mail:
laronda1966@yahoo.com

*Laronda Akin*

IP: 107.77.210.110    Date: 18 Nov 2019 17:54:59 UTC

Document completed by all parties on:
18 Nov 2019 17:54:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2886          REF:



FedEx
Express

E

REL//
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
         WA–US  SEA

RTFRI

6  C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Robert Hurst

7050 Hwy 190
Covington La 70433

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                        attend the settlement hearing in person.

I expect                         to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This was a serious breach of trust. Thge company needs more than a slap on the wrist!

*Robert Hurst*

# Signature Certificate

Document Ref.: **S4QQ6-HPZCU-YRWW7-KKHTB**

Document signed by:



**Robert Hurst**

Verified E-mail:
rhurst@nternet.com

IP: 107.211.216.28  Date: 18 Nov 2019 17:03:08 UTC

Document completed by all parties on:
18 Nov 2019 17:03:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

FedEx
Express

E

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
                WA–US  SEA

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Steven Bohne

3494 Henderson Road, Spring Arbor, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My data is worth more than $5. These companies must be held to account for their wanton disregard and handling of my personal data.

*Steven Bohne*

# Signature Certificate

Document Ref.: YGXP2-JYLBQ-ZVNHX-JHSKR

Document signed by:



**Steven Bohne**

Verified E-mail:
stevebohne@gmail.com

*Steven Bohne*

IP: 68.41.1.192    Date: 18 Nov 2019 21:07:58 UTC

Document completed by all parties on:
18 Nov 2019 21:07:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
                 WA–US  SEA

ge Bc

RTFRI

6    C
16:30  9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jacqueline Dana

278 Freight Entrance Road, Princeton, LA 71067, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax stated what the payment options were, now that everyone has filed they are changing the settlement to less than 10 % of what was originally stated.

*Jacqueline Dana*

# Signature Certificate

Document Ref.: HMGSF-T9K3S-EOE83-BYBX2

Document signed by:

**Jacqueline Dana**

Verified E-mail:
captjinx@bellsouth.net

*Jacqueline Dana*

IP: 174.244.33.206    Date: 19 Nov 2019 00:23:12 UTC

Document completed by all parties on:
19 Nov 2019 00:23:12 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA-US   SEA

RT FRI

6
16:30   9950



# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# lynn king

22425 York Ct, Richton Park, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                            attend the settlement hearing in person.

I  do not expect                       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I think the amount is too low and unreasonable because my info was breachec.

*lynn king*

# Signature Certificate

Document Ref.: YNHNM-D9WMU-BR6FA-ZXNB7

Document signed by:

**lynn king**

Verified E-mail
octobergr@aol.com

*lynn king*

IP: 172.58.142.205    Date: 19 Nov 2019 02:41:27 UTC

Document completed by all parties on:
19 Nov 2019 02:41:27 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

10   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:              DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201



8L BFIA        98121
        WA–US   SEA

FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Donald Dumoulin

15425 Bridgewater Club Boulevard, Carmel, IN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This proposed settlement is truly ridiculous and I urge you to reject it.   Equifax regularly steals our personal information to monetize and then did nothing to protect it.

The single best settlement would be to allow individuals to opt out of Equifax!  That is they would be prohibited from collecting any data on any individual who does not want personal information gathered. That would send a clear message to others that if you have our personal information you are responsible to protect it at all times.

*Donald Dumoulin*

# Signature Certificate

Document Ref.: **VJVW9-P5KOH-ZTVCX-55UIM**

Document signed by:



**Donald Dumoulin**

Verified E-mail
don440@mac.com

IP: 96.85.188.25       Date: 18 Nov 2019 16:56:31 UTC

Document completed by all parties on:
18 Nov 2019 16:56:31 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2306        REF:
PO:                   DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
WA–US  SEA



FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Alacyn Mcneely

17 Lucas street carver, Massachusetts 02330

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☐
- Inadequate     ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Completely unacceptable

*Alacyn Mcneely*

# Signature Certificate

Document Ref.: **KQ6CW-9TFIA-WS2XK-IWDAB**

Document signed by:



**Alacyn Mcneely**

Verified E-mail:
amcneely18@comcast.net

*Alacyn Mcneely*

IP: 174.255.66.51          Date: 18 Nov 2019 20:10:34 UTC

Document completed by all parties on:
**18 Nov 2019 20:10:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                    DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA—US  SEA

FRI

6   C
16:30   9950


*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Samantha Wilcox

79 A Whipple Road

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
My social security number is worth more than a few dollars, which is what Equifax will pay each person whose information has been breached.

# Signature Certificate

Document Ref.: **L5WBF-7FOEX-FVNHU-57FN9**

Document signed by:



**Samantha Wilcox**

Verified E-mail:
wilcox.samanthal@gmail.com

IP: 67.189.236.120        Date: **18 Nov 2019 21:27:34 UTC**

Document completed by all parties on:
**18 Nov 2019 21:27:34 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2388        REF:
PO:                   DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA            98121
          WA–US   SEA

FRI

6   C
16:30   9950


