# Exhibit B - 36

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Steve Lockwood

1010 Meadow Drive, Owosso, MI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The expected funds per person seems to be inadequate given the yearly income of this large corporation.

*Steve Lockwood*

# Signature Certificate

Document Ref.: **CGHSQ-UFAPR-LE57E-7HESX**

Document signed by:



**Steve Lockwood**

Verified E-mail:
glcc03@yahoo.com

IP: 104.192.149.75      Date: 19 Nov 2019 13:30:06 UTC

*Steve Lockwood*

Document completed by all parties on:
**19 Nov 2019 13:30:06 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386        REF:
PO:                          DEPT:

FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950



8L BFIA        98121
WA-US   SEA

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Benjamin Nadler

Avnei Khoshen 11, Apt 14, Modiin, Israel, 6167887

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome   ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
While the proposed settlement covers an incredibly short amount of time, my vulnerability to identity theft and the associated costs will remain with me for a lifetime.

*Benjamin Nadler*

# Signature Certificate

Document Ref.: SNBTR-QPULD-RE9T6-ZPCXY

Document signed by:



**Benjamin Nadler**

Verified E-mail:
bnadler@gmail.com

*Benjamin Nadler*

IP: 84.110.33.210   Date: 14 Nov 2019 14:22:40 UTC

Document completed by all parties on:
**14 Nov 2019 14:22:40 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA                98121
             WA-US  SEA

FRI

6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Daniel Krupnik

4440 North Springfield Avenue, Chicago, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not             attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax collected personal information about me without my consent and with no payment to me. It then monetized that information to any party that subscribed to its services without any amount of vetting. After decades of this activity, often disadvantaging me in my personal and professional life, Equifax's woeful security was breached and my personal information, along with 147,000,000 other Americans', was exposed to anyone interested. Afterward, I've spent significant time as well as money freezing my credit with all credit bureaus, having to unfreeze it at a cost with one or more agencies every time I've had to make a major purchase or subscribe to a new service. The same company was again breached recently because it left a website with client information, reachable to anyone on the internet, with an administrative login and password of admin / admin.

*Daniel Krupnik*

# Signature Certificate

Document Ref.: GZBFT-5PGFC-BORFT-ESWEA

Document signed by:



**Daniel Krupnik**

Verified E-mail:
dankru@gmail.com

IP: 99.126.108.6    Date: 16 Nov 2019 01:29:25 UTC

*Daniel Krupnik*

Document completed by all parties on:
16 Nov 2019 01:29:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6392941/SSFO2021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

ge Bc

RT FRI

6   C
16:30   9950

# Signature Certificate

Document Ref.: **6QH2U-TBNER-AMJBP-PHCRQ**

Document signed by:

### Jack Jones

Verified E-mail
jackjonesbigdog@yahoo.com

*Jack Jones*

IP: 73.148.194.125 | Date: 19 Nov 2019 04:03:49 UTC

Document completed by all parties on
19 Nov 2019 04:03:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   **JND CLASS ACTION ADMINISTRATIO**

2727 WESTERN AVE STE 200   1100 2nd

**SEATTLE WA 98121**

(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   **7781 6173 9950**

**8L BFIA**          98121
WA–US   SEA

RTFRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Lawrence Laneruot

Po box 2924, ashtabula ohio 44005

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑    Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to attend the settlement hearing in person.

I do not expect to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This settlement is a slap in the face of consumers, and doesn't do enough to hold Equifax accountable

Lawrence Laneruot

# Signature Certificate

Document Ref.: **QXNKT-U4G6V-L5YRY-PV3BR**

Document signed by:

**Lawrence Laneruot**

Verified E-mail
laneruot@aol.com

*Lawrence Laneruot*

IP: 172.58.120.88     Date: 19 Nov 2019 04:16:08 UTC

Document completed by all parties on:
19 Nov 2019 04:16:08 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386        SHIP DATE: 19NOV19
CLASS ACTION INC                      ACTWGT: 23.10 LB
2777 AVALARDO ST STE E                CAD: 6892941/SSF02021
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

~~2727 WESTERN AVE STE 200~~   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:

PO:        DEPT:

FedEx
Express



E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA        98121
WA–US   SEA

RT FRI

6
16:30        C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Eric Moreno

19119 Haida Rd

Received
NOV 2 2 2019
by JNDLA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

This company made millions and has compromised me and they don't have to pay anything for their mistake? It's ridiculous how much these companies get away with. And the little guy gets screwed every time. We depend on these suits and the judges to look out for us.

*Eric Moreno*

# Signature Certificate

Document Ref.: **82NHW-U5VXB-REMTG-HZNKB**

Document signed by:

**Eric Moreno**

Verified E-mail:
jeneric9@gmail.com

*Eric Moreno*

IP: 66.214.59.189    Date: 19 Nov 2019 02:51:22 UTC

Document completed by all parties on:
19 Nov 2019 02:51:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200     1100 2nd

SEATTLE WA 98121

(415) 373-2306
INV:                    REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

8L BFIA                98121
                  WA–US   SEA

FRI

6
16.30    9950    C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Melissa Richards

464 blue ridge dr Dayton oh, 45415



Receive~
NOV 2 2 2019
by JNE~

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My information was leaked by a company that I trusted and after more people than realized filed for compensation due to their error with our personal information. They decide that they want to keep their profits and give us a smaller settlement.   That makes me question their ethics and lose all trust in them again because they still have not stated publicly how they are gonna make sure this does not happen again!!!!

*Melissa Richards*

# Signature Certificate

Document Ref: **ALLO5-JA5PV-ZHQ6S-UJTOA**

Document signed by:

**Melissa Richards**

Verified E-mail
mrichards4@aol.com

*Melissa Richards*

IP: 75.186.3.68      Date: **17 Nov 2019 14:11:11 UTC**

Document completed by all parties on:
**17 Nov 2019 14:11:11 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
INV:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Bernard Lisk

192 Ovid Lot 161 Seneca Falls Ny  13148

Received

NOV 22 2019

by JNE

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑  Unduly burdensome  ☑
- Inadequate  ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to        attend the settlement hearing in person.

I  do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This is a ridiculous settlement offer.

*Bernard Lisk*

# Signature Certificate

Document Ref.: **FNBSH-HM2DA-B4HJT-YCHZO**

Document signed by:

**Bernard Lisk**

Verified E-mail
polarbear67@gmail.com

IP: 66.66.81.158   Date: 18 Nov 2019 17:52:43 UTC

*Bernard Lisk*

Document completed by all parties on:
18 Nov 2019 17:52:43 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
INV:
PO:                         DEPT:

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**

98121
WA–US   SEA

FRI

16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Richard Walker

1777 Verbena Way, Sparks, NV, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   am unable to          attend the settlement hearing in person.

I   do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The cost Incurred already by other breaches have opened me to problems and this will become more significant with this additional breach.

*Richard Walker*

# Signature Certificate

Document Ref.: **PUHFM-BTTNN-8K8UY-HBRMS**

Document signed by:



**Richard Walker**

Verified E-mail:
**rngerrick@att.net**

*Richard Walker*

IP: 47.33.0.121   Date: 19 Nov 2019 01:35:02 UTC

Document completed by all parties on:
**19 Nov 2019 01:35:02 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA   (415) 373-2386      SHIP DATE: 19NOV19
CLASS ACTION INC                     ACTWGT: 23.10 LB
                                     CAD: 6992941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

```
(415) 373-2386           REF:
INV:
PO:               DEPT:
```



**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

ge Bc

8L BFIA          98121
          WA-US   SEA

RT FRI

6   C
16:30   9950



## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# David Harris

712 Victoria Court, New Albany, IN 47150

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I feel that the amount of security risk that ensued from this breach is not adequately being rectified for each individual

*David Harris*

# Signature Certificate

Document Ref : P8RIE-MPW8X-PSEBW-YSOZF

Document signed by:



**David Harris**

Verified E-mail:
bdstoney16@yahoo.com

*David Harris*

IP: 107.77.234.38    Date: 19 Nov 2019 02:53:12 UTC

Document completed by all parties on:
**19 Nov 2019 02:53:12 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                         DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA–US  SEA

RT FRI

6
16:30

C

9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Paula Bruce

104 Woody Way, Lake In The Hills, Il 60156

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your Honor, The settlement that is being proposed is not meaningful in anyway to those of us in the general population who had our information breached. Equifax needs to take full responsibility for their negligence. They are a multi billion dollar corporation and need to make a serious effort to make amends with those of us whom they have wronged. Please reconsider allowing the current settlement to go through as it stands and thus allowing Equifax to get away with this without truly compensating those of us who had our information stolen, by insisting Equifax pay a real amount That will cause them to think twice before allowing another breach

*Paula Bruce*

# Signature Certificate

Document Ref.: **T7EBQ-4BRUG-CNG93-WBCUP**

Document signed by:



**Paula Bruce**

Verified E-mail:
pbruce2470@gmail.com



*Paula Bruce*

Document completed by all parties on:
**19 Nov 2019 02:52:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

PO:                        DEPT:

FedEx
Express

E

REL#
3785346

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                98121
              WA-US   SEA

FRI

16:30   9950   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# David Viggiano

130 Weatherburne Drive, Roswell, GA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                     attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  It is ridiculous that a company gets a slap on the wrist and a big profit out of this.  What incentive is there to better protect my personal data, which I never consented the acquisition of in the first place?

*David Viggiano*

# Signature Certificate

Document Ref.: **VQD4I-GKITG-QYFJA-TRLVI**

Document signed by:



### David Viggiano

Verified E-mail:
davidviggiano@yahoo.com

*David Viggiano*

IP: 71.90.199.156   Date: 19 Nov 2019 02:52:25 UTC

Document completed by all parties on:
**19 Nov 2019 02:52:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386
INV:                          REF:
PO:                                    DEPT:

**FedEx**
Express

E

REF#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#   7781 6173 9950
0201

**8L BFIA**      98121
WA-US   SEA

FRI

6
16:30   9950   bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Toli Rogers

511 Cambridge Dr

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement offered is offensive to those who were greatly affected by the Equifax breach

*Toli Rogers*

# Signature Certificate

Document Ref.: **CAMD7-QCTM5-NBDQ7-IDBAJ**

Document signed by:



**Carrie Rogers**

Verified E-mail:
carrie.rogers@comcast.net

*Toli Rogers*

IP: 73.198.1.104    Date: 18 Nov 2019 19:37:28 UTC

Document completed by all parties on:
18 Nov 2019 19:37:28 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2306      REF:
PO:                DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Katherine Lutz

5 stratford apartments apt 7, old bridge, nj 08857

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  This company should be held accountable for their actions. They are a wealthy company who has plenty of it
to settle for the original terms.

Katherine Lutz

# Signature Certificate

Document Ref.: **SY7PU-IFOU9-VZXSF-ZKAYN**

Document signed by:



### Katherine Lutz

Verified E-mail:
snarfwoman1@aol.com

*Katherine Lutz*

IP: 50.29.103.44    Date: **19 Nov 2019 04:35:20 UTC**

Document completed by all parties on:
**19 Nov 2019 04:35:20 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2386        REF:
INV:
PO:                    DEPT:

FedEx
Express

E

REL//
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA            98121
             WA–US  SEA

ge Bc




RT FRI

6
16:30    9950

C

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Tania Palmer

5158 Hampton Street Northeast, Prior Lake, MN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  may                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

The impact of the actions of Equifax is more than just an annoyance. These calls actually affect people's lives. The phone has become at times an instrument of harrassment and dread. My older parents have recently discontinued their land line, because it is so engulfed in spam that it has become a fearful thing for them, and now they are less secure in their home as they cannot reach out as quickly in case of accident or sudden illness. Equifax's bullying tactics should be punished strongly.

Thank you.

*Tania Palmer*

# Signature Certificate

Document Ref.: **VQCYJ-JTJ7V-DD3GY-9AEUY**

Document signed by:



**Tania Palmer**

Verified E-mail:
itsonlypaint@gmail.com

*Tania Palmer*

IP: 63.231.137.45    Date: 18 Nov 2019 23:06:36 UTC

Document completed by all parties on:
18 Nov 2019 23:06:36 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386           REF:
PO:                      DEPT:



**FedEx**
Express

E

REL#
37B5346

FRI − 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA        98121
WA−US  SEA

RTFRI

6  C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Ted Hatfield

902 Indigo Drive Greenfield, IN 46140

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is not the settlement agreed uopn.

*Ted Hatfield Ted Hatfield*

# Signature Certificate

Document Ref.: **9G9CW-GWDSJ-UCBWE-BQMYY**

Document signed by:



**Ted Hatfield**

Verified E-mail:
teddar1@comcast.net

*Ted Hatfield Ted Hatfield*

IP: 73.168.126.43    Date: 18 Nov 2019 17:09:26 UTC

Document completed by all parties on:
**18 Nov 2019 17:09:26 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386              REF:
INV:
PO:                         DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                    98121
              WA-US   SEA



ge Bc

RT FRI

6    C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Haydee Villanueva

1200 College Avenue, Apt 3D, Bronx, NY 10456

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not  attend the settlement hearing in person.

I  do not expect  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 This is unfair. We need to get what we were told we would get.

*Haydee Villanueva*

# Signature Certificate

Document Ref.: R4E4K-L5CXX-DWRDX-FQZDV

Document signed by:



**Haydee Villanueva**

Verified E-mail:
ms.haydee@gmail.com

*Haydee Villanueva*

IP: 67.84.78.14    Date: 19 Nov 2019 11:51:54 UTC

Document completed by all parties on:
19 Nov 2019 11:51:54 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFD2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(416) 373-2386
YNU:                          REF:
PO:                           DEPT:

FedEx
Express

E

REL#
37B5346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA–US   SEA



RT FRI

6
16:30

C

9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

## Michele Alford

186 Pinewood  Ct Calimesa  California 92320

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
It is very unfair that there will be no real accountability.

*Michele Alford*

# Signature Certificate

Document Ref.: KPGFB-GBG2E-CFDGA-ZOIXJ

Document signed by:



**Michele Alford**

Verified E-mail:
bigface392000@yahoo.com

*Michele Alford*

IP: 78.95.91.114          Date: 19 Nov 2019 04:07:57 UTC

Document completed by all parties on:
**19 Nov 2019 04:07:57 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
PO:              DEPT:

**FedEx**
Express

**E**

REL#
37B6346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   SEA

FRI

6     C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Wendy Moore

6080 South Coronado Terrace Lecanto, FL 34461

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair              ☑    Unduly burdensome ☐
- Inadequate          ☑
- Unreasonable        ☑

I have objected to no class action settlements in the last five years.

I  will not            attend the settlement hearing in person.

I  do not expect       to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax has divulged Social Security Numbers of how many people and have caused a lot of us undue distress due to having to try and protect our information. Some of us even have had Identity Theft issues due to their negligence. I believe it is time we stand up to the large companies that do what they want and make them responsible for their actions. It's time to help the working class people of this country, not slap the hands of the wrong doer Corporations that do what ever they want.

*Wendy Moore*

# Signature Certificate

Document Ref.: MBG2Y-57YPT-7TWZT-7CHHH

Document signed by:



**Wendy Moore**

Verified E-mail:
whitetyger68@aol.com



IP: 75.115.211.28    Date: 18 Nov 2019 17:53:41 UTC

Document completed by all parties on:
**18 Nov 2019 17:53:41 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
PO:                  DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

**8L BFIA**

98121
WA-US   **SEA**

FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Darlene Zawieruszynski

342 Southwest Millard Drive, Port St. Lucie, FL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe that they compromised all of us . Why should we settle for a lesser amount when they make millions

*Darlene Zawieruszynski*

# Signature Certificate

Document Ref.: **UH9DQ-AEV2P-KNUKC-XGIN3**

Document signed by:

**Darlene Zawieruszynski**

Verified E-mail
zebdarlene@yahoo.com

*Darlene Zawieruszynski*

IP: **174.48.210.123**    Date: **19 Nov 2019 03:48:47 UTC**

Document completed by all parties on:
**19 Nov 2019 03:48:47 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**          98121
WA–US  **SEA**

RT FRI

6
16.30    9950   C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Fredrick Treadwell

1137 Quakenbush Rd Snow Camp NC 27349

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐    Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My personal data was left exposed by a company I gave no permission to. I feel the settlement proposal is inadequate.

*Fredrick Treadwell*

# Signature Certificate

Document Ref.: **NDXKS-SIRZA-KUHZE-J5RBC**

Document signed by:

**Fredrick Treadwell**

Verified E-mail
fredtread1@yahoo.com

*Fredrick Treadwell*

IP: 98.26.175.228  Date: **19 Nov 2019 02:39:06 UTC**

Document completed by all parties on:
19 Nov 2019 02:39:06 UTC

Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

INV:
PO:                         DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201   7781 6173 9950

8L BFIA                  98121
              WA–US   SEA



FRI

6     C
16.30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Darlene Durling

3260 N. Palmieri Circle
Park City, Il 60085

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to a minor penalty for a major crime.
This punishment does not fit the crime.

*Darlene Durling*

# Signature Certificate

Document Ref.: **ZEUYP-EXXXX-ZTPEB-VYNFB**

Document signed by:

**Darlene Durling**

Verified E-mail:
drlnx2a@yahoo.com

*Darlene Durling*

IP: 76.235.240.87     Date: **19 Nov 2019 04:18:40 UTC**

Document completed by all parties on:
19 Nov 2019 04:18:40 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
INV:
PO:                  DEPT:



FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

ge Bc

8L BFIA              98121
          WA-US  SEA

RT FRI

6    C
16.30
229         9950  bill or pouch here.
            11.22

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Brian McLain

2112 NW 2nd Street

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑   Unduly burdensome ☑
- Inadequate      ☑
- Unreasonable    ☑

I have objected to no class action settlements in the last five years.

I  will not                   attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

My data was severely compromised in the 2017 data breach. It lead to several months of vigilance and worry to ensure any damage done by the leak was as minimal as possible. The settlement for the negligence shown by Equifax and the impact it has had on my life is a choice between a small cash amount that would not even buy a gallon of milk, or monitoring from Experian, which also had a major data breach problem. This settlement is in no way fair, adequate, or reasonable and needs to be revisited.

*Brian McLain*

# Signature Certificate

Document Ref.: **PM5TX-XGSYK-PPSK7-UBEVI**

Document signed by:



**Brian McLain**

Verified E-mail:
mclainfamily@hotmail.com

*Brian McLain*

IP: 107.77.173.5     Date: 18 Nov 2019 21:22:34 UTC

Document completed by all parties on:
18 Nov 2019 21:22:34 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
            WA-US  SEA

RT FRI

6
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Makeshia Jones

708 South Fredonia Street Nacogdoches, TX. 75961

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object because the current each person to receive is to little.

*Makeshia Jones*

# Signature Certificate

Document Ref.: **RTPZF-B3T6H-UX6NA-X2UVP**

Document signed by:

**Makeshia Jones**

Verified E-mail
jonesmakeshia@yahoo.com

*Makeshia Jones*

IP: 107.77.198.155    Date: 18 Nov 2019 20:19:39 UTC

Document completed by all parties on:
18 Nov 2019 20:19:39 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386        REF:
PO:                        DEPT:



FedEx
Express

E

REL#
3786346

TRK#
0201   7781 6173 9950

FRI – 22 NOV 4:30P
EXPRESS SAVER

8L BFIA

98121
WA–US   SEA



FRI

6
16:30   9950
C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Geoffrey Mcnickles

930 main street sanford maine 04073

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair  ☐     Unduly burdensome  ☐
- Inadequate  ☐
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I am unable to          attend the settlement hearing in person.

I do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is just unfair

*Geoffrey Mcnickles*

# Signature Certificate

Document Ref. BMY6J-JPRWT-CO2IY-9CX2B

Document signed by:

**Geoffrey Mcnickles**

Verified E-mail:
geoffreymcnickles@gmail.com

*Geoffrey Mcnickles*

IP: 216.10.167.115   Date: 18 Nov 2019 21:54:00 UTC

Document completed by all parties on:
18 Nov 2019 21:54:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886              REF:

PO:                    DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marco Valdovinos

240 Louisiana Pl. Oxnard California 93036

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair        ☑   Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  am unable to          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  The settlement is unfair and inadequate.

*Marco Valdovinos*

# Signature Certificate

Document Ref.: **SCIET-XVH98-MDJKO-MSATF**

Document signed by:

**Marco Valdovinos**

Verified E-mail
marcovaldovinos@yahoo.com

*Marco Valdovinos*

IP: 76.95.111.135   Date: **19 Nov 2019 03:53:49 UTC**

Document completed by all parties on:
**19 Nov 2019 03:53:49 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386        REF:
PO:                DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

ge Bc

TRK#
0201   7781 6173 9950

**8L BFIA**          98121
              WA–US   **SEA**



RT FRI

6      C
16:30   9950   hill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Jason LaTendresse

206 Valley Street, Horicon, WI, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐     Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                              attend the settlement hearing in person.

I   do not expect                        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I do not believe that Equifax is being punished nearly enough for the millions of people compromised by this situation.  This definitely needs to be more than a slap on the wrist!

*Jason LaTendresse*

# Signature Certificate

Document Ref.: **TEHRG-JNIH2-5EG4X-N8SEZ**

Document signed by:

Jason LaTendresse

Verified E-mail
jasonlt74@gmail.com

*Jason LaTendresse*

IP: 66.175.199.170   Date: 18 Nov 2019 19:46:00 UTC

Document completed by all parties on:
18 Nov 2019 19:46:00 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA                98121
            WA–US   SEA



RT FRI

6   C
16:30   9950

bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Marjorie Johnson

712 Cauthen Street, Rock Hill, SC, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate     ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to               attend the settlement hearing in person.

I do not expect             to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I believe an in justice as been done by this breach of personal information being sold without without our consent and then when discovered Equifax is not willing to try and compensate for the damages done. No amount of money can pay for possible damages done to the litigant's credit, but at least give enough for us to be able to pay to get it rectified. A lot of us already have credit monitoring in pace since this happened, so don't need them to do that. But trust was placed in this company to do the right thing by the citizens and they failed, that should be worth more than $10, just to show an sign of remorse if nothing else.

*Marjorie Johnson*

# Signature Certificate

Document Ref.: **FRQVM-NFXES-HVD8R-CJPWV**

Document signed by:

**Marjorie Johnson**

Verified E-mail
elaine.johnson38@yahoo.com

*Marjorie Johnson*

IP: 67.197.141.1     Date: 18 Nov 2019 17:54:09 UTC

Document completed by all parties on:
18 Nov 2019 17:54:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121

(415) 373-2306       REF:
PO:                 DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                        98121
                        WA–US   SEA



FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Linda Reiff

1265 Simms Heights Road, Kingston Springs, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Equifax has undone any trust I had in them. But, I have no way to opt out. This is very frustrating.

*Linda Reiff*

# Signature Certificate

Document Ref.: **OUS2Y-NXH4B-XLCXN-VFXZE**

Document signed by:

**Linda Reiff**

Verified E-mail:
lareiff@yahoo.com

*Linda Reiff*

IP: 68.52.42.24          Date: 18 Nov 2019 20:56:09 UTC

Document completed by all parties on:
18 Nov 2019 20:56:09 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2306
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(416) 373-2806          REF:
INV:
PO:                         DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201    7781 6173 9950

8L BFIA                    98121
                    WA-US   SEA

FRI

6  C
16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Bethanie Raines

217 columbus st lodi, wi 53555

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair         ☑   Unduly burdensome ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  They need to bled accountable for their actions.

# Signature Certificate

Document Ref.: 7EXQT-MDHVF-A7OYW-RIWQB

Document signed by:



**Bethanie Raines**

Verified E-mail:
chuffychica@yahoo.com

IP: 96.40.245.6          Date: 17 Nov 2019 13:19:57 UTC

Document completed by all parties on:
17 Nov 2019 13:19:57 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:



FedEx
Express

E

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA–US   SEA



RT FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Wendy Green

Po box 568 Star, nc 27356

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐  Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                   attend the settlement hearing in person.

I do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I o jest because this company made a large amount of money from selling info and it needs to pay the people who were violated more money

*Wendy Green*

# Signature Certificate

Document Ref.: 6H5L7-J6RFR-G2V7M-OH6RH

Document signed by:

**Wendy Green**

Verified E-mail
greenwgale@gmail.com

*Wendy Green*

IP: 174.193.23.112    Date: 18 Nov 2019 18:32:49 UTC

Document completed by all parties on:
18 Nov 2019 18:32:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6892941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                           DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER



TRK#
0201   7781 6173 9950

## 8L BFIA

98121
WA–US   SEA





*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Demetrice Jenkins

3210 Memorial Park Dr apt 151 New Orleans, La 70114

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think the judgement is unfair because some of us personal information is on the dark web and will never be able to get it removed. We might have problems years from now due to this breach.

*Demetrice Jenkins*

# Signature Certificate

Document Ref.: VUNRQ-JHD97-PUKDA-CM2EL

Document signed by:



**Demetrice Jenkins**

Verified E-mail:
demetrice0@hotmail.com

IP: 198.120.252.90    Date: 18 Nov 2019 20:24:51 UTC

Document completed by all parties on:
18 Nov 2019 20:24:51 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6882941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
INV:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**

98121
WA-US  **SEA**

ge Bc

FRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kristin Eschrich

560 Shoreline Dr Grayslake IL 60030

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair            ☑    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  am unable to            attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Please take action against Equifax as our SS #s have been compromised . Equitax cannot just get a slap on the wrist and call it a day without compensating is for what they did

*Kristin Eschrich*

# Signature Certificate

Document Ref.: SHXO8-TDRKS-4JEMQ-3E7YH

Document signed by:



**Kristin Eschrich**

Verified E-mail:
kcartereschrich@gmail.com

*Kristin Eschrich*

IP: 73.72.20.214          Date: 18 Nov 2019 16:58:49 UTC

Document completed by all parties on:
**18 Nov 2019 16:58:49 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JB5A   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386         REF:
PO:                    DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA

98121
WA–US   SEA



RT FRI

6   C
16:30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Denise White

575 Devonshire Walk Dr
Suwanee, GA 30024

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                    attend the settlement hearing in person.

I do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is very unfair. My information has been divulged and I am not being adequately compensated. When I
agreed to the settlement it was with the expectation that I would receive at least $125.00, which is still
negligible when considering the impact of the data breach.

*Denise White*

# Signature Certificate

Document Ref.: HSFRE-MADPU-TYVWT-JMFGW

Document signed by:



**Denise White**

Verified E-mail:
dwhite4610@yahoo.com

IP: 76.230.225.128   Date: 19 Nov 2019 03:06:06 UTC

*Denise White*

Document completed by all parties on:
19 Nov 2019 03:06:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6882941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(416) 373-2386          REF:
PO:                      DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA           98121
          WA-US  SEA





RT FRI

6    C
16:30  9950

bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Shannon Green

216 Meek Ave Byesville, OH 43723

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome  ☐
- Inadequate    ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Equifax has breached my personal information. I think that should be worth more than $10.

*Shannon Green*

# Signature Certificate

Document Ref.: **SDXNC-RXT7L-32LFM-NONEC**

Document signed by:



**Shannon Green**

Verified E-mail:
shannonbraidwood@hotmail.com

*Shannon Green*

IP: 166.216.159.84    Date: 18 Nov 2019 18:14:06 UTC

Document completed by all parties on:
18 Nov 2019 18:14:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



8L BFIA                  98121
              WA-US  SEA

rtFRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Calvin Seaton

2531 N Chesterfld, VA 23235

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I believe the proposed settlement is too little for the parties who were harmed by this dreadful failure .

*Calvin Seaton*

# Signature Certificate

Document Ref.: **XYEA4-AAUWM-JH3XI-374KI**

Document signed by:



**Calvin Seaton**

Verified E-mail:
chseaton@yahoo.com

*Calvin Seaton*

IP: 89.187.170.124   Date: 19 Nov 2019 04:44:50 UTC

Document completed by all parties on:
**19 Nov 2019 04:44:50 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

```
ORIGIN ID:JBSA  (415) 373-2386          SHIP DATE: 19NOV19
CLASS ACTION INC                        ACTWGT: 23.10 LB
                                        CAD: 6882941/SSF02021
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US
```

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK# 0201  **7781 6173 9950**

**8L BFIA**        98121
          WA–US   **SEA**

RTFRI



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Belinda Harrison

58 County Road 5033, Heidelberg, MS, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair       ☑   Unduly burdensome ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  as an office worker I would have been fired if one social security been compromised i would have lost my job

*Belinda Harrison*

# Signature Certificate

Document Ref.: **FDDX6-VP8HI-XVIYR-JWUFG**

Document signed by:



**Belinda Harrison**

Verified E-mail:
**belindapitts@att.net**

*Belinda Harrison*

IP: **174.240.130.141**   Date: **18 Nov 2019 16:46:01 UTC**

Document completed by all parties on:
**18 Nov 2019 16:46:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
~~2727 WESTERN AVE STE 200~~  1100 2nd

SEATTLE WA 98121
(415) 373-2386       REF:
PO:                  DEPT:

FedEx
Express

E

REL#
3785346

FRI − 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA

98121
WA−US   SEA

RTFRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Matthew Vaughn

3816 Duval Street #B Austin TX 78751

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  may          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Being granted a tiny cash settlement or forcing us to opt into willingly entering a customer relationship with
  Equifax is unconscionable given the lack of care taken by this company in safeholding my personal data.

*Matthew Vaughn*

# Signature Certificate

Document Ref.: WAL9T-FHRGL-UYBZT-CAMDF

Document signed by:



**Matthew Vaughn**

Verified E-mail:
matt.vaughn+classaction@gmail.com



IP: 72.182.34.155   Date: 18 Nov 2019 19:20:41 UTC

Document completed by all parties on:
18 Nov 2019 19:20:41 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

NOV 22 2019

Align top of FedEx Express® shipping label here.

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386         REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
WA–US   SEA

ge Bc

FRI

6    C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Joseph Hinzman

129 N Fishing Ford Road
Petersburg TN 37144

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐    Unduly burdensome  ☐
- Inadequate    ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                    attend the settlement hearing in person.

I   do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I feel Equifax should do more for those who had their data compromised.

*Joseph Hinzman*

# Signature Certificate

Document Ref.: **XAYUI-U94QZ-PIPAV-C3VYC**

Document signed by:

**Joseph Hinzman**

Verified E-mail
joehinzman@bellsouth.net

*Joseph Hinzman*

IP 99.118.58.18   Date: 18 Nov 2019 18:08:34 UTC

Document completed by all parties on:
18 Nov 2019 18:08:34 UTC
Page 1 of 1

 Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386      REF:
INV#
PO:                    DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA      98121
         WA–US  SEA

RTFRI

229

6
16.30

C

9950
11:22

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Walter L Clark Jr

326 Forest-Hill Drive, Youngstown, OH, 44515 USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome ☐
- Inadequate  ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I   will not                          attend the settlement hearing in person.

I   do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I object to this settlement on the grounds that the breach may cause financial burden beyond the settlement
amount. I also dispute the credit monitoring from a company that has just had a breach of information.

*Walter Clark*

# Signature Certificate

Document Ref.: 5VO4O-T6EKQ-MFYP4-3PUPC

Document signed by:



**Walter Clark**

Verified E-mail:
seasherriff@yahoo.com

IP: 23.120.59.171        Date: 18 Nov 2019 22:50:58 UTC

*Walter Clark*

Document completed by all parties on:
18 Nov 2019 22:50:58 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

BULK

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                    DEPT:

FedEx
Express

E

REL#
3786346



FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
            WA–US  SEA

RT FRI

6
16:30

C

9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Kimberly Copeland

1520 Windsor Castle Rd Hamburg PA 19526

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please come to a fair ruling on this matter.

*Kimberly Copeland*

# Signature Certificate

Document Ref.: HPEDI-ZVRBU-YADEP-ZFWNB

Document signed by:



**Kimberly Copeland**

Verified E-mail:
kimberlydcopeland77@yahoo.com

IP: 98.235.86.168     Date: 19 Nov 2019 03:09:03 UTC

*Kimberly Copeland*

Document completed by all parties on:
**19 Nov 2019 03:09:03 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts



Express

FedEx

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(416) 373-2386          REF:

PO:                        DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA          98121
        WA–US   SEA

ge Bc

RT FRI

6   C
16:30   9950

## *In re: Equifax Inc. Customer Data Security Breach Litigation*

### Case No. 1:17-md-2800-TWT

# David Sapiro

5327 North Williamscreek Drive, King George, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  am unable to                    attend the settlement hearing in person.

I  do not expect                   to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
The settlement is grossly inadequate to compensate for my time spent ensuring the safety of my identity due to this breach.

*David Sapiro*

# Signature Certificate

Document Ref.: RKV2C-ITKAK-JV4UF-62XVK

Document signed by:



**David Sapiro**

Verified E-mail:
dosapiro@gmail.com

*David Sapiro*

IP: 74.214.40.23    Date: 17 Nov 2019 02:33:59 UTC

Document completed by all parties on:
**17 Nov 2019 02:33:59 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 22 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
INV:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   **SEA**

RT FRI

6   C
16:30   9950



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Ivy Summers

346 Crestwood Dr, Mountain City, TN, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I will not                              attend the settlement hearing in person.

I do not expect                     to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
This is just a slap on the wrist to a company that makes millions of dollars off of data it collects but does not protect. The amount is just inadequate and should be increased.

# Ivy Summers

# Signature Certificate

Document Ref.: VVFT3-4NKDB-SW9TA-XHYBU

Document signed by:



**Ivy Summers**

Verified E-mail:
niteprowl2@aol.com

**Ivy Summers**

IP: 47.134.148.138          Date: 18 Nov 2019 17:25:22 UTC

Document completed by all parties on:
18 Nov 2019 17:25:22 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

8L BFIA        98121
          WA–US  SEA

FRI

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Debra Borkoskie

905 Turner Drive Lawrenceville Ga 30046

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐     Unduly burdensome ☐
- Inadequate  ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not                          attend the settlement hearing in person.

I do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

I don't think it's fair. They were entrusted with keeping our information safe and did not.  They should be punished and the people paid fairly for the breach.

*Debra Borkoskie*

# Signature Certificate

Document Ref.: **SFW53-VB8VL-KYHRK-YE98C**

Document signed by:



**Debra Borkoskie**

Verified E-mail:
debbie_borkoskie@bellsouth.net

*Debra Borkoskie*



IP: 172.58.3.80      Date: 19 Nov 2019 00:29:38 UTC

Document completed by all parties on:
**19 Nov 2019 00:29:38 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                   DEPT:

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

**FedEx**
Express

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

**8L BFIA**

98121
WA–US  **SEA**





FRI

6
16:30   9950

C

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Peter Hurford

4310 North Clarendon Avenue, Chicago, IL, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I am unable to                attend the settlement hearing in person.

I do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Equifax deserves to be held responsible for their data breaches.

*Peter Hurford*

# Signature Certificate

Document Ref.: **V4MOB-PGOB6-A2C65-NTYMW**

Document signed by:



**Peter Hurford**

Verified E-mail:
peter@peterhurford.com

IP: 98.90.208.238   Date: 17 Nov 2019 23:15:56 UTC

*Peter Hurford*

Document completed by all parties on:
17 Nov 2019 23:15:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF#
INV#
PO:              DEPT:

**FedEx**
Express

**E**

REL#
3785346

FRI – 22 NOV 4:30P
**EXPRESS SAVER**

TRK#
0201  7781 6173 9950

ge Bc

**8L BFIA**          98121
            WA-US  SEA



RT FRI

6
16:30   C

9950   trill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Michelle Bernath

1120 Goat Trail Road,  Mukilteo, WA 98275

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair　　　　☑ 　Unduly burdensome ☑
- Inadequate 　☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to 　　　　attend the settlement hearing in person.

I do not expect 　　　　to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Equifax controls out lives, and in some cases, livelihoods. They have unfettered control over our credit, and make it impossible to dispute or fix errors.  For them to want to settle this data breach with $10 (or less) per person, is laughable.  A few million dollars is sofa change to this company. They need to understand what they allowed, and what they did in the aftermath, was wrong; the only way to help them with that is to hit them where it hurts....their giant bank account.

Thank you for your time.

*Michelle Bernath*

# Signature Certificate

Document Ref.: **V2XOI-JLSJA-DSIWW-GMCSB**

Document signed by:



**Michelle Bernath**

Verified E-mail:
mbernathcps@yahoo.com

*Michelle Bernath*

IP: 73.59.85.50     Date: **19 Nov 2019 02:51:01 UTC**

Document completed by all parties on:
**19 Nov 2019 02:51:01 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO   JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                        DEPT:



FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201    7781 6173 9950

8L BFIA                98121
              WA–US   SEA

ge Bc

RT FRI

6    C
16:30   9950   Bill or pouch here.

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

## Todd Goldberg

11961 Calle Naranja, El Cajon, CA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair         ☑   Unduly burdensome  ☑
- Inadequate   ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                      attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

Your honor, I am using the free credit freezes that the federal government forced the 3 main credit reporting agencies to provide after they failed so miserably to protect the American peoples' credit and personal information. I don't need to pay for a credit watch. So I shouldn't be unable to claim a monetary settlement. My personal information was released. And now I'm hearing that the amount of the monetary settlement may end up being as low as $1.30 per person?!? The awarding of punitive damages is to punish a company for egregious wrongdoings. The total amount of this settlement wouldn't even make a dent in the company's balance sheet. Please reconsider raising the total amount of the judgement and the rules regarding who can claim it.

*Todd Goldberg*

# Signature Certificate

Document Ref.: **MBJSB-BUBTQ-VA3XA-PHYYN**

Document signed by:



**Todd Goldberg**

Verified E-mail:
todd.goldberg@sbcglobal.net

IP: 108.214.118.16   Date: 19 Nov 2019 01:30:19 UTC

Document completed by all parties on:
19 Nov 2019 01:30:19 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                          DEPT:

**FedEx**
Express

**E**

REL#
37B634G

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

**8L BFIA**        98121
WA–US   **SEA**



RT FRI

6   C
16.30   9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# Finbar McGarry

397 Ethan Allen #209, Colchester, VT. 05446

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑    Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                              attend the settlement hearing in person.

I  do not expect                  to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  Insufficient compensation.

*Finbar McGarry*

# Signature Certificate

Document Ref.: GPTPD-YQHDE-7ZJGV-K3ORB

Document signed by:

**Finbar McGarry**

Verified E-mail:
pfmcgarry@yahoo.com

*Finbar McGarry*

IP: 107.77.224.175     Date: 18 Nov 2019 03:43:44 UTC

Document completed by all parties on:
19 Nov 2019 03:43:44 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2886          REF:
PO:                      DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

**8L BFIA**

98121
WA-US   SEA



RTFRI

6   C
16:30   9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Jane Foraker

1021 Harrison st monroe mi 48161

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not        attend the settlement hearing in person.

I  expect        to be represented by an attorney.

Reuben Metcalfe

Personal note to The Honorable Thomas W. Thrash Jr.
This amount of money is an insult to all of us affected by this breach.[9] This should not happen to our most protected information.



# Signature Certificate

Document Ref.: HGBNS-UYOVE-YBYR4-KDCDS

Document signed by:



**Jane Foraker**

Verified E-mail
dbfjef@comcast.net

IP: 172.58.120.14        Date: 19 Nov 2019 02:44:59 UTC

Document completed by all parties on:
19 Nov 2019 02:44:59 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200   1100 2nd
SEATTLE WA 98121
(415) 373-2386          REF:
PO:                     DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK# 7781 6173 9950
0201

8L BFIA          98121
WA-US   SEA

ge Bc

RTFRI
6   C
16:30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Cheryl Cates

3675 Ringle Rd
Vassar, MI
49868

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                            attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I feel our privacy has not been protected. I feel we are owed compensation for  it.

*Cheryl Cates*

# Signature Certificate

Document Ref.: **P7JQI-UDCPJ-FDEBN-ZWLF6**

Document signed by:

**Cheryl Cates**

Verified E-mail
cherylcates10@yahoo.com

*Cheryl Cates*

IP: 184.53.0.196      Date: 19 Nov 2019 01:38:13 UTC

Document completed by all parties on:
19 Nov 2019 01:38:13 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3706346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



8L BFIA                98121
              WA–US   SEA

FRI

6    C
16:30
9950

# In re: Equifax Inc. Customer Data Security Breach Litigation

## Case No. 1:17-md-2800-TWT

# Travis Kinslow

10913 SW Annand Hill Ct
Tigard, OR 97224

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☑    Unduly burdensome  ☐
- Inadequate   ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                          attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
I think they are only having to pay a fraction of what they should. Especially because of how many people it effected.

*Travis Kinslow*

# Signature Certificate

Document Ref : 4JHBU-PZVXW-RLYYJ-8UFL5

Document signed by:

**Travis Kinslow**

Verified E-mail:
traviskinslow@gmail.com

*Travis Kinslow*

IP: 174.216.13.248    Date: 18 Nov 2019 18:29:49 UTC

Document completed by all parties on:
18 Nov 2019 18:29:49 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                          DEPT:

**FedEx**
Express



REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

ge Bc

TRK#
0201  7781 6173 9950

**8L BFIA**                    98121
                          WA–US  SEA

FRI

6
16:30

9950  bill or pouch here.

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

## Francine Ex

3 Azar Street, Kfar Sava, Israel

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not                    attend the settlement hearing in person.

I  do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A $25 payout is an attempt to shut down the process, assuming most of the injured parties will not bother to continue for such a meager sum. I think that Equifax should be held accountable for a more significant amount of money.

*Francine Ex*

# Signature Certificate

Document Ref.: **7LHDQ-TNZYH-CVQNT-EFQ5R**

Document signed by:



**Francine Ex**

Verified E-mail
francine.ex@gmail.com

*Francine Ex*

IP: 95.35.195.94   Date: 18 Nov 2019 18:06:06 UTC

Document completed by all parties on:
18 Nov 2019 18:06:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386          REF:
PO:                        DEPT:

**FedEx**
Express

E

REL#
3786346



FRI — 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA                    98121
              WA—US   SEA

RT FRI

6    C
16.30  9950

# *In re: Equifax Inc. Customer Data Security Breach Litigation*

## Case No. 1:17-md-2800-TWT

# James Owens

2817 Livingston Loop, Virginia Beach, VA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair  ☑  Unduly burdensome ☑
- Inadequate ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to           attend the settlement hearing in person.

I do not expect           to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
  I find it to offer me a service that has been hacked.

*James Owens*

# Signature Certificate

Document Ref.: NN3S4-PDWTH-9SHB2-CFO3S

Document signed by:

**James Owens**

Verified E-mail:
james.d.owens@me.com

*James Owens*

IP: 68.231.239.132    Date: 19 Nov 2019 04:12:37 UTC

Document completed by all parties on:
19 Nov 2019 04:12:37 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386           REF:
INV:
PO:                              DEPT:

**FedEx**
Express

**E**

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#  7781 6173 9950
0201

**8L BFIA**                98121
                    WA–US  SEA

FRI

6   C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Tina Stocks

1104 East main St
Durant,Ok 74701

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:

- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I   will not                         attend the settlement hearing in person.

I   do not expect                    to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
Please stop letting there corporation's get.away with damaging the very people, that put their trust in them, with their most personal information.

*Tina Stocks*

# Signature Certificate

Document Ref.: AO5B3-B8V8N-VPCBN-QITVK

Document signed by:



**Tina Stocks**

Verified E-mail.
stocksbonds_74730@yahoo.com

*Tina Stocks*

IP: 108.225.45.86 | Date: 18 Nov 2019 17:37:32 UTC

Document completed by all parties on:
18 Nov 2019 17:37:32 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 29.10 LB
CAD: 6992941/SSFO2021

TO  JND CLASS ACTION ADMINISTRATIO
2727 WESTERN AVE STE 200    1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                    DEPT:

**FedEx**
Express

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA          98121
                 WA–US  SEA



RT FRI
           6    C
      16.30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# lawrence scott

220 Michael Sears Road, Belchertown, MA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I  will not          attend the settlement hearing in person.

I  do not expect          to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 I seems that the parties involved are not being held responsible to the crime they committed

*lawrence scott*

# Signature Certificate

Document Ref.: **UTHC3-OKJ7C-SK6QR-Q2ZJS**

Document signed by:



**lawrence scott**

Verified E-mail:
n1roz@sbcglobal.net

IP: **174.83.32.208**  Date: **18 Nov 2019 23:51:52 UTC**

*lawrence scott*

Document completed by all parties on:
**18 Nov 2019 23:51:52 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Arthur OBrien

8111 North Oregon Avenue, Kansas City, MO, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑   Unduly burdensome  ☑
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I am unable to            attend the settlement hearing in person.

I do not expect            to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
WE would lilke a fair and EQUITABLE settlement. THey mak millions, I was potentially compromised. A few bucks is hardle fair compensation.

*Arthur OBrien*

# Signature Certificate

Document Ref.: 9WPGP-Q4XJP-8HHMY-VCEEG

Document signed by:



**Arthur OBrien**

Verified E-mail:
terandjen@aol.com

IP: 138.35.231.100     Date: 18 Nov 2019 18:30:24 UTC

Document completed by all parties on:
18 Nov 2019 18:30:24 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                DEPT:



**FedEx**
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA              98121
              WA–US  SEA

RT FRI

6
16:30   9950  *bill or pouch here.*

C

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Stephanie Ballard

3977 Barnard Dr
Lexington Ky 40509

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair            ☑    Unduly burdensome ☐
- Inadequate    ☑
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not              attend the settlement hearing in person.

I  do not expect              to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
 Our security is worth more than what is being offered

*Stephanie Ballard*

# Signature Certificate

Document Ref.: **LT8MC-RXYCM-BAGNE-ZQ2W7**

Document signed by:



**Stephanie Ballard**

Verified E-mail:
sballard759@gmail.com

IP: 166.216.158.169          Date: 18 Nov 2019 18:30:06 UTC

Document completed by all parties on:
18 Nov 2019 18:30:06 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2886        REF:
INV:
PO:              DEPT:

FedEx
Express

E

REL#
37B6346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950



ge Bc

8L BFIA                 98121
            WA–US  SEA

RTFRI

6    C
16:30   9950

bill or pouch here

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Harald van der Kam

803 Dogwood Lane, Collegeville, PA, USA

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☑ Unduly burdensome ☐
- Inadequate ☑
- Unreasonable ☐

I have objected to no class action settlements in the last five years.

I will not        attend the settlement hearing in person.

I do not expect        to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.

A $10 settlement is laughable for a company that is making millions to billions of dollars off of our personal data. We trusted them to keep our information secure, especially since they have so much of it, and we have virtually no control over them, and they did not. This caused all kinds of problems for people, some small, some serious. Thank you.

*Harald van der Kam*

# Signature Certificate

Document Ref.: **EYZX5-GYEHR-AQNHK-28MCY**

Document signed by:



**Harald van der Kam**

Verified E-mail:
harald@vanderkam.net

IP: **71.224.234.220**    Date: **18 Nov 2019 22:03:36 UTC**

Document completed by all parties on:
**18 Nov 2019 22:03:36 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.





FedEx Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA   (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121

(415) 373-2386          REF:
PO:                          DEPT:



FedEx
Express

E

REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

ge Bc

8L BFIA

98121
WA–US  SEA





RT FRI

6    C
16:30  9950

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marc Bendler

1264 Merrill Ave, Algonquin, IL 60102

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair ☐   Unduly burdensome ☐
- Inadequate ☐
- Unreasonable ☑

I have objected to no class action settlements in the last five years.

I  will not                        attend the settlement hearing in person.

I  do not expect                to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
To continue to let big corporations get away with mishandling data with just a mere slap on the wrist is an insult to everyone that was affected. The time is now to drop the hammer and set a new precedent.

*Marc Bendler*

# Signature Certificate

Document Ref.: **VY7HW-FGBWU-KD9FR-WJUU4**

Document signed by:



**Marc Bendler**

Verified E-mail:
marcbjr2@yahoo.com

*Marc Bendler*

IP: 174.197.7.235          Date: **18 Nov 2019 16:47:25 UTC**

Document completed by all parties on:
**18 Nov 2019 16:47:25 UTC**
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC

2777 AVALARDO ST STE E

SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6982941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200   1100 2nd

SEATTLE WA 98121
(415) 373-2386        REF:
PO:                 DEPT:

**FedEx**
Express

E
REL#
3786346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201   7781 6173 9950

8L BFIA          98121
            WA–US  SEA

FRI
16:30   9050

*In re: Equifax Inc. Customer Data Security Breach Litigation*

Case No. 1:17-md-2800-TWT

# Marc Bendler

1264 Merrill Ave, Algonquin, IL 60102

I have checked the settlement website and have confirmed I am a class member.

I object to this settlement, on the grounds its terms are:
- Unfair          ☐     Unduly burdensome  ☐
- Inadequate   ☐
- Unreasonable  ☑

I have objected to no class action settlements in the last five years.

I  will not                         attend the settlement hearing in person.

I  do not expect                 to be represented by an attorney.

Personal note to The Honorable Thomas W. Thrash Jr.
To continue to let big corporations get away with mishandling data with just a mere slap on the wrist is an insult to everyone that was affected. The time is now to drop the hammer and set a new precedent.

*Marc Bendler*

# Signature Certificate

Document Ref.: **VY7HW-FGBWU-KD9FR-WJUU4**

Document signed by:



**Marc Bendler**

Verified E-mail
marcbjr2@yahoo.com

IP: 174.197.7.235          Date: 18 Nov 2019 16:47:25 UTC

*Marc Bendler*

Document completed by all parties on:
18 Nov 2019 16:47:25 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.



Express

Align top of FedEx Express® shipping label here.

NOV 2 2 2019

ORIGIN ID:JBSA  (415) 373-2386
CLASS ACTION INC
2777 AVALARDO ST STE E
SAN LEANDRO, CA 94577
UNITED STATES US

SHIP DATE: 19NOV19
ACTWGT: 23.10 LB
CAD: 6992941/SSF02021

TO  JND CLASS ACTION ADMINISTRATIO

2727 WESTERN AVE STE 200  

SEATTLE WA 98121

(415) 373-2386        REF:
PO:                   DEPT:

FedEx
Express

E

REL#
3785346

FRI – 22 NOV 4:30P
EXPRESS SAVER

TRK#
0201  7781 6173 9950

8L BFIA

98121
WA-US  SEA



RT FRI

6   C
16:30   9950