# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**APPENDIX TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT, PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES AND SERVICE AWARDS, AND PLAINTIFFS' RESPONSE TO OBJECTIONS TO SETTLEMENT**

In support of Plaintiffs' Motion for Final Approval of Proposed Settlement, Plaintiffs' Reply Brief In Support Of Motion for Attorneys' Fees, Expenses and Service Awards, and Plaintiffs' Response to Objections to Settlement filed contemporaneously hereto, the Consumer Plaintiffs hereby submit the below Appendix:

## APPENDIX

App. 1: Supplemental Declaration of Class Counsel

App. 2: Supplemental Declaration of Professor Robert Klonoff

App. 3: Declaration of Professor Geoffrey Miller

App. 4: Supplemental Declaration of Jennifer Keough, JND Legal Administration, LLC

App. 5: Supplemental Declaration of Jim Messina, Signal Interactive Media, LLC

App. 6: Declaration of Experian, Appointed Provider of Credit Monitoring Services

Respectfully submitted this 5th day of December, 2019.

                          */s/ Kenneth S. Canfield*
                          Kenneth S. Canfield
                          Ga Bar No. 107744
                          **DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
                          1355 Peachtree Street, N.E., Suite 1725
                          Atlanta, Georgia 30309
                          Tel. 404.881.8900
                          kcanfield@dsckd.com

                          */s/ Amy E. Keller*
                          Amy E. Keller
                          **DICELLO LEVITT GUTZLER LLC**
                          Ten North Dearborn Street, Eleventh Floor
                          Chicago, Illinois 60602
                          Tel. 312.214.7900
                          akeller@dicellolevitt.com

                          */s/ Norman E. Siegel*
                          Norman E. Siegel
                          **STUEVE SIEGEL HANSON LLP**
                          460 Nichols Road, Suite 200
                          Kansas City, Missouri 64112
                          Tel. 816.714.7100
                          siegel@stuevesiegel.com
                          ***Consumer Plaintiffs' Co-Lead Counsel***

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road, Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com
*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com
*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com
*Consumer Plaintiffs' State Court*
*Coordinating Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

This 5th day of December, 2019.

>*/s/ Roy E. Barnes*
>**BARNES LAW GROUP, LLC**
>31 Atlanta Street
>Marietta, Georgia 30060
>Tel.770.227.6375
>roy@barneslawgroup.com