# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>Case No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

## ORDER REGARDING [899] NOTICE OF FILING

The Court ORDERS Plaintiffs' Class Counsel to provide a modified version of Exhibit A to the Declaration of Jennifer M. Keough (Doc. 899-2) indicating whether (a) the settlement class member objector or objector's counsel plans to appear at the Fairness Hearing on December 19, 2019 and (b) the objection is potentially invalid as not meeting the requirements set forth in the July 22, 2019 Order (Doc. 742). Counsel shall provide this modified chart to the Court in chambers no later than NOON on Thursday, December 12, 2019.

SO ORDERED, this __6__ day of December, 2019.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE