AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Equifax Inc. Customer Data Security Breach Lit. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:17-md-2800-TWT |
| Consumer Actions ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Indiana, Amicus Curiae                                                                                                    .

Date:   12/05/2019                                                     /s/Corinne Gilchrist
                                                                                    *Attorney's signature*

                                                                                    Corinne Gilchrist, 27115-53
                                                                                    *Printed name and bar number*

                                                                                    302 West Washington Street
                                                                                    5th Floor
                                                                                    Indianapolis, IN 46204
                                                                                    *Address*

                                                                                    Corinne.Gilchrist@atg.in.gov
                                                                                    *E-mail address*

                                                                                    (317) 233-6143
                                                                                    *Telephone number*

                                                                                    (317) 232-7979
                                                                                    *FAX number*