UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

**FRANK AND WATKINS' MOTION TO STRIKE THE DECLARATION OF PROFESSOR ROBERT H. KLONOFF (DKT. 900-2)**

Pursuant to Federal Rule of Evidence 702 and Civil Local Rule 26.2(C), Objectors Frank and Watkins move to strike the Declaration of Professor Robert H. Klonoff (Dkt. 900-2) for the reasons set forth in the accompanying memorandum of law.

Dated: December 9, 2019.      /s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Hamilton Lincoln Law Institute
1629 K Street, NW Suite 300
Washington, DC 20036
Phone: (573) 823-5377
Email: melissa.holyoak@hlli.org

*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: December 9, 2019.                                           /s/ Melissa A. Holyoak