## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:17-md-2800-TWT |
| CONNIE ANN GUILLEN, <br><br> Plaintiff, <br> v. <br><br> EQUIFAX, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-05224-TWT |

## <u>ORDER</u>

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the above individual civil action related to this MDL action.

SO ORDERED, this 9th day of December, 2019.


/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE