## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC - 5 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/2019

**SUPPLEMENT TO OBJECTION**

There is one more case that the objector filed an objection in and forgot about until a phone call gave me an indirect heads up. I thank that firm in Detroit, Michigan, you know who you are.

Polyurethane Foam Antitrust Litigation 10-md-2196, Toledo Ohio.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*[signature]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com P: 248-635-3810   November 19, 2019

This document was mailed to the administrator via first class mail on the same day the objection was mailed, three hours apart.

*[signature]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com P: 248-635-3810   November 19, 2019

Exhibit 1

# Check Your Eligibility

Use the form below to find out if your information was impacted and if you are a class member.

Last Name

andrews

Last 6 Digits of Social Security Number
******

# Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

From 09-12-19

Checked three times

# Exhibit 2

# EQUIFAX DATA BREACH SETTLEMENT

## Your Claim Summary

## Your Information

| | |
|---|---|
| First Name | Christopher |
| Last Name | Andrews |
| Middle Initial | |
| Alternative Name | |
| Mailing Address | PO Box 530394 |
| Apt No | |
| City | Livonia |
| Country | United States of America |
| State | Michigan |
| Zip Code | 48153-0394 |
| Phone Number |  |
| Email Address | caaloa@gmail.com |
| Year of Birth | |

## Credit Monitoring: Free Service or Cash Payment

☑ Option 1, Credit Monitoring: I want to receive free, three-bureau credit monitoring.

## Cash Payment: Time Spent

⊘ No spent time

## Cash Payment: Money You Lost or Spent

⊘ No money lost or spent

## Supporting Documents

⊘ No documents selected

## Your Signature

Your claim will not be received by the Settlement Administrator until you click the submit button after your electronic signature. For security reasons, once you hit submit, you **will not** be able to make any changes to your claim form through this portal, however, you will still be able to go into the portal to upload supporting documentation if you haven't done so. If you later decide you need to change any of the information on your claim form, you will need to reach out to the Settlement Administrator directly.

☑ I affirm under the laws of the United States that the information I have supplied in this claim form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

☑ I understand that I may be asked to provide more information by the Settlement Administrator before my claim is complete.

Christopher Andrews

Date   September 12, 2019



SUCCESS ✔

Your claim form has been submitted successfully

Your claim number is: ███████

9/12/2019, 9:21 AM

Exhibit 3

Tracking cookies on the Home Page Of Website and In Each Section and Document

Advertising
Twitter
2 Trackers
"Our mission: To give everyone the power to create and share ideas and information instantly, without barriers."
Continue to full tracker profile
Detected tracker URLs:
https://static.ads-twitter.com/uwt.js
1 ad
GoogleAdWords
Google (www.google.com) operates the Google Display Network a collection of millions of websites and mobile applications that are powered by display advertising, including many Google services like Y...
Continue to full tracker profile
Detected tracker URLs:
https://www.googleadservices.com/pagead/conversion_async.js

Essential
1 Tracker
Google Tag Manager
Google (www.google.com) operates the Google Display Network a collection of millions of websites and mobile applications that are powered by display advertising, including many Google services like Y...
Continue to full tracker profile
Detected tracker URLs:
https://www.googletagmanager.com/gtag/js?id=UA-143121829-1https://www.googletagmanager.com/gtag/js?id=AW-728851818

Site Analytics
1 Tracker
Google Analytics
Google (www.google.com) operates the Google Display Network a collection of millions of websites and mobile applications that are powered by display advertising, including many Google services like Y...
Continue to full tracker profile
Detected tracker URLs:
https://www.google-analytics.com/analytics.js

"We constantly innovate to simplify the business of digital advertising, so that customers can amplify their brand stories across audiences, channels and screens in the most creative, engaging and ef...

Continue to full tracker profile

Detected tracker URLs:

https://bat.bing.com/bat.js


Social Media
Facebook Connect
1 Tracker
Getting tracker description...



Detected tracker URLs:
https://connect.facebook.net/en_US/fbevents.js
List View


Cookie  _fbp:"fb.1.1566071434604.2098293356"

## About this cookie: fbp

Used by Facebook to deliver a series of advertisement products such as real time bidding from third party advertisers

The main purpose of this cookie is: **Targeting/Advertising**

 https://cookiepedia.co.uk/cookies/_fbp

Cookies first seen on the website and all sections on 8-28-19 and last seen 11-19-19.