11/27/19

Clerk of the Clerk

United States District Court

75 Ted Turner Dr NW Suite 2211

Atlanta, GA 30303

Via Priority Mail



RE: Illegal Holding of Equifax Consumer Data Breach Objection(s) By JND Legal Administration Docket No. 2800 No. 1:17-md-2800-TWT

Dear Clerk of the Court and Judge Thrash, Jr.,

The objection, exhibits, motion to seal and sealed document itself are duplicates of the original submission sent to JND Legal Administration on November 19, 2019. This letter and Exhibits 4-7 should also be included with the attached filing that should all appear on Pacer. It is not part of the 25 page limit for objections.

Apparently JND Legal Administration, with class counsel's approval, has corrupted the administration of this class action process by withholding objection(s) filed in this case from the court. This helps the parties obtain an approval by creating a crooked rigged game. This is unfair, unreasonable, inadequate, it violates Rule 23, is bad faith, misconduct and looks criminal. The parties have committed fraud on the class and court by intentionally interfering with the judicial machinery in an attempt to gain an inflated $77 million in Inca fees and millions more in inflated administration costs by selling out the class.

I request they all be fired without fees, costs or expenses and an investigation by the FBI for possibly mail and wire fraud is warranted. Since class counsel and the court have made JND an agent of theirs by having objections be sent their by the class per the court filings, all parties are responsible for their actions and conduct. Exhibit 7 is my email chain with JND acknowledging their objection shell game. JND might have also lied to me in their email and may be withholding my objection only based on the sensational content it contains.

My objection was mailed on the deadline date of 11-19-19. Exhibit 4 is the payment receipt and the certified mail receipt all attached as one, which are dated and timed printed/stamped so my objection and supplement count as being timely and valid when mailed, which the parties are attempting to illegally prevent.

Exhibit 5. I had a feeling class counsel and JND Legal Administration might do this so I also took a picture at the post office showing the mailing date of 11-19-19 affixed to the envelope. I had already give class counsel a heads up three months ago that I would be filing an objection so they were apparently waiting to illegally seize it. When JND saw they were in the objection for their egregious conduct as well, they had even more of a reason to illegally hide the objection, the motion and sealed document from reaching the court so it would never be seen and considered thereby defrauding the class, court and legal system. Who knew what and when is what I and 147.9 million class members want and have a right to know.

Exhibit 6 is the mailing receipt for the supplement to the objection which was sent via first class mail on 11-19-19. Included are the payment receipt and a hand written receipt from the postal employee showing where it was being mailed to.

I request that all objections filed with the unethical and duplicitous JND Legal Administration be forwarded to your attention and be considered timely filed.

This is a crooked rigged system and the 147.9 million people became Ponzi styled pawns in JND's and class counsel's dash for their cash at the expense of the class. JND Legal Administration should be sued in a class action lawsuit and force them into a settlement worth tens of millions and then shut down. How many times have they done this in other class actions?

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com P: 248-635-3810    November 27, 2019

11/27/19

Clerk of the Clerk

United States District Court

75 Ted Turner Dr NW Suite 2211

Atlanta, GA 30303

Via Priority Mail

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC -5 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

RE: Illegal holding of Equifax Consumer Data Breach Objection(s) By JND Legal Administration Docket No. 2800 No. 1:17-md-2800-TWT

Dear Clerk of the Court,

The objection and attachments to it is a duplicate of the original. This letter and exhibits to it should also be included with the attached filing that should all appear on Pacer. It is not part of the 25 page limit for objections.

Apparently JND Legal Administration, with class counsel's approval, is withholding objection(s) filed in this case to help the parties obtain a approval by creating a crooked rigged game, it's illegal. The parties have committed fraud on the class and court by intentionally interfering with the judicial machinery in an attempt to gain $77 million in fees. I request they all be fired without fees, costs or expenses and investigated by the FBI. See attached Exhibit 7.

JND might have lied to me and may only be holding my objection based on the sensational content it contains and using their excuse as a false flag.

Page **1** of **4**

My objection was mailed on the deadline date 11-19-19. Exhibit 4 is the payment receipt and also the certified mail receipt are all attached as one which are dated and timed printed/stamped so it should count as being timely and valid.

Exhibit 5. I had a feeling JND Legal Administration would do this so I also took a picture at the post office showing the mailed date affixed to the envelope. I had already give class counsel a heads up three months ago that I would be filing an objection so they were apparently waiting to illegally seize it. When JND also saw they were in the objection they had more reason to illegally hide the objection, the motion and sealed document from reaching the court so it would never be seen and considered thereby defrauding the class, court and legal system.

Exhibit 6 is the mailing receipt for the supplement to the objection also mailed on the last day that is the payment receipt and a hand written receipt from the postal employee showing where it was being mailed to. What a crooked rigged system.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com P: 248-635-3810   November 26, 2019

Exhibit 4

```
==========================================
              LAKELAND
           9680 KRESS RD
       LAKELAND, MI 48143-9998
              255150-0143
             (800)275-8777
          11/19/2019 12:21 PM
==========================================
==========================================
------------------------------------------
Product          Qty    Unit      Price
                        Price
------------------------------------------
First-Class Mail®  1    $2.05     $2.05
Large Envelope
  (Domestic)
  (SEATTLE, WA 98111)
  (Weight:0 Lb 8.00 Oz)
  (Estimated Delivery Date)
  (Friday 11/22/2019)
Certified                         $3.50
  (USPS Certified Mail #)
  (70171450000125522361)
Return Receipt                    $2.80
  (USPS Return Receipt #)
  (9590940302505155596187)
------------------------------------------
Total:                            $8.35
------------------------------------------

------------------------------------------
Cash                             $20.00
Change                          ($11.65)
------------------------------------------

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


         Preview your Mail
        Track your Packages
        Sign up for FREE @
       www.informeddelivery.com


All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

        HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

               Go to:
     https://postalexperience.com/Pos

     840-5481-0027-002-00017-34296-02

          or scan this code with
            your mobile device:
```



```
         or call 1-800-410-7420.
            YOUR OPINION COUNTS
```



Exhibit 5






```
U.S. POSTAGE PAID
FCM LG ENV
LAKELAND, MI
48143
NOV 19, 19
AMOUNT
$8.35
R2305K137140-99
```

CERTIFIED MAIL

0001 5552 2363

ix Data Breach Class Action
[illegible] Administrator
[illegible] Direction
[illegible]
[illegible]
[illegible]

**Tracking History**

**November 22, 2019, 8:30 am**
Delivered, PO Box
SEATTLE, WA 98111
Your item has been delivered and is available at a PO Box at 8:30 am on November 22, 2019 in SEATTLE, WA 98111.

---

**November 22, 2019, 7:17 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**November 22, 2019, 6:36 am**
Arrived at Unit
SEATTLE, WA 98101

---

**November 21, 2019, 3:15 pm**
Arrived at USPS Regional Destination Facility
SEATTLE WA DISTRIBUTION CENTER

---

**November 21, 2019**
In Transit to Next Facility

---

**November 20, 2019, 12:29 am**
Arrived at USPS Regional Origin Facility
PONTIAC MI DISTRIBUTION CENTER

---

**November 19, 2019, 4:56 pm**
Departed Post Office
LAKELAND, MI 48143

---

**November 19, 2019, 12:19 pm**
USPS in possession of item
LAKELAND, MI 48143

Exhibit 6

*[handwritten: SUPP TO EQUIFAX]*

```
==========================================
              LAKELAND
           9680 KRESS RD
        LAKELAND, MI 48143-9998
             255150-0143
            (800)275-8777
         11/19/2019 03:16 PM
==========================================
==========================================

Product            Qty   Unit    Price
                         Price

First-Class Mail®   1    $1.00   $1.00
Large Envelope
  (Domestic)
  (SEATTLE, WA  98111)
  (Weight:0 Lb 0.90 Oz)
  (Estimated Delivery Date)
  (Friday 11/22/2019)

Total:                           $1.00


Cash                             $1.00
```

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5481-0027-002-00017-34708-02

or scan this code with
your mobile device:

*[QR code]*

or call 1-800-410-7420

Receipt
Clerk: 99

To:
JND Legal Administration
PO Box 91318
Seattle WA 98111-9418

A



or call 1-800-410-7420

Recei... 99
Clerk:

Exhibit 7

  Gmail

caaloa . <caaloa@gmail.com>

## Missing Objection Equifax Inc. Consumer Data Breach- Priority High
5 messages

**caaloa** <caaloa@gmail.com>  
To: info@jndla.com

Tue, Nov 26, 2019 at 4:20 PM

Hello,
You received an objection from me last Friday at 8:30 am. for the Equifax Inc Consumer Data Breach Class Action Settlement but it it is still not on the docket as of today. The case number is 2017-md-02800. Please contact me before Friday 12:00 pm as to where the objection is.
Thank You,
Christopher Andrews

---

**Wes Alford** <Wes.Alford@jndla.com>  
To: "caaloa@gmail.com" <caaloa@gmail.com>

Tue, Nov 26, 2019 at 4:38 PM

Mr. Andrews:

JND Legal Administration is in receipt of your objection. JND does not file objections with the court on behalf of class members.

Thanks,
Wes

Wes Alford
SENIOR DIRECTOR, OPERATIONS
JND Class Action Administration
o: 206.788.8755 | Wes.Alford@jndla.com | www.jndla.com | LinkedIn.com

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

**caaloa** <caaloa@gmail.com>　　　　　　　　　　　　　　　　　　　Tue, Nov 26, 2019 at 4:50 PM
To: Wes Alford <Wes.Alford@jndla.com>

Shouldn't you be sending it to the court, like say the day you received it?
[Quoted text hidden]

---

**caaloa** <caaloa@gmail.com>　　　　　　　　　　　　　　　　　　　Tue, Nov 26, 2019 at 4:51 PM
To: Wes Alford <Wes.Alford@jndla.com>

The long notice said to send it to you. You are supposed to mail iot to the court!
[Quoted text hidden]

---

**caaloa** <caaloa@gmail.com>　　　　　　　　　　　　　　　　　　　Tue, Nov 26, 2019 at 5:03 PM
To: Wes Alford <Wes.Alford@jndla.com>

From the long notice
"To be considered by the Court, your objection letter must be filed electronically with the Court by 11/19/2019 or mailed, postmarked no later than 11/19/2019, to the following addresses: Equifax Data Breach Class Action Settlement Administrator Attn: Objection c/o JND Legal Administration P.O. Box 91318 Seattle, WA 98111-9418

I request you mail it tomorrow by Priority Mail with proof you mailed it to me, tracking number is acceptable. If you don't do that by tomorrow 5:00 pm I will send a copy to the court with your response and to others. What a con.
Christopher Andrews
[Quoted text hidden]

Dear Administrator and Clerk of the Court,

There Are Multiple Legal Documents In This Envelope. One of Them Is A Sealed Document. These Federal Filings Should Not Be Viewed Or Copied. Please Send Them And This Cover Sheet To The Clerk of the Court.

Thank You.