# PRIORITY MAIL

0 Lb 12.10 Oz
1004

EXPECTED DELIVERY DAY:

SHIP TO:
ATLANTA GA 30303

USPS TRACKING® NUMBER



9505 5116 1330 9331 3738 62

## PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

FROM:

Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394



TO:

Clerk of the Court
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive
Atlanta, GA 30303-3309

"District Court" (handwritten)

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.