UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No.  1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/2019

**Motion To Seal Objector's Home Address**

Since the hundreds of lawyers, the ninety plus named plaintiffs and the lawyers with defense counsel did not have to disclose their home address for the world to see and possibly be subjected to harassment at their residence, neither should any of the objectors. This objector requests his address be sealed from public view. The lawyers can see the address if they choose. A separate sealed document includes his residential address.

This motion should be granted.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394 E: caaloa@gmail.com P: 248-635-3810   11/19/19.

This motion to seal the address and the sealed document itself was mailed to the administrator with the objection and exhibits on 11/19/19 by prepaid, first class, certified, return receipt mail.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394 E: caaloa@gmail.com P: 248-635-3810   11/19/19.