UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/19

**MOTION TO REMOVE CLASS COUNSEL, THE STEERING COMMITTEE, JND LEGAL ADMINISTRATION, THE NAMED PLAINTIFFS AND DEFENSE COUNSEL**

For all the reasons listed in this objector's objection and correspondence, (which are still not on the docket after being mailed on 11/19/19) the objector requests that Class Counsel, the Steering Committee, JND Legal Administration, and the named plaintiffs all be removed from their positions without fees, costs or expenses because they violated 23(a)(4), 23(g)(4) and are clearly inadequate due to the misconduct they have engaged by colluding in a duplicitous scheme to sellout the class in this settlement. They committed and covered-up an egregious number of errors, mistakes, blunders, double crossed the class and obstructed justice, all in an attempt to collect $77 million in fees and millions in costs and expenses and allow Equifax to escape justice with a slap on the wrist.

Defense counsel should be removed and ordered to forfeit the fees they have been paid by Equifax for their part in this scheme by depositing those fees not back to the defendant, but rather into the Consumer Restitution Fund for the benefit of the class. The court can also remove all of them sua sponte on December 19, 2019.

Also, the parties have deleted some of the cookies on the class website that I pointed out in my objection on Sunday November 30, 2019, the cover-up continues.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*[signature]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com  P: 248-635-3810   December 03, 2019

## Proof of Service

I certify under penalty of perjury that on this day December 03, 2019 the objector mailed one copy of this three page motion, not to the duplicitous, traitorous JND Legal Administration, but rather directly to the court (which is where everything should have been directed to in the first place) at the address below via postage paid, first class mail; Clerk of the Court, United States District Court for the Northern District of Georgia, 75 Ted Turner Drive SW, Atlanta, Georgia 30303-3309.

*[signature]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com  P: 248-635-3810   December 03, 2019