Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-03




U.S. POSTAGE PAID
FCM LG ENV
LAKELAND, MI
48143
DEC 03, 19
AMOUNT
$1.00
1000   30303   R2305K137140-4

Clerk of the Court
United States District Court for the
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309



DEC - 6 2019
U.S. Marshals