UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC - 9 2019

JAMES N. HATTEN, Clerk
BY: _____ Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No.  1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/19

**MOTION TO REMOVE CLASS COUNSEL, THE STEERING**

**COMMITTEE, JND LEGAL ADMINISTRATION, NAMED**

**PLAINTIFFS AND DEFENSE COUNSEL FOR MISCONDUCT**

Defense counsel should be removed and ordered to forfeit the fees they have been paid by Equifax for their part in this scheme by returning those fees not back to the defendant, but rather depositing the fees into the Consumer Restitution Fund for the benefit of the class. The court can also remove all of them sua sponte on 11/19/19. Also, the parties have colluded and deleted some of the cookies in numerous sections on the class website on Sunday November 30, 2019 that I pointed out in my objection which I will discuss at the hearing. The cover-up continues.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394   E: caaloa@gmail.com P: 248-635-3810   December 05, 2019

## Proof of Service

I certify under penalty of perjury that on this day December 05, 2019 the objector mailed one copy of this three page motion, not to the duplicitous, traitorous JND Legal Administration, but rather directly to the court (which is where everything should have been directed to in the first place) at the address below via Priority mail to the Clerk of the Court, Richard B. Russell Federal Building, United States District Court for the Northern District of Georgia, 75 Ted Turner Drive NW, Ste 2211, Atlanta, Georgia 30303-3309. Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394 E: caaloa@gmail.com P: 248-635-3810   December 05, 2019

# Exhibit 1

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Christopher Andrews
PO Box 530394
Livonia, MI 48153-0394

USPS TRACKING#

9590 9403 0250 5155 5961 87

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **Lisa A.**     ☐ Agent  ☐ Addressee |
| Equifax Data Breach Class Action Settlement Administrator<br>Attn: Objection<br>c/o JND Legal Administration<br>P.O. Box 91318<br>Seattle, WA 98111-9418 | B. Received by *(Printed Name)*    C. Date of Delivery |
|  | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>NOV 22 2019 |
| **9590 9403 0250 5155 5961 87** | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>Mail Restricted Delivery<br>00)    ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7017 1450 0001 2552 2361 |  |

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

 Gmail

caaloa . <caaloa@gmail.com>

## USPS® Item Delivered, PO Box 70171450000125522361
1 message

**auto-reply@usps.com** <auto-reply@usps.com>
To: caaloa@gmail.com

Fri, Nov 22, 2019 at 1:14 PM



Hello **chris Equifax obj,**

Your item has been delivered and is available at a PO Box at 8:30 am on November 22, 2019 in SEATTLE, WA 98111.

Tracking Number: **70171450000125522361**

## Delivered, PO Box



| Tracking & Delivery Options |
| :---: |
| My Account |

Visit <u>USPS Tracking</u>® to check the most up-to-date status of your package. Sign up for <u>Informed Delivery</u>® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your <u>USPS.com</u> account.

Want regular updates on your package? <u>Set up text alerts</u>.

 Gmail

<div align="right">caaloa . &lt;caaloa@gmail.com&gt;</div>

## Ticket#412379/FW: Missing Objection Equifax Inc. Consumer Data Breach- Priority High -- Has Been Updated

2 messages

---

**Equifax Breach Settlement Administrator** &lt;info@equifaxbreachsettlement.com&gt;      Wed, Nov 27, 2019 at 2:20 PM

To: caaloa@gmail.com

--REPLY above this line to respond--

Your ticket 412379 - FW: Missing Objection Equifax Inc. Consumer Data Breach- Priority High, has been updated.

Dear Christopher,

Thank you for your email.

We have received your Objection letter and it is being processed.

Regards,
Equifax Data Breach Settlement Administrator

---

**caaloa** &lt;caaloa@gmail.com&gt;      Wed, Nov 27, 2019 at 6:40 PM
To: Equifax Breach Settlement Administrator &lt;info@equifaxbreachsettlement.com&gt;

Since you filed to honor my request, costing me a lot of hours and money, I will take this up with the court and others.
[Quoted text hidden]

# Exhibit 2

From the settlement agreement:

14.1.3 Establishing and maintaining a post office box for mailed written objections and notifications of exclusion from the Settlement Class

14.1.10 Processing all objections and requests for exclusion from the Settlement

Class14.1.12 Receiving requests for exclusion and objections from Settlement Class Members and promptly providing copies thereof to Class Counsel and Defendants' Counsel