PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.** Retail

US POSTAGE PAID
$7.35
Origin: 48143
12/05/19
2551500143-99

PRIORITY MAIL 2-DAY ®

0 Lb 3.40 Oz
1004

EXPECTED DELIVERY DAY: 12/09/19

C039

SHIP TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING® NUMBER



9505 5122 9147 9339 1467 64



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2


CLEARED
DEC -9 2019
U.S. Marshals
Atlanta Ga

**PRIORITY MAIL**  UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

TO:

Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, NW Ste. 2211
Atlanta, GA 30303-3309

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.