**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## CONSENT MOTION FOR ENLARGEMENT OF PAGE LIMIT

Pursuant to this Court's Order Directing Notice (Dkt. 742), the Consumer Plaintiffs filed their Motion for Final Approval of Proposed Settlement on December 5, 2019 (Dkt. 903). Under this Court's Local Rules, briefs in support of or in response to a motion are limited to 25 pages in length. L.R. 7.1D. In advance of the final approval hearing set for December 19, 2019, Equifax intends to submit a Response in Support of Final Approval for the Court's consideration. With respect to its forthcoming Response, Equifax seeks a 10-page enlargement of the 25-page limitation for response briefs, for a total permitted length of 35 pages, in order to adequately address final approval of the proposed settlement and to respond to objections to the settlement.

Counsel for Equifax and the Consumer Plaintiffs have conferred, and the Consumer Plaintiffs consent to the relief requested in this Motion.

1

WHEREFORE, Equifax respectfully requests that the Court enlarge the page limitations for Equifax's forthcoming Response in Support of Final Approval to 35 pages. A proposed order is attached for the Court's consideration.

Respectfully submitted this 12th day of December, 2019.

/s/ S. Stewart Haskins II
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted this 12th day of December, 2019.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
