AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Equifax Customer Data Security Breach Lit. ) <br> *Plaintiff* ) <br> v. ) <br> Consumer Actions ) <br> *Defendant* ) | Case No.  1:17-md-2800-TWT |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts, Amicus Curiae

Date:    12/12/2019

*Attorney's signature*

Jared Rinehimer (MA Bar #684701)
*Printed name and bar number*

Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108

*Address*

jared.rinehimer@mass.gov
*E-mail address*

(617) 963-2594
*Telephone number*

(617) 727-4765
*FAX number*