# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF PAGE LIMIT

Before the Court is Equifax's Consent Motion for Enlargement of Page Limit. Upon a review of the Motion and the record, and for other good cause shown, the Motion is GRANTED. Equifax may file a brief in response to the Consumer Plaintiff's Motion for Final Approval of Proposed Settlement not to exceed 35 pages.

SO ORDERED this 12th day of December, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE