**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**NOTICE OF FILING DECLARATION OF JENNIFER M. KEOUGH SUBMITTED IN ACCORDANCE WITH THE COURT'S DECEMBER 6, 2019 ORDER REGARDING [899] NOTICE OF FILING**

Court-appointed Co-Lead Counsel and the Plaintiffs' Steering Committee for the Consumer Track in this multidistrict action are, contemporaneously with this notice, filing the Declaration of Jennifer M. Keough Submitted in Accordance with the Court's December 6, 2019 Order Regarding [899] Notice of Filing.

Per Ms. Keough's declaration, the following seven[1] individuals have indicated that they will be attending the Court's December 19 hearing:

1. Christopher Andrews;

2. James Burns;

---

[1] Objector Shiyang Huang sought to appear telephonically at the hearing, which the Court denied on November 14, 2019. [Doc. 873]

3. Raymond Cascio (who indicated that he "expect[s] to be represented by an attorney")[2];

4. Theodore Frank (represented by Melissa Holyoak);

5. Michael Steele;

6. David Watkins (represented by Melissa Holyoak); and

7. Mikell West (represented by Christopher Bandas, Robert Clore, and Jerome Froelich).

The following individuals have indicated that they "may" attend the hearing: Scott Anecito, Patrick Baggett, Jeff Baker, Gary Banks, Julia Bartholomew-King, Lauren Bendiksen, Matthew Bendiksen, Anita Bernstein, Ken Barry, Kenneth Black, Brett Boller, William Bonney, David Bony, Madelaine Boothby, Daniel Boyd, David Bratslavsky, Charles Brendon, Michael Bretholz, Deanne Broughton, George Bruno, Lisa Burr, Lori Capron, Ronald Capron, Adele Ciccaglione, Latesha Clifton, Samuel Cox, Michael Craven, John Crowell, Joe Cseko, Amy Dickey, Stephen Elliott, Alison Fields, Paula Filseth, James Foster, Patrick Frank, Grace Fryberger, Nathan Fulton, Steven Ginzberg, Jeremy Goodman, Kelly Hagen, Nicki Hernandez, Matthew Holloway, Barbara Hueter, Kelly Jackson, Jennifer Johnston,

---

[2] Mr. Cascio filed his objection via the objection bot created by Class Action Inc. The objection bot did not indicate who his attorney would be.

Jennifer Lewis, Nicholas Macdonald, Kerry Maldonado, Qunay Marshall, Mark Moore, Debra Preston, Jordan Snyder, Nathan Twitchell, Matthew Vaughn, and Lauren Wagner.

Respectfully submitted this 12th day of December, 2019.

/s/ *Kenneth S. Canfield*
Kenneth S. Canfield
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309

/s/ *Amy E. Keller*
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street,
Eleventh Floor
Chicago, Illinois 60602

/s/ *Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

*Consumer Plaintiffs' Co-Lead Counsel*

Roy E. Barnes
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060

David J. Worley
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, DC 20006

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza, 19th Floor
New York, New York 10119

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224

Jason R. Doss
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, GA, 30303

*Consumer Plaintiffs' State Court Coordinating Counsel*

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

>/s/ Amy E. Keller
>Amy E. Keller

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, a copy of the **Notice of Filing Declaration of Jennifer M. Keough** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

<i>/s/ Amy E. Keller</i><br>
Amy E. Keller