AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Equifax Customer Data Security Breach Lit. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| Consumer Actions ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts, Amicus Curiae   .

Date:   12/13/2019

/s/ Sara Cable
*Attorney's signature*

Sara Cable (MA Bar # 667084)
*Printed name and bar number*
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108

*Address*

sara.cable@mass.gov
*E-mail address*

(617) 727-2200
*Telephone number*

(617) 727-4765
*FAX number*