# EXHIBIT 2



SUPREME COURT OF GEORGIA
Case No. S19C0007

Atlanta, April 29, 2019

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed.

## CHRISTINE COLLINS et al. v. ATHENS ORTHOPEDIC CLINIC, P.A.

Court of Appeals Case No. A18A0296

The Supreme Court today granted the writ of certiorari in this case. All the Justices concur, except Blackwell, Boggs, Peterson, and Ellington, JJ., who dissent.

This case will be assigned to the August 2019 oral argument calendar automatically under Supreme Court Rule 50 (2), as amended September 13, 1996. Oral argument is mandatory in granted certiorari cases.

This Court is particularly concerned with the following issue or issues:

Did the Court of Appeals err in affirming the dismissal of the complaint on the ground that the plaintiffs failed to allege a legally compensable injury?

Briefs should be submitted only on these points. See Supreme Court Rule 45.

**SUPREME COURT OF THE STATE OF GEORGIA**

Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Therese S. Barnes*, Clerk