# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 ) Case No.: 1:17-md-2800-TWT ) ) ALL CASES ) |

## PLAINTIFFS' MOTION TO PROVISIONALLY SEAL ECF NO. 928

Plaintiffs, by and through their counsel, move for this Court to provisionally seal the letter brief submitted by Plaintiffs at ECF No. 928. In support of their motion, Plaintiffs refer to their attached brief in support.

Plaintiffs respectfully request that the Court enter the attached proposed order.

Dated: December 18, 2019              Respectfully submitted,

*/s/ Joseph P. Guglielmo*             */s/ Gary F. Lynch*
Joseph P. Guglielmo                   Gary F. Lynch
**SCOTT+SCOTT ATTORNEYS**             **CARLSON LYNCH, LLP**
**AT LAW LLP**                        1133 Penn Avenue, 5th Floor
230 Park Avenue, 17th Floor           Pittsburgh, Pennsylvania 15222
New York, New York 10169              Tel. 412.322.9243
Tel. 212.223.6444                     glynch@carlsonlynch.com
jguglielmo@scott-scott.com

*Financial Institution Plaintiffs' Co-Lead Counsel*

Craig A. Gillen                       MaryBeth V. Gibson
**GILLEN WITHERS & LAKE,**            **THE FINLEY FIRM, P.C.**
**LLC**                               3535 Piedmont Road
3490 Piedmont Road, N.E.              Building 14, Suite 230
One Securities Centre, Suite 1050     Atlanta, Georgia 30305
Atlanta, Georgia 30305                Tel. 404.320.9979
Tel. 404.842.9700                     mgibson@thefinleyfirm.com

1

cgillen@gwllawfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel. 404.572.4600
ranse@conleygriggs.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

| | |
|---|---|
| Arthur M. Murray<br>**MURRAY LAW FIRM**<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br>Tel. 504.525.8100<br>amurray@murray-lawfirm.com | Stacey P. Slaughter<br>**ROBINS KAPLAN LLP**<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>Tel. 612.349.8500<br>sslaughter@robinskaplan.com |
| Charles H. Van Horn<br>**BERMAN FINK VANHORN P.C.**<br>3475 Piedmont Road, Suite 1100<br>Atlanta, Georgia 30305<br>Tel. 404.261.7711<br>cvanhorn@bfvlaw.com | Allen Carney<br>**CARNEY BATES & PULLIAM, PLLC**<br>519 W. 7th Street<br>Little Rock, Arkansas 72201<br>Tel. 501.312.8500<br>acarney@cbplaw.com |
| Bryan L. Bleichner<br>**CHESTNUT CAMBRONNE PA**<br>17 Washington Avenue North<br>Suite 300<br>Minneapolis, Minnesota 55401<br>Tel. 612.339.7300<br>bbleichner@chestnutcambronne.com | Karen Hanson Riebel<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, Minnesota 55401<br>Tel. 501.812.5575<br>khriebel@locklaw.com |

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

*Financial Institution Plaintiffs' Steering Committee*