# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) ALL CASES <br> ) |

### [PROPOSED] ORDER PROVISIONALLY SEALING ECF NO. 928

Before the Court is Plaintiffs' motion to provisionally seal ECF No. 928. The Motion is GRANTED. The Clerk is directed to provisionally seal ECF No. 928.

SO ORDERED this ___ day of December, 2019.

_____

THOMAS W. THRASH, JR.

UNITED STATES DISTRICT JUDGE

1