UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 8 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/2019

12/13/19

# MOTION TO STRIKE EQUIFAX'S RESPONSE TO DOC 903

On December 12, 2019, seven days before the hearing, Equifax was granted permission to respond to Doc 903 by adding an up to thirty five page brief. That response is inappropriate and should be struck because the parties forgot to reserve that right to file that document in the Settlement Agreement they created.

The document should have been filed by December 05, 2019 when the plaintiffs were required to file their final papers. They should not be given a free pass.

This last second document does not allow the objector's and 147.9 million member class a fair reasonable and adequate amount of time to respond to that filing so the objector demands it be stricken from the record. Allowing it shows evidence of prejudice and bias against the class in a fight that the parties have already lost.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge. This document was mailed to the Clerk of the Court via first class mail and includes a duplicate of the Supplement to the Objection that appears to have become hung up somewhere between the post office and the Clerk of the Court's office.

*[signature]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com  P: 248-635-3810   December 13, 2019




```
U.S. POSTAGE PAID
FCM LG ENV
LAKELAND, MI
48143
DEC 13, 19
AMOUNT
$1.15
R2305K137140-44
```

1000   30303

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, NW Ste. 2211
Atlanta, GA 30303-3309

```
          LAKELAND
        9680 KRESS RD
    LAKELAND, MI 48143-9998
          255150-0143
          (800)275-8777
       12/13/2019 11:02 AM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope (Domestic) (ATLANTA, GA 30303) (Weight:0 Lb 2.00 Oz) (Estimated Delivery Date) (Monday 12/16/2019) | 1 | $1.15 | $1.15 |

Total: $1.15

Cash      $2.00
Change   ($0.85)

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5481-0027-002-00017-68406-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-54810027-2-1768406-2
Clerk: 44