UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 16 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/2019

12/13/19

**MOTION TO STRIKE EQUIFAX'S RESPONSE TO DOC 903**

On December 12, 2019, seven days before the hearing, Equifax was granted permission to respond to Doc 903 by adding an up to thirty five page brief. That response is inappropriate and should be struck because the parties forgot to reserve that right to file that document in the Settlement Agreement they created.

The document should have been filed by December 05, 2019 when the plaintiffs were required to file their final papers. They should not be given a free pass.

This last second document does not allow the objector's and 147.9 million member class a fair reasonable and adequate amount of time to respond to that filing so the objector demands it be stricken from the record. Allowing it shows evidence of prejudice and bias against the class in a fight that the parties have already lost.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge. This document was mailed to the Clerk of the Court via first class mail and includes a duplicate of the Supplement to the Objection that appears to have become hung up somewhere between the post office and the Clerk of the Court's office.

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com  P: 248-635-3810   December 13, 2019

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 16 2019

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No 2800<br>No. 1:17-md-2800-TWT |

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

Fairness Hearing Date 12/19/2019

12/13/19

**(SECOND SUBMISSION FOR MISSING SUPPLEMENT TO OBJECTION**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No 2800<br>No. 1:17-md-2800-TWT<br><br>**CONSUMER ACTIONS**<br><br>Chief Judge Thomas W. Thrash, Jr.<br><br>Fairness Hearing Date 12/19/2019 |

**SUPPLEMENT TO OBJECTION**

There is one more case that the objector filed an objection in and forgot about until a phone call gave me an indirect heads up. I thank that firm in Detroit, Michigan, you know who you are.

Polyurethane Foam Antitrust Litigation 10-md-2196, Toledo Ohio.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com  P: 248-635-3810   December 04, 2019

This document was mailed to the administrator via first class mail on the same day the objection was mailed, three hours apart.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

E: caaloa@gmail.com  P: 248-635-3810   December 04, 2019

There are multiple submissions in this envelope with one a chambers copy for the judge.