Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394





U.S. POSTAGE PAID
FCM LG ENV
LAKELAND, MI
48143
DEC 13, 19
AMOUNT
**$1.15**
R2305K137140-44

1000   30303

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, NW Ste. 2211
Atlanta, GA 30303-3309



CLEARED
DEC 16 2019
Marshals