# EXHIBIT F

```
 1                UNITED STATES DISTRICT COURT
 2                         FOR THE
 3        NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION
 4
 5
     IN RE: EQUIFAX, INC.,            MDL Docket No. 2800
 6   CUSTOMER DATA SECURITY BREACH
     LITIGATION                       No. 1:17-md-02800-TWT
 7
 8
 9                              /
10
11
12
13                  PROCEEDINGS IN LIEU OF
14                DEPOSITION OF REUBEN METCALFE
15
16
17              Stenographically Reported by
18     ANGELA SINCLAIR, CCRR, CRR, RPR, CSR No. 13902
19                   December 13, 2019
20
21
22              Aiken Welch Court Reporters
                One Kaiser Plaza, Suite 250
23               Oakland, California 94612
               (510) 451-1580/(877) 451-1580
24                 Fax:  (510) 451-3797
                    www.aikenwelch.com
25
```

Page 1

```
 1                        I N D E X

 2                                                    PAGE

 3    STATEMENT ON THE RECORD BY MR. BERGER            4

 4

 5

 6

 7                     E X H I B I T S

 8

 9

10

11

12

13

14

15              (No exhibits marked.)

16

17

18

19

20

21

22

23

24

25
```

```
 1                DEPOSITION OF REUBEN METCALFE
 2
 3            BE IT REMEMBERED, that pursuant to Subpoena,
 4     and on the 13th day of December 2019, commencing at the
 5     hour of 10:09 a.m., in the offices of Gibbs Law Group
 6     LLP, 505 14th Street, Suite 1110, Oakland, California,
 7     before me, ANGELA SINCLAIR, a Certified Shorthand
 8     Reporter, the following proceedings took place.
 9
10                          ---o0o---
11
12     APPEARANCES:
13     For the Consumer Plaintiffs:
14                DAVID BERGER
                  GIBBS LAW GROUP LLP
15                505 14th Street, Suite 1110
                  Oakland, California 94612
16                (510) 350-9713
                  dmb@classlawgroup.com
17
       For the Defendant EQUIFAX:
18
                  ROBERT GRIEST (Via telephone)
19                KING & SPALDING
                  1180 Peachtree Street, NE, Suite 1600
20                Atlanta, Georgia 30309
                  (404) 572-4600
21                rgriest@kslaw.com
22
       Also Present:
23
                  Cassia Leet, Videographer
24
25
```

Page 3

```
 1            S T A T E M E N T   O N   T H E   R E C O R D
 2                              --o0o---
 3            MR. BERGER:  This is David Berger, B-e-r-g-e-r,
 4    counsel for the consumer plaintiffs in the Equifax data
 5    breach litigation matter.
 6            We are here in my offices in Oakland,
 7    California, to take the deposition of Class Action,
 8    Inc., a third party to this matter.  I have received
 9    correspondence starting yesterday from an individual
10    purporting to be counsel for Class Action, Inc., though
11    he is not apparently licensed in any jurisdiction that
12    would permit him to practice or defend this deposition.
13            He has informed me that Class Action, Inc.,
14    will not appear in violation of the subpoenas that we
15    issued, that consumer plaintiffs issued and served upon
16    Class Action, Inc., and the related agreements to give
17    Class Action, Inc., several extensions to the time for
18    this deposition.
19            It's now 10:10 and no one has appeared, and I
20    have not heard back from counsel for Class Action, Inc.,
21    or putative counsel for Class Action, Inc., that they
22    will appear this morning and will have to rely on their
23    previous representations that the company will not
24    appear at the deposition.
25            Counsel for Equifax is also here
```

```
 1   telephonically.  Do you want to state your appearance?
 2          MR. GRIEST:  Yes.  This is Robert Griest,
 3   G-r-i-e-s-t, of King & Spalding representing the Equifax
 4   defendant in the Equifax MDL.
 5          MR. BERGER:  Because the witness is not here,
 6   we will hold the deposition open but will be unable to
 7   comply or unable to continue recording or asking
 8   questions today, or even to begin, and reserve all
 9   rights to seek further relief from the Court.
10          Is there anything else that you want to put on
11   the record for Equifax, Robert?
12          MR. GRIEST:  No.  That's it for Equifax.
13          MR. BERGER:  With that, we will conclude for
14   today.
15          (The proceedings concluded at 10:12 a.m.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                REPORTER'S CERTIFICATE

 2

 3         I, ANGELA SINCLAIR, a Certified Shorthand

 4   Reporter in and for the State of California, do hereby

 5   certify:

 6         That on December 13, 2019, I reported verbatim

 7   in shorthand writing the foregoing proceedings;

 8         That I thereafter caused my shorthand writing

 9   to be reduced to typewriting, and that the foregoing

10   transcript constitutes a full, true and correct

11   transcription of all proceedings had.

12         Executed this 13th day of December 2019.

13

14

15

16

17

18

19

20

21

22

23         ANGELA SINCLAIR, CCRR, CRR, RPR,

24         CSR 13902

25         State of California
```

Page 6

[& - litigation]

| & | 9 | comply 5:7 | exhibits 2:15 |
|---|---|---|---|
| **&** 3:19 5:3 | **94612** 1:23 3:15 | conclude 5:13 | extensions 4:17 |
| **0** | **a** | concluded 5:15 | **f** |
| **02800** 1:6 | **a.m.** 3:5 5:15 | constitutes 6:10 | **fax** 1:24 |
| **1** | **action** 4:7,10,13 4:16,17,20,21 | consumer 3:13 4:4 4:15 | **following** 3:8 |
| **10:09** 3:5 | **agreements** 4:16 | continue 5:7 | **foregoing** 6:7,9 |
| **10:10** 4:19 | **aiken** 1:22 | correct 6:10 | **full** 6:10 |
| **10:12** 5:15 | **angela** 1:18 3:7 6:3,23 | correspondence 4:9 | **further** 5:9 |
| **1110** 3:6,15 | **apparently** 4:11 | counsel 4:4,10,20 4:21,25 | **g** |
| **1180** 3:19 | **appear** 4:14,22,24 | court 1:1,22 5:9 | **g** 4:3 5:3 |
| **13** 1:19 6:6 | **appearance** 5:1 | crr 1:18 6:23 | **georgia** 1:3 3:20 |
| **13902** 1:18 6:24 | **appearances** 3:12 | csr 1:18 6:24 | **gibbs** 3:5,14 |
| **13th** 3:4 6:12 | **appeared** 4:19 | customer 1:6 | **give** 4:16 |
| **14th** 3:6,15 | **asking** 5:7 | **d** | **griest** 3:18 5:2,2 5:12 |
| **1600** 3:19 | **atlanta** 1:3 3:20 | **d** 2:1 4:1 | **group** 3:5,14 |
| **1:17** 1:6 | **b** | **data** 1:6 4:4 | **h** |
| **2** | **b** 2:7 4:3 | **david** 3:14 4:3 | **h** 2:7 4:1 |
| **2019** 1:19 3:4 6:6 6:12 | **back** 4:20 | **day** 3:4 6:12 | **heard** 4:20 |
| **21358** 6:22 | **berger** 2:3 3:14 4:3,3 5:5,13 | **december** 1:19 3:4 6:6,12 | **hold** 5:6 |
| **250** 1:22 | **breach** 1:6 4:5 | **defend** 4:12 | **hour** 3:5 |
| **2800** 1:5 | **c** | **defendant** 3:17 5:4 | **i** |
| **3** | **c** 4:1 | **deposition** 1:14 3:1 4:7,12,18,24 5:6 | **individual** 4:9 |
| **30309** 3:20 | **california** 1:23 3:6 3:15 4:7 6:4,25 | **district** 1:1,3 | **informed** 4:13 |
| **350-9713** 3:16 | **cassia** 3:23 | **division** 1:3 | **issued** 4:15,15 |
| **4** | **caused** 6:8 | **dmb** 3:16 | **j** |
| **4** 2:3 | **ccrr** 1:18 6:23 | **docket** 1:5 | **jurisdiction** 4:11 |
| **404** 3:20 | **certificate** 6:1 | **e** | **k** |
| **451-1580** 1:23,23 | **certified** 3:7 6:3 | **e** 2:1,7 4:1,1,1,1,3 4:3 5:3 | **kaiser** 1:22 |
| **451-3797** 1:24 | **certify** 6:5 | **equifax** 1:5 3:17 4:4,25 5:3,4,11,12 | **king** 3:19 5:3 |
| **5** | **class** 4:7,10,13,16 4:17,20,21 | **executed** 6:12 | **kslaw.com** 3:21 |
| **505** 3:6,15 | **classlawgroup.c...** 3:16 | | **l** |
| **510** 1:23,24 3:16 | **commencing** 3:4 | | **law** 3:5,14 |
| **572-4600** 3:20 | **company** 4:23 | | **leet** 3:23 |
| **8** | | | **licensed** 4:11 |
| **877** 1:23 | | | **lieu** 1:13 |
| | | | **litigation** 1:6 4:5 |

**[llp - yesterday]**

| llp  3:6,14 | q | states  1:1 | y |
|---|---|---|---|
| **m** | questions  5:8 | stenographically  1:17 | yesterday  4:9 |
| m  4:1<br>marked  2:15<br>matter  4:5,8<br>md  1:6<br>mdl  1:5 5:4<br>metcalfe  1:14 3:1<br>morning  4:22 | **r**<br>r  4:1,1,3,3 5:3<br>received  4:8<br>record  2:3 5:11<br>recording  5:7<br>reduced  6:9<br>related  4:16 | street  3:6,15,19<br>subpoena  3:3<br>subpoenas  4:14<br>suite  1:22 3:6,15<br>  3:19 | |
| **n** | relief  5:9 | **t** | |
| n  2:1 4:1,1<br>ne  3:19<br>northern  1:3 | rely  4:22<br>remembered  3:3<br>reported  1:17 6:6<br>reporter  3:8 6:4 | t  2:7 4:1,1,1,1 5:3<br>take  4:7<br>telephone  3:18<br>telephonically  5:1<br>third  4:8 | |
| **o** | reporter's  6:1 | time  4:17 | |
| o  4:1,1<br>o0o  3:10 4:2<br>oakland  1:23 3:6<br>  3:15 4:6<br>offices  3:5 4:6<br>open  5:6 | reporters  1:22<br>representations<br>  4:23<br>representing  5:3<br>reserve  5:8<br>reuben  1:14 3:1 | today  5:8,14<br>transcript  6:10<br>transcription  6:11<br>true  6:10<br>twt  1:6<br>typewriting  6:9 | |
| **p** | rgriest  3:21 | **u** | |
| page  2:2<br>party  4:8<br>peachtree  3:19<br>permit  4:12 | rights  5:9<br>robert  3:18 5:2,11<br>rpr  1:18 6:23 | unable  5:6,7<br>united  1:1 | |
|  | **s** | **v** | |
| place  3:8<br>plaintiffs  3:13 4:4<br>  4:15<br>plaza  1:22 | s  2:7 4:1 5:3<br>security  1:6<br>seek  5:9<br>served  4:15 | verbatim  6:6<br>videographer  3:23<br>violation  4:14 | |
| practice  4:12<br>present  3:22<br>previous  4:23<br>proceedings  1:13<br>  3:8 5:15 6:7,11<br>purporting  4:10<br>pursuant  3:3<br>put  5:10<br>putative  4:21 | shorthand  3:7 6:3<br>  6:7,8<br>signature  6:22<br>sinclair  1:18 3:7<br>  6:3,23<br>spalding  3:19 5:3<br>starting  4:9<br>state  5:1 6:4,25<br>statement  2:3 | **w**<br>want  5:1,10<br>welch  1:22<br>witness  5:5<br>writing  6:7,8<br>www.aikenwelc...<br>  1:24 | |
| | | **x** | |
| | | x  2:1,7 | |

Page 2

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.