# EXHIBIT G

| TIME SUMMARY FOR INCEPTION TO NOVEMBER 30, 2019 | | | TIME SUMMARY FOR DECEMBER 1 - 17, 2019 | | | |
|---|---|---|---|---|---|---|
| Firm | Total by Firm | Total by Firm | | Total by Firm | Total by Firm | |
| | Hours | Lodestar | Hours | Lodestar | Hours | Lodestar |
| **Court Appointed Leadership** | | | | | | |
| Barnes Law Group, LLC | 3,369.60 | $1,930,503.50 | 116.00 | $66,336.50 | 3,485.60 | $1,996,840.00 |
| Cohen Milstein Sellers & Toll, PLLC | 1,448.40 | $982,651.00 | 0.00 | $0.00 | 1,448.40 | $982,651.00 |
| DiCello Levitt Gutzler | 4,541.10 | $3,175,577.50 | 160.30 | $117,654.00 | 4,701.40 | $3,293,231.50 |
| Doffermyre Shields Canfield & Knowles, LLC | 3,157.70 | $3,157,700.00 | 157.60 | $157,600.00 | 3,315.30 | $3,315,300.00 |
| Doss Firm, LLC | 1,141.80 | $720,030.00 | 0.00 | $0.00 | 1,141.80 | $720,030.00 |
| Evangelista Worley LLC | 611.20 | $374,242.50 | 0.00 | $0.00 | 611.20 | $374,242.50 |
| Gibbs Law Group LLP | 2,333.10 | $1,302,122.50 | 59.20 | $39,197.50 | 2,392.30 | $1,341,320.00 |
| Griffin & Strong P.C. | 221.70 | $92,965.00 | 0.00 | $0.00 | 221.70 | $92,965.00 |
| Hausfeld LLP | 2,291.40 | $1,296,298.00 | 114.40 | $74,944.00 | 2,405.80 | $1,371,242.00 |
| Milberg Tadler Phillips Grossman LLP | 1,661.30 | $1,158,597.50 | 0.00 | $0.00 | 1,661.30 | $1,158,597.50 |
| Tadler Law LLP | 15.10 | $12,262.50 | 0.00 | $0.00 | 15.10 | $12,262.50 |
| Morgan & Morgan Complex Litigation Group | 1,628.90 | $1,245,102.70 | 137.60 | $91,915.80 | 1,766.50 | $1,337,018.50 |
| Murphy, Falcon & Murphy | 849.10 | $552,259.00 | 0.00 | $0.00 | 849.10 | $552,259.00 |
| Stueve Siegel Hanson LLP | 6,971.90 | $4,964,846.50 | 233.10 | $177,095.50 | 7,205.00 | $5,141,942.00 |
| **Other Consumer Counsel** | | | | | | |
| Ahdoot & Wolfson | 19.70 | $10,697.50 | 0.00 | $0.00 | 19.70 | $10,697.50 |
| Alexander Schack | 26.60 | $9,830.00 | 0.00 | $0.00 | 26.60 | $9,830.00 |
| Barrack, Rodos & Bacine | 3.00 | $2,310.00 | 0.00 | $0.00 | 3.00 | $2,310.00 |
| Berger & Montague P.C. | 53.70 | $35,289.50 | 0.00 | $0.00 | 53.70 | $35,289.50 |
| Blood, Hurst & O'Reardon LLP | 73.80 | $39,031.00 | 0.00 | $0.00 | 73.80 | $39,031.00 |
| Buether Joe & Carpenter, LLC | 5.40 | $2,767.50 | 0.00 | $0.00 | 5.40 | $2,767.50 |
| Christensen Young & Associates | 18.20 | $10,920.00 | 0.00 | $0.00 | 18.20 | $10,920.00 |
| Colson Hicks Eidson | 7.30 | $4,560.00 | 0.00 | $0.00 | 7.30 | $4,560.00 |
| Consumer Justice Center | 19.90 | $8,955.00 | 0.00 | $0.00 | 19.90 | $8,955.00 |
| David A. Bain, LLC | 23.60 | $12,036.00 | 0.00 | $0.00 | 23.60 | $12,036.00 |
| Dorros Law | 4.20 | $2,520.00 | 0.00 | $0.00 | 4.20 | $2,520.00 |
| Eggnatz Pascucci | 13.70 | $7,192.50 | 0.00 | $0.00 | 13.70 | $7,192.50 |
| Emerson Firm, PLLC | 8.90 | $7,075.50 | 0.00 | $0.00 | 8.90 | $7,075.50 |
| Emerson Scott LLP | 44.90 | $35,695.50 | 0.00 | $0.00 | 44.90 | $35,695.50 |
| Federman & Sherwood | 61.00 | $51,550.00 | 0.00 | $0.00 | 61.00 | $51,550.00 |
| Fink Bressack | 23.60 | $15,056.00 | 0.00 | $0.00 | 23.60 | $15,056.00 |
| Finkelstein & Thompson | 29.90 | $21,965.00 | 0.00 | $0.00 | 29.90 | $21,965.00 |

| TIME SUMMARY FOR INCEPTION TO NOVEMBER 30, 2019 | | | TIME SUMMARY FOR DECEMBER 1 - 17, 2019 | | | |
|---|---|---|---|---|---|---|
| Firm | Total by Firm | Total by Firm | | Total by Firm | Total by Firm | |
| | Hours | Lodestar | Hours | Lodestar | Hours | Lodestar |
| Fleming Law Firm, PLLC | 21.30 | $10,917.50 | 0.00 | $0.00 | 21.30 | $10,917.50 |
| Geragos & Geragos, APC | 96.10 | $61,665.00 | 0.00 | $0.00 | 96.10 | $61,665.00 |
| Goldman Scarlato & Penny, P.C. | 67.70 | $48,407.50 | 0.00 | $0.00 | 67.70 | $48,407.50 |
| Grabar Law Office | 22.60 | $17,515.00 | 0.00 | $0.00 | 22.60 | $17,515.00 |
| Green & Noblin P.C. | 4.20 | $1,424.00 | 0.00 | $0.00 | 4.20 | $1,424.00 |
| Gustafson Gluek PLLC | 159.40 | $93,295.00 | 0.00 | $0.00 | 159.40 | $93,295.00 |
| Hannon Law Firm, LLC | 120.40 | $22,084.00 | 0.00 | $0.00 | 120.40 | $22,084.00 |
| Harris Lowry Manton | 9.50 | $3,325.00 | 0.00 | $0.00 | 9.50 | $3,325.00 |
| Hellmuth & Johnson | 22.70 | $18,704.50 | 0.00 | $0.00 | 22.70 | $18,704.50 |
| Kantrowitz, Goldhamer & Graifman, P.C. | 22.10 | $18,785.00 | 0.00 | $0.00 | 22.10 | $18,785.00 |
| Keller Rohrback | 97.80 | $45,371.50 | 0.00 | $0.00 | 97.80 | $45,371.50 |
| Levi & Korsinsky, LLP | 25.50 | $20,454.00 | 0.00 | $0.00 | 25.50 | $20,454.00 |
| Daniel Mirarchi, Esq. | 4.00 | $2,340.00 | 0.00 | $0.00 | 4.00 | $2,340.00 |
| Mastando & Artrip, LLC | 21.10 | $9,495.00 | 0.00 | $0.00 | 21.10 | $9,495.00 |
| NastLaw LLC | 29.20 | $21,112.00 | 0.00 | $0.00 | 29.20 | $21,112.00 |
| O'Brien Law Firm | 10.10 | $6,565.00 | 0.00 | $0.00 | 10.10 | $6,565.00 |
| Quinn, Connor, Weaver, Davies & Rouco | 7.40 | $4,215.00 | 0.00 | $0.00 | 7.40 | $4,215.00 |
| Robbins Arroyo | 17.50 | $7,952.50 | 0.00 | $0.00 | 17.50 | $7,952.50 |
| Saltz, Mongeluzzi, Barrett & Bendesky, P.C. | 13.50 | $7,222.50 | 0.00 | $0.00 | 13.50 | $7,222.50 |
| Sanford Heisler Sharp, LLP | 519.80 | $106,274.00 | 0.00 | $0.00 | 519.80 | $106,274.00 |
| Saveri & Saveri, Inc. | 7.00 | $3,640.00 | 0.00 | $0.00 | 7.00 | $3,640.00 |
| Scott Cole & Associates, APC | 52.20 | $26,761.50 | 0.00 | $0.00 | 52.20 | $26,761.50 |
| Spector Roseman & Kodroff, PC | 14.80 | $9,339.00 | 0.00 | $0.00 | 14.80 | $9,339.00 |
| Stein Mitchell Beato & Missner LLP | 153.90 | $58,067.50 | 0.00 | $0.00 | 153.90 | $58,067.50 |
| Stritmatter Kessler Whelan Koehler Moore | 158.00 | $63,030.00 | 0.00 | $0.00 | 158.00 | $63,030.00 |
| Stull, Stull & Brody | 70.00 | $65,137.00 | 0.00 | $0.00 | 70.00 | $65,137.00 |
| The Giatras Law Firm, PLLC | 19.20 | $5,040.00 | 0.00 | $0.00 | 19.20 | $5,040.00 |
| The Miller Law Firm | 108.50 | $52,911.00 | 0.00 | $0.00 | 108.50 | $52,911.00 |
| Webb, Klase & Lemond, LLC | 28.10 | $15,092.50 | 0.00 | $0.00 | 28.10 | $15,092.50 |
| Wilentz, Goldman & Spitzer, P.A. | 22.70 | $18,727.50 | 0.00 | $0.00 | 22.70 | $18,727.50 |
| Withers Bergman LLP | 6.50 | $4,712.50 | 0.00 | $0.00 | 6.50 | $4,712.50 |
| **TOTAL FOR LEADERSHIP** | **30,242.30** | **$20,965,158.20** | **978.20** | **$724,743.30** | **31,220.50** | **$21,689,901.50** |

| TIME SUMMARY FOR INCEPTION TO NOVEMBER 30, 2019 | | | TIME SUMMARY FOR DECEMBER 1 - 17, 2019 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Firm | Total by Firm | Total by Firm | | | | Total by Firm | Total by Firm |
| | Hours | Lodestar | Hours | Lodestar | Hours | Lodestar | |
| TOTAL FOR NON-LEADERSHIP | 2,370.20 | $1,127,033.50 | 0.00 | $0.00 | 2,370.20 | $1,127,033.50 | |
| TOTAL ALL FIRMS | 32,612.50 | $22,092,191.70 | 978.20 | $724,743.30 | 33,590.70 | $22,816,935.00 | |