# EXHIBIT H

| EXPENSE SUMMARY FOR INCEPTION TO NOVEMBER 30, 2019 | |
|---|---|
| **Category** | **Total** |
| Federal Express, Local Courier, Postage | $7,134.24 |
| Hotels | $92,331.66 |
| Meals | $29,971.38 |
| Air Travel | $134,939.95 |
| Discovery Costs | $26,286.61 |
| Pacer, Electronic Research | $189,211.80 |
| Experts | $466,408.16 |
| Court Fees | $53,300.66 |
| Process Service | $9,058.30 |
| Hearing Transcripts | $6,812.85 |
| Ground Transportation (Mileage, Rental Car, Parking, Taxi, Rideshare) | $29,640.37 |
| Miscellaneous | $113,448.93 |
| Mediation Services | $131,491.25 |
| | |
| **TOTAL** | **$1,290,036.16** |

| SUPPLEMENT DECEMBER 1 - 17, 2019 | |
|---|---|
| **Category** | **Total** |
| Federal Express, Local Courier, Postage | $0.00 |
| Hotels | $215.53 |
| Meals | $81.90 |
| Air Travel | $1,946.96 |
| Discovery Costs | $0.00 |
| Pacer, Electronic Research | $1,881.28 |
| Experts | $109,345.62 |
| Court Fees | $0.00 |
| Process Service | $729.50 |
| Hearing Transcripts | $391.00 |
| Ground Transportation (Mileage, Rental Car, Parking, Taxi, Rideshare) | $257.40 |
| Miscellaneous | $0.00 |
| Mediation Services | $0.00 |
| | |
| **TOTAL** | **$114,849.19** |

| **CUMULATIVE TOTAL** | **$1,404,885.35** |
|---|---|