# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-md-02800-TWT
### IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
### CONSUMER ACTIONS
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 12/19/2019.

|  |  |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | |
| TIME COURT CONCLUDED: 2:00 P.M. | COURT REPORTER: Diane Peede |
| TIME IN COURT: 4:00 | DEPUTY CLERK: Charlotte Diggs |
| OFFICE LOCATION: Atlanta | |

| ATTORNEY(S) PRESENT: | Kenneth S. Canfield representing Consumer Plaintiffs |
| | Amy E. Keller representing Consumer Plaintiffs |
| | Norman E. Siegel representing Consumer Plaintiffs |
| | Roy E. Barnes representing Consumer Plaintiffs |
| | S. Stewart Haskins II representing Equifax |
| | David L. Balser representing Equifax |
| | Phyllis B. Sumner representing Equifax |
| | Adam Cooke representing Equifax (via telephone) |
| | Michelle Kisloff representing Equifax (via telephone) |
| | Akash Desai representing CFPB |
| | Jenelle Dennis representing CFPB (via telephone) |
| | Richa Dasgupta representing CFPB (via telephone) |
| | Corinne Gilchrist representing the State of Indiana |
| | Douglas Swetnam representing the State of Indiana |
| | Sara Cable representing the Commonwealth of Massachusetts |
| | Melissa Holyoak representing Theodore Frank and David Watkins |
| | Robert Clore representing Mikell West |

| OTHER(S) PRESENT: | Christopher Andrews (*pro se*) |

| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |

| MOTIONS RULED ON: | [858]Motion for Attorney Fees GRANTED |
| | [903]Motion for Settlement GRANTED |

*(Minute text on following page.)*

| | |
|---|---|
| MINUTE TEXT: | The parties appeared for the Final Settlement Approval Hearing. Mr. Canfield summarized the terms of the settlement agreement, discussed the objections to the settlement, and gave an overview of the requested fee award to Plaintiffs' Counsel. Mr. Balser addressed the Court regarding the settlement, including discussing the parallel negotiations with 48 states, Puerto Rico, D.C., and regulatory agencies. Mr. Balser noted the *McConnell* case as it related to risk for Plaintiffs' counsel, and disputed Indiana's and Massachusetts's standing to object to the settlement. Mr. Balser also requested the Court approve the settlement. Ms. Dennis stated that the CFPB did not object to the settlement. Ms. Gilchrist and Ms. Cable presented objections to the release language on behalf of Indiana and Massachusetts, respectively. The Court heard from Mr. Andrews, Ms. Holyoak, and Mr. Clore on objections to the settlement. The Court asked if anyone else wished to be heard on objections, and there was no answer. Mr. Siegel responded to the objections to the settlement. Ms. Keller briefly addressed the Court. Gov. Barnes gave closing remarks regarding the objections and settlement process. The Court GRANTED the [903] Motion for Final Approval of Proposed Settlement and [858] Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives for the reasons stated in the record, awarding Plaintiffs' Class Counsel $77.5M in fees, $1,404,855.35 in expenses, and service awards of $2,500 class representatives. The Court directed Mr. Canfield to prepare a written order, to be approved by Mr. Balser, that summarizes the Court's findings. Mr. Canfield suggested submitting to the Court a proposed (1) consent order pertaining to the injunctive relief, (2) opinion ontaining the Court's ruling, and (3) final judgment, which the Court approved. All 3 documents to be submitted to the Court at the same time. |
| HEARING STATUS: | Hearing Concluded |