AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Chicago .

Date: 12/30/2019

/s/ Iman Boundaoui
*Attorney's signature*

Iman Boundaoui (6320339)
*Printed name and bar number*

Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
*Address*

iboundaoui@edelson.com
*E-mail address*

(312) 872-4566
*Telephone number*

(312) 589-6378
*FAX number*