SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA, KS 66614




US District Court, Northern District of Georgia
ATTN: 1:17-MD-2800-TWT
Richard B. Russell Federal Building
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

30303-331861