IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 1:17-md-2800-TWT <br><br> CONSUMER CASES |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## SHORT REPLY TO [Doc. 946] IN SUPPORT OF [Doc. 918]

Although the Settlement-Class was approved by the Court on Dec. 19, 2019, the Court should GRANT [Doc. 918] motion as a fiduciary of absentee members. Otherwise, the Court should deny [Doc. 918] only as moot, but not for its merits.

Again, Plaintiffs failed to serve the reply to absentee Movant, a *pro se*, unnamed class member, who has no counsel on record for CM/ECF notification.

Dated: December 24, 2019    Respectfully Submitted,

_____
Shiyang Huang (*Pro Se*)
defectivesettlement@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 24, 2019, I mailed the foregoing to this Court. All Counsels on record will be served by this Court's CM/ECF filing system.

## CERTIFICATE OF COMPLIANCE

I certify that this motion is prepared with compliance to L.R. 5.1 and 7.1.

Date: December 24, 2019

/s/ _____
Shiyang Huang (pro se)