IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT ALL CASES |
|---|---|

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the pro se Objector Huang's Motion to Strike Declaration of Professor Klonoff [Doc. 872]. The Declaration is not a pleading subject to a motion to strike. The pro se Objector Huang's Motion to Strike Declaration of Professor Klonoff [Doc. 872] is DENIED.

SO ORDERED, this 31 day of December, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\STRIKE.DOCX