# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>1:17-md-2800-TWT<br><br>This document relates to:<br>CONSUMER ACTIONS<br><br>*Carson Block v. Equifax, Inc. et al.*<br>No. 1:17-cv-05341-TWT |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Undersigned counsel for Defendant Graeme Payne hereby gives notice of a change in his address and other contact information, effective January 6, 2020:

Anthony L. Cochran
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Suite 3100
Atlanta, GA 30309
(404) 815-3500 (telephone)
(404) 815-3509 (facsimile)
acochran@sgrlaw.com

Respectfully submitted, this 2nd day of January, 2020.

*s/ Anthony L. Cochran*
Anthony L. Cochran
Georgia Bar No. 172425
CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive, NE
Atlanta, GA 30305
(404) 233-4171 (telephone)

- 2 -

(404) 261-2842 (facsimile)
alc@cclblaw.com

*Attorneys for Defendant
Graeme Payne*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                        *s/ Anthony L. Cochran*
                                        Anthony L. Cochran
                                        Georgia Bar No. 172425
                                        CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
                                        3127 Maple Drive, NE
                                        Atlanta, GA 30305
                                        (404) 233-4171 (telephone)
                                        (404) 261-2842 (facsimile)
                                        alc@cclblaw.com

                                        *Attorneys for Defendant*
                                        *Graeme Payne*