# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br>*City of Chicago v. Equifax, Inc.*<br>No. 1:18-cv-1470-TWT<br><br>Chief Judge Thomas W. Thrash, Jr. |

## **CERTIFICATE OF CONFERENCE**

Pursuant to Case Management Orders 1 and 5, I certify that I attempted to confer with counsel for Defendant Equifax, Inc. regarding Plaintiff City of Chicago's Motion for Status/Scheduling Conference. Specifically, on December 30, 2019, I emailed counsel for Equifax requesting their position on the instant Motion and offering to schedule a call to discuss the same. Having not received a response, I again followed up via email on January 6, 2020. Counsel for Equifax has not responded to my requests for a conference as of the time of this filing.

\*          \*          \*

Respectfully submitted,

**CITY OF CHICAGO**,

Dated: January 7, 2020

/s/ Eve-Lynn J. Rapp
    One of Plaintiff's Attorneys

Stephen J. Kane
stephen.kane@cityofchicago.org
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel.: 312.744.6934

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel.: 312.589.6370
Fax: 312.589.6378