

January 14, 2020

Deputy Courtroom Clerk
    To the Honorable Thomas W. Thrash
2188 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

        Re:    *EQUIFAX INC, Customer Data Security Breach Litigation*
                  United States District Court, N.D.GA, Atlanta Division
                  Civil Action File No.  1:17-md-2800-TWT

                  *EQUIFAX INC, SECURITIES LITIGATION*
                  United States District Court, N.D.GA, Atlanta Division
                  Civil Action File No.  1:17-cv-3463-TWT

                  *EQUIFAX INC, DERIVATIVE LITIGATION*
                  United States District Court, N.D.GA, Atlanta Division
                  Civil Action File No.  1:18-cv-0317-TWT

Dear Clerk:

        Pursuant to LR 83.1E (3), NDGA, I request a Leave of Absence for the following dates:

- April 6-13, 2020; Spring break
- June 30 – July 8, 2020; Family vacation and 4th of July
- November 23- 27, 2020; Thanksgiving
  December 21, 2020- January 4, 2021; Christmas & New Year's

    I request that the case not be calendared for matters during this period of absence. Thank you for your consideration in this matter.

                                                  Best personal regards,

                                                   */s/  W. Thomas Lacy, Jr.*
                                                   W. Thomas Lacy, Jr.

WTL/jeh