# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## FRANK AND WATKINS' MOTION TO SUPPLEMENT THE RECORD

Pursuant to Fed. R. App. P. 10(e), Objectors Frank and Watkins move to supplement the record to include plaintiffs' (1) proposed consent order pertaining to the injunctive relief, (2) proposed opinion containing the Court's ruling at the December 19, 2019 fairness hearing, and (3) proposed final judgment. Objectors Frank and Watkins' motion to supplement the record is based on the reasons set forth in the accompanying memorandum of law.

Dated: January 15, 2020.    /s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Hamilton Lincoln Law Institute
1629 K Street, NW Suite 300
Washington, DC 20036
Phone: (573) 823-5377
Email: melissa.holyoak@hlli.org

*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: January 15, 2020.                                                         /s/ Melissa A. Holyoak