**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTIONS TRACK |

## ORDER GRANTING JOINT MOTION TO SET SCHEDULE

The Court has considered the Joint Motion to Set a Schedule Regarding the Filing of the Operative Financial Institutions Complaint.  The Motion is GRANTED. The Court directs the Financial Institution Plaintiffs to file an amended complaint in conformance with the Court's orders on the Motion to Dismiss and Motion to Amend on or before March 6, 2020, and that Defendants' response to that complaint be filed on or before April 10, 2020.

SO ORDERED, this 16 day of January 2020.

/s/ Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE