IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) CONSUMER ACTIONS <br> ) <br> ) |

**DECLARATION OF JOHN W. DAVIS IN SUPPORT OF JOINDER IN MOTION TO SUPPLEMENT RECORD [961] RE: PROPOSED ORDERS**

I, John W. Davis, declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters stated herein and, if called as a witness, could testify competently thereto.

2. On December 30, 2019, I wrote to class counsel, Kenneth Canfield, Amy Keller, and Norman Siegel, to request copies of proposed orders to be submitted to this Court in support of final approval of the class settlement. A true and correct copy of my correspondence is attached hereto as Exhibit 1.

3. I received no response to my request for service of proposed orders. On January 13, 2020, this Court entered the orders approving the settlement, attorneys' fees, and service awards in this case.

4. Despite my request for service of proposed orders, I was provided no opportunity to review any proposed order submitted to the Court prior to entry of judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2020.

        /s/ John W. Davis
        John W. Davis
        (*pro se*)

John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
(813) 533-1972

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in compliance with Local Rules 5.1 and 7.1.

/s/ John W. Davis
John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
(813) 533-1972

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record. Executed this 17th day of January, 2020.

/s/ John W. Davis
John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
(813) 533-1972

# EXHIBIT 1

# John W. Davis

| | |
|---|---|
| **From:** | John W. Davis <john@johnwdavis.com> |
| **Sent:** | Monday, December 30, 2019 1:18 PM |
| **To:** | 'kcanfield@dsckd.com' |
| **Cc:** | 'akeller@dicellolevitt.com'; 'siegel@stuevesiegel.com' |
| **Subject:** | In re Equifax - proposed orders |

Mr. Canfield,

I am writing to request copies of any proposed orders submitted to the Court concerning final approval of the Equifax settlement including orders regarding attorneys' fees, service awards, and injunctive relief. Emailed copies are fine. Your courtesy would be much appreciated. Thank you.

John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
Telephone:  (813) 533-1972