FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 17 2020

JAMES N. HATTEN, Clerk
By: KW
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., DATA SECURITY BREACH LITIGATION | CUSTOMER MDL DOCKET NO. 1:17-md-2800-TWT<br><br>CONSUMER CASES |

## NOTICE OF APPEAL

Notice is hereby given that objector in the above-named case, Shiyang Huang, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from all below orders as well as orders and opinions that merge therein.

- Dkt. 956 – "Order Granting Final Approval Of Settlement, Certifying Settlement Class, And Awarding Attorney's Fees, Expenses And Service Awards"

- Dkt. 957 - "Final Order And Judgment"

- Dkt. 951 - "Order Denying [872] Motion to Strike"

Dated: January 13, 2020

Respectfully Submitted,

/s/
Shiyang Huang (*Pro Se*)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via U.S. mail, and this Court's CM/ECF filing system will send notification of such filing to all counsel of record.

> Clerk of the Court
> Attn: 1:17-md-2800-TWT
> United States District Court
> Northern District of Georgia
> 75 Ted Turner Dr., SW
> Atlanta, GA 30303-3309

This 13th day of January, 2020.

/s/
Shiyang Huang (*Pro Se*)
2800 SW Engler CT
Topeka, KS 66614
defectivesettlement@gmail.com

SHIYANG HUANG
2800-SW ENGLER CT
TOPEKA, KS 66614

CAROL STREAM IL 603

14 JAN 2020 PM 3 L



Clerk of the Court
Attn: 1:17-md-2800-TWT
United States District Court
Northern District of Georgia
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

CLEARED
JAN 17 2020
U.S. Marshals
Atlanta, GA

30303-331861