**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**
www.gand.uscourts.gov

**JAMES N. HATTEN**                                                              **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                            **404-215-1655**
**AND CLERK OF COURT**

January 21, 2020

Shiyang Huang
2800 SW Engler CT
Topeka, KS  66614

       **IN RE:  Equifax, Inc., Customer Data Security Breach Litigation**
                **Criminal Action No.: 1:17-md-2800-TWT**

Dear Shiyang Huang:

      On January 17, 2020, we received and filed your Notice of Appeal for the above case.  Please be advised that we did not receive the following:

    __X__    Appeal fee $505.00 (Docketing fee $500.00 and Filing fee $5.00)

    __X__    Application to proceed on appeal in forma pauperis.

    _____    Please complete the attached appeal information sheet as directed.

                                                  Sincerely,

                                                 James N. Hatten
                                                 District Court Executive
                                                 and Clerk of Court

                                        By:  __Kimberly Carter_____
                                                  Deputy Clerk

cc:    USCA