# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

January 21, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia     30303

**U.S.D.C. No.: 1:17-md-2800-TWT**
**U.S.C.A. No.: 00-00000-00**
**In re:        IN RE: Equifax, Inc., Data Security Breach Litigation**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

**X**     **Certified copies of the Notice of Appeal, Docket Sheet, Order, and Final Order and Judgment appealed enclosed.**

_____     This is not the first notice of appeal.   Other notices were filed on: .

_____     There is no transcript.

X     **The court reporters are Susan Baker, Wynette Blathers and Diane Peede.**

_____     There is sealed material.

_____     Other: .

_____     Fee paid electronically on .

_____     Appellant has been   leave to file *in forma pauperis*.

_____     This is a bankruptcy appeal.   The Bankruptcy Judge is .

_____     The Magistrate Judge is .

X     **The District Judge is Thomas W. Thrash, Jr.**

_____     This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   <u>Kimberly Carter</u>
Deputy Clerk

Enclosures