## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>*City of Chicago v. Equifax Inc.*,<br>No. 1:18-cv-1470 |

## ORDER GRANTING JOINT MOTION TO SET DEADLINES

The Court has considered Defendant Equifax Inc. ("Equifax") and Plaintiff City of Chicago's ("Chicago") Joint Motion to Set Deadlines. The Motion is GRANTED. Chicago shall file an amended complaint by February 19, 2020; Equifax shall file a motion to dismiss the amended complaint by March 20, 2020; Chicago shall file its response to Equifax's motion by April 10, 2020; and Equifax shall file its reply in support of its motion by April 24, 2020.

SO ORDERED, this 23 day of January, 2020.


/s/ Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE