**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**OBJECTING CLASS MEMBER MIKELL WEST'S MOTION TO CORRECT, AMEND, AND/OR CLARIFY**

Pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7, Objecting class member Mikell West respectfully moves for this Court to correct, amend, and/or clarify a sentence on page 111 of its January 13, 2020 Order

Granting Final Approval of Settlement that incorrectly indicates that his attorney, Robert Clore, has a "history of inappropriate conduct[.]" Dkt. 956 at 111. That is not correct, and is a manifest error of fact.[1] Mr. West's motion is based on the reasons set forth in the accompanying memorandum of law.

Dated: January 23, 2020

Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
*Pro Hac Vice*[2]
State Bar of Texas #24012436
Admitted to the United States District Court, Southern District of Texas, ID No. 2032287
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78418
(361) 698-5200

Jerome J. Froelich, Jr.
State Bar No. 278150
McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111

[1] This motion is made without prejudice to Mr. West's right to challenge or appeal from the substance of the rulings made in the Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards. Dkt. 956. This motion is directed solely at the sentence on page 111 that contains a manifest error of fact as to the history Mr. West's counsel, Robert Clore.

[2] Dkt. 23 at 4.

*Attorneys for Objecting Class Member, Mikell West*

## CERTIFICATE OF FONT

I hereby certify that this Motion has been prepared in compliance with Local Rules 5.1 and 7.1

DATED: January 23, 2020

/s/ Robert W. Clore
Robert W. Clore

**CERTIFICATE OF SERVICE**

The undersigned certifies that today he filed the foregoing document and attached exhibits on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: January 23, 2020

/s/ Robert W. Clore
Robert W. Clore