# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>Case No. 1:17-md-2800-TWT<br><br>ALL ACTIONS |

## ORDER

In accordance with Case Management Order No. 2 [Doc. 87] filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the individual civil actions linked to this multidistrict litigation, which are listed in Exhibit A to this order.

SO ORDERED, this __24__ day of January, 2020.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| INDIVIDUAL CASE NUMBER | CASE CAPTION |
|---|---|
| 1:19-cv-879-TWT | *Kruse v. Equifax Inc.* |
| 1:19-cv-880-TWT | *Antone Peterson v. Equifax Inc.* |
| 1:19-cv-881-TWT | *King v. Equifax Inc.* |
| 1:19-cv-1370-TWT | *Luciano v. Equifax Informational Services, LLC* |
| 1:19-cv-1924-TWT | *Burns v. Equifax, Inc.* |
| 1:19-cv-3594-TWT | *Debo v. Equifax Credit Information Services, Inc.* |
| 1:19-cv-3825-TWT | *Silva v. Equifax, Inc.* |
| 1:19-cv-3830-TWT | *Khalaf v. Equifax Inc. et al* |
| 1:19-cv-4384-TWT | *Silva v. Equifax, Inc.* |
| 1:19-cv-4503-TWT | *Johnston v. Equifax* |
| 1:19-cv-5026-TWT | *Gibson v. Equifax Information Services, LLC* |
| 1:19-cv-5038-TWT | *Johnson v. Equifax, Inc.* |
| 1:19-cv-5160-TWT | *Allmendinger v. Equifax Information Services LLC* |
| 1:19-cv-5161-TWT | *Tertanni v. Equifax Information Services LLC* |
| 1:19-cv-5162-TWT | *Miles v. Equifax Information Services LLC* |
| 1:19-cv-5163-TWT | *Schorr v. Equifax Information Services LLC* |
| 1:19-cv-5164-TWT | *Walker v. Equifax Information Services LLC* |
| 1:19-cv-5165-TWT | *Winters v. Equifax Information Services LLC* |
| 1:19-cv-5166-TWT | *Whittum v. Equifax Information Services LLC* |
| 1:19-cv-5253-TWT | *Bagley-Burns v. Equifax Information Services LLC* |
| 1:19-cv-5254-TWT | *Grove v. Equifax Information Services LLC* |
| 1:19-cv-5255-TWT | *Benten v. Equifax Information Services LLC* |
| 1:19-cv-5256-TWT | *Blumer v. Equifax Information Service, LLC* |
| 1:19-cv-5257-TWT | *Pawlowski v. Equifax Information Services LLC* |
| 1:19-cv-5258-TWT | *Campbell v. Equifax Information Services LLC* |
| 1:19-cv-5259-TWT | *Collier v. Equifax Information Services LLC* |
| 1:19-cv-5260-TWT | *Boddy v. Equifax Information Services LLC* |
| 1:19-cv-5261-TWT | *Lewellyn v. Equifax Information Services LLC* |
| 1:19-cv-5262-TWT | *Lewellyn v. Equifax Information Services, LLC* |
| 1:19-cv-5263-TWT | *Imran v. Equifax Information Services LLC* |
| 1:19-cv-5264-TWT | *Iqbal v. Equifax Information Services, LLC* |
| 1:19-cv-5265-TWT | *Mahipus, Jr. v. Equifax Information Services, LLC* |
| 1:19-cv-5266-TWT | *Mahipus v. Equifax Information Services LLC* |
| 1:19-cv-5267-TWT | *Mosley v. Equifax Information Services LLC* |
| 1:19-cv-5268-TWT | *Osthimer v. Equifax Information Services, LLC* |
| 1:19-cv-5269-TWT | *Hernandez v. Equifax Information Services LLC* |
| 1:19-cv-5462-TWT | *Pinnock v. Equifax Information Services LLC* |

2

| INDIVIDUAL CASE NUMBER | CASE CAPTION |
|---|---|
| 1:19-cv-5463-TWT | *Shottafer v. Equifax Information Services LLC* |
| 1:19-cv-5464-TWT | *Steinmetz v. Equifax Information Services LLC* |
| 1:19-cv-5465-TWT | *Simoncic v. Equifax Information Services LLC* |
| 1:19-cv-5466-TWT | *Winder v. Equifax Information Services LLC* |
| 1:19-cv-5529-TWT | *Patterson v. Equifax, Inc. et al* |
| 1:19-cv-5552-TWT | *Bozek v. Equifax Inc.* |
| 1:19-cv-5553-TWT | *Bolton v. Equifax Information Services LLC* |
| 1:19-cv-5690-TWT | *Christopher v. Equifax* |
| 1:19-cv-5703-TWT | *Flowers v. Equifax, Inc.* |
| 1:19-cv-5705-TWT | *Hutchinson v. Equifax, Inc.* |
| 1:19-cv-5706-TWT | *Hutchinson v. Equifax, Inc.* |
| 1:19-cv-5729-TWT | *Bass v. Equifax, Inc.* |
| 1:20-cv-50-TWT | *Nunez v. Equifax Information Services, LLC* |
| 1:20-cv-75-TWT | *Byrd v. Equifax Inc.* |
| 1:20-cv-76-TWT | *Burns v. Equifax, Inc.* |
| 1:20-cv-77-TWT | *Bremmer, Jr. v. Equifax, Inc.* |
| 1:20-cv-78-TWT | *Buckles v. Equifax Inc.* |