# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | TRANSCRIPT ORDER INFORMATION |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 27 2020
JAMES N. HATTEN, Clerk
[signature] Deputy Clerk

Short Case Style: In re: Equifax Inc. Customer Data Security Breach Litig.
District Court No.: 1:17-MD-02800-TWT   Date Notice of Appeal Filed: 01/17/2020   Court of Appeals No.: (If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☒ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |

☒ Other: Transcript of 12/19/2019 final settlement approval hearing before the Hon. Thomas W. Thrash Jr.

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Shiyang Huang
Name of Firm: Pro Se
Address: 2800 SW Engler Ct., Topeka, KS 66614
E-mail: defectivesettlement@gmail.com     Phone No.: 314-669-1858

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 01/23/2020   SIGNED: [signature]   Attorney for: Shiyang Huang (Pro Se)

| PART II. | COURT REPORTER ACKNOWLEDGMENT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____
DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____

Rev. 12/17

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 27 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via

U.S. mail, and this Court's CM/ECF filing system will send notification of such

filing to all counsel of record.

> Clerk of the Court
> Attn: 1:17-md-2800-TWT
> United States District Court
> Northern District of Georgia
> 75 Ted Turner Dr., SW
> Atlanta, GA 30303-3309

This 23rd day of January, 2020.

/s/ _____
Shiyang Huang (*Pro Se*)
2800 SW Engler CT
Topeka, KS 66614
defectivesettlement@gmail.com



SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA, KS 66614

Clerk of the Court
Attn: 1:17-md-2800-TWT
United States District Court
Northern District of Georgia
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

CLEARED
JAN 27 2020
U.S. Marshals
Atlanta, GA