**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

**EQUIFAX'S RESPONSE TO
<u>MOTIONS TO SUPPLEMENT THE RECORD</u>**

Objectors Watkins, Frank, West, and Davis have filed motions requesting that the record be supplemented with three proposed orders submitted to the Court following the December 19, 2019 final approval hearing: (1) proposed order granting final approval of settlement, certifying settlement class, and awarding attorney's fees, expenses and service awards; (2) proposed final order and judgment; and (3) proposed consent order. *See* Dkt. Nos. 961, 963, and 964. As noted by Plaintiffs in their response to the motions (Dkt. No. 971), the proposed consent order is already part of the record. *See* Dkt. No. 739-2 at 84-98. The Equifax Defendants have no objection to making the two other proposed orders part of the record.

1

Respectfully submitted this 29th day of January, 2020.

/s/ David L. Balser
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Equifax Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 29th day of January, 2020.

>  */s/ David L. Balser*
>  **KING & SPALDING LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David L. Balser*
David L. Balser