## John W. Davis

| | |
|---|---|
| **From:** | John W. Davis <john@johnwdavis.com> |
| **Sent:** | Wednesday, January 29, 2020 12:02 PM |
| **To:** | 'kcanfield@dsckd.com' |
| **Cc:** | 'akeller@dicellolevitt.com'; 'siegel@stuevesiegel.com' |
| **Subject:** | RE: In re Equifax - proposed orders |

Mr. Canfield,

I reviewed Plaintiffs' Response to Motions to Supplement the Record concerning the Equifax consumer cases. DE971. I understand that Plaintiffs have no objection to making the Proposed Orders part of the record. It does not appear these documents have been filed (with the exception of, as I understand, the proposed consent order which Class Counsel have represented mirrors the document at DE739-2 at 84-98). Accordingly, and in light of Plaintiffs' non-opposition to publication, can you please email me copies as requested below? Thank you.

Regards,

John W. Davis

---

**From:** John W. Davis <john@johnwdavis.com>
**Sent:** Monday, December 30, 2019 10:18 AM
**To:** 'kcanfield@dsckd.com' <kcanfield@dsckd.com>
**Cc:** 'akeller@dicellolevitt.com' <akeller@dicellolevitt.com>; 'siegel@stuevesiegel.com' <siegel@stuevesiegel.com>
**Subject:** In re Equifax - proposed orders

Mr. Canfield,

I am writing to request copies of any proposed orders submitted to the Court concerning final approval of the Equifax settlement including orders regarding attorneys' fees, service awards, and injunctive relief. Emailed copies are fine. Your courtesy would be much appreciated. Thank you.

John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
Telephone:  (813) 533-1972