# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

February 11, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia    30303

**U.S.D.C. No.:** 1:17-md-2800-TWT  
**U.S.C.A. No.:** 00-00000-00  
**In re:**        In Re: Equifax, Inc., Customer Data Security Breach Litigation

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Docket Sheet, Final Order and Judgment, and Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
|   | There is no transcript. |
| X | **The court reporters are Susan C. Baker, Wynette Blathers, and Diane Peede.** |
|   | There is sealed material. |
|   | Other: . |
| **X** | **Fee paid electronically on 2/10//20; Receipt Number AGANDC-9356687.** |
|   | Appellant has been   leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|   | The Magistrate Judge is John K. Larkins, III. |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
|   | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten  
District Court Executive  
and Clerk of Court

By:   <u>Kimberly Carter</u>  
        Deputy Clerk

Enclosures