# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## OBJECTOR MIKELL WEST'S NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Mikell West appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (ECF Doc. No. 956) entered in this action on January 13, 2020, and all orders and opinions that merge therein. Mr. West further appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order and Judgment (ECF Doc. No. 957) entered in this action on January 13, 2020, and all orders and opinions that merge therein. Mr. West further appeals from any order or judgment naming or identifying Mr. West or the objection filed by him, and from any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

Dated:      February 11, 2020      Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
*Pro Hac Vice*[1]
State Bar of Texas #24012436
Admitted to the United States District
Court, Southern District of Texas, ID
No. 2032287
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78418
(361) 698-5200

---

[1] Dkt. 23 at 4.

Jerome J. Froelich, Jr.
State Bar No. 278150
McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

*Attorneys for Objecting Class Member, Mikell West*

## CERTIFICATE OF FONT

I hereby certify that this Notice of Appeal has been prepared in compliance with Local Rule 5.1.


DATED: February 11, 2020                    /s/ Robert W. Clore
                                            Robert W. Clore

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: February 11, 2020                    <u>/s/ Robert W. Clore</u>
                                             Robert W. Clore