# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
 AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 12, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

   **U.S.D.C. No.:** 1:17-md-2800-TWT
   **U.S.C.A. No.:** 00-00000-00
   **In re:**   IN RE: Equifax, Inc., Customer Data Security Breach Litigation

  Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Docket Sheet, Final Order and Judgment, and Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| | There is no transcript. |
| | **The court reporters are Susan C. Baker, Wynette Blathers, and Diane Peede.** |
| | There is sealed material. |
| | Other: . |
| **X** | **Fee paid electronically on 2/11/20; Receipt Number AGANDC-9362322.** |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

             Sincerely,

             James N. Hatten
             District Court Executive
             and Clerk of Court

          By: <u>Kimberly Carter</u>
             Deputy Clerk

Enclosures