UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 0 2020

JAMES N. HATTEN, Clerk
By: C H                Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

# MOTION TO SEAL LOCAL FORM 239

Objector requests that the attached Form 239 be sealed because the general public has no need to see it and has no bearing on the merits of the good faith, fact based appeal.

I hereby certify under penalty of perjury that all of the above is true and accurate to the best of my knowledge. /s/ Christopher Andrews

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810  E. caaloa@gmail.com  Dated February 07, 2020

.

## Certificate of Mailing

This document was sent to the Clerk of the Court via Priority Mail with copies sent to everyone else who is a registered with ECF.

/s/ Christopher Andrews

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810  E. caaloa@gmail.com  Dated February 07, 2020

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, NW Ste. 2211
Atlanta, GA 30303-3309