# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 13, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

        U.S.D.C. No.: 1:17-md-2800-TWT
        U.S.C.A. No.: 00-00000-00
        In re:        IN RE: Equifax, INC., Customer Data Security Breach Litigation


        Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

   X    **Certified copies of the Notice of Appeal, Docket Sheet, Final Order and Judgment, and Order appealed enclosed.**

   X    **This is not the first notice of appeal.**

   _____  There is no transcript.

   X    **The court reporters are Susan C. Baker, Wynette Blathers, and Diane Peede.**

   _____  There is sealed material.

   _____  Other: .

   _____  Fee paid electronically on .

   _____  Appellant has been   leave to file *in forma pauperis*.

   _____  This is a bankruptcy appeal.   The Bankruptcy Judge is .

   _____  The Magistrate Judge is.

   X    **The District Judge is Thomas W. Thrash, Jr.**

   _____  This is a DEATH PENALTY appeal.


                                        Sincerely,

                                        James N. Hatten
                                        District Court Executive
                                        and Clerk of Court

                                By:   Kimberly Carter
                                        Deputy Clerk

Enclosures