IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 10 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN RE EQUIFAX, INC.,
DATA SECURITY BREACH
LITIGATION

CUSTOMER MDL DOCKET NO.
1:17-md-2800-TWT

CONSUMER CASES

**NOTICE OF APPEAL**

Notice is hereby given that objector in the above-named case, George W. Cochran, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from all below orders as well as orders and opinions that merge therein.

- Dkt. 956 - "Order Granting Final Approval Of Settlement, Certifying Settlement Class, And Awarding Attorney's Fees, Expenses And Service Awards"

- Dkt. 957 - "Final Order And Judgment"

Dated: February 6, 2020

Respectfully Submitted,

s/ George W. Cochran
Appearing Pro Se

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via U.S. mail, and this Court's CM/ECF filing system will send notification of such filing to all counsel of record.

                 Clerk of the Court
                 Attn: I: 17-md-2800-TWT
                 United States District Court
                 Northern District of Georgia
                 75 Ted Turner Dr., SW
                 Atlanta, GA 30303-3309

This 6th day of February, 2020.

                                    *s/ George W. Cochran*
                                    Appearing Pro Se
                                    1385 Russell Drive
                                    Streetsboro, OH 44241
                                    (330) 607-2187
                                    lawchrist@gmail.com



**COCHRAN & COCHRAN**

C & C ATTORNEYS

Cochran Professional Bldg
1385 Russell Drive, Suite A
Streetsboro, Ohio 44241



CLEVELAND
OH 440
05 FEB 20
PM 7 L

CLEARED
FEB 10 2020
U.S. Marshals
Atlanta, GA



STREETSBORO
FEB -6 2020
USPS

Clerk of the Court
ATTN: 1:17-md-2800-TWT
United States District Court
Northern District of Georgia
75 Ted Turner Dr, S.W.
Atlanta, GA 30303-3309

30303-330881