UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 13, 2020

George W. Cochran
1385 Russell Drive
Streetsboro, OH  44241

*IN RE: Equifax, Inc., Customer Data Security Breach Litigation*
Civil Action No.: 1:17-md-2800-TWT

Dear Mr. Cochran:

On February 10, 2020, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__   Appeal fee $505.00(Docketing fee $500.00 and Filing fee $5.00)

__X__   Application to proceed on appeal in forma pauperis.

__X__   Please complete the attached appeal information sheet as directed.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  Kimberly Carter
     Deputy Clerk

cc:  USCA