# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 13, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

**U.S.D.C. No.: 1:17-md-2800-TWT**
**U.S.C.A. No.: 00-00000-00**
**In re:          IN RE: Equifax, INC., Customer Data Security Breach Litigation**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Final Order and Judgment, and Order appealed enclosed.** |
| X | **This is not the first notice of appeal.** |
| ___ | There is no transcript. |
| X | **The court reporters are Susan C. Baker, Wynette Blathers, and Diane Peede.** |
| ___ | There is sealed material. |
| ___ | Other: . |
| ___ | Fee paid electronically on . |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is. |
| X | **The District Judge is Thomas W. Thrash, Jr.** |
| ___ | This is a DEATH PENALTY appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   <u>Kimberly Carter</u>
        Deputy Clerk

Enclosures