FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 13 2020

JAMES N. HATTEN, Clerk
By: KW  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FLOWERS
Plaintiff,
v
EQUIFAX, INC.
Defendant,

MDL Docket No.2800
Case No. 1:177-md-2800-TWT
Case No. 1:19-cv-05703 Ga

**Notice Of Appeal**

### Notice Of Appeal

I : Alice-Marie:Flowers, for Plaintiff , FLOWERS, in above mentioned case moves this court to enter a motion to appeal for the facts enumerated as follows:

1. EQUIFAXED, INC ignored Plaintiff's certified mail 7018 1830 0001 7773 4522 **Proof of Claim** received July 29,2019.

2. EQUIFAX, INC ignored certified mail 7018 2290 00002957 8118 **Notice of Fault and Opportunity to Cure and Contest Acceptance.**

3. EQUIFAX, INC ignored certified mail 7018 2290 0000 2957 8132 **Affidavit and Notice of Default** received August 12,2019 and certified mail

4. Case filed in Indiana August 28,2019 case number 1:19-cv-03678

5. Plaintiff's motion for **Summary Judgment** file September 23,2019 case no.1:19-cv-3678

6. EQUIFAXED, INC involved the Multi-district Litigations ,Washington, D.C. to request case to move to Northern District Georgia

7. Multi-district Litigations met in Austin , Texas December 5, 2019 to review Case number 1:19-cv-03678

8. Case transferred to Northern District of Georgia on December 19, 2019

9. Case terminated by Judge Thrash January 24,2019

### CONCLUSION

1. No Due Process

2. No Remedy

3. Four Corners Rule in Law = legally inapplicable and insubstantial to the body of text as used in the order date January 24, 2020 signed by Judge Thrash

4. Title 42:USCS~1986 Knowledge and Stop-Correct-Wrongs

5. Title 18 ~USCS 242: Coloring of the Laws

Date this day 7th ,February, 2020

By: *(signature)*
:Alice-Marie:Flowers, Plaintiff

CERTIFICATE OF GOOD FAITH

I certify that a copy of the foregoing was provided to the court certified mail number
7019 1120 0001 6600 4642
Certified mail number 7019 1120 0001 6600 4659 sent to counsel for EQUIFAX, INC., King & Spalding



FEB 13 2020
U.S. Marshals
Atlanta, GA

7019 1120 0001 6600 4642

P.O. Box 2322
Anderson, In. 46018

United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309