**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

February 14, 2020

Alice-Marie Flowers
P. O. Box 2322
Anderson, IN  46018

**IN Re: EQUIFAX , INC., Customer Data Security Breach Litigation**
**Civil Action No.: 1:17-md-2800-TWT**

Dear Ms. Flowers:

On February 13, 2020, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__   Appeal fee $505.00(Docketing fee $500.00 and Filing fee $5.00)

__X__   Application to proceed on appeal in forma pauperis.

__X__   Please complete the attached appeal information sheet as directed.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  __Kimberly Carter__
Deputy Clerk

cc:  USCA