IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>*City of Chicago v. Equifax Inc.*,<br>No. 1:18-cv-1470 |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

The Court has considered Plaintiff City of Chicago's ("Chicago") and Defendant Equifax Inc.'s ("Equifax") Joint Motion to Extend Deadlines. The Motion is GRANTED. Chicago's deadline to file an amended complaint is extended to March 18, 2020; Equifax shall file a motion to dismiss the amended complaint by April 20, 2020; Chicago shall file its response to Equifax's motion by May 8, 2020; and Equifax shall file its reply in support of its motion by May 22, 2020.

SO ORDERED, this _____ day of February, 2020.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE