# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | **TRANSCRIPT ORDER INFORMATION** |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: In Re: Equifax Inc. Customer Data Breach Litigation ___ vs ___

District Court No.: 17-MD-02800-TWT ___ Date Notice of Appeal Filed: 02/10/2020 ___ Court of Appeals No.: ___ (if Available)

FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta
FEB 24 2020
JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☒ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |
| ☒ Other | Transcript of f12/19/19 final settlement approval hearing before Judge Thomas Thrash Jr. | | |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Christopher Andrews, pro se  non attorney

Name of Firm: na

Address: P.O. Box 530394 Livonia, MI 48153-0394

E-mail: caaloa@gmail.com ___ Phone No.: 248-635-3810

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 02/18/2020 ___ SIGNED: /s/ Christopher Andrews ___ Attorney for: pro se

| PART II. | **COURT REPORTER ACKNOWLEDGMENT** |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: ___

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: ___
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: ___  Estimated no. of transcript pages: ___  Estimated filing date: ___

DATE: ___  SIGNED: ___  Phone No.: ___

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): ___

Actual No. of Volumes and Hearing Dates: ___

Date: ___  Signature of Court Reporter: ___

Rev. 12/17

Certificate of Service

I herby certify that a copy of the foregoing was filed with this Court via U.S. mail and this Court's CM/ECF filing system which will send notification of this filing to all counsel of record.

>
> Clerk of the Court
>
> Richard B. Russell Federal Bldg.
>
> United States District Court
>
> Northern District of Georgia
>
> 75 Ted Turner Drive., SW Ste.2211
>
> Atlanta, GA 30303-3309

This 18th day of February, 2020

*/s/ Christopher Andrews*

Christopher Andrews

P.O. Box 530394

Livonia, MI 48153-0394

248-635-3810

caaloa@gmail.com

Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW Ste. 2211
Atlanta, GA 30303-3309