# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) This document relates to: <br> ) <br> ) FINANCIAL INSTITUTIONS TRACK <br> ) |

## JOINT MOTION FOR STAY OF ALL DEADLINES

The Financial Institution Plaintiffs[1] and Defendants Equifax Inc. and Equifax Information Services LLC respectfully move for a stay of all deadlines in the case. In support of this motion, the Parties state:

1. The Parties have reached an agreement in principle that—if approved by the Court—will result in a class settlement of all pending claims in the financial institutions track and dismissal of the actions.

2. The Parties are continuing to finalize the details of their agreement and are working on a full draft of their proposed settlement agreement.

---

[1] The named Financial Institution Plaintiffs are set forth in Paragraphs 12-84 of the Financial Institutions Consolidated Amended Complaint (the "Financial Institutions Complaint"), [Dkt. 390], excluding those dismissed in the Court's Order on Financial Institution Plaintiffs' Motion to Dismiss [Dkt. 539] and excluded from the Financial Institution Plaintiffs' Motion for Leave to Amend the Complaint [Dkt. 941].

1

3. Under the latest scheduling order, March 6, 2020 is the deadline for Plaintiffs to file an amended complaint in conformance with the Court's orders on the Motion to Dismiss and Motion to Amend, and April 10, 2020 is the deadline for Defendants' response. [Dkt. 962].

4. The Parties believe that a stay of these deadlines will enable them to focus their efforts on finalizing the settlement agreement and related documents and presenting a proposed agreement to the Court for preliminary approval.

5. To ensure continued progress, the Parties propose that the Court permit them a period of at least 60 days in which to either move for preliminary approval or file a joint status report.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines in the case, and order that within 60 days, the Parties either move for preliminary approval of their agreement or file a joint status report. A proposed order is attached for the Court's consideration.

Dated: February 28, 2020            Respectfully submitted,

| | |
|---|---|
| */s/ Joseph P. Guglielmo* | */s/ Gary F. Lynch* |
| Joseph P. Guglielmo | Gary F. Lynch |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **CARLSON LYNCH, LLP** |
| 230 Park Avenue, 17th Floor | 1133 Penn Avenue, 5th Floor |
| New York, New York 10169 | Pittsburgh, Pennsylvania 15222 |
| Tel. 212.223.6444 | Tel. 412.322.9243 |
| jguglielmo@scott-scott.com | glynch@carlsonlynch.com |

*Financial Institution Plaintiffs' Co-Lead Counsel*

/s/ *S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
  Georgia Bar No. 035835
Phyllis B. Sumner
  Georgia Bar No. 692165
S. Stewart Haskins II
  Georgia Bar No. 336104
Elizabeth D. Adler
  Georgia Bar No. 558185
John C. Toro
  Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify pursuant to L.R. 7.1D that the foregoing complies with the font and point selections permitted by L.R. 5.1C. This brief was prepared on a computer using the Times New Roman font (14 point).

*/s/ Gary F. Lynch*