# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 ) Case No.: 1:17-md-2800-TWT ) ) This document relates to: ) ) FINANCIAL INSTITUTIONS TRACK ) |

## ORDER GRANTING JOINT MOTION FOR STAY

The Court has considered the Parties' joint motion for a stay of all deadlines pending their finalization of settlement negotiations and preparation of a proposed agreement to be submitted for preliminary approval. The motion is GRANTED, and the deadlines set forth in the Court's scheduling order of January 16, 2020 [Dkt. 962] are hereby STAYED until further notice.

Within 60 days of this Order, the Parties shall either file a motion for preliminary approval of their settlement agreement or a joint status report advising the Court of their progress.

SO ORDERED, this ____ day of _____, 2020.

_____

THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

1