Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW Ste. 2211
Atlanta, GA 30303-3309