## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| _____ | ) MDL Docket No. 2800 |
| In re: Equifax, Inc. Customer | ) Case No.: 1:17-md-2800-TWT |
| Data Security Breach Litigation | ) |
| | ) This document relates to: |
| | ) |
| | ) FINANCIAL INSTITUTIONS TRACK |
| _____ | ) |

## ORDER GRANTING JOINT MOTION FOR STAY

The Court has considered the Parties' joint motion for a stay of all deadlines pending their finalization of settlement negotiations and preparation of a proposed agreement to be submitted for preliminary approval. The motion is GRANTED, and the deadlines set forth in the Court's scheduling order of January 16, 2020 [Dkt. 962] are hereby STAYED until further notice.

Within 60 days of this Order, the Parties shall either file a motion for preliminary approval of their settlement agreement or a joint status report advising the Court of their progress.

SO ORDERED, this 2 day of March, 2020.


/s/ Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE