

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

# MOTION TO STRIKE DOCKET 998 "RESPONSE IN OPPOSITION RE 986 APPLICATION TO APPEAL IN FORMA PAUPERIS FILED BY ALL PLAINTIFFS", Doc 998

Objector requests that Plaintiffs filing, "RESPONSE in Opposition re [986] APPLICATION to Appeal in forma pauperis filed by ALL PLAINTIFFS", Doc 998 filed on February 24, 2020 be stricken from the record. Plaintiffs failed to mail me a copy of that document on the same day they filed it with the court as evidenced on the last page of their pathetic ranting filing making it defective. The additional evidence of their missed filing date is the amended Certificate of Service; Doc 1001 dated 02/26/20 filed two days later but I already responded on 02/25/20 and was delivered today. Plaintiffs' lawyers, led by Mr. Canfield, should have voluntarily withdrawn that document and refiled it properly when he realized they violated court rules by leaving out the service part of the procedure but instead intentionally filed an amended Certificate of Service. Their filing is defective, invalid, and another example of bad faith misconduct. They (he) also lied previously in writing about when my objection was filed which tricked the court into ignoring the reversible errors raised when the litigation should have been paused and instead an approval of a $380 million through fraud the first example of bad faith misconduct, I see a bad pattern here. Taking my deposition for financial purposes is simply harassment and designed to force me out of the appeals process which is not going to happen, everything stated is true. I hereby certify under penalty of perjury that all of the above is true and accurate to the best of my knowledge. *Christopher Andrews* Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, I 48153-0394 T. 248-635-3810 E. caaloa@gmail.com  Dated 02/28/20

## Certificate of Mailing

I certify that this document was sent to the Clerk of the Court via first class mail with copies sent to everyone else who are registered with CM/ECF.

*[signature: Christopher Andrews]*

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810  E. caaloa@gmail.com   Dated February 28, 2020

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, NW Ste. 2211
Atlanta, GA 30303-3309

Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

 

U.S. POSTAGE PAID
FCM LG ENV
LIVONIA, MI
48152
FEB 28, 20
AMOUNT
$1.20
R2305K142327-23

1000   30303

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW Ste. 2211
Atlanta, GA 30303-3309

CLEARED
MAR 02 2020
U.S. Marshals Service
Atlanta, GA

CLEARED
MAR - 2 2020
U.S. Marshals
Atlanta, GA