United States District Court  Northern District of Georgia
Atlanta Division
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Atlanta, Georgia 30303 -3309
Case No: 1:17-md-2800-TWT     Equifax Data Security Breach

Chief Judge Thomas W. Thrash, Jr.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR - 2 2020
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk
February 27, 2020

Re: Closing Date for Equifax claims

Your Honor,

I write with concerns regarding the processing of claims at the Equifax Settlement Administration office in Seattle.

Attached is a copy of my USPS Priority Mail postage receipt showing I mailed my initial claim[1] to the Administration Center on January 21, 2020.  Also attached is a copy of the official Equifax claim form which states claims 'must be postmarked' by January 22, 2020.

On February 21, 2020, I contacted the Settlement Administration office to ask about amending[2] my initial claim.   The Settlement Administration[3] office informed me that I did not have a claim, and that because I mailed my claim on January 21, 2020, it would not have been in the office by January 22nd, and would not have met the deadline, and therefore not acknowledged.

I have re-submitted my claim, along with more than twenty-five supporting documents, to the Settlement Administration office for reconsideration.

Kimberly J. Kohler
36961 SW Height of Land Dr.
Rochert, MN 56578
Phone: (218) 841-0237

---

[1] Initial claim amount: $ 4,579.00
[2] Seeking to amend claim to reflect costs associated with isolating and removing malware and unauthorized javascript code from operating systems; costs which we had previously attributed to the Yahoo breach. $ 628.20
[3] Conversations with Francis and Jennifer, Settlement Administration office, Seattle, public information line.

**ust be postmarked submitted online ) LATER THAN nuary 22, 2020**

EQUIFAX DATA BREACH SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91318
SEATTLE, WA 98111-9418
WWW.EQUIFAXBREACHSETTLEMENT.COM

**EFX**

# Equifax Data Breach Claim Form

## SETTLEMENT BENEFITS – WHAT YOU MAY GET

f you are a U.S. consumer whose personal information was impacted by the Equifax data breach announced on September 7, 2017, you may submit a claim.

he easiest way to submit a claim is online at **www.EquifaxBreachSettlement.com**, or you an complete and mail this claim form to the mailing address above.

ou may submit a claim for one or more of these benefits:

**Credit monitoring or Cash Payment of up to $125**: Use the claim form to request free credit monitoring services. Or, if you already have credit monitoring services, and will have them for at east six months after filing your claim, you can request a cash payment of up to $125.

**ash Reimbursement.** Use the claim form to request money for one or more of the following:

1. **Reimbursement for Time Spent.** If you spent time trying to avoid or recover from fraud or identity theft because of the Equifax data breach, you can get up to $25 per hour for up to 10 total hours, or up to 20 total hours if you provide supporting documents.

2. **Reimbursement for Money You Spent.** If you spent money trying to avoid or recover from fraud or identity theft because of the Equifax data breach, you can be reimbursed up to $20,000. You must submit documents supporting your claim.

3. **Up to 25% Reimbursement for Equifax Credit Monitoring Subscriptions.** If you had an Equifax credit monitoring or identity theft protection subscription between 9/7/2016 and 9/7/2017, you can get a payment of up to 25% of the amount you paid.

claim is required for **identity restoration services**. U.S. consumers impacted by the Equifax a breach will be able to access identity restoration services for a period of at least 7 years once Settlement is final. More information is available at www.EquifaxBreachSettlement.com.

\* \* \*

aims must be submitted online or mailed by **01/22/2020**. Use the address at the top of this form for mailed claims.

ase note: the settlement administrator may contact you to request additional documents to cess your claim.

tions? Visit www.EquifaxBreachSettlement.com or call 1-833-759-2982

Page **1** of **7**

*EQUIFAX*

```
             DETROIT LAKES
             250 STATE ST W
       DETROIT LAKES, MN 56501-9998
                26244C 0890
                (800)275-8777
             01/21/2020 01:23 PM
===================================================

Product             Qty    Unit     Price
                           Price

PM 2-Day             1     $8.20    $8.20
  (Domestic)
  (SEATTLE, WA  98111)
  (Weight:0 Lb 4.80 Oz)
  (Expected Delivery Day)
  (Thursday 01/23/2020)
  (USPS Tracking #)
  (9505 5134 6891 0021 4806 52)
Insurance                           $0.00
  (Up to $50.00 included)
Affixed Postag                     ($8.20)
  (Affixed Amount:$8.25)

Total:                              $0.00
```

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

              Preview your Mail
              Track your Packages
              Sign up for FREE @
           www.informeddelivery.com


All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business

CC:
Class Counsel   Equifax Data Breach
Dicello, Levitt, Gutzer, LLC
attn: Amy Keller
Ten Nth. Dearborn St.
Chicago, IL 60602

Kenneth S. Canfield
Doffermyre, Shields, Canfield, & Knowles, LLC
1355 Peachtree St. NE Suite 1725
Atlanta, GA 30309

Equifax Settlement Administration
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA  98111-9418

Kimberly Kohler
36961 SW HOL DR.
Rochert, MN 56578

CLEARED
MAR - 2 2020
U.S. Marshals
Atlanta, GA

FARGO ND 581

28 FEB 2020   PM 2 T



US DISTRICT COURT - NORTHERN DISTRICT
ATLANTA DIVISION
RICHARD B. RUSSELL FEDERAL BLDG.
75 TED TURNER DR. SW
ATLANTA GA   30303-3309

1:17-md-2800-TWT
EQUIFAX DATA BREACH

30303$3329