# EXHIBIT 2

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION

RONALD LEES on behalf of Himself    )
and others similarly situated,      )
                                    )
              Plaintiffs,           )
                                    )
   VS.                              ) No. 4:13-CV-01411(SNLJ)
                                    )
ANTHEM INSURANCE COMPANIES, INC.,   )
                                    )
              Defendant.            )
_____)

GLENN KASSIOTIS, Objector

ANTHONY R. BROOKMAN, Objector, Pro Se



    FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT HEARING
       BEFORE THE HONORABLE STEPHEN N. LIMBAUGH, JR.
                       April 9, 2015
                    ST. LOUIS, MISSOURI

FOR THE PLAINTIFFS:

     ALEXANDER H. BURKE
     BURKE LAW OFFICES, LLC
     155 N. Michigan Avenue, Suite 9020
     Chicago, IL  60601
     (312) 729-5289

     LARRY P. SMITH
     DAVID M. MARCO
     SMITHMARCO, PC
     205 North Michigan Avenue, Suite 2940
     Chicago, IL  60601
     (312) 324-3532
     (312) 546-6539

FOR THE DEFENDANT:

     DAN J. HOFMEISTER
     DAVID Z. SMITH
     REED SMITH, LLP
     10 S. Wacker Drive, Suite 4000
     Chicago, IL  60606-7507
```

1  attorney's fees, and it's a lawyer who has, in fact, objected
2  to attorney's fees several times in the past.
3          THE COURT:  Well, let me just interrupt about that.
4  You know, I -- I kind of appreciate what Mr. Davis has done
5  because he's raised questions in this case that I should be
6  asking in approving the settlement if you were not here.  So,
7  you know, I think it's a service to the Court in a way that
8  he's participating this way so that to educate me about the
9  kinds of questions that I need to be asking of you all.
10         MR. BURKE:  Absolutely, and that's part of the
11 process.
12         THE COURT:  Yeah.  So whatever you dislike about
13 Mr. Davis, I think that he's doing a service to the Court.  I
14 don't know whether it's altruistic or what he's got in this
15 thing, but it's helpful.
16         MR. DAVIS:  Thank you, Your Honor.
17         MR. BURKE:  I understand, Judge, and that is an
18 important part of the process.
19         THE COURT:  Okay.
20         MR. BURKE:  And altruism is -- Well, there's that --
21 there's that.
22         So, you know, ---
23         THE COURT:  I was just -- Say you take another half
24 million dollars off your attorney's fees award.  That would
25 jack up the payout to everybody from $206 to about $270.

CERTIFICATE OF OFFICIAL REPORTER

I, Deborah A. Kriegshauser, Federal Official Realtime Court Reporter, in and for the United States District Court for the Eastern District of Missouri, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 16th day of April, 2015.

/s/ Deborah A. Kriegshauser
_____
DEBORAH A. KRIEGSHAUSER, FAPR, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER