# EXHIBIT 6

# John W. Davis

| | |
|---|---|
| **From:** | John W. Davis <john@johnwdavis.com> |
| **Sent:** | Wednesday, March 4, 2020 6:01 PM |
| **To:** | 'kcanfield@dsckd.com' |
| **Cc:** | 'akeller@dicellolevitt.com'; 'siegel@stuevesiegel.com' |
| **Subject:** | In Re Equifax - Further Request for Proposed Orders |

Mr. Canfield:

Having received no response to my requests below, I am writing to, once again, ask that you provide copies of the proposed orders. I need these in order to provide the Court with complete briefing concerning my motion to amend pursuant to Fed. R. Civ. P. 59. Your continued refusal to produce the proposed orders is puzzling in light of Lead Plaintiffs' prior concession that the record should be properly supplemented with these orders. See DE971 at 4 ("Plaintiffs do not object to the request to supplement the record with the Proposed Orders.") Obfuscation of the record does not serve the interests of the Class, and offends generally regarded principles of justice and fairness. I am hopeful that your failure to provide copies was simply an oversight. Please email me the proposed orders concerning final approval no later than March 5, 2020.

Sincerely,

John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
Telephone:  (813) 533-1972

---

**From:** John W. Davis <john@johnwdavis.com>
**Sent:** Wednesday, January 29, 2020 3:02 PM
**To:** 'kcanfield@dsckd.com' <kcanfield@dsckd.com>
**Cc:** 'akeller@dicellolevitt.com' <akeller@dicellolevitt.com>; 'siegel@stuevesiegel.com' <siegel@stuevesiegel.com>
**Subject:** RE: In re Equifax - proposed orders

Mr. Canfield,

I reviewed Plaintiffs' Response to Motions to Supplement the Record concerning the Equifax consumer cases. DE971. I understand that Plaintiffs have no objection to making the Proposed Orders part of the record. It does not appear these documents have been filed (with the exception of, as I understand, the proposed consent order which Class Counsel have represented mirrors the document at DE739-2 at 84-98). Accordingly, and in light of Plaintiffs' non-opposition to publication, can you please email me copies as requested below? Thank you.

1

Regards,

John W. Davis

---

**From:** John W. Davis <john@johnwdavis.com>
**Sent:** Monday, December 30, 2019 10:18 AM
**To:** 'kcanfield@dsckd.com' <kcanfield@dsckd.com>
**Cc:** 'akeller@dicellolevitt.com' <akeller@dicellolevitt.com>; 'siegel@stuevesiegel.com' <siegel@stuevesiegel.com>
**Subject:** In re Equifax - proposed orders

Mr. Canfield,

I am writing to request copies of any proposed orders submitted to the Court concerning final approval of the Equifax settlement including orders regarding attorneys' fees, service awards, and injunctive relief. Emailed copies are fine. Your courtesy would be much appreciated. Thank you.

John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
Telephone:  (813) 533-1972