UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Suzanne Meade, Edward Wygal and Brenda Kay Wygal, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC., a Delaware corporation,<br><br>Defendant. | MDL Docket No. 2800 <u>1:17-md-2800-TWT</u><br><br>Civil Action No. <u>2:17-cv-892</u><br><br><u>**MOTION TO WITHDRAW COUNSEL**</u> |

## **MOTION TO WITHDRAW COUNSEL**

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned counsel for Plaintiffs Suzanne Meade, Edward Wygal and Brenda Kay Wygal, ("Plaintiffs"), file this motion to withdraw Jeremiah Heck, Brian Garvine, Mark Lewis and Robert Wagoner as counsel for Plaintiffs Suzanne Meade, Edward Wygal and Brenda Kay Wygal, in the above-captioned action. All Equifax security breach cases (including this case) were consolidated into the above referenced multi-district litigation and this Court appointed lead counsel to handle the litigation going forward. Thus, movants no longer serve as local counsel for any Plaintiffs in this matter, and in an abundance of caution, move to withdraw.

WHEREFORE, Movants respectfully request that the Court grant this motion for leave to withdraw.

Respectfully submitted, March 9, 2020.

**Luftman, Heck & Associates, LLP**

/s/ Jeremiah E. Heck
Jeremiah E. Heck (0076742)
580 East Rich Street
Columbus, Ohio 43215
Phone: (614) 224-1500
Fax: (614) 224-2894
jheck@lawLH.com

**The Law Office of Brian M. Garvine, LLC**

/s/ Brian M. Garvine
Brian M. Garvine (0068422)
5 East Long Street
Suite 1100
Columbus, OH 43215
Phone (614) 223-0290
Fax (614) 221-3201
brian@garvinelaw.com

**Kitrick, Lewis, & Harris, Co. LPA**

/s/ Mark D. Lewis
Mark D. Lewis (0063700)
445 Hutchinson Avenue, Ste 100
Community Corporate Center
Columbus, OH 43235-8630
Phone: (614) 224-7711
Fax: (614) 225-8985
mlewis@klhlaw.com

**Robert J. Wagoner, Co., L.L.C.**

s / Robert J. Wagoner
Robert J. Wagoner (0068991)
Of Counsel to Kitrick, Lewis & Harris Co., L.P.A.
445 Hutchinson Avenue, Suite 100
Columbus, Ohio 43235
Phone (614) 796-4110
Fax (614) 796-4111
Bob@wagonerlawoffice.com

*Trial Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 9, 2020, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record who have appeared in the action.

                Kitrick, Lewis & Harris Co., L.P.A.

                /s/ *Mark Lewis*
                Mark Lewis (Ohio Bar No. 0063700)