## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer<br>Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

### PLAINTIFFS' RESPONSE TO CLASS MEMBER LETTER

Class member Kimberly Kohler wrote to the Court on February 27, 2020, concerning her Claim. (Doc. 1017, received March 2, 2020) Class Counsel inquired about Ms. Kohler's Claim with the Settlement Administrator, and confirmed that the Settlement Administrator had received Ms. Kohler's timely-filed Claim, and that it is under review pursuant to the Claims Administration Protocol.

On March 9, 2020, Class Counsel wrote to Ms. Kohler (via the email address she supplied to the Settlement Administrator) to confirm that the Settlement Administrator has her Claim, and that it is under review.

Dated:  March 9, 2020                    Respectfully submitted,

                                         */s/ Kenneth S. Canfield*
                                         Kenneth S. Canfield
                                         Ga Bar No. 107744
                                         **DOFFERMYRE SHIELDS
                                         CANFIELD & KNOWLES, LLC**
                                         1355 Peachtree Street, N.E.
                                         Suite 1725
                                         Atlanta, Georgia 30309
                                         Tel. 404.881.8900
                                         kcanfield@dsckd.com

                                         */s/ Amy E. Keller*
                                         Amy E. Keller
                                         **DiCELLO LEVITT GUTZLER LLC**
                                         Ten North Dearborn Street
                                         Eleventh Floor
                                         Chicago, Illinois 60602
                                         Tel. 312.214.7900
                                         akeller@dicellolevitt.com

                                         */s/ Norman E. Siegel*
                                         Norman E. Siegel
                                         **STUEVE SIEGEL HANSON LLP**
                                         460 Nichols Road, Suite 200
                                         Kansas City, Missouri 64112
                                         Tel. 816.714.7100
                                         siegel@stuevesiegel.com

                                         ***Consumer Plaintiffs' Co-Lead Counsel***

                                         */s/ Roy E. Barnes*
                                         Roy E. Barnes
                                         Ga. Bar No. 039000
                                         **BARNES LAW GROUP, LLC**
                                         31 Atlanta Street

Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

***Consumer Plaintiffs' Co-Liaison Counsel***
Andrew N. Friedman
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

***Consumer Plaintiffs' Steering
Committee***

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court
Coordinating Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Amy E. Keller*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 9th day of March 2020.

*/s/ Amy E. Keller*