UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO OBJECTOR CHRISTOPHER ANDREWS' MOTION TO STRIKE**

Objector Christopher Andrews has asked this Court to approve the pursuit of his appeal at taxpayer expense. Now that Class Counsel have opposed that motion, Mr. Andrews has asked that their opposition be stricken (Doc. 1016) because they filed an amended certificate of service, noting that—in addition to serving "all counsel of record" on February 24, 2020 (Doc. 998 at 24), Class Counsel sent a copy to Mr. Andrews via U.S. Mail on February 26, 2020 (Doc. 1001). The motion is procedurally improper because Plaintiffs' opposition is not a pleading. *See, e.g., Polite v. Dougherty County School System,* 314 Fed. App'x 180, 184 n. 7 (11th Cir. 2008) ("motions to strike are only appropriately addressed to matters contained in the pleadings"); *First Citizens Bank & Trust Co. v, Whitaker,* 2018 WL 6362626, *1 (N.D. Ga. Aug. 22, 2018) ("It is the Court's practice to only

strike pleadings" as defined in Fed. R. Civ. 7); Order, *In re Equifax, Inc. Customer Data Security Breach Litig.* (N.D. Ga. entered Dec. 31, 2019) (Doc. 951) (denying motion to strike a declaration because it is not a pleading). Regardless, there is no need to strike the opposition.  Mr. Andrews received the opposition, filed a timely reply, and thus has suffered no prejudice.[1]  Class Counsel thus respectfully request that the Court deny Mr. Andrews's latest frivolous motion.

Dated:  March 9, 2020    Respectfully submitted,

/s/ Kenneth S. Canfield
Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1725
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

/s/ Amy E. Keller
Amy E. Keller
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

---

[1] Mr. Andrews subsequently filed a Corrected Application to Appeal *In Forma Pauperis* on February 28, 2020, with additional attachments added on March 2, 2020, under seal. (Doc. 1015)

2

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Amy E. Keller*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 9th day of March 2020.

I also certify that a copy of the foregoing was sent to Objector Christopher Andrews via U.S. Mail to: P.O. Box 530394, Livonia, Michigan 48153-0934, this 9th day of March 2020.

/s/ Amy E. Keller