# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>This document relates to:<br><br>*City of Chicago v. Equifax Inc.*,<br>No. 1:18-cv-1470 |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

The Court has considered Plaintiff City of Chicago's ("Chicago") and Defendant Equifax Inc.'s ("Equifax") Joint Motion to Extend Deadlines. The Motion is GRANTED. Chicago's deadline to file an amended complaint is extended to April 8, 2020; Equifax shall file a motion to dismiss the amended complaint by May 11, 2020; Chicago shall file its response to Equifax's motion by May 29, 2020; and Equifax shall file its reply in support of its motion by June 12, 2020.

SO ORDERED, this _____ day of March, 2020.

_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE