| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 20-10249-RR Shiyang Huang v. Brian Spector, et al "USDC Order Overdue" (1:17-md-02800-TWT) |
| **Date:** | Wednesday, March 18, 2020 9:44:34 AM |

***NOTE TO USERS*** The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.

United States Court of Appeals for the Eleventh Circuit

## Notice of Docket Activity

The following transaction was filed on 03/18/2020

**Case Name:**   Shiyang Huang v. Brian Spector, et al
**Case Number:**   20-10249

### Docket Text:
REQUEST TO USDC CLERK: Please promptly advise this office whether your court has entered an order concerning DE # 1015, motion for IFP.

### Notice will be electronically mailed to:

Clerk - Northern District of Georgia, Clerk of Court