# EXHIBIT B

# Amy Keller

| | |
|---|---|
| **From:** | caaloa <caaloa@gmail.com> |
| **Sent:** | Wednesday, March 4, 2020 11:42 PM |
| **To:** | Amy Keller; SIegel; AFriedman; ehg@classlawgroup.com; JPizzirusso; atadler1; jyanchunis@forthepeople.com; hassan.murphy@murphyfalcon.com; rodney@gspclaw.com |
| **Subject:** | Re: Equifax Class Action Consumer Litigation 17-md-02800 |

Hello,

I have obtained the bar association numbers for those attorneys that are registered in Georgia from the signature pages off of Docket number 902, Plaintiffs' Response To Objections To The Settlement, except for Mr.Strong who did not include it on that document.

I am now require your bar association number of the state you are registered in. This request pertains to the blatantly false lies you made in Doc 902 pages 41 and 42 of 48 which contributed to and caused the court to approve the $380 million settlement through the use of those false statements you signed off on knowing they were untrue when made.

You have until midnight on Monday March 09, 2020 to email me my request. Do not ignore my request and don't make me go dig for it or you will make things worse for yourself.

 Thank you,

Christopher Andrews