# EXHIBIT C

Case 1:17-md-02800-TWT   Document 1031-3   Filed 03/18/20   Page 1 of 3





**Image of original envelope on preceding page; above image shows postmark "zoomed in" for clarity.**