

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: Equifax Inc. Customer          MDL Docket No 2800
Data Security Breach Litigation       No.  1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

## MISSING DOCUMENTS TAKEN OFF THE DOCKET

I just got off the phone with the clerk's office. There were three filing on the docket last night and one of them pertained to my in forma pauperis status. Unless the court issued an order, no one has the right to delete documents off of the official docket regardless of how bad they make people look or to halt this appellant's appeal illegally. I don't see an order on the docket. Fortunately I copied the deleted filings which are Doc. 1032, Doc 1033 and Doc 1034.

Not only does this type of illegal secrecy deprive this objector of his due process rights, it is a violation of the First Amendment and common law rights of access to judicial proceedings. The beneficiaries of this biased secrecy game are the plaintiffs' lawyers, Equifax and the court.

Here is a copy of what was deleted:

doc (I believe this was doc 1033.)

03/18/2020
This APPELLANT has been notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the required filing fee has been received or a motion to proceed on appeal in forma pauperis is filed in the District Court. The appellant is being served with this letter. [Entered: 03/18/2020 09:46 AM]

Is the clerk or the court going to put the above filing back on the docket on the fifteenth day which would illegally prohibit me from pursuing my appeal? Yes.

Does this 14 day deadline apply or not? The clerk's office said no one can do what I just told her and she was extremely flustered when I read the deleted filing to her above and said if it's not there don't worry about it. She stated there is no one else to speak to and any concerns put them in writing, not email. What a crock, I don't trust anyone down there based on what has take place over the past eight months. This is a crooked rigged game you are all playing that's been going on from July 22, 2019 up to including today and into the foreseeable future. You are all scared of me filing an appeal brief. At least try and get good when covering up and giving benefits to Equifax.

I certify under penalty of perjury all of the above is true to the best of my knowledge and belief.

Respectfully Submitted,

Christopher Andrews, Pro se objector
P.O. Box 530394
Livonia, MI 48153-0394
T. 248-635-3810 E. caaloa@gmail.com
Dated March 17, 2020

## Certificate of Compliance

I hereby certify that this filing has been prepared in compliance with Local Rules
5.1 and 7.1 (if applicable.)

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com  Dated March 17, 2020

## RULE 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point

selections approved by the Court in Local Rule 5.1(C), Northern District of

Georgia, specifically Times New Roman 14 point. (if applicable)

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com  Dated March 17, 2020

## Certificate of Mailing

I certify that this document was sent to the Clerk of the Court via first class mail

with copies sent to everyone else who are registered with CM/ECF.

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com  Dated March 17, 2020-

Christopher Andre
P.O. Box 530394
Livonia, MI 48153-0394

CERTIFIED MAIL

7019 1640 0000 6703 0923

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW Ste. 2211
Atlanta, GA 30303-3309

CLEARED
MAR 23 2020
U.S. Marshals
Atlanta, GA



1000          30303

U.S. POSTAGE PAID
FCM LG ENV
LAKELAND, MI
48143
MAR 19, 20
AMOUN
$4.75
R2305K137140-88-

