FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 23 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

PLEASE CANCEL FILING THAT WILL ARRIVE TODAY IN ANOTHER ENVELOPE. IT WAS SENT IN ERROR

Please cancel the filing that was mailed yesterday as titled above, it was sent in error. An intercept was initiated, this is in case the document makes it there.

I certify under penalty of perjury all of the above is true to the best of my knowledge and belief.

Thank you,

Respectfully Submitted,

*[signature]*

Christopher Andrews, Pro se objector
P.O. Box 530394
Livonia, MI 48153-0394
T. 248-635-3810 E. caaloa@gmail.com
Dated March 20, 2020

## Certificate of Mailing

I certify that this document was sent to the Clerk of the Court of the Northern District via first class mail with copies hopefully not sent to everyone else who are registered with CM/ECF.

*[signature]*

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com   Dated March 20, 2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

## MISSING DOCUMENTS TAKEN OFF THE DOCKET

U.S. POSTAGE PAID
PM 2-Day
LAKELAND, MI
48143
MAR 20, 20
AMOUNT
**$7.75**
R2305K137140-4

30303

1004

**PRIORITY MAIL**

FROM:
Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

TO:
Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW Ste. 2211
Atlanta, GA 30303-3309

CLEARED
MAR 23 2020
U.S. Marshals
Atlanta, GA

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

EXPECTED DELIVERY DAY: 03/23/20

USPS TRACKING® NUMBER

9505 5122 9147 0080 1588 84

PS00001D0001

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

This envelope is made from post-consumer waste. Please recycle - again.