# EXHIBIT A

# Amy Keller

| | |
|---|---|
| **From:** | Amy Keller |
| **Sent:** | Wednesday, March 18, 2020 8:53 PM |
| **To:** | caaloa@gmail.com |
| **Subject:** | In re Equifax, Inc. Customer Data Security Breach Litigation |

Mr. Andrews,

Our offices have not received service copies of the following documents from you:

- Doc. 1015, Corrected Application to Appeal In Forma Pauperis, February 28, 2020; and
- Doc. 1030, Motion to Amend or Alter Judgment, March 16, 2020

The clerk's office informs us that these documents were filed under seal, so we are unable to view them unless you serve us with a copy. Based upon your filings, I know that you are a fastidious record-keeper, so could you please provide us with the date that you sent these documents to us and the address to which you sent them? If you haven't yet sent them, please provide them as soon as possible. Given the challenges we all face with the COVID-19 pandemic, service via email is perfectly fine to avoid exposure to the virus. Obviously, we want everyone to stay safe even as the business of the court continues.

Thank you and be well,

Amy



Amy E. Keller
**DICELLO LEVITT GUTZLER**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.