# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CIVIL ACTION NO.: 1:17-md-2800-TWT |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to LR 83.1(E), NDGa, and upon consideration of the motion filed to withdraw attorney Jason S. Kanterman as counsel of record for Plaintiffs Mark Isacoff, Robert Kohn, and Susan Kohn in the above-captioned matter, the Court hereby GRANTS the motion.

SO ORDERED this 30 day of March, 2020.

/s/ Thomas W. Thrash
**Hon. Thomas W. Thrash, Jr.**
**Chief United States District Court Judge**