UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: EQUIFAX, INC., CUSTOMER
DATA SECURITY
BREACH LITIGATION

CIVIL ACTION NO.
1:17md2800-TWT

_____/

## ORDER ON MOTION FOR WITHDRAWAL

THIS MATTER coming before the Court on the Motion for Withdrawal submitted by Jeremiah Heck, Brian Garvine, Mark Lewis and Robert Wagoner, and it appearing that the motion is filed in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, the Court hereby GRANTS the motion. Jeremiah Heck, Brian Garvine, Mark Lewis and Robert Wagoner are withdrawn as counsel of record in this case.

SO ORDERED this the 30 day of March, 2020.

/s/ Thomas W. Thrash
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE