# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

March 31, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

      U.S.D.C. No.: 1:17-md-2800-TWT  
      U.S.C.A. No.: 00-00000-00  
      In re:      IN RE: Equifax, Inc., Customer Data Security Breach Litigation

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Amended Notice of Appeal, Final Order and Judgment, Order, Amended Order and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| | There is no transcript. |
| **X** | **The court reporters are Susan C. Baker, Wynette Blathers and Diane Peede.** |
| | There is sealed material. |
| | Other: . |
| | Fee paid electronically on . |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is Catherine M. Salinas. |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| | This is a DEATH PENALTY appeal. |

                                                Sincerely,

                                                James N. Hatten  
                                                District Court Executive  
                                                and Clerk of Court

                                        By:  <u>Kimberly Carter</u>  
                                                  Deputy Clerk

Enclosures