# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**OBJECTOR MIKELL WEST'S AMENDED NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Mikell West hereby amends his Notice of Appeal (Dkt. 982) filed on February 11, 2020 currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249. In addition to the already pending appeal from the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 956), Final Order and Judgment (Dkt. 957), and all opinions and orders that merge therein, Class Member/Objector Mikell West now also appeals from the Court's Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, and all orders and opinions that merge therein. Mr. West further appeals from any order or judgment naming or identifying Mr. West or the objection filed by him, and from any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

Dated:        March 31, 2020                    Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
*Pro Hac Vice*[1]
State Bar of Texas #24012436
Admitted to the United States District Court, Southern District of Texas, ID No. 2032287
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78418
(361) 698-5200

Jerome J. Froelich, Jr.
State Bar No. 278150
McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

*Attorneys for Objecting Class Member, Mikell West*

---

[1] Dkt. 23 at 4.

2

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: March 31, 2020                           /s/ Robert W. Clore
                                                Robert W. Clore