# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
 AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

April 1, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia     30303

     **U.S.D.C. No.: 117-md-2800-TWT**  
     **U.S.C.A. No.: 00-00000-00**  
     **In re:      IN RE: Equifax Inc., Customer Data Breach Litigation**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Amended Notice of Appeal, Final Order and Judgment, Amended Order, and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
|  | There is no transcript. |
| **X** | **The court reporters are Susan C. Baker, Wynette Blathers and Diane Peede.** |
| **X** | **There is sealed material.** |
|  | Other: . |
| **X** | **Fee paid electronically on 3/31/20; Receipt Number AGANDC-9541354.** |
|  | Appellant has been   leave to file *in forma pauperis*. |
|  | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|  | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
|  | This is a DEATH PENALTY appeal. |

                                              Sincerely,

                                              James N. Hatten  
                                              District Court Executive  
                                              and Clerk of Court

                                      By:  <u>Kimberly Carter</u>  
                                              Deputy Clerk

Enclosures