**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of documents filed under ECF Nos. 1031, 1037, and 1040 were previously served upon Objector Christopher Andrews on the dates of their filing via electronic mail, given that: 1) Objector Christopher Andrews had previously communicated with counsel via electronic mail; 2) the undersigned's staff is and has been working remotely to avoid both exposure to and spread of Novel Coronavirus Disease 2019 ("COVID-19"); and 3) the State of Michigan has now issued a "stay at home" Executive Order, which would complicate travel to a Post Office Box to obtain service copies of documents by Objector Andrews.[1]  Copies of those service emails are attached hereto (without

---

[1] Governor Gretchen Whitmer's Executive Order 2020-21 took effect March 24, 2020 for Michigan (https://www.michigan.gov/whitmer/0,9309,7-387-90499_90705-522626--,00.html).  Governor J.B. Pritzker's Executive Order was

their filings).   On March 31, 2020, Mr. Andrews rejected service of those documents via electronic mail pursuant to the attached email correspondence.

Accordingly, mail service copies of those filings were deposited into a mailbox for delivery via U.S. Mail to Mr. Andrews via P.O. Box 530394, Livonia, Michigan 48153-0394 on April 1, 2020.

*/s/ Amy E. Keller*

---

issued March 20, 2020, for Illinois (https://www2.illinois.gov/Pages/Executive-Orders/ExecutiveOrder2020-17.aspx).