# Amy Keller

| | |
|---|---|
| **From:** | AnnMarie Green |
| **Sent:** | Wednesday, March 18, 2020 2:33 PM |
| **To:** | caaloa@gmail.com |
| **Cc:** | Amy Keller |
| **Subject:** | 1:17-md-02800 - In Re Equifax Inc. Customer Data Security Breach Litigation |
| **Attachments:** | 1031 - RESPONSE in Opposition re [1023] MOTION filed by ALL PLAINTIFFS. - In RE- Equifax Inc. Customer Date Security Breach Litigation - gand - 1-2017-md-02800.pdf; 1031-001 - Exhibit A - In RE- Equifax Inc. Customer Date Security Breach Litigation - gand - 1-2017-md-02800.pdf; 1031-002 - Exhibit B - In RE- Equifax Inc. Customer Date Security Breach Litigation - gand - 1-2017-md-02800.pdf; 1031-003 - Exhibit C - In RE- Equifax Inc. Customer Date Security Breach Litigation - gand - 1-2017-md-02800.pdf |

Mr. Andrews,

Please see the enclosed, which was filed with the Court today.  In light of the circumstances surrounding COVID-19, we are sending this to you by electronic mail.  Should you desire a paper copy, please let us know.

Thank you,



AnnMarie Green

**DICELLO LEVITT GUTZLER**

Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.