# Amy Keller

| | |
|---|---|
| **From:** | Amy Keller |
| **Sent:** | Thursday, March 26, 2020 2:48 PM |
| **To:** | caaloa@gmail.com |
| **Cc:** | AnnMarie Green; Ashtin Otto |
| **Subject:** | In re Equifax, Inc. Customer Data Security Breach Litigation |
| **Attachments:** | 1037-001 - Exhibit A - In RE- Equifax Inc. Customer Date Security Breach Litigation - gand - 1-2017-md-02800.pdf; 1037 - RESPONSE in Opposition re [1030] MOTION to AmendMOTION to Alter [957] Judgment Response to Filings b - In RE- Equifax Inc. Customer Date Security Breach Litigation - gand - 1-2 |

Mr. Andrews,

Please see the enclosed, which were filed with the Court today.

Be well,

Amy Keller



Amy E. Keller
**DICELLO LEVITT GUTZLER**

Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.