# Amy Keller

| | |
|---|---|
| **From:** | Amy Keller |
| **Sent:** | Monday, March 30, 2020 9:33 PM |
| **To:** | 'caaloa@gmail.com' |
| **Cc:** | AnnMarie Green; Ashtin Otto |
| **Subject:** | In re Equifax, Inc. Customer Data Security Breach Litigation |
| **Attachments:** | 5IQ5558-2020 03-30 (1040) Consumer Plaintiffs' Motion for Appeal Bond.PDF |

Mr. Andrews,

Please see the enclosed, which was filed with the Court today.

Be well,

Amy Keller



Amy E. Keller
**DICELLO LEVITT GUTZLER**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

1