# Amy Keller

| | |
|---|---|
| **From:** | caaloa <caaloa@gmail.com> |
| **Sent:** | Tuesday, March 31, 2020 5:54 AM |
| **To:** | Amy Keller |
| **Subject:** | Re: In re Equifax, Inc. Customer Data Security Breach Litigation |

I have not read any of the last three email filings sent to me and won't. Paper copies have not arrived yet if they were even sent. DO NOT send anything to me via email any more, they will not be read. All communication to me is to be in paper format with originals sent to the court, per court rules.That means no phone calls either from any plaintiff or defense lawyer in this case, ever.
You already know you are in big trouble and it's about to to get a whole lot worse. A filing is on the way in three hours. Did you ever consider what you would do after exiting the legal profession?
Christopher Andrews

   Virus-free. www.avg.com

On Mon, Mar 30, 2020 at 9:33 PM Amy Keller <akeller@dicellolevitt.com> wrote:

> Mr. Andrews,
>
> Please see the enclosed, which was filed with the Court today.
>
> Be well,
>
> Amy Keller
>
> 
>
> Amy E. Keller
> **DICELLO LEVITT GUTZLER**
> Ten North Dearborn Street
> Eleventh Floor
> Chicago, Illinois 60602
>
> 312.214.7900
>
> This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

1