Exhibit 2

```
===========================================
              LAKELAND
           9680 KRESS RD
       LAKELAND, MI 48143-9998
              255150-0143
             (800)275-8777
          11/19/2019 12:21 PM
===========================================
===========================================
-------------------------------------------
Product              Qty   Unit      Price
                           Price
-------------------------------------------
First-Class Mail®     1    $2.05     $2.05
Large Envelope
   (Domestic)
   (SEATTLE, WA  98111)
   (Weight:0 Lb 8.00 Oz)
   (Estimated Delivery Date)
   (Friday 11/22/2019)
Certified                            $3.50
   (USPS Certified Mail #)
   (70171450000125522361)
Return Receipt                       $2.80
   (USPS Return Receipt #)
   (9590940302505155596187)
-------------------------------------------
Total:                               $8.35
-------------------------------------------

-------------------------------------------
Cash                                $20.00
Change                            ($11.65)
-------------------------------------------
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5481-0027-002-00017-34296-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS





## Tracking History

**November 22, 2019, 8:30 am**
Delivered, PO Box
SEATTLE, WA 98111
Your item has been delivered and is available at a PO Box at 8:30 am on November 22, 2019 in SEATTLE, WA 98111.

---

**November 22, 2019, 7:17 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**November 22, 2019, 6:36 am**
Arrived at Unit
SEATTLE, WA 98101

---

**November 21, 2019, 3:15 pm**
Arrived at USPS Regional Destination Facility
SEATTLE WA DISTRIBUTION CENTER

---

**November 21, 2019**
In Transit to Next Facility

---

**November 20, 2019, 12:29 am**
Arrived at USPS Regional Origin Facility
PONTIAC MI DISTRIBUTION CENTER

---

**November 19, 2019, 4:56 pm**
Departed Post Office
LAKELAND, MI 48143

---

**November 19, 2019, 12:19 pm**
USPS in possession of item
LAKELAND, MI 48143