# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |
| This filing relates to:<br><br>*City of Chicago v. Equifax Inc.*, No. 1:18-cv-1470-TWT | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff City of Chicago and Defendant Equifax Inc. stipulate to dismissal with prejudice of all of Plaintiff's claims. The Parties agree to bear their own fees and costs.

Respectfully submitted this 7th day of April, 2020.

| | |
|---|---|
| */s/ Eve-Lynn J. Rapp* | */s/ S. Stewart Haskins II* |
| Jay Edelson | **KING & SPALDING LLP** |
| jedelson@edelson.com | David L. Balser |
| Benjamin H. Richman | Georgia Bar No. 035835 |
| brichman@edelson.com | Phyllis B. Sumner |
| Eve-Lynn J. Rapp | Georgia Bar No. 692165 |
| erapp@edelson.com | S. Stewart Haskins II |
| Sydney M. Janzen | Georgia Bar No. 336104 |
| sjanzen@edelson.com | Elizabeth D. Adler |
| Edelson PC | Georgia Bar No. 558185 |
| 350 North LaSalle Street, 14th Floor | John C. Toro |
| Chicago, Illinois 60654 | Georgia Bar No. 175145 |
| Tel.: 312.589.6370 | Robert D. Griest |
| Fax: 312.589.6378 | Georgia Bar No. 294216 |

Stephen J. Kane
stephen.kane@cityofchicago.org
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel.: 312.744.6934

*Counsel for Plaintiff City of Chicago*

1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Defendant Equifax Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
