IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |
|---|---|

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. The Plaintiff City of Chicago's Motion For Status/Scheduling Conference [Doc. 955] is DENIED as moot.

SO ORDERED, this 8 day of April, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\RECONSIDER.DOCX