IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion to Amend or Alter Judgment [Doc. 1030] of Objector Christopher Andrews. The Objection was not timely filed but the Court denied it on the merits. The Motion under Rule 59(e) is not timely because it was not filed within 28 days after entry of judgment. The Motion to Amend or Alter Judgment [Doc. 1030] of Objector Christopher Andrews is DENIED.

SO ORDERED, this 8 day of April, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\ALTERJUDGMENT.DOCX