# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) CONSUMER ACTIONS <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that class member objector John W. Davis appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (DE 956), Final Order and Judgment (DE 957), Order denying Motion to Alter or Amend Judgment (DE 1026) entered on March 17, 2020, Amended Order Granting Final Approval of Settlement Certifying Settlement Class, And Awarding Attorney's Fees, Expenses and Service Awards (DE 1029) entered on March 17, 2020, and all opinions and orders that merge therein.

DATED:  April 14, 2020			Respectfully submitted,

					/s/  John W. Davis
					John W. Davis

					3030 N. Rocky Point Dr. W., Suite 150
					Tampa, FL  33607
					Email:  john@johnwdavis.com
					Telephone:  813-533-1972

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 14th day of April, 2020.

					/s/  John W. Davis
					John W. Davis
					3030 N. Rocky Point Dr. W.
					Suite 150
					Tampa, FL  33607
					(813) 533-1972

- 2 -