UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
 AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

April 15, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia     30303

     **U.S.D.C. No.:** 1:17-md-2800-TWT  
     **U.S.C.A. No.:** 00-00000-00  
     **In re:**     **IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**

     Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Orders, Final Order and Judgment, Amended Order and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| | There is no transcript. |
| **X** | **The court reporter are Susan C. Baker, Wynette Blathers and Diane Peede.** |
| **X** | **There is sealed material.** |
| | Other: . |
| **X** | **Fee paid electronically on 4/14/20; Receipt Number AGANDC-9592952.** |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W Thrash, Jr.** |
| | This is a DEATH PENALTY appeal. |

                                            Sincerely,

                                            James N. Hatten  
                                            District Court Executive  
                                            and Clerk of Court

                               By:  <u>Kimberly Carter</u>  
                                     Deputy Clerk

Enclosures