IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Objector Christopher Andrews' Motion to Take Judicial Notice of Misconduct and a Rule 11 Violation [Doc. 1023]. Mr. Andrews' claim that one sentence in a footnote of the Plaintiffs' Response to Objections "poisoned" the Court's approval of the settlement is frivolous and absurd. The Court made no finding as to the timeliness of Mr. Andrews' objection and rejected it on the merits. The Objector Christopher Andrews' Motion to Take Judicial Notice of Misconduct and a Rule 11 Violation [Doc. 1023] is DENIED.

SO ORDERED, this 14 day of April, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\NOTICE.DOCX