| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 20-10249-RR Shiyang Huang v. Brian Spector, et al "USDC Order Overdue" (1:17-md-02800-TWT) |
| **Date:** | Monday, April 20, 2020 8:15:16 AM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 04/20/2020

**Case Name:** Shiyang Huang v. Brian Spector, et al
**Case Number:** 20-10249

**Docket Text:**
REQUEST TO USDC CLERK: Please promptly advise this office whether your court has entered an order concerning DE # 986, motion for IFP. and DE # 1054, 1016, 1015)

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court