# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## MIKELL WEST'S MOTION TO UNSEAL TRANSCRIPT OF JULY 30, 2019 HEARING AND RELATED DOCKET ENTRIES

Pursuant to the common-law right of public access, Objector Mikell West moves for the Court to unseal the transcript of the July 30, 2019 telephonic hearing and related docket entries (Dkts. 776, 777, 782) for the reasons articulated in the accompanying memorandum of law.

1

Dated: April 22, 2020

Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
*Pro Hac Vice*[1]
State Bar of Texas #24012436
Admitted to the United States District Court, Southern District of Texas, ID No. 2032287
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78418
(361) 698-5200

Jerome J. Froelich, Jr.
State Bar No. 278150
McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111

*Attorneys for Objecting Class Member, Mikell West*

---

[1] Dkt. 23 at 4.

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.


DATED: April 22, 2020                                  /s/ Robert W. Clore
                                                                      Robert W. Clore