**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

**[PROPOSED] ORDER GRANTING MIKELL WEST'S MOTION TO UNSEAL TRANSCRIPT OF JULY 30, 2019 HEARING AND RELATED DOCKET ENTRIES**

The Court having considered Mikell West's Motion to Unseal the Transcript of the July 30, 2019 Hearing and Related Docket Entries, as well as all papers filed in support thereof and in opposition thereto, finding no good cause to support the continued of sealing of the transcript of the July 30, 2019 telephonic hearing and related docket entries (776, 777, and 782), and further finding that the presumption of access substantially outweighs any interests raised by the party/parties seeking to keep the records under seal, hereby **GRANTS** the Motion.

1

Accordingly, it is hereby **ORDERED** that:

Mikell West's Motion to Unseal the Transcript of the July 30, 2019 Hearing and Related Docket Entries is **GRANTED**. The transcript from the July 30, 2019 telephonic hearing before this Court and related docket entries (Dkts. 776, 777, 782) are ordered unsealed in their entirety.

Dated: This ____ day of_____ , 2020

                                                                            THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

Order Proposed and Presented By:

                                                           /s/ Robert W. Clore
Robert W. Clore
*Pro Hac Vice*[1]
State Bar of Texas #24012436
Admitted to the United States District Court, Southern District of Texas, ID No. 2032287
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78418

---

[1] Dkt. 23 at 4.

                    (361) 698-5200

                    Jerome J. Froelich, Jr.
                    State Bar No. 278150
                    McKenney & Froelich
                    One Midtown Plaza, Suite 910
                    1360 Peachtree Street
                    Atlanta, Georgia  30309-2920
                    (404) 881-1111

                    *Attorneys for Objector Mikell West*