# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CONSUMER PLAINTIFFS' RESPONSE TO MOTION TO UNSEAL TRANSCRIPT OF JULY 30, 2019 HEARING AND RELATED DOCKET ENTRIES

Objector-Appellant Mikell West has filed a motion to unseal the transcript of the July 30, 2019 telephonic hearing (Docs. 776 and 777), and related documents filed under seal. (Doc. 782) The motion is untimely as it was filed nearly five months after the November 19, 2019 objection deadline and more than three months after entry of the Court's final approval order from which Mr. West and other objectors have appealed. Nevertheless, Consumer Plaintiffs have no objection to unsealing the transcript and related documents at issue in Mr. West's motion.[1]

---

[1] Consumer Plaintiffs disagree with some of the characterizations and factual assertions in West's motion and supporting memorandum, but given their non-opposition to the relief requested, do not believe it necessary to respond.

Dated: April 22, 2020                    Respectfully submitted,


                                         */s/ Kenneth S. Canfield*
                                         Kenneth S. Canfield
                                         Ga Bar No. 107744
                                         **DOFFERMYRE SHIELDS**
                                         **CANFIELD & KNOWLES, LLC**
                                         1355 Peachtree Street, N.E.
                                         Suite 1725
                                         Atlanta, Georgia 30309
                                         Tel. 404.881.8900
                                         kcanfield@dsckd.com


                                         */s/ Amy E. Keller*
                                         Amy E. Keller
                                         **DICELLO LEVITT GUTZLER LLC**
                                         Ten North Dearborn Street
                                         Eleventh Floor
                                         Chicago, Illinois 60602
                                         Tel. 312.214.7900
                                         akeller@dicellolevitt.com


                                         */s/ Norman E. Siegel*
                                         Norman E. Siegel
                                         **STUEVE SIEGEL HANSON LLP**
                                         460 Nichols Road, Suite 200
                                         Kansas City, Missouri 64112
                                         Tel. 816.714.7100
                                         siegel@stuevesiegel.com


                                         ***Consumer Plaintiffs' Co-Lead Counsel***

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

4

***Consumer Plaintiffs' Steering Committee***

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

***Consumer Plaintiffs' State Court Coordinating Counsel***

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Amy E. Keller*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with this Court via its CM/ECF service on April 22, 2020, which will send notification of such filing to all counsel of record.

Individuals appearing *pro se* have been served via U.S. Mail at the addresses listed below, and email where so indicated, on April 22, 2020.

George Willard Cochran, Jr.
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com

Shiyang Huang
2800 SW Angler Court
Topeka, Kansas 66614
defectivesettlement@gmail.com

John William Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, Florida 33607
john@johnwdavis.com

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

*/s/ Amy E. Keller*