UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

**FRANK AND WATKINS' JOINDER IN MOTION TO UNSEAL TRANSCRIPT OF JULY 30, 2019 HEARING AND RELATED DOCKET ENTRIES FILED BY OBJECTOR MIKELL WEST (DKT. 1068)**

Objectors Theodore H. Frank and David R. Watkins hereby join in Mikell West's Motion to Unseal Transcript of July 30, 2019 Hearing and Related Docket Entries ("Motion to Unseal") filed on April 22, 2020 (Dkt. 1068) and state as follows:

The class action settlement in this case includes a $31 million fund for "alternative reimbursement compensation" from which class members could claim "Free Credit Monitoring or $125 Cash Payment." *See* Exh. A & 7-A to Settlement Agreement, Dkt. 739-2 at 142, 266. In July 2019, the parties sought changes to the notice and claims process because based on the "pervasive press coverage around the $125 claim, it was apparent that the $31 million cap would be hit and thus alternative compensation claimants would receive substantially less than $125." *See* Class Counsel Declaration,

1

Dkt. 900-1 ¶ 43. The court held a hearing telephonically on July 30, 2019 regarding the adjustments to the notice and claims process. *See* Dkts. 776, 777, 781. On August 2, 2019, the Court granted the "request" to seal the transcript of those proceedings. Dkt. 781.

The Motion to Unseal seeks the transcript of the hearing held by this Court on July 30, 2019 regarding adjustments to the notice and claims process. Motion to Unseal at 1. Objector Frank also has an interest in the unsealing of the transcript. As he explained in his declaration when he objected to the settlement, Frank founded the non-profit Center for Class Action Fairness ("CCAF"), a 501(c)(3) non-profit public-interest law firm based out of Washington, DC, in 2009, which became a part of the Hamilton Lincoln Law Institute in 2019. Declaration of Theodore H. Frank, Dkt. 876-1 ¶ 10. CCAF's mission is to litigate on behalf of class members against unfair class action procedures and settlements. *Id.* ¶ 11. Frank joins the Motion to Unseal because it furthers CCAF's mission by ensuring a transparent and fair process for absent class members.

Frank and Watkins also have an interest in the Motion to Unseal as it relates to their opposition to the consumer plaintiffs' motion for an appeal bond. *See* Frank and Watkins's Response in Opposition to Consumer Plaintiffs' Motion for Appeal Bond ("Opposition"), Dkt. 1057. Frank's Opposition refuted plaintiffs' contention that a bond was appropriate because Frank disseminated false information regarding the settlement. *Id.* at 24. Specifically, Frank's Declaration in support of his Opposition discusses the

press coverage regarding the $125 payment and the changes to the notice and claims process, and how none of his statements to the press were misleading. *See* Declaration of Theodore H. Frank, Dkt. 1057-2 ¶¶ 5-18. The settling parties' statements at that hearing are relevant to the press coverage and the changes to the claims and notice process. Indeed, any of the multiple news outlets that covered the settlement and the changes to the notice and claims process could move to intervene to unseal the hearing. *See In re Petition of Tribune Co.*, 784 F.2d 1518, 1521 (11th Cir. 1986) ("The press has standing to intervene in actions to which it is otherwise not a party in order to petition for access to court proceedings and records.").

On April 22, 2020, plaintiffs responded to the Motion to Unseal, stating that they did not object to unsealing the transcript, but that "[t]he motion is untimely as it was filed nearly five months after the November 19, 2019 objection deadline and more than three months after entry of the Court's final approval order from which Mr. West and other objectors have appealed." Consumer Plaintiffs' Response to Motion to Unseal Transcript of July 30, 2019 Hearing and Related Docket Entries, Dkt. 1069 at 1. Courts permit motions to unseal, however, years after the underlying litigation has terminated. *See Public Citizen v. Liggett Group, Inc.*, 858 F.2d 775, 785 (1st Cir. 1988) (collecting cases).

Dated: April 23, 2020.                    /s/ Melissa A. Holyoak
                                          Melissa A. Holyoak, (DC Bar No. 487759)
                                          Hamilton Lincoln Law Institute
                                          1629 K Street, NW Suite 300
                                          Washington, DC 20036
                                          Phone: (573) 823-5377
                                          Email: melissa.holyoak@hlli.org

                                          *Attorneys for Objectors David R. Watkins
                                          and Theodore H Frank*

## CERTIFICATE OF FONT

I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1 and 7.1.

Dated: April 23, 2020.                                  /s/ Melissa A. Holyoak

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.


Dated: April 23, 2020. <u>/s/ Melissa A. Holyoak</u>