## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT |

## CONSENT MOTION FOR EXTENSION

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (together, "Equifax") respectfully request a 14-day extension of time to respond to the motion filed on April 16, 2020 by 34 plaintiffs with actions pending in South Carolina state court ("South Carolina Plaintiffs") (Doc. 1064), showing the Court as follows:

1.     On April 16, 2020, the South Carolina Plaintiffs filed a motion seeking relief from this Court allowing them to continue prosecuting their state court actions arising out of the 2017 data security incident.  *See* Doc. 1064.

2.     Equifax's response to the South Carolina Plaintiffs' motion is currently due on April 30, 2020.

3.     To allow Equifax sufficient time to assess and respond to the arguments and positions put forth in the South Carolina Plaintiffs' motion, Equifax seeks a 14-day extension, through and including May 14, 2020, to file its response.

1

4.      Equifax has conferred with counsel for the South Carolina Plaintiffs, who advised that the South Carolina Plaintiffs consent to the requested extension.

5.      Further, counsel for Lead Consumer Plaintiffs in this MDL advised that they do not oppose the requested extension.

WHEREFORE, Equifax respectfully requests that the Court enter an order granting an extension of time for Equifax to respond to the South Carolina Plaintiffs' motion, through and including May 14, 2020.  A proposed order is attached for the Court's consideration.

Respectfully submitted this 27th day of April, 2020.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com

shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Equifax Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted this 27th day of April, 2020.


*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

I also certify that a copy of the foregoing was served on counsel for the South Carolina Plaintiffs via U.S. Mail:

> Daniel A. Stone
> Stone Law Firm, LLC
> PO BOX 3884
> Irmo, SC 29063

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
