# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## [PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSION

This cause is before the Court on Equifax's Consent Motion for Extension. For good cause shown, the Motion is GRANTED. Equifax's deadline to respond to the South Carolina Plaintiffs' motion (Doc. 1064) is hereby extended 14 days, through and including May 14, 2020.

SO ORDERED, this _____ day of April, 2020.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge