# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CONSENT MOTION FOR EXTENSION

The Consumer Plaintiffs ("Consumer Plaintiffs") respectfully request a 14-day extension of time to respond to the motion filed on April 16, 2020 by 34 plaintiffs with actions pending in South Carolina state court ("South Carolina Plaintiffs") (Doc. 1064), showing the Court as follows:

1. On April 16, 2020, the South Carolina Plaintiffs filed a motion seeking, among other things, relief from this Court allowing them to continue prosecuting their state court actions arising out of the 2017 data security incident. *See* Doc. 1064.

2. Response to the South Carolina Plaintiffs' motion are currently due on April 30, 2020.

3. To allow Consumer Plaintiffs sufficient time to assess and respond to the arguments and positions put forth in the South Carolina Plaintiffs' motion,

Consumer Plaintiffs seek a 14-day extension, through and including May 14, 2020, to file their response.

4. Consumer Plaintiffs have conferred with counsel for the South Carolina Plaintiffs, who advised that the South Carolina Plaintiffs consent to the requested extension.

5. Further, counsel for Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (together, "Equifax") requested the same 14-day extension to respond to South Carolina Plaintiffs motion, *see* Doc. 1071, which the Court granted. *See* Doc. 1073.

WHEREFORE, Consumer Plaintiffs respectfully request that the Court enter an order granting an extension of time for Consumer Plaintiffs to respond to the South Carolina Plaintiffs' motion, through and including May 14, 2020.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 29th day of April, 2020.

>*/s/ Kenneth S. Canfield*
>Kenneth S. Canfield
>Ga Bar No. 107744
>**DOFFERMYRE SHIELDS**
>**CANFIELD & KNOWLES, LLC**
>1355 Peachtree Street, N.E., Suite 1725
>Atlanta, Georgia 30309
>Tel. 404.881.8900
>kcanfield@dsckd.com

/s/ Amy E. Keller
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

/s/ Norman E. Siegel
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com
*Consumer Plaintiffs' Co-Lead Counsel*

/s/ Roy E. Barnes
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road, Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com
*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion and the accompanying memorandum of law have been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

This 29th day of April, 2020.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel.770.227.6375
roy@barneslawgroup.com