# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## [PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSTION

Before the Court is the Consumer Plaintiffs' Motion for Extension. For good cause shown, the Motion is GRANTED. The Consumer Plaintiffs deadline to respond to the South Carolina Plaintiffs' motion (Doc. 1064) is hereby extended 14 days, through and including May 14, 2020.

SO ORDERED this \_\_\_\_ day of April, 2020.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge