# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTIONS TRACK<br><br>Chief Judge Thomas W. Thrash, Jr. |

## JOINT STATUS REPORT REGARDING
## FINANCIAL INSTITUTIONS SETTLEMENT

Pursuant to the Court's March 2, 2020 Order [Dkt. 1014], the Financial Institution Plaintiffs[1] and Defendants Equifax Inc. and Equifax Information Services LLC (the "Parties") submit the following status report advising the Court of their progress with respect to finalizing the settlement documents and requesting through and including May 15, 2020, to file a motion for preliminary approval. Specifically, the Parties advise the Court as follows:

---

[1] The named Financial Institution Plaintiffs are set forth in Paragraphs 12-84 of the Financial Institutions Consolidated Amended Complaint (the "Financial Institutions Complaint"), [Dkt. 390], excluding those dismissed in the Court's Order on Financial Institution Plaintiffs' Motion to Dismiss [Dkt. 539] and excluded from the Financial Institution Plaintiffs' Motion for Leave to Amend the Complaint [Dkt. 941].

1.  As set forth in the Parties' February 28, 2020 Joint Motion to Stay [Dkt. 1009], the Parties reached an agreement in principle to settle all pending claims in the financial institutions track and dismissal of the actions.

2.  The Parties continue to work diligently to finalize all documentation necessary for the settlement. Due in part to the Covid 19 pandemic—which has resulted in the temporary closure of the physical offices of the Parties' counsel—the process of drafting, negotiating, and approving settlement documents took somewhat longer than the Parties initially anticipated.

3.  The Parties expect to have a finalized settlement agreement, motion for preliminary approval, and all relevant documentation prepared for filing on or before May 15, 2020.

WHEREFORE, the Parties respectfully notify the Court of their progress with respect to settlement and request that they be granted through and including May 15, 2020, to move for preliminary approval of their settlement agreement.

Respectfully submitted on
May 1, 2020

| | |
|---|---|
| */s/ Joseph P. Guglielmo* | */s/ Gary F. Lynch* |
| Joseph P. Guglielmo | Gary F. Lynch |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **CARLSON LYNCH, LLP** |
| | 1133 Penn Avenue, 5th Floor |

| | |
|---|---|
| 230 Park Avenue, 17th Floor<br>New York, New York 10169<br>Tel. 212.223.6444<br>jguglielmo@scott-scott.com | Pittsburgh, Pennsylvania 15222<br>Tel. 412.322.9243<br>glynch@carlsonlynch.com |

*Financial Institution Plaintiffs' Co-Lead Counsel*

/s/ *S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
  Georgia Bar No. 035835
Phyllis B. Sumner
  Georgia Bar No. 692165
S. Stewart Haskins II
  Georgia Bar No. 336104
Elizabeth D. Adler
  Georgia Bar No. 558185
John C. Toro
  Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 1st day of May 2020.

*/s/Gary F. Lynch*
Gary F. Lynch
