UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTIONS TRACK<br><br>Chief Judge Thomas W. Thrash, Jr. |

**[PROPOSED]**
**ORDER REGARDING FINANCIAL INSTITUTIONS SETTLEMENT**

The Court has considered the Parties' Joint Status Report and notes their request to extend the time in which to move for preliminary. The Court finds that the request is reasonable, and Orders that the Parties shall have through and including May 15, 2020 to move for preliminary approval of their settlement.

**IT IS SO ORDERED.**

Date: _____, 2020       _____
                                   Thomas W. Thrash
                                   United States District Judge