# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## EQUIFAX'S RESPONSE TO
## MOTION TO UNSEAL TRANSCRIPT OF JULY 30, 2019 HEARING
## AND RELATED DOCKET ENTRIES

Objector-Appellant Mikell West has filed a motion to unseal the transcript of the July 30, 2019 telephonic hearing and related docket entries. *See* Doc. 1068. The Equifax Defendants have no objection to unsealing the transcript and related docket entries identified in West's motion.

Respectfully submitted this 4th day of May, 2020.

*/s/ David L. Balser*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216

1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Equifax Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This Response was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 4th day of May, 2020.

*/s/ David L. Balser*
David L. Balser
**KING & SPALDING LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

I also certify that copies of the foregoing were served upon the following *pro se* Objector-Appellants via U.S. Mail:

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

George Willard Cochran
1981 Crossfield Circle
Kent, Ohio 44240

John William Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, Florida 33607

Alice-Marie Flowers
P.O. Box 2322
Anderson, Indiana 46018

Shiyang Huang
2800 SW Engler Court
Topeka, Kansas 66614

                                                */s/ David L. Balser*
                                                David L. Balser
                                                **KING & SPALDING LLP**