# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTIONS TRACK<br><br>Chief Judge Thomas W. Thrash, Jr. |

## ORDER REGARDING FINANCIAL INSTITUTIONS SETTLEMENT

The Court has considered the Parties' Joint Status Report and notes their request to extend the time in which to move for preliminary approval. The Court finds that the request is reasonable, and Orders that the Parties shall have through and including May 15, 2020 to move for preliminary approval of their settlement.

**IT IS SO ORDERED.**

Date: May 5, 2020

_____
Thomas W. Thrash
United States District Judge