# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. ____<br>No. 1:17-md-2800-TWT<br><br>WITHDRAWAL OF MOTION |

This matter comes before the Court upon Petitioners Motion for Relief and other alternative motions. Petitioner requests that his motion be dismissed without prejudice.

                                            Stone Law Firm, LLC

                                            /s/Daniel A. Stone
                                            Daniel A. Stone
                                            Attorney for Debtor
                                            PO BOX 3884
                                            Irmo, SC 29063
                                            (803) 407-6565

Irmo, SC

05/07/2020