IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 <br> 1:17-md-2800-TWT <br><br> ALL CASES |
|---|---|

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion to Supplement Record [Doc. 961] of Objectors Watkins and Frank. Neither the Plaintiffs nor Equifax objects to the filing of the documents in question. The unopposed Motion to Supplement Record [Doc. 961] of Objectors Watkins and Frank is GRANTED. Counsel for the Consumer Plaintiffs will file the proposed orders submitted to the Court regarding the proposed opinion concerning the Court's fairness hearing rulings and proposed final judgment as soon as reasonably possible.

SO ORDERED, this 7 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\SUPPLEMENT.DOCX