IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Financial Institution's Motion to Seal [Doc. 933]. No response to the motion has been filed and it is treated as unopposed pursuant to Local Rule 7.1. The Financial Institution's Motion to Seal [Doc. 933] is GRANTED.

SO ORDERED, this 7 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\SEAL2.DOCX