IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion2 to Proceed in Forma Pauperis [Doc. 1015 & 1054] of the Objector Christopher Andrews. The original application did not include a completed Local Form 239. But the form was filed by the Objector 18 days later on February 28, 2020. The Objector admits that he has monthly income of $1900. He fails to adequately explain the source of that income. Given Mr. Andrews' propensity to make outrageously false statements in the pleadings filed in this Court, the Court does not accept his claim that his monthly expenses exactly equal his monthly income. Therefore, the Court finds that the Objector Christopher Andrews has not met his burden of showing that he is unable to pay the filing fee for the appeal of the Court's approval of the class action settlement.

More importantly, permission to proceed in forma pauperis should be denied because Mr. Andrews is acting maliciously within the meaning of 28 U.S.C.

§1915(e)(2)(B)(i). For all of the reasons set forth in the Plaintiffs' Response to the motion, including Mr. Andrews' repetitive scandalous allegations in this case, his threats of harm to class counsel's ability to litigate future class action cases free of baseless allegations of fraud, and his history of engaging in similar behavior when objecting to other settlements, there can be no question but that Mr. Andrews is acting maliciously and engaged in bad faith litigiousness. The Motions to Proceed in Forma Pauperis [Doc. 1015 & 1054] of the Objector Christopher Andrews are DENIED.

SO ORDERED, this 7 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge