**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**FURTHER NOTICE REGARDING THE MOTION TO SUPPLEMENT THE RECORD FILED BY OBJECTORS FRANK AND WATKINS**

On January 15, 2020, Objectors Frank and Watkins moved to supplement the record with the proposed final approval order class counsel submitted to this Court in accordance with its direction. (Doc. 961) After this Court entered its Amended Order granting final approval of the settlement on March 17, 2020 (Doc. 1029),[1] Frank and Watkins filed a motion in the Eleventh Circuit requesting the same relief under Fed. R. App. Proc. 10(e)(2)(C), a motion which Plaintiffs opposed on April 30, 2020. On May 1, 2020, Plaintiffs filed the appellate motion and their opposition brief with this Court. (Doc. 1077) On May 7, 2020, the

---

[1] Although the Amended Order did not specifically discuss the motion to supplement, the Amended Order stated that "[a]ny other motions and requests for specific relief asserted by objectors are also denied." *Id.*

Eleventh Circuit issued an order denying the motion filed by Frank and Watkins. A copy of the order is attached as Exhibit 1.

Dated:  May 7, 2020                              Respectfully submitted,

/s/ Kenneth S. Canfield
Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1725
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

/s/ Amy E. Keller
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

/s/ Norman E. Siegel
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Plaintiffs-Appellees' Co-Lead Counsel*

2

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com


Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**

3

1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Plaintiffs' Steering Committee*

5

        Rodney K. Strong
        **GRIFFIN & STRONG P.C.**
        235 Peachtree Street NE, Suite 400
        Atlanta, Georgia 30303
        Tel. 404.584.9777
        rodney@gspclaw.com

        *Plaintiffs' State Court*
        *Coordinating Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Those counsel will be served by the ECF system.

I also certify that copies of the foregoing were served upon the following objector via electronic mail pursuant to agreement this May 7, 2020:

Shiyang Huang
defectivesettlement@gmail.com

John William Davis
john@johnwdavis.com

I also certify that copies of the foregoing were served upon the following District Court objectors U.S. Mail (and electronic mail, where listed below) this April 30, 2020.

George Willard Cochran, Jr.
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

                                           */s/ Amy E. Keller*
                                           Amy E. Keller
                                           *Attorney for Plaintiffs*