IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Objector Mikell West's Motion to Unseal [Doc. 1068] the transcript of the July 30, 2019 hearing and related docket entries. Counsel for the Consumer Plaintiffs and Equifax do not oppose the motion. The unopposed Motion to Unseal [Doc. 1068] the transcript of the July 30, 2019 hearing and related docket entries is GRANTED.

SO ORDERED, this 7 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge