IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Objector Christopher Andrews' Motion to Strike [Doc. 1016]. Mr. Andrews seeks to strike the Plaintiffs' Response to his application to proceed in forma pauperis. The Response is not a pleading. Therefore, a motion to strike under Rule 12(f) is not an available remedy. The Objector Christopher Andrews' Motion to Strike [Doc. 1016] is DENIED.

SO ORDERED, this 7 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\IN RE EQUIFAX\STRIKE2.DOCX