# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## NOTICE OF FILING DECLARATION OF MELISSA A. HOLYOAK REGARDING POSTING OF APPEAL BOND

Objectors David R. Watkins and Theodore H. Frank are, contemporaneously with this notice, filing the Declaration of Melissa A. Holyoak regarding posting of appeal bond.

Dated: May 11, 2020.    /s/ Melissa A. Holyoak
　　　　　　　　　　　　Melissa A. Holyoak, (DC Bar No. 487759)
　　　　　　　　　　　　Hamilton Lincoln Law Institute
　　　　　　　　　　　　1629 K Street, NW Suite 300
　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　Phone: (573) 823-5377
　　　　　　　　　　　　Email: melissa.holyoak@hlli.org

　　　　　　　　　　　　*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF FONT

I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1 and 7.1.

Dated: May 11, 2020.                                         /s/ Melissa A. Holyoak

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: May 11, 2020.                                         /s/ Melissa A. Holyoak