# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## DECLARATION OF MELISSA A. HOLYOAK

I, Melissa A. Holyoak, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I represent class members David R. Watkins and Theodore H. Frank in this matter.

3. On May 11, 2020, this Court filed an order (Dkt. 1094) stating that "the Court orders each Objector to post a bond of $2,000 or deposit $2,000 in cash in the registry of the Court for the costs of appeal. Each Objector has 14 days from the date of this Order to post a bond acceptable to the Clerk or a cash deposit."

4. I submit this declaration as proof of satisfaction of the bond requirement and the deposit in the court registry, and its filing through the ECF service provides service on Consumer Plaintiffs' Lead Counsel.

5. On May 11, 2020, I sent by next-day Federal Express overnight service to this court a cashier's check made out to "Clerk U.S.D.C." for $4,000.00. The tracking number on this package is 940263844246.

6. A true and correct copy of the cover letter (without attachments) is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2020, in Salt Lake City, Utah.

_____
Melissa A. Holyoak

# EXHIBIT A



1629 K STREET NW, SUITE 300
WASHINGTON, D.C. 20006

HAMILTON LINCOLN
LAW INSTITUTE

Melissa A. Holyoak
(573) 823-5377
Melissa.holyoak@hlli.org

May 11, 2020

Clerk U.S.D.C.
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *In re Equifax Data Security Breach Litig.*, No. 1:17-md-2800-TWT

To Whom It May Concern:

On May 11, 2020, the Honorable Thomas W. Thrash issued an order in the above-named proceedings directing each Objector to "post a bond of $2,000 or deposit $2,000 in cash in the registry of the Court for the costs of appeal." Dkt. 1094 at 10. Enclosed is a copy of the Order.

Accordingly, please find enclosed a cashier's check for $4,000 for my clients, Objectors David R. Watkins and Theodore H. Frank.

If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Melissa A. Holyoak
*Counsel of Record for*
*Objectors David R. Watkins and*
*Theodore H. Frank*

Enclosures
cc:   Counsel of Record via ECF