# Exhibit 1

| ☐ VOID ☐ CORRECTED | | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 1 Rents $ | OMB No. 1545-0115 **2019** Form 1099-MISC | **Miscellaneous Income** |
| | | 2 Royalties $ | | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | |
| PAYER'S TIN ▓▓▓▓▓ | RECIPIENT'S TIN ▓▓▓▓▓ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | Copy C For Payer or State Copy |
| RECIPIENT'S name, street address (including apt. no.) city or town, state or province, country, and ZIP or foreign postal code Christopher Andrews ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | | 7 Nonemployee compensation $ 22570.91 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2019 General Instructions for Certain Information Returns. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▷ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**              www.irs.gov/Form1099MISC              Department of the Treasury - Internal Revenue Service