IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Fond du Lac Band of Lake Superior Chippewa v. Equifax Inc., et al.*, No. 1:18-cv-04257-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fond du Lac Band of Lake Superior Chippewa and Defendant Equifax Inc., being all parties who have appeared in the above referenced matter, stipulate to dismissal *with prejudice* of all of Plaintiff's claims asserted in its individual capacity and in its *parens patriae* authority and capacity on behalf of its members.

The Parties further stipulate to dismissal of any putative class claims asserted by Plaintiff *without prejudice*, as no class has been certified by the Court.

The Parties agree to bear their own fees and costs.

Respectfully submitted this 12th day of May, 2020.

<table>
<tr><td>

*/s/ T. Roe Frazer II*
T. Roe Frazer II
**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
(615) 647-6464
roe@frazer.law

*Counsel for Plaintiff Fond du Lac Band of Lake Superior Chippewa*

</td><td>

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Defendant Equifax Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
