# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Red Cliff Band of Lake Superior Chippewa v. Equifax Inc., et al.*, No. 1:19-cv-00420-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Red Cliff Band of Lake Superior Chippewa and Defendant Equifax Inc. stipulate to dismissal *with prejudice* of all of Plaintiff's claims asserted in its individual capacity and in its *parens patriae* authority and capacity on behalf of its members.

The Parties further stipulate to dismissal of any putative class claims asserted by Plaintiff *without prejudice*, as no class has been certified by the Court.

The Parties agree to bear their own fees and costs.

Respectfully submitted this 12th day of May, 2020.

| | |
|---|---|
| */s/ T. Roe Frazer II* | */s/ S. Stewart Haskins II* |
| T. Roe Frazer II | **KING & SPALDING LLP** |
| **FRAZER PLC** | David L. Balser |
| 30 Burton Hills Blvd., Suite 450 | Georgia Bar No. 035835 |
| Nashville, TN 37215 | Phyllis B. Sumner |
| (615) 647-6464 | Georgia Bar No. 692165 |
| roe@frazer.law | S. Stewart Haskins II |
| | Georgia Bar No. 336104 |
| *Counsel for Plaintiff Red Cliff Band of Lake Superior Chippewa* | Elizabeth D. Adler |
| | Georgia Bar No. 558185 |
| | John C. Toro |
| | Georgia Bar No. 175145 |
| | Robert D. Griest |
| | Georgia Bar No. 294216 |
| | 1180 Peachtree Street, N.E. |
| | Atlanta, Georgia 30309 |
| | Tel.: (404) 572-4600 |
| | Fax: (404) 572-5140 |
| | dbalser@kslaw.com |
| | psumner@kslaw.com |
| | shaskins@kslaw.com |
| | eadler@kslaw.com |
| | jtoro@kslaw.com |
| | rgriest@kslaw.com |
| | |
| | *Counsel for Defendant Equifax Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II
