UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 2 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No 2800
No. 1:17-md-2800-TWT

**CONSUMER ACTIONS**

Chief Judge Thomas W. Thrash, Jr.

**Correction In Motion for Reconsideration Of The Unsealing Of His Financial Disclosure Statement, Denial of the Motion To Proceed In Forma Pauperis And Evidence Of Fraud On The Court Which Is Being Ignored**

Just to correct the record, (I don't lie directly or by omission like the lawyers the following should be corrected in the record.

"The fifth fabrication is made verbally by Mr. Canfield when he intentionally lied to the court at the fairness hearing when he stated to the court "But I think his objection came after we filed." See transcript dated December 20, 2019, Doc 943 pg 90 @ 5. That is the same lie repeated four times now and the court ignores it."

That lie was made by Mr. Siegel not Mr. Canfield.

Thank you,

I certify under penalty of perjury all of the above is absolutely true to the best of my knowledge and belief.

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com  Dated May 09, 2020

## Certificate of Compliance

I hereby certify that this filing has been prepared in compliance with Local Rules 5.1 and 7.1 (if applicable.)

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com   Dated May 09, 2020

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point. (if applicable)

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com   Dated May 09, 2020

## Certificate of Mailing

I certify that this document was sent to the Clerk of the Court via prepaid first class mail with copies sent to everyone else who are registered with CM/ECF service.

*[signature]*

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com   Dated May 09, 2020

Clerk of the Court
Richard B. Russell Federal Building
75 Ted Turner Drive, SW Ste. 2211
Atlanta, GA 30303-3309