IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: Equifax Inc, Customer Data Security Breach Litigation | : : : : : : : | CASE NO. 1:17MD2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash Jr. |
| MIKELL WEST<br>Objector | | |

**OBJECTOR MIKELL WEST'S NOTICE OF FILING DECLARATION OF JEROME J FROELICH JR REGARDING POSTING OF THE APPEAL BOND**

Objector Mikell West hereby gives notice by the filing the Declaration of Jerome J. Froelich Jr. that the appeal bond has been posted in this case.

S/Jerome J. Froelich Jr.
JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111
jerryfroelich@comcast.net

## CERTIFICATE OF FONT

I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1 and 7.1

 S/Jerome J. Froelich Jr.
JEROME J. FROELICH, JR.

Dated: May 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

This 14th day of May, 2020.

 S/Jerome J. Froelich Jr.
JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111
jerryfroelich@comcast.net