IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc, Customer Data Security Breach Litigation | CASE NO. 1:17MD2800-TWT |
| | CONSUMER ACTIONS |
| MIKELL WEST<br>Objector | Chief Judge Thomas W. Thrash Jr. |

## DECLARATIONS OF JEROME J FROELICH JR

I, Jerome J. Froelich Jr., declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I represent class member Mr. Mikell West in this matter.

3. On May 11, 2020, this Court filed an Order (Dkt. 1094) that each Objector post a bond of $2,000.00 in the registry of the Court for the costs of appeal in this case.

4. I submit this declaration as proof of satisfaction of the bond requirement and the deposit in the court registry, and this filing through the ECF provides service on Consumer Plaintiffs' Lead Counsel.

5. On May 12, 2020, I sent via A Quick Delivery Courier service to the Clerk of this Court with a check to "Clerk of United States District Court" in the

amount of $2,000.00.

6. A true and correct copy of the cover letter is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2020 in Atlanta, Georgia.

_____
Jerome J. Froelich, Jr.