# EXHIBIT A

<div style="display:flex;justify-content:space-between;">
<div>
WILLIAM J. MCKENNEY (GA & NY)

JEROME J. FROELICH, JR. (GA & NJ)
jerryfroelich@comcast.net
</div>
<div align="center">
MCKENNEY & FROELICH

ATTORNEYS AT LAW

1360 PEACHTREE STREET

ONE MIDTOWN PLAZA, SUITE 910

ATLANTA, GEORGIA 30309

www.jffederalcriminaldefense.com
</div>
<div>
TELEPHONE
(404) 881-1111
FACSIMILE
(404) 881-8040
</div>
</div>

May 12, 2020

James N. Hatten, Clerk
United States District Court for the Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3309

          RE:  In Re Equifax Inc Customer Data Security Breach Litigation
                MDL Docket No 2800
                1:17md2800TWT

Dear Mr. Hatten:

    Enclosed is a check in the amount of two thousand dollars for the appeal bond for my client Mr. Mikell West, an objector in the above captioned case. This check is pursuant to the Order signed on May 11, 2010 by the Honorable Thomas W. Thrash Jr in the above captioned case.

                                      Very Truly Yours,

                                      Jerome J. Froelich Jr.

JJF/apk

akeesee

| | |
|---|---|
| **From:** | csdept@aquickdelivery.com |
| **Sent:** | Wednesday, May 13, 2020 12:18 PM |
| **To:** | akeesee |
| **Subject:** | 4891529 Delivery Notification |





Notification

# AQuickDelivery | 4891529 POD Notification

**Order Placed by:** Andrea Keesee

**Vehicle Type:** Any

**Pickup Address:**
McKenney & Froelich
1360 Peachtree Street
Suite Ste 910
Atlanta, GA, 30309
Contact: Andrea Keesee

**Signed By:** Ms.gales/mailroom

**\*Price Quote:** $11.00

**Order Number:** 4891529

**Service Type:** Regular

**Authorization Code:**

**Delivery Address:**
USDC/Clerk
75 Spring St SW
Suite Ste 2211
Atlanta, GA, 30303
Contact: Clerk

**Delivered On:** 05/13/2020 12:18:23

*{Final Price subject to change due to excess delivery delay, tolls, weight, redelivery or wrong vehicle type request.}

**\*Price Quote:** $11.00

*{Final Price subject to change due to excess delivery delay, tolls, weight, redelivery or wrong vehicle type request.}

**How are we doing? Click Here to take survey**
You can track your shipment online here

AQuickDelivery will not be liable for any damages - whether direct, incidental, special or consequential - in excess of the declared value of a shipment, whether or not we knew or should have known that such damages might be incurred, including - but not limited to loss of income or profits. Unless a higher value is declared and paid for, liability for any freight package/shipment is limited to $50.00 or $0.50 per pound, whichever is greater.
Copyright 2020 Need It Now Delivers
This communication contains proprietary business information and may contain confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Please note that this communication was automatically generated at the request of the Shipper and any attempt to reply to the communication cannot and will not be answered or received by Shipper. Therefore, if you have any questions regarding this referenced shipment you must contact the Shipper directly. In addition, if you would like to discontinue this notification service you must inform the Shipper directly.