**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT  CONSUMER ACTIONS  Chief Judge Thomas W. Thrash, Jr. |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF THIS COURT'S RULING ON MOTION TO SUPPLEMENT THE RECORD**

Beyond continued rhetoric and threats, Frank and Watkins offer little in opposition to Plaintiffs' request for clarification regarding the Court's order to file the proposed final approval order prepared at the Court's direction. The question posed by Plaintiffs was a simple one—did the Court intend to have Plaintiffs submit the proposed order in light of the Eleventh Circuit's nearly simultaneous order rejecting the same relief Frank and Watkins' sought in that court? Frank and Watkins do offer a simple solution the question—they argue they can move for reconsideration of the Eleventh Circuit's order denying their motion to supplement. *See* Doc. 1101 at 4 (explaining that if this Court determines the proposed order should not be filed in the district court "there will be a motion to reconsider the Rule 10(e)(2)(C) denial in the Eleventh Circuit."). And, if the Eleventh Circuit believes

the proposed order is necessary for any issue on appeal, it can certainly order that it be submitted. However, because the Eleventh Circuit has determined—at least for now—that the proposed order is not necessary for any issue on appeal, and made that order nearly simultaneously with this court's order, Plaintiffs wish to ensure it is meeting the Court's intent as described in their motion to clarify.

## CONCLUSION

For the foregoing reasons, Plaintiffs request clarification of the Court's order (Doc. 1084) regarding whether the record should be supplemented in this Court.

Dated:  May 14, 2020  Respectfully submitted,

*/s/ Kenneth S. Canfield*
Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1725
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

*/s/ Amy E. Keller*
Amy E. Keller
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Plaintiffs-Appellees' Co-Lead Counsel*

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Plaintiffs-Appellees' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

3

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Plaintiffs' Steering
Committee*


Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Plaintiffs' State Court
Coordinating Counsel*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Those counsel will be served by the ECF system.

I also certify that copies of the foregoing were served upon the following objector via electronic mail pursuant to agreement on May 8, 2020:

> Shiyang Huang
> defectivesettlement@gmail.com

I also certify that copies of the foregoing were served upon the following District Court objectors U.S. Mail (and electronic mail, where listed below) on May 1, 2020:

> George Willard Cochran, Jr.
> 1981 Crossfield Circle
> Kent, Ohio 44240
> lawchrist@gmail.com
>
> Christopher Andrews
> P.O. Box 530394
> Livonia, Michigan 48153

*/s/ Norman E. Siegel*
Norman E. Siegel
*Attorney for Plaintiffs*
