# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) This document relates to: <br> ) <br> ) FINANCIAL INSTITUTIONS TRACK <br> ) |

## CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Financial Institution Plaintiffs request leave to exceed the page limitations for their forthcoming memorandum in support of their (also-forthcoming) motion for preliminary approval of a class action settlement agreement. Plaintiffs seek leave to file a 30-page memorandum. Under this Court's Local Rules, briefs in support of or in response to a motion are limited to 25 pages in length. L.R. 7.1D. Plaintiffs request leave to file a memorandum of 30 pages in length.

Plaintiffs respectfully request these additional five pages in order to facilitate: 1) a thorough and accurate description of the terms of the Parties' proposed class settlement; 2) argument that the proposed settlement class should be conditionally certified for settlement purposes because it meets the requirements of Rule 23; 3) argument that the Parties' proposed settlement meets the requirements for preliminary approval, and as such, that the Court should schedule a final

fairness hearing and authorize notice to be sent to the class; and 4) a description of the Parties' proposed notice plan and argument that it satisfies the requirements of Rule 23 and due process, and thus should be authorized.

Prior to filing this motion, counsel for Plaintiffs conferred with counsel for Defendants, who indicated that Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion and permit the filing of a 30-page memorandum in support of their motion for preliminary approval.

Dated: May 15, 2020                          Respectfully submitted,

| | |
|---|---|
| */s/ Joseph P. Guglielmo* | */s/ Gary F. Lynch  (filer)* |
| Joseph P. Guglielmo | Gary F. Lynch |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **CARLSON LYNCH, LLP** |
| 230 Park Avenue, 17th Floor | 1133 Penn Avenue, 5th Floor |
| New York, New York 10169 | Pittsburgh, Pennsylvania 15222 |
| Tel. 212.223.6444 | Tel. 412.322.9243 |
| jguglielmo@scott-scott.com | glynch@carlsonlynch.com |

*Financial Institution Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This brief was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted this 15th day of May, 2020.

*s/ Gary F. Lynch*

Gary F. Lynch

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*s/ Gary F. Lynch*

Gary F. Lynch
