**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) This document relates to: <br> ) <br> ) FINANCIAL INSTITUTIONS TRACK <br> ) |

**[PROPOSED] ORDER**

AND now, this ____ day of May, 2020, upon consideration of the Financial Institution Plaintiffs' unopposed motion to exceed page limits, the Court GRANTS the motion. In support of their motion for preliminary approval of a class settlement, Plaintiffs may file a memorandum of law up to 30 pages in length.

IT IS SO ORDERED this ____ day of _____, 2020.

_____
Hon. Thomas W. Thrash, Jr.
Chief U.S. District Judge

1