## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 ) Case No.: 1:17-md-2800-TWT ) ) This document relates to: ) ) FINANCIAL INSTITUTIONS TRACK ) |

## DECLARATION OF RICHARD W. SIMMONS OF ANALYTICS CONSULTING LLC IN SUPPORT OF FINANCIAL INSTITUTION PLAINTIFFS' PROPOSED NOTICE PROGRAM

I, Richard W. Simmons, have personal knowledge of the facts and opinions set forth herein, and I believe them to be true and correct to the best of my knowledge.  If called to do so, I would testify consistent with the sworn testimony set forth in this Declaration.  Under penalty of perjury, I state as follows:

### SCOPE OF ENGAGEMENT

1.      I am the President of Analytics Consulting LLC ("Analytics")[1].  My company is one of the leading providers of class and collective action notice and claims management programs in the nation.  It is my understanding that Analytics' class action consulting practice, including the design and implementation of legal notice campaigns, is the oldest in the country. Through my work, I have personally overseen court-ordered class and collective notice programs in more than 1,000 matters.

---

[1]      In October 2013, Analytics Consulting LLC acquired Analytics, Incorporated.  I am the former President of Analytics, Incorporated.  References to "Analytics" herein include the prior legal entity.

## QUALIFICATIONS AND EXPERIENCE

2.     Founded in 1970, Analytics has consulted for 50 years regarding the design and implementation of legal notice and claims management programs relating to class and collective action litigation involving antitrust, consumer fraud, employment, insurance, product liability, discrimination, and securities litigation.

3.     Analytics' clients include corporations, law firms (both plaintiff and defense), and the federal government.  Analytics' long term federal contracts include the following:

a)     Since 1998, Analytics has been under contract with the Federal Trade Commission ("FTC") to administer and provide expert advice regarding notice and claims processing in their settlements/redress programs;

b)     In 2012, Analytics was awarded a 10-year contract by the Department of Justice ("DOJ") to administer and provide expert advice regarding notice and claims processing to support their asset forfeiture/remission program;

c)     In 2013, Analytics was awarded an eight-year contract by the Securities and Exchange Commission ("SEC") to administer and provide expert advice regarding notice and claims processing to support their investor settlements; and

d)     In 2017, Analytics was awarded an eight-year contract by the Consumer Financial Protection Bureau ("CFPB") to administer and provide expert advice regarding notice and claims processing to support their settlements and redress programs.

4.     I joined Analytics in 1990 and have 30 years of experience in designing and implementing class action settlements and notice campaigns.  The notice programs I have managed range in size from fewer than 100 class members to more than 40 million, including some of the largest and most complex notice and claims administration programs in history.

5.     I have testified in state and federal courts as to the design and implementation of notice programs, claims processes, and the impact attorney communications has had on claims

rates.  As has always been my practice, I personally performed or oversaw Analytics' consulting services in each of the cases indicated on my CV, which is attached hereto as **Exhibit 1**.

6.      I have also presented to panels of judges and lawyers on issues regarding class notice, claims processing, and disbursement.  In 2011, I was a panelist at the Federal Judicial Center's ("FJC") workshop/meeting regarding class action notice and settlement administration. In 2014, I was interviewed by the CFPB regarding notice and claims administration in class action litigation as part of their study on arbitration and consumer class litigation waivers.  In 2016, I worked with the FTC to conduct research regarding the impact of alternate forms of notice on fund participation rates.  In 2016, I was an invited participant to the Duke Law Conference on Class Action Settlements regarding electronic notification of class members.  In 2017, I was the primary author of the Duke Law Conference on Class Action Settlement's guide to best practices regarding the evaluation of class action notice campaigns (including notice by electronic means).

7.      I have co-authored and presented CLE programs and whitepapers regarding class notice and class action claims administration.  In 2016, I co-authored a paper titled "Crafting Digital Class Notices That Actually Provide Notice" (Law360.com, New York (March 10, 2016)). My speaking engagements regarding notice include: *Risks and Regulations: Best Practices that Protect Class Member Confidentiality*, HB Litigation Conference on Class Action Mastery in New York City (2018); *Recent Developments in Class Action Notice and Claims Administration*, Practising Law Institute in New York City (2017); *The Beginning and the End of Class Action Lawsuits*, Perrin Class Action Litigation Conference in Chicago (2017); *Class Action Administration: Data and Technology*, Harris Martin Target Data Breach Conference in San Diego (2014); *Developments in Legal Notice*, accredited CLE Program, presented at Shook Hardy & Bacon, LLP in Kansas City (2013), Halunen & Associates in Minneapolis (2013), and Susman

Godfrey in Dallas (2014); and *Class Actions 101: Best Practices and Potential Pitfalls in Providing Class Notice*, CLE Program, presented to the Kansas Bar Association (March 2009).

8.      I have been recognized by courts for my opinion as to which method of notification is appropriate for a given case and whether a certain method of notice represents the best notice practicable under the circumstances.  Some of the cases in which I testified are:

a)      Honorable Stephen J. Murphy III, *Doe 1 v. Deja vu Servs., Inc.*, No. 2:16-cv-10877, ECF No. 77 (E.D. Mich. June 19, 2017):

*Also, the Plaintiffs certified that notice had been provided in accordance with the Court's preliminary approval order. The notices stated—in clear and easily understandable terms—the key information class members needed to make an informed decision: the nature of the action, the class claims, the definition of the class, the general outline of the settlement, how to elect for a cash payment, how to opt out of the class, how to object to the settlement, the right of class members to secure counsel, and the binding nature of the settlement on class members who do not to opt out.*

\* \* \*

*In addition, the parties took additional steps to provide notice to class members, including through targeted advertisements on social media. The Court finds that the parties have provided the "best notice that is practicable under the circumstances," and complied with the requirements of the Federal Rules of Civil Procedure, the Class Action Fairness Act of 2005, and due process.[2]*

b)      Associate Justice Edward P. Leibensberger, *Geanacopoulos v. Philip Morris USA, Inc.*, No. 9884CV06002, Dkt. No. 230 (Mass. Super. Ct. Sept. 30, 2016):

*The Court finds that the plan of Notice as described in paragraphs 12 through 20 of the Settlement Agreement, including the use of email, mail, publication and internet notice, constituted the best notice practicable under the circumstances and constituted due and sufficient notice to the Class.*

c)      Honorable Edward J. Davila, *In re: Google Referrer Header Privacy Litig.*, No. 5:10-cv-04809, ECF No. 85 (N.D. Cal. Mar. 31, 2015):

*On the issue of appropriate notice, the court previously recognized the uniqueness of the class asserted in this case, since it could potentially cover most internet users in the United States. On that ground, the court approved the proposed notice plan*

---

[2]      Unless otherwise indicated, citations are omitted and emphasis is added.

*involving four media channels: (1) internet-based notice using paid banner ads targeted at potential class members (in English and in Spanish on Spanish-language websites); (2) notice via "earned media" or, in other words, through articles in the press; (3) a website decided solely to the settlement (in English and Spanish versions); and (4) a toll-free telephone number where class members can obtain additional information and request a class notice. In addition, the court approved the content and appearance of the class notice and related forms as consistent with Rule 23(c)(2)(B).*

*The court again finds that the notice plan and class notices are consistent with Rule 23, and that the plan has been fully and properly implemented by the parties and the class administrator.*

d)  Honorable Terrence F. McVerry, *Kobylanski. v. Motorola Mobility, Inc.*, No. 2:13-cv-01181, ECF No. 43  (W.D. Pa. Oct. 9, 2014):

*The Court finds that the distribution of the Notice to Settlement Class Members Re: Pendency of Class Action, as provided for in the Order Granting Preliminary Approval for the Settlement, constituted the best notice practicable under the circumstances to all Persons within the definition of the Class and fully met the requirements of due process under the United States Constitution.*

e)  Honorable Thomas N. O'Neill, Jr., *In re: CertainTeed Fiber Cement Siding Litig.*, No. 2:11-md-02270, ECF No. 119 (E.D. Pa. Mar. 20, 2014):

*Settlement class members were provided with notice of the settlement in the manner and form set forth in the settlement agreement. Notice was also provided to pertinent state and federal officials. The notice plan was reasonably calculated to give actual notice to settlement class members of their right to receive benefits from the settlement or to be excluded from the settlement or object to the settlement. The notice plan met the requirements of Rule 23 and due process.*

f)  Honorable Robert W. Gettleman, *In re Aftermarket Filters Antitrust Litig.*, No. 1:08-cv-04883, ECF No. 1031  (N.D. Ill. Oct. 25, 2012):

*Due and adequate notice of the Settlement was provided to the Class. . . . The manner of giving notice provided in this case fully satisfies the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled thereto. A full and fair opportunity was provided to the members of the Class to be heard regarding the Settlements.*

g)  Honorable Marco A. Roldan, *Plubell v. Merck & Co., Inc.*, NO. 04CV235817-01, Final Judgment and Order (Mo. Cir. Ct. Mar. 15, 2013):

*Under the circumstances, the notice of this Settlement provided to Class Members in accordance with the Notice Order was the best notice practicable of the proceedings and matters set forth therein, including the proposed Settlement, to all*

*Persons entitled to such notice, and said notice fully satisfied the requirements due process and Missouri law.*

h)   Honorable James P. Kleinberg, *Skold v. Intel Corp.*, No. 2005-CV-039231, Order on Motion for Approval (Cal. Super. Ct. Mar. 14, 2013):

*The Court finds that Plaintiff's proposed Notice plan has a reasonable chance of reaching a substantial percentage of class members.*

i)   Honorable J. Phil Gilbert, *Greenville IL v. Syngenta Crop Prot., Inc.*, No 3:10-cv-00188, ECF No. 325 (S.D. Ill. Oct. 23, 2012):

*The Notice provided to the Class fully complied with Rule 23, was the best notice practicable, satisfied all constitutional due process requirements, and provides the Court with jurisdiction over the Class Members.*

9.      In addition to my class action consulting work, I taught a college course in antitrust economics, was a guest lecturer at the University of Minnesota Law School on issues of statistical and economic analysis, was a charter member of the American Academy of Economic and Financial Experts, and am a former referee for the Journal of Legal Economics (reviewing and critiquing peer-reviewed articles on the application of economic and statistical analysis to legal issues).

10.     This Declaration describes the Notice Program[3] and Notices proposed herein for the Parties' Settlement in the Litigation.

## NOTICE PROGRAM DETAIL

11.     Rule 23 directs that the best notice practicable under the circumstances must include "individual notice to all members who can be identified through reasonable effort."  Fed. R. Civ. P. 23(c)(2)(B).  The proposed notice effort here satisfies this mandate.  The identities of Settlement Class Members are known with certainty and proposed address research and remailing protocols will meet or exceed those used in other class action settlements.

---

[3]     All capitalized terms not defined herein have the same meaning as those defined in the Settlement Agreement and Release (the "Settlement," "Settlement Agreement" or "SA").

12.     The Settlement Agreement defines the "Settlement Class" as:

**All financial institutions in the United States (including its Territories and the District of Columbia) that issued Alerted on Payment Cards.**

Excluded from the class are the Court, and any immediate family members of the Court; directors, officers, and employees of Defendants; parents, subsidiaries, and any entity in which Defendants have a controlling interest; and Financial Institutions who timely and validly request exclusion from the Settlement Class.

*Development of List of Potential Settlement Class Members*

13.     Because of the nature of the Settlement Class, nearly all Settlement Class Members are known with certainty and address information will be available for nearly all of them.  Data provided by Visa, MasterCard, and Discover will be consolidated into a single database of Settlement Class Members (the "Class List").  This list will be de-duplicated and consolidated, selecting the best possible address information available.  If address information is unavailable for a given Settlement Class Member, third-party data[4] will be manually researched to obtain a correct mailing address.

*Direct Mailed Notice (the "Mail Notice")*

14.     In preparation for mailing, mailing addresses will be updated using the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS");[5] certified via the Coding Accuracy Support System ("CASS");[6] and verified through

---

[4]     This third-party data includes data from the Federal Deposit Insurance Corporation ("FDIC"), the National Credit Union Administration ("NCUA"), and commercial sources such as Bloomberg or Dun & Bradstreet.

[5]     The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[6]     The CASS is a certification system used by the USPS to ensure the quality of ZIP +4 coding systems.

Delivery Point Validation ("DPV").[7]  This ensures that all appropriate steps have been taken to send Mail Notices to current and valid addresses.  This address updating process is standard for the industry and is required by the USPS for mailings of this size.

15.     Analytics will request that the USPS return (or otherwise notify Analytics) Mail Notices with undeliverable mailing addresses.  Addresses for these Settlement Class Members will be researched using third-party data to identify potential updated mailing addresses, and a Mail Notice will be mailed to the Settlement Class Member if an updated address becomes available. Additionally, the Mail Notice will be mailed to all persons/entities who request one via the toll-free phone number maintained by Analytics.

16.     Due to the comprehensive individual notice effort described above, moderate supplemental paid media targeting executives at Settlement Class Member financial institutions is proposed for this Settlement.  In this matter, the initial published notice will appear in the ABA Banking Journal Digital Edition.

*Toll-Free Phone Support*

17.     Prior to the mailing of the Notice, we will coordinate with Class Counsel to implement a dedicated toll-free number as a resource for Settlement Class Members seeking information about the Settlement or assistance in submitting claims.  By calling this number, Settlement Class Members will be able to listen to answers to Frequently Asked Questions ("FAQs") or request to have a Notice mailed to them.  Automated messages will be available to Settlement Class Members 24-hours a day, 7-days a week, with live call center representatives (agents) available during standard business hours.

---

[7]     Records that are ZIP +4 coded are then sent through Delivery Point Validation ("DPV") to verify the address and identify Commercial Mail Receiving Agencies.  DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

*Settlement Website*

18.     Prior to the mailing of the Notice, Analytics will coordinate with Class Counsel to develop an informational website (the "Settlement Website" or "Website") to provide information to Settlement Class Members regarding the Litigation and Settlement.  Guided by the intent to keep Settlement Class Members fully informed, the Website will conform to key e-commerce best practices:

a)     The top section of the home page, most prominent on lower resolution monitors, will include a summary message about the litigation along with a prominent orange button labeled "File Your Claim."  This button will be outside the color scheme of the page (black, gray, and white), making it especially prominent; and

b)     The home page content will be simplified and streamlined, so that specific prominent language and graphic images can direct Settlement Class Members to specific content areas:

i)     **File Your Claim**: "If Eligible, Your Financial Institution will Receive a Cash Payment. This is the only way to get Compensation from the Settlement.

ii)     **Frequently Asked Questions**: "Learn How This Settlement Affects Your Financial Institution's Rights and Get Answers to Questions About the Settlement";

iii)     **Important Deadlines**: "Important Settlement Deadlines That Will Affect Your Financial Institution's Rights"; and

iv)     **Case Documents**: "Detailed Information About the Case, Including the Settlement Agreement."

19.     Recognizing the increasingly mobile nature of advertising and communications, the Website will be mobile optimized, meaning it can be clearly read and used by Settlement Class Members visiting the Website via smart phone or tablet.  By visiting the Website, Settlement Class Members are able to read and download key information about the litigation, including, without limitation:

a)     Settlement Class Members' rights and options;

b)     important dates and deadlines;

c)     answers to FAQs;

d)     case documents;

e)     download and Print Claim Forms; and,

f)     submit Claim Forms Online.

*Email Support*

20.     The Website will contain prominent links for Settlement Class Members to ask questions about the Litigation and Settlement.  These links and the supporting email address will be operational prior to the commencement of the Notice Program.

21.     Every email received by Analytics will be assigned a tracking number, and the sender received an immediate response confirming receipt along with a link to additional information regarding the Litigation.  When Settlement Class Members' questions have been answered, they will be sent a follow up email asking if they have any additional questions and verifying that their questions were answered.

## PERFORMANCE OF THE NOTICE PROGRAM

*Reach*

22.     Because of the nature of the Settlement Class, and the fact that nearly all Settlement Class Members are known, we expect to successfully deliver the Notice to virtually all of the Settlement Class.   Many courts have accepted and understood that a 75% or 80% reach is sufficient.   In 2010, the FJC issued a "Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide" (the "FJC Guide").   This FJC Guide states that, "[t]he lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."[8]   In this matter, we expect to deliver notice at the high-end of this range.

## PLAIN LANGUAGE NOTICE DESIGN

23.     The Notices themselves are designed to be "noticed," reviewed, and by presenting the information in plain language, understood and acted upon by Settlement Class Members.   The design of the Notices follows the principles embodied in the FJC's illustrative "model" notices posted at www.fjc.gov.   Many courts, and as previously cited, the FJC itself, have approved notices that we have written and designed in a similar fashion.   The Notices contain substantial, albeit easy-to-read, summaries of key information about Settlement Class Members' rights and options.

24.     All Notices were designed to increase noticeability and comprehension.   Because mailing recipients are accustomed to receiving junk mail that they may be inclined to discard unread, the Notice Program calls for steps to bring the mailed Notice to the attention of Settlement Class Members.   This includes conspicuous messages on the outside of the mailing envelope regarding the importance and contents of the mailing ("Important Court Notice" on the front and

---

[8]     *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* at 3, FED. JUD. CTR. (2010), https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.

"If your financial institution issued one or more payment cards that was identified as having been at risk as a result of the cyber attack that Equifax announced in September 2017, it could get a payment from a class action settlement." on the back of the envelope.).  Once people "notice" the Notices, it is critical that they can understand them.  As such, the Notices, as produced, are clearly worded with an emphasis on simple, plain language to encourage readership and comprehension.

25.      The Notices feature a prominent headline ("**If your financial institution issued one or more payment cards identified as having been at risk as a result of the data breach that Equifax announced in 2017, it could get a payment from a class action settlement.**") in bold text.  This alerts recipients and readers that the Notice is an important document authorized by a court and that the content may affect them, thereby supplying reasons to read the Notice.

26.      The body of the Notice provides substantial information to Settlement Class Members.  It begins with a summary page providing a concise overview of the important information and a table highlighting key options available to the Settlement Class.  A table of contents, categorized into logical sections, helps to organize the information, while a question and answer format makes it easy to find answers to common questions by breaking the information into simple headings.

## CONCLUSION

27.      In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, state and local rules and statutes, and further by case law pertaining to notice.  This framework requires that: (1) notice reaches the class; (2) the notice that actually comes to the attention of the class is informative and easy to understand; (3) how likely are class members to respond given the means, or combination of means, of sending notice; and (4) class members rights and members' rights and options easy to act upon.  All of these requirements will be met in this case:

a) A Mail Notice is provided to nearly all Settlement Class Members in this Litigation. This is supplemented with publication notice and research for Settlement Class Members with undeliverable addresses;

b) The formats and means selected to provide notice are those most likely to have Settlement Class Members actively make an informed decision regarding their rights and options; and

c) The Notices are designed to be "noticed" and are written in carefully organized, plain language.

28. The proposed Notice Program will inform Settlement Class Members of the existence of the Litigation and Settlement through direct mail and digital publications. These notice efforts will be supplemented by a website, email support, and toll-free phone support. Given the availability of data regarding Settlement Class Members, this Notice Program provides comprehensive notice and support to Settlement Class Members.

29. The Notice Program will provide the best notice practicable under the circumstances of this case, conforms to all aspects of Fed. R. Civ. P. 23, and comports with the guidance for effective notice articulated in the Manual for Complex Litigation, Fourth.

30. In my opinion, the Notice Program, if implemented, will provide the best notice practicable under the circumstances of this Litigation.

31. This Notice Program is consistent with, or exceeds:

a) historic best practices for class notification;

b) FJC guidance regarding class notification; and

c) Standards established by federal agencies with notification and distribution funds, such as the FTC, DOJ, and SEC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 14, 2020

Richard W. Simmons
President
Analytics Consulting LLC

14

**<u>Exhibit 1</u>**



# Richard W. Simmons

Richard W. Simmons is the President of Analytics Consulting LLC[1].  Mr. Simmons joined Analytics in 1990 and has more than 29 years of experience developing and implementing class action communications and settlement programs in more than 1,000 separate settlements.

Mr. Simmons' first legal notice consulting engagement was the *Schwan's Salmonella Litigation* settlement (*In Re: Salmonella Litigation*, Case No. 94-cv-016304 (D. Minn.)).   Since then, he has:

- Developed and implemented notice campaigns ranging in size up to 45 million known class members (and 180 million unknown class members);
- Testified regarding legal notice in building products, civil rights, consumer products, environmental pollution, privacy, and securities litigation settlements;
- Managed claims processes for settlement funds ranging up to $1 billion in value.

As part of Analytics' ongoing class action notice consulting practice, Mr. Simmons:

- testified regarding the adequacy of notice procedures in direct notice cases (including the development of class member databases);
- testified regarding the adequacy of published notice plans;
- has been appointed as a Distribution Fund Administrator by the Securities and Exchange Commission tasked with developing Distribution Plans for court approval;
- has been retained as an expert by the Federal Trade Commission to testify regarding the effectiveness of competing notice plans and procedures; and,
- acted as the primary author for the Duke Law Center's guidelines for best practices regarding the evaluation of class action notice campaigns.

In addition to his class action consulting work, Mr. Simmons has taught a college course in antitrust economics, was a guest lecturer at the University of Minnesota Law School on issues of statistical and economic analysis, was a charter member of the American Academy of Economic and Financial Experts and was a former referee for the Journal of Legal Economics (reviewing and critiquing peer reviewed articles on the application of economic and statistical analysis to legal issues).  Mr. Simmons is a published author on the subject of damage analysis in Rule 10b-5 securities litigation.

Mr. Simmons graduated from St. Olaf College with a B.A. in Economics (with a year at University College, Dublin), pursued a PhD. in Agricultural and Applied Economics (with a concentration in industrial organization and consumer/behavioral economics) at the University of Minnesota[2], and has received formal media planning training from New York University.

---

[1] In October 2013, Analytics Consulting LLC acquired Analytics Incorporated. I am the former President or Analytics Incorporated.  References to Analytics herein include the prior legal entities.

[2] Mr. Simmons suspended work on his dissertation to acquire and manage Analytics.



## APPLICATION OF TECHNOLOGY TO CLASS ACTION SETTLEMENTS

Mr. Simmons has been a visionary in the application of the Internet to class action notice campaigns and the management of settlements:

- In 1995, Mr. Simmons was the first in the nation to support class action settlements with an online presence, that included the ability to check online, the status of their claims.
- In 2000, Mr. Simmons invented online claims submission in class action litigation, filing a patent application governing *"Method and system for assembling databases in multiple-party proceedings"* US20010034731 A1.
- In 2002, Mr. Simmons established an online clearinghouse for class action settlements that provided the public with information regarding class action settlements and provided them with the ability to register for notification of new settlements.  This clearinghouse received national press attention as a resource for class action settlements.
- From 2003 through 2013, Analytics' incremental changes in Internet support included class member verification of eligibility, locater services that identified retail outlets that sold contaminated products, secure document repositories, and multi-language support.
- In 2014, Mr. Simmons was the first to utilize and testify regarding product-based targeting in an online legal notice campaign
- In 2014, Analytics, under Mr. Simmons' leadership, released the first-class action settlement support site developed under e-commerce best practices.

## SPEAKER/EXPERT PANELIST/PRESENTER

Mr. Simmons has presented to panels of judges and lawyers on issues regarding class notice, claims processing, and disbursement:

- Mr. Simmons served as a panelist for the Francis McGovern Conferences on "Distribution of Securities Litigation Settlements: Improving the Process", at which regulators, judges, custodians, academics, practitioners and claims administrators participated.
- In 2011, Mr. Simmons was a panelist at the Federal Judicial Center's workshop/meetings regarding class action notice and settlement administration.
- In 2014, Mr. Simmons was invited to be interviewed by the Consumer Financial Protection Bureau as an expert on notice and claims administration in class action litigation as part of their study on arbitration and consumer class litigation waivers
- In 2016, Mr. Simmons presented results of research regarding the impact of forms of notice on fund participation rates to the Federal Trade Commission.

Mr. Simmons' speaking engagements regarding class notice include:

- *Risks and Regulations: Best Practices that Protect Class Member Confidentiality* presented at the HB Litigation Conference on Class Action Mastery in New York City (2018)



- *Recent Developments in Class Action Notice and Claims Administration* presented at Practising Law Institute in New York City (2017)
- *The Beginning and the End of Class Action Lawsuits* presented at Perrin Class Action Litigation Conference in Chicago (2017);
- *Class Action Administration: Data and Technology* presented at Harris Martin Target Data Breach Conference in San Diego (2014);
- *Developments in Legal Notice*, accredited CLE Program, presented at Susman Godfrey in Dallas (2014)
- *Developments in Legal Notice*, accredited CLE Program, presented at Shook Hardy & Bacon, LLP in Kansas City (2013);
- *Developments in Legal Notice*, accredited CLE Program, presented at Halunen & Associates in Minneapolis (2013),
- *Class Actions 101: Best Practices and Potential Pitfalls in Providing Class Notice*, CLE Program, presented by Brian Christensen and Richard Simmons, to the Kansas Bar Association (March 2009).

Mr. Simmons' writings regarding class notice include:

- Crafting Digital Class Notices That Actually Provide Notice - Law360.com, New York (March 10, 2016).

### JUDICIAL COMMENTS AND LEGAL NOTICE CASES

In evaluating the adequacy and effectiveness of Mr. Simmons' notice campaigns, courts have repeatedly recognized Mr. Simmons' work. The following excerpts provide recent examples of such judicial approval in matters where the primary issue was the provision of class notice.

Honorable Stephen J. Murphy III, *Doe 1 v. Deja vu Servs., Inc.*, No. 2:16-cv-10877, ECF No. 77 (E.D. Mich. June 19, 2017):

> *Also, the Plaintiffs certified that notice had been provided in accordance with the Court's preliminary approval order. The notices stated—in clear and easily understandable terms—the key information class members needed to make an informed decision: the nature of the action, the class claims, the definition of the class, the general outline of the settlement, how to elect for a cash payment, how to opt out of the class, how to object to the settlement, the right of class members to secure counsel, and the binding nature of the settlement on class members who do not to opt out.*

> *\* \* \**

> *In addition, the parties took additional steps to provide notice to class members, including through targeted advertisements on social media. The Court finds that the parties have provided the "best notice that is practicable under the circumstances," and*



*complied with the requirements of the Federal Rules of Civil Procedure, the Class Action Fairness Act of 2005, and due process.[3]*

Associate Justice Edward P. Leibensberger, *Geanacopoulos v. Philip Morris USA, Inc.*, No. 9884CV06002, Dkt. No. 230 (Mass. Super. Ct. Sept. 30, 2016):

> *The Court finds that the plan of Notice as described in paragraphs 12 through 20 of the Settlement Agreement, including the use of email, mail, publication and internet notice, constituted the best notice practicable under the circumstances and constituted due and sufficient notice to the Class.*

Honorable Edward J. Davila, *In re: Google Referrer Header Privacy Litig.*, No. 5:10-cv-04809, ECF No. 85 (N.D. Cal. Mar. 31, 2015):

> *On the issue of appropriate notice, the court previously recognized the uniqueness of the class asserted in this case, since it could potentially cover most internet users in the United States. On that ground, the court approved the proposed notice plan involving four media channels: (1) internet-based notice using paid banner ads targeted at potential class members (in English and in Spanish on Spanish-language websites); (2) notice via "earned media" or, in other words, through articles in the press; (3) a website decided solely to the settlement (in English and Spanish versions); and (4) a toll-free telephone number where class members can obtain additional information and request a class notice. In addition, the court approved the content and appearance of the class notice and related forms as consistent with Rule 23(c)(2)(B).*

> *The court again finds that the notice plan and class notices are consistent with Rule 23, and that the plan has been fully and properly implemented by the parties and the class administrator.*

Honorable Terrence F. McVerry, *Kobylanski. v. Motorola Mobility, Inc.*, No. 2:13-cv-01181, ECF No. 43  (W.D. Pa. Oct. 9, 2014):

> *The Court finds that the distribution of the Notice to Settlement Class Members Re: Pendency of Class Action, as provided for in the Order Granting Preliminary Approval for the Settlement, constituted the best notice practicable under the circumstances to all Persons within the definition of the Class and fully met the requirements of due process under the United States Constitution.*

---

[3]     Unless otherwise indicated, citations are omitted and emphasis is added.



Honorable Thomas N. O'Neill, Jr., *In re: CertainTeed Fiber Cement Siding Litig.*, No. 2:11-md-02270, ECF No. 119 (E.D. Pa. Mar. 20, 2014):

> *Settlement class members were provided with notice of the settlement in the manner and form set forth in the settlement agreement. Notice was also provided to pertinent state and federal officials. The notice plan was reasonably calculated to give actual notice to settlement class members of their right to receive benefits from the settlement or to be excluded from the settlement or object to the settlement. The notice plan met the requirements of Rule 23 and due process.*

Honorable Robert W. Gettleman, *In re Aftermarket Filters Antitrust Litig.*, No. 1:08-cv-04883, ECF No. 1031  (N.D. Ill. Oct. 25, 2012):

> *Due and adequate notice of the Settlement was provided to the Class. . . . The manner of giving notice provided in this case fully satisfies the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled thereto. A full and fair opportunity was provided to the members of the Class to be heard regarding the Settlements.*

Honorable Marco A. Roldan, *Plubell v. Merck & Co., Inc.*, NO. 04CV235817-01, Final Judgment and Order (Mo. Cir. Ct. Mar. 15, 2013):

> *Under the circumstances, the notice of this Settlement provided to Class Members in accordance with the Notice Order was the best notice practicable of the proceedings and matters set forth therein, including the proposed Settlement, to all Persons entitled to such notice, and said notice fully satisfied the requirements due process and Missouri law.*

Honorable James P. Kleinberg, *Skold v. Intel Corp.*, No. 2005-CV-039231, Order on Motion for Approval (Cal. Super. Ct. Mar. 14, 2013):

> *The Court finds that Plaintiff's proposed Notice plan has a reasonable chance of reaching a substantial percentage of class members.*

Honorable J. Phil Gilbert, *Greenville IL v. Syngenta Crop Prot., Inc.*, No 3:10-cv-00188, ECF No. 325 (S.D. Ill. Oct. 23, 2012):

> *The Notice provided to the Class fully complied with Rule 23, was the best notice practicable, satisfied all constitutional due process requirements, and provides the Court with jurisdiction over the Class Members.*



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| Antitrust | All Star Carts and Vehicles, Inc., et al. v. BFI Canada Income Fund, et al. | 08-CV-1816  (E.D.N.Y.) |
| | In Re: Aftermarket Filters Antitrust Litigation | No. 1:08-cv-4883, MDL No. 1957 (N.D. Ill.) |
| | In Re: Aluminum Phosphide Antitrust Litigation | Case No. 93-cv-2452 (D. Kan.) |
| | In Re: Beef Antitrust Litigation | MDL No. 248 (N.D. Tex.) |
| | In Re: Bromine Antitrust Litigation | MDL No. 1310 (S.D. Ind.) |
| | In Re: Corrugated Container Antitrust Litigation | MDL. No 310 (S.D. Tex.) |
| | In Re: Industrial Silicon Antitrust Litigation | Case No. 95-cv-2104 (W.D. Pa.) |
| | In Re: Multidistrict Civil Antitrust Actions Involving Antibiotic Drugs | MDL No. 10 (S.D.N.Y.) |
| | In Re: Workers Compensation Insurance Antitrust Litigation | Case No.  4:85-cv-1166 (D. Minn.) |
| | Red Eagle Resources Corporation, Inc., et al. v. Baker Hughes Inc., et al. | Case No. 91-cv-627 (S.D. Tex.) |
| | Rob'n I, Inc., et al. v. Uniform Code Counsel, Inc. | Case No. 03-cv-203796-1 (Spokane County, Wash.) |
| | Sarah F. Hall d/b/a Travel  Specialist, et al. v. United Airlines, Inc., et al., | Case No. 7:00-cv-123-BR(1) (E.D. S.C.) |
| Asset Forfeiture | U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Goldfinger") | No. CV 09-1731 (C.D. Cal.) |
| | U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Kum Ventures") | No. CV 09-1731 (C.D. Cal.) |
| | U.S. v. David Merrick | 6:10-cr-109-Orl-35DAB |
| | U.S. v. Sixty-Four 68.5 lbs (Approx.) Silver Bars, et al. | (E.D. Fla) |
| | United States of America v. $1,802,651.56 in Funds Seized from E-Bullion, et al. | Case No. 09-cv-01731 (C.D. Cal.) |
| | United States of America v. Alfredo Susi, et al. | 3:07-cr-119 (W.D.N.Y.) |
| | United States of America v. David Merrick | 6:10-cr-109-Orl-35DAB |
| | United States of America v. Elite Designs, Inc. | Case No. 05-cv-058 (D.R.I.) |
| | United States of America v. Evolution Marketing Group | Case No. 6:09-cv-1852 (S.D. Fla.) |
| | United States of America v. George David Gordon | Case No. 4:09-cr-00013-JHP-1 (N.D. Okla.) |
| | United States of America v. Regenesis Marketing Corporation | No. C09-1770RSM (W.D. Wash.) |
| | United States of America v. Sixty-Four 68.5 lbs (Approx.) Silver Bars, et al. | (E.D. FL) |
| | United States of America v. Zev Saltsman | Case No. 04-cv-641 (E.D.N.Y.) |
| Business | American Golf Schools, LLC, et al. v. EFS National Bank, et al. | Case No. 00-cv-005208 (D. Tenn.) |
| | AVR, Inc. and Amidon Graphics v. Churchill Truck Lines | Case No.  4:96-cv-401 (D. Minn.) |
| | Buchanan v. Discovery Health Records Solutions | Case No. 13-015968-CA 25 (Miami Dade County) |
| | Do Right's Plant Growers, et al. v. RSM EquiCo, Inc., et al. | Case No. 06-CC-00137 (Orange County, Cal.) |
| | F.T.C. v. Ameritel Payphone Distributors | Case No. 00-cv-514 (S.D. Fla.) |
| | F.T.C. v. Cephalon | Case No. 08-cv-2141  (E.D. Pa.) |
| | F.T.C. v. Datacom Marketing, Inc. | Case No. 06-cv-2574 (N.D. Ill.) |
| | F.T.C. v. Davison & Associates, Inc. | Case No. 97-cv-01278 (W.D. Pa.) |
| | F.T.C. v. Fidelity ATM, Inc. | Case No. 06-cv-81101 (S.D. Fla.) |
| | F.T.C. v. Financial Resources Unlimited, Inc. | Case No. 03-cv-8864 (N.D. Ill.) |
| | F.T.C. v. First American Payment Processing Inc. | Case No. 04-cv-0074 (D. Ariz.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *F.T.C. v. Group C Marketing, Inc.* | Case No. 06-cv-6019 (C.D. Cal.) |
| | *F.T.C. v. Jordan Ashley, Inc.* | Case No. 09-cv-23507 (S.D. Fla.) |
| | *F.T.C. v. Medical Billers Network, Inc.* | Case No. 05-cv-2014 (S.D.N.Y.) |
| | *F.T.C. v. Minuteman Press Int'l* | Case No. 93-cv-2496 (E.D.N.Y.) |
| | *F.T.C. v. Netfran Development Corp* | Case No. 05-cv-22223 (S.D. Fla.) |
| | *F.T.C. v. USA Beverages, Inc.* | Case No. 05-cv-61682 (S.D. Fla.) |
| | *Garcia, et al. v. Allergan, Inc.* | 11-CV-9811 (C.D. Cal.) |
| | *Gerald Young et al. v. HealthPort Technologies, LLC, et al.* | Case No. LACL130175 (Polk County, IA) |
| | *Goldberg et al. v. HealthPort Inc. et. al.* | Case No L-1421-14 (Essex County, NJ) |
| | *In Re Google AdWords Litigation* | No. 5:08-cv-03369-EJD (N.D. Cal.) |
| | *In re Syngenta Ag Mir 162 Corn Litigation* | Case No 2:14-md-2591-JWL-JPO (D. Kan.) |
| | *Law Offices of Henry E. Gare, P.A., et al. v. Healthport Technologies, LLC* | No. 16-2011-CA-010202 (Duval County, FL) |
| | *Melby et al. v. America's MHT, Inc., et al.* | Case No. 3:17-CV-155-M (N.D. Texas) |
| | *Number Queen, Ltd. et al. v. Redgear Technologies, Inc. et al.* | Case No. 14-0064 (W.D. Mo.) |
| | *Physicians of Winter Haven LLC v. STERIS Corp.* | Case No. 1:10-cv-00264 (N.D. Ohio) |
| | *Sue Ramirez et al. v. Smart Professional Photocopy Corporation* | No. 01-L-385 (Peoria County, IL) |
| | *Todd Tompkins, Doug Daug and Timothy Nelson v. BASF Corporation, et al.* | Case No. 96-cv-59 (D.N.D.) |
| | *Waxler Transportation Company, Inc. v. Trinity Marine Products, Inc., et al.* | Case No. 08-cv-01363 (E.D. La.) |
| Civil Rights | *Bentley v. Sheriff of Essex County* | Case No. 11-01907 (Essex County, MA) |
| | *Cazenave, et al. v. Sheriff Charles C. Foti, Jr., et al.* | Case No. 00-cv-1246 (E.D. La.) |
| | *Garcia, et al v. Metro Gang Strike Force, et al.* | Case No. 09-cv-01996 (D. Minn.) |
| | *Gregory Garvey, Sr., et al. v. Frederick B. MacDonald & Forbes Byron* | 3:07-cv-30049 (S.D. Mass.) |
| | *McCain, et al. v. Bloomberg, et al.* | Case No. 41023/83 (New York) |
| | *Nancy Zamarron, et al. v. City of Siloam Springs, et al.* | Case No. 08-cv-5166 (W.D. Ark.) |
| | *Nathan Tyler, et al. v. Suffolk County, et al.* | Case No. 1:06-cv-11354 (S.D. Mass.) |
| | *Nilsen v. York County* | Case No. 02-cv-212 (D. Me.) |
| | *Richard S. Souza et al. v. Sheriff Thomas M. Hodgson* | 2002-0870 BRCV (Superior Ct., Mass.) |
| | *Travis Brecher, et al. v. St. Croix County, Wisconsin, et al.* | Case No. 02-cv-0450-C (W.D. Wisc.) |
| Consumer | *Adam Berkson, et al. v. Gogo LLC and Gogo Inc.,* | Case No. 1:14-cv-01199-JBW-LB (S.D.N.Y.) |
| | *Andrew J. Hudak, et al. v. United Companies Lending Corporation* | Case No. 334659 (Cuyahoga County, Ohio) |
| | *Angela Doss, et al. v. Glenn Daniels Corporation* | Case No. 02-cv-0787 (E.D. Ill.) |
| | *Angell v. Skechers Canada* | 8562-12 (Montreal, Quebec) |
| | *Anthony Talalai, et al. v. Cooper Tire & Rubber Company* | Case No. L-008830-00-MT (Middlesex County, NJ) |
| | *Arnett v. Bank of America, N.A.* | No. 3:11-CV-01372-SI (D. OR) |
| | *Ballard, et al. v. A A Check Cashiers, Inc., et al.* | Case No. 01-cv-351 (Washingotn County, Ark.) |
| | *Belinda Peterson, et al. v. H & R Block Tax Services, Inc.* | Case No. 95-CH-2389 (Cook County, Ill.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | Boland v. Consolidated Multiple Listing Service, Inc. | Case No. 3:19-cv-01335-SB (D.S.C.) |
| | Braulio M. Cuesta, et al. v. Ford Motor Company, Inc., and Williams Controls, Inc. | CIV-06-61-S (E.D. Okla.) |
| | Caprarola, et al. v. Helxberg Diamond Shops, Inc. | Case No. 13-06493 (N.D. Ill.) |
| | Carideo et al. v. Dell, Inc. | Case No. 06-cv-1772 (W.D. Wash.) |
| | Carnegie v. Household International, Inc. | No. 98-C-2178 (N.D. Ill.) |
| | Clair Loewy v. Live Nation Worldwide Inc. | Case No. 11-cv-04872 (N.D. Ill.) |
| | Clements, et al. v. JPMorgan Chase Bank, N.A., et al. | No. 3:12-cv-02179-JCS (N.D. Cal.) |
| | Conradie v. Caliber Home Loans | Case No. 4:14-cv-00430 (S.D. Iowa) |
| | Consumer Financial Protection Bureau v. Corinthian Colleges, Inc. | Case No. 1:14-cv-07194 (N.D. Ill.) |
| | Consumer Financial Protection Bureau v. Park View Law | Case No. 2:17-cv-04721 (N.D. Cal.) |
| | Consumer Financial Protection Bureau v. Prime Credit, L.L.C., et al. | Case No. 2:17-cv-04720 (N.D. Cal.) |
| | Consumer Financial Protection Bureau v. Prime Marketing Holdings | Case No. 2:16-cv-07111 (C.D. Cal.) |
| | Consumer Financial Protection Bureau v. Prime Marketing Holdings | 1:15-cv-23070-MGC (S.D. Fl) |
| | Consumer Financial Protection Bureau v. Security National Automotive Acceptance | Civil Action No. 1 :15-cv-401 (S.D. Ohio) |
| | Covey, et al. v. American Safety Council, Inc. | 2010-CA-009781-0 (Orange County, FL) |
| | Cummins, et al. v. H&R Block, et al. | Case No. 03-C-134 (Kanawha County, W.V.) |
| | David and Laurie Seeger, et al. v. Global Fitness Holdings, LLC | No. 09-CI-3094, (Boone Circuit Court, Boone County, Ky.) |
| | Don C. Lundell, et al. v. Dell, Inc. | Case No. 05-cv-03970 (N.D. Cal.) |
| | Duffy v. Security Pacific Autmotive Financial Services Corp., et al. | Case No. 3:93-cv-00729 (S.D. Cal.) |
| | Edward Hawley, et al. v. American Pioneer Title Insurance Company | No. CA CE 03-016234 (Broward County, Fla.) |
| | Evans, et al. v. Linden Research, Inc., et al. | Case No. 4:11-cv-1078-DMR (N.D. Cal.) |
| | F.T.C. and The People of the State of New York v. UrbanQ | Case No. 03-cv-33147 (E.D.N.Y.) |
| | F.T.C. v. 1st Beneficial Credit Services LLC | Case No. 02-cv-1591 (N.D. Ohio) |
| | F.T.C. v. 9094-5114 Quebec, Inc. | Case No. 03-cv-7486 (N.D. Ill.) |
| | F.T.C. v. Ace Group, Inc. | Case No. 08-cv-61686 (S.D. Fla.) |
| | F.T.C. v. Affordable Media LLC | Case No. 98-cv-669 (D. Nev.) |
| | F.T.C. v. AmeraPress, Inc. | Case No. 98-cv-0143 (N.D. Tex.) |
| | F.T.C. v. American Bartending Institute, Inc., et al. | Case No. 05-cv-5261 (C.D. Cal.) |
| | F.T.C. v. American International Travel Services Inc. | Case No. 99-cv-6943 (S.D. Fla.) |
| | F.T.C. v. Asset & Capital Management Group | Case No. 8:13-cv-1107 (C.D. Cal.) |
| | F.T.C. v. Bigsmart.com, L.L.C., et al. | Case No. 01-cv-466 (D. Ariz.) |
| | F.T.C. v. Broadway Global Master Inc | Case No. 2-cv-00855 (E.D. Cal.) |
| | F.T.C. v. Call Center Express Corp. | Case No. 04-cv-22289 (S.D. Fla.) |
| | F.T.C. v. Capital Acquistions and Management Corp. | Case No. 04-cv-50147 (N.D. Ill.) |
| | F.T.C. v. Capital City Mortgage Corp. | Case No. 98-cv-00237 (D.D.C.) |
| | F.T.C. v. Centro Natural Corp | Case No. 14:23879 (S.D. Fla.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *F.T.C. v. Certified Merchant Services, Ltd., et al.* | Case No. 4:02-cv-44 (E.D. Tex.) |
| | *F.T.C. v. Check Inforcement* | Case No. 03-cv-2115 (D.N.J.) |
| | *F.T.C. v. Chierico et al.* | Case No. 96-cv-1754 (S.D. Fla.) |
| | *F.T.C. v. Clickformail.com, Inc.* | Case No. 03-cv-3033 (N.D. Ill.) |
| | *F.T.C. v. Consumer Credit Services* | Case No. 96-cv-1990 (S.D. N.Y.) |
| | *F.T.C. v. Consumer Direct Enterprises, LLC.* | Case No. 07-cv-479 (D. Nev.) |
| | *F.T.C. v. Debt Management Foundation Services, Inc.* | Case No. 04-cv-1674 (M.D. Fla.) |
| | *F.T.C. v. Delaware Solutions* | Case No. 1:15-cv-00875-RJA (W.D.N.Y) |
| | *F.T.C. v. DeVry Education Group Inc.* | Case No. 2:16-cv-579 (C.D. Cal.) |
| | *F.T.C. v. Digital Enterprises, Inc.* | Case No. 06-cv-4923 (C.D. Cal.) |
| | *F.T.C. v. Dillon Sherif* | Case No. 02-cv-00294 (W.D. Wash.) |
| | *F.T.C. v. Discovery Rental, Inc., et al.* | Case No: 6:00-cv-1057  (M.D of Fla.) |
| | *F.T.C. v. EdebitPay, LLC.* | Case No. 07-cv-4880 (C.D. Cal.) |
| | *F.T.C. v. Electronic Financial Group, Inc.* | Case No. 03-cv-211 (W.D. Tex.) |
| | *F.T.C. v. Eureka Solutions* | Case No. 97-cv-1280 (W.D. Pa.) |
| | *F.T.C. v. Federal Data Services, Inc., et al.* | Case No. 00-cv-6462 (S.D. Fla.) |
| | *F.T.C. v. Financial Advisors & Associates, Inc.* | Case No. 08-cv-00907 (M.D. Fla.) |
| | *F.T.C. v. First Alliance Mortgage Co.* | Case No. 00-cv-964 (C.D. Cal.) |
| | *F.T.C. v. First Capital Consumer Membership Services Inc., et al.* | Case No. 1:00-cv-00905 (W.D.N.Y.) |
| | *F.T.C. v. First Capital Consumers Group, et al.* | Case No. 02-cv-7456 (N.D. Ill.) |
| | *F.T.C. v. Franklin Credit Services, Inc.* | Case No. 98-cv-7375 (S.D. Fla.) |
| | *F.T.C. v. Global Web Solutions, Inc., d/b/a USA Immigration Services, et al.* | Case No. 03-cv-023031 (D. D.C.) |
| | *F.T.C. v. Granite Mortgage, LLC* | Case No. 99-cv-289 (E.D. Ky.) |
| | *F.T.C. v. Herbalife International of America* | Case No. 2:16-cv-05217 (C.D. Cal.) |
| | *F.T.C. v. ICR Services, Inc.* | Case No. 03-cv-5532 (N.D. Ill.) |
| | *F.T.C. v. iMall, Inc. et al.* | Case No. 99-cv-03650 (C.D. Cal.) |
| | *F.T.C. v. Inbound Call Experts, LLC* | Case No. 9:14-cv-81395-KAM (S.D. Fla.) |
| | *F.T.C. v. Information Management Forum, Inc.* | Case No. 2-cv-00986 (M.D. Fla.) |
| | *F.T.C. v. Ira Smolev, et al.* | Case No.  01-cv-8922 (S.D. Fla.) |
| | *F.T.C. v. Jeffrey L. Landers* | Case No. 00-cv-1582 (N.D. Ga.) |
| | *F.T.C. v. Jewelway International, Inc.* | Case No. 97-cv-383  (D. Ariz.) |
| | *F.T.C. v. Kevin Trudeau* | Case No. 98-cv-0168 (N.D. Ill.) |
| | *F.T.C. v. Komaco International, Inc., et al.* | Case No. 02-cv-04566 (C.D. Cal.) |
| | *F.T.C. v. LAP Financial Services, Inc.* | Case No. 3:99-cv-496 (W.D. Ky.) |
| | *F.T.C. v. Lumos Labs, Inc.* | Case No. 3:16-cv-00001 (N.D. Cal.) |
| | *F.T.C. v. Marketing & Vending, Inc. Concepts, L.L.C., et al.* | Case No. 00-cv-1131 (S.D.N.Y.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | F.T.C. v. Mercantile Mortgage | Case No. 02-cv-5078 (N.D. Ill.) |
| | F.T.C. v. Merchant Services Direct, LLC | Case No.  2:13-cv-00279 (E. D. Wa.) |
| | F.T.C. v. Meridian Capital Management | Case No. 96-cv-63  (D. Nev.) |
| | F.T.C. v. NAGG Secured Investments | Case No. 00-cv-02080 (W.D. Wash.) |
| | F.T.C. v. National Consumer Counsil, Inc., et al. | Case No. 04-cv-0474 (C.D. Cal.) |
| | F.T.C. v. National Credit Management Group | Case No. 98-cv-936 (D.N.J.) |
| | F.T.C. v. National Supply & Data Distribution Services | Case No.  99-cv-128-28 (C.D. Cal.) |
| | F.T.C. v. Nationwide Information Services, Inc. | Case No. 00-cv-06505 (C.D. Cal.) |
| | F.T.C. v. NBTY, Inc. | No. 05-4793 (E.D.N.Y.) |
| | F.T.C. v. NetSpend | Case No. 1:16-cv-04203-AT (N.D. Ga.) |
| | F.T.C. v. NutriMost LLC | Case No. 2:17-cv-00509-NBF (W.D. Pa.) |
| | F.T.C. v. One Technologies, LP | Case No. 3:14-cv-05066 (N.D. Cal.) |
| | F.T.C. v. Oro Marketing | Case No. 2:13-CV-08843 (C.D. Cal.) |
| | F.T.C. v. Pace Corporation | Case No. 94-cv-3625 (N.D. Ill.) |
| | F.T.C. v. Paradise Palms Vacation Club | Case No. 81-1160D (W.D. Wash.) |
| | F.T.C. v. Patrick Cella, et al. | Case No. 03-cv-3202 (C.D. Cal.) |
| | F.T.C. v. Platinum Universal, LLC | Case No. 03-cv-61987 (S. D. Fla.) |
| | F.T.C. v. Raymond Urso | Case No. 97-cv-2680 (S.D. Fla.) |
| | F.T.C. v. Rincon Management Services, LLC | Case No. 5:11-cv-01623-VAP-SP (C.D. Cal.) |
| | F.T.C. v. Robert S. Dolgin | Case No. 97-cv-0833 (N.D. Cal.) |
| | F.T.C. v. Southern Maintenance Supplies | Case No.  99-cv-0975 (N.D. Ill.) |
| | F.T.C. v. Star Publishing Group, Inc. | Case No. 00-cv-023D (D. Wy.) |
| | F.T.C. v. Stratford Career Institute | Case No. 1:16-cv-00371 (N.D. Ohio) |
| | F.T.C. v. Stuffingforcash.com Corp. | Case No. 02-cv-5022 (N.D. Ill.) |
| | F.T.C. v. Target Vending Systems, L.L.C., et al. | Case No. 00-cv-0955 (S.D.N.Y.) |
| | F.T.C. v. The College Advantage, Inc. | Case No. 03-cv-179 (E.D. Tex.) |
| | F.T.C. v. The Crescent Publishing Group, Inc., et al. | Case No. 00-cv-6315 (S.D.N.Y.) |
| | F.T.C. v. The Tax Club | Case No. 13-cv-210 (JMF) (S.D.N.Y.) |
| | F.T.C. v. The Tungsten Group, Inc. | Case No. 01-cv-773 (E.D. Va.) |
| | F.T.C. v. Think Achievement Corp. | Case No. 2:98-cv-12 (N.D. Ind.) |
| | F.T.C. v. Think All Publishing | Case No. 07-cv-11 (E.D. Tex.) |
| | F.T.C. v. Tracfone | Case No. 3:15-cv-00392 (N.D. Cal.) |
| | F.T.C. v. Trustsoft, Inc. | Case No. 05-cv-1905 (S.D. Tex.) |
| | F.T.C. v. Unicyber Gilboard, Inc. | Case No. 04-cv-1569 (C.D. Cal.) |
| | F.T.C. v. US Grant Resources, LLC. | Case No. 04-cv-0596 (E.D. La.) |
| | F.T.C. v. Verity International, Ltd., et al. | Case No. 00-cv-7422-LAK (S.D.N.Y.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *F.T.C. v. Wellquest International, Inc.* | Case No. 2:03-cv-05002 (C.D. Cal.) |
| | *F.T.C. v. Wolf Group* | Case No. 94-cv-8119 (S.D. Fla.) |
| | *Fernando N. Lopez and Mallory Lopez, et al. v. City Of Weston* | Case No. 99-8958  CACE 07 (FL 17th Jud Dist) |
| | *Fiori, et al. v. Dell Inc., et al.* | Case No. 09-cv-01518 (N.D. Cal.) |
| | *FMS, Inc. v. Dell, Inc. et al.,* | Case No. 03-2-23781-7SEA (King County, Wash.) |
| | *Galatis, et al. v. Psak, Graziano Piasecki & Whitelaw, et. al.* | No.  L-005900-04 (Middlesex County, NJ) |
| | *Garcia v. Allergan* | 11-cv-9811 (C.D. Cal.) |
| | *Grabowski v. Skechers U.S.A., Inc.* | No. 3:12-cv-00204 (W.D. Ky.) |
| | *Greg Benney, et al. v. Sprint International Communications Corp. et al.* | Case No. 02-cv-1422 (Wyandotte County, KS) |
| | *Griffin v. Dell Canada Inc* | Case No. 07-cv-325223D2 (Ontario, Superio Court of Justice) |
| | *Haas and Shahbazi vs. Navient Solutions and Navient Credit Finance Corporation* | Case No. 15-35586 (DRJ) (S.D. Texas) |
| | *Harris, et al. v. Roto-Rooter Services Company* | Case No. 00-L-525 (Madison County, IL) |
| | *Harrison, et al. v. Pacific Bay Properties* | No. BC285320 (Los Angeles County, CA) |
| | *Henderson, et al . V. Volvo Cars of North America, LLC, et al.* | 09-04146 (D.N.J.) |
| | *In re H&R Block IRS Form 8863 Litigation* | Case No. 4:13-MD-02474-FJG. (W.D. MO) |
| | *In Re: Bancomer Transfer Services Mexico Money Transfer Litigation* | BC238061, BC239611(Los Angeles County, CA) |
| | *In Re: Certainteed Fiber Cement Siding Litigation* | MDL 2270 (E.D. PA) |
| | *In Re: H&R Block Express IRA Marketing Litigation* | Case No. 06-md-01786 (W.D. Mo.) |
| | *In Re: High Carbon Concrete Litigation* | Case No. 97-cv-20657 (D. Minn.) |
| | *In Re: High Sulfur Content Gasoline Products Liability Litigation* | MDL No. 1632 (E.D. La.) |
| | *In Re: Ria Telecommunications and Afex Mexico Money Transfer Litigation* | Case No. 99-cv-0759 (San Louis Obispo, Cal.) |
| | *In Re: Salmonella Litigation* | Case No. 94-cv-016304 (D. Minn.) |
| | *Janet Figueroa, et al. v. Fidelity National Title   Insurance Company* | Case No. 04-cv-0898 (Miami Dade County, Fla.) |
| | *Jerome H. Schlink v. Edina Realty Title* | Case No. 02-cv-18380 (D. Minn.) |
| | *Jerome Walls, et al. v. JP Morgan Chase Bank, N.A., et al.* | Case No. 11-00673 (W.D. KY) |
| | *Joel E. Zawikowski, et al. v. Beneficial National Bank, et al.* | Case No. 98-cv-2178 (N.D. Ill.) |
| | *John Babb, et al. v. Wilsonart International, Inc.* | Case No. CT-001818-04 (Memphis, Tenn.) |
| | *John Colin Suttles, et al. v. Specialty Graphics, Inc.,* | Case No. 14-505 (W.D. TX) |
| | *Kenneth Toner, et al. v. Cadet Manufacturing Company* | Case No. 98-2-10876-2SEA (King County, Wash.) |
| | *Kiefer, et al. v. Ceridian Corporation, et al.* | Case No. 3:95-cv-818 (D. Minn.) |
| | *Kobylanski et al. v. Motorola Mobility, Inc. et al.* | No. 13-CV-1181 (W.D. Pa.) |
| | *Long et al v. Americredit Financial Services, Inc.* | 0:2011-02752 (Hennepin County, MN) |
| | *Louis Thula, et al. v. Lawyers Title Insurance Corporation* | Case No. 0405324-11 (Broward County, Fla.) |
| | *Lynn Henderson, et al. v. Volvo Cars of North America, LLC, et al.* | No. 2:09-cv-04146-CCC-JAD (D.N.J.) |
| | *Lynnette Lijewski, et al. v. Regional Transit Board, et al.* | Case No. 4:93-cv-1108 (D. Minn.) |
| | *Mark Laughman, et al. v. Wells Fargo Leasing Corp. et al.* | Case No. 96-cv-0925 (N.D. Ill.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *Mark Parisot et al v. US Title Guaranty Company* | Case No. 0822-cc-09381 (St. Louis Circuit Court, Mo.) |
| | *Mark R. Lund v. Universal Title Company* | Case No. 05-cv-00411 (D. Minn.) |
| | *Melissa Castille Dodge, et al. v. Phillips College of New Orleans, Inc., et al.* | Case No. 95-cv-2302 (E.D. La.) |
| | *Michael Drogin, et al. v. General Electric Capital Auto Financial Services, Inc.* | Case No.  95-cv-112141 (S.D.N.Y.) |
| | *Michael Sutton v. DCH Auto Group, et al.* | (Essex County, NJ) |
| | *Michael T. Pierce et al. v. General Electric Capital Auto Lease* | CV 93-0529101 S |
| | *Mitchem, et al v. Illinois Collection Service, Inc.* | Case No. 09-cv-7274 (N.D. Ill.) |
| | *Northcoast Financial Services v. Marcia Webster* | 2004 CVF 18651 (Cuyahoga County, OH) |
| | *Oubre v. Louisiana Citizens Fair Plan* | No. 625-567 (Jefferson Parish, LA) |
| | *Patricia Faircloth, et a. v. Certified Finance, Inc., et al.* | Case No. 99-cv-3097 (E.D. La.) |
| | *Pistilli v. Life Time Fitness, Inc.* | Case No. 07-cv-2300 (D. Minn.) |
| | *Rawlis Leslie, et al. v. The St. Joe Paper Company* | Case No. 03-368CA (Gulf County, Fla.) |
| | *Regayla Loveless, et al. v. National Cash, Inc, et al.* | Case No. 2001-cv-892-2 (Benton County, Ark.) |
| | *Ricci, et al., v. Ameriquest Mortgage Co.* | Case No. 27-cv-05-2546 (D. Minn.) |
| | *Ronnie Haese, et al. v. H&R Block, et al.* | Case No. 96-cv-423 (Kleberg County, Tex.) |
| | *Sandra Arnt, et al. v. Bank of America, N.A.* | No. 27-cv-12-12279 (Hennepin County, MN) |
| | *Sara Khaliki, et al. v. Helzberg Diamond Shops, Inc.* | 4:11-cv-00010 (W.D. Mo.) |
| | *Shepherd, et al. v. Volvo Finance North America, Inc., et al.* | Case No. 1:93-cv-971 (D. Ga.) |
| | *Skusenas v. Linebarger, Goggan, Blair & Sampson, LLC.* | Case No. 1:10-cv-8119 (N.D. Ill.) |
| | *Smith v. NRT Settlement Services of Missouri, LLC* | Case No. 06-cv-004039 (St. Louis County, MO) |
| | *Terrell Ervin v. Nokia Inc. et al.* | Case No. 01-L-150 (St. Clair County, Ill.) |
| | *The People of the State of California v. Rainbow Light Nutritional Systems, LLC, et al.* | Case No. 19STCV28214 (Los Angeles County, CA) |
| | *Theresa Boschee v. Burnet Title, Inc.* | Case No. 03-cv-016986 (D. Minn.) |
| | *Thomas Geanacopoulos v. Philip Morris USA, Inc.* | Civil Action No. 98-6002-BLS1 (MA Superior Court) |
| | *Thomas Losgar, et al. v. Freehold Chevrolet, Inc., et al.* | Case No. L-3145-02 (Monmouth County, NJ) |
| | *Tiffany Ellis, et al. v. General Motors LLC* | Case No. 2:16-cv-11747 (E.D. Mich.) |
| | *Tom Lundberg, et al. v. Sprint Corporation, et al.* | Case No. 02-cv-4551 (Wyandotte County, Kan.) |
| | *Truc-way, Inc., et al. v. General Electric Credit Auto Leasing* | Case No. 92-CH-08962 (Cook County, Ill.) |
| | *Trudy Latman, et al. vs. Costa Cruise Lines, N.V., et al* | Case No. 96-cv-8076 (Dade County, Fla.) |
| | *U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Goldfinger")* | No. CV 09-1731 (C.D. Cal.) |
| | *U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Kum Ventures")* | No. CV 09-1731 (C.D. Cal.) |
| | *U.S. v. David Merrick* | 6:10-cr-109-Orl-35DAB |
| | *U.S. v. Sixty-Four 68.5 lbs (Approx.) Silver Bars, et al.* | (E.D. Fla) |
| | *United States of America v. Alfredo Susi, et al.* | 3:07-cr-119 (W.D.N.Y.) |
| | *United States of America v. David Merrick* | 6:10-cr-109-Orl-35DAB |
| | *United States of America v. Elite Designs, Inc.* | Case No. 05-cv-058 (D. R.I.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *United States of America v. Evolution Marketing Group* | Case No. 6:09-cv-1852 (S.D. Fla.) |
| | *United States of America v. Regenesis Marketing Corporation* | No. C09-1770RSM (W.D. Wash.) |
| | *United States of America v. Sixty-Four 68.5 lbs (Approx.) Silver Bars, et al.* | (E.D. Fla.) |
| | *Vicente Arriaga, et al. v. Columbia Mortgage & Funding Corp, et al.* | Case No. 01-cv-2509 (N.D. Ill.) |
| | *William R. Richardson, et al., v. Credit Depot Corporation of Ohio, et al.* | Case No. 315343 (Cuyahoga County, Ohio) |
| | *Zyburo v. NCSPlus Inc.* | Case No. 12-cv-06677 (S.D.N.Y.) |
| CryptoCurrency | *U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Goldfinger")* | No. CV 09-1731 (C.D. Cal.) |
| | *U.S. v. $1,802,651.56 in Funds Seized from e-Bullion, et al. ("Kum Ventures")* | No. CV 09-1731 (C.D. Cal.) |
| | *United States of America v. $1,802,651.56 in Funds Seized from E-Bullion, et al.* | Case No. 09-cv-01731 (C.D. Cal.) |
| Data Breach | *F.T.C. v. Choicepoint* | Case No. 06-cv-0198 (N.D. Ga.) |
| | *First Choice Federal Credit Union v. The Wendy's Company* | Case No. 2:16-cv-00506-NBF-MPK (W.D. Pa.) |
| | *Sterling et al. v. Strategic Forecasting, Inc. et al.* | No. 2:12-cv-00297-DRH-ARL (E.D.N.Y.) |
| | *Veridian Credit Union v. Eddie Bauer LLC* | No. 2:17-cv-00356 (W.D. Wash.) |
| Data Breach/Privacy | *Anderson, et al. v. United Retail Group, Inc., et al.* | Case No. 37-cv-89685 (San Diego County, Cal.) |
| | *F.T.C. v. CEO Group, Inc.* | Case No. 06-cv-60602 (S.D. Fla.) |
| | *In Re: U.S. Bank National Association Litigation* | Case No. 99-cv-891 (D. Minn.) |
| Employment | *Adam P. Kelly, et al v. Bank of America, N.A., et al.* | No. 10-CV-5332 (E.D. Ill.) |
| | *Alequin, et al. v. Darden Restaurants, Inc. et al.* | Case No.: 12-61742-CIV (S.D. Fla.) |
| | *Alice Williams, et a. v. H&R Block Enterprises* | RG 08366506, (County of Alameda, CA) |
| | *Alma Anguiano v. First United Bank and Trust Co.* | Case No. CIV-12-1096 (D. Okla.) |
| | *Andrew R. Rondomanski, et al. v. Midwest Division, Inc.* | No. 11-cv-00887 (W.D. Mo.) |
| | *Balandran, et al. v. Labor Ready, et al.* | BC 278551 (Losa Angeles County, Cal.) |
| | *Ballard, et al., v. Fogo de Chao, LLC* | Case No. 09-cv-7621 (D. Minn.) |
| | *Beasley, et al. v. GC Services LP* | Case No. 09-cv-01748 (E.D. Mo.) |
| | *Berry v. Farmers Bank & Trust, N.A.* | Case No. 13-02020 |
| | *Berte v. WIS Holdings Corporation* | 07-cv-1932 (S.D. Cal.) |
| | *Bishop et al. v. AT&T Corp.* | Case No. 08-cv-00468 (W.D. Pa.) |
| | *Bobbie Jarrett v. GGNSC Holdings, LLC* | Case No.: 12-CV-4105-BP (W.D. Mo.) |
| | *Chandler Glover and Dean Albrecht, et al., v. John E. Potter* | EEOC No. 320-A2-8011X; Agency No. CC-801-0015-99 |
| | *Christopher Evins v. Glow Networks, Inc.* | Case No. 14-cv-00544 (W.D. Mo.) |
| | *Claudine Wilfong, et al. v. Rent-A-Center, Inc.* | Case No. 00-cv-680 (S.D. Ill.) |
| | *Copher v. Motor City Auto Transport, Inc.* | 15-2500-CK (Macomb County, MI) |
| | *Creed, et al. v. Benco Dental Supply Co.* | 3:12-CV-1571 (E.D. Pa.) |
| | *Day, et al. v. KASA Delivery LLC.* | Case No. 01-17-0000-2142 (AAA) |
| | *Doe, et al. v. Cin-Lan, Inc, et al.* | Case No. 4:08-cv-12719 (E.D. Mich.) |
| | *Doe, et al. v. Déjà Vu Services, Inc., et al.,* | No. 2:16-cv-10877 (E.D. Mich.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *DuBeau et al v. Sterling Savings Bank et al.* | No. 12-cv-1602 (D. Or.) |
| | *Equal Employment Opportunity Commission (EEOC) v. Star Tribune Company* | Case No. 08-cv-5297(D. Minn.) |
| | *Equal Employment Opportunity Commission v Faribault Foods, Inc.* | Case No. 07-cv-3976 (D. Minn.) |
| | *Feiertag v. DDP Holdings, LLC d/b/a Apollo Retail Specialists, LLC,* | Case No. 2:14-cv-2643 (S.D. Ohio) |
| | *Ferreras, et. al v. American Airlines, Inc.* | 16-cv-2427 (D.N.J.) |
| | *Fisher, et al. v. Michigan Bell Telephone Company* | Case No. 09-cv-10802 (E.D. Mich.) |
| | *Frank De La Paz v. Accurate Courier NCA LLC* | Case No. 16CV00555 (County of Santa Cruz, CA) |
| | *Frank, Peasley, Waters, and Wilhelm, v Gold'n Plump Poultry, Inc.* | Case No. 04-cv-1018 (D. Minn.) |
| | *French v. Midwest Health Management, Inc.* | Case No.: 2:14-cv-2625 |
| | *Geelan, et al. v. The Mark Travel Coporation* | Case No. 03-cv-6322 (D. Minn.) |
| | *Gipson, et al. v. Southwestern Bell Telephone Company* | Case No. 08-cv-2017 (D. Kan.) |
| | *Greene, et al. v. Shift Operations LLC, et al.* | Case No. CGC 16-552307 (County of San Francisco, CA) |
| | *Gregory Hernandez v. The Children's Place* | No. CGC 04-4300989 (San Francisco, CA) |
| | *Helen Bernstein, et al. v. M.G. Waldbaum* | Case No. 08-cv-0363 (D. Minn.) |
| | *Holt v. Living Social* | 1:2012cv00745 (D.D.C.) |
| | *Jimmy West v. PSS World Medical, Inc.* | Case No. 4:13-cv-00574 (E.D. Mo.) |
| | *John Alba, et al. v. Papa John's USA, Inc.* | Case No. 05-cv-7487 (W.D. Cal.) |
| | *Johnson, et al v. General Mills, Inc.* | Case No. 10-cv-1104 (W.D. Mo.) |
| | *Kelly Marie Camp, et al. v. The Progressive Corporation, et al.* | Case No. 01-cv-2680 (E.D. La.) |
| | *Kelly, et al v. Bank of America, N.A. et al.* | No. 10-5332 (N.D. Ill.) |
| | *Kulauzovic et al. v. Citibank, N.A.* | Index No. 507538/2018 (County of Kings, NY) |
| | *Kusinski v. MacNeil Automotive Products Limited* | Case No. 17-cv-3618 (N.D. Ill.) |
| | *Lang, et al v DirecTV, Inc., et al.* | No. 10-1085 (E.D. La.) |
| | *Lee and Campion v. The City of Philadelphia* | NO. 001125 (Court of Common Pleas, Philadelphia County) |
| | *Lynn Lietz, et al. v. Illinois Bell Telephone Company, et al.* | No. 1:11-cv-0108 (N.D. Ill.) |
| | *Mary Hutkai, et al. v. Penn National Gaming, Inc., et al.* | Case No. 4:16-cv-00906 (W.D. Mo.) |
| | *Michelle Jackson, et al. v. Jamba Juice Company* | Case No. 8:02-cv-00381 (C.D. Cal.) |
| | *OFCCP v. B&H Foto & Electronics Corp.* | Case  No. 2016-OFC-0004 (Department of Labor) |
| | *Pamela Adams, et al., v. MedPlans Partners, Inc* | Case No. 3:07-cv-259  (W.D. Ky.) |
| | *Parnell, et al. v. Academy Mortgage Corporation* | Case No. 01-17-0004-5311 (AAA) |
| | *Phillip Busler, et al. v. Enersys Energy Products Inc., et al.* | Case No. 09-cv-0159 (W.D. Mo.) |
| | *Robert Eddings v. General Aluminum Manufacturing Company* | Case No. 1:17-CV-00362 (N.D. Ohio) |
| | *Rocher, et al. v. Sav-on Drugs, et al.* | Case No. BC 227551 (Los Angeles County, Cal.) |
| | *Russell, et al. v. Illinois Bell Telephone Company* | Case No. 08-cv-1871 (N.D. Ill.) |
| | *Salamon v. Bayview Loan Servicing, LLC* | No. 01-17-0002-1424 (AAA) |
| | *Sequoia Moss-Clark, et al. v. New Way Services, Inc., et al.* | Case No. C12-1391 (Contra Costa County, CA) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | Shannon Wheeler v. Cobalt Mortgage, Inc. et al. | Case No. 2:14-cv-B1847-JCC (W.D. WA) |
| | Smallwood, et al. v. Illinois Bell Telephone Company, | Case No. 09-cv-4072 (N.D. Ill.) |
| | Smith v. Family Video | No. 11-cv-01773 (N.D. Ill.) |
| | Smith v. Pizza Hut, Inc. | No. 09--cv-01632-CMA-BNB (D. Colo.) |
| | Speraneo v. BJC Health Systems, Inc. d/b/a BJC HealthCare | Case No. 1322-CC09701 (St. Louis County, MO) |
| | Stephanie Sanz, et al. v. Johny Utah 51, LLC | Case No. 14-cv-4380 (S.D.N.Y.) |
| | Teeter v. NCR Corporation | Case No. 08-cv-00297 (C.D. Cal.) |
| | Thomas Cramer et al. v. Bank of America, N.A. et al. | Case No. 12-08681 (N.D. Ill.) |
| | Thomas Dege, et al., v. Hutchinson Technology, Inc. | Case No. 06-cv-3754 (D. Minn.) |
| | Thomas v. Kellogg Company et al. | Case No. 3:13 Civ. 05136 (W.D. Wash.) |
| | Thompson v. Qwest Communications, et al. | Civil Action No.: 1:17-cv-1745 (D. Colo.) |
| | Twohill, et al. v. First Acceptance Corporation | Case No. 3:17–cv–00284 (M.D. Tenn.) |
| | Watkins, et al. v. I.G. Incorporated, etl a. | Case No. 27-13-15361 (Hennepin County, MN) |
| | White et al. v. Edward Jones Co., L.P. dba Edward Jones | No. 17 Civ. 02004 (N.D. Ohio) |
| | Wilkinson, et al. v. NCR Corporation | Case No. 1:08-cv-5578  (N.D. Ill.) |
| | William Perrin, et al. v. Papa John's International | No. 4:09-CV-01335 (E.D. Mo.) |
| | William Whitlock, et. al v. FSH Management, LLC, et. al. | 3:10-cv-00562-M |
| | Williams v. DH Pace | Case No. 4:14-cv-00161 (W.D. Mo.) |
| | Williams, et al. v. Dollar Financial Group, et al. | Case No. RG03099375 (Alameda County, CA) |
| | Williams, et al. v. G4S Secure Solutions (USA) Inc. | Civil Action No. 1:17-CV-00051 (M.D.N.C) |
| | Williams, et al. v. H&R Block Enterprises, Inc. | No. RG 08366506 (Alameda County, CA) |
| | Wittemann, et al. v. Wisconsin Bell, Inc. | Case No. 09-cv-440 (W.D. Wisc.) |
| | Wlotkowski, et al. v. Michigan Bell | Case No. 09-cv-11898 (E.D. Mich.) |
| Environmental | Bernice Samples, et al. v. Conoco, Inc., et al. | Case No. 01-0631-CA-01 (Escambia Country, Fla.) |
| | Billieson, et al. v. City of New Orleans, et al. | No. 94-19231 (Orleans Parish, LA) |
| | City of Greenville, et al., v. Syngenta Crop Protection, Inc., and Syngenta AG | No. 3:10-cv-00188-JPG-PMF (S. D. Ill.) |
| | In Re: Duluth Superior Chemical Spill Litigation | Case No. 92-cv-503 (W.D. Wis.) |
| | Keltner, et al., v. SunCokeEnergy, Inc., et al. | Case No.: 2014-L-1540 (Madison County, IL) |
| | Latta, et al. v. Hannibal Board of Public Works, et al. | Case No. 16SL-CC01881 (St. Louis, MO) |
| | McGruder, et al. v. DPC Enterprises | No. CV2003-022677 (Maricopa County, AZ) |
| | Mehl v. Canadian Pacific Railway, Limited | Case No. 02-cv-009 (D.N.D.) |
| | Michelle Marshall, et al. v. Air Liquide -- Big Three, Inc. et al. | No. 2005-08706 (Orleans Parish, LA) |
| | Perrine, et al. v. E.I. Dupont De Nemours and Company, et al. | 01-0631-CA-01 (Harrison C., WV) |
| ERISA | In Re: Broadwing Inc ERISA Litigation | Case No. 02-cv-00857 (S.D. Ohio) |
| | Quince Rankin v. Charles C. Conway (Kmart ERISA Litigation) | Case No. 02-cv-71045 (E.D. Mich.) |
| ERISA - 401k/403b Fee | André Clark, et al., v. Oasis Outsourcing Holdings, Inc., et al. | Case No. 9:18-cv-81101- RLR (S.D. Fla.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | Anthony Abbott, et al. v. Lockheed Martin Corp., et al. | Case No. 06-701 (S.D. Ill.) |
| | Bacon, et al., v. Board of Pensions of the Evangelical Lutheran Church in America | Case No. 27-CV-15-3425 (Hennepin County, MN) |
| | Clifton Marshall, et al. v. Northrop Grumman Corp., et al. | Case No. 16-6794 (C.D. Cal.) |
| | David Clark, et al, v. Duke University, et al. | Case No. 1:16-CV-01044-CCE-LPA (M.D.N.C.) |
| | Dennis Gordan, et al. v. Massachusetts Mutual Life Insurance Co., et al. | Case No. 13-cv-30184-MAP (D. Mas.) |
| | In re GE ERISA Litigation | Master File No. 1:17-cv-12123-IT (D. Mass) |
| | In re Northrop Grumman Corporation ERISA Litigation | Case. No. 06-CV-6213 AB (JCx) (C.D. Cal.) |
| | Johnson, et al v. Fujitsu Technology and Business of America, Inc. et al. | Case No.: 5:16-cv-03698 NC (N.D. Cal.) |
| | Karolyn Kruger, et al. v. Novant Health Inc., et al. | Case No. 14-208 (M.D.N.C.) |
| | Lauren Bence, et al. v. Presence Health Network, et al. | Case No. 1:17-cv-08315 (N.D. Ill.) |
| | Loren L. Cassell, et al. v. Vanderbilt University, et al. | Case No. 3:16-CV-02086 (M.D. Tenn.) |
| | Main, et al. v. American Airlines, Inc. et al. | Civil Action No.: 4:16-cv-00473-O (N.D. Texas) |
| | Pat Beesley, et al v. International Paper Co. et al. | Case No. 06-703-DRH (S.D. Ill.) |
| | Paul Andrus, et al. v. New York Life Insurance Company, et al. | Case. No. 1:16-cv-05698 (KPF) (S.D.N.Y.) |
| | Price v. Eaton Vance Corp., et al. | Civil Action No. 18-12098-WGY (D. Mass.) |
| | Robert Sims, et al, v. BB&T Corporation, et al. | Case No. 1:15-cv-732-CCE-JEP (M.D.N.C.) |
| | Ronald Tussey, et al., al al. v. ABB Inc., at al. | Case No. 2:06-cv-4305-NKL (W.D. Mo.) |
| | Stacy Schapker v. Waddell & Reed Financial, Inc., et al. | Case No. 17-cv-2365 (D. Kan.) |
| | Todd Ramsey, et al., v. Philips North America LLC | Case No. 3:18-cv-01099-NJR-RJD (S.D. Ill.) |
| | Tracey, et al. v. Massachusetts Institute of Technology, et al. | Case No. 1:16-cv-11620 (D. Mass.) |
| | Troudt et al v. Oracle Corporation et al. | No. 16-cv-00175 (D. Colo.) |
| FACTA | Albright v. Metrolink | No. 4:11-CV-01691AGF (E.D. Mo.) |
| | Ebert, et al. v. Warner's Stellian | No. 11-cv-02325 JRT/ SER (D. Minn.) |
| | Fouks, et al. v. Red Wing Hotel Corporation | Case No. 12-cv-02160 (D. Minn.) |
| | Jones v. Dickinson | No. 11 CV 02472 (D. Mo.) |
| | Linda Todd, et al. v. Medieval Times | Case No. 1:10-cv-00120 (D. N.J.) |
| | Masters v. Lowe's Home Centers, Inc. | Case No. 3:09-cv--255 (S.D. Ill.) |
| | Seppanen et al. v. Krist Oil Company | Case No. 2:09-cv-195 (W.D. Mich.) |
| | Waldman v. Hess Corporation | Case No. 07-cv-2221 (D. N.J.) |
| FCRA | Michael Stoner, et al. v. CBA Information Services | Case No. 04-cv-519 (E.D. Pa.) |
| Insurance | Ann Castello v. Allianz Life Insurance Company | Case No. 03-cv-20405  (D. Minn.) |
| | Boyd Demmer, et al. v. Illinois Farmers Insurance Company | Case No. MC 00-017872 (Hennepin County, Minn.) |
| | Chultem v. Ticor Title Insur. Co., et al. | Case No. 2006-CH-09488 (Circuit Court of Cook County, Ill.) |
| | Colella v. Chicago Title Insur. Co., et al. | Case No. 2006-CH-09489 (Circuit Court of Cook County, Ill.) |
| | Daluge, et. al., v. Continental Casualty Company | No. 3:15-cv-00297 (W.D. Wis.) |
| | Deborah Hillgamyer, et al. v. Reliastar Life Insurance Company, et al. | No. 11-cv-729 (W.D. Wis.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | Doan v. State Farm | 108CV129264 (Santa Clara Co, CA) |
| | Dorothea Pavlov v. Continental Casualty Company | Case No. 07-cv-2580 (N.D. Ohio) |
| | Frank Rose, et al. v. United Equitable Insurance Company, et al. | Case No. 00-cv-02248 (Cass County, ND) |
| | Froeber v. Liberty Mutual Fire Insurance Company | Case No. 00C15234 (Marion County, OR) |
| | Garrison, et al., v. Auto-Owners Insurance Company | Case No. 02-cv-324076 (Cole County, Mo.) |
| | Harold Hanson, et al. v. Acceleration Life Insurance Company, et al. | Case No. 3:97-cv-152 (D.N.D.) |
| | Hofstetter, et al. v. Chase Home Finance, LLC., et al. | Case No. 10-cv-1313 (N.D. Cal.) |
| | In Re: Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litigation | Case No. 99-md-1309 (D. Minn.) |
| | Irene Milkman, et al. v. American Travellers Life Insurance Company, et al. | No. 03775 (Philadelphia Court of Common Pleas, Pa.) |
| | Jacobs v. State Farm General Insurance Company | No. CJ-96-406 (Sequoyah County, Okla.) |
| | James M.  Wallace, III, et al. v. American Agrisurance, Inc., et al. | Case No. 99-cv-669 (E.D. Ark.) |
| | James Ralston, et al. v. Chrysler Credit Corporation, et al. | Case No. 90-cv-3433 (Lucas County, Ohio) |
| | Michael T. McNellis, et al. v. Pioneer Life Insurance Company, et al. | CV 990759 (County of San Luis Obispo, Cal.) |
| | Morris v. Liberty Mutual Fire Insurance Company | CJ-03-714 (Pottawatomie County, OK) |
| | Paul Curtis, et al v. Northern Life Insurance Company | Case No. 01-2-18578 (King County, Wash.) |
| | Ralph Shaffer v. Continental Casualty Company and CNA Financial Corp | Case No. 06-cv-2253 (C.D. Cal.) |
| | Raymond Arent, et al. v. State Farm Mutual Insurance Company | Case No. 00-mc-16521 (D. Minn.) |
| | Roy Whitworth, et al. v. Nationwide Mutual Insurance Company, et al. | Case No. 00CVH-08-6980 (Franklin County, Ohio) |
| | Sonia Gonzalez, et al. v. Rooms to Go, Inc., et al. | Case No. 97-cv-3146 (S.D. Fla.) |
| | Tow Distributing, Inc., et al. v. BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota | Case No. 02-cv-9317 (D. Minn.) |
| Legal Notice | Anderson et al. v. Canada (Attorney General) | 2011 NLCA 82 |
| | Angell v. Skechers Canada | 8562-12 (Montreal, Quebec) |
| | Billieson, et al. v. City of New Orleans, et al. | No. 94-19231 (Orleans Parish, LA) |
| | Carnegie v. Household International, Inc. | No. 98-C-2178 (N.D. Ill.) |
| | Cazenave, et al. v. Sheriff Charles C. Foti, Jr., et al. | Case No. 00-cv-1246 (E.D. La.) |
| | Cazenave, et al. v. Sheriff Charles C. Foti, Jr., et al. | Case No. 00-cv-1246 (E.D. La.) |
| | City of Greenville, et al., v. Syngenta Crop Protection, Inc., and Syngenta AG | No. 3:10-cv-00188-JPG-PMF (S. D. Ill.) |
| | Evans, et al. v. Linden Research, Inc., et al. | Case No. 4:11-cv-1078-DMR (N.D. CA |
| | F.T.C. v. NBTY, Inc. | No. 05-4793 (E.D.N.Y.) |
| | George Williams, et al. v. BestComp, Inc., et al. | No. 09-C-5242-A (Parish of St. Landry, LA) |
| | Griffin v. Dell Canada Inc | Case No. 07-cv-325223D2 (Ontario, Superio Court of Justice) |
| | In Re: Aftermarket Filters Antitrust Litigation | No. 1:08-cv-4883, MDL No. 1957 (N.D. Ill.) |
| | In Re: Asia Pulp & Paper Securities Litigation | Case No. 01-cv-7351 (S.D.N.Y.) |
| | In Re: Certainteed Fiber Cement Siding Litigation | MDL 2270 (E.D. PA) |
| | In Re: Duluth Superior Chemical Spill Litigation | Case No. 92-cv-503 (W.D. Wis.) |
| | In Re: Google Referrer Header Privacy Litigation | No. 10-04809 (N.D. Cal.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *In Re: Salmonella Litigation* | Case No. 94-cv-016304 (D. Minn.) |
| | *Jerome H. Schlink v. Edina Realty Title* | Case No. 02-cv-18380 (D. Minn.) |
| | *Joel E. Zawikowski, et al. v. Beneficial National Bank, et al.* | Case No. 98-cv-2178 (N.D. Ill.) |
| | *Joshua Wasser, et al. v. All Market, Inc.,* | Case No. 1:16-CV-21238 (S.D. Fla.) |
| | *Kobylanski et al. v. Motorola Mobility, Inc. et al.* | No. 13-CV-1181 (W.D. Pa.) |
| | *Mary Plubell, et al. v. Merck and Co., Inc.* | Case No. 04-cv-235817 (Jackson County, MO) |
| | *McGruder, et al. v. DPC Enterprises* | No. CV2003-022677 (Maricopa County, AZ) |
| | *Mehl v. Canadian Pacific Railway, Limited* | Case No. 02-cv-009 (D.N.D.) |
| | *Michelle Marshall, et al. v. Air Liquide -- Big Three, Inc. et al.* | No. 2005-08706 (Orleans Parish, LA) |
| | *Pat Beesley, et al v. International Paper Co. et al.* | Case No. 06-703-DRH (S.D. Ill.) |
| | *Perrine, et al. v. E.I. Dupont De Nemours and Company, et al.* | 01-0631-CA-01 (Harrison C., WV) |
| | *Red Eagle Resources Corporation, Inc., et al. v. Baker Hughes Inc., et al.* | Case No. 91-cv-627 (S.D. Tex.) |
| | *Skold, et al. v Intel Corporation, et al.* | Case No. 1-05-cv-039231 (County of Santa Clara, CA) |
| | *The People of the State of California v. Rainbow Light Nutritional Systems, LLC, et al.* | Case No. 19STCV28214 (Los Angeles County, CA) |
| | *Thomas Geanacopoulos v. Philip Morris USA, Inc.* | Civil Action No. 98-6002-BLS1 (MA Superior Court) |
| Medical/Drug | *F.T.C. v. CHK Trading Corp.* | Case No. 04-cv-8686 (S.D.N.Y.) |
| | *F.T.C. v. Christopher Enterprises, Inc.* | Case No. 2:01-cv-0505 (D. Utah) |
| | *F.T.C. v. Conversion Marketing, Inc.* | Case No. 04-cv-1264 (C.D. Cal.) |
| | *F.T.C. v. Enforma Natural Products, Inc.* | Case No. 00-cv-04376 (C.D. Cal.) |
| | *F.T.C. v. Goen Technologies* | FTC File No. 042 3127 |
| | *F.T.C. v. Great American Products* | Case No. 05-cv-00170 (N.D. Fla.) |
| | *F.T.C. v. Kevin Trudeau, et al.* | Case No. 03-cv-3904 (N.D. Ill.) |
| | *F.T.C. v. Latin Hut, Inc.* | Case No. 04-cv-0830 (S.D. Cal.) |
| | *F.T.C. v. QT, Inc.* | Case No. 03-cv-3578 (N.D. Ill.) |
| | *F.T.C. v. Seasilver USA, Inc.* | Case No. 03-cv-0676 (D. Nev.) |
| | *F.T.C. v. Smart Inventions, Inc.* | Case No. 04-cv-4431 (C.D. Cal.) |
| | *F.T.C. v. Sunny Health Nutrition Technology & Products, Inc.* | Case No. 06-cv-2193 (M.D. Fla.) |
| | *F.T.C. v. United Fitness of America, LLC* | Case No. 02-cv-0648 (D. Nev.) |
| | *In Re: Guidant Corp Implantable Defibrillators Products Liability Litigation* | Case No. 05-cv-1708 (D. Minn.) |
| | *In re: Nuvaring Products Liability Litigation* | 08-MDL-1964 |
| | *Karen Wright, et al. v. Milan Jeckle* | Case No. 98-2-07410-2 (Spokane County, Wash.) |
| | *Mary Plubell, et al. v. Merck and Co., Inc.* | Case No. 04-cv-235817 (Jackson County, MO) |
| Privacy/FCRA | *St. Clair, et al. v MRB, et al.* | Case No. 12-cv-1572 (D. Minn.) |
| Securities | *Adam C. Kassab , et al. v. Francis D. John, et al.* | Case No. 2:16-cv-00613-AJS (W.D. Pa.) |
| | *Alan Freberg, et al. v.  Merrill Corporation, et al.* | Case No. 99-cv-010063  (D. Minn.) |
| | *Anderson v. Investors Diversified Services* | Case No. 4:79-cv-266 (D. Minn.) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *Arkansas Teacher Retirement System, et al. v. Insulet Corp., et al.* | Civil Action No. 15-12345-MLW (D. Mass) |
| | *Bottlebrush Investments, LP, et al. v. The Lambveth Company, et al.* | Case No BC 407967 (County of Los Angeles, CA) |
| | *Charter Township Of Clinton v. OSI Restaurants* | Case No. 06-CA-010348 (Hillsborough County, Fla.) |
| | *Christopher Carmona, et al. v. Henry I. Bryant, et al. (Albertson's Securities Litigation)* | Case No. 06-cv-01251 (Ada County, Idaho) |
| | *Daryl L. Cooper, et al. v. Miller Johnson Steichen Kinnard, Inc.* | Case No. 02-cv-1236 (D. Minn.) |
| | *Dutton v. Harris Stratex Networks, Inc. et al* | 08-cv-00755-LPS (D. Del.) |
| | *Edith Gottlieb v. Xcel Energy, Inc., et al.* | Case No. 02-cv-2931 (D. Minn.) |
| | *Family Medicine Specialsts, et al. v. Abatix Corp., et al.* | Case No. 3:04-cv-872B (N.D. Tex.) |
| | *Fisk, et al. v. H&R Block Inc., et al.* | 1216-CV20418 (Jackson County, MO) |
| | *Friedman, et al. v. Penson Worldwide, Inc.* | 11-cv-02098 (N.D. Tex.) |
| | *In re FX Energy Stockholders Litigation* | Case No. A-15-726409-B (Clark County, NV) |
| | *In Re: American Adjustable Rate Term Trust Securities Litigation* | Case No. 4:95-cv-666 and 4:95-cv-667 (D. Minn.) |
| | *In Re: Ancor Communications, Inc Securities Litigation* | Case No. 97-cv-1696 (D. Minn.) |
| | *In Re: Asia Pulp & Paper Securities Litigation* | Case No. 01-cv-7351 (S.D.N.Y.) |
| | *In Re: Bayer AG Secuirites* | Case No. 03-cv-1546 (S.D.N.Y.) |
| | *In Re: Bio-One Securities Litigation* | Case No. 05-cv-1859 (M.D. Fla.) |
| | *In Re: Bioplasty Securities Litigation* | Case No. 4:91-cv-689 (D. Minn.) |
| | *In Re: Citi-Equity Group, Inc. Securities Litigation* | Case No. 94-cv-012194 (D. Minn.) |
| | *In Re: Citi-Equity Group, Inc., Limited Partnerships Securities Litigation* | MDL No. 1082 (C.D. Cal.) |
| | *In Re: Control Data Corporation Securities Litigation* | Case No. 3:85-cv-1341 (D. Minn.) |
| | *In Re: Cray Research Securities Litigation* | Case No. 3:89-cv-508 (D. Minn.) |
| | *In Re: Cybex International Securities Litigation* | No. 653794/2012 (County of New York, NY) |
| | *In Re: E.W. Blanch Holdings, Inc. Securities Litigation* | Case No. 01-cv-258 (D. Minn.) |
| | *In Re: Encore Computer Corporation Shareholder Litigation* | Case No. 16044 (New Castle County, Del.) |
| | *In Re: EVCI Career Colleges Holding Corp Securities Litigation* | Case No. 05-cv-10240 (S.D.N.Y.) |
| | *In Re: Flight Transportation* | MDL No. 517 (D. Minn.) |
| | *In Re: Frontier Oil Corporation* | Case No. 2011-11451 (Harris County, Tex.) |
| | *In Re: HeartWare International, Inc. Securities Litigation* | No. 1:16-cv-00520-RA (S.D.N.Y.) |
| | *In Re: Hennepin County 1986 Recycling Bond Litigation* | Case No. 92-cv-22272 (D. Minn.) |
| | *In Re: McCleodUSA Incorporated Securities Litigation* | Case No. 02-cv-0001 (N.D. Iowa) |
| | *In Re: McKesson HBOC, Inc. Securities Litigation* | Case No. 99-cv-20743 (N.D. Cal.) |
| | *In Re: Merrill Lynch & Co., Inc. Securities Derivative and ERISA Litigation* | 07-cv-9633 (S.D.N.Y.) |
| | *In Re: Merrill Lynch Research Reports Securities Litigation* | Case No. 02-md-1484 (S.D.N.Y.) |
| | *In Re: Micro Component Technology, Inc. Securities Litigation* | Case No. 4:94-cv-346 (D. Minn.) |
| | *In Re: National City Corp. Securities, Derivative and Erisa Litig.* | MDL No. 2003 (N.D. Ohio) |
| | *In Re: New Century* | No. 07-CV-0931 (C.D. Cal.) |



| Practice Area | Engagement | Citation |
|---|---|---|
| | *In Re: Novastar Financial, Inc. Securities Litigation* | Case No. 04-cv-0330 (W.D. Mo.) |
| | *In Re: OCA, Inc. Securities and Derivative Litigation* | Case No. 05-cv-2165 (E.D. La.) |
| | *In Re: Raytheon Company Securities Litigation* | Case No. 99-cv-12142 (D. Mass.) |
| | *In Re: Reliance Group Holdings, Inc. Securities Litigation* | Case No. 00-cv-4653 (S.D.N.Y.) |
| | *In Re: Retek Inc Securities Litigation* | Case No. 02-cv-4209 (D. Minn.) |
| | *In Re: Salomon Analyst Metromedia Litigation* | Case No. 02-cv-7966 (S.D.N.Y.) |
| | *In re: Sauer-Danfoss, Inc. Stockholder Litigation* | C.A. No. 8396-VCL (Court of Chancery of the State of Delaware) |
| | *In Re: Scimed Life Systems, Inc. Shareholders Litigation* | Case No. 94-mc-17640 (D. Minn.) |
| | *In Re: Sourcecorp Securities Litigation* | Case No. 04-cv-02351 (N.D. Tex.) |
| | *In re: Spectrum Pharmaceuticals Securities Litigation* | Case No. 2:13-cv-00433-LDG (D. Nev.) |
| | *In Re: SS&C Technologies, Inc. Shareholders Litigation* | Case No. 05-cv-1525 (D. Del.) |
| | *In re: SunEdison, Inc. Securities Litigation* | Case No. 1:16-md-2742-PKC (S.D.N.Y) |
| | *In Re: Tellium Inc Securities Litigation* | Case No. 02-cv-5878  (D. N.J.) |
| | *In Re: The Sportsman's Guide, Inc. Litigation* | Case No. 06-cv-7903  (D. Minn.) |
| | *In Re: Tonka Corporation Securities Litigation* | Case No.  4:90-cv-002  (D. Minn.) |
| | *In Re: Tonka II Securities Litigation* | Case No. 3:90-cv-318 (D. Minn.) |
| | *In Re: Tricord Systems, Inc. Securities Litigation* | Case No. 3:94-cv-746 (D. Minn.) |
| | *In Re: VistaCare, Inc. Securities Litigation* | Case No. 04-cv-1661 (D. Ariz.) |
| | *In Re: Williams Securities Litigation* | Case No. 02-cv-72(N.D. Okla.) |
| | *In Re: Xcel Energy, Inc. Securities Litigation* | Case No. 02-cv-2677 (D. Minn.) |
| | *In Re: Xcelera.Com Securities Litigation* | Case No. 00-cv-11649 (D. Mass.) |
| | *In Re: Xybernaut Corp. Securities MDL Litigation* | Case No. 05-mdl-1705 (E.D. Va.) |
| | *In the Matter of BKS Advisors, LLC* | SEC Admin. Proc. File No. 3-18648 |
| | *In the Matter of deVere USA, Inc.* | SEC Admin. Proc. File No. 3-18527 |
| | *In the Matter of Focus Media Holding Limited, et al.* | SEC Admin. Proc. File No. 3-16852 |
| | *In the Matter of James Goodland and Securus Wealth Management, LLC* | SEC Admin. Proc. File No. 3-16878 |
| | *In the Matter of JL Capital Management* | SEC Admin. Proc. File No. 3-18171 |
| | *In the Matter of Ross, Sinclaire & Associates, LLC, et al.* | SEC Admin. Proc. File No. 3-17315 |
| | *Ivy Shipp, et al. v. Nationsbank Corp.* | 19,002 (TX 12th Jud Dist) |
| | *Karl E. Brogen and Paul R. Havig, et al. v. Carl Pohlad, et al.* | Case No. 3:93-cv-714 (D. Minn.) |
| | *Lori Miller, et al. v. Titan Value Equities Group Inc., et al.* | Case No. 94-mc-106432 (D. Minn.) |
| | *Makor Issues & Rights, Ltd., et al. v. Tellabs, Inc., et al.* | 02-C-4356 (N.D. Ill.) |
| | *Montoya, et al. v. Mamma.com, Inc., et al.* | Case No. 1:05-cv-02313 (S.D.N.Y.) |
| | *Partridge v GreenStar Agricultural Corporation, et al.* | Ontario Superior Court of Justice (Toronto Region) |
| | *Resendes, et al.; Maher, et al.; Hawkins, et al.; Schooley, et al. v. Thorp, et al.* | Case No. 84-cv-03457, 84-cv-11251, 85-cv-6074, 86-cv-1916L (D. Minn.) |
| | *Richard Donal Rink, et al. v. College Retirement Equities Fund* | No. 07-CI-10761, (Jefferson County, KY) |



Analytics Consulting LLC
Partial List of Legal Notice and Class Action Consulting Experience

5/14/2020

| Practice Area | Engagement | Citation |
|---|---|---|
| | *Robert Trimble, et al. v. Holmes Harbor Sewer District, et al.* | Case No. 01-2-00751-8 (Island County, Wash.) |
| | *Sandi Roper, et al. v. SITO Mobile, Ktd., et al.* | NO. 2:17-CV-01106-ES-MAH (D.N.J.) |
| | *Securities and Exchange Commission v Al-Raya Investment Company, et. al.* | No. 109-CV-6533 |
| | *Securities and Exchange Commission v. AIMSI Technologies, Inc., et al.* | 05 CV 4724 (LLS) (S.D.N.Y.) |
| | *Securities and Exchange Commission v. Alderson et al.* | No. 18-04930 (S.D.N.Y.) |
| | *Securities and Exchange Commission v. Broadwind Energy, Inc. et al.* | Civ. Act. No. 1:15-cv-01142 (N.D. Ill.) |
| | *Securities and Exchange Commission v. CKB168 Holdings Ltd., et al.* | Civil Action No. 1:13-cv-5584 (E.D.N.Y.) |
| | *Securities and Exchange Commission v. Harrison Katzen* | Case No. 16-cv-06606 (E.D.N.Y.) |
| | *Securities and Exchange Commission v. Intercontinental Regional Center Trust of Chicago, LLC* | Civil Action No. 13-cv-982 (N.D. Ill.) |
| | *Securities and Exchange Commission v. Myron Weiner* | 11-CV-05731 (E.D.N.Y.) |
| | *Securities and Exchange Commission v. Rockford Funding Group, LLC, et al.* | 09-10047 (S.D.N.Y.) |
| | *Securities and Exchange Commission v. United American Ventures, LLC, et al.* | Case No. 10-cv-00568-JCH-LFG (D.N.M.) |
| | *Superior Partners, et al. v. Rajesh K. Soin, et al.* | Case No. 08-cv-0872 (Montgomery County, Ohio) |
| | *Svenningsen, et al. v. Piper Jaffray & Hopwood, et al.* | Case No. 3:85-cv-921 (D. Minn.) |
| | *Three Bridges Investment Group, et al. v. Honeywell, et al.* | Case No. 88-cv-22302 (D. Minn.) |
| | *United States of America v. George David Gordon* | Case No. 4:09-cr-00013-JHP-1 (N.D. Okla.) |
| | *United States of America v. Zev Saltsman* | Case No. 04-cv-641 (E.D.N.Y.) |