# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
 AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

May 18, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia    30303

     **U.S.D.C. No.:** 1:17-md-2800-TWT  
     **U.S.C.A. No.:** 00-00000-00  
     **In re:**    **EQUIFAX, INC., Customer Data Security Breach Litigation**

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Orders and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| ___ | There is no transcript. |
| ___ | **The court reporters are Susan C. Baker, Wynette Blathers and Diane Peede.** |
| **X** | **There is sealed material.** |
| ___ | Other: . |
| **X** | **Fees HAVE NOT been paid.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| ___ | This is a DEATH PENALTY appeal. |

                                                    Sincerely,

                                                  James N. Hatten  
                                                  District Court Executive  
                                                  and Clerk of Court

                                          By:   <u>Kimberly Carter</u>  
                                                    Deputy Clerk

Enclosures