# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## CONSUMER PLAINTIFFS' MOTION FOR APPEAL BOND AS TO OBJECTOR JOHN DAVIS

On May 11, 2018, the Court entered an order requiring certain objectors to post a $2,000 appeal bond. Doc. 1094. That order does not apply to Objector/Appellant John W. Davis, who had not appealed at the time of briefing on the original bond motion. Consumer Plaintiffs now seek an order directing Davis to post an appeal bond in the amount of $2,000 to secure the costs of appeal. As shown in the memorandum in support, the requested appeal bond is authorized by Federal Rule of Appellate Procedure 7 and is appropriate under the facts, as the Court recognized in requiring Objectors/Appellants Huang, Frank and Watkins, Andrews, Cochran, and West to each post a bond of $2,000.

WHEREFORE, Consumer Plaintiffs respectfully request that this Court order Objector/Appellant Davis to:

Post an appeal bond in the amount of $2,000, or deposit into the Court registry cash in the amount of $2,000; and

File with the Clerk of Court and serve on Class Counsel proof of satisfaction of the bond requirements within 14 days of the Court's order.

Dated: May 19, 2020          Respectfully submitted,

         */s/ Kenneth S. Canfield*
         Kenneth S. Canfield
         Ga Bar No. 107744
         **DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
         1355 Peachtree Street, N.E.
         Suite 1725
         Atlanta, Georgia 30309
         Tel. 404.881.8900
         kcanfield@dsckd.com

         */s/ Amy E. Keller*
         Amy E. Keller
         **DICELLO LEVITT GUTZLER LLC**
         Ten North Dearborn Street
         Eleventh Floor
         Chicago, Illinois 60602
         Tel. 312.214.7900
         akeller@dicellolevitt.com

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

3

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*
Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Counsel will be served by the ECF system.

I also certify that copies of the foregoing were served upon the following objector via electronic mail pursuant to agreement on May 19, 2020:

Shiyang Huang
defectivesettlement@gmail.com

I also certify that copies of the foregoing were served upon the following objectors via U.S. Mail (and electronic mail, where listed below) on May 19, 2020:

George Willard Cochran, Jr.
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

/s/ Norman E. Siegel
Norman E. Siegel
*Attorney for Plaintiffs*