# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) ) ) ) ) ) ) ) | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>This document relates to:<br><br>FINANCIAL INSTITUTIONS TRACK |

## **ORDER**

AND now, this 19 day of May, 2020, upon consideration of the Financial Institution Plaintiffs' unopposed motion to exceed page limits, the Court GRANTS the motion. In support of their motion for preliminary approval of a class settlement, Plaintiffs may file a memorandum of law up to 30 pages in length.

IT IS SO ORDERED this 19 day of May, 2020.

_____
Hon. Thomas W. Thrash, Jr.
Chief U.S. District Judge