RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

To:

    Office of the Clerk of the Court
    2211 United States Courthouse
    75 Ted Turner Drive, SW
    Atlanta, GA 30303

MAY 1 8 2020

JAMES N. HATTEN, Clerk
By:
    Kw
            Deputy Clerk

From:

    George Nees
    987 W Washington Street
    E320
    Tempe, AZ 85281

Date: 15 May 2020

InRe: Case 1:17-md-2800-TWT "Equifax breach settlement"

Subject: Procedure Violation on the part of class action administrator

Honorable Thomas W. Thrash, Jr;

My name appears on document 857 filed 13 January 2020.  My name specifically appears on page 36 under Exhibit A ("Valid and Timely Exclusions").  They refer to all the class members by reference numbers (mine is 1874).

Below is a screen clip of the document as it appears on the internet:

| 1872 | Feei-Ching | C. | N Y |
| 1874 | George | N. | AZ |
| 1875 | Hui | N | TN |

I did not request an "opt-out" or "exclusion".  I had specifically asked JND for my name to be abridged from the case.  I made the request specifically because I did not want my name to appear on any public (internet searchable) court documents.

I have contacted JND, and they have refused to respond.

I trust you can deal with this issue so that I do not have to take this further.  This is an issue I take very seriously.

Best Regards.

George Nees

1-6020668-6324

NGES
987 W. WASHINGTON ST.
E320
TEMPE, AZ 85281

PHOENIX AZ 852

15 MAY 2020 PM 6 L



OFFICE OF THE CLERK OF THE COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303

CLEARED
MAY 1 8 2020
U.S. Marshals
Atlanta, GA

30303$3318