NEES
987 W. WASHINGTON ST
E320
TEMPE, AZ 85281

PHOENIX AZ 852
15 MAY 2020 PM 6 L



OFFICE OF THE CLERK OF THE COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303

CLEARED
MAY 1 8 2020
U.S. Marshals
Atlanta, GA