# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Security Breach Litigation

_____

) MDL Docket No. 2800
) Case No.: 1:17-md-2800-TWT
)
) This document relates to:
)
) FINANCIAL INSTITUTIONS TRACK
)

**UNOPPOSED MOTION TO CONDUCT PRELIMINARY APPROVAL OF SETTLEMENT HEARING BY TELEPHONE OR VIDEOCONFERENCE**

The Financial Institution Plaintiffs[1] hereby move the Court, with Defendants' consent, to conduct the hearing in connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 1107) (the "Hearing") by telephone or videoconference on June 4, 2020, at 2:00 PM.  This Motion is made in light of the exigencies currently resulting from the COVID-19 pandemic, which are likely to create public-health concerns through the date of the Hearing and restrict travel or access to the courthouse by counsel for the Parties and any members of the Settlement Class.  Plaintiffs propose providing notice of the access information for the Hearing on the public docket so that all potential Settlement Class Members interested in participating may do so.   A proposed Order effectuating the requested relief in this Motion is attached as Exhibit 1.

## **PRELIMINARY STATEMENT**

 Financial Institution Plaintiffs respectfully submit that conducting the Hearing by telephone or videoconference, pursuant to the requirements for such

---

[1] Financial Institution Plaintiffs are: Army Aviation Center Federal Credit Union, ASI Federal Credit Union, Bank of Louisiana, Consumers Cooperative Credit Union, Elements Financial Federal Credit Union, Firefly Credit Union, First Financial Credit Union, Halliburton Employees' Federal Credit Union, Heritage Federal Credit Union, Hudson River Community Credit Union, Peach State Federal Credit Union, SeaComm Federal Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, State Employees Federal Credit Union (SEFCU), Summit Credit Union, Suncoast Credit Union, The Summit Federal Credit Union, Washington Gas Light Federal Credit Union, and Wright-Patt Credit Union.

proceedings established by this Court, is the best solution to address the circumstances arising from the COVID-19 pandemic, while avoiding unnecessary confusion or delay.

Financial Institution Plaintiffs believe that holding the Hearing by telephone or video is in the best interests of the Parties and the putative Settlement Class because it would advance resolution of this Action that has been pending for over two and a half years. As explained below, courts permit approval hearings for class action settlements to proceed telephonically. In the present circumstances, this approach is especially appropriate as it will help protect the health and safety of everyone involved including (i) the Court, chambers staff, and other court employees; (ii) Settlement Class Members, who may be located anywhere in the United States or abroad; and (iii) counsel to the Parties, many of whom are located in cities presently subject to "stay-at-home" orders or their equivalent. Importantly, if the Settlement is approved, it will also help keep settlement of this matter on track, ensuring that putative Settlement Class Members entitled to participate in the recovery provided by the Settlement will get their money as quickly as reasonably possible in the circumstances. Defendants consent to this request and, as discussed below, holding the Hearing by telephone or videoconference on June 4, 2020, would not prejudice any potential Settlement Class Members.

## **FACTUAL AND PROCEDURAL BACKGROUND**

On May 15, 2020, Financial Institution Plaintiffs moved for Preliminary Approval of the Class Action Settlement reached between them and Defendants. (ECF No. 1107). In order to move forward with the settlement, including sending Notice of the settlement to all potential class members, the Court will hold a Hearing on Financial Institution Plaintiffs' Motion. *See, e.g., Carter v. Forjas Taurus, S.A.*, 701 F. App'x 759, 763 (11th Cir. 2017).

Pursuant to this Motion, the Court requested that the Parties agree on a date and time for a Preliminary Approval Hearing and move the court to hold the conference by teleconference or video conference.

## **ARGUMENT**

This Court has recently permitted approval hearings for class action settlements to proceed telephonically due to the issues related to COVID-19. *See, e.g., In re Equifax Securities Litigation,* No. 1:17-cv-03463-TWT (N.D. Ga.), ECF No. 172 (Order Providing that Final Settlement Hearing Scheduled for June 26, 2020 Be Conducted by Telephone or Video Conference), April 28, 2020; *In re Equifax Inc. Derivative Litigation*, No. 1:18-CV-00317-TWT (N.D. Ga.), ECF No. 130 (Order Providing that Final Settlement Hearing Scheduled for June 22, 2020 Be Conducted by Telephone or Video Conference), May 15, 2020. Indeed, multiple courts, including another Judge in this District, have recently decided to hold such

hearings telephonically due to the issues related to COVID-19. *See City of Sunrise Gen. Emp. Ret. Plan v. FleetCor Techs., Inc.*, No. 1:17-cv-02207-LMM, slip op. at 1 (N.D. Ga. Mar. 24, 2020), ECF No. 104 (ordering that final settlement hearing in securities class action should be conducted by telephone at date and time previously scheduled); *In re Yahoo! Inc. Customer Data Security Breach Litig.*, No. 5:16-md-02752-LHK (N.D. Cal. Mar. 23, 2020), ECF No. 448 (ordering that final approval hearing for data breach class action settlement be held telephonically).

This approach is also consistent with the guidelines adopted by the Northern District of Georgia concerning the COVID-19 pandemic. *See In re Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus*, General Order 20-01, ¶6 (N.D. Ga. Mar. 16, 2020) ("Individual judges may continue to hold hearings, conferences, and bench trials in the exercise of their discretion, consistent with this Order."); *see also Authorizing Media and Public Access to Video Conference and Telephone Conference Proceedings Under the Exigent Circumstances Created by COVID-19*, Administrative Order 20-03 (N.D. Ga. Apr. 16, 2020) (recognizing the state of emergency existing in the District as result of the coronavirus pandemic and "desiring to facilitate public and media access to the telephone and video proceedings of the Court," the Court ordered the clerk to establish procedures to provide members of the public a means to access court proceeding by telephone and other remote means).

If the Court grants this Motion, Financial Institution Plaintiffs would request that the Court enter the accompanying proposed Order and a notice of the Hearing on the docket scheduling the Hearing for June 4, 2020, at 2:00 PM and provide the parties the access information to participate in the Hearing.  Counsel defers to the Court on whether to conduct the Hearing by videoconference or telephone conference, but would request that the technology used include the option to participate by telephone in the event that some Settlement Class Members may lack necessary video or computer equipment.

Dated: May 21, 2020            Respectfully submitted,

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel.  212.223.6444
jguglielmo@scott-scott.com

*/s/ Gary F. Lynch (filer)*
Gary F. Lynch
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel.  412.322.9243
glynch@carlsonlynch.com

*Financial Institution Plaintiffs' Co-Lead Counsel*

Craig A. Gillen
**GILLEN WITHERS & LAKE, LLC**
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, Georgia 30305
Tel.  404.842.9700
cgillen@gwllawfirm.com

Ranse Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway
Building One, Suite 300
Atlanta, Georgia 30327
Tel.  404.572.4600
ranse@onleygriggs.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road

5

Building 14, Suite 230
Atlanta, Georgia 30305
Tel. 404.320.9979
mgibson@thefinleyfirm.com

*Financial Institution Plaintiffs' Co-Liaison Counsel*

Arthur M. Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel. 504.525.8100
amurray@murray-lawfirm.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel. 612.349.8500
sslaughter@robinskaplan.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401
Tel. 612.339.7300
bbleichner@chestnutcambronne.com

Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel. 612.341.0400
brian.gudmunson@zimmreed.com

Charles H. Van Horn
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, Georgia 30305
Tel. 404.261.7711
cvanhorn@bfvlaw.com

Allen Carney
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, Arkansas 72201
Tel. 501.312.8500
acarney@cbplaw.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, Minnesota 55401
Tel. 501.812.5575
khriebel@locklaw.com

Karen S. Halbert
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, Arkansas 72223
Tel. 501.821.5575
karenhalbert@robertslawfirm.us

*Financial Institution Plaintiffs' Steering Committee*

6

## CERTIFICATION

The Undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1C.

This 21st day of May, 2020.

                                        /s/ Joseph P. Guglielmo
                                        Joseph P. Guglielmo
                                        **SCOTT+SCOTT**
                                        **ATTORNEYS AT LAW LLP**
                                        230 Park Avenue, 17th Floor
                                        New York, New York 10169
                                        Tel. 212.223.6444
                                        jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 21st day of May, 2020, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

<u>/s/ Joseph P. Guglielmo</u>
Joseph P. Guglielmo
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel. 212.223.6444
jguglielmo@scott-scott.com
