IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800<br>) Case No.: 1:17-md-2800-TWT<br>)<br>) This document relates to:<br>)<br>) FINANCIAL INSTITUTIONS TRACK<br>) |

**[PROPOSED] ORDER PROVIDING THAT PRELIMINARY APPROVAL OF SETTLEMENT HEARING**
<u>**BE CONDUCTED BY TELEPHONE OR VIDEOCONFERENCE**</u>

This matter came before the Court on Financial Institution Plaintiffs' Unopposed Motion to Conduct Preliminary Approval of Settlement Hearing by Telephone or Videoconference in light of the exigencies resulting from the COVID-19 pandemic. Now, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The hearing to consider preliminary approval of the Settlement in this Action will be scheduled for June 4, 2020 at 2:00 PM.

2. The hearing to consider preliminary approval of the Settlement shall be conducted by telephone or videoconference at the date and time previously scheduled.

3. The Court shall file a notice of the Preliminary Approval of Settlement Hearing on the docket containing the access information to participate in the hearing.

2

4. Financial Institution Plaintiffs' Counsel shall notify Named Plaintiffs of the access information to participate in the Settlement Hearing

SO ORDERED this _____ day of _____ , 2020.

_____
The Honorable Thomas W. Thrash, Jr.
Chief United States District Judge