IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 21 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 1:17-md-2800-TWT |
|---|---|

CONSUMER CASES

## AMENDED NOTICE OF APPEAL

Notice[1] is hereby given that objecting class member Shiyang Huang hereby amends the January 17, 2020 Notice of Appeal (Doc. 965) currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249.

Huang now also appeal from the Court's Order Granting Bond Pending Appeal (Doc. 1094) entered on May 11, 2020, which is in addition to the already pending appeal from the Court's Order Denying Motion to Strike (Doc. 951), Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Doc. 956), Final Order and Judgment (Doc. 957), and all opinions and orders that merge therein.

Dated: May 13, 2020

Respectfully Submitted,

/s/ _____
Shiyang Huang (*Pro Per*)
2800 SW Engler Ct.
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

---

[1] *Certificate of Service*: I certify that a copy of this amended notice of appeal is sent to this Court via U.S. mail, and CM/ECF will notify all counsels of record.