IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 21 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 1:17-md-2800-TWT |
|---|---|
| | CONSUMER CASES |

### [UPDATED] DECLARATION OF SHIYANG HUANG REGARDING POSTING OF APPEAL BOND

I, Shiyang Huang, representing myself *pro per* in this matter, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On May 11, 2020, this Court filed an order (Doc. 1094) to "order[] each Objector to post a bond of $2,000 or deposit $2,000 in cash in the registry of the Court for the costs of appeal" within 14 days from the order.

3. I submit this declaration as proof of satisfaction of the bond requirement and the deposit in the court registry, and its filing through the ECF service provides service on Consumer Plaintiffs' Lead Counsel.

4. On May 12, 2020, I sent two money orders for $2,000 total, made to "Clerk, U.S. District Court". The clerk's office provided its receipt number as GAN100121456. A true and correct copy of the cover letter sent is attached.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ _____
SHIYANG HUANG (*Pro Per*)
2800 SW Engler Ct, Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com