**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
 AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

May 22, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

        **U.S.D.C. No.:** 1:17-md-2800-TWT
        **U.S.C.A. No.:** 00-00000-00
        **In re:**      IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation

     Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Orders, Clerk's Judgment and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| ___ | There is no transcript. |
| **X** | **The court reporters are Susan C. Baker, Wynette Blathers and Diane Peede.** |
| **X** | **There is sealed material.** |
| ___ | Other: . |
| ___ | Fees electronically paid on . |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| ___ | This is a DEATH PENALTY appeal. |

                                      Sincerely,

                                      James N. Hatten
                                    District Court Executive
                                    and Clerk of Court

                              By:   <u>Kimberly Carter</u>
                                    Deputy Clerk

Enclosures