# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>FINANCIAL INSTITUTION ACTIONS |

## NOTICE OF VIDEOCONFERENCE HEARING

Pursuant to the Court's Order of May 22, 2020 [Doc. 1120], the Preliminary Approval of Settlement Hearing set for June 4, 2020 at 2:00 p.m. before Judge Thomas W. Thrash, Jr. will be conducted by videoconference. The information required to access the videoconference can be found below:

Meeting Link: https://ganduscourts.zoomgov.com/j/1619921699

Meeting ID: 161-992-1699

Password: 395217

Dial-in Numbers (if video unavailable): 646-828-7666 or 669-254-5252

Participants are advised of the Court's Administrative Order 20-03 of April 16, 2020 and must follow the Court's instructions for remote hearings, found here: http://www.gand.uscourts.gov/public-access-electronic-court-proceedings.

Dated: May 22, 2020

/s/ Charlotte Diggs
Charlotte Diggs
Courtroom Deputy Clerk to
Judge Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia
charlotte_diggs@gand.uscourts.gov
404.215.1555