IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 26 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN RE EQUIFAX, INC.,      CUSTOMER MDL DOCKET NO.
DATA SECURITY BREACH      I :17-rnd-2800- TWT
LITIGATION

CONSUMER CASES

## AMENDED NOTICE OF APPEAL

Notice is hereby given that objector George W. Cochran hereby amends his February 10, 2020 Notice of Appeal (Dkt. No. 989) currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249-RR. In addition to the pending appeal from the Order Granting Final Approval Of Settlement, Certifying Settlement Class And Awarding Attorney's Fees, Expenses And Service Awards (Dkt. 956) and Final Order and Judgment (Dkt. 957) entered on January 13, 2020, Cochran now also appeals from the Court's Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, and the Court's Order Granting Motion for Bond Pending Appeal (Dkt. 1094) entered on May 11, 2020.

Dated: May 22, 2020            Respectfully Submitted,

                                                       s/ George W. Cochran
                                                       Appearing Pro Se

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via U.S. mail, and this Court's CM/ECF filing system will send notification of such filing to all counsel of record.

        Clerk of the Court
        Attn: I: 17-md-2800-TWT
        United States District Court
        Northern District of Georgia
        75 Ted Turner Dr., SW
        Atlanta, GA 30303-3309

This 22nd day of May, 2020.

        *s/ George W. Cochran*
        Appearing Pro Se
        1385 Russell Drive
        Streetsboro, OH 44241
        (330) 607-2187
        lawchrist@gmail.com