

**COCHRAN & COCHRAN**

C & C
ATTORNEYS

Cochran Professional Bldg
1385 Russell Drive, Suite A
Streetsboro, Ohio 44241

CLEVELAND OH 440
23 MAY 2020 PM 2 L

Clerk of the Court
Attn: 1:17-md-2800-TWT
United States District Court
Northern District of Georgia
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309

CLEARED
MAY 26 2020
U.S. Marshals
Atlanta, GA

30303-331861