UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
 AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

May 29, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

      **U.S.D.C. No.:** 1:17-md-2800-TWT  
      **U.S.C.A. No.:** 20-10249-RR  
      **In re:**       IN RE: EQUIFAX, Inc., Customer Data Security Breach Litigation

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Orders, Final Order and Judgment, and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
|  | There is no transcript. |
| **X** | **The court reporters are Susan Baker, Wynette Blathers, and Diane Peede.** |
|  | There is sealed material. |
|  | Other: . |
|  | Fees electronically paid on . |
|  | Appellant has been   leave to file *in forma pauperis*. |
|  | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|  | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
|  | This is a DEATH PENALTY appeal. |

                                                        Sincerely,

                                                        James N. Hatten  
                                                       District Court Executive  
                                                       and Clerk of Court

                                                 By:   <u>Kimberly Carter</u>  
                                                         Deputy Clerk

Enclosures