## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| THEODORE H. FRANK and DAVID R. WATKINS, | CONSUMER ACTIONS |
| Objectors. | Chief Judge Thomas W. Thrash, Jr. |

## FRANK AND WATKINS' CORRECTED
## SECOND AMENDED NOTICE OF APPEAL

Notice is hereby given that class member objectors Theodore H. Frank and David R. Watkins hereby amend their February 10, 2020 Notice of Appeal (Dkt. No. 977) and their March 30, 2020 Amended Notice of Appeal (Dkt. No. 1041) currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249. In addition to the already pending appeal from the Court's Final Order and Judgment (Dkt. 957) entered on January 13, 2020 and the Court's Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, and all opinions and orders that merge therein, Objectors Frank and Watkins now also appeal from the Court's Order Granting Motion for Bond Pending Appeal (Dkt. 1094) entered on May 11, 2020 and the Court's Order Vacating Order Granting Motion to Supplement the Record of

Objectors (Dkt. 1106) entered on May 15, 2020, and all orders and opinions that merge therein.

Dated: May 29, 2020.

/s/ Melissa A. Holyoak

Melissa A. Holyoak, (DC Bar No. 487759)
Hamilton Lincoln Law Institute
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (573) 823-5377
Email: melissa.holyoak@hlli.org

*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: May 29, 2020.                                    /s/ Melissa A. Holyoak