4months,APPEAL,CLASS,PROTO,SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <u>1:17−md−02800−TWT</u>

IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation

Assigned to: Judge Thomas W. Thrash, Jr.

Member cases:

    1:17−cv−03422−TWT
    1:17−cv−03433−TWT
    1:17−cv−03436−TWT
    1:17−cv−03443−TWT
    1:17−cv−03444−TWT
    1:17−cv−03445−TWT
    1:17−cv−03447−TWT
    1:17−cv−03448−TWT
    1:17−cv−03450−TWT
    1:17−cv−03451−TWT
    1:17−cv−03456−TWT
    1:17−cv−03457−TWT
    1:17−cv−03458−TWT
    1:17−cv−03459−TWT
    1:17−cv−03460−TWT
    1:17−cv−03461−TWT
    1:17−cv−03476−TWT
    1:17−cv−03480−TWT
    1:17−cv−03492−TWT
    1:17−cv−04986−TWT
    1:17−cv−04987−TWT
    1:17−cv−04988−TWT
    1:17−cv−04989−TWT
    1:17−cv−04990−TWT
    1:17−cv−04997−TWT
    1:17−cv−05001−TWT
    1:17−cv−05002−TWT
    1:17−cv−05003−TWT
    1:17−cv−05004−TWT
    1:17−cv−05005−TWT
    1:17−cv−05006−TWT
    1:17−cv−05007−TWT
    1:17−cv−05008−TWT
    1:17−cv−05009−TWT

Date Filed: 12/06/2017

Jury Demand: Plaintiff

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

1:17−cv−05014−TWT
1:17−cv−05015−TWT
1:17−cv−05016−TWT
1:17−cv−05017−TWT
1:17−cv−05020−TWT
1:17−cv−05021−TWT
1:17−cv−05022−TWT
1:17−cv−05023−TWT
1:17−cv−05024−TWT
1:17−cv−05025−TWT
1:17−cv−05026−TWT
1:17−cv−05027−TWT
1:17−cv−05028−TWT
1:17−cv−05029−TWT
1:17−cv−05037−TWT
1:17−cv−05038−TWT
1:17−cv−05039−TWT
1:17−cv−05040−TWT
1:17−cv−05041−TWT
1:17−cv−05042−TWT
1:17−cv−03449−TWT
1:17−cv−03452−TWT
1:17−cv−03453−TWT
1:17−cv−03454−TWT
1:17−cv−03463−TWT
1:17−cv−03477−TWT
1:17−cv−03479−TWT
1:17−cv−03482−TWT
1:17−cv−03483−TWT
1:17−cv−03484−TWT
1:17−cv−03487−TWT
1:17−cv−03497−TWT
1:17−cv−03498−TWT
1:17−cv−03499−TWT
1:17−cv−03501−TWT
1:17−cv−03502−TWT
1:17−cv−03507−TWT
1:17−cv−03509−TWT
1:17−cv−03512−TWT
1:17−cv−05048−TWT
1:17−cv−03523−TWT
1:17−cv−03571−TWT
1:17−cv−03578−TWT

1:17−cv−03582−TWT
1:17−cv−03586−TWT
1:17−cv−03587−TWT
1:17−cv−03613−TWT
1:17−cv−03618−TWT
1:17−cv−03659−TWT
1:17−cv−03676−TWT
1:17−cv−03708−TWT
1:17−cv−05049−TWT
1:17−cv−03713−TWT
1:17−cv−03715−TWT
1:17−cv−03745−TWT
1:17−cv−03764−TWT
1:17−cv−03765−TWT
1:17−cv−04996−TWT
1:17−cv−03769−TWT
1:17−cv−03798−TWT
1:17−cv−03809−TWT
1:17−cv−03829−TWT
1:17−cv−03863−TWT
1:17−cv−03872−TWT
1:17−cv−03873−TWT
1:17−cv−03881−TWT
1:17−cv−03885−TWT
1:17−cv−03886−TWT
1:17−cv−03892−TWT
1:17−cv−03905−TWT
1:17−cv−03972−TWT
1:17−cv−04159−TWT
1:17−cv−04184−TWT
1:17−cv−04250−TWT
1:17−cv−04388−TWT
1:17−cv−04389−TWT
1:17−cv−04480−TWT
1:17−cv−04544−TWT
1:17−cv−04600−TWT
1:17−cv−04694−TWT
1:17−cv−04707−TWT
1:17−cv−04756−TWT
1:17−cv−04763−TWT
1:17−cv−04775−TWT
1:17−cv−04792−TWT
1:17−cv−04822−TWT

1:17−cv−04940−TWT
1:17−cv−04942−TWT
1:17−cv−05050−TWT
1:17−cv−05010−TWT
1:17−cv−05058−TWT
1:17−cv−05059−TWT
1:17−cv−05060−TWT
1:17−cv−05061−TWT
1:17−cv−05062−TWT
1:17−cv−05063−TWT
1:17−cv−05067−TWT
1:17−cv−05068−TWT
1:17−cv−05069−TWT
1:17−cv−05070−TWT
1:17−cv−05071−TWT
1:17−cv−05072−TWT
1:17−cv−04994−TWT
1:17−cv−05065−TWT
1:17−cv−05087−TWT
1:17−cv−05088−TWT
1:17−cv−05089−TWT
1:17−cv−05090−TWT
1:17−cv−05101−TWT
1:17−cv−05102−TWT
1:17−cv−05103−TWT
1:17−cv−05116−TWT
1:17−cv−05109−TWT
1:17−cv−05125−TWT
1:17−cv−05129−TWT
1:17−cv−05130−TWT
1:17−cv−05131−TWT
1:17−cv−05140−TWT
1:17−cv−05141−TWT
1:17−cv−05154−TWT
1:17−cv−05158−TWT
1:17−cv−05171−TWT
1:17−cv−05192−TWT
1:17−cv−05193−TWT
1:17−cv−05194−TWT
1:17−cv−05195−TWT
1:17−cv−05196−TWT
1:17−cv−05217−TWT
1:17−cv−05218−TWT

1:17−cv−05219−TWT
1:17−cv−05221−TWT
1:17−cv−05222−TWT
1:17−cv−05223−TWT
1:17−cv−05227−TWT
1:17−cv−05228−TWT
1:17−cv−05229−TWT
1:17−cv−05230−TWT
1:17−cv−05240−TWT
1:17−cv−05241−TWT
1:17−cv−05242−TWT
1:17−cv−05250−TWT
1:17−cv−05251−TWT
1:17−cv−05266−TWT
1:17−cv−05267−TWT
1:17−cv−05268−TWT
1:17−cv−05265−TWT
1:17−cv−05269−TWT
1:17−cv−05270−TWT
1:17−cv−05273−TWT
1:17−cv−05274−TWT
1:17−cv−05275−TWT
1:17−cv−05276−TWT
1:17−cv−05283−TWT
1:17−cv−05284−TWT
1:17−cv−05285−TWT
1:17−cv−05286−TWT
1:17−cv−05287−TWT
1:17−cv−05288−TWT
1:17−cv−05289−TWT
1:17−cv−05290−TWT
1:17−cv−05291−TWT
1:17−cv−05301−TWT
1:17−cv−05308−TWT
1:17−cv−05309−TWT
1:17−cv−05310−TWT
1:17−cv−05311−TWT
1:17−cv−05312−TWT
1:18−cv−00094−TWT
1:17−cv−05323−TWT
1:17−cv−05324−TWT
1:17−cv−05325−TWT
1:17−cv−05326−TWT

1:17−cv−05327−TWT
1:17−cv−05328−TWT
1:17−cv−05340−TWT
1:17−cv−05341−TWT
1:17−cv−05342−TWT
1:17−cv−05343−TWT
1:17−cv−05344−TWT
1:17−cv−05345−TWT
1:17−cv−05346−TWT
1:17−cv−05347−TWT
1:17−cv−05357−TWT
1:17−cv−05358−TWT
1:17−cv−05359−TWT
1:17−cv−05360−TWT
1:17−cv−05361−TWT
1:17−cv−05362−TWT
1:17−cv−05367−TWT
1:17−cv−05368−TWT
1:17−cv−05369−TWT
1:17−cv−05370−TWT
1:17−cv−05371−TWT
1:17−cv−05375−TWT
1:17−cv−05376−TWT
1:17−cv−05377−TWT
1:17−cv−05378−TWT
1:17−cv−05379−TWT
1:17−cv−05380−TWT
1:17−cv−05381−TWT
1:17−cv−05393−TWT
1:17−cv−05394−TWT
1:17−cv−05395−TWT
1:17−cv−05396−TWT
1:17−cv−05397−TWT
1:17−cv−05398−TWT
1:17−cv−05399−TWT
1:17−cv−05400−TWT
1:17−cv−05406−TWT
1:17−cv−05407−TWT
1:17−cv−05408−TWT
1:17−cv−05409−TWT
1:17−cv−05410−TWT
1:17−cv−05411−TWT
1:17−cv−05412−TWT

1:17−cv−05413−TWT
1:17−cv−05415−TWT
1:17−cv−05416−TWT
1:17−cv−05417−TWT
1:17−cv−05418−TWT
1:17−cv−05419−TWT
1:17−cv−05422−TWT
1:17−cv−05423−TWT
1:17−cv−05424−TWT
1:17−cv−05426−TWT
1:17−cv−05428−TWT
1:17−cv−05429−TWT
1:17−cv−05430−TWT
1:17−cv−05431−TWT
1:17−cv−05432−TWT
1:17−cv−05435−TWT
1:17−cv−05436−TWT
1:17−cv−05440−TWT
1:17−cv−05441−TWT
1:17−cv−05442−TWT
1:17−cv−05443−TWT
1:17−cv−05444−TWT
1:17−cv−05445−TWT
1:17−cv−05446−TWT
1:17−cv−05447−TWT
1:17−cv−05449−TWT
1:17−cv−05450−TWT
1:17−cv−05452−TWT
1:17−cv−05453−TWT
1:17−cv−05459−TWT
1:17−cv−05461−TWT
1:17−cv−05462−TWT
1:17−cv−05463−TWT
1:17−cv−05490−TWT
1:17−cv−05491−TWT
1:17−cv−05492−TWT
1:17−cv−05493−TWT
1:17−cv−05494−TWT
1:17−cv−05499−TWT
1:17−cv−05495−TWT
1:17−cv−05496−TWT
1:17−cv−05497−TWT
1:17−cv−05498−TWT

1:17−cv−05500−TWT
1:17−cv−05501−TWT
1:17−cv−05502−TWT
1:17−cv−05503−TWT
1:17−cv−05504−TWT
1:17−cv−05505−TWT
1:17−cv−05473−TWT
1:17−cv−05526−TWT
1:17−cv−05527−TWT
1:17−cv−05528−TWT
1:17−cv−05530−TWT
1:17−cv−05531−TWT
1:17−cv−05532−TWT
1:17−cv−05533−TWT
1:17−cv−05537−TWT
1:18−cv−00001−TWT
1:18−cv−00021−TWT
1:18−cv−00023−TWT
1:18−cv−00032−TWT
1:18−cv−00033−TWT
1:18−cv−00034−TWT
1:18−cv−00038−TWT
1:18−cv−00039−TWT
1:18−cv−00040−TWT
1:18−cv−00041−TWT
1:18−cv−00042−TWT
1:18−cv−00043−TWT
1:18−cv−00046−TWT
1:18−cv−00044−TWT
1:18−cv−00045−TWT
1:18−cv−00047−TWT
1:18−cv−00055−TWT
1:18−cv−00056−TWT
1:18−cv−00082−TWT
1:18−cv−00101−TWT
1:18−cv−00112−TWT
1:18−cv−00116−TWT
1:18−cv−00119−TWT
1:18−cv−00142−TWT
1:17−cv−05124−TWT
1:17−cv−05126−TWT
1:17−cv−05128−TWT
1:17−cv−05139−TWT

1:18−cv−00134−TWT
1:18−cv−00315−TWT
1:18−cv−00316−TWT
1:18−cv−00361−TWT
1:18−cv−00365−TWT
1:18−cv−00418−TWT
1:18−cv−00478−TWT
1:18−cv−00466−TWT
1:18−cv−00502−TWT
1:18−cv−00580−TWT
1:18−cv−00626−TWT
1:18−cv−00648−TWT
1:18−cv−01025−TWT
1:18−cv−01071−TWT
1:18−cv−01150−TWT
1:18−cv−01466−TWT
1:18−cv−01467−TWT
1:18−cv−01470−TWT
1:18−cv−01471−TWT
1:18−cv−01591−TWT
1:18−cv−03328−TWT
1:18−cv−03329−TWT
1:18−cv−03330−TWT
1:18−cv−03331−TWT
1:18−cv−03332−TWT
1:18−cv−00317−TWT
1:18−cv−04257−TWT
1:18−cv−04258−TWT
1:18−cv−05611−TWT
1:19−cv−00420−TWT
1:19−cv−00880−TWT
1:19−cv−00881−TWT
1:19−cv−03297−TWT
1:19−cv−03300−TWT
1:19−cv−03595−TWT
1:19−cv−03830−TWT
1:19−cv−04242−TWT
1:19−cv−04293−TWT
1:19−cv−05160−TWT
1:19−cv−05161−TWT
1:19−cv−05162−TWT
1:19−cv−05164−TWT
1:19−cv−05165−TWT

1:19−cv−05166−TWT
1:19−cv−05253−TWT
1:19−cv−05254−TWT
1:19−cv−05255−TWT
1:19−cv−05256−TWT
1:19−cv−05257−TWT
1:19−cv−05258−TWT
1:19−cv−05259−TWT
1:19−cv−05260−TWT
1:19−cv−05261−TWT
1:19−cv−05262−TWT
1:19−cv−05263−TWT
1:19−cv−05264−TWT
1:19−cv−05265−TWT
1:19−cv−05266−TWT
1:19−cv−05267−TWT
1:19−cv−05268−TWT
1:19−cv−05269−TWT
1:19−cv−05462−TWT
1:19−cv−05463−TWT
1:19−cv−05464−TWT
1:19−cv−05465−TWT
1:19−cv−05466−TWT
1:19−cv−05552−TWT
1:19−cv−05553−TWT
1:20−cv−00075−TWT
1:20−cv−00076−TWT
1:20−cv−00077−TWT
1:20−cv−00078−TWT

Case in other court:  USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
Eleventh Circuit, 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR
USCA − 11th Circuit., 20−10249−RR

Cause: 28:1332 Diversity−Breach of Fiduciary Duty

**Plaintiff**

**Brian F. Spector**                              represented by  **James Cameron Tribble**
                                                                 The Barnes Law Group, LLC

31 Atlanta Street
Marietta, GA 30060
770−227−6375
Email: ctribble@barneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
770−227−6375
Fax: 770.227.6373
Email: Bevis@barneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
Morgan & Morgan, P.A. −T.FL
201 N. Franklin Street
7th Floor
Tampa, FL 33602
813−223−5505
Fax: 813−222−2434
Email: jyanchunis@forthepeople.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
Morgan & Morgan, P.A. −T.FL
201 N. Franklin Street
7th Floor
Tampa, FL 33602
813−318−5169
Email: MGlassman@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
770−227−6375
Fax: 770−590−8958
Email: Roy@barneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McGonnigal**          represented by  **James Cameron Tribble**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randolph Jefferson Cary, III**             represented by   **Barrett J. Vahle**
Stueve Siegel Hanson, LLP −MO
Suite 200
460 Nichols Road
Kansas City, MO 64112
816−714−7100
Email: vahle@stuevesiegel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Austin Moore**
Stueve Siegel Hanson, LLP −MO
Suite 200
460 Nichols Road
Kansas City, MO 64112
816−714−7100
Email: moore@stuevesiegel.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
Stueve Siegel Hanson, LLP −MO
Suite 200
460 Nichols Road
Kansas City, MO 64112
816−714−7100
Email: siegel@stuevesiegel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Robin D. Porter** | represented by | **Barrett J. Vahle** |

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Austin Moore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William R. Porter**                            represented by   **Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Austin Moore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph M. Kuss**                             represented by   **Benjamin F. Johns**
*TERMINATED: 05/01/2018*                                        Chimicles Schwartz Kriner &
Donaldson−Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
610−642−8500
Fax: 610−649−3633
Email: bfj@chimicles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Maher**
Griffin & Strong, PC
Suite 400
235 Peachtree Street
Atlanta, GA 30303−1406
404−584−9777

Fax: 678−960−7861
Email: david@gspclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney K. Strong**
Griffin & Strong, PC
Suite 400
235 Peachtree Street
Atlanta, GA 30303−1406
404−584−9777
Email: rodney@gspclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Schwartz**
Chimicles & Tikellis, LLP
Email: sas@chimicles.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Kealy**                     represented by   **David James Worley**
Evangelista Worley, LLC
500 Sugar Mill Road
Suite 245a
Atlanta, GA 30350
404−205−8400
Fax: 404−205−8395
Email: david@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
Evangelista Worley LLC
500 Sugar Mill Road
Suite 245a
Atlanta, GA 30350
404−205−8400
Email: jim@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
Evangelista Worley LLC
500 Sugar Mill Road
Suite 245a
Atlanta, GA 30350
404−205−8400
Fax: 404−205−8395
Email: kristi@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer L. Joost
Kessler Topaz Meltzer & Check, LLP −CA
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Abbott**                   represented by   **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devenn Triola**                   represented by   **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Ruscitto**                   represented by   **Christian A. Jenkins**
Minnilo & Jenkins Co., LPA
2712 Observatory Avenue
Cincinnati, OH 45208
513−723−1600
Fax: 513−723−1620
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Mason**
Mason Lietz & Klinger LLP
5101 Wisconsin Avenue NW
Suite 305

Washington, DC 20016
202−429−2290
Fax: 202−429−2294
Email: gmason@masonllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Goldenberg**
Goldenberg Schneider LPA
1 West 4th Street
Cincinnati, OH 45202
513−345−8291
Email: jgoldenberg@gs−legal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer S. Goldstein**
Whitfield Bryson & Mason, LLP −DC
Suite 305
5101 Wisconsin Avenue, NW
Washington, DC 20001
202−429−2290
Fax: 202−640−1164
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Coomes**
Law Office of A. Joseph Coomes, LLC
990 Hammond Drive
Suite 840
Atlanta, GA 30328
404−285−1745
Email: ajc@jcoomeslaw.com

**Plaintiff**

**Jennifer Pascucci DeMarco**             represented by **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
212−687−7230
Email: hlongman@ssbny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Robin Emert**
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
212−687−7230
Fax: 212−490−2022
Email: memert@ssbny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Klein**
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
212−687−7230
Email: mklein@ssbny.com
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

<u>**Plaintiff**</u>

**Alain Lapter**                    represented by   **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Robin Emert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Klein**
(See above for address)
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

**Plaintiff**

**Ana Lapter**                    represented by  **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Robin Emert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Klein**
(See above for address)
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

**Plaintiff**

**Pamela Klein**                  represented by  **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Robin Emert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Klein**
(See above for address)
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

**Plaintiff**

**Daniel DeMarco, Jr.**                     represented by  **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Robin Emert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Klein**
(See above for address)
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

**Plaintiff**

**Michael Slyne**                           represented by  **David James Worley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Howard Theodore Longman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Robin Emert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Klein**
(See above for address)
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

<u>**Plaintiff**</u>

**Stacey J. P. Ullman**                    represented by    **David James Worley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Howard Theodore Longman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James M. Evangelista**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kristi Stahnke McGregor**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Melissa Robin Emert**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Michael J. Klein
(See above for address)
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

**Plaintiff**

**Alison Manaher**                      represented by   **Edward Adam Webb**
Webb, Klase & Lemond, LLC
Suite 480
1900 The Exchange, SE
Atlanta, GA 30339
770−444−0773
Email: Adam@WebbLLC.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Franklin Lemond , Jr.**
Webb, Klase & Lemond, LLC
Suite 480
1900 The Exchange, SE
Atlanta, GA 30339
770−444−9594
Fax: 770−444−0271
Email: flemond@webbllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph B. Kenney**
McCune, Wright, Arevalo, LLP −PA
555 Lancaster Avenue
Berwyn, PA 19312
610−200−0580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph G. Sauder**
McCune, Wright LLP
555 Lancaster Avenue
Berwyn, PA 19312
610−200−0580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D. Schelkopf**
McCune, Wright, Arevalo, LLP −PA
555 Lancaster Avenue
Berwyn, PA 19312
610−200−0580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Malone**
The Malone Firm, LLC
Suite 2501
1650 Arch Street
Philadelphia, PA 19103
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nida Samson**                           represented by   **Ethan J. Barlieb**
Kessler Topaz Meltzer & Check, LLP−PA
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Fax: 610−667−7056
Email: ebarlieb@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua E. D'Ancona**
Kessler Topaz Meltzer & Check, LLP−PA
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Fax: 610−667−7056
Email: jdancona@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa L. Heller**
Robbins Ross Alloy Belinfante Littlefield,
LLC −Atl
Suite 1120
999 Peachtree Street, N.E.
Atlanta, GA 30309
678−701−9381
Fax: 404−856−3250
Email: lheller@robbinsfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Lambert**
Kessler Topaz Meltzer & Check, LLP−PA
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Email: mlambert@ktmc.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naumon A. Amjed**
Kessler Topaz Meltzer & Check, LLP−PA

280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Email: namjed@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202−220−9600
Fax: 202−220−9601
Email: dhthompson98@gmail.com
*TERMINATED: 02/28/2018*
*PRO HAC VICE*

**Davis Cooper**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202−220−9600
Fax: 202−220−9601
Email: pdcooper@cooperkirk.com
*TERMINATED: 02/28/2018*

**John C. Herman**
Herman Jones LLP
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
404−504−6500
Fax: 404−504−6501
Email: jherman@hermanjones.com
*TERMINATED: 04/16/2018*

**Jennifer L. Joost**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Wolf**                    represented by   **Darryl Bressack**
Fink Associates Law
Suite 350
38500 Woodward Avenue
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: dbressack@finkandassociateslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Fink**
Fink Associates Law
Suite 350
38500 Woodward Avenue
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: dfink@finkandassociateslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Adam Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Franklin Lemond , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan J. Fink**
Fink Associates Law
Suite 350
38500 Woodward Avenue
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: nfink@finkandassociateslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AmySue Taylor**                                          represented by   **Adam J. Levitt**
DiCello Levitt Gutzler, LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602
312−214−7900
Fax: 312−253−1443
Email: alevitt@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
DiCello Levitt Gutzler LLC
Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602
312−214−7900
Email: akeller@dicellolevitt.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
Cohen Milstein Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005−3964
202−408−4600
Email: afriedman@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
DiCello Levitt Gutzler, LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602
312−214−7900
Email: dferri@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
Cohen Milstein Sellers & Toll PLLC − DC
Suite 500 West
1100 New York Avenue
Washington, DC 20005
202−408−4600
Email: dmcnamara@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
Hausfeld, LLP − DC
Suite 650
1700 K. Street, NW
Washington, DC 20006
202−540−7200
Fax: .
Email: jpizzirusso@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
Doffermyre Shields Canfield & Knowles,
LLC
1355 Peachtree Street, N.E.
Suite 1900
Atlanta, GA 30309
404−881−8900
Fax: 404−920−3246.

Email: kcanfield@dsckd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
Stein Mitchell Muse Cipollone & Beato
LLP
1100 Connecticut Avenue, NW
Washington, DC 20036
202−737−7777
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
Hausfeld, LLP − DC
Suite 650
1700 K. Street, NW
Washington, DC 20006
202−540−7200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
Stein Mitchell Muse Cipollone & Beato
LLP
1100 Connecticut Avenue, NW
Washington, DC 20036
202−737−7777
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
Cohen Milstein Sellers & Toll PLLC − DC
Suite 500 West
1100 New York Avenue
Washington, DC 20005
202−408−4600
Email: shandmaker@cohenmilstein.com
*TERMINATED: 06/13/2019*

**Plaintiff**

**Avery Ash**                                    represented by  **Adam J. Levitt**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Amy E. Keller**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Cassandra Powers**                    represented by **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Evelyn Gualandi**                                 represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**John Washburn**                               represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**James Findlay**                               represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

<u>**Plaintiff**</u>

**Justin Fiore**                     represented by   **Carin L. Marcussen**
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
405−235−1560
Fax: 405−239−2112
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
405−235−1560
Fax: 405−239−2112
Email: jdw@federmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
Federman & Sherwood
10205 N. Pennsylvania Avenue

Oklahoma, OK 73120
405−235−1560
Fax: 405−239−2112
Email: wbf@federmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Lipchitz**                     represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Thompson**                     represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Menzer**                    represented by    **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Pagliarulo**                        represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Pugliese**                        represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Turok**                    represented by   **Jed Davis Manton**
Harris Lowry Manton
1418 Dresden Dr NE
Ste Unit 250
Brookhaven, GA 30319
404−961−7650
Fax: 404−961−7651
Email: jed@hlmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Harris**
Harris Lowry Manton, LLP
400 Colony Square, Ste 900
1201 Peachtree Street, NE
Atlanta, GA 30361
404−961−7650
Fax: 404−961−7651.
Email: jeff@hlmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Brandel Johnson**
Pate, Johnson & Church, LLC
101 Marietta St NW
Suite 3300
Atlanta, GA 30303
404−223−3310
Email: jess@pagepate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Elizabeth McNeeley**
Harris Lowry Manton LLP
1418 Dresden Dr NE
Ste Unit 250
Brookhaven, GA 30319
404−961−7650

Fax: 404−961−7651
Email: molly@hlmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Page Anthony Pate**
Pate, Johnson & Church, LLC
101 Marietta Street
Suite 3300
Atlanta, GA 30303
404−223−3310
Email: page@pagepate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Lowry**
Harris Lowry Manton, LLP
400 Colony Square, Ste 900
1201 Peachtree Street, NE
Atlanta, GA 30361
404−961−7650
Fax: 404−961−7651.
Email: steve@hpllegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Pavesi, Jr.**                    represented by  **Jed Davis Manton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Brandel Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Elizabeth McNeeley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Page Anthony Pate**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Lowry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg Pesek**                            represented by   **Andrea Solomon Hirsch**
The Hirsch Law Firm
230 Peachtree Street
Suite 2260
Atlanta, GA 30303
404−487−6552
Email: andrea@thehirschlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106−3697
215−592−1500
Fax: .
Email: alevin@lfsblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E. Schaffer**
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106−3697
215−592−1500
Fax: 215−592−4663
Email: cschaffer@lfsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106−3697
215−592−1500
Fax: 215−592−4663
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
Herman Gerel, LLP
60 Lenox Pointe

Atlanta, GA 30324
404−880−9500
Fax: 770−450−9236
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Alan Herman**
Dennis Corry Smith & Dixon, LLP− ATL
Suite 1400
900 Circle 75 Parkway
Atlanta, GA 30339
404−926−3648
Fax: .
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Gardner**                   represented by   **Andrea Solomon Hirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E. Schaffer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Alan Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Rybak**                   represented by   **Andrea Solomon Hirsch**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E. Schaffer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Alan Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Boundy**                    represented by **Andrea Solomon Hirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold Levin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E. Schaffer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Alan Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernadette Beekman**                    represented by    **David Andrew Bain**
*TERMINATED: 03/16/2018*                                    Law Offices of David A. Bain, LLC
                                                            Suite 1050
                                                            1230 Peachtree St., N.E.
                                                            Atlanta, GA 30309
                                                            404−724−9990
                                                            Fax: 404−724−9986.
                                                            Email: dbain@bain−law.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas J. O'Reardon**
                                                            Blood Hurst & O'Reardon, LLP
                                                            Suite 1490
                                                            501 West Broadway
                                                            San Diego, CA 92101
                                                            619−338−1100
                                                            Fax: 619−338−1101
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Timothy G. Blood**
                                                            Blood Hurst & O'Reardon, LLP
                                                            Suite 1700
                                                            701 B Street
                                                            San Diego, CA 92101
                                                            619−338−1100
                                                            Fax: 619−338−1101
                                                            Email: tblood@bholaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Carl V. Malmstrom**
                                                            Wolf Haldenstein Adler Freeman & Herz
                                                            Suite 1400
                                                            70 West Madison Street
                                                            Chicago, IL 60602
                                                            312−984−0000
                                                            *TERMINATED: 05/15/2018*

                                                            **Correy A. Kamin**
                                                            Wolf Haldenstein Adler Freeman & Herz

−NY
270 Madison Avenue
New York, NY 10016
212−545−4600
Fax: 212−686−0114
*TERMINATED: 05/15/2018*

**Janine L. Pollack**
Wolf Haldenstein Adler Freeman & Herz
−NY
270 Madison Avenue
New York, NY 10016
212−545−4600
Fax: 212−686−0114
Email: pollack@whafh.com
*TERMINATED: 05/15/2018*
*PRO HAC VICE*

**Thomas H. Burt**
Wolf Haldenstein Adler Freeman & Herz
−NY
270 Madison Avenue
New York, NY 10016
212−545−4600
Fax: 212−686−0114
*TERMINATED: 05/15/2018*

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Diamond**<br>*TERMINATED: 03/16/2018* | represented by | **David Andrew Bain**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Thomas J. O'Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*TERMINATED: 05/15/2018*

**Correy A. Kamin**
(See above for address)
*TERMINATED: 05/15/2018*

**Janine L. Pollack**

(See above for address)
*TERMINATED: 05/15/2018*
*PRO HAC VICE*

**Thomas H. Burt**
(See above for address)
*TERMINATED: 05/15/2018*

**Plaintiff**

| | | |
|---|---|---|
| **James Freeman−Hargis** | represented by | **David Andrew Bain** |
| *TERMINATED: 03/16/2018* | | (See above for address) |

**James Freeman−Hargis**
*TERMINATED: 03/16/2018*

represented by

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*TERMINATED: 05/15/2018*

**Correy A. Kamin**
(See above for address)
*TERMINATED: 05/15/2018*

**Janine L. Pollack**
(See above for address)
*TERMINATED: 05/15/2018*
*PRO HAC VICE*

**Thomas H. Burt**
(See above for address)
*TERMINATED: 05/15/2018*

**Plaintiff**

**Elizabeth Twitchell**
*TERMINATED: 03/16/2018*

represented by

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*TERMINATED: 05/15/2018*

**Correy A. Kamin**
(See above for address)
*TERMINATED: 05/15/2018*

**Janine L. Pollack**
(See above for address)
*TERMINATED: 05/15/2018*
*PRO HAC VICE*

**Thomas H. Burt**
(See above for address)
*TERMINATED: 05/15/2018*

**Plaintiff**

**Terry Myers, Sr.**                    represented by    **John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gina M. Bowden**
Clayeo C. Arnold, APC
*ATTORNEY TO BE NOTICED*

**Joshua H. Watson**
Clayeo C. Arnold, APC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles O'Neal**                    represented by    **John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gina M. Bowden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua H. Watson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nikolaos C Pantaze**                            represented by   **J. Gusty Yearout**
                                                                  Yearout Myers & Traylor
                                                                  800 Shades Creek Parkway
                                                                  Suite 500
                                                                  Birmingham, AL 35209
                                                                  205−414−8163
                                                                  Fax: 205−414−8199
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **M. Stan Herring**
                                                                  Watts & Herring,LLC
                                                                  301 19th Street North
                                                                  Birmingham, AL 35203
                                                                  205−879−2447
                                                                  Email: stan@wattsherring.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Robert S. Dooley**
                                                                  Stone, Patton, Kierce & Freeman
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fort McClellan Credit Union**                   represented by   **Chris T. Hellums**
*on behalf of itself and all others similarly*                    Pittman Hooks Dutton & Hollis
*situated*                                                        2001 Park Place North
                                                                  Park Place Tower, Suite 1100
                                                                  Birmingham, AL 35203
                                                                  205−322−8880
                                                                  Fax: .
                                                                  Email: chrish@pittmandutton.com
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jonathan S. Mann**
                                                                  Pittman, Dutton, Kirby & Hellums, P.C.
                                                                  2001 Park Place North
                                                                  Park Place Tower, Suite 1100
                                                                  Birmingham, AL 35203
                                                                  205−322−8880
                                                                  Fax: 205−328−2711
                                                                  Email: jonm@pittmandutton.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
Pope McGlamry, P.C.
Suite 300
3391 Peachtree Rd., N.E.
Atlanta, GA 31126−1337
404−523−7706
Fax: 404−524−1648
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
Pope McGlamry, P.C.
Suite 300
3391 Peachtree Rd., N.E.
Atlanta, GA 31126−1337
404−523−7706
Email: efile@pmkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Atlantic City Federal Credit Union**              represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                           Gillen Withers & Lake, LLC
                                                                   Suite 1920
                                                                   400 Galleria Parkway
                                                                   Atlanta, GA 30339
                                                                   404−842−9700
                                                                   Fax: 404−842−9750
                                                                   Email: aclake@gwllawfirm.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Arthur M. Murray**
                                                                   Murray Law Firm
                                                                   650 Poydras Street
                                                                   Suite 2150
                                                                   New Orleans, LA 70130
                                                                   505−525−8100
                                                                   Email: amurray@murray−lawfirm.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Brian C. Gudmundson**
                                                                   Zimmerman Reed, P.L.L.P. −MN
                                                                   1100 IDS Center
                                                                   80 South 8th Street
                                                                   Minneapolis, MN 55402
                                                                   612−341−0400
                                                                   Fax: .
                                                                   Email: brian.gudmundson@zimmreed.com
                                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
Chestnut Cambronne, PA
Suite 300
17 Washington Avenue North
Minneapolis, MN 55401
612−339−7300
Fax: 612−336−2940
Email: bbleichner@chestnutcambronne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
2900 Knowlson Ave
Pittsburgh, PA 15226
412−514−6041
Email: bfox@carlsonlynch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carey Alexander**
Scott & Scott, LLP−NY
17th Floor
230 Park Avenue
New York, NY 10169
212−223−6444
Fax: 212−223−6334
Email: calexander@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
Murray Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504−525−8100
Fax: 504−584−5249
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
Berman Fink Van Horn, P.C. −Atl
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, GA 30305
404−261−7711
Fax: 404−233−1943
Email: cvanhorn@bfvlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
Scott & Scott, LLP−NY
17th Floor
230 Park Avenue
New York, NY 10169
860−537−5537
Email: ecomite@scott−scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
Carlson Lynch LLP − PA
5th Floor
1133 Penn Avenue
Pittsburgh, PA 15222
412−253−6307
Fax: 412−322−9243
Email: glynch@carlsonlynch.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
Carlson Lynch LLP − PA
5th Floor
1133 Penn Avenue
Pittsburgh, PA 15222
412−322−9243
Email: jetzel@carlsonlynch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
Scott & Scott, Attorneys at Law, LLP
230 Park Avenue
17th Floor
New York, NY 10169
212−223−6444
Email: jguglielmo@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
Lockridge Grindal Nauen
100 Washington Avenue South
2200 Washington Square
Minneapolis, MN 55401−2179
612−339−6900
Email: khriebel@locklaw.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
Lockridge Grindal Nauen
100 Washington Avenue South
2200 Washington Square
Minneapolis, MN 55401−2179
612−339−6900
Email: kmbaxter−kauf@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin W. Tucker**
Carlson Lynch Sweet & Kilpela &
Carpenter, LLP − PA
5th Floor
1133 Penn Avenue
Pittsburgh, PA 15222
412−322−9243
Fax: 412−231−0246
Email: ktucker@carlsonlynch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
Murray Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504−525−8100
Email: amurray@murray−lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
Gillen, Withers & Lake, LLC
8 E. Liberty Street
Savannah, GA 31401
912−447−8400
Fax: 912−233−6584
Email: twithers@gwllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
Gillen Withers & Lake, LLC
Suite 1920
400 Galleria Parkway
Atlanta, GA 30339
404−842−9700

Fax: 404−842−9750
Email: cgillen@gwllawfirm.com
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
Zimmerman Reed, P.L.L.P. −MN
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612−341−0400
Fax: .
Email: michael.laird@zimmreed.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Elements Financial Federal Credit Union** *TERMINATED: 01/28/2019* | represented by | **Anthony C. Lake** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carey Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**First Nebraska Credit Union**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Putnam Bank**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wright−Patt Credit Union**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Ostoya**                                  represented by   **Evan T. Rosemore**
Southern Institute for Medical & Legal
Affairs, LLC
2224 1st Avenue N.
Birmingham, AL 35203
205−326−3336
Fax: 205−380−0145
Email: evan@southernmedlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francois M. Blaudeau**
Southern Institute for Medical & Legal
Affairs, LLC
2224 1st Avenue N.
Birmingham, AL 35203
205−326−3336
Fax: 205−380−0145
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odeh J. Issis**
Southern Institute for Medical & Legal
Affairs, LLC
2224 1st Avenue N.
Birmingham, AL 35203
205−326−3336
Fax: 205−380−0145
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Stephenson**                            represented by   **Evan T. Rosemore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francois M. Blaudeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odeh J. Issis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darryl W. Walker**                          represented by   **Dennis A Mastando**
MASTANDO & ARTRIP LLC
301 Washington Street
Suite 302
Huntsville, AL 35801
256−532−2222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Artrip**
Mastando & Artrip, LLC
301 Washington Street, NW
Huntsville, AL 35801
256−532−2222
Email: artrip@mastandoartrip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
Quinn, Connor, Weaver, Davies & Rouco,
LLP − AL
2 − 20th Street North
Suite 930
Birmingham, AL 35203
205−870−9989
Fax: 205−803−4143
Email: rrouco@qcwdr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin L. Taylor**                          represented by   **Dennis A Mastando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dale F. Stewart, II** | represented by | **Dennis A Mastando** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer A. Meachum** | represented by | **Dennis A Mastando** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Highfield** | represented by | **Chris T. Hellums** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Jonathan S. Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Bradley**
McKenna Long & Aldridge
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308−3201
404−527−4000
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin B. Whitten**
Pittman, Dutton, Kirby & Hellums, P.C.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Morris**                    represented by   **Kevin S. Hannon**
The Hannon Law Firm, LLC
1641 Downing Street
Denver, CO 80218
303−861−8800
Fax: 303−861−8855
Email: khannon@hannonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Edward Caldwell , Jr.**
Sawaya, Rose, McClure & Wilhite, P.C.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheena Raffin**                   represented by   **Todd M. Friedman**
Law Offices of Todd M. Friedman, P.C.
Suite 780
21550 Oxnard Street
Woodland Hills, CA 91367
877−206−4741
Fax: 866−633−0228
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrian R. Bacon**
Law Offices of Todd M. Friedman, P.C.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Bandoh−Aidoo**             represented by   **Torin Aaron Dorros**
Dorros Law
Email: TDORROS@DORROSLAW.COM
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henan Louis Joof**                represented by   **Armen Kiramijyan**
KAASS LAW

313 East Broadway
Suite 944
Glendale, CA 91209
310−943−1171
Email: akiramijyan@kaass.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hovsep Hovsepyan**
KAASS LAW
313 East Broadway
Suite 944
Glendale, CA 91209
310−943−1171
Email: hhovsepyan@kaass.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Akop Sogomonyan**                represented by   **Armen Kiramijyan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hovsep Hovsepyan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Waterstram Miller**        represented by   **Richard John Morin**
Law Office of Rick Morin, PC
Suite 750
555 Capitol Mall
Sacramento, CA 95814−4508
916−333−2222
Fax: 916−273−8956
Email: legal@rickmorin.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valorie Anne Smart**             represented by   **Richard John Morin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Lynn Miller**             represented by   **Richard John Morin**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Brown**
*individually and on behalf of all others similarly situated*

represented by **Ben Barnow**
Barnow & Associates, P.C.
One North LaSalle
Chicago, IL 60602
312−621−2000
Email: b.barnow@barnowlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
O'Brien Law Firm, PC
Suite 148W
77 Sundial Avenue
Manchester, NH 03103
603−672−3800
Fax: .
Email: eobrien@ekoblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
Barnow & Associates, P.C.
One North LaSalle
Chicago, IL 60602
312−621−2000
Fax: .
Email: e.schork@barnowlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**

Gray & White
Suite 200
713 E. Market Street
Louisville, KY 40202
502−805−1800
Fax: 502−618−4059
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
The Coffman Law Firm
350 Pine Street
Suite 700
Beaumont, TX 77701
409−833−7700
Fax: 866−835−8250
Email: rcoffman@coffmanlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
Perkin & Faria, LLC
Email: bjkfaria@perkinlaw.com
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
Charles T. Lester, Jr., Attorney At Law
Email: charles@LawByLester.com
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
Law Offices of Kevin Rogers
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel E. Oberst**                    represented by    **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
Ralph K. Phalen, Attorney at Law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Roofener**                               represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Jaetzold**                    represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Jay Williams**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tim Borland**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia A. Koller**                     represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Erickson**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Poligan**                              represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Peacock**                                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Benson**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Holly**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russ Benson**                                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Hinck**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Green**                    represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kellie Williams**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marius Andreica**                    represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corree Roofener**                    represented by    **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Iron Wing**                     represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Peter Cooke                           represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisabeta Szekely**                    represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Baumgardner**                    represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Val Chekmazov**                          represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandee J.K. Faria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret McCable**                    represented by    **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles T. Lester , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin B. Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Durham**                          represented by   **Ranse M. Partin**
*individually and on behalf of all others*                  Conley Griggs Partin, LLP− GA
*similarly situated*                                        Building One, Suite 300
                                                            4200 Northside Parkway, NW
                                                            Atlanta, GA 30327
                                                            404−467−1155
                                                            Fax: 404−467−1166.
                                                            Email: ranse@conleygriggs.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Theodore Walter Maya**
                                                            Ahdoot and Wolfson, APC
                                                            1016 Palm Avenue
                                                            West Hollywood, CA 90069
                                                            310−474−9111
                                                            Fax: 310−474−8585
                                                            Email: tmaya@ahdootwolfson.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Tina Wolfson**
                                                            Ahdoot and Wolfson, APC
                                                            1016 Palm Avenue
                                                            West Hollywood, CA 90069
                                                            310−474−9111
                                                            Fax: 310−474−8585
                                                            Email: twolfson@ahdootwolfson.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Abraham**
*individually and on behalf of all others*
*similarly situated*

represented by **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Judy Diane Brandon**
*individually and on behalf of all others*
*similarly situated*

represented by **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alexis Budinas Janusz                 represented by   **Dennis A Mastando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jenny Storch                 represented by   **Dennis A Mastando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Karen Baswell                 represented by   **Dennis A Mastando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Artrip**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Pobiner**                    represented by   **John G. Emerson**
Emerson Firm, PLLC
830 Apollo Lane
Houston, TX 77058
800−551−8649
Fax: 501−268−4659
Email: jemerson@emersonfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Gentile**
Sarraf Gentile LLP
11 Hanover Square, 2nd Floor
New York, NY 10005
212−433−1312
Fax: 212−406−3677
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Ozzello**
Ozzello Practice PC
17383 West Sunset Boulevard Suite A−380
Pacific Palisades, CA 90272
844−774−2020
Fax: 310−454−5970
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronen Sarraf**
Sarraf Gentile LLP
11 Hanover Square, 2nd Floor
New York, NY 10005
212−868−3610
Email: ronen@sarrafgentile.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel M Ward**
Barrack Rodos & Bacine
One America Plaza
Suite 900

600 West Broadway
San Diego, CA 92101
619−230−0800
Fax: 619−230−1874
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Basser**
Barrack Rodos & Bacine
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Caralyn Tada                        represented by  **John G. Emerson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Gentile**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Mark A Ozzello**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ronen Sarraf**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Samuel M Ward**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stephen R. Basser**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Craig Nowinsky                      represented by  **John G. Emerson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Gentile**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Ozzello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronen Sarraf**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel M Ward**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Basser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Scott**                    represented by **Danielle Leigh Manning**
Glancy Prongay & Murray, LLP −CA
Suite 2100
1925 Century Park East
Los Angeles, CA 90067
310−201−9150
Fax: 310−201−9160
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
Glancy Prongay & Murray, LLP −CA
Suite 2100
1925 Century Park East
Los Angeles, CA 90067
310−201−9150
Fax: 310−201−9160
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lionel Z. Glancy**
Glancy Binkow & Goldberg, LLP
Suite 2100
1925 Century Park East
Los Angeles, CA 90067
310−201−9150
Fax: 310−201−9160

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc L. Godino**
Glancy Binkow & Goldberg, LLP
Suite 2100
1925 Century Park East
Los Angeles, CA 90067
310−201−9150
Email: mgodino@glancylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hampden Kuhns**                      represented by   **Carin L. Marcussen**
*Individually and on Behalf of All Others*              (See above for address)
*Similarly Situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David Andrew Bain**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David James Worley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eduard Korsinsky**
                                                        Zimmerman Levi & Korsinsky
                                                        39 Broadway
                                                        Suite 1440
                                                        New York, NY 10006
                                                        212−363−7500
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James M. Evangelista**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joshua D. Wells**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kristi Stahnke McGregor**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Richmond**                    represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Heather Duenas** | represented by | **Carin L. Marcussen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kory Hershkowitz** | represented by | **Carin L. Marcussen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David Andrew Bain**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Alderman**                    represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Person**                          represented by  **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricky Lee Hale**
*individually and on behalf of all others*
*similarly situated*

represented by **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dallas Perkins**                    represented by   **Chantal Khalil**
Finkelstein, Blankinship, Frei−Pearson &
Garber, LLP
Suite 605
445 Hamilton Ave.
White Plains, NY 10601
914−298−3281
Fax: 914−908−6709
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Eliot DeWoskin**
DeWoskin Law Firm, LLC
535 N. McDonough Street
Decatur, GA 30030
404−987−0026
Fax: 404−378−0717
Email: dan@atlantatrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Gregory Blankinship**
Finkelstein, Blankinship, Frei−Pearson &
Garber, LLP
Suite 605
445 Hamilton Ave.
White Plains, NY 10601
914−298−3290
Email: gblankinship@fbfglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremiah Lee Frei−Pearson**
Finkelstein, Blankinship, Frei−Pearson &
Garber, LLP
Suite 605
445 Hamilton Ave.
White Plains, NY 10601
914−298−3281
Email: Jfrei−pearson@fbfglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Pryor**                                 represented by   **Chantal Khalil**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Eliot DeWoskin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Douglas Gregory Blankinship**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jeremiah Lee Frei−Pearson**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Yoeckel**                               represented by   **Chantal Khalil**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Eliot DeWoskin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Douglas Gregory Blankinship**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jeremiah Lee Frei−Pearson**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LaShawn Brown**                                 represented by   **Chantal Khalil**
*and on behalf of themselves and all*                             (See above for address)
*others similarly situated*                                       *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Daniel Eliot DeWoskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Gregory Blankinship**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremiah Lee Frei−Pearson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Strauchman**
*on behalf of himself and all others*
*similarly situated*

represented by **Christopher B. Hood**
Heninger Garrison & Davis, LLC − AL
2224 1st Avenue North
Birmingham, AL 35203
205−326−3336
Fax: 205−380−8085
Email: chood@hgdlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James F. McDonough , III**
Heninger Garrison & Davis, LLC −Atl
Suite 4320
3621 Vinings Slope
Atlanta, GA 30339
404−996−0869
Email: jmcdonough@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Edward Lynch**
Heninger Garrison & Davis, LLC −Atl
Suite 4320
3621 Vinings Slope
Atlanta, GA 30339
404−996−0867
Fax: 205−380−8076
Email: tlynch@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lewis Garrison , Jr.**
HENINGER GARRISON DAVIS, L.L.C.
P.O. Box 11310

2224 First Avenue North
Birmingham, AL 35202−1310
205−326−3336
Fax: 205−326−3332
Email: wlgarrison@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Summit Credit Union**
*individually and on behalf of a class of*
*similarly situated credit unions*
*TERMINATED: 01/28/2019*

represented by **James A. Kitces**
Robins Kaplan Miller & Ciresi, LLP−MA
25th Floor
800 Boylston Street
Boston, MA 02199
617−267−2300
Fax: 617−267−8288
Email: jakitces@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary C. Turke**
Turke & Strauss, LLP
Suite 201
613 Williamson Street
Madison, WI 53703
608−237−1776
Email: mary@turkestrauss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Ram**
Robins Kaplan LLP −MV CA
Suite 100
2440 West El Camino Real
Mountain View, CA 94040
650−7084−4007
Fax: .
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel J. Strauss**
Turke & Strauss, LLP
Suite 201
613 Williamson Street
Madison, WI 53703
608−237−1775
Fax: 608−509−4423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey P. Slaughter**

Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
Email: sslaughter@robinskaplan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Brown**
Robins Kaplan LLP −MV CA
Suite 100
2440 West El Camino Real
Mountain View, CA 94040
650−784−4007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Henry Stanhope**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
Fax: 404−233−1267
Email: WStanhope@RobinsKaplan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam E. Khoroosi**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
Fax: 612−339−4181
*TERMINATED: 06/06/2018*

**Plaintiff**

**Nancy M. Vita**                represented by **Bradley W. Pratt**
Pratt Clay, LLC
Suite 520
4401 Northside Parkway, NW
Atlanta, GA 30327
404−949−8118
Fax: 404−939−4750
Email: bradley@prattclay.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**
Mickelsen Dalton LLC
15 Prioleau Street
Charleston, SC 29401
678−641−9054
Email: brian@mickelsendalton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
Pratt Clay, LLC
Suite 520
4401 Northside Parkway, NW
Atlanta, GA 30327
404−949−8118
Fax: 404−949−8159
Email: chuck@chuckclay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
Hall & Lampros, LLP
Suite 1150
400 Galleria Pkwy
Atlanta, GA 30339
404−876−8100
Fax: 404−876−3477
Email: chall@hallandlampros.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
Hall & Lampros, LLP
Suite 1150
400 Galleria Pkwy
Atlanta, GA 30339
404−876−8100
Fax: 404−876−3477
Email: alampros@hallandlampros.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Horace C. Ramey**              represented by   **Bradley W. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A. Black**                    represented by  **Bradley W. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmie Moore**                    represented by  **Bradley W. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas A. Williams**              represented by   **Bradley W. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel R. Dalton**               represented by   **Bradley W. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany S. Dalton**                                    represented by   **Bradley W. Pratt**
*individually and on behalf of all others*                                (See above for address)
*similarly situated*                                                      *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Brian Christian Mickelsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles L. Clay , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Baker Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Andrew Lampros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latosha Green**                                        represented by   **David Andrew Bain**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Douglas J. Bench**
Goldman Scarlato & Penny, PC
Suite 1025
Eight Tower Bridge
161 Washington Street
Conshohocken, PA 19428
484−342−0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc H. Edelson**
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901
215−230−8043
Email: medelson@edelson−law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Goldman**
Goldman Scarlato & Penny, P.C.
Eight Tower Bridge
Suite 1025
161 Washington Street
Conshohocken, PA 19428
484−342−0700
Email: goldman@lawgsp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Williams**                     represented by  **David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Bench**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc H. Edelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Goldman**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Clark**                    represented by    **E. Michelle Drake**
                                                     Berger & Montague, P.C. −MN
                                                     Suite 505
                                                     43 SE Main Street
                                                     Minneapolis, MN 55414
                                                     612−594−5999
                                                     Fax: 612−584−4470
                                                     Email: emdrake@bm.net
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jon Lambiras**
                                                     Berger & Montague, P.C. −P.A.
                                                     Suite 3600
                                                     1818 Market Street
                                                     Philadelphia, PA 19103
                                                     215−875−3000
                                                     Fax: 215−875−4604
                                                     Email: jlambiras@bm.net
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sherrie R. Savett**
                                                     Berger & Montague
                                                     1622 Locust Street
                                                     Philadelphia, PA 19103−6365
                                                     215−875−3071
                                                     Email: ssavett@bm.net
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Shanon J. Carson**
                                                     Berger & Montague, P.C.
                                                     1622 Locust Street
                                                     Philadelphia, PA 19103−6365
                                                     215−875−3000
                                                     Fax: 215−875−4604
                                                     Email: scarson@bm.net
                                                     *TERMINATED: 04/02/2018*
                                                     *PRO HAC VICE*

**Plaintiff**

**Meghan Clark**                    represented by    **E. Michelle Drake**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jon Lambiras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherrie R. Savett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shanon J. Carson**
(See above for address)
*TERMINATED: 04/02/2018*
*PRO HAC VICE*

**Plaintiff**

**Ruth Reyes**                                    represented by   **E. Michelle Drake**
*on behalf of themselves and all others*                          (See above for address)
*similarly situated*                                              *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jon Lambiras**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Sherrie R. Savett**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Shanon J. Carson**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/02/2018*
                                                                  *PRO HAC VICE*

**Plaintiff**

**Michael Gottesman**                             represented by   **David James Worley**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Gary S. Graifman**
                                                                  Kantrowitz, Goldhamer & Graifman, P.C.
                                                                  −NY
                                                                  747 Chestnut Ridge Road
                                                                  Chestnut Ridge, NY 10977

845−356−2570
Fax: 845−356−4335
Email: GGRAIFMAN@KGGLAW.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay I Brody**
Kantrowitz, Goldhamer & Graifman, P.C.
−NY
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
845−356−2570
Fax: 845−356−4335
Email: jbrody@kgglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Solomon Hesney**                    represented by **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary S. Graifman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay I Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Chakan**                                  represented by   **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary S. Graifman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay I Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Pollack**                                     represented by   **David James Worley**
*Individually and on Behalf of all Others*                        (See above for address)
*Similarly Situated,*                                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary S. Graifman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay I Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Mardock**
*individually and on behalf of all others*
*similarly situated,*

represented by **Andrei V. Rado**
Milberg Phillips Grossman LLP
Suite 1920
One Pennsylvania Plaza
New York, NY 10119
212−594−530
Fax: 212−868−1229
Email: arado@milberg.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ariana J. Tadler**
Milberg Phillips Grossman LLP
Suite 1920
One Pennsylvania Plaza
New York, NY 10119
212−594−5300
Fax: 212−868−1229.
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry Kelston**
Milberg LLP−NY
One Pennsylvania Plaza
50th Floor
New York, NY 10119−0165
212−594−5300
Fax: 312−346−0022
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ryan Clark**
Tadler Law LLP

One Pennsylvania Plaza
Ste 36th Floor
New York
New York, NY 10119
212−946−9344
Email: mclark@tadlerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sakina Mohamedali**                  represented by  **Bryan L. Clobes**
Cafferty Clobes Meriwether & Sprengel
LLP
Suite 2650
1101 Market Street
Philadelphia, PA 19107
215−864−2800
Fax: 215−864−2810
Email: bclobes@caffertyclobes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel O. Herrera**
Cafferty Clobes Meriwether & Sprengel
LLP−IL
Suite 3000
150 South Wacker Drive
Chicago, IL 60606
215−864−2800
Fax: 215−864−2810
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Adam Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Franklin Lemond , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ben Allanoff**                        represented by  **Bryan L. Clobes**
*individually and on behalf of all others*              (See above for address)
*similarly situated,*                                   *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Daniel O. Herrera**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Adam Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Franklin Lemond , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew McDowell**                    represented by   **David Michael Cohen**
Complex Law Group, LLC
40 Powder Springs Street
Marietta, GA 30064
770−335−9322
Email: dcohen@complexlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
Carney Bates & Pulliam, PLLC
519 W. 7th Street
Little Rock, AR 72201
501−312−8500
Fax: 501−312−8505.
Email: acarney@cbplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Parker**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Morgan McClung**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chevera Blakemore**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colton Gregory**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olivia Davis**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Queenen**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lily Zhou**                    represented by

**David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maggie McKinney**                    represented by  **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Miranda Hall**                represented by  **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Allison**                      represented by  **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Spellman**                       represented by  **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claiborne Reed**                          represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Tamburello**                  represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Falkenberg**                         represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Crumly**                              represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Moriarty**                        represented by

**David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas Hammel**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Lots**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Walsh**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Walsh**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Parker**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josie Lou Smith**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lara Knebel**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Yoder**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desirae Broadhead**                    represented by

**David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Brown**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashlie Atkinson**                  represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Rhodes**                   represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Hannah**                      represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Courtney Finch                           represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Herschel Sigall                          represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Meredith Villines                        represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicholas Watson                          represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jessica Watson                           represented by

**David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Kesden**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Reisman**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Pippin**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Smith**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Dimmagio**                          represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kurt Zende**                                represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Barber**                              represented by   **David Michael Cohen**
*individually and on behalf of all others*                     (See above for address)
*similarly situated*                                           *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Richmond**                         represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduard Korsinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State Employees Federal Credit Union**
*individually and on behalf of a class of*
*similarly situated credit unions*
*TERMINATED: 01/28/2019*

represented by **James A. Kitces**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary C. Turke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Ram**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel J. Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey P. Slaughter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Henry Stanhope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam E. Khoroosi**
(See above for address)
*TERMINATED: 06/06/2018*

**Plaintiff**

**Wisconsin Credit Union League**
*as an association on behalf of its members*
*TERMINATED: 01/28/2019*

represented by **James A. Kitces**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary C. Turke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Ram**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel J. Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey P. Slaughter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Brown**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Henry Stanhope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam E. Khoroosi**
(See above for address)
*TERMINATED: 06/06/2018*

**Plaintiff**

**Patrick Davis**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Finch**                    represented by   **David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ondrea Faillace**                  represented by   **Jennifer Sarnelli**
Gardy and Notis, LLP
Suite 3085
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
201−567−7377
Fax: 201−567−7777
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C. Gardy**
Abbey Gardy
212 East 39th Street
New York, NY 10016
212−889−3700
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**David Hartheimer**
Mayerson & Hartheimer, PLLC
*ATTORNEY TO BE NOTICED*

**Orin Kurtz**
Grady & Notis, LLP
8th Floor
Tower 56, 126 East 56th Street
New York, NY 10022
212−905−0509
Email: okurtz@gardylaw.com
*ATTORNEY TO BE NOTICED*

**Sandra E. Mayerson**
Mayerson & Hartheimer, PLLC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Barker**
*TERMINATED: 05/29/2018*

represented by **Brian D. Chase**
Bisnar Chase LLP
Suite 120
1301 Dove Street
Newport Beach, CA 92626
949−752−2999
Fax: 949−752−2777
*TERMINATED: 05/29/2018*

**Jerusalem F. Beligan**
Bisnar Chase LLP
Suite 120
1301 Dove Street
Newport Beach, CA 92626
949−752−2999
Fax: 949−752−2777
Email: jbeligan@bisnarchase.com
*TERMINATED: 05/29/2018*

**Plaintiff**

**Christine Anderson**

represented by **Jasper D. Ward , IV**
Jones Ward, PLC
Sixth Floor
312 South Fourth Street
Louisville, KY 40202
502−882−6000
Fax: 502−587−2007.
Email: jasper@jonesward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven W. Teppler**
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
904−292−1111
Email: stepler@abbottlawpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex C. Davis**
Jones Ward, PLC −L KY
Email: alex@jonesward.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Wolfe**                                    represented by   **Jasper D. Ward , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven W. Teppler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex C. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Jones**                                represented by   **Jasper D. Ward , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven W. Teppler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex C. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael W. Tomlin**                            represented by   **Marc Edward Dann**
The Dann Law Firm Co. LPA
P.O. Box 6031040
2728 Euclid Avenue
Suite 300
Cleveland, OH 44103

216−373−0539
Fax: 216−373−0536
Email: notices@dannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
Clifford Law Offices, P.C.
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602
312−899−9090
Fax: 312−251−1160
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rusty Payton**
PaytonDann
115 South LaSalle Street
Suite 2600
Chicago, IL 60660
216−373−0539
Fax: 216−373−0536
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
Thomas A. Zimmerman, Jr. Attorney at
Law
Suite 1220
77 W. Washington Street
Chicago, IL 60602
312−440−0020
Email: tom@attorneyzim.com
*TERMINATED: 10/25/2018*

**Brian D. Flick**
Brian D. Flick, Attorney at Law
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
Haines and Krieger, LLC
*ATTORNEY TO BE NOTICED*

**George Haines**
Haines and Krieger, LLC
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
Knepper & Clark LLC
Email: miles.clark@knepperclark.com
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
Payne Law Firm, LLC
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
Clifford Law Offices
Suite 3100
120 N. LaSalle Street
Chicago, IL 60602
312−899−9090
Fax: .
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Tomlin**                     represented by   **Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rusty Payton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Brian D. Flick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Neilan**                    represented by    **Anthony Lee Parkhill**
Barnow & Associates, P.C.
One North LaSalle
Chicago, IL 60602
312−621−2000
Email: aparkhill@barnowlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Krawcyk**                    represented by    **Anthony Lee Parkhill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell L. Burgess**
Burgess Law Firm, P.C.
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
Ralph K. Phalen, Attorney at Law
Suite 140
4310 Madison Avenue
Kansas City, MO 64111
816−589−0753
Fax: 816−471−1701.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Cole**                    represented by  **Benjamin Lajoie**
Bailey & Glasser LLP−MA
99 High Street
Suite 304
Boston, MA 02211
617−439−6730
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Ryan**
Bailey & Glasser LLP−MA
99 High Street
Suite 304
Boston, MA 02211
617−439−6730
Fax: 617−951−3954
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Roddy**
Bailey & Glasser
176 Federal Street
Ste 5th Floor
Boston, MA 02110
617−439−6730
Fax: 617−951−3954
Email: jroddy@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas F. Ortiz**
Law Office of Nicholas F. Ortiz, P.C.
99 High Street
Suite 304
Boston, MA 02110

617−338−9400
Fax: 617−507−3456
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Bailey**
Bailey & Glasser LLP −C. WV
*ATTORNEY TO BE NOTICED*

**John Barrett**
Bailey & Glasser LLP −C. WV
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaethe Skye**                    represented by   **Orin Kurtz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess−Mahan**
Hutchings, Barsamian, Cross and
Mandelcorn LLP
110 Cedar St.
Wellesley Hills, MA 02481
781−431−2231
Fax: 781−431−8726
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Cherney**               represented by   **Darryl Bressack**
Fink + Associates Law
Suite 350
38500 Woodward Avenue
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: dbressack@finkandassociateslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Fink**
Fink + Associates Law
Suite 350
38500 Woodward Avenue
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: dfink@finkandassociateslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Nathan J. Fink
Fink + Associates Law
Suite 350
38500 Woodward Avenue
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: nfink@finkandassociateslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Cherney**                    represented by   **Darryl Bressack**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David H. Fink**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nathan J. Fink**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Dean McShan**              represented by   **Arnold Melvin Johnson**
*TERMINATED: 04/24/2018*                             Arnold M. Johnson Law Offices
                                                     *TERMINATED: 04/24/2018*

                                                     **Craig Kyle Hemphill**
                                                     Craig Kyle Hemphill Law Offices PLLC
                                                     Email: craig.ckhlegal@outlook.com
                                                     *TERMINATED: 04/24/2018*

                                                     **James B. LeBow**
                                                     Murphy & Associates PLLC
                                                     *TERMINATED: 04/24/2018*

**Plaintiff**

**Edward Dean McShan, II**          represented by   **Arnold Melvin Johnson**
*TERMINATED: 04/24/2018*                             (See above for address)
                                                     *TERMINATED: 04/24/2018*

                                                     **Craig Kyle Hemphill**
                                                     (See above for address)
                                                     *TERMINATED: 04/24/2018*

**James B. LeBow**
(See above for address)
*TERMINATED: 04/24/2018*

**Plaintiff**

Thomas W. Pleasant                   represented by   **George Edwin Butler , II**
                                                      Office of George E. Butler, II
                                                      132 Hawkins Street
                                                      Dahlonega, GA 30533
                                                      404−873−2544
                                                      Email: geb@lawyers.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joel R. Rhine**
                                                      Law Office of Rhine Law Firm, P.C.
                                                      Suite 300
                                                      1612 Military Cutoff Road
                                                      Wilmington, NC 28403
                                                      910−772−9960
                                                      Fax: 910−772−9062
                                                      Email: jrr@rhinelawfirm.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

M. Justin Holoman                    represented by   **George Edwin Butler , II**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joel R. Rhine**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

Mallory E. Haddon                    represented by   **George Edwin Butler , II**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joel R. Rhine**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Kinsman                       represented by   **George Edwin Butler , II**
                                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel R. Rhine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtenay Byrd**                    represented by   **George Edwin Butler , II**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joel R. Rhine**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail Byrd**                         represented by   **George Edwin Butler , II**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joel R. Rhine**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evans Byrd**                        represented by   **George Edwin Butler , II**
*individually, and on behalf of all other*             (See above for address)
*similarly situated*                                   *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joel R. Rhine**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Englert**                      represented by   **David James Worley**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James M. Evangelista**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Wininger**                    represented by    **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Curtis**                    represented by    **David James Worley**
*individually and on behalf of all others*            (See above for address)
*similarly situated*                                 *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Eastman**                    represented by    **Joel B. Strauss**
Kaplan Kilsheimer & Fox
805 Third Avenue
New York, NY 10022
212−687−1980
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laurence D. King**
Kaplan Fox & Kilsheimer, LLP−CA

Suite 400
350 Sansome Street
San Francisco, CA 94104
415−772−4700
Fax: 415−772−4707
Email: lking@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B. George**
Kaplan Fox & Kilsheimer, LLP−CA
Suite 400
350 Sansome Street
San Francisco, CA 94104
415−772−4700
Fax: 415−772−4707
Email: mgeorge@kaplanfox.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
Kaplan Fox & Kilsheimer, LLP
14th Floor
850 Third Avenue
New York, NY 10022
212−687−1980
Fax: 212−687−7714
Email: rkaplan@kaplanfox.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Paul Waszkelewicz** | represented by | **Joel B. Strauss** |
| *individually and on behalf of other* | | (See above for address) |
| *similarly situated persons* | | *LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laurence D. King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B. George**
(See above for address)
*LEAD ATTORNEY*

144

*ATTORNEY TO BE NOTICED*

**Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brian Cox**
*individually and on behalf of all others
similarly situated*

represented by **Benjamin A. Gastel**
Branstetter Stranch & Jennings PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
615−254−8801
Fax: 615−250−3937.
Email: beng@bsjfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Streett**
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
479−968−2030
Fax: 479−968−6253
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Stewart**
Branstetter Stranch & Jennings PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
615−254−8801
Email: mikes@bsjfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G. Stranch , IV**
Branstetter Stranch & Jennings PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
615−254−8801

Fax: 615−250−3937
Email: gerards@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Cox**                                     represented by **Benjamin A. Gastel**
*individually and on behalf of all others*          (See above for address)
*similarly situated*                                 *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James A. Streett**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael G. Stewart**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James G. Stranch , IV**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Suzanne Tracy**                            represented by **David James Worley**
*on behalf of all others similarly situated*        (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gary S. Graifman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James M. Evangelista**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jay I Brody**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kristi Stahnke McGregor**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Thomas McHenry**                    represented by  **David James Worley**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Gary S. Graifman**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James M. Evangelista**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jay I Brody**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kristi Stahnke McGregor**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sabina Bologna**                            represented by  **Benjamin Jared Meiselas**
*an individual*                                               Geragos & Geragos
                                                              644 South Figueroa Street
                                                              Historic Engine Co. No. 28
                                                              Los Angeles, CA 90017
                                                              213−625−3900
                                                              Fax: .
                                                              Email: ben@geragos.com *(Inactive)*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jonathan Wesley Johnson**
                                                              Jonathan W. Johnson, LLC
                                                              2296 Henderson Mill Rd.
                                                              Suite 406
                                                              Atlanta, GA 30345
                                                              404−298−0795
                                                              Fax: 404−941−2285
                                                              Email: jwj@jonathanjohnsonatlantalawyer.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lori G. Feldman**
                                                              Geragos & Geragos
                                                              644 South Figueroa Street
                                                              Historic Engine Co. No. 28

Los Angeles, CA 90017
213−625−3900
Email: feldman@geragos.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Geragos**
Geragos & Geragos
644 South Figueroa Street
Historic Engine Co. No. 28
Los Angeles, CA 90017
213−625−3900
Fax: 213−625−1600.
Email: mark@geragos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Lucia Larocchia**<br>*an individual* | represented by | **Benjamin Jared Meiselas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan Wesley Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori G. Feldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Geragos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Emily Knowles**<br>*an individual* | represented by | **Benjamin Jared Meiselas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan Wesley Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori G. Feldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Geragos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Galloway**                    represented by   **Benjamin Jared Meiselas**
*an individual, on behalf of themselves*                 (See above for address)
*and all others similarly situated*                      *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jonathan Wesley Johnson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lori G. Feldman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mark J. Geragos**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin O'Neill**                       represented by   **Aaron M. Olsen**
*on Behalf of Himself and All Others*                    Haeggquist & Eck, LLP −CA
*Similarly Situated*                                     Suite 2050
*TERMINATED: 12/19/2018*                                 225 Broadway
                                                         San Diego, CA 92101
                                                         619−342−8000
                                                         Fax: 619−342−7878
                                                         Email: aarono@haelaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alreen Haeggquist**
                                                         Haeggquist & Eck, LLP −CA
                                                         Suite 2050
                                                         225 Broadway
                                                         San Diego, CA 92101
                                                         619−342−8000

Fax: 619−342−7878.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A. LaGuardia**
Laguardia Law
Suite 800
402 W. Broadway
San Diego, CA 92101
619−355−4432
Fax: 619−655−4344
Email: eal@laguardialaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Tepfenhart**                     represented by   **Eric J. Artrip**
*individually and on behalf of others*                    (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nicolas Miguel Stanojevich**
                                                          Quinn, Connor, Weaver, Davies & Rouco
                                                          LLP
                                                          3516 Covington Highway
                                                          Decatur, GA 30032
                                                          404−299−1211
                                                          Email: nstanojevich@qcwdr.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard P. Rouco**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert Moore Weaver**
                                                          Quinn, Connor, Weaver, Davies & Rouco,
                                                          LLP
                                                          3516 Covington Hwy.
                                                          Decatur, GA 30032
                                                          404−299−1211
                                                          Email: rweaver@cwa−union.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Tessa Addie−Lee Warren**

Quinn, Connor, Weaver, Davies & Rouco,
LLP
3516 Covington Hwy.
Decatur, GA 30032
404−299−1211
Fax: 404−299−1288
Email: twarren@qcwdr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Tepfenhart**                    represented by   **Eric J. Artrip**
*individually and on behalf of others*                      (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nicolas Miguel Stanojevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard P. Rouco**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert Moore Weaver**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Tessa Addie−Lee Warren**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Mackleer**                          represented by   **Eric J. Artrip**
*individually and on behalf of others*                      (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nicolas Miguel Stanojevich**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard P. Rouco**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Destinni Norris**                     represented by   **Eric J. Artrip**
*individually and on behalf of others*                   (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Nicolas Miguel Stanojevich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Richard P. Rouco**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Moore Weaver**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Tessa Addie−Lee Warren**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Barrett J. Vahle**
                                                         Stueve Siegel Hanson, LLP −MO
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Daniel R. Ferri**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicolas Velasquez**                   represented by   **Eric J. Artrip**
*individually and on behalf of others*                   (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Nicolas Miguel Stanojevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gary Asti**                                     represented by   **Eric J. Artrip**
*individually and on behalf of others*                            (See above for address)
*similarly situated*                                              *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Nicolas Miguel Stanojevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Anna Solorio**                                  represented by   **Eric J. Artrip**
*individually and on behalf of others*                            (See above for address)
*similarly situated*                                              *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

Nicolas Miguel Stanojevich
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Richard P. Rouco
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Robert Moore Weaver
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Tessa Addie−Lee Warren
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Harris**                                        represented by   **Eric J. Artrip**
*individually and on behalf of others*                                  (See above for address)
*similarly situated*                                                    *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Nicolas Miguel Stanojevich**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Richard P. Rouco**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert Moore Weaver**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Tessa Addie−Lee Warren**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randall Collins**                                     represented by   **Ben Barnow**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L. MacPherson**
Blood Hurst & O'Reardon, LLP
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grant Avise**                      represented by   **Daniel S. Robinson**
*TERMINATED: 07/12/2018*                              Robinson Calcagnie, Inc. −CA
                                                      19 Corporate Plaza Drive
                                                      Newport Beach, CA 92660
                                                      949−720−1288
                                                      Fax: 949−720−1292.
                                                      Email: Drobinson@robinsonfirm.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Scot D. Wilson**
                                                      Robinson Calcagnie, Inc. −CA
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Wesley K. Polischuk**
                                                      Robinson Calcagnie, Inc. −CA
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy Duran**                      represented by   **Brian S. Kabateck**
                                                      Kabateck, Brown & Kellner, LLP
                                                      644 South Figueroa Street
                                                      Los Angeles, CA 90017
                                                      213−217−5000

Fax: 213−217−5010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie S Pang**
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
213−217−5000
Fax: 213−217−5010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Duran**                          represented by   **Brian S. Kabateck**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Natalie S Pang**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Gallant, Jr.**                represented by   **Kristopher A. Mallahan**
                                                        Weltchek Mallahan and Weltchek
                                                        Suite 203
                                                        2330 W Joppa Road
                                                        Lutherville, MD 21093
                                                        410−825−5287
                                                        Fax: 410−825−5277
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Megan Elizabeth Burns**
                                                        Weltchek Mallahan and Weltchek
                                                        Suite 203
                                                        2330 W Joppa Road
                                                        Lutherville, MD 21093
                                                        410−825−5287
                                                        Fax: 410−825−5277
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Nathan W. Hopkins**
                                                        Weltchek Mallahan and Weltchek
                                                        Suite 203
                                                        2330 W Joppa Road
                                                        Lutherville, MD 21093

410−825−5287
Fax: 410−825−5277
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nolan J. Weltchek**
Weltchek Mallahan and Weltchek
Suite 203
2330 W Joppa Road
Lutherville, MD 21093
410−825−5287
Fax: 410−825−5277
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard V. Falcon**
Murphy Falcon & Murphy, P.A.
Suite 2300
1 South Street
Baltimore, MD 21202
410−951−8744
Fax: 410−539−6599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Weltchek**
Weltchek Mallahan and Weltchek
Suite 203
2330 W Joppa Road
Lutherville, MD 21093
410−825−5287
Fax: 410−825−5277
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Murphy , III**
Murphy & Falcon, P.A.
1 South Street
Ste 30th Floor
Baltimore, MD 21202
410−539−6500
Fax: 410−539−6599
Email: hassan.murphy@murphyfalcon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Hughes Murphy , Jr.**
Murphy Falcon & Murphy, P.A.
Suite 2300
1 South Street
Baltimore, MD 21202
410−951−8744

Fax: 410−539−6599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deidra Byas**                          represented by   **Daniel Ellis Morris**
                                                          Daniel E. Morris Law Firm, PLLC
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Tanisha M. Gates**
                                                          Dorsey & Gates, PLLC
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**K'acia Drummer**                       represented by   **Daniel Ellis Morris**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Tanisha M. Gates**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Lang**                             represented by   **Marc Edward Dann**
*TERMINATED: 04/23/2018*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert A. Clifford**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rusty Payton**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nickolas Hagman**
                                                          Zimmerman Law Offices, P.C.
                                                          *TERMINATED: 04/11/2018*

                                                          **Thomas A. Zimmerman , Jr.**
                                                          Thomas A. Zimmerman, Jr. Attorney at
                                                          Law
                                                          *TERMINATED: 10/25/2018*

                                                          **Shannon McNulty**
                                                          Clifford Law Offices
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Pantek**
*TERMINATED: 04/23/2018*

represented by **Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rusty Payton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Shannon McNulty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Amadick**

represented by **Thomas J. Lyons**
Lyons Law Firm, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
651−770−9707
Fax: 651−770−5830
Email: tommy@consumerjusticecenter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannie Ball**

represented by **Thomas J. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Ball**

represented by **Thomas J. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Greenwood**                    represented by   **Thomas J. Lyons**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Roehl**                        represented by   **Thomas J. Lyons**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Zasada**                    represented by   **Thomas J. Lyons**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Zasada**                     represented by   **Thomas J. Lyons**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodd Santomauro**                     represented by   **Troy N. Giatras**
                                                         The Giatras Law Firm, PLLC
                                                         Suite 400
                                                         118 Capitol Street
                                                         Charleston, WV 25301
                                                         304−343−2900
                                                         Fax: 304−343−2942
                                                         Email: troy@thewvlawfirm.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Birkett**                      represented by   **Troy N. Giatras**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Lee**                           represented by   **Troy N. Giatras**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin King**                          represented by   **Lynn A. Toops**
                                                          COHEN & MALAD LLP
                                                          One Indiana Square
                                                          Suite 1400
                                                          Indianapolis, IN 46204
                                                          (317) 636−6481
                                                          Fax: (317) 636−2593
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Spicer**                       represented by   **Eric H. Gibbs**
                                                          Girard Gibbs, LLP
                                                          601 California Street
                                                          14th Floor
                                                          San Francisco, CA 94108
                                                          510−350−9700
                                                          Fax: 415−981−4846
                                                          Email: ehg@classlawgroup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Alexander**                        represented by   **David M. Given**
                                                          Phillips, Erlewine, Given & Carlin LLP
                                                          Suite 201
                                                          39 Mesa Street
                                                          The Presidio
                                                          San Francisco, CA 94129
                                                          415−398−0900
                                                          Fax: 415−398−0911
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nicholas A. Carlin**
                                                          Phillips, Erlewine, Given & Carlin LLP
                                                          Suite 201
                                                          39 Mesa Street
                                                          The Presidio
                                                          San Francisco, CA 94129
                                                          415−398−0900
                                                          Fax: 415−398−0911
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mr. Matthew Belden**                   represented by   **Alexandra P. Summer**
*individually and on behalf of all other*                Cotchett, Pitre & McCarthy
*similarly situated California citizens*                  Suite 200

840 Malcolm Road
Burlingame, CA 94010
650−697−6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gwendolyn R. Giblin**
Cotchett, Pitre & McCarthy
Suite 200
840 Malcolm Road
Burlingame, CA 94010
650−697−6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
Cotchett, Pitre & McCarthy
Suite 200
840 Malcolm Road
Burlingame, CA 94010
650−697−6000
Fax: 650−697−0577
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Cotton Molumphy**
Cotchett, Pitre & McCarthy
Suite 200
840 Malcolm Road
Burlingame, CA 94010
650−697−6000
Fax: 650−697−0577
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri Murphy**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
Keller Rohrback, L.L.P
1201 Third Avenue
Suite 3200
Seattle, WA 98101
206−623−1900
Email: claufenberg@kellerrohrback.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
Keller Rohrback, L.L.P
1201 Third Avenue
Suite 3200
Seattle, WA 98101

206−623−1900
Fax: 206−623−3384
Email: dloeser@kellerrohrback.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
Keller Rohrback, L.L.P
1201 Third Avenue
Suite 3200
Seattle, WA 98101
206−623−1900
Fax: 206−623−3384.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
Keller Rohrback, L.L.P
1201 Third Avenue
Suite 3200
Seattle, WA 98101
206−623−1900
Email: lsarko@kellerrohrback.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
Keller Rohrback, L.L.P −CA
Suite 301
801 Garden Street
Santa Barbara, CA 93101
805−456−1496
Fax: 805−456−1497
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
Motley Rice, LLC−SC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843−216−9000
Fax: 843−216−9450
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
Motley Rice, LLC−SC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
843−216−9163
Email: jflowers@motleyrice.com

*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Laura Ray**
Motley Rice, LLC−CT
17th Floor
One Corporate Center, 20 Church Street
Hartford, CT 06103
860−882−1681
Fax: 860−882−1682
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
Motley Rice, LLC−CT
17th Floor
One Corporate Center, 20 Church Street
Hartford, CT 06103
860−882−1681
Fax: 860−882−1682
*TERMINATED: 05/11/2018*

**Plaintiff**

**Ashley Cashon**                             represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Derek W. Loeser**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Gretchen Freeman Cappio**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Lynn Lincoln Sarko**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Matthew J. Preusch**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Jade Haileselassie**                    represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Derek W. Loeser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gretchen Freeman Cappio**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lynn Lincoln Sarko**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew J. Preusch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Breanne Vandemeer Cope**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Roy Bishop**                    represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Derek W. Loeser**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Gretchen Freeman Cappio**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Lynn Lincoln Sarko**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Matthew J. Preusch**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Breanne Vandemeer Cope**
                                                  (See above for address)
                                                  *TERMINATED: 05/11/2018*

                                                  **Jodi Westbrook Flowers**
                                                  (See above for address)
                                                  *TERMINATED: 05/11/2018*
                                                  *PRO HAC VICE*

                                                  **Laura Ray**

(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Bruce Mattock**                     represented by  **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Derek W. Loeser**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gretchen Freeman Cappio**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lynn Lincoln Sarko**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew J. Preusch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Breanne Vandemeer Cope**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*

                                                      **Jodi Westbrook Flowers**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*
                                                      *PRO HAC VICE*

                                                      **Laura Ray**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*

                                                      **Mathew Jasinski**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*

**Plaintiff**

| | | |
|---|---|---|
| **Reesa Ali**<br>*TERMINATED: 05/01/2018* | represented by | **Cari C. Laufenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

| | | |
|---|---|---|
| **Tom W. Hannon** | represented by | **Cari C. Laufenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Nancy Gauger**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

<u>**Plaintiff**</u>

**Tiffany Fossett**                                   represented by   **Eric J. Artrip**
*individually and on behalf of others*                                (See above for address)
*similarly situated*                                                  *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Nicolas Miguel Stanojevich**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Richard P. Rouco**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Robert Moore Weaver**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergeant James Gates**                    represented by    **Eric J. Artrip**
*individually and on behalf of others*                       (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nicolas Miguel Stanojevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Richard P. Rouco**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert Moore Weaver**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tessa Addie−Lee Warren**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danika Aday**                             represented by    **Eric J. Artrip**
*individually and on behalf of others*                       (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nicolas Miguel Stanojevich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Richard P. Rouco**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Kaden**
*individually and on behalf of others similarly situated*

represented by **Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolas Miguel Stanojevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Kittredge**
*individually and on behalf of others similarly situated*

represented by **Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolas Miguel Stanojevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Handrock**                represented by   **Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolas Miguel Stanojevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracey Stough**                represented by   **Eric J. Artrip**
*individually and on behalf of others*                        (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolas Miguel Stanojevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert Moore Weaver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tessa Addie−Lee Warren**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy S. Kishel**                     represented by   **Kevin Hunter Sharp**
Sanford Heisler Sharp, LLP
Suite 3100
611 Commerce Street
Nashville, TN 37203
615−434−7001
Fax: 615−434−7020.
Email: ksharp@sanfordheisler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander S. Hepburn**                  represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*                  (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krista Pino**                           represented by   **Kevin Hunter Sharp**
*on behalf of herself and all others*                     (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Galpern**                        represented by   **Corey Benjamin Bennett**
Scott Cole & Associates, APC
Ninth Floor
1970 Broadway
Oakland, CA 94612
510−891−9800
Fax: 510−891−7030
Email: cbennett@scalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teresa Denise Allen**
Scott Cole & Associates, APC
Ninth Floor
1970 Broadway
Oakland, CA 94612
510−891−9800
Fax: 510−891−7030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Paul Rumberger**
Law Offices of Timothy P. Rumberger
1339 Bay Street
Alameda, CA 94501
510−841−5500
Fax: 510−521−9700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Edward Cole**
Scott Cole & Associates, APC
Ninth Floor
1970 Broadway
Oakland, CA 94612
510−891−9800
Fax: 510−891−7030
Email: scole@scalaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taylor Sprecher**
*on behalf of himself and all others
similarly situated*

represented by **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Broder**
*individually and on behalf of herself and
other similarly situated*

represented by **Andrea Bierstein**
Simmons Hanly Conroy
112 Madison Avenue
7th Floor
New York, NY 10016
212−784−6403
Fax: 212−213−5949
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Miceli**
David F. Miceli, LLC
P.O. Box 2519

Carrollton, GA 30112
404−915−8886
Email: dmiceli@miceli−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily C. Aldridge**
Bleichmar Fonti & Auld LLP
Suite 670
1999 Harrison Street
Oakland, CA 94612
415−445−4003
Fax: 415−445−4020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayne Conroy**
Simmons Hanly Conroy LLC −NY
112 Madison Avenue
New York, NY 10016
212−784−6402
Fax: 212−784−6420
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lesley A. Weaver**
Bleichmar Fonti & Auld LLP
Suite 670
1999 Harrison Street
Oakland, CA 94612
415−445−4003
Fax: 415−445−4020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Weiler**
Bleichmar Fonti & Auld LLP
Suite 670
1999 Harrison Street
Oakland, CA 94612
415−445−4003
Fax: 415−445−4020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie C. Murphy**                 represented by   **Joseph Shane Hudson**
Hudson & King, LLC
P.O. Box 2520
Suite A
615 N. Virginia Avenue

Tifton, GA 31793
229−396−5845
Fax: 229−396−5848
Email: jshudson@hudsonkinglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Beecher Connell**
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree St., N.E.
Atlanta, GA 30303−1614
404−659−6700
Email: connell@elarbeethompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanford Glenn Wilson**
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree St., N.E.
Atlanta, GA 30303−1614
404−659−6700
Email: swilson@elarbeethompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mollie Marcia Roberts**          represented by  **Joseph Shane Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Beecher Connell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanford Glenn Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thomas Leslie Coogle**          represented by  **Joseph Shane Hudson**
*individually and on behalf of all others*          (See above for address)
*similarly situated*          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Beecher Connell**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanford Glenn Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O'Dell Properties, LLC**                 represented by   **Jason R. Doss**
                                                            The Doss Firm, LLC
                                                            The Brumby Building
                                                            Suite 220
                                                            127 Church Street
                                                            Marietta, GA 30060
                                                            770−578−1314
                                                            Fax: 770−578−1302
                                                            Email: jasondoss@dossfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Samuel Tillman Brannan**
                                                            The Doss Firm, LLC
                                                            Suite 101
                                                            36 Trammell Street
                                                            Marietta, GA 30064
                                                            770−578−1314
                                                            Fax: 770−578−1302.
                                                            Email: stbrannan@dossfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**O'Dell & O'Neal, P.C.**                  represented by   **Jason R. Doss**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Samuel Tillman Brannan**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jelli Donuts, LLC**                      represented by   **Jason R. Doss**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Samuel Tillman Brannan**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**One Cent Lane, LLC**                 represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaselight, LLC**                 represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafco, LLC**                 represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rahul Faruqi**                 represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Chase**                 represented by   **Jason R. Doss**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Justin O'Dell** | represented by | **Jason R. Doss** |

*individually and on behalf of others*
*similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Meghan Simmons** | represented by | **Andrew Melzer** |

Sanford Heisler Sharp, LLP−NY
31st Floor
1350 Avenue of Americans
New York, NY 10019
646−402−5650
Fax: 646−402−5651
Email: amelzer@sanfordheisler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Paul Sander**
Jason Sander, Attorney at Law
4314 Feagan Street
Houston, TX 77007
713−899−9784
Email: sanderjason@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
Sanford Heisler Sharp, LLP−NY
31st Floor
1350 Avenue of Americans
New York, NY 10019
646−402−5650
Email: jheisler@sanfordheisler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Jay Pontrelli**
Byrne Davis & Hicks, P.C.
3565 Peachtree Road, N.E.
Building 4, Suite 380
Atlanta, GA 30305
404−266−7284
Fax: 404−266−7272
Email: ppontrelli@law.ga.gov
*TERMINATED: 04/01/2019*

**Plaintiff**

**John W. Simmons, II**                represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Paul Sander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Jay Pontrelli**
(See above for address)
*TERMINATED: 04/01/2019*

**Plaintiff**

**Bert Tundidor**                represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Paul Sander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Jay Pontrelli**
(See above for address)
*TERMINATED: 04/01/2019*

**Plaintiff**

**Keri Bakken**                        represented by  **G. John Cento**
Cento Law, LLC
Suite 100
5915 North College Avenue
Indianapolis, IN 46220
765−280−3272
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**K. Scott Wagner**
Kerkman Wagner & Dunn
Suite 400
839 North Jefferson Street
Milwaukee, WI 53202
512−338−4605
Fax: 612−338−4692
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent J. Esades**
Heins Mills & Olson P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
612−338−4605

Fax: 612−338−4692
Email: vesades@heinsmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gustavo Carlo Sanchez**                    represented by   **G. John Cento**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **K. Scott Wagner**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ranse M. Partin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Vincent J. Esades**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Ware**                         represented by   **G. John Cento**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **K. Scott Wagner**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ranse M. Partin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Vincent J. Esades**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Smith Brannan**                      represented by   **James Benjamin Finley**
                                                              The Finley Firm, P.C.
                                                              200 13th Street

Columbus, GA 31901
706−322−6226
Email: bfinley@thefinleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, GA 30305
404−320−9979 ext 202
Fax: 404−320−9978
Email: mgibson@thefinleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Walker Garrett**
The Finley Firm, P.C.
200 13th Street
Columbus, GA 31901
404−320−9979
Fax: 404−320−9978
Email: wgarrett@thefinleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Russell Arwood**
*on behalf of themselves and all others similary situated*

represented by **James Benjamin Finley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Walker Garrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alabama Teachers Credit Union**
*on behalf of itself and all others similarly situated*

represented by **Chris T. Hellums**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Mann**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Mirarchi**                    represented by  **Jeffrey L. Kodroff**
*Individually and on Behalf of All Others*              Spector Roseman & Kodroff, PC
*Similarly Situated*                                    2001 Market Street
                                                        Suite 3420
                                                        Philadelphia, PA 19103
                                                        215−496−0300
                                                        Fax: 215−496−6611
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert W. Killorin**
                                                        Faruqi & Faruqi, LLP −Atl
                                                        Suite A
                                                        3975 Roswell Road
                                                        Atlanta, GA 30342
                                                        404−275−7557
                                                        Email: rkillorin@faruqilaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alcoa Community Federal Credit**      represented by  **Karen Sharp Halbert**
**Union**                                               Roberts Law Firm, P.A.
*individually and on behalf of a class of*              P.O. Box 241790
*all similarly situated financial*                      20 Rahling Circle
*institutions*                                          Little Rock, AR 72223−1790
*TERMINATED: 01/28/2019*                                501−821−5575
                                                        Email: karenhalbert@robertslawfirm.us
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert C. Khayat , Jr.**
                                                        The Khayat Law Firm
                                                        75 Fourteenth Street NE
                                                        Suite 2750

Atlanta, GA 30309
404−978−2750
Fax: 404−572−5137
Email: rkhayat@khayatlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Calderon**                           represented by   **Daniel Arthur Kent**
Kent & Risley, LLC
Suite 57
5755 North Point Pkwy.
Alpharetta, GA 30022
404−585−4214
Fax: 404−829−2412.
Email: dankent@kentrisley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory S. Otsuka**
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
952−941−4005
Fax: 952−941−2337.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
952−941−4005
Fax: 952−941−2337.
Email: mcashman@hjlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
Hellmuth & Johnson PLLC −MN
8050 West 78th Street
Edina, MN 55439
952−941−4005
Fax: 952−941−2337
*TERMINATED: 11/28/2018*

**Plaintiff**

**Barbara Westbrook**
*on behalf of themselves and all others*
*similarly situated*

represented by **Daniel Arthur Kent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory S. Otsuka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*TERMINATED: 11/28/2018*

**Plaintiff**

**Shon Henderson**
*on behalf of herself and all others*
*similarly situated*

represented by **Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lewis**
*on behalf of himself and all others*
*similarly situated*

represented by **Lee A. Cirsch**
The Lanier Law Firm − TX
6810 FM 1960 West
Houston, TX 77069
713−659−5200
Fax: 713−659−2204
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
The Lanier Law Firm − TX
6810 FM 1960 West
Houston, TX 77069
713−659−5200
Fax: 713−659−2204
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jasmine Chenault**
*individually and on behalf of all others*
*similarly situated*

represented by **Robin Frazer Clark**
Robin Frazer Clark, PC
Centennial Tower, Suite 2300
101 Marietta Street, N.W.
Atlanta, GA 30303
404−873−3700
Fax: 404−876−2555
Email: robinclark@gatriallawyers.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Katz**

represented by **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Abraham**
Abraham, Fruchter & Twersky, LLP
One Pennsylvania Plaza
Suite 2805
New York, NY 10019−1910
212−279−5050
Email: jabraham@aftlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Katz**

represented by **David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Abraham**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Josef Katz**                                            represented by    **David James Worley**
*individually and on Behalf of all Others*                                 (See above for address)
*Similarly Situated*                                                       *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **James M. Evangelista**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Jeffrey S. Abraham**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *PRO HAC VICE*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Kristi Stahnke McGregor**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Telesforo Jimenez**                                    represented by    **Jeff S. Westerman**
                                                                           Westerman Law Corp.
                                                                           1875 Century Park East
                                                                           Suite 2200
                                                                           Los Angeles, CA 90067
                                                                           310−698−7880
                                                                           Email: JWESTERMAN@JSWLEGAL.COM
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Kevin Trent Moore**
                                                                           Kevin T. Moore, P.C.
                                                                           6111 Peachtree Dunwoody RD., NE
                                                                           Building C, Suite 201
                                                                           Atlanta, GA 30328
                                                                           770−396−3622
                                                                           Fax: 770−551−8701
                                                                           Email: ktm@ktmtriallaw.com
                                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Carmen Pellitteri** | represented by | **Brant D. Penney**<br>Reinhardt, Wendorf & Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>651−287−2100<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett D. Blanchfield , Jr.**
Reinhardt & Anderson
332 Minnesota Street
E−1000 First National Bank Building
St. Paul, MN 55101
651−287−2100
Fax: .
Email: g.blanchfield@rwblawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Reinhardt**
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
651−287−2100
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kent Toft**<br>*individually and on behalf of all others*<br>*similarly situated* | represented by | **Brant D. Penney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett D. Blanchfield , Jr.**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Reinhardt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gulf Winds Federal Credit Union**
*on behalf of itself and all others similarly
situated*

represented by   **Chris T. Hellums**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Independent Community Bankers of
America**
*as an association on behalf of its
members*
*TERMINATED: 01/28/2019*

represented by   **Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The First State Bank**
*TERMINATED: 01/28/2019*

represented by **Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bank of Zachary**
*individually and on behalf of a class of
all similarly situated financial
institutions*
*TERMINATED: 01/28/2019*

represented by **Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bank of Ripley**                    represented by   **Allen Carney**
*on behalf of itself and all others similarly*                     Carney Bates & Pulliam, PLLC
*situated*                     519 W. 7th Street
*TERMINATED: 01/28/2019*                     Little Rock, AR 72201
501−312−8500
Fax: 501−312−8505
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Allen Carney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H. Bates , III**
Carney Bates & Pulliam, PLLC
519 W. 7th Street
Little Rock, AR 72201
501−312−8500
Fax: 501−312−8505
Email: hbates@cbplaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Louisiana Credit Union**            represented by   **Chris T. Hellums**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Vice**                                  represented by   **C. Jacob Gower**
*Individually and on Behalf of All Others*                       Burns Charest, LLP
*Similarly situated*                                             Suite 1170
*TERMINATED: 04/11/2018*                                         365 Canal Street
                                                                 New Orleans, LA 70139
                                                                 504−799−2845
                                                                 Fax: 504−881−1765
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Daniel H. Charest**
Susman Godfrey, LLP−TX
Suite 5100
901 Main Street
Dallas, TX 75202−3775
214−754−1900
Email: dcharest@burnscharest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Korey A. Nelson**
Murray Law Firm

650 Poydras Street
Suite 2150
New Orleans, LA 70130
504−525−8100
Email: knelson@murray−lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren T. Burns**
Susman Godfrey, LLP−TX
Suite 5100
901 Main Street
Dallas, TX 75202−3775
214−754−1928
Email: wburns@burnscharest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
Robbins Geller Rudman & Dowd, LLP
−FL
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432
561−750−3000
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
Robbins Geller Rudman & Dowd, LLP
−FL
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432
561−750−3000
Email: sdavidson@rgrdlaw.com
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**David Horne**                     represented by   **Robert F. Lopez**
Hagens Berman Sobol Shapiro, LLP −WA
Suite 3300
1918 8th Avenue
Seattle, WA 98101
206−268−9304
Email: robl@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
Hagens Berman Sobol Shapiro, LLP −WA
Suite 3300
1918 8th Avenue
Seattle, WA 98101
206−268−9337
Fax: 719−623−0594
Email: toml@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Diane Brown**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Kelly Flood**                    represented by

**Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Thurman Bryan Clark**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Deborah Person**                         represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*

197

*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Amanda Chap**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Timothy Hutz**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Lea Santello**                            represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Lisa Melegari**                           represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Dawn Evans**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Jennifer Griffin**              represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)

*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

| | | |
|---|---|---|
| **William Knudsen** | represented by | **Robert F. Lopez** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

| | | |
|---|---|---|
| **Scott Sroka** | represented by | **Robert F. Lopez** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**

(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Douglas Laktonen**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Patricia Tuel**                       represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

Stuart A. Davidson
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Christopher Hutchinson**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Randi Freeman**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*

*PRO HAC VICE*

**Plaintiff**

**Cassey−Jo Wood**                    represented by      **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Donna Mosley**                    represented by      **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Scott Youngstrom**                          represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Robert Harris**                          represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**William Hill**                          represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Chris Tinen**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Kenneth Peterson**                represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Walter Kivlan**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**David Jungali**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

Patricia Buhler                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

Emily Bosak                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)

*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

| | | |
|---|---|---|
| **Sean Bosak** | represented by | **Robert F. Lopez** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

| | | |
|---|---|---|
| **Justin Peltier** | represented by | **Robert F. Lopez** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**

(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

Peter Maizitis                                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

Jerry Nutt                                        represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Marie Chinander**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Raymond McCartney**                    represented by    **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*

211

*PRO HAC VICE*

**Plaintiff**

**Patricia Maggiacomo**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Michael Moore**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**David Steufen**                          represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Jeannie Baggett**                        represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Cheryl Lawson**                          represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Ivy Madsen**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Scott Kingsland**                represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Georgeanne Roberts**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Peter de Jesus**                        represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Zandra Mendoza**                    represented by   **Robert F. Lopez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Tanya Palmer**                      represented by   **Robert F. Lopez**
*individually and on behalf of all others*            (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Loeser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)

*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

| | | |
|---|---|---|
| **Bank of Louisiana**<br>*TERMINATED: 01/28/2019* | represented by | **Anthony C. Lake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Thomas White**
Murray Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504−593−6473
Email: cthomas@murray−lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aventa Credit Union**
*TERMINATED: 01/28/2019*

represented by   **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Thomas White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin W. Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**First Choice Federal Credit Union**
*individually and on behalf of a class of*
*similarly situated financial institutions*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Thomas White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc LaGasse**                    represented by  **Alexander Dewitt Weatherby**
                                                    Carr and Weatherby, LLP
                                                    Building 10
                                                    4200 Northside Parkway, N.W.
                                                    Atlanta, GA 30327
                                                    404−442−9000
                                                    Fax: 404−442−9700

Email: aweatherby@wpcarr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin T. Sirolly**
Molo Lamken, LLP −DC
600 New Hampshire Avenue, NW
Washington, DC 20037
202−556−2000
Fax: 202−556−2001
Email: btsirolly@mololamken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Michaeli**
Molo Lamken, LLP
300 North LaSalle Street
Chicago, IL 60654
312−450−6700
Fax: 312−450−6701
Email: dmichaeli@mololamken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin B. Weiner**
Molo Lamken, LLP
300 North LaSalle Street
Chicago, IL 60654
312−450−6700
Fax: 312−450−6701
Email: jweiner@mololamken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cunniff Church**
Molo Lamken, LLP
300 North LaSalle Street
Chicago, IL 60654
312−450−6700
Fax: 312−450−6701
Email: mchurch@mololamken.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Molo**
Molo Lamken, LLP
300 North LaSalle Street
Chicago, IL 60654
312−450−6700
Fax: 312−450−6701
Email: smolo@mololamken.com *(Inactive)*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Pitts Carr**
W. Pitts Carr and Associates, PC
Building 10
4200 Northside Parkway, N.W.
Atlanta, GA 30327
404−442−9000
Fax: 404−442−9700
Email: pcarr@wpcarr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Susman**
Susman Godfrey−TX
1000 Louisiana Street
Suite 5100
Houston, TX 77002−5096
713−651−9366
Fax: 212−336−8340
Email: ssusman@susmangodfrey.com
*TERMINATED: 09/13/2018*

**Steven M. Shepard**
Susman Godfrey−NY
*TERMINATED: 07/20/2018*

**Plaintiff**

**Andrea E. Petrungaro**
*individually and on behalf of all others
similarly situated*

represented by **Alexander Dewitt Weatherby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin T. Sirolly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Michaeli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin B. Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cunniff Church**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven F. Molo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Pitts Carr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Susman**
(See above for address)
*TERMINATED: 09/13/2018*

**Steven M. Shepard**
(See above for address)
*TERMINATED: 07/20/2018*

**Plaintiff**

Christian Duke                    represented by    **Ashley R. Rifkin**
*TERMINATED: 02/13/2019*                            Robbins Arroyo, LLP−CA
                                                    Suite 1900
                                                    600 B Street
                                                    San Diego, CA 92101
                                                    619−525−3990
                                                    Fax: 619−525−3991
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brian J. Robbins**
                                                    Robbins Arroyo, LLP−CA
                                                    Suite 1900
                                                    600 B Street
                                                    San Diego, CA 92101
                                                    619−525−3990
                                                    Fax: 619−525−3991
                                                    Email: notice@robbinsllp.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kevin A. Seely**
                                                    Robbins Arroyo, LLP−CA
                                                    Suite 1900
                                                    600 B Street
                                                    San Diego, CA 92101
                                                    619−525−3990
                                                    Fax: 619−525−3991
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Mark J. Dearborn**
Robbins Geller Rudman & Dowd, LLP
−FL
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432
561−750−3000
Fax: 561−750−3364
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. McKany**
Robbins Arroyo, LLP−CA
Suite 1900
600 B Street
San Diego, CA 92101
619−525−3990
Fax: 619−525−3991
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Dale Miller**
*Individually, and on Behalf of All Others*
*Similarly Situated*
*TERMINATED: 02/13/2019*

represented by **Ashley R. Rifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian J. Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Seely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Dearborn**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. McKany**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

Charles Gastineau                    represented by   **Alexandria Patel Rankin**
Holzer & Holzer, LLC
Suite 410
1200 Ashford Center North
Atlanta, GA 30338
770−392−0090
Email: arankin@holzerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Daniel Holzer**
Holzer & Holzer, LLC
Suite 410
1200 Ashwood Pkwy.
Atlanta, GA 30338
770−392−0090
Fax: .
Email: cholzer@holzerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jim Wyly**
Wyly Rommel, PLLC
4004 Texas Blvd
Texarkana, TX 75503
903−334−8646
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall P. Dees**
Holzer & Holzer, LLC
Suite 410
1200 Ashford Center North
Atlanta, GA 30338
770−392−0090
Fax: 770−392−0029
Email: mdees@holzerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
Steel, Wright, Gray & Hutchinson, PLLC
Suite 2910
400 W. Capitol Avenue
Little Rock, AR 72201
501−251−1587
Fax: .
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blake McBride**                     represented by     **Alexandria Patel Rankin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Daniel Holzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jim Wyly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall P. Dees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Griggs**                       represented by

**Alexandria Patel Rankin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Daniel Holzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jim Wyly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall P. Dees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeff Seiter**                     represented by **Alexandria Patel Rankin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Daniel Holzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jim Wyly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall P. Dees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

228

**Plaintiff**

| | | |
|---|---|---|
| **Richard Huppert** | represented by | **Alexandria Patel Rankin** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Daniel Holzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jim Wyly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall P. Dees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **David Crowe** | represented by | **Alexandria Patel Rankin** |

*individually and on behalf of all others similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Daniel Holzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jim Wyly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall P. Dees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Halpin**                    represented by    **Carin L. Marcussen**
*individually and on behalf of all others*              (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David James Worley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James M. Evangelista**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Robert Noblin**
                                                        Green & Noblin, P.C.
                                                        Suite 101
                                                        2200 Larkspur Landing Circle
                                                        Larkspur, CA 94939
                                                        415−477−6700
                                                        Fax: 415−477−6710.
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joshua D. Wells**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kristi Stahnke McGregor**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert S. Green**
                                                        Green & Noblin, P.C.
                                                        Suite 101
                                                        2200 Larkspur Landing Circle
                                                        Larkspur, CA 94939
                                                        415−477−6700
                                                        Fax: 415−477−6710
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William B. Federman**
                                                        (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Els**
*individually and on behalf of all others similarly situated*

represented by **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Noblin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Green**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Whittington**
*individually and on behalf of all others similarly situated*

represented by **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Green**
Air Line Pilots Association
6525 Massachusetts Avenue, N.W.
8th Floor
Washington, DC 20036
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Noblin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lillian Katherine Green**
Law Offices of Gary Green
1001 La Harpe Blvd
Little Rock, AR 72201
501−224−7499
Fax: 501−224−2294
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Green**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William B. Federman**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kurtis St. Clair**                        represented by   **Andrei V. Rado**
*individually and on behalf of all others*                  (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ariana J. Tadler**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David James Worley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Henry Kelston**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James M. Evangelista**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kristi Stahnke McGregor**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Melissa Ryan Clark**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle McClure**                           represented by   **Andrei V. Rado**
*individually and on behalf of all others*                  (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ariana J. Tadler**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry Kelston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ryan Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremiah Smith**
*individually and on behalf of all others
similarly situated*

represented by **Andrei V. Rado**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ariana J. Tadler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry Kelston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney D. Smith**                      represented by   **Andrei V. Rado**
*individually and on behalf of all others*                 (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ariana J. Tadler**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David James Worley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Henry Kelston**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James M. Evangelista**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kristi Stahnke McGregor**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Melissa Ryan Clark**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                           represented by

**Josh Rupnow**
*individually and on behalf of all others*
*similarly situated*

**Andrei V. Rado**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ariana J. Tadler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry Kelston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ryan Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Krachanus**
*an individual, on behalf of himself and*
*all others similarly situated*

represented by **Benjamin Jared Meiselas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Wesley Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori G. Feldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Mark J. Geragos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kirby Wilkins**                      represented by   **Ethan J. Barlieb**
*Individually and on behalf of All Others*            (See above for address)
*Similarly Situated*                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua E. D'Ancona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa L. Heller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith L. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naumon A. Amjed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*TERMINATED: 02/28/2018*
*PRO HAC VICE*

**Davis Cooper**
(See above for address)
*TERMINATED: 02/28/2018*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Jennifer L. Joost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dianna Larson** | represented by | **David Andrew Bain** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Bench**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua J. Grabar**
Grabar Law Office
BNY Mellon Center
1735 Market Street
Suite 3750
Philadelphia, PA 19103
267−507−6085
Email: Jgrabar@grabarlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Christy Adams** | represented by | **David Andrew Bain** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Bench**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua J. Grabar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Gary Mares** | represented by | |

**David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Bench**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua J. Grabar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Gates**                      represented by   **David Andrew Bain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Bench**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua J. Grabar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Warren Dixon**              represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                              (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Kevin R. Dean**
Motley Rice, LLC−SC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843−216−9152
Email: kdean@motleyrice.com
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

represented by

**Hollie Moore**
*TERMINATED: 05/01/2018*

**Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Steven B. Stein**                 represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                             (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**John Corona**
*TERMINATED: 05/01/2018*

represented by   **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Anna Rice−Wright**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**James R. Wright**            represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                        (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Derek W. Loeser**
                                                (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Christopher P. Dunleavy**          represented by  **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Victoria Lynn Strutz**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Phillip Williams**
*TERMINATED: 05/01/2018*

represented by   **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Jon M. Lewis**                          represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Derek W. Loeser**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gretchen Freeman Cappio**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Stephen M. Shafran, Jr.**                represented by    **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Derek W. Loeser**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gretchen Freeman Cappio**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lynn Lincoln Sarko**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

<u>**Plaintiff**</u>

**Barbara A. Shafran**                    represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Derek W. Loeser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gretchen Freeman Cappio**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lynn Lincoln Sarko**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Gary Martinez**                           represented by   **Cari C. Laufenberg**
*TERMINATED: 06/20/2018*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Derek W. Loeser**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Gretchen Freeman Cappio**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lynn Lincoln Sarko**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Julia A. Williams**                           represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Derek W. Loeser**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Gretchen Freeman Cappio**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Lynn Lincoln Sarko**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew J. Preusch**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Katherine Edwards**                    represented by    **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**John L. Brisini, Jr.**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Ryan Treat**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)

*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Antonietta McCann**                    represented by    **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Derek W. Loeser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gretchen Freeman Cappio**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lynn Lincoln Sarko**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew J. Preusch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Breanne Vandemeer Cope**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Patricia Samuelson**
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)

*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Donald A. Cordell**                    represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Derek W. Loeser**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gretchen Freeman Cappio**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lynn Lincoln Sarko**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew J. Preusch**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Breanne Vandemeer Cope**
                                                         (See above for address)
                                                         *TERMINATED: 05/11/2018*

                                                         **Jodi Westbrook Flowers**
                                                         (See above for address)
                                                         *TERMINATED: 05/11/2018*
                                                         *PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Deborah Rivas**                    represented by   **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Derek W. Loeser**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gretchen Freeman Cappio**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lynn Lincoln Sarko**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew J. Preusch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Breanne Vandemeer Cope**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*

                                                      **Jodi Westbrook Flowers**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*
                                                      *PRO HAC VICE*

                                                      **Kevin R. Dean**

(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Randall K. Roshto**                    represented by    **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Derek W. Loeser**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gretchen Freeman Cappio**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Lynn Lincoln Sarko**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew J. Preusch**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Breanne Vandemeer Cope**
                                                           (See above for address)
                                                           *TERMINATED: 05/11/2018*

                                                           **Jodi Westbrook Flowers**
                                                           (See above for address)
                                                           *TERMINATED: 05/11/2018*
                                                           *PRO HAC VICE*

                                                           **Kevin R. Dean**
                                                           (See above for address)
                                                           *TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Elizabeth Dorssom**                    represented by  **Cari C. Laufenberg**
*TERMINATED: 05/01/2018*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Derek W. Loeser**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gretchen Freeman Cappio**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lynn Lincoln Sarko**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew J. Preusch**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Breanne Vandemeer Cope**
                                                         (See above for address)
                                                         *TERMINATED: 05/11/2018*

                                                         **Jodi Westbrook Flowers**
                                                         (See above for address)
                                                         *TERMINATED: 05/11/2018*
                                                         *PRO HAC VICE*

                                                         **Kevin R. Dean**
                                                         (See above for address)
                                                         *TERMINATED: 05/11/2018*

                                                         **Laura Ray**

(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Karen Bergquist**                      represented by   **Cari C. Laufenberg**
*individually and on behalf of all others*                (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                  *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Derek W. Loeser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gretchen Freeman Cappio**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lynn Lincoln Sarko**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew J. Preusch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Breanne Vandemeer Cope**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*

                                                          **Jodi Westbrook Flowers**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*
                                                          *PRO HAC VICE*

                                                          **Kevin R. Dean**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*

                                                          **Laura Ray**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Kademi, LLC**                                   represented by   **Jason R. Doss**
*a Mississippi limited liability company*                          (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Samuel Tillman Brannan**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Superior Services Investment Group,**          represented by   **Jason R. Doss**
**LLC**                                                            (See above for address)
*a Georgia limited liability company*                             *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Samuel Tillman Brannan**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Forest Express Properties, LLC**               represented by   **Jason R. Doss**
*a Georgia limited liability company*                             (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Samuel Tillman Brannan**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jus Rev, LLC**                                 represented by   **Jason R. Doss**
*a Georgia limited liability company*                             (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Samuel Tillman Brannan**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pierce N Tell of Sarasota, LLC**
*a Florida limited liability company*

represented by **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin's Auto Repair**
*a Georgia partnership*

represented by **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mojo Mama's LLC**
*a Missouri limited liability company*

represented by **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Young's Distributing Co., Inc.**
*a Missouri corporation*

represented by **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coastal Communications, LLC**
*a Texas limited liability company*
*TERMINATED: 09/11/2018*

represented by **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Mello Group, Inc.**                represented by   **Jason R. Doss**
*a Delaware corporation*                                  (See above for address)
TERMINATED: 09/11/2018                                    *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel Tillman Brannan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Lea Chalmers**                    represented by   **Jason R. Doss**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel Tillman Brannan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Alexander**                    represented by   **Jason R. Doss**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel Tillman Brannan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Akbar Ali**                            represented by   **Jason R. Doss**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel Tillman Brannan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reevney St. Luc**                      represented by

**Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Poonam Ali**                            represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oshik Perez**                           represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Sue Martin**                     represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Marvin Martin, Jr.**            represented by   **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela M. Krout**                    represented by    **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridgette Young**                    represented by    **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeff Newkirk**                       represented by    **Jason R. Doss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Williams**                     represented by    **Jason R. Doss**
*individually and on behalf of others*                   (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Tillman Brannan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Army Aviation Center Federal Credit Union**
*TERMINATED: 01/28/2019*

**Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin W. Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret B. Ferron**
Scott & Scott, Attorney at Law, LLP −CT
P.O. Box 192
156 South Main Street
Colchester, CT 06745
860−537−5537
Fax: 860−537−4432
Email: mferron@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greater Cincinnati Credit Union**
*individually and on behalf of a class of*
*all similarly situated financial*
*institutions*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret B. Ferron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Credit Union National Association**
*as an association on behalf of its*
*members*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**First Castle Federal Credit Union**
*on behalf of itself and all others similarly situated*

represented by **Chris T. Hellums**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A. Dellaccio**
Cory Watson
2131 Magnolia Avenue
Birmingham, AL 35205
205−328−2200
Email: ddellaccio@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Kirk Wood**
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, AL 35283
205−612−0243
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F. Jerome Tapley**
Cory Watson, P.C.
2131 Magnolia Avenue
Suite 200

Birmingham, AL 35205
205−328−2200
Email: jtapley@corywatson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg L. Davis**
Davis & Taliaferro
7031 Halcyn Park Drive
Montgomery, AL 36117
334−832−9080
Fax: 334−409−7001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Consumers Cooperative Credit Union**          represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Arthur M. Murray**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Brian C. Gudmundson**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Bryan L. Bleichner**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Embark Credit Union**                    represented by    **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Numark Credit Union**                    represented by   **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ravalli County Federal Credit Union**
*individually and on behalf of a class of*
*all similarly situated financial*
*institutions*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Association of Vermont Credit Unions, Inc.**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**

281

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**California Credit Union League**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolinas Credit Union League**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indiana Credit Union League**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**League of Southeastern Credit Unions
& Affiliates**
*TERMINATED: 01/28/2019*

represented by   **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mississippi Credit Union League**
*TERMINATED: 01/28/2019*
*doing business as*
Mississippi Credit Union Association
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*

289

*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Montana Credit Union League**                represented by    **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                        (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Arthur M. Murray**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brian C. Gudmundson**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Bryan L. Bleichner**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Bryan A. Fox**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mountain West Credit Union Association**<br>*TERMINATED: 01/28/2019* | represented by | **Anthony C. Lake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nevada Credit Union League**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pennsylvania Credit Union Association**
*each as an association on behalf of its*
*members*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dori M. Mashburn**
*Individually And On Behalf Of All Others*
*Similarly Situated*
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
Motley Rice, LLC−SC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
843−216−9100
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**

(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Sarah L. Hardy**                    represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*            (See above for address)
*Similarly Situated*                                  *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                              *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gretchen Freeman Cappio**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joseph F. Rice**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lynn Lincoln Sarko**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew J. Preusch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Breanne Vandemeer Cope**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Richard Gainey**                    represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*            (See above for address)
*Similarly Situated*                                  *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                              *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gretchen Freeman Cappio**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joseph F. Rice**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lynn Lincoln Sarko**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew J. Preusch**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Breanne Vandemeer Cope**
                                                      (See above for address)
                                                      *TERMINATED: 05/11/2018*

                                                      **Jodi Westbrook Flowers**

(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Valerie Gainey**                              represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*                      (See above for address)
*Similarly Situated*                                            *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                        *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Gretchen Freeman Cappio**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Joseph F. Rice**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Lynn Lincoln Sarko**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew J. Preusch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Breanne Vandemeer Cope**
                                                                (See above for address)
                                                                *TERMINATED: 05/11/2018*

                                                                **Jodi Westbrook Flowers**
                                                                (See above for address)
                                                                *TERMINATED: 05/11/2018*

*PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Johnathan C. Entsminger**
*Individually And On Behalf Of All Others
Similarly Situated
TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Lynn Lincoln Sarko**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Breanne Vandemeer Cope**
(See above for address)
*TERMINATED: 05/11/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018
PRO HAC VICE*

**Kevin R. Dean**
(See above for address)
*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Carrie L. Entsminger**                 represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*                (See above for address)
*Similarly Situated*                                      *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                  *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gretchen Freeman Cappio**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joseph F. Rice**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lynn Lincoln Sarko**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew J. Preusch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Breanne Vandemeer Cope**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*

                                                          **Jodi Westbrook Flowers**
                                                          (See above for address)
                                                          *TERMINATED: 05/11/2018*
                                                          *PRO HAC VICE*

                                                          **Kevin R. Dean**
                                                          (See above for address)

*TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Jackie L. Kier**                     represented by     **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*              (See above for address)
*Similarly Situated*                                    *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gretchen Freeman Cappio**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph F. Rice**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lynn Lincoln Sarko**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew J. Preusch**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Breanne Vandemeer Cope**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

                                                        **Jodi Westbrook Flowers**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*
                                                        *PRO HAC VICE*

                                                        **Kevin R. Dean**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

**Laura Ray**
(See above for address)
*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Aloha Kier**                              represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*                  (See above for address)
*Similarly Situated*                                        *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                    *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gretchen Freeman Cappio**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph F. Rice**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lynn Lincoln Sarko**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew J. Preusch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Breanne Vandemeer Cope**
                                                            (See above for address)
                                                            *TERMINATED: 05/11/2018*

                                                            **Jodi Westbrook Flowers**
                                                            (See above for address)
                                                            *TERMINATED: 05/11/2018*
                                                            *PRO HAC VICE*

                                                            **Kevin R. Dean**
                                                            (See above for address)
                                                            *TERMINATED: 05/11/2018*

                                                            **Laura Ray**
                                                            (See above for address)

*TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Larry Newcomer**                    represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*              (See above for address)
*Similarly Situated*                                    *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gretchen Freeman Cappio**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph F. Rice**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lynn Lincoln Sarko**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew J. Preusch**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Breanne Vandemeer Cope**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

                                                        **Jodi Westbrook Flowers**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*
                                                        *PRO HAC VICE*

                                                        **Kevin R. Dean**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

                                                        **Laura Ray**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

**Mathew Jasinski**
(See above for address)
*TERMINATED: 05/11/2018*

**Plaintiff**

**Andrea Shafran**                     represented by   **Cari C. Laufenberg**
*Individually And On Behalf Of All Others*              (See above for address)
*Similarly Situated*                                    *LEAD ATTORNEY*
*TERMINATED: 05/01/2018*                                *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gretchen Freeman Cappio**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph F. Rice**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lynn Lincoln Sarko**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew J. Preusch**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Breanne Vandemeer Cope**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

                                                        **Jodi Westbrook Flowers**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*
                                                        *PRO HAC VICE*

                                                        **Kevin R. Dean**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

                                                        **Laura Ray**
                                                        (See above for address)
                                                        *TERMINATED: 05/11/2018*

                                                        **Mathew Jasinski**
                                                        (See above for address)

*TERMINATED: 05/11/2018*

**Plaintiff**

**First Education Federal Credit Union**     represented by     **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASI Federal Credit Union**
*individually and on behalf of a class of*
*all similarly situated financial*
*institutions*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michigan Credit Union League**                        represented by        **Anthony C. Lake**
*as an association on behalf of its*                                          (See above for address)
*members*                                                                    *LEAD ATTORNEY*
*TERMINATED: 01/28/2019*                                                      *ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerber Federal Credit Union**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oteen VA Federal Credit Union**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SELCO Community Credit Union**
*individually and on behalf of a class of
all similarly situated financial
institutions*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Illinois Credit Union League**<br>*TERMINATED: 01/28/2019* | represented by | **Anthony C. Lake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Arthur M. Murray** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minnesota Credit Union Network**          represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Arthur M. Murray**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian C. Gudmundson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bryan L. Bleichner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bryan A. Fox**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nebraska Credit Union League**        represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Arthur M. Murray**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian C. Gudmundson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan L. Bleichner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan A. Fox**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Carol Thomas**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Charles Hale Van Horn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Erin Green Comite**
                                                         (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York Credit Union Association**          represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ohio Credit Union League**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Credit Union League**           represented by   **Anthony C. Lake**
*each as an association on behalf of its*                   (See above for address)
*members*                                                   *LEAD ATTORNEY*
*TERMINATED: 01/28/2019*                                    *ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Allen**                                    represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
Beasley Allen Crow Methvin Portis &
Miles−AL
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103−4160
334−269−2343
Fax: 334−954−7555.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
Beasley Allen Crow Methvin Portis &
Miles−AL
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103−4160
334−269−2343
Fax: 334−954−7555
Email: archie.grubb2@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
Hausfeld, LLP − DC
Suite 650
1700 K. Street, NW
Washington, DC 20006
202−540−7200
Email: jpizzirusso@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
Beasley Allen Crow Methvin Portis &
Miles−AL
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103−4160
334−269−2343
Fax: 334−954−7555.
Email: leslie.pescia@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
DiCello Levitt and Casey LLC
7556 Mentor Avenue
Mentor, OH 44060
404−953−8888
Email: madicello@dlcfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
Beasley Allen Crow Methvin Portis &
Miles−AL
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103−4160
334−269−2343
Fax: .
Email: Dee.Miles@BeasleyAllen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Dean Armstrong**                    represented by  **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Eric Barber**                                   represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

Patricia Baxter                    represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Jaclyn Belland**                represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Douglas Benz**                    represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Michael Bishop**                        represented by  **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

<u>**Plaintiff**</u>

**Darlene Brown**                    represented by    **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Kody Campbell**                    represented by    **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Bridget Craney**                                   represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Linda DeVore**                     represented by  **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)

*TERMINATED: 06/13/2019*

**Plaintiff**

**Trevor Dorsey**                              represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Eileen Doten**                     represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Nancy Dublin**                    represented by **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Abby Elliott**                    represented by **Adam J. Levitt**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Amy E. Keller**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Andrew E. Brashier**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Andrew N. Friedman**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Kayla Ferrel**                     represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Terry Ford**                          represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Jasmine Guess**                    represented by  **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Jasmine Harris**                     represented by    **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Vanuel Harris**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
Cohen Milstein Hausfeld & Toll
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
Cohen Milstein Sellers & Toll PLLC − DC
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
Hausfeld, LLP − DC
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
The Barnes Law Group, LLC
Email: ctribble@barneslawgroup.com
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
The Barnes Law Group, LLC

*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
Morgan & Morgan, P.A. −T.FL
Email: jyanchunis@forthepeople.com
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
Doffermyre Shields Canfield & Knowles,
LLC
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
Morgan & Morgan, P.A. −T.FL
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
Stueve Siegel Hanson, LLP −MO
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
The Barnes Law Group, LLC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zacariah Hildenbrand**                represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Hunt**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Jett**                    represented by    **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

Roy E. Barnes
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Creed Kelly**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manuel Lucero**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**

(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kathleen Lyons**                     represented by  **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanya Mack**                           represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darin Marion**                          represented by  **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**

(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Martell**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Craig Maxwell                          represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Hexter Moneypenny**                      represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**

(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Muhammad**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenntavius Nolan**                        represented by **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Norris**                    represented by  **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Olson**                    represented by    **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mel Orchard, III**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**

(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Pascal**                    represented by   **Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mercedes Pillette        represented by    **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Santana**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miche' Sharpe**                    represented by **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Sheppe**                    represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amie Smith**                                     represented by **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Spicer**                     represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mildred Sutton**                     represented by   **Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Katherine Timmons                    represented by  **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Lisa Tyree**                     represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Nicole Walker**                    represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Carolyn White**                                     represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**David White**                    represented by    **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Robert Wickens**                          represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Jennifer Wise**                    represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Kyoko Yamamoto**                    represented by   **Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Carlos Martinho**                           represented by

**Adam J. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew E. Brashier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew N. Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Archie Irwin Grubb , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrett J. Vahle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Ferri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Cameron Tribble**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Raymond Bevis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Canfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie L. Pescia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa Kendra Glassman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. DiCello**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pat Cipollone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Daniel Miles , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

Karen Franklin                        represented by   **Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Andrew B. Sacks**
Sacks Weston Diamond LLC
*ATTORNEY TO BE NOTICED*

**Annabelle Lee Patterson**
Annabelle Lee Patterson, PLC
*ATTORNEY TO BE NOTICED*

**Brian D. Flick**
Brian D. Flick, Attorney at Law
Email: bflick@dannlaw.com
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack Fitzgerald**
The Law Office of Jack Fitzgerald, PC
Email: jack@jackfitzgeraldlaw.com
*ATTORNEY TO BE NOTICED*

**Javier Luis Merino**
Dann Law
Suite 200
1 Meadowlands Plaza
E. Rutherford, NJ 07073
216−373−0539
Fax: 216−373−0536.
*ATTORNEY TO BE NOTICED*

**Jed Davis Manton**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jeffrey R. Harris**
Harris Lowry Manton, LLP
*ATTORNEY TO BE NOTICED*

**John K. Weston**
Sacks Weston Diamond LLC
*ATTORNEY TO BE NOTICED*

**Madeline Elizabeth McNeeley**
Harris Lowry Manton LLP
1418 Dresden Dr NE
Ste Unit 250
Brookhaven, GA 30319
404−961−7650
Fax: 404−961−7651
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
The Dann Law Firm Co. LPA
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
Knepper & Clark, LLC
Email: matthew.knepper@knepperclark.com
*ATTORNEY TO BE NOTICED*

**Melanie Rae Persinger**
The Law Office of Jack Fitzgerald, PC
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
Zimmerman Law Offices, P.C.
Email: nick@attorneyzim.com
*TERMINATED: 04/11/2018*

**Robert A. Clifford**
Clifford Law Offices, P.C.
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen G. Lowry**
Harris Lowry Manton, LLP
*ATTORNEY TO BE NOTICED*

**Trevor Flynn**
The Law Office of Jack Fitzgerald, PC
Hillcrest Professional Building
3636 Fourth Avenue
Suite 202
San Diego, CA 92103
619−692−3840
Fax: 619−362−9555.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael Franklin** | represented by | **Thomas A. Zimmerman , Jr.**<br>(See above for address)<br>*TERMINATED: 10/25/2018* |

**Andrew B. Sacks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Annabelle Lee Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian D. Flick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack Fitzgerald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Luis Merino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Davis Manton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John K. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeline Elizabeth McNeeley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie Rae Persinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*

**Robert A. Clifford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen G. Lowry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Gerstein**                    represented by   **Brian D. Flick**
Brian D. Flick, Attorney at Law
P.O. Box 6031040
Cleveland, OH 44103
216−373−0539
Email: bflick@dannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
Haines and Krieger, LLC
Suite 130
8985 S. Eastern Avenue
Henderson, NV 89123
702−880−5554
Fax: 702−383−5518
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
Haines and Krieger, LLC
Suite 130
8985 S. Eastern Avenue
Henderson, NV 89123
702−880−5554
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
Knepper & Clark, LLC
Suite 170−109
10040 W. Cheyenne Avenue
Las Vegas, NV 89129
702−825−6060
Fax: 702−447−8048
Email: matthew.knepper@knepperclark.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
Knepper & Clark LLC
10040 W. Cheyenne Ave.
Suite 170−109
Las Vegas,, NV 89129
702−825−6060
Fax: 702−447−8048

Email: miles.clark@knepperclark.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
Payne Law Firm, LLC
Suite 253−A213
9550 S. Eastern Avenue
Las Vegas, NV 89123
702−952−2733
Fax: 702−462−7227
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Christopher John Kendall**       represented by   **Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Andrew B. Sacks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Annabelle Lee Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian D. Flick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack Fitzgerald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Luis Merino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jed Davis Manton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John K. Weston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeline Elizabeth McNeeley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie Rae Persinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*

**Robert A. Clifford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen G. Lowry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maura Dowgin**                                    represented by   **Jamie P. Clouser**
*New Jersey consumers, individually and*                            Law OFfice of Jamie P. Clouser
*on behalf of all others*                                           Suite S14A
                                                                    360 West 43rd Street
                                                                    New York, NY 10036
                                                                    347−871−6702
                                                                    Fax: 347−384−6198
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chanel Hudson**                                  represented by   **Jamie P. Clouser**
*New Jersey consumers, individually and*                            (See above for address)
*on behalf of all others*                                           *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Torrey**                                 represented by   **James B. Rosenthal**
*individually and on behalf of all others*                          Cohen Rosenthal & Kramer, LLP
*similary situated*                                                 700 West St. Clair Avenue
                                                                    Cleveland, OH 44113
                                                                    216−781−7956
                                                                    Email: jbr@crklaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jason Robert Bristol**
                                                                    Cohen, Rosenthal & Kramer
                                                                    400 Hoyt Block Bldg
                                                                    700 St. Clair Avenue, West
                                                                    Cleveland, OH 44113
                                                                    216−781−7956
                                                                    Fax: 216−781−8061
                                                                    Email: jbristol@crklaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Acosta**                                 represented by   **Christopher A. Seeger**
*individually and on behalf of all others*                          Seeger Weiss, LLP − NJ
                                                                    Suite 920

550 Broad Street
Newark, NJ 07102
973−639−9100
Fax: 973−639−9393
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R. Buchanan**
Seeger Weiss, LLP
Suite 920
550 Broad Street
New York, NY 07102
973−639−9100
Fax: 973−639−9393
Email: dbuchanan@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer R. Scullion**
Seeger Weiss, LLP −NY
77 Water Street
New York, NY 10005
212−584−0700
Fax: 212−584−0799
Email: jscullion@proskauer.com *(Inactive)*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Christen**
*individually and on behalf of all others
similarly situated*

represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Peter Roddy**
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095
732−855−6402
Email: kroddy@wilentz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip A. Tortoreti**
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095
732−855−6221

Email: ptortoreti@wilentz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph T. Coughlin**                      represented by  **Ben Barnow**
*Joseph T. Coughlin individually and on*                  (See above for address)
*behalf of all others similarly situated*                 *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Peter Roddy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Phillip A. Tortoreti**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Friedman**                         represented by  **Christopher A. Seeger**
*individually and on behalf of all others*                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David R. Buchanan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer R. Scullion**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John C. Herman**
                                                          (See above for address)
                                                          *TERMINATED: 04/16/2018*

**Plaintiff**

**Josh Grossberg**                          represented by  **Mark C. Gardy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Margret Linich** | represented by | **Mark C. Gardy** |
| *on behalf of themselves and all others* | | (See above for address) |
| *similarly situated* | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Olivo** | represented by | **Mark C. Gardy** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Justin Rothman** | represented by | **Mark C. Gardy** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Rothman** | represented by | **Mark C. Gardy** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Derby** | represented by | **Joseph N. Kravec , Jr.** |
| | | Feinstein Doyle |
| | | Email: jkravec@fdpklaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Wyatt A. Lison** |
| | | Feinstein Doyle |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Derby** | represented by | **Joseph N. Kravec , Jr.** |
| *on behalf of herself and all others* | | (See above for address) |
| *similarly situated* | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Wyatt A. Lison** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**David Levy**
*individually and on behalf of all others
similarly situated*

represented by **Amir J. Goldstein**
Amir J. Goldstein, Esq.
Suite 3a
591 Broadway
New York, NY 10012
212−966−5253
Fax: 212−941−8566.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Zamora**

represented by **Joseph I. Marchese**
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
646−837−7150
Fax: 212−989−9163
Email: jmarchese@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Arisohn**
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
646−837−7150
Fax: 212−989−9163
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip L. Fraietta**
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
646−837−7150
Fax: 212−989−9163
Email: pfraietta@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Westcot**
Bursor & Fisher, P.A.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Zweig**
*TERMINATED: 04/11/2018*

represented by **Mark Dearman**
Robbins Geller Rudman & Dowd, LLP
−FL
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

561−750−3000
Email: mdearman@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Robbins Geller Rudman & Dowd, LLP
−NY
Suite 200
58 South Service Road
Melville, NY 11747
631−367−7100
Fax: 631−367−1173
Email: srudman@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Paul J. Gellar**
(See above for address)
*TERMINATED: 04/16/2018*

**Stuart A. Davidson**
(See above for address)
*TERMINATED: 04/16/2018*
*PRO HAC VICE*

**Plaintiff**

**Robert L Collins**
*on behalf of himself and all others*
*similarly situated*

represented by **Diane Sharon Wizig**
McDowell Hetherington, LLP
Suite 2700
1001 Fannin Street
Houston, TX 77002
713−337−5580
Email: diane.wizig@mhllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F.A. Hetherington**
Edison, McDowell & Hetherington LLP
−TX
Suite 2700
1001 Fannin Street
Houston, TX 77002
713−337−5580
Fax: 713−337−8850
Email: Tom.Hetherington@emhllp.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mikayla Dawn Bahnmaier**                represented by    **Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Durrang**                        represented by    **Gus Michael Farinella**
Law Offices of Gus Michael Farinella
*ATTORNEY TO BE NOTICED*

**Ryan L Gentile**
Law Offices of Gus Michael Farinella
110 Jericho Turnpike
Suite 100
Floral Park, NY 11001
212−675−6161
Fax: 212−675−4367
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Gibson**                          represented by    **Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Howard**                           represented by    **Geoffrey R. Romero**
Law Offices of Geoffrey R. Romero
Email: geoff_26_@hotmail.com
*ATTORNEY TO BE NOTICED*

**Paul Alphonsus Zebrowski**
Zebrowski Law
Email: paul@zebrowskilaw.com
*ATTORNEY TO BE NOTICED*

|  |  | **Thomas Adam Biscup**<br>Zebrowski Law<br>Email: tom@zebrowskilaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

|  |  |  |
|---|---|---|
| **Christine Jorge** | represented by | **Gus Michael Farinella**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ryan L Gentile**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

|  |  |  |
|---|---|---|
| **Shelbi Kilgore** | represented by | **Geoffrey R. Romero**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Paul Alphonsus Zebrowski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas Adam Biscup**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

|  |  |  |
|---|---|---|
| **Debra Maloney** | represented by | **John D. Blythin**<br>Ademi & O'Reilly LLP<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mark A. Eldridge**<br>Ademi & O'Reilly LLP<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shpetim Ademi**<br>Ademi & O'Reilly LLP<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

|  |  |  |
|---|---|---|
| **Michael Schaber** | represented by | **Geoffrey R. Romero**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Paul Alphonsus Zebrowski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Thomas Adam Biscup**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Abbott**                      represented by   **Justin M. Baxter**
*Oregon consumers, individually and on*                 Baxter & Baxter, LLP
*behalf of all others*                                  8835 SW Canyon Lane
                                                        Suite 130
                                                        Portland, OR 97225
                                                        503−297−9031
                                                        Email: justin@baxterlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael R. Fuller**
                                                        Olsen Daines PC
                                                        US Bancorp Tower
                                                        111 SW 5th Ave., Suite 3150
                                                        Portland, OR 97204
                                                        503−201−4570
                                                        Fax: 503−362−1375
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Gauger**                       represented by   **Justin M. Baxter**
*Oregon consumers, individually and on*                 (See above for address)
*behalf of all others*                                  *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael R. Fuller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary McHill**                         represented by   **Justin M. Baxter**
*Oregon consumers, individually and on*                 (See above for address)
*behalf of all others,*                                 *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael R. Fuller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deanna Paik**                         represented by   **Justin M. Baxter**
*Oregon consumers, individually and on*                 (See above for address)

*behalf of all others*                                    *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael R. Fuller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brook Reinhard**                      represented by   **Justin M. Baxter**
*Oregon consumers, individually and on*                 (See above for address)
*behalf of all others*                                  *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael R. Fuller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Hernandez**                     represented by   **Bruce W. Steckler**
*individually and on behalf of all others*              Steckler Gresham Cochran
*similarly situated*                                    Suite 1045
                                                        12720 Hillcrest Road
                                                        Dallas, TX 75230
                                                        972−387−4040
                                                        Fax: 972−387−4041
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Dean Gresham**
                                                        Steckler Gresham Cochran
                                                        Suite 1045
                                                        12720 Hillcrest Road
                                                        Dallas, TX 75230
                                                        972−387−4040
                                                        Fax: 972−387−4041
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **L. Kristine Rogers**
                                                        Steckler Gresham Cochran
                                                        Suite 1045
                                                        12720 Hillcrest Road
                                                        Dallas, TX 75230
                                                        972−387−4040
                                                        Fax: 972−387−4041
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Lynch**                                    represented by **Bruce W. Steckler**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Dean Gresham**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **L. Kristine Rogers**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reagan Lynch**                                    represented by **Bruce W. Steckler**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Dean Gresham**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **L. Kristine Rogers**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Simon Kaufman**                                   represented by **Brad J. Moore**
*individually and on behalf of other*                              Stritmatter, Kessler, Whelan, Koehler,
*similarly situated persons*                                       Moore and Kahler
                                                                    3600 15th Avenue West #300
                                                                    Seattle, WA 98119
                                                                    206−448−1777
                                                                    Fax: 206−728−2131
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Catherine J. Fleming**
                                                                    Fleming Law Firm, PLLC
                                                                    Suite 300A
                                                                    936 North 34th Street
                                                                    Seattle, WA 98103
                                                                    206−448−1777
                                                                    Fax: 206−728−2131
                                                                    Email: cf@CFleminglaw.com
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ray W. Kahler**
Stritmatter, Kessler, Whelan, Koehler,
Moore and Kahler
3600 15th Avenue West #300
Seattle, WA 98119
206−448−1777
Fax: 206−728−2131
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Mertlich** | represented by | **Brad J. Moore** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine J. Fleming**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ray W. Kahler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jodie Pavitt** | represented by | **Catherine J. Fleming** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Aaron House**<br>*Individually and on behalf of all others*<br>*similarly situated* | represented by | **Anthony Lee Parkhill** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich Paul Schork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph K. Phalen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel J. Mann**                    represented by   **James A. Francis**
*individually and on behalf all others*                Francis & Mailman, P.C.
*similarly situated*                                   Suite 2510
                                                       1600 Market St.
                                                       Philadelphia, PA 19103
                                                       215−735−8600
                                                       Fax: 215−940−8000.
                                                       Email: jfrancis@consumerlawfirm.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jonathan Shub**
                                                       Kohn Swift & Graf, P.C.
                                                       Suite 2100
                                                       One South Broad Street
                                                       Philadelphia, PA 19107−3389
                                                       215−238−1700
                                                       Fax: 215−238−1968
                                                       Email: jshub@kohnswift.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph C. Kohn**
                                                       Kohn Swift & Graf
                                                       Suite 2100
                                                       One South Broad Street
                                                       Philadelphia, PA 19107−3389
                                                       215−238−1700
                                                       Email: jkohn@kohnswift.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John Soumilas**
                                                       Francis Mailman Soumilas, P.C.
                                                       1600 Market Street
                                                       Suite 2510
                                                       Philadelphia, PA 19103
                                                       215−735−8600
                                                       Fax: 215−940−8000
                                                       Email: jsoumilas@consumerlawfirm.com
                                                       *TERMINATED: 05/24/2018*
                                                       *PRO HAC VICE*

                                                       **Leonard A. Bennett**

Consumer Litigation Associates, P.C.−NN
VA
Suite 1−A
763 J Clyde Morris Blvd.
Newport News, VA 23601
757−930−3660
Fax: 757−930−3662.
Email: lenbennett@clalegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle E. Austin**            represented by   **Jerry Desiderato**
Dilworth Paxson − PA
Suite 3500E
1500 Market Street
Philadelphia, PA 19102
215−575−7290
Fax: 215−575−7200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wolson**
Dilworth Paxson − PA
Suite 3500E
1500 Market Street
Philadelphia, PA 19102
215−575−7295
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Caplan**            represented by   **Andrew B. Sacks**
Sacks Weston Diamond LLC
Suite 1600
1845 Walnut Street
Philadelphia, PA 19103
215−925−8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy E. Abay**

Sacks Weston Diamond LLC
Suite 1600
1845 Walnut Street
Philadelphia, PA 19103
215−925−8220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K. Weston**
Sacks Weston Diamond LLC
Suite 1600
1845 Walnut Street
Philadelphia, PA 19103
215−925−8220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Christopher Chaffin**                     represented by **James A. Gianola**
Gianola, Barnum & Wigal, LC
1714 Mileground
Morgantown, WV 26505
304−291−6300

Fax: 304−291−6307
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Fulton Gianola**
Gianola, Barnum & Wigal, LC
1714 Mileground
Morgantown, WV 26505
304−291−6300
Fax: 304−291−6307
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Staun**
Hartley Law Group, PLLC
Suite 600
2001 Main Street
Wheeling, WV 26003
304−233−0777
Fax: 304−233−0774
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Dean Hartley**
Hartley Law Group, PLLC
Suite 600
2001 Main Street
Wheeling, WV 26003
304−233−0777
Fax: 304−233−0774
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Hensley**                    represented by  **Dianne M. Nast**
Nastlaw, LLC
Suite 2801
1101 Market Street
Philadelphia, PA 19107
717−892−3000
Fax: 215−923−9302.
Email: dnast@nastlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel N. Gallucci**
Nastlaw, LLC
Suite 2801
1101 Market Street
Philadelphia, PA 19107
215−923−9300

Fax: 215−923−9302.
*ATTORNEY TO BE NOTICED*

**Joanne E. Matusko**
Nastlaw, LLC
Suite 2801
1101 Market Street
Philadelphia, PA 19107
215−923−9300
Fax: 215−923−9300
*ATTORNEY TO BE NOTICED*

**Joseph N. Roda**
Nastlaw, LLC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Parry Petroplus**                 represented by  **James A. Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Fulton Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Staun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Dean Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Rice**                 represented by  **James A. Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Fulton Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Staun**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**R. Dean Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vera Standish**                    represented by   **James A. Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Fulton Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Staun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Dean Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David H. Yoder**                   represented by   **James A. Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Fulton Gianola**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Staun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Dean Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean J. Martin**                   represented by

**Amber Griffin Shaw**
Gordon Shaw Law Group, PLLC
P.O. Box 846
Suite 300
114 W. Liberty Avenue
Covington, TN 38019
901−476−7100
Fax: 901−476−3537
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wallace A. McDonald**
Lacy Price & Wagner
249 North Peters Road
Suite 101
Knoxville, TN 37923
865−246−0800
Fax: .
Email: amcdonald@lpwpc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Shanken**                    represented by  **Amber Griffin Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wallace A. McDonald**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tonya Shanken                    represented by   **Amber Griffin Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wallace A. McDonald**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nancy Stabell                    represented by   **Amber Griffin Shaw**
*on behalf of himself and all others*                (See above for address)
*similarly situated*                               *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wallace A. McDonald**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blair Garthright**                        represented by   **Annabelle Lee Patterson**
                                                             Annabelle Lee Patterson, PLC
                                                             646 Quapaw Avenue
                                                             Hot Springs, AR 71901
                                                             501−701−0027
                                                             Fax: 972−559−3956
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Brian D. Flick**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David H. Krieger**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Marc Edward Dann**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Matthew I. Knepper**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Miles N Clark**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert A. Clifford**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sean N. Payne**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shannon McNulty**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Denise Carter Gray**                    represented by    **Annabelle Lee Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

| | |
|---|---|
| **Brooke Merino**<br>*individually and on behalf of those*<br>*similarly situated* | represented by **David H. Krieger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javier Luis Merino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

represented by

**Linda Tirelli**
*individually and on behalf of those
similarly situated*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Javier Luis Merino**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

<u>**Plaintiff**</u>

**Jeremy Davis**                    represented by **Ben Barnow**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Kevin Peter Roddy**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip A. Tortoreti**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Gurtis**                          represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Peter Roddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip A. Tortoreti**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Hughes**                            represented by   **Ben Barnow**
*individually and on behalf of all others*                 (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Peter Roddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip A. Tortoreti**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Avi Joshua Bitton**                      represented by   **Amir J. Goldstein**
*individually and on behalf of all others*                 (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Terrance Knepper                    represented by   **Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
Zimmerman Law Offices, P.C.
Suite 1220
77 W. Washington Street
Chicago, IL 60602
312−440−0020
Email: nick@attorneyzim.com
*TERMINATED: 04/11/2018*
*LEAD ATTORNEY*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Garry Randall**                    represented by   **Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*
*LEAD ATTORNEY*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Eric L Steinmetz**                     represented by   **Brian D. Flick**
*and all similarly situated individuals*                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*
*LEAD ATTORNEY*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

Richard McCall                   represented by **Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*
*LEAD ATTORNEY*

**Robert A. Clifford**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

Howard Stephan                          represented by  **Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nickolas Hagman**
(See above for address)
*TERMINATED: 04/11/2018*

*LEAD ATTORNEY*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Andrew Dremak**                    represented by   **Thomas J. O'Reardon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ehud Gersten**                    represented by   **Edward Dewey Chapin**
Sanford Heisler Sharp, LLP −CA
Suite 1700
655 West Broadway
San Diego, CA 92101
619−577−4253
Fax: 619−577−4250.
Email: echapin2@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Anne Fuschetti**

Sanford Heisler Sharp, LLP −CA
Suite 975
111 Sutter Street
San Francisco, CA 94104
415−795−2022
Fax: 415−795−2021
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hannah Obradovich**                represented by   **Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Anne Fuschetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Frank**                represented by   **Adam P. Plant**
Battle & Winn, LLP
The Financial Center
Suite 1150
505 North 20th Street
Birmingham, AL 35203
205−397−8160
Fax: 205−397−8179.
Email: aplant@battlewinn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles James , II**
Law Offices of Charles James, II
418 Scott Street
Montgomery, AL 36101
334−832−1001
Fax: 866−261−7059
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Harlan F. Winn , III**
Battle, Fleenor, Green, Winn & Clemmer,
LLP
1150 Financial Center
505 North 20th Street
Birmingham, AL 35203
205−397−8160
Email: hwinn@battlewinn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert E. Battle**
Battle & Winn, LLP −B. AL
Suite 220
2901 2nd Avenue South
Birmingham, AL 35233
205−397−8161
Fax: 205−397−8179
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Frank**                     represented by **Adam P. Plant**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles James , II**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Harlan F. Winn , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert E. Battle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catrice Hill**                    represented by   **Adam P. Plant**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles James , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harlan F. Winn , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert E. Battle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kazembe Hill**                      represented by   **Adam P. Plant**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles James , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harlan F. Winn , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert E. Battle**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sanjay Kumar Rajput**                    represented by   **Dennis A Mastando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Seymore**                         represented by   **Erik Dos Santos**
*individually and on behalf of all others*                  Hogue & Belong
*similarly situated*                                        170 Laurel Street
Second Floor
San Diego, CA 92101
619−238−4720
Fax: 619−270−9856
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Hogue**
Hogue & Belong
170 Laurel Street
Second Floor
San Diego, CA 92101
619−238−4720
Fax: 619−270−9856
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler Jay Belong**
Hogue & Belong
430 Nutmeg Street
Second Floor
San Diego, CA 92103
619−238−4720
Fax: 619−270−2534
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Omar Seymore**                           represented by

**Erik Dos Santos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Hogue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler Jay Belong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krista VonWiller**                    represented by   **Andrew B. Sacks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Fitzgerald**
The Law Office of Jack Fitzgerald, PC
Hillcrest Professional Building
3636 Fourth Avenue
Suite 202
San Diego, CA 92103
619−692−3840
Fax: 619−362−9555
Email: jack@jackfitzgeraldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K. Weston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie Rae Persinger**
The Law Office of Jack Fitzgerald, PC
Hillcrest Professional Building
3636 Fourth Avenue
Suite 202
San Diego, CA 92103
619−692−3840
Fax: 619−362−9555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trevor Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Plaintiff**

**Barron Partridge**                     represented by  **Kenneth Albert Metzger**
Kenneth Metzger, Attorney At Law
51 St. Joseph Street
Mobile, AL 36602
251−433−3131

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard R. Rosenthal**
Law Offices of Richard R. Rosenthal, PC
200 Title Bldg
300 N. Richard Arrington Jr, Blvd.
Birmingham, AL 35203
205−533−9909
Fax: 205−252−4907
Email: rosenthallaw@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Lloyd Copeland**
Taylor Martino & Hedge
61 St. Joseph Street
1600 SouthTrust Bank Building
Mobile, AL 36602
251−433−3131
Fax: 251−405−5080
Email: Lloyd@taylormartino.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Bradford Kittrell**
Taylor Martino Zarzaur, P.C.
51 St. Joseph Street
Mobile, AL 36602
251−433−3131
Fax: 251−405−5080
Email: bkittrell@taylormartino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Anthony**                     represented by   **Leon R. Storie**
Leon Storie, Attorney At Law
P.O. Box 20029
Tuscaloosa, AL 35402
205−333−0065
Fax: 205−210−4651
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P. Gregory**
Gregory Law Firm, P.C.
2700 Corporate Drive
Ste 200
Birmingham, AL 35242
Email: steve@gregorylawfirm.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cady Daughtery**                    represented by   **Alex G. Streett**
                                                       Streett Law Firm, P.A.
                                                       107 West Main
                                                       Russellville, AR 72801
                                                       479−968−2030
                                                       Fax: 479−968−6253
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Benjamin A. Gastel**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James G. Stranch , IV**
                                                       Branstetter Stranch & Jennings PLLC
                                                       The Freedom Center
                                                       223 Rosa L. Parks Avenue
                                                       Suite 200
                                                       Nashville, TN 37203
                                                       615−254−8801
                                                       Fax: 615−250−3937
                                                       Email: gerards@bsjfirm.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James A. Streett**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael G. Stewart**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Germany Davis**                     represented by   **Leon R. Storie**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Steven P. Gregory**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roshunda Gulley**                    represented by   **Kevin Hunter Sharp**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Marshall Alan Wright**
                                                        Steel, Wright, Gray & Hutchinson, PLLC
                                                        523 Front Street
                                                        Forrest City, AR 72336
                                                        870−633−8575
                                                        Fax: 870−633−8653
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse Hamilton**                     represented by   **Carin L. Marcussen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Robert Noblin**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joshua D. Wells**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert S. Green**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William B. Federman**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Hamilton**                     represented by   **Carin L. Marcussen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Robert Noblin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Green**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heritage Federal Credit Union**                    represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                              (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John Huey**<br>*and all others similarly situated* | represented by | **Leon R. Storie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Steven P. Gregory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **ICUL Service Corporation**<br>*TERMINATED: 01/28/2019*<br>*doing business as*<br>LSC<br>*TERMINATED: 01/28/2019* | represented by | **Anthony C. Lake**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda King**                                    represented by  **Kevin Hunter Sharp**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Marshall Alan Wright**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Marie LaMontagne**                      represented by  **Carin L. Marcussen**
*individually and on behalf of all others*                        (See above for address)
*similarly situated*                                              *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **James Robert Noblin**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joshua D. Wells**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Robert S. Green**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William B. Federman**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lou Marino**                                     represented by  **Leon R. Storie**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Steven P. Gregory**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Norris**                                    represented by   **Alex G. Streett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin A. Gastel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G. Stranch , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Streett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Richardson**                                  represented by   **Alex G. Streett**
*individually and on behalf of all others*                            (See above for address)
*similarly situated*                                                  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin A. Gastel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G. Stranch , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Streett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Laura Sander                              represented by   **Andrew Melzer**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **H. Vincent McKnight**
                                                          Sanford Heisler Sharp, LLP −DC
                                                          Suite 300
                                                          1666 Connecticut Avenue, NW
                                                          Washington, DC 20009
                                                          202−499−5211
                                                          Fax: 202−499−5199
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeremy Heisler**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Hunter Sharp**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Services Credit Union**                 represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Arthur M. Murray**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brian C. Gudmundson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Bryan L. Bleichner**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Bryan A. Fox**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UMassFive College Federal Credit Union**
*individually and on behalf of a class of all similarly situated financial institutions*
*TERMINATED: 01/28/2019*

represented by   **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Mary Greenlee**
*individually and on behalf of all others*
*similarly situated*

**Babak Semnar**
Semnar & Hartman, LLP
Suite 209
400 South Melrose Drive
Vista, CA 92081
619−500−4187
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared M. Hartman**
Semnar & Hartman, LLP
Suite 209
400 South Melrose Drive
Vista, CA 92081
951−293−4187
Email: jared@sandiegoconsumerattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Bradley**                          represented by  **Leonard A. Bennett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
Consumer Litigation Associates, P.C.−NN
VA
Suite 1−A
763 J Clyde Morris Blvd.
Newport News, VA 23601
757−930−3660
Email: srotkis@clalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corinne Cooper**                        represented by  **Leonard A. Bennett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna DeConcini**                       represented by

**Leonard A. Bennett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Debbie Reinert                    represented by   **Leonard A. Bennett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Randy Reinert                     represented by   **Leonard A. Bennett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Morgan Rutherford                 represented by   **Leonard A. Bennett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Love Morales Ayala                represented by   **Danielle Anne Fuschetti**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. William Brammer , Jr.**
Rusing Lopez & Lizardi PLLC
Suite 151
6363 N Swan Rd
Tucson, AZ 85718
520−792−4800
Fax: 520−529−4262
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Rusing**
Rusing Lopez & Lizardi PLLC
Suite 151
6363 N Swan Rd
Tucson, AZ 85718
520−792−4800
Fax: 520−529−4262
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Howard−Vesci**                  represented by  **Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. William Brammer , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Rusing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kathryn France Butler**                     represented by **Stephen F. Yunker**
*on behalf of herself and all others*                      Yunker & Schneider
*similarly situated*                                        Suite 1400
                                                            655 West Broadway
                                                            San Diego, CA 92101
                                                            619−233−5500
                                                            Fax: 619−233−5535
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nathan Turner**                             represented by **Natasha N. Serino**
*individually and on behalf of all others*                  Law Offices of Alexander M. Schack
*similarly situated*                                        16870 West Bernardo Drive
                                                            Suite 400
                                                            San Diego, CA 92127
                                                            858−485−6535
                                                            Fax: 858−485−0608
                                                            Email: natashaserino@amslawoffice.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shannon F. Nocon**
                                                            Law Offices of Alexander M. Schack
                                                            Suite 400
                                                            16870 West Bernardo Drive
                                                            San Diego, CA 92127
                                                            858−485−6535
                                                            Fax: 858−485−0608
                                                            Email: shannonnocon@amslawoffice.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ernestine Johnson**                         represented by **Kenneth J. Brennan**
                                                            TorHoerman Law LLC
                                                            210 South Main Street
                                                            Edwardsville, IL 62025
                                                            618−656−4400
                                                            Fax: 618−656−4401
                                                            Email: kbrennan@thlawyer.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tor Hoerman**
TorHoerman Law LLC
210 South Main Street
Edwardsville, IL 62025
618−656−4400
Fax: 618−656−4401
Email: tor@thlawyer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyler J. Schneider**
TorHoerman Law LLC
101 Vandalia Street
Suite 350
Edwardsville, IL 62025
618−656−4400
Fax: 618−656−4401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Hoerman**
Law Office of Timothy Hoerman
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Stanfield**                     represented by   **Kenneth J. Brennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tor Hoerman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyler J. Schneider**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Hoerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Washington Gas Light Federal Credit Union**
*TERMINATED: 01/28/2019*

**James A. Kitces**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary C. Turke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Ram**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel J. Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey P. Slaughter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Henry Stanhope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam E. Khoroosi**
(See above for address)
*TERMINATED: 06/06/2018*

**Plaintiff**

**Sean Knute Adcock**                     represented by   **Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary L. Holen**
Lee Holen Law Office
PO Box 92330
Anchorage, AK 92330
907−278−0298
Fax: 907−278−0247
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Mead**                    represented by   **Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary L. Holen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel E Almeida**              represented by   **Alex Arreaza**
Law Office of Alex Arreaza
320 W Oakland Park Boulevard
Wilton Manors, FL 33311
954−565−7743
Fax: 954−565−7713

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Zager**
ZAGERLAW, P.A.
500 E. Broward Blvd.
Suite 1820
Fort Lauderdale, FL 33394
954−888−8170
Fax: 954−565−7713
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adi Amuial**                    represented by    **Avi R. Kaufman**
Kopelowitz Ostrow Ferguson Weiselberg
Gilbert
Suite 1100
2800 Ponce de Leon Blvd
Coral Gables, FL 33134
305−529−8858
Email: kaufman@kaufmanpa.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Marc Streisfeld**
Kopelowitz Ostrow
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
954−525−4100
Fax: 954−525−4300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Cecil Gilbert**
Kopelowitz Ostrow Ferguson Weiselberg
Gilbert
2800 Ponce de Leon Boulevard
Suite 1100
Miami, FL 33134
305−384−7270
Email: robert@gilbertpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Adam Edelsberg**
Kopelowitz Ostrow
One West Las Olas Boulevard
Suite 500
Ft. Lauderdale, FL 33301

954−525−4100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Miles Ostrow**
Kopelowitz Ostrow Ferguson Weiselberg
Gilbert
Suite 1100
2800 Ponce de Leon Blvd
Coral Gables, FL 33134
305−529−8858
Email: ostrow@kolawyers.com
*TERMINATED: 03/20/2019*
*PRO HAC VICE*

**Plaintiff**

**John Benavidez**                    represented by   **Gregory S. Otsuka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*TERMINATED: 11/28/2018*

**Plaintiff**

**Veronika Benavidez**                represented by   **Gregory S. Otsuka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*TERMINATED: 11/28/2018*

**Plaintiff**

**Miriam Cejas**                      represented by   **Alex Arreaza**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph Zager**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara J Domino**                    represented by   **Alex Arreaza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Zager**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karl Gordon Eikost**                  represented by   **Kenneth Thomas Lumb**
Corboy & Demetrio
33 North Dearborn Street
21st Floor
Chicago, IL 60602
312−346−3191
Fax: .
Email: ktl@corboydemetrio.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Demetrio**
Corboy & Demetrio
33 North Dearborn Street
21st Floor
Chicago, IL 60602
312−346−3191
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Gibbs**
Corboy & Demetrio
33 North Dearborn Street
21st Floor
Chicago, IL 60602
312−346−3191
Fax: 312−346−5562
Email: WTG@corboydemetrio.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Eppy**                    represented by  **Joshua Harris Eggnatz**
                                                   The Eggnatz Law Firm
                                                   Suite 413
                                                   5400 South University Drive
                                                   Davie, FL 33328
                                                   954−889−3359
                                                   Fax: 954−889−5913
                                                   Email: JEggnatz@JusticeEarned.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michael James Pascucci**
                                                   The Eggnatz Law Firm
                                                   Suite 413
                                                   5400 South University Drive
                                                   Davie, FL 33328
                                                   954−889−3359
                                                   Email: mpascucci@eggnatzlaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Melrath**                  represented by  **Jerry Desiderato**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jesse N. Silverman**
                                                   Dilworth Paxson LLP
                                                   One Customs House − Suite 500
                                                   704 King Street
                                                   P.O. Box 1031
                                                   Wilmington, DE 19801
                                                   215−575−7000
                                                   Fax: 215−575−7200
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joshua D. Wolson**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody Meyers**                    represented by  **Kenneth Thomas Lumb**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Thomas A. Demetrio**
                                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Gibbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Meyers**                    represented by   **Kenneth Thomas Lumb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Demetrio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Gibbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregg Podalsky**                  represented by   **Steven Frederick Samilow**
Law Office of Steven F. Samilow
7777 Glades Road
Suite 100
Boca Raton, FL 33434
561−245−4633
Fax: 561−290−0272
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Newman Casamayor**
Haber Slade, P.A.
201 S. Biscayne Blvd.
Suite 1205
Miami, FL 33131
305−379−2400
Email: rcasamayor@dhaberlaw.com
*TERMINATED: 02/12/2019*

**Roger Slade**
Haber Slade, P.A.
201 S. Biscayne Blvd.
Suite 1205
Miami, FL 33131
305−379−2400
Fax: 305−379−1106

Email: rslade@dhaberlaw.com
*TERMINATED: 02/12/2019*

**Plaintiff**

**Eileen Sue Samilow**                    represented by   **Steven Frederick Samilow**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Rebecca Newman Casamayor**
                                                           (See above for address)
                                                           *TERMINATED: 02/12/2019*

                                                           **Roger Slade**
                                                           (See above for address)
                                                           *TERMINATED: 02/12/2019*

**Plaintiff**

**Barbara Trevino**                       represented by   **Bradley K. King**
                                                           Ahdoot and Wolfson, APC
                                                           1016 Palm Avenue
                                                           West Hollywood, CA 90069
                                                           310−474−9111
                                                           Email: bking@ahdootwolfson.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Robert R. Ahdoot**
                                                           Ahdoot and Wolfson, APC
                                                           1016 Palm Avenue
                                                           West Hollywood, CA 90069
                                                           310−474−9111
                                                           Fax: 310−474−8585
                                                           Email: rahdoot@ahdootwolfson.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Theodore Walter Maya**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Tina Wolfson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barron A. Libasci**                     represented by   **Christopher T. Aumais**
*on behalf of themselves and all others*                   Girardi & Keese
*similarly situated*                                       1126 Wilshire Boulevard

Los Angeles, CA 90017
213−241−2313
Fax: 213−481−1554.
Email: caumais@girardikeese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V. Girardi**
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
213−489−5330
Fax: 213−481−1554
Email: tgirardi@girardikeese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Martinez**                 represented by   **Christopher T. Aumais**
*TERMINATED: 05/01/2018*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Thomas V. Girardi**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Williams**                       represented by   **Andrew Melzer**
*on behalf of himself and all others*                    (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **H. Vincent McKnight**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeremy Heisler**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kevin Hunter Sharp**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Cherie Williams** | represented by | **Gregory S. Otsuka**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Richard Cashman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard M. Hagstrom**<br>(See above for address)<br>*TERMINATED: 11/28/2018* |

**Plaintiff**

| | | |
|---|---|---|
| **Beronica Jones** | represented by | **Amber Griffin Shaw**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Hunter Sharp**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Saucier**<br>*on behalf of themselves and all others*<br>*similarly situated* | represented by | **Amber Griffin Shaw**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Hunter Sharp**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Gershon Blieberg**<br>*Individually and On Behalf of All Others*<br>*Similarly Situated* | represented by | **Jeremy A. Lieberman**<br>Pomerantz, LLP −NY<br>20th Floor<br>600 Third Avenue<br>New York, NY 10016<br>212−661−1100<br>Fax: 212−661−8665<br>Email: jalieberman@pomlaw.com<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**
Pomerantz, LLP −NY
20th Floor
600 Third Avenue
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: ahood@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick V. Dahlstrom**
Pomerantz Haudek Block Grossman &
Gross
Ten S. LaSalle Street
Suite 2225
Chicago, IL 60603
312−377−1181
Email: pdahlstrom@pomlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Klein**                        represented by   **Jeremy A. Lieberman**
*Individually and On Behalf of All Others*              (See above for address)
*Similarly Situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph Alexander Hood , II**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patrick V. Dahlstrom**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Imran Ahmed**                        represented by   **Edward B. Geller**
                                                        Edward B. Geller, Esq., P.C.
                                                        15 Landing Way
                                                        Bronx, NY 10464
                                                        (914)473−6783
                                                        Fax: (718)589−7124
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lawrence R Belfon                    represented by  **Edward B. Geller**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

Richard Paul                         represented by  **Edward B. Geller**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

Maribel X Reyes                      represented by  **Edward B. Geller**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

Ariel Lee                            represented by  **Gayle M. Blatt**
                                                     Casey Gerry Reed & Schenk
                                                     (Herman Mathis Casey & Kitchens)
                                                     110 Laurel Street
                                                     San Diego, CA 92101
                                                     619−238−1811
                                                     Email: gmb@cglaw.com
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

Daniel Powell                        represented by  **Gayle M. Blatt**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

Regina Tucker                        represented by  **Gayle M. Blatt**
*on behalf of themselves and all others*             (See above for address)
*similarly situated,*                                *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

Patricia M. Benway                   represented by  **Benjamin Howard Carney**
*for herself and on behalf of all others*            Gordon, Wolf & Carney, Chtd
*similarly situated*                                 Suite 100

100 W Pennsylvania Avenue
Towson, MD 21204
410−825−2300
Fax: 410−825−0066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Eugene Wolf**
Gordon, Wolf & Carney, Chtd
Suite 100
100 W Pennsylvania Avenue
Towson, MD 21204
410−825−2300
Fax: 410−825−0066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Gordon**
Gordon, Wolf & Carney, Chtd
Suite 100
100 W Pennsylvania Avenue
Towson, MD 21204
410−825−2300
Fax: 410−825−0066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Asha Goldweber**                    represented by **Noah M. Schubert**
Schubert Jonckheer Kolbe & Kralowec
LLP
Suite 1650
3 Embarcadero Center
San Francisco, CA 94111
415−788−4220
Fax: 415−788−0161
Email: nschubert@sjk.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Schubert**
Schubert Jonckheer Kolbe & Kralowec
LLP
Suite 1650
3 Embarcadero Center
San Francisco, CA 94111
415−788−4220
Fax: 415−788−0161
Email: rschubert@sjk.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Willem Frans Jonckheer**
Schubert Jonckheer Kolbe & Kralowec
LLP
Suite 1650
3 Embarcadero Center
San Francisco, CA 94111
415−788−4220
Fax: 415−788−0161
Email: wjonckheer@schubertlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Napier**                     represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A. Hobson**
Perkins Thompson, PA
P.O. Box 426
One Canal Plaza
Portland, ME 04112
207−774−2635
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leon Beard**                       represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*              (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E. Maddox**
Maddox, Hargett & Caruso
Suite 150
10100 Lantern Road
Fishers, IN 46037
317−598−2040
Fax: 317−598−2050
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Fail**                                    represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*                            (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Mark E. Maddox**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Honanian**                                  represented by   **Christopher T. Aumais**
*individually and on behalf of all others*                          (See above for address)
*simiarly situated*                                                 *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **David Anthony Nunez**
                                                                    Meyer & Nunez, P.A.
                                                                    150 W. Flagler Street
                                                                    Suite 2700
                                                                    Miami, FL 33130
                                                                    305−722−9898
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Herman Joseph Russomanno**
                                                                    Russomanno & Borrello PA
                                                                    150 W. Flagler Street
                                                                    Museum Tower Penthouse 2800
                                                                    Miami, FL 33130
                                                                    305−373−2101
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert John Borrello**
                                                                    Russomanno & Borrello PA
                                                                    150 W. Flagler Street
                                                                    Museum Tower Penthouse 2800
                                                                    Miami, FL 33130
                                                                    305−373−2101
                                                                    Fax: 305−373−2103
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert William Finnerty**
                                                                    Girardi & Keese
                                                                    1126 Wilshire Blvd

Los Angeles, CA 90017−1904
213−977−0211
Fax: 213−481−1554.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V. Girardi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Amanda Janaye White**<br>*individually and on behalf of all others<br>simiarly situated* | represented by | **Christopher T. Aumais**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David Anthony Nunez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman Joseph Russomanno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert John Borrello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Finnerty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V. Girardi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mary L. Zribi**<br>*On behalf of herself and all others<br>similarly situated* | represented by | **J. Craig Smith**<br>Koskoff Koskoff Bieder<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>203−336−4421<br>Fax: 203−368−3244<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Kevin Hunter Sharp
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Louis Fried**                           represented by   **William T. Payne**
*on behalf of himself and all others*                            Fee, Smith, Sharp & Vitullo, LLP
*similarly situated*                                             Suite 1000
                                                                13155 Noel Road
                                                                Dallas, TX 75240
                                                                412−281−8400
                                                                Fax: 412−281−1007
                                                                Email: wpayne@fdpklaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Quagliani**                            represented by   **James E. Nealon**
*Individually and on behalf of others*                           Withers Bergman, LLP
*similarly situated*                                             Suite 400
                                                                1700 East Putnam Avenue
                                                                Greenwich, CT 06870
                                                                203−302−4100
                                                                Fax: 203−302−6611
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Steven J. Moore**
                                                                Withers Bergman, LLP
                                                                Suite 400
                                                                1700 East Putnam Avenue
                                                                Greenwich, CT 06870
                                                                203−302−4069
                                                                Fax: 203−869−0558
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Tafas**                                 represented by   **James E. Nealon**
*Individually and on behalf of others*                           (See above for address)
*similarly situated*                                             *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Steven J. Moore**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Dixon**
*on behalf of themselves and all others*
*similarly situated*

represented by **David Hill Peck**
David Hill Peck, Esq.
10190 Brier Mill Court
Johns Creek, GA 30022−1098
404−402−8423
Email: dhp@wjrlaw.com
*TERMINATED: 06/06/2018*
*LEAD ATTORNEY*

**Helen I. Zeldes**
Coast Law Group, LLP
1140 S Coast Hwy 101
Encinitas, CA 92024
760−942−8505
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tammy Gruder Hussin**
Hussin Law
1596 N. Coast Highway 101
Encinitas, CA 92024
(877) 677−5397
Fax: (877) 667−1547
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Tanks**
*on behalf of themselves and all others*
*similarly situated*

represented by **David Hill Peck**
(See above for address)
*TERMINATED: 06/06/2018*
*LEAD ATTORNEY*

**Helen I. Zeldes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tammy Gruder Hussin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bob Helton**
*on behalf of themselves and all others*
*similarly situated*

represented by **Quentin A. Roberts**
Levi and Korsinsky, LLP− CA
Suite 650
44 Montgomery Street
San Francisco, CA 94104
415−291−2419

Fax: 415−484−1294
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary M. Rivas**
Levi and Korsinsky, LLP− CA
Suite 650
44 Montgomery Street
San Francisco, CA 94104
415−291−2420
Fax: 415−484−1294
Email: rrivas@zlk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Klavans**                                    represented by   **Gilbert F. Shelsby**
*on behalf of himself and all others*                                Shelsby & Leoni
*similarly situated*                                                 221 Main Street
                                                                     Stanton, DE 19804
                                                                     302−995−6210
                                                                     Fax: 302−995−6121
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Robert Joseph Leoni**
                                                                     Shelsby & Leoni
                                                                     221 Main Street
                                                                     Stanton, DE 19804
                                                                     302−995−6210
                                                                     Fax: 302−995−6121
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Schifano**                                   represented by   **Quentin A. Roberts**
*on behalf of themselves and all others*                             (See above for address)
*similarly situated*                                                 *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Rosemary M. Rivas**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LA' Sohn Smith**                                   represented by   **Quentin A. Roberts**
*on behalf of themselves and all others*                             (See above for address)
*similarly situated*                                                 *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Rosemary M. Rivas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Heather Waitman**                    represented by  **Quentin A. Roberts**
*on behalf of themselves and all others*                  (See above for address)
*similarly situated*                                       *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Rosemary M. Rivas**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernesto Mitchel**                        represented by  **Joseph A. Zarzaur , Jr**
                                                           Zarzaur Law PA− FL
                                                           P.O. Box 12305
                                                           11 E Romania Street
                                                           Pensacola, FL 32502
                                                           850−444−9299
                                                           Fax: 866−588−1493
                                                           Email: service@zarzaurlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Richard R. Rosenthal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Lloyd Copeland**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Bradford Kittrell**
                                                           Taylor Martino, P.C.
                                                           51 St. Joseph Street
                                                           Mobile, AL 36602
                                                           251−433−3131
                                                           Fax: 251−405−5080
                                                           Email: bkittrell@taylormartino.com
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Rae Perkins**                     represented by  **Joseph A. Zarzaur , Jr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Richard R. Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Lloyd Copeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Bradford Kittrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cole T. Tomlinson**               represented by   **Cole T. Tomlinson**
Dutton & Associates, PLLC
513 Main Street
Shelbyville, KY 40065
502−633−0504
Fax: 502−633−9833
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Biles**               represented by   **Elizabeth Christine Chavez**
Foote, Mielke, Chavez & O'Neil, LLC
Suite 200
10 W. State Street
Geneva, IL 60134
630−232−7450
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Currie Chavez**
Foote, Mielke, Chavez & O'Neil, LLC
Suite 200
10 W. State Street
Geneva, IL 60134
630−232−4480
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Herman**
Foote, Mielke, Chavez & O'Neil, LLC
Suite 200
10 W. State Street
Geneva, IL 60134
630−232−7450
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Foote**

Foote, Mielke, Chavez & O'Neil, LLC
Suite 200
10 W. State Street
Geneva, IL 60134
630−232−7450
Email: rmf@fmcolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todd Fuhrman**                    represented by  **Kevin Hunter Sharp**
Sanford Heisler Sharp, LLP
611 Commerce St., Suite 3100
Nashville, TN 97203
(615) 434−7001
Fax: (615) 434−7020
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Joy Sturing**
Aidenbaum Schloff and Bloom, PLLC
Suite 250
6960 Orchard Lake Road
West Bloomfield, MI 48322
248−865−6500
Fax: .
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew C. Geller**                represented by  **Marc A. Wites**
*individually and on behalf of other*              Wites & Kapetan
*similarly situated persons*                       4400 North Federal Highway
Lighthouse Point, FL 33064
954−570−8989
Fax: 954−354−0205.
Email: mwites@wklawyers.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven C. Holzman**
Law Office of Steven C. Holzman
4400 North Federal Highway
Lighthouse Point, FL 33064
561−789−5366
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody L. Geller**
*individually and on behalf of other*
*similarly situated persons*

represented by **Marc A. Wites**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven C. Holzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Martin**
*12/21 Daniel Martin individually and on*
*behalf of all others similarly situated*

represented by **David Malcolm McMullan , Jr.**
Barrett Law Group, P.A.
404 Court Square North
Lexington, MS 39095
662−834−2488
Fax: .
Email: dmcmullan@barrettlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly E. Young**

represented by **Christopher Joseph DeCosta**
Holtz Mahshie DeCosta, PA
Suite E
1560 Matthew Drive
Ft. Myers, FL 33907
239−931−7566
Fax: 239−931−7560
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Kennedy Bailey**
*individually and on behalf of all others*
*similarly situated*
*TERMINATED: 05/01/2018*

represented by **Jodi Westbrook Flowers**
Motley Rice, LLC−SC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843−216−9163
Email: jflowers@motleyrice.com
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Cari C. Laufenberg**
Keller Rohrback, L.L.P
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
Keller Rohrback, L.L.P
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
Keller Rohrback, L.L.P
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
Keller Rohrback, L.L.P −CA
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Crow**
*individually and on behalf of all others
similarly situated*
*TERMINATED: 05/01/2018*

represented by **Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

**Cari C. Laufenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regional Manager Kevin O'Brien**
*individually and on behalf of all others
similarly situated*
*TERMINATED: 05/01/2018*

represented by **Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Cari C. Laufenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah O'Brien**                                        represented by   **Jodi Westbrook Flowers**
*individually and on behalf of all others*                                (See above for address)
*similarly situated*                                                      *TERMINATED: 05/11/2018*
*TERMINATED: 05/01/2018*                                                  *PRO HAC VICE*

                                                                         **Cari C. Laufenberg**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Derek W. Loeser**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Gretchen Freeman Cappio**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Matthew J. Preusch**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Patrick**                                    represented by   **Jodi Westbrook Flowers**
*individually and on behalf of all others*                                (See above for address)
*similarly situated*                                                      *TERMINATED: 05/11/2018*
*TERMINATED: 05/01/2018*                                                  *PRO HAC VICE*

                                                                         **Cari C. Laufenberg**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Derek W. Loeser**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Gretchen Freeman Cappio**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Matthew J. Preusch**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                                         represented by

**Lorraine Plante**
*individually and on behalf of all others*
*similarly situated*
*TERMINATED: 05/01/2018*

**Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Cari C. Laufenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Plante**
*individually and on behalf of all others*
*similarly situated*
*TERMINATED: 05/01/2018*

represented by **Jodi Westbrook Flowers**
(See above for address)
*TERMINATED: 05/11/2018*
*PRO HAC VICE*

**Cari C. Laufenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Saavedra**
*individually and on behalf of all others*
*similarly situated*
*TERMINATED: 05/01/2018*

represented by **Cari C. Laufenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Hoffman Taylor**                    represented by    **Jodi Westbrook Flowers**
*individually and on behalf of all others*                    (See above for address)
*similarly situated*                                          *TERMINATED: 05/11/2018*
*TERMINATED: 05/01/2018*                                      *PRO HAC VICE*

**Cari C. Laufenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek W. Loeser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gretchen Freeman Cappio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Preusch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troy K. Gibson**                           represented by    **Bridget Gallagher Morgan**
Bickerton Dang, LLP
Suite 801
745 Fort Street
Honolulu, HI 96813
808−599−3811
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Bickerton**
Bickerton Dang, LLP
Suite 801
745 Fort Street
Honolulu, HI 96813
808−599−3811
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kamel Khaddar** | represented by | **Bridget Gallagher Morgan** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Bickerton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Carson Block** | represented by | **Scott Lesowitz** |
| *an individual* | | |

Syverson, Lesowitz & Gebelin LLP
Suite 520
8383 Wiltshire Boulevard
Beverly Hills, CA 90211
310−341−3076
Fax: 310−341−3070
Email: scott@syversonlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Swen Syverson**
Raines Feldman, LLP
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyoka Brumfield**                    represented by    **Gaitri Boodhoo**
                                                         The Brualdi Law Firm
                                                         29 Broadway, Suite 2400
                                                         New York, NY 10006
                                                         (212)952−0602
                                                         Fax: (917)525−4785
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Campos**                        represented by    **Edward B. Geller**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklin Duran**                     represented by    **Edward B. Geller**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Mallh**                       represented by    **Gregory Joseph Allen**
                                                         Law Office of Gregory Joseph Allen
                                                         120 W Wilson Ave
                                                         Suite 1135
                                                         Glendale, CA 91203
                                                         203−535−4636
                                                         Fax: 301−490−7913
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John W. Hermina**
                                                         Hermina Law Group
                                                         8327 Cherry Lane
                                                         Laurel, MD 20707
                                                         (301)206−3166
                                                         Fax: (301)490−7913
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Dorsey**
*on behalf of themselves and all others*
*similarly situated*

represented by **Roxanne Barton Conlin**
Roxanne Conlin & Associates
Suite C
3721 Southwest 61st Street
61st Street
Des Moines, IA 50321−2418
515−283−1111
Fax: 515−282−0477.
Email: roxanne@roxanneconlinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*TERMINATED: 11/28/2018*

**Plaintiff**

**Leigh Dunlap**
*TERMINATED: 04/24/2018*

represented by **Michael W. Sobol**
Lieff Cabraser Heimann & Bernstein−CA
Embarcadero Center West
275 Battery Street
29th Floor
San Francisco, CA 94111−3339
415−956−1000
Fax: 415−956−1008.
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**Nicholas Diamand**
Lieff, Cabrasher, Heiman & Bernstein,
LLP−NY
8th Floor
250 Hudson Street
New York, NY 10013−1413
212−355−9500
Fax: 212−355−9592
Email: ndiamand@lchb.com
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**Plaintiff**

**Kay Evans**

represented by **Robert S. Jaret**
Jaret & Jaret
1016 Lincoln Avenue
San Rafael, CA 94901
415−455−1010
Fax: 415−455−1050

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Grafton**                                    represented by    **Roxanne Barton Conlin**
*on behalf of themselves and all others*                                (See above for address)
*similarly situated*                                                    *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Michael Richard Cashman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Richard M. Hagstrom**
                                                                        (See above for address)
                                                                        *TERMINATED: 11/28/2018*

**Plaintiff**

**Jesse House**                                       represented by    **Brian P. Galligan**
*on behalf of himself and all others*                                  Galligan & Reid PC
*similarly situated*                                                    Suite 5
                                                                        300 Walnut Street
                                                                        Des Moines, IA 50309
                                                                        512−282−3333
                                                                        Fax: 515−282−0318
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Kevin Hunter Sharp**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lola Hunter**                                       represented by    **Michael W. Sobol**
*TERMINATED: 04/24/2018*                                                (See above for address)
                                                                        *TERMINATED: 04/23/2018*
                                                                        *LEAD ATTORNEY*

                                                                        **Nicholas Diamand**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2018*
                                                                        *LEAD ATTORNEY*

**Plaintiff**

**Michael Irwin**                                     represented by    **Daniel J. Mulligan**
*individually and on behalf of all others*                             Jenkins Mulligan & Gabriel, LLP −CA
*similarly situated California citizens*                                10085 Carroll Canyon Road
                                                                        Suite 210

San Diego, CA 92131
(415) 982−8500
Email: dan@jmglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek G. Howard**
Derek G. Howard Law Firm, Inc.
42 Miller Avenue
Mill Valley, CA 94941
415−432−7192
Fax: 415−524−2419
Email: derek@dhowlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Marie Romero**
Derek G. Howard Law Firm, Inc.
42 Miller Avenue
Mill Valley, CA 94941
415−432−7192
Email: ashley@dhowlaw.com
*TERMINATED: 05/08/2018*

<u>**Plaintiff**</u>

**Greg Johns**
*TERMINATED: 04/24/2018*

represented by **Michael W. Sobol**
(See above for address)
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**Nicholas Diamand**
(See above for address)
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**John C. Herman**
(See above for address)
*TERMINATED: 04/16/2018*

<u>**Plaintiff**</u>

**Yorkman Lowe**
*TERMINATED: 04/24/2018*

represented by **Michael W. Sobol**
(See above for address)
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**Nicholas Diamand**
(See above for address)
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

<u>**Plaintiff**</u>

**Timothy Mack**
*TERMINATED: 04/24/2018*

represented by **Michael W. Sobol**
(See above for address)
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**Nicholas Diamand**
(See above for address)
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

**Plaintiff**

**Michael Nehring**
*on behalf of themselves and all others
similarly situated*

represented by **Roxanne Barton Conlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*TERMINATED: 11/28/2018*

**Plaintiff**

**York Taenzer**
*on behalf of themselves and all others
similarly situated*

represented by **Roxanne Barton Conlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*TERMINATED: 11/28/2018*

**Plaintiff**

**James A Cederdahl**

represented by **Jason Wallace Miller**
Patterson Law Firm, LLP − IA
Suite 729
505 Fifth Avenue
Des Moines, IA 50309
515−283−2147
Fax: 515−283−1002
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Joseph Cook**
Patterson Law Firm, LLP − IA

Suite 729
505 Fifth Avenue
Des Moines, IA 50309
515−283−2147
Fax: 515−283−1002
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Henderson**             represented by   **Daniel N. Gallucci**
*on behalf of themselves and all others*            (See above for address)
*similarly situated*                                 *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                  **Daniel E. Gustafson**
                                                  Gustafson Gluek PLLC −MN
                                                  Suite 2600
                                                  120 South Sixth Street
                                                  Minneapolis, MN 55402
                                                  612−333−8844
                                                  Fax: 612−339−6622.
                                                  Email: dgustafson@gustafsongluek.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Daniel C. Hedlund**
                                                  Gustafson Gluek PLLC −MN
                                                  Suite 2600
                                                  120 South Sixth Street
                                                  Minneapolis, MN 55402
                                                  612−333−8844
                                                  Fax: 612−339−6622
                                                  Email: dhedlund@gustafsongluek.com
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Dianne M. Nast**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Eric S. Taubel**
                                                  Gustafson Gluek PLLC −MN
                                                  Suite 2600
                                                  120 South Sixth Street
                                                  Minneapolis, MN 55402
                                                  612−333−8844
                                                  Fax: 612−339−6622
                                                  Email: etaubel@gustafsongluek.com
                                                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joanne E. Matusko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Roda**
Nastlaw, LLC
Suite 2801
1101 Market Street
Philadelphia, PA 19107
215−923−9300
Fax: 215−923−9302
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlyn Leeann Dennis**
Gustafson Gluek PLLC −MN
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Bourne**
Pearson, Simon & Warshaw, LLP
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
612−389−0602
Fax: 612−389−0601
Email: jbourne@pswlaw.com
*TERMINATED: 09/06/2018*

**Plaintiff**

**Alberto Reyes**                    represented by  **Edward B. Geller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Stabenow**                  represented by  **Jason M. Melton**
Whittel & Melton
Suite 400
200 Central Avenue
St. Petersburg, FL 33701
727−822−1111
Fax: 727−898−2001

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay P. Lechner**
Whittel & Melton
Suite 400
200 Central Avenue
St. Petersburg, FL 33701
727−822−1111
Fax: 727−898−2001
Email: lechnerj@thefllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfredo Williams**                     represented by   **Edward B. Geller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Zelakowski**                      represented by   **Jason M. Melton**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jay P. Lechner**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hayden D Parkhill**                    represented by   **Craig C. Marchiando**
                                                          Consumer Litigation Associates, P.C.−NN
                                                          VA
                                                          Suite 1−A
                                                          763 J Clyde Morris Blvd.
                                                          Newport News, VA 23601
                                                          757−930−3660
                                                          Fax: 757−930−3662
                                                          Email: craig@clalegal.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Leonard A. Bennett**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Ramsay**                          represented by   **George H Lugrin , IV**
                                                          Westmoreland Hall PC
                                                          2800 Post Oak Blvd
                                                          Suite 6400
                                                          Houston, TX 77056
                                                          713−586−4286
                                                          Fax: 713−871−9000
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tawanda Frazier**                      represented by   **Edward B. Geller**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Bailey**                          represented by   **Charles Edward Amos , II**
*on behalf of himself and all others*                     THE SEGAL LAW FIRM
*similarly situated*                                      810 Kanawha Boulevard, East
                                                          Charleston, WV 25301
                                                          304−344−9100
                                                          Fax: 304−344−9105
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason P. Foster**
                                                          THE SEGAL LAW FIRM
                                                          810 Kanawha Boulevard, East
                                                          Charleston, WV 25301
                                                          304−344−9100
                                                          Fax: 304−344−9105
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Hunter Sharp**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott S. Segal**
                                                          THE SEGAL LAW FIRM
                                                          810 Kanawha Boulevard, East
                                                          Charleston, WV 25301
                                                          304−344−9100
                                                          Fax: 304−344−9105
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Todd Benson**
*on behalf of himself, and others similarly
situated*

represented by **Brett H. Oppenheimer**
Brett H. Oppenheimer, PLLC
401 Waterfront Park Place
222 East Witherspoon Street
Louisville, KY 40202
502−749−5700
Fax: 502−895−4336
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason T. Ams**
Bingham Greenebaum Doll LLP −
Lexington
300 W. Vine Street, Suite 1100
Lexington, KY 40507−1665
859−231−8500
Fax: 859−255−2742
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V. Brandon McGrath**
Bingham Greenebaum Doll LLP−
Cincinnati
255 E. Fifth Street, Suite 2350
Cincinnati, OH 45202
513−455−7641
Fax: 513−762−7941
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Branch**
*Individually and on Behalf of All Others
Similarly Situated*

represented by **Cadio Zirpoli**
Saveri & Saveri, Inc. − SF CA
706 Sansome Street
San Francisco, CA 94111
415−217−6810
Fax: 415−217−6813
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415−217−6810
Fax: 415−217−6813.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SOLOMON CHEHEBAR**

represented by

**Edward B. Geller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LPN Katherine Clark**                    represented by    **Nicholas Koluncich**
Law Offices of Nicholas Koluncich LLC
500 Marquette Ave NW
Suite 1200
Albuquerque, NM 87102
505−881−2228
Fax: 505−881−4288
Email: nkoluncich@newmexicoclassactions.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adolpho Farinella**                      represented by    **Ryan L Gentile**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ella J. Fausz**                          represented by    **Nina B. Couch**
*individually, and on behalf of a class of*                   Couch Law, PLLC
*similarly situated persons*                                  2815 Taylorsville Rd., Suite 101
Louisville, KY 40205
502−550−4933
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary L. Taylor**
2815 Taylorsville Road, Suite 102
Louisville, KY 40205
502−822−2500
Fax: 502−822−2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ABRAHAM MANOPLA**                        represented by    **Edward B. Geller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FORTUNA MANOPLA**                        represented by    **Edward B. Geller**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LILIAN MANOPLA**                           represented by   **Edward B. Geller**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Ogburn**                              represented by   **Grant E. Morris**
*on behalf of himself and all others*                        Office of Grant E. Morris
*similarly situated*                                         Suite 700
                                                             2121 K. Street, N.W.
                                                             Washington, DC 20037
                                                             202−331−4707
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kevin Hunter Sharp**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHIMON SEROR**                             represented by   **Edward B. Geller**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Thomas**                             represented by   **Nicholas Koluncich**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliette Ann Wiltz**                       represented by   **Craig Kyle Hemphill**
*TERMINATED: 04/24/2018*                                     (See above for address)
                                                             *TERMINATED: 04/24/2018*

**Plaintiff**

**Stephanie L. Wong**                        represented by   **Kevin Hunter Sharp**
*on behalf of herself and all others*                        (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Melody A. Alger**
Alger Law LLC
400 Westminster Street
Suite 401
Providence, RI 02903
401−277−1090
Fax: 401−277−1094
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sean Neilan                     represented by   **Ben Barnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy Astor                   represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian J. Stack**
Stack, Fernandez & Harris, PA
Suite 2650
1001 Brickell Bay Drive
Miami, FL 33131−3255
305−371−0001
Fax: 305−371−0002
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise B. Crockett**
Stack, Fernandez & Harris, PA
Suite 2650
1001 Brickell Bay Drive
Miami, FL 33131−3255
305−371−0001
Fax: 305−371−0002
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John Barone** | represented by | **J. Benjamin Blakeman** |
| | | J. Benjamin Blakeman, Attorney at Law |
| | | 1259 S. Camden Dr 2E |
| | | Los Angeles, CA 90017 |
| | | 213−629−9922 |
| | | Fax: 213−232−3230 |
| | | Email: ben@lifeinsurance−law.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Theresa M. Galpin** | represented by | **Brandee J.K. Faria** |
| | | Perkin & Faria, LLC |
| | | Suite 1000 |
| | | 841 Bishop Street |
| | | Honolulu, HI 96813 |
| | | 808−523−2300 |
| | | Fax: 808−697−5302 |
| | | Email: bjkfaria@perkinlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James J. Wade** |
| | | Perkin & Faria, LLC |
| | | Suite 1000 |
| | | 841 Bishop Street |
| | | Honolulu, HI 96813 |
| | | 808−523−5200 |
| | | Email: jwade@perkinlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **John F. Perkin** |
| | | Perkin & Faria, LLC |
| | | Suite 1000 |
| | | 841 Bishop Street |
| | | Honolulu, HI 96813 |
| | | 808−523−5200 |
| | | Email: perkin@perkinlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sherry Green** | represented by | **Andrew Melzer** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brian J. Stack** |
| | | (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise B. Crockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Killings**                   represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian J. Stack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise B. Crockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mobbs**                       represented by

**Jack III Atnip**
Hellmuth & Johnson PLLC
8050 West 78th Street
Edina, MN 55439
952−941−4005
Fax: 952−941−2337
*TERMINATED: 11/28/2018*

**Michael Richard Cashman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brett N.J. Prejean                    represented by   **Brandee J.K. Faria**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Wade**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Perkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Allan Rozenzweig                    represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian J. Stack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise B. Crockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Souza**                    represented by   **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian J. Stack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise B. Crockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keneil Anderson**                 represented by   **David Reece Williams , III**
*on behalf of themselves and all others*                    Callison Tighe and Robinson
*similarly situated*                                        PO Box 1390
Columbia, SC 29202−1390
803−256−2371
Fax: 803−256−6431
Email: reecewilliams@callisontighe.com
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
Sanford Heisler Sharp, LLP
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Tracey Anderson**
*on behalf of themselves and all others*
*similarly situated*

**David Reece Williams , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Bakko**                    represented by   **Melvin B. Hollowell**
The Miller Law Firm, P.C.
1001 Woodward Avenue
Suite 850
Detroit, MI 48226
313−483−0880
Fax: 248−652−2852
Email: mbh@millerlawpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**
The Miller Law Firm
Email: epm@miller.law
*ATTORNEY TO BE NOTICED*

**Emily E. Hughes**
The Miller Law Firm
*ATTORNEY TO BE NOTICED*

**Sharon S. Almonrode**
The Miller Law Firm, P.C.
Email: ssa@miller.law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Gladwell**                    represented by   **Craig C. Marchiando**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
CONSUMER LITIGATION
ASSOCIATES
Suite 1A
763 J. Clyde Morris Boulevard
Newport News, VA 23601
757−930−3660
Fax: 757−930−3662.
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**

Consumer Litigation Associates, P.C.−NN
VA
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Hamre**                                      represented by  **Todd Michael Miller**
*on behalf of themselves and all others*                             Solberg Stewart Miller
*similarly situated*                                                 P.O. Box 1897
                                                                     Fargo, ND 58107−1897
                                                                     701−237−3166
                                                                     Email: tmiller@solberglaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jordan M. Lewis**
                                                                     Kelley Uustal
                                                                     Courthouse Law Plaza
                                                                     700 SE Third Ave Suite 300
                                                                     Fort Lauderdale, FL 33316
                                                                     954−522−6601
                                                                     Email: jordan@jml−lawfirm.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Mike Miller**
                                                                     Solberg Stewart Miller & Johnson
                                                                     Email: dwahl@solberglaw.com
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JoAnn Hyatt**                                      represented by  **Kevin Hunter Sharp**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Christopher G Meadows**
                                                                     First Albrecht & Blondis SC
                                                                     Suite 600
                                                                     158 N. Broadway
                                                                     Milwaukee, WI 53202−6015
                                                                     414−271−1972
                                                                     Fax: 414−271−1511
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **James P End**
                                                                     First Albrecht & Blondis SC
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Lawrence G Albrecht**
                                                                     First Albrecht & Blondis SC

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron M Johnson**                     represented by   **Charles Austin Reams**
                                                         Reams Law
                                                         Email: austin@reams.law
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Melton Johnson**               represented by   **Charles Austin Reams**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Johnson**                     represented by   **Charles Austin Reams**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa C Johnson**                      represented by   **Craig Kyle Hemphill**
*TERMINATED: 04/24/2018*                                 (See above for address)
                                                         *TERMINATED: 04/24/2018*

                                                         **David M Murphy**
                                                         Law Offices of Murphy & Associates
                                                         PLLC
                                                         25511 Budde Road
                                                         No 1901
                                                         The Woodlands, TX 77380
                                                         281− 475−2022
                                                         Fax: 281−475−2025
                                                         *TERMINATED: 04/24/2018*

                                                         **John Green**
                                                         John L Green, CPA, Attorney at Law
                                                         *TERMINATED: 04/24/2018*

                                                         **Marc H Richman**
                                                         Law Offices of Marc H Richman
                                                         *TERMINATED: 04/24/2018*

**Plaintiff**

**Rodney H Johnson**                    represented by   **Charles Austin Reams**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Johnson, Jr.**                 represented by   **Craig Kyle Hemphill**
*TERMINATED: 04/24/2018*                                 (See above for address)

*TERMINATED: 04/24/2018*

**David M Murphy**
(See above for address)
*TERMINATED: 04/24/2018*

**John Green**
(See above for address)
*TERMINATED: 04/24/2018*

**Marc H Richman**
(See above for address)
*TERMINATED: 04/24/2018*

<u>**Plaintiff**</u>

**Annie Lee**                                    represented by   **Charles Austin Reams**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Matthew Miles**                                represented by   **David Reece Williams , III**
*on behalf of themselves and all others*                         (See above for address)
*similarly situated*                                             *ATTORNEY TO BE NOTICED*

                                                                **Kevin Hunter Sharp**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sharon Morgan**                                represented by   **Craig C. Marchiando**
*on behalf of themselves and all others*                         (See above for address)
*similarly situated*                                             *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Elizabeth Wilson Hanes**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Leonard A. Bennett**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Douglas Ivan Powers**                          represented by   **James L. Ward , Jr.**
*on behalf of themselves and all others*                         McGowan Hood Felder & Johnson – Mt.
*similarly situated*                                             SC
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

                                                 represented by

**Gloria Jean Powers**
*on behalf of themselves and all others
similarly situated*

**Plaintiff**

**Derek Selders**
*individually and on behalf of all other
similarly situated,*

**James L. Ward , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Kenneth Paul Kula**
Buether Joe & Carpenter, LLC
Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
214−730−5660
Fax: 972−707−1248.
Email: Ken.Kula@bjciplaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Andrew Carpenter**
Buether Joe & Carpenter, LLC
Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
214−466−1273
Fax: 214−635−1829.
Email: Brian.Carpenter@BJCIPLaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher M. Joe**
Buether Joe & Carpenter, LLC
Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
214−466−1272
Fax: 214−635−1828
Email: Chris.Joe@bjciplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric W. Buether**
Buether Joe & Carpenter, LLC
Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
214−466−1271
Fax: 214−635−1827
Email: eric.buether@bjciplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isaac Tadros**
*on behalf of themselves and all others*
*similarly situated*

represented by **Todd Michael Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan M. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mike Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clint Thomson**
*individually and on behalf of all other*
*similarly situated*

represented by **Kenneth Paul Kula**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Andrew Carpenter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher M. Joe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric W. Buether**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Williams**
*individually and on behalf of all other*
*similarly situated*

represented by **Kenneth Paul Kula**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Andrew Carpenter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher M. Joe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric W. Buether**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A Crossett**                    represented by   **D. Todd Mathews**
*Individually, and on Behalf of all Others*            Gori Julian & Associates, P.C.
*Similarly Situated*                                   156 N. Main Street
                                                       Edwardsville, IL 62025
                                                       618−659−9833
                                                       Fax: 618−659−9834.
                                                       Email: todd@gorijulianlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAROLYN BECKER**                      represented by   **Eric Andrew Campolo**
                                                        Law Offices of Maloney & Campolo,
                                                        L.L.P.
                                                        926 S. Alamo
                                                        San Antonio, TX 78205
                                                        210−219−0412
                                                        Fax: 210−923−1313
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul E. Campolo**
                                                        Law Offices of Maloney & Campolo,
                                                        L.L.P.
                                                        926 S. Alamo
                                                        San Antonio, TX 78205
                                                        (210) 922−2200
                                                        Fax: 210/923−1313
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Tim Maloney**
                                                        Law Offices of Maloney & Campolo, LLP
                                                        900 SE Military Drive
                                                        San Antonio, TX 78214
                                                        210−922−2200
                                                        Fax: 210−923−1313
                                                        Email: tmaloney@maloneyandcampolo.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Petre Fiona Black**                   represented by   **Eric Andrew Campolo**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul E. Campolo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tim Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fralick**                                    represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*                            (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Hebrlee**                                   represented by   **James Henry Podolny**
*on behalf of themselves and all others*                            Duncan Law Group, Llc
*similarly situated*                                                161 North Clark Street
                                                                    Suite 2550
                                                                    Chicago, IL 60601
                                                                    (312) 202−3281
                                                                    Fax: Not a member
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kevin Hunter Sharp**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert R Duncan**
                                                                    Duncan Law Group, LLC
                                                                    161 N. Clark, Suite 2550
                                                                    Chicago, IL 60601
                                                                    (312)262−5841
                                                                    Fax: Active
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Herrmann**                                represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*                            (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Hogan                    represented by   **Kevin Hunter Sharp**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Olga Kucerak                   represented by   **Eric Andrew Campolo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Paul E. Campolo**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Tim Maloney**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Joan Lawyer                    represented by   **Robert C. Hilliard**
                                                Hilliard & Munoz
                                                719 S. Shoreline
                                                Suite 600
                                                Corpus Christi, TX 78401
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

EVELYN MANOPLA                 represented by   **Edward B. Geller**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Charles Morin                  represented by   **Kevin Hunter Sharp**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Morin**                                      represented by   **Kevin Hunter Sharp**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Smith**                                     represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*                             (See above for address)
*similarly situated*                                                 *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dwight Thompson**                                  represented by   **James Henry Podolny**
*on behalf of themselves and all others*                             (See above for address)
*similarly situated*                                                 *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kevin Hunter Sharp**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Robert R Duncan**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elexis Williams**                                  represented by   **Kevin Hunter Sharp**
*on behalf of themselves and all others*                             (See above for address)
*similarly situated*                                                 *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Agnew**                                represented by   **Steven A. Christensen**
                                                                     CHRISTENSEN YOUNG &
                                                                     ASSOCIATES PLLC
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chelsea Arnell**                                   represented by   **Steven A. Christensen**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan B. Bassett**                    represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela R. Bassett**                  represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Bigler**                       represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emil Bigler**                        represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valencia Vee Bradley**               represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emil Budilov**                       represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Carlson**                    represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clara Carlson**                      represented by   **Steven A. Christensen**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Chrisman**                    represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Chrisman**                    represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cameron Christensen**               represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer J. Christensen**           represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary A. Christensen**            represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zane L. Christensen**               represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael C. Clough**                 represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mathew Patterson Coe**              represented by   **Steven A. Christensen**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Colchin**                          represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Coombs**                        represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leo Michael Coombs**                      represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aura Crespo**                             represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Atir Edwin**                              represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Enslow**                      represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas C. Evans**                        represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Evans**                             represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimbra Flanders**                    represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheminant M. Flitton**               represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shenna Gifford**                     represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nosheen T. Hamid**                   represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Hendricks**                  represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald R. Hensley**                  represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Layne A. K. Hill**                   represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan P. Hirst**                    represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brent Hughes**                                represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milo Gene Kartchner, Sr.**                    represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamara Ann Kartchner**                        represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael S. Keenan**                           represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Knudson**                              represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Koehler**                             represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Lindsay**                               represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John MacInnis**                               represented by   **Steven A. Christensen**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Madsen**                              represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Edison Manco**                      represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Mendoza**                            represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicci Mendoza**                            represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geogory Michael Metzgar**                  represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Joy C. Metzgar**                  represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Moellmer**                          represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Morgan**                              represented by   **Steven A. Christensen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Morgan**                        represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Nielson**                       represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Nielson**                    represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana James Normoyle**                 represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Normoyle**                     represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Noster**                       represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell A. Noster**                   represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Sue Ogden**                    represented by   **Steven A. Christensen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Oleson**                             represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Olson**                              represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian M. Owens**                          represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Parrott**                            represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Partridge**                           represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Phillips**                       represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Platts**                            represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Poarch**                           represented by   **Steven A. Christensen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chiaquitta Purnell−Reid**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Raynor**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Stonebraker**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Stonebraker**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gene Tabish**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Tabish**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kara Vera**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Walters**

represented by **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bristol Ward**                                  represented by  **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Weloth**                                 represented by  **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William L. Wright**                            represented by  **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell Wyatt**                               represented by  **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brooke Zaugg**                                 represented by  **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jared Zaugg**                                  represented by  **Steven A. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Alexander**                               represented by  **Jason Barnes**
*(Missouri) consumers, individually and*         Barnes & Associates
*on behalf of all others*                        219 E Dunklin Street
Suite A
Jefferson City, MO 65101
(573) 634−8884
Fax: (573) 635−6291
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nimrod T. Chapel , Jr.**

The Chapel Law Group LLC
219 E. Dunklin
Suite A
Jefferson City, MO 65101
573−634−8884
Fax: 573−635−6291
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian Michael Azocar**               represented by   **Salar Ali Ahmed**
One Arena Place
7322 Southwest Frwy, Suite 1920
Houston, TX 77074
713−223−1300
Fax: 713−255−0013
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ron Biorn**                           represented by   **Anthony F. Jackson**
BECK & AMSDEN
1946 Stadium Drive
Suite 1
Bozeman, MT 59715
406−586−8700
Fax: 406−586−8960
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Amsden**
BECK & AMSDEN
1946 Stadium Drive
Suite 1
Bozeman, MT 59715
406−586−8700
Fax: 586−8960
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin P. Stalpes**
BECK & AMSDEN
1946 Stadium Drive
Suite 1
Bozeman, MT 59715
406−586−8700
Fax: 406−586−8960
Email: info@becklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte D. Beck**
BECK & AMSDEN, PLLC
1946 Stadium Drive
Suite 1
Bozeman, MT 59715
406−586−8700
Fax: 406−586−8960
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jonathon Earl                    represented by   **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie C. Nixon**
Nixon Vogelman Barry Slawsky &
Simoneau PA
77 Central St
Manchester, NH 03101
603 669−7070
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer Greenwald               represented by   **Charles G. Douglas , III**
Douglas Leonard & Garvey PC
14 South St, Ste 5
Concord, NH 03301
603 224−1988
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Margaret Henkel                  represented by   **Anthony F. Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Amsden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin P. Stalpes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte D. Beck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Elvis A. Johnson                                    represented by   **Robert Farris−Olsen**
*Individually and on Behalf of all Other*                          MORRISON, SHERWOOD, WILSON &
*Similarly Situated*                                               DEOLA, PLLP
                                                                   401 N Last Chance Gulch
                                                                   PO Box 557
                                                                   Helena, MT 59624
                                                                   406−442−3261
                                                                   Fax: 406−443−7294
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brandy Poole                                        represented by   **Anthony F. Jackson**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **John L. Amsden**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Justin P. Stalpes**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Monte D. Beck**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Cynthia Robbins                                     represented by   **Charles G. Douglas , III**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Edward L. Scherer                                   represented by   **Salar Ali Ahmed**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dustin Sievers**<br>*on behalf of himself and all others*<br>*similarly situated* | represented by | **A. Clifford Edwards**<br>EDWARDS FRICKLE & CULVER<br>1648 Poly Drive<br>Suite 206<br>Billings, MT 59102<br>406−256−8155<br>Fax: 406−256−8159<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Triel D. Culver**
EDWARDS FRICKLE & CULVER
1648 Poly Drive
Suite 206
Billings, MT 59102
406−256−8155
Fax: 406−256−8159
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Diana K. Smith** | represented by | **Salar Ali Ahmed**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jimmy Smith** | represented by | **Anthony F. Jackson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John L. Amsden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin P. Stalpes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte D. Beck**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Staker**                                   represented by   **Anthony F. Jackson**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **John L. Amsden**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Justin P. Stalpes**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Monte D. Beck**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Williams**                                represented by   **Jason Barnes**
*(Missouri) consumers, individually and*                           (See above for address)
*on behalf of all others*                                          *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Nimrod T. Chapel , Jr.**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nikki−Lynn Gardner**                             represented by   **Andrew Melzer**
*on behalf of herself and all others*                              (See above for address)
*similarly situated*                                               *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jeremy Heisler**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jessica E. Leaven**
                                                                    Grimes Teich Anderson LLP
                                                                    535 College Street

P.O. Box 7074
Asheville, NC 28802
828−251−0800
Fax: 828−236−9200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A. Gay**                           represented by   **Andrew Melzer**
*on behalf of himself and all others*                      (See above for address)
*similarly situated*                                       *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeremy Heisler**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jessica E. Leaven**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kevin Hunter Sharp**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven B. Sikes**                        represented by   **Andrew Melzer**
*on behalf of himself and all others*                      (See above for address)
*similarly situated*                                       *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeremy Heisler**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jessica E. Leaven**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Carr**                                     represented by   **Andrew Melzer**
*on behalf of themselves and all others*                           (See above for address)
*similarly situated*                                               *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kevin Hunter Sharp**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert B. Sullivan**
                                                                   5704 W. 128th Terrace
                                                                   Overland Park, KS 66209
                                                                   816−309−6840
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Carr**                                      represented by   **Andrew Melzer**
*on behalf of themselves and all others*                           (See above for address)
*similarly situated*                                               *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kevin Hunter Sharp**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert B. Sullivan**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hezzie Kendrick, III**                           represented by   **Andrew Melzer**
*on behalf of themselves and all others*                           (See above for address)

*similarly situated*

LEAD ATTORNEY
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen M. Levine**                    represented by   **Andrew Melzer**
*on behalf of themselves and all others*                 (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Porsha Smith−Norwood**                 represented by   **Andrew Melzer**
*on behalf of themselves and all others*                 (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Paige Abramowitz**<br>*Individually and on behalf of all others similarly situated* | represented by | **Paul C. Whalen**<br>Law Offices of Paul C. Whalen, P.C.<br>768 Plandome Road 3<br>Manhasset, NY 11030<br>516−426−6870<br>Fax: 212−658−9685<br>Email: pcwhalen@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gary Campbell** | represented by | **Christopher L Thayer**<br>PIVOTAL LAW GROUP<br>IBM BUILDING<br>1200 FIFTH AVENUE, SUITE 1217<br>SEATTLE, WA 98101<br>206−340−2008<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **McKean J Evans**<br>PIVOTAL LAW GROUP<br>IBM BUILDING<br>1200 FIFTH AVENUE, SUITE 1217<br>SEATTLE, WA 98101<br>206−340−2008<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Carobene** | represented by | **Jeremy Heisler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Hunter Sharp**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joe Falco**<br>*Individually and on behalf of all others similarly situated* | represented by | **Paul C. Whalen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Falco** | represented by | **Paul C. Whalen** |
| *Individually and on behalf of all others* | | (See above for address) |
| *similarly situated* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Goodman** | represented by | **Daniel P Sullivan** |
| | | Stephen C Maxwell PC |
| | | 1300 Summitt Avenue, Suite 650 |
| | | Fort Worth, TX 76102 |
| | | 817−546−5619 |
| | | Fax: 817−719−9484 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jason L. Nabors** |
| | | Smith. Phillips, Mitchell & Scott |
| | | P.O. Box 1586 |
| | | Batesville, MS 38606 |
| | | 662−563−4613 |
| | | Email: jason@langstonlawyers.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Rebecca McRae Langston** |
| | | Langston & Langston, PLLC |
| | | Suite 1205 |
| | | 210 East Capitol Street |
| | | Jackson, MS 39201 |
| | | 601−969−1356 |
| | | Fax: 601−968−3866 |
| | | Email: rebecca@langstonlawyers.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shane Fredrick Langston** |
| | | Langston & Langston PLLC |
| | | 1161 La Mirada Court |
| | | Southlake, TX 76092 |
| | | 601−214−0025 |
| | | Fax: 601−969−1356 |
| | | Email: shane@langstonlawyers.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Stephen C Maxwell** |
| | | Bailey & Galyen |
| | | 1300 Summitt Avenue, Suite 650 |
| | | Fort Worth, TX 76102 |
| | | 817−417−9660 |
| | | Fax: 817−719−9484 |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
Langston & Langston, PLLC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Hogencamp**                    represented by   **Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Carroll Hood**                   represented by   **Daniel P Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason L. Nabors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greta L. Kemp**
Langston & Langston, PLLC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Bentley Hood**                   represented by   **Daniel P Sullivan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason L. Nabors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greta L. Kemp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neva Joyce Hood**                     represented by    **Daniel P Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason L. Nabors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Josefsberg**                    represented by   **Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert W. Larkin, Jr.**                represented by   **Paul C. Whalen**
*Individually and on behalf of all others*              (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Guzi Macedonia**                  represented by   **Paul C. Whalen**
*Individually and on behalf of all others*              (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thristian Michel**                     represented by   **Daniel P Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason L. Nabors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT PACELLI**
*INDIVIDUALLY AND ON BEHALF OF*
*ALL OTHERS SIMILARLY SITUATED*

represented by **Brent F. Vullings**
Vullings Law, LLC
Suite 102
3953 Ridge Pike
Collegeville, PA 19426
610−489−6060
Email: bvullings@vullingslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Palumbo**
*Individually and on behalf of all others*
*similarly situated*

represented by **Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Palumbo**

represented by **Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Summer Nicole Starbuck**
*Individually and on behalf of all others*
*similarly situated*

represented by **Paul C. Whalen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Sternemann**
*Individually and on behalf of all others*
*similarly situated*

represented by **Paul C. Whalen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis Sternemann**
*Individually and on behalf of all others
similarly situated*

represented by  **Paul C. Whalen**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Sullivan**

represented by  **Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Whitfill**
*individually and on behalf of all others
similarly situated*

represented by  **Daniel P Sullivan**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Jason L. Nabors**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard J. Zweig**
*Individually and on behalf of all others
similarly situated*

represented by  **Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Appel**                                        represented by   **Daniel E. Gustafson**
*on behalf of themselves and all others*                              (See above for address)
*similarly situated*                                                  *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Daniel C. Hedlund**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Eric S. Taubel**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Kaitlyn Leeann Dennis**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Joseph C. Bourne**
                                                                      (See above for address)
                                                                      *TERMINATED: 09/06/2018*

**Plaintiff**

**Jody Burgstahler**                                  represented by   **Daniel E. Gustafson**
*on behalf of themselves and all others*                              (See above for address)
*similarly situated*                                                  *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Daniel C. Hedlund**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Eric S. Taubel**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Kaitlyn Leeann Dennis**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph C. Bourne**
(See above for address)
*TERMINATED: 09/06/2018*

**Plaintiff**

**Kevin Burgstahler**                    represented by   **Daniel E. Gustafson**
*on behalf of themselves and all others*                 (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel C. Hedlund**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric S. Taubel**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kaitlyn Leeann Dennis**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joseph C. Bourne**
                                                          (See above for address)
                                                          *TERMINATED: 09/06/2018*

**Plaintiff**

**Robert Etten**                         represented by   **Daniel E. Gustafson**
*on behalf of themselves and all others*                 (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel C. Hedlund**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric S. Taubel**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kaitlyn Leeann Dennis**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Bourne**
(See above for address)
*TERMINATED: 09/06/2018*

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Harris**<br>*on behalf of themselves and all others*<br>*similarly situated* | represented by | **Daniel E. Gustafson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Daniel C. Hedlund**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric S. Taubel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlyn Leeann Dennis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Bourne**
(See above for address)
*TERMINATED: 09/06/2018*

**Plaintiff**

| | | |
|---|---|---|
| **Glenn Jaspers**<br>*on behalf of themselves and all others*<br>*similarly situated* | represented by | **Daniel E. Gustafson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Daniel C. Hedlund**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric S. Taubel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlyn Leeann Dennis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Bourne**
(See above for address)
*TERMINATED: 09/06/2018*

**Plaintiff**

**Clifton Ralph Messer, Jr.**                    represented by   **Paul Berry Cooper , III**
McNabb Bragorgos & Burgess, PLLC
6th Floor
81 Monroe Avenue
Memphis, TN 38103−5402
901−624−0640
Fax: 901−624−0650
Email: bcooper@mbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASHLEY R. RICH**                               represented by   **James A. Naddeo**
(814) 765−1601
Fax: 814−765−8142
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brijit Stiles**                                represented by   **Andrew Melzer**
*on behalf of herself and all others*                             (See above for address)
*similarly situated*                                              *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Wes Sullenger**
Boehl Stopher & Graves, LLP − Paducah
410 Broadway Street
Paducah, KY 42002−9551
270−442−4369
Fax: 270−442−4689.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Wittenberg**                  represented by   **Paul Berry Cooper , III**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Durand State Bank**                   represented by   **Anthony C. Lake**
*individually and on behalf of a class of*               (See above for address)
*all similarly situated financial*                       *LEAD ATTORNEY*
*institutions*                                           *ATTORNEY TO BE NOTICED*
*TERMINATED: 01/28/2019*

                                                         **Arthur M. Murray**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian C. Gudmundson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan L. Bleichner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan A. Fox**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Carol Thomas**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Charles Hale Van Horn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Erin Green Comite**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheyra Acklin−Davis**
*on behalf of themselves and all others*
*similarly situated*

represented by **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert Leonard Campbell**
Williamson, Fontenot, Campbell &
Whittington, LLC
P.O. Box 3035
955 McClung Street
Baton Rouge, LA 70802
225−383−4010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Atiles**
*individually and on behalf of all others
similarly situated*

represented by **Wesley Martin Mullen**
Mullen P.C.
Suite 1700
200 Park Avenue
New York, NY 00000
646−632−3718
Email: wmullen@mullenpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keisha Dykes**
*on behalf of themselves and all others
similarly situated*

represented by **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Leonard Campbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alvin Pierre**
*on behalf of themselves and all others
similarly situated*

represented by **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Leonard Campbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Solin**
*individually and on behalf of all others*

represented by **Wesley Martin Mullen**
(See above for address)

*similarly situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLES DERR**                    represented by   **Charles Kocher**
*Individually and on behalf of all others*          Saltz, Mongeluzzi, Barrett & Bendesky, PC
*similary situated*                                 One Liberty Place
                                                    52nd Floor
                                                    1650 Market Street
                                                    Philadelphia, PA 19103
                                                    215−575−3986
                                                    Fax: 215−575−3894
                                                    Email: ckocher@smbb.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRYAN MINKA**                     represented by   **Charles Kocher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACQUELINE MINKA**                represented by   **Charles Kocher**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Drew Martin**                     represented by   **Jason L. Nabors**
*Individually and on behalf of all others*          (See above for address)
*similarly situated*                                *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Shane Fredrick Langston**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Christopher Justin Broome**
                                                    Langston & Langston, PLLC
                                                    Suite 1205
                                                    210 East Capitol Street
                                                    Jackson, MS 39201
                                                    601−969−1356
                                                    Fax: 601−968−3866
                                                    Email: justin@langstonlawyers.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Greta L. Kemp**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHAYNA SPIVAK**                     represented by   **Charles Kocher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Kalmick**                     represented by   **Jarrett Stone**
Colley & Colley LLP
12912 Hill County Blvd
Suite F−234
Austin, TX 78738
512−477−2001
Fax: 512−477−3335
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Colley , Jr.**
Colley Firm, P.C.
12912 Hill Country Blvd
Suite F−234
Austin, TX 78738
(512) 477−2001
Fax: 512/477−3335
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Le**                          represented by   **Katherine Langley**
Burt Langley, P.C.
149 South Lexington
P.O. Box 7007
Asheville, NC 28801
828−367−7090
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Marrs**                        represented by   **Jarrett Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Colley , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammie Marrs**                    represented by   **Jarrett Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Colley , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George W. Tate, Jr.**              represented by   **Martin L. White**
Martin White, Attorney at Law
1065 East Morehead St
Charlotte, NC 28204
704−332−1181
Fax: 704−376−1181.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Burchette**
Johnston Allison & Hord
P.O. Box 36469
Charlotte, NC 28236
704−332−1181
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannie L Tate**                   represented by   **Martin L. White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Burchette**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terra Weaver**                     represented by

**Katherine Langley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace Cho**                     represented by   **Gerald S. Ohn**
*on behalf of herself and all others*              Law Offices of Gerald S. Ohn APC
*similarly situated*                               25129 The Old Road
                                                   Suite 207
                                                   Stevenson Ranch, CA 91381
                                                   661−475−5220
                                                   Fax: 310−694−3049
                                                   Email: gerald@ohnlaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mona Coade−Wingate**            represented by   **Rodney Mark Zerbe**
*on behalf of herself and all others*              Hellmuth Johnson Law Firm
*similarly situated*                               The Woolworth Building
                                                   Suite 2208
                                                   233 Broadway
                                                   New York, NY 10279
                                                   212−966−4949
                                                   Fax: 212−571−9149
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michael Richard Cashman**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Woods**                  represented by   **Jason L. Nabors**
*Individually and on behalf of all others*         Smith, Phillips, Mitchell & Scott
*similarly situated*                               P.O. Box 1586
                                                   Batesville, MS 38606
                                                   662−563−4613
                                                   Email: jason@langstonlawyers.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Shane Fredrick Langston**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greta L. Kemp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Woods**
*Individually and on behalf of all others
similarly situated*

represented by **Jason L. Nabors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Maxwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greta L. Kemp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maricela Cuevas**
*individually and on behalf of all others
similarly situated*

represented by **Ashkahn Mohamadi**
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
213−977−0211
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher T. Aumais**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas V. Girardi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monique Dela Cruz**                    represented by   **Bobby Samini**
*individually and as the representative of*                 Samini Scheinberg PC
*class of similarly situated persons*                        2801 West Coast Highway
                                                             Suite 200
                                                             Newport Beach, CA 92663
                                                             949−724−0900
                                                             Fax: 949−724−0901
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Matthew Michael Hoesly**
                                                             Samini Scheinberg PC
                                                             2801 West Coast Highway
                                                             Suite 200
                                                             Newport Beach, CA 92663
                                                             949−724−0900
                                                             Fax: 949−724−0901
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Theodore G. Spanos**
                                                             Samini Scheinberg PC
                                                             2801 West Coast Highway
                                                             Suite 200
                                                             Newport Beach, CA 92663
                                                             949−724−0900
                                                             Fax: 949−724−0901
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Bryan C. Oberle**
                                                             Samini Scheinberg PC
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Imtiyaz Dhuka**                         represented by   **Andrew Kochanowski**
                                                             Sommers Schwartz, P.C.
                                                             One Towne Square, Suite 1700
                                                             Southfield, MI 48076
                                                             248−746−4068
                                                             Fax: 248−936−2140
                                                             Email: akochanowski@sommerspc.com
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Randall Adam Swick**
Reid Collins & Tsai
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, TX 78746
512.647.6100
Fax: 512.647.6129
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Rickard**
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
248−415−3171
Fax: 248−936−2111
Email: srickard@sommerspc.com
*TERMINATED: 04/02/2018*

**Plaintiff**

**Abuzar Dhukka**                           represented by   **Andrew Kochanowski**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Randall Adam Swick**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sarah L. Rickard**
                                                             (See above for address)
                                                             *TERMINATED: 04/02/2018*

**Plaintiff**

**Daniel Kittrell**                         represented by   **A Laurie Koller**
                                                             Carr & Carr (Tulsa)
                                                             4416 S HARVARD AVE
                                                             TULSA, OK 74135
                                                             918−747−1000
                                                             Fax: 918−747−7284
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kevin Hunter Sharp**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Patrick Eugene Carr**
Carr & Carr (Tulsa)
4416 S HARVARD AVE
TULSA, OK 74135
918−747−1000
Fax: 918−747−7284
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Imtiaz Maredia**                     represented by   **Andrew Kochanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Adam Swick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Rickard**
(See above for address)
*TERMINATED: 04/02/2018*

**Plaintiff**

**Mumtaz Maredia**                     represented by   **Andrew Kochanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Adam Swick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Rickard**
(See above for address)
*TERMINATED: 04/02/2018*

**Plaintiff**

**Michael Miller**                     represented by   **A Laurie Koller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Eugene Carr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Putegnat**                    represented by   **Andrew Kochanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Adam Swick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Rickard**
(See above for address)
*TERMINATED: 04/02/2018*

**Plaintiff**

**Nydia Putegnat**                    represented by   **Andrew Kochanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Adam Swick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Rickard**
(See above for address)
*TERMINATED: 04/02/2018*

**Plaintiff**

**MS. Shervon Flores**                represented by   **Shelly L. Friedland**
*on behalf of themselves and all others*                Trief and Olk
*similarly situated*                                     158 East 58 Street
New York, NY 10155
212−486−6060
Fax: 212−317−2946
Email: sfriedland@triefandolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ted Trief**
Trief and Olk
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mr. Elio Guzman**
*on behalf of themselves and all others*
*similarly situated*

represented by   **Shelly L. Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ted Trief**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Meade**
*on behalf of herself and all others*
*similarly situated*

represented by   **Brian M. Garvine**
Law Office of Brian M. Garvine, LLC
Suite 1100
5 E. Long Street
Columbus, OH 43215
614−223−0290
Fax: 614−716−0511
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Jeremiah E. Heck**
Luftman & Heck and Associates
580 East Rich Street
Columbus, OH 43215
614−224−1500
Fax: 614−224−2894
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Mark D. Lewis**
Kitrick, Lewis & Harris Co. LPA
Suite 100
445 Hutchinson Avenue
Columbus, OH 43235
614−224−7711
Fax: 614−225−8985.
Email: mlewis@klhlaw.com
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Michelle Elizabeth Lanham**
Michelle E. Lanham Attorney at Law, LLC
Suite 100
445 Hutchinson Avenue
Columbus, OH 43235
614−300−5896
Fax: 614−737−5239
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Wagoner**
Robert J. Wagoner Co., L.L.C.
Suite 100
445 Hutchinson Avenue
Columbus, OH 42335
614−796−4110
Fax: 614−796−4111
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Mark Lewis**
Kitrick, Lewis & Harris Co. L.P.A.
445 Hutchinson Ave., Suite 100
Columbus, OH 43235
614−224−7711
Email: mlewis@klhlaw.com
*TERMINATED: 03/30/2020*

**Plaintiff**

**Brenda Kay Wygal**                     represented by   **Brian M. Garvine**
*on behalf of herself and all others*                    (See above for address)
*similarly situated*                                     *TERMINATED: 03/30/2020*
                                                         *LEAD ATTORNEY*

                                                         **Jeremiah E. Heck**
                                                         (See above for address)
                                                         *TERMINATED: 03/30/2020*
                                                         *LEAD ATTORNEY*

                                                         **Mark D. Lewis**
                                                         (See above for address)
                                                         *TERMINATED: 03/30/2020*
                                                         *LEAD ATTORNEY*

                                                         **Michelle Elizabeth Lanham**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert J. Wagoner**
                                                         (See above for address)
                                                         *TERMINATED: 03/30/2020*
                                                         *LEAD ATTORNEY*

**Plaintiff**

**Edward Wygal**                         represented by   **Brian M. Garvine**
*on behalf of himself and all others*                    (See above for address)
*similarly situated*                                     *TERMINATED: 03/30/2020*
                                                         *LEAD ATTORNEY*

                                                         **Jeremiah E. Heck**

(See above for address)
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Mark D. Lewis**
(See above for address)
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Elizabeth Lanham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Wagoner**
(See above for address)
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Plaintiff**

**Jason Baker**
*on behalf of himself and all those
similarly situated*

represented by **Marisa C. Katz**
Teske, Katz, Kitzer & Rochel, PLLP
Suite 4050
222 South Ninth Street
Minneapolis, MN 55402
612−746−1558
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vildan A. Teske**
Teske, Katz, Kitzer & Rochel, PLLP
Suite 4050
222 South Ninth Street
Minneapolis, MN 55402
612−746−1558
Email: teske@tkkrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian A. Cadwallader**
*on behalf of themselves and all others
similarly situated*

represented by **Gregory S. Otsuka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Richard Cashman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
Hellmuth & Johnson PLLC
8050 West 78th Street
Edina, MN 55439
952−941−4005
Fax: 952−941−2337
*TERMINATED: 11/28/2018*

**Plaintiff**

**Christopher Peters**                        represented by  **Amir J. Goldstein**
*individually and on behalf of others*                      (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marty Super**                               represented by  **Gregory S. Otsuka**
*on behalf of themselves and all others*                    (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael Richard Cashman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard M. Hagstrom**
                                                            (See above for address)
                                                            *TERMINATED: 11/28/2018*

**Plaintiff**

**Jennifer Tweeddale**                        represented by  **Curtis B. Miner**
                                                            Colson Hicks Eidson
                                                            2nd Floor
                                                            255 Alhambra Circle Penthouse
                                                            Coral Gables, FL 33134−5008
                                                            305−476−7400
                                                            Fax: 305−476−7444
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Julie Braman Kane**
                                                            Colson Hicks Eidson
                                                            2nd Floor
                                                            255 Alhambra Circle Penthouse
                                                            Coral Gables, FL 33134−5008
                                                            305−476−7400
                                                            Fax: 305−476−7444
                                                            Email: julie@colson.com
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Lewis S. Eidson , Jr.**
Colson Hicks Eidson
2nd Floor
255 Alhambra Circle Penthouse
Coral Gables, FL 33134−5008
305−476−7400
Fax: 305−476−7444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANK J BRUSH**
*individually and on behalf of all others*
*similarly situated*

represented by **Neil Grossman**
Bronstein, Gewirtz & Grossman, ESQS.
Suite 187
144 North Beverwyck
Lake Hiawatha, NJ 07034
973−335−6409
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peretz Bronstein**
Bronstein, Gewirtz & Grossman, LLC
Suite 4600
60 East 42nd Street
New York, NY 10165
212−697−6484
Fax: 212−697−7296
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WESLEY FEEHRER**
*individually and on behalf of all others*
*similarly situated*

represented by **Joseph R. Santoli**
340 Devon Court
Ridgewood, NJ 07450
201−926−9200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
Squitieri & Fearon
521 Fifth Avenue
26th Floor
New York, NY 10175
646−487−3049
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARK GOTTLIEB**
*individually and on behalf of all others*
*similarly situated*

represented by  **Neil Grossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peretz Bronstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TOMMIE INGRAM**

represented by  **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H. Tracey**
Sanford Heisler Kimpel LLP
1350 Avenue of the Americas
31st Floor
New York, NY 10019
646−402−5667
Email: dtracey@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER MALVASI**
*individually and on behalf of all others*
*similarly situated*

represented by  **Joseph R. Santoli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHELLE O'NEILL**
*on behalf of herself and all others*
*similarly situated*

represented by **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHELLE A. VIVANZ**

represented by **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARL DAVID**
*on behalf of themselves and all others*

represented by **Andrew Melzer**
(See above for address)

*similarly situated*

LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jeremy Heisler**
(See above for address)
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Kevin Hunter Sharp**
(See above for address)
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Saba Bireda**
Sanford Heisler Sharp, LLP
1666 Connecticut Avenue Nw
Suite 300
Washington, DC 20009
202−499−5200
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

**ROBERTA SERAFINE**                    represented by    **Andrew Melzer**
(See above for address)
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jeremy Heisler**
(See above for address)
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Kevin Hunter Sharp**
(See above for address)
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Saba Bireda**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

**DONALD K. SHEARER**                    represented by

**Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bireda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LESLIE WHIPPER**                    represented by  **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bireda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Young**                    represented by  **Andrew Melzer**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saba Bireda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Martin**                          represented by   **Carin L. Marcussen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua D. Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ESTHER EVA BEREZOFSKY**
BEREZOFSKY LAW GROUP, LLC
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
Berezofsky Law Group
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANIEL BLAKE**
*individually and on behalf of all others*
*similarly situated*

represented by **ESTHER EVA BEREZOFSKY**
BEREZOFSKY LAW GROUP, LLC
WOODLAND FALLS CORPORATE
CENTER
210 LAKE DRIVE EAST
SUITE 101
CHERRY HILL, NJ 08002−1163
(856) 667−0500
Fax: 856−667−5133
Email: eberezofsky@eblawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARK ISACOFF**
*on behalf of themselves and all others*
*similarly situated*

represented by **DAVID S. STONE**
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
(973) 218−1111
Email: dstone@stonemagnalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JASON SCOTT KANTERMAN**
STONE & MAGNANINI LLP
100 CONNELL DRIVE
SUITE 2200
BERKLEY HEIGHTS, NJ 07922
973−218−1111
Email: jkanterman@stonemagnalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JULIO C. GOMEZ**
GOMEZ LLC
THE STURCKE BUILDING
111 QUIMBY STREET, SUITE 8
WESTFIELD, NJ 07090

(908) 789−1080
Fax: 908−789−1081
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT A. MAGNANINI**
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
(973) 218−1111
Email: rmagnanini@stonemagnalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT KOHN**                    represented by    **DAVID S. STONE**
*on behalf of themselves and all others*            (See above for address)
*similarly situated*                                *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **JASON SCOTT KANTERMAN**
                                                    (See above for address)
                                                    *TERMINATED: 03/30/2020*
                                                    *LEAD ATTORNEY*

                                                    **JULIO C. GOMEZ**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **ROBERT A. MAGNANINI**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SUSAN KOHN**                     represented by    **DAVID S. STONE**
*on behalf of themselves and all others*            (See above for address)
*similarly situated*                                *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **JASON SCOTT KANTERMAN**
                                                    (See above for address)
                                                    *TERMINATED: 03/30/2020*
                                                    *LEAD ATTORNEY*

                                                    **JULIO C. GOMEZ**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**ROBERT A. MAGNANINI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID LINKER**
*individually and on behalf of all others
similarly situated*

represented by **ESTHER EVA BEREZOFSKY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MELISSA SPOSITI**
*individually and on behalf of all others
similarly situated*

represented by **ESTHER EVA BEREZOFSKY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL SPOSITI**
*individually and on behalf of all others
similarly situated*

represented by **ESTHER EVA BEREZOFSKY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Quirk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALANA M. BRADLEY**
*on behalf of herself and other persons
similarily situated*

represented by **Michael A. Galpern**
Locks Law Firm, LLC − NJ
801 N. Kings Highway
Cherry Hill, NJ 08034
856−663−8200
Fax: 856−661−8400
Email: mgalpern@lockslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew P. Bell**
Locks Law Firm, LLC − NJ
*TERMINATED: 10/02/2018*

**James A. Barry**
Locks Law Firm, LLC − NJ
801 N. Kings Highway
Cherry Hill, NJ 08034
856−663−8200
Fax: 856−661−8400
Email: jbarry@lockslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **MD/DC Credit Union Association** | represented by | **Anthony C. Lake** |

*as an association on behalf of its members*
*TERMINATED: 01/28/2019*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sky Federal Credit Union**                    represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                                        (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**University of Louisiana Federal Credit Union**
*individually and on behalf of a class of all similarly situated financial institutions,*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

<table>
<tr>
<td><strong>University of Louisiana Federal Credit Union</strong></td>
<td>represented by</td>
<td>

**Chris T. Hellums**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A. Dellaccio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LeeAnn Jones**
Taylor English Duma LLP
Suite 200
1600 Parkwood Circle
Atlanta, GA 30339
770−434−6868
Email: ljones@taylorenglish.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachael Lee Zichella**
Taylor English Duma LLP
Suite 200
1600 Parkwood Cir.
Atlanta, GA 30339
770−434−6868
Fax: 770−434−7376
Email: rzichella@taylorenglish.com
*LEAD ATTORNEY*

</td>
</tr>
</table>

*ATTORNEY TO BE NOTICED*

**Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Virginia M. Buchanan**
Levin Middlebrooks & Mabie
P.O. Box 12308
226 South Palafox Place
Pensacola, FL 32501
904−435−7023
Email: vbuchanan@levinlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Anderson**
*an individual*

represented by **Jonathan Wesley Johnson**
Jonathan W. Johnson, LLC
2296 Henderson Mill Rd.
Suite 406
Atlanta, GA 30345
404−298−0795
Fax: 404−941−2285
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Boyer−Rainwater**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Elliott**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Earl Harris**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Jackson**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adriane Kessler**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Leigh**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Belinda Mackey**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Manning**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklin Manning**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samiya Manning**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Simpson**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Spencer**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlo Tuck**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharonda Warren**
*an individual; on behalf of themselves
and all others similarly situated*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rae Wyckoff**
*an individual*

represented by **Jonathan Wesley Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**South Florida Federal Credit Union**
*on behalf of itself and all others similarly
situated*

represented by **Charles J. Cooper**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202−220−9600
Fax: 202−220−9601.
Email: ccooper@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chris T. Hellums**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Edward Bertschi**
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338
678−999−1102
Email: ceb@mcraebertschi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Davis Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas A. Dellaccio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan S. Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LeeAnn Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. Kirkland Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Jo Moss**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202−220−9636
Fax: 202−220−9601
Email: nmoss@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachael Lee Zichella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranse M. Partin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Virginia M. Buchanan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trevor Turner**                     represented by    **Danielle Anne Fuschetti**
*on behalf of himself and all others*                   (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Edward Dewey Chapin**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kevin Hunter Sharp**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Goodale**                   represented by    **Harry Shulman**
                                                         Shulman Law
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Melissa S. Weiner**
                                                         Pearson Simon & Warshaw, LLP
                                                         800 LaSalle Avenue
                                                         Suite 2150
                                                         Minneapolis, MN 55402
                                                         612−389−0600
                                                         Fax: 612−389−0610
                                                         Email: mweiner@pswlaw.com
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nick Ialacci**                      represented by    **Harry Shulman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Melissa S. Weiner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Johnson**                      represented by    **Harry Shulman**
                                                         (See above for address)

*ATTORNEY TO BE NOTICED*

**Melissa S. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jay Loeffel**                              represented by   **Harry Shulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradley Miller**                           represented by   **Harry Shulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cade Miller**                              represented by   **Harry Shulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Shapiro**                            represented by   **Harry Shulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Smith**                             represented by   **Harry Shulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S. Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Batten**
*on behalf of themselves and others*
*similarly situated*

represented by **Craig C. Marchiando**
Consumer Litigation Associates, P.C.−NN
VA
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
CONSUMER LITIGATION
ASSOCIATES
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candice Bethea**
*on behalf of themselves and others*
*similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn Bledsoe**
*on behalf of themselves and others*
*similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Bledsoe**
*on behalf of themselves and others*
*similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Bledsoe**
*on behalf of themselves and others
similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Chandler**
*on behalf of themselves and others
similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Cornett**
*on behalf of themselves and others
similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Pugh**
*on behalf of themselves and others
similarly situated*

represented by **Craig C. Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Wilson Hanes**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Leonard A. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Wood**                                     represented by   **Craig C. Marchiando**
*on behalf of themselves and others*                                (See above for address)
*similarly situated*                                                *ATTORNEY TO BE NOTICED*

                                                                    **Elizabeth Wilson Hanes**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Leonard A. Bennett**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Zarpas**                             represented by   **Craig C. Marchiando**
*on behalf of themselves and others*                                (See above for address)
*similarly situated*                                                *ATTORNEY TO BE NOTICED*

                                                                    **Elizabeth Wilson Hanes**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Leonard A. Bennett**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Barrett**                                 represented by   **Kevin Hunter Sharp**
*on behalf of herself and all others*                               (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Richard J. Windish**
                                                                    Hayes, Windish & Badgewick
                                                                    45 Pleasant Street
                                                                    Woodstock, VT 05091
                                                                    802−457−2123
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley M. Cole**                                represented by   **Kevin Hunter Sharp**
*on behalf of herself and all others*                               (See above for address)

*similarly situated*                                    *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard J. Windish**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernesto Diaz**                    represented by   **Steven Edward Armstrong**
*individually and on behalf of all others*          The Law Offices of Steven E. Armstrong,
*similarly situated*                                PLLC
                                                    Suite 3000
                                                    61 Broadway
                                                    New York, NY 10006
                                                    212−837−6824
                                                    Fax: 212−837−6147
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaclyn Allabaugh**                represented by   **Michael J. Quirk**
                                                    Berezofsky Law Group
                                                    1515 Market Street
                                                    Suite 1300
                                                    Philadelphia, PA 19102
                                                    215−557−0099
                                                    Email: mquirk@eblawllc.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **ESTHER EVA BEREZOFSKY**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Allabaugh**                 represented by   **Michael J. Quirk**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **ESTHER EVA BEREZOFSKY**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Ressetar**              represented by   **Michael J. Quirk**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**ESTHER EVA BEREZOFSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Amadick**                                      represented by   **Thomas J. Lyons**
*on behalf of themselves and all others*                                   (See above for address)
*similarly situated*                                                       *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Thomas J. Lyons , Jr.**
                                                                           Consumer Justice Center, P.A.
                                                                           367 Commerce Court
                                                                           Vadnais Heights, MN 55127
                                                                           651−770−9707
                                                                           Fax: 651−704−0907
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannie Ball**                                         represented by   **Thomas J. Lyons**
*on behalf of themselves and all others*                                   (See above for address)
*similarly situated*                                                       *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Thomas J. Lyons , Jr.**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Ball**                                        represented by   **Thomas J. Lyons**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Thomas J. Lyons , Jr.**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Greenwood**                                     represented by   **Thomas J. Lyons**
*on behalf of themselves and all others*                                   (See above for address)
*similarly situated*                                                       *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Thomas J. Lyons , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Roehl**                              represented by   **Thomas J. Lyons**
*on behalf of themselves and all others*                     (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Thomas J. Lyons , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Zasada**                          represented by   **Thomas J. Lyons**
*on behalf of themselves and all others*                     (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Thomas J. Lyons , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Zasada**                           represented by   **Thomas J. Lyons**
*on behalf of themselves and all others*                     (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Thomas J. Lyons , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reesa Ali**                                 represented by   **Matthew J. Preusch**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRENDA BIRKETT**                            represented by   **Troy N. Giatras**
*Individually and on behalf of all others*                   (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Bishop**                               represented by   **Matthew J. Preusch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Cashon**                            represented by   **Matthew J. Preusch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malcolm B Feied**                          represented by   **Gordon M. Fauth , Jr.**
                                                             Litigation Law Group
                                                             Suite 101
                                                             1801 Clement Avenue
                                                             Alameda, CA 94501
                                                             510−238−9610
                                                             Fax: 510−337−1431
                                                             Email: gmf@classlitigation.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Rosalee B.C. Thomas**
                                                             Finkelstein Thompson, LLP
                                                             Suite 395
                                                             3201 New Mexico Avenue, NW
                                                             Washington, DC 20016
                                                             202−337−8000
                                                             Fax: 202−337−8090
                                                             Email: rbcthomas@finkelsteinthompson.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Rosanne L. Mah**
                                                             Finkelstein Thompson−CA
                                                             Suite 1250
                                                             100 Pine Street
                                                             San Francisco, CA 94111
                                                             415−398−8700
                                                             Fax: 415−398−8704
                                                             Email: rmah@zlk.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ebonie Branch**
                                                             Finkelstein Thompson, LLP
                                                             Email: ebranch@finkelsteinthompson.com
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Gauger**                             represented by

**Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Gutierrez**                    represented by   **Aaron Blumenthal**
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612
510−350−9700
Email: ab@classlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam E. Polk**
Girard Gibbs, LLP
601 California Street
14th Floor
San Francisco, CA 94108
415−981−4800
Fax: 415−981−4846
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Marie Zeman**
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612
510−350−9700
Fax: 510−350−9701
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Berger**
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612
510−350−9700
Fax: 510−350−9701
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric H. Gibbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jade Haileselassie**           represented by  **Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom W. Hannon**           represented by  **Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTIN KING**           represented by  **Irwin B. Levin**
Cohen & Malad, LLP
Suite 1400
One Indiana Square
Indianapolis, IN 46204
317−636−6481
Fax: 317−636−2593
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn A. Toops**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Shevitz**
Cohen & Malad, LLP
Suite 1400
One Indiana Square
Indianapolis, IN 46204
317−636−6481
Fax: 317−636−2593
Email: rshevitz@cohenandmalad.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vess Allen Miller**
Cohen & Malad, LLP
Suite 1400
One Indiana Square
Indianapolis, IN 46204
317−636−6481
Fax: 317−636−2593
Email: vmiller@cohenandmalad.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**DEBRA LEE**
*Individually and on behalf of all others
similarly situated*

Troy N. Giatras
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Mattock**

represented by **Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri Murphy**

represented by **Matthew J. Preusch**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**RODD SANTOMAURO**
*Individually and on behalf of all others
similarly situated*

represented by **Troy N. Giatras**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alejandro Salinas**
*TERMINATED: 05/22/2018*

represented by **Daniel Warshaw**
Pearson Simon & Warshaw, LLP
Suite 400
15165 Ventura Boulevard
Sherman Oaks, CA 91403
818−788−8300
Fax: 818−788−8104.
Email: dwarshaw@pswlaw.com
*TERMINATED: 05/22/2018
LEAD ATTORNEY*

**Plaintiff**

**Richard Spicer**

represented by **Aaron Blumenthal**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Adam E. Polk**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Amy Marie Zeman**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric H. Gibbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristine Bobbitt**                    represented by   **Brian LaCien**
Powers, Rogers & Smith
Suite 5500
70 West Madison Street
Chicago, IL 60602
312−236−9381
Email: blacien@prslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd A. Smith**
Powers, Rogers & Smith
Suite 5500
70 West Madison Street
Chicago, IL 60602
312−236−9381
Email: tsmith@prslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANECA Federal Credit Union**          represented by   **Virginia M. Buchanan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Lee McGlamry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Markowitz**                     represented by   **Benjamin F. Johns**
*TERMINATED: 05/01/2018*                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Schwartz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Credit Union League Of Connecticut**
*each as an association on behalf of its members*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**First Financial Credit Union**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Halliburton Employees Federal Credit Union**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jonah Bank of Wyoming**                    represented by    **Anthony C. Lake**
*individually and on behalf of a class of*                     (See above for address)
*all similarly situated financial*                              *LEAD ATTORNEY*
*institutions*                                                  *ATTORNEY TO BE NOTICED*
*TERMINATED: 01/28/2019*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seven Seventeen Credit Union**
*individually and on behalf of a class of*
*all similarly situated financial*
*institutions*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Ribons**
*Individually and on Behalf of all Others*
*Similarly Situated*
*TERMINATED: 05/22/2018*

represented by **Daniel Warshaw**
(See above for address)
*TERMINATED: 05/21/2018*

**Plaintiff**

**John Donnelly**
*on behalf of himself and all others*
*similarly situated*

represented by **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David H Breen**

represented by **David Hart Breen**
Breen Law Firm
Suite 200
1341 44th Avenue North
Myrtle Beach, SC 29577
843−445−9915

Fax: 843−445−9925
Email: proudcitadelfather@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mathew M Breen**                          represented by  **David Hart Breen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela A Breen**                          represented by  **David Hart Breen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.L. Evans Bank**                         represented by  **Erin Green Comite**
*TERMINATED: 01/28/2019*                    (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas First Bank**                        represented by  **Erin Green Comite**
*individually and on behalf of a class of*                  (See above for address)
*all similarly situated financial*                          *LEAD ATTORNEY*
*institutions*                                              *PRO HAC VICE*

*TERMINATED: 01/28/2019*                                    *ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Lamb**                      represented by **Ted Trief**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Owen Lamb**                       represented by **Ted Trief**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Perez**                      represented by **Ted Trief**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tenku Ruff**                      represented by **Ted Trief**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Wolff**                    represented by **Ted Trief**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Ashley**
*individually and on behalf of all others
similarly situated*

represented by  **Guy Kamealoha Noa**
Buckner & Miles
3350 Mary Street
Miami, FL 33133
305−964−8003
Fax: 786−523−0485
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett E. Von Borke**
Grossman Roth, PA
Suite 1150
2525 Ponce de Leon
Coral Gables, FL 33134
305−442−8666
Fax: 305−285−1668
Email: Vonborke@bucknermiles.com
*TERMINATED: 04/22/2019*

**David Marc Buckner**
Buckner & Miles
3350 Mary Street
Miami, FL 33133
305−964−8003
Fax: 305−372−3508.
Email: David@bucknermiles.com
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Michael S. Olin**
Buckner & Miles
3350 Mary Street
Miami, FL 33133
305−964−8003
Email: molin@olinlawfirm.com
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Seth Miles**
Buckner & Miles
3350 Mary Street
Miami, FL 33133
305−964−8003
Email: seth@bucknermiles.com
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Plaintiff**

**Chris Tosco**
*individually and on behalf of all others
similarly situated*

represented by  **Guy Kamealoha Noa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett E. Von Borke**
(See above for address)
*TERMINATED: 04/22/2019*

**David Marc Buckner**
(See above for address)
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Michael S. Olin**
(See above for address)
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Seth Miles**
(See above for address)
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Plaintiff**

**Suncoast Credit Union**
*individually and on behalf of all other*
*similarly situated financial institutions*
*TERMINATED: 01/28/2019*

represented by **Reginald L. Snyder**
Reginald Snyder, Esq.
Suite 502
260 Peachtree St., N.W.
Atlanta, GA 30303
678−732−0146
Email: rsnyder@dyesnyder.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Tomas**
*on behalf of himself and all others*
*similarly situated*

represented by **Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cooperative Credit Union Association,**
**Inc.**
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heartland Credit Union Association**
*each as an association on behalf of its*
*members*
*TERMINATED: 01/28/2019*

represented by **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Gillen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**South Florida Federal Credit Union**          represented by   **Christopher Sutton Connelly**
Cook & Connelly
P.O. Box 370
9899 Commerce Street
Summerville, GA 30747−0370
706−857−3421
Email: cookandconnelly@windstream.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SeaComm Federal Credit Union**          represented by   **Anthony C. Lake**
*TERMINATED: 01/28/2019*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Summit Federal Credit Union**
*individually and on behalf of a class of*
*all similarly situated financial*
*institutions*
*TERMINATED: 01/28/2019*

represented by  **Anthony C. Lake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur M. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Gudmundson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol Thomas**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Hale Van Horn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary F. Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamisen Etzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate M. Baxter−Kauf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Laird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawnette Carter**                    represented by   **Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Paul Sander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aleida Ruiz**                          represented by   **Danielle Anne Fuschetti**
*on behalf of themselves and all others*                 (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Paul Sander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Hunter Sharp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John A. DiMichele** | represented by | **William H. Parish** |
| | | Parish Guy Castillo, PC |
| | | Email: parish@parishlegal.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William M. Eames** | represented by | **William H. Parish** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Ramirez** | represented by | **Stanley Ellenberg** |
| | | Consumer Law −PA |
| | | Suite 1825 |
| | | 1500 JFK Blvd. |
| | | Philadelphia, PA 19102 |
| | | 215−790−1800 |
| | | Fax: 215−790−9103 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John L. Cunniff** | represented by | **Adam C. Belsky** |
| *on behalf of himself and all others* | | Gross & Belsky, P.C. |
| *similarly situated* | | Email: adam@grossbelsky.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Terry Gross** |
| | | Gross & Belsky, P.C. |
| | | Email: terry@grossbelsky.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jackie L Agosto** | represented by | **Patrick B. Moore** |
| | | Weinberg Wheeler Hudgins Gunn & Dial, LLC−Atl |
| | | Suite 2400 |
| | | 3344 Peachtree Road, NE |
| | | Atlanta, GA 30326 |
| | | 404−876−2700 |
| | | Fax: 404.875.9433 |
| | | Email: pmoore@wwhgd.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas J. Connick** |
| | | Connick Law |
| | | Email: tconnick@connicklawllc.com |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Apathy**                        represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynda L. Artino**                      represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lakunta Ashford**                      represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam J. Benne**                        represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Michael Berish**                represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernice A. Beznoska**                  represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman J. Beznoska, Jr.**              represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine L. Blauvelt**                represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Earl Bolen**                           represented by   **Thomas J. Connick**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John M Boothe**                          represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Bozin**                           represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William L. Brachat**                     represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara A. Bratton**                     represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy L. Campbell**                      represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexia Chambers**                        represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Cole**                           represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Coyne**                             represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya M. Coyne**                         represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert F. Crockett, Jr.**                represented by   **Thomas J. Connick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary R. Curran, Jr.**                      represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Laura J. Davison**                         represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Terry Davison**                            represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dianna Davitz**                            represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dan Dodick**                               represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Keith W. Dominick**                        represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dennis Doolittle**                         represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christopher S. Drugan**                    represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mark A. Dudas**                            represented by   **Thomas J. Connick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Debbie Duncan**                            represented by

Thomas J. Connick
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joe J. Dunlap                    represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cynthia Jane England             represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michelle Essary                  represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Susan Ferrara                    represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Fisher, Jr.                represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James M. Garrity                 represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Gibbs                     represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Eric Griffin                     represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jacob Guillory                   represented by  **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Hammond**                 represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Terry Hammond**                  represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Austin Bradley Hand**            represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Darlene Hejny**                  represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mark Holan**                     represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sonia Holley**                   represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Angel Holloway**                 represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dennis A. Hootman**              represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rickey L. Howard**               represented by   **Thomas J. Connick**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Heather Johnston**               represented by

**Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Linda Just                                    represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kelly Kaczmarek                               represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

James M. Kaczmarek                            represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Carol L. Kauffman                             represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul R. Kauffman                              represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brandon J. Klopfenstein                       represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael P. Kloss                              represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

James Komperda                                represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Crystal Koretsky                              represented by   **Thomas J. Connick**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**James Koretsky**                          represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Karla Kosack**                            represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Scott Kranstuber**                        represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Daniel John Krotine**                     represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Christina Kutz**                          represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Kyle Kutz**                               represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Michael R. Lanigan**                      represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Debbie Larkins**                          represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Daniel Lenczewski**                       represented by   **Thomas J. Connick**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Nancy G. Lenczewski**                     represented by

**Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Clarence Lester                   represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Karen Lester                      represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edward Levin, Jr.                 represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark J. Longrich                  represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Terry Lunkvitz                    represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carl Maar                         represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy Maholm                    represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alexander McCalla                 represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Diane S. Moore                    represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Morvin**                  represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rochelle Murdock**               represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Murdock**                  represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Nathan, II**              represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina J. Nazario**           represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark A. Nazrio**                 represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Newsome**                  represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Nuosci**                    represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Oldja**                   represented by  **Thomas J. Connick**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Oldja**                     represented by

Thomas J. Connick
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Edward Osborne**                    represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dale Parson**                       represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Marvin Allen Patten, Jr.**          represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Melinda Pettery**                   represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James A. Pfaff**                    represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Anthony E. Pryor, Jr.**             represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Adam Ritterbeck**                   represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Melvin Safford, II**                represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jennifer C. Schumitsh**             represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shayna Sharpe                    represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dori Shell                       represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Wesley Shultz                    represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Luisa Silvestre                  represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeanne L. Sistek                 represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Seth Edward Smith                represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew Snell                    represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Glenn Allen Solomon              represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard A. Suminski              represented by   **Thomas J. Connick**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Cheryl Sutkaytis                 represented by

**Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Sutkaytis**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael J. Syrowski**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam P. Tama**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew W. Thomas**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Thomas**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Tischler**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley S. Toth**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cody Toth**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jay L. Toubman**

represented by **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sharon Tracy                           represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Gary Unsdorfer                         represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jane Unsdorfer                         represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Steven M. Vancs                        represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Tom Vasiliadis                         represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Joann H. Vidmar                        represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Patricia A. Walker                     represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jerome Warner                          represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Roger Weist                            represented by  **Thomas J. Connick**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kaitlin Whitcomb                       represented by

**Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie Wiley**                    represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara E. Wilkerson−Klopfenstein**  represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danial Wilson**                   represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Zaletel**                   represented by   **Thomas J. Connick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Abramson**                 represented by   **Jeffrey Wilens**
Lakeshore Law Center
Suite 107−610
18340 Yorba Linda Blvd
Yorba Linda, CA 92886
714−854−7205
Fax: 714−854−7206
Email: jeff@lakeshorelaw.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katiushka Rebeca Acosta−Smith**   represented by   **Jeffrey Wilens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Dawn Alvarez**           represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Jeffrey Amador**            represented by   **Jeffrey Wilens**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Leann Anderson**                 represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Andrews**                          represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis Andrews**                        represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawna Michelle Antrim**                 represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnell Areta**                          represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devin Xavier Bene**                      represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanette Ann Bleckley**                  represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherri Vernetta Bradley**                represented by   **Jeffrey Wilens**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerad Russell Brannen**                    represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy M. Burchett**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alene Ciampitti**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City Of Chicago**                          represented by   **Christie L. Starzec**
*a municipal corporation*                                     City of Chicago Department of Law
*TERMINATED: 04/09/2020*                                      30 N. LaSalle Street
                                                             Suite 1230
                                                             Chicago, IL 60602
                                                             312−744−7864
                                                             Email: christie.starzec@cityofchicago.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Fiona A. Burke**
                                                             City of Chicago Department of Law
                                                             30 N. LaSalle Street
                                                             Suite 1400
                                                             Chicago, IL 60602
                                                             312−744−6929
                                                             Email: fiona.burke@cityofchicago.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jade R. Lambert**
                                                             King & Spalding, LLP−IL
                                                             Suite 1650
                                                             444 W. Lake Street
                                                             Chicago, IL 60606
                                                             312−764−6902
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Hendricks**
City of Chicago Department of Law
30 N. LaSalle Street
Suite 1230
Chicago, IL 60602
312−744−6975
Email: john.hendricks@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Zumwalt**
City of Chicago Department of Law
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
312−744−5218
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kane**
City of Chicago, Dept. of Law
Room 600
121 North LaSalle Street
Chicago
IL, GA 60602
312−744−6934
Fax: 312−744−5185
Email: Stephen.Kane@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. McNulty**
City of Chicago Department of Law
30 N. LaSalle Street
Suite 1230
Chicago, IL 60602
312−742−0307
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Fardon**
King & Spalding, LLP−IL
Suite 1650
444 W. Lake Street
Chicago, IL 60606
312−764−6960
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Richman**

Edelson P.C.
350 North LaSalle Drive
14th Floor
Chicago, IL 60654
312−598−6370
Email: brichman@edelson.com
*ATTORNEY TO BE NOTICED*

**Eve−Lynn J. Rapp**
Edelson P.C.
Suite 100
123 Townsend Street
San Francisco, CA 94107
415−234−5262
Email: erapp@edelson.com
*ATTORNEY TO BE NOTICED*

**Iman Boundaoui**
Edelson PC
350 North LaSalle Street
Ste 14th Floor
Chicago, IL 60654
312−589−6370
Email: iboundaoui@edelson.com
*ATTORNEY TO BE NOTICED*

**Jay Edelson**
Edelson P.C.
350 North LaSalle Drive
14th Floor
Chicago, IL 60654
312−589−6370
Email: jedelson@edelson.com
*ATTORNEY TO BE NOTICED*

**Sydney Janzen**
Edelson P.C.
350 North LaSalle Drive
14th Floor
Chicago, IL 60654
312−589−6370
Email: sydneymjanzen@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Clate**                    represented by    **Jeffrey Wilens**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffery Scott Coggins**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alejandrina Cortez**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Cortez**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joaquin Antonio Cortez**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yulissa Cortez**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Louise Cresswell**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Cristina Cuason**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Tonette De Ville**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabel Holguin Decker**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Jaime Lea Derderian**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Johann Manuel Diaz**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Keymia Evans**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Valerie Anita Everly**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Lindsay Elisabeth Fore**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Violet Gallo**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Rosemary Gonzalez**                          represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Laura J. Goode**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rueben Grajeda**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce M. Grogen**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Michelle Hall**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Hamilton**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lilliana Harte**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher L. Hathaway**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Hayes**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Haylock**                          represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leonard Phillip Holguin**                 represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Krista Itzhak**                           represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kashmir A. Jackson**                      represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**David Earl Kert**                         represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alexandra Elizabeth Lynch**               represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Paula Mayweather**                        represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alyssa Mcardle**                          represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mahri Mollaie**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Tien Phi Nguyen**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Anna Pacheco**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Juan Pacheco**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Charles Millard Porter**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Steven Robert Prescott**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kevin W. Rainbolt**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ronann Marie Robello**

represented by **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nick Rodriguez**                              represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Tanya Michelle Rubio**                        represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kristina Ruidas Bene**                        represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Hong Schur**                                  represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julianne Sekiya**                             represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sharon Shepard**                              represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Valerie Elizabeth Sherriff**                  represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ametrius V. Sidney**                          represented by  **Jeffrey Wilens**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Trina Marie Sisk**                        represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Travis Quintin Smith**                    represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Ryan Spiking**                            represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Daphne Stewart**                          represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Leanne S. Stewart**                       represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Ryan Patrick Studer**                     represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Kaia Vilberg**                            represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Retha Pearl Walker**                      represented by   **Jeffrey Wilens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Plaintiff

**Craig Ward**                                    represented by   **Megan A. Benevento**
                                                                 Joseph Greenwald and Laake, PA
                                                                 Suite 400
                                                                 6404 Ivy Lane
                                                                 Greenbelt, MD 20770
                                                                 301−220−2200
                                                                 Fax: 301−220−1214
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Melissa L. English**
                                                                 Smith Gildea and Schmidt LLC
                                                                 Suite 200
                                                                 600 Washington Ave.
                                                                 Towson, MD 21204
                                                                 410−821−0070
                                                                 Fax: 410−821−0071
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael Paul Smith**
                                                                 Smith Gildea and Schmidt LLC
                                                                 Suite 200
                                                                 600 Washington Ave.
                                                                 Towson, MD 21204
                                                                 410−821−0070
                                                                 Fax: 410−821−0071
                                                                 Email: mpsmith@sgs−law.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Sarah A. Zadrozny**
                                                                 Smith Gildea and Schmidt LLC
                                                                 Suite 200
                                                                 600 Washington Ave.
                                                                 Towson, MD 21204
                                                                 410−821−0070
                                                                 Fax: 410−821−0071
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Timothy F. Maloney**
                                                                 Joseph Greenwald and Laake, PA
                                                                 Suite 400
                                                                 6404 Ivy Lane
                                                                 Greenbelt, MD 20770
                                                                 301−220−2200
                                                                 Fax: 301−220−1214
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Veronica Byam Nannis**

Joseph Greenwald and Laake, PA
Suite 400
6404 Ivy Lane
Greenbelt, MD 20770
301−220−2200
Email: vnannis@jgllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oliver Jr. Ware**                    represented by    **Jeffrey Wilens**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allanna Warren**                     represented by    **Jeffrey Wilens**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Warren**                        represented by    **Megan A. Benevento**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Melissa L. English**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Paul Smith**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sarah A. Zadrozny**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Timothy F. Maloney**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Veronica Byam Nannis**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todd Warren**                         represented by   **Megan A. Benevento**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Melissa L. English**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael Paul Smith**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sarah A. Zadrozny**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Timothy F. Maloney**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Veronica Byam Nannis**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teri Weatherly**                      represented by   **Megan A. Benevento**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Melissa L. English**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael Paul Smith**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sarah A. Zadrozny**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Timothy F. Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronica Byam Nannis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gary Wilens                      represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cory Eugene Wilson               represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Valencia Wright                  represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Martin Zamora                    represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark Zeleznick                   represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicole Zeleznick                 represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jill Anderson                    represented by

**Jennifer Isso**
Isso & Hughes Law Firm
720 Center Street
#100
Henderson, NV 89015
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Cottle**
The Cottle Firm
8635 S. Eastern Avenue
Las Vegas, NV 89123
Email: jnelson@cottlefirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Anderson**                    represented by   **Jennifer Isso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Cottle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. John Facinoli**                   represented by   **Jennifer Isso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Cottle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Vickery**                     represented by   **Jennifer Isso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Cottle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Vickery**                                represented by   **Jennifer Isso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Cottle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Sabastian Pitarra**                    represented by   **Craig Kyle Hemphill**
*TERMINATED: 04/24/2018*                                          (See above for address)
*TERMINATED: 04/24/2018*

**Plaintiff**

**Rita Joyce Pitarra**                           represented by   **Craig Kyle Hemphill**
*TERMINATED: 04/24/2018*                                          (See above for address)
*TERMINATED: 04/24/2018*

**Plaintiff**

**ALL PLAINTIFFS**                               represented by   **Thomas J. Connick**
*TERMINATED: 01/28/2019*                                          Connick Law
Ste. 101
25550 Chagrin Blvd.
Beachwood, OH 44122
216−364−0512
Fax: 216−609−3446
Email: tconnick@connicklawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David James Worley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MaryBeth Vassil Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sally M. Handmaker**
(See above for address)
*TERMINATED: 06/13/2019*

**Plaintiff**

**Lisa Niambi Jones**                    represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khampha Khamvongsa**                  represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheneda Laforest**                    represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Louise Leyrer**              represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Case Mahutga**                represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald D. Malone**                    represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keeya S. Malone**                     represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Martinez**                                  represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wakeelah Miller**                                represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Mogelberg**                                represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antonio Barsonda Monday**                        represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pete Nelson**                                    represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Ojeda**                                    represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridget J. Patton**                              represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Pedroza**                                represented by **Jeffrey Wilens**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leo Placencia, III**                                  represented by **Jeffrey Wilens**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Steven Orloff**                               represented by **Jeffrey Wilens**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Suzanne Oselin**                               represented by **Jeffrey Wilens**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Platt**                                     represented by **Jeffrey Wilens**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Saavedra**                                   represented by **Cari C. Laufenberg**
*individually and on behalf of all others*               (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Derek W. Loeser**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gretchen Freeman Cappio**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew J. Preusch**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Renee Archambault**                    represented by   **Patrick Slyne**
                                                                  Stull Stull & Brody
                                                                  6 East 45th Street
                                                                  New York, NY 10017
                                                                  212−687−7230
                                                                  Fax: 212−490−2022
                                                                  Email: pkslyne@ssbny.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**FNCB Bank**                                    represented by   **Joseph P. Guglielmo**
*TERMINATED: 01/28/2019*                                         (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Financial Health Federal Credit Union**        represented by   **Gary F. Lynch**
*TERMINATED: 01/28/2019*                                         (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joseph P. Guglielmo**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Firefly Credit Union**                         represented by   **Joseph P. Guglielmo**
*TERMINATED: 01/28/2019*                                         (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hudson River Community Credit**                represented by   **Gary F. Lynch**
**Union**                                                         (See above for address)
*TERMINATED: 01/28/2019*                                         *ATTORNEY TO BE NOTICED*

                                                                  **Joseph P. Guglielmo**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iowa Credit Union League**                     represented by   **Joseph P. Guglielmo**
*TERMINATED: 01/28/2019*                                         (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peach State Federal Credit Union**             represented by   **Gary F. Lynch**
*TERMINATED: 01/28/2019*                                         (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joseph P. Guglielmo**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peoples National Bank**                    represented by   **Joseph P. Guglielmo**
*TERMINATED: 01/28/2019*                                     (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pinnacle Bancorp**                         represented by   **Joseph P. Guglielmo**
*TERMINATED: 01/28/2019*                                     (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Bank of New Hampshire**                represented by   **Joseph P. Guglielmo**
*TERMINATED: 01/28/2019*                                     (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul William Bishop**                      represented by   **Danny M. Sheena**
                                                             Danny Sheena, Attorney At Law
                                                             Suite 518
                                                             2500 W. Loop South
                                                             Houston, TX 77027
                                                             713−224−6508
                                                             Fax: 713−225−1560
                                                             Email: service@sheenalawfirm.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Wilhite**                             represented by   **Danny M. Sheena**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Paul W. Bishop**
                                                             Paul W. Bishop, Attorney At Law
                                                             Suite 518
                                                             2500 West Loop South
                                                             Houston, TX 77027−4508
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**George W Wilhite**                         represented by   **Danny M. Sheena**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Paul W. Bishop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jay Travis Wilhite                    represented by   **Danny M. Sheena**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul W. Bishop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Todd R Wilhite                       represented by   **Danny M. Sheena**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul W. Bishop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

W. Craig Schur                       represented by   **Jeffrey Wilens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fond du Lac Band of Lake Superior**     represented by   **Andrew Adams , III**
**Chippewa**                                            Hogen Adam PLLC
*individually and on behalf of its Members*             Suite 460
*and as Class Representative for similarly*             1935 County Road B2 W.
*situated federally recognized Indian*                  St. Paul, MN 55113
*Tribes and Nations*                                    651−482−9100
*TERMINATED: 05/19/2020*                                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Nixon Daniel , III**
Beggs & Lane, RLLP
501 Commendencia St.
Pensacola, FL 32502
850−469−3306
Fax: 850−469−3331

Email: jnd@beggslane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Zoesch , III**
Beggs & Lane, RLLP
501 Commendencia St.
Pensacola, FL 32502
850−432−2451
Email: jrz@beggslane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Jane Bass**
Beggs & Lane, RLLP
501 Commendencia St.
Pensacola, FL 32502
850−432−2451
Email: mjb@beggslane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**T. Roe Frazer , II**
Frazer Plc
30 Burton Hills Blvd
Suite 450
37215
Nashville, TN 37215
615−647−0987
Email: roe@frazer.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**St. Croix Chippewa Indians of Wisconsin**
*TERMINATED: 05/19/2020*

represented by **James Nixon Daniel , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Cormell**
Jeffrey Cormell, Attorney at Law
9685 N. Easy Street
Hayward, WI 54843
715−699−2092
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Zoesch , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Jane Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**T. Roe Frazer , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Puerto Rico**          represented by   **Denise Maldonado Rosa**
*TERMINATED: 07/25/2019*                                 Office of the Assistant Attorney General
                                                         −PR
                                                         P.O. Box 9020192
                                                         San Juan, PR 00902−0192
                                                         787−729−2002
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Garrett W. Wotkyns**
                                                         Schneider Wallace Cottrell Konecky
                                                         Wotkyns, LLP
                                                         Suite 270
                                                         8501 N. Scottsdale Road
                                                         Scottsdale, AZ 85253
                                                         480−428−0145
                                                         Fax: 866−505−8036
                                                         Email: gwotkyns@schneiderwallace.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Peter B. Schneider**
                                                         Schneider Wallace Cottrell Brayton
                                                         Konecky, LLP−TX
                                                         Suite 300
                                                         3700 Buffalo Speedway
                                                         Houston, TX 77098
                                                         713−338−2560
                                                         Fax: 866−505−8036
                                                         Email: pschneider@schneiderwallace.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Todd M. Schneider**
                                                         Schneider Wallace Cottrell Brayton
                                                         Konecky, LLP−CA
                                                         Suite 2000
                                                         180 Montgomery Street
                                                         San Francisco, CA 94104
                                                         415−421−7100

Fax: 415−421−7105
Email: tschneider@schneiderwallace.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle G. Bates**
Schneider Wallace Cottrell Konecky
Wotkyns LLP−CA
Suite 1400
2000 Powell Street
Emeryville, CA 94608
415−421−7100
Fax: 415−421−7105
Email: kbates@schneiderwallace.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Red Cliff Band of Lake Superior Chippewa**
*Individually and on behalf of its members and class representatives for similarly situated federally recognized Indian Tribes and Nations*
*TERMINATED: 05/19/2020*

represented by **Dave Ujke**
Red Cliff Band of Lake Superior Chippewa Indians
88385 Pike Road
Bayfield, WI 54814
715−779−3725
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Nixon Daniel , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Zoesch , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Jane Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**T. Roe Frazer , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARK ISACOFF**

represented by **MARK ISACOFF**
PRO SE

**JASON SCOTT KANTERMAN**

(See above for address)
*TERMINATED: 03/30/2020*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT KOHN**                     represented by   **ROBERT KOHN**
                                                      PRO SE

                                                      **JASON SCOTT KANTERMAN**
                                                      (See above for address)
                                                      *TERMINATED: 03/30/2020*

**Plaintiff**

**Susan Kohn**                      represented by   **Susan Kohn**
                                                      PRO SE

                                                      **JASON SCOTT KANTERMAN**
                                                      (See above for address)
                                                      *TERMINATED: 03/30/2020*

**Plaintiff**

**Brett Joshpe**                    represented by   **Edward Andrew Paltzik**
                                                      Joshpe Law Group LLP
                                                      360 Lexington Ave., Suite 1502
                                                      Ste 1502
                                                      New York, NY 10017
                                                      516−526−0341
                                                      Fax: 212−313−9478
                                                      Email: epaltzik@jmpllp.com
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Khalaf**                  represented by   **Edward Andrew Paltzik**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward A. Jazlowiecki**           represented by   **Edward A. Jazlowiecki**
                                                      PRO SE

**Plaintiff**

**Dustin Carpenter**                represented by   **Dustin Carpenter**
*all other persons similarly situated*                PRO SE

**Plaintiff**

**Jasmine Dennis**                  represented by   **Jasmine Dennis**
*all other persons similarly situated*                PRO SE

**Plaintiff**

**Commonwealth of Massachusetts**          represented by   **Jared Andrew Rinehimer**
                                                            Massachusetts Attorney General's Office
                                                            One Ashburton Place
                                                            18th Floor
                                                            Boston, MA 02108
                                                            617−963−2594
                                                            Fax: 617−727−5765
                                                            Email: jared.rinehimer@mass.gov
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sara Cable**
                                                            Office of Massachusetts Attorney General
                                                            One Ashburton Place
                                                            19th Floor
                                                            Boston, MA 02108
                                                            617−963−2827
                                                            Email: sara.cable@mass.gov
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Anthony Newman**                   represented by   **Denzel L Batore , I**
                                                            KPPB Law
                                                            One Lakeside Commons, Suite 800
                                                            990 Hammonds Dr., N.E.
                                                            Atlanta, GA 30328
                                                            478−246−8274
                                                            Email: dbatore@kppblaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEVEN NEWMAN**                          represented by   **Daniel A Stone**
                                                            Stone Law Firm
                                                            PO Box 3884
                                                            Irmo, SC 29063
                                                            803−407−6565
                                                            Fax: 803−407−3345
                                                            Email: danielstonelaw@gmail.com
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equifax, Inc.**                          represented by   **Alicia Bliss Gilbert**
                                                            King & Spalding
                                                            1185 Avenue Of The Americas
                                                            New York, NY 10036
                                                            212−556−2100
                                                            Fax: 212−556−2222
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Benjamin C. Jensen**
Robinson & Cole
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103−3597
860−275−8236
Fax: 860−275−8299
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Henry Carpenter**
Pepper Hamilton−DC
600 Fourteenth Street, N.W.
Washington, DC 20005−2004
202−220−1507
Email: carpenterc@carpenterlawfirmplc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Haugen**
Messerli & Kramer, P.A.
100 South Fifth Street
1400 Fifth Street Towers
Minneapolis, MN 55402
612−672−3730
Fax: 612−672−3777.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel D. McGuire**
Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
214−661−5580
Fax: 214−661−5580
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Lewis Balser**
King & Spalding, LLP−ATL 40
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309−3521
404−572−4600
Fax: 404−572−5100
Email: dbalser@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Dees Adler**

King & Spalding, LLP−ATL 40
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309−3521
404−572−3555
Email: eadler@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Gabriel Zorogastua**
Polsinelli PC− MO
Suite 900
900 W. 48th Place
Kansas City, MO 64112
816−374−0537
Fax: 816−753−1536.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harlan Irby Prater , IV**
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205−581−0720
Fax: 205−581−0799
Email: hprater@lightfootlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayna Morse Cacioppo**
TAFT STETTINIUS & HOLLISTER LLP
(Indianapolis)
One Indiana Square
Suite 3500
Indianapolis, IN 46204
317−713−3582
Fax: 317−713−3699
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joann Needleman**
Clark Hill PLC −PA
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103
215−640−8536
Fax: 215−640−8501.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Lawless , Jr**
King and Spalding LLP
633 West Fifth Street
Suite 1700
Los Angeles, CA 90071
213−443−4355
Fax: 213−443−4310
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Christopher Toro**
King & Spalding LLP − ATL
1180 Peachtree Street, NE
Atlanta, GA 30309−3521
404−572−2806
Fax: .
Email: jtoro@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Williams**
Rajkovich, Williams, Kilpatrick & True,
PLLC
Suite 375
3151 Beaumont Center Circle
Lexington, KY 40513
859−245−1059
Fax: 859−245−1231
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan S. Bolton**
Clark Hill, PLC
Suite 3500
500 Woodward Avenue
Detroit, MI 48226
313−965−8300
Fax: 313−965−8252
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Lawver**
Messerli & Kramer, P.A.
100 South Fifth Street
1400 Fifth Street Towers
Minneapolis, MN 55402
612−672−3730
Fax: 612−672−3777.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**

King & Spalding, LLP− SF CA
Suite 2300
101 Second Street
San Francisco, CA 94105
415−318−1200
Fax: 415−318−1300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Vernon Burrows**
Gallagher Callahan & Gartrell PC
214 N Main St
Concord, NH 03301
603 545−3643
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Anne Campbell**
Jones Walker LLP
Miami Center
201 South Biscayne Boulevard
Suite 2600
Miami, FL 33131
305−679−5700
Fax: 305−679−5710.
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Renee Hamilton Cawley**
MHC Law, LLC
1250 Folly Road
Charleston, SC 29412
843−225−8651
Fax: 843−352−2049
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noam B. Fischman**
Polsinelli PC− DC
Suite 800
1401 Eye Street, NW
Washington, DC 20009
202−626−8360
Fax: 202−783−3535
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Williams**
Wiggins, Williams & Wiggins
PO Box 1308
Albuquerque, NM 87103−1308
(505) 764−8400

Fax: (505) 764−8585
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Corsale**
POLSINELLI PC
100 S. Fourth Street
Suite 1000
St. Louis, MO 63102
(314) 889−8000
Fax: 314−231−1776
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Isajiw**
King & Spalding, LLP −NY
1185 Avenue of the Americas
New York, NY 10036
212−504−6579
Fax: 212−504−6666.
Email: pisajiw@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phyllis Buchen Sumner**
King & Spalding LLP − ATL
1180 Peachtree Street, NE
Atlanta, GA 30309−3521
404−572−4799
Fax: 404−572−5138
Email: psumner@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel M. Wertheimer**
Verrill Dana, LLP − MA
P.O. Box 586
One Portland Square
Portland, MA 04112−0586
207−774−4000
Fax: 207−774−7499
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Downing Scott , III**
Lax Vaughn Fortson Rowe Threet P.A.
11300 Cantrell Road
Suite 201
Little Rock, AR 72212
501−376−6565
Fax: 501−376−6666

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Douglas Griest**
King & Spalding LLP − ATL
1180 Peachtree St., N.E.
Atlanta, GA 30309−3521
404−572−2824
Fax: .
Email: rgriest@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger D. Rowe**
Lax Vaughn Fortson Rowe Threet P.A.
11300 Cantrell Road
Suite 201
Little Rock, AR 72212
501−376−6565
Fax: 501−376−6666
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Stewart Haskins , II**
King & Spalding LLP − ATL
1180 Peachtree St., N.E.
Atlanta, GA 30309−3521
404−572−4600
Fax: 404−572−5100
Email: shaskins@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Paul Drobny**
Jones Walker, LLP−ATL
One Midtown Plaza − Suite 1030
1360 Peachtree Street, NE
Atlanta, GA 30309
404−870−7520
Fax: 404−870−7575
Email: sdrobny@joneswalker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart O. Peay**
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER WEST
SALT LAKE CITY, UT 84101
(801)257−1900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley B. Gilchrist**
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205−581−0700
Fax: 205−581−0799
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William O. Luckett , Jr.**
Luckett Tyner Law Firm, P.A.
P.O. Box 1000
143 Yazoo Avenue
Clarksdale, MS 38614
662−624−2591
Fax: 662−627−5403
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Cooke**
Hogan Lovells, US LLP−DC
555 Thirteenth Street, NW
Washington, DC 20004
202−637−5600
Email: adam.a.cooke@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Edith Ramirez**
Hogan Lovells
555 13th Street NW
Washington, DC 20004
202−637−5600
Email: edith.ramirez@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Michelle Anne Kisloff**
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202−637−6631
Email: michelle.kisloff@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Arthur F. Hoge , III**
Mee Mee Hoge & Epperson PLLP
*ATTORNEY TO BE NOTICED*

**Brian C. Spahn**
Godfrey & Kahn−WI

*ATTORNEY TO BE NOTICED*

**Kirkland E. Reid**
Jones Walker LLP
*ATTORNEY TO BE NOTICED*

**Timothy F. Campbell**
Mee Mee Hoge & Epperson PLLP
*ATTORNEY TO BE NOTICED*

**Vincent M. Roskovensky**
Clark Hill PLC
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 50, inclusive**

**Defendant**

| | | |
|---|---|---|
| **Equifax Information Services LLC**<br>*a foreign limited liability company* | represented by | **Bradley Austin**<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>702−784−5200<br>Fax: 702−784−5252<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Christopher J. Haugen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Lewis Balser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayna Morse Cacioppo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Lawless , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Christopher Toro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Williams**
Savell & Williams
100 Peachtree Street
1500 The Equitable Building
Atlanta, GA 30303
404−521−1282
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan S. Bolton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Lawver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Renee Hamilton Cawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel M. Wertheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rita Bolt Barker**
Wyche P.A.
44 East Camperdown Way
Greenville, SC 29601−3512
864−242−8235
Fax: .
Email: swascom@wyche.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Stewart Haskins , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent M. Roskovensky**
Clark Hill PLC
14th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412−394−7716

Fax: 412−394−2555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William O. Luckett , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Andrew McEntyre**
King & Spalding, LLP−ATL 40
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309−3521
404−572−4600
Fax: .
Email: zmcentyre@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Cooke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edith Ramirez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Anne Kisloff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia Williams**
Wiggins, Williams & Wiggins
*ATTORNEY TO BE NOTICED*

**Ralph Downing Scott , III**
Lax Vaughn Fortson Rowe Threet P.A.
*ATTORNEY TO BE NOTICED*

**Roger D. Rowe**
Lax Vaughn Fortson Rowe Threet P.A.
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equifax Information Solutions, LLC**   represented by   **Kirkland E. Reid**
Jones Walker LLP
Suite 1200
11 North Water Street
Mobile, AL 36602
251−432−1414
Fax: 251−439−7358

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 10**

**Defendant**

**Trusted ID, Inc.**                          represented by   **Joseph Richard Wetzel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equifax Consumer Services, LLC**           represented by   **Adam Cooke**
*also known as*                                              (See above for address)
Equifax Personal Solutions                                  *ATTORNEY TO BE NOTICED*
*also known as*
PSOL                                                         **David Lewis Balser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edith Ramirez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Anne Kisloff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney Stewart Haskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Stimac, Jr.**                      represented by   **Brian D. Flick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Krieger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Haines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Edward Dann**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Knepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miles N Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Clifford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean N. Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon McNulty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
(See above for address)
*TERMINATED: 10/25/2018*

**Defendant**

**Equifax Credit Information Services,**     represented by   **Benjamin C. Jensen**
**Inc.**                                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shanti Mulpuru Katona**
                                                             Polsinelli PC − DE
                                                             Suite 1101
                                                             222 Delaware Avenue
                                                             Wilmington, DE 19801
                                                             302−252−0924
                                                             Fax: .
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Equifax Health Services**                  represented by

**Benjamin C. Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Kemp**                    represented by   **Jason L. Nabors**
*Individually and on behalf of All Others*                      (See above for address)
*Similarly Situated*                      *LEAD ATTORNEY*
                      *ATTORNEY TO BE NOTICED*

**Shane Fredrick Langston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Justin Broome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greta L. Kemp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cliff Barbier**                    represented by   **Joseph Richard Wetzel**
*an individual*                      King & Spalding, LLP− SF CA
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Harold Boutin**                    represented by   **Joseph Richard Wetzel**
*an individual*                      (See above for address)
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Friedrich**                    represented by   **Joseph Richard Wetzel**
*an individual*                      (See above for address)
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Shea Giesler**                    represented by   **Joseph Richard Wetzel**
*an individual*                      (See above for address)
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Hannan**                    represented by   **Joseph Richard Wetzel**
*an individual*                      (See above for address)
                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Vidya Sagar Jagadam**            represented by   **Joseph Richard Wetzel**
*an individual*                                     (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Mauldin**                  represented by   **Aaron M. Danzig**
*an individual*                                     Arnall Golden Gregory LLP−ATL
                                                    Suite 2100
                                                    171 17th Street, NW
                                                    Atlanta, GA 30363−1031
                                                    404−873−8504
                                                    Fax: 404−873−8505
                                                    Email: aaron.danzig@agg.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Alan M. Briskin**
                                                    Briskin, Cross & Sanford, LLC
                                                    Suite D
                                                    1001 Cambridge Square
                                                    Alpharetta, GA 30009
                                                    770−410−1555
                                                    Fax: 770−410−3281
                                                    Email: abriskin@briskinlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David Mark Messer**
                                                    Briskin, Cross & Sanford, LLC
                                                    Suite D
                                                    1001 Cambridge Square
                                                    Alpharetta, GA 30009
                                                    770−410−1555
                                                    Email: dmesser@briskinlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Edward Alexander Marshall**
                                                    Arnall Golden Gregory LLP−ATL
                                                    Suite 2100
                                                    171 17th Street, NW
                                                    Atlanta, GA 30363−1031
                                                    404−873−8536
                                                    Email: edward.marshall@agg.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Richard Wetzel**
                                                    (See above for address)
                                                    *TERMINATED: 11/06/2018*

**Defendant**

| | | |
|---|---|---|
| **Graeme Payne**<br>*an individual* | represented by | **Anthony L. Cochran**<br>Smith, Gambrell & Russell, LLP<br>1230 Peachtree Street, NE<br>Suite 3100<br>Atlanta, GA 30309<br>404−815−3500<br>Fax: 404−815−3509<br>Email: acochran@sgrlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Joseph Richard Wetzel**
(See above for address)
*TERMINATED: 11/06/2018*

**Defendant**

| | | |
|---|---|---|
| **Lara Pearson**<br>*an individual* | represented by | **Joseph Richard Wetzel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Joe Sanders**<br>*an individual* | represented by | **Aaron M. Danzig**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Edward Alexander Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*TERMINATED: 11/06/2018*

**Defendant**

| | | |
|---|---|---|
| **Richard F. Smith**<br>*an individual* | represented by | **David M. Chaiken**<br>Troutman Sanders, LLP−ATL<br>Bank of America Plaza, Suite 3000<br>600 Peachtree St., NE<br>Atlanta, GA 30308−2216<br>404−885−2587<br>Fax: .<br>Email: david.chaiken@troutmansanders.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Meghan A. McCaffrey**
Quinn Emanuel Urquhart & Sullivan,
LLP−DC

1300 I Street
Washington, DC 20005
202−538−8000
Email: meghanmccaffrey@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Liftik**
Quinn Emanuel Urquhart & Sullivan,
LLP−DC
1300 I Street
Washington, DC 20005
202−538−8000
Email: michaelliftik@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven G. Madison**
Quinn Emanuel Urquhart & Sullivan,
LLP−CA
10th Floor
865 S. Figueroa Street
Los Angeles, CA 90017
213−443−3000
Email: stevemadison@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
(See above for address)
*TERMINATED: 03/30/2018*

**Claimant**

**Mike Barry**

**Claimant**

**Kimberly J. Kohler**                 represented by **Kimberly J. Kohler**
36961 SW Height of Land Dr
Rochert, MN 56578
(218) 841−0237
PRO SE

**Amicus**

**State of Indiana as Amicus Curiae**     represented by **Corinne Gilchrist**
Office of the Indiana Attorney General
302 W Washington St
Ste IGCS, 5th Floor
Indianapolis, IN 46204
317−233−6143
Email: corinne.gilchrist@atg.in.gov
*ATTORNEY TO BE NOTICED*

**Douglas Scott Swetnam**
Office of Indiana Attorney General
302 W. Washington Street
IGCS, 5th Floor
Indianapolis, IN 46204
317−232−6294
Fax: 317−232−7979
Email: douglas.swetnam@atg.in.gov
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Peter J. LaBreck** | represented by | **Peter J. LaBreck**
9100 Island Drive
Clay, MI 48001
PRO SE |

**Movant**

| | | |
|---|---|---|
| **Elizabeth M. Simons** | represented by | **Elizabeth M. Simons**
9100 Island Drive
Clay, MI 48001
PRO SE |

**Movant**

| | | |
|---|---|---|
| **Gregory A. Simons** | represented by | **Gregory A. Simons**
9100 Island Drive
Clay, MI 48001
PRO SE |

**Movant**

| | | |
|---|---|---|
| **Joshua D. Simons** | represented by | **Joshua D. Simons**
9100 Island Drive
Clay, MI 48001
PRO SE |

**Movant**

| | | |
|---|---|---|
| **Shiyang Huang** | represented by | **Shiyang Huang**
2800 SW Engler CT
Topeka, KS 66614
PRO SE |

**Movant**

| | | |
|---|---|---|
| **John Judkins** | represented by | **John Judkins**
19730 SW 49th Avenue
Tualatin, OR 97062
PRO SE |

**Movant**

| | | |
|---|---|---|
| **Susan Judkins** | represented by | |

**Susan Judkins**
19730 SW 49th Avenue
Tualatin, OR 97062
PRO SE

**Movant**

**Lawrence M. Jacobson**                 represented by **Lawrence M. Jacobson**
3640 SW Baird St. #3
Portland, OR 97219
PRO SE

**Movant**

**Beth Moscato**                         represented by **Beth Moscato**
888 E 66th St. #413
Indianapolis, IN 46220
PRO SE

**Movant**

**Harald Schmidt**                       represented by **Harald Schmidt**
11291 Chatterly Loop Apt 204
Manassas, VA 20109
PRO SE

**Movant**

**George Nees**

**Objector**

**Theodore H Frank**                     represented by **Melissa Holyoak**
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington D.C., DC 20006
573−823−5377
Email: melissaholyoak@gmail.com
*ATTORNEY TO BE NOTICED*

**Objector**

**David R. Watkins**                     represented by **Melissa Holyoak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**John William Davis**                   represented by **John W Davis**
Law Office of John Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL 33607
813−533−1972
Email: john@johnwdavis.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Mikell West**                      represented by   **Jerome Froelich , Jr**
                                                      McKenney & Froelich
                                                      One Midtown Plaza, Suite 910
                                                      1360 Peachtree Street
                                                      Atlanta, GA 30309
                                                      404−881−1111
                                                      Fax: 404−881−8040
                                                      Email: jerryfroelich@comcast.net
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert Clore**
                                                      500 N Shoreline Blvd
                                                      Suite 1020
                                                      Corpus Christi, TX 78401
                                                      361−698−5200
                                                      Email: rclore@bandaslawfirm.com
                                                      *ATTORNEY TO BE NOTICED*

**Objector**

**Christopher Andrews**

**Objector**

**George W. Cochran**                represented by   **George W. Cochran**
                                                      1385 Russell Drive
                                                      Streetsboro, OH 44241
                                                      3306072187
                                                      PRO SE

**Objector**

**Alice−Marie Flowers**              represented by   **Alice−Marie Flowers**
                                                      P. O. Box 2322
                                                      Anderson, IN 46018
                                                      PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/06/2017 | 1 | | TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407 that the actions listed on Schedule A are transferred to the Northern District of Georgia, Atlanta Division, MDL No. 2800. (aaq) (Entered: 12/06/2017) |
| 12/07/2017 | 2 | | COMPLAINT with Jury Demand filed in 1:17−cv−03422−TWT by Brian F. Spector and James McGonnigal.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 3 | | COMPLAINT with Jury Demand filed in 1:17−cv−03433−TWT by Randolph Jefferson Cary, III, Robin D. Porter and William R. Porter.(adg) |

| | | |
|---|---|---|
| | | Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 4 | COMPLAINT with Jury Demand filed in 1:17−cv−03436−TWT by Joseph M. Kuss.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 5 | COMPLAINT with Jury Demand filed in 1:17−cv−03443−TWT by Victoria Kealy, Donna Abbott and Devenn Triola.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 6 | COMPLAINT with Jury Demand filed in 1:17−cv−03444−TWT by Albert Ruscitto.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 7 | COMPLAINT with Jury Demand filed 1:17−cv−03445−TWT by Jennifer Pascucci DeMarco, Alain Lapter, Ana Lapter, Pamela Klein, Daniel DeMarco, Jr, Michael Slyne, Stacey J. P. Ullman.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 8 | COMPLAINT with Jury Demand filed in 1:17−cv−03447−TWT by Alison Manaher.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 9 | COMPLAINT with Jury Demand filed in 1:17−cv−3448−TWT by Nida Samson.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 10 | COMPLAINT with Jury Demand filed in 1:17−cv−03450−TWT by Michael Wolf.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 11 | COMPLAINT with Jury Demand filed in 1:17−cv−03451 by James Findlay, Avery Ash, John Washburn, Evelyn Gualandi, AmySue Taylor, Cassandra Powers.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |

| 12/07/2017 | 12 | | COMPLAINT with Jury Demand filed in 1:17−cv−03456−TWT by Justin Fiore.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 13 | | COMPLAINT with Jury Demand filed in 1:17−cv−03457−TWT by Bryan Lipchitz.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 14 | | COMPLAINT with Jury Demand filed in 1:17−cv−03458−TWT by Brian Thompson James Martin.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 15 | | COMPLAINT with Jury Demand filed in 1:17−cv−03459−TWT by Allan Menzer.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 16 | | COMPLAINT with Jury Demand filed in 1:17−cv−03460−TWT by John J. Pagliarulo.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 17 | | COMPLAINT with Jury Demand filed in 1:17−cv−03461−TWT by Joseph Pugliese.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 18 | | COMPLAINT with Jury Demand filed in 1:17−cv−03476−TWT by Paul Turok, Charles Pavesi, Jr.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 19 | | COMPLAINT with Jury Demand filed in 1:17−cv−03480−TWT by Greg Pesek, Frederick Gardner, Matthew Rybak, Samuel Boundy.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |
| 12/07/2017 | 20 | | COMPLAINT with Jury Demand filed in 1:17−cv−03492−TWT by Bernadette Beekman, Douglas Diamond, James Freeman−Hargis, Elizabeth Twitchell.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/07/2017) |

| 12/07/2017 | 21 | | COMPLAINT with Jury Demand filed in 1:17−cv−4996−TWT by Angela Lynn Miller, Valorie Anne Smart, David Waterstram Miller.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (USDC ECDA No. 2:17−cv−1872−KJM−EFB) (jkl). (Entered: 12/08/2017) |
|---|---|---|---|
| 12/07/2017 | 22 | | COMPLAINT with Jury Demand filed in 1:17−cv−4997−TWT by Terry Myers, Sr, Charles O'Neal.(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (USDC ECDA No. 2:17−cv−1878−JAM−DB) (Entered: 12/08/2017) |
| 12/07/2017 | 26 | | COMPLAINT with Jury Demand filed in 1:17−cv−04986−TWT by Nikolaos C Pantaze. (Alabama Northern, 2:17−cv−01530−UJB−MHH)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | 27 | | COMPLAINT with Jury Demand filed in 1:17−cv−4994−TWT by Fort McClellan Credit Union. ( Filing fee $ 400 receipt number 113E−75504067.) (Attachments: # 1 Civil Cover Sheet)(jkl) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | 29 | | COMPLAINT with Jury Demand filed in 1:17−cv−04987−TWT by Paul Ostoya, Samuel Stephenson. (Alabama Northern, 2:17−cv−01550)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | 30 | | COMPLAINT with Jury Demand filed in 1:17−cv−04988−TWT by Darryl W. Walker, Robin L. Taylor, Dale F. Stewart, II, Jennifer A. Meachum. (Alabama Northern, 5:17−cv−01527−HNJ)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | 31 | | COMPLAINT with Jury Demand filed in 1:17−cv−04989−TWT by Christopher Highfield. (Alabama Northern, 5:17−cv−01567−MHH)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | 32 | | COMPLAINT with Jury Demand filed in 1:17−cv−04990−TWT by Jason Morris. (USDC Colorado, 1:17−cv−02178−WJM−KHR)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | 33 | | COMPLAINT with Jury Demand filed in 1:17−cv−05001−TWT filed by Sheena Raffin.USDC California Central, 2:17−cv−06620−JAK−KS)(adg) |

| | | |
|---|---|---|
| | | Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | <u>34</u> | COMPLAINT with Jury Demand filed in 1:17−cv−05002−TWT by Samuel Bandoh−Aidoo. (USDC California Central, 2:17−cv−06658−JAK−KS)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | <u>35</u> | COMPLAINT with Jury Demand filed in 1:17−cv−05003−TWT by Henan Louis Joof, Akop Sogomonyan. (USDC California Central, 2:17−cv−06659−JAK−KS)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | <u>41</u> | AMENDED COMPLAINT against Equifax, Inc. with Jury Demand filed in 1:17−cv−04988−TWT by Darryl W. Walker, Dale F. Stewart, II, Jennifer A. Meachum, Robin L. Taylor, Alexis Budinas Janusz, Jenny Storch, Karen Baswell. (USDC Alabama Northern, 5:17−CV−01527)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/07/2017 | <u>42</u> | COMPLAINT with Jury Demand filed in 1:17−cv−05004−TWT by Lori Pobiner, Caralyn Tada, Craig Nowinsky. (USDC California Central, 2:17−cv−06666)(adg) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/08/2017 | <u>23</u> | CASE MANAGEMENT ORDER NO. 1. Initial case management conference set for 1/9/2018 at 10:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. Signed by Judge Thomas W. Thrash, Jr on 12/8/17. Associated Cases: 1:17−md−02800−TWT et al.(jkl) (Entered: 12/11/2017) |
| 12/11/2017 | | Courtroom Deputy's Certificate of E−Mailing re <u>23</u> CASE MANAGEMENT ORDER NO. 1 to all counsel on the attached list. Associated Cases: 1:17−md−02800−TWT et al.(jkl) Modified on 12/11/2017 − pdf did not attach, refiled (jkl). (Entered: 12/11/2017) |
| 12/11/2017 | | Courtroom Deputy's Certificate of E−Mailing re <u>23</u> CASE MANAGEMENT ORDER NO. 1 to all counsel on the attached list. Associated Cases: 1:17−md−02800−TWT et al (jkl) Modified on 12/11/2017 − pdf did not attach, refiled (jkl) (Entered: 12/11/2017) |
| 12/11/2017 | <u>24</u> | Courtroom Deputy's Certificate of E−Mailing re <u>23</u> CASE MANAGEMENT ORDER NO. 1 to all counsel on the attached list. Associated Cases: 1:17−md−02800−TWT et al. (jkl) (Entered: 12/11/2017) |
| 12/11/2017 | <u>25</u> | |

| | | | |
|---|---|---|---|
| | | | (Refiled to link to member cases) Courtroom Deputy's Certificate of E−Mailing re 23 CASE MANAGEMENT ORDER NO. 1 to all counsel on the attached list. Associated Cases: 1:17−md−02800−TWT et al (jkl) Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03422−TWT, 1:17−cv−03433−TWT, 1:17−cv−03436−TWT, 1:17−cv−03443−TWT, 1:17−cv−03444−TWT, 1:17−cv−03445−TWT, 1:17−cv−03447−TWT, 1:17−cv−03448−TWT, 1:17−cv−03449−TWT, 1:17−cv−03450−TWT, 1:17−cv−03451−TWT, 1:17−cv−03452−TWT, 1:17−cv−03453−TWT, 1:17−cv−03454−TWT, 1:17−cv−03456−TWT, 1:17−cv−03457−TWT, 1:17−cv−03458−TWT, 1:17−cv−03459−TWT, 1:17−cv−03460−TWT, 1:17−cv−03461−TWT, 1:17−cv−03463−TWT, 1:17−cv−03476−TWT, 1:17−cv−03477−TWT, 1:17−cv−03479−TWT, 1:17−cv−03480−TWT, 1:17−cv−03482−TWT, 1:17−cv−03483−TWT, 1:17−cv−03484−TWT, 1:17−cv−03487−TWT, 1:17−cv−03492−TWT, 1:17−cv−03497−TWT, 1:17−cv−03498−TWT, 1:17−cv−03499−TWT, 1:17−cv−03501−TWT, 1:17−cv−03502−TWT, 1:17−cv−03507−TWT, 1:17−cv−03509−TWT, 1:17−cv−03512−TWT, 1:17−cv−03523−TWT, 1:17−cv−03571−TWT, 1:17−cv−03578−TWT, 1:17−cv−03582−TWT, 1:17−cv−03586−TWT, 1:17−cv−03587−TWT, 1:17−cv−03613−TWT, 1:17−cv−03618−TWT, 1:17−cv−03659−TWT, 1:17−cv−03676−TWT, 1:17−cv−03708−TWT, 1:17−cv−03713−TWT, 1:17−cv−03715−TWT, 1:17−cv−03745−TWT, 1:17−cv−03764−TWT, 1:17−cv−03765−TWT, 1:17−cv−03769−TWT, 1:17−cv−03798−TWT, 1:17−cv−03809−TWT, 1:17−cv−03829−TWT, 1:17−cv−03863−TWT, 1:17−cv−03872−TWT, 1:17−cv−03873−TWT, 1:17−cv−03881−TWT, 1:17−cv−03885−TWT, 1:17−cv−03886−TWT, 1:17−cv−03892−TWT, 1:17−cv−03905−TWT, 1:17−cv−03972−TWT, 1:17−cv−04159−TWT, 1:17−cv−04184−TWT, 1:17−cv−04250−TWT, 1:17−cv−04388−TWT, 1:17−cv−04389−TWT, 1:17−cv−04480−TWT, 1:17−cv−04544−TWT, 1:17−cv−04600−TWT, 1:17−cv−04694−TWT, 1:17−cv−04707−TWT, 1:17−cv−04756−TWT, 1:17−cv−04763−TWT, 1:17−cv−04775−TWT, 1:17−cv−04792−TWT, 1:17−cv−04822−TWT, 1:17−cv−04940−TWT, 1:17−cv−04942−TWT, 1:17−cv−04986−TWT, 1:17−cv−04987−TWT, 1:17−cv−04988−TWT, 1:17−cv−04989−TWT, 1:17−cv−04990−TWT, 1:17−cv−04996−TWT, 1:17−cv−04997−TWT, 1:17−cv−05001−TWT, 1:17−cv−05002−TWT, 1:17−cv−05003−TWT, 1:17−cv−05004−TWT, 1:17−cv−05005−TWT, 1:17−cv−05006−TWT, 1:17−cv−05007−TWT, 1:17−cv−05008−TWT, 1:17−cv−05009−TWT, 1:17−cv−05010−TWT, 1:17−cv−05014−TWT, 1:17−cv−05015−TWT, 1:17−cv−05016−TWT, 1:17−cv−05017−TWT, 1:17−cv−05020−TWT, 1:17−cv−05021−TWT, 1:17−cv−05022−TWT, 1:17−cv−05023−TWT, 1:17−cv−05024−TWT, 1:17−cv−05025−TWT, 1:17−cv−05026−TWT, 1:17−cv−05027−TWT, 1:17−cv−05028−TWT, 1:17−cv−05029−TWT, 1:17−cv−05037−TWT, 1:17−cv−05038−TWT, 1:17−cv−05039−TWT, 1:17−cv−05040−TWT, 1:17−cv−05041−TWT, 1:17−cv−05042−TWT, 1:17−cv−05048−TWT, 1:17−cv−05049−TWT, 1:17−cv−05050−TWT, 1:17−cv−05058−TWT, 1:17−cv−05059−TWT, 1:17−cv−05060−TWT, 1:17−cv−05061−TWT, 1:17−cv−05062−TWT, 1:17−cv−05063−TWT, 1:17−cv−05067−TWT, 1:17−cv−05068−TWT(jkl) (Entered: 12/11/2017) |
| 12/11/2017 | 28 | | COMPLAINT with Jury Demand filed in 1:17−cv−05065−TWT by Elements Financial Federal Credit Union, Atlantic City Federal Credit Union, First Nebraska Credit Union, Wright−Patt Credit Union, Putnam Bank. ( Filing fee |

| | | |
|---|---|---|
| | | $ 400 receipt number 113E−7558285.) (Attachments: # 1 Civil Cover Sheet)(jkl) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/12/2017 | | Clerk's Certificate of Mailing of Case Management Order NO. 1 to attorneys: Benjamin Johns, Carin Marcussen, Carl Malmstrom, Christian Jenkins, Correy Kamin, Daniel Levin, Davis Cooper, J. Austin Moore, Jeffrey Goldenberg, Joseph Sauder, Joshua D. Wells, Leonard Davis, Pat Cipollone, Richard Lewis, Robert Gilmore, Steven Herman, Thomas Burt, Thomas O'Reardon. Associated Cases: 1:17−md−02800−TWT et al.(jkl) (Entered: 12/12/2017) |
| 12/12/2017 | | Clerk's Certificate of Mailing to attorneys Bryan A. Fox and Carol Thomas re (23 in 1:17−md−02800−TWT, 23 in 1:17−md−02800−TWT, 23 in 1:17−md−02800−TWT) Order, (2 in 1:17−cv−05065−TWT) Order. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05065−TWT(jkl) (Entered: 12/12/2017) |
| 12/12/2017 | | (Corrected) Clerk's Certificate of Mailing as to Angela Lynn Miller, David Waterstram Miller, Valorie Anne Smart re (14 in 1:17−cv−04996−TWT, 23 in 1:17−md−02800−TWT) Order. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−04996−TWT(jkl) (Entered: 12/12/2017) |
| 12/12/2017 | 36 | COMPLAINT with Jury Demand filed by Chris Brown in 1:17−cv−03449−TWT on 09/08/2017. ( Filing fee $ 400 receipt number 113E−7375221.)(jkl) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/12/2017 | 37 | AMENDED COMPLAINT filed in 1:17−cv−03449 on 9/25/2017 against Equifax, Inc. and TRUSTEDID, INC. with Jury Demand by Chad Roofener, Tim Borland, Peter Cooke, Russ Benson, Margaret McCable, Val Chekmazov, Michael Jay Williams, Daniel E. Oberst, Richard Poligan, Jamie Benson, Michael Erickson, Walter Hinck, Patricia A. Koller, Kathleen Holly, Marius Andreica, James Peacock, Chris Brown, Derek Baumgardner, Emily Green, Elisabeta Szekely, Corree Roofener, Gary Jaetzold, Kellie Williams, Joshua Iron Wing.(jkl) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/12/2017 | 38 | COMPLAINT with Jury Demand filed in 1:17−cv−03452−TWT on 09/08/2017 by Timothy Durham. ( Filing fee $ 400 receipt number 113E−7375241.)(jkl) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/12/2017 | 39 | COMPLAINT with Jury Demand filed by James Abraham in 1:17−cv−03453−TWT on 09/08/2017. ( Filing fee $ 400 receipt number 113E−7375247.)(jkl) Please visit our website at |

| | | | |
|---|---|---|---|
| | | | http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/12/2017 | 40 | | COMPLAINT with Jury Demand filed by Judy Diane Brandon in 1:17−cv−03454−TWT on 09/08/2017. ( Filing fee $ 400 receipt number 113E−7375249.)(jkl) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/12/2017) |
| 12/15/2017 | 43 | | NOTICE of Appearance by Hovsep Hovsepyan on behalf of Henan Louis Joof, Akop Sogomonyan (Attachments: # 1 Certificate of Service)(Hovsepyan, Hovsep) (Entered: 12/15/2017) |
| 12/15/2017 | 44 | | NOTICE of Appearance by Armen Kiramijyan on behalf of Henan Louis Joof, Akop Sogomonyan (Attachments: # 1 Certificate of Service)(Kiramijyan, Armen) (Entered: 12/15/2017) |
| 12/15/2017 | 45 | | NOTICE of Appearance by Scott Edward Cole on behalf of Andrew Galpern (Cole, Scott) (Entered: 12/15/2017) |
| 12/18/2017 | | | Clerk's Certificate of Mailing of 23 CASE MANAGEMENT ORDER NO. 1 to plaintiffs' attorneys who have not yet added their e−mails to CM/ECF re (10 in 1:17−cv−03483−TWT, 10 in 1:17−cv−03483−TWT, 10 in 1:17−cv−03483−TWT, 14 in 1:17−cv−03498−TWT, 14 in 1:17−cv−03498−TWT, 14 in 1:17−cv−03498−TWT, 5 in 1:17−cv−03769−TWT, 5 in 1:17−cv−03769−TWT, 5 in 1:17−cv−03769−TWT, 13 in 1:17−cv−03501−TWT, 13 in 1:17−cv−03501−TWT, 13 in 1:17−cv−03501−TWT, 6 in 1:17−cv−04600−TWT, 6 in 1:17−cv−04600−TWT, 6 in 1:17−cv−04600−TWT, 16 in 1:17−cv−03571−TWT, 16 in 1:17−cv−03571−TWT, 16 in 1:17−cv−03571−TWT, 16 in 1:17−cv−03499−TWT, 16 in 1:17−cv−03499−TWT, 5 in 1:17−cv−04707−TWT, 5 in 1:17−cv−04707−TWT, 5 in 1:17−cv−04707−TWT, 12 in 1:17−cv−03745−TWT, 12 in 1:17−cv−03745−TWT, 12 in 1:17−cv−03745−TWT, 14 in 1:17−cv−03587−TWT, 14 in 1:17−cv−03587−TWT, 14 in 1:17−cv−03587−TWT, 13 in 1:17−cv−03582−TWT, 13 in 1:17−cv−03582−TWT, 13 in 1:17−cv−03582−TWT, 14 in 1:17−cv−03523−TWT, 14 in 1:17−cv−03523−TWT, 14 in 1:17−cv−03523−TWT, 5 in 1:17−cv−03863−TWT, 5 in 1:17−cv−03863−TWT, 5 in 1:17−cv−03863−TWT, 14 in 1:17−cv−04250−TWT, 14 in 1:17−cv−04250−TWT, 14 in 1:17−cv−04250−TWT, 5 in 1:17−cv−04544−TWT, 5 in 1:17−cv−04544−TWT, 5 in 1:17−cv−04544−TWT, 10 in 1:17−cv−04763−TWT, 10 in 1:17−cv−04763−TWT, 10 in 1:17−cv−04763−TWT, 18 in 1:17−cv−03512−TWT, 18 in 1:17−cv−03512−TWT, 18 in 1:17−cv−03512−TWT, 8 in 1:17−cv−03586−TWT, 8 in 1:17−cv−03586−TWT, 8 in 1:17−cv−03586−TWT, 3 in 1:17−cv−04792−TWT, 3 in 1:17−cv−04792−TWT, 3 in 1:17−cv−04792−TWT, 4 in 1:17−cv−04389−TWT, 4 in |

| | | |
|---|---|---|
| | | 1:17−cv−04389−TWT, 4 in 1:17−cv−04389−TWT, 23 in 1:17−cv−03715−TWT, 23 in 1:17−cv−03715−TWT, 23 in 1:17−cv−03765−TWT, 8 in 1:17−cv−03765−TWT, 8 in 1:17−cv−03765−TWT, 23 in 1:17−md−02800−TWT, 23 in 1:17−md−02800−TWT, 23 in 1:17−cv−03892−TWT, 12 in 1:17−cv−03892−TWT, 12 in 1:17−cv−03892−TWT, 17 in 1:17−cv−03479−TWT, 17 in 1:17−cv−03479−TWT, 17 in 1:17−cv−03479−TWT, 4 in 1:17−cv−03881−TWT, 4 in 1:17−cv−03881−TWT, 4 in 1:17−cv−03881−TWT, 6 in 1:17−cv−03872−TWT, 6 in 1:17−cv−03872−TWT, 6 in 1:17−cv−03872−TWT, 7 in 1:17−cv−03676−TWT, 7 in 1:17−cv−03676−TWT, 7 in 1:17−cv−03676−TWT, 3 in 1:17−cv−04159−TWT, 3 in 1:17−cv−04159−TWT, 3 in 1:17−cv−04159−TWT, 5 in 1:17−cv−03905−TWT, 5 in 1:17−cv−03905−TWT, 5 in 1:17−cv−03905−TWT, 3 in 1:17−cv−03809−TWT, 3 in 1:17−cv−03809−TWT, 3 in 1:17−cv−03809−TWT, 6 in 1:17−cv−03972−TWT, 6 in 1:17−cv−03972−TWT, 6 in 1:17−cv−03972−TWT, 3 in 1:17−cv−04940−TWT, 3 in 1:17−cv−04940−TWT, 3 in 1:17−cv−04940−TWT). Notice of street name change for the Atlanta courthouse included. Associated Cases: 1:17−md−02800−TWT et al.(jkl) (Entered: 12/18/2017) |
| 12/18/2017 | 46 | **CONDITIONAL TRANSFER ORDER CTO−1 from the Judicial Panel on Multidistrict Litigation.** (jkl). (Entered: 12/18/2017) |
| 12/18/2017 | 47 | **ORDER VACATING 46 CONDITIONAL TRANSFER ORDER CTO−1 for cases 17−3358, 17−3359 (D. Maryland, C.A.) ONLY, by United States Judicial Panel on Multidistrict Litigation.** (jkl) (Entered: 12/18/2017) |
| 12/21/2017 | 48 | Clerk's Certificate of Emailing Case Management Order to attorneys for the following cases: re (10 in 1:17−cv−05102−TWT, 10 in 1:17−cv−05102−TWT) Order (18 in 1:17−cv−05101−TWT, 18 in 1:17−cv−05101−TWT) Order (13 in 1:17−cv−05125−TWT, 13 in 1:17−cv−05125−TWT) Order (10 in 1:17−cv−05088−TWT, 10 in 1:17−cv−05088−TWT) Order (9 in 1:17−cv−05059−TWT, 9 in 1:17−cv−05059−TWT) Order (7 in 1:17−cv−05090−TWT, 7 in 1:17−cv−05090−TWT) Order (23 in 1:17−md−02800−TWT, 23 in 1:17−md−02800−TWT, 23 in 1:17−md−02800−TWT) Order (6 in 1:17−cv−05103−TWT, 6 in 1:17−cv−05103−TWT) Order (22 in 1:17−cv−05061−TWT, 22 in 1:17−cv−05061−TWT) Order (7 in 1:17−cv−05060−TWT, 7 in 1:17−cv−05060−TWT) Order (11 in 1:17−cv−05058−TWT, 11 in 1:17−cv−05058−TWT) Order (9 in 1:17−cv−05062−TWT, 9 in 1:17−cv−05062−TWT) Order. Associated Cases: 1:17−md−02800−TWT et al.(jkl) (Entered: 12/21/2017) |
| 12/21/2017 | 49 | NOTICE by Andrew Galpern *Notice of Change of Counsel* (Cole, Scott) (Entered: 12/21/2017) |
| 12/21/2017 | 60 | CONDITIONAL TRANSFER ORDER CTO−2 from the Judicial Panel on Multidistrict Litigation. (jkl) (Entered: 12/29/2017) |
| 12/22/2017 | 50 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Benjamin A. Gastel on behalf of Brian Cox, Jessica Cox, Cady Daughtery, Michael Norris, Julie Richardson (Gastel, Benjamin) (Entered: 12/22/2017) |
| 12/22/2017 | 51 | Corporate Disclosure Statement by Brian Cox, Jessica Cox, Cady Daughtery, Michael Norris, Julie Richardson by Brian Cox, Jessica Cox, Cady Daughtery, Michael Norris, Julie Richardson.(Gastel, Benjamin) (Entered: 12/22/2017) |
| 12/22/2017 | 52 | NOTICE of Appearance by James G. Stranch, IV on behalf of Brian Cox, Jessica Cox, Cady Daughtery, Michael Norris, Julie Richardson (Stranch, James) (Entered: 12/22/2017) |
| 12/22/2017 | 53 | Corporate Disclosure Statement by Jason Morris by Jason Morris.(Hannon, Kevin) (Entered: 12/22/2017) |
| 12/27/2017 | 54 | **CONDITIONAL TRANSFER ORDER CTO−3 from the Judicial Panel on Multidistrict Litigation.** (jkl) (Entered: 12/27/2017) |
| 12/27/2017 | 55 | NOTICE Of Filing by Equifax, Inc. re 23 Order,, Set Deadlines/Hearings,, Set/Clear Flags, *of Letter to Judge Thrash and Judge Duffey* (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 12/27/2017) |
| 12/27/2017 | 56 | WAIVER OF SERVICE Returned Executed by Joshua Gerstein. Equifax Information Services LLC waiver mailed on 12/21/2017, answer due 2/20/2018. (Flick, Brian) (Entered: 12/27/2017) |
| 12/28/2017 | 57 | NOTICE of Appearance by Phillip A. Tortoreti on behalf of Peggy Christen, Joseph T. Coughlin, Jeremy Davis, Amanda Gurtis, John Hughes (Tortoreti, Phillip) (Entered: 12/28/2017) |
| 12/28/2017 | 58 | NOTICE of Appearance by Joseph Alexander Hood, II on behalf of Joseph Gershon Blieberg, Steve Klein (Hood, Joseph) (Entered: 12/28/2017) |
| 12/28/2017 | 59 | CERTIFICATE OF SERVICE filed by Joseph Gershon Blieberg, Steve Klein (Hood, Joseph) (Entered: 12/28/2017) |
| 12/29/2017 | 61 | WAIVER OF SERVICE Returned Executed by Kyle McClure, Josh Rupnow, Courtney D. Smith, Jeremiah Smith, Kurtis St. Clair. Equifax, Inc. waiver mailed on 12/21/2017, answer due 2/20/2018. (Worley, David) (Entered: 12/29/2017) |
| 12/29/2017 | 62 | NOTICE OF APPEARANCE OF COUNSEL by attorney Michael G. Stewart for plaintiffs Brian Cox, Jessica Cox, Cady Daughtery, Michael Norris, Julie Richardson, David Le, Terra Weaver. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03586−TWT, 1:17−cv−05228−TWT, 1:17−cv−05423−TWT(jkl) Modified on 1/3/2018 (jkl). (Entered: 12/29/2017) |
| 12/29/2017 | 63 | NOTICE of Appearance by Joshua Harris Eggnatz on behalf of Samuel Eppy (Eggnatz, Joshua) (Entered: 12/29/2017) |
| 12/29/2017 | 64 | NOTICE of Appearance by Jeremy A. Lieberman on behalf of Joseph Gershon Blieberg, Steve Klein (Lieberman, Jeremy) (Entered: 12/29/2017) |
| 01/02/2018 | 65 | NOTICE of Appearance by Jay P. Lechner on behalf of Justin Stabenow, Mark Zelakowski (1:17−cv−05370−TWT) (jkl) (Entered: 01/03/2018) |

| 01/03/2018 | 66 | | NOTICE of Appearance by Wallace A. McDonald on behalf of Sean J. Martin, Richard Shanken, Tonya Shanken, Nancy Stabell (McDonald, Wallace) (Entered: 01/03/2018) |
|---|---|---|---|
| 01/03/2018 | 67 | | NOTICE of Appearance by Christopher M. Joe on behalf of Derek Selders, Clint Thomson, Justin Williams (Joe, Christopher) (Entered: 01/03/2018) |
| 01/03/2018 | 68 | | NOTICE of Appearance by Eric W. Buether on behalf of Derek Selders, Clint Thomson, Justin Williams (Buether, Eric) (Entered: 01/03/2018) |
| 01/03/2018 | 69 | | NOTICE of Appearance by William Bradford Kittrell on behalf of Ernesto Mitchel, Monica Rae Perkins (Kittrell, William) (Entered: 01/03/2018) |
| 01/03/2018 | 70 | | NOTICE of Appearance by William Lloyd Copeland on behalf of Ernesto Mitchel, Monica Rae Perkins (Copeland, William) (Entered: 01/03/2018) |
| 01/03/2018 | 71 | | NOTICE of Appearance by Thomas J. Lyons on behalf of Margaret Amadick, Jeannie Ball, Jennifer Ball, Thomas Greenwood, Robert Roehl, Constance Zasada, Theodore Zasada (Lyons, Thomas) (Entered: 01/03/2018) |
| 01/03/2018 | 72 | | NOTICE of Appearance by Paul Berry Cooper, III on behalf of Clifton Ralph Messer, Jr., Richard Wittenberg (Cooper, Paul) (Entered: 01/03/2018) |
| 01/04/2018 | 73 | | Letter to Judge Thrash and Judge Duffey by Equifax, Inc. re 55 Notice of Filing (Attachments: # 1 Text of Proposed Order)(Smith, Michael) Modified on 1/4/2018 (jkl). (Entered: 01/04/2018) |
| 01/04/2018 | 74 | | NOTICE of Appearance by Richard R. Rosenthal on behalf of Ernesto Mitchel, Monica Rae Perkins (Rosenthal, Richard) (Entered: 01/04/2018) |
| 01/04/2018 | 75 | | NOTICE of Appearance by Joshua D. Wells on behalf of James Abraham, Catherine Alderman, Judy Diane Brandon, Heather Duenas, Justin Fiore, Ricky Lee Hale, Kory Hershkowitz, Bryan Lipchitz, Brian Thompson James Martin, Allan Menzer, John J. Pagliarulo, Donald Person, Joseph Pugliese, Dan Richmond, Kimberly Richmond, James Martin. (jkl) (Entered: 01/05/2018) |
| 01/04/2018 | 78 | | NOTICE of Appearance by David Malcolm McMullan, Jr on behalf of Daniel Martin (jkl) (Entered: 01/05/2018) |
| 01/05/2018 | 76 | | NOTICE of Appearance by Sharon S. Almonrode on behalf of Justin Bakko (Almonrode, Sharon) (Entered: 01/05/2018) |
| 01/05/2018 | 77 | | NOTICE of Appearance by Thomas V. Girardi on behalf of Amanda Janaye White (Girardi, Thomas) (Entered: 01/05/2018) |
| 01/05/2018 | 89 | | NOTICE of Appearance by Brian Andrew Carpenter on behalf of Derek Selders, Clint Thomson, Justin Williams. (jkl) (Entered: 01/10/2018) |
| 01/08/2018 | 79 | | NOTICE of Appearance by Kevin Peter Roddy on behalf of Peggy Christen, Joseph T. Coughlin, Jeremy Davis, Amanda Gurtis, John Hughes (Roddy, Kevin) (Entered: 01/08/2018) |
| 01/08/2018 | 80 | | MOTION Lift Restrictions on Media *Plaintiffs* by Wright−Patt Credit Union. (Attachments: # 1 Text of Proposed Order Proposed Order)(Van Horn, Charles) (Entered: 01/08/2018) |

| 01/08/2018 | 81 | | NOTICE of Appearance by Craig A. Gillen on behalf of ASI Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Aventa Credit Union, Bank of Louisiana, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Credit Union National Association, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Indiana Credit Union League, League of Southeastern Credit Unions & Affiliates, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, SELCO Community Credit Union, Services Credit Union, UMassFive College Federal Credit Union, Virginia Credit Union League, Wright−Patt Credit Union (Gillen, Craig) (Entered: 01/08/2018) |
| 01/08/2018 | 82 | | NOTICE OF CHANGE OF FIRM NAME AND ADDRESS by April Mardock, Kyle McClure, Josh Rupnow, Courtney D. Smith, Kurtis St. Clair (Rado, Andrei) Modified on 1/9/2018 (jkl). (Entered: 01/08/2018) |
| 01/08/2018 | 83 | | NOTICE Of Filing CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS LIST OF AFFILIATED COMPANIES (Worley, David) (Entered: 01/08/2018) |
| 01/08/2018 | 84 | | NOTICE Of Filing CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS LIST OF COUNSEL (Attachments: # 1 Exhibit 1 (Plaintiffs' Counsel Table))(Worley, David) (Entered: 01/08/2018) |
| 01/08/2018 | 90 | | NOTICE of Appearance by Jason L. Nabors on behalf of Jennifer Goodman, James Carroll Hood, Larry Bentley Hood, Neva Joyce Hood, Thristian Michel, Jennifer Whitfill. (jkl) (Entered: 01/10/2018) |
| 01/08/2018 | 91 | | NOTICE of Appearance by Shane Fredrick Langston on behalf of Michael Kemp, Drew Martin (Attachments: # 1 17−5323)(jkl) (Entered: 01/10/2018) |
| 01/08/2018 | 92 | | NOTICE of Appearance Rebecca M. Langston on behalf of Drew Martin, Samantha Woods, Joshua Woods, Michael Kemp, Jennifer Whitfill, James Carroll Hood, Jennifer Goodman, Neva Joyce Hood, Larry Bentley Hood and Thristian Michel. (Attachments: # 1 18−cv−23, # 2 17−cv−5323, # 3 17−cv−5490)(jkl) (Entered: 01/10/2018) |
| 01/08/2018 | 93 | | NOTICE of Appearance of Greta L. Kemp on behalf of Jennifer Goodman, James Carroll Hood, Larry Bentley Hood, Neva Joyce Hood, Michael Kemp, Drew Martin, Thristian Michel, Jennifer Whitfill, Joshua Woods, Samantha Woods (Attachments: # 1 17−cv−5323, # 2 18−cv−23, # 3 18−cv−38)(jkl) (Entered: 01/10/2018) |
| 01/09/2018 | 85 | | ORDER granting 80 Motion to Lift Restrictions on Media. Signed by Judge Thomas W. Thrash, Jr on 1/9/2018. (ss) (Entered: 01/09/2018) |

| 01/09/2018 | 86 | | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr: Status Conference held on 1/9/2018. Proposed Case Management Order # 2 filed in court. Leadership Applications are due 2/2/2018. The next status conference in this case will be scheduled after the plaintiffs' leadership appointments are made. Court will discuss Securities Fraud cases with Judge Duffey. (Court Reporter Susan Baker)(jkl) (Entered: 01/09/2018) |
|---|---|---|---|
| 01/10/2018 | 87 | | CASE MANAGEMENT ORDER NO. 2 Signed by Judge Thomas W. Thrash, Jr on 1/9/2018. (Attachments: # 1 Exhibit 1A Consumer Case and Counsel Table, # 2 Exhibit 1B Small Business Cases and Counsel Table, # 3 Exhibit 2 Financial Cases and Counsel Table)Associated Cases: 1:17−md−02800−TWT et al.(ss) (Entered: 01/10/2018) |
| 01/10/2018 | 88 | | **CONDITIONAL TRANSFER ORDER CTO−4 from the Judicial Panel on Multidistrict Litigation.** (jkl) (Entered: 01/10/2018) |
| 01/10/2018 | 94 | | NOTICE Of Filing CORRECTED CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS LIST OF COUNSEL by ALL PLAINTIFFS (Attachments: # 1 Exhibit 1 (Plaintiffs' Counsel Table))(Worley, David) (Entered: 01/10/2018) |
| 01/10/2018 | 95 | | NOTICE of Appearance by Andrew Kochanowski on behalf of Imtiyaz Dhuka, Abuzar Dhukka, Imtiaz Maredia, Mumtaz Maredia, Kevin Putegnat, Nydia Putegnat (Kochanowski, Andrew) (Entered: 01/10/2018) |
| 01/10/2018 | 96 | | NOTICE of Appearance by Sarah L. Rickard on behalf of Imtiyaz Dhuka, Abuzar Dhukka, Imtiaz Maredia, Mumtaz Maredia, Kevin Putegnat, Nydia Putegnat (Rickard, Sarah) (Entered: 01/10/2018) |
| 01/10/2018 | 97 | | NOTICE of Appearance by Richard P. Rouco on behalf of Sanjay Kumar Rajput (Rouco, Richard) (Entered: 01/10/2018) |
| 01/10/2018 | 99 | | NOTICE Of Appearance of Steven M. Shepard on behalf of Marc LaGasse, Andrea E. Petrungaro. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03745−TWT(jkl) (Entered: 01/11/2018) |
| 01/10/2018 | 100 | | NOTICE Of Appearance of Elizabeth McKenna on behalf of April Mardock, Kyle McClure, Josh Rupnow, Courtney D. Smith, Kurtis St. Clair. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03499−TWT, 1:17−cv−04792−TWT(jkl) (Entered: 01/11/2018) |
| 01/10/2018 | 101 | | NOTICE Of Appearance of Melissa Ryan Clark on behalf of by April Mardock, Kyle McClure, Josh Rupnow, Courtney D. Smith, Kurtis St. Clair. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03499−TWT, 1:17−cv−04792−TWT(jkl) (Entered: 01/11/2018) |
| 01/11/2018 | 98 | | TRANSCRIPT of Proceedings (status conference) held on January 9, 2018, before Judge Thomas W. Thrash, Jr.. Court Reporter/Transcriber Susan C. Baker, Telephone number (404) 215−1558. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/1/2018. Redacted Transcript Deadline set for 2/12/2018. Release of Transcript Restriction set for 4/11/2018. (Attachments: # 1 Notice of Filing of Official Transcript) (fem) (Entered: 01/11/2018) |

| 01/12/2018 | 102 | | CONDITIONAL TRANSFER ORDER CTO−5 from the Judicial Panel on Multidistrict Litigation. (jkl) (Entered: 01/12/2018) |
|---|---|---|---|
| 01/12/2018 | 103 | | ORDER Scheduling Hearing on Applications for Leadership Appointments for 2/9/2018 at 10:00 a.m., Courtroom 2108. Signed by Judge Thomas W. Thrash, Jr on 1/12/2018. Associated Cases: 1:17−md−02800−TWT et al.(ss) (Entered: 01/12/2018) |
| 01/12/2018 | 104 | | NOTICE Of Filing AMENDED CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS LIST OF AFFILIATED COMPANIES by ALL PLAINTIFFS (Worley, David) (Entered: 01/12/2018) |
| 01/12/2018 | 105 | | NOTICE of Appearance by Virginia M. Buchanan on behalf of ANECA Federal Credit Union (jkl) (Entered: 01/16/2018) |
| 01/12/2018 | 106 | | NOTICE of Appearance by Kenneth Paul Kula on behalf of Derek Selders, Clint Thomson, Justin Williams (jkl) (Entered: 01/16/2018) |
| 01/16/2018 | 109 | | NOTICE of Appearance of Steven A. Schwartz by Joseph M. Kuss, Stacy Markowitz (jkl) (Entered: 01/22/2018) |
| 01/16/2018 | 110 | | NOTICE of Appearance by Benjamin F. Johns on behalf of Joseph M. Kuss, Stacy Markowitz (jkl) (Entered: 01/22/2018) |
| 01/16/2018 | 111 | | NOTICE of Appearance of Joseph L. Marchese by Victor Zamora (jkl) (Entered: 01/22/2018) |
| 01/16/2018 | 112 | | NOTICE of Appearance of Joshua D. Arisohn by Victor Zamora (jkl) (Entered: 01/22/2018) |
| 01/16/2018 | 113 | | NOTICE of Appearance of Philip L. Fraietta by Victor Zamora (jkl) (Entered: 01/22/2018) |
| 01/17/2018 | 107 | | **CONDITIONAL TRANSFER ORDER CTO−6 from the Judicial Panel on Multidistrict Litigation.** (jkl) (Entered: 01/22/2018) |
| 01/17/2018 | 108 | | ORDER of United States Judicial Panel on Multidistrict Litigation VACATING 107 CTO−6 as to 1:18−00006 (NDNY) ONLY. (jkl) (Entered: 01/22/2018) |
| 01/23/2018 | | | NOTICE re 86 Status Conference LEADERSHIP APPLICATIONS. In addition to the instructions given to counsel as to the due date of the applications to be filed (2/2/2018), counsel should also PROVIDE HARD COPY to Chambers of Judge Thrash. (ss) (Entered: 01/23/2018) |
| 01/23/2018 | 114 | | NOTICE of Appearance by Rosanne L. Mah on behalf of Malcolm B Feied (Mah, Rosanne) (Entered: 01/23/2018) |
| 01/24/2018 | 115 | | **CONDITIONAL TRANSFER ORDER CTO−7 from the Judicial Panel on Multidistrict Litigation.** (EQACtrk)(jkl) (Entered: 01/24/2018) |
| 01/24/2018 | 116 | | ORDER of United States Judicial Panel on Multidistrict Litigation REINSTATING STAY OF 102 CTO−5 as to Plaintiff CRAVEN RANDALL CASPER. (EQACtrk)(jkl) (Entered: 01/25/2018) |
| 01/25/2018 | 117 | | NOTICE of Appearance of William T. Gibbs on behalf of Karl Gordon Eikost, Jody Meyers, Scott Meyers. Associated Cases: |

| | | |
|---|---|---|
| | | 1:17−md−02800−TWT, 1:17−cv−05275−TWT(EQACtrk)(jkl) (Entered: 01/25/2018) |
| 01/25/2018 | 118 | NOTICE of Appearance by Rosalee B.C. Thomas on behalf of Malcolm B Feied (EQACtrk)(Mah, Rosanne) Modified on 1/26/2018 to correct attorney (jkl). (Entered: 01/25/2018) |
| 01/25/2018 | 122 | NOTICE of Appearance by Ashley Marie Romero on behalf of Michael Irwin Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05360−TWT(EQACtrk)(jkl) (Entered: 01/29/2018) |
| 01/25/2018 | 123 | NOTICE of Appearance by Derek G. Howard on behalf of Michael Irwin Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05360−TWT(EQACtrk)(jkl) (Entered: 01/29/2018) |
| 01/26/2018 | 119 | NOTICE of Appearance by Shelly L. Friedland on behalf of Shervon Flores (EQACtrk)(Friedland, Shelly) (Entered: 01/26/2018) |
| 01/26/2018 | 120 | NOTICE of Appearance of Ted Trief by Shelly L. Friedland on behalf of Shervon Flores, Elio Guzman, Ellen Lamb, Owen Lamb, Jose Perez, Tenku Ruff, George Wolff. (EQACtrk)(Friedland, Shelly) Modified to correct attorney name and add parties on 1/29/2018 (jkl). (Entered: 01/26/2018) |
| 01/26/2018 | 121 | NOTICE of Appearance by Erin Green Comite on behalf of ASI Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Atlantic City Federal Credit Union, Aventa Credit Union, Bank of Louisiana, Bank of Zachary, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Credit Union League Of Connecticut, Credit Union National Association, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Halliburton Employees Federal Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Jonah Bank of Wyoming, League of Southeastern Credit Unions & Affiliates, MD/DC Credit Union Association, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, SELCO Community Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, The First State Bank, UMassFive College Federal Credit Union, Virginia Credit Union League, Wright−Patt Credit Union (EQFItrk), D.L. Evans Bank, Texas First Bank (Comite, Erin) Modified on 1/29/2018 to add plaintiffs (jkl). (Entered: 01/26/2018) |
| 01/26/2018 | 125 | Mail sent to attorney Steven Alan Herman re 23 Order RETURNED. (EQACtrk)(jkl) (Entered: 01/29/2018) |
| 01/29/2018 | 124 | NOTICE of Appearance by Gary S. Graifman on behalf of Elizabeth Chakan, Michael Gottesman, Solomon Hesney, William Thomas McHenry, David |

| | | Pollack (EQACtrk)(Graifman, Gary) (Entered: 01/29/2018) |
|---|---|---|
| 01/29/2018 | 126 | NOTICE of Appearance by Brian LaCien on behalf of Kristine Bobbitt (EQACtrk)( LaCien, Brian) (Entered: 01/29/2018) |
| 01/29/2018 | 127 | NOTICE of Appearance by Joseph P. Guglielmo on behalf of ASI Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Atlantic City Federal Credit Union, Aventa Credit Union, Bank of Louisiana, Bank of Zachary, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Credit Union League Of Connecticut, Credit Union National Association, D.L. Evans Bank, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Halliburton Employees Federal Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Jonah Bank of Wyoming, League of Southeastern Credit Unions & Affiliates, MD/DC Credit Union Association, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, SELCO Community Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, Texas First Bank, The First State Bank, UMassFive College Federal Credit Union, Virginia Credit Union League, Wright−Patt Credit Union, D.L. Evans Bank and Texas First Bank (EQFItrk)(Guglielmo, Joseph) Modified on 1/29/2018 to add plaintiffs (jkl). (Entered: 01/29/2018) |
| 01/30/2018 | 128 | NOTICE of Appearance by Brian LaCien on behalf of Kristine Bobbitt (EQACtrk)( LaCien, Brian) (Entered: 01/30/2018) |
| 01/30/2018 | 129 | NOTICE of Appearance by Gary F. Lynch on behalf of ASI Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Atlantic City Federal Credit Union, Aventa Credit Union, Bank of Louisiana, Bank of Zachary, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Credit Union League Of Connecticut, Credit Union National Association, D.L. Evans Bank, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Halliburton Employees Federal Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Jonah Bank of Wyoming, League of Southeastern Credit Unions & Affiliates, MD/DC Credit Union Association, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, |

| | | |
|---|---|---|
| | | Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, Pennsylvania Credit Union Association, Putnam Bank, Ravalli County Federal Credit Union, SELCO Community Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, Texas First Bank, The First State Bank, UMassFive College Federal Credit Union, University of Louisiana Federal Credit Union, Virginia Credit Union League, Wright−Patt Credit Union (EQFItrk)(Lynch, Gary) (Entered: 01/30/2018) |
| 01/30/2018 | 130 | MOTION to Appoint Lead Counsel *Application for Appointment of Tina Wolfson as Lead Counsel for the Consumer Plaintiff Class* by Timothy Durham, Barbara Trevino. (Attachments: # 1 Exhibit 1 (Tina Wolfson CV))(EQCCtrk)(Wolfson, Tina) (Entered: 01/30/2018) |
| 01/30/2018 | 131 | NOTICE of Appearance of CAREY ALEXANDER on behalf of Atlantic City Federal Credit Union, Elements Financial Federal Credit Union, First Nebraska Credit Union, Putnam Bank, Wright−Patt Credit Union, Association of Vermont Credit Unions, Inc., California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Embark Credit Union, Indiana Credit Union League, League of Southeastern Credit Unions & Affiliates, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nevada Credit Union League, Numark Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, Gerber Federal Credit Union, Illinois Credit Union League, Minnesota Credit Union Network, Nebraska Credit Union League, New York Credit Union Association, Ohio Credit Union League, Oteen VA Federal Credit Union, SELCO Community Credit Union, Virginia Credit Union League, MD/DC Credit Union Association, Sky Federal Credit Union, University of Louisiana Federal Credit Union(individually and on behalf of a class of all similarly situated financial institutions), Bank of Zachary, Independent Community Bankers of America, The First State Bank, ASI Federal Credit Union, First Education Federal Credit Union, Michigan Credit Union League, Durand State Bank, Jonah Bank of Wyoming, Credit Union League Of Connecticut, First Financial Credit Union, Halliburton Employees Federal Credit Union, Seven Seventeen Credit Union, D.L. Evans Bank, Texas First Bank, Army Aviation Center Federal Credit Union, Credit Union National Association, Greater Cincinnati Credit Union, Aventa Credit Union, Bank of Louisiana, First Choice Federal Credit Union (Attachments: # 1 Individual Cases)Associated Cases: 1:17−md−02800−TWT et al.(EQACtrk)(jkl) Modified on 2/2/2018 to terminate notification (cdg). Modified on 2/8/2018 to terminate notification (cdg). (Entered: 01/31/2018) |
| 01/31/2018 | 132 | NOTICE of Appearance of MARGARET B. FERRON on behalf of Atlantic City Federal Credit Union, Elements Financial Federal Credit Union, First Nebraska Credit Union, Putnam Bank, Wright−Patt Credit Union, Association of Vermont Credit Unions, Inc., California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Embark Credit Union, Indiana Credit Union League, League of Southeastern Credit Unions & Affiliates, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nevada Credit Union League, Numark Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, Gerber Federal Credit |

| | | |
|---|---|---|
| | | Union, Illinois Credit Union League, Minnesota Credit Union Network, Nebraska Credit Union League, New York Credit Union Association, Ohio Credit Union League, Oteen VA Federal Credit Union, SELCO Community Credit Union, Virginia Credit Union League, MD/DC Credit Union Association, Sky Federal Credit Union, University of Louisiana Federal Credit Union(individually and on behalf of a class of all similarly situated financial institutions), Bank of Zachary, Independent Community Bankers of America, The First State Bank, ASI Federal Credit Union, First Education Federal Credit Union, Michigan Credit Union League, Durand State Bank, Jonah Bank of Wyoming, Credit Union League Of Connecticut, First Financial Credit Union, Halliburton Employees Federal Credit Union, Seven Seventeen Credit Union, D.L. Evans Bank, Texas First Bank, Army Aviation Center Federal Credit Union, Credit Union National Association, Greater Cincinnati Credit Union, Aventa Credit Union, Bank of Louisiana, First Choice Federal Credit Union (Attachments: # 1 Individual Cases)Associated Cases: 1:17−md−02800−TWT et al.(EQACtrk)(jkl) Modified on 2/2/2018 to terminate notification (cdg). (Entered: 01/31/2018) |
| 01/31/2018 | 133 | NOTICE by Suncoast Credit Union *of Tag−Along Action (MDL)* (EQFItrk)(Snyder, Reginald) (Entered: 01/31/2018) |
| 01/31/2018 | 135 | NOTICE of Appearance by Todd A. Smith on behalf of Kristine Bobbitt Associated Cases: 1:17−md−02800−TWT, 1:18−cv−00142−TWT(EQACtrk)(jkl) Modified on 1/31/2018 − corrected PDF (jkl). (Entered: 01/31/2018) |
| 01/31/2018 | 136 | MOTION Robin Frazer Clark's Application for Appointment to the Plaintiffs' Steering Committee by Jasmine Chenault. (EQACtrk)(Clark, Robin) (Entered: 01/31/2018) |
| 01/31/2018 | | Notification of Docket Correction − PDF corrected re (20 in 1:18−cv−00142−TWT, 135 in 1:17−md−02800−TWT) Notice of Appearance of Todd Smith. Associated Cases: 1:17−md−02800−TWT, 1:18−cv−00142−TWT(EQACtrk)(jkl) (Entered: 01/31/2018) |
| 01/31/2018 | 137 | NOTICE of Appearance of Jennifer L. Joost on behalf of by Kirby Wilkins, Victoria Kealy, Nida Samson. *(Note: Case No. incorrectly listed as 17−3488, and plaintiff Kealy omitted).* Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03448−TWT, 1:17−cv−03972−TWT(EQACtrk)(jkl) (Entered: 01/31/2018) |
| 01/31/2018 | 138 | MOTION to Appoint Counsel *Mark S. Goldman, Esq. and Goldman, Scarlato & Penny, P.C. As A Member Of The Steering Committee for the Consumer Plaintiff Class* by ALL PLAINTIFFS. (EQCCtrk)(Goldman, Mark) (Entered: 01/31/2018) |
| 01/31/2018 | 147 | JOINT APPLICATION OF SHANE F. LANGSTON AND REBECCA M. LANGSTON FOR APPOINTMENT TO STEERING COMMITTEE. (EQACtrk)(jkl) (Entered: 02/02/2018) |
| 01/31/2018 | 148 | NOTICE of Appearance by T. Roe Frazer II on behalf of Jasmine Chenault. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03764−TWT(EQACtrk)(jkl) (Entered: 02/02/2018) |
| 01/31/2018 | 705 | |

| | | |
|---|---|---|
| | | CONDITIONAL TRANSFER ORDER CTO−8 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jdb) (Entered: 04/16/2019) |
| 02/01/2018 | 139 | NOTICE Of Filing CONSUMER, FINANCIAL INSTITUTION AND SMALL BUSINESS PLAINTIFFS AMENDED LIST OF COUNSEL by ALL PLAINTIFFS (Attachments: # 1 Exhibit 1 (Plaintiffs' Amended List of Counsel))(EQACtrk)(Worley, David) (Entered: 02/01/2018) |
| 02/01/2018 | 140 | MOTION to Appoint Counsel *Application for Appointment of Thomas V. Girardi as Lead Counsel for the Consumer Plaintiff Class* by ALL PLAINTIFFS. (EQCCtrk)(Girardi, Thomas) (Entered: 02/01/2018) |
| 02/01/2018 | 141 | MOTION to Appoint Lead Counsel by Lou Marino. (Attachments: # 1 Brief, # 2 Exhibit)(EQCCtrk)(Gregory, Steven) (Entered: 02/01/2018) |
| 02/01/2018 | 142 | NOTICE of Appearance by Nicholas Diamond on behalf of Leigh Dunlap, Lola Hunter, Greg Johns, Yorkman Lowe, Timothy Mack. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05342−TWT(EQACtrk)(jkl) (Entered: 02/01/2018) |
| 02/01/2018 | 143 | Consent MOTION Lift Restrictions on Media by David Horne. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)(EQACtrk)(Herman, John) (Entered: 02/01/2018) |
| 02/01/2018 | 144 | NOTICE of Appearance by Rosemary M. Rivas on behalf of Bob Helton, Maria Schifano, LA' Sohn Smith, Heather Waitman (EQCCtrk)(Rivas, Rosemary) (Entered: 02/01/2018) |
| 02/01/2018 | 145 | MOTION to Appoint Lead Counsel *Troy N. Giatras to Steering Committee for Consumer Plaintiff Class* by Rodd Santomauro. (Attachments: # 1 Exhibit 1 − Curriculum Vitae)(EQCCtrk)(Giatras, Troy) (Entered: 02/01/2018) |
| 02/01/2018 | 149 | NOTICE of Appearance by Melvin B. Hollowell on behalf of Justin Bakko. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05442−TWT(EQACtrk)(jkl) (Entered: 02/02/2018) |
| 02/01/2018 | 199 | AMENDED 147 JOINT APPLICATION OF SHANE F. LANGSTON AND REBECCA M. LANGSTON FOR APPOINTMENT TO STEERING COMMITTEE. (EQACtrk)(jkl) Modified on 2/8/2018 (jkl). (Entered: 02/05/2018) |
| 02/02/2018 | 146 | MOTION to Appoint Lead Counsel *Daniel S. Robinson of Robinson Calcagnie, Inc.* by Grant Avise. (EQACtrk)(Robinson, Daniel) (Entered: 02/02/2018) |
| 02/02/2018 | 150 | NOTICE of Appearance by Orin Kurtz on behalf of Josh Grossberg, Margret Linich, Lisa Olivo, Justin Rothman, Michael Rothman, Ondrea Faillace. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05006−TWT, 1:17−cv−05016−TWT, 1:17−cv−05061−TWT(EQACtrk)(jkl) (Entered: 02/02/2018) |
| 02/02/2018 | 151 | APPLICATION FOR APPOINTMENT OF GARDY & NOTIS, LLP AS A MEMBER OF THE STEERING COMMITTEE FOR THE CONSUMER PLAINTIFF CLASS. (EQACtrk)(jkl) (Entered: 02/02/2018) |
| 02/02/2018 | 152 | |

| | | | |
|---|---|---|---|
| | | | MOTION to Appoint Counsel *W. Pitts Carr as Liaison Counsel* with Brief In Support by Marc LaGasse, Andrea E. Petrungaro. (EQCCtrk)(Carr, W.) (Entered: 02/02/2018) |
| 02/02/2018 | 153 | | NOTICE of Appearance by Rosemary M. Rivas on behalf of Bob Helton, Maria Schifano, LA' Sohn Smith, Heather Waitman (EQCCtrk)(Rivas, Rosemary) (Entered: 02/02/2018) |
| 02/02/2018 | 154 | | MOTION to Appoint Counsel *Joint Application of Stephen G. Lowry for Leadership Position or Plaintiffs' Steering Committee and of Miles N. Clark for Plaintiffs' Steering Committee* with Brief In Support by Charles Pavesi, Jr, Paul Turok. (Attachments: # 1 Exhibit List of Cases, # 2 Exhibit List of Endorsements, # 3 Exhibit Stephen G. Lowry Biography, # 4 Exhibit Miles N. Clark Biography, # 5 Exhibit About DannLaw, # 6 Exhibit About Zimmerman Law)(EQCCtrk)(McNeeley, Madeline) (Entered: 02/02/2018) |
| 02/02/2018 | 155 | | Joint MOTION to Appoint Lead Counsel *, Liaison Counsel, and Steering Committee* by Marc LaGasse, Andrea E. Petrungaro. (Attachments: # 1 Appendix)(EQCCtrk)(Susman, Stephen) (Entered: 02/02/2018) |
| 02/02/2018 | 156 | | MOTION to Appoint Counsel *OF ROSALEE B.C. THOMAS AND FINKELSTEIN THOMPSON LLP FOR APPOINTMENT TO PLAINTIFFS STEERING COMMITTEE* by Malcolm B Feied. (Attachments: # 1 Exhibit A)(EQCCtrk)(Mah, Rosanne) (Entered: 02/02/2018) |
| 02/02/2018 | 157 | | MOTION to Appoint Counsel *Steven F. Molo to Consumer Plaintiffs' Steering Committee* by Marc LaGasse, Andrea E. Petrungaro. (Attachments: # 1 Appendix to Application of Steven F. Molo)(EQCCtrk)(Molo, Steven) (Entered: 02/02/2018) |
| 02/02/2018 | 158 | | CERTIFICATE OF SERVICE filed by Malcolm B Feied *re: APPLICATION OF ROSALEE B.C. THOMAS AND FINKELSTEIN THOMPSON LLP FOR APPOINTMENT TO PLAINTIFFS STEERING COMMITTEE* (EQCCtrk)(Mah, Rosanne) (Entered: 02/02/2018) |
| 02/02/2018 | 159 | | MOTION to Appoint Lead Counsel *Sherrie Savett* with Brief In Support by Joseph Clark, Meghan Clark, Ruth Reyes. (EQCCtrk)(Savett, Sherrie) (Entered: 02/02/2018) |
| 02/02/2018 | 160 | | ORDER ALLOWING AUDIO/VISUAL OR OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/9/2018 for hearing at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 2/2/2018. (Attachments: # 1 Exhibit Alpha List of Counsel)(EQACtrk)(ss) (Entered: 02/02/2018) |
| 02/02/2018 | 161 | | MOTION to Appoint Lead Counsel *Roxanne B. Conlin* by Marilyn Dorsey, Nicole Grafton, Michael Nehring, York Taenzer. (Attachments: # 1 Errata C.V. of Roxanne Barton Conlin)(EQCCtrk)(Conlin, Roxanne) (Entered: 02/02/2018) |
| 02/02/2018 | 162 | | MOTION to Appoint Lead Counsel *William H. Murphy, III* with Brief In Support by Joseph Gallant, Jr. (Attachments: # 1 Exhibit List, # 2 Exhibit 1 − Declaration of William H. Murphy, III, # 3 Exhibit 2 − CV of William H. Murphy, III, # 4 Exhibit 3 − Murphy, Falcon and Murphy Firm Bio, # 5 Exhibit 4 − AAJ Resolution Diversity in Trial Court Appointments, # 6 Exhibit 5 − Attorneys Endorsing Stephen G. Lowry)(EQCCtrk)(Murphy, |

| | | William) Text modified on 2/2/2018 (jkl). (Entered: 02/02/2018) |
|---|---|---|
| 02/02/2018 | 163 | MOTION to Appoint Lead Counsel *Jason R. Doss, Counsel for Small Business Plaintiffs, As Co−Lead Counsel for Consumer Plaintiff Class* with Brief In Support by Richard Alexander, Akbar Ali, Poonam Ali, Dawn Lea Chalmers, Michael Chase, Chaselight, LLC, Coastal Communications, LLC, Rahul Faruqi, Forest Express Properties, LLC, Jelli Donuts, LLC, Jus Rev, LLC, Kademi, LLC, Angela M. Krout, Teresa Sue Martin, William Marvin Martin, Jr, Martin's Auto Repair, Mojo Mama's LLC, Jeff Newkirk, Justin O'Dell, O'Dell & O'Neal, P.C., O'Dell Properties, LLC, One Cent Lane, LLC, Oshik Perez, Pierce N Tell of Sarasota, LLC, Rafco, LLC, Reevney St. Luc, Superior Services Investment Group, LLC, The Mello Group, Inc., Chris Williams, Bridgette Young, Young's Distributing Co., Inc.. (Attachments: # 1 Affidavit)(EQCCtrk)(Doss, Jason) (Entered: 02/02/2018) |
| 02/02/2018 | 164 | NOTICE of Appearance by Jodi Westbrook Flowers on behalf of John Kennedy Bailey, Karen Bergquist, John L. Brisini, Jr, Donald A. Cordell, Andrew Crow, Jeffrey Warren Dixon, Carrie L. Entsminger, Johnathan C. Entsminger, Richard Gainey, Valerie Gainey, Sarah L. Hardy, Aloha Kier, Jackie L. Kier, Jon M. Lewis, Antonietta McCann, Hollie Moore, Kerri Murphy, Larry Newcomer, Kevin O'Brien, Sarah O'Brien, Stephanie Patrick, Lorraine Plante, Stephen Plante, Anna Rice−Wright, Deborah Rivas, Randall K. Roshto, Patricia Samuelson, Andrea Shafran, Barbara A. Shafran, Stephen M. Shafran, Jr, Lauren Hoffman Taylor, Ryan Treat, James R. Wright (EQCCtrk)(Flowers, Jodi) (Entered: 02/02/2018) |
| 02/02/2018 | 165 | MOTION to Appoint Lead Counsel *of Consumer Plaintiffs Steering Committee and Co−Liaison Counsel* by Andrew Crow, Jeffrey Warren Dixon, Christian Duke, Andrea Friedman, David Horne, Greg Johns, Dori M. Mashburn, Kerri Murphy, Nida Samson, Mario Vice, Kirby Wilkins, Marc Zweig. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Ex. E, # 6 Exhibit Ex. F, # 7 Exhibit Ex. G, # 8 Exhibit Ex. H, # 9 Exhibit Ex. I)(EQACtrk)(Herman, John) (Entered: 02/02/2018) |
| 02/02/2018 | 166 | MOTION to Appoint Lead Counsel − *Application of Vincent J. Esades for Consumer Plaintiffs Lead Counsel or Alternatively, Consumer Plaintiffs Steering Committee* by Keri Bakken, Gustavo Carlo Sanchez, Christopher Ware. (Attachments: # 1 Exhibit A Resume)(EQCCtrk)(Esades, Vincent) (Entered: 02/02/2018) |
| 02/02/2018 | 167 | MOTION Application for Appointment of Buether Joe & Carpenter, LLC to Steering Committee by Derek Selders, Clint Thomson, Justin Williams. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(EQACtrk)(Joe, Christopher) (Entered: 02/02/2018) |
| 02/02/2018 | 168 | MOTION to Appoint Counsel *Dianne M. Nast to Serve in Leadership for the Consumer Track* with Brief In Support by Barbara Hensley. (Attachments: # 1 Certificate of Service, # 2 Exhibit 1)(EQCCtrk)(Nast, Dianne) (Entered: 02/02/2018) |
| 02/02/2018 | 169 | MOTION to Appoint Lead Counsel *Melvin Hollowell For Consumer Plaintiffs' Steering Committee* by Justin Bakko. (Attachments: # 1 Exhibit A−The Miller Law Firm Resume)(EQCCtrk)(Miller, E.) (Entered: |

| | | |
|---|---|---|
| | | 02/02/2018) |
| 02/02/2018 | 170 | MOTION to Appoint Counsel *Jonathan W. Johnson to Plaintiffs' Steering Committee* by Sabina Bologna. (EQCCtrk)(Johnson, Jonathan) (Entered: 02/02/2018) |
| 02/02/2018 | 171 | MOTION to Appoint Lead Counsel *Application for Appointment of Michael A. Galpern as Lead Counsel for the Consumer Plaintiff Class* with Brief In Support by ALANA M. BRADLEY. (Attachments: # 1 Exhibit Exhibit A)(EQCCtrk)(Galpern, Michael) (Entered: 02/02/2018) |
| 02/02/2018 | 172 | MOTION to Appoint Lead Counsel *Spector, Roseman, & Kodroff PC* with Brief In Support by Anthony Mirarchi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(EQCCtrk)(Killorin, Robert) (Entered: 02/02/2018) |
| 02/02/2018 | 173 | MOTION to Appoint Lead Counsel *Joint Application of David S. Stone and Robert A. Magnanini of Stone & Magnanini LLP for a Lead Counsel or Steering Committee Position* by MARK ISACOFF, ROBERT KOHN, SUSAN KOHN. (Attachments: # 1 Certificate of Service)(EQCCtrk)(STONE, DAVID) (Entered: 02/02/2018) |
| 02/02/2018 | 174 | MOTION to Appoint Counsel *Leslie L. Pescia to the Plaintiffs' Steering Committee* by Jerry Allen. (EQCCtrk)(Brashier, Andrew) (Entered: 02/02/2018) |
| 02/02/2018 | 175 | Withdrawal of Motion 174 MOTION to Appoint Counsel *Leslie L. Pescia to the Plaintiffs' Steering Committee* filed by Jerry Allen filed by Jerry Allen. (EQCCtrk)(Brashier, Andrew) (Entered: 02/02/2018) |
| 02/02/2018 | 176 | MOTION to Appoint Counsel *Application of Richard P. Rouco for Appointment to the Interim Steering Committee for the Consumer Plaintiff Class* by Sanjay Kumar Rajput, Jason Tepfenhart, Nicholas Tepfenhart. (Attachments: # 1 Exhibit Rouco Biography)(EQCCtrk)(Rouco, Richard) (Entered: 02/02/2018) |
| 02/02/2018 | 177 | NOTICE of Appearance by Michael Richard Cashman on behalf of John Benavidez, Veronika Benavidez, Brian A. Cadwallader, Jose Calderon, Mona Coade−Wingate, Marilyn Dorsey, Nicole Grafton, Robert Mobbs, Michael Nehring, Marty Super, York Taenzer, Barbara Westbrook, Cherie Williams (EQCCtrk)(Cashman, Michael) (Entered: 02/02/2018) |
| 02/02/2018 | 178 | MOTION to Appoint Counsel *Gary S. Graifman to Consumer Plaintiffs' Steering Committee* with Brief In Support by Elizabeth Chakan, Michael Gottesman, Solomon Hesney, William Thomas McHenry, David Pollack, Alison Suzanne Tracy. (Attachments: # 1 Exhibit A − Firm Bio)(EQACtrk)(Graifman, Gary) (Entered: 02/02/2018) |
| 02/02/2018 | 179 | NOTICE of Appearance by Jamisen Etzel on behalf of ASI Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Atlantic City Federal Credit Union, Aventa Credit Union, Bank of Louisiana, Bank of Zachary, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Credit Union League Of Connecticut, Credit Union National Association, D.L. Evans Bank, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education |

| | | |
|---|---|---|
| | | Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Halliburton Employees Federal Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Jonah Bank of Wyoming, League of Southeastern Credit Unions & Affiliates, MD/DC Credit Union Association, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, Pennsylvania Credit Union Association, Putnam Bank, Ravalli County Federal Credit Union, SELCO Community Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, Texas First Bank, The First State Bank, UMassFive College Federal Credit Union, University of Louisiana Federal Credit Union, Virginia Credit Union League, Wright−Patt Credit Union (EQFItrk)(Etzel, Jamisen) (Entered: 02/02/2018) |
| 02/02/2018 | 180 | NOTICE of Appearance by Michael Richard Cashman on behalf of Cherie Williams (EQCCtrk)(Cashman, Michael) (Entered: 02/02/2018) |
| 02/02/2018 | 181 | MOTION to Appoint Counsel *to the Consumer Plaintiffs' Steering Committee* by Marty Super, York Taenzer, Barbara Westbrook, Cherie Williams. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(EQCCtrk)(Cashman, Michael) (Entered: 02/02/2018) |
| 02/02/2018 | 182 | MOTION to Appoint Counsel *Benjamin L. Bailey of Bailey & Glasser LLP, to Plaintiffs' Steering Committee for the Consumer Plaintiff Class* with Brief In Support by Philip Cole. (Attachments: # 1 Exhibit 1)(EQCCtrk)(Roddy, John) (Entered: 02/02/2018) |
| 02/02/2018 | 183 | Amended MOTION to Amend 172 MOTION to Appoint Lead Counsel *Spector, Roseman, & Kodroff PC with inadvertently omitted Certificate of Service*, MOTION to Appoint Counsel with Brief In Support by Anthony Mirarchi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(EQCCtrk)(Killorin, Robert) (Entered: 02/02/2018) |
| 02/02/2018 | 184 | MOTION to Appoint Counsel *Plaintiffs' Steering Committee* with Brief In Support by Candice Bethea. (Attachments: # 1 Exhibit)(EQCCtrk)(Bennett, Leonard) (Entered: 02/02/2018) |
| 02/02/2018 | 185 | MOTION to Appoint Lead Counsel by Marius Andreica, Derek Baumgardner, Jamie Benson, Russ Benson, Tim Borland, Chris Brown, Val Chekmazov, Peter Cooke, Michael Erickson, Emily Green, Walter Hinck, Kathleen Holly, Joshua Iron Wing, Gary Jaetzold, Patricia A. Koller, Margaret McCable, Daniel E. Oberst, James Peacock, Richard Poligan, Chad Roofener, Corree Roofener, Elisabeta Szekely, Kellie Williams, Michael Jay Williams. (Attachments: # 1 Exhibit A (Worley Resume), # 2 Exhibit B (Barnow Resume), # 3 Exhibit C (Blood Resume), # 4 Exhibit D (Bain Resume), # 5 Exhibit E (Executive Committee Resumes), # 6 Exhibit F (Supporting Counsel), # 7 Text of Proposed Order)(EQCCtrk)(Worley, David) (Entered: 02/02/2018) |

| 02/02/2018 | 186 | | MOTION to Appoint Counsel *Of Branstetter, Stranch, and Jennings PLLC to Plaintiffs' Steering Committee for Consumer Actions* by Brian Cox, Jessica Cox. (Attachments: # 1 Exhibit Firm Resume of Branstetter, Stranch, and Jennings)(EQCCtrk)(Stranch, James) (Entered: 02/02/2018) |
|---|---|---|---|
| 02/02/2018 | 187 | | MOTION to Appoint Lead Counsel with Brief In Support by Jerry Allen, Dean Armstrong, Eric Barber, Patricia Baxter, Jaclyn Belland, Douglas Benz, Michael Bishop, Darlene Brown, Kody Campbell, Bridget Craney, Linda DeVore, Trevor Dorsey, Eileen Doten, Nancy Dublin, Abby Elliott, Kayla Ferrel, Terry Ford, Jasmine Guess, Vanuel Harris, Zacariah Hildenbrand, Robert Hunt, Tammy Jett, Joseph Creed Kelly, Manuel Lucero, Kathleen Lyons, Tanya Mack, Darin Marion, Christina Martell, Carlos Martinho, Craig Maxwell, Mary Hexter Moneypenny, Gerald Muhammad, Glenntavius Nolan, Wayne Norris, Kyle Olson, Mel Orchard, III, Bruce Pascal, Mercedes Pillette, Alexandra Santana, Miche' Sharpe, Andrew Sheppe, Amie Smith, Mike Spicer, Mildred Sutton, Katherine Timmons, Lisa Tyree, Nicole Walker, Carolyn White, David White, Robert Wickens, Jennifer Wise, Kyoko Yamamoto. (Attachments: # 1 Exhibit 1: Structure of Barnes Canfield Group, # 2 Exhibit 2: Data Breach and Internet Privacy Experience, # 3 Exhibit 3: Canfield Resume, # 4 Exhibit 4: DLC Keller Levitt Resume, # 5 Exhibit 5: Siegel Resume, # 6 Exhibit 6: Barnes Resume, # 7 Exhibit 7: Friedman Resume, # 8 Exhibit 8: Gibbs Resume, # 9 Exhibit 9: Pizzirusso Resume, # 10 Exhibit 10: Tadler Resume, # 11 Exhibit 11: Yanchunis Resume, # 12 Exhibit 12: Strong Resume, # 13 Text of Proposed Order Appointing Leadership for Consumer Cases)(EQCCtrk)(Barnes, Roy) (Entered: 02/02/2018) |
| 02/02/2018 | 188 | | MOTION to Appoint Counsel *of Scott Cole & Associates to Plaintiff's Steering Committee* with Brief In Support by Andrew Galpern. (Attachments: # 1 Exhibit)(EQCCtrk)(Cole, Scott) (Entered: 02/02/2018) |
| 02/02/2018 | 189 | | MOTION Application of the CUNA/ICBA Group to Serve As Co−Lead Counsel, Co−Liaison Counsel, and Plaintiffs Steering Committee for the Financial Institution Plaintiffs by ASI Federal Credit Union, Alcoa Community Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Atlantic City Federal Credit Union, Aventa Credit Union, Bank of Louisiana, Bank of Ripley, Bank of Zachary, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Credit Union League Of Connecticut, Credit Union National Association, D.L. Evans Bank, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Halliburton Employees Federal Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Jonah Bank of Wyoming, League of Southeastern Credit Unions & Affiliates, MD/DC Credit Union Association, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, |

| | | |
|---|---|---|
| | | Pennsylvania Credit Union Association, Putnam Bank, Ravalli County Federal Credit Union, SELCO Community Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, State Employees Federal Credit Union, Summit Credit Union, Suncoast Credit Union, Texas First Bank, The First State Bank, UMassFive College Federal Credit Union, Virginia Credit Union League, Washington Gas Light Federal Credit Union, Wisconsin Credit Union League, Wright−Patt Credit Union. (Attachments: # 1 Affidavit Declaration of Joseph P. Guglielmo in Support of the CUNA/ICBA Groups Leadership Application, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(EQFItrk)(Gillen, Craig) (Entered: 02/02/2018) |
| 02/02/2018 | 190 | MOTION to Appoint Lead Counsel *Application of Jeremiah Frei−Pearson for Consumer Plaintiffs Lead Counsel or Alternatively, Consumer Plaintiffs Steering Committee* with Brief In Support by LaShawn Brown, Dallas Perkins, Jeffrey Pryor, Kenneth Yoeckel. (Attachments: # 1 Exhibit A − FBFG Firm Resume)(EQCCtrk)(Frei−Pearson, Jeremiah) (Entered: 02/02/2018) |
| 02/02/2018 | 191 | MOTION to Appoint Lead Counsel *Application of the Atlanta Group for Co−Lead Counsel, Plaintiffs' Steering Committee, and Liaison Counsel for the Financial Institution Plaintiffs* with Brief In Support by ANECA Federal Credit Union, Alabama Teachers Credit Union, First Castle Federal Credit Union, Fort McClellan Credit Union, Gulf Winds Federal Credit Union, South Florida Federal Credit Union, Southwest Louisiana Credit Union, University of Louisiana Federal Credit Union. (Attachments: # 1 Exhibit A − Declaration of Michael L. McGlamry, # 2 Exhibit B − Conley Griggs Partin LLP Firm Resume for Co−Lead Counsel, # 3 Exhibit C − Liaison Counsel − Sutton Connelly, # 4 Exhibit D − Pittman Dutton & Hellums Firm Resume, # 5 Exhibit E − Declaration of LeeAnn Jones, # 6 Exhibit F − Cory Watson P.C. − Firm Profile, # 7 Exhibit G − Robert Kaplan, # 8 Exhibit H − Declaration of Craig E. Bertschi, # 9 Exhibit I − Cooper Kirk firm resume)(EQFItrk)(McGlamry, Michael) (Entered: 02/02/2018) |
| 02/02/2018 | 192 | MOTION to Appoint Counsel *Steering Committee* with Brief In Support by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(EQCCtrk)(Hemphill, Craig) (Entered: 02/02/2018) |
| 02/02/2018 | 193 | APPLICATION OF ROSEMARY M. RIVAS AND JUDITH H. GERMANO FOR APPOINTMENT AS PLAINTIFFS CO−LEAD COUNSEL, OR IN THE ALTERNATIVE, TO THE PLAINTIFFS STEERING COMMITTEE with Brief In Support by Bob Helton, Maria Schifano, LA' Sohn Smith, Heather Waitman. (Attachments: # 1 Exhibit A − Levi & Korsinsky, LLP's Firm Resume, # 2 Exhibit B − GermanoLaw LLC 's Firm Resume)(EQCCtrk)(Rivas, Rosemary) Modified on 2/5/2018 (jkl). (Entered: 02/02/2018) |
| 02/02/2018 | 194 | First MOTION to Appoint Counsel *CORBOY & DEMETRIO, P.C.* with Brief In Support by Karl Gordon Eikost, Jody Meyers, Scott Meyers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(EQCCtrk)(Lumb, Kenneth) (Entered: 02/02/2018) |
| 02/02/2018 | 195 | |

| | | |
|---|---|---|
| | | MOTION TO APPOINT Robert C. Schubert of Schubert Jonckheer & Kolbe LLP to Plaintiffs' Steering Committee for the Consumer Actions with Brief In Support by Asha Goldweber. (EQCCtrk)(Schubert, Robert) Modified on 2/5/2018 (jkl). (Entered: 02/02/2018) |
| 02/02/2018 | 196 | NOTICE of Appearance by Julie Braman Kane on behalf of Jennifer Tweeddale. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05369−TWT(EQACtrk)(jkl) (Entered: 02/05/2018) |
| 02/02/2018 | 197 | NOTICE of Appearance by John Barrett on behalf of Philip Cole. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05015−TWT(EQACtrk)(jkl) (Entered: 02/05/2018) |
| 02/02/2018 | 198 | NOTICE of Appearance by Benjamin Bailey on behalf of Philip Cole. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05015−TWT(EQACtrk)(jkl) (Entered: 02/05/2018) |
| 02/02/2018 | 200 | **DUPLICATE ENTRY, DOCKETED IN ERROR − SEE 145** APPLICATION FOR APPOINTMENT OF TROY N. GIATRAS TO THE STEERING COMMITTEE FOR THE CONSUMER PLAINTIFF CLASS. (EQCCtrk)(jkl) Modified on 2/8/2018 (jkl). (Entered: 02/05/2018) |
| 02/02/2018 | 201 | **DUPLICATE − see 156 APPLICATION OF ROSALEE B.C. THOMAS AND FINKELSTEIN THOMPSON LLP FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE. (EQACtrk)(jkl) Modified on 2/8/2018 (jkl). (Entered: 02/05/2018)** |
| 02/02/2018 | 202 | APPLICATION OF JULIE BRAMAN KANE FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE−CONSUMER TRACK. (EQCCtrk)(jkl) (Entered: 02/05/2018) |
| 02/05/2018 | 203 | MEMORANDUM OF LAW IN SUPPORT OF BURSOR & FISHER, P.A.'S APPLICATION FOR A POSITION ON THE STEERING COMMITTEE FOR THE CONSUMER TRACK. (EQCCtrk)(jkl) (Entered: 02/05/2018) |
| 02/05/2018 | 204 | NOTICE of Appearance by Natasha N. Serino on behalf of Nathan Turner (EQCCtrk)(Serino, Natasha) (Entered: 02/05/2018) |
| 02/05/2018 | 205 | Unopposed Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by Justin Bakko. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Almonrode, Sharon) (Entered: 02/05/2018) |
| 02/05/2018 | 206 | NOTICE of Appearance of Kevin W. Tucker on behalf of Atlantic City Federal Credit Union, Elements Financial Federal Credit Union, First Nebraska Credit Union, Putnam Bank, Wright−Patt Credit Union, Association of Vermont Credit Unions, Inc., California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Embark Credit Union, Indiana Credit Union League, League of Southeastern Credit Unions & Affiliates, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nevada Credit Union League, Numark Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, Gerber Federal Credit Union, Illinois Credit Union League, Minnesota Credit Union Network, Nebraska Credit Union League, New York Credit Union Association, Ohio Credit Union League, Oteen VA Federal Credit Union, SELCO Community |

| | | |
|---|---|---|
| | | Credit Union, Virginia Credit Union League, MD/DC Credit Union Association, Sky Federal Credit Union, University of Louisiana Federal Credit Union(individually and on behalf of a class of all similarly situated financial institutions), Bank of Zachary, Independent Community Bankers of America, The First State Bank, ASI Federal Credit Union, First Education Federal Credit Union, Michigan Credit Union League, Durand State Bank, Jonah Bank of Wyoming, Credit Union League Of Connecticut, First Financial Credit Union, Halliburton Employees Federal Credit Union, Seven Seventeen Credit Union, D.L. Evans Bank, Texas First Bank, Army Aviation Center Federal Credit Union, Credit Union National Association, Greater Cincinnati Credit Union, Aventa Credit Union, Bank of Louisiana, First Choice Federal Credit Union Associated Cases: 1:17−md−02800−TWT et al.(EQFItrk)(jkl) (Entered: 02/06/2018) |
| 02/06/2018 | 207 | NOTICE of Appearance by MaryBeth Vassil Gibson on behalf of Cooperative Credit Union Association, Inc., Heartland Credit Union Association (EQFItrk)(Gibson, MaryBeth) (Entered: 02/06/2018) |
| 02/06/2018 | 208 | NOTICE of Appearance of Nicole Jo Moss on behalf of South Florida Federal Credit Union. Associated Cases: 1:17−md−02800−TWT, 1:18−cv−00119−TWT(EQFItrk)(jkl) (Entered: 02/06/2018) |
| 02/06/2018 | 209 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by David Batten, Candice Bethea, Kathryn Bledsoe, Marilyn Bledsoe, Matthew Bledsoe, Susan Chandler, Corinne Cooper, Robert Cornett, Donna DeConcini, Lisa Gladwell, Daniel J. Mann, Sharon Morgan, Hayden D Parkhill, Michael Pugh, Morgan Rutherford, David Wood, Christopher Zarpas. (Attachments: # 1 Exhibit Exhibit "A", # 2 Text of Proposed Order, # 3 Exhibit Exhibit "A')(EQCCtrk)(Bennett, Leonard) Modified on 2/7/2018 (jkl). (Entered: 02/06/2018) |
| 02/06/2018 | 210 | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/9/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 2/6/2018. (EQACtrk)(ss) (Entered: 02/06/2018) |
| 02/06/2018 | 211 | ORDER ALLOWING AUDIO/VISUAL OR OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/9/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 2/6/2018. (EQACtrk)(ss) (Entered: 02/06/2018) |
| 02/06/2018 | 212 | NOTICE of Appearance by Jason R. Doss on behalf of Richard Alexander, Akbar Ali, Poonam Ali, Dawn Lea Chalmers, Michael Chase, Chaselight, LLC, Coastal Communications, LLC, Rahul Faruqi, Forest Express Properties, LLC, Jelli Donuts, LLC, Jus Rev, LLC, Kademi, LLC, Angela M. Krout, Teresa Sue Martin, William Marvin Martin, Jr, Martin's Auto Repair, Mojo Mama's LLC, Jeff Newkirk, Justin O'Dell, O'Dell & O'Neal, P.C., O'Dell Properties, LLC, One Cent Lane, LLC, Oshik Perez, Pierce N Tell of Sarasota, LLC, Rafco, LLC, Reevney St. Luc, Superior Services Investment Group, LLC, The Mello Group, Inc., Chris Williams, Bridgette Young, Young's Distributing Co., Inc. (EQACtrk)(Doss, Jason) (Entered: 02/06/2018) |
| 02/06/2018 | 213 | |

| | | |
|---|---|---|
| | | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom *for Small Business Plaintiffs' Counsel* with Brief In Support by Richard Alexander, Akbar Ali, Poonam Ali, Dawn Lea Chalmers, Michael Chase, Chaselight, LLC, Coastal Communications, LLC, Rahul Faruqi, Forest Express Properties, LLC, Jelli Donuts, LLC, Jus Rev, LLC, Kademi, LLC, Angela M. Krout, Teresa Sue Martin, William Marvin Martin, Jr, Martin's Auto Repair, Mojo Mama's LLC, Jeff Newkirk, Justin O'Dell, O'Dell & O'Neal, P.C., O'Dell Properties, LLC, One Cent Lane, LLC, Oshik Perez, Pierce N Tell of Sarasota, LLC, Rafco, LLC, Reevney St. Luc, Superior Services Investment Group, LLC, The Mello Group, Inc., Chris Williams, Bridgette Young, Young's Distributing Co., Inc.. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Doss, Jason) Modified on 2/7/2018 (jkl). (Entered: 02/06/2018) |
| 02/07/2018 | 214 | NOTICE of Appearance by Wesley Martin Mullen on behalf of Jose Atiles, Lauren Solin (EQCCtrk)(Mullen, Wesley) (Entered: 02/07/2018) |
| 02/07/2018 | 215 | NOTICE of Appearance by Christopher Sutton Connelly on behalf of South Florida Federal Credit Union (EQFItrk)(Connelly, Christopher) (Entered: 02/07/2018) |
| 02/07/2018 | 216 | SUPPLEMENT to 163 MOTION to Appoint Lead Counsel *Jason R. Doss, Counsel for Small Business Plaintiffs, As Co−Lead Counsel for Consumer Plaintiff Class* with Brief In Support by Richard Alexander, Akbar Ali, Poonam Ali, Dawn Lea Chalmers, Michael Chase, Chaselight, LLC, Coastal Communications, LLC, Rahul Faruqi, Forest Express Properties, LLC, Jelli Donuts, LLC, Jus Rev, LLC, Kademi, LLC, Angela M. Krout, Teresa Sue Martin, William Marvin Martin, Jr, Martin's Auto Repair, Mojo Mama's LLC, Jeff Newkirk, Justin O'Dell, O'Dell & O'Neal, P.C., O'Dell Properties, LLC, One Cent Lane, LLC, Oshik Perez, Pierce N Tell of Sarasota, LLC, Rafco, LLC, Reevney St. Luc, Superior Services Investment Group, LLC, The Mello Group, Inc., Chris Williams, Bridgette Young, Young's Distributing Co., Inc.. (Attachments: # 1 Exhibit Exhibit 1)(EQCCtrk)(Doss, Jason) Modified on 2/7/2018 to terminate motion per direction of Chambers (jkl). (Entered: 02/07/2018) |
| 02/07/2018 | 217 | NOTICE of Appearance by Rosalee B.C. Thomas on behalf of Malcolm B Feied (EQACtrk)(Thomas, Rosalee) (Entered: 02/07/2018) |
| 02/07/2018 | 220 | NOTICE of Appearance of Sarah N. Westcot on behalf of Victor Zamora. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05062−TWT(EQCCtrk)(jkl) (Entered: 02/08/2018) |
| 02/08/2018 | 218 | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/9/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 2/8/2018. (EQACtrk)(ss) (Entered: 02/08/2018) |
| 02/08/2018 | 219 | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/9/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 2/8/2018. (EQACtrk)(ss) (Entered: 02/08/2018) |
| 02/08/2018 | 221 | ORDER the hearing on Applications for Plaintiffs Leadership Positionsset 10:00 a.m. on February 9, 2018. The Court will hear from counsel in the |

| | | |
|---|---|---|
| | | order in which the applications appear on the public docket. In order for everyone to be heard tomorrow, counsel must be brief. There will be no rebuttals or replies. Signed by Judge Thomas W. Thrash, Jr on 2/8/2018. (EQACtrk)(ss) (Entered: 02/08/2018) |
| 02/08/2018 | 222 | Consent MOTION for Order *to Lift Restrictions on Media* by Jasmine Chenault. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Clark, Robin) (Entered: 02/08/2018) |
| 02/08/2018 | 223 | NOTICE of Appearance by Troy N. Giatras on behalf of BRENDA BIRKETT(Individually and on behalf of all others similarly situated), Debra Lee, Rodd Santomauro (EQACtrk)(Giatras, Troy) (Entered: 02/08/2018) |
| 02/08/2018 | 224 | NOTICE of Appearance by Julie Braman Kane on behalf of Jennifer Tweeddale (EQCCtrk)(Kane, Julie) (Entered: 02/08/2018) |
| 02/08/2018 | 225 | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/9/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 2/8/2018. (EQACtrk)(ss) (Entered: 02/08/2018) |
| 02/08/2018 | 226 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by MARK ISACOFF, ROBERT KOHN, SUSAN KOHN. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(KANTERMAN, JASON) (Entered: 02/08/2018) |
| 02/08/2018 | 228 | NOTICE of Appearance by Shannon F. Nocon on behalf of Nathan Turner. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05241−TWT(EQCCtrk)(jkl) (Entered: 02/09/2018) |
| 02/09/2018 | 227 | CONDITIONAL TRANSFER ORDER CTO−9 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 02/09/2018) |
| 02/09/2018 | 229 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr: Motion Hearing held on 2/9/2018 on all motions/applications for appointment of a leadership position for plaintiffs. The Court heard from all applicants that appeared and will issue a written order as soon as possible. (Court Reporter Susan Baker)(EQACtrk)(ss) (Entered: 02/09/2018) |
| 02/09/2018 | 231 | NOTICE of Appearance by Frederick T. Kuykendall, III on behalf of Jasmine Chenault. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03764−TWT(EQCCtrk)(jkl) (Entered: 02/12/2018) |
| 02/12/2018 | 230 | TRANSCRIPT of the Hearing on Applications for Leadership Positions Proceedings held on February 9, 2018, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Susan C. Baker, Telephone number 404−215−1558. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/5/2018. Redacted Transcript Deadline set for 3/15/2018. Release of Transcript Restriction set for 5/14/2018. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 02/12/2018) |
| 02/12/2018 | 232 | ORDER appointing the following leadership: Consumer Plaintiffs Co−Lead Counsel: Kenneth S. Canfield, Amy E. Keller, Norman E. Siegel; Consumer |

| | | |
|---|---|---|
| | | Plaintiffs' Co−Liaison Counsel: Roy E. Barnes, David J. Worley; Consumer Plaintiffs' Steering Committee: Andrew N. Friedman, Eric H. Gibbs, James Pizzirusso, Ariana Tadler, John A. Yanchunis, William H. Murphy, III, Jason R. Doss; Consumer Plaintiffs' State Court Coordinating Counsel: Rodney K. Strong; Co−Interim Consumer Class Counsel: The Consumer Plaintiffs Co−Lead Counsel and Co−Liaison Counsel are also hereby designated as Co−Interim Consumer Class Counsel pursuant to Rule 23(g) to act on behalf of a putative class before determining whether to certify the action as a class action. Financial Institution Plaintiffs Co−Lead Counsel: Joseph P. Guglielmo, Gary F. Lynch; Financial Institution Plaintiffs' Co−Liaison Counsel: Craig A. Gillen, MaryBeth V. Gibson, Ranse M. Partiiin; Financial Institution Plaintiffs' Steering: Arthur M. Murray, Stacey P. Slaughter, Charles Hale Van Horn, Joseph Henry (Hank) Bates, III, Bryan L. Bleichne, Karen H. Riebel, Karen S. Halbert, Brian G. Gudmondson. Duties of Co−Lead Counsel, Steering Committees, Consumer Plaintiffs' State Court Coordinating Counsel, and Other Responsibilities of all counsel are detailed within the order regarding daily record of their time spent and expenses incurred in connection with this litigation and must report on a monthly basis their expenses and hours worked to Co−Lead and Co−Liaison Counsel. On a quarterly basis, beginning on April 30, 2018, and thereafter on thelast business day of each July, October, January, and April, Co−Lead and Co−Liaison Counsel shall submit to the Court in camera reports reflecting hoursbilled in this matter by all Plaintiffs counsel. Signed by Judge Thomas W. Thrash, Jr on 2/12/2018. (EQACtrk)(ss) (Entered: 02/12/2018) |
| 02/12/2018 | 233 | NOTICE of Appearance by John A. Yanchunis on behalf of James McGonnigal, Brian F. Spector (EQCCtrk)(Yanchunis, John) (Entered: 02/12/2018) |
| 02/12/2018 | 234 | NOTICE of Appearance by Erik Swen Syverson on behalf of Carson Block Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05341−TWT(EQCCtrk)(jkl) (Entered: 02/14/2018) |
| 02/23/2018 | 235 | NOTICE of Hearing: Status Conference with Lead and Liaison counsel set for 4/3/2018 at 10:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. (EQACtrk)(ss) (Entered: 02/23/2018) |
| 03/02/2018 | 236 | NOTICE of Appearance by Mike Miller on behalf of Angela Hamre, Isaac Tadros (EQACtrk)(Miller, Mike) (Entered: 03/02/2018) |
| 03/02/2018 | 237 | NOTICE of Appearance by Todd Michael Miller on behalf of Angela Hamre, Isaac Tadros (EQACtrk)(Miller, Todd) (Entered: 03/02/2018) |
| 03/02/2018 | 238 | Unopposed Motion to Lift Restrictions on Media by Cooperative Credit Union Association, Inc., Heartland Credit Union Association. (Attachments: # 1 Proposed Order)(EQACtrk)(Gibson, MaryBeth) Modified on 3/5/2018 (jkl). (Entered: 03/02/2018) |
| 03/06/2018 | 239 | ORDER ALLOWING AUDIO/VISUAL OR OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 4/3/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr on 3/5/2018. (EQFItrk)(ss) (Entered: 03/06/2018) |
| 03/06/2018 | 240 | |

| | | |
|---|---|---|
| | | **CONDITIONAL TRANSFER ORDER CTO−10 from the Judicial Panel on Multidistrict Litigation.** (EQACtrk)(jkl) (Entered: 03/06/2018) |
| 03/06/2018 | 241 | MOTION to Withdraw Shanon J. Carson as Attorneyby Joseph Clark, Meghan Clark, Ruth Reyes. (EQACtrk)(Carson, Shanon) (Entered: 03/06/2018) |
| 03/07/2018 | 242 | MOTION to Withdraw Sarah L. Rickard as Attorneyby Imtiyaz Dhuka, Abuzar Dhukka, Imtiaz Maredia, Mumtaz Maredia, Kevin Putegnat, Nydia Putegnat. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Rickard, Sarah) (Entered: 03/07/2018) |
| 03/12/2018 | 243 | NOTICE of Appearance by Hal D. Cunningham on behalf of Gerber Federal Credit Union, Illinois Credit Union League, Minnesota Credit Union Network, Nebraska Credit Union League, New York Credit Union Association, Ohio Credit Union League, Oteen VA Federal Credit Union, SELCO Community Credit Union, Virginia Credit Union League, MD/DC Credit Union Association, Sky Federal Credit Union, University of Louisiana Federal Credit Union(individually and on behalf of a class of all similarly situated financial institutions), Cooperative Credit Union Association, Inc., Heartland Credit Union Association, ASI Federal Credit Union, First Education Federal Credit Union, Michigan Credit Union League, SeaComm Federal Credit Union, The Summit Federal Credit Union, Credit Union League Of Connecticut, First Financial Credit Union, Halliburton Employees Federal Credit Union, Seven Seventeen Credit Union, Army Aviation Center Federal Credit Union, Credit Union National Association, Greater Cincinnati Credit Union, Heritage Federal Credit Union, ICUL Service Corporation, Services Credit Union, UMassFive College Federal Credit Union, Atlantic City Federal Credit Union, Elements Financial Federal Credit Union, First Nebraska Credit Union, Putnam Bank, Wright−Patt Credit Union, Association of Vermont Credit Unions, Inc., California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Embark Credit Union, Indiana Credit Union League, League of Southeastern Credit Unions & Affiliates, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nevada Credit Union League, Numark Credit Union, Pennsylvania Credit Union Association, Ravalli County Federal Credit Union, Bank of Zachary, Independent Community Bankers of America, The First State Bank, Durand State Bank, D.L. Evans Bank, Texas First Bank, Jonah Bank of Wyoming, Aventa Credit Union, Bank of Louisiana, First Choice Federal Credit Union Associated Cases: 1:17−md−02800−TWT et al.(EQFItrk)(jkl) (Entered: 03/13/2018) |
| 03/14/2018 | 244 | PROPOSED ORDER [Proposed] Case Management Order No. 3. (Attachments: # 1 Exhibit A)(EQACtrk)(Keller, Amy) (Entered: 03/14/2018) |
| 03/16/2018 | 245 | NOTICE of Voluntary Dismissal filed by Bernadette Beekman, Douglas Diamond, James Freeman−Hargis, Elizabeth Twitchell (EQCCtrk)(Bain, David) (Entered: 03/16/2018) |
| 03/16/2018 | | Clerk's Entry of Dismissal APPROVING (16 in 1:17−cv−03492−TWT) Notice of Voluntary Dismissal, (245 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(i). Bernadette Beekman, Elizabeth Twitchell, James Freeman−Hargis, and Douglas |

| | | |
|---|---|---|
| | | Diamond are terminated as plaintiffs. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03492−TWT(EQCCtrk)(jkl) (Entered: 03/16/2018) |
| 03/19/2018 | 246 | CONDITIONAL TRANSFER ORDER CTO−11 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 03/19/2018) |
| 03/20/2018 | 247 | CONDITIONAL TRANSFER ORDER CTO−12 from the Judicial Panel on Multidistrict Litigation. All counts except the Ninth cause of action in this action, which is the only count that relates to the recent Equifax data breach, are separated and simultaneously remanded to the Eastern District of California. Modified on 4/16/2019 to amend docket text (jdb). (EQACtrk)(jkl) (Entered: 03/20/2018) |
| 03/23/2018 | 248 | CASE MANAGEMENT ORDER No. 3. Signed by Judge Thomas W. Thrash, Jr on 3/20/18. Associated Cases: 1:17−md−02800−TWT et al.(EQACtrk)(ddm) (Entered: 03/23/2018) |
| 03/23/2018 | 249 | STATUS REPORT *Joint Status Report Regarding Preliminary Report and Discovery Plan* by ALL PLAINTIFFS. (EQACtrk)(Keller, Amy) (Entered: 03/23/2018) |
| 03/26/2018 | 250 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(EQACtrk)(Keller, Amy) Modified on 4/3/2018 (ss). See document 255 for corrected Joint Preliminary Report and Discovery Plan. (Entered: 03/26/2018) |
| 03/29/2018 | | Submission of 241 MOTION to Withdraw Shanon J. Carson as Attorney, 242 MOTION to Withdraw Sarah L. Rickard as Attorney to District Judge Thomas W. Thrash. (EQCCtrk)(jkl) (Entered: 03/29/2018) |
| 03/30/2018 | 251 | Consent Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom . (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Worley, David) (Entered: 03/30/2018) |
| 03/30/2018 | 252 | ORDER granting 251 Motion to Bring Audio/Visual/Electronic and other computer Equipment in the Courtroom on 4/3/2018 at 10:00 a.m.. Signed by Judge Thomas W. Thrash, Jr on 3/30/2018. (EQACtrk)(ss) (Entered: 03/30/2018) |
| 03/30/2018 | 253 | PROPOSED ORDER Proposed Case Management Order No. 4 (Discovery Protocol). (EQACtrk)(Keller, Amy) (Entered: 03/30/2018) |
| 03/30/2018 | 254 | STATUS REPORT *Regarding Stipulated Protective Order* by ALL PLAINTIFFS. (EQACtrk)(Keller, Amy) (Entered: 03/30/2018) |
| 04/02/2018 | 255 | Amended JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(EQACtrk)(Keller, Amy) (Entered: 04/02/2018) |
| 04/02/2018 | 256 | ORDER granting 241 Motion to Withdraw as Attorney. Attorney Shanon J. Carson terminated. Signed by Judge Thomas W. Thrash, Jr on 4/2/2018. (EQCCtrk)(jkl) Modified on 4/2/2018 to correct motion link(jkl). (Entered: 04/02/2018) |
| 04/02/2018 | 257 | |

| | | |
|---|---|---|
| | | ORDER granting 242 Motion to Withdraw as Attorney. Attorney Sarah L. Rickard terminated. Signed by Judge Thomas W. Thrash, Jr. on 4/2/2018. (EQCCtrk)(jkl) (Entered: 04/02/2018) |
| 04/02/2018 | | Notification of Docket Correction − Sarah L.Rickard terminated (Andrew Kochanowski continues as counsel) re 257 Order on Motion to Withdraw as Attorney. (EQCCtrk)(jkl) M (Entered: 04/02/2018) |
| 04/02/2018 | 258 | PROPOSED ORDER Stipulated Protective Order. (EQACtrk)(Haskins, Sidney) (Entered: 04/02/2018) |
| 04/03/2018 | 259 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr: Status Conference held on 4/3/2018. Mr. Harrod to file motion regarding limited lifting of PSLRA stay and permission to serve document preservation subpoenas on third parties. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT(Court Reporter Susan Baker)(EQACtrk)(jkl) (Entered: 04/03/2018) |
| 04/04/2018 | 260 | APPROVAL SCHEDULING ORDER: re: 255 Corrected Joint Preliminary Report and Discovery Plan as detailed in the report. Signed by Judge Thomas W. Thrash, Jr on 4/3/2018. (EQACtrk)(ss) (Entered: 04/04/2018) |
| 04/04/2018 | 261 | CASE MANAGEMENT ORDER NO. 4 (Discovery Protocol). Signed by Judge Thomas W. Thrash, Jr on 4/3/2018. (EQACtrk)(ss) (Entered: 04/04/2018) |
| 04/04/2018 | 262 | Stipulated PROTECTIVE ORDER. Signed by Judge Thomas W. Thrash, Jr on 4/3/2018. (EQACtrk)(ss) (Entered: 04/04/2018) |
| 04/04/2018 | 263 | NOTICE of Hearing: Status Conference set for 5/22/2018 at 02:00 PM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT(EQACtrk)(ss) (Entered: 04/04/2018) |
| 04/04/2018 | 264 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Bank of America Corporation* (EQACtrk)(Gibson, MaryBeth) Modified on 4/5/2018 (jkl). (Entered: 04/04/2018) |
| 04/04/2018 | 265 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Bank of America, National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 266 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Capital One Bank (USA), National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 267 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Consumer Protection Bureau* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 268 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Experian Information Solutions* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 269 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Federal trade Commission Southeast Region* (EQACtrk)(Gibson, |

| | | | |
|---|---|---|---|
| | | | MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 270 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Federal Trade Commission* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 271 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to House Committee on Energy and Commerce* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 272 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Innovis Data Solutions, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 273 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to MicroBuilt Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 274 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to MicroBuilt Merchant Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 275 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to PCI Security Standards Council* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 276 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be issued to SailPoint Technologies Holdings, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 277 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to SailPoint Technologies, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 278 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Security Metrics, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 279 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to SecurityScorecard, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 280 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Solutionary, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 281 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to SourceFire, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 282 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to The Apache Software Foundation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 283 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to The U.S. Department of Homeland Security* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |

| 04/04/2018 | 284 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Trans Union, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/04/2018 | 285 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Wells Fargo Bank, National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2018) |
| 04/05/2018 | 286 | | MOTION to Withdraw John C. Herman as Attorneyby Christian Duke. (Attachments: # 1 Text of Proposed Order Proposed Order)(EQACtrk)(Herman, John) (Entered: 04/05/2018) |
| 04/05/2018 | 287 | | CONDITIONAL TRANSFER/REMAND ORDER 4/5/2018 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 04/05/2018) |
| 04/06/2018 | 288 | | TRANSCRIPT of the Status Conference Hearing Proceedings held on April 3, 2018, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Susan C. Baker, Telephone number 404−215−1558. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/27/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/5/2018. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 04/06/2018) |
| 04/06/2018 | 289 | | ORDER GRANTING (286) Motion to Withdraw as Attorney. Attorneys John C. Herman, Stuart A. Davidson and Paul J. Gellar withdrawn as counsel for Christian Duke and Dale Miller. Signed by Judge Thomas W. Thrash, Jr. on 4/6/2018. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03765−TWT(EQCCtrk)(jkl) (Entered: 04/06/2018) |
| 04/09/2018 | 290 | | MOTION to Withdraw John C. Herman, Paul J. Gellar and Stuart A. Davidson as Attorneys by David Horne, et al. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Herman, John) Modified on 4/11/2018 (jkl). (Entered: 04/09/2018) |
| 04/09/2018 | 291 | | NOTICE by Mario Vice *Notice of Dismissal Without Prejudice* (EQCCtrk)(Herman, John) (Entered: 04/09/2018) |
| 04/09/2018 | 292 | | NOTICE by Marc Zweig *Notice of Dismissal Without Prejudice* (EQACtrk)(Herman, John) (Entered: 04/09/2018) |
| 04/10/2018 | 293 | | MOTION to Withdraw Nickolas Hagman as Attorney by Dan Lang, Russell Pantek. (Attachments: # 1 Proposed Order)(EQACtrk)(Hagman, Nickolas) Modified on 10/31/2018 to terminate as motion and treat as a withdrawal (jkl). (Entered: 04/10/2018) |
| 04/11/2018 | | | Clerk's Entry of Dismissal APPROVING 291 NOTICE by Mario Vice Notice of Dismissal Without Prejudice, 292 NOTICE by Marc Zweig Notice of Dismissal Without Prejudice (28 in 1:17−cv−05067−TWT) Notice of Voluntary Dismissal, (19 in 1:17−cv−04250−TWT) Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(i) of individual plaintiffs Mario Vice and Marc Zweig. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−04250−TWT, 1:17−cv−05067−TWT(EQCCtrk)(jkl) (Entered: |

| | | 04/11/2018) |
|---|---|---|
| 04/11/2018 | 294 | ORDER GRANTING 293 Motion to Withdraw as Attorney. Attorney Nickolas Hagman withdrawn as counsel for Plaintiffs Dan Lang and Russell Pantek. Signed by Judge Thomas W. Thrash, Jr. on 4/11/2018. (EQCCtrk)(jkl) (Entered: 04/12/2018) |
| 04/13/2018 | 295 | CONDITIONAL TRANSFER ORDER CTO−14 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 04/13/2018) |
| 04/16/2018 | 296 | ORDER in case 1:17−cv−03713−TWT; GRANTING (290) Motion to Withdraw as Attorney. Attorneys John C. Herman; Stuart A. Davidson and Paul J. Gellar terminated in case 1:17−md−02800−TWT as to defendants John C. Herman, Paul J. Gellar and Stuart A. Davidson Jeannie Baggett, Emily Bosak, Sean Bosak, Diane Brown, Patricia Buhler, Amanda Chap, Marie Chinander, Thurman Bryan Clark, Dawn Evans, Kelly Flood, Randi Freeman, Jennifer Griffin, Robert Harris, William Hill, David Horne, Christopher Hutchinson, Timothy Hutz, David Jungali, Scott Kingsland, Walter Kivlan, William Knudsen, Douglas Laktonen, Cheryl Lawson, Ivy Madsen, Patricia Maggiacomo, Peter Maizitis, Raymond McCartney, Lisa Melegari, Zandra Mendoza, Michael Moore, Donna Mosley, Jerry Nutt, Tanya Palmer, Justin Peltier, Deborah Person, Kenneth Peterson, Georgeanne Roberts, Lea Santello, Scott Sroka, David Steufen, Chris Tinen, Patricia Tuel, Cassey−Jo Wood, Scott Youngstrom, Peter de Jesus. Signed by Judge Thomas W. Thrash, Jr on 4/13/18. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03713−TWT(EQCCtrk)(jkl) (Entered: 04/16/2018) |
| 04/16/2018 | 297 | PROPOSED ORDER Stipulated Protective Order. (EQACtrk)(Haskins, Sidney) (Entered: 04/16/2018) |
| 04/18/2018 | 298 | Stipulated PROTECTIVE ORDER. Signed by Judge Thomas W. Thrash, Jr on 4/17/2018. (EQACtrk)(ss) (Entered: 04/18/2018) |
| 04/18/2018 | 299 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be issued to Aprio, LLP f/k/a Habif Arogeti & Wynne, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 300 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be issued to Cisco Systems, Inc d/b/a Insight* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 301 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be issued to Consumer Data Industry Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 302 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Deloitte Consulting, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 303 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to EntIT, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 304 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Epiq Class Action & Claims Solutions, Inc. d/b/a Epiq Corp Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |

| 04/18/2018 | 305 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Ernst & Young, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
|---|---|---|---|
| 04/18/2018 | 306 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to F5 Networks, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 307 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Fidelity National Card Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 308 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to FireEye, Inc. d/b/a Mandiant* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 309 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to International Business Machines Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 310 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to JPMorgan Chase Bank, National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 311 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to KPMG, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 312 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Kroll Cyber Security, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 313 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Mandiant, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 314 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to McGinn and Company* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 315 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Pricewaterhouse−Coopers Advisory Services, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 316 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to RSA Security, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 317 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to ServiceNow, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 318 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Sitel Operating Corporation f/k/a Logic Operating Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 319 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Stach & Liu, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: |

| | | |
|---|---|---|
| | | 04/18/2018) |
| 04/18/2018 | 320 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to The R Group Public Relations Company, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 321 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Veracode, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/18/2018) |
| 04/18/2018 | 322 | MOTION to Withdraw Steven M. Shepard as Attorneyby Marc LaGasse, Andrea E. Petrungaro. (Attachments: # 1 Exhibit A, # 2 Exhibit B − Proposed Order)(EQACtrk)(Shepard, Steven) (Entered: 04/18/2018) |
| 04/20/2018 | 323 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to American Express Company* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 324 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to AT&T Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 325 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to AT&T Mobility, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 326 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Cello Partnership d/b/a Verizon Wireless* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 327 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Comcast Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 328 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Cyber−Ark Software, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 329 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Cyence, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 330 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Cyence, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 331 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Discover Financial Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 332 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Fair Isaac Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 333 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Fidelity Information Services, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 334 | |

| | | |
|---|---|---|
| | | **DUPLICATE ENTRY** NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Fidelity Information Services, LLC* (EQACtrk)(Gibson, MaryBeth) Modified on 4/23/2018 (jkl). (Entered: 04/20/2018) |
| 04/20/2018 | 335 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Mastercard International Incorporated* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 336 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Mastercard Technologies, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 337 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to MeridianLink, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 338 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Microsoft Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 339 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Rapid7, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 340 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Sprint Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 341 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to T−Mobile USA, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 342 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Verizon Communications, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 343 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Verizon Wireless Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 344 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Visa U.S.A, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 04/20/2018) |
| 04/20/2018 | 345 | NOTICE of Voluntary Dismissal *Notice of Dismissal Without Prejudice* filed by Dan Lang, Russell Pantek (EQCCtrk)(Zimmerman, Thomas) (Entered: 04/20/2018) |
| 04/23/2018 | | Clerk's Entry of Dismissal APPROVING (345 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal Without Prejudice pursuant to Fed.R.Civ.P.41(a)(1)(i) by Plaintiffs Dan Lang and Russell Pantek, ONLY. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05026−TWT(EQCCtrk)(jkl) (Entered: 04/23/2018) |
| 04/23/2018 | 346 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Jack Henry & Associates, Inc.* (EQACtrk)(Gibson, MaryBeth) |

| | | |
|---|---|---|
| | | (Entered: 04/23/2018) |
| 04/23/2018 | 347 | NOTICE of Voluntary Dismissal *Without Prejudice* filed by Leigh Dunlap, Lola Hunter, Greg Johns, Yorkman Lowe, Timothy Mack (EQCCtrk)(Diamand, Nicholas) (Entered: 04/23/2018) |
| 04/24/2018 | | Clerk's Entry of Dismissal APPROVING (347 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal Without Prejudice, (28 in 1:17−cv−05342−TWT) Notice of Voluntary Dismissal Without Prejudice, pursuant to Fed.R.Civ.P.41(a)(1)(i) of Plaintiffs Leigh Dunlap, Lola Hunter, Greg Johns, Yorkman Lowe, Timothy Mack, ONLY. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05342−TWT(EQCCtrk)(jkl) (Entered: 04/24/2018) |
| 04/24/2018 | 348 | CONDITIONAL TRANSFER ORDER CTO−15 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 04/24/2018) |
| 04/24/2018 | 349 | NOTICE of Voluntary Dismissal filed by Lisa C Johnson, Walter Johnson, Jr., Edward Dean McShan, II, Edward Dean McShan, Juliette Ann Wiltz, Anthony Sabastian Pitarra, and Rita Joyce Pitarra (EQCCtrk)(Hemphill, Craig) Modified on 4/24/2018 (jkl). (Entered: 04/24/2018) |
| 04/24/2018 | | Clerk's Entry of Dismissal APPROVING (349 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(i) for Plaintiffs Lisa C Johnson, Walter Johnson, Jr., Edward Dean McShan, II, Edward Dean McShan, Juliette Ann Wiltz, Anthony Sabastian Pitarra, and Rita Joyce Pitarra ONLY. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05020−TWT, 1:17−cv−05444−TWT, 1:17−cv−05494−TWT(EQCCtrk)(jkl) (Entered: 04/24/2018) |
| 04/26/2018 | 350 | MOTION to Remand to State Court *(total 100 Plaintiffs)* by Ashley Abramson, Katiushka Rebeca Acosta−Smith. (EQCCtrk)(Wilens, Jeffrey) (Entered: 04/26/2018) |
| 04/26/2018 | 351 | NOTICE of Voluntary Dismissal filed by John Kennedy Bailey, Andrew Crow, Kevin O'Brien, Sarah O'Brien, Stephanie Patrick, Lorraine Plante, Stephen Plante, Lauren Hoffman Taylor (Attachments: # 1 Certificate of Service)(EQCCtrk)(Flowers, Jodi) (Entered: 04/26/2018) |
| 04/26/2018 | 352 | NOTICE of Voluntary Dismissal filed by Karen Bergquist, John L. Brisini, Jr, Donald A. Cordell, Jeffrey Warren Dixon, Jon M. Lewis, Antonietta McCann, Hollie Moore, Anna Rice−Wright, Deborah Rivas, Randall K. Roshto, Patricia Samuelson, Barbara A. Shafran, Stephen M. Shafran, Jr, Ryan Treat, James R. Wright (Attachments: # 1 Certificate of Service)(EQCCtrk)(Flowers, Jodi) (Entered: 04/26/2018) |
| 04/26/2018 | 353 | NOTICE of Voluntary Dismissal filed by Carrie L. Entsminger, Johnathan C. Entsminger, Richard Gainey, Valerie Gainey, Sarah L. Hardy, Aloha Kier, Jackie L. Kier, Larry Newcomer, Andrea Shafran (Attachments: # 1 Certificate of Service)(EQCCtrk)(Flowers, Jodi) (Entered: 04/26/2018) |
| 04/26/2018 | 354 | NOTICE of Voluntary Dismissal filed by Reesa Ali, Roy Bishop, Ashley Cashon, Nancy Gauger, Jade Haileselassie, Bruce Mattock, Kerri Murphy (Attachments: # 1 Certificate of Service)(EQCCtrk)(Flowers, Jodi) (Entered: 04/26/2018) |

| 04/27/2018 | 355 | | NOTICE of Voluntary Dismissal filed by Joseph M. Kuss, Stacy Markowitz (EQACtrk)(Schwartz, Steven) (Entered: 04/27/2018) |
|---|---|---|---|
| 04/27/2018 | 356 | | ORDER from United States Judicial Panel on Multidistrict Litigation re: ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER for *Morgan v. Equifax Inc., E.D. Virginia, C.A. No. 3:18−00173.* (EQACtrk)(jkl) (Entered: 04/30/2018) |
| 04/30/2018 | 357 | | **REDOCKETED AT 360** RESPONSE re 348 MDL Conditional Transfer Order filed by Valerie D. Morgan. (EQCCtrk)(jkl) (Entered: 05/02/2018) |
| 04/30/2018 | 360 | | **CORRECTED PDF** RESPONSE re 348 MDL Conditional Transfer Order by Valerie D. Morgan. (EQCCtrk)(jkl) (Entered: 05/07/2018) |
| 05/01/2018 | | | Clerk's Entry of Dismissal APPROVING Notice of Voluntary Dismissals (352 in 1:17−md−02800−TWT), (353 in 1:17−md−02800−TWT), (355 in 1:17−md−02800−TWT), (354 in 1:17−md−02800−TWT), (351 in 1:17−md−02800−TWT), pursuant to Fed.R.Civ.P.41(a)(1)(i). Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03436−TWT, 1:17−cv−03809−TWT, 1:17−cv−04159−TWT, 1:17−cv−05040−TWT, 1:17−cv−05340−TWT(EQCCtrk)(jkl) (Entered: 05/01/2018) |
| 05/07/2018 | | | Submission of 322 MOTION to Withdraw Steven M. Shepard as Attorney, to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) (Entered: 05/07/2018) |
| 05/07/2018 | 358 | | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Comcast Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 05/07/2018) |
| 05/07/2018 | 359 | | CONDITIONAL TRANSFER ORDER CTO−16 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 05/07/2018) |
| 05/07/2018 | 361 | | MOTION to Stay Briefing Deadlines or, in the Alternative, for an Extension of Time with Brief In Support by Equifax, Inc. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Haskins, Sidney) . Added MOTION for Extension of Time on 5/8/2018 (jkl). (Entered: 05/07/2018) |
| 05/07/2018 | 362 | | CONSENT ORDER EXTENDING DEADLINE TO FILE STIPULATED PROPOSED ESI PROTOCOL. The Stipulated Proposed ESI Protocol is due by 5/31/2018. Signed by Judge Thomas W. Thrash, Jr. on 5/7/2018. (EQACtrk)(jkl) Modified on 5/8/2018 to correct text (jkl). (Entered: 05/08/2018) |
| 05/08/2018 | 363 | | ORDER GRANTING Michael Irwin's MOTION to Withdraw Ashley Marie Romero as Attorney (24 in 1:17−cv−05360−TWT). Signed by Judge Thomas W. Thrash, Jr. on 5/7/2018. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05360−TWT(EQACtrk)(jkl) (Entered: 05/08/2018) |
| 05/08/2018 | | | Notification of Docket Correction re 361 MOTION to Stay *Briefing Deadlines or, in the Alternative, for an Extension of Time* MOTION for Extension of Time is STILL PENDING. (EQACtrk)(jkl) (Entered: 05/08/2018) |
| 05/08/2018 | 364 | | RESPONSE in Opposition re 361 MOTION to Stay *Briefing Deadlines or, in the Alternative,* MOTION for Extension of Time *(filed by total of 100 plaintiffs)* filed by Ashley Abramson, Katiushka Rebeca Acosta−Smith. |

| | | |
|---|---|---|
| | | (EQCCtrk)(Wilens, Jeffrey) (Entered: 05/08/2018) |
| 05/10/2018 | 365 | MOTION to Withdraw Jodi Westbrook Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski as Attorney by Jennifer Saavedra. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Flowers, Jodi) Text modified on 5/10/2018 to include all attorneys moving to withdraw. (adg). (Entered: 05/10/2018) |
| 05/10/2018 | 366 | MOTION to Withdraw Jodi Westbrook FlowersFlowers, Kevin R. Dean, Breanne Cope, Laura Ray, and Mathew Jasinski as Attorney by John Corona, Elizabeth Dorssom, Christopher P. Dunleavy, Katherine Edwards, Gary Martinez, Steven B. Stein, Victoria Lynn Strutz, Julia A. Williams, Phillip Williams. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Flowers, Jodi) Text modified on 5/10/2018 to include all attorneys moving to withdraw. (adg). (Entered: 05/10/2018) |
| 05/10/2018 | 367 | MOTION to Withdraw Jodi Westbrook Flowers, Kevin R. Dean, Joseph F. Rice, Breanne Cope, Laura Ray, and Mathew Jasinski as Attorney by Dori M. Mashburn. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Flowers, Jodi) Text modified on 5/10/2018 to include all attorneys moving to withdraw. (adg). (Entered: 05/10/2018) |
| 05/10/2018 | 368 | MOTION to Withdraw Jodi Westbrook Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski as Attorney by Tom W. Hannon, Tom W. Hannon. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Flowers, Jodi) Text modified on 5/10/2018 to include all attorneys moving to withdraw. (adg). (Entered: 05/10/2018) |
| 05/10/2018 | | Notification of Docket Correction re 368 MOTION to Withdraw Jodi Westbrook Flowers as Attorney, 366 MOTION to Withdraw Jodi Westbrook Flowers as Attorney, 367 MOTION to Withdraw Jodi Westbrook Flowers as Attorney, 365 MOTION to Withdraw Jodi Westbrook Flowers as Attorney. Text modified on 5/10/2018 to include all attorneys moving to withdraw. (EQCCtrk)(adg) (Entered: 05/10/2018) |
| 05/10/2018 | 369 | NOTICE by Equifax, Inc. of Potential Tag−Along Action (Attachments: # 1 Exhibit A − Damien Flores Complaint)(EQCCtrk)(Haskins, Sidney) (Entered: 05/10/2018) |
| 05/11/2018 | 370 | ORDER granting 366 Motion to Withdraw as Attorney. Attorneys Jodi W. Flowers, Kevin R. Dean, Breanne Cope, Laura Ray, and Mathew Jasinski terminated as counsel for Plaintiffs Steven B. Stein, John Corona, Christopher P.Dunleavy, Victoria Lynn, Strutz, Phillip Williams, Gary Martinez, Julia A. Williams, Katherine Edwards, and Elizabeth Dorssom. Signed by Judge Thomas W. Thrash, Jr. on 5/11/18. (EQCCtrk)(jkl) (Entered: 05/11/2018) |
| 05/11/2018 | 371 | ORDER granting 365 Motion to Withdraw as Attorney. Attorneys Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski terminated as counsel for Jennifer Saavedra. Signed by Judge Thomas W. Thrash, Jr. on 5/11/18. (EQCCtrk)(jkl) (Entered: 05/11/2018) |
| 05/11/2018 | 372 | ORDER granting 367 Motion to Withdraw as Attorney. Attorneys Jodi W. Flowers, Kevin R. Dean, Joseph F. Rice, Breanne Cope, Laura Ray, and Mathew Jasinski terminated as counsel for Dori M. Mashburn. Signed by |

| | | |
|---|---|---|
| | | Judge Thomas W. Thrash, Jr. on 5/11/18. (EQCCtrk)(jkl) (Entered: 05/11/2018) |
| 05/11/2018 | 373 | ORDER GRANTING 368 Motion to Withdraw as Attorney. Attorneys Jodi W. Flowers, Breanne Cope, Laura Ray, and Mathew Jasinski terminated as counsel for Plaintiff Tom W. Hannon. Signed by Judge Thomas W. Thrash, Jr. on 5/11/18. (EQCCtrk)(jkl) (Entered: 05/11/2018) |
| 05/14/2018 | 374 | AMENDED COMPLAINT *Consolidated Consumer Class Action Complaint* against Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.with Jury Demandfiled by ALL PLAINTIFFS.(EQCCtrk)(Siegel, Norman) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 05/14/2018) |
| 05/14/2018 | 375 | AMENDED COMPLAINT *Consolidated Small Business Class Action Complaint* against Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.with Jury Demandfiled by ALL PLAINTIFFS.(EQCCtrk)(Keller, Amy) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 05/14/2018) |
| 05/16/2018 | | Submission of 350 MOTION to Remand to State Court *(total 100 Plaintiffs)*, to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) (Entered: 05/16/2018) |
| 05/18/2018 | 376 | Unopposed Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom *to Lift Restrictions on Media* by ALL PLAINTIFFS. (Attachments: # 1 Proposed Order)(EQACtrk)(Gibson, MaryBeth) (Entered: 05/18/2018) |
| 05/18/2018 | 377 | Unopposed Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Worley, David) (Entered: 05/18/2018) |
| 05/18/2018 | 378 | ORDER granting 376 Motion to Bring Audio/Visual/Electronic & Other Comoputer Equipment in the Courtroom on 5/22/18 at 2:00 p.m.. Signed by Judge Thomas W. Thrash, Jr. on 5/18/2018. (EQACtrk)(ss) (Entered: 05/18/2018) |
| 05/18/2018 | 379 | ORDER granting 377 Motion to Bring Audio/Visual/Electronic & Other Computer Equipment in the Courtroom on 5/22/2018 at 2:00 pm. Signed by Judge Thomas W. Thrash, Jr. on 5/18/2018. (EQACtrk)(ss) (Entered: 05/18/2018) |
| 05/18/2018 | 380 | NOTICE of Appearance of Patrick K. Slyne by Michele Renee Archambault. (EQACtrk)(Klein, Michael) Modified on 5/21/2018 (jkl). (Entered: 05/18/2018) |
| 05/21/2018 | 381 | CONDITIONAL TRANSFER ORDER CTO−17 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 05/21/2018) |
| 05/21/2018 | 382 | ORDER GRANTING (361) Motion to Stay. Equifax's deadlines to respond to the motions to remand filed in Abramson v. Equifax Inc., Case No. |

| | | |
|---|---|---|
| | | 1:18−CV−1466−TWT and Acosta−Smith v. Equifax Inc., Case No. 1:18−CV−1467−TWT, and the motion for attorney's fees filed in Casper v. Equifax Inc., Case No. 1:18−CV−1511−TWT, are stayed until the Court can consider a proposed Case Management Order to uniformly govern the resolution of those and any subsequent similar motions, such proposedCMO to be submitted by the Parties or Equifax by June 6, 2018. Signed by Judge Thomas W. Thrash, Jr. on 5/21/2018. Associated Cases: 1:17−md−02800−TWT, 1:18−cv−01466−TWT, 1:18−cv−01467−TWT(EQCCtrk)(jkl) (Entered: 05/21/2018) |
| 05/21/2018 | 383 | NOTICE of Voluntary Dismissal without prejudice filed by Michael Ribons, Alejandro Salinas (EQCCtrk)(Warshaw, Daniel) (Entered: 05/21/2018) |
| 05/22/2018 | | Clerk's Entry of Dismissal APPROVING (383 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(i). Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05042−TWT(EQCCtrk)(jkl) (Entered: 05/22/2018) |
| 05/22/2018 | 385 | MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* by City Of Chicago. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Starzec, Christie) (Entered: 05/22/2018) |
| 05/22/2018 | | Remark Docket entry re: Certificate of Interested Persons made in error. (EQCCtrk)(ss) (Entered: 05/22/2018) |
| 05/22/2018 | 386 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: Status Conference held on 5/22/2018. Consumer Plaintiffs and Small Business Compliant, filed and the Financial Consumer Plaintiffs expect to file their consolidated amended by 5/30. Next Status Conference will be in mid to late July, date to be determined. (Court Reporter Susan Baker)(EQACtrk)(jkl) (Entered: 05/22/2018) |
| 05/23/2018 | 387 | MOTION to Withdraw John Soumilas as Attorneyby Daniel J. Mann. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(EQCCtrk)(Soumilas, John) (Entered: 05/23/2018) |
| 05/24/2018 | 388 | ORDER granting 387 Motion to Withdraw as Attorney. Attorney John Soumilas terminated. Signed by Judge Thomas W. Thrash, Jr. on 5/24/2018. (EQACtrk)(jkl) (Entered: 05/24/2018) |
| 05/25/2018 | 389 | NOTICE of Voluntary Dismissal *of Patrick Barker* filed by Patrick Barker (Attachments: # 1 Certificate of Service)(EQCCtrk)(Beligan, Jerusalem) (Entered: 05/25/2018) |
| 05/29/2018 | | Clerk's Entry of Dismissal APPROVING (25 in 1:17−cv−05007−TWT) Notice of Voluntary Dismissal, (389 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(i) of Patrick Barker, ONLY. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05007−TWT(EQCCtrk)(jkl) (Entered: 05/29/2018) |
| 05/30/2018 | 390 | AMENDED COMPLAINT *Financial Institution Plaintiffs' Consolidated Amended Complaint* against Equifax Information Services LLC, Equifax, Inc.with Jury Demand filed by ALL PLAINTIFFS, FNCB Bank, Financial Health Federal Credit Union, Firefly Credit Union, Hudson River Community Credit Union, Iowa Credit Union League, Peach State Federal |

| | | |
|---|---|---|
| | | Credit Union, Peoples National Bank, Pinnacle Bancorp, The Bank of New Hampshire, Wisconsin Credit Union League.(EQFItrk)(Guglielmo, Joseph) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 05/30/2018) |
| 05/30/2018 | 391 | PROPOSED SUMMONS filed by ALL PLAINTIFFS *Financial Institution Plaintiffs* (EQFItrk)(Guglielmo, Joseph) (Entered: 05/30/2018) |
| 05/31/2018 | 392 | Electronic Summons Issued as to Equifax Information Services LLC. (EQACtrk)(jkl) (Entered: 05/31/2018) |
| 05/31/2018 | 393 | PROPOSED Case Management Order No. 5. (EQACtrk)(Keller, Amy) (Entered: 05/31/2018) |
| 06/01/2018 | 394 | OBJECTION re 393 Proposed Order *Case Management Order No. 5* by Ashley Abramson, Katiushka Rebeca Acosta−Smith. (EQCCtrk)(Wilens, Jeffrey) (Entered: 06/01/2018) |
| 06/01/2018 | 395 | RESPONSE to Casper Plaintiff's Motion to Compel Answer to Pro Se Complaint (1:18−CV−1511−TWT) re 382 Order on Motion to Stay filed by Equifax, Inc. (EQCCtrk)(Haskins, Sidney) Modified on 6/4/2018 (jkl). (Entered: 06/01/2018) |
| 06/01/2018 | 396 | TRANSCRIPT of the Status Conference Hearing Proceedings held on May 22, 2018, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Susan C. Baker, Telephone number 404−215−1558. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/22/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/30/2018. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 06/01/2018) |
| 06/04/2018 | 397 | CONDITIONAL TRANSFER ORDER CTO−19 from the Judicial Panel on Multidistrict Litigation. Counts 1, 2, 3, 4, 5, 6, 7, 9, and 10 of this action, which do not relate to the Equifax data breach issue in MDL no. 2800, are separated and simultaneously remanded to the Middle District of Florida. Modified on 4/17/2019 to amend docket text (jdb). (EQACtrk)(jkl) (Entered: 06/04/2018) |
| 06/04/2018 | 398 | Joint MOTION for Extension of Time of Briefing Schedule re: 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* by Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Haskins, Sidney) (Entered: 06/04/2018) |
| 06/04/2018 | 399 | NOTICE by Equifax Information Services LLC *of Potential Tag−Along Action* (Attachments: # 1 Exhibit A − Complaint)(EQCCtrk)(Haskins, Sidney) (Entered: 06/04/2018) |
| 06/05/2018 | 400 | OBJECTION and MOTION TO AMEND 393 Proposed CMO Order No. 5 filed by Craig Ward, Mary Warren, Todd Warren, Teri Weatherly. (Attachments: # 1 Certificate of Service)(EQCCtrk)(Smith, Michael) Modified on 6/5/2018 (jkl). (Entered: 06/05/2018) |

| 06/05/2018 | 401 | | SUGGESTION OF REMAND to the United States District Court for the Middle District of North Carolina for pro se action 1:18−CV−1511−TWT, CASPER v. EQUIFAX, INC. Signed by Judge Thomas W. Thrash, Jr. on 5/31/18. (EQACtrk)(jkl) (Entered: 06/05/2018) |
| 06/05/2018 | | | Clerk's Certificate of emailing to the U.S. Judicial Panel on MDL re 401 Order. (EQACtrk)(jkl) (Entered: 06/05/2018) |
| 06/06/2018 | 402 | | ORDER granting 398 Motion for Extension of Time through 6/12/2018 to file response and through 6/29/2018 to file any reply, re 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions*. Signed by Judge Thomas W. Thrash, Jr. on 6/5/2018. (EQACtrk)(ss) (Entered: 06/06/2018) |
| 06/06/2018 | 403 | | Certification of Consent to Substitution of Counsel. James A. Kitces replacing attorney Sam E. Khoroosi. (EQFItrk)(Kitces, James) (Entered: 06/06/2018) |
| 06/06/2018 | 404 | | CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 06/06/2018) |
| 06/06/2018 | 405 | | NOTICE of Hearing: Status Conference set for 7/20/2018 at 11:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr., proposed agenda due 7/19/2018, 3:00 p.m. (see notice for further details). (EQACtrk)(ss) (Entered: 06/06/2018) |
| 06/06/2018 | 406 | | NOTICE of Change of Address for Catherine J. Fleming, counsel for Jodie Pavitt (EQCCtrk)(Fleming, Catherine) (Entered: 06/06/2018) |
| 06/11/2018 | 407 | | CONDITIONAL TRANSFER ORDER CTO−20 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 06/11/2018) |
| 06/11/2018 | 408 | | ORDER denying 400 Motion to Amend Proposed Case Management Order 5.. Signed by Judge Thomas W. Thrash, Jr. on 6/11/18. (EQACtrk)(ss) (Entered: 06/11/2018) |
| 06/11/2018 | 409 | | CASE MANAGEMENT ORDER NO. 5. Signed by Judge Thomas W. Thrash, Jr. on 6/11/18. (EQACtrk)(ss) (Entered: 06/11/2018) |
| 06/12/2018 | 410 | | RESPONSE in Opposition re 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* filed by ALL PLAINTIFFS. (EQACtrk)(Siegel, Norman) (Entered: 06/12/2018) |
| 06/12/2018 | 411 | | RESPONSE re 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* filed by Equifax, Inc.. (Attachments: # 1 Exhibit 1 − Response to Motion to Stay, # 2 Exhibit 2 − Order on Motion to Stay, # 3 Exhibit 3 − Motion to Vacate CTO−1, # 4 Exhibit 4 − Amended Complaint)(EQCCtrk)(Haskins, Sidney) (Entered: 06/12/2018) |
| 06/15/2018 | 412 | | ACKNOWLEDGMENT OF SERVICE Executed filed by ALL PLAINTIFFS. Equifax Information Services LLC served on 6/14/2018. (EQFItrk)(Guglielmo, Joseph) (Entered: 06/15/2018) |
| 06/15/2018 | 413 | | Joint MOTION for Leave to File Excess Pages by Equifax, Inc.. (Attachments: # 1 Text of Proposed Order − Exhibit A)(EQCCtrk)(Haskins, Sidney) (Entered: 06/15/2018) |

| 06/18/2018 | 414 | | ORDER granting 413 Motion for Leave to File Excess Pages. Signed by Judge Thomas W. Thrash, Jr. on 6/18/18. (EQACtrk)(jkl) (Entered: 06/18/2018) |
|---|---|---|---|
| 06/20/2018 | 415 | | NOTICE of Voluntary Dismissal *OF JENNIFER SAAVEDRA AS A NAMED PLAINTIFF* filed by Jennifer Saavedra(individually and on behalf of all others similarly situated) (EQACtrk)(Laufenberg, Cari) (Entered: 06/20/2018) |
| 06/20/2018 | 416 | | NOTICE of Voluntary Dismissal *OF Phillip Williams AS A NAMED PLAINTIFF* filed by John Corona (EQACtrk)(Laufenberg, Cari) Modified on 6/21/2018 to change party name to match PDF (jkl). (Entered: 06/20/2018) |
| 06/20/2018 | 417 | | NOTICE of Voluntary Dismissal *OF ELIZABETH DORSSOM AS A NAMED PLAINTIFF* filed by Elizabeth Dorssom (EQACtrk)(Laufenberg, Cari) (Entered: 06/20/2018) |
| 06/20/2018 | 418 | | NOTICE of Voluntary Dismissal *OF GARY MARTINEZ AS A NAMED PLAINTIFF* filed by Gary Martinez (EQACtrk)(Laufenberg, Cari) (Entered: 06/20/2018) |
| 06/20/2018 | 419 | | NOTICE of Voluntary Dismissal *OF STEVEN STEIN AS A NAMED PLAINTIFF* filed by Steven B. Stein (EQACtrk)(Laufenberg, Cari) (Entered: 06/20/2018) |
| 06/20/2018 | 420 | | NOTICE of Voluntary Dismissal *OF VICTORIA STRUTZ AS A NAMED PLAINTIFF* filed by Victoria Lynn Strutz (EQACtrk)(Laufenberg, Cari) (Entered: 06/20/2018) |
| 06/20/2018 | 421 | | **(DUPLICATE ENTRY)** NOTICE of Voluntary Dismissal *OF PHILLIP WILLIAMS AS A NAMED PLAINTIFF* filed by Phillip Williams (EQACtrk)(Laufenberg, Cari) Modified on 6/21/2018 (jkl). (Entered: 06/20/2018) |
| 06/20/2018 | 422 | | NOTICE of Voluntary Dismissal *OF DORI MASHBURN AS A NAMED PLAINTIFF* filed by Dori M. Mashburn (EQACtrk)(Laufenberg, Cari) (Entered: 06/20/2018) |
| 06/21/2018 | | | NOTE FROM CLERK'S OFFICE re 415 , 416 , 417 , 418 , 419 , 420 , 421 , 422 Notices of Voluntary Dismissal − the Clerk has already entered an entry of dismissal for these plaintiffs (see entry dated 5/1/2018 approving entries 352−355). (EQACtrk)(jkl) (Entered: 06/21/2018) |
| 06/25/2018 | | | Notification of Docket Correction re Clerks Entry of Dismissal − plaintiffs Christopher Dunleavy, Tom W. Hannon, and Katherine Edwards are not terminated; their member cases are still open. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03809−TWT, 1:17−cv−05040−TWT(EQCCtrk)(jkl) (Entered: 06/25/2018) |
| 06/26/2018 | 423 | | REPLY to Response to Motion re 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* filed by City Of Chicago. (EQACtrk)(Starzec, Christie) (Entered: 06/26/2018) |
| 06/26/2018 | | | **TERMINATED** Submission of 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions*, to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) Modified on 6/27/2018 (jkl). (Entered: |

| | | 06/26/2018) |
|---|---|---|
| 06/26/2018 | 424 | CLARIFICATION re 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* filed by City Of Chicago. (EQACtrk)(Starzec, Christie) Text modified on 6/27/2018 (jkl). (Entered: 06/26/2018) |
| 06/27/2018 | 425 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM with Brief In Support by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. (Attachments: # 1 Brief, # 2 Exhibit 1 − Chart Summarizing Purported Injuries Alleged By Plaintiffs, # 3 Exhibit 2 − Chart Summarizing Equifax's Arguments)(EQCCtrk)(Balser, David) Modified on 6/29/2018 to remove repeat text (jkl). (Entered: 06/27/2018) |
| 06/29/2018 | 426 | REPLY to Response to Motion re 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* filed by City Of Chicago. (EQACtrk)(Starzec, Christie) (Entered: 06/29/2018) |
| 07/02/2018 | | Submission of 385 MOTION for Order *Establishing Separate Track for Governmental Enforcement Actions* to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) (Entered: 07/02/2018) |
| 07/06/2018 | 431 | CONDITIONAL TRANSFER ORDER CTO−22 from the Judicial Panel on Multidistrict Litigation. (EQACtrk)(jkl) (Entered: 07/13/2018) |
| 07/11/2018 | 427 | Joint MOTION for Leave to File Excess Pages by Equifax, Inc.. (Attachments: # 1 Exhibit A − Proposed Order)(EQFItrk)(Haskins, Sidney) (Entered: 07/11/2018) |
| 07/11/2018 | 428 | NOTICE Of Filing Equifax's Response to Plaintiff Casper's Motion for Attorneys' Fees and Costs [Casper Dkt. No. 39] by Equifax, Inc. (EQCCtrk)(Haskins, Sidney) (Entered: 07/11/2018) |
| 07/11/2018 | 429 | NOTICE of Voluntary Dismissal *of Grant Avise as Named Plaintiff* filed by Grant Avise (EQACtrk)(Robinson, Daniel) (Entered: 07/11/2018) |
| 07/12/2018 | | Clerk's Entry of Dismissal APPROVING (429 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal of Grant Avise ONLY, without prejudice, pursuant to Fed.R.Civ.P.41(a)(1)(i). Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05022−TWT(EQCCtrk)(jkl) (Entered: 07/12/2018) |
| 07/13/2018 | 430 | Unopposed Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Worley, David) (Entered: 07/13/2018) |
| 07/16/2018 | 432 | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 7/20/2018 at 11:00 a.m. (Financial Institution Track Plaintiffs). Signed by Judge Thomas W. Thrash, Jr. on 7/16/2018. (EQFItrk)(ss) (Entered: 07/16/2018) |
| 07/16/2018 | 433 | ORDER granting 427 Motion for Leave to File Excess Pages. Signed by Judge Thomas W. Thrash, Jr. on 7/16/18. (EQFItrk)(jkl) (Entered: 07/16/2018) |
| 07/16/2018 | 434 | |

| | | |
|---|---|---|
| | | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 7/20/2018 at 11:00 a.m. (Consumer Track Plaintiffs) Signed by Judge Thomas W. Thrash, Jr. on 7/16/2018. (EQCCtrk)(ss) (Entered: 07/16/2018) |
| 07/16/2018 | 435 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 390 Financial Institutions' Consolidated Amended Complaint with Brief In Support by Equifax Information Services LLC, Equifax, Inc. (Attachments: # 1 Brief in Support, # 2 Exhibit 1 − Chart Summarizing Equifax's Arguments)(EQFItrk)(Balser, David) (Entered: 07/16/2018) |
| 07/16/2018 | 436 | ORDER of United States Judicial Panel on Multidistrict Litigation REINSTATING STAY OF 431 CONDITIONAL TRANSFER ORDER as to pro se plaintiff Jesse W. Potente. See 1:18−CV−3327. (EQCCtrk)(jkl) (Entered: 07/17/2018) |
| 07/19/2018 | | NOTICE The Status Conference scheduled for Friday 7/20/2018 at 11:00 a.m. has been cancelled at request of counsel. A date for the next status conference will be determined and notice entered on docket for a date in late August or September. Associated Cases: 1:17−md−02800−TWT et al.(EQACtrk)(ss) (Entered: 07/19/2018) |
| 07/20/2018 | | Steven M. Shepard withdrawn as attorney for Marc LaGasse, Andrea E. Petrungaro re 322 MOTION to Withdraw. Per direction of Chambers. (EQCCtrk)(jkl) (Entered: 07/20/2018) |
| 07/23/2018 | 437 | NOTICE of Appearance of Scott Lesowitz for Carson Block. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05341−TWT(EQCCtrk)(jkl) (Entered: 07/24/2018) |
| 07/23/2018 | 442 | CONDITIONAL TRANSFER ORDER CTO−23 from the Judicial Panel on Multidistrict Litigation. Plaintiff Terrence E Cowherd, Jr. added, member case 1:18−cv−04699−TWT. (EQACtrk)(jkl) (Entered: 08/06/2018) |
| 07/24/2018 | 443 | ORDER of United States Judicial Panel on Multidistrict Litigation REINSTATING STAY OF 442 CTO−23 as to Cowherd v. Equifax, Inc. (SDTX 4:18−02230). (EQACtrk)(jkl) (Entered: 08/06/2018) |
| 07/25/2018 | 438 | Joint MOTION for Leave to File Excess Pages with Brief In Support by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Haskins, Sidney) (Entered: 07/25/2018) |
| 07/26/2018 | 439 | NOTICE of Hearing: Status Conference set for 9/26/2018 at 11:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr., see PDF for additional details & requirements. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(EQACtrk)(ss) (Entered: 07/26/2018) |
| 07/26/2018 | 440 | ORDER granting 438 Motion for Leave to File Excess Pages −re forthcoming motion to dismiss the Consolidated Class Action Complaint For Small Business Claims (see order for specifics ). Signed by Judge Thomas W. Thrash, Jr. on 7/26/2018. (EQCCtrk)(ss) (Entered: 07/26/2018) |
| 07/30/2018 | 441 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 375 Consolidated Small Business Class Action Complaint with Brief In Support |

| | | |
|---|---|---|
| | | by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. (Attachments: # 1 Brief in Support)(EQCCtrk)(Balser, David) Modified on 8/1/2018 (jkl). (Entered: 07/30/2018) |
| 08/07/2018 | 444 | TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation (USDC EDVA, MORGAN v. EQUIFAX INC.). **This case is not linked to 17md2800 as it involves a PRO SE PLAINTIFF. See 1:18−cv−1738 TWT** (EQACtrk)(jkl) (Entered: 08/08/2018) |
| 08/07/2018 | 445 | TRANSFER ORDER WITH SIMULTANEOUS SEPARATION AND REMAND from the Judicial Panel on Multidistrict Litigation (USDC WDLA, IRAHETA v. EQUIFAX INFORMATION SERVICES LLC, ET AL., Civil Action No. 5:17−01363). (EQACtrk)(jkl) (Entered: 08/08/2018) |
| 08/08/2018 | 446 | Joint MOTION for Extension of Time to Extend Briefing Schedule for Defendants' Motion to Dismiss the Financial Institutions' Consolidated Amended Complaint by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Guglielmo, Joseph) (Entered: 08/08/2018) |
| 08/09/2018 | 447 | STIPULATION and PROPOSED ORDER for the Production of Documents and ESI by ALL PLAINTIFFS. (EQACtrk)(Guglielmo, Joseph) Modified on 8/10/2018 (jkl). (Entered: 08/09/2018) |
| 08/09/2018 | 448 | ORDER granting 446 Motion for Extension of Time to Respond to Defendants' Motion to Dismiss the Financial Institutions' Consolidated Amended Complaint. **Plaintiffs' opposition to the motion to dismiss is due by 9/20/2018; Defendants' reply brief is due by 11/1/2018.** Signed by Judge Thomas W. Thrash, Jr. on 8/9/18. (EQFItrk)(jkl) (Entered: 08/09/2018) |
| 08/10/2018 | 449 | Stipulated ORDER regarding Production of Documents and ESI Protocol. Signed by Judge Thomas W. Thrash, Jr. on 8/10/2018. (EQACtrk)(ss) (Entered: 08/10/2018) |
| 08/12/2018 | 450 | NOTICE of Appearance by Scott Lesowitz on behalf of Carson Block (EQCCtrk)(Lesowitz, Scott) (Entered: 08/12/2018) |
| 08/12/2018 | 451 | MOTION for Discovery − *Separate Discovery Track* with Brief In Support by Carson Block. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(EQCCtrk)(Lesowitz, Scott) (Entered: 08/12/2018) |
| 08/13/2018 | 452 | RESPONSE in Opposition re 425 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by ALL PLAINTIFFS. (Attachments: # 1 Appendix A − Scienter, # 2 Appendix B − Consumer Transactions, # 3 Appendix C − Duty to Disclose)(EQCCtrk)(Siegel, Norman) (Entered: 08/13/2018) |
| 08/21/2018 | 453 | CONDITIONAL TRANSFER ORDER CTO−24 from the Judicial Panel on Multidistrict Litigation. Plaintiff Chris Brown added, member case 1:17−cv−03449−TWT. (EQACtrk)(jkl) (Entered: 08/21/2018) |
| 08/21/2018 | 454 | NOTICE of Change of Address for Jon Lambiras and Sherrie Savett, counsel for Joseph Clark, Meghan Clark and Ruth Reyes (EQCCtrk)(Lambiras, Jon) Modified on 8/22/2018 (jkl). (Entered: 08/21/2018) |
| 08/23/2018 | 455 | MOTION to Withdraw Stephen D. Susman as Attorneyby Marc LaGasse, Andrea E. Petrungaro. (Attachments: # 1 Exhibit A, # 2 Exhibit |

| | | |
|---|---|---|
| | | B)(EQACtrk)(Susman, Stephen) (Entered: 08/23/2018) |
| 08/29/2018 | 456 | CONDITIONAL TRANSFER ORDER CTO−25 from the Judicial Panel on Multidistrict Litigation. Added Plaintiffs Fond du Lac Band of Lake Superior Chippewa (1:18−cv−04257−TWT) and St. Croix Chippewa Indians of Wisconsin (1:18−cv−04258−TWT). (EQACtrk)(jkl) (Entered: 08/29/2018) |
| 09/04/2018 | 457 | MOTION to Withdraw Joseph C. Bourne as Attorney by Joseph Henderson, Dawn Appel, Jody and Kevin Burgstahler, Robert Etten, Jennifer Harris and Glenn Jaspers. (Attachments: # 1 Text of Proposed Order) (EQCCtrk)(Bourne, Joseph) Modified on 9/5/2018 to edit docket text (ddm). (Entered: 09/04/2018) |
| 09/06/2018 | 458 | STIPULATION *and Proposed Order Governing Privilege Logs* by ALL PLAINTIFFS. (EQACtrk)(Guglielmo, Joseph) (Entered: 09/06/2018) |
| 09/06/2018 | 459 | MOTION to Remand to State Court with Brief In Support by Craig Ward, Mary Warren, Todd Warren, Teri Weatherly. (Attachments: # 1 Memorandum, # 2 Certificate of Service)(EQCCtrk)(Smith, Michael) (Entered: 09/06/2018) |
| 09/06/2018 | 460 | ORDER GRANTING (457) Motion to Withdraw as Attorney. Attorney Joseph C. Bourne terminated in case 1:17−md−02800−TWT. Signed by Judge Thomas W. Thrash, Jr. on 9/6/2018. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05377−TWT, 1:17−cv−05378−TWT(EQFItrk)(btql) (Entered: 09/06/2018) |
| 09/06/2018 | 461 | NOTICE by Bob Helton, Maria Schifano *re Change of Phone Number by Rosemary M. Rivas* (EQCCtrk)(Rivas, Rosemary) (Entered: 09/06/2018) |
| 09/07/2018 | 462 | Stipulation and ORDER Governing Privilege Logs. Signed by Judge Thomas W. Thrash, Jr. on 9/7/2018. (EQACtrk)(ss) (Entered: 09/07/2018) |
| 09/10/2018 | 463 | STIPULATION of Dismissal *Without Prejudice* by Coastal Communications, LLC, The Mello Group, Inc.. (EQCCtrk)(Keller, Amy) (Entered: 09/10/2018) |
| 09/11/2018 | | Clerk's Entry of Dismissal APPROVING (463 in 1:17−md−02800−TWT) Stipulation of Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(ii) of Coastal Communications, LLC, The Mello Group, Inc. without prejudice, ONLY. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03886−TWT(EQACtrk)(jkl) (Entered: 09/11/2018) |
| 09/12/2018 | | Submission of 455 MOTION to Withdraw Stephen D. Susman as Attorney, 451 MOTION for Discovery − *Separate Discovery Track*, to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) (Entered: 09/12/2018) |
| 09/12/2018 | 464 | REPLY BRIEF re 425 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Consumer Cases)* filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Exhibit 1 − Product Agreement dated May 2, 2017, # 2 Exhibit 2 − First Amended Complaint in McConnell v. Georgia Department of Labor)(EQCCtrk)(Balser, David) (Entered: 09/12/2018) |
| 09/13/2018 | 465 | ORDER granting (455) Motion to Withdraw as Attorney. Attorney Stephen D. Susman terminated in case 1:17−md−02800−TWT and 1:17−cv−03745−TWT for Plaintiffs Marc LaGasse and Andrea Petrungaro. |

| | | |
|---|---|---|
| | | Signed by Judge Thomas W. Thrash, Jr. on 9/13/18. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03745−TWT(EQACtrk)(jkl) (Entered: 09/13/2018) |
| 09/13/2018 | 466 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 9/26/2018 at 11:00 a.m. Signed by Judge Thomas W. Thrash, Jr. on 9/13/2018. (EQFItrk)(ss) (Entered: 09/13/2018) |
| 09/13/2018 | 467 | RESPONSE in Opposition re 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 375 Consolidated Small Business Class Action Complaint filed by ALL PLAINTIFFS. (EQCCtrk)(Siegel, Norman) (Entered: 09/13/2018) |
| 09/18/2018 | 468 | NOTICE of Appearance by Michael J. Laird on behalf of ASI Federal Credit Union, Army Aviation Center Federal Credit Union, Association of Vermont Credit Unions, Inc., Atlantic City Federal Credit Union, Aventa Credit Union, Bank of Louisiana, Bank of Zachary, California Credit Union League, Carolinas Credit Union League, Consumers Cooperative Credit Union, Cooperative Credit Union Association, Inc., Credit Union League Of Connecticut, Credit Union National Association, D.L. Evans Bank, Durand State Bank, Elements Financial Federal Credit Union, Embark Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Gerber Federal Credit Union, Greater Cincinnati Credit Union, Halliburton Employees Federal Credit Union, Heartland Credit Union Association, Heritage Federal Credit Union, ICUL Service Corporation, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Jonah Bank of Wyoming, League of Southeastern Credit Unions & Affiliates, MD/DC Credit Union Association, Michigan Credit Union League, Minnesota Credit Union Network, Mississippi Credit Union League, Montana Credit Union League, Mountain West Credit Union Association, Nebraska Credit Union League, Nevada Credit Union League, New York Credit Union Association, Numark Credit Union, Ohio Credit Union League, Oteen VA Federal Credit Union, Pennsylvania Credit Union Association, Putnam Bank, Ravalli County Federal Credit Union, SELCO Community Credit Union, SeaComm Federal Credit Union, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, Texas First Bank, The First State Bank, The Summit Federal Credit Union, UMassFive College Federal Credit Union, Virginia Credit Union League, Wright−Patt Credit Union (EQFItrk)(Laird, Michael) (Entered: 09/18/2018) |
| 09/18/2018 | 469 | NOTICE of Appearance of Stephen J. Kane by City Of Chicago. Associated Cases: 1:17−md−02800−TWT, 1:18−cv−01470−TWT(EQACtrk)(jkl) (Entered: 09/18/2018) |
| 09/18/2018 | 473 | NOTICE OF OPT−OUT by Paul D. Koksvik. (Attachments: # 1 envelope)(EQACtrk)(jkl) (Entered: 09/25/2018) |
| 09/19/2018 | 470 | ORDER ALLOWING AUDIO/VISUAL 7 OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 9/26/2018 at 11:00 a.m., RE Counsel for Consumer Track Plaintiffs, specifically Amy Keller & Norman Siegel. Signed by Judge Thomas W. Thrash, Jr. on 9/18/2018. (EQACtrk)(ss) (Entered: 09/19/2018) |

| 09/20/2018 | 471 | RESPONSE in Opposition re 435 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 390 Financial Institutions' Consolidated Amended Complaint filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A − Charts Summarizing State Statutory Claims, # 2 Exhibit A−1 − Elements of Unfair Practices Claims, # 3 Exhibit A−2 − Elements of Deceptive Practices Claims, # 4 Exhibit A−3 − Standing for Business Plaintiffs Under State Statutory Claims, # 5 Exhibit A−4 − Damages Under State Statutory Claims, # 6 Exhibit B − Bishop v. Shorter University, Inc.)(EQFItrk)(Guglielmo, Joseph) (Entered: 09/20/2018) |
|---|---|---|
| 09/20/2018 | 472 | Amended Certificate of Interested Persons by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(EQCCtrk)(Keller, Amy) (Entered: 09/20/2018) |
| 09/24/2018 | | Clerks Notation re 472 Amended Certificate of Interested Persons by ALL PLAINTIFFS. OK, per TWT. (EQCCtrk)(ss) (Entered: 09/24/2018) |
| 09/25/2018 | | Submission of 459 MOTION to Remand to State Court to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) (Entered: 09/25/2018) |
| 09/25/2018 | 474 | CONDITIONAL TRANSFER ORDER CTO−27 from the Judicial Panel on Multidistrict Litigation. Plaintiff Nicholas Adam Pflager added, member case 1:18−cv−04472−TWT. (EQACtrk)(jkl) (Entered: 09/25/2018) |
| 09/26/2018 | 475 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: Status Conference held on 9/26/2018. here will be no blanket lifting of the stay of discovery. There may be some limited lifting. Plaintiff should file a motion so that the matter may be briefed. Equifax and individual defendants have 45 days to respond to the Block case motion for separate discovery track. The next status conference will be in mid−November; Ms. Sewell to be in contact re dates. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(Court Reporter Wynette Blathers)(EQACtrk)(jkl) (Entered: 09/26/2018) |
| 09/28/2018 | 476 | TRANSCRIPT of Status Conference held on September 26, 2018, before Judge Thomas W. Thrash, Jr. Court Reporter Wynette C. Blathers, Telephone number (404) 215−1547. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/19/2018. Redacted Transcript Deadline set for 10/29/2018. Release of Transcript Restriction set for 12/27/2018. (Attachments: # 1 Notice of Filing Transcript) (EQACtrk)(wxb) (Entered: 09/28/2018) |
| 10/02/2018 | 477 | Supplemental Letter Regarding 9/26 Status re 385 MOTION for Order Establishing Separate Track for Governmental Enforcement Actions by City Of Chicago (EQACtrk)(Kane, Stephen) Modified on 10/3/2018 (jkl). (Entered: 10/02/2018) |
| 10/02/2018 | 478 | CONDITIONAL TRANSFER ORDER CTO−28 AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS from the Judicial Panel on Multidistrict Litigation RE Pawlowski v. U.S. Dept. of Education, et al. Counts 1, 2, 3, 4, 5, 6, 7, 8, 10 and 11 of this action, which do not relate to the 2017 Equifax data breach, are separated and simultaneously remanded to the Eastern District of Virginia. Modified on 4/17/2019 to amend docket text |

| | | |
|---|---|---|
| | | (jdb). (EQACtrk)(jkl) (Entered: 10/02/2018) |
| 10/02/2018 | | NOTICE of Hearing on Motions. Motion Hearing set for 12/14/2018 at 09:30 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. re: 435 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 390 Financial Institutions' Consolidated Amended Complaint; 425 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Consumer Cases); 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 375 Consolidated Small Business Class Action Complaint. Consumer Plaintiffs allowed one hour, Financial Institutions Plaintiffs allowed one hour and Small Business Plaintiffs allowed 30 minutes for argument. Equifax is allowed a total of 2 and 1/2 hours for argument. The Court will allow monitoring only of the hearing and Mr. Worley is tasked with making those arrangements.(EQACtrk)(ss) (Entered: 10/02/2018) |
| 10/02/2018 | 479 | NOTICE of Hearing: Status Conference set for 11/28/2018 at 10:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr., proposed agenda to be e−mailed to S. Sewell by 11/27/2018, 2:00 p.m. Mr. Worley to provide call center for leadership counsel not appearing in person. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(EQACtrk)(ss) (Entered: 10/02/2018) |
| 10/03/2018 | 480 | NOTICE by Julia Gutierrez, Richard Spicer *Notice of Change of Contact Information* (EQCCtrk)(Gibbs, Eric) (Entered: 10/03/2018) |
| 10/05/2018 | 481 | CONDITIONAL TRANSFER ORDER (doc. 899) from the Judicial Panel on Multidistrict Litigation. Added Janet Kerobyan (Janet Kerobyan), Jesse W. Potente (1:18−cv−03327−TWT), Debra Lee (1:17−cv−05028−TWT), Terrence E Cowherd, Jr. (1:18−cv−04699−TWT). (EQACtrk)(jkl) (Entered: 10/09/2018) |
| 10/05/2018 | 482 | ORDER VACATING CONDITIONAL REMAND ORDER by United States Judicial Panel on Multidistrict Litigation re: CASPER v. EQUIFAX, INC., 1:18−cv−01511−TWT. *Casper* will remain in the NDGA. (EQACtrk)(jkl) (Entered: 10/09/2018) |
| 10/09/2018 | 483 | NOTICE by ALL PLAINTIFFS re 452 Response in Opposition to Motion, 467 Response in Opposition to Motion *Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(EQCCtrk)(Siegel, Norman) (Entered: 10/09/2018) |
| 10/10/2018 | 484 | CONDITIONAL TRANSFER ORDER CTO−29 from the Judicial Panel on Multidistrict Litigation. Plaintiff Irvin E. Caraway, II added, member case 1:18−cv−04753−TWT. (EQACtrk)(jkl) (Entered: 10/11/2018) |
| 10/15/2018 | 485 | REPLY BRIEF re 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 375 Consolidated Small Business Class Action Complaint filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Exhibit 1 − McConnell III First Amended Complaint)(EQCCtrk)(Balser, David) (Entered: 10/15/2018) |
| 10/22/2018 | 486 | RESPONSE re 459 MOTION to Remand to State Court filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Balser, David) (Entered: 10/22/2018) |

| 10/22/2018 | 487 | | RESPONSE in Opposition re 459 MOTION to Remand to State Court filed by ALL PLAINTIFFS. (EQCCtrk)(Siegel, Norman) (Entered: 10/22/2018) |
| --- | --- | --- | --- |
| 10/22/2018 | 488 | | MOTION for Limited Relief From Discovery Stay and MOTION for Entry of Order Relating to Interviews of Exhibit Ex. 2 − Siegel Decl., # 4 Exhibit Ex. 3 − Bursey Decl., # 5 Exhibit Ex. 4 − Walters Decl., # 6 Exhibit Ex. 5 − Provisionally Sealed, # 7 Exhibit Ex. 6 − Provisionally Sealed, # 8 Exhibit Ex. 7 − 08/25/09 Order in Bagwell v. Peachtree Doors(EQACtrk)(Siegel, Norman). Added MOTION for Order on 3/21/2019 (sap). Modified on 3/22/2019 (dgs). (Entered: 10/22/2018) |
| 10/22/2018 | 489 | | PROVISIONALLY SEALED NOTICE Of Filing re 488 MOTION for Relief From Discovery Stay (Attachments: # 1 Ex. 6)(EQACtrk)(Siegel, Norman) (Entered: 10/22/2018) |
| 10/22/2018 | 490 | | MOTION for Leave to File Matters Under Seal re: 489 Notice of Filing by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Siegel, Norman) (Entered: 10/22/2018) |
| 10/22/2018 | 491 | | RESPONSE in Opposition re 350 MOTION to Remand to State Court *(total 100 Plaintiffs)* filed by Equifax, Inc.. (EQCCtrk)(Balser, David) (Entered: 10/22/2018) |
| 10/23/2018 | 492 | | CONDITIONAL TRANSFER ORDER CTO−30 from the Judicial Panel on Multidistrict Litigation. Plaintiff Khanh Nguyen added, member case 1:18−cv−04920−TWT. (EQACtrk)(jkl) (Entered: 10/23/2018) |
| 10/24/2018 | 493 | | NOTICE by Dan Lang, Russell Pantek *of Withdrawal of Thomas A. Zimmerman, Jr. as Counsel for All Parties* (EQACtrk)(Zimmerman, Thomas) (Entered: 10/24/2018) |
| 10/29/2018 | 494 | | MOTION for Extension of Time to File Response re: 488 MOTION for Relief From Discovery Stay by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Haskins, Sidney) (Entered: 10/29/2018) |
| 10/30/2018 | 495 | | RESPONSE re 483 Notice (Other) *Equifax's Response to Consumer and Small Business Plaintiffs' Notice of Supplemental Authority* filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Balser, David) (Entered: 10/30/2018) |
| 11/01/2018 | 496 | | ORDER granting 494 Motion for Extension of Time. Equifax shall have until November 9, 2018 within which to file its response to Plaintiffs' 488 Motion for Limited Relief from Discovery Stay and Entry of Order Relating to Interviews of Defendants' Former Employees. Signed by Judge Thomas W. Thrash, Jr. on 11/1/18. (EQACtrk)(jkl) (Entered: 11/01/2018) |
| 11/01/2018 | 497 | | REPLY BRIEF re 435 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 390 Financial Institutions' Consolidated Amended Complaint filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Exhibit 1 − First Amended Complaint, McConnell v. Ga. Dept of Labor, # 2 Exhibit 2 − Brief of Appellant, McConnell v. Ga. Dept of Labor, # 3 Exhibit 3 − Complaint, Collins v. Athens Orthopedic Clinic)(EQFItrk)(Balser, David) (Entered: 11/01/2018) |
| 11/05/2018 | | | |

| | | Submission of 425 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 435 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 390 Financial Institutions' Consolidated Amended Complaint, 441 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM re 375 Consolidated Small Business Class Action Complaint to District Judge Thomas W. Thrash Jr. (EQACtrk)(jkl) (Entered: 11/05/2018) |
|---|---|---|
| 11/06/2018 | 498 | Certification of Consent to Substitution of Counsel. Alan M. Briskin, David M. Messer, Aaron M. Danzig and Edward A. Marshall for Defendant Susan Mauldin replacing attorney Joseph Wetzel. (EQCCtrk)(Haskins, Sidney) Withdrawing and Appearing Attorneys Corrected on 11/14/2018 (sap). (Entered: 11/06/2018) |
| 11/06/2018 | 499 | Certification of Consent to Substitution of Counsel. Aaron M. Danzig and Edward A. Marshall for Defendant Joe Sanders replacing attorney Joseph Wetzel. (EQCCtrk)(Haskins, Sidney) Withdrawing and Appearing Attorneys Corrected on 11/14/2018 (sap). (Entered: 11/06/2018) |
| 11/07/2018 | 500 | RESPONSE in Support re 350 MOTION to Remand to State Court filed by Ashley Abramson, Katiushka Rebeca Acosta−Smith, and 98 other Plaintiffs *(total 100 Plaintiffs)*. (EQACtrk)(Wilens, Jeffrey) (Entered: 11/07/2018) |
| 11/08/2018 | 501 | Certification of Consent to Substitution of Counsel. Anthony L. Cochran for Defendant Graeme Payne replacing attorney Joseph Wetzel. (EQCCtrk)(Haskins, Sidney) Withdrawing and Appearing Attorneys Corrected on 11/14/2018 (sap). (Entered: 11/08/2018) |
| 11/09/2018 | 502 | NOTICE of Change of Address for John G. Emerson, counsel for Caralyn Tada (EQCCtrk)(Emerson, John) (Entered: 11/09/2018) |
| 11/09/2018 | 503 | RESPONSE re 488 MOTION for Relief From Discovery Stay *and Entry of Order Relating to Interviews of Defendants' Former Employees* filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Exhibit A Proposed Order, # 2 Exhibit B Oct. 30, 2018 Email from Equifax to Plaintiffs, # 3 Exhibit C May 16, 2018 Letter from Plaintiffs to Equifax, # 4 Exhibit D June 6, 2018 Letter from Equifax to Plaintiffs, # 5 Exhibit E July 17−18, 2018 Emails Between Equifax & Plaintiffs, # 6 Exhibit F September 19, 2018 Email from Equifax to Plaintiffs, # 7 Exhibit G Declaration of Phyllis Sumner, # 8 Exhibit H Oct. 18, 2018 Letter from Equifax to Plaintiffs, # 9 Exhibit I Nov. 5, 2018 Email from Plaintiffs to Equifax)(EQACtrk)(Balser, David) (Entered: 11/09/2018) |
| 11/12/2018 | 504 | RESPONSE in Opposition re 451 MOTION for Discovery − *Separate Discovery Track* filed by Susan Mauldin, Joe Sanders. (EQCCtrk)(Marshall, Edward) (Entered: 11/12/2018) |
| 11/12/2018 | 505 | RESPONSE in Opposition re 451 MOTION for Discovery − *Separate Discovery Track* filed by Consumer Plaintiffs. (EQCCtrk)(Siegel, Norman) (Entered: 11/12/2018) |
| 11/13/2018 | 506 | RESPONSE in Opposition re 451 MOTION for Discovery − *Separate Discovery Track* filed by Cliff Barbier, Harold Boutin, Equifax, Inc., Robert Friedrich, Shea Giesler, Mary Hannan, Vidya Sagar Jagadam, Lara Pearson. (EQCCtrk)(Balser, David) (Entered: 11/13/2018) |

| 11/13/2018 | 507 | RESPONSE in Opposition re 451 MOTION for Discovery − *Separate Discovery Track* filed by Richard F. Smith. (EQCCtrk)(Chaiken, David) (Entered: 11/13/2018) |
|---|---|---|
| 11/13/2018 | 510 | NOTICE of Appearance by Steven G. Madison on behalf of Richard F. Smith (sap) (Entered: 11/16/2018) |
| 11/13/2018 | 511 | NOTICE of Appearance by Michael E. Liftik on behalf of Richard F. Smith (sap) (Entered: 11/16/2018) |
| 11/13/2018 | 512 | NOTICE of Appearance by Meghan A. McCaffrey on behalf of Richard F. Smith (sap) (Entered: 11/16/2018) |
| 11/14/2018 | 508 | NOTICE of Appearance by Anthony L. Cochran on behalf of Graeme Payne (EQCCtrk)(Cochran, Anthony) (Entered: 11/14/2018) |
| 11/14/2018 | 509 | MOTION to Adopt Equifax Co−Defendants' 506 Response in Opposition to Plaintiff Carson Block's 451 MOTION for Discovery − *Separate Discovery Track* by Graeme Payne. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Cochran, Anthony) (Entered: 11/14/2018) |
| 11/21/2018 | 513 | REPLY in Support re 459 MOTION to Remand to State Court filed by Craig Ward, Mary Warren, Todd Warren, Teri Weatherly. (Attachments: # 1 Certificate of Service)(EQCCtrk)(Smith, Michael) (Entered: 11/21/2018) |
| 11/21/2018 | 514 | REPLY in Opposition re 487 RESPONSE in Opposition to 459 MOTION to Remand to State Court filed by Craig Ward, Mary Warren, Todd Warren, Teri Weatherly. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service)(EQCCtrk)(Smith, Michael) (Entered: 11/21/2018) |
| 11/23/2018 | 515 | REPLY to Response to Motion re 488 MOTION for Relief From Discovery Stay filed by ALL PLAINTIFFS. (Attachments: # 1 Ex. 8, # 2 Ex. 9, # 3 Ex. 10)(EQACtrk)(Siegel, Norman) (Entered: 11/23/2018) |
| 11/26/2018 | 516 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 11/28/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr. on 11/26/2018. (EQACtrk)(ss) (Entered: 11/26/2018) |
| 11/26/2018 | 517 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 11/28/2018 at 10:00 a.m. Signed by Judge Thomas W. Thrash, Jr. on 11/26/2018. (EQCCtrk)(ss) (Entered: 11/26/2018) |
| 11/26/2018 | | NOTICE OF CANCELLATION of Hearing re: Status Conference set for 11/28/2018 at 10:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash. The date for the next status conference will be determined at a later date.Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(EQACtrk)(ss) (Entered: 11/26/2018) |
| 11/27/2018 | | Submission of 488 MOTION for Relief From Discovery Stay and 490 MOTION for Leave to File Matters Under Seal re: 489 Notice of Filing to District Judge Thomas W. Thrash Jr. (EQACtrk) (sap) (Entered: 11/27/2018) |
| 11/27/2018 | 518 | MOTION to Withdraw Jack III Atnip as Attorney by Robert Mobbs. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Cashman, Michael) |

| | | | |
|---|---|---|---|
| | | | Withdrawing Attorney Modified on 11/28/2018 (sap). (Entered: 11/27/2018) |
| 11/27/2018 | 519 | | MOTION to Withdraw Richard M. Hagstrom as Attorney by John Benavidez, Veronika Benavidez, Brian A. Cadwallader, Jose Calderon, Marilyn Dorsey, Nicole Grafton, Michael Nehring, York Taenzer, Barbara Westbrook, Cherie Williams, and Marty Super. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Cashman, Michael) Filers and Withdrawing Attorney Modified on 11/28/2018 (sap). (Entered: 11/27/2018) |
| 11/28/2018 | 520 | | NOTICE by Carson Block re 451 MOTION for Discovery − *Separate Discovery Track − Notice re: December 7, 2018, Reply Date* (EQCCtrk)(Lesowitz, Scott) (Entered: 11/28/2018) |
| 11/28/2018 | 521 | | ORDER ALLOWING AUDIO/VISUAL AND OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 11/29/2018 at 3:00 pm for training purposes. Signed by Judge Thomas W. Thrash, Jr. on 11/28/2018. (EQACtrk)(ss) (Entered: 11/28/2018) |
| 11/28/2018 | 522 | | ORDER GRANTING Attorney Richard M. Hagstrom's 519 Motion to Withdraw as Counsel of record for Plaintiffs Jose Calderon, Barbara Westbrook, John Benavidez, Veronika Benavidez, Cherie Williams, York Taenzer, Marilyn Dorsey, Nicole Grafton, Michael Nehring, Brian Cadwallader, and Marty Super. Signed by Judge Thomas W. Thrash, Jr. on 11/28/2018. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−4389−TWT, 1:17−cv−5276−TWT, 1:17−cv−5311−TWT, 1:17−cv−5375−TWT, and 1:17−cv−5379−TWT) (EQACtrk) (sap) (Entered: 11/29/2018) |
| 11/28/2018 | 523 | | ORDER GRANTING Attorney Jack III Atnip's 518 Motion to Withdraw as Counsel of record for Plaintiff Robert Mobbs. Signed by Judge Thomas W. Thrash, Jr. on 11/28/2018. (Associated Cases: 1:17−md−02800−TWT and 1:17−cv−05361−TWT) (EQACtrk) (sap) (Entered: 11/29/2018) |
| 11/29/2018 | | | Docket ORDER APPROVING agreement that plaintiff Block's reply re (451 in 1:17−md−02800−TWT) MOTION for Discovery − *Separate Discovery Track* filed by Carson Block is due no later than 12/7/2018.At the direction of Judge Thomas W. Thrash, Jr. on 11/29/2018. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05341−TWT(EQCCtrk)(ss) (Entered: 11/29/2018) |
| 12/06/2018 | 524 | | REPLY in Support re 451 MOTION for Discovery − *Separate Discovery Track* filed by Carson Block. (EQCCtrk)(Lesowitz, Scott) Modified on 12/7/2018 (sap). (Entered: 12/06/2018) |
| 12/06/2018 | 526 | | CONDITIONAL TRANSFER ORDER (CTO31) from the Judicial Panel on Multidistrict Litigation. Added Plaintiffs Denise G. Link, member case 1:18−cv−05621−TWT, Dennis W. Link, member case 1:18−cv−05620−TWT, and Denis Dreni, member case 1:18−cv−05816−TWT. (EQACtrk) (sap) (Entered: 12/10/2018) |
| 12/06/2018 | 527 | | CONDITIONAL TRANSFER ORDER (Doc 924) from the Judicial Panel on Multidistrict Litigation. Added Plaintiff Davedia Sharmaine Lamar, member case 1:18−cv−05685−TWT and Plaintiff Commonwealth of Puerto Rico, member case 1:18−cv−05611−TWT. (EQACtrk) (sap) (Entered: 12/10/2018) |

| 12/07/2018 | 525 | APPLICATION for Admission of Thomas J. Connick Pro Hac Vice (Application fee $ 150, receipt number 113E−8315951)by Jackie L Agosto. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Admission PHV to T. Connick)(EQACtrk)(Moore, Patrick) (Entered: 12/07/2018) |
|---|---|---|
| 12/07/2018 | 528 | CONDITIONAL TRANSFER ORDER (Doc 925) from the Judicial Panel on Multidistrict Litigation. Plaintiff Christopher J Bordelon added, member case 1:18−cv−05609−TWT. (EQACtrk) (sap) (Entered: 12/10/2018) |
| 12/10/2018 | 529 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 12/14/2018 at 9:30 a.m. as to J. Guglielmo, E. Comite & G. Lynch. Signed by Judge Thomas W. Thrash, Jr. on 12/10/2018. (EQFItrk)(ss) (Entered: 12/10/2018) |
| 12/10/2018 | 530 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 12/14/2018 at 9:30 a.m., as to N. Siegel, A. Keller, B. Vahle & J. Pizzirusso. Signed by Judge Thomas W. Thrash, Jr. on 12/10/2018. (EQCCtrk)(ss) (Entered: 12/10/2018) |
| 12/11/2018 | 531 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 12/14/2018 at 9:30 a.m., as to R. Holtzen. Signed by Judge Thomas W. Thrash, Jr. on 12/11/2018. (EQACtrk)(ss) (Entered: 12/11/2018) |
| 12/12/2018 | 532 | NOTICE *of Supplemental Authority in Support of 488 MOTION for Relief From Discovery Stay* by ALL PLAINTIFFS (Attachments: # 1 Exhibit A: Majority Staff Report, # 2 Exhibit B: Press Release Announcing Report)(EQACtrk)(Barnes, Roy) (Entered: 12/12/2018) |
| 12/12/2018 | 533 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 12/14/2018 at 9:30 a.m. as to David Perera, Mlex. Signed by Judge Thomas W. Thrash, Jr. on 12/12/2018. (EQACtrk) (sap) (Entered: 12/12/2018) |
| 12/14/2018 | 534 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: MOTION HEARING held on 12/14/2018 re the Defendants' 425 , 435 , and 441 Motions to Dismiss for Failure to State a Claim. The Court will issue a written order as soon as possible. (Court Reporter Susan Baker) (EQACtrk) (sap) (Entered: 12/17/2018) |
| 12/17/2018 | 535 | NOTICE of Voluntary Dismissal filed by Kevin O'Neill (EQCCtrk)(Bain, David) (Entered: 12/17/2018) |
| 12/18/2018 | | Submission of 509 MOTION to Adopt Equifax Co−Defendants' 506 Response in Opposition to Plaintiff Carson Block's 451 MOTION for Discovery − *Separate Discovery Track* to District Judge Thomas W. Thrash Jr. (EQACtrk) (sap) (Entered: 12/18/2018) |
| 12/19/2018 | | Submission of ( 509 in 1:17−md−02800−TWT) MOTION to Adopt Equifax Co−Defendants' 506 Response in Opposition to Plaintiff Carson Block's 451 MOTION for Discovery − *Separate Discovery Track* and (57 in 1:17−cv−05341−TWT) MOTION to Adopt Equifax Co−Defendants' Response in Opposition to Plaintiff Block's Motion to Establish A Separate Discovery Track to District Judge Thomas W. Thrash Jr. (Associated Cases: |

| | | |
|---|---|---|
| | | 1:17−md−02800−TWT, 1:17−cv−05341−TWT) (EQACtrk) (sap) (Entered: 12/19/2018) |
| 12/19/2018 | | Clerk's Entry of Dismissal APPROVING ( 535 in 1:17−md−02800−TWT) and (19 in 1:17−cv−03523−TWT) Notice of Voluntary Dismissal by Kevin O'Neill without prejudice pursuant to Fed.R.Civ.P.41(a)(1)(A)(i). (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03523−TWT) (EQACtrk) (sap) (Entered: 12/19/2018) |
| 12/21/2018 | | APPROVAL by Clerks Office re: 525 APPLICATION for Admission of Thomas J. Connick Pro Hac Vice (Application fee $ 150, receipt number 113E−8315951). Attorney Thomas J. Connick added appearing on behalf of ALL PLAINTIFFS, Jackie L Agosto (EQACtrk)(pmb) (Entered: 12/21/2018) |
| 01/02/2019 | 536 | ORDER GRANTING 525 Application for Admission of Thomas J. Connick Pro Hac Vice in case 1:17−md−02800−TWT. Signed by Judge Thomas W. Thrash, Jr. on 1/2/2019. (Associated Cases: 1:17−md−02800−TWT, 1:18−cv−01150−TWT) (EQACtrk) (sap) (Entered: 01/02/2019) |
| 01/18/2019 | 538 | CONDITIONAL TRANSFER ORDER (CTO32) from the Judicial Panel on Multidistrict Litigation. Plaintiff Red Cliff Band of Lake Superior Chippewa added, member case 1:19−cv−00420−TWT. (EQACtrk) (sap) (Entered: 01/24/2019) |
| 01/23/2019 | 537 | MOTION to Withdraw Roger Slade and Rebecca N. Casamayor as Attorney with Brief In Support by Gregg Podalsky, Eileen Sue Samilow. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(EQACtrk)(Slade, Roger) Modified on 1/24/2019 (sap). (Entered: 01/23/2019) |
| 01/28/2019 | 539 | OPINION AND ORDER GRANTING IN PART AND DENYING IN PART the Defendants' 435 Motion to Dismiss the Financial Institutions Consolidated Amended Complaint. It is GRANTED as to the Financial Institutions and the Associations. It is DENIED as to the Financial Institution Card Issuers. Signed by Judge Thomas W. Thrash, Jr. on 1/28/2019. (EQACtrk) (sap) (Entered: 01/28/2019) |
| 01/28/2019 | 540 | OPINION AND ORDER GRANTING IN PART AND DENYING IN PART the Defendants' 425 Motion to Dismiss the Consolidated Consumer Class Action Complaint. Signed by Judge Thomas W. Thrash, Jr. on 1/28/2019. (EQACtrk) (sap) (Entered: 01/28/2019) |
| 01/28/2019 | 541 | OPINION AND ORDER GRANTING the Defendants' 441 Motion to Dismiss the Consolidated Small Business Class Action Complaint. Signed by Judge Thomas W. Thrash, Jr. on 1/28/2019. (EQACtrk) (sap) (Entered: 01/28/2019) |
| 01/30/2019 | 542 | NOTICE of Hearing: Status Conference set for 2/19/2019 at 02:00 PM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. The Court requests that counsel confer, and if able, prepare a proposed agenda and forward to the Court by Tuesday February 19, 2019 9:00 a.m. by email to Ms. Sewell. The Court also requests that Mr. David Worley provide a call center for leadership counsel that wish to monitor by telephone.. Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(EQACtrk)(ss) (Entered: 01/30/2019) |

| 02/05/2019 | 554 | | CONDITIONAL TRANSFER ORDER CTO−33 from the Judicial Panel on Multidistrict Litigation. (Kruse v. Equifax Inc. from District of Minnesota, Our Case Number 1:19−cv−00879−TWT) (EQACtrk) (sap) (Entered: 02/12/2019) |
| --- | --- | --- | --- |
| 02/06/2019 | 543 | | Amended JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by ALL PLAINTIFFS. (EQACtrk)(Keller, Amy) (Entered: 02/06/2019) |
| 02/06/2019 | 544 | | Consent MOTION for Extension of Time to File Answer *to the Consolidated Consumer Complaint* by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Balser, David) (Entered: 02/06/2019) |
| 02/07/2019 | 545 | | ORDER: The Court has considered Defendants 544 Consent Motion to Extend the Deadline for Defendants to Answer the Consolidated Consumer Complaint. The Motion is GRANTED. Defendants deadline to answer the Consolidated Consumer Class Action Complaint is extended through and including February 25, 2019. No other dates in the 260 Scheduling Order are affected by this Order. Signed by Judge Thomas W. Thrash, Jr. on 2/7/19. (EQCCtrk)(bnw) (Entered: 02/07/2019) |
| 02/07/2019 | 546 | | Joint MOTION to Set Deadlines by Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Haskins, Sidney) (Entered: 02/07/2019) |
| 02/08/2019 | 547 | | SCHEDULING ORDER: re: 543 Joint Preliminary Report and Discovery Plan. See order for additional deadline details. Class Certification Motions by Consumer Track Cased due 7/14/2020. Class Certification Motions by Financial Institutions Track Cases due 7/28/2020. SEE ORDER FOR EXTENDED Response and Reply due dates. Fact Discovery Closes 12/30/2019. Expert Discovery Closes on 5/19/2020. Summary Judgment Motion by Consumer Track Cased due by 9/22/2020. Summary Motions due by Financial Institutions Track 10/6/2020. SEE ORDER FOR EXTENDED Response and Reply due dates. Signed by Judge Thomas W. Thrash, Jr. on 2/7/2019. (EQACtrk)(ss) (Entered: 02/08/2019) |
| 02/08/2019 | 548 | | MOTION for Clarification *as to Individual Defendants Richard F. Smith, Susan Mauldin, Graeme Payne, Mary Hannan, Harold Boutin, Robert Friedrich, Vidya Sagar Jagadam, Lara Pearson, Shea Giesler, Cliff Barbier, and Joe Sanders (collectively "Individual Defendants")* with Brief In Support by Susan Mauldin, Joe Sanders. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Marshall, Edward) (Entered: 02/08/2019) |
| 02/08/2019 | 549 | | NOTICE of Change of Address for Jason R. Doss, counsel for ALL PLAINTIFFS (EQACtrk)(Doss, Jason) (Entered: 02/08/2019) |
| 02/08/2019 | 550 | | ORDER granting 546 Joint Motion to Set Deadlines. **See Order for more details**. Signed by Judge Thomas W. Thrash, Jr. on 2/8/19. (EQFItrk)(bnw) (Entered: 02/08/2019) |
| 02/11/2019 | 551 | | NOTICE of Voluntary Dismissal *of Christian Duke and Dale Miller as Named Plaintiffs* filed by Christian Duke, Dale Miller (EQCCtrk)(Robbins, Brian) (Entered: 02/11/2019) |
| 02/11/2019 | 552 | | |

| | | |
|---|---|---|
| | | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2//19/2019 at 2:00 pm as to counsel Guglielmo and Lynch. Signed by Judge Thomas W. Thrash, Jr. on 2/11/2019. (EQFItrk)(ss) (Entered: 02/11/2019) |
| 02/11/2019 | 555 | CONDITIONAL TRANSFER ORDER CTO−34 from the Judicial Panel on Multidistrict Litigation. Plaintiffs Peter E. Lander and Jamal e. Lander added, member case number 1:19−cv−00743−TWT. (EQACtrk) (sap) (Entered: 02/12/2019) |
| 02/12/2019 | 553 | ORDER GRANTING Counsel Rebecca Casamayor and Roger Slade's 537 Motion to Withdraw as Attorney for Plaintiffs, Eileen Sue Samilow and Gregg Podalsky. Signed by Judge Thomas W. Thrash, Jr. on 2/11/2019. (EQACtrk) (sap) (Entered: 02/12/2019) |
| 02/12/2019 | 556 | CONDITIONAL TRANSFER ORDER (Doc 942) from the Judicial Panel on Multidistrict Litigation. Plaintiff Jason A Smith added, member case number 1:19−cv−00744−TWT. (EQACtrk) (sap) (Entered: 02/12/2019) |
| 02/13/2019 | | Clerk's Entry of Dismissal APPROVING (14 in 1:17−cv−03765−TWT) and ( 551 in 1:17−md−02800−TWT) Notice of Voluntary Dismissal by Plaintiffs Christian Duke and Dale Miller pursuant to Fed.R.Civ.P.41(a)(1)(A)(i). (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03765−TWT) (EQACtrk) (sap) (Entered: 02/13/2019) |
| 02/13/2019 | 557 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/19/2019 at 2:00 pm as to K.Bates & P. Schneider. Signed by Judge Thomas W. Thrash, Jr. on 2/12/2019. (EQACtrk)(ss) (Entered: 02/13/2019) |
| 02/13/2019 | 558 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/19/2019 at 2:00 pm as to N. Siegel & A. Keller. Signed by Judge Thomas W. Thrash, Jr. on 2/12/2019. (EQACtrk)(ss) (Entered: 02/13/2019) |
| 02/14/2019 | 559 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 2/19/2019 at 2:00 p.m. as to M. McCaffrey. Signed by Judge Thomas W. Thrash, Jr. on 2/14/2019. (EQACtrk)(ss) Modified on 2/15/2019 (sap). (Entered: 02/14/2019) |
| 02/15/2019 | | Notification of Docket Correction re 559 Order Allowing Audio/Visual Equipment in the Courtroom: Date Allowing Equipment into the Courtroom Corrected in the Docket Text Only. (EQACtrk) (sap) (Entered: 02/15/2019) |
| 02/15/2019 | 561 | NOTICE of Joinder re ( 385 in 1:17−md−02800−TWT) Motion for Order Establishing Separate Track for Governmental Enforcement Actions by Commonwealth of Puerto Rico. (Attachments: # 1 Certificate of Conference, # 2 Cover Letter, # 3 Envelope) (Associated Cases: 1:17−md−02800−TWT, 1:18−cv−05611−TWT) (EQACtrk) (sap) (Entered: 02/20/2019) |
| 02/19/2019 | 560 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: STATUS CONFERENCE held on 02/19/2019. The Court GRANTED 548 Motion for Clarification. The next Status Conference will be April 3, 2019 at 2:00 p.m. A separate notice will be docketed with additional information. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, and |

| | | | |
|---|---|---|---|
| | | | 1:18−cv−00317−TWT) (Court Reporter Diane Peede) (EQACtrk) (sap) (Entered: 02/20/2019) |
| 02/20/2019 | 562 | | CONDITIONAL TRANSFER ORDER CTO−35 from the Judicial Panel on Multidistrict Litigation (Peterson, et al v. Equifax Inc and King v. Equifax Inc. from Texas Southern, Our Case Number 1:19−cv−00880−TWT). (EQACtrk) (sap) (Entered: 02/20/2019) |
| 02/20/2019 | 563 | | ORDER ADMINISTRATIVELY CLOSING all the individual civil actions linked to this MDL action, EXCLUDING City of Chicago (1:18cv1470) and Commonwealth of Puerto Rico (1:18cv5611) vs. Equifax. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (Associated Cases: 1:17−md−02800−TWT et al.) (EQACtrk) (sap) (Entered: 02/21/2019) |
| 02/20/2019 | | | (MDL TERMINATED IN ERROR; TERMINATION REMOVED FOR MDL ONLY) Civil Case Terminated. (Associated Cases: 1:17−md−02800−TWT et al.) (EQACtrk) (sap) Modified on 2/22/2019 (sap). (Entered: 02/21/2019) |
| 02/20/2019 | 567 | | ORDER ADMINISTRATIVELY CLOSING all the individual pro se civil actions related to this MDL action listed in the Order. Signed by Judge Thomas W. Thrash, Jr. on 2/20/2019. (EQACtrk) (sap) (Entered: 02/22/2019) |
| 02/21/2019 | 564 | | Joint MOTION to Set Deadlines by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Haskins, Sidney) (Entered: 02/21/2019) |
| 02/21/2019 | 565 | | MOTION to Vacate 563 Order with Brief In Support by Ashley Abramson, Katiushka Rebeca Acosta−Smith. (EQCCtrk)(Wilens, Jeffrey) (Entered: 02/21/2019) |
| 02/21/2019 | 566 | | ORDER AND SUGGESTION OF REMAND for pro se action 1:18−CV−1511−TWT to the United States District Court for the Middle District of North Carolina. Signed by Judge Thomas W. Thrash, Jr. on 2/21/2019. (EQACtrk) (sap) (Entered: 02/22/2019) |
| 02/22/2019 | | | Notification of Docket Correction re Terminated Case: MDL terminated in error; Termination removed for MDL only. The member cases, excluding 18−cv−1470 and 18−cv−5611 remains terminated. (EQACtrk) (sap) (Entered: 02/22/2019) |
| 02/22/2019 | | | Clerk's Certificate of Emailing as to the U.S. Judicial Panel on MDL re a Certified Copy of 566 Order. (EQACtrk) (sap) (Entered: 02/22/2019) |
| 02/22/2019 | 568 | | MOTION to Vacate 563 Order by Craig Ward, Mary Warren, Todd Warren, Teri Weatherly. (Attachments: # 1 Certificate of Service)(EQCCtrk)(Smith, Michael) (Entered: 02/22/2019) |
| 02/22/2019 | 569 | | ORDER DIRECTING the Clerk to Reopen the related Securities Litigation (1:17cv3463) and Derivative Litigation (1:18cv0317) actions. Signed by Judge Thomas W. Thrash, Jr. on 2/22/2019. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT) (EQACtrk) (sap) (Entered: 02/22/2019) |
| 02/25/2019 | 570 | | NOTICE of Hearing: Status Conference set for 4/3/2019 at 02:00 PM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. (See PDF for |

| | | |
|---|---|---|
| | | details). Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(EQACtrk)(ss) (Entered: 02/25/2019) |
| 02/25/2019 | 571 | ANSWER to 374 Amended Complaint by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. Discovery ends on 7/25/2019.(EQCCtrk)(Balser, David) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 02/25/2019) |
| 02/26/2019 | 572 | NOTICE to Take Deposition of Graeme Payne filed by ALL PLAINTIFFS (EQACtrk)(Canfield, Kenneth) (Entered: 02/26/2019) |
| 02/27/2019 | 573 | NOTICE *of Change of Attorneys' Firm Name and Contact Information* by ALL PLAINTIFFS (EQCCtrk)(Keller, Amy) (Entered: 02/27/2019) |
| 02/28/2019 | 574 | CERTIFICATE OF SERVICE filed by ALL PLAINTIFFS *of Plaintiffs' Objections and Responses to Defendants' First Requests for Production of Documents to Consumer Track Plaintiffs* (EQCCtrk)(Keller, Amy) (Entered: 02/28/2019) |
| 02/28/2019 | 575 | CERTIFICATE OF SERVICE *of FI Plaintiffs' and Association Plaintiffs' Responses and Objections to Defendants Equifax Inc.'s and Equifax Information Services LLC's First Requests for Production* by ALL PLAINTIFFS.(EQFItrk)(Guglielmo, Joseph) (Entered: 02/28/2019) |
| 02/28/2019 | 576 | CERTIFICATE OF SERVICE *to Equifax, Inc.'s Responses and Objections to Plaintiffs' First Joint Set of Requests for Production of Documents to Defendants* by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc..(EQACtrk)(Balser, David) (Entered: 02/28/2019) |
| 03/01/2019 | 577 | MOTION for Order *Establishing Separate Track for Indian Tribal Governments* with Brief In Support by Fond du Lac Band of Lake Superior Chippewa, Red Cliff Band of Lake Superior Chippewa, St. Croix Chippewa Indians of Wisconsin. (Attachments: # 1 Brief For Separate Track, # 2 Exhibit Certificate of Conference)(EQACtrk)(Frazer, T.) (Entered: 03/01/2019) |
| 03/04/2019 | 635 | NOTICE of Appearance by James Nixon Daniel, III, Mary Jane Bass, and John R. Zoesch, III on behalf of Red Cliff Band of Lake Superior Chippewa (1:19−cv−00420−TWT), Fond du Lac Band of Lake Superior Chippewa (1:18−cv−04257−TWT), and St. Croix Chippewa Indians of Wisconsin (1:18−cv−04258−TWT). (Associated Cases: 1:17−md−02800−TWT, 1:18−cv−04257−TWT, 1:18−cv−04258−TWT, 1:19−cv−00420−TWT) (EQACtrk) (sap) (Entered: 03/11/2019) |
| 03/05/2019 | 578 | NOTICE Of Filing by ALL PLAINTIFFS *Subpoena on CyberArk Software, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | 579 | NOTICE Of Filing by ALL PLAINTIFFS *Subpoena on Cyence, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | 580 | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Deloitte Consulting, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | 581 | |

| | | |
|---|---|---|
| | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Epiq Class Action & Claims Solutions, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | <u>582</u> | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to F5 Networks, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | <u>583</u> | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Fidelity National Card Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | <u>584</u> | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Microsoft Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | <u>585</u> | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to SailPoint Technologies Holdings, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | <u>586</u> | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to SailPoint Technologies, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/05/2019) |
| 03/05/2019 | <u>587</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to T−Mobile, USA, Inc.* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>588</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Visa U.S.A. Inc.* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>589</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Pricewaterhousecoopers Advisory Services, LLP* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>590</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to MicroBilt Merchant Services, Inc.* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>591</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to MicroBilt Corporation* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>592</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to ServiceNow, Inc.* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>593</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to KPMG LLP* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>594</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Fidelity Information Services, LLC* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>595</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to AT&T Mobility LLC* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | <u>596</u> | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to American Express Company* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |

| 03/05/2019 | 597 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to FireEye, Inc.* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
|---|---|---|---|
| 03/05/2019 | 598 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Capital One Bank USA, National Association* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 599 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Discover Financial Services* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 600 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Consumer Financial Protection Bureau* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 601 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Stach & Liu, LLC* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 602 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Consumer Data Industry Association* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 603 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Solutionary, Inc.* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 604 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Mandiant, LLC* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 605 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to Trans Union, LLC* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/05/2019 | 606 | | NOTICE by ALL PLAINTIFFS *of Service of Production Subpoena to be Issued to AT&T Corporation* (EQACtrk)(Keller, Amy) (Entered: 03/05/2019) |
| 03/06/2019 | 607 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to McGinn and Company* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 608 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Aprio, LLP* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 609 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to International Business Machines* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 610 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Jack Henry & Associates, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 611 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Rapid7, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 612 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Sitel Operating Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 613 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Sprint Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |

| 03/06/2019 | 614 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to The R Group Public Relations Company, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 615 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Veracode, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 616 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Comcast Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 617 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to EntIT, Software, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 618 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Kroll Cyber Security, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 619 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to PCI Security Standards Council, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 620 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to The Apache Software Foundation* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 621 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Verizon Communications, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 622 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to RSA Security, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/06/2019 | 623 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to MeridianLink, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/06/2019) |
| 03/07/2019 | 624 | | OBJECTION re 572 Notice to Take Deposition *and for Production of Documents* by Graeme Payne. (EQCCtrk)(Cochran, Anthony) (Entered: 03/07/2019) |
| 03/07/2019 | 625 | | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to Ernst & Young LLP* (EQACtrk)(Partin, Ranse) (Entered: 03/07/2019) |
| 03/07/2019 | 626 | | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to Experian Information Solutions, Inc.* (EQACtrk)(Partin, Ranse) (Entered: 03/07/2019) |
| 03/07/2019 | 627 | | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to MasterCard International Incorporated* (EQACtrk)(Partin, Ranse) (Entered: 03/07/2019) |
| 03/07/2019 | 628 | | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to MasterCard Technologies, LLC* (EQACtrk)(Partin, Ranse) (Entered: 03/07/2019) |
| 03/07/2019 | 629 | | RESPONSE in Opposition re 565 MOTION to Vacate 563 Order, 568 MOTION to Vacate 563 Order filed by Equifax Consumer Services, LLC, Equifax Credit Information Services, Inc., Equifax Health Services, Equifax Information Services LLC, Equifax Information Solutions, LLC, Equifax, Inc.. (EQCCtrk)(Balser, David) (Entered: 03/07/2019) |
| 03/08/2019 | 630 | | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Cisco Systems, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/08/2019) |

| 03/08/2019 | 631 | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to SourceFire* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/08/2019) |
| 03/08/2019 | 632 | MOTION to Withdraw Jeffrey Miles Ostrow as Attorneyby Adi Amuial. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Ostrow, Jeffrey) (Entered: 03/08/2019) |
| 03/08/2019 | 633 | TRANSCRIPT of the State Conference Hearing Proceedings held on February 19, 2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede, Telephone number 404−215−1558. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/29/2019. Redacted Transcript Deadline set for 4/8/2019. Release of Transcript Restriction set for 6/6/2019. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 03/08/2019) |
| 03/08/2019 | 634 | Joint MOTION for Order *to Set Deadlines* by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Haskins, Sidney) Modified on 3/13/2019 (ss). (Entered: 03/08/2019) |
| 03/11/2019 | 636 | NOTICE *of Subpoena to be Issued to Bank of America Corporation* by ALL PLAINTIFFS (EQACtrk)(Gibson, MaryBeth) (Entered: 03/11/2019) |
| 03/11/2019 | 637 | NOTICE *of Subpoena to be Issued to Bank of America National Association* by ALL PLAINTIFFS (EQACtrk)(Gibson, MaryBeth) (Entered: 03/11/2019) |
| 03/11/2019 | 638 | NOTICE *of Further Supplemental Authority in Support of Motion for Entry of Order Relating to Interviews of Defendants' Former Employees* by ALL PLAINTIFFS (Attachments: # 1 Exhibit 1: U.S. Senate Committee Report)(EQACtrk)(Barnes, Roy) (Entered: 03/11/2019) |
| 03/13/2019 | 639 | NOTICE Regarding Administrative Closing of Pro Se Cases. Signed by Judge Thomas W. Thrash, Jr. on 3/13/2019. (EQACtrk) (sap) (Entered: 03/13/2019) |
| 03/13/2019 | 640 | ORDER granting 634 Motion for Extension of Time through 4/1/19 to file response and any reply by 5/1/19 re 577 MOTION for Order *Establishing Separate Track for Indian Tribal Governments*. Signed by Judge Thomas W. Thrash, Jr. on 3/13/2019. (EQACtrk)(ss) (Entered: 03/13/2019) |
| 03/14/2019 | 641 | ORDER GRANTING the Parties' ( 564 in case 1:17−md−02800−TWT) Joint Motion to Set Deadlines re 561 Notice of Joinder with Plaintiff City of Chicago's Motion for Order Establishing Separate Track for Governmental Enforcement Actions. Any responses shall be filed by March 15, 2019 and Plaintiff Puerto Rico shall file a consolidated reply by March 22, 2019. Signed by Judge Thomas W. Thrash, Jr. on 3/13/2019. (Associated Cases: 1:17−md−02800−TWT, 1:18−cv−05611−TWT) (EQCCtrk) (sap) (Entered: 03/15/2019) |
| 03/15/2019 | 642 | RESPONSE in Opposition re 561 Notice of Joinder with Plaintiff City of Chicago's Motion for Order Establishing Separate Track for Governmental Enforcement Actions filed by ALL PLAINTIFFS. (EQACtrk)(Siegel, Norman) (Entered: 03/15/2019) |

| 03/15/2019 | 643 | | RESPONSE in Opposition re 561 Notice of Joinder with Plaintiff City of Chicago's Motion for Order Establishing Separate Track for Governmental Enforcement Actions filed by Equifax, Inc. (Attachments: # 1 Exhibit A − Puerto Rico Complaint)(EQCCtrk)(Haskins, Sidney) (Entered: 03/15/2019) |
| 03/18/2019 | 644 | | CERTIFICATE OF SERVICE *for Subpoena to be Issued to Sandra Winters* by ALL PLAINTIFFS (EQACtrk)(Guglielmo, Joseph) (Entered: 03/18/2019) |
| 03/19/2019 | 645 | | ORDER GRANTING the Plaintiffs' ( 350 in case 1:17−md−02800−TWT), (9 in case 1:18−cv−01466−TWT), and (9 in case 1:18−cv−01467−TWT) Motions to Remand to State Court. These actions are hereby REMANDED to the Superior Court of Orange County, California. Signed by Judge Thomas W. Thrash, Jr. on 3/18/2019. (c: MDL Panel) (Associated Cases: 1:17−md−02800−TWT, 1:18−cv−01466−TWT, 1:18−cv−01467−TWT) (EQACtrk) (sap) (Entered: 03/19/2019) |
| 03/19/2019 | 646 | | MOTION to Withdraw Michael J. Klein as Attorneyby Daniel DeMarco, Jr, Jennifer Pascucci DeMarco, Pamela Klein, Alain Lapter, Ana Lapter, Michael Slyne, Stacey J. P. Ullman. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Klein, Michael) (Entered: 03/19/2019) |
| 03/19/2019 | | | Clerk's Certificate of Mailing as to the Superior Court of Orange County re (19 in 1:18−cv−01466−TWT, 32 in 1:18−cv−01467−TWT, 645 in 1:17−md−02800−TWT) Order on Motion to Remand to State Court. (Associated Cases: 1:17−md−02800−TWT, 1:18−cv−01466−TWT, 1:18−cv−01467−TWT) (EQACtrk) (sap) (Entered: 03/19/2019) |
| 03/19/2019 | 647 | | ORDER WITHDRAWING the Court's Suggestion of Remand contained in the Court's Order of March 13, 2019. Signed by Judge Thomas W. Thrash, Jr. on 3/18/2019. (EQACtrk) (sap) (Entered: 03/19/2019) |
| 03/20/2019 | 648 | | MOTION to Amend with Brief In Support by ASI Federal Credit Union, Consumers Cooperative Credit Union, Credit Union National Association, D.L. Evans Bank, Financial Health Federal Credit Union, First Financial Credit Union, Hudson River Community Credit Union, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, New York Credit Union Association, Peach State Federal Credit Union, Texas First Bank, The First State Bank, The Summit Federal Credit Union, Virginia Credit Union League, Washington Gas Light Federal Credit Union. (Attachments: # 1 Brief In Support of Motion to Amend, # 2 Exhibit 1 Financial Institution Plaintiffs' [Proposed] Second Amended Consolidated Complaint, # 3 Exhibit 2 Redline of [Proposed] Second Amended Consolidated Complaint)(EQFItrk)(Guglielmo, Joseph) (Entered: 03/20/2019) |
| 03/20/2019 | 649 | | ORDER DENYING Plaintiff Carson Block's ( 451 in case 1:17−md−02800−TWT) Motion to Establish Separate Discovery Track. Signed by Judge Thomas W. Thrash, Jr. on 3/20/2019. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−05341−TWT) (EQACtrk) (sap) (Entered: 03/21/2019) |
| 03/20/2019 | 650 | | ORDER GRANTING Jeffrey Miles Ostrow's 632 Motion to Withdraw as Attorney for Plaintiff Adi Amuial. Signed by Judge Thomas W. Thrash, Jr. on 3/20/2019. (EQACtrk) (sap) (Entered: 03/21/2019) |

| 03/20/2019 | 651 | ORDER GRANTING Michael J. Klein's 646 Motion to Withdraw as Attorney for Daniel DeMarco, Jr, Jennifer Pascucci DeMarco, Pamela Klein, Alain Lapter, Ana Lapter, Michael Slyne, and Stacey J. P. Ullman. Signed by Judge Thomas W. Thrash, Jr. on 3/20/2019. (EQACtrk) (sap) (Entered: 03/21/2019) |
| --- | --- | --- |
| 03/21/2019 | 652 | ORDER re the Plaintiffs' 488 Motions: The Plaintiffs' Motion for Limited Relief From Discovery Stay is DENIED AS MOOT and the Motion for Entry of Order Relating to Interviews of Defendants Former Employees is GRANTED. Signed by Judge Thomas W. Thrash, Jr. on 3/21/2019. (EQACtrk) (sap) (Entered: 03/21/2019) |
| 03/22/2019 | 653 | AFFIDAVIT of Service for Subpoena *Served*, as to Aprio LLP f/k/a Habif, Arogeti & Wynne, LLP. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 654 | AFFIDAVIT of Service for Subpoena *Served*, as to Bank of America Corporation. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 655 | AFFIDAVIT of Service for Subpoena *Served*, as to Bank of America National Association. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 656 | AFFIDAVIT of Service for Subpoena *Served*, as to Comcast Corporation. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 657 | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to Veracode, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 658 | AFFIDAVIT of Service for Subpoena *Served*, as to EntIT Software, LLC. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 659 | (DUPLICATE ENTRY OF 658 ) AFFIDAVIT of Service for Subpoena *Served*, as to EntIT Software, LL (EQACtrk)(Gibson, MaryBeth) Modified on 3/27/2019 (sap). (Entered: 03/22/2019) |
| 03/22/2019 | 660 | AFFIDAVIT of Service for Subpoena *Served*, as to Jack Henry & Associates. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 661 | AFFIDAVIT of Service for Subpoena *Served*, as to Kroll Cyber Security, LLC. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 662 | AFFIDAVIT of Service for Subpoena *Served*, as to PCI Security Standards Council, LLC. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 663 | AFFIDAVIT of Service for Subpoena *Served*, as to Rapid7, LLC. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 664 | AFFIDAVIT of Service for Subpoena *Served*, as to Sitel Operating Corp f/k/a Logic Operating Corporation. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 665 | AFFIDAVIT of Service for Subpoena *Served*, as to The R Group Public Relations Company. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |
| 03/22/2019 | 666 | AFFIDAVIT of Service for Subpoena *Served*, as to International Business Machines Corp. (EQACtrk)(Gibson, MaryBeth) (Entered: 03/22/2019) |

| 03/22/2019 | 667 | RESPONSE re 643 Response to Motion, 642 Response (Non−Motion) *Reply* filed by Commonwealth of Puerto Rico. (Attachments: # 1 Affidavit, # 2 Exhibit)(EQACtrk)(Schneider, Peter) (Entered: 03/22/2019) |
| 03/22/2019 | 668 | ORDER: Plaintiffs Ward et al.'s 459 Motion to Remand and 568 Motion to Vacate Order are DENIED. Signed by Judge Thomas W. Thrash, Jr. on 3/22/2019. (EQACtrk) (sap) (Entered: 03/25/2019) |
| 03/22/2019 | 669 | ORDER: Plaintiffs' 565 Motion to Vacate is DENIED AS MOOT. Signed by Judge Thomas W. Thrash, Jr. on 3/22/2019. (EQACtrk) (sap) (Entered: 03/25/2019) |
| 03/22/2019 | 674 | CONDITIONAL TRANSFER ORDER CTO−36 from the Judicial Panel on Multidistrict Litigation (Luciano v. Equifax Informational Services, LLC and Palmer v. Equifax). (EQACtrk) (sap) (Entered: 03/27/2019) |
| 03/26/2019 | 670 | ORDER ALLOWING AUDIO/VISUAL & OTHER EQUIPMENT IN THE COURTROOM on 4/3/2019 at 2:00 pm as to K. Bates & P. Schneider. Signed by Judge Thomas W. Thrash, Jr. on 3/25/2019. (EQACtrk)(ss) (Entered: 03/26/2019) |
| 03/26/2019 | 671 | ORDER ALLOWING AUDIO/VISUAL & OTHER EQUIPMENT IN THE COURTROOM on 4/3/2019 at 2:00 pm as to J. Guglielmo & G. Lynch. Signed by Judge Thomas W. Thrash, Jr. on 3/26/2019. (EQACtrk)(ss) (Entered: 03/26/2019) |
| 03/26/2019 | 672 | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to Produce Documents and Information on Wells Fargo Bank, N.A., Pursuant To Fed. R. Civ. P. 45(a)(4)* (EQACtrk)(Lake, Anthony) (Entered: 03/26/2019) |
| 03/27/2019 | 673 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 4/3/2019 at 2:00 pm, as to J. Weiss & J. Rubin. Signed by Judge Thomas W. Thrash, Jr. on 3/26/2019. (EQACtrk)(ss) (Entered: 03/27/2019) |
| 03/28/2019 | 675 | ORDER ALLOWING AUDIO/VISUAL & OTHER COMPUTER EQUIPMENT IN THE COURTROOM on 4/3/2019 at 2:00 pm, as N. Siegel, A. Keller. Signed by Judge Thomas W. Thrash, Jr. on 3/28/2019. (EQACtrk)(ss) (Entered: 03/28/2019) |
| 03/29/2019 | 676 | MOTION to Withdraw Paul Jay Pontrelli as Attorney by Meghan Simmons, John W. Simmons, II, and Bert Tundidor. (Attachments: # 1 Proposed Order)(EQACtrk)(Pontrelli, Paul) Filers Corrected on 4/1/2019 (sap). (Entered: 03/29/2019) |
| 03/29/2019 | 681 | ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER 36 from the Judicial Panel on Multidistrict Litigation. (Our Case Number: 1:19−cv−01370−TWT) (EQACtrk) (sap) (Entered: 04/03/2019) |
| 04/01/2019 | 677 | RESPONSE in Opposition re 577 MOTION for Order *Establishing Separate Track for Indian Tribal Governments* filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(EQACtrk)(Siegel, Norman) (Entered: 04/01/2019) |
| 04/01/2019 | 678 | RESPONSE re 577 MOTION for Order *Establishing Separate Track for Indian Tribal Governments* filed by Equifax Consumer Services, LLC, |

| | | |
|---|---|---|
| | | Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Exhibit A − St. Croix Chippewa Indians of Wisconsin Complaint, # 2 Exhibit B − Fond du lac Band of Lake Superior Chippewa Complaint, # 3 Exhibit C − Red Cliff Band of Lake Superior Chippewa Complaint, # 4 Exhibit D − In re: Natl Prescription Opiate Litig., Opposition to Motion to Dismiss, # 5 Exhibit E− In re: Natl Prescription Opiate Litig., Motion to Establish Separate Tribal Track)(EQCCtrk)(Haskins, Sidney) (Entered: 04/01/2019) |
| 04/01/2019 | 679 | ORDER GRANTING Attorney Paul Jay Pontrelli's ( 676 in case 1:17−md−02800−TWT) Motion to Withdraw as Attorney for Meghan Simmons, John W. Simmons, II, and Bert Tundidor. Signed by Judge Thomas W. Thrash, Jr. on 4/1/2019. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03659−TWT) (EQACtrk) (sap) (Entered: 04/02/2019) |
| 04/02/2019 | 680 | First AMENDED COMPLAINT against Equifax, Inc.with Jury Demand filed by Commonwealth of Puerto Rico.(EQCCtrk)(Schneider, Peter) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 04/02/2019) |
| 04/04/2019 | 682 | AFFIDAVIT of Service for Subpoena *Served*, as to Sprint Corporation. (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2019) |
| 04/04/2019 | 683 | AFFIDAVIT of Service for Subpoena *Served*, as to The Apache Software Foundation. (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2019) |
| 04/04/2019 | 684 | AFFIDAVIT of Service for Subpoena *Served*, as to Verizon Communications, Inc.. (EQACtrk)(Gibson, MaryBeth) (Entered: 04/04/2019) |
| 04/10/2019 | 685 | Joint MOTION for Extension of Time for Briefing Deadlines by Equifax Information Services LLC, Equifax, Inc.. (EQFItrk)(Haskins, Sidney) (Entered: 04/10/2019) |
| 04/10/2019 | 686 | AFFIDAVIT of Service for Subpoena *Served*, as to Stach & Liu, LLC. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 687 | AFFIDAVIT of Service for Subpoena *Served*, as to Capital One Bank (USA) National Association. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 688 | AFFIDAVIT of Service for Subpoena *Served*, as to Consumer Data Industry Association. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 689 | AFFIDAVIT of Service for Subpoena *Served*, as to MicroBilt Corporation. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 690 | AFFIDAVIT of Service for Subpoena *Served*, as to T−Mobile USA, Inc. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 691 | AFFIDAVIT of Service for Subpoena *Served*, as to Trans Union, LLC. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 692 | AFFIDAVIT of Service for Subpoena *Served*, as to MicroBilt Merchant Services, Inc. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 693 | AFFIDAVIT of Service for Subpoena *Served*, as to Visa U.S.A., Inc. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |

| 04/10/2019 | 694 | | AFFIDAVIT of Service for Subpoena *Served*, as to Mandiant, LLC. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
|---|---|---|---|
| 04/10/2019 | 695 | | AFFIDAVIT of Service for Subpoena *Served*, as to Solutionary Inc. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 696 | | AFFIDAVIT of Service for Subpoena *Served*, as to FireEye Inc. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 697 | | AFFIDAVIT of Service for Subpoena *Served*, as to ServiceNow, Inc. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 698 | | AFFIDAVIT of Service for Subpoena *Served*, as to AT&T Corporation. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 699 | | AFFIDAVIT of Service for Subpoena *Served*, as to Pricewaterhousecoopers Advisory Services LLP. (EQACtrk)(Keller, Amy) (Entered: 04/10/2019) |
| 04/10/2019 | 700 | | AFFIDAVIT of Service for Subpoena *Served*, as to AT&T Mobility LLC. (EQACtrk)(Keller, Amy) (Entered: 04/11/2019) |
| 04/11/2019 | 701 | | AFFIDAVIT of Service for Subpoena *Served*, as to KPMG LLP. (EQACtrk)(Keller, Amy) (Entered: 04/11/2019) |
| 04/11/2019 | 702 | | AFFIDAVIT of Service for Subpoena *Served*, as to Fidelity Information Services LLC. (EQACtrk)(Keller, Amy) (Entered: 04/11/2019) |
| 04/11/2019 | 703 | | AFFIDAVIT of Service for Subpoena *Served*, as to American Express Company. (EQACtrk)(Keller, Amy) (Entered: 04/11/2019) |
| 04/11/2019 | 704 | | ORDER GRANTING the Parties' 685 Joint Motion for Extension of Time for Briefing Deadlines. The Defendants' deadline to respond to the Financial Institution Plaintiffs' 648 Motion For Leave to Amend is extended through and including July 22, 2019 and the Financial Institution Plaintiffs' deadline to file a Reply is extended through and including August 30, 2019. Signed by Judge Thomas W. Thrash, Jr. on 4/11/2019. (EQACtrk) (sap) (Entered: 04/11/2019) |
| 04/17/2019 | 706 | | MOTION to Withdraw David M. Buckner, Seth Miles, Michael S. Olin and Brett E. Von Borke as Attorney by Chris Tosco, Mark Ashley. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Olin, Michael) Modified on 4/18/2019 (sap). (Entered: 04/17/2019) |
| 04/22/2019 | 707 | | ORDER GRANTING 706 Motion to Withdraw David M. Buckner, Seth Miles, Michael S. Olin and Brett E. Von Borke as Attorney for Chris Tosco and Mark Ashley. Signed by Judge Thomas W. Thrash, Jr. on 4/19/2019. (EQACtrk) (sap) (Entered: 04/22/2019) |
| 04/24/2019 | 708 | | CONDITIONAL TRANSFER ORDER CTO−37 from the Judicial Panel on Multidistrict Litigation. (Burns v. Equifax, Inc. from the District of Minnesota, Our Case Number: 1:19−cv−01924−TWT) (EQACtrk) (sap) (Entered: 04/26/2019) |
| 04/30/2019 | 709 | | REPLY to Response to Motion re 577 MOTION for Order *Establishing Separate Track for Indian Tribal Governments* filed by Fond du Lac Band of Lake Superior Chippewa, Red Cliff Band of Lake Superior Chippewa, St. Croix Chippewa Indians of Wisconsin. (EQACtrk)(Frazer, T.) (Entered: |

| | | |
|---|---|---|
| | | 04/30/2019) |
| 04/30/2019 | 710 | CONDITIONAL TRANSFER ORDER CTO−38 from the Judicial Panel on Multidistrict Litigation. (Ziegeler v. Equifax Inc. from Texas Western, Our Case Number: 1:19−cv−01996−TWT) (EQACtrk) (sap) (Entered: 05/01/2019) |
| 05/01/2019 | | Submission of 577 MOTION for Order *Establishing Separate Track for Indian Tribal Governments* to District Judge Thomas W. Thrash Jr. (EQACtrk) (sap) (Entered: 05/01/2019) |
| 05/03/2019 | 711 | AMENDED ORDER OPINION AND ORDER GRANTING IN PART AND DENYING IN PART the Defendants' 435 Motion to Dismiss the Financial Institutions' Consolidated Amended Complaint. It is GRANTED as to the Financial Institutions and the Associations. It is DENIED as to the Financial Institution Card Issuers. Signed by Judge Thomas W. Thrash, Jr. on 5/3/2019. (EQACtrk) (sap) (Entered: 05/03/2019) |
| 05/10/2019 | 712 | CONDITIONAL TRANSFER ORDER CTO−39 from the Judicial Panel on Multidistrict Litigation. (Joshpe v. Equifax Information Services LLC from the Southern District of New York, Our Case Number 1:19−cv−03595−TWT) (EQACtrk) (sap) (Entered: 05/13/2019) |
| 05/14/2019 | 713 | NOTICE by Equifax, Inc. *of Potential IntraDistrict Tag−Along Action* (Attachments: # 1 Exhibit Complaint)(EQCCtrk)(Haskins, Sidney) (Entered: 05/14/2019) |
| 05/16/2019 | 714 | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to Produce Documents and Information on Wells Fargo Bank, N.A., Pursuant To Fed. R. Civ. P. 45(a)(4)* (EQACtrk)(Lake, Anthony) (Entered: 05/16/2019) |
| 05/16/2019 | 715 | CERTIFICATE OF SERVICE *of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Wells Fargo Bank, N.A.)* by ALL PLAINTIFFS.(EQACtrk)(Lake, Anthony) (Entered: 05/16/2019) |
| 05/28/2019 | 716 | TRANSCRIPT of the Motion Hearing Proceedings held on December 14, 2018, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Susan C. Baker, Telephone number 404−215−1304. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2019. Redacted Transcript Deadline set for 6/28/2019. Release of Transcript Restriction set for 8/26/2019. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 05/28/2019) |
| 05/29/2019 | 717 | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:18−cv−135−TWT. Signed by Judge Thomas W. Thrash, Jr. on 5/29/2019. (EQACtrk) (sap) (Entered: 05/30/2019) |
| 05/29/2019 | 718 | CONDITIONAL TRANSFER ORDER CTO−40 from the Judicial Panel on Multidistrict Litigation. (Shack v. Equifax, Inc. from the Northern District of Illinois, Our Case Number: 1:19−cv−02527−TWT) (EQACtrk) (sap) (Entered: 05/31/2019) |
| 05/31/2019 | 719 | |

| | | |
|---|---|---|
| | | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:18−cv−1240−TWT. Signed by Judge Thomas W. Thrash, Jr. on 5/31/2019. (EQACtrk) (sap) (Entered: 06/03/2019) |
| 06/04/2019 | 720 | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:18−cv−117−TWT. Signed by Judge Thomas W. Thrash, Jr. on 6/3/2019. (EQACtrk) (sap) (Entered: 06/04/2019) |
| 06/05/2019 | 721 | TRANSCRIPT of the Status Conference Hearing Proceedings held on April 3, 2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. fter that date it may be obtained through PACER. Redaction Request due 6/26/2019. Redacted Transcript Deadline set for 7/8/2019. Release of Transcript Restriction set for 9/3/2019. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 06/05/2019) |
| 06/05/2019 | 724 | CONDITIONAL TRANSFER ORDER (Doc 995) from the Judicial Panel on Multidistrict Litigation. (Luciano v. Equifax Informational Services, LLC from the Eastern District of New York, Our Case Number 1:19−cv−01370−TWT) (EQACtrk) (sap) (Entered: 06/11/2019) |
| 06/07/2019 | 722 | NOTICE by Equifax, Inc. *of Potential Intradistrict Tag−Along Action* (Attachments: # 1 Exhibit A − Simmons v. Equifax Inc. Complaint)(EQCCtrk)(Haskins, Sidney) (Entered: 06/07/2019) |
| 06/11/2019 | 723 | MOTION to Withdraw Sally M. Handmaker as Attorneyby ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Handmaker, Sally) (Entered: 06/11/2019) |
| 06/13/2019 | 725 | ORDER granting 723 Motion to Withdraw Sally M. Handmaker as Attorney. Signed by Judge Thomas W. Thrash, Jr. on 6/13/2019. (EQACtrk) (sap) (Entered: 06/13/2019) |
| 06/17/2019 | 726 | NOTICE of Appearance by Michelle Anne Kisloff, I on behalf of Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. (EQCCtrk)(Kisloff, Michelle) (Entered: 06/17/2019) |
| 06/17/2019 | 727 | NOTICE of Appearance by Adam Cooke on behalf of Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. (EQCCtrk)(Cooke, Adam) (Entered: 06/17/2019) |
| 06/18/2019 | 728 | NOTICE of Change of Address for Ariana J. Tadler, Henry Kelston, and Melissa Ryan Clark, counsel for ANECA Federal Credit Union, ASI Federal Credit Union, Donna Abbott, Melissa Abbott, James Abraham, Paige Abramowitz, Ashley Abramson, Cheyra Acklin−Davis, Russell Acosta, Abby Elliott, Maureen Elliott, Brian Els, Embark Credit Union, Cynthia Jane England, Gina Englert, Christopher Enslow, Carrie L. Entsminger, Johnathan C. Entsminger, Samuel Eppy, Adam Ritterbeck, Deborah Rivas, Cynthia Robbins, Ronann Marie Robello, Georgeanne Roberts, Mollie Marcia Roberts, Nick Rodriguez, Robert Roehl, Robert Roehl, Chad Roofener, Albert Ruscitto, Morgan Rutherford, Matthew Rybak, RODD SANTOMAURO, SELCO Community Credit Union, ROBERTA |

SERAFINE, SHIMON SEROR, DONALD K. SHEARER, SHAYNA
SPIVAK, MELISSA SPOSITI, Alberto Reyes, Maribel X Reyes, Ruth
Reyes, Rebekah Rhodes, Michael Ribons, Cynthia Rice, Anna Rice−Wright,
Julie Richardson, Dan Richmond, Kimberly Richmond, Alexia Chambers,
Susan Chandler, Amanda Chap, Michael Chase, Chaselight, LLC, Val
Chekmazov, Jasmine Chenault, Andrew Cherney, Jack Cherney, Marie
Chinander, Alison Manaher, Justin Edison Manco, Daniel J. Mann, April
Manning, Franklin Manning, Samiya Manning, April Mardock, Imtiaz
Maredia, Mumtaz Maredia, Gary Mares, Alison Moellmer, Chris Mogelberg,
Sakina Mohamedali, Mojo Mama's LLC, Mahri Mollaie, Antonio Barsonda
Monday, Mary Hexter Moneypenny, Montana Credit Union League, Hollie
Moore, Jimmie Moore, Alison Suzanne Tracy, Sharon Tracy, Ryan Treat,
Barbara Trevino, Devenn Triola, Marlo Tuck, Regina Tucker, Patricia Tuel,
Bert Tundidor, Allanna Warren, Mary Warren, Sharonda Warren, Todd
Warren, John Washburn, Washington Gas Light Federal Credit Union, Paul
Waszkelewicz, Jessica Watson, Nicholas Watson, Teri Weatherly, Amanda
Knudson, Matthew Koehler, Patricia A. Koller, James Komperda, Crystal
Koretsky, James Koretsky, Karla Kosack, Eric Krachanus, Scott Kranstuber,
Jessica Krawcyk, Amanda Simpson, Trina Marie Sisk, Jeanne L. Sistek, Sky
Federal Credit Union, Kaethe Skye, Michael Slyne, Valorie Anne Smart,
Amie Smith, Courtney D. Smith, Diana K. Smith, AmySue Taylor, Lauren
Hoffman Taylor, Robin L. Taylor, Jason Tepfenhart, Nicholas Tepfenhart,
Texas First Bank, The Bank of New Hampshire, The First State Bank, The
Mello Group, Inc., The Summit Federal Credit Union, Andrea Friedman,
Todd Fuhrman, MARK GOTTLIEB, Richard Gainey, Valerie Gainey,
Joseph Gallant, Jr, Violet Gallo, Kristen Galloway, Andrew Galpern, Andrea
Shafran, Barbara A. Shafran, Stephen M. Shafran, Jr, Richard Shanken,
Tonya Shanken, Terry Shapiro, Miche' Sharpe, Shayna Sharpe, Dori Shell,
Sharon Shepard, Andrew Sheppe, Valerie Elizabeth Sherriff, Wesley Shultz,
Ametrius V. Sidney, Dustin Sievers, Herschel Sigall, Steven B. Sikes, Luisa
Silvestre, John W. Simmons, II, Meghan Simmons, Andrew W. Thomas,
Emily Thomas, Jennifer Thomas, Brian Thompson, Dwight Thompson, Clint
Thomson, Katherine Timmons, Chris Tinen, Linda Tirelli, Eric Tischler,
Angela Colchin, Matthew Cole, Philip Cole, Shirley M. Cole, Randall
Collins, Robert L Collins, Commonwealth of Puerto Rico, Consumers
Cooperative Credit Union, Thomas Leslie Coogle, Peter Cooke, Anthony
Dimmagio, Brittany Dixon, Jeffrey Warren Dixon, Dan Dodick, Keith W.
Dominick, Barbara J Domino, John Donnelly, Dennis Doolittle, Austin
Bradley Hand, John Handrock, Kyle Hannah, Tom W. Hannon, Tom W.
Hannon, Sarah L. Hardy, Brian Harris, Earl Harris, Jasmine Harris, Bank of
Louisiana, Bank of Ripley, Bank of Zachary, Carol Barber, Eric Barber,
Patrick Barker, John Barone, Sandra Barrett, Alan B. Bassett, Bernard J.
Zweig, Marc Zweig, Peter de Jesus, Bob Helton, Joseph Henderson, Shon
Henderson, Deborah Hendricks, Margaret Henkel, Barbara Hensley, Donald
R. Hensley, Alexander S. Hepburn, Heritage Federal Credit Union, Amber
Hernandez, Brett N.J. Prejean, Steven Robert Prescott, Anthony E. Pryor, Jr,
Jeffrey Pryor, Michael Pugh, Joseph Pugliese, Chiaquitta Purnell−Reid,
Kevin Putegnat, Nydia Putegnat, Putnam Bank, Brian Curtis, D.L. Evans
Bank, CARL DAVID, CHARLES DERR, Brittany S. Dalton, Daniel R.
Dalton, Cady Daughtery, Germany Davis, Jeremy Davis, Olivia Davis, Brian
F. Spector, Joe Spellman, Andre Spencer, Mike Spicer, Richard Spicer,
Richard Spicer, Ryan Spiking, Taylor Sprecher, Scott Sroka, Kurtis St. Clair,

Cade Miller, Dale Miller, David Waterstram Miller, Michael Miller, Wakeelah Miller, Minnesota Credit Union Network, Anthony Mirarchi, Mississippi Credit Union League, Ernesto Mitchel, Robert Mobbs, Carl Williams, Cherie Williams, Chris Williams, Elexis Williams, Julia A. Williams, Justin Williams, Kellie Williams, Martin Williams, Michael Jay Williams, Phillip Williams, Chanel Hudson, Hudson River Community Credit Union, John Huey, Brent Hughes, John Hughes, Robert Hunt, Lola Hunter, Richard Huppert, Christopher Hutchinson, Timothy Hutz, Steven Stonebraker, Theresa Stonebraker, Jenny Storch, Tracey Stough, Luke Strauchman, Victoria Lynn Strutz, Ryan Patrick Studer, Thomas Sullivan, Richard A. Suminski, Chris Brown, Darlene Brown, Diane Brown, LaShawn Brown, Ronald Brown, Tyoka Brumfield, Emil Budilov, Patricia Buhler, Amy M. Burchett, Jody Burgstahler, Christine Coombs, Leo Michael Coombs, Corinne Cooper, Cooperative Credit Union Association, Inc., Donald A. Cordell, Robert Cornett, John Corona, Alejandrina Cortez, Elizabeth Cortez, Joaquin Antonio Cortez, Clifton Ralph Messer, Jr., Geogory Michael Metzgar, Kimberly Joy C. Metzgar, Jody Meyers, Scott Meyers, Thristian Michel, Michigan Credit Union League, Matthew Miles, Angela Lynn Miller, Bradley Miller, Colton Gregory, Eric Griffin, Jennifer Griffin, Lisa Griggs, Joyce M. Grogen, Josh Grossberg, Evelyn Gualandi, Jasmine Guess, Jacob Guillory, Gulf Winds Federal Credit Union, Corree Roofener, Randall K. Roshto, Justin Rothman, Michael Rothman, Allan Rozenzweig, Tanya Michelle Rubio, Tenku Ruff, Kristina Ruidas Bene, Aleida Ruiz, Josh Rupnow, Courtney Finch, Michael Finch, James Findlay, Justin Fiore, Firefly Credit Union, First Castle Federal Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Dale Parson, Barron Partridge, Tom Partridge, Bruce Pascal, Stephanie Patrick, Marvin Allen Patten, Jr., Bridget J. Patton, Richard Paul, Charles Pavesi, Jr, Jodie Pavitt, Dan Alexander, John Alexander, Richard Alexander, Akbar Ali, Poonam Ali, Reesa Ali, Reesa Ali, Jaclyn Allabaugh, Jason Allabaugh, Ben Allanoff, Daniel John Krotine, Angela M. Krout, Olga Kucerak, Hampden Kuhns, Joseph M. Kuss, Christina Kutz, Kyle Kutz, DEBRA LEE, DAVID LINKER, Marc LaGasse, David Fisher, Jr., Kimbra Flanders, Cheminant M. Flitton, Kelly Flood, Shervon Flores, Fond du Lac Band of Lake Superior Chippewa, Terry Ford, Lindsay Elisabeth Fore, Forest Express Properties, LLC, Fort McClellan Credit Union, Deanna Paik, Tanya Palmer, Frank Palumbo, Jeanne Palumbo, Nikolaos C Pantaze, Russell Pantek, Jennifer Parker, Ronald Parker, Hayden D Parkhill, Sean Parrott, Debbie Larkins, Lucia Larocchia, Dianna Larson, Cheryl Lawson, Joan Lawyer, David Le, League of Southeastern Credit Unions & Affiliates, Annie Lee, Ariel Lee, Debra Lee, Deborah Louise Cresswell, Robert F. Crockett, Jr, James A Crossett, Andrew Crow, David Crowe, Tom Crumly, Maria Cristina Cuason, Maricela Cuevas, John L. Cunniff, Gary R. Curran, Jr, Donald Young, Kelly E. Young, Young's Distributing Co., Inc., Scott Youngstrom, Susan Zaletel, Martin Zamora, Victor Zamora, Christopher Zarpas, Constance Zasada, Constance Zasada, Donna Mosley, Mountain West Credit Union Association, Gerald Muhammad, Rochelle Murdock, Shawn Murdock, Kerri Murphy, Kerri Murphy, Leslie C. Murphy, Terry Myers, Sr, Barry Napier, Douglas C. Evans, Janet Evans, Kay Evans, Keymia Evans, Valerie Anita Everly, WESLEY FEEHRER, FNCB Bank, John Facinoli, Jonathan Fail, Ondrea Faillace, Edward Nathan, II, Christina J. Nazario, Mark A. Nazrio, Nebraska

Credit Union League, Michael Nehring, Sean Neilan, Sean Neilan, Pete Nelson, Nevada Credit Union League, New York Credit Union Association, Michael Erickson, Michelle Essary, Robert Etten, Dawn Evans, Eric L Steinmetz, Howard Stephan, Samuel Stephenson, Brian Sternemann, Phyllis Sternemann, David Steufen, Dale F. Stewart, II, Daphne Stewart, Leanne S. Stewart, Brijit Stiles, Garry Randall, Ravalli County Federal Credit Union, Joseph Raynor, Red Cliff Band of Lake Superior Chippewa, Claiborne Reed, Debbie Reinert, Randy Reinert, Brook Reinhard, Keith Reisman, Nicholas Ressetar, Gary Campbell, Kody Campbell, Tammy L. Campbell, Iris Campos, David Caplan, Charles Carlson, Clara Carlson, Robert Carobene, Carolinas Credit Union League, Maria Carr, Gary Unsdorfer, Jane Unsdorfer, MICHELLE A. VIVANZ, Steven M. Vancs, Tom Vasiliadis, Nicolas Velasquez, Kara Vera, Mario Vice, Abraham Vickery, Erica Vickery, Grace Cho, Ethan Chrisman, Tyler Chrisman, Peggy Christen, Cameron Christensen, Jennifer J. Christensen, Zachary A. Christensen, Zane L. Christensen, Alene Ciampitti, City Of Chicago, Peach State Federal Credit Union, James Peacock, Richard Pedroza, Carmen Pellitteri, Justin Peltier, Pennsylvania Credit Union Association, Peoples National Bank, Jose Perez, Grant Avise, Love Morales Ayala, Adrian Michael Azocar, CAROLYN BECKER, BRENDA BIRKETT, DANIEL BLAKE, ALANA M. BRADLEY, FRANK J BRUSH, Jeannie Baggett, Mikayla Dawn Bahnmaier, Halliburton Employees Federal Credit Union, Patrick Halpin, Nosheen T. Hamid, Donald Hamilton, Jesse Hamilton, Sarah Hamilton, Douglas Hammel, Dennis Hammond, Terry Hammond, Angela Hamre, Heather Duenas, Christian Duke, Debbie Duncan, Leigh Dunlap, Joe J. Dunlap, Christopher P. Dunleavy, Franklin Duran, Roy Duran, Wendy Duran, Durand State Bank, Ivy Madsen, Mike Madsen, Patricia Maggiacomo, Timothy Maholm, Matthew Case Mahutga, Peter Maizitis, Victor Mallh, Donald D. Malone, Keeya S. Malone, Debra Maloney, Jackie L. Kier, Shelbi Kilgore, Carolyn Killings, Brenda King, Justin King, Scott Kingsland, Robert Kinsman, Timothy S. Kishel, William Kittredge, Daniel Kittrell, James Carroll Hood, Larry Bentley Hood, Neva Joyce Hood, Dennis A. Hootman, David Horne, Aaron House, Jesse House, John Howard, Rickey L. Howard, Luke Howard−Vesci, Jan Tabish, Caralyn Tada, Isaac Tadros, York Taenzer, Cheryl Tafas, Adam P. Tama, Christopher Tamburello, Christopher Tanks, George W. Tate, Jr, Jeannie L Tate, Jennifer Harris, Robert Harris, Vanuel Harris, Lilliana Harte, Christopher L. Hathaway, Renee Hayes, Darren Haylock, Heartland Credit Union Association, Craig Hebrlee, Darlene Hejny, Jennifer Louise Leyrer, Barron A. Libasci, Julia Lindsay, Margret Linich, Bryan Lipchitz, Jay Loeffel, Mark J. Longrich, Amanda Lots, Yorkman Lowe, Manuel Lucero, Jeremiah Smith, Jimmy Smith, Joshua Smith, Josie Lou Smith, LA' Sohn Smith, Robin Smith, Samuel Smith, Seth Edward Smith, Travis Quintin Smith, Jerry Allen, Chris Allison, Daniel E Almeida, Kimberly Dawn Alvarez, Margaret Amadick, Margaret Amadick, Edwin Jeffrey Amador, Adi Amuial, Christine Anderson, Christine Anderson, Jill Anderson, Keneil Anderson, Patrick Anderson, Rebekah Leann Anderson, Tracey Anderson, Marius Andreica, James Andrews, Phyllis Andrews, Donald Anthony, Shawna Michelle Antrim, JoAnn Hyatt, ICUL Service Corporation, TOMMIE INGRAM, MARK ISACOFF, Nick Ialacci, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Iowa Credit Union League, Joshua Iron Wing, Joann H. Vidmar, Kaia Vilberg, Meredith Villines, Virginia Credit Union League,

Nancy M. Vita, Krista VonWiller, LESLIE WHIPPER, Heather Waitman, Darryl W. Walker, Nicole Walker, Joe Falco, Maria Falco, Paul Falkenberg, Adolpho Farinella, Rahul Faruqi, Ella J. Fausz, Malcolm B Feied, Susan Ferrara, Kayla Ferrel, Financial Health Federal Credit Union, Alexandra Santana, Lea Santello, Rodd Santomauro, Michael Saucier, Michael Schaber, Edward L. Scherer, Maria Schifano, Jennifer C. Schumitsh, Hong Schur, John Kennedy Bailey, Ryan Bailey, Jason Baker, Keri Bakken, Justin Bakko, Jeannie Ball, Jeannie Ball, Jennifer Ball, Jennifer Ball, Samuel Bandoh−Aidoo, John Benavidez, Veronika Benavidez, Devin Xavier Bene, Adam J. Benne, Jamie Benson, Robert Todd Benson, Russ Benson, Patricia M. Benway, Douglas Benz, Karen Bergquist, Joseph Michael Berish, Candice Bethea, Bernice A. Beznoska, Norman J. Beznoska, Jr, Debra Bigler, Emil Bigler, Wayne Biles, Ron Biorn, Brenda Birkett, Michael Bishop, Joseph Clark, Katherine Clark, Meghan Clark, Thurman Bryan Clark, Anthony Clate, Michael C. Clough, Mona Coade−Wingate, Coastal Communications, LLC, Mathew Patterson Coe, Jeffery Scott Coggins, Joseph Creed Kelly, Christopher John Kendall, Hezzie Kendrick, III, David Earl Kert, Gregory Kesden, Adriane Kessler, Kamel Khaddar, Khampha Khamvongsa, Aloha Kier, Judy Diane Brandon, Emily Smith Brannan, Jerad Russell Brannen, Barbara A. Bratton, David H Breen, Mathew M Breen, Pamela A Breen, John L. Brisini, Jr, Desirae Broadhead, Laura Broder, Jus Rev, LLC, Linda Just, JUSTIN KING, ROBERT KOHN, SUSAN KOHN, Kelly Kaczmarek, James M. Kaczmarek, Kademi, LLC, Brian Kaden, Bruce Kalmick, Justin Apathy, Dawn Appel, Michele Renee Archambault, Ronnell Areta, Dean Armstrong, Army Aviation Center Federal Credit Union, Chelsea Arnell, Lynda L. Artino, David Russell Arwood, Avery Ash, Justin O'Dell, O'Dell & O'Neal, P.C., O'Dell Properties, LLC, MICHELLE O'NEILL, Charles O'Neal, Kevin O'Neill, Daniel E. Oberst, Hannah Obradovich, John Ogburn, Pamela Sue Ogden, Katiushka Rebeca Acosta−Smith, Christy Adams, Danika Aday, Sean Knute Adcock, Christopher Agnew, Jackie L Agosto, Imran Ahmed, Alabama Teachers Credit Union, Alcoa Community Federal Credit Union, Catherine Alderman, Kent Toft, Patrick Tomas, Marilyn Tomlin, Michael W. Tomlin, Cole T. Tomlinson, Barbara Torrey, Chris Tosco, Ashley S. Toth, Cody Toth, Jay L. Toubman, Kevin Burgstahler, Kathryn France Butler, Deidra Byas, Courtenay Byrd, Evans Byrd, Gail Byrd, SOLOMON CHEHEBAR, Brian A. Cadwallader, Jose Calderon, California Credit Union League, Kim Wolfe, George Wolff, Stephanie L. Wong, Cassey−Jo Wood, David Wood, Joshua Woods, Samantha Woods, James R. Wright, Valencia Wright, William L. Wright, Kyle McClure, Andrew McDowell, James McGonnigal, William Thomas McHenry, Mary McHill, Maggie McKinney, Edward Dean McShan, II, Edward Dean McShan, Alyssa Mcardle, Jennifer A. Meachum, Lakunta Ashford, Mark Ashley, Association of Vermont Credit Unions, Inc., Gary Asti, Timothy Astor, Jose Atiles, Ashlie Atkinson, Atlantic City Federal Credit Union, Michelle E. Austin, Aventa Credit Union, Larry Newcomer, Jeff Newkirk, Linda Newsome, Tien Phi Nguyen, Jerry Nielson, Michelle Nielson, Glenntavius Nolan, Dana James Normoyle, Sharon Normoyle, Destinni Norris, Lou Marino, Darin Marion, Stacy Markowitz, Paul Marrs, Tammie Marrs, Christina Martell, Daniel Martin, Drew Martin, James Martin, Sean J. Martin, MD/DC Credit Union Association, BRYAN MINKA, JACQUELINE MINKA, Carl Maar, John MacInnis, Jane Guzi Macedonia, Tanya Mack, Timothy Mack, Belinda Mackey, Jack Mackleer, MICHAEL

SPOSITI, Jennifer Saavedra, Jennifer Saavedra, Melvin Safford, II, Alejandro Salinas, Eileen Sue Samilow, Nida Samson, Patricia Samuelson, Gustavo Carlo Sanchez, Laura Sander, Marilyn Bledsoe, Matthew Bledsoe, Joseph Gershon Blieberg, Carson Block, Kristine Bobbitt, Earl Bolen, Sabina Bologna, John M Boothe, Tim Borland, Emily Bosak, Marilyn Dorsey, Trevor Dorsey, Elizabeth Dorssom, Eileen Doten, Maura Dowgin, Andrew Dremak, Christopher S. Drugan, K'acia Drummer, Nancy Dublin, Mark A. Dudas, Mark Carr, Shawnette Carter, Randolph Jefferson Cary, III, Ashley Cashon, Ashley Cashon, James A Cederdahl, Miriam Cejas, Christopher Chaffin, Elizabeth Chakan, Dawn Lea Chalmers, Melinda Pettery, James A. Pfaff, Michelle Phillips, Pierce N Tell of Sarasota, LLC, Alvin Pierre, Mercedes Pillette, Pinnacle Bancorp, Krista Pino, Jason Pippin, Anthony Sabastian Pitarra, Michael Herrmann, Kory Hershkowitz, Solomon Hesney, Christopher Highfield, Zacariah Hildenbrand, Catrice Hill, Kazembe Hill, Layne A. K. Hill, William Hill, Walter Hinck, Michael Irwin, Krista Itzhak, Kashmir A. Jackson, Marlon Jackson, Gary Jaetzold, Alexis Budinas Janusz, Glenn Jaspers, Jelli Donuts, LLC, Tammy Jett, Michael Moore, Diane S. Moore, John Morgan, Julie Morgan, Sharon Morgan, William Moriarty, Charles Morin, Susan Morin, Jason Morris, Bonnie Morvin, Michael Norris, Wayne Norris, Gloria Noster, Russell A. Noster, Craig Nowinsky, Numark Credit Union, Paul Nuosci, Jerry Nutt, Kevin O'Brien, Sarah O'Brien, Michael Steven Orloff, Edward Osborne, Sharon Suzanne Oselin, Paul Ostoya, Oteen VA Federal Credit Union, Brian M. Owens, ROBERT PACELLI, Anna Pacheco, Juan Pacheco, John J. Pagliarulo, Michelle Marie LaMontagne, Sheneda Laforest, Douglas Laktonen, Ellen Lamb, Owen Lamb, Dan Lang, Michael R. Lanigan, Alain Lapter, Ana Lapter, Robert W. Larkin, Jr, Milo Gene Kartchner, Sr, Tamara Ann Kartchner, Benjamin Katz, Josef Katz, Leslie Katz, Carol L. Kauffman, Paul R. Kauffman, Simon Kaufman, Victoria Kealy, Michael S. Keenan, Monique Dela Cruz, Melissa Derby, Melissa Derby, Jaime Lea Derderian, Imtiyaz Dhuka, Abuzar Dhukka, John A. DiMichele, Douglas Diamond, Ernesto Diaz, Johann Manuel Diaz, Nancy Gauger, James A. Gay, Andrew C. Geller, Jody L. Geller, Gerber Federal Credit Union, Joshua Gerstein, Ehud Gersten, Robert Gibbs, Robin Gibson, Troy K. Gibson, Natalie Quagliani, Barbara Queenen, ASHLEY R. RICH, Rafco, LLC, Sheena Raffin, Kevin W. Rainbolt, Sanjay Kumar Rajput, Horace C. Ramey, Jonathan Ramirez, Mark Ramsay, Nathan P. Hirst, James Hogan, Charles Hogencamp, Mark Holan, Leonard Phillip Holguin, Sonia Holley, Angel Holloway, Kathleen Holly, M. Justin Holoman, Robert Honanian, Nathan Turner, Trevor Turner, Paul Turok, Jennifer Tweeddale, Elizabeth Twitchell, Lisa Tyree, UMassFive College Federal Credit Union, Stacey J. P. Ullman, University of Louisiana Federal Credit Union, University of Louisiana Federal Credit Union, Ohio Credit Union League, Steve Ojeda, Andrea Oldja, Paul Oldja, Dana Oleson, Lisa Olivo, Dana Olson, Kyle Olson, One Cent Lane, LLC, Mel Orchard, III, Oshik Perez, Dallas Perkins, Monica Rae Perkins, Deborah Person, Donald Person, Greg Pesek, Christopher Peters, Kenneth Peterson, Parry Petroplus, Andrea E. Petrungaro, Pamela R. Bassett, Karen Baswell, David Batten, Derek Baumgardner, Patricia Baxter, Leon Beard, Bernadette Beekman, Matthew Belden, Lawrence R Belfon, Jaclyn Belland, Patricia A. Walker, Retha Pearl Walker, Ann Marie Walsh, Daniel Walsh, James Walters, Bristol Ward, Craig Ward, Christopher Ware, Oliver Jr. Ware, Jerome Warner, Patrick Davis, Laura J. Davison, Terry Davison, Dianna Davitz, Tammy

Tonette De Ville, Donna DeConcini, Daniel DeMarco, Jr, Jennifer Pascucci DeMarco, Linda DeVore, Isabel Holguin Decker, Paul William Bishop, Roy Bishop, Roy Bishop, Avi Joshua Bitton, James A. Black, Petre Fiona Black, Chevera Blakemore, Christine L. Blauvelt, Jeanette Ann Bleckley, Kathryn Bledsoe, Porsha Smith−Norwood, Matthew Snell, Akop Sogomonyan, Lauren Solin, Glenn Allen Solomon, Anna Solorio, South Florida Federal Credit Union, South Florida Federal Credit Union, Southwest Louisiana Credit Union, Sharon Souza, Ralph Leigh, Daniel Lenczewski, Nancy G. Lenczewski, Clarence Lester, Karen Lester, Edward Levin, Jr., Stephen M. Levine, David Levy, John Lewis, Jon M. Lewis, Richard Poligan, David Pollack, Brandy Poole, Charles Millard Porter, Robin D. Porter, William R. Porter, Daniel Powell, Cassandra Powers, Douglas Ivan Powers, Gloria Jean Powers, Rita Joyce Pitarra, Leo Placencia, III, Lorraine Plante, Stephen Plante, Christina Platt, Diane Platts, Thomas W. Pleasant, Justin Poarch, Lori Pobiner, Gregg Podalsky, Robert Wickens, Gary Wilens, Debbie Wiley, Erin Wilhite, George W Wilhite, Jay Travis Wilhite, Todd R Wilhite, Sara E. Wilkerson−Klopfenstein, Kirby Wilkins, Alfredo Williams, Rodney Williams, Thomas A. Williams, Cory Eugene Wilson, Danial Wilson, Juliette Ann Wiltz, Steven Wininger, Wisconsin Credit Union League, Jennifer Wise, Richard Wittenberg, Michael Wolf, Roshunda Gulley, Amanda Gurtis, Julia Gutierrez, Elio Guzman, Mallory E. Haddon, Jade Haileselassie, Jade Haileselassie, Ricky Lee Hale, Angela Michelle Hall, Ashley Miranda Hall, Rueben Grajeda, Denise Carter Gray, Greater Cincinnati Credit Union, Emily Green, Latosha Green, Sherry Green, Mary Greenlee, Jennifer Greenwald, Thomas Greenwood, Thomas Greenwood, Sean Bosak, Samuel Boundy, Rodney Boyer−Rainwater, Daniel Bozin, William L. Brachat, Mary Bradley, Sherri Vernetta Bradley, Valencia Vee Bradley, Michael Branch, Shenna Gifford, Lisa Gladwell, Asha Goldweber, Rosemary Gonzalez, Zachary Goodale, Laura J. Goode, Jennifer Goodman, Michael Gottesman, Nicole Grafton, St. Croix Chippewa Indians of Wisconsin, Reevney St. Luc, Nancy Stabell, Justin Stabenow, Megan Staker, Vera Standish, Tyler Stanfield, Summer Nicole Starbuck, State Employees Federal Credit Union, Steven B. Stein, Summit Credit Union, Suncoast Credit Union, Marty Super, Superior Services Investment Group, LLC, Cheryl Sutkaytis, Steven Sutkaytis, Mildred Sutton, Michael J. Syrowski, Elisabeta Szekely, Gene Tabish, Craig Maxwell, Paula Mayweather, Blake McBride, Margaret McCable, Richard McCall, Alexander McCalla, Antonietta McCann, Raymond McCartney, Morgan McClung, Telesforo Jimenez, Greg Johns, Aaron M Johnson, Angela Melton Johnson, Dawn Johnson, Elvis A. Johnson, Ernestine Johnson, Jessica Johnson, Lisa C Johnson, Rodney H Johnson, Teresa Sue Martin, William Marvin Martin, Jr, Martin's Auto Repair, Anna Martinez, Gary Martinez, Jacqueline Martinez, Carlos Martinho, Dori M. Mashburn, Bruce Mattock, Bruce Mattock, Terra Weaver, Roger Weist, David Weloth, Barbara Westbrook, Kaitlin Whitcomb, Amanda Janaye White, Carolyn White, David White, Jennifer Whitfill, Richard Whittington, Terry Lunkvitz, Alexandra Elizabeth Lynch, Alicia Lynch, Reagan Lynch, Kathleen Lyons, PETER MALVASI, ABRAHAM MANOPLA, EVELYN MANOPLA, FORTUNA MANOPLA, LILIAN MANOPLA, Terry Mead, Suzanne Meade, Lisa Melegari, Jason Melrath, Julia Mendoza, Nicci Mendoza, Zandra Mendoza, Allan Menzer, Brooke Merino, Jennifer Mertlich, Theodore Zasada, Theodore Zasada, Brooke Zaugg, Jared Zaugg, Mark Zelakowski, Mark Zeleznick, Nicole Zeleznick, Kurt Zende, Lily Zhou, Mary L. Zribi, Theresa

| | | M. Galpin, Frederick Gardner, Nikki−Lynn Gardner, James M. Garrity, Blair Garthright, Charles Gastineau, James Gates, Matthew Gates, Andrew Gauger, Nancy Gauger, Tiffany Fossett, John Fralick, Larry Frank, Patricia Frank, Karen Franklin, Michael Franklin, Tawanda Frazier, Randi Freeman, James Freeman−Hargis, Albert Louis Fried, Timothy Durham, Joanne Durrang, Keisha Dykes, William M. Eames, Jonathon Earl, John Eastman, Katherine Edwards, Atir Edwin, Karl Gordon Eikost, Elements Financial Federal Credit Union, W. Craig Schur, Anthony Scott, SeaComm Federal Credit Union, Jeff Seiter, Julianne Sekiya, Derek Selders, Services Credit Union, Seven Seventeen Credit Union, Angela Seymore, Omar Seymore, Walter Johnson, Jr., Heather Johnston, Jonah Bank of Wyoming, Beronica Jones, Frances Jones, Lisa Niambi Jones, Henan Louis Joof, Christine Jorge, Scott Josefsberg, David Jungali, Walter Kivlan, Jerry Klavans, Pamela Klein, Steve Klein, Brandon J. Klopfenstein, Michael P. Kloss, Lara Knebel, Terrance Knepper, Emily Knowles, William Knudsen, Wright−Patt Credit Union, Mitchell Wyatt, Rae Wyckoff, Brenda Kay Wygal, Edward Wygal, Kyoko Yamamoto, David H. Yoder, Joe Yoder, Kenneth Yoeckel, Bridgette Young, Yulissa Cortez, Joseph T. Coughlin, Brian Cox, Jessica Cox, Mary Coyne, Tonya M. Coyne, Bridget Craney, Credit Union League Of Connecticut, Credit Union National Association, Aura Crespo (EQACtrk)(Clark, Melissa) Modified on 6/19/2019 (sap). (Entered: 06/18/2019) |
| 06/27/2019 | 729 | ORDER directing the Clerk to administratively close the individual pro se civil action number 1:18−cv−2044−TWT related to this MDL action. Signed by Judge Thomas W. Thrash, Jr. on 6/27/19. (EQACtrk)(ddm) (Entered: 06/28/2019) |
| 06/28/2019 | 730 | NOTICE of Hearing: A status conference with lead counsel and liaison counsel in the above−referenced Equifax cases is scheduled for **Monday, July 29, 2019 at 3:00 p.m.** in Courtroom 2108 before Judge Thomas W. Thrash, Jr. (See Notice for full details.) Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT(EQFItrk)(cmd) (Entered: 06/28/2019) |
| 07/02/2019 | 731 | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:19−cv−1996−TWT. Signed by Judge Thomas W. Thrash, Jr. on 7/2/2019. (EQACtrk) (sap) (Entered: 07/03/2019) |
| 07/03/2019 | 732 | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM on 7/29/2019 at 3:00 p.m. as to Joe Guglielmo and Gary Lynch. Signed by Judge Thomas W. Thrash, Jr. on 7/3/2019. (EQFItrk)(cmd) (Entered: 07/03/2019) |
| 07/09/2019 | 733 | CONDITIONAL TRANSFER ORDER CTO−42 from the Judicial Panel on Multidistrict Litigation. (Eustice v. Equifax Inc from the Southern District of Texas, Our Case Number 1:19−cv−03128−TWT) (EQACtrk) (sap) (Entered: 07/09/2019) |
| 07/10/2019 | 734 | TRANSCRIPT of the Status Conference Hearing Proceedings held on June 12, 2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through |

| | | |
|---|---|---|
| | | the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/31/2019. Redacted Transcript Deadline set for 8/12/2019. Release of Transcript Restriction set for 10/8/2019. (Attachments: # 1 Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 07/10/2019) |
| 07/11/2019 | 735 | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM on 7/29/2019 at 3:00 p.m. as to Kyle G. Bates and Peter B. Schneider. Signed by Judge Thomas W. Thrash, Jr. on 7/11/2019. (EQFItrk)(cmd) (Entered: 07/11/2019) |
| 07/11/2019 | 736 | ORDER ADMINISTRATIVELY CLOSING all the individual pro se civil actions related to this MDL action listed in the Order. Signed by Judge Thomas W. Thrash, Jr. on 7/10/2019. (EQACtrk) (sap) (Entered: 07/11/2019) |
| 07/18/2019 | 737 | Unopposed MOTION for Extension of Time File Response in Opposition re: 648 MOTION to Amend by Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Haskins, Sidney) (Entered: 07/18/2019) |
| 07/18/2019 | 738 | NOTICE of Appearance by Edith Ramirez on behalf of Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. (EQCCtrk)(Ramirez, Edith) (Entered: 07/18/2019) |
| 07/22/2019 | 739 | MOTION for Order *to Direct Notice of Proposed Settlement to the Class* with Brief In Support by ALL PLAINTIFFS. (Attachments: # 1 Brief Plaintiffs' Memorandum in Support of Their Motion to Direct Notice of Proposed Settlement, # 2 Exhibit 1: Settlement Agreement and Release, # 3 Exhibit 2: Proposed Order Directing Notice, # 4 Exhibit 3: Declaration of Class Counsel, # 5 Exhibit 4: Declaration of Jim Messina, Signal Interactive Media, LLC, # 6 Exhibit 5: Declaration of Jennifer M. Keough, JND Legal Administration, LLC, # 7 Exhibit 6: Declaration of Mary Frantz, # 8 Exhibit 7: Declaration of James Van Dyke, # 9 Exhibit 8: Declaration of Hon. Layn Phillips (Ret.))(EQCCtrk)(Barnes, Roy) (Entered: 07/22/2019) |
| 07/22/2019 | | NOTICE of Hearing on Motion re: 739 MOTION for Order *to Direct Notice of Proposed Settlement to the Class.* Motion Hearing set for 7/22/2019 at 11:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. (EQCCtrk) (cmd) (Entered: 07/22/2019) |
| 07/22/2019 | 740 | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM on 7/22/2019 at 11:00 a.m. as to Amy Keller and Norman Siegel. Signed by Judge Thomas W. Thrash, Jr. on 7/22/2019. (EQCCtrk) (cmd) (Entered: 07/22/2019) |
| 07/22/2019 | 741 | ORDER GRANTING 737 Unopposed Motion for Extension of Time to respond to the 648 MOTION for Leave to Amend. Defendants shall file their response on or before 7/29/2019. The Financial Institution Plaintiffs may file a reply on or before 9/6/2019. Signed by Judge Thomas W. Thrash, Jr. on 7/22/2019. (EQFItrk)(cmd) (Entered: 07/22/2019) |
| 07/22/2019 | 742 | ORDER DIRECTING NOTICE: Deadline for Defendant to disseminate CAFA notices isAugust 1, 2019, Deadline for Defendant to provide settlement class list to settlement administrator is July 27, 2019, the Notice due date is September 20, 2019, Deadline to file Class Counsel's motion for |

| | | |
|---|---|---|
| | | attorneys' fees, costs, expenses and service awards is October 29, 2019, Deadline for Class Counsel to file motion for final approval of settlement and responses to any timely submitted settlement class member objections is December 5, 2019, the Objection and Opt−out deadline is November 19, 2019, the Initial claims deadline is January 22, 2020, and the Extended claims deadline is January 22, 2024. An Approval Hearing is SCHEDULED to take place before the Court on December 19, 2019, at 10 a.m. in Courtroom 2108 of the United States District Court. Signed by Judge Thomas W. Thrash, Jr. on 7/22/2019. (EQCCtrk) (sap) (Entered: 07/22/2019) |
| 07/22/2019 | 767 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: MOTION HEARING held on 7/22/2019 re Counsel's request to preliminarily approve the proposed class action settlement and Plaintiffs' (739 in 1:17−md−02800−TWT) Motion for Order to Direct Notice of Proposed Settlement to the Class. The Court preliminarily approved the proposed class action settlement and ordered notice be given to the class members. The Court approved the proposed notice plan and settlement administration process. Final approval hearing scheduled for December 19th, 2019 at 10:00 a.m. (Associated Cases: 1:17−md−02800−TWT, 1:19−cv−03297−TWT, 1:19−cv−03300−TWT) (Court Reporter Diane Peede) (EQCCtrk) (sap) (Entered: 07/24/2019) |
| 07/24/2019 | 743 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by ALL PLAINTIFFS *to AT&T Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 744 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ALL PLAINTIFFS *to AT&T Mobility, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 745 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ALL PLAINTIFFS *to Bank of America Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 746 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ALL PLAINTIFFS *to Bank of America a/k/a Bank of America National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 747 | NOTICE Of Filing Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ALL PLAINTIFFS *to Comcast Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 748 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Consumer Data Industry Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 749 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Consumer Financial Protection Bureau* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |

| 07/24/2019 | 750 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Epiq Class Action & Claims Solutions, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 751 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Experian Information Solutions* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 752 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Fidelity Information Services, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 753 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Fidelity National Card Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 754 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to McGinn & Company* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 755 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to MeridianLink, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 756 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to MicroBilt Merchant Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 757 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to MicroBilt Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 758 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to PCI Security Standards Council, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 759 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Rapid7, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 760 | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to RSA Security, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 761 | | |

| | | |
|---|---|---|
| | | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Security Metrics, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 762 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Sitel Operating Corporation f/k/a Logic Operating Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 763 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Sprint Corporation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 764 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to TMobile* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 765 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to The Apache Software Foundation* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 766 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to The R Group Public Relations Company, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 768 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Trans Union, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 769 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *Cellco Partnership d/b/a Verizon Wireless* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 770 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Verizon Communications, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/24/2019 | 771 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by Financial Institution Plaintiffs by ANECA Federal Credit Union *to Verizon Wireless Services, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 07/24/2019) |
| 07/25/2019 | 773 | FINAL JUDGMENT AND PERMANENT INJUNCTION. Signed by Judge Thomas W. Thrash, Jr. on 7/25/2019. (Associated Cases: 1:17−md−02800−TWT and 1:18−cv−05611−TWT) (EQACtrk) (sap) (Entered: 07/26/2019) |

| 07/26/2019 | <u>772</u> | | TRANSCRIPT of the Motion Hearing Proceedings held on July 22, 2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2019. Redacted Transcript Deadline set for 8/26/2019. Release of Transcript Restriction set for 10/24/2019. (Attachments: # <u>1</u> Notice of Filing of Official Transcript) (EQCCtrk)(kac) (Entered: 07/26/2019) |
| 07/29/2019 | <u>774</u> | | RESPONSE in Opposition re <u>648</u> MOTION to Amend filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # <u>1</u> Exhibit 1 − First Choice Federal Credit Union v. Equifax Complaint)(EQFItrk)(Balser, David) (Entered: 07/29/2019) |
| 07/29/2019 | <u>783</u> | | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: Status Conference held on 7/29/2019. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, and 1:18−cv−00317−TWT) (Court Reporter Diane Peede) (EQFItrk) (sap) (Entered: 08/05/2019) |
| 07/30/2019 | <u>775</u> | | TRANSCRIPT of Proceedings held on 7/29/19 (Status Conf), before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/20/2019. Redacted Transcript Deadline set for 8/30/2019. Release of Transcript Restriction set for 10/28/2019. (Attachments: # <u>1</u> Notice of Filing Transcript) (EQACtrk)(pjm) (Additional attachment(s) added on 7/30/2019: # <u>2</u> Correct Transcript, # <u>3</u> Correct NFT) (pjm). (Entered: 07/30/2019) |
| 07/30/2019 | <u>782</u> | | Sealed Entry. (EQCCtrk) (sap) (sap). (Entered: 08/05/2019) |
| 07/31/2019 | <u>776</u> | | TRANSCRIPT of an Excerpt (the Court's ruling) of a Telephone Conference Hearing Proceedings held on July 30, 2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/21/2019. Redacted Transcript Deadline set for 9/3/2019. Release of Transcript Restriction set for 10/29/2019. (Attachments: # <u>1</u> Notice of Filing of Official Transcript) (EQCCtrk)(kac) Modified on 7/31/2019 (cmd). Modified on 8/5/2019 per the <u>781</u> Order (sap). Modified on 5/8/2020 to unseal pursuant to <u>1091</u> Order. (kt) (Entered: 07/31/2019) |
| 07/31/2019 | <u>777</u> | | TRANSCRIPT of Proceedings held on 7/30/19 (Excerpt of Tele Conf), before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be |

| | | |
|---|---|---|
| | | found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/21/2019. Redacted Transcript Deadline set for 9/3/2019. Release of Transcript Restriction set for 10/29/2019. (Attachments: # 1 Notice of Filing Transcript) (EQACtrk)(pjm) Modified on 7/31/2019 (cmd). Modified on 8/5/2019 per the 781 Order (sap). Modified on 5/11/2020 unsealed re: 1091 order (kt). (Entered: 07/31/2019) |
| 07/31/2019 | 787 | TRANSFER ORDER (Doc 1015) from the Judicial Panel on Multidistrict Litigation. (Joshpe v. Equifax Information Services LLC from Southern District of New York) (EQACtrk) (sap) (Entered: 08/08/2019) |
| 08/01/2019 | 778 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by ANECA Federal Credit Union *to Capital One Bank (USA) National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 08/01/2019) |
| 08/01/2019 | 779 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by ANECA Federal Credit Union *to Jack Henry & Associates* (EQACtrk)(Gibson, MaryBeth) (Entered: 08/01/2019) |
| 08/01/2019 | 780 | NOTICE Of Filing Financial Institution Plaintiffs' Notice of Withdrawal of Subpoena Duces Tecum Without Prejudice by ANECA Federal Credit Union *to Wells Fargo Bank, National Association, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 08/01/2019) |
| 08/02/2019 | 781 | CONSENT ORDER − This cause is before the Court on the Parties' request to seal the transcript of the telephonic conference hearing held on July 30, 2019 ("Proceedings"). For good cause, the request is GRANTED. The entire transcript of the Proceedings, in addition to the corresponding minute entries at Dkt. Nos. 776 and 777 , shall be SEALED. Signed by Judge Thomas W. Thrash, Jr. on 8/2/2019. (EQCCtrk)(tcc) (Entered: 08/02/2019) |
| 08/06/2019 | 784 | ORDER denying 385 Motion for Order Establishing Separate Track for Governmental Enforcement Actions. Signed by Judge Thomas W. Thrash, Jr. on 8/5/2019. (EQACtrk) (sap) (Entered: 08/06/2019) |
| 08/06/2019 | 785 | ORDER denying 577 Motion for Order Establishing Separate Track for Indian Tribal Governments. Signed by Judge Thomas W. Thrash, Jr. on 8/5/2019. (EQACtrk) (sap) (Entered: 08/06/2019) |
| 08/06/2019 | 789 | MOTION for Order Setting Deadline to Pay Settlement Fee to Petitioning Parties by Peter J. LaBreck, Elizabeth M. Simons, Gregory A. Simons, Joshua D. Simons. (EQCCtrk) (sap) (Entered: 08/09/2019) |
| 08/07/2019 | 786 | NOTICE by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. *of Compliance With Class Action Fairness Act of 2005* (Attachments: # 1 Exhibit 1 − Declaration of David L. Balser Regarding Service of Notice Under Class Action Fairness Act of 2005)(EQCCtrk)(Balser, David) (Entered: 08/07/2019) |
| 08/07/2019 | 788 | |

| | | |
|---|---|---|
| | | CONDITIONAL TRANSFER ORDER CTO−43 from the Judicial Panel on Multidistrict Litigation. (Debo v. Equifax Credit Information Services, Inc. from District of Minnesota, Our Case Number 1:19−cv−03594−TWT) (EQACtrk) (sap) (Entered: 08/08/2019) |
| 08/09/2019 | 790 | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:19−cv−1383−TWT. Signed by Judge Thomas W. Thrash, Jr. on 8/8/2019. (EQACtrk) (sap) (Entered: 08/09/2019) |
| 08/12/2019 | 791 | NOTICE Of Filing Letter to Judge Thrash regarding Equifax's assertion of privilege over documents given to Mr. Graeme Payne by Equifax's counsel by ALL PLAINTIFFS re 624 Objection (Attachments: # 1 Exhibit A − Email)(EQFItrk)(Guglielmo, Joseph) (Entered: 08/12/2019) |
| 08/12/2019 | 792 | NOTICE of Filing Letter to Judge Thrash regarding Equifax's establishment of a restricted "Reading Room" for documents designated as "sensitive" produced to Plaintiffs by ALL PLAINTIFFS (EQFItrk)(Guglielmo, Joseph) (Entered: 08/12/2019) |
| 08/14/2019 | 793 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Evalon, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 08/14/2019) |
| 08/14/2019 | 794 | NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Tata Consulting Services* (EQACtrk)(Gibson, MaryBeth) (Entered: 08/14/2019) |
| 08/14/2019 | 795 | (DUPLICATE ENTRY OF 794 ) NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Tata Consulting Services* (EQACtrk)(Gibson, MaryBeth) Modified on 8/15/2019 (sap). (Entered: 08/14/2019) |
| 08/14/2019 | 796 | (DUPLICATE ENTRY OF 793 ) NOTICE by ALL PLAINTIFFS *of Service of Preservation Subpoena to be Issued to Evalon, Inc.* (EQACtrk)(Gibson, MaryBeth) Modified on 8/15/2019 (sap). (Entered: 08/14/2019) |
| 08/15/2019 | 797 | NOTICE by ALL PLAINTIFFS *Notice of Subpoena to be Issued to JP Morgan Chase Bank, National Association* (EQACtrk)(Gibson, MaryBeth) (Entered: 08/15/2019) |
| 08/20/2019 | 798 | MOTION to Withdraw JASON SCOTT KANTERMAN as Attorneyby MARK ISACOFF, ROBERT KOHN, Susan Kohn. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(KANTERMAN, JASON) (Entered: 08/20/2019) |
| 08/21/2019 | 800 | CONDITIONAL TRANSFER ORDER CTO−45 from the Judicial Panel on Multidistrict Litigation. (Silva v. Equifax, Inc. from District of Hawaii, Our Case Number 1:19−cv−03825−TWT and Khalaf v. Equifax Inc. et al from New York Southern, Our Case Number 1:19−cv−03830−TWT). (EQACtrk) (sap) (Entered: 08/23/2019) |
| 08/22/2019 | 799 | RESPONSE re 789 MOTION for Order Setting Deadline to Pay Settlement Fee to Petitioning Parties filed by ALL PLAINTIFFS. (EQACtrk)(Canfield, Kenneth) (Entered: 08/22/2019) |
| 08/27/2019 | 801 | PROPOSED ORDER Case Management Order No. 6. (EQFItrk)(Balser, David) (Entered: 08/27/2019) |

| | | | |
|---|---|---|---|
| 08/28/2019 | 802 | | CASE MANAGEMENT ORDER NO. 6 (Financial Institutions Track). Signed by Judge Thomas W. Thrash, Jr. on 8/28/2019. (EQFItrk) (sap) (Entered: 08/29/2019) |
| 08/29/2019 | 803 | | PROPOSED ORDER Coordinated Discovery Order. (EQACtrk)(Balser, David) (Entered: 08/29/2019) |
| 08/30/2019 | 804 | | Sealed Entry. (EQCCtrk) (sap) (sap). (Entered: 09/03/2019) |
| 09/03/2019 | 805 | | MOTION for Reconsideration re 784 Order on Motion for Order with Brief In Support by City Of Chicago. (Attachments: # 1 Brief Memorandum in Support of Motion for Reconsideration, # 2 Exhibit Exhibit 1—Chicago v. Uber, # 3 Exhibit Exhibit 2—Certificate of Conference)(EQACtrk)(Kane, Stephen) (Entered: 09/03/2019) |
| 09/03/2019 | 810 | | Letter re Exclusion (Opt Out) Request from Joyce Lee Hill (EQCCtrk) (sap) (Entered: 09/06/2019) |
| 09/03/2019 | 811 | | Letter re Exclusion (Opt Out) Request from Tommy Edward Hill (EQCCtrk) (sap) (Entered: 09/06/2019) |
| 09/04/2019 | 806 | | COORDINATED DISCOVERY ORDER. Signed by Judge Thomas W. Thrash, Jr. on 8/30/2019. (Associated Cases: 1:17−md−02800−TWT and 1:17−cv−03463−TWT) (EQACtrk) (sap) (Entered: 09/04/2019) |
| 09/04/2019 | 809 | | CONDITIONAL TRANSFER ORDER CTO−47 from the Judicial Panel on Multidistrict Litigation. (MartinMichael Ventress v. Equifax, Inc. from California Central, Our Case Number 1:19−cv−03968−TWT) (EQCCtrk) (sap) (Entered: 09/06/2019) |
| 09/05/2019 | 813 | | RESPONSE in Opposition re 739 MOTION for Order *to Direct Notice of Proposed Settlement to the Class* filed by Shiyang Huang. (EQCCtrk) (sap). (Entered: 09/06/2019) |
| 09/06/2019 | 807 | | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:19−cv−3968−TWT. Signed by Judge Thomas W. Thrash, Jr. on 9/5/2019. (EQCCtrk) (sap) (Entered: 09/06/2019) |
| 09/06/2019 | 808 | | Sealed entry. (EQCCtrk) (jdb) (Entered: 09/06/2019) |
| 09/06/2019 | 812 | | (SEALED) TRANSCRIPT of Proceedings (Telephone Status Conference) held on August 30, 2019, before Judge Thomas W. Thrash, Jr.. Court Reporter/Transcriber Diane Peede. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/27/2019. Redacted Transcript Deadline set for 10/7/2019. Release of Transcript Restriction set for 12/5/2019. (EQCCtrk)(sap) (Entered: 09/06/2019) |
| 09/06/2019 | 814 | | REPLY to Response to Motion re 648 MOTION to Amend *Financial Institution Plaintiffs' [Proposed] Second Amended Consolidated Complaint* filed by ASI Federal Credit Union, Washington Gas Light Federal Credit Union, Texas First Bank, The First State Bank, The Summit Federal Credit |

| | | |
|---|---|---|
| | | Union, Consumers Cooperative Credit Union, D.L. Evans Bank, Peach State Federal Credit Union, First Financial Credit Union, Virginia Credit Union League, Financial Health Federal Credit Union, New York Credit Union Association, Hudson River Community Credit Union, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, Credit Union National Association. (EQFItrk)(Guglielmo, Joseph) (Entered: 09/06/2019) |
| 09/06/2019 | 815 | NOTICE of Change of Address for Ben Barnow, Erich Paul Schork, Anthony Lee Parkhill, Marius Andreica, Derek Baumgardner, Tim Borland, Jamie Benson, Russ Benson,Val Chekmazov, Peter Cooke, Michael Erickson, Emily Green, Walter Hinck, Kathleen Holly, Joshua Iron Wing, Gary Jaetzold, Patricia A. Koller, Margaret McCable, Daniel E. Oberst, James Peacock, Richard Poligian, Chad Roofener, Corree Roofener, Elisabeta Szekely, Kellie Williams, and Michael Jay Williams, counsel for Val Chekmazov, Peter Cooke, Margaret McCable, James Peacock, Kellie Williams, Michael Jay Williams, Chris Brown, Michael Erickson, Joshua Iron Wing, Gary Jaetzold, Marius Andreica, Jamie Benson, Russ Benson, Daniel E. Oberst, Walter Hinck, Patricia A. Koller, Kathleen Holly, Derek Baumgardner, Chad Roofener, Corree Roofener, Emily Green, Richard Poligian, Elisabeta Szekely (EQCCtrk)(Barnow, Ben) Modified on 9/9/2019 (sap). (Entered: 09/06/2019) |
| 09/09/2019 | | Submission of 648 MOTION to Amend, 789 MOTION for Order Setting Deadline to Pay Settlement Fee to Petitioning Parties, and 798 MOTION to Withdraw JASON SCOTT KANTERMAN as Attorney to District Judge Thomas W. Thrash Jr. (EQFItrk) (sap) (Entered: 09/09/2019) |
| 09/10/2019 | 817 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER 46 from the Judicial Panel on Multidistrict Litigation. (Carpenter et al v. Equifax Information Services, LLC et al from the District of Minnesota, Our Case Number 1:19−cv−04242−TWT) (EQCCtrk) (sap) (Entered: 09/12/2019) |
| 09/12/2019 | 816 | Amended JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by ALL PLAINTIFFS. (EQFItrk)(Guglielmo, Joseph) (Entered: 09/12/2019) |
| 09/12/2019 | 818 | Joint MOTION To Set Deadlines 805 MOTION for Reconsideration re 784 Order on Motion for Order by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Balser, David) (Entered: 09/12/2019) |
| 09/13/2019 | 819 | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:19−cv−3723−TWT. Signed by Judge Thomas W. Thrash, Jr. on 9/12/2019. (EQCCtrk) (sap) (Entered: 09/16/2019) |
| 09/16/2019 | 820 | ORDER GRANTING JOINT MOTION TO SET DEADLINES: Any responses to Plaintiff City of Chicago's 805 Motion for Reconsideration shall be filed by October 10, 2019, and Plaintiff City of Chicago shall file a consolidated reply in support of its Motion by October 24, 2019. Signed by Judge Thomas W. Thrash, Jr. on 9/16/2019. (EQCCtrk) (sap) (Entered: 09/17/2019) |
| 09/16/2019 | 821 | SCHEDULING ORDER re 816 Amended Joint Preliminary Report and Discovery Plan. Signed by Judge Thomas W. Thrash, Jr. on 9/16/2019. |

| | | | |
|---|---|---|---|
| | | | (EQACtrk) (sap) (Entered: 09/17/2019) |
| 09/18/2019 | 822 | | CONDITIONAL TRANSFER ORDER CTO−48 from the Judicial Panel on Multidistrict Litigation. (Jazlowiecki v. Equifax Inc. from the District of Connecticut, Our Case Number 1:19−cv−04293−TWT) (EQCCtrk) (sap) (Entered: 09/19/2019) |
| 09/20/2019 | 823 | | CERTIFICATE OF SERVICE *for Subpoena to be Issued to Sandra Winters* by ALL PLAINTIFFS.(EQFItrk)(Guglielmo, Joseph) (Entered: 09/20/2019) |
| 09/20/2019 | 824 | | MOTION to Reject the Settlement by Susan Judkins. (EQCCtrk) (sap) (Entered: 09/24/2019) |
| 09/20/2019 | 825 | | MOTION to Reject the Settlement by John Judkins. (EQCCtrk) (sap) (Entered: 09/24/2019) |
| 09/20/2019 | 826 | | ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER 47 from the Judicial Panel on Multidistrict Litigation. (EQCCtrk) (sap) (Entered: 09/24/2019) |
| 09/23/2019 | 828 | | CONDITIONAL TRANSFER ORDER CTO−49 from the Judicial Panel on Multidistrict Litigation. (Silva v. Equifax, Inc. from the District of Hawaii, Our Case Number 1:19−cv−04384−TWT) (EQCCtrk) (sap) (Entered: 09/26/2019) |
| 09/23/2019 | 830 | | Letter re Equifax Settlement by Heidi Wilhelm (EQCCtrk) (sap) (Entered: 09/26/2019) |
| 09/23/2019 | 831 | | Letter re Equifax Settlement by David Albrecht (EQCCtrk) (sap) (Entered: 09/26/2019) |
| 09/23/2019 | 832 | | Letter re Equifax Settlement by Bert O. Richmond (EQCCtrk) (sap) (Entered: 09/26/2019) |
| 09/24/2019 | 833 | | Letter re Equifax Settlement by Edward W. Frank (EQCCtrk) (sap) (Entered: 09/30/2019) |
| 09/24/2019 | 834 | | Letter re Equifax Settlement by William Bonney (EQCCtrk) (sap) (Entered: 09/30/2019) |
| 09/24/2019 | 835 | | Letter re Equifax Settlement by Lewis Ware (EQCCtrk) (sap) (Entered: 09/30/2019) |
| 09/25/2019 | 827 | | NOTICE Of Filing Letter to Judge Thrash regarding Rule 1.12 Notice of Hiring Matthew Rosenthal by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc. (EQACtrk)(Sumner, Phyllis) (Entered: 09/25/2019) |
| 09/25/2019 | 829 | | ORDER ADMINISTRATIVELY CLOSING the individual civil action 1:19−cv−04242−TWT. Signed by Judge Thomas W. Thrash, Jr. on 9/25/2019. (EQCCtrk) (sap) (Entered: 09/26/2019) |
| 09/25/2019 | 836 | | Letter re Equifax Settlement by Patrick Frank (EQCCtrk) (sap) (Entered: 09/30/2019) |
| 09/25/2019 | 837 | | MOTION to Enforce Settlement Agreement by Lawrence M. Jacobson. (EQCCtrk) (sap) (Entered: 09/30/2019) |

| 09/30/2019 | 838 | | ORDER ADMINISTRATIVELY CLOSING the individual civil action 1:19−cv−4293−TWT. Signed by Judge Thomas W. Thrash, Jr. on 9/30/2019. (EQCCtrk) (sap) (Entered: 09/30/2019) |
|---|---|---|---|
| 09/30/2019 | 841 | | MOTION to Deny the Settlement by Beth Moscato. (EQCCtrk) (sap) (Entered: 10/07/2019) |
| 09/30/2019 | 842 | | Letter re Equifax Settlement from George Bruno (EQCCtrk) (sap) (Entered: 10/07/2019) |
| 10/02/2019 | 839 | | CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation. (Johnston v. Equifax from the District of New Mexico, Our Case Number 1:19−cv−04503−TWT) (EQCCtrk) (sap) (Entered: 10/07/2019) |
| 10/02/2019 | 840 | | Letter re Equifax Settlement from Elizabeth Harding−Estes (EQCCtrk) (sap) (Entered: 10/07/2019) |
| 10/07/2019 | 843 | | NOTICE of Appearance by Christopher Justin Broome on behalf of Drew Martin, Samantha Woods, Joshua Woods, Michael Kemp, Jennifer Whitfill, James Carroll Hood, Jennifer Goodman, Neva Joyce Hood, Larry Bentley Hood and Thristian Michel. (Attachments: # 1 Schedule of Actions, # 2 List of Plaintiffs)(EQCCtrk)(Broome, Christopher) Modified on 10/8/2019 (sap). (Entered: 10/07/2019) |
| 10/07/2019 | 844 | | OBJECTION to Opt−Out Deadline by Drew Martin. (EQCCtrk)(Broome, Christopher) (Entered: 10/07/2019) |
| 10/08/2019 | | | Submission of 824 MOTION to Reject the Settlement and 825 MOTION to Reject the Settlement to District Judge Thomas W. Thrash Jr. (EQCCtrk) (sap) (Entered: 10/08/2019) |
| 10/08/2019 | 845 | | NOTICE of Appearance by Jay Edelson on behalf of City Of Chicago (EQACtrk)(Edelson, Jay) (Entered: 10/08/2019) |
| 10/08/2019 | 846 | | NOTICE of Appearance by Benjamin H. Richman on behalf of City Of Chicago (EQACtrk)(Richman, Benjamin) (Entered: 10/08/2019) |
| 10/08/2019 | 847 | | NOTICE of Appearance by Sydney Janzen on behalf of City Of Chicago (EQACtrk)(Janzen, Sydney) (Entered: 10/08/2019) |
| 10/08/2019 | 848 | | NOTICE of Appearance by Eve−Lynn J. Rapp on behalf of City Of Chicago (EQACtrk)(Rapp, Eve−Lynn) (Entered: 10/08/2019) |
| 10/10/2019 | 849 | | NOTICE by Equifax, Inc. of Potential Intradistrict Tag−Along Action (Attachments: # 1 Exhibit A − Complaint in Adams v. Equifax Inc., 1:19−cv−03682−TWT)(EQCCtrk)(Haskins, Sidney) (Entered: 10/10/2019) |
| 10/10/2019 | 850 | | RESPONSE re 805 MOTION for Reconsideration re 784 Order on Motion for Order filed by Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) (Entered: 10/10/2019) |
| 10/17/2019 | 851 | | ORDER denying as premature 824 and 825 Motions to Reject the Settlement. The Plaintiffs may file objections to the proposed settlement. Signed by Judge Thomas W. Thrash, Jr. on 10/17/2019. (EQCCtrk) (sap) (Entered: 10/17/2019) |

| 10/17/2019 | 852 | | MOTION to Telephonically Appear at Fairness Hearing by Shiyang Huang. (Attachments: # 1 Envelope)(EQCCtrk)(jdb) (Entered: 10/21/2019) |
|---|---|---|---|
| 10/18/2019 | | | Submission of the 841 MOTION to Deny the Settlement, and 837 MOTION to Enforce Settlement Agreement to District Judge Thomas W. Thrash Jr. (EQCCtrk)(aaq) (Entered: 10/18/2019) |
| 10/21/2019 | 854 | | CONDITIONAL TRANSFER ORDER CTO−51 AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS from the Judicial Panel on Multidistrict Litigation. (America v. Equifax from the Western District of Virginia, Our Case Number 1:19−cv−04848−TWT) (EQCCtrk) (sap) (Entered: 10/23/2019) |
| 10/22/2019 | 853 | | ORDER denying 837 Motion to Enforce Judgment and 841 Motion to Deny the Settlement. These motions will be treated as Objections to the proposed settlement. Signed by Judge Thomas W. Thrash, Jr. on 10/22/2019. (EQCCtrk) (sap) (Entered: 10/23/2019) |
| 10/24/2019 | | | Clerk's Certificate of Mailing as to John Judkins, Susan Judkins re 851 Order. (EQCCtrk) (sap) (Entered: 10/24/2019) |
| 10/24/2019 | | | Clerk's Certificate of Mailing as to Lawrence M. Jacobson, Beth Moscato re 853 Order. (EQCCtrk) (sap) (Entered: 10/24/2019) |
| 10/24/2019 | 855 | | REPLY BRIEF re 805 MOTION for Reconsideration re 784 Order on Motion for Order filed by City Of Chicago. (Attachments: # 1 Exhibit 1 Declaration of Eve−Lynn J. Rapp)(EQACtrk)(Rapp, Eve−Lynn) (Entered: 10/24/2019) |
| 10/24/2019 | | | Submission of 805 MOTION for Reconsideration re 784 Order on Motion for Order to District Judge Thomas W. Thrash Jr. (EQCCtrk) (sap) (Entered: 10/24/2019) |
| 10/24/2019 | 856 | | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to be issued to Mastercard International Incorporated* (EQACtrk)(Gibson, MaryBeth) (Entered: 10/24/2019) |
| 10/24/2019 | 857 | | NOTICE by ALL PLAINTIFFS *of Service of Subpoena to be issued to Mastercard Technologies, LLC* (EQACtrk)(Gibson, MaryBeth) (Entered: 10/24/2019) |
| 10/29/2019 | 858 | | MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives* with Brief In Support by ALL PLAINTIFFS. (Attachments: # 1 Exhibit 1: Supplemental Declaration from Class Counsel, # 2 Exhibit 2: Declaration from Professor Robert Klonoff, # 3 Exhibit 3: Declaration from Harold T. Daniel, Jr.)(EQCCtrk)(Barnes, Roy) (Entered: 10/29/2019) |
| 11/01/2019 | 860 | | CONDITIONAL TRANSFER ORDER CTO−53 from the Judicial Panel on Multidistrict Litigation. (Silva−Borero v. Equifax, Inc. from District of Hawaii, Our Case Number 1:19−cv−05073−TWT and Nemer v. Equifax, Inc. et al from Ohio Northern, Our Case Number 1:19−cv−05002−TWT) (EQCCtrk) (sap) (Entered: 11/05/2019) |
| 11/04/2019 | 859 | | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM on 12/19/2019 at 10:00 AM for David Perera, Mlex. Signed by Judge Thomas W. Thrash, Jr. on 10/31/2019. (EQACtrk) (sap) (Entered: |

| | | 11/04/2019) |
|---|---|---|
| 11/04/2019 | 863 | Letter re Equifax Settlement from Anne Vaughan (EQCCtrk) (sap) (Entered: 11/05/2019) |
| 11/04/2019 | 867 | NOTICE Of Filing *Request for Exclusion* by Connie Guillen. (EQCCtrk) (sap) (Entered: 11/08/2019) |
| 11/05/2019 | | Submission of 852 MOTION for Leave to Appear to District Judge Thomas W. Thrash Jr. (EQCCtrk) (sap) (Entered: 11/05/2019) |
| 11/05/2019 | 861 | CONDITIONAL TRANSFER ORDER CTO−54 from the Judicial Panel on Multidistrict Litigation. (Rochelle Anita Johnson v. Equifax, Inc. from California Central, Our Case Number 1:19−cv−05038−TWT and Gibson v. Equifax Information Services, LLC from Florida Southern, Our Case Number 1:19−cv−05026−TWT) (EQCCtrk) (sap) (Entered: 11/05/2019) |
| 11/05/2019 | 862 | NOTICE Of Filing Letter to Hon. Thomas W. Thrash, Jr. by League of Southeastern Credit Unions & Affiliates, Michigan Credit Union League, Gerber Federal Credit Union, Halliburton Employees Federal Credit Union, Peach State Federal Credit Union, Wright−Patt Credit Union, Putnam Bank, Oteen VA Federal Credit Union, Wisconsin Credit Union League, Ohio Credit Union League, Jonah Bank of Wyoming, MD/DC Credit Union Association, Heartland Credit Union Association, SeaComm Federal Credit Union, First Financial Credit Union, First Nebraska Credit Union, Fond du Lac Band of Lake Superior Chippewa, Forest Express Properties, LLC, Fort McClellan Credit Union, Numark Credit Union, Heritage Federal Credit Union, Independent Community Bankers of America, Indiana Credit Union League, Iowa Credit Union League, Gulf Winds Federal Credit Union, Texas First Bank, The Bank of New Hampshire, The First State Bank, The Summit Federal Credit Union, UMassFive College Federal Credit Union, University of Louisiana Federal Credit Union, University of Louisiana Federal Credit Union(individually and on behalf of a class of all similarly situated financial institutions,), Summit Credit Union, Suncoast Credit Union, Pennsylvania Credit Union Association, Peoples National Bank, State Employees Federal Credit Union, Firefly Credit Union, First Castle Federal Credit Union, First Choice Federal Credit Union, First Education Federal Credit Union, Nebraska Credit Union League, South Florida Federal Credit Union(on behalf of itself and all others similarly situated), South Florida Federal Credit Union, Southwest Louisiana Credit Union, Minnesota Credit Union Network, Greater Cincinnati Credit Union, Mississippi Credit Union League, Montana Credit Union League, ICUL Service Corporation, Illinois Credit Union League, Hudson River Community Credit Union, Ravalli County Federal Credit Union, Nevada Credit Union League, New York Credit Union Association, Services Credit Union, Seven Seventeen Credit Union, Sky Federal Credit Union, Superior Services Investment Group, LLC, Mountain West Credit Union Association, SELCO Community Credit Union, Washington Gas Light Federal Credit Union, Virginia Credit Union League (EQFItrk)(Partin, Ranse) (Entered: 11/05/2019) |
| 11/05/2019 | 864 | NOTICE OF HEARING: A Status Conference is SCHEDULED for 11/26/2019 at 10:30 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. (Associated Cases: 1:17−md−02800−TWT, 1:17−cv−03463−TWT, 1:18−cv−00317−TWT) (EQFItrk) (sap) (Entered: |

| | | | 11/06/2019) |
|---|---|---|---|
| 11/06/2019 | 865 | | ORDER ADMINISTRATIVELY CLOSING the individual civil action 1:19−cv−3682−TWT. Signed by Judge Thomas W. Thrash, Jr. on 11/6/2019. (EQCCtrk) (sap) (Entered: 11/06/2019) |
| 11/06/2019 | 866 | | ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER 54 (Johnson) from the Judicial Panel on Multidistrict Litigation. (EQCCtrk) (sap) (Entered: 11/07/2019) |
| 11/12/2019 | 868 | | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM on 11/26/2019 at 10:30 AM. Signed by Judge Thomas W. Thrash, Jr. on 11/7/2019. (EQFItrk) (sap) (Entered: 11/12/2019) |
| 11/12/2019 | 871 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER 52 from the Judicial Panel on Multidistrict Litigation. (Allmendinger v. Equifax Information Services LLC; Tertanni v Equifax Information Services LLC; Miles v. Equifax Information Services LLC; Schorr v. Equifax Information Services LLC; Walker v. Equifax Information Services LLC; Whittum v. Equifax Information Services LLC; and Winters v. Equifax Information Services LLC from the District of Nevada) (EQCCtrk) (sap) (Entered: 11/13/2019) |
| 11/12/2019 | 872 | | MOTION to Strike [858−2] Declaration from Professor Robert Klonoff by Shiyang Huang. (EQCCtrk) (sap) (Entered: 11/14/2019) |
| 11/13/2019 | 869 | | NOTICE Of Filing Letter to Hon. Thomas W. Thrash, Jr. by ALL PLAINTIFFS re 862 Notice of Filing,,,,,,,, (EQFItrk)(Partin, Ranse) (Entered: 11/13/2019) |
| 11/13/2019 | 870 | | ADMINISTRATIVELY CLOSING the individual civil action 1:19−cv−5002−TWT. Signed by Judge Thomas W. Thrash, Jr. on 11/13/2019. (EQCCtrk) (sap) (Entered: 11/13/2019) |
| 11/14/2019 | 873 | | ORDER denying 852 Motion to Telephonically Appear at Fairness Hearing. Signed by Judge Thomas W. Thrash, Jr. on 11/14/2019. (EQACtrk) (sap) (Entered: 11/15/2019) |
| 11/14/2019 | 877 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER 53 from the Judicial Panel on Multidistrict Litigation. (BagleyBurns v. Equifax Information Services LLC, Grove v. Equifax Information Services LLC, Benten v. Equifax Information Services LLC, Blumer v. Equifax Information Service, LLC, Pawlowski v. Equifax Information Services LLC, Campbell v. Equifax Information Services LLC, Collier v. Equifax Information Services LLC, Boddy v. Equifax Information Services LLC, Lewellyn v. Equifax Information Services LLC, and Lewellyn v. Equifax Information Services, LLC from the District of Nevada) (EQCCtrk) (sap) (Entered: 11/19/2019) |
| 11/14/2019 | 878 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER 54 from the Judicial Panel on Multidistrict Litigation. (Imran v. Equifax Information Services LLC, Iqbal v. Equifax Information Services, LLC, Mahipus, Jr. v. Equifax Information Services, LLC, Mahipus v. Equifax Information Services LLC, Mosley v. Equifax Information Services LLC, Osthimer v. Equifax Information Services, LLC, and Hernandez v. Equifax Information Services LLC from the District of Nevada) (EQCCtrk) (sap) |

| | | |
|---|---|---|
| | | (Entered: 11/19/2019) |
| 11/15/2019 | | Clerk's Certificate of Mailing as to Shiyang Huang re 873 Order. (EQACtrk) (sap) (Entered: 11/15/2019) |
| 11/18/2019 | 874 | NOTICE by ALL PLAINTIFFS *of Service of Amended Subpoena to be issued to Veracode, Inc.* (EQACtrk)(Gibson, MaryBeth) (Entered: 11/18/2019) |
| 11/19/2019 | 875 | NOTICE of Appearance by Melissa Holyoak on behalf of Theodore H Frank, David R. Watkins (EQCCtrk)(Holyoak, Melissa) (Entered: 11/19/2019) |
| 11/19/2019 | 876 | OBJECTION re 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives* by Theodore H Frank, David R. Watkins. (Attachments: # 1 Exhibit Declaration of Theodore H. Frank, # 2 Exhibit Declaration of David R. Watkins, # 3 Exhibit Declaration of Melissa A. Holyoak)(EQCCtrk)(Holyoak, Melissa) Filers corrected on 11/20/2019 (sap). (Entered: 11/19/2019) |
| 11/19/2019 | 879 | NOTICE of Appearance by John W Davis on behalf of John William Davis (Attachments: # 1 Exhibit 1)(EQCCtrk)(Davis, John) (Entered: 11/19/2019) |
| 11/19/2019 | 880 | OBJECTION re 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives* by Mikell West. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(EQCCtrk)(Clore, Robert) (Entered: 11/19/2019) |
| 11/19/2019 | 881 | NOTICE of Appearance by Robert Clore on behalf of Mikell West (EQCCtrk)(Clore, Robert) (Entered: 11/19/2019) |
| 11/20/2019 | 882 | NOTICE of Appearance by Jerome Froelich, Jr on behalf of Mikell West (EQCCtrk)(Froelich, Jerome) (Entered: 11/20/2019) |
| 11/20/2019 | 883 | Letter re Equifax Settlement from Jeffrey Walton Associated Cases: 1:17−md−02800−TWT, 1:19−cv−03297−TWT(EQCCtrk)(anc) (Entered: 11/26/2019) |
| 11/21/2019 | | Submission of 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives* to District Judge Thomas W. Thrash Jr. (EQCCtrk)(sap) (Entered: 11/21/2019) |
| 11/25/2019 | 884 | Letter re Equifax Settlement from Troy Kenneth Scheffler (Attachments: # 1 Envelope) (EQCCtrk)(anc) (Entered: 11/26/2019) |
| 11/25/2019 | 888 | Letter re Equifax Settlement from Scott Anecito (Attachments: # 1 Envelope) (EQCCtrk)(anc) (Entered: 11/27/2019) |
| 11/26/2019 | 885 | TRANSCRIPT of a status conference hearing held on 11/26/2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede, Diane_Peede@GAND.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/17/2019. Redacted Transcript Deadline set for 12/27/2019. Release of Transcript Restriction set for 2/24/2020. (Attachments: # 1 Appendix) (EQFItrk)(dcp) (Entered: 11/26/2019) |

| 11/26/2019 | 886 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: Status Conference held on 11/26/2019. Counsel appeared for a status conference held at the Court's request. Mr. Guglielmo and Mr. Balser updated the Court on the status of discovery. Mr. Guglielmo, Mr. Balser, and Mr. Lynch discussed the pending motions, Docs. 791 , 792 , and 648 . The Court ORDERED Mr. Balser to file a supplemental brief containing his argument that the 791 Motion to Compel is moot by NOON a week from Friday, and Mr. Lynch was ordered to respond to Mr. Balser's brief by NOON the following Friday. Briefs are to be no longer than 10 pages each. The Court will make its ruling on the 698 Motion as quickly as possible, and apprised counsel of upcoming trials. The next status conference will be set sometime in March. (Court Reporter Diane Peede)(EQFItrk)(anc) (Entered: 11/26/2019) |
|---|---|---|
| 11/26/2019 | 887 | RESPONSE in Opposition re 872 MOTION to Strike *Klonoff Declaration* filed by ALL PLAINTIFFS. (EQCCtrk)(Barnes, Roy) (Entered: 11/26/2019) |
| 12/02/2019 | 889 | CONDITIONAL TRANSFER ORDER CTO−55 from the Judicial Panel on Multidistrict Litigation. (EQCCtrk)(anc) (Entered: 12/02/2019) |
| 12/02/2019 | 890 | MOTION to Strike *Declaration of Professor Klonoff (Dkt. 858−2)* with Brief In Support by Theodore H Frank, David R. Watkins. (Attachments: # 1 Brief)(EQCCtrk)(Holyoak, Melissa) (Entered: 12/02/2019) |
| 12/02/2019 | 891 | Unopposed MOTION for Leave to File Excess Pages by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Barnes, Roy) (Entered: 12/02/2019) |
| 12/02/2019 | 893 | Letter (Reply) re 887 RESPONSE in Opposition to 872 MOTION to Strike Klonoff Declaration from Shiyang Huang (Attachments: # 1 Envelope) (EQCCtrk)(anc) Modified on 12/4/2019 in order to add document link (anc). (Entered: 12/04/2019) |
| 12/03/2019 | 892 | ORDER GRANTING 891 Unopposed Motion for Leave to File Excess Pages. The Consumer Plaintiffs may file a memorandum of law responding to Settlement Class Members objections not to exceed 50 pages. Class Counsel may file a reply memorandum in support of their motion for attorney's fees, costs, expenses, and service awards not to exceed 25 pages. Signed by Judge Thomas W. Thrash, Jr. on 12/3/2019. (EQCCtrk)(cmd) (Entered: 12/03/2019) |
| 12/04/2019 | 894 | ORDER that in accordance with Case Management Order No. 2 87 filed January 10, 2018, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the 1:17−cv−4523−TWT individual pro se civil action related to this MDL action. Signed by Judge Thomas W. Thrash, Jr. on 12/4/2019. (EQCCtrk)(anc) (Entered: 12/04/2019) |
| 12/05/2019 | 895 | NOTICE Of Filing Letter to the Court by Mikell West re 880 Objection, (EQCCtrk)(Clore, Robert) (Entered: 12/05/2019) |
| 12/05/2019 | 897 | Amicus Curiae APPEARANCE entered by Douglas Scott Swetnam on behalf of State of Indiana as Amicus Curiae. (EQCCtrk)(Swetnam, Douglas) (Entered: 12/05/2019) |
| 12/05/2019 | 898 | |

| | | |
|---|---|---|
| | | Amicus Brief in Opposition to the Proposed Settlement by State of Indiana as Amicus Curiae (Attachments: # 1 Exhibit Brief of States in In Re: Centurylink Sales Practices and Securities Litigation, # 2 Exhibit Equifax 8−K filed July 22, 2019)(EQCCtrk)(Swetnam, Douglas) Modified on 12/9/2019 to edit text (rlb). (Entered: 12/05/2019) |
| 12/05/2019 | 899 | NOTICE Of Filing Declaration of Jennifer Keough Enclosing Objections and Opt−Outs Received by ALL PLAINTIFFS (Attachments: # 1 Declaration of Jennifer Keough, # 2 Exhibit A, # 3 Exhibit B−1, # 4 Exhibit B−2, # 5 Exhibit B−3, # 6 Exhibit B−4, # 7 Exhibit B−5, # 8 Exhibit B−6, # 9 Exhibit B−7, # 10 Exhibit B−8, # 11 Exhibit B−9, # 12 Exhibit B−10, # 13 Exhibit B−11, # 14 Exhibit B−12, # 15 Exhibit B−13, # 16 Exhibit B−14, # 17 Exhibit B−15, # 18 Exhibit B−16, # 19 Exhibit B−17, # 20 Exhibit B−18, # 21 Exhibit B−19, # 22 Exhibit B−20, # 23 Exhibit B−21, # 24 Exhibit B−22, # 25 Exhibit B−23, # 26 Exhibit B−24, # 27 Exhibit B−25, # 28 Exhibit B−26, # 29 Exhibit B−27, # 30 Exhibit B−28, # 31 Exhibit B−29, # 32 Exhibit B−30, # 33 Exhibit B−31, # 34 Exhibit B−32, # 35 Exhibit B−33, # 36 Exhibit B−34, # 37 Exhibit B−35, # 38 Exhibit B−36, # 39 Exhibit C)(EQCCtrk)(Keller, Amy) (Entered: 12/05/2019) |
| 12/05/2019 | 900 | Appendix to Plaintiffs' 903 Motion for Final Approval, Plaintiffs' Reply Brief in Support of 858 Motion for Attorneys' Fees and Plaintiffs' Response to Objections to Settlement by ALL PLAINTIFFS (Attachments: # 1 Appendix 1:Supplemental Declaration of Class Counsel, # 2 Appendix 2: Supplemental Declaration of Robert Klonoff, # 3 Appendix 3: Declaration of Geoffrey Miller, # 4 Appendix 4: Supplemental Declaration of Jennifer Keough, # 5 Appendix 5: Supplemental Declaration of Jim Messina, # 6 Appendix 6: Declaration of Experian)(EQCCtrk)(Barnes, Roy) Modified on 12/9/2019 to add links (rlb). (Entered: 12/05/2019) |
| 12/05/2019 | 901 | REPLY BRIEF re 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives* filed by ALL PLAINTIFFS. (EQCCtrk)(Barnes, Roy) (Entered: 12/05/2019) |
| 12/05/2019 | 902 | RESPONSE re 899 Notice of Filing,,, *Plaintiffs' Response to Objections to the Settlement* filed by ALL PLAINTIFFS. (EQCCtrk)(Barnes, Roy) (Entered: 12/05/2019) |
| 12/05/2019 | 903 | MOTION for Final Approval of Proposed Settlement by ALL PLAINTIFFS. (EQCCtrk)(Barnes, Roy) Modified on 12/13/2019 in order to update docket text(anc). (Entered: 12/05/2019) |
| 12/05/2019 | 913 | Objection to the Equifax Settlement from Christopher Andrews (Attachments: # 1 Supplement to Objection, # 2 Letter with Exhibits, # 3 Envelope) (EQCCtrk)(anc) (Entered: 12/10/2019) |
| 12/05/2019 | 914 | MOTION to Seal Objector's Home Address by Christopher Andrews. (EQCCtrk)(anc) (Entered: 12/10/2019) |
| 12/05/2019 | 915 | SEALED Sealed Document by Christopher Andrews (EQCCtrk)(anc) (anc). Modified on 5/7/2020 (kt). (Entered: 12/10/2019) |
| 12/06/2019 | 904 | NOTICE Of Filing Letter Brief by Equifax, Inc. (EQACtrk)(Sumner, Phyllis) (Entered: 12/06/2019) |

| 12/06/2019 | 905 | | ORDER re 899 Notice of Filing: Plaintiffs' Class Counsel shall provide a modified version of Exhibit A to the Declaration to the Court in chambers by NOON on 12/12/2019. Signed by Judge Thomas W. Thrash, Jr. on 12/6/2019. (EQCCtrk)(cmd) (Entered: 12/06/2019) |
| --- | --- | --- | --- |
| 12/06/2019 | 906 | | Amicus Curiae APPEARANCE entered by Corinne Gilchrist on behalf of State of Indiana as Amicus Curiae. (EQCCtrk)(Gilchrist, Corinne) (Entered: 12/06/2019) |
| 12/06/2019 | 907 | | Objection to Plaintiff's 903 Request for Attorneys' Fees and Service Awards filed by John William Davis. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(EQCCtrk)(Davis, John) Modified on 12/9/2019 to edit text (rlb). (Entered: 12/06/2019) |
| 12/06/2019 | 912 | | Letter re Equifax Settlement from Mike Barry (Attachments: # 1 Envelope) (EQCCtrk)(anc) (Entered: 12/10/2019) |
| 12/06/2019 | 916 | | MOTION to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel filed by Christopher Andrews. (Attachments: # 1 Envelope)(EQCCtrk)(anc) Modified on 12/10/2019 (anc). (Entered: 12/10/2019) |
| 12/09/2019 | 908 | | RESPONSE re 907 Response to Declaration of John W. Davis filed by ALL PLAINTIFFS. (EQCCtrk)(Barnes, Roy) Modified on 12/11/2019 in order to update docket text (anc). (Entered: 12/09/2019) |
| 12/09/2019 | 909 | | MOTION to Strike *Declaration of Professor Klonoff (Dkt. 900−2)* with Brief In Support by David R. Watkins, Theodore H Frank. (Attachments: # 1 Brief)(EQCCtrk)(Holyoak, Melissa) (Entered: 12/09/2019) |
| 12/09/2019 | 910 | | ORDER ADMINISTRATIVELY CLOSING the individual pro se civil action 1:19−cv−05224−TWT. Signed by Judge Thomas W. Thrash, Jr. on 12/9/19. (EQCCtrk)(bnp) (Entered: 12/10/2019) |
| 12/09/2019 | 917 | | MOTION to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel for Misconduct filed by Christopher Andrews. (Attachments: # 1 Envelope)(EQCCtrk)(anc) Modified on 12/10/2019 (anc). (Entered: 12/10/2019) |
| 12/09/2019 | 918 | | MOTION to Strike All Legal Expert Opinions filed by Shiyang Huang re 858 MOTION for Attorney Fees *Expenses, and Service Awards to the Class Representatives*, 900 Notice of Filing. (EQCCtrk)(anc) Modified on 12/11/2019 (anc). (Entered: 12/11/2019) |
| 12/09/2019 | 919 | | Response to Objection Rebuttals 901 and 902 from Shiyang Huang (EQCCtrk)(anc) (Entered: 12/11/2019) |
| 12/10/2019 | 911 | | CONDITIONAL TRANSFER ORDER CTO−56 from the Judicial Panel on Multidistrict Litigation. (EQCCtrk)(anc) (Additional attachment(s) added on 12/10/2019: # 1 Certified Copy of CTO 56) (anc). (Entered: 12/10/2019) |
| 12/11/2019 | | | Submission of 872 MOTION to Strike, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 12/11/2019) |
| 12/11/2019 | 920 | | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM on 12/19/2019 at 10:00 a.m. *as to Norman E. Siegel, Amy* |

| | | | |
|---|---|---|---|
| | | | *Keller, and Kenneth Canfield.* Signed by Judge Thomas W. Thrash, Jr. on 12/11/2019. (EQCCtrk)(cmd) (Entered: 12/11/2019) |
| 12/12/2019 | 921 | | Consent MOTION for Leave to File Excess Pages by Equifax, Inc., Equifax Consumer Services, LLC, Equifax Information Services LLC. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Haskins, Sidney) (Entered: 12/12/2019) |
| 12/12/2019 | 922 | | Amicus Curiae APPEARANCE entered by Jared Andrew Rinehimer on behalf of Commonwealth of Massachusetts. (EQCCtrk)(Rinehimer, Jared) (Entered: 12/12/2019) |
| 12/12/2019 | 923 | | RESPONSE in Opposition re 903 MOTION for Final Approval of Proposed Settlement *Amicus Curiae* filed by Commonwealth of Massachusetts. (Attachments: # 1 Exhibit Exhibit 1 − Massachusetts Enforcement Action Complaint, # 2 Exhibit Exhibit 2 − State of Alabama Settlement)(EQCCtrk)(Rinehimer, Jared) Modified on 12/13/2019 in order to update docket text (anc). (Entered: 12/12/2019) |
| 12/12/2019 | 924 | | Amicus Curiae APPEARANCE entered by Jared Andrew Rinehimer on behalf of Commonwealth of Massachusetts. (EQCCtrk)(Rinehimer, Jared) (Entered: 12/12/2019) |
| 12/12/2019 | 925 | | ORDER GRANTING 921 Consent Motion for Enlargement of Page Limit. Equifax may file a brief in response to the 903 Motion for Final Approval of Proposed Settlement not to exceed 35 pages. Signed by Judge Thomas W. Thrash, Jr. on 12/12/2019. (EQCCtrk) (cmd) (Entered: 12/12/2019) |
| 12/12/2019 | 926 | | NOTICE Of Filing of Declaration of Jennifer Keough Submitted in Accordance with 905 Order re 899 Notice by ALL PLAINTIFFS (Attachments: # 1 Declaration of Jennifer M. Keough Submitted in Accordance with the Courts December 6, 2019 Order Regarding 899 Notice of Filing)(EQCCtrk)(Keller, Amy) Modified on 12/13/2019 in order to update docket text (anc). (Entered: 12/12/2019) |
| 12/13/2019 | 927 | | Amicus Curiae APPEARANCE entered by Sara Cable on behalf of Commonwealth of Massachusetts. (EQCCtrk)(Cable, Sara) (Entered: 12/13/2019) |
| 12/13/2019 | 928 | | SEALED NOTICE Of Filing Response Letter Brief by ALL PLAINTIFFS re 904 Notice of Filing (EQFItrk)(Lynch, Gary) Modified on 12/16/2019 (anc). Modified on 5/7/2020 (kt). (Entered: 12/13/2019) |
| 12/13/2019 | 929 | | NOTICE by John William Davis *of Pendency of Related Action* (Attachments: # 1 Exhibit 1 − Motion to Quash)(EQCCtrk)(Davis, John) (Entered: 12/13/2019) |
| 12/13/2019 | 930 | | NOTICE Of Filing Reply to Response to Objections by Mikell West (Attachments: # 1 Exhibit)(EQCCtrk)(Clore, Robert) (Entered: 12/13/2019) |
| 12/16/2019 | 931 | | RESPONSE in Support re 903 MOTION for Settlement filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Exhibit 1 − Br. of Appellee, McConnell v. Ga. Dep't of Labor (Ga. Jan. 15, 2019), # 2 Exhibit 2 − Writ of Certiorari, Collins v. Athens Orthopedic Clinic, P.A. (Ga. Apr. 29, 2019)(EQCCtrk)(Haskins, Sidney) (Entered: 12/16/2019) |

| 12/16/2019 | 932 | RESPONSE in Opposition re 890 MOTION to Strike *Declaration of Professor Klonoff (Dkt. 858−2)*, 909 MOTION to Strike *Declaration of Professor Klonoff (Dkt. 900−2)* filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit 1, Final Approval Order, Briseno, et al. v. Conagra Foods Inc., No. 11−cv−05379−CJC−AGR (C.D. Cal.), # 2 Exhibit 2, Order Denying Motion to Strike, In re Samsung Top−Load Washing Machine Marketing, Sales Practices and Products Liab. Litig., No. 17−ml−02792−D (W.D. Okla.))(EQCCtrk)(Keller, Amy) (Entered: 12/16/2019) |
| 12/16/2019 | 936 | MOTION to Strike 931 Response to 903 filed by Objector Christopher Andrews. (Attachments: # 1 Envelope)(EQCCtrk)(anc) Modified on 12/18/2019 in order to add text (anc). (Entered: 12/18/2019) |
| 12/18/2019 | 933 | MOTION Provisionally Seal 928 Notice of Filing with Brief In Support by ASI Federal Credit Union, Credit Union National Association, New York Credit Union Association, Texas First Bank, Consumers Cooperative Credit Union, Hudson River Community Credit Union, First Financial Credit Union, D.L. Evans Bank, Virginia Credit Union League, Peach State Federal Credit Union, Financial Health Federal Credit Union, Illinois Credit Union League, Independent Community Bankers of America, Indiana Credit Union League, The First State Bank, The Summit Federal Credit Union. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(EQFItrk)(Lynch, Gary) Modified on 12/19/2019 in order to change motion type (anc). (Entered: 12/18/2019) |
| 12/18/2019 | 934 | TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation. (EQCCtrk)(anc) (Entered: 12/18/2019) |
| 12/18/2019 | 935 | MOTION to Strike Equifax's 931 Response to 903 filed by Objector Christopher Andrews. (EQCCtrk)(aaq) (Entered: 12/18/2019) |
| 12/18/2019 | 937 | Response to State Amicus Curiae Briefs re 903 MOTION for Settlement filed by ALL PLAINTIFFS. (EQCCtrk)(Keller, Amy) Modified on 12/19/2019in order to update docket text (anc). (Entered: 12/18/2019) |
| 12/18/2019 | 938 | Response to the State of Indiana and the Commonwealth of Massachusetts' Amicus Curiae Briefs re 898 Amicus Brief, 923 Response in Opposition to Motion filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) Modified on 12/19/2019 in order to update docket text (anc). (Entered: 12/18/2019) |
| 12/18/2019 | 939 | NOTICE Of Filing by ALL PLAINTIFFS (Attachments: # 1 Second Supplemental Declaration of Class Counsel, # 2 Exhibit A, Letter Order, Cole v. NIBCO, Inc., No. 13−7871 (D.N.J.), # 3 Exhibit B, Deposition Transcript of Mikell West, # 4 Exhibit C, Notice, In the Matter of Steven Franklyn Helfand, No. 17−O−00411 (State Bar Ct. Los Angeles), # 5 Exhibit D, Deposition Transcript of Steven Helfand, # 6 Exhibit E, Rough Deposition Transcript of George Cochran, # 7 Exhibit F, Transcript of Proceedings in Lieu of Deposition of Reuben Metcalfe, # 8 Exhibit G, Plaintiffs' Counsel Time Summary, # 9 Exhibit H, Plaintiffs Counsel Expense Summary, # 10 Exhibit I, Objector Deficiency Chart)(EQCCtrk)(Keller, Amy) (Entered: 12/18/2019) |
| 12/18/2019 | 941 | ORDER granting in part and denying in part 648 Plaintiffs' Motion for Leave to Amend the Financial Institutions' Consolidated Amended Complaint. Signed by Judge Thomas W. Thrash, Jr. on 12/18/2019. (EQFItrk)(anc) |

| | | | |
|---|---|---|---|
| | | | (Entered: 12/19/2019) |
| 12/19/2019 | 940 | | CONDITIONAL TRANSFER ORDER CTO−57 from the Judicial Panel on Multidistrict Litigation. (EQCCtrk)(anc) (Entered: 12/19/2019) |
| 12/19/2019 | 942 | | RESPONSE in Opposition re 936 MOTION to Strike and 935 MOTION to Strike Response to 903 MOTION for Final Approval of Proposed Settlement filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) Modified on 12/20/2019 in order to update docket text (anc). (Entered: 12/19/2019) |
| 12/19/2019 | 945 | | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: Motion Hearing held on 12/19/2019 re 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives* filed by ALL PLAINTIFFS, 903 MOTION for Settlement filed by ALL PLAINTIFFS is GRANTED. The parties appeared for the Final Settlement Approval Hearing. Mr. Canfield summarized the terms of the settlement agreement, discussed the objections to the settlement, and gave an overview of the requested fee award to Plaintiffs' Counsel. Mr. Balser addressed the Court regarding the settlement, including discussing the parallel negotiations with 48 states, Puerto Rico, D.C., and regulatory agencies. Mr. Balser noted the McConnell case as it related to risk for Plaintiffs' counsel, and disputed Indiana's and Massachusetts's standing to object to the settlement. Mr. Balser also requested the Court approve the settlement. Ms. Dennis stated that the CFPB did not object to the settlement. Ms. Gilchrist and Ms. Cable presented objections to the release language on behalf of Indiana and Massachusetts, respectively. The Court heard from Mr. Andrews, Ms. Holyoak, and Mr. Clore on objections to the settlement. The Court asked if anyone else wished to be heard on objections, and there was no answer. Mr. Siegel responded to the objections to the settlement. Ms. Keller briefly addressed the Court. Gov. Barnes gave closing remarks regarding the objections and settlement process. The Court GRANTED the 903 Motion for Final Approval of Proposed Settlement and 858 Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives for the reasons stated in the record, awarding Plaintiffs' Class Counsel $77.5M in fees, $1,404,855.35 in expenses, and service awards of $2,500 class representatives. The Court directed Mr. Canfield to prepare a written order, to be approved by Mr. Balser, that summarizes the Court's findings. Mr. Canfield suggested submitting to the Court a proposed (1) consent order pertaining to the injunctive relief, (2) opinion containing the Court's ruling, and (3) final judgment, which the Court approved. All 3 documents to be submitted to the Court at the same time. (Court Reporter Diane Peede)(EQACtrk)(bdb) (Entered: 12/23/2019) |
| 12/20/2019 | 943 | | TRANSCRIPT of the final settlement approval (consumer actions) hearing held on 12/19/2019, before Judge Thomas W. Thrash, Jr. Court Reporter/Transcriber Diane Peede, Diane_Peede@GAND.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/10/2020. Redacted Transcript Deadline set for 1/21/2020. Release of Transcript Restriction set for 3/19/2020. (Attachments: # 1 Appendix) (EQCCtrk)(dcp) (Entered: 12/20/2019) |

| 12/20/2019 | 944 | | NOTICE Of Filing Response in Opposition to Motion for Judgment by Default by Equifax Information Services LLC re 940 MDL Conditional Transfer Order *for filing filed in OKW* (Attachments: # 1 Decl. of Jessica N. Spurlock, # 2 Exhibit A − Free Credit Report − Learn How to Get A Credit Report for Free _ Equifax)(EQCCtrk)(Griest, Robert) (Entered: 12/21/2019) |
| 12/23/2019 | 946 | | RESPONSE in Opposition re 918 MOTION to Strike 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives*, 900 Notice of Filing,, filed by ALL PLAINTIFFS. (EQCCtrk)(Barnes, Roy) (Entered: 12/23/2019) |
| 12/23/2019 | 947 | | NOTICE of Appearance by Iman Boundaoui on behalf of City Of Chicago (EQACtrk)(Boundaoui, Iman) (Entered: 12/23/2019) |
| 12/23/2019 | 948 | | OPPOSITION to 931 Response in Support of 903 Motion for Final Approval, filed by Shiyang Huang. (EQCCtrk)(tmf) (Entered: 12/26/2019) |
| 12/27/2019 | 949 | | MOTION to Strike Plaintiffs' Untimely Filings re 939 Notice of Filing filed by Shiyang Huang. (Attachments: # 1 Envelope)(EQCCtrk)(anc) (Entered: 12/30/2019) |
| 12/27/2019 | 950 | | REPLY in Support re 918 MOTION to Strike 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives*, 900 Notice of Filing filed by Shiyang Huang. (EQCCtrk)(anc) (Entered: 12/30/2019) |
| 12/30/2019 | | | Submission of 917 MOTION to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel for Misconduct, 918 MOTION to Strike 858 MOTION for Attorney Fees . *Expenses, and Service Awards to the Class Representatives*, 900 Notice of Filing,,, 909 MOTION to Strike *Declaration of Professor Klonoff (Dkt. 900−2)*, 916 MOTION to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel, 914 MOTION to Seal Document, 890 MOTION to Strike *Declaration of Professor Klonoff (Dkt. 858−2)*, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 12/30/2019) |
| 12/31/2019 | 951 | | ORDER denying 872 Motion to Strike. Signed by Judge Thomas W. Thrash, Jr. on 12/31/2019. (EQCCtrk)(anc) (Entered: 12/31/2019) |
| 12/31/2019 | | | Clerk's Certificate of Mailing as to Shiyang Huang re 951 Order (EQCCtrk)(anc) (Entered: 12/31/2019) |
| 01/02/2020 | 952 | | CONDITIONAL TRANSFER ORDER CTO−58 from the Judicial Panel on Multidistrict Litigation. (EQCCtrk)(anc) (Entered: 01/02/2020) |
| 01/02/2020 | 953 | | NOTICE by Graeme Payne *of Change of Address of Counsel* (EQCCtrk)(Cochran, Anthony) (Entered: 01/02/2020) |
| 01/07/2020 | 954 | | CONDITIONAL TRANSFER ORDER CTO−59 from the Judicial Panel on Multidistrict Litigation. (EQCCtrk)(anc) (Entered: 01/07/2020) |
| 01/07/2020 | 955 | | MOTION For Status/Scheduling Conference with Brief In Support by City Of Chicago. (Attachments: # 1 Certificate of Conference)(EQACtrk)(Rapp, Eve−Lynn) (Entered: 01/07/2020) |

| 01/09/2020 | | Submission of 935 MOTION to Strike, 933 MOTION to Provisionally Seal, 936 MOTION to Strike, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 01/09/2020) |
|---|---|---|
| 01/13/2020 | 956 | ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, CERTIFYING SETTLEMENT CLASS, AND AWARDING ATTORNEY'S FEES, EXPENSES AND SERVICE AWARDS granting 858 Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives and 903 Motion for Final Approval of Proposed Settlement. Signed by Judge Thomas W. Thrash, Jr. on 1/13/2020. (EQCCtrk) c:Financial Office(anc) (Entered: 01/13/2020) |
| 01/13/2020 | 957 | FINAL ORDER AND JUDGMENT Signed by Judge Thomas W. Thrash, Jr. on 1/13/2020. ――Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist――(EQCCtrk) c:Financial Office(anc) (Entered: 01/13/2020) |
| 01/13/2020 | 958 | CONSENT ORDER re Business Practices Commitments Signed by Judge Thomas W. Thrash, Jr. on 1/13/2020. (EQCCtrk)(anc) (Entered: 01/13/2020) |
| 01/14/2020 | 959 | Request for Leave of Absence for the following date(s): April 6―13, 2020, June 30―July 8, 2020, November 23―27, 2020, December 21, 2020 ― January 4, 2021., by William Thomas Lacy, Jr. (EQACtrk)(Lacy, William) (Entered: 01/14/2020) |
| 01/15/2020 | 960 | Joint MOTION to Set A Schedule Regarding The Filing Of The Operative Financial Institutions Complaint by Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Haskins, Sidney) (Entered: 01/15/2020) |
| 01/15/2020 | 961 | MOTION to Supplement *Record* with Brief In Support by David R. Watkins, Theodore H Frank. (Attachments: # 1 Brief)(EQCCtrk)(Holyoak, Melissa) (Entered: 01/15/2020) |
| 01/16/2020 | 962 | ORDER granting 960 Motion to Set a Schedule Regarding the Filing of the Operative Financial Institutions Complaint. The Court directs the Financial Institution Plaintiffs to file an amended complaint in conformance with the Court's orders on the Motion to Dismiss and Motion to Amend on or before March 6, 2020, and that Defendants' response to that complaint be filed on or before April 10, 2020. Signed by Judge Thomas W. Thrash, Jr. on 1/16/2020. (EQFItrk)(anc) (Entered: 01/16/2020) |
| 01/16/2020 | | Submission of 949 MOTION to Strike 939 Notice of Filing, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 01/16/2020) |
| 01/17/2020 | 963 | NOTICE by Mikell West re 961 MOTION to Supplement *Record (Notice of Joinder)* (EQCCtrk)(Clore, Robert) (Entered: 01/17/2020) |
| 01/17/2020 | 964 | NOTICE by John William Davis re 961 MOTION to Supplement *Record* (Attachments: # 1 Exhibit 1 ― Declaration of John W. Davis)(EQCCtrk)(Davis, John) (Entered: 01/17/2020) |
| 01/17/2020 | 965 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, 957 Judgment and 951 Order on Motion to Strike by Shiyang Huang. Transcript Order Form due on 1/31/2020 (Attachments: # 1 Appeal Fee Letter) (IFP forms and appeal fee letter sent to Plaintiff) (pc: |

| | | | |
|---|---|---|---|
| | | | USCA)(EQCCtrk)(kac) (Entered: 01/21/2020) |
| 01/21/2020 | 966 | | USCA Appeal Transmission Letter to 11th Circuit re: 965 Notice of Appeal filed by Shiyang Huang. (EQCCtrk)(kac) (Entered: 01/21/2020) |
| 01/21/2020 | | | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Order and Docket Sheet to US Court of Appeals re: 965 Notice of Appeal. (EQCCtrk)(kac) (Entered: 01/21/2020) |
| 01/22/2020 | 967 | | Joint MOTION to Set Deadlines 409 Order by Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Balser, David) (Entered: 01/22/2020) |
| 01/23/2020 | 968 | | ORDER granting 967 Motion to Set Deadlines. Chicago shall file an amended complaint by February 19, 2020; Equifax shall file a motion to dismiss the amended complaint by March 20, 2020; Chicago shall file its response to Equifax's motion by April 10, 2020; and Equifax shall file its reply in support of its motion by April 24, 2020. Signed by Judge Thomas W. Thrash, Jr. on 1/23/2020. (EQACtrk)(anc) (Entered: 01/23/2020) |
| 01/23/2020 | 969 | | MOTION to Amend 956 Granting Final Approval of Settlement with Brief In Support by Mikell West. (Attachments: # 1 Brief, # 2 Affidavit, # 3 Exhibit)(EQCCtrk)(Clore, Robert) Modified on 1/28/2020 in order to update docket text (anc). (Entered: 01/23/2020) |
| 01/24/2020 | 970 | | ORDER ADMINISTRATIVELY CLOSING the individual civil actions linked to this multidistrict litigation, which are listed in Exhibit A to this order. Signed by Judge Thomas W. Thrash, Jr. on 1/24/2020. Associated Cases: 1:17−md−02800−TWT et al.(EQACtrk)(anc) (Entered: 01/24/2020) |
| 01/27/2020 | 971 | | RESPONSE re 961 MOTION to Supplement *Record* filed by ALL PLAINTIFFS. (EQCCtrk)(Siegel, Norman) (Entered: 01/27/2020) |
| 01/27/2020 | 973 | | TRANSCRIPT ORDER FORM re: 965 Notice of Appeal. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−F. Fed.R.App.P. 11 Certification due on 2/10/2020.(EQCCtrk)(kac) (Entered: 01/29/2020) |
| 01/28/2020 | 972 | | USCA Acknowledgment of 965 Notice of Appeal filed by Shiyang Huang. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−F. (EQCCtrk)(kac) (Entered: 01/28/2020) |
| 01/29/2020 | 974 | | RESPONSE re 961 MOTION to Supplement *Record* filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Balser, David) (Entered: 01/29/2020) |
| 01/29/2020 | | | Appeal Filing Fee Paid by Shiyang Huang: $ 505, receipt number 119005 (EQCCtrk)(anc) (Entered: 01/30/2020) |
| 01/30/2020 | | | Submission of 955 MOTION For Status/Scheduling Conference , to District Judge Thomas W. Thrash Jr.. (EQACtrk)(anc) (Entered: 01/30/2020) |
| 01/31/2020 | 975 | | REPLY BRIEF re 961 MOTION to Supplement *Record* filed by David R. Watkins, Theodore H Frank. (EQCCtrk)(Holyoak, Melissa) (Entered: 01/31/2020) |
| 02/03/2020 | | | Submission of 961 MOTION to Supplement *Record*, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 02/03/2020) |

| 02/04/2020 | 976 | RESPONSE re 969 MOTION to Amend 956 Order Granting Final Approval of Settlement filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit 1, Decision from Brown v. Wal−Mart Stores, Inc., # 2 Exhibit 2, Select Docket Entries from Cole v. NIBCO, Inc.)(EQCCtrk)(Keller, Amy) (Entered: 02/04/2020) |
|---|---|---|
| 02/10/2020 | 977 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 957 Judgment by David R. Watkins, Theodore H Frank. Filing fee $ 505, receipt number AGANDC−9356687. Transcript Order Form due on 2/24/2020 (EQCCtrk)(Holyoak, Melissa) (Entered: 02/10/2020) |
| 02/10/2020 | 978 | MOTION to Amend 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, with Brief In Support by John William Davis. (Attachments: # 1 Exhibit 1 − email correspondence)(EQCCtrk)(Davis, John) (Entered: 02/10/2020) |
| 02/10/2020 | 985 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, 957 Judgment by Christopher Andrews. Transcript Order Form due on 2/24/2020. (EQCCtrk)(kac) (Entered: 02/13/2020) |
| 02/10/2020 | 986 | APPLICATION to Appeal in forma pauperis by Christopher Andrews. (EQCCtrk)(kac) (Entered: 02/13/2020) |
| 02/10/2020 | 987 | MOTION to Seal by Christopher Andrews. (EQCCtrk)(kac) (Additional attachment(s) added on 2/13/2020: # 1 Motion to Seal) (kac). (Entered: 02/13/2020) |
| 02/10/2020 | 989 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, 957 Judgment by George W. Cochran. Transcript Order Form due on 2/24/2020 (Attachments: # 1 Appeal Fee Letter) (IFP forms, TOF and appeal fee letter sent to Objector) (pc: USCA)(EQCCtrk)(kac) (Entered: 02/13/2020) |
| 02/11/2020 | 979 | DOCUMENT FILED IN ERROR──USCA Appeal Transmission Letter to 11th Circuit re: 977 Notice of Appeal filed by Theodore H Frank, David R. Watkins. (EQCCtrk)(kac) (Entered: 02/11/2020) |
| 02/11/2020 | 980 | CORRECTED USCA Appeal Transmission Letter to 11th Circuit re: 977 Notice of Appeal filed by Theodore H Frank, David R. Watkins. (EQCCtrk)(kac) (Entered: 02/11/2020) |
| 02/11/2020 | 981 | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Order and Docket Sheet to US Court of Appeals re: 977 Notice of Appeal. (EQCCtrk)(kac) (Entered: 02/11/2020) |
| 02/11/2020 | 982 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 957 Judgment by Mikell West. Filing fee $ 505, receipt number AGANDC−9362322. Transcript Order Form due on 2/25/2020 (EQCCtrk)(Clore, Robert) (Entered: 02/11/2020) |
| 02/12/2020 | 983 | USCA Appeal Transmission Letter to 11th Circuit re: 982 Notice of Appeal, filed by Mikell West. (EQCCtrk)(kac) (Entered: 02/12/2020) |
| 02/12/2020 | 984 | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Order and Docket Sheet to US Court of Appeals re: 982 Notice of |

| | | |
|---|---|---|
| | | Appeal. (EQCCtrk)(kac) (Entered: 02/12/2020) |
| 02/13/2020 | | Submission of 987 MOTION to Seal, 986 APPLICATION to Appeal in forma pauperis to District Judge Thomas W. Thrash Jr. (EQCCtrk)(kac) (Entered: 02/13/2020) |
| 02/13/2020 | 988 | USCA Appeal Transmission Letter to 11th Circuit re: 985 Notice of Appeal filed by Christopher Andrews. (EQCCtrk)(kac) (Entered: 02/13/2020) |
| 02/13/2020 | 990 | USCA Appeal Transmission Letter to 11th Circuit re: 989 Notice of Appeal filed by George W. Cochran. (EQCCtrk)(kac) (Entered: 02/13/2020) |
| 02/13/2020 | 991 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, 957 Judgment by Alice−Marie Flowers. Transcript Order Form due on 2/27/2020 (Attachments: # 1 Appeal Fee Letter) (IFP forms, TOF and appeal fee letter sent to Objector) (pc: USCA)(EQCCtrk)(kac) (Entered: 02/14/2020) |
| 02/14/2020 | 992 | USCA Appeal Transmission Letter to 11th Circuit re: 991 Notice of Appeal filed by Alice−Marie Flowers. (EQCCtrk)(kac) (Entered: 02/14/2020) |
| 02/14/2020 | 993 | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Order and Docket Sheet to US Court of Appeals re: 991 Notice of Appeal. (EQCCtrk)(kac) (Entered: 02/14/2020) |
| 02/14/2020 | 994 | NOTICE of Voluntary Dismissal filed by UMassFive College Federal Credit Union (EQFItrk)(Guglielmo, Joseph) (Entered: 02/14/2020) |
| 02/18/2020 | 995 | Joint MOTION for Extension of Time File Amended Complaint by City Of Chicago. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Rapp, Eve−Lynn) (Entered: 02/18/2020) |
| 02/18/2020 | 996 | REPLY to Response to Motion re 969 MOTION to Amend 956 Order Granting Final Approval of Settlement filed by Mikell West. (EQCCtrk)(Clore, Robert) (Entered: 02/18/2020) |
| 02/19/2020 | | Submission of 969 MOTION to Amend 956 Order Granting Final Approval of Settlement, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 02/19/2020) |
| 02/19/2020 | 997 | ORDER granting 995 Motion to Extend Deadlines. Chicago's deadline to file an amended complaint is extended to March 18, 2020; Equifax shall file a motion to dismiss the amended complaint by April 20, 2020; Chicago shall file its response to Equifax's motion by May 8, 2020; and Equifax shall file its reply in support of its motion by May 22, 2020. Signed by Judge Thomas W. Thrash, Jr. on 2/19/2020. (EQACtrk)(anc) (Entered: 02/19/2020) |
| 02/24/2020 | 998 | RESPONSE in Opposition re 986 APPLICATION to Appeal in forma pauperis filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(EQCCtrk)(Keller, Amy) (Entered: 02/24/2020) |
| 02/24/2020 | 999 | RESPONSE in Opposition re 978 MOTION to Amend 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, filed by ALL PLAINTIFFS. (EQCCtrk)(Keller, Amy) (Entered: 02/24/2020) |
| 02/24/2020 | 1000 | TRANSCRIPT ORDER FORM re: 985 Notice of Appeal. Fed.R.App.P. 11 Certification due on 3/9/2020. (All necessary transcript(s) on |

| | | |
|---|---|---|
| | | file.)(EQCCtrk)(kac) (Entered: 02/25/2020) |
| 02/26/2020 | 1001 | CERTIFICATE OF SERVICE re 998 Response in Opposition to Motion filed by ALL PLAINTIFFS *Amended Certificate of Service of Mailing to Christopher Andrews* (EQCCtrk)(Barnes, Roy) (Entered: 02/26/2020) |
| 02/27/2020 | 1004 | USCA Acknowledgment of 977 Notice of Appeal filed by Theodore H. Frank and David R. Watkins. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) Modified on 2/28/2020 to correct document relationship (kac). (Entered: 02/28/2020) |
| 02/27/2020 | 1005 | USCA Acknowledgment of 982 Notice of Appeal filed by Mikell West. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 02/28/2020) |
| 02/28/2020 | 1002 | TRANSCRIPT ORDER FORM for proceedings held on December 19, 2019 before Judge Thomas W. Thrash, Jr., re 982 Notice of Appeal,. Court Reporter: Diane Peede. (EQCCtrk)(Clore, Robert) (Entered: 02/28/2020) |
| 02/28/2020 | 1003 | Notification of Transcript Filed in District Court re 1002 Transcript Order Form filed by Mikell West. All transcripts for this request are now on file. (EQCCtrk)(dcp) (Entered: 02/28/2020) |
| 02/28/2020 | | Notification of Docket Correction re: 1004 USCA Acknowledgment. (EQCCtrk)(kac) (Entered: 02/28/2020) |
| 02/28/2020 | 1006 | USCA Acknowledgment of 985 Notice of Appeal filed by Christopher Andrews. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 02/28/2020) |
| 02/28/2020 | | Set F.R.A.P. 11 Certification of the Record on Appeal due date deadline re: 1003 Notification of Transcript Filed in District Court. Fed.R.App.P. 11 Certification due on 3/13/2020 (EQCCtrk)(kac) (Entered: 02/28/2020) |
| 02/28/2020 | 1007 | USCA Acknowledgment of 989 Notice of Appeal filed by George W. Cochran. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 02/28/2020) |
| 02/28/2020 | 1008 | USCA Acknowledgment of 991 Notice of Appeal filed by Alice−Marie Flowers. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 02/28/2020) |
| 02/28/2020 | 1009 | Joint MOTION to Stay *All Deadlines in Financial Institution Track* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Lynch, Gary) (Entered: 02/28/2020) |
| 02/28/2020 | 1013 | REPLY to Response to Motion re 986 APPLICATION to Appeal in forma pauperis filed by Christopher Andrews. (Attachments: # 1 Envelope)(EQCCtrk)(anc) (Entered: 03/02/2020) |
| 02/28/2020 | 1015 | CORRECTED APPLICATION to Appeal in forma pauperis by Christopher Andrews. (EQCCtrk)(kac) (Additional attachment(s) added on 3/2/2020: # 1 Application to Proceed IFP) (kac). (Entered: 03/02/2020) |
| 03/01/2020 | 1010 | TRANSCRIPT ORDER FORM re 977 Notice of Appeal,. (EQCCtrk)(Holyoak, Melissa) (Entered: 03/01/2020) |

| 03/02/2020 | | | Set F.R.A.P. 11 Certification of the Record on Appeal due date deadline re: 1010 Transcript Order Form. Fed.R.App.P. 11 Certification due on 3/16/2020. (All necessary transcript(s) on file.)(EQCCtrk)(kac) (Entered: 03/02/2020) |
| --- | --- | --- | --- |
| 03/02/2020 | 1011 | | Court Reporter Acknowledgment re 1010 Transcript Order Form filed by Theodore H Frank, David R. Watkins. Case Appealed to Eleventh Circuit Case Number 20−10249−RR. Transcript is required. Court Reporter: Diane Peede. Satisfactory financial arrangements completed. Transcript due by 4/1/2020. (EQCCtrk)(dcp) (Entered: 03/02/2020) |
| 03/02/2020 | 1012 | | Notification of Transcript Filed in District Court re 1010 Transcript Order Form filed by Theodore H Frank, David R. Watkins. All transcripts for this request are now on file. (EQCCtrk)(dcp) (Entered: 03/02/2020) |
| 03/02/2020 | | | Set F.R.A.P 11 Certification of Record on Appeal due date deadline re: 1012 Notification of Transcript Filed in District Court. Fed.R.App.P. 11 Certification due on 3/16/2020 re: 977 Notice of Appeal. (EQCCtrk)(kac) (Entered: 03/02/2020) |
| 03/02/2020 | | | Submission of 986 APPLICATION to Appeal in forma pauperis, to District Judge Thomas W. Thrash Jr.. (EQCCtrk)(anc) (Entered: 03/02/2020) |
| 03/02/2020 | 1014 | | ORDER granting 1009 Motion to Stay deadlines set forth in the Court's scheduling order of January 16, 2020 962 are hereby STAYED until further notice. Within 60 days of this Order, the Parties shall either file a motion for preliminary approval of their settlement agreement or a joint status report advising the Court of their progress. Signed by Judge Thomas W. Thrash, Jr. on 3/2/2020. (EQFItrk)(anc) (Entered: 03/02/2020) |
| 03/02/2020 | | | Submission of 1015 APPLICATION to Appeal in forma pauperis to District Judge Thomas W. Thrash Jr. (EQCCtrk)(kac) (Entered: 03/02/2020) |
| 03/02/2020 | 1016 | | MOTION to Strike 998 Response in Opposition to Motion to Appeal in Forma Pauperis filed by Christopher Andrews. (EQCCtrk)(anc) Modified on 3/4/2020 in order to update filing party (anc). (Entered: 03/04/2020) |
| 03/02/2020 | 1017 | | Letter re Claim from Kimberly J. Kohler (EQCCtrk)(anc) (Entered: 03/04/2020) |
| 03/08/2020 | 1018 | | REPLY to Response to Motion re 978 MOTION to Amend 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, filed by John William Davis. (EQCCtrk)(Davis, John) (Entered: 03/08/2020) |
| 03/08/2020 | 1019 | | AFFIDAVIT in Support re 978 MOTION to Amend 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, filed by John William Davis. (Attachments: # 1 Exhibit 1 − Chieftain opinion, # 2 Exhibit 2 − Anthem transcript, # 3 Exhibit 3 − Faught excerpt, # 4 Exhibit 4 − Objection to Muransky R&R, # 5 Exhibit 5 − Muransky judgment, # 6 Exhibit 6 − email correspondence re proposed orders)(EQCCtrk)(Davis, John) (Entered: 03/08/2020) |
| 03/09/2020 | 1020 | | MOTION to Withdraw Mark Lewis as Attorneyby Suzanne Meade. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Lewis, Mark) (Entered: 03/09/2020) |

| 03/09/2020 | 1021 | | RESPONSE re 1017 Letter filed by ALL PLAINTIFFS. (EQCCtrk)(Keller, Amy) (Entered: 03/09/2020) |
|---|---|---|---|
| 03/09/2020 | 1022 | | RESPONSE in Opposition re 1016 MOTION to Strike 998 Response in Opposition to Motion filed by ALL PLAINTIFFS. (EQCCtrk)(Keller, Amy) (Entered: 03/09/2020) |
| 03/10/2020 | | | Submission of 978 MOTION to Amend 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, , to District Judge Thomas W. Thrash Jr. (EQCCtrk)(kt) (Entered: 03/10/2020) |
| 03/13/2020 | 1023 | | MOTION to Take Judicial Notice of Misconduct and a Rule 11 Violation that Fatally Poisoned this Approval by Christopher Andrews. (EQCCtrk)(rjs) (Entered: 03/16/2020) |
| 03/16/2020 | 1025 | | TRANSCRIPT ORDER FORM re: 989 Notice of Appeal. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. Fed.R.App.P. 11 Certification due on 3/30/2020.(EQCCtrk)(kac) (Entered: 03/17/2020) |
| 03/16/2020 | 1030 | | MOTION to Amend or MOTION to Alter 957 Judgment under Federal Rule of Civil Procedure 59(e) by Christopher Andrews. (EQCCtrk)(kt) (kt). (Entered: 03/18/2020) |
| 03/17/2020 | | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal re: 982 Notice of Appeal. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. The entire record on appeal is available electronically. (EQCCtrk)(kac) (Entered: 03/17/2020) |
| 03/17/2020 | | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal re: 977 Notice of Appeal. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. The entire record on appeal is available electronically. (EQCCtrk)(kac) (Entered: 03/17/2020) |
| 03/17/2020 | 1024 | | Joint MOTION for Extension of Time for Deadlines by City Of Chicago. (Attachments: # 1 Text of Proposed Order)(EQACtrk)(Rapp, Eve−Lynn) (Entered: 03/17/2020) |
| 03/17/2020 | 1026 | | ORDER DENYING (978) Motion to Amend in case 1:17−md−02800−TWT. Signed by Judge Thomas W. Thrash, Jr. on 03/17/2020. (rvb) (Entered: 03/17/2020) |
| 03/17/2020 | 1027 | | ORDER GRANTING (969) Motion to Amend Order Granting Final Approval ofSettlement by Mikell Westin case 1:17−md−02800−TWT. An Amended Order will be filed. Signed by Judge Thomas W. Thrash, Jr. on 03/17/2020.(rvb) (Entered: 03/17/2020) |
| 03/17/2020 | 1029 | | AMENDED ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, CERTIFYING SETTLEMENT CLASS, AND AWARDING ATTORNEY'S FEES, EXPENSES AND SERVICE AWARDS. The 858 MOTION for Attorney Fees, Expenses, and Service Awards to the Class Representatives and 903 MOTION for Final Approval of Proposed Settlement are GRANTED. The Court overrules all objections to the settlement; denies the 898 923 requests by the State of Indiana and Commonwealth of Massachusetts; denies the pending 890 909 918 motions to strike; and denies the pending 789 916 917 935 936 949 miscellaneous motions. Any other motions and requests for specific relief asserted by |

| | | | |
|---|---|---|---|
| | | | objectors are also denied. Signed by Judge Thomas W. Thrash, Jr. on 3/17/2020. (EQCCtrk) c:Financial Office(cmd) (Entered: 03/18/2020) |
| 03/18/2020 | 1028 | | USCA Inquiry regarding status 1015 APPLICATION to Appeal in forma pauperis filed by Christopher Andrews. No ruling has been issued. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 03/18/2020) |
| 03/18/2020 | 1031 | | RESPONSE in Opposition re 1023 MOTION filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(EQCCtrk)(Keller, Amy) (Entered: 03/18/2020) |
| 03/19/2020 | 1032 | | ORDER GRANTING 1024 Joint Motion to Extend Deadlines. Chicago's deadline to file an amended complaint is extended to 4/8/2020. Equifax's MTD amended complaint deadline is 5/11/2020; Chicago's response deadline is 5/29/2020; Equifax's reply deadline is 6/12/2020. Signed by Judge Thomas W. Thrash, Jr. on 3/19/2020. (EQCCtrk)(cmd) (Entered: 03/19/2020) |
| 03/20/2020 | | | Appeal Fee Payment Received $505.00; receipt number GAN100102390 re: 989 Notice of Appeal filed by George W. Cochran. (EQCCtrk)(kac) Modified on 4/7/2020 (kac). (Entered: 03/20/2020) |
| 03/20/2020 | 1033 | | General Order 20−01 re: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/16/20. (EQACtrk)(kt) (Entered: 03/23/2020) |
| 03/23/2020 | 1034 | | NOTICE Of Filing Missing documents taken off the docket. (EQCCtrk)(kt) (Entered: 03/24/2020) |
| 03/23/2020 | 1035 | | NOTICE Of Filing Letter to cancel filing that will arrive in another envelope. It was sent in error. (EQCCtrk)(kt) (Entered: 03/24/2020) |
| 03/23/2020 | 1036 | | NOTICE Of Filing Correction and Supplement to Rule 59(e) Motion−A by Christopher Andrews. (EQCCtrk)(kt) (Entered: 03/24/2020) |
| 03/24/2020 | | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal re: 989 Notice of Appeal, 965 Notice of Appeal. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. The entire record on appeal is available electronically. (EQCCtrk)(kac) (Entered: 03/24/2020) |
| 03/24/2020 | | | Clerk's Certificate of Mailing as to George W. Cochran re: Appeal Record Certified. (EQCCtrk)(kac) (Entered: 03/24/2020) |
| 03/24/2020 | | | Submission of 1016 MOTION to Strike 998 Response in Opposition to Motion, to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 03/24/2020) |
| 03/26/2020 | 1037 | | RESPONSE in Opposition re 1030 MOTION to AmendMOTION to Alter 957 Judgment *Response to Filings by Objector Christopher Andrews (Docs. 1030, 1034, 1035, 1036)* filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A)(EQCCtrk)(Keller, Amy) (Entered: 03/26/2020) |
| 03/30/2020 | | | Submission of 1020 MOTION to Withdraw Mark Lewis as Attorney, to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 03/30/2020) |

| 03/30/2020 | 1038 | | ORDER granting 798 Motion to Withdraw as Attorney Jason S. Kanterman as counsel of record for Plaintiffs Mark Isacoff, Robert Kohn, and Susan Kohn. Attorney JASON SCOTT KANTERMAN terminated. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. (EQACtrk)(kt) (Entered: 03/30/2020) |
| --- | --- | --- | --- |
| 03/30/2020 | 1039 | | ORDER granting 1020 Motion to Withdraw as Attorney Jeremiah Heck, Brian Garvine, Mark Lewis and Robert Wagoner, and it appearing that the motion is filed in good faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, these attorneys are terminated. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. (EQACtrk)(kt) (Entered: 03/30/2020) |
| 03/30/2020 | 1040 | | MOTION for Bond Pending Appeal with Brief In Support by ALL PLAINTIFFS. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(EQCCtrk)(Siegel, Norman) (Entered: 03/30/2020) |
| 03/30/2020 | 1041 | | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 1029 Order on Motion for Order,,,, Order on Motion to Strike,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,,,, 957 Judgment by David R. Watkins, Theodore H Frank. Transcript Order Form due on 4/13/2020 (EQCCtrk)(Holyoak, Melissa) (Entered: 03/30/2020) |
| 03/30/2020 | | | Appeal Fee Payment Received re: 991 Notice of Appeal. $505.00; Receipt number GAN100120496. (EQCCtrk)(kac) (Entered: 04/07/2020) |
| 03/31/2020 | 1042 | | USCA Appeal Transmission Letter to 11th Circuit re: 1041 Notice of Appeal filed by Theodore H Frank, David R. Watkins. (EQCCtrk)(kac) (Entered: 03/31/2020) |
| 03/31/2020 | 1043 | | Transmission of Certified Copy of Amended Notice of Appeal, Final Order and Judgment, Order, Amended Order and Docket Sheet to US Court of Appeals re: 1041 Amended Notice of Appeal. (EQCCtrk)(kac) (Entered: 03/31/2020) |
| 03/31/2020 | 1044 | | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 1029 Order on Motion for Order,,,, Order on Motion to Strike,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,,,, 957 Judgment by Mikell West. Filing fee $ 505, receipt number AGANDC−9541354. Transcript Order Form due on 4/14/2020 (EQCCtrk)(Clore, Robert) (Entered: 03/31/2020) |
| 04/01/2020 | | | Submission of 1023 MOTION to take Judicial Notice of Misconduct, to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 04/01/2020) |
| 04/01/2020 | 1045 | | USCA Appeal Transmission Letter to 11th Circuit re: 1044 Notice of Appeal filed by Mikell West. (EQCCtrk)(kac) (Entered: 04/01/2020) |
| 04/01/2020 | 1046 | | Transmission of Certified Copy of Amended Notice of Appeal, Order and Final Judgment, Amended Order and Docket Sheet to US Court of Appeals re: 1044 Notice of Appeal. (EQCCtrk)(kac) (Entered: 04/01/2020) |
| 04/01/2020 | 1047 | | CERTIFICATE OF SERVICE re 1031 Response in Opposition to Motion, 1037 Response in Opposition to Motion, 1040 MOTION for Bond Pending Appeal filed by ALL PLAINTIFFS *Amended Certificate of Service of Filings* |

| | | |
|---|---|---|
| | | *to Objector Christopher Andrews* (Attachments: # <u>1</u> Service Email, 3/18/2020, # <u>2</u> Service Email, 3/26/2020, # <u>3</u> Service Email, 3/30/2020, # <u>4</u> Andrews' Rejection of Service via Email, 3/31/2020)(EQCCtrk)(Keller, Amy) (Entered: 04/01/2020) |
| 04/01/2020 | <u>1048</u> | APPLICATION for Admission of Daniel Stone Pro Hac Vice (Application fee $ 150, receipt number AGANDC−9543074).by Steve Anthony Newman. (EQACtrk)(Batore, Denzel) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 04/01/2020) |
| 04/02/2020 | <u>1049</u> | RESPONSE re <u>1040</u> MOTION for Bond Pending Appeal filed by Christopher Andrews. (Attachments: # <u>1</u> Exhibit 2)(EQCCtrk)(rvb) (Additional attachment(s) added on 4/2/2020: # <u>2</u> <span style="color:red">FILED UNDER SEAL</span> Exhibit 1) (rvb). (Entered: 04/02/2020) |
| 04/03/2020 | | Submission of <u>1030</u> MOTION to Amend, MOTION to Alter <u>957</u> Judgment, to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 04/03/2020) |
| 04/06/2020 | | RETURN of <u>1048</u> APPLICATION for Admission of Daniel Stone Pro Hac Vice (Application fee $ 150, receipt number AGANDC−9543074) to attorney for correction. (EQCCtrk)(cdg) (Entered: 04/06/2020) |
| 04/07/2020 | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal re: <u>991</u> Notice of Appeal. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. The entire record on appeal is available electronically. (EQCCtrk)(kac) (Entered: 04/07/2020) |
| 04/07/2020 | | Clerk's Certificate of Mailing as to Alice−Marie Flowers re: Appeal Record Certified. (EQCCtrk)(kac) (Entered: 04/07/2020) |
| 04/07/2020 | <u>1050</u> | STIPULATION of Dismissal *(City of Chicago)* by Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) (Entered: 04/07/2020) |
| 04/08/2020 | 1051 | ORDER in case 1:17−cv−03422−TWT; denying as moot (805) Motion for Reconsideration in case 1:17−md−02800−TWT. Signed by Judge Thomas W. Thrash, Jr. on 4/8/20. Associated Cases: 1:17−md−02800−TWT et al.(EQCCtrk)(TWT) (Entered: 04/08/2020) |
| 04/08/2020 | <u>1052</u> | ORDER DENYING as moot <u>955</u> Motion for Status/Scheduling Conference. Signed by Judge Thomas W. Thrash, Jr. on 4/8/20. (EQACtrk)(kt) (Entered: 04/08/2020) |
| 04/08/2020 | <u>1053</u> | ORDER DENYING <u>1030</u> Motion to Amend, Motion to Alter Judgment of Objector Christopher Andrews. Signed by Judge Thomas W. Thrash, Jr. on 4/8/20. (EQACtrk)(kt) (Entered: 04/08/2020) |
| 04/08/2020 | <u>1054</u> | SUPPLEMENT TO CORRECTED APPLICATION to Appeal in forma pauperis by Christopher Andrews. (Attachments: # <u>1</u> Envelope)(EQCCtrk)(kac) (Entered: 04/09/2020) |
| 04/08/2020 | <u>1055</u> | SUPPLEMENT TO RESPONSE re: <u>1040</u> MOTION for Bond Pending Appeal filed by Christopher Andrews. (EQCCtrk)(kac) (Entered: 04/09/2020) |
| 04/09/2020 | | Clerk's Entry of Dismissal APPROVING <u>1050</u> Stipulation of Dismissal *(City of Chicago)* pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii). (EQCCtrk)(cmd) (Entered: 04/09/2020) |

| 04/10/2020 | 1056 | | RESPONSE in Opposition to 1040 Plaintiffs' Motion for Appeal Bond filed by Shiyang Huang. (EQACtrk)(ddm) (Entered: 04/13/2020) |
|---|---|---|---|
| 04/13/2020 | 1057 | | RESPONSE in Opposition re 1040 MOTION for Bond Pending Appeal filed by Theodore H Frank, David R. Watkins. (Attachments: # 1 Exhibit Declaration of Melissa A. Holyoak, # 2 Exhibit Declaration of Theodore H. Frank)(EQCCtrk)(Holyoak, Melissa) (Entered: 04/13/2020) |
| 04/13/2020 | 1058 | | RESPONSE in Opposition re 1040 MOTION for Bond Pending Appeal filed by Mikell West. (EQCCtrk)(Clore, Robert) (Entered: 04/13/2020) |
| 04/14/2020 | 1059 | | NOTICE OF APPEAL as to 1026 Order on Motion to Amend, 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 1029 Order on Motion for Order,,,, Order on Motion to Strike,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,,,,, 957 Judgment by John William Davis. Filing fee $ 505, receipt number AGANDC−9592952. Transcript Order Form due on 4/28/2020 (EQCCtrk)(Davis, John) (Entered: 04/14/2020) |
| 04/15/2020 | 1060 | | USCA Appeal Transmission Letter to 11th Circuit re: 1059 Notice of Appeal filed by John William Davis. (EQCCtrk)(kac) (Entered: 04/15/2020) |
| 04/15/2020 | 1061 | | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Amended Order, Orders and Docket Sheet to US Court of Appeals re: 1059 Notice of Appeal. (EQCCtrk)(kac) (Entered: 04/15/2020) |
| 04/15/2020 | 1062 | | ORDER DENYING 1023 Motion to Take Judicial Notice of Misconduct and a Rule 11 Violation. Signed by Judge Thomas W. Thrash, Jr. on 4/14/20. (EQACtrk)(kt) (Entered: 04/15/2020) |
| 04/15/2020 | 1063 | | Supplemental Response to 1040 Request for Bond Pending Appeal filed by Christopher Andrews. (EQACtrk)(ddm) (Entered: 04/16/2020) |
| 04/16/2020 | 1064 | | MOTION for Relief TO allow a late opt out*and other alternative requests* with Brief In Support by STEVEN NEWMAN. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order Proposed Order)(EQACtrk)(Stone, Daniel) (Entered: 04/16/2020) |
| 04/17/2020 | | | Submission of 1040 MOTION for Bond Pending Appeal , to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 04/17/2020) |
| 04/17/2020 | 1066 | | RESPONSE in Opposition to 1040 MOTION for Bond Pending Appeal filed by George W. Cochran. (EQCCtrk)(kt) (Entered: 04/20/2020) |
| 04/20/2020 | 1065 | | USCA Inquiry regarding status 986 APPLICATION to Appeal in forma pauperis filed by Christopher Andrews, 1016 MOTION to Strike 998 Response in Opposition to Motion filed by Christopher Andrews, 1015 APPLICATION to Appeal in forma pauperis filed by Christopher Andrews, 1054 APPLICATION to Appeal in forma pauperis filed by Christopher Andrews. No ruling has been issued. C ase Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 04/20/2020) |
| 04/20/2020 | 1067 | | REPLY BRIEF re 1040 MOTION for Bond Pending Appeal filed by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Siegel, Norman) (Entered: 04/20/2020) |

| 04/22/2020 | 1068 | | MOTION to Unseal Document with Brief In Support by Mikell West. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(EQCCtrk)(Clore, Robert) (Entered: 04/22/2020) |
|---|---|---|---|
| 04/22/2020 | 1069 | | RESPONSE re 1068 MOTION to Unseal Document filed by ALL PLAINTIFFS. (EQCCtrk)(Keller, Amy) (Entered: 04/22/2020) |
| 04/23/2020 | 1070 | | NOTICE by Theodore H Frank, David R. Watkins re 1068 MOTION to Unseal Document *of Objector Frank and Watkins's Joinder to Motion to Unseal* (EQCCtrk)(Holyoak, Melissa) (Entered: 04/23/2020) |
| 04/27/2020 | | | Submission of 1040 MOTION for Bond Pending Appeal , 968 Order granting extension of time to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 04/27/2020) |
| 04/27/2020 | 1071 | | Consent MOTION for Extension of Time Respond to April 16, 2020 Motion by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Haskins, Sidney) (Entered: 04/27/2020) |
| 04/27/2020 | 1072 | | Pro Se MOTION to Grant Late Opt Out by Harald Schmidt. (EQCCtrk)(rjs) (Entered: 04/28/2020) |
| 04/28/2020 | 1073 | | ORDER GRANTING 1071 Consent Motion for Extension of Time. Equifax's deadline to respond to the South Carolina Plaintiffs' 1064 MOTION is hereby extended 14 days, through and including 5/14/2020. Signed by Judge Thomas W. Thrash, Jr. on 4/28/2020. (EQCCtrk)(cmd) (Entered: 04/28/2020) |
| 04/29/2020 | 1074 | | Consent MOTION for Extension of Time to File Response to Motion re: 1064 MOTION for Relief TO allow a late opt out*and other alternative requests* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQCCtrk)(Barnes, Roy) (Entered: 04/29/2020) |
| 04/30/2020 | 1075 | | ORDER GRANTING 1074 Consent Motion for Extension of Time. The Consumer Plaintiffs' deadline to respond to the South Carolina Plaintiffs' 1064 motion is hereby extended 14 days, through and including 5/14/2020. Signed by Judge Thomas W. Thrash, Jr. on 4/30/2020. (EQCCtrk)(cmd) (Entered: 05/01/2020) |
| 05/01/2020 | 1076 | | STATUS REPORT *(Joint) Regarding Financial Institutions Settlement* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Lynch, Gary) (Entered: 05/01/2020) |
| 05/01/2020 | 1077 | | NOTICE Of Filing Notice Regarding the Motion to Supplement the Record Filed by Objectors Frank and Watkins by ALL PLAINTIFFS re 961 MOTION to Supplement *Record*, 971 Response to Motion (Attachments: # 1 Exhibit 1, 11th Circuit Motion by Frank and Watkins, # 2 Exhibit 2, Response to 11th Circuit Motion by Frank and Watkins)(EQCCtrk)(Keller, Amy) (Entered: 05/01/2020) |
| 05/01/2020 | 1078 | | USCA Acknowledgment of 1059 Notice of Appeal filed by John William Davis. Case Appealed to USCA − 11th Circuit. USCA Case Number 20−10249−RR. (EQCCtrk)(kac) (Entered: 05/04/2020) |
| 05/04/2020 | 1079 | | |

| | | |
|---|---|---|
| | | TRANSCRIPT ORDER FORM re <u>1059</u> Notice of Appeal,. (EQCCtrk)(Davis, John) (Entered: 05/04/2020) |
| 05/04/2020 | | Set FRAP 11 Certification of the Record on Appeal due date deadline re: <u>1079</u> Transcript Order Form. Fed.R.App.P. 11 Certification due on 5/18/2020(EQCCtrk)(kac) (Entered: 05/04/2020) |
| 05/04/2020 | 1080 | RESPONSE re <u>1068</u> MOTION to Unseal Document *Transcript of July 30, 2019 Hearing and Related Docket Entries* filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Balser, David) (Entered: 05/04/2020) |
| 05/05/2020 | 1081 | ORDER re <u>1076</u> Joint Status Report: The Parties shall have through and including 5/15/2020 to move for preliminary approval of their settlement. Signed by Judge Thomas W. Thrash, Jr. on 5/5/2020. (EQFItrk)(cmd) (Entered: 05/05/2020) |
| 05/06/2020 | 1082 | REPLY to Response to Motion re <u>1068</u> MOTION to Unseal Document filed by Mikell West. (EQCCtrk)(Clore, Robert) (Entered: 05/06/2020) |
| 05/07/2020 | 1083 | Withdrawal of Motion <u>1064</u> MOTION for Relief TO allow a late opt out*and other alternative requests* filed by STEVEN NEWMAN filed by STEVEN NEWMAN. (EQCCtrk)(Stone, Daniel) (Entered: 05/07/2020) |
| 05/07/2020 | 1084 | **(VACATED PER <u>1106</u> ORDER)** ORDER GRANTING <u>961</u> Motion to Supplement Record of Objectors Watkins and Frank. Counsel for the Consumer Plaintiffs will file the proposed orders submitted to the Court regarding the proposed opinion concerning the Courts fairness hearing rulings and proposed final judgment as soon as reasonably possible. Signed by Judge Thomas W. Thrash, Jr. on 5/7/20. (EQACtrk)(kt) Modified on 5/15/2020 (tcc). (Entered: 05/07/2020) |
| 05/07/2020 | 1085 | ORDER GRANTING <u>933</u> Motion to Seal <u>928</u> Notice of Filing Document. Signed by Judge Thomas W. Thrash, Jr. on 5/7/20. (EQACtrk)(kt) Modified on 5/7/2020 (kt). (Entered: 05/07/2020) |
| 05/07/2020 | | Notification of Docket Correction re <u>1085</u> Order on Motion to Seal Document. Edited to correct docket text. (EQACtrk)(kt) (Entered: 05/07/2020) |
| 05/07/2020 | 1086 | ORDER GRANTING <u>914</u> Motion to Seal Objector Christopher Andrews Home Address. Signed by Judge Thomas W. Thrash, Jr. on 5/7/2020. (EQACtrk)(kt) (Entered: 05/07/2020) |
| 05/07/2020 | 1087 | ORDER DENYING <u>1015</u> Application to Appeal in forma pauperis and DENYING <u>1054</u> Application to Appeal in forma pauperis. Signed by Judge Thomas W. Thrash, Jr. on 5/7/2020. (EQACtrk)(kt) (Entered: 05/07/2020) |
| 05/07/2020 | 1088 | ORDER DENYING Objector Christopher Andrews' <u>987</u> Motion to Seal. Signed by Judge Thomas W. Thrash, Jr. on 5/7/20. (EQACtrk)(kt) (Entered: 05/07/2020) |
| 05/07/2020 | 1089 | ORDER DENYING Objector Christopher Andrews' <u>986</u> Application to Appeal in forma pauperis. Signed by Judge Thomas W. Thrash, Jr. on 5/7/20. (EQACtrk)(kt) (Entered: 05/07/2020) |

| 05/07/2020 | 1090 | NOTICE by ALL PLAINTIFFS *Further Notice Regarding the Motion to Supplement the Record Filed by Objectors Frank and Watkins* (Attachments: # 1 Exhibit 1)(EQCCtrk)(Siegel, Norman) (Entered: 05/07/2020) |
|---|---|---|
| 05/08/2020 | 1091 | ORDER GRANTING the Unopposed 1068 Motion to Unseal the 776 777 Transcript of Jul 30, 2019 hearing and related docket entries by Objector Mikell West. Signed by Judge Thomas W. Thrash, Jr. on 5/7/2020. (EQACtrk)(kt) Modified on 5/11/2020 to edit docket text. (kt). (Entered: 05/08/2020) |
| 05/08/2020 | 1092 | ORDER DENYING 1016 Motion to Strike 998 Response in Opposition to Motion. Signed by Judge Thomas W. Thrash, Jr. on 5/7/20. (EQACtrk)(kt) (Entered: 05/08/2020) |
| 05/11/2020 | 1093 | MOTION for Clarification re: 1084 Order on Motion to Supplement, with Brief In Support by ALL PLAINTIFFS. (Attachments: # 1 Exhibit 1, Ruling from 11th Circuit, # 2 Exhibit 2, 11th Circuit Motion by Frank, # 3 Exhibit 3, Plaintiffs−Appellees' Response to 11th Circuit Motion by Frank)(EQCCtrk)(Keller, Amy) (Entered: 05/11/2020) |
| 05/11/2020 | | Notification of Docket Correction re 1091 Order on Motion to Unseal Document. Edited to correct docket text. (EQACtrk)(kt) (Entered: 05/11/2020) |
| 05/11/2020 | 1094 | ORDER GRANTING 1040 Motion for Bond Pending Appeal. The Court orders each Objector to post a bond of $2,000 or deposit $2,000 in cash in the registry of the Court for the costs of appeal. Each Objector has 14 days from the date of this Order to post a bond acceptable to the Clerk or a cash deposit. Signed by Judge Thomas W. Thrash, Jr. on 5/11/2020. (EQACtrk) c:Financial Office(kt) (Entered: 05/11/2020) |
| 05/11/2020 | 1095 | NOTICE by Theodore H Frank, David R. Watkins *of Filing of Declaration of Melissa A. Holyoak regarding posting of appeal bond* (Attachments: # 1 Exhibit Declaration of Melissa A. Holyoak)(EQCCtrk)(Holyoak, Melissa) (Entered: 05/11/2020) |
| 05/11/2020 | 1096 | RESPONSE in Opposition re 1072 MOTION *Harald Schmidts Motion to Grant Late Opt Out* filed by Equifax Consumer Services, LLC, Equifax Information Services LLC, Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) (Entered: 05/11/2020) |
| 05/11/2020 | 1097 | MOTION for Reconsideration re 1091 Order on Motion to Unseal Document and 1089 Order on Application to Appeal in forma pauperis and Evidence of Fraud on The Court Which is Being Ignored with Brief In Support by Christopher Andrews. (Attachments: # 1 Exhibit 1)(EQACtrk)(ah) Modified to edit date on 5/12/2020 (ah). (Entered: 05/12/2020) |
| 05/12/2020 | | Appeal Bond Paid on behalf of Objectors David R. Watkins and Theodore H. Frank: $ 4000.00 ($2000.00 per Objector), receipt number GAN100121345. (EQACtrk)(kt) (Entered: 05/12/2020) |
| 05/12/2020 | 1098 | STIPULATION of Dismissal *of Fond du Lac Band of Lake Superior Chippewa* by Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) (Entered: 05/12/2020) |
| 05/12/2020 | 1099 | |

| | | STIPULATION of Dismissal *of Red Cliff Band of Lake Superior Chippewa* by Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) (Entered: 05/12/2020) |
|---|---|---|
| 05/12/2020 | 1100 | STIPULATION of Dismissal *of St. Croix Chippewa Indians of Wisconsin* by Equifax, Inc.. (EQCCtrk)(Haskins, Sidney) (Entered: 05/12/2020) |
| 05/12/2020 | 1101 | RESPONSE in Opposition re 1093 MOTION for Clarification re: 1084 Order on Motion to Supplement, filed by Theodore H Frank, David R. Watkins. (EQCCtrk)(Holyoak, Melissa) (Entered: 05/12/2020) |
| 05/12/2020 | 1102 | NOTICE Of Filing Correction of the 1097 MOTION for Reconsideration, by Christopher Andrews (EQACtrk)(ah) (Entered: 05/13/2020) |
| 05/14/2020 | 1103 | NOTICE by Mikell West *Filing of Declaration of Jerome J Froelich Jr Regarding Posting of Appeal Bond* (Attachments: # 1 Declaration of Jerome j Froelich Jr, # 2 Exhibit Exhibit A − Declaration of Jerome J Froelich Jr)(EQACtrk)(Froelich, Jerome) (Entered: 05/14/2020) |
| 05/14/2020 | 1104 | REPLY to Response to Motion re 1093 MOTION for Clarification re: 1084 Order on Motion to Supplement, filed by ALL PLAINTIFFS. (EQCCtrk)(Siegel, Norman) (Entered: 05/14/2020) |
| 05/14/2020 | | Funds Deposited per 1094 Order: $2000.00, receipt number 121419. (EQACtrk)(tcc) (Entered: 05/15/2020) |
| 05/15/2020 | 1105 | Consent MOTION for Leave to File Excess Pages by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Lynch, Gary) (Entered: 05/15/2020) |
| 05/15/2020 | 1106 | ORDER − This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Plaintiffs' Motion for Clarification [Doc. 1093 ] treated as a Motion for Reconsideration. On May 7, 2020, this Court granted the Motion To Supplement Record of Objectors Watkins and Frank [Doc. 961 ]. The same day, the Court of Appeals denied the same motion made pursuant to Rule 10(e)(2) of the Federal Rules of Appellate Procedure. In doing so, the Court of Appeals necessarily found that the proposed orders were not material to the appeal. The Plaintiffs' Motion for Clarification [Doc. 1093 ] treated as a Motion for Reconsideration is GRANTED. The Court's Order of May 7, 2020 [Doc. 1084 ] is VACATED. Signed by Judge Thomas W. Thrash, Jr. on 5/15/2020. (EQACtrk)(tcc) (Entered: 05/15/2020) |
| 05/15/2020 | 1107 | Unopposed MOTION for Settlement *Preliminary Approval of Class Action Settlement* with Brief In Support by ASI Federal Credit Union, Halliburton Employees Federal Credit Union, Peach State Federal Credit Union, Hudson River Community Credit Union, Consumers Cooperative Credit Union, Services Credit Union, Seven Seventeen Credit Union, SeaComm Federal Credit Union, Sky Federal Credit Union, Heritage Federal Credit Union, Firefly Credit Union, First Financial Credit Union, The Summit Federal Credit Union, Washington Gas Light Federal Credit Union, State Employees Federal Credit Union, Bank of Louisiana, Army Aviation Center Federal Credit Union, Summit Credit Union, Suncoast Credit Union, Elements Financial Federal Credit Union, Wright−Patt Credit Union. (Attachments: # 1 Brief, # 2 Affidavit Joint Declaration of Co−Lead Counsel, # 3 Affidavit Declaration of Richard W. Simmons, # 4 Exhibit A − Settlement Agreement and Attachments, # 5 Text of Proposed Order)(EQFItrk)(Lynch, Gary) |

| | | | |
|---|---|---|---|
| | | | (Entered: 05/15/2020) |
| 05/15/2020 | 1112 | | DECLARATION of Shiyang Huang Regarding Posting of Appeal Bond filed by Shiyang Huang. (EQCCtrk)(tmf) (Entered: 05/19/2020) |
| 05/18/2020 | 1108 | | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 1094 Order on Motion for Bond Pending Appeal, 1029 Order on Motion for Order,,,, Order on Motion to Strike,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,, 1084 Order on Motion to Supplement, 957 Judgment, 1106 Order on Motion for Clarification,,, by Theodore H Frank, David R. Watkins. Transcript Order Form due on 6/1/2020 (EQCCtrk)(Holyoak, Melissa) (Entered: 05/18/2020) |
| 05/18/2020 | 1109 | | USCA Appeal Transmission Letter to 11th Circuit re: 1108 Notice of Appeal filed by Theodore H Frank, David R. Watkins. (EQCCtrk)(kac) (Entered: 05/18/2020) |
| 05/18/2020 | | | Transmission of Certified Copy of Notice of Appeal, Clerk's Judgment, Orders and Docket Sheet to US Court of Appeals re: 1108 Notice of Appeal. (EQCCtrk)(kac) (Entered: 05/18/2020) |
| 05/18/2020 | | | Appeal Bond Paid on behalf of objector Shiyang Huang per 1094 Order: $ 2000.00, receipt number GAN100121456. (EQACtrk)(kt) (Entered: 05/18/2020) |
| 05/19/2020 | 1110 | | MOTION for Bond Pending Appeal with Brief In Support by ALL PLAINTIFFS. (Attachments: # 1 Brief)(EQCCtrk)(Siegel, Norman) (Entered: 05/19/2020) |
| 05/19/2020 | 1111 | | RESPONSE in Opposition re 1097 MOTION for Reconsideration re 1091 Order on Motion to Unseal Document, 1089 Order on Application to Appeal in forma pauperis filed by ALL PLAINTIFFS. (EQCCtrk)(Siegel, Norman) (Entered: 05/19/2020) |
| 05/19/2020 | 1113 | | ORDER GRANTING 1105 Motion for Leave to File Excess Pages In support of their motion for preliminary approval of a class settlement. Plaintiffs may file a memorandum of law up to 30 pages in length. Signed by Judge Thomas W. Thrash, Jr. on 5/19/2020. (EQFItrk)(kt) (Entered: 05/19/2020) |
| 05/19/2020 | | | Clerk's Entry of Dismissal APPROVING 1098 Stipulation of Dismissal *of Fond du Lac Band of Lake Superior Chippewa*, 1099 Stipulation of Dismissal *of Red Cliff Band of Lake Superior Chippewa*, 1100 Stipulation of Dismissal *of St. Croix Chippewa Indians of Wisconsin* pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii). (EQCCtrk)(cmd) (Entered: 05/19/2020) |
| 05/19/2020 | | | Appeal Bond Paid on behalf of George W. Cochran Attorney Objector pursuant to 1094 Order: $ 2000.00, receipt number 121501. (EQACtrk)(kt) Modified on 5/20/2020 (kt). (Entered: 05/20/2020) |
| 05/21/2020 | 1114 | | Letter from George Nees re Redaction. (Attachments: # 1 Envelope) (EQACtrk)(rvb) (Entered: 05/21/2020) |
| 05/21/2020 | 1115 | | Unopposed MOTION for Order *to Conduct Preliminary Approval of Settlement Hearing by Telephone or Videoconference* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(EQFItrk)(Guglielmo, Joseph) |

| | | |
|---|---|---|
| | | (Entered: 05/21/2020) |
| 05/21/2020 | 1116 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, 1094 Order on Motion for Bond Pending Appeal, 957 Judgment, 951 Order on Motion to Strike by Shiyang Huang. Transcript Order Form due on 6/4/2020 (EQCCtrk)(kac) (Entered: 05/22/2020) |
| 05/21/2020 | 1117 | DECLARATION REGARDING POSTING OF APPEAL BOND by Shiyang Huang. (EQCCtrk)(kac) (Entered: 05/22/2020) |
| 05/22/2020 | 1118 | USCA Appeal Transmission Letter to 11th Circuit re: 1116 Notice of Appeal filed by Shiyang Huang. (EQCCtrk)(kac) (Entered: 05/22/2020) |
| 05/22/2020 | 1119 | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Orders and Docket Sheet to US Court of Appeals re: 1116 Notice of Appeal. (EQCCtrk)(kac) (Entered: 05/22/2020) |
| 05/22/2020 | 1120 | ORDER PROVIDING THAT PRELIMINARY APPROVAL OF SETTLEMENT HEARING BE CONDUCTED BY TELEPHONE OR VIDEOCONFERENCE re 1115 Motion for Order. Signed by Judge Thomas W. Thrash, Jr. on 5/22/2020. (EQFItrk)(cmd) (Entered: 05/22/2020) |
| 05/22/2020 | 1121 | NOTICE OF VIDEO PROCEEDING re: 1107 Unopposed MOTION for Settlement *Preliminary Approval of Class Action Settlement*. Preliminary Approval of Settlement Hearing set for 6/4/2020 at 02:00 PM before Judge Thomas W. Thrash, Jr. Connection Instructions: https://ganduscourts.zoomgov.com/j/1619921699; Meeting ID 161−992−1699; Password 395217; Dial−in Numbers (if video unavailable) 1−646−828−7666 or 1−669−254−5252. You must follow the instructions of the Court for remote proceedings available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (EQFItrk)(cmd) (Entered: 05/22/2020) |
| 05/26/2020 | 1122 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees, Order on Motion for Settlement, 1094 Order on Motion for Bond Pending Appeal, 1029 Order on Motion for Order, Order on Motion to Strike, Order on Motion for Miscellaneous Relief and 957 Judgment by George W. Cochran. (Attachments: # 1 Envelope)(EQCCtrk)(kac) (Entered: 05/29/2020) |
| 05/27/2020 | | Submission of 1072 Pro Se MOTION to District Judge Thomas W. Thrash Jr. (EQACtrk)(kt) (Entered: 05/27/2020) |
| 05/29/2020 | 1123 | USCA Appeal Transmission Letter to 11th Circuit re: 1122 Notice of Appeal filed by George W. Cochran. (EQCCtrk)(kac) (Entered: 05/29/2020) |
| 05/29/2020 | 1124 | Transmission of Certified Copy of Notice of Appeal, Final Order and Judgment, Orders and Docket Sheet to US Court of Appeals re: 1122 Notice of Appeal. (EQCCtrk)(kac) (Entered: 05/29/2020) |
| 05/29/2020 | 1125 | NOTICE OF APPEAL as to 956 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 1094 Order on Motion for Bond Pending Appeal, 1029 Order on Motion for Order,,,, Order on Motion to Strike,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,,,,,,, 957 Judgment, 1106 Order on Motion for Clarification,,, by Mikell West. Transcript Order Form due on 6/12/2020 (EQCCtrk)(Clore, Robert) (Entered: 05/29/2020) |

| 05/29/2020 | 1126 | | NOTICE OF APPEAL as to 1094 Order on Motion for Bond Pending Appeal, 1029 Order on Motion for Order,,,, Order on Motion to Strike,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,,,, 957 Judgment, 1106 Order on Motion for Clarification,,, by David R. Watkins, Theodore H Frank. Transcript Order Form due on 6/12/2020 (EQCCtrk)(Holyoak, Melissa) (Entered: 05/29/2020) |
|---|---|---|---|
| 05/29/2020 | 1127 | | USCA Appeal Transmission Letter to 11th Circuit re: 1125 Notice of Appeal filed by Mikell West. (EQCCtrk)(kac) (Entered: 05/29/2020) |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, CERTIFYING SETTLEMENT CLASS, AND AWARDING ATTORNEY'S FEES, EXPENSES AND SERVICE AWARDS

Consumer Plaintiffs and Defendants Equifax Inc., Equifax Information Services, LLC, and Equifax Consumer Services LLC (collectively, "Equifax"), reached a proposed class action settlement resolving claims arising from the data breach Equifax Inc. announced on September 7, 2017. On July 22, 2019, this Court directed that notice issue to the settlement class. [Doc. 742]. This matter is now before the Court on the Consumer Plaintiffs' Motion for Final Approval of Proposed Settlement [Doc. 903] and Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives. [Doc. 858]. For the reasons set forth below and on the record of the hearing of December 19, 2019, the Court grants both motions, issues its ruling on the pending objections and motions from various objectors that have been filed, and will separately enter a Consent Order relating to the business practice changes to which Equifax has agreed and a Final Order and Judgment.

# I.    INTRODUCTION.

## A.    <u>Factual Background and Procedural History.</u>

On September 7, 2017, Equifax Inc. announced a data breach that it determined had impacted the personal information of about 147 million Americans. More than 300 class actions filed against Equifax were consolidated and transferred to this Court, which established separate tracks for the consumer and financial institution claims and appointed separate legal teams to lead each track.

In the consumer track, on May 14, 2018, plaintiffs filed a 559-page consolidated complaint, which named 96 class representatives and asserted common law and statutory claims under both state and federal law. [Doc. 374]. The complaint alleged claims including negligence, negligence per se, unjust enrichment, declaratory judgment, breach of contract (for those individuals who had provided personal information to Equifax subject to its privacy policy), and violation of the Fair Credit Reporting Act ("FCRA"), the Georgia Fair Business Practices Act ("GFBPA"), and various state consumer laws and state data breach statutes.

Equifax moved to dismiss the complaint in its entirety, arguing *inter alia* that Georgia law does not impose a legal duty to safeguard personal information, plaintiffs' alleged injuries were not legally cognizable, and no one could plausibly prove that their injuries were caused by this data breach as opposed to another

breach. The parties exhaustively briefed the motion during the summer and early fall of 2018.

After the benefit of oral argument on December 14, 2018, the Court issued an order on January 28, 2019, granting in part and denying in part the motion to dismiss. [Doc. 540]. The Court allowed the negligence and negligence per se claims to proceed under Georgia law, finding among other things that the plaintiffs alleged actual injuries sufficient to support a claim for relief (*id.* at 15-21). The Court dismissed the FCRA claim, the GFBPA claim, the contract claims, and the unjust enrichment claims of those plaintiffs who had no contract with Equifax. The Court dismissed some state statutory claims, but allowed many others to proceed. Following the Court's order on dismissal, Equifax answered on February 25, 2019 [Doc. 571]. Before and after Equifax filed its answer, the parties engaged in significant discovery efforts and raised numerous discovery-related disputes with the Court in late 2018.

On April 2, 2019, after more than 18 months of negotiations, the parties informed the Court they had reached a binding settlement that was reflected in a term sheet dated March 30, 2019, and that had been approved the following day by Equifax's board of directors. After consulting and negotiating with federal and state regulators regarding revisions to the term sheet, the parties entered into the final settlement agreement on July 19, 2019, and presented the final settlement agreement

to the Court on July 22, 2019. (App. 1, ¶¶ 17-24).[1] After a hearing on July 22, 2019, the Court entered an order directing notice of the proposed settlement ("Order Directing Notice") [Doc. 742]. In the Order Directing Notice, the Court found that it would likely approve the settlement as fair, reasonable, and adequate, and certify the settlement class.

### B. Terms of the Settlement.

The following are the material terms of the settlement:

### 1. The Settlement Class.

The settlement class is defined as follows:

> The approximately 147 million U.S. consumers identified by Equifax whose personal information was compromised as a result of the cyberattack and data breach announced by Equifax Inc. on September 7, 2017.

Excluded are (i) Equifax, any entity in which Equifax has a controlling interest, and Equifax's officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the settlement class. [Settlement Agreement, Doc. 739-2, ¶ 2.43].

---

[1] References in this Order to "App." refer to the declarations comprising the Appendix [Doc. 900] accompanying the pending motions.

### 2. **The Settlement Fund.**

Equifax will pay $380,500,000 into a fund for class benefits, attorneys' fees, expenses, service awards, and notice and administration costs; up to an additional $125,000,000 if needed to satisfy claims for certain out-of-pocket losses; and potentially $2 billion more if all 147 million class members sign up for credit monitoring. [Doc. 739-2, ¶ 7.8; Doc. 739-4, ¶ 37]. No settlement funds will revert to Equifax. [Doc. 739-2, ¶ 5.5]. The specific benefits available to class members include:

- Reimbursement of up to $20,000 for documented, out-of-pocket losses fairly traceable to the breach, such as the cost of freezing or unfreezing a credit file; buying credit monitoring services; out-of-pocket losses from identity theft or fraud, including professional fees and other remedial expenses; and 25 percent of any money paid to Equifax for credit monitoring or identity theft protection subscription products in the year before the breach. If the $380.5 million fund proves to be insufficient, Equifax will add another $125 million to pay claims for out-of-pocket losses.

- Compensation of up to 20 hours at $25 per hour (subject to a $38 million cap) for time spent taking preventative measures or dealing with identity theft. Ten hours can be self-certified, requiring no documentation.

- Four years of specially negotiated, three-bureau credit monitoring and identity protection services through Experian and an additional six years of one-bureau credit monitoring and identity protection services through Equifax. The Experian monitoring has a comparable retail value of $24.99 per month and has a number of features that are typically not available in "free" credit monitoring services offered to the public. (App. 6, ¶¶ 33-43). The one-bureau credit monitoring shall be provided separately by Equifax and not paid for from the settlement fund.

- Alternative cash compensation (subject to a $31 million cap) for class members who already have credit monitoring or protection services in place and who choose not to enroll in the enhanced credit monitoring and identity protection services offered in the settlement.

- Identity restoration services through Experian to help class members who believe they may have been victims of identity theft for seven years, including access to a U.S. based call center, assignment of a certified identity theft restoration specialist, and step by step assistance in dealing with credit bureaus, companies and government agencies.

Class members have six months to claim benefits (through January 22, 2020), but need not file a claim to access identity restoration services. (*Id.*, ¶¶ 7.2 and 8.1.1). If money remains in the fund after the initial claims period, there will be a four-year extended claims period during which class members may recover for certain out-of-pocket losses and time spent rectifying identity theft that occurs after the end of the initial claims period. (*Id.*, ¶ 8.1.2). If money remains in the fund after the extended claims period, it will be used as follows: (a) the caps for time and alternative compensation will be lifted and payments will be increased *pro rata* up to the full amount of the approved claims; (b) up to three years of additional identity restoration services will be purchased; and (c) the Experian credit monitoring services claimed by class members will be extended. (*Id.*, ¶ 5.4). Equifax will not receive any monetary or other financial consideration for any of the benefits provided by the settlement. (*Id.*, ¶ 7.3).

6

### 3.     Injunctive Relief.

Equifax has agreed to entry of a consent order requiring the company to spend a minimum of $1 billion for data security and related technology over five years and to comply with comprehensive data security requirements. Equifax's compliance will be audited by an experienced, independent assessor and subject to this Court's enforcement powers. [*See generally* Doc. 739-2, pp. 76-84; Doc. 739-4, ¶ 44]. According to cybersecurity expert Mary Frantz:

> [I]mplementation of the proposed business practice changes should substantially reduce the likelihood that Equifax will suffer another data breach in the future. These changes address serious deficiencies in Equifax's information security environment. Had they been in place on or before 2017 per industry standards, it is unlikely the Equifax data breach would ever have been successful. These measures provide a substantial benefit to the Class Members that far exceeds what has been achieved in any similar settlements.

[739-7, ¶ 66]. Equifax's binding financial commitment to spend $1 billion on data security and related technology substantially benefits the class because it ensures adequate funding for securing plaintiffs' information long after the case is resolved. (*See id.*, ¶ 56).

### 4.     Notice And Claims Program.

The notice plan [*see* Doc. 739-2, p. 125], was developed by class counsel and the Court-appointed notice provider (Signal Interactive Media), with input from the claims administrator (JND Legal Administration) and the regulators. (App. 1, ¶ 25). The notice plan is not designed merely to satisfy minimal constitutional

7

requirements, but an innovative and comprehensive program that takes advantage of contemporary commercial and political advertising techniques—such as focus groups, a public opinion survey, and micro-targeting—to inform, reach, and engage the class and motivate class members to file claims. According to the plaintiffs and Signal, the notice program is a first-of-its kind effort and is unprecedented in scope and impact. The Court finds that the notice program is a significant benefit to the class.

The notice program consists of: (1) multiple emails sent to those whose email addresses can be found with reasonable effort; (2) a digital and social media campaign using messaging continually tested and targeted for effectiveness; (3) a full-page ad in *USA Today* using plain text designed with input from experts on consumer communications at the Federal Trade Commission as well as a national radio advertising campaign to reach those who have limited online presence; (4) a settlement website on which the long-form notice and other important documents, including various pleadings and other filings from the litigation, are posted; and (5) the ability for class members to ask questions about the settlement via email and a toll-free number staffed with live operators. (App. 4, ¶¶ 43-57, 85-90; App. 5, ¶¶ 22-30). Signal will continue digital advertising during the extended claims period and until identity restoration services are no longer available, a period that will last for seven years. [Doc. 739-2, pp. 127, 138].

JND transmitted the initial email notice to 104,815,404 million class members beginning on August 7, 2019. (App. 4, ¶¶ 53-54). JND later sent a supplemental email notice to the 91,167,239 class members who had not yet opted out, filed a claim, or unsubscribed from the initial email notice. (*Id*., ¶¶ 55-56). The notice plan also provides for JND to perform two additional supplemental email notice campaigns. (*Id*., ¶ 57).

The digital component of the notice plan, according to Signal, reached 90 percent of the class an average of eight times before the notice date of September 20, 2019, approximately 60 days before the deadline for objecting and opting out. Signal's digital campaign achieved 1.12 billion impressions on social media, paid search, and advertising before the notice date, far surpassing the original target of 892 million impressions. (App. 5, ¶ 24). Signal is expected to deliver an additional 332 million impressions during the remainder of the initial claims period (*id*., ¶ 25), many more digital impressions than initially anticipated. Signal also placed a full-page notice that appeared in the September 6, 2019 issue of *USA Today*. (*Id.*, ¶ 26). The radio campaign, which ran from August 19 through September 8, 2019 in 210 markets across the country, resulted in 194,797,100 impressions overall and 63,636,800 impressions for the target age group least likely to be reached online. (*Id*., ¶¶ 27-28).

Finally, the settlement received a great deal of media coverage in virtually

9

every U.S. market, increasing exposure and reach to class members. The settlement was featured prominently by CNN, in the *New York Times*, and on the Today Show, among other national media outlets. (*Id.*). From July 22, 2019 through December 1, 2019, there were approximately 30,000 mentions related to the data breach or the settlement in the media. (*Id.*, ¶ 90).

As a result of the notice program and extensive media coverage, the response from the class has been unprecedented. The settlement website received 46 million visits during the first 48 hours following preliminary approval and, as of December 1, 2019, the total number of visits to the website exceeded 130 million, with nearly 40 million discrete visitors. Most significantly, with several weeks left in the initial claims period, the claims administrator has received in excess of 15 million claims from verified class members, including over 3.3 million claims for credit monitoring. (*Id.*, ¶¶ 5, 64-69). The claims rate, to date, thus exceeds 10% of the class.

These claims and others that continue to be filed are governed by a detailed claims administration protocol, which employs a variety of techniques to facilitate access, participation, and claims adjudication and resolution. (App. 4, ¶¶ 4, 71). JND has also developed specialized tools to assist in processing claims, calculating payments, and assisting class members in curing any deficient claims. (*Id.*, ¶¶ 4, 21). As a result, class members have the opportunity to file a claim easily and have that claim adjudicated fairly and efficiently.

### 5.    <u>Attorneys' Fees And Expenses And Service Awards.</u>

Class counsel have applied for a percentage-based fee of $77.5 million, reimbursement of $1,404,855.35 in litigation expenses, and service awards of $2,500 for each settlement class representative totaling no more than $250,000 in the aggregate. [<u>Doc. 858</u>]. These amounts are in accordance with the terms of the settlement agreement and were not negotiated by the parties until after the negotiations regarding the relief to be afforded to the class had concluded. Under prevailing precedent and the circumstances of this case, these requests are reasonable, and for the reasons set forth in more detail below, the requests will be approved.

### 6.    <u>Releases.</u>

In pertinent part, the class will release Equifax from claims that were or could have been asserted in this case. The releases are set forth in more detail in the settlement agreement. [<u>Doc. 739-2</u>, ¶¶ 2.38, 2.50, 16].

## II. FINAL APPROVAL OF PROPOSED SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS.

The Court, having considered the Settlement Agreement and Release including all of its exhibits [<u>Doc. 739-2</u>]; all objections and comments received regarding the settlement; all motions and other court filings by objectors and *amici curiae*; the arguments and authorities presented by the parties and their counsel in their briefing; the arguments at the final approval hearing on December 19, 2019;

and the record in this action, and good cause appearing, hereby reaffirms its findings in the Order Directing Notice, finds the settlement is fair reasonable and adequate, and certifies the settlement class.

## A.    The Proposed Settlement Is Fair, Reasonable, And Adequate.

Before the Court may finally approve a proposed settlement, it must consider the factors listed in Rule 23(e)(2) including whether "(A) the class representatives and class counsel have adequately represented the class; (B) the proposal was negotiated at arm's length; (C) the relief provided for the class is adequate, taking into account: (i) the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims; (iii) the terms of any proposed award of attorney's fees, including timing of payment; and (iv) any agreement required to be identified under Rule 23(e)(3); and (D) the proposal treats class members equitably relative to each other." Fed. R. Civ. P. 23(e)(2). As explained below, consideration of each of these factors supports a finding that the settlement is fair, reasonable, and adequate and should be approved.

### 1.    The Class Was Adequately Represented.

The first prong of Rule 23(e)(2) directs the Court to consider whether the class representatives and class counsel have adequately represented the class. Fed. R. Civ. P. 23(e)(2)(A). Traditionally, adequacy of representation has been considered in

connection with class certification. For this analysis, courts consider: "(1) whether [the class representatives] have interests antagonistic to the interests of other class members; and (2) whether the proposed class' counsel has the necessary qualifications and experience to lead the litigation." *Columbus Drywall & Insulation, Inc. v. Masco Corp.*, 258 F.R.D. 545, 555 (N.D. Ga. 2007).

The Court finds that the class representatives are adequate. They share the same interests as absent class members, assert claims stemming from the same event that are the same or substantially similar to the rest of the class, and share the same types of alleged injuries as the rest of the class. Like the rest of the class, the class representatives' personal information at issue was stolen and they all allege the same risk—that their information may be misused by criminals in the future. And, no class member has benefitted from the breach. For all these reasons, the Court finds that the interests of class members are not antagonistic and there is no intra-class conflict here.

Further, the Court finds that class counsel have adequately represented the class. The Court appointed class counsel after a comprehensive and competitive appointment process. Their experience in complex litigation generally and data breach litigation specifically has been brought to bear here, as they effectively worked to bring this case to a successful resolution. The Court has observed class counsel's diligence, ability, and experience in pleadings and motion practice; in

13

regularly-conducted status conferences; in their presentation of the settlement to this Court; and in their attention to matters of notice and administration after the announcement of the settlement. The excellent job class counsel have done for the class is also demonstrated in the benefits afforded by the settlement.

### 2.     The Proposed Settlement Was Negotiated At Arm's Length.

With respect to the second factor under Rule 23(e)(2), the Court readily concludes that this settlement was negotiated at arm's length, and that there was no fraud or collusion in reaching the settlement. Fed. R. Civ. P. 23(e)(2)(B). This Court has observed the zeal with which counsel for the parties have advanced their clients' interests in this case, their written work, and their oral advocacy at status conferences and the numerous other hearings that have been conducted. Further, Layn Phillips, a retired federal judge with a wealth of experience in major complex litigation and large-scale data breach cases who served as the settlement mediator, has attested to the history of the contentious negotiations, the process of reaching agreement on a binding term sheet, the level of advocacy on both sides of the case, and his opinion that the settlement represents a reasonable and fair outcome. [Doc. 739-9]. *See generally Ingram v. The Coca-Cola Co.*, 200 F.R.D. 685, 693 (N.D. Ga. 2001) (presence of "highly experienced mediator" pointed to "absence of collusion"). Moreover, any possibility of collusion—already remote—is undercut by the fact that the settlement enjoys the support of the Federal Trade Commission, the Consumer

Financial Protection Bureau, and Attorneys General of 48 states, Puerto Rico, and the District of Columbia. These regulators entered into their own separate settlements with Equifax after the parties entered into the term sheet in this case and agreed that the settlement fund in this case can serve as the vehicle for consumer redress related to the breach.

### 3.    The Relief Provided To The Class Is Adequate.

The third factor the Court considers under Rule 23(e)(2) is the relief provided for the class taking into account "(i) the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims; (iii) the terms of any proposed award of attorney's fees, including timing of payment; and (iv) any agreement required to be identified under Rule 23(e)(3)." Fed. R. Civ. P. 23(e)(2)(C).

In examining the adequacy of the relief provided to the class, the Court starts with the observation that this settlement is the largest and most comprehensive recovery in a data breach case in U.S. history by several orders of magnitude. [Doc. 739-4, pp. 40-45]. Not only does the size of the settlement fund exceed all previous data breach settlements, but the specific benefits provided to class members (both monetary and nonmonetary) that were enumerated above meet or substantially exceed those that have been obtained in other data breach cases. (*Id.*; *see also* Doc.

739-7, ¶ 66). It is also particularly significant that all valid claims for out-of-pocket losses likely will be paid in full; that 3.3 million class members have already submitted claims for credit monitoring with a collective retail value of roughly $6 billion; that all class members, whether or not they file a claim, will have access to identity restoration services to help deal with the aftermath of any identity theft for seven years; that the notice program will continue for the full seven years to remind class members of the existence of those extended services; that Equifax must spend at least $1 billion on data security and related technology; and that Equifax's compliance with comprehensive data security measures will be subject to independent verification and judicial enforcement.

The minimum cost to Equifax of the settlement is $1.38 billion and could be more, depending on the cost of complying with the injunctive relief, the number and amount of valid claims filed for out-of-pocket losses, and the number of class members who sign up for credit monitoring (as Equifax, not the settlement fund, will bear the cost if more than seven million class members sign up for three-bureau credit monitoring and Equifax, not the settlement fund, will bear the cost of providing the extended one-bureau credit monitoring under the settlement). The benefit to the class—even when only considering the value of the $380.5 million minimum settlement fund, the minimum $1 billion Equifax is required to spend on data security and related technology, and the retail value of the credit monitoring

already claimed by class members—exceeds $7 billion.

These benefits have added value by being available now, rather than after years of continued litigation, because class members can immediately take advantage of settlement benefits designed to mitigate and prevent future harm, including credit monitoring and injunctive relief. *See Anthem*, 327 F.R.D. at 318 (discussing the importance of timely providing credit monitoring to the class and implementing security enhancements in wake of a data breach). Additionally, the Court finds that much of the relief afforded by the settlement likely exceeds what could be achieved at trial (*see* Doc. 903 at 13-16), and, taken as a whole the settlement represents a result that is at the high end of the range of what could be achieved through continued litigation.

The adequacy of the relief is likewise supported by consideration of the four subparts enumerated in Rule 23(e)(2)(C)(i-iv), all of which support a finding that the relief provided by the settlement is fair, reasonable, and adequate.

### a) The Risks, Costs, and Delay of Continued Litigation.

In considering the adequacy of the settlement in light of the risks of continued litigation under Rule 23(e)(2)(C)(i), the Court finds the cost and delay of continued litigation would have been substantial. But for the settlement, the parties would likely incur tens of millions of dollars in legal fees and expenses in discovery and motion practice. Trial likely would not occur earlier than 2021 and appeals would

17

almost certainly delay a final resolution for a year or more after that. Moreover, had the case not settled, the plaintiffs would have faced a high level of risk. *See Anthem*, 327 F.R.D. at 322 (finding that the "significant risks" and the "delay in any potential recovery from proceeding with litigation," weighed in favor of approval). Equifax would likely renew its arguments under Georgia law that it has no legal duty to safeguard personal information, arguments that were strengthened following the Supreme Court of Georgia's decisions in *Georgia Dep't of Labor v. McConnell*, 828 S.E.2d 352 (Ga. 2019). Class certification outside of the settlement context also poses a significant challenge. *See, e.g.*, *Adkins v. Facebook, Inc.*, 2019 WL 7212315, at *9 (N.D. Cal. Nov. 26, 2019) (denying motion to certify data breach damages class under Rule 23(b)(3)); *Anthem*, 327 F.R.D. at 318 ("While there is no obvious reason to treat certification in a data-breach case differently than certification in other types of cases, the dearth of precedent makes continued litigation more risky."). And, even if plaintiffs prevail on all those legal issues, they face the risk that causation cannot be proved, discovery will not support their claims, a jury might find for Equifax, and an appellate court might reverse a plaintiffs' judgment.

Class counsel, appointed to act in the best interests of the class, cannot afford to ignore or downplay these significant risks in deciding whether to settle or continue litigating plaintiffs' claims. Similarly, the Court must take those risks into account in determining whether the proposed settlement is fair, reasonable, and adequate. In

considering these risks, the Court finds that the guaranteed and immediate recovery for the class made available by this settlement far outweighs the mere possibility of future relief after lengthy and expensive litigation. The reality is that, if the Court does not approve the settlement in this case, there is a serious risk that many if not all class members will receive nothing. That the plaintiffs achieved all the relief in the settlement in the face of the risk they face strongly weighs in favor of approving the settlement as fair, reasonable, and adequate.

### b) The Method of Distributing Relief is Effective.

Rule 23(e)(2)(C)(ii) requires the Court to next consider the effectiveness of the proposed method to distribute relief to the class, including the method for processing claims. Upon review of the declarations submitted in support of the motion to direct notice and for final approval [*see generally* Docs. 739-6 and 900-4], the Court finds that the method of distributing relief is effective. Class members can file claims through a straightforward claims process, and claims are not required for identity restoration services or to benefit from the injunctive relief agreed to by Equifax. Those claiming out-of-pocket losses must supply documentation of their losses, but such requirements are routine and likely less stringent than a plaintiff would have to present during discovery or trial. Some documentation requirements are necessary to ensure that the settlement fund is used to pay legitimate claims. Similarly, the requirement that losses be "fairly traceable" to the breach is not

onerous (and is arguably a less stringent standard than would apply at trial), and its enforcement is subject to a claims administration protocol developed with input from state and federal regulators. [Doc. 739-2, pp. 286-87, ¶ III].

The Court concludes that the requirements to make claims for other relief are also reasonable. For example, any class member is eligible to enroll in credit monitoring services without any documentation. Class members seeking alternative compensation in lieu of credit monitoring do not need to provide any documentation, but only identify and attest to their existing credit monitoring service. This is not an onerous requirement, and even those who already submitted claims and failed to provide the name of their credit monitoring service will be given another chance to do so through the deficient claims process set forth in the claims administration protocol. And, those seeking reimbursement for time spent dealing with the breach can claim up to 10 hours without any documentation.

The claims administrator, JND, is highly experienced in administering large class action settlements and judgments, and it has detailed the efforts it has made in administering the settlement, facilitating claims, and ensuring those claims are properly and efficiently handled. (App. 4, ¶¶ 4, 21; *see also* Doc. 739-6, ¶¶ 2-10). Among other things, JND has developed protocols and a database to assist in processing claims, calculating payments, and assisting class members in curing any deficient claims. (*Id*., ¶¶ 4, 21). Additionally, JND has the capacity to handle class

20

member inquiries and claims of this magnitude. (App. 4, ¶¶ 5, 42). This factor, therefore, supports approving the relief provided by this settlement.

### c) The Terms Relating To Attorneys' Fees Are Reasonable.

The third consideration of evaluating relief under Rule 23(e)(2)(C) is whether the attorneys' fees requested under the settlement are reasonable. Fed. R. Civ. P. 23(e)(2)(C)(iii). Here, class counsel are requesting a fee based on a percentage of the benefits available to the class. As addressed in detail below, the Court finds that the request is reasonable under prevailing precedent and the facts of this case. Further, the timing of the payment of fees does not impact the adequacy of the relief, as no fee will be paid until after Equifax fully funds the settlement fund and under no circumstance will any of the settlement funds revert to Equifax. *See* Fed. R. Civ. P. 23(e)(2)(B)(iii). As such, this factor weighs in favor of approving the settlement.

### d) Agreements Required To Be Identified By Fed. R. Civ. P. 23(e)(3).

Finally, Rule 23(e)(2)(C)(iv) directs the Court to consider the relief afforded to the class in light of any agreements required to be identified by Rule 23(e)(3). The parties previously submitted to the Court, *in camera*, the specific terms of the provision allowing Equifax to terminate the settlement if more than a certain number of class members opted out and the cap on notice spending that would create a mutual termination right. These provisions have not been triggered, and thus do not

21

affect the adequacy of the relief obtained here. The parties have not identified, and the Court is unaware of, any other agreements required to be identified by the Rule. Therefore, this element of Rule 23(e)(2)(C) also weighs in favor of approval.

### 4.  Class Members Are Treated Equitably Relative To Each Other.

The fourth and final factor under Rule 23(e)(2), directs the Court to consider whether class members are treated equitably relative to each other. Fed. R. Civ. P. 23(e)(2)(D). According to the advisory committee notes, this factor is closely related to the adequacy requirement of Rule 23(a). The Court expressly considers whether the settlement provides equitable "treatment of some class members vis-à-vis others," and an issue that has been raised by some objectors is whether the settlement apportions "relief among class members [that] takes appropriate account of differences among their claims, and whether the scope of the release may affect class members in different ways." Adv. Comm. Notes 23(e)(2) (2018).

As an initial matter, the class members all have similar claims arising from the same event: the Equifax data breach. And as all class members are eligible to claim the various benefits provided by the settlement if they meet the requirements, they all are treated equitably under the settlement.

While class members who have incurred out-of-pocket losses will be able to recover more relative to class members who have not, this allocation is fair and equitable because these class members would have had the ability to seek greater

damages at trial. Additionally, the settlement provides for an extended claims period of four years after the initial claims period, through January 2024. This provides the opportunity for all class members to make claims for future out-of-pocket losses resulting from the breach.

All class members, regardless of whether they incurred out-of-pocket losses, are eligible to claim credit monitoring. This also treats class members fairly. "The emphasis on this form of relief is logical because it is directly responsive to the ongoing injury resulting from the breach." *Anthem*, 327 F.R.D. at 332; *see also* App. 6, ¶ 41 (stating that "[t]he features included in the Experian services are particularly helpful for consumers concerned about identity theft, because they are designed to quickly help identify fraudulent misuse of a consumer's personal information").

Moreover, all class members—even those who do not submit claims—benefit from the various non-monetary aspects of the settlement, including access to identity restoration services and the business practice changes that Equifax will implement at a cost of at least $1 billion. (*See* App. 2, ¶ 21). By addressing the alleged injuries class members suffered and by helping to mitigate future harm—through the extended claims period, availability of credit monitoring and identity restoration services, and mandated business practice changes—the settlement is equitable to all class members.

23

Finally, class members have been treated equitably despite the fact that they reside in different states and may have been able to assert different statutory claims depending on the state in which they reside. All class members share at least one common claim for negligence under Georgia law, and as to the statutory remedies that survived the motion to dismiss, the Court does not find that those remedies are materially different such that they render the plan of apportionment inequitable. Although some statutory claims may permit a plaintiff to seek statutory damages, Georgia law permits all class members to seek nominal damages and there are additional risks associated with those statutory claims that persuade the Court they are not materially more beneficial so as to render the settlement unfair.

This final factor of Rule 23(e)(2) thus supports this Court's finding that the settlement is fair, reasonable, and adequate and should be approved.

### 5. The *Bennett* Factors Support Approving The Settlement As Fair, Reasonable, And Adequate.

In addition to the rule-based factors set forth in Rule 23, in considering whether to approve the settlement the Court is further guided by the factors set forth in *Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984). These factors include: (1) the likelihood of success at trial; (2) the range of possible recovery; (3) the range of possible recovery at which a settlement is fair, adequate, and reasonable; (4) the anticipated complexity, expense, and duration of litigation; (5) the opposition to the settlement; and (6) the stage of proceedings at which the settlement was

achieved. *Faught v. Am. Home Shield Corp.*, 668 F.3d 1233, 1240 (11th Cir. 2011). Many of these considerations overlap those found in Rule 23(e)(2); all of them support final approval.

As explained above with respect to consideration of Rule 23(e)(2), the first and fourth *Bennett* factors strongly support approving the settlement. The likelihood of success at trial is uncertain at best. Equifax would have no doubt renewed its defenses at the summary judgment stage and the settlement provides relief that may not have been available had the case been tried. The case would have been extraordinarily expensive to litigate going forward and would have certainly taken years to conclude. Likewise, consideration of the second and third *Bennett* factors support the settlement as fair, reasonable, and adequate because the settlement reflects relief the Court finds is in the high range of what could have been obtained had the parties continued to litigate.

The fifth *Bennett* factor, which examines opposition to the settlement, likewise supports approval. In the Court's view, the class has reacted positively to the settlement. In contrast to the 15 million claims, including over 3.3 million claims for credit monitoring that already have been filed by verified class members, only 2,770 settlement class members asked to be excluded from the settlement and only 388 class members directly objected to the settlement—many in the wake of incomplete or misleading media coverage, or at the behest of serial class action

25

objectors, and often demonstrating a flawed understanding of the settlement terms. This miniscule number of objectors in comparison to the class size is entitled to significant weight in the final approval analysis. *See, e.g.*, *Lipuma v. Am. Express Co.*, 406 F. Supp. 2d 1298, 1324 (S.D. Fla. 2005) ("[A] low percentage of objections points to the reasonableness of a proposed settlement and supports its approval"); *In re Home Depot, Inc. Customer Data Sec. Breach Litig.*, 2016 WL 6902351, at *4 (N.D. Ga. Aug. 23, 2016) (same).

With respect to the sixth *Bennett* factor, the Court finds that the case settled at a stage of the proceedings where class counsel had sufficient knowledge of the law and facts to fairly weigh the benefits of the settlement against the potential risk of continued litigation. (*See, e.g.*, App. 1, ¶¶ 4-15; Doc. 739-4, ¶ 36). In particular, class counsel conducted a thorough factual and legal investigation in order to prepare their comprehensive consolidated amended complaint; exhaustively researched and analyzed the applicable law; reviewed more than 500,000 pages of documents and voluminous electronic spreadsheets from Equifax [*see generally*, Doc. 900-1, ¶¶ 6-14; Doc. 739-4, ¶ 17]; consulted with various experts; had the benefit of substantial informal discovery, including meetings with Equifax and its senior employees responsible for data security [Doc. 900-1, ¶ 14; Doc. 739-4, ¶ 23]; and engaged in confirmatory discovery after the term sheet was finalized. [Doc. 739-4, ¶ 36]. Thus, the *Bennett* factors, like the Rule 23 factors, strongly support approval of the

26

settlement.

Finally, in evaluating whether the settlement is fair, reasonable, and adequate, the Court also gives due weight to the judgment of class counsel. *See, e.g.*, *Nelson v. Mead Johnson & Johnson Co.*, 484 F. App'x 429, 434 (11th Cir. 2012) ("Absent fraud, collusion, or the like, the district court should be hesitant to substitute its own judgment for that of counsel."); *Cotton v. Hinton*, 559 F.2d 1326, 1330 (5th Cir. 1977). Class counsel are highly experienced in significant complex litigation including large and complex data breach class actions [Doc. 187, pp. 6-7], and they strongly believe that both the economic and injunctive relief secured for the class here is extraordinary. [Doc. 739-4, ¶ 60; *see also* App. 1, ¶ 16]. Also significant is Judge Phillips's endorsement of the settlement, particularly given his experience in mediating large-scale data breach cases. [Doc. 739-9, ¶ 13]. Finally, the fact that nearly all of the applicable state and federal regulators agreed to the provision of consumer redress through the settlement fund in this action strongly demonstrates the fairness of the settlement.

In conclusion, the settlement reflects an outstanding result for the class in a case with a high level of risk. The relief provided by this settlement—both monetary and non-monetary—exceeds the relief provided in other data breach settlements and the Court finds is in the high range of possible recoveries if the case had successfully been prosecuted through trial. Moreover, the settlement resulted from hard fought,

arm's-length negotiations, not collusion. The settlement is therefore fair, reasonable, and adequate under Rule 23 and Eleventh Circuit precedent.

### B.     The Court Certifies The Settlement Class.

The Court must examine whether this proposed settlement class may be certified under Rule 23(a)'s prerequisites and under Rule 23(b)(3). *Amchem Products, Inc. v. Windsor*, 521 U.S. 591, 613-14 (1997). The Court previously concluded it was likely to certify the following settlement class:

> The approximately 147 million U.S. consumers identified by Equifax whose personal information was compromised as a result of the cyberattack and data breach announced by Equifax Inc. on September 7, 2017.

Excluded are (i) Equifax, any entity in which Equifax has a controlling interest, and Equifax's officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the settlement class. As the Court ruled on Equifax's motion to dismiss, all of these class members state claims for negligence and negligence per se under Georgia law. [Doc. 540, at 9, 29-43]. For the reasons set forth below, the Court hereby finally certifies, for settlement purposes only, the settlement class pursuant to Fed. R. Civ. P. 23.

## 1. **Fed. R. Civ. P. 23(a) Requirements Are Satisfied.**

### a) **Numerosity:**

Rule 23(a)(1) requires that a proposed settlement class be so numerous that joinder of all class members is impracticable. Fed. R. Civ. P. 23(a)(1). The settlement class consists of more than 147 million U.S. consumers, indisputably rendering individual joinder impracticable.

### b) **Commonality:**

"Commonality requires the plaintiff to demonstrate that the class members 'have suffered the same injury," such that "all their claims can productively be litigated at once.'" *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 349-350 (2011); *see also Sellers v. Rushmore Loan Mgmt. Servs., LLC*, 941 F.3d 1031, 1039 (11th Cir. 2019) (noting inquiry is far less demanding than Rule 23(b)(3)'s predominance requirement). All members of the class suffered the same alleged injury, exposure of their data in the Equifax data breach, stemming from the same conduct and the same event. The class members are asserting the same or substantially similar legal claims. And "[t]he extensiveness and adequacy of [defendants'] security measures lie at the heart of every claim." *Anthem*, 327 F.R.D. at 308. As the central question in all class members' claims is whether Equifax breached its duty of care through its conduct with regard to their personal information, common questions are apt to drive the resolution of the legal issues in the case. *Id.*

29

Courts, including this one, have previously addressed this requirement in the context of data breach class actions and found it readily satisfied. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *2 (finding that multiple common issues "all center on [the defendant's] conduct, satisfying the commonality requirement."); *Anthem*, 327 F.R.D. at 308 (noting that "the complaint contains a common contention capable of class-wide resolution—'one type of injury allegedly inflicted by one actor in violation of one legal norm.'"). The same sorts of common issues are present here, including whether Equifax had a legal duty to adequately protect class members' personal information; whether Equifax breached that legal duty; and whether Equifax knew or should have known that class members' personal information was vulnerable to attack. *See Home Depot*, 2016 WL 6902351, at *2. Commonality is satisfied.

### c) **Typicality:**

Rule 23(a)(3) requires that the claims or defenses of the representative parties be typical of the claims or defenses of the class. Fed. R. Civ. P. 23(a)(3). This prong too is readily met in settlements of nationwide data breach class actions. *See Anthem*, 327 F.R.D. at 309 ("[I]t is sufficient for typicality if the plaintiff endured a course of conduct directed against the class."). Plaintiffs' claims here arise from the same data breach and Equifax's conduct in connection with the data breach. The claims are also based on the same overarching legal theory that Equifax failed in its

common-law duty to protect their personal information. The typicality requirement has been met.

### d) Adequacy of Representation:

As noted above, the adequacy requirement is satisfied here, as the class representatives do not have any interests antagonistic to other class members, and the class has been well represented by the appointed class counsel. The Court finds that the class representatives have fulfilled their responsibilities on behalf of the class. There is at least one class representative from each state, and therefore the potential interests of class members with various state law claims have been represented. The Court further finds no material differences that would render these class representatives inadequate. Likewise, the Court further finds that class counsel have prosecuted the case vigorously and in the best interests of the class, and they adequately represented each class member.

Again, the Court notes that this prong too has been readily met in nationwide data breach class action settlements. *See Home Depot*, 2016 WL 6902351, at *2. And multiple courts have found the adequacy requirement satisfied in nationwide data breach class action settlements in the face of objections to the contrary. *See Anthem*, 327 F.R.D. at 310 ("To the extent that there are slight distinctions between Settlement Class Members, the named Plaintiffs are a representative cross-section of the entire Class."); *see generally In re Target Corp. Customer Data Sec. Breach*

31

*Litig.*, <u>892 F.3d 968, 974</u> (8th Cir. 2018) (rejecting challenge to adequacy due to lack of "future-damages subclass"). The Court has identified no conflicts among class members here. And significantly, even the existence of minor conflicts does not defeat certification: "the conflict must be a fundamental one going to the specific issues in controversy." *Valley Drug Co. v. Geneva Pharm., Inc.*, <u>350 F.3d 1181, 1189</u> (11th Cir. 2003) (internal quotations and citations omitted). If any conflict exists among class members or groups of class members, that conflict certainly is not fundamental. The Court has no doubt that the class representatives and class counsel have performed their duties in the best interests of the class.

## 2. The Settlement Class Meets the Requirements of Fed. R. Civ. P. 23(b)(3).

Rule 23(b)(3) requires that "questions of law or fact common to class members predominate over any questions affecting only individual members," and that class treatment is "superior to other available methods for fairly and efficiently adjudicating the controversy." *Id.* The matters pertinent to these findings include:

- the class members' interests in individually controlling the prosecution or defense of separate actions;

- the extent and nature of any litigation concerning the controversy already begun by or against class members;

- the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

- the likely difficulties in managing a class action.

Fed. R. Civ. P. 23(b); *see also Vega v. T-Mobile USA, Inc.*, 564 F.3d 1256, 1278 (11th Cir. 2009) ("In determining superiority, courts must consider the four factors of Rule 23(b)(3)."). One part of the superiority analysis—manageability—is irrelevant for purposes of certifying a settlement class. *Amchem*, 521 U.S. at 620.

### a) Predominance:

The predominance requirement "tests whether proposed classes are sufficiently cohesive to warrant adjudication by representation." *Id.* at 623. "Common issues of fact and law predominate if they have a direct impact on every class member's effort to establish liability and on every class member's entitlement to … relief." *Carriuolo v. Gen. Motors Co.*, 823 F.3d 977, 985 (11th Cir. 2016).

Here, as set forth above, there are numerous common questions. These common questions predominate because all claims arise out of a common course of conduct by Equifax. The focus on a defendant's security measures in a data breach class action "is the precise type of predominant question that makes class-wide adjudication worthwhile." *Anthem*, 327 F.R.D. at 312.

Even though this is a nationwide class action, variations in state law will not predominate over the common questions. The Court previously found that Georgia law applies to the negligence claims of the entire class. [Doc. 540 at 8-9].[2] Further,

---

[2] Even if Georgia law did not apply to the negligence claims of the entire class, "Plaintiffs' negligence claims would not get bogged down in the individualized

in the context of this litigation, the Court is persuaded that the presence of multiple state consumer protection laws does not defeat predominance, because "the idiosyncratic differences between state consumer protection laws are not sufficiently substantive to predominate over the shared claims" for purposes of Rule 23(b)(3). *Anthem*, 327 F.R.D. at 315. In *Anthem*, the court found it noteworthy that "Plaintiffs' theories across these consumer-protection statutes are essentially the same" thereby avoiding any pitfalls of state law variation. *Id.* (quoting *In re Mex. Money Transfer Litig.*, 267 F.3d 743, 747 (7th Cir. 2001)). Here too, the core allegations are that Equifax failed to implement and maintain reasonable security and privacy measures and failed to identify foreseeable security and privacy risks.

Perhaps the only significant individual issues here involve damages, but these issues do not predominate over the common issues in this case. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *2; *Anthem*, 327 F.R.D. at 311-16; *see also Brown v. Electrolux Home Prods., Inc.*, 817 F.3d 1225, 1239 (11th Cir. 2016) (individualized damages generally do not defeat predominance). Further minimizing any risk of individual damages predominating over common issues, the consolidated amended complaint seeks nominal damages on behalf of all class members, which may be available under Georgia law even where no evidence is given of any particular

---

causation issues that sometimes plague products-defect cases. … [because] the same actions by a single actor wrought the same injury on all Settlement Class Members together." *Anthem*, 327 F.R.D. at 314.

amount of loss. *See, e.g.*, *Georgia Power Co. v. Womble*, 150 Ga. App. 28, 32 (1979); *Land v. Boone*, 265 Ga. App. 551, 554 (2004).

> **b)** **Superiority:**

"The inquiry into whether the class action is the superior method for a particular case focuses on increased efficiency." *Agan v. Katzman & Korr, P.A.*, 222 F.R.D. 692, 700 (S.D. Fla. 2004) (internal quotation omitted). "The focus of this analysis is on the relative advantages of a class action suit over whatever other forms of litigation might be realistically available to the plaintiffs." *Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs., Inc.*, 601 F.3d 1159, 1183-84 (11th Cir. 2010) (internal quotation omitted). That a class member may not receive a large award in a settlement does not scuttle superiority; the opposite tends to be true. *See Dickens v. GC Servs. Ltd. P'ship*, 706 F. App'x 529, 538 (11th Cir. 2017) (describing "the ways in which the high likelihood of a low per-class-member recovery militates in favor of class adjudication").

Here, it is inconceivable that the vast majority of class members would be interested in controlling the prosecution of their own actions. The cost of doing so, especially for class members who do not claim out-of-pocket losses, would dwarf even a full recovery at trial. A major thrust of Equifax's motion to dismiss was that the plaintiffs did not suffer any damages, let alone the "relatively paltry potential recoveries" that class actions serve to vindicate. *See Sacred Heart*, 601 F.3d at 1184.

Given the technical nature of the facts, the volume of data and documents at issue, and the unsettled area of the law, it would not take long for an individual plaintiff's case to be hopelessly submerged financially. On the other hand, the presence of such pertinent predominant questions makes certification here appropriate. *Compare Anthem*, 327 F.R.D. at 312 (data breach dealt with "the precise type of predominant question that makes class-wide adjudication worthwhile") with *Sacred Heart*, 601 F.3d at 1184 ("[T]he predominance analysis has a tremendous impact on the superiority analysis[.]") (internal quotation marks omitted).

As to the extent and nature of litigation already commenced, the settlement agreement identifies 390 consumer cases related to this multidistrict litigation, and there are more than 147 million class members. As the Judicial Panel on Multidistrict Litigation stated, "[c]entralization will eliminate duplicative discovery, prevent inconsistent pretrial rulings on class certification and other issues, and conserve the resources of the parties, their counsel, and the judiciary." *In re: Equifax, Inc., Customer Data Sec. Breach Litig.*, 289 F. Supp. 3d 1322, 1325 (JPML 2017). The settlement furthers those goals. Similarly, it is desirable to concentrate the litigation of the claims here, which was selected as the transferee district because, among other reasons, Equifax is headquartered in this district, the vast majority of the plaintiffs supported this district, and "far more actions [were] pending in this district than in any other court in the nation." *Id.* at 1326.

36

Because the requirements of Rule 23(a) and (b)(3) have been satisfied, the Court certifies the settlement class.

## III. THE COURT OVERRULES ALL OBJECTIONS TO THE SETTLEMENT.

The Court now addresses objections to the settlement. The objections fail to establish the settlement is anything other than fair, reasonable, and adequate.

Out of the approximately 147 million class members, only 388 directly objected—or just 0.0002 percent of the class—despite organized efforts to solicit objections using inflammatory language and based on false and misleading statements about the settlement, such as that only $31 million is available to pay claims and that if all 147 million class members filed claims everyone would get 21 cents.[3] Many objections repeat these false and misleading assertions as fact and challenge the settlement on that basis. Further, on the eve of the objection deadline, an additional 718 form "objections," which allegedly had been filled out online by class members, were submitted *en masse* by Class Action Inc., a class action claims aggregator that created a website (www.NoThanksEquifax.com) with a "chat-bot" that encouraged individuals to object based on that same erroneous information.[4]

---

[3] Charlie Warzel, *Equifax Doesn't Want You to Get Your $125. Here's What You Can Do*, THE NEW YORK TIMES (Sept. 16, 2019), https://www.nytimes.com/2019/09/16/opinion/equifax-settlement.html.

[4] Reuben Metcalfe, *You have the right to object to the Equifax settlement. Here's how.*, MEDIUM (Nov. 8, 2019), https://medium.com/@reubenmetcalfe/you-have-

(App. 1, ¶¶ 49-59). These form "objections" are procedurally invalid for the reasons set forth later in this Order.

The Court has considered and hereby rejects all of the objections on their merits, whether or not the objections are procedurally valid or whatever may have motivated their filing. All of the objections are in the record, having been filed publicly on the Court's docket with the declaration of the claims administrator. [Doc. 899]. By way of example only, this Order references some of the objectors by name. The Court groups the objections as follows: (1) objections to the value of the settlement and benefits conferred on the class; (2) objections relating to the alternative compensation benefit; (3) objections relating to class certification; (4) objections relating to the process for objecting; (5) objections relating to the process for opting-out; (6) objections to the notice plan; and (7) objections to the claims process.[5]

In addition to the briefing from class counsel and Equifax's counsel, and the Court's own independent review and analysis, the Court reviewed and found helpful to this process the supplemental declaration of Professor Robert Klonoff (App. 2).

---

the-right-to-object-to-the-equifax-settlement-heres-how-4dfdb6cca663. As demonstrated in the record, Mr. Metcalfe represented to class counsel that he had not even read the settlement agreement or notice materials. [Doc. 939-1, ¶ 36].

[5] For the sake of organization, objections to attorneys' fees, expenses, and service awards are addressed separately below. The Court's consideration of attorneys' fees, and relating objections, are an integral part of the determination to finally approve the settlement under the criteria of Rule 23.

38

Professor Klonoff's declaration was particularly helpful to the Court in the organization and consideration of the objections, but the Court's decisions regarding the objections are not dependent upon his declaration or the declarations plaintiffs submitted from two other lawyers, Professor Geoffrey Miller and Harold Daniel. To the contrary, the Court has exercised its own independent judgment in deciding to reject all of the objections that have been filed.

### A. Objections To The Value Of The Settlement And Benefits Conferred On The Class.

A majority of the objectors express frustration with Equifax's business practices and want Equifax and its senior management to be punished. The Court is well aware of the intense public anger about the breach, which, in the Court's view, reflects the sentiment that consumers generally do not voluntarily give their personal information directly to Equifax, yet Equifax collects and profits from this information and allegedly failed to take reasonable measures to protect it.

While understandable, the public anger does not alter the Court's role, which is not to change Equifax's business model or administer punishment. Under the law, the Court is only charged with the task of determining whether the proposed settlement is fair, reasonable, and adequate.[6] And, with regard to that task, no one

---

[6] *See Ressler v. Jacobson*, 822 F. Supp. 1551, 1552-53 (M.D. Fla. 1992) (judicial evaluation of a proposed settlement "involves a limited inquiry into whether the possible rewards of continued litigation with its risks and costs are outweighed by

can credibly deny that this is a historically significant data breach settlement that provides substantial relief to class members now and for years into the future. Or, that if the Court does not approve the settlement, the plaintiffs' claims may ultimately be unsuccessful and class members may be left with nothing at all.

Objections that the settlement fund is too small for the class size, or that Equifax should be required to pay more, do not take into account the risks and realities of litigation, and are not a basis for rejecting the settlement. "Data-breach litigation is in its infancy with threshold issues still playing out in the courts." *Anthem*, 327 F.R.D. at 317. In light of the material risks involved and the possibility that any of several adverse legal rulings would have left the class with nothing, class counsel would have been justified in settling for much less. *See Behrens v. Wometco Enters., Inc.*, 118 F.R.D. 534, 542 (S.D. Fla. 1998), *aff'd*, 899 F.2d 21 (11th Cir. 1990); *Linney v. Cellular Alaska P'ship*, 151 F.3d 1234, 1242 (9th Cir. 1998) ("[T]he very essence of a settlement is compromise, a yielding of absolutes and an abandoning of highest hopes.") (internal quotation omitted). As it stands, in many respects the settlement provides relief beyond what the class members could have

---

the benefits of the settlement"); *Figueroa v. Sharper Image Corp.*, 517 F. Supp. 2d 1292, 1326 (S.D. Fla. 2007) (a court's role is not to "engage in a claim-by-claim, dollar-by-dollar evaluation, but rather, to evaluate the proposed settlement in its totality."); *Carter v. Forjas Taurus, S.A.*, 701 F. App'x 759, 766 (11th Cir. 2017) ("settlements are compromises, providing the class members with benefits but not full compensation.").

obtained at trial.

Many objectors also ask the Court to rewrite the settlement, but that is beyond the Court's power.[7] For example, objectors demand that the settlement should include: a long-term fund for "significant inflation-adjusted cash compensation from Equifax should they leak my data again any time within the next 20 years"[8]; "lifetime" credit and identity protection[9]; a minimum cash payment for every class member (proposed amounts include $10,000, $5,000, or $1,200)[10]; and a separate cash option for class members who freeze their credit.[11] In most cases, these objectors do not contend that the monetary relief is inadequate to compensate class members for any harm caused by Equifax's alleged wrongs, making it hard to see how they are aggrieved. *See Brown v. Hain Celestial Grp., Inc.*, 2016 WL 631880, at *10 (N.D. Cal. Feb. 17, 2016) (citing *In re First Capital Holdings Corp. Fin. Prods. Sec. Litig.*, 33 F.3d 29 (9th Cir. 1994)).[12] Regardless, the Court readily

---

[7] *Cotton*, 559 F.2d at 1331; *Howard v. McLucas*, 597 F. Supp. 1504, 1506 (M.D. Ga. 1984) ("[T]he court's responsibility to approve or disapprove does *not* give this court the power to force the parties to agree to terms they oppose." (emphasis in original)), *rev'd in part on other grounds*, 782 F.2d 956 (11th Cir. 1986).

[8] Objection of Tristan Wagner.

[9] *E.g.*, Objections of Francis J. Dixon III and Linda J. Moore.

[10] *E.g.*, Objections of Emma Britton, Norma Kline, and Vijay Srikrishna Bhat.

[11] *E.g.*, Objections of Gary Brainin and Sybille Hamilton. These objections ignore, however, that class members could request out-of-pocket losses if they paid to freeze their credit.

[12] Those class members who were unsatisfied with the relief made available had the opportunity to opt out, weighing in favor of finding the settlement fair, reasonable,

41

concludes that the settlement provides fair and adequate relief under all of the circumstances.

Other settlement terms proposed by objectors are of a regulatory or legislative nature, well beyond the power of the civil justice system. For example, according to some objectors, "[a]ny settlement is inadequate if it allows Equifax to continue using my personal data without my express written consent"[13]; the board and officers should disgorge their salaries and serve prison time[14]; or Equifax should be forced out of business.[15] These "suggestions constitute little more than a 'wish list' which would be impossible to grant and [are] hardly in the best interests of the class." *In re Domestic Air Trans. Antitrust Litig.*, 148 F.R.D. 297, 305 (N.D. Ga. 1993). No objector explains how this type of relief could be achieved at trial.

A number of objectors take issue with the credit monitoring services made available under the settlement. Some object that credit monitoring is very valuable, and thus the settlement should pay for more monitoring extended beyond ten years. Others object that credit monitoring is not valuable at all, that free credit monitoring and credit freezes are already available to everyone, that the value of the offered

---

and adequate. *See, e.g.*, *In re Oil Spill By Oil Rig Deepwater Horizon on April 20, 2010*, 295 F.R.D. 112, 156 (E.D. La. 2013) ("Those objectors who are unhappy with their anticipated settlement compensation could have opted out and pursued additional remedies through individual litigation.").

[13] Objection of Susan S. Hanis.

[14] *E.g.*, Objections of Christie Biehl, Jeffrey Biehl, George Bruno, and Patrick Frank.

[15] *E.g.*, Objections of David Goering, Christie Biehl, and Jeffrey Biehl.

monitoring is inflated to justify an inadequate settlement, and that the actual cost to provide credit monitoring services is *de minimis*.

This Court, like others before it, finds that credit monitoring is a valuable settlement benefit, particularly so the credit monitoring offered to class members in this case for such a lengthy period of time.[16] The credit monitoring provider has explained how the product offered in the settlement is better than the "free" monitoring products typically available to the public, and how the services seek to both prevent and address identity theft concerns. *See* App. 6, ¶¶ 33-43 (summarizing the advantages of the Experian credit monitoring and identity protection service negotiated as part of this settlement over other services available). Its comparable retail value is $24.99 per month. *Id.* It provides for $1 million in identity theft insurance and identity restoration services—features designed to address identity theft. And as reported by the claims administrator, millions of class members have chosen to make a claim for the services, further demonstrating their value.

This Court has repeatedly lauded high-quality credit monitoring services as providing valuable class-member relief that would likely not otherwise be

---

[16] *See Target* and *Anthem*, *supra*; *see also Home Depot*, 2016 WL 6902351, at *4 (overruling objections and finding that 18 months of credit monitoring and injunctive components of settlement are valuable class benefits); *Hillis v. Equifax Consumer Servs. Inc.*, 2007 WL 1953464, at *5 (N.D. Ga. June 12, 2007) (credit monitoring as part of settlement has substantial value).

recoverable at trial, as have other courts in connection with other data breach settlements.[17] Finally, if class members do not wish to claim the credit monitoring option, they can elect alternative cash compensation—which is a form of relief that would not even be recoverable at trial—or opt out of the settlement.[18] After careful consideration of the objections, the size and scope of relief secured by this settlement remains unprecedented and strongly supports final approval.

## B. Objections Relating To The Alternative Compensation Benefit.

Many objectors challenge the adequacy of the alternative compensation benefit, complaining that they will not receive a $125 payment that they believe they were promised. Objectors also suggest that the parties and, implicitly by approving the notice plan, the Court, misled the public by stating that all class members were entitled to $125 simply by filing a claim or that the parties engaged in some sort of "bait and switch" to keep class members from getting $125. While the Court appreciates the vehemence with which some of these objections are expressed, the

---

[17] At the fairness hearing, class counsel summarized the benefits available in the credit monitoring and identity protection plan that was specifically negotiated as part of the settlement. The Court has had the opportunity to review the benefits provided, as well as the estimation of the value of those benefits, and this information has informed the Court of its decision to approve the settlement.

[18] *See, e.g.*, *Greco v. Ginn Dev. Co., LLC*, 635 F. App'x 628, 635-36 (11th Cir. 2015) ("If [objector] was displeased with the consideration provided to him under the settlement . . . he was free . . . to opt out of the settlement."); *Faught*, 668 F.3d at 1242 (to the same effect); *Lee v. Ocwen Loan Servicing, LLC*, No. 14-cv-60649, 2015 WL 5449813, at *13 (S.D. Fla. Sept. 14, 2015) (to the same effect).

44

reality is that the objections are misguided, ignore the limits of litigation, and are based upon a misunderstanding of the settlement.

Class counsel have explained that among their primary goals in the settlement negotiations were to ensure that consumers with out-of-pocket losses from dealing with identity theft that had already occurred or by taking precautionary measures would be reimbursed, that all 147 million class members would have the opportunity to get high quality credit monitoring to detect and defend against future identity theft, and that all class members would have access to identity restoration services if they learn they have been victimized by identity theft. The structure of the settlement reflects those goals, which the Court finds were appropriate and reasonable.

Contrary to the impression held by many objectors who are critical of the settlement, the purpose of the alternative compensation remedy was not to provide every class member with the opportunity to claim $125 simply because their data was impacted by the breach (and those who object provide no statutory support that they would be entitled to such an automatic payment at trial). Rather, its purpose was to provide a modest cash payment as an "alternative" benefit for those who, for whatever reason, have existing credit monitoring services and do not wish to make a claim for the credit monitoring offered under the settlement. Thus, under the settlement, alternative compensation is expressly limited to those who already have credit monitoring services, do not want the credit monitoring services available

45

under the settlement, attest they will maintain their own service for at least six months, and provide the name of their current credit monitoring service. Moreover, those individuals who paid for their own credit monitoring service after the breach are able to file a claim to recoup what they paid for those credit monitoring services as out-of-pocket losses in addition to making a claim for the alternative reimbursement compensation available under the settlement.

The Court finds that the parties' decision to settle on terms that did not provide a cash payment to every class member was reasonable; indeed, settlement likely would not have been possible otherwise. The Court is skeptical that, even if it had the financial ability to do so, Equifax would ever willingly pay (or even expose itself to the risk of paying) the billions of dollars that providing a substantial cash payment to all class members would cost. The Court also finds that limiting the availability of the alternative compensation benefit in the way that is done under the settlement was reasonable, and the settlement would have easily been approved had there been no alternative compensation benefit at all.

The alternative compensation remedy was capped at $31 million as a result of arm's length negotiations. As compared to the settlement fund amounts earmarked for out-of-pocket losses, the Court finds this apportionment to be entirely equitable. Class members who incurred out-of-pocket losses—*including* paying for credit monitoring or credit freezes after announcement of the breach—have stronger claims

46

for damages, and those who do not are also entitled to claim credit monitoring and identity restoration services going forward, which provides protection and assistance to class members who are subject to identity theft during the term of the settlement. It appears that the distribution plan will successfully achieve its goals. According to the settlement administrator, even after paying the costs of credit monitoring and identity restoration services, the settlement fund (as supplemented with an additional $125 million if needed) likely will have sufficient money to pay class members with demonstrable out-of-pocket losses the entire amount of their approved claims. And, any money remaining in the fund after the extended claims period will be used to lift the cap on alternative compensation, allowing alternative compensation claimants to receive an additional, pro rata payment—which many objectors ignore.[19]

The notice plan the Court approved in its Order Directing Notice explained that the amount available to pay alternative compensation claims was capped and that individual class members might receive less than $125. The long form notice (which was posted on the settlement website as of July 24, 2019—the same date that class members could start making claims), for example, told class members that they could get "up to" $125 in alternative compensation and further stated: "If there are more than $31 million in claims for Alternative Reimbursement Compensation, all

---

[19] Objections have also been made to the $38 million cap on claims for time. For the same reasons, the Court rejects these objections.

payments for Alternative Reimbursement Compensation will be lowered and distributed on a proportional basis." [Doc. 739-2 at 266].

On the same day that the proposed settlement was first presented to this Court and well before the Court-approved email notices were sent to class members, regulators announced their own settlements with Equifax that incorporated the proposed settlement's consumer restitution terms in this case, including the alternative compensation benefit. In covering the regulators' announcements, media outlets began reporting that consumers could get $125 under the settlement without describing the limited purpose of and the eligibility requirements for the alternative compensation benefit. The ability to receive $125 under the settlement was also touted on social media, adding to the public misperception. (App. 1, ¶¶ 30-37).

The settlement website began accepting claims on July 24, 2019, shortly after the settlement was preliminarily approved. In the ensuing days, millions of claims for alternative compensation were filed. Because of the claims volume and the $31 million cap, it quickly became apparent to class counsel that alternative compensation claimants likely would receive a small fraction of what they may have expected based upon media reports, although the specific amount they would receive was unknown. (The specific amount alternative compensation claimants will be paid is unknowable until after the total number of valid alternative compensation claims is determined following the end of the initial claims period and, even then, their

48

payments may be supplemented following the extended claims period if additional money remains after claims for out-of-pocket losses have been satisfied.) (App.1, ¶¶ 43-44).

Class counsel acted immediately to ensure that class members were not disadvantaged by the misleading media reports and the widespread public misperception about the alternative compensation benefit. They proposed a plan to Equifax and, after receiving input from regulators, presented the plan to the Court at a hearing held on July 30, 2019. The essence of the plan entailed notifying class members that, because of the claims volume, alternative compensation claimants likely would receive much less than $125 so that, going forward, class members would have that information in making a choice between credit monitoring and alternative compensation. The plan also afforded those who had already filed a claim a renewed opportunity to choose credit monitoring rather than alternative compensation. The Court approved the plan at the hearing and directed the parties to implement its terms. They did so. (App.1, ¶¶ 43-44).

On August 1, 2019, class counsel distributed a statement to the media explaining the limitations of the alternative compensation benefit and urging class members to rely only on the official court notice, not what they heard or read in the media. On August 2, 2019, a statement was placed in a prominent position on the home page of the settlement website that read:

49

> If you request or have requested a cash benefit, the amount you receive
> may be significantly reduced depending on how many valid claims are
> ultimately submitted by other class members. Based on the number of
> potentially valid claims that have been submitted to date, payments for
> time spent and alternative compensation of up to $125 likely will be
> substantially lowered and will be distributed on a proportional basis if
> the settlement becomes final. Depending on the number of additional
> valid claims filed, the amount you receive may be a small percentage
> of your initial claim.

On August 7, 2019, the direct email notice campaign that the Court approved in its

July 22, 2019 Order Directing Notice commenced. The first email notice, which was

sent to more than 100 million class members, prominently featured the same

statement that had been added to the settlement website.[20] The same statement also

was featured in a follow up email to the class. Moreover, a separate email was sent

to all class members who had filed a claim for alternative compensation before

August 2, 2019, repeating the same message and giving them the opportunity to

choose credit monitoring if they wanted to switch their claim from alternative

reimbursement. Also around this time, the FTC publicly announced that the

alternative compensation claim would be less than $125, recommended that class

members select credit monitoring, and included the statement that any class member

who already made a claim for alternative compensation could switch to claim credit

---

[20] This statement was also included in the publication notice, which appeared as a
full-page advertisement in *USA Today* on September 6, 2019.

monitoring.[21]

So, beginning August 2, 2019, all class members who went to the website to file a claim were put on notice that alternative compensation claimants in all likelihood would only receive a small percentage of $125.[22] Beginning August 7, 2019, class members were given the same information as part of the Court-approved direct email notice program. And, all class members who filed an alternative compensation claim before August 2, 2019, were separately told of the situation and given an opportunity to amend their claim to choose credit monitoring instead of the cash payment if they wanted to do so. The Court thus finds that the notice plan approved by the Court on July 22, 2019, coupled with the supplemental plan approved at the July 30, 2019 hearing, provided reasonable and adequate notice to the class about the limits of the alternative compensation benefit and that class members had sufficient information and opportunity to make an informed choice between that benefit and credit monitoring.

The likelihood that alternative compensation claimants will receive

---

[21] FTC Encourages Consumers to Opt for Free Credit Monitoring, as part of Equifax Settlement, FTC (July 31, 2019), *available at* https://www.ftc.gov/news-events/press-releases/2019/07/ftc-encourages-consumers-opt-free-credit-monitoring-part-equifax.

[22] The online claim form was also amended as of August 2, 2019 to advise that payments for the alternative compensation benefit may be less than $125 depending on the number and amount of claims filed.

substantially less than $125 does not mean that the relief afforded by the settlement is inadequate. To the contrary, as described above, the relief offered by the settlement is unprecedented in scope. The Court must evaluate the adequacy of the settlement in terms of the entirety of the relief afforded to the class. The other substantial benefits—including payment of out-of-pocket losses, credit monitoring, identity restoration services, and the reduction in the risk of another breach—would justify approval of the settlement as fair, reasonable, and adequate even if the settlement did not provide an alternative compensation benefit at all. Indeed, this Court has previously approved settlements that provided no alternative compensation benefit in the *Home Depot* and *Arby's* data breach cases.

Moreover, the likelihood that alternative compensation claimants will receive substantially less than $125 is not unfair, and does not render the alternative compensation benefit itself inadequate. All of the alternative compensation claimants are eligible for the same relief made available to other class members, they received the same Court-approved communications as other class members disclosing that payments for alternative compensation claims would be a small percentage of $125, and those who filed their claims before the above enhancements to the settlement website were implemented were given the opportunity to change their minds. That class members, armed with this information, chose alternative compensation rather than the more valuable credit monitoring services offered by

52

the settlement reflects their own personal decision, not a failing of the settlement or inadequate representation by class counsel. Moreover, the alternative compensation claimants retain the right to take advantage of all the other settlement benefits except credit monitoring.

It is unfortunate that inaccurate media reports and social media posts created a widespread belief that all class members, simply by filing a claim, would receive $125. But the parties are not responsible for those reports and class counsel acted appropriately, diligently, and in the best interests of the class by taking corrective action when they learned of the erroneous reporting. Moreover, any class member who chose alternative compensation rather than credit monitoring has had ample opportunity to make a new choice. Accordingly, objections to the adequacy of the settlement based on the fact that alternative compensation claimants will not receive $125; the manner in which class members were informed about the alternative compensation benefit; or the notion that class members were misled into choosing alternative compensation are overruled.

### C.    <u>Objections Relating To Class Certification.</u>

Objectors to class certification assert that the class representatives and counsel are not "adequate" for purposes of Rule 23(a)(4) because: (1) the interests of class members who have already incurred out-of-pocket losses conflict with those who

have incurred only a risk of future losses,[23] or (2) some state consumer protection laws implicate statutory penalties while others do not.[24] Thus, according to the objections, "fundamental" intra-class conflicts between subgroups exist, requiring numerous subclasses with separate counsel for each. *See, e.g.*, *Amchem*, 521 U.S. at 591; *Ortiz v. Fibreboard Corp.*, 527 U.S. 815 (1999). These objections are wholly without merit as there simply are no fatal intra-class conflicts, fundamental or otherwise.

For the reasons set forth below, subclasses were not required here and, much more likely, would have been detrimental to the interests of the entire class. The practical effect of creating numerous subclasses represented by competing teams of lawyers would have decreased the overall leverage of the class in settlement discussions and rendered productive negotiations difficult if not impossible.[25] Further, if the case had not settled, the additional subclasses and lawyers likely would have made the litigation process, particularly discovery and trial, much harder to manage and caused needless duplication of effort, inefficiency, and jury

---

[23] Objection of Shiyang Huang [Doc. 813 at 5-7].

[24] Objection of Frank and Watkins [Doc. 876 at 1].

[25] *See In re Oil Spill by Oil Rig Deepwater Horizon in Gulf of Mexico, on April 20, 2010*, 910 F. Supp. 2d 891, 919 (E.D. La. 2012), *aff'd sub nom. In re Deepwater Horizon*, 739 F.3d 790 (5th Cir. 2014) (district court wary of "[s]uch rigid formalism" of requiring subclasses, "which would produce enormous obstacles to negotiating a class settlement with no apparent benefit[.]").

54

confusion.[26]

The Eleventh Circuit has provided the contours necessary for an objector to establish a fundamental conflict that may necessitate subclasses: "A fundamental conflict exists where some party members claim to have been harmed by the same conduct that benefitted other members of the class." *Valley Drug Co. v. Geneva Pharm., Inc.*, 350 F.3d at 1189. "[T]he existence of minor conflicts alone will not defeat a party's claim to class certification: the conflict must be a 'fundamental' one going to the specific issues in controversy." *Id.* There is simply is no evidence of a fundamental intra-class conflict in this case. No class members were made better off by the data breach such that their interests in the outcome of the litigation are adverse to other class members. Similarly, all class members benefit from the proposed settlement, while none are harmed by it. In arguing otherwise, the objectors focus on minor differences within the class that are immaterial in the context of this case

---

[26] Frank and Watkins contend that residents of each jurisdiction with statutory claims that survived the motion to dismiss should be served by separate counsel. (*See* Final Approval Hearing Tr., at 78-79). They also acknowledge that claims under consumer protection statutes from 33 jurisdictions survived. [Doc. 876, at 6]. The objectors' approach thus would require at least 34 separate teams of lawyers (appointed class counsel plus lawyers for each jurisdiction), which would needlessly cause the scope of these proceedings to explode. The selection and appointment process alone would be incredibly time consuming and the duplication of effort involved in ensuring each legal team was adequately versed in the law and facts to assess the relative worth of their clients' claims would be staggering. Ironically, the same objectors criticize the requested attorneys' fees in this case on the basis that class counsel's hours are inflated because too many lawyers worked on it. [Doc. 876, at 24].

and, in any event, do not defeat class certification.

Shiyang Huang's objection—that this fact pattern is akin to *Amchem* and *Ortiz* because some class members have presently incurred out-of-pocket costs while others have not—was thoroughly analyzed and rejected in *Target*:

> The *Amchem* and *Ortiz* global classes failed the adequacy test because the settlements in those cases disadvantaged one group of plaintiffs to the benefit of another. There is no evidence that the settlement here is similarly weighted in favor of one group to the detriment of another. Rather, the settlement accounts for all injuries suffered. Plaintiffs who can demonstrate damages, whether through unreimbursed charges on their payment cards, time spent resolving issues with their payment cards, or the purchase of credit-monitoring or identity-theft protection, are reimbursed for their actual losses, up to $10,000. Plaintiffs who have no demonstrable injury receive the benefit of *Target's* institutional reforms that will better protect consumers' information in the future, and will also receive a pro-rata share of any remaining settlement fund. It is a red herring to insist, as [Objector] does, that the no-injury Plaintiffs' interests are contrary to those of the demonstrable-injury Plaintiffs. All Plaintiffs are fully compensated for their injuries.

*Target*, 2017 WL 2178306, at *5, *aff'd*, 892 F.3d at 973-76; *see generally id.* at *2-9. Further, "the interests of the various plaintiffs do not have to be identical to the interests of every class member; it is enough that they share common objectives and legal or factual positions." *Id.* at *6 (quoting *Petrovic v. Amoco Oil Co.*, 200 F.3d 1140, 1148 (8th Cir. 1999)). As in *Target*, the class representatives are adequate here because they seek essentially the same things as all class members: compensation for whatever monetary damages they suffered and reassurance that their information

will be safer in Equifax's hands in the future. *Id.*[27]

Unlike here, *Amchem* and *Ortiz* were massive personal injury "class action[s] prompted by the elephantine mass of asbestos cases" that "defie[d] customary judicial administration." *Prof'l Firefighters Ass'n of Omaha, Local 385 v. Zalewski*, 678 F.3d 640, 646 (8th Cir. 2012). In those cases adequacy was not sufficiently protected within a single class because claimants who suffered diverse medical conditions as a result of asbestos exposure wanted to maximize the immediate payout, whereas healthy claimants had a strong countervailing interest in preserving funds in case they became ill in the future. These vast differences between groups of claimants in *Amchem* required "caution [because] individual stakes are high and disparities among class members great." *Amchem*, 521 U.S. at 625. Those concerns are simply not present in this consumer case where all class members allege the same injury from the compromise of their personal information. *See Anthem*, 327 F.R.D. at 314 (dispelling analogies to *Amchem* in the data beach context because "the same actions by a single actor wrought the same injury on all Settlement Class Members together").

---

[27] *See also Anthem*, 327 F.R.D. at 309-11 (analyzing and overruling same objection). This Court rejected a similar objection in the *Home Depot* consumer track. *See* 2016 WL 6902351 (rejecting all objections asserted by Sam Miorelli, including an objection that separate counsel was necessary to represent allegedly conflicting subclasses (No. 14-md-2583-TWT, Doc. 237 at 39-40) (objection); Doc. 245 at 21-23 (reply in support of final approval)).

Further, Mr. Huang's argument is particularly weak given the structure of the settlement in this case and the nature of the alleged harm to the class. While those who have already incurred out-of-pocket losses are being reimbursed now, those who incur out-of-pocket losses in the future are not left without a monetary remedy. Class members will have an opportunity to be reimbursed for out-of-pocket losses relating to future identity theft during the extended claims period. Moreover, there is no conflict because of the nature of the harm caused by the breach. Those who have already suffered losses stand just as likely to suffer future losses as those who have not suffered any losses to date and thus all class members have an incentive to protect against future harm. *See Target*, 892 F.3d at 976 (future injury "is just as likely to happen to a member of the subclass with documented losses").

Accordingly, the interests of the proposed subclasses here "are more congruent than disparate, and there is no fundamental conflict requiring separate representation." *Target*, 892 F.3d at 976; *see also Anthem*, 327 F.R.D. at 309-10. The settlement benefits all class members equally by compensating both current and future losses as well as protecting against and providing assistance in dealing with any future losses or misuse of their information. The Court therefore rejects Shiyang Huang's objection to class certification.

Objectors Frank and Watkins insist that the adequacy of representation requirement can only be satisfied with subclasses, with separate counsel, to account

for differences in the damages potentially available under different state consumer statutes. The Court is not persuaded, as this case seems well-suited to resolution via a nationwide class settlement. Frank and Watkins have not demonstrated how separate representation for state-specific subclasses would benefit anyone, let alone the class as a whole, or that the state statutes as a practical matter provide any class members with a substantial remedy under the facts presented. To the contrary, the Court finds that it is unlikely that any individual class members would have benefitted in any material way from state statutory remedies under the circumstances of this case or from separate representation for the purpose of advocating the alleged value of those remedies.

To begin with, the court in *Target* rejected this specific objection explaining:[28]

> The availability of potential statutory damages for members of the class from California, Rhode Island, and the District of Columbia does not, by itself, mean that the interests of these class members are antagonistic to the interests of class members from other jurisdictions. Class actions nearly always involve class members with non-identical damages. . . .

> [Objector's] argument in this regard ignores the substantial barriers to any individual class member actually recovering statutory damages. Class members from these three jurisdictions willingly gave up their uncertain potential recovery of statutory damages for the certain and complete recovery, whether monetary or equitable, the class settlement offered. Contrary to [Objector's] belief, this demonstrates

---

[28] Frank, the objector here, is a lawyer who represented the unsuccessful objector in *Target*. His co-counsel in *Target*, Melissa Holyoak, represents Frank and Watkins (her brother) in this case. While their roles may be different, Frank and Holyoak are making the same argument that failed in *Target*.

> the cohesiveness of the class and the excellent result named Plaintiffs
> and class counsel negotiated, not any intraclass conflict.

2017 WL 2178306, at *6. Similarly, the trial court in *Anthem* found that, as in this

case, "there is no structural conflict of interest based on variations in state law, for

the named representatives include individuals from each state, and the differences in

state remedies are not sufficiently substantial so as to warrant the creation of

subclasses." *Anthem*, 327 F.R.D. at 310 (quoting *Hanlon v. Chrysler Corp.*, 150 F.3d

1011, 1021 (9th Cir. 1998)); *cf. Columbus Drywall*, 258 F.R.D. at 555 ("The fact

that the named plaintiffs may have suffered greater damages does not indicate that

named plaintiffs possess interests antagonistic to other plaintiffs.").[29]

Those cases are more analogous here than the authority objectors cite. In *W.

Morgan-E. Lawrence Water & Sewer Auth. v. 3M Co.*, 737 F. App'x 457 (11th Cir.

2018), consumers of allegedly contaminated water *and* the water authority that

supplied the water were lumped into the same settlement class in an action against

---

[29] *See also Hanlon*, 150 F.3d at 1022 ("although some class members may possess
slightly differing remedies based on state statute or common law, the actions asserted
by the class representatives are not sufficiently anomalous to deny class certification.
On the contrary, to the extent distinct remedies exist, they are local variants of a
generally homogenous collection of causes which include products liability,
breaches of express and implied warranties, and 'lemon laws.'"); *Dickens v. GC
Servs. Ltd. P'ship*, 706 F. App'x 529, 536 (11th Cir. 2017) (class representative may
be adequate even where seeking only statutory damages when other class members
also suffered actual damages; at most this is a "minor conflict" under *Valley Drug*);
*Navelski v. Int'l Paper Co.*, 244 F. Supp. 3d 1275, 1307 (N.D. Fla.), *reconsideration
denied*, 261 F. Supp. 3d 1212 (N.D. Fla. 2017) ("The class members' damages will
differ in degree, perhaps, but not in nature.").

the alleged polluters, even though many class members had actually filed injury claims *against* the water authority. *Id.* at 464. Because the water authority had an interest in maximizing the injunctive relief obtained from the alleged polluters while *minimizing* the value of (if not undermining entirely) consumers' claims for compensatory damages, a fundamental intra-class conflict plainly existed, precluding dual representation of consumers and the water authority. *Id.* No such fundamental conflict exists here.

Frank and Watkins also rely on the Second Circuit's opinion in *In re Literary Works in Elec. Databases Copyright Litig.*, 654 F.3d 242 (2d Cir. 2011). They claim the case is "directly on point," but it is not. [Doc. 876 at 7]. *Literary Works* was a copyright case in which the proposed settlement divided the class into three claimant groups, called Categories A, B, and C. Unlike here, no single transaction or claim united the Category A, B, and C plaintiffs. The settlement capped the defendants' total liability and provided that, if the claims exceeded that cap, the Category C claims would be reduced *pro rata*. *Id.* at 246. In other words, the settlement protected the Category A and B claims at the sole expense of the Category C claims and could have resulted in Category C claimants receiving nothing. So, unlike here, the *Literary Works* settlement "sold out" one category of claims. *See id.* at 252.

The three claims categories in *Literary Works* were different in kind given the statutory scheme under which they arose. Category A claimants (whose claims were

uniquely valuable under federal copyright law because they were registered in time to be eligible for statutory penalties) had stronger claims than Category C claimants (who had never registered their copyrights and thus were not eligible to claim even actual damages). But, according to the court, that did not mean Category A claimants could take all the settlement's benefits, at least not without independent representation for the Category C claimants. In contrast, the proposed settlement in this case provides all class members with benefits and, unlike in the proposed settlement in *Literary Works*, is "carefully calibrated" to do so. *Anthem*, <u>327 F.R.D. at 310-11</u>.[30]

Further, unlike in *Literary Works*, the entire class in this case brings the same common law claim for negligence stemming from the same event and arising under one state's law. This shared claim—involving the uniform applicability of Georgia law to a single set of facts—binds the interests of all class members, no matter where

---

[30] For the same reason, the Court overrules the Frank and Watkins objection that the settlement treats class members inequitably. The Court finds that due to the calibration of benefits, the settlement satisfies Rule 23(e)(2)(D). Further, the Court does not agree that Frank and Watkins's approach would lead to a more equitable result and finds instead that it could disadvantage the entire class. Due to the large number of class members, at best, the approach might allow residents of a handful of states to receive potentially larger (but still quite small) statutory damages. But predicting such a result is mere speculation, particularly because the two objectors have not demonstrated that the statutory claims to which they point are even viable. More likely, their approach would lead to no settlement (and possibly no recovery at all).

they reside, and overcomes any theoretical differences that arise from potential state statutory remedies. That is particularly true in this case because there is substantial doubt as to whether the plaintiffs can satisfy conditions the state statutes require to prove liability on an individual or class wide basis, (Utah's statute for example, requires each plaintiff to establish a "loss" and may not even be available in a class action),[31] and the complaint seeks nominal damages under Georgia law on behalf of all class members, which could yield more than the statutory damages for which Frank and Watkins argue. *See, e.g.*, *Wright v. Wilcox*, 262 Ga. App. 659, 662 (2003) (noting that damages are not "restricted to a very small amount"). Thus, Frank and Watkins's claim that no one "press[ed] their most compelling case" is without merit. [Doc. 876, at 11].

So too is the objectors' implication that their recovery is inadequate in relation to a possible award at trial. The Court has already noted that the settlement is at the high end of the range of likely recoveries and that many of the specific benefits of the settlement likely would not be attainable at trial, such as the fact that all class members are eligible for credit monitoring. Over a four-year period, the retail value of the credit monitoring approximates or exceeds the purported value of Frank and Watkins's statutory damages claims. Accordingly, Frank and Watkins likely are

---

[31] *See* U.C.A. § 13-11-19 ("A consumer who suffers loss as a result of a violation of this chapter may recover, *but not in a class action*, actual damages or $2,000, whichever is greater, plus court costs.") (emphasis added).

economically better off under the settlement than they would be even in the unlikely event that their state statutory claims were successfully litigated through trial. In short, the reality is that any conflicts between class members based upon their states of residence are doubtful and speculative, and even if any such conflicts exist, they are minimal.

Finally, Frank and Watkins do not identify any authority holding that a class settlement cannot release individual claims arising from the same transaction or occurrence that are not held by all class members. That happens all the time, in all manner of class judgments, and the Court has considered and found equitable under Rule 23(e) the scope of the release here. Under Frank and Watkins's theory, every multi-state class action settlement involving state law claims would risk invalidity without subclasses (with separate representatives and counsel) for each state. Many class settlements that have been approved and upheld on appeal would be invalid as a matter of law under such a rule, including *NFL Concussion*,[32] *Chrysler-Dodge-Jeep Ecodiesel*,[33] and *Volkswagen "Clean Diesel."*[34]

---

[32] *In re Nat'l Football League Players Concussion Injury Litig.*, 307 F.R.D. 351 (E.D. Pa. 2015), *aff'd*, 821 F.3d 410 (3d Cir. 2016).

[33] *In re Chrysler-Dodge-Jeep Ecodiesel Mktg., Sales Practices, & Prods. Liab. Litig.*, 2019 WL 2554232 (N.D. Cal. May 3, 2019).

[34] *In re: Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods. Liab. Litig.*, No. MDL 2672 CRB (JSC), 2016 WL 6248426 (N.D. Cal. Oct. 25, 2016), *aff'd*, 895 F.3d 597 (9th Cir. 2018), *and aff'd*, 741 F. App'x 367 (9th Cir. 2018) (2.0-liter settlement); *In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods.*

The facts asserted by the objectors thus do not establish a conflict. And even if the objectors had identified a non-speculative conflict, which they have not, the conflict is minor and does not go to the heart of the claims asserted in the litigation. Moreover, the involvement of a cross-section of class representatives across all states, use of a respected and experienced mediator, and extensive input from state and federal regulators all safeguarded the process leading to the settlement. Indeed, the Attorneys General of both jurisdictions in which Frank and Watkins reside—Utah and the District of Columbia—incorporated this settlement as the mechanism for providing relief to their citizens in their own settlements with Equifax.

For all these reasons, the objections related to other consumer protection statutes do not present a problem with adequacy. In that regard, the Court also finds it relevant that Rule 23(e) was recently amended to require consideration of how settlement benefits are apportioned among class members as part of the fairness, reasonableness, and adequacy requirement. That, in and of itself, suggests that the adequacy requirement does not require that every class member share identical and overlapping claims. The Court has found here that the benefits are being equitably apportioned, and that the class is adequately represented without fundamental conflicts. There is therefore no basis to deny class certification under Rule 23(a)(4).

---

*Liab. Litig.*, No. MDL 2672 CRB (JSC), <u>2017 WL 2212783</u> (N.D. Cal. May 17, 2017) (3.0-liter settlement).

65

Another objector claims that class members who have an existing credit monitoring service are treated inequitably. [Doc. 880 at 11]. But claimants who purchased credit monitoring on or after September 7, 2017, in response to the breach may make a claim for full reimbursement of the costs, up through the date they submit a claim. [Doc. 739-2, ¶¶ 2.37, 6.2.4, 8.3.2]. These class members also have the opportunity to cancel their existing credit monitoring service and sign up for the (likely superior) comprehensive credit monitoring offered under the settlement, obtaining the same benefits available to every other class member. Or, they are eligible for alternative cash compensation, albeit smaller than the maximum $125, and remain eligible for all of the other settlement benefits. Accordingly, the Court finds that those class members with existing credit monitoring are treated equitably under the settlement.

### D.    Objections Relating To The Process For Objecting.

The Court finds that the process for objecting is reasonable. Some objectors argue that the procedure for objecting is overly burdensome, asserting that objectors should not be required to show they are members of the settlement class, or provide their personal contact information, signature, or dates for a potential deposition. This argument is at odds with the number of objections received, and few objectors had difficulty meeting these criteria. Nevertheless, the requirements imposed on objectors are consistent with Rule 23, are common features of class action

settlements,[35] and were informed by the Court's previous experience dealing with

objectors in connection with the *Home Depot* data breach settlement.

Some objectors protest the possibility of being subjected to a deposition, but

objectors who voluntarily appear in an action place their standing and basis for

objecting at issue for discovery. *See In re Cathode Ray Tube (CRT) Antitrust Litig.*,

281 F.R.D. 531, 533 (N.D. Cal. 2012) (holding that when an objector voluntarily

appears in litigation by objecting to a class settlement, he or she is properly subject

to discovery). Courts in this Circuit have found it advisable to discover the objector's

knowledge of the settlement terms, to ferret out frivolous objections, and to expose

objections that are lawyer-driven and filed with ulterior motives.[36] Moreover, Rule

---

[35] *See Champs Sports Bar & Grill Co. v. Mercury Payment Sys., LLC*, 275 F. Supp. 3d 1350, 1353 (N.D. Ga. 2017) (striking objection for failing to comply with similar criteria); *Home Depot*, Doc. 185 at ¶ 12 (N.D. Ga. March 8, 2016) (requiring objectors to provide personal contact information and signature); *Jones v. United Healthcare Servs., Inc.*, 2016 WL 8738256, at *4 (S.D. Fla. Sept. 22, 2016); *Chimeno-Buzzi v. Hollister Co.*, 2015 WL 9269266, at *5 (S.D. Fla. Dec. 18, 2015) (same); *see also In re Premera Blue Cross Customer Data Sec. Breach Litig.*, 2019 WL 3410382, at *27 (D. Or. July 29, 2019) (requiring objectors to provide personal contact information and provide signed statement that he or she is member of settlement class); *In re Anthem, Inc. Data Breach Litig.*, 2017 WL 3730912, at *3 (N.D. Cal. Aug. 25, 2017) (requiring written objection to contain personal contact information and signature).

[36] *See Montoya v. PNC Bank, N.A.*, 2016 WL 1529902, at *19 (S.D. Fla. April 13, 2016); *see also Champs Sports*, 275 F. Supp. 3d at 1359 (overruling the objection in a case where the objector was deposed, admitted he had no evidence or knowledge supporting objection, and could not explain how the settlement was inadequate); *Morgan v. Pub. Storage*, 301 F. Supp. 3d 1237, 1259 (S.D. Fla. 2016) ("An objector's knowledge of the objection matters in crediting (or not) the objection and

---

67

23 has recently been amended to address these sorts of concerns. *See generally* Fed. R. Civ. P. 23(e)(5).[37] The objection requirements serve to further appropriate lines of inquiry, and are not meant to discourage objections. "Such depositions not only serve to inform the Court as to the true grounds and motivation for the objection, but they also help develop a full record should the objector file an appeal." *Montoya*, 2016 WL 1529902, at *19.

Finally, the personal signature requirement is not burdensome, and is of particular importance in this case, to ensure that the objection is made in the objector's personal capacity, and not at the behest of others. And, the personal signature requirement decreases the likelihood that services encouraging mass objections or opt-outs file unauthorized or fictitious objections. These objections are overruled.

---

determining the objector's motives."); c*f. Greco v. Ginn Dev. Co.*, 635 F. App'x 628, 633 (11th Cir. 2015) (district court may properly consider whether those voicing opposition to settlement have ulterior motives).

[37] The accompanying 2018 Advisory Committee Notes explain that the Rule has been amended because "some objectors may be seeking only personal gain, and using objections to obtain benefits for themselves rather than assisting in the settlement-review process. At least in some instances, it seems that objectors—or their counsel—have sought to obtain consideration for withdrawing their objections or dismissing appeals from judgments approving class settlements."

## E.     **Objections Relating To How To Opt Out.**

The Court overrules all objections related to the procedures for how to opt

out. The exclusion procedure is simple, affords class members a reasonable time in

which to exercise their option, and is conventional.[38] The individual signature

requirement on opt-out requests is not burdensome at all. Moreover, it ensures that

each individual has carefully considered his options and understands that he is giving

up his right to relief under the settlement. While technology provides an avenue for

filing claim forms more easily, it also makes it easier for third parties and their

counsel to file unauthorized "mass opt-outs," which are sometimes "highly

indicative of a conclusion that such counsel did not spend much time evaluating the

merits of whether or not to opt-out in light of the individual circumstances of each

of their clients and in consultation with them."[39] The Court's Order Directing Notice

clearly did not present insurmountable hurdles to opting out of the settlement class.

---

[38] *See, e.g.*, *Harrison v. Consol. Gov't. of Columbus, Georgia*, <u>2017 WL 6210318</u>, at *2 (M.D. Ga. April 26, 2017) (requiring exclusion form to be mailed via regular mail); *Flaum v. Doctor's Assoc., Inc.*, <u>2017 WL 3635118</u>, at *3 (S.D. Fla. March 23, 2017) (same); *Home Depot*, <u>Doc. 185 at</u> ¶ 11 (N.D. Ga. March 8, 2016) (same); *Jones*, <u>2016 WL 8738256</u>, at *3 (same); Manual for Complex Litigation (Fourth) § 21.321 (2004) (hereinafter, "*Manual*") ("Typically, opt-out forms are filed with the clerk, although in large class actions the court can arrange for a special mailing address and designate an administrator retained by counsel and accountable to the court to assume responsibility for receiving, time-stamping, tabulating, and entering into a database the information from responses.").

[39] *In re Oil Spill by Oil Rig Deepwater Horizon*, <u>910 F. Supp. 2d at 939</u>. Here, where the technology allowing class members to object or opt out is coupled with

Several class members object that there should be a renewed opportunity to opt out of the settlement after the final approval hearing. But class members already had at least 60 days from the notice date [Doc. 742 at 15] and 120 days after the order directing notice to evaluate the settlement and request exclusion. The length of the opt-out period provided class members a reasonable opportunity to exclude themselves.[40] And, because the Court is approving the settlement without any changes, the final approval hearing did not create any new grounds for a class member to opt out.

### F.     Objections To The Notice Plan.

Objections to the notice plan include that: (1) the content of the notice is inadequate; (2) the supplemental e-mail notice to early claimants was inadequate or improper; (3) the notice plan is too reliant on email and social media; (4) the notice plan is inadequate for those without computers or access to news; and (5) the notice plan is unclear as to the amount of fees requested. The Court rejects and overrules each of these objections. The parties implemented the Court-approved notice plan that was developed in conjunction with federal and state regulators, which

---

misinformation about what the settlement actually provides, the dangers of accepting mass, unsigned objections or opt-out requests are even more acute.

[40] "Courts have consistently held that 30 to 60 days between the mailing (or other dissemination) of class notice and the last date to object or opt out, coupled with a few more weeks between the close of objections and the settlement hearing, affords class members an adequate opportunity to evaluate and, if desired, take action concerning a proposed settlement." *Greco*, 635 F. App'x at 634.

constitutes the best notice practicable under the circumstances, and provides class members with information reasonably necessary to evaluate their options. *See* Fed. R. Civ. P. 23(e)(1)(B); *see also Greco*, 635 F. App'x at 633.

The notice plan here clearly and concisely explains the nature of the action and the rights of class members, thereby satisfying the requirements of Rule 23 and due process. The short form notice, developed with both federal and state regulators, and approved by this Court, sets forth a clear and concise summary of the case and the proposed settlement and, in large, bold typeface, directs class members to visit the settlement website[41] or call the toll-free phone number for more information. *See In re Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330, 1342-44 (S.D. Fla. 2011) (approving notice where information was referenced in short form notice and more information was readily available in full on settlement website). And the long form notice on the settlement website contains a comprehensive explanation of the

---

[41] The long-form notice and the "Frequently Asked Questions" ("FAQ") page of the settlement website contain a section entitled "Legal Rights Resolved Through The Settlement" and provide an answer to the question: "What am I giving up to stay in the settlement class?" The answer clearly provides that, by staying in the settlement class, class members are releasing their "legal claims relating to the Data Breach against Equifax when the settlement becomes final." *See* Doc. 739-2 at 269 & Settlement Website FAQ 20. Additionally, these notice materials contain a section titled "The Lawyers Representing You" and provide an answer to the question: "How will these lawyers be paid?" The answer clearly states that class counsel are seeking attorneys' fees of up to $77,500,000 and reimbursement for costs and expenses up to $3,000,000 to be paid from the Consumer Restitution Fund. *See* Doc. 739-2 at 270-71 & Settlement Website FAQ 22.

71

settlement and related matters. While the long form notice does not contain every fact or piece of information a class member might find to be material, that is legally unnecessary, potentially confusing, and off-putting to class members.[42]

Some objectors complain the notice plan failed to adequately explain that the alternative compensation benefit could be reduced depending on how many valid claims were submitted. But, as discussed above, the misconception that each class member would automatically receive alternative reimbursement compensation of $125 arose not from the notice plan (nor could it, since direct email notice to the class had not yet been sent when the misconception arose), but from misleading media coverage that began even before the proposed settlement was presented to the Court. *See* App. 1, ¶¶ 27-37. Further, as discussed above, the notice plan, particularly when coupled with the additional steps the Court approved on July 30, 2019, ensured that class members had adequate information about the alternative compensation benefit—including information that alternative compensation claimants likely would receive a "small percentage" of $125—before making a choice between that benefit and credit monitoring.[43] And, for those who made the choice before the

---

[42] *See Faught*, <u>668 F.3d at 1239</u> (an overly-detailed notice has the potential to confuse class members and impermissibly encumber their right to benefit from the action).

[43] Some objectors also erroneously assert that the Court approved a change to the claims form (requiring alternative claimants to provide the name of their existing credit monitoring service) to deter class members from claiming $125. This

enhancements to the settlement website were implemented, they were sent an email giving them an opportunity to change their minds and amend their claim.[44]

Some objectors argue that the notice plan was too reliant upon newer technologies to deliver notice of the settlement to the class. But courts have increasingly approved utilizing email to notify class members of proposed class settlements, and such notice was appropriate in this case. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *5 (holding notice reaching 75 percent of class through email and internet advertising satisfied Rule 23 and due process); *Morgan*, 301 F. Supp. 3d at 1262 ("Courts consistently approve notice programs where notice is provided primarily through email because email is an inexpensive and appropriate means of delivering notice to class members."). The ultimate focus is on whether the notice methods reach a high percentage of the class. *See* Federal Judicial Center, "*Judge's Class Action Notice and Claims Process Checklist and Plain Language*

---

requirement was a component of the settlement from the outset. Changing the form helped ensure that only those eligible for alternative compensation would file a claim and saved the claims administrator from the necessity of having to go back to claimants and ask for that information in the claims vetting process from the millions of people who were filing claims.

[44] Other objectors argue that all early claimants should have been notified by notarized letter, rather than email. But each claimant provided his email address as part of the claims filing process, and was informed that subsequent correspondence would be received via email. *See* App. 4, ¶¶ 60-62. Moreover, the objectors present no evidence that a substantial number of class members did not receive the supplemental email notice. *See Nelson*, 484 F. App'x at 434-35 (affirming district court's decision overruling conclusory objections).

73

*Guide*" (2010) (available at www.fjc.gov); R. Klonoff, *Class Actions in the Year 2026: A Prognosis*, 65 Emory L.J. 1569, 1650 & n. 479 (2016) ("Courts have increasingly utilized social media . . . to notify class members of certification, settlement, or other developments.").

The Court-approved notice plan, which as noted above was designed by experienced counsel for the parties, JND (an expert in providing class action notice), Signal (an expert in mass media and data analytics), and experts on consumer communications at the Federal Trade Commission and the Consumer Financial Protection Bureau, effectively reached and engaged the class. *See Carter v. Forjas Taurus S.A.*, 2016 WL 3982489, at \*5 (S.D. Fla. Jul. 22, 2016) (notice plan that "used peer-accepted national research methods to identify the optimal traditional, online, mobile and social media platforms to reach the Settlement Class Members" was sufficient). Direct email notice was sent to the more than 104 million class members whose email addresses could be found with reasonable effort. The digital aspects of the notice plan, alone, reached 90 percent or more of the class an average of eight times. App. 5, ¶¶ 22-24. *See* Federal Judicial Center, "Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide" (2010)[45] (recognizing the effectiveness of notice that reaches between 70 and 95 percent of the class). And, the unprecedented claims rate in a case of this magnitude not only

---

[45] *Available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.

further demonstrates that the notice plan's use of email and social media satisfied

minimum standards, but also has been more effective than other notice methods.

The Court also overrules objections that the notice program is inadequate for

those without ready access to computers or the internet. The Constitution does not

require that each individual member receive actual notice of a proposed settlement.

*See Juris v. Inamed Corp.*, <u>685 F.3d 1294, 1318</u> (11th Cir. 2012). Publication and

media notice are appropriate where direct notice is not reasonable or practicable,

such as when a class consists of millions of residents from different states. *See*

*Edwards v. Nat'l Milk Producers Fed'n*, <u>2017 WL 3623734</u>, at * 4 (N.D. Cal. June

26, 2017) ("In view of the millions of members of the class, notice to class members

by individual postal mail, email or radio or television advertisements, is neither

necessary nor appropriate.") (quoting *In re MetLife Demutualization Litig.*, <u>262</u>

<u>F.R.D. 205, 208</u> (E.D.N.Y. 2009)). It was particularly appropriate here, where so

much effort was spent in quantitative and qualitative research (including the use of

focus groups and a public opinion survey) to specifically identify and target those

who lack ready access to the internet and to design a national radio advertising

campaign to reach them.[46]

---

[46] *See, e.g.*, *Kumar v. Salov N. Am. Corp.*, <u>2017 WL 2902898</u>, at *3 (N.D. Cal. July 7, 2017) (approving of notice campaign consisting of media notice, publication notice, and advertisements on various websites); *In re Nat'l Collegiate Athletic Ass'n Student-Athlete Concussion Injury Litig.*, <u>314 F.R.D. 580, 602-03</u> (N.D. Ill. 2016)

In the Court's estimation, it would have been extremely wasteful to spend a significant portion of the settlement fund sending direct mail notice to 147 million class members across the United States and its territories or even to a substantial subset of the class. That would have needlessly reduced the money available to pay for the benefits to the class. The plan developed by the parties, notice experts, and federal and state regulators, and approved by the Court, was sufficient, particularly in light of the pervasive media coverage and the efforts of state and federal regulators to inform consumers about the potential relief available to the class under the settlement. Indeed, few, if any, other class actions of which the Court is aware have received the widespread public attention that the settlement in this case has received or, as noted above, triggered such a substantial number of claims.

Some objectors argue that the notice plan does not identify the exact amount of fees sought by class counsel and thus precisely how much money will be left in the settlement fund after the fees have been paid. But because this Court has broad

---

(approving indirect notice for class members who could not be given direct notice including print publication, settlement class website, press release, and social media); *In re Optical Disk Drive Prods. Antitrust Litig.*, 2016 WL 7364803, at *3 (N.D. Cal. Dec. 19, 2016) (approving notice consisting of email, settlement website, toll-free number, publication notice, press release, text link advertising, banner advertising, and advertising on Facebook and Twitter); *Manual* § 21.312 ("Posting notices and other information, on the Internet, publishing short, attention-getting notices in newspapers and magazines, and issuing public service announcements may be viable substitutes for . . . individual notice if that is not reasonably practicable.").

discretion over the amount of fees to be awarded, *see Piambino v. Bailey*, 757 F.2d 1112, 1139-42 (11th Cir. 1985); *In re Sunbeam Sec. Litig.*, 176 F. Supp. 2d 1323, 1329 (S.D. Fla. 2001), the class notice could not with certainty disclose the amount of fees that would ultimately be awarded or the amount that would remain in the fund after those fees are paid. Identifying a maximum amount of fees to be requested is sufficient, and that is what happened here. *See* Doc. 739-2 at 270 & Settlement Website FAQ 22; *see also Carter*, 2016 WL 3982489, at *7 (approving notice where it informed class members that class counsel would be seeking "up to $9 million in fees"). Moreover, class counsel's motion for fees was posted on the settlement website when it was filed on October 29, 2019, giving class members the ability to learn exactly what class counsel requested well before the deadline to opt out or object.

## G. Objections To The Claims Procedures.

The Court overrules the objections regarding claims procedures, specifically those objections stating that: (1) the procedure for claiming the alternative reimbursement compensation is confusing and unfair; (2) the requirement that time spent and actual out-of-pocket losses be "fairly traceable" to the data breach will disallow valid claims; (3) the call center was unhelpful and inadequately staffed early in the claims period; and (4) the claims procedure presents "too many hoops to jump through" to submit a claim.

Some objectors argue that the claims process improperly "channels" class members toward electing credit monitoring as the only form of relief because too many class members have elected alternative compensation. Perhaps because of the inaccurate public reporting suggesting that only $31 million is available to pay claims, these objectors misunderstand the settlement. Credit monitoring or alternative reimbursement compensation is not the only available relief. Further, class members are not told the form of relief that they must choose, but are given adequate and appropriate information so they can make up their own minds. That class members were told alternative compensation claimants likely would receive a small percentage of $125 is accurate. To keep that information from class members would not have been appropriate.

Some objectors argue that they did not receive the supplemental email providing enhanced information about the alternative compensation benefit, but that is no reason to upend the settlement—especially where those class members will have an opportunity to address any claims deficiencies as part of the agreed-upon claims review process.[47] *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *5 (rejecting objections from class members who claimed they did not receive subsequent email

---

[47] According to class counsel and the claims administrator, any claimants who did not respond to the supplemental email notice or otherwise take action will be routed through the regular deficiency process for claims validation, which provides them an opportunity to address any deficiencies with their claims. *See* Settlement Agreement § 8.5.

notice). Further, this information was on the settlement website, which was available to all class members.

Other objectors argue that requiring class members to provide the name of their current credit monitoring provider to claim alternative compensation is unfair. But the settlement agreement clearly and unambiguously requires class members claiming that benefit to "identify the monitoring service" that they have in place to ensure they are eligible for that benefit. *See* Settlement Agreement § 7.5. And, there is nothing unfair about requiring a claimant to meet the eligibility requirements for a particular benefit. *See Manual* § 21.66 ("Class members must usually file claims forms providing details about their claims and other information needed to administer the settlement.").

Other objectors argue that the settlement's "fairly traceable" requirement for reimbursement of out-of-pocket losses and time spent on the data breach will work to disallow valid claims. But to pursue a claim in court, a plaintiff must demonstrate that his or her injuries are "fairly traceable" to the challenged conduct of the defendant. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992). Settlement is no different; thus courts in other data breach cases have upheld similar requirements. *See, e.g.*, *Premera*, 2019 WL 3410382, at *22 (providing reimbursement for "proven out-of-pocket damages that can plausibly be traced to the Data Breach"); *Home Depot*, 2016 WL 6902351, at *4 (requiring "Documented

Claims" to claim monetary relief).

Some objectors argue that the call center was unhelpful early in the claims period. But the settlement provides reasonable procedures and allocates sufficient funds to ensure that the call center was adequately staffed (indeed, more than one hundred operators were on call at times early in the claims period) and the staff is trained to help class members with questions relating to the proposed settlement. *See* App. 4, ¶¶ 37-41. Beyond that, class counsel were available to respond to class member inquiries and routinely responded to class member emails and phone calls. *See* App. 1, ¶ 69. While frustration with a call center is familiar to most people who exist in the modern world, the Court sees no indication of a pervasive problem here that in any way affects the fairness of the settlement or the claims procedure. That so few class members made this objection despite the massive number of calls that the call center has handled is further testament that any problems were not material.

Several objectors also claim that there are "too many hoops to jump through" in order to submit a claim. But completion and documentation of the claim form are no more burdensome than necessary and similar claims procedures are routinely required in other settlements. *See, e.g.*, *Jackson's Rocky Ridge Pharmacy, Inc. v. Argus Health Sys., Inc.*, 2007 WL 9711416, at *2 (N.D. Ala. June 14, 2007) ("[E]ach class member who seeks damages from the settlement fund must file and substantiate its claim. This requirement is no more onerous than that to which each of the class

members would have been subjected had they filed a separate lawsuit against the defendant and prevailed on the substantive claim."); *Manual* § 21.66 ("Class members must usually file claims forms providing details about their claims and other information needed to administer the settlement. . . . Verification of claims forms by oath or affirmation . . . may be required, and it may be appropriate to require substantiation of the claims. . . ."). The robust number of claims is further evidence that the process was not unduly burdensome.

Some objectors are dissatisfied with the claims period and argue that it is too short to provide relief for potential future harms. The Court concludes that the length of the claims period is reasonable and comparable to, if not longer than, claims periods in other data breach cases. *See, e.g.*, *Home Depot*, 2016 WL 6902351 (approving settlement with initial claims period of 150 days); *Premera*, 2019 WL 3410382, at *26 (ordering initial claims period of 150 days); *Anthem*, 327 F.R.D. at 325 (overruling objections that a one-year claims period was too short because there is a risk of proving harm that has not yet occurred at trial and because settlement provided protections against future identity fraud). The proposed settlement provides class members with six months to claim benefits for losses already sustained and does not require claims to be filed to access identity restoration services. If money remains in the fund after the initial claims period, class members can file claims in the extended claims period, which provides an additional four years to recover for

losses that have not yet occurred. Beyond that, credit monitoring and identity restoration services will allow class members to monitor and help safeguard their information for several more years. The Court views these periods as entirely fair and reasonable and calculated to equitably deliver relief to members of the settlement class.

## IV.  PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES.

Plaintiffs request that the Court award a $77.5 million fee as provided in the settlement agreement. The Court finds that the requested fee is reasonable under the percentage approach, which is the exclusive method in this Circuit for calculating fees in a common fund case such as this one. A lodestar crosscheck, though not required, also supports the requested fee.

### A.  <u>The Requested Fee Is Reasonable Under The Percentage Method.</u>

The controlling authority in the Eleventh Circuit is *Camden I Condominium Association, Inc. v. Dunkle*, <u>946 F.2d 768, 774-75</u> (11th Cir. 1991), which holds that fees in common fund cases must be calculated using the percentage approach. *Camden I* does not require any particular percentage. *See id.* ("There is no hard and fast rule … because the amount of any fee must be determined upon the facts of each case."); *see also, e.g.*, *Waters v. Int'l. Precious Metals Corp.*, <u>190 F.3d 1291, 1294</u> (1999). Typically, awards range from 20% to 30%, and 25% is considered the "benchmark" percentage. *Camden I*, <u>946 F.2d at 775</u>. The Eleventh Circuit has

instructed that, to determine the appropriate percentage to apply in a particular case, a district court should analyze the *Johnson* factors derived from *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), as well any other pertinent considerations. *Camden I*, 946 F.2d at 775.

The $77.5 million requested fee is 20.36% of the $380.5 million *minimum* settlement fund. Under the controlling authority cited above, the requested fee is reasonable as a percentage of the non-reversionary fund alone. However, the minimum amount of the settlement fund is not the true measure of all the benefits, monetary and non-monetary, available to the class under the settlement. The class benefit also includes: (1) an additional $125 million that Equifax will pay if needed to satisfy claims for out-of-pocket losses; (2) the consent order requiring Equifax to pay at least $1 billion for cybersecurity and related technology and comply with comprehensive standards to mitigate the risk of another data breach involving class members' personal data; (3) the value of the opportunity to receive ten years of free credit monitoring for all class members (which would cost each class member $1,920 to buy at its retail price); (4) the value of seven years of identity restoration services available to all class members; and (5) the value of a ban on the use by Equifax of arbitration clauses in some circumstances.[48] In assessing a fee request,

---

[48] In addition to these benefits provided under the settlement, certain settlement class members also benefited from an additional year of credit monitoring services, known

the Court may also consider all of these benefits. *See, e.g., Camden*, 946 F.2d at 775;

*Poertner v. Gillette Co.*, 618 F. App'x 624, 629 (11th Cir. 2015), *cert. denied sub*

*nom. Frank v. Poertner*, 136 S. Ct. 1453 (2016) (district court did not abuse its

discretion by "including the value of the nonmonetary relief … as part of the

settlement pie").

When these other benefits are considered, the percentage of the class benefit

the requested fee represents is much less than 20.36%.[49] For example, the requested

fee is 15.3% of the $380.5 million fund plus the additional $125 million available to

pay out-of-pocket claims. The requested fee is only 5% of those amounts plus the $1

billion that Equifax is required to spend for cybersecurity and related technology and

it is less than 1% when the retail value of the credit monitoring services already

claimed by class members is included. These figures demonstrate that using 20.36%

in the calculation of a percentage-based fee is conservative as it does not account for

all of the settlement's benefits, but that percentage nonetheless will be the focus of

the Court's analysis because if a 20.36% award is reasonable, as it is, then there can

---

as IDnotify, provided to class members who previously enrolled in the TrustedID Premier services offered by Equifax following the data breach. *See* Settlement Agreement § 4.3.

[49] For the same reasons, even if the Court calculated the percentage of the fund based upon the size of the fund specified in the term sheet rather than the ultimate settlement (25% of $310 million), that percentage would be reasonable, and the presence of all the other ingredients in the "settlement pie" drive the requested fee well below the benchmark.

be no question that a smaller percentage is also reasonable.

The percentage of the class benefit represented by the requested fee is supported by the factors that the Eleventh Circuit has directed be used in assessing the reasonableness of a fee request, including the *Johnson* factors. There are twelve *Johnson* factors:

> (1) the time and labor required; (2) the novelty and difficulty of the relevant questions; (3) the skill required to properly carry out the legal services; (4) the preclusion of other employment by the attorney as a result of his acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the clients or the circumstances; (8) the results obtained, including the amount recovered for the clients; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and the length of the professional relationship with the clients; and (12) fee awards in similar cases.

*George v. Academy Mortgage Corp. (UT)*, 369 F. Supp. 3d 1356, 1376 (N.D. Ga. 2019). Other relevant factors include the number of objections from class members, the risks undertaken by class counsel, and the economics of handling class actions. *Champs Sports*, 275 F. Supp. 3d at 1356; *Camden I*, 946 F.2d at 775. The Court does not analyze two of the *Johnson* factors, the undesirability of the case and the nature of the attorney-client relationship, due to their limited applicability here. The Court addresses the other factors below.

(1)   *The Time and Labor Involved*

The Court has observed the intensive amount of time and labor required to prosecute the claims in this case. Class counsel and those under their direction have

spent over 33,000 hours prosecuting this action. The vast majority of the work was done by class counsel and other firms the Court appointed to the plaintiffs' steering committee. The work was allocated to those able to do the work most efficiently. Class counsel also estimate they will spend at least another 10,000 hours over the next seven years in connection with final approval, managing the claims process, and administering the settlement. The Court finds that the work that class counsel have done and estimate they will do is reasonable and justified in view of the issues, the complexity and importance of the case, the manner in which the case was defended, the quality and sophistication of Equifax's counsel, the result, the magnitude of the settlement and the number of claims. Moreover, the amount of work devoted to this case by class counsel likely was a principal reason that they were able to obtain such a favorable settlement at a relatively early stage. This factor weighs in favor of approval of the requested fee.

(2)     *The Novelty and Difficulty of the Questions*

Although many of the plaintiffs' claims were able to survive a motion to dismiss, their path forward remained difficult. The law in data breach litigation remains uncertain and the applicable legal principles have continued to evolve, particularly in the State of Georgia, where protracted appellate litigation in two other data breach cases while this case has been pending demonstrate the unsettled state of the law. *See McConnell*, 828 S.E.2d at 352; *Collins v. Athens Orthopedic Clinic*,

86

815 S.E.2d 639 (Ga. Ct. App. 2018), *rev'd* ___ Ga. ___ (Dec. 23, 2019). As a result,
this case involved many novel and difficult legal questions, such as the threshold
issue of whether Equifax had a duty to protect plaintiffs' personal data, whether
plaintiffs' alleged injuries are legally cognizable and were proximately caused by
the Equifax breach, the applicability of the FCRA to a data breach at a major credit
reporting agency, the meaning of various state consumer protection statues, and
other issues briefed by the parties in connection with Equifax's motion to dismiss.
These would be recurring issues throughout the litigation if the settlement is not
approved.

Other novel and difficult questions in this case resulted from the sheer size of
the litigation, the number of Americans impacted by the breach, and the highly
technical nature of the facts. Determining and proving the cause of the breach and
developing cybersecurity measures to prevent a recurrence were particularly
challenging. The plaintiffs' lawyers also confronted unusual circumstances and a
dearth of legal guidance or governing precedent when they engaged in extensive
negotiations with federal and state regulators after reaching a binding term sheet
with Equifax. This factor strongly weighs in favor of the requested fee request.

(3)     *The Skill Requisite to Perform the Legal Services Properly and*
        *the Experience, Reputation, and Ability of the Lawyers*

This case required the highest level of experience and skill. Plaintiffs' legal
team includes lawyers from some of the most experienced and skilled class action

law firms in the country who have collectively handled more than 50 data breach cases, including all of the most significant ones. Their experience and skill was needed given the scope of the case and the quality of the opposition. The lawyers who represented Equifax are highly skilled and come from several of the nation's largest corporate defense firms. Moreover, Judge Phillips has noted that "the settlement is the direct result of all counsel's experience, reputation, and ability in complex class actions including the evolving field of privacy and data breach class actions." [Doc. 739-9, ¶ 15]. The Court can also attest to the high level of zealous, diligent advocacy demonstrated throughout this case. These factors weigh in favor of the requested fee.

(4)     *The Preclusion of Other Employment*

Given the demand for their services attributable to their high level of skill and expertise, but for the time and effort they spent on this case the plaintiffs' lawyers would have spent significant time on other matters. Further, by necessity given its nature, the bulk of the work was done by a relatively small number of senior lawyers, and demanded their full attention. As described above, their focus on this case likely served as the principal reason that the case was able to settle favorably, further weighing in support of the requested fee.

(5)     *The Customary Fee*

The percentage used to calculate the requested fee is substantially below the

88

percentages that are typically charged by lawyers who handle complex civil litigation on a contingent fee basis, which customarily range from 33.3% to 40% of the recovery.

(6)     *Whether the Fee is Fixed or Contingent*

"A contingency fee arrangement often justifies an increase in the award of attorneys' fees." *Behrens*, 118 F.R.D. at 548. A larger award is justified because if the case is lost a lawyer realizes no return for investing time and money in the case. *See In re Friedman's, Inc. Sec. Litig.*, 2009 WL 1456698, at *3 (N.D. Ga. May 22, 2009). As discussed above, the novel and difficult questions present in this case heightened this concern here. This action was prosecuted on a contingent basis and thus a larger fee is justified.

(7)     *Time Limitations Imposed by the Client or the Circumstances*

Priority work done under significant time pressure is entitled to additional compensation and justifies a larger percentage of the recovery. *See, e.g.*, *Johnson*, 488 F.2d at 718; *Allapattah Servs., Inc. v. Exxon Corp.*, 454 F. Supp. 2d 1185, 1215 (S.D. Fla. 2006). At various times during this litigation, class counsel were forced to work under significant time pressure, such as when they had to vet thousands of potential class representatives in a short period to meet the Court's deadline for filing a consolidated amended complaint and during the several months they spent negotiating with Equifax and federal and state regulators leading up to finalizing the

settlement. During critical periods, class counsel spent as much as 2,000 hours a month or more. This factor thus supports an increased award.

    (8)   *The Amount Involved and the Results Obtained*

This is the largest data breach settlement in history. The $380.5 million fund alone is more than the total recovered in all consumer data breach settlements in the last ten years.[50] Further, class members are eligible for an unprecedented package of benefits, including but not limited to cash compensation for out-of-pocket losses fairly traceable to the breach of up to $20,000 per class member, reimbursement for time spent as a result of the breach, and 25% of the amount paid to Equifax by class members for identity protection services in the year prior to the breach; ten years of high quality credit monitoring services having a retail value of $1,920 per class member; and seven years of identity restoration services without the need to file a claim.

In addition, Equifax has agreed to a consent order requiring it to comply with comprehensive cybersecurity standards, spend at least $1 billion on data security and related technology, and have its compliance audited by independent experts. Violations of the consent order are subject to this Court's enforcement power. This

---

[50] Contrary to the arguments of some objectors, the size of the settlement fund is not just a matter of scale. For instance, the settlement is larger on a per capita basis than the *Anthem* settlement, which resulted in a $115 million fund for a class of 80 million individuals.

injunctive relief provides a substantial benefit to all class members, and exceeds what has been achieved in other data breach settlements.

Finally, as noted, class counsel negotiated an innovative notice program to effectively inform and engage class members, and a robust claims process to facilitate and increase class member participation. The notice program and claims process are both a direct benefit to the class.

In short, the results obtained—which are in the high range of potential recoveries and in some instances may exceed what could be achieved at trial—weigh strongly in favor of the requested fee.

(9)    *Awards in Similar Cases*

The requested fee is in line with—if not substantially lower than—awards in other class actions that have resulted in similarly impressive settlements. Even if the fee is based only on the cash fund, ignoring all other monetary and non-monetary benefits, the 20.36% that the requested fee represents is below the 25% benchmark recognized in *Camden I* and substantially less than has been awarded in similar cases, including specifically other data breach cases. *See, e.g.*, *In re Arby's Rest. Grp., Inc. Data Sec. Litig.*, 2019 WL 2720818, at *4 (N.D. Ga. June 6, 2019) (awarding a fee of approximately 30% and noting that "[a]wards of up to 33% of the common fund are not uncommon in the Eleventh Circuit, and especially in cases where Class Counsel assumed substantial risk by taking complex cases on a

contingency basis."); *Home Depot*, 2016 WL 11299474, at *2 (awarding a fee in the

consumer track of "about 28% of the monetary benefit conferred on the Class.");

*Home Depot*, No. 1:14-MD-02583-TWT (Doc. 345 at 4) (using one-third of the

benefit in percentage-based calculation in the financial institution track); *Target*,

2015 WL 7253765, at *3, *rev'd and remanded on other grounds*, 847 F.3d 608

(awarding 29% of the monetary payout).

Empirical studies also show that fees in other class action settlements are

substantially higher than the requested fee. *See, e.g.*, Theodore Eisenberg, Geoffrey

Miller & Roy Germano, *Attorneys' Fees in Class Actions: 2009–2013*, 92 N.Y.U.

L. Rev. 937, 947, 951 (2017) (finding that in the Eleventh Circuit the average fee

was 30% and median fee was 33% from 2009 through 2013); Brian T. Fitzpatrick,

*An Empirical Study of Class Action Settlements and Their Fee Awards*, 7 J.

Empirical Legal Stud. 811, 836 (2010) (finding, in the Eleventh Circuit for 2006–

2007 period of the study, the average fee was 28.1% and the median fee was 30%).

(10)   *The Number of Objections*

Only 38 of the 147 million class members objected to the requested fee. This

number represents 0.000026 percent of the class or just 1 of every 3.9 million class

members. The extremely small number of objectors is further evidence of the

reasonableness of the requested fee. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at

*4 (objections from an "infinitesimal percentage" of the class "indicates strong

support" for the settlement).

(11)   *The Risk Undertaken by Class Counsel*

The plaintiffs' lawyers undertook extraordinary litigation risk in pursuing this case and investing as much time and effort as they did. The Court is familiar with data breach litigation and appreciates that this was undeniably a risky case when it was filed. It is even riskier today, as demonstrated by recent authority. *See, e.g.*, *McConnell*, 828 S.E.2d at 352 (Ga. 2019); *Adkins v. Facebook*, 2019 WL 7212315, at *9 (N.D. Cal. Nov. 26, 2019) (granting motion to certify injunctive-only class but denying motion to certify damages class and issues class in data breach case).

Based on these factors, the Court finds the award of attorneys' fees in the amount of $77.5 million is appropriate under the percentage of the fund approach. The Court has considered and hereby overrules all of the objections to the requested fees as described below.

*First,* most of the objections to the motion for fees are conclusory, do not provide any legal support for why a lower fee should be awarded, or are based on a misunderstanding about the terms of the settlement. These objections can be summarily rejected. *See, e.g.*, *In re Bear Stearns Cos., Inc. Sec., Derivative, & ERISA Litig.*, 909 F. Supp. 2d 259, 264 n.3 (S.D.N.Y. 2012).

*Second,* one objector, John Davis, argues that the fee must be calculated using the lodestar method because he disagrees with *Camden I* and claims that the case is

93

no longer good law in light of *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542 (2010). (Doc. 879-1 at 8-10). This argument is frivolous. *Camden I* is binding precedent. And, *Perdue*, which construes a fee-shifting statute, does not apply in a common fund case such as this one. *See In re Home Depot, Inc. Customer Data Sec. Breach Litig.*, 931 F.3d 1065, 1084-85 (11th Cir. 2019).

*Third,* several class members do not object to the fee amount, but to its payment from the settlement fund. According to these objectors, the Court should punish Equifax by ordering the company to pay the fees separately. But this Court cannot order Equifax to pay more. *See, e.g.*, *Howard v. McLucas*, 597 F. Supp. 1504, 1506 (M.D. Ga. 1984) ("[T]he court's responsibility to approve or disapprove does *not* give this court the power to force the parties to agree to terms they oppose") (emphasis in original). And, having created a common fund, class counsel are entitled to be paid from the fund.

*Fourth,* two other objections—one by Mikell West and the other by Frank and Watkins—contend that the fee should be no more than 10% of the class benefit because class counsel allegedly faced little risk, the case settled within two years, and awards in cases involving "megafund" settlements do not justify a higher percentage. As stated above, the Court disagrees with the assertion that plaintiffs had little risk. To the contrary, class counsel faced extraordinary risk, which the objectors unreasonably and erroneously discount. Further, penalizing class counsel for

achieving a settlement within two years would work against the interests of the class and undercut the judicial policy favoring early settlement. *See, e.g.*, *Markos v. Wells Fargo Bank, N.A.*, 2017 WL 416425, at *4 (N.D. Ga. Jan. 30, 2017); *In re Checking Acct. Overdraft Litig.*, 830 F. Supp. 2d at 1362.

Their argument that the requested fee is too large because this case involves a megafund settlement—often defined as a settlement in excess of $100 million—also is unpersuasive. When all of the settlement benefits are properly included the value of the settlement is in the several billions of dollars, meaning the requested fee *is* less than the 10% that the two objectors contend is appropriate. In arguing otherwise, the objectors improperly discount all of the settlement benefits except the $380.5 million fund, including specifically all of the settlement's non-monetary benefits.[51] *See Poertner*, 618 F. App'x at 630 (rejecting an objection by Frank that the requested fee was too large because he improperly limited the monetary value of the settlement and disregarded the settlement's substantial non-monetary benefits, which he

---

[51] Under the percentage approach, "courts compensate class counsel for their work in extracting non-cash relief from the defendant in a variety of ways." *In re Checking*, 2013 WL 11319244, at *12. If the non-monetary relief can be reliably valued, courts can include such relief in the fund and award counsel a percentage of the total. *Id.*; *George*, 369 F. Supp. 3d at 1379-80; *see also Poertner*, 618 F. App'x at 628-29. If it cannot be reliably valued, such relief is a factor in selecting the right percentage. *See, e.g.*, *Camden I*, 946 F.2d at 774-775. Accordingly, in this case, even if the non-monetary benefits to the class could not be valued with precision, those benefits—which are undeniably substantial—would certainly justify awarding class counsel 20.36% of the cash fund.

wrongly claimed were illusory).

Even if calculated only as a percentage of the $380.5 million fund, the requested fee of 20.36% is justified notwithstanding the size of the settlement. Likewise, even if the Court considered only the $310 million fund created under the parties' term sheet, a 25% fee would be justified. The Court is unaware of any *per se* rule that a reduced percentage must be used in a "megafund" case and declines to create one now. Additionally, other courts have criticized the use of a reduced percentage in such a case because, among other things, the practice undercuts a major purpose of the percentage approach in aligning the interests of the class and its lawyers in maximizing the recovery. Such a rule might also discourage early settlements, and it fails to appreciate the immense risk presented by large, complex cases. *See, e.g.*, *In re Cendant Corp. Litig.*, 264 F.3d 201, 284 n.55 (3d Cir. 2001); *Allapattah*, 454 F. Supp. 2d at 1213; *In re Checking*, 830 F. Supp. 2d at 1367; *Syngenta*, 357 F. Supp. 3d at 1114.

Regardless, the objectors overemphasize the importance of the settlement's size. Under *Camden I*, this Court must base its award on an evaluation of all of the *Johnson* factors, not just the factor involving awards in other cases. The Court's evaluation of those factors in light of the particular facts and circumstances of this case, as discussed above, would support using a percentage higher than the 25% benchmark and certainly higher than the 20.36% requested here. Indeed, the lowest

96

fee awarded in the other data breach cases cited above was 27%. That class counsel are not requesting a much higher fee here akin to that awarded in other cases suggests that they have already accounted for the settlement's size by agreeing to accept a reduced percentage.

The objectors, furthermore, are simply wrong in asserting that no more than 10% is typically awarded in megafund cases.[52] In *Anthem*, which involved a $115 million settlement fund, the court surveyed awards in other large settlements and concluded: "a percentage of 27% appears to be in line with the vast majority of megafund settlements." *Anthem*, 2018 WL 3960068, at *15. Further, none of the three authorities relied upon by the objectors justify the conclusion that no more than a 10% fee is appropriate here. The empirical study the objectors cite does not support that conclusion, according to Professor Geoffrey Miller, one of its co-authors.[53] To the contrary, the study's data set shows that, in cases with settlements between $325 million and $425 million (the range in which the cash portion of this case falls), the mean percentage was 19.7%—remarkably close to the percentage requested here.

---

[52] Class counsel have cited at least 40 cases involving settlements in excess of $100 million in which a fee of more than 25% has been awarded, including several such cases in this Circuit. *See, e.g.*, *Allapattah Services, Inc. v. Exxon Corp.*, 454 F. Supp. 2d 1185 (S.D. Fla. 2006) (31.33% of a $1.06 billion fund); *In re Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330 (S.D. Fla. 2011) (30% of a $410 million fund); *In re Sunbeam*, 176 F. Supp. 2d 1323 (25% of a $110 million fund).

[53] Theodore Eisenberg and Geoffrey Miller, *Attorneys' Fees and Expenses in Class Action Settlements: 1993-2008*, 7 Journal of Empirical Legal Studies 248 (2010).

(Doc. 900-3, ¶¶ 16-17). In *Carpenters Health & Welfare Fund v. The Coca-Cola Co.*, 587 F. Supp. 2d. 1266 (N.D. Ga. 2008), the court awarded a 21% fee. And, in *In re Domestic Air*, 148 F.R.D. at 350-51, the court relied upon pre-1991 research, which conflicts with the findings of more recent studies.

*Fifth,* objectors West, Frank and Watkins argue that the $70.5 million added to the settlement fund at the request of federal and state regulators did not result from class counsel's efforts and thus class counsel are not entitled to receive a percentage of the additional amount. This argument fails as a factual matter because it assigns no credit to class counsel's efforts and their agreement to integrate the additional money into the settlement they negotiated. While regulators may have been the initial catalyst for the extra funds, the money would not have been added to the settlement fund but for class counsel's efforts. Class counsel spent months negotiating with Equifax on the proposed changes so that the additional funds could be incorporated without having any potential adverse impact to the class.

Thus, without minimizing the role played by the regulators, class counsel were ultimately responsible for integrating the increased funds into the settlement they negotiated and are entitled to compensation for their efforts. The Court also notes that class counsel have not sought any increased fees relative to what they agreed to request in the term sheet, so they are not attempting to use the extra money as a basis for an additional fee request. Basing the percentage off the $380.5 million rather

than $310 million simply recognizes the reality of the size of the non-reversionary fund to which the parties ultimately agreed. Treating the calculation differently would penalize class counsel after they spent thousands of hours in the negotiations with Equifax and regulators to integrate the $70.5 million into the settlement without adverse consequences for the class.

*Sixth,* objectors Frank and Watkins argue that the notice and administration costs to be paid out of the settlement fund should be excluded from the class benefit for fee purposes. The Court disagrees. It has long been the practice in this Court to use the gross amount of a common fund in calculating a percentage-based fee award without deducting the costs of notice or administration. *See, e.g.*, *George*, 369 F. Supp. 3d at 1375; *Champs Sports*, 275 F. Supp. 3d at 1356; *In re Domestic Air*, 148 F.R.D. at 354; *see also Arby's*, 2019 WL 2720818, at *2 (including notice and administration claims in the class benefit even though paid separately by the defendant). That is because notice and administration costs inure to the benefit of the class. *Id*. Similar arguments have been rejected before. *See, e.g.*, *In re Domestic Air*, 148 F.R.D. at 354; *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 953 (9th Cir. 2015); *Caliguiri v. Symantec Corp.*, 855 F.3d 860, 865 (8th Cir. 2017); *Anthem*, 2018 WL 3960068, at *8-9.[54] And, there is a particularly good reason for

---

[54] The main case on which Frank and Watkins rely, *Redman v. RadioShack Corp.*, 768 F.3d 622, 630 (7th Cir. 2014), is readily distinguishable. *Redman* involved a

rejecting the argument here. Because an additional $125 million is available to pay out-of-pocket claims, notice and administration costs will not diminish the fund except in the unlikely event that both the fund and the extra $125 million are exhausted.

*Seventh,* objectors West, Frank and Watkins improperly discount the value of the credit monitoring offered under the settlement for purposes of calculating a fee. West does not recognize it has any value beyond the cost to be paid from the fund for the first seven million claims. Frank and Watkins argue it is not even worth that, asserting its true value is only $15 million ($5 per class member multiplied by the roughly three million claims they assert have been made to date) because free credit monitoring is widely available and class members allegedly prefer alternative compensation. The objectors also discount the value of the injunctive relief class counsel obtained. The Court disagrees.

---

coupon settlement, the proposed fee could be justified only by including notice and administration in the class benefit, and the court was concerned that class counsel thus would have a "perverse" incentive to increase those costs to justify a larger fee. This settlement does not include coupons, costs will be paid from a non-reversionary fund, there is an additional $125 million to pay out-of-pocket claims if the fund is exhausted, and class counsel selected the providers after a competitive bidding process. Moreover, adopting the *Redman* approach on these facts would incentivize counsel to cut corners on notice and administration, hurting the class by lowering its awareness and participation and hindering the claims process. Unsurprisingly, other courts have declined to follow *Redman*. *See, e.g.*, *Keil v. Lopez*, <u>862 F.3d 685, 704</u> (8th Cir. 2017); *McDonough v. ToysRUs, Inc.*, <u>80 F. Supp. 3d 626, 654</u> n.27 (E.D Pa. 2015).

As discussed earlier, the record shows that the high-quality credit monitoring offered here is more valuable than the free or low-cost services typically available. Moreover, courts have often recognized the benefit of credit monitoring, use its retail cost as evidence of value, and consider that value in awarding fees. *See, e.g.*, *Chakejian v. Equifax Info. Servs., LLC*, 275 F.R.D. 201, 218 (E.D. Pa. 2011) (overruling an objection that the settlement offered "worthless credit monitoring services that no one wants" and valuing the services at their retail price in awarding a fee); *In re TJX Companies Retail Sec. Breach Litig.*, 584 F. Supp. 2d 395, 409 (D. Mass. 2008) (the class-wide, $177 million retail value of the credit monitoring was "a benchmark against which to measure the award of attorneys' fees"); *Home Depot*, 2016 WL 6902351, at *4; *Hutton v. Nat'l. Bd. of Exam'rs in Optometry, Inc.*, 2019 WL 3183651, at *7 (D. Md. Jul. 15, 2019); *Hillis v. Equifax Consumer Servs., Inc.*, 2007 WL 1953464, at *4 (N.D. Ga. June 12, 2007); *Anthem*, 2018 WL 3960068, at *11.[55]

The Court also disagrees with the objectors' contention that there is no value

---

[55] Even assuming that the credit monitoring offered is worth less to class members than its retail price, the credit monitoring is certainly worth more than its discounted, wholesale cost to Equifax. *See Anthem*, 2018 WL 3960068, at *7. And even valued at that cost, the credit monitoring available to the entire class under the settlement would far exceed what the objectors claim it is worth. Indeed, that cost alone (several billion dollars at a minimum) would more than justify the requested fee. *See generally Waters*, 190 F.3d at 1297 (class counsel are entitled to a reasonable fee based on the funds potentially available to be claimed, regardless of the amount actually claimed); *see also Poertner*, 618 F. App'x at 629-30, n.2.

101

for fee purposes in the comprehensive injunctive relief provided under the settlement, including the requirement that Equifax spend a minimum of $1 billion on data security and related technology. Courts routinely consider the presence of similar business practice changes to be a factor in the fee analysis. *See, e.g.*, *Anthem*, 2018 WL 3960068, at *28 (mandatory minimum expenditure for cybersecurity was "properly considered in determining an appropriate attorneys' fees award"); *Ingram*, 200 F.R.D. at 689-90 (programmatic changes to reduce racial discrimination supported an upward adjustment from the benchmark); *see generally Home Depot*, 2016 WL 6902351, at *4 (two years of enhanced cybersecurity measures was a valuable class benefit).

The Court specifically finds that the injunctive relief class counsel obtained here is a valuable benefit to the class because it reduces the risk that their personal data will be compromised in a future breach. That Equifax may also benefit makes no difference. Similarly, that Equifax agreed to the injunctive relief to avoid litigation risk does not mean class counsel have no entitlement to a fee; rather, Equifax's motivation is what triggers class counsel's entitlement. *See Poertner*, 618 F. App'x at 629 (rejecting a similar objection by Frank and holding that the defendant's business practice changes were a settlement benefit because the changes were "motivated by the present litigation").

In short, the requested fee is well-justified under the percentage method, and

102

the objections to the fee are overruled.

**B.     A Lodestar Cross-Check, If Done, Supports The Requested Fee.**

The Eleventh Circuit has authorized courts to use the lodestar method as a cross-check on the reasonableness of a percentage-based fee, but such a cross-check is not required. *See, e.g.*, *Waters*, 190 F. 3d at 1298. In fact, a cross-check can re-introduce the same undesirable incentives the percentage method is meant to avoid and for that reason courts regularly award fees without discussing lodestar at all. *In re Checking*, 830 F. Supp. 2d at 1362; *Champs Sports*, 275 F. Supp. 3d at 1350.

In this case, the Court does not believe that a lodestar cross-check is necessary or even beneficial. Nonetheless, the requested fee easily passes muster if a cross-check is done.

As of December 17, 2019, plaintiffs' counsel spent 33,590.7 hours on this litigation. Class counsel documented the time expended in detailed records filed *in camera* with the Court, and they personally reviewed more than 21,000 time entries and excluded 3,272.9 hours as duplicative, unauthorized, of insufficient benefit, or inconsistent with the billing protocol that they established at the outset of the litigation. Plaintiffs' counsel's lodestar up to the final approval hearing, including the reviewed time, amounts to $22,816,935. In addition to time spent through final approval, class counsel estimate they will spend 10,000 hours over the next seven years to implement and administer the settlement. This time has an expected value

of $6,767,200. The Court finds that this estimate is reasonable. Class counsel's current and future lodestar thus totals $29,584,135.

When the lodestar approach is used in common fund cases, courts typically apply a multiplier to reward counsel for their risk, the contingent nature of the fee, and the result obtained. Here, the requested fee represents class counsel's lodestar (including future time) plus a multiplier of roughly 2.62, which is consistent with multipliers approved in other cases. *See, e.g.*, *Columbus Drywall*, 2012 WL 12540344, at *5 & n.4 (noting a multiplier of 4 times the lodestar is "well within" the accepted range and citing examples); *Ingram*, 200 F.R.D. at 696 (noting courts apply multipliers ranging from less than two to more than five); *Pinto v. Princess Cruise Lines Ltd.*, 513 F. Supp. 2d 1334, 1344 (S.D. Fla. 2007) (multipliers "'in large and complicated class actions' range from 2.26 to 4.5, while three appears to be the average") (internal quotations omitted).

No objector argues that a lodestar cross-check is mandated, or even explains why this case warrants a cross-check given the reasonableness of the percentage fee being sought. Several objectors, however, dispute various aspects of the cross-check analysis. None of these objections have any merit.

One objector contends hourly rates should be capped at $500 because most ordinary people earn minimum wage or less than $20 an hour. The proper comparison, though, is to the prevailing rates in the legal community. By that

standard, class counsel's rates are reasonable. Class counsel supplied substantial evidence that the prevailing rates for complex litigation in Atlanta and around the country are commensurate with or even in excess of the rates applied here and none of the objectors have presented any evidence to the contrary. The Court therefore finds class counsel's rates are reasonable and well supported, including specifically the hourly rates charged by Mr. Barnes ($1050); Mr. Canfield ($1000); Ms. Keller ($750), and Mr. Siegel ($935).

Several objectors challenge class counsel's time, claiming it is inflated and duplicative, and demand that the Court closely examine the time records and order them to be produced for review by the class. A lodestar cross-check, however, does not require that time records be scrutinized or even reviewed. *See, e.g.*, *Goldberger v. Integrated Res., Inc.*, 209 F.3d 43, 50 (2d Cir. 2000) ("[U]sed as a mere cross-check, the hours documented by counsel need not be exhaustively scrutinized by the district court. Instead, the reasonableness of the claimed lodestar can be tested by the court's familiarity with the case.") (internal citations omitted); *In re Checking*, 2013 WL 11319244, at *14 (declining to review billing records). Nevertheless, based on its *in camera* review of a sampling of class counsel's records, its familiarity with the litigation, class counsel's declarations regarding their line-by-line review of all entries to remove duplicative and unnecessary time, and other factors, the Court finds that class counsel's time was reasonable and appropriately spent. The Court

also finds that ordering the records be made public would needlessly require the voluminous records to be reviewed and redacted for privileged and confidential material and serve no useful purpose, particularly given the fact that a lodestar cross-check is not required and litigation over specific time entries would be a waste of resources for both the Court and the parties.

One objector claims that estimated future time cannot be considered. Yet, other courts have included future time in lodestar calculations, including this Court in the financial institutions track of the *Home Depot* data breach case. *See Home Depot*, 2017 WL 9605207, *1 (N.D. Ga. Oct. 11, 2017), *aff'd in part and rev'd in part on other grounds*, 931 F.3d 1065, 1082 (11th Cir. 2019). Using a reasonable estimate also is appropriate. A cross-check is not intended to involve "mathematical precision." *In re Rite Aid Corp. Sec. Litig.*, 396 F.3d 294, 306 (3d Cir. 2005). And, if the fee was lodestar-based, class counsel would be entitled to file supplemental applications for future time. *See Cassese v. Washington Mut., Inc.*, 27 F. Supp. 3d 335, 339 (E.D.N.Y. 2014). Excluding such time thus would misapply the lodestar methodology and needlessly penalize class counsel.

Finally, several objectors argue the proposed multiplier is too high and one claims *Perdue* bars the use of any multiplier. But class counsel have demonstrated that the multiplier is reasonable and within the typical range, and *Perdue* is irrelevant in a common fund fee analysis. *See Home Depot*, 931 F.3d at 1084-85.

In sum, a lodestar analysis is not required, but a consideration of the lodestar here only confirms that the requested fee is reasonable.

## C.    Reimbursement Of Class Counsel's Expenses.

The settlement agreement authorizes reimbursement of up to $3 million in expenses that class counsel reasonably incurred on behalf of the class. Class counsel have incurred $1,404,855.35 in expenses through December 17, 2019, for such items as court reporter fees; document and database reproduction and analysis; e-discovery costs; expert witness fees; travel for meetings and hearings; paying the mediator; and other customary expenditures. The Court finds that these expenses are reasonable and were necessarily incurred on behalf of the class. Class counsel are thus entitled to be reimbursed for these expenses. *See, e.g.*, *Columbus Drywall*, 2012 WL 12540344, at *7-8.

Two objectors challenge class counsel's expenses. One says the total is simply "too much." The other speculates that some computerized research charges might be overbilled and complains that the "miscellaneous" expense category is not further itemized. Such vague assertions and speculation do not overcome the substantial evidence in the record that all of the expenses were reasonable. Moreover, the expenses are detailed in class counsel's *in camera* submissions to the Court.

## D.    The Service Awards Are Appropriate.

Courts routinely approve service awards to compensate class representatives

107

for the services they provide and the risks they incur on behalf of the class. *See, e.g.*, *Ingram*, 200 F.R.D. at 695-96; *Allapattah Servs.*, 454 F. Supp. 2d at 1218; *In re Checking*, 2014 WL 11370115, at *12-13. The settlement agreement provides for a modest service award of $2,500 to each class representative, who devoted substantial time and effort to this litigation working with their lawyers to prosecute the claims, assembling the evidence supporting their claims, and responding to discovery requests. Simply put, the class representatives were instrumental in achieving a settlement benefitting the entire class. But for their efforts, other class members would be receiving nothing. The Court therefore finds that the service awards are deserved and approves them for payment.

Objector Davis contends the longstanding practice of compensating class representatives for their service is prohibited by two Supreme Court cases from the 1800s. The argument previously has been rejected out of hand because the cases were decided before Rule 23 and involve different facts and circumstances. *See, e.g.*, *Merlito v. Experian Mktg. Sols., Inc.*, 923 F.3d 85, 96 (2d Cir. 2019). Davis also suggests that each class member be required to document the specific amount of time spent on the litigation, but he provides no basis to believe the class representatives did not perform the services described and the amount of time needed for such tasks is necessarily substantial. Further evidence of the class representatives' service thus is unnecessary, particularly given the modest sums involved. *See, e.g.*, *Home Depot*,

108

2016 WL 11299474, at *1 (N.D. Ga. Aug. 23, 2016) (awarding modest service awards to 88 class representatives based on a similar description of their service by their counsel).

## V. FINDINGS REGARDING SERIAL OBJECTORS.

"Objectors can play a useful role in the court's evaluation of the proposed settlement terms. They might, however, have interests and motivations vastly different from other attorneys and parties." *Manual* § 21.643. The *Manual* goes on to explain:

> Some objections, however, are made for improper purposes, and benefit only the objectors and their attorneys (*e.g.*, by seeking additional compensation to withdraw even ill-founded objections). An objection, even of little merit, can be costly and significantly delay implementation of a class settlement. Even a weak objection may have more influence than its merits justify in light of the inherent difficulties that surround review and approval of a class settlement. Objections may be motivated by self-interest rather than a desire to win significant improvements in the class settlement. A challenge for the judge is to distinguish between meritorious objections and those advanced for improper purposes.

*Manual* § 21.643.

The *Manual*'s guidance has been instructive in evaluating the objections received in this case. To be clear, the Court has considered in full the merits of all objections, regardless of whether the objector is a repeat player, and found them to be without merit. "The fact that the objections are asserted by a serial or 'professional' objector, however, may be relevant in determining the weight to

109

accord the objection, as an objection carries more credibility if asserted to benefit the class and not merely to enrich the objector or her attorney." *In re Syngenta AG MIR 162 Corn Litig.*, 357 F. Supp. 3d 1094, 1104 (D. Kan. 2018) (referring, in part, to objectors and objectors' counsel here George Cochran and Christopher Bandas). There is sufficient evidence to conclude that certain objectors here are of the "serial" variety.

This Court therefore finds, based on information in the record and otherwise publicly available, that the individuals identified below are serial objectors, that they have unsuccessfully asserted many of the same or similar objections in other class action settlements, that their objections are not in the best interests of the class, that there is no substantial likelihood their objections will be successful on appeal, and that the class would be best served by final resolution of their objections as soon as practicable so that class members can begin to benefit from the settlement:

- Objector George Cochran, an attorney who objects on his own behalf, "is a serial objector to class action settlements, with a history of attempting to extract payment for the withdrawal of objections." *Syngenta*, 357 F. Supp. 3d at 1104.

- Christopher Bandas, an attorney who represents objector Mikell West, is recognized by federal courts across the country as a "serial objector" who "routinely represents objectors purporting to challenge class action

settlements, and does not do so to effectuate changes to settlements, but does so for his own personal financial gain; he has been excoriated by Courts for this conduct." *CRT*, <u>281 F.R.D. at 533</u>; *see also, e.g.*, *Clark v. Gannett Co.*, <u>122 N.E. 3d 376, 380</u> (Ill. Ct. App. 2018) (Bandas has "earn[ed] condemnation for [his] antics from courts around the country. Yet, [his] obstructionism continues."). Moreover, Bandas and his law firm are subject to a permanent injunction issued by a federal judge governing their ability to object in class actions. *Edelson P.C. v. The Bandas Law Firm*, <u>2019 WL 272812</u> (N.D. Ill. Jan. 17, 2019). And, because of their history of inappropriate conduct, another federal court recently denied applications for *pro hac vice* admission by Bandas and Robert Clore, his colleague and co-counsel here, which they filed so they could represent an objector. *Cole v. NIBCO, Inc.*, No. 3-13-cv-07871 (D.N.J. Apr. 5, 2019) (<u>Doc. 223</u>) at 2.

- Objector Christopher Andrews, although not an attorney, by his own admission at the final approval hearing has filed objections in about ten class actions. In *Shane v. Blue Cross*, No. 10-cv-14360 (E.D. Mich.), the court found that "many of [Mr. Andrews'] submissions are not warranted by the law and facts of the case, were not filed in good faith and were filed to harass Class Counsel." App. 1, ¶ 65 & Ex. 7. That court also noted that Mr. Andrews "is known to be a 'professional objector who has extorted additional fees from

counsel in other cases[.]'" *Id.* Additionally, class counsel have submitted an email from Mr. Andrews that calls into question his motivation for objecting in this case. [Doc. 900-1, Ex. 8].

- Objector Troy Scheffler has previously objected to a number of class actions and at least one court has previously found that similar objections to the ones he makes here "have no factual or legal merit." *Carter*, 2016 WL 3982489, at *13. He also has been paid to withdraw an objection in a similar case. *In re Experian Data Breach Litig.*, No. 15-cv-01592, Doc. 335 (C.D. Cal. July 3, 2019) (approving payment of $10,000 to Mr. Scheffler and his counsel to drop objection).

- John Davis has a history of objecting in class actions and his involvement as an objector and class representative has been criticized by other courts. In *Muransky v. Godiva Chocalatier*, 2016 WL 11601079, at *3 (S.D. Fla. Sept. 16, 2016), a federal magistrate judge denied an objection similar to the one filed here by Mr. Davis and, in so doing, labeled Davis and others as "professional objectors who threaten to delay resolution of class action cases unless they receive extra compensation." *See also Davis v. Apple Computer, Inc.*, 2005 WL 1926621, at *2 (Cal. Ct. App. Aug. 12, 2005) (noting that Davis and Steven Helfand, another serial objector who objected here, previously had "confidentially settled or attempted to confidentially settle putative class

112

actions in return for payment of fees and other consideration directly to them"
in apparent violation of court rules.)

- Steven Helfand has a history of improper conduct in class action litigation. *Id.*
In 2018, he was accused by the State Bar of California of, among other things,
filing an objection in the name of a class member without being authorized by
the class member to do so, misleading a court and opposing counsel, settling
an objection on appeal without the client's authorization, misappropriating the
settlement proceeds, and other acts of moral turpitude. Notice of Disciplinary
Charges, *In the Matter of Steven Franklyn Helfand*, Case No. 17-O-00411 and
17-O-00412 (State Bar Court of California; filed Sept. 24, 2018). Helfand did
not contest the charges and a default was entered against him. *Id.*, Order
Entering Default (Jan. 15, 2019).

- Theodore Frank, a lawyer and director of the Hamilton Lincoln Law Institute,
is in the business of objecting to class action settlements and has previously
and unsuccessfully made some of the same or similar objections that he has
made here. *See Target*, 2017 WL 2178306, at *6 (rejecting objection that an
allegedly fundamental intra-class conflict existed in a data breach case
because class members could assert claims under various state statutes);
*Poertner*, 618 F. Appx at 628-29 (rejecting objection that the proposed fee
was unfair, finding Frank had improperly limited the monetary benefits to the

class and excluded the substantial non-monetary benefits of the settlement). The Court also finds that Frank disseminated false and misleading information about this settlement in an effort to encourage others to object in this case and directed class members to object using the "chat-bot" created by Class Action Inc., notwithstanding that it contained false and misleading information about the settlement. These actions are improper and further support a finding that Frank's objection is not motivated to serve the interests of the class. *See Manual* § 21.33 ("Objectors to a class settlement or their attorneys may not communicate misleading or inaccurate statements to class members about the terms of a settlement to induce them to file objections or to opt out.").

Finally, the Court addresses the 718 "chat-bot" generated forms submitted by Class Action Inc. on which class members simply checked one or more of several boxes indicating that the settlement was "unfair," "inadequate," "unreasonable," or "unduly burdensome" and had the opportunity to add a "personal note" to the Court. The Court has considered the substance of these objections (which are repeats of objections addressed above) and rejects them in their entirety. Separately, the Court rejects these objections as procedurally defective. The objections were not submitted through the process ordered by the Court and do not comply with the requirement under Rule 23 that an objection "state whether it applies only to the objector, to a

114

specific subset of the class, or to the entire class and also state with specificity the grounds for the objection." *See* Fed. R. Civ. P. 23(e)(5)(A).

Moreover, class counsel submitted information that Class Action Inc. failed to accurately describe the settlement both on its website and in promotions of the chat-bot elsewhere, which may have prompted users of the site to object based on inaccurate and incomplete information about the benefits available under the settlement. The Court notes that class counsel subpoenaed Reuben Metcalfe, the CEO of Class Action Inc., for a deposition, but Mr. Metcalfe failed to appear. The Court also notes that Mr. Metcalfe represented to class counsel that he had not even read the settlement agreement or notice materials before falsely telling class members that the settlement provided only $31 million to pay claims. [Doc. 939-1, ¶ 36]. Therefore, based on the uncontested record, the Court accepts the facts as presented by class counsel on this point, and finds that Class Action Inc. and Mr. Metcalfe promoted false and misleading information regarding the terms of the settlement in an effort to deceptively generate objections to the settlement.

## VI.   THE COURT'S TREATMENT OF OTHER PENDING MATTERS.

### A.   Motions To Strike Declarations Of Robert Klonoff, Geoffrey Miller And Harold Daniel.

Several objectors moved to "strike" [Docs. 872, 890, 909, 918] the Declarations of Robert Klonoff [Docs. 858-2, 900-2], Geoffrey Miller [Doc. 900-3], and Harold Daniel [858-3] submitted by class counsel. Plaintiffs oppose these

motions [Docs. 887, 932, 946]. While the Court has found the declarations helpful, as noted above, the Court has exercised its own independent judgment in resolving the matters addressed in the declarations, rendering the challenges to the declarations moot. Regardless, the motions lack merit. All three of the proposed experts are well-qualified, *Daubert* does not govern at the final approval stage, and, even if it did, each of the declarations passes muster under *Daubert*.[56]

Professor Klonoff is a prominent law professor and teacher of civil procedure; former Assistant to the U.S. Solicitor General; the author of relevant academic publications and the leading casebooks on class actions and multi-district litigation; was the Associate Reporter for the American Law Institute's class action project; and was appointed by Chief Justice Roberts for two three-year terms as the sole academic member to the Advisory Committee on the Rules of Civil Procedure, a position in which he took the lead on the proposed amendments to Rule 23 that became effective on December 1, 2018. [Doc. 858-2, ¶¶ 4-12]. Because of his expertise, other courts have specifically accepted and relied extensively upon

---

[56] Similar motions to strike at the final approval stage filed by Frank's organization have also been rejected in other pending class actions. *See Briseño v. Conagra Foods, Inc.*, No. 11-cv-05379-CJC-AGR, Doc. 695 (C.D. Cal. Oct. 8, 2019); *In re Samsung Top-Load Washing Machine Marketing, Sales Practices and Prods. Liab. Litig.*, No. 17-ml-2792-D, Doc. 208 (W.D. Okla. Nov. 18, 2019). *See also Target*, 2015 WL 7253765, at *4 ("even if the affidavit contained impermissible legal conclusions, the Court is capable of separating those conclusions from Magistrate Judge Boylan's helpful and insightful factual descriptions of the settlement process in this case.").

Professor Klonoff's opinions regarding proposed attorneys' fee awards and other class action issues. *See, e.g.*, *Syngenta*, 357 F. Supp. 3d at 1115; *In re AT&T Mobility Wireless Data Services Sales Tax Litig.*, 792 F. Supp. 2d 1028, 1032 n.3, 1034-35, 1037-38, 1040, 1042 (N.D. Ill. 2011); the *National Football League Players Concussion Injury* MDL; the *Chinese-Manufactured Drywall* MDL; and the *Deepwater Horizon* MDL. (*See* Doc. 858-2, ¶ 10) (listing cases).

Professor Miller is the co-author of several leading empirical studies of attorneys' fees in class action litigation and a frequent expert witness on issues relating to class actions and attorneys' fees. [Doc. 900-3, ¶ 1]. One objector cites to a study that he authored. [Doc. 880 at 12-15, Doc. 876 at 18-19]. Professor Miller is the Stuyvesant Comfort Professor of Law at NYU Law School, and a member of the advisory committee for the American Law Institute's Principles of the Law project on Aggregate Litigation, which, among other topics, addressed questions of attorneys' fees in class actions and related types of cases. [Doc. 900-3 ¶¶ 2-3]. His research articles on class action cases, especially in the area of attorneys' fees, have been cited as authority by many state and federal courts. [Doc. 900-3 ¶¶ 4-6].

Harold Daniel served as the President of the State Bar of Georgia and the Lawyers Club of Atlanta. [Doc. 858-3, ¶ 2]. He was a member Standing Committee of the Federal Judiciary of the American Bar Association. [*Id.*]. He also has been

qualified and has served as an expert witness on the issue of attorneys' fees in numerous courts, including this Court. [*Id.*, ¶ 10].

At the final approval stage, the weight of authority from the circuits makes clear that district courts have discretion to use "whatever is necessary . . . in reaching an informed, just and reasoned decision." *Mars Steel Corp. v. Cont'l Bank N.A.*, 880 F.2d 928, 938 (7th Cir. 1989). Final approval is not a trial on the merits, and the Court need not be a gatekeeper of evidence for itself. Further, the issues on which the experts opine are both relevant and inherently factual in nature, not disputed legal principles, and the declarations are helpful as to these matters. Moreover, the methodology the experts used—applying their expertise gained through years of experience to questions of fairness and reasonableness—is more than sufficient to satisfy Rule 702 and *Daubert. See, e.g.*, *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 152 (1999) (recognizing that a district court has "broad latitude" to allow an expert whose testimony is based on "professional studies or personal experience"); *Primrose Operating Co. v. Nat'l Am. Ins. Co.*, 382 F.3d 546, 561-63 (5th Cir. 2004) (affirming admission of testimony from a fee expert, stating the "fair and reasonable compensation for the professional services of a lawyer can certainly be ascertained by the opinion of members of the bar who have become familiar through experience and practice with the character of such services"); *Freed by Freed v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 2005 WL 8156040, at *2-3

118

(S.D. Fla. Aug. 2, 2005) (rejecting *Daubert* challenge to an expert who testified as to the reasonableness of an attorneys' fee based on his experience as a litigator, finding the methodology was reliable); *Yowell v. Seneca Specialty Ins. Co.*, 117 F. Supp. 3d 904, 910-11 (E.D. Tex. 2015) (declining to strike affidavit from fee expert because it satisfied *Daubert* requirements).

Finally, the Court again emphasizes that, with regard to all of the matters addressed in this Order it has performed its own independent legal research and analysis and made up its own mind. The pending motions to strike [Docs. 890, 909, 918] are therefore denied. The Court previously denied [Doc. 951] objector Shiyang Huang's motion to strike [Doc. 872].

### B. Oppositions To The Scope Of The Release By Proposed *Amicus Curiae* The State Of Indiana And The Commonwealth Of Massachusetts.

The State of Indiana, through the Indiana Attorney General, submitted a self-styled *amicus curiae* brief, requesting that the Court modify the release in the settlement in several respects, purportedly to "safeguard its sovereign and exclusive authorities to enforce Indiana law." [Doc. 898]. The Commonwealth of Massachusetts makes a similar request. [Doc. 923]. The gist of these requests is that the two states believe the release cannot be used as a bar to claims they are pursuing in separate enforcement actions against Equifax in Indiana and Massachusetts state courts. Indiana cites several cases in apparent support for its position that a class

119

action "cannot impede a separate action by government actors acting in an enforcement capacity." [Doc. 898, at 5]. Massachusetts says its claims were not and could not have been asserted by any class plaintiffs in this case. The states' requests are denied for the following reasons.

First, the Court concludes that Indiana and Massachusetts lack standing to object to the settlement because they are not members of the settlement class. Second, nothing in the settlement prevents Indiana or Massachusetts from pursuing enforcement actions in state court, which they both already are doing. Third, the Court does not have the power to grant the primary relief the states seek, which is a modification of the settlement, *see Cotton*, 559 F.2d at 1331, and any suggestion by Indiana or Massachusetts that the Court reject the settlement altogether is not in the best interests of the 147 million class members. It would make no sense for this Court to reject this historic settlement—one that provides substantial relief to a nationwide class and is supported by the Federal Trade Commission, Consumer Financial Protection Bureau, and 50 other Attorneys General—and subject all class members to the risks of further litigation simply because two states seek the opportunity to obtain additional relief for their own residents.

To the extent they move for specific relief from this Court, request that the Court issue an advisory opinion, or request that the Court refuse to approve the

settlement, the requests by Indiana [Doc. 898] and Massachusetts [Doc. 923] are hereby denied.

**C.    Miscellaneous Pending Motions.**

The Court has carefully considered all timely filed objections. As a housekeeping matter, and for clarity of the record, the Court addresses several motions filed by objectors. The Court previously denied [Doc. 851] the Motion to Reject Settlement by Susan Judkins [Doc. 824], and the Motion to Reject Settlement by John Judkins [Doc. 825]. The Court also denied [Doc. 853] the Motion to Enforce Settlement by Lawrence Jacobson [Doc. 837], and Motion to Deny the Settlement by Beth Moscato [Doc. 841]. And the Court denied [Doc. 873] the Motion to Telephonically Appear at Fairness Hearing by Shiyang Huang [Doc. 852]. These motions were primarily further objections to the settlement couched as "motions" and, again, the Court has considered all timely filed objections. For similar reasons, the Court hereby denies the Motion for Court Order Setting Deadline to Pay Settlement Fee to Petitioning Parties by Peter J. LaBreck, Elizabeth M. Simons, Gregory A. Simons, Joshua D. Simons [Doc. 789]; the Motion to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel by Christopher Andrews [Doc. 916]; the Motion to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel for Misconduct by Christopher Andrews [Doc. 917];

the Motion to Strike Response to <u>Doc. 903</u> [<u>Doc. 935</u>]; the Motion to Strike Equifax's Response to <u>Doc. 903</u> [<u>Doc. 936</u>]; and the Motion to Strike Plaintiffs' Untimely Filings [<u>Doc. 949</u>]. Any other motions and requests for specific relief asserted by objectors are also denied.

For the reasons set forth herein, the Court hereby (1) **GRANTS** final approval of the settlement; (2) **CERTIFIES** the settlement class pursuant to <u>Federal Rules of Civil Procedure 23(a)</u>, <u>(b)(3)</u> and (e); (3) **GRANTS** in full Plaintiffs' request for attorneys' fees of $77.5 million, reimbursement of expenses of $1,404,855.35, and service awards of $2,500 each to the class representatives; and (4) otherwise rules as specified herein.

SO ORDERED, this 13 day of January, 2020.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

122

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No. 2800
No. 1:17-md-2800-TWT

CONSUMER ACTIONS

Chief Judge Thomas W. Thrash, Jr.

## FINAL ORDER AND JUDGMENT

On July 22, 2019, the Court granted, pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs' motion for an order directing notice of a proposed class action settlement of consumer claims arising from the data breach announced by Equifax on September 7, 2017. [Doc. 742]. The Settlement Agreement, dated July 22, 2019 [Doc. 739-2], was entered into between the 96 Settlement Class Representatives named in the consolidated complaint [Doc. 374], through Class Counsel, and on behalf of the proposed Settlement Class, and Defendants Equifax Inc., Equifax Information Services, LLC, and Equifax Consumer Services LLC (collectively, "Equifax" or "Defendants"). Plaintiffs and Equifax are collectively referred to herein as the Settling Parties.

In a declaration filed with the Court [Doc. 900-5], the Notice Provider has advised that as of the Notice Date (September 20, 2019), the activities of the Notice Provider were executed in accordance with the Settlement Agreement, the approved

Notice Plan, and the Order Directing Notice. The Notice Provider declares that the Court-approved approach to notice reflects contemporary best practices in the field of consumer outreach, notice, and advertising across contemporary digital and traditional media and constituted the best practicable notice under the circumstances. The Notice Plan encompassed (a) individual direct notice via email to all Settlement Class Members whose email addresses can be identified with reasonable effort, as well as follow-up emails during the Initial and Extended Claims Period; (b) a sophisticated digital notice campaign that reached at least 90 percent of all Settlement Class Members multiple times before the Notice Date and with additional impressions during the remainder of the Initial Claims Period; (c) continuation of the digital campaign during the Extended Claims Period and thereafter for approximately three years, which among other things will target Settlement Class Members who search online for help remedying identity theft; and (d) radio advertising and a paid advertisement in a national newspaper to reach Settlement Class Members who are less likely to use email or the internet. The Claims Administrator also declares that it has fulfilled its duties to date with respect to the notice process. [Doc. 900-4]. As declared by the Notice Provider and the Settlement Administrator, the Court finds that the Notice Plan effectively reached the Settlement Class, increased prospective class members' awareness of the Settlement, their options, and the benefits available to them; delivered the best notice practicable

2

under the circumstances; and thus satisfied due process and the requirements of Rule 23.

Out of the approximately 147 million class members, only 388 directly objected—or just 0.0002 percent of the class. An additional 718 form "objections," which allegedly had been filled out online by class members, were submitted *en masse* by a class action claims aggregator that created a website with a "chat-bot" that encouraged individuals to object. These form "objections" are procedurally invalid for the reasons set forth in the final approval order separately entered by the Court. In addition, according to the Claims Administrator, a total of 2,770 requests for exclusion from the Settlement Class were received.

In accordance with the schedule set by the Court in its Order Directing Notice, Plaintiffs filed a motion for attorneys' fees, expenses, and service awards on October 29, 2019 [Doc. 858], which was posted on the Settlement Website, and on December 5, 2019 filed a motion for final approval of the Settlement [Doc. 903] and other supporting papers [Docs. 899, 900, 901, 902; *see also* Doc. 939]. Also in accordance with that schedule, the Court held a Fairness Hearing pursuant to Rule 23(e)(2) on December 19, 2019, at which it heard from counsel for the Settling Parties and those objectors (or their counsel) who had, in their objections, requested the opportunity to appear and present argument.

3

The Court having reviewed Plaintiffs' motion for final approval, response to objections and motions, response to briefs *amicus curiae*, motion for attorneys' fees and reply in support, and the related declarations and exhibits, and having considered all of the written objections to the Settlement (as are detailed in the Court's Final Approval Order) and the argument presented at the Fairness Hearing, both in favor and in opposition to the Settlement's final approval, in accordance with the reasons set forth on the record of the Fairness Hearing and in the Court's detailed Order dated January 13, 2020, it is now hereby

**ORDERED, ADJUDGED, AND DECREED** as follows:

1.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(a) and 28 U.S.C. § 1331, and personal jurisdiction over the Class Representatives, members of the Settlement Class, and Defendants. Additionally, venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) & (2).

2.     The Court finds that notice of the Settlement that was disseminated to prospective members of the Settlement Class through direct email, digital media, and other means outlined above fully comported with the requirements of both Rules 23(c)(2)(B) and (e)(1) and constitutional due process. The notice furnished to the Settlement Class constituted the best notice practicable under the circumstances and was reasonably calculated, under the circumstances, to apprise Settlement Class Members of (a) the nature of the action, the nature of the Settlement Class and its

claims, and the material terms of the Settlement, including the benefits provided, the procedure for making a claim, the release provided to Defendants, the consequences of participating or not participating in the Settlement, and their options; (b) all applicable deadlines; (c) their right to opt out or object to any aspect of the Settlement and how to do so; (d) the attorneys' fee that Class Counsel would seek; (e) the date, place, and time of the Rule 23(e)(2) Fairness Hearing and their right to appear at the hearing; and (f) where they could obtain further information.

3.      In addition, the notice given by Defendants to state and federal officials pursuant to 28 U.S.C. § 1715 fully and timely satisfied the requirements of that statute.

4.      For the reasons stated in the Court's detailed Order dated January 13, 2020, although the Court need not consider the objections that did not follow the Court's Order Directing Notice, and although those objections are invalid, the Court overrules *all* objections to the Settlement.

5.      Plaintiffs' motion for final approval of the Settlement is **GRANTED**. The Court finds that the Class Representatives and Class Counsel have adequately represented the Class, and finds that the Settlement, including its equitable method of allocation and distribution of the Consumer Restitution Fund, is the product of extensive arm's-length negotiation by seasoned counsel and that it is fair, reasonable, and adequate.

6.     Pursuant to Rule 23, the Court certifies the following Settlement Class for settlement purposes only:

> The approximately 147 million U.S. consumers identified by Equifax whose personal information was compromised as a result of the cyberattack and data breach announced by Equifax Inc. on September 7, 2017.

7.     Excluded from the Settlement Class are: (1) Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, subsidiaries, and assigns; (2) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (3) the individuals who timely and validly opted out of the Settlement Class, who are identified in Exhibit D to Doc. 900-4, a copy of which is appended hereto as Exhibit A and is part of this Final Order and Judgment.

8.     For settlement purposes, the Court determines the Settlement Class meets all the requirements of Rules 23(a) and (b)(3). Specifically, for the reasons outlined in Plaintiffs' motion for final approval and the Court's detailed Order dated January 13, 2020: the Settlement Class is so numerous that joinder of all members is impractical; there are common issues of law and fact; the claims of the Settlement Class Representatives are typical of absent class members; the Settlement Class Representatives have and will fairly and adequately protect the interests of the Settlement Class, as they have no interests antagonistic to or in conflict with the class and have retained experienced and competent counsel to prosecute this matter;

6

common issues predominate over any individual issues; and a class action is the superior means of adjudicating the controversy.

9. Pursuant to Rule 23(c)(3)(B), the Court finds that all those members who did not timely and validly request exclusion from the Settlement Class are Settlement Class Members who are bound by the Settlement Agreement and this Final Order and Judgment. Given the vast size of the Settlement Class, the Court finds it impracticable to identity each Settlement Class Member by name in this Final Order and Judgment.

10. Pursuant to Rule 23(g), the Court confirms the appointment of Kenneth C. Canfield, Amy E. Keller, Norman E. Siegel, and Roy E. Barnes as Class Counsel.

11. The Court confirms the appointment of the individual plaintiffs identified in Exhibit B as Settlement Class Representatives.

12. The Court confirms its earlier appointment of JND Legal Administration as the Settlement Administrator, and directs it to continue to carry out its duties pursuant to the Settlement Agreement, subject to the jurisdiction and oversight of this Court.

13. The Court confirms its earlier appointment of Signal Interactive Media LLC as the Notice Provider, and directs it to continue to carry out its duties pursuant to the Settlement Agreement, subject to the jurisdiction and oversight of this Court.

7

14.     The Court confirms its earlier appointment of Experian as the provider of credit monitoring and restoration services to eligible Settlement Class Members as set forth in the Settlement Agreement. The Court directs that Experian continue to effectuate the Settlement Agreement in coordination with Class Counsel, Equifax, and the Settlement Administrator, subject to the jurisdiction and oversight of this Court.

15.     The Court finally approves the Distribution and Allocation Plan as a fair and reasonable method to allocate the settlement benefits among Settlement Class Members. The Court directs that the Settlement Administrator continue to effectuate the Distribution and Allocation Plan according to the terms of the Settlement Agreement. The Court reaffirms that all Settlement Class Members (excluding those who opted out as reflected in Exhibit A to this Order) who fail to submit a claim in accordance with the requirements and procedures specified in the Notice shall be forever barred from making a claim, but will in all other respects be subject to, bound by, and enjoy the rights provided for pursuant to the provisions in the Settlement Agreement, the releases included in that Agreement, and this Final Order and Judgment.

16.     The Court expressly incorporates into this Final Order and Judgment the Settlement Agreement and all exhibits thereto, which were filed on July 22, 2019 [Doc. 739-2].

17.     The Court also expressly incorporates into this Final Order and Judgment its Order dated January 13, 2020, in which it granted final approval to the Settlement and granted in full Plaintiffs' motion for attorneys' fees, expenses, and service awards to the Settlement Class Representatives pursuant to Fed. R. Civ. P. 23(h).

18.     By operation of this Final Order and Judgment, as of the Effective Date, the Releases set forth in Section 16 of the Settlement Agreement shall be given full effect.

19.     The Court hereby dismisses this Action with prejudice, save for individual cases brought by putative class members who expressly opted-out of the Settlement. The Settlement Class Representatives, Settlement Class Members, and Defendants are hereby permanently barred and enjoined (including during the pendency of any appeal taken from this Final Order and Judgment) from commencing, pursuing, maintaining, enforcing, or prosecuting, either directly or indirectly, any Released Claims in any judicial, administrative, arbitral or other forum. This permanent bar and injunction is necessary to protect and effectuate the Settlement Agreement, this Final Order and Judgment, and this Court's authority to effectuate the Settlement Agreement, and is ordered in aid of this Court's jurisdiction and to protect its judgments. Nothing in this Final Order and Judgment shall preclude any action to enforce the terms of the Settlement Agreement.

20.    Pursuant to Paragraph 4.1.2 of the Settlement Agreement, Equifax's Business Practices Commitments are memorialized in the Consent Order entered in connection with this Final Order and Judgment, and thereby will be subject to independent supervision and judicial enforcement. The Court expressly incorporates into this Final Order and Judgment that Consent Order.

21.    The Settling Parties are ordered to implement each and every obligation set forth in the Settlement Agreement in accordance with the terms and provisions of the Settlement Agreement. The Court retains jurisdiction over this action and the Settling Parties, Settlement Class Members, attorneys, and other appointed entities, for all matters relating to this action, including (without limitation) the administration, interpretation, effectuation or enforcement of the Settlement Agreement and this Final Order and Judgment.

22.    There is no just reason to delay entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this 13 day of January, 2020.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


10

11

# Exhibit A

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1 | LaTina | Y. | KS |
| 2 | Kayla | K. | TX |
| 3 | Trenton | H. | TX |
| 4 | Michael | M. | GA |
| 5 | Adam | M. | WA |
| 7 | Heath | N. | WA |
| 8 | Donald | G. | CA |
| 9 | Clayton | R. | MO |
| 10 | Corliss | C. | TX |
| 12 | Michael | G. | OH |
| 14 | Stephen | J. | CA |
| 15 | Neal | W. | VA |
| 16 | Stephanie | M. | CA |
| 17 | Jenny | T. | CA |
| 18 | Anton | H. | CA |
| 20 | Karen | W. | NY |
| 21 | Charles | B. | NY |
| 22 | Martin | H. | FL |
| 23 | John | Y. | MD |
| 24 | Diana | Y. | MD |
| 25 | Thomas | S. | CA |
| 26 | Aaron | B. | CA |
| 27 | Matthew | F. | IA |
| 29 | David | C. | NY |
| 31 | Marc | W. | CA |
| 32 | Joel | W. | CA |
| 33 | Anthony | R. | TX |
| 34 | Savannah | R. | TX |
| 36 | Penny | A. | CO |
| 37 | S. | A. | CO |
| 38 | Robert | I. | NC |
| 39 | Nigel | T. | CO |
| 40 | April | S. | NC |
| 41 | George | I. | NC |
| 42 | Shirley | W. | CA |
| 43 | Shaun | S. | PA |
| 47 | Michael | B. | TX |
| 48 | Carla | B. | TX |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 49 | Brian | H. | GA |
| 50 | Steve | D. | OH |
| 51 | Andre | V. | WA |
| 52 | Eric | E. | WA |
| 54 | Frank | D. | MD |
| 55 | Irene | D. | MD |
| 56 | Thomas | C. | PA |
| 57 | Sara | G. | ME |
| 58 | James | J. | OR |
| 61 | Michael | L. | OR |
| 62 | Charles | W. | WA |
| 63 | Shao | H. | WA |
| 64 | Paul | E. | WA |
| 65 | Kellum | H. | MA |
| 67 | Joshua | C. | FL |
| 68 | Phuong | H. | MA |
| 69 | Linda | C. | HI |
| 70 | Veena | K. | HI |
| 71 | Ingrid | W. | OH |
| 74 | Philip | H. | NY |
| 76 | Tariq | E. | NC |
| 77 | Majd | A. | NC |
| 78 | Klassik | N. | GA |
| 79 | David | E. | SC |
| 80 | Nikki | K. | CT |
| 84 | Linda | W. | MI |
| 85 | Harry | R. | IL |
| 86 | Matthew | D. | IL |
| 88 | Michael | A. | MI |
| 89 | Robin | P. | SC |
| 90 | Duane | A. | VA |
| 93 | Nicholas | C. | ME |
| 95 | Patricia | T. | CT |
| 96 | Kiran | V. | HI |
| 97 | Luka | J. | NY |
| 99 | Ginger | C. | TX |
| 100 | Christopher | F. | NC |
| 101 | William | B. | IL |

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 102 | Deborah | B. | IL |
| 103 | Timothy | M. | TX |
| 104 | Shabana | S. | TX |
| 105 | Wendy | P. | MD |
| 106 | William | P. | MD |
| 107 | Nicole | B. | MA |
| 108 | Lawrence | P. | MA |
| 109 | Shannon | M. | MI |
| 110 | Brian | M. | MI |
| 111 | Paul | A. | MI |
| 112 | Jill | C. | ID |
| 113 | Jason | W. | ID |
| 114 | Adam | I. | VA |
| 115 | Ismail | I. | VA |
| 116 | Emma | I. | VA |
| 117 | Keith | F. | MN |
| 118 | Beth | F. | MN |
| 119 | Christopher | G. | NM |
| 120 | Nicole | G. | NM |
| 122 | Edgar | W. | MD |
| 123 | Andrew | S. | GA |
| 125 | Kellie | C. | MD |
| 126 | Florence | J. | NC |
| 127 | Kali | D. | AR |
| 128 | Kim | W. | WA |
| 131 | Tonya | R. | KS |
| 132 | Kecia | H. | KS |
| 133 | Gary | C. | OR |
| 135 | Mark | M. | NC |
| 136 | Stephanie | M. | NC |
| 137 | Lisa | L. | MI |
| 138 | Kelly | E. | MA |
| 139 | Sian | B. | VA |
| 140 | Grant | D. | AR |
| 142 | Amy | P. | NH |
| 143 | Paul | B. | MA |
| 144 | Sarah | H. | MA |
| 145 | Jeffrey | C. | MA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 146 | Paul | N. | VA |
| 149 | Daryl | E. | MA |
| 150 | Garry | H. | VA |
| 152 | Thomas | E. | MI |
| 153 | Harold | I. | AZ |
| 154 | Elizabeth | B. | MA |
| 155 | Raphael | T. | MO |
| 156 | Robert | B. | NM |
| 157 | Karlon | B. | NM |
| 158 | James | D. | MA |
| 159 | Arne | W. | OH |
| 161 | Kirill | S. | CA |
| 162 | Emanuel | M. | WA |
| 164 | Venicia | C. | NV |
| 165 | Margaret | D. | PA |
| 166 | Scott | H. | OH |
| 167 | William | T. | MO |
| 168 | Emily | T. | MO |
| 169 | Amanda | H. | IA |
| 175 | Mary | B. | PA |
| 176 | Jonathan | B. | PA |
| 179 | Anna | C. | MS |
| 180 | Garth | C. | MS |
| 181 | Ruchitkumar | P. | AL |
| 182 | Nidhiben | P. | AL |
| 183 | Virendrakumar | P. | AL |
| 184 | Deborah | B. | OH |
| 185 | Edward | B. | OH |
| 187 | George | H. | GA |
| 188 | Kimberly | G. | MN |
| 189 | Anthony | G. | MN |
| 191 | Donovan | J. | NC |
| 192 | Todd | H. | CA |
| 193 | Heather | Y. | MI |
| 194 | Carlton | T. | CA |
| 195 | Arthur | F. | MD |
| 196 | Theresa | F. | CA |
| 197 | Sylvia | C. | FL |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 198 | Cyril | M. | FL |
| 199 | Osvaldo | M. | FL |
| 200 | Carol | K. | PA |
| 202 | David | K. | IL |
| 203 | Calin | D. | IL |
| 204 | Louis | R. | CA |
| 205 | Barbara | R. | CA |
| 206 | Jeanne | J. | CA |
| 208 | Todd | C. | NY |
| 209 | Robert | L. | CO |
| 211 | Lynn | T. | NV |
| 212 | Shawn | T. | NV |
| 213 | Patrick | D. | CA |
| 214 | Samuel | W. | TN |
| 215 | Mary | W. | FL |
| 216 | Yolanda | V. | FL |
| 217 | Timothy | H. | CA |
| 218 | Kevin | S. | NC |
| 219 | Douglas | T. | CA |
| 225 | Todd | S. | IL |
| 226 | Seyed | N. | PA |
| 227 | Eric | Z. | CA |
| 228 | Susan | D. | CA |
| 229 | Joshua | V. | TX |
| 230 | John | F. | NC |
| 231 | Dawn | B. | OH |
| 232 | Cavett | F. | NM |
| 233 | Jeffrey | D. | MA |
| 234 | Lalith | N. | MA |
| 235 | Arden | I. | CA |
| 238 | Eleanor | M. | TX |
| 239 | Zachary | F. | DC |
| 245 | Cosmos | N. | CA |
| 246 | Carol | B. | WI |
| 247 | Ella | B. | WI |
| 249 | Lisa | R. | RI |
| 250 | Jon | L. | MO |
| 251 | Angie | Y. | CA |

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 254 | Robert | R. | OR |
| 255 | Andrew | Y. | CA |
| 257 | Adam | S. | CO |
| 258 | Michael | L. | CA |
| 260 | Nancy | R. | WV |
| 261 | Dewayne | R. | KS |
| 262 | Sharon | L. | CA |
| 263 | Akiva | L. | CA |
| 266 | Juan | P. | FL |
| 267 | Brett | B. | CO |
| 268 | Kelli | G. | CO |
| 269 | Christopher | C. | NC |
| 270 | Paul | H. | PA |
| 271 | Derek | W. | CA |
| 273 | Erica | L. | FL |
| 274 | Katherine | G. | WI |
| 275 | Frank | G. | WI |
| 277 | James | Z. | OH |
| 278 | Cynthia | N. | CA |
| 280 | Rosa | E. | TX |
| 281 | Marcia | H. | CA |
| 282 | Perri | S. | GA |
| 283 | Jesus | H. | CA |
| 284 | Christopher | H. | CO |
| 285 | Deborah | H. | CO |
| 286 | Gregory | W. | CA |
| 287 | Deeshawn | D. | NC |
| 288 | Eboni | C. | NY |
| 289 | Jane | W. | OH |
| 291 | Michelle | D. | CA |
| 292 | Randall | D. | CA |
| 295 | Derek | L. | NJ |
| 297 | Bryan | R. | GA |
| 299 | Andrew | S. | NJ |
| 300 | Paul | I. | NM |
| 301 | Pamela | G. | CT |
| 302 | Cassandra | T. | SC |
| 303 | Thomas | B. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 304 | Amari | D. | NY |
| 305 | Kevin | M. | NJ |
| 306 | Katherine | M. | NJ |
| 308 | Kimberly | S. | MO |
| 309 | Robert | S. | MO |
| 311 | Christopher | R. | TX |
| 312 | Matthew | Y. | MD |
| 315 | Rhonda | Y. | ME |
| 316 | Walter | Y. | ME |
| 317 | Danielle | W. | TX |
| 319 | Jonathan | M. | NY |
| 320 | D | S. | CT |
| 322 | Benjamin | S. | VT |
| 323 | Nancy-Lea | S. | VT |
| 324 | Andrew | K. | ID |
| 325 | Lawrence | S. | NY |
| 326 | Cecilia | K. | NY |
| 327 | Flaviu | T. | GA |
| 328 | Matthew | D. | PA |
| 329 | John | A. | PA |
| 330 | Patricia | A. | PA |
| 331 | Michael | S. | WA |
| 332 | Peter | D. | CA |
| 333 | Roman | S. | CA |
| 334 | Nerissa | W. | MD |
| 335 | Steven | S. | MD |
| 336 | Latisha | D. | MD |
| 339 | Yi | B. | NJ |
| 340 | James | S. | CA |
| 342 | Jake | F. | CA |
| 344 | Stephen | G. | SC |
| 345 | Denise | S. | IL |
| 346 | Solomon | B. | CA |
| 347 | Erin | A. | NC |
| 348 | Denise | K. | WI |
| 349 | Travis | K. | MN |
| 350 | Lenae | K. | MN |
| 353 | Greg | D. | CA |

Case 1:17-md-02800-TWT Document 1187 Filed 05/29/20 Page 976 of 1183
Case 1:17-md-02800-TWT Document 987 Filed 05/28/20 Page 26 of 83
Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 354 | Alexander | Z. | CA |
| 355 | Charles | A. | VA |
| 356 | Judy | A. | VA |
| 357 | Joshua | F. | IL |
| 359 | Warren | G. | MO |
| 360 | Grace | G. | MO |
| 361 | Dawn | K. | TX |
| 363 | Raymond | V. | VA |
| 364 | Scott | E. | TX |
| 365 | Clinton | D. | TX |
| 366 | Alan | R. | WA |
| 367 | Olga | L. | IL |
| 368 | Daniela | D. | CA |
| 369 | Frederick | K. | PA |
| 371 | Katherine | W. | TN |
| 374 | Ronald | R. | PA |
| 375 | Karen | L. | PA |
| 376 | Maurice | S. | NY |
| 377 | Jeffrey | M. | MD |
| 378 | Mira | H. | IL |
| 379 | Stephen | H. | IL |
| 381 | Esther | N. | PA |
| 382 | Flynn | B. | PA |
| 384 | Jed | G. | IL |
| 385 | Lisa | G. | IL |
| 386 | Kaitlynn | K. | IL |
| 387 | Matthew | K. | MN |
| 388 | Steven | K. | MN |
| 389 | Patricia | K. | MN |
| 392 | Daniel | W. | AZ |
| 393 | Jade | F. | WI |
| 394 | Clayton | J. | LA |
| 396 | Richard | Y. | IN |
| 397 | Edward | S. | IN |
| 398 | Ruby | H. | IN |
| 399 | Mathew | B. | TN |
| 400 | Brent | B. | SC |
| 401 | Samantha | B. | SC |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 402 | Joan | C. | PA |
| 403 | Susan | V. | MA |
| 404 | Jennifer | R. | TX |
| 405 | Stephen | S. | TX |
| 407 | Audella | P. | CA |
| 408 | Michael | P. | NC |
| 409 | Joseph | A. | NC |
| 410 | Kevin | B. | TX |
| 412 | Marilyn | S. | CA |
| 413 | Andrew | K. | AZ |
| 417 | Jacob | B. | MI |
| 418 | Michael | L. | KS |
| 421 | Katherine | G. | CA |
| 424 | Eric | N. | TX |
| 425 | Florence | W. | TX |
| 427 | Jennifer | M. | MI |
| 428 | Brycia | K. | TN |
| 429 | Noel | F. | NV |
| 431 | Jonathan | B. | CA |
| 433 | Jennifer | G. | TX |
| 434 | Justin | K. | SC |
| 435 | Philip | C. | CO |
| 436 | Kathryn | K. | CA |
| 437 | Marci | C. | MI |
| 440 | Robert | L. | PA |
| 441 | Thomas | H. | TX |
| 442 | Kevin | C. | VA |
| 443 | Katy | G. | CO |
| 444 | Ben | P. | CT |
| 445 | James | D. | MD |
| 446 | Jeffrey | L. | MI |
| 447 | Roman | C. | NY |
| 448 | Raymond | S. | HI |
| 449 | James | M. | NY |
| 450 | Gregory | R. | AK |
| 451 | Michael | W. | MA |
| 452 | John | F. | NV |
| 454 | Thomas | M. | PA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 455 | Kayleigh | K. | OR |
| 456 | Vijayachandran | N. | AZ |
| 457 | Brian | M. | MA |
| 458 | Thomas | R. | TX |
| 459 | Michelle | A. | TX |
| 460 | Anita | C. | NV |
| 463 | Lane | N. | NY |
| 464 | Keith | L. | CA |
| 465 | Maria | G. | CA |
| 467 | Karthiayani | N. | AZ |
| 468 | Alejo | O. | TX |
| 469 | Nancy | D. | CA |
| 470 | Ivan | L. | AK |
| 472 | Elisa | D. | NC |
| 473 | Richard | L. | NC |
| 474 | Rebecca | S. | TX |
| 475 | John | M. | NC |
| 476 | Doris | L. | MO |
| 477 | Rebecca | M. | AR |
| 478 | Sara | L. | IA |
| 480 | Kara | H. | MA |
| 481 | Analia | M. | CA |
| 484 | Donna | F. | MN |
| 485 | Patricia | G. | CA |
| 486 | Austin | N. | UT |
| 488 | Jessica | T. | CA |
| 489 | Melanie | M. | MD |
| 490 | Dana | V. | CT |
| 491 | Muriel | D. | MO |
| 492 | Christie | C. | ID |
| 494 | Michael | H. | FL |
| 495 | William | S. | LA |
| 496 | Bernd | K. | TX |
| 497 | Rosa | K. | TX |
| 498 | Jennifer | S. | WA |
| 500 | Hope | P. | PA |
| 501 | Jody | P. | CT |
| 502 | Lisa | L. | NY |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 504 | Eric | L. | CA |
| 505 | Joshua | S. | CA |
| 508 | Barry | C. | PA |
| 509 | Henry | H. | MD |
| 510 | Clarissa | P. | VA |
| 511 | Thomas | J. | VA |
| 512 | Elaine | D. | VA |
| 513 | Judi | C. | PA |
| 514 | Cassie | H. | FL |
| 515 | David | C. | UT |
| 516 | Igor | J. | NY |
| 517 | Blake | S. | MD |
| 518 | Frances | K. | CA |
| 520 | Brian | L. | MO |
| 521 | James | S. | SC |
| 522 | Giuseppe | N. | NJ |
| 523 | David | J. | CT |
| 524 | Steven | C. | FL |
| 525 | Monica | Z. | FL |
| 528 | Dana | B. | TN |
| 529 | Frances | R. | TN |
| 530 | Edward | S. | NJ |
| 533 | Nyia | B. | CA |
| 534 | Xandria | S. | CA |
| 535 | Michael | M. | CA |
| 536 | Constance | W. | CA |
| 537 | Beth | H. | SC |
| 538 | Kenneth | H. | SC |
| 539 | Irene | D. | CA |
| 540 | Jason | D. | CA |
| 541 | Jessica | B. | NC |
| 542 | Joshua | B. | NC |
| 544 | Matthew | C. | PA |
| 546 | Carole | R. | MD |
| 547 | David | G. | WI |
| 548 | Laura | G. | WI |
| 549 | Jennifer | D. | MN |
| 550 | Logan | S. | PA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 551 | Jeffrey | M. | SC |
| 552 | Mary | M. | SC |
| 553 | Jacinth | M. | GA |
| 554 | Jerry | J. | NC |
| 555 | Nicole | M. | CA |
| 556 | Steven | A. | WA |
| 559 | Rachelle | A. | WA |
| 560 | Justin | D. | WA |
| 561 | Nicole | M. | WA |
| 562 | Chris | B. | AZ |
| 563 | Victoria | B. | AZ |
| 564 | Renee | S. | IL |
| 565 | James | M. | CO |
| 566 | Nikki | V. | CA |
| 567 | Marvin | V. | CA |
| 570 | Myah | M. | CA |
| 571 | Brian | B. | MI |
| 572 | Stephanie | G. | IN |
| 574 | Shannon | W. | MI |
| 575 | Brian | B. | IN |
| 576 | Raynell | S. | HI |
| 577 | Verilla | J. | IN |
| 579 | Gary | G. | CO |
| 580 | Mark | D. | TX |
| 581 | Adam | R. | CA |
| 582 | Lena | S. | CA |
| 583 | Gary | S. | CA |
| 584 | Jonathan | L. | NY |
| 587 | Curtis | B. | NC |
| 588 | Douglas | S. | NY |
| 589 | Rami | H. | TX |
| 590 | Barbara | B. | NY |
| 591 | Annabelle | G. | WI |
| 592 | Mary | K. | MD |
| 593 | Keith | K. | MD |
| 594 | Ilya | B. | MO |
| 595 | Lavinia | S. | MO |
| 601 | Robert | Y. | VA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 602 | Jason | G. | CA |
| 603 | Liliya | G. | CA |
| 604 | Minh | M. | CA |
| 605 | Tiffany | J. | CA |
| 606 | Ashwin | K. | VA |
| 607 | Ricky | F. | NC |
| 609 | Radi | D. | DC |
| 610 | Dustin | S. | MN |
| 611 | Ethan | H. | PA |
| 612 | Noora | S. | PA |
| 613 | Melissa | H. | TX |
| 614 | Sarah | B. | CA |
| 616 | Deborah | W. | NC |
| 617 | Katie | C. | NC |
| 618 | David | D. | CO |
| 620 | Jonathan | S. | AZ |
| 621 | David | S. | TX |
| 622 | Michael | D. | NJ |
| 623 | Lisa | B. | NY |
| 624 | Lindsay | G. | PA |
| 625 | Nathan | G. | PA |
| 629 | Terry | D. | WA |
| 632 | Jill | B. | NY |
| 634 | Sarah | H. | WI |
| 635 | Michael | K. | SC |
| 636 | Charlotte | R. | IL |
| 639 | Luisa | S. | OR |
| 641 | Angelina | R. | CO |
| 642 | Rajesh | S. | IL |
| 643 | Michael | H. | TN |
| 645 | Sylvia | A. | NJ |
| 647 | Casey | N. | VA |
| 648 | Natalie | C. | VA |
| 649 | Diane | H. | TN |
| 650 | Neil | J. | CA |
| 651 | Lynn | C. | PA |
| 652 | Robert | K. | NY |
| 653 | Sharon | G. | CO |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 655 | Fulvie | N. | FL |
| 657 | Christopher | B. | GA |
| 658 | Michael | F. | CA |
| 659 | Jacquelyn | D. | MD |
| 661 | Thien | N. | CA |
| 664 | Eric | C. | FL |
| 666 | Vanessa | R. | OR |
| 667 | Casey | R. | OR |
| 668 | Kevin | C. | CA |
| 670 | Debbie | K. | PA |
| 672 | Raymond | W. | NY |
| 673 | Marina | H. | CA |
| 674 | Debra | M. | CA |
| 675 | Rochelle | J. | CA |
| 676 | Christina | M. | CA |
| 678 | Angel | M. | CA |
| 679 | Sarah | M. | TX |
| 680 | Dane | T. | MI |
| 681 | Thomas | H. | VA |
| 682 | Constance | H. | VA |
| 683 | Robert | C. | MA |
| 684 | Antoine | A. | TX |
| 686 | Erika | E. | ID |
| 687 | Seth | E. | ID |
| 688 | Stefanie | L. | TX |
| 689 | Leroy | J. | TX |
| 690 | Scott | A. | MO |
| 691 | Judith | W. | VA |
| 693 | Sheri | S. | KS |
| 694 | Richard | M. | NC |
| 695 | Jenny | B. | TX |
| 696 | Jesse | B. | TX |
| 699 | Michael | P. | OK |
| 702 | Timothy | L. | FL |
| 703 | Patrick | G. | OR |
| 704 | Valerie | G. | OR |
| 705 | Emma | B. | TX |
| 706 | Thomas | J. | SC |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 707 | Mark | S. | TX |
| 708 | Rodney | P. | NM |
| 709 | Mary | G. | CA |
| 710 | Lizann | R. | TX |
| 711 | William | R. | TX |
| 712 | Alison | B. | IL |
| 713 | Alexander | W. | RI |
| 714 | Chelsea | B. | CA |
| 715 | Rebecca | B. | CO |
| 716 | Kimmery | F. | NC |
| 717 | James | F. | NC |
| 718 | Christine | N. | CO |
| 719 | Joseph | J. | MD |
| 720 | Kirsten | M. | HI |
| 721 | Ian | L. | HI |
| 722 | Nancy | B. | AR |
| 723 | Bruce | D. | KY |
| 724 | Elaine | D. | KY |
| 725 | Mitchel | S. | MN |
| 726 | Cynthia | H. | NC |
| 728 | Rachel | F. | TX |
| 729 | Alfred | Y. | CA |
| 730 | Gallia | L. | CA |
| 732 | Virginia | M. | GA |
| 733 | Sue | K. | OH |
| 734 | Kara | W. | AZ |
| 735 | Paul | S. | MA |
| 737 | Robert | J. | WA |
| 738 | Denise | J. | WA |
| 739 | Sandy | S. | CA |
| 740 | Phillip | S. | CA |
| 741 | Clifford | S. | CO |
| 742 | Patricia | M. | CO |
| 743 | David | B. | SC |
| 744 | Rose | B. | SC |
| 746 | Keith | B. | IL |
| 748 | Kristan | A. | CA |
| 749 | Diana | A. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 750 | Jarrod | W. | AZ |
| 751 | Elizabeth | B. | MD |
| 753 | Jonathan | O. | FL |
| 754 | Katherine | C. | CA |
| 755 | Denis | B. | CA |
| 756 | Bangphuong | N. | CA |
| 757 | John | D. | CA |
| 758 | Marsha | Z. | MD |
| 760 | Deborah | K. | NY |
| 762 | Amy | T. | VA |
| 763 | Sol | T. | VA |
| 764 | Steven | D. | MD |
| 765 | Gino | H. | FL |
| 766 | Daniel | R. | TN |
| 767 | Tracy | R. | TN |
| 768 | Nancy | B. | UT |
| 771 | Dale | P. | HI |
| 772 | Brian | R. | CA |
| 773 | Daniel | E. | MN |
| 774 | Christina | J. | IN |
| 777 | Kishya | M. | NC |
| 778 | Kathleen | S. | MA |
| 779 | George | Z. | PA |
| 780 | John | K. | IN |
| 781 | Elise | R. | MN |
| 782 | Hunter | J. | WA |
| 783 | Suzanne | Y. | NY |
| 784 | Russell | S. | CA |
| 785 | Suzanne | B. | CA |
| 786 | Joseph | B. | CA |
| 787 | Emmanuel | G. | NY |
| 788 | Layne | W. | VA |
| 789 | Marvin | T. | WA |
| 790 | Cynthia | T. | WA |
| 792 | Constance | M. | TX |
| 793 | Ronda | H. | NH |
| 794 | R. | H. | NH |
| 795 | Matthew | D. | MO |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 796 | Brenda | D. | MO |
| 797 | Sunday | B. | SC |
| 798 | Richard | M. | MD |
| 800 | Kurt | G. | VA |
| 801 | Whitney | G. | VA |
| 802 | Ryan | Y. | OH |
| 803 | Eleanor | G. | NY |
| 804 | Nancy | E. | SC |
| 805 | Susan | S. | MN |
| 806 | Michael | G. | CT |
| 808 | Jordan | R. | MN |
| 809 | Jane | G. | CT |
| 810 | Seungmin | C. | CO |
| 811 | Brian | B. | CO |
| 812 | Charles | M. | MN |
| 813 | Craig | H. | MI |
| 814 | Brigette | H. | MI |
| 816 | Esteban | O. | TX |
| 818 | Jessica | Y. | CA |
| 819 | Christopher | M. | CA |
| 820 | Malathy | K. | TX |
| 821 | Rajesh | K. | TX |
| 823 | Sharon | T. | PA |
| 824 | Joseph | I. | NC |
| 825 | Kristopher | H. | NC |
| 826 | Gary | R. | GA |
| 827 | Dale | W. | DE |
| 830 | Holly | B. | VA |
| 831 | Conor | C. | NY |
| 832 | Nicholas | A. | CA |
| 833 | Destinie | S. | CA |
| 835 | Diogo | M. | UT |
| 837 | George | J. | TX |
| 838 | Summer | B. | TX |
| 840 | Julia | L. | FL |
| 841 | Wayne | L. | FL |
| 842 | Joanne | S. | WA |
| 847 | Amber | R. | IN |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 848 | Hubert | G. | WA |
| 849 | Michael | T. | WI |
| 851 | David | P. | GA |
| 852 | Phyllis | S. | AE |
| 853 | Troy | S. | AE |
| 854 | Aleksandra | L. | CA |
| 855 | Joanna | L. | MD |
| 856 | Ramin | A. | FL |
| 857 | John | W. | MD |
| 858 | Raquel | W. | MD |
| 859 | Robin | N. | CO |
| 860 | James | C. | CA |
| 861 | Laura | C. | DE |
| 862 | Michelle | M. | MD |
| 863 | Rachel | K. | NY |
| 864 | Avraham | K. | NY |
| 865 | Chava | K. | NY |
| 867 | Genevieve | W. | FL |
| 868 | Douglas | B. | ME |
| 873 | Angela | L. | NY |
| 874 | Margaret | F. | NJ |
| 876 | Mitchell | H. | CA |
| 877 | Darlene | H. | CA |
| 879 | Anna | D. | NJ |
| 880 | Anthony | G. | CO |
| 882 | Dianne | G. | AK |
| 883 | Emanuela | S. | OR |
| 884 | Glen | W. | TX |
| 886 | Jeffrey | N. | MD |
| 888 | Joseph | G. | NJ |
| 889 | Juanita | L. | FL |
| 890 | Laura | W. | TX |
| 891 | Leslie | N. | CO |
| 892 | Lisa | M. | MD |
| 893 | Marty | K. | WI |
| 894 | Michael | G. | MI |
| 895 | Peter | R. | NY |
| 896 | Phillip | L. | OR |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 898 | Raynold | I. | NJ |
| 899 | Robert | C. | NY |
| 900 | Shayna | W. | KS |
| 901 | Sophie | P. | PA |
| 902 | Syed | A. | FL |
| 903 | Tayva | H. | FL |
| 905 | Thomas | O. | CO |
| 907 | Rita | T. | PA |
| 908 | John | L. | DE |
| 909 | Joy | L. | DE |
| 910 | Deidre | P. | NY |
| 911 | Robert | P. | NY |
| 912 | Kimberly | S. | PA |
| 914 | Robert | M. | TX |
| 915 | Patricia | M. | TX |
| 916 | Meghan | B. | MA |
| 917 | Benjamin | N. | MA |
| 919 | Janeen | O. | NY |
| 920 | Janey | J. | VA |
| 921 | Paula | J. | VA |
| 922 | Jessica | J. | VA |
| 923 | William | J. | FL |
| 924 | Mary | W. | FL |
| 925 | Lori | S. | AZ |
| 926 | Zary | S. | AZ |
| 927 | David | B. | WI |
| 928 | Megan | S. | PA |
| 930 | Bryan | G. | PA |
| 931 | Mary | D. | VA |
| 935 | Lyla | B. | MN |
| 937 | Ashley | S. | GA |
| 938 | Sharon | M. | TX |
| 939 | Pete | I. | TX |
| 941 | Angela | J. | TX |
| 942 | David | J. | TX |
| 944 | Angy | B. | FL |
| 945 | Linda | S. | NY |
| 947 | Paul | B. | MA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 948 | James | W. | PA |
| 949 | Varujan | G. | CA |
| 950 | Aaron | C. | FL |
| 951 | Andrew | S. | CA |
| 952 | Frances | C. | MI |
| 954 | Maria | C. | CA |
| 957 | Mischa | B. | KS |
| 958 | Dahlia | L. | NY |
| 959 | Betty | L. | NY |
| 963 | Deborah | G. | NJ |
| 964 | Brian | T. | MD |
| 965 | Marshall | S. | CA |
| 967 | Michael | S. | TX |
| 968 | Lan | T. | CA |
| 969 | Chyrl | N. | WA |
| 970 | Stephen | R. | WA |
| 971 | Diana | R. | WA |
| 974 | Richard | L. | GA |
| 975 | Sarah | L. | GA |
| 976 | Zachary | L. | GA |
| 977 | Erica | L. | GA |
| 978 | Adam | L. | GA |
| 981 | Jose | M. | GA |
| 982 | Kurt | S. | MI |
| 983 | Amy | H. | PA |
| 984 | Richard | J. | PA |
| 985 | Andrew | S. | CA |
| 986 | Fredric | I. | IL |
| 987 | Rebecca | R. | FL |
| 988 | Jane | K. | CA |
| 989 | Herbert | J. | CA |
| 990 | Stephanie | T. | NJ |
| 991 | Michael | B. | TN |
| 992 | Connie | G. | NC |
| 993 | Frederick | S. | MD |
| 994 | Norman | B. | MI |
| 995 | Douglas | L. | NJ |
| 996 | Hosea | I. | SC |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 997 | Andrew | S. | WA |
| 999 | Jason | H. | IN |
| 1000 | Heiddi | B. | MI |
| 1001 | Elizabeth | H. | IN |
| 1003 | Jeffrey | P. | MD |
| 1005 | Marcus | I. | OH |
| 1006 | John | R. | NY |
| 1008 | Ela | J. | GA |
| 1009 | Charles | K. | NJ |
| 1012 | Michael | V. | MA |
| 1013 | Jasel | J. | GA |
| 1014 | Margaret | A. | VA |
| 1015 | Shiloh | M. | CA |
| 1017 | Mark | A. | NH |
| 1018 | Jason | D. | MA |
| 1019 | Bhavna | G. | CT |
| 1020 | Jessica | D. | PA |
| 1021 | Daniel | R. | NH |
| 1022 | Holly | A. | NH |
| 1023 | Dawn | S. | FL |
| 1024 | David | F. | OR |
| 1026 | Dovjosef | A. | CA |
| 1027 | Matthew | L. | PA |
| 1028 | Charles | A. | MD |
| 1029 | Stephen | G. | KY |
| 1030 | Timothy | B. | PA |
| 1031 | Cindy | B. | PA |
| 1034 | Chauncey | C. | MD |
| 1035 | Willette | B. | VA |
| 1036 | Tervin | C. | MD |
| 1037 | Ashawnte | W. | VA |
| 1038 | Jill | G. | RI |
| 1041 | Michael | H. | RI |
| 1042 | Miriam | K. | PA |
| 1043 | Daniel | S. | VA |
| 1044 | Thomas | W. | NJ |
| 1046 | Sergey | M. | VA |
| 1047 | Natalie | P. | WA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1048 | Andrea | C. | FL |
| 1049 | Jason | C. | FL |
| 1050 | Benjamin | M. | OK |
| 1051 | Paula | M. | OK |
| 1052 | Paul | B. | CO |
| 1053 | Krista | J. | AL |
| 1054 | Jan | S. | MI |
| 1055 | Rebecca | W. | TX |
| 1056 | Steven | S. | CA |
| 1057 | Debra | S. | CA |
| 1058 | Patricia | T. | DC |
| 1059 | Bruce | B. | CA |
| 1060 | Elizabeth | B. | CA |
| 1061 | Sandra | S. | MI |
| 1062 | Marianna | K. | CA |
| 1064 | Brian | B. | NC |
| 1065 | Frank | I. | NY |
| 1066 | Alan | G. | MI |
| 1067 | Paul | J. | SC |
| 1068 | Wayne | C. | CO |
| 1070 | Kevin | G. | TX |
| 1071 | Sera | G. | TX |
| 1072 | Brooke | G. | UT |
| 1073 | Shaun | G. | UT |
| 1075 | Richard | W. | NM |
| 1076 | Tatiana | W. | TX |
| 1077 | Daniel | W. | TX |
| 1079 | Michael | P. | VA |
| 1080 | Cory | H. | SC |
| 1081 | Kathleen | D. | SC |
| 1082 | Robert | H. | SC |
| 1083 | Tracee | C. | AZ |
| 1084 | Elizabeth | J. | AZ |
| 1085 | Catherine | G. | NY |
| 1086 | Christopher | A. | OK |
| 1087 | Henry | W. | NY |
| 1088 | Dale | M. | OH |
| 1089 | Lisa | N. | IL |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1090 | Tatiana | T. | NY |
| 1091 | Sylvia | S. | VA |
| 1092 | Stephanie | A. | DC |
| 1093 | Barbara | C. | NC |
| 1094 | Miles | L. | NY |
| 1097 | Kelly | B. | CO |
| 1098 | Lucia | L. | NY |
| 1100 | Michael | J. | MI |
| 1101 | Elizabeth | T. | MI |
| 1102 | Benjamin | B. | CA |
| 1103 | William | J. | NJ |
| 1104 | Sue | D. | FL |
| 1105 | George | D. | MD |
| 1106 | Sarah | P. | MD |
| 1107 | Friday | D. | MA |
| 1108 | Leroy | D. | FL |
| 1109 | David | N. | PA |
| 1110 | Paul | C. | MA |
| 1111 | Jennifer | T. | CA |
| 1112 | Justin | D. | CA |
| 1113 | Dalton | C. | PA |
| 1114 | Joshua | P. | AZ |
| 1115 | Hilary | P. | AZ |
| 1117 | Matias | S. | TX |
| 1118 | Danny | S. | KY |
| 1119 | Jerry | J. | CA |
| 1120 | Lawrence | Y. | CA |
| 1121 | Jaime | D. | CA |
| 1122 | Luzviminda | D. | CA |
| 1125 | Brent | H. | CO |
| 1126 | Alec | G. | CO |
| 1127 | Hibba | H. | KS |
| 1128 | Michael | H. | AZ |
| 1133 | Jennifer | B. | WI |
| 1137 | Roberta | W. | WV |
| 1138 | Greg | W. | WV |
| 1140 | Francine | B. | ME |
| 1141 | Geneva | G. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1142 | Donna | O. | MD |
| 1143 | Robert | B. | ME |
| 1144 | Calvin | P. | TN |
| 1145 | Maria | R. | OH |
| 1148 | Manolis | D. | CA |
| 1149 | Paula | B. | FL |
| 1150 | Karen | K. | FL |
| 1151 | Joshua | K. | FL |
| 1152 | Madeline | K. | FL |
| 1153 | Jason | B. | GA |
| 1154 | Sheryl | B. | GA |
| 1156 | Mona | S. | KY |
| 1158 | Steve | B. | AL |
| 1159 | Amanda | F. | VA |
| 1160 | James | P. | CA |
| 1161 | Bonnie | P. | CA |
| 1162 | Jessica | T. | CO |
| 1163 | Tammie | D. | NC |
| 1164 | Jason | W. | CA |
| 1166 | Patrick | J. | NJ |
| 1167 | Alexander | M. | OH |
| 1168 | Stephen | K. | WA |
| 1169 | Mohamed | D. | NC |
| 1170 | Debra | M. | CA |
| 1172 | Martin | K. | NY |
| 1173 | Atoosa | G. | NY |
| 1175 | Peter | H. | CO |
| 1178 | Loree | S. | GA |
| 1179 | John | T. | MN |
| 1180 | Sarah | T. | MN |
| 1182 | Christian | N. | MN |
| 1183 | Asma | J. | NJ |
| 1184 | Paul | L. | OR |
| 1185 | Brenda | Y. | WA |
| 1186 | Steven | G. | OH |
| 1188 | Paula | C. | NC |
| 1189 | Cassandra | F. | TX |
| 1190 | Matthew | G. | TX |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1191 | Justine | N. | CA |
| 1194 | Richard | J. | VA |
| 1196 | Michael | S. | VA |
| 1197 | Lucy | H. | TN |
| 1198 | Molly | B. | IL |
| 1199 | Carlos | O. | CA |
| 1200 | Francesca | W. | IL |
| 1201 | Maria | D. | CA |
| 1202 | Reem | I. | CA |
| 1203 | Mary | M. | TN |
| 1204 | Christopher | G. | OH |
| 1205 | David | E. | NV |
| 1206 | Edward | B. | NJ |
| 1207 | Philip | T. | CO |
| 1208 | Christina | T. | CO |
| 1209 | James | E. | CT |
| 1211 | Alicia | J. | CA |
| 1212 | Tom | S. | VA |
| 1213 | Guy | V. | TX |
| 1214 | Anthony | P. | NY |
| 1215 | Patricia | C. | WI |
| 1216 | Michael | F. | VA |
| 1217 | George | T. | CO |
| 1219 | Naeshaun | B. | VA |
| 1220 | Jayson | K. | NV |
| 1221 | Lee | K. | IL |
| 1223 | Jason | M. | PA |
| 1225 | David | G. | CA |
| 1226 | Aaron | K. | VA |
| 1227 | Dennis | L. | FL |
| 1228 | Maria | L. | FL |
| 1229 | Megan | H. | MA |
| 1233 | William | R. | CA |
| 1234 | Sharon | R. | CA |
| 1235 | Laura | I. | VA |
| 1236 | Steven | I. | VA |
| 1237 | Henry | C. | VA |
| 1238 | James | C. | LA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1239 | Jessica | C. | LA |
| 1240 | Gene | W. | PA |
| 1242 | Lynn | M. | NY |
| 1243 | Mary | T. | PA |
| 1244 | Carl | G. | VA |
| 1247 | Glenn | J. | IL |
| 1248 | Michael | C. | CO |
| 1253 | Tommy | H. | AL |
| 1255 | August | M. | CA |
| 1257 | Jeremiah | K. | CA |
| 1259 | Catherine | K. | IL |
| 1261 | Arlene | W. | OR |
| 1262 | Peter | A. | OR |
| 1263 | Sarena | B. | OR |
| 1264 | Lee | C. | OR |
| 1265 | Maria | M. | OR |
| 1269 | Michelle | O. | GA |
| 1270 | James | O. | GA |
| 1271 | Betsy | A. | VA |
| 1272 | Logan | A. | VA |
| 1275 | Devin | S. | CA |
| 1276 | David | S. | CA |
| 1278 | Lauren | L. | NY |
| 1280 | Felicia | E. | VA |
| 1281 | John | K. | VA |
| 1282 | Philip | M. | OH |
| 1283 | Douglas-Emery: | A. | TX |
| 1286 | Linda | B. | MA |
| 1287 | Craig | S. | ND |
| 1288 | Dale | T. | PA |
| 1289 | John | H. | PA |
| 1290 | David | D. | NY |
| 1291 | Michael | L. | GA |
| 1292 | Douglas | W. | MA |
| 1293 | Megan | K. | GA |
| 1296 | David | S. | MA |
| 1297 | Tanisha | M. | AZ |
| 1298 | James | S. | MA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1299 | Amber | S. | OH |
| 1300 | Shari | W. | SD |
| 1302 | Bobby | G. | TX |
| 1304 | Russell | J. | MD |
| 1305 | Sumitra | C. | CA |
| 1308 | David | L. | WA |
| 1309 | Kari | L. | WA |
| 1310 | Margaret | R. | FL |
| 1311 | Bradley | G. | FL |
| 1313 | Nancy | B. | IL |
| 1315 | Sandra | M. | NY |
| 1316 | Eric | L. | NJ |
| 1317 | Michael | K. | TX |
| 1318 | Patricia | R. | PA |
| 1322 | Eric | B. | MI |
| 1323 | Christopher | H. | IN |
| 1325 | Max | P. | NV |
| 1326 | Ting | P. | NV |
| 1327 | Christina | A. | NH |
| 1328 | Trevor | M. | WI |
| 1331 | Kelly | J. | IN |
| 1333 | Maria | R. | FL |
| 1335 | Louella | L. | PA |
| 1336 | Jason | G. | MN |
| 1338 | Paul | R. | FL |
| 1339 | Michelle | R. | FL |
| 1340 | Candice | G. | CA |
| 1341 | Mark | G. | CA |
| 1342 | Mary | C. | IN |
| 1345 | Johnny | S. | TN |
| 1349 | Jamin | P. | TX |
| 1350 | Joyce | S. | TX |
| 1351 | Daniel | C. | IL |
| 1352 | Chad | S. | IL |
| 1353 | Susan | A. | MA |
| 1354 | Patricia | A. | FL |
| 1355 | Michael | G. | FL |
| 1357 | Matthew | T. | VA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1358 | Donald | S. | IL |
| 1359 | Richard | J. | VA |
| 1361 | Ellen | S. | WI |
| 1362 | Steven | F. | VA |
| 1364 | Lisa | S. | MN |
| 1366 | Darrell | M. | CO |
| 1367 | Kellie | F. | MA |
| 1368 | Abraham | C. | CA |
| 1369 | Nicole | C. | FL |
| 1370 | Doug | K. | MA |
| 1371 | Patricia | M. | CA |
| 1372 | Chad | L. | TX |
| 1373 | Vincent | L. | CT |
| 1375 | Wylenne | T. | MO |
| 1376 | Jarrett | J. | NY |
| 1378 | Carol | W. | FL |
| 1381 | Christine | G. | FL |
| 1382 | Stacy | F. | WA |
| 1383 | Brandon | H. | WA |
| 1384 | Vikki | H. | CA |
| 1385 | Raymond | R. | OR |
| 1386 | Jonathan | R. | WA |
| 1388 | Randall | B. | NV |
| 1389 | Hope | B. | NV |
| 1390 | Yvonne | L. | NV |
| 1393 | Gregory | G. | NV |
| 1395 | Shelby | H. | NV |
| 1396 | Laura | F. | NV |
| 1399 | Vladimia | K. | NV |
| 1400 | Robert | F. | NV |
| 1401 | Christina | S. | NV |
| 1402 | Andre | G. | NV |
| 1403 | Buffy | G. | NV |
| 1404 | Marie | W. | NV |
| 1406 | Nancy | P. | NV |
| 1407 | Valerie | M. | NV |
| 1408 | Peter | T. | NV |
| 1409 | Eric | S. | NV |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1410 | Michael | S. | NV |
| 1411 | Derek | P. | NV |
| 1412 | Jerome | S. | NV |
| 1413 | Julia | M. | NV |
| 1414 | Paris | M. | NV |
| 1415 | Emily | M. | NV |
| 1416 | Glenn | L. | NV |
| 1418 | Patricia | L. | MA |
| 1419 | Dale | W. | MO |
| 1421 | Larry | B. | WA |
| 1426 | Kurt | D. | MD |
| 1427 | Francine | H. | MD |
| 1428 | Carol | L. | NC |
| 1431 | Daniel | H. | NV |
| 1433 | Diane | M. | TX |
| 1434 | Carol | R. | TX |
| 1435 | Robert | R. | TX |
| 1436 | Sammy | L. | CA |
| 1437 | Michael | J. | MA |
| 1438 | Kerri | G. | MA |
| 1439 | Carol | K. | DC |
| 1441 | Jeremiah | R. | IL |
| 1442 | Renee | G. | IL |
| 1443 | Edith | T. | PA |
| 1444 | Devin | T. | FL |
| 1445 | Sherry | R. | FL |
| 1447 | Andrew | R. | CA |
| 1448 | Salvatore | T. | PA |
| 1450 | Christopher | M. | PA |
| 1451 | Thomas | G. | FL |
| 1455 | Mary | E. | MD |
| 1458 | Jimmie | S. | LA |
| 1459 | Jonathan | N. | IL |
| 1462 | Nathan | B. | MI |
| 1463 | Michael | B. | NY |
| 1464 | Timothy | B. | WA |
| 1465 | Whitney | B. | WA |
| 1467 | Anthony | W. | CT |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1468 | Robert | S. | NY |
| 1469 | Paul | J. | NY |
| 1470 | Maxwell | T. | CO |
| 1471 | Kevin | C. | CA |
| 1472 | Jessica | B. | OK |
| 1473 | Mark | P. | VA |
| 1474 | Erik | K. | MD |
| 1475 | Leon | H. | CA |
| 1476 | Zelimir | L. | WA |
| 1480 | Joshua | S. | WA |
| 1481 | Martin | B. | MD |
| 1482 | Vivian | B. | MD |
| 1483 | Bradley | C. | MI |
| 1487 | Mary | S. | WA |
| 1489 | Candi | R. | TN |
| 1490 | Marion | F. | SC |
| 1491 | Donna | J. | TX |
| 1494 | David | O. | CA |
| 1496 | Mitchell | B. | OK |
| 1497 | Katherine | M. | CO |
| 1501 | Robert | C. | NC |
| 1503 | Thomas | N. | UT |
| 1504 | Daniel | P. | DC |
| 1507 | Sonia | T. | IL |
| 1508 | Robert | T. | IL |
| 1509 | Brett | C. | PA |
| 1510 | Magdalena | B. | CA |
| 1511 | Jack | N. | NY |
| 1512 | Alexander | F. | NJ |
| 1513 | Lauren | F. | NJ |
| 1516 | Martha | K. | MD |
| 1519 | Carl | W. | OR |
| 1521 | Amanda | E. | NJ |
| 1525 | Bryn | F. | CO |
| 1527 | Caroline | P. | PA |
| 1528 | Cheryl | R. | MD |
| 1530 | Christine | A. | NY |
| 1531 | Christine | D. | MO |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1532 | Clark | H. | MN |
| 1534 | Daniel | H. | MN |
| 1535 | David | H. | VA |
| 1536 | Demonta | R. | TX |
| 1538 | Diane | M. | AZ |
| 1539 | Douglas | D. | MO |
| 1545 | Ginger | H. | UT |
| 1546 | Holly | P. | VA |
| 1547 | Hope | G. | IL |
| 1548 | Jacqueline | S. | NV |
| 1549 | James | B. | NV |
| 1552 | Jennifer | M. | HI |
| 1554 | Joel | V. | NV |
| 1556 | Joseph | B. | NV |
| 1557 | Josephine | D. | TX |
| 1559 | Juan | R. | NV |
| 1563 | Kim | R. | NC |
| 1566 | Lawrence | Y. | CA |
| 1568 | Linda | B. | PA |
| 1569 | Linda | S. | NV |
| 1570 | Linda | D. | GA |
| 1572 | Lisa | L. | MN |
| 1576 | Luther | C. | CA |
| 1578 | Maggie | Y. | CA |
| 1584 | Mary | D. | NJ |
| 1586 | Mathew | S. | WV |
| 1587 | Matthew | G. | IL |
| 1588 | Matthew | S. | IL |
| 1589 | Maximilian | R. | FL |
| 1590 | Michael | G. | NV |
| 1591 | Michael | R. | TX |
| 1592 | Michael | L. | NY |
| 1593 | Minerva | G. | IL |
| 1595 | Omotinuke | J. | MD |
| 1598 | Peter | O. | NV |
| 1600 | Regine | B. | CA |
| 1601 | Richard | I. | NY |
| 1602 | Robert | G. | IL |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1603 | Rochelle | S. | NV |
| 1604 | Sandra | M. | AZ |
| 1605 | Sanford | B. | NV |
| 1607 | Shawn | W. | MN |
| 1608 | Sheila | C. | SC |
| 1609 | Shelly | S. | MT |
| 1610 | Stanley | B. | OH |
| 1612 | Stephen | D. | NJ |
| 1614 | Takeshi | N. | NC |
| 1615 | Tamera | C. | GA |
| 1616 | Ted | C. | NV |
| 1617 | Thomas | D. | GA |
| 1618 | Timothy | J. | HI |
| 1619 | Timothy | C. | AZ |
| 1620 | Tommy | D. | TX |
| 1621 | Tracey | W. | NV |
| 1623 | Vanessa | U. | FL |
| 1624 | Vicki | F. | TX |
| 1625 | Wenceslao | M. | NV |
| 1626 | Zachary | P. | VA |
| 1628 | Alexander | H. | NY |
| 1631 | Connie | C. | TX |
| 1632 | Emily | P. | ME |
| 1633 | Eric | N. | FL |
| 1635 | Francis | W. | NY |
| 1640 | Terrie | S. | TX |
| 1641 | Theodore | R. | TN |
| 1643 | David | K. | WA |
| 1646 | Amy | T. | NY |
| 1650 | Celia | S. | VA |
| 1651 | Christopher | A. | SC |
| 1652 | Christopher-Michael | N. | CA |
| 1653 | Craig | G. | CA |
| 1655 | Jeffrey | H. | NY |
| 1656 | John | T. | CA |
| 1659 | Kathleen | D. | FL |
| 1660 | Linda | T. | CA |
| 1663 | Randolph | W. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1665 | Rhonda | W. | OK |
| 1666 | Robert | A. | NY |
| 1667 | Samantha | A. | SC |
| 1668 | Tingkit | M. | CA |
| 1669 | William | W. | CT |
| 1670 | Adrienne | C. | DE |
| 1671 | Alejandro | G. | GA |
| 1675 | Bonnie | H. | PA |
| 1677 | Brian | P. | PA |
| 1678 | Chris | K. | FL |
| 1680 | David | R. | IL |
| 1681 | Deborah | S. | AK |
| 1682 | Eric | S. | MA |
| 1683 | Hans | K. | WA |
| 1684 | Jefferson | I. | LA |
| 1689 | Kristin | C. | CO |
| 1695 | Mathew | G. | DC |
| 1696 | Matthew | W. | HI |
| 1697 | Paul | F. | TX |
| 1699 | Robert | A. | NC |
| 1700 | Sarah | W. | TX |
| 1701 | Shawntay | F. | DE |
| 1702 | Shayna | K. | WA |
| 1703 | Steven | Y. | AK |
| 1704 | Teala | C. | NV |
| 1705 | Timothy | K. | MI |
| 1706 | Tonya | K. | FL |
| 1707 | Tyesha | D. | CA |
| 1709 | Akeem | R. | GA |
| 1710 | Akili | D. | NV |
| 1711 | Alan | B. | NC |
| 1713 | Anna | H. | FL |
| 1715 | Christopher | M. | NC |
| 1720 | Dennis | E. | OR |
| 1721 | Dennis | M. | IA |
| 1722 | Donald | P. | TX |
| 1724 | Dugal | U. | FL |
| 1725 | Enric | R. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1726 | Gerald | G. | ID |
| 1727 | Gregory | K. | NY |
| 1729 | James | E. | NV |
| 1730 | Jana | P. | CA |
| 1731 | Jason | K. | NV |
| 1733 | Joe | C. | KS |
| 1736 | Katharine | S. | TX |
| 1738 | Laiken | G. | CA |
| 1740 | Lindsey | G. | AZ |
| 1741 | Lorilee | D. | OK |
| 1743 | Marilyn | E. | OR |
| 1744 | Mark | W. | AZ |
| 1745 | Matthew | K. | VA |
| 1749 | Patricia | C. | FL |
| 1750 | Paul | S. | OH |
| 1751 | Paul | P. | IL |
| 1753 | Ramona | C. | CA |
| 1755 | Rex | F. | MO |
| 1758 | Sam | P. | CO |
| 1760 | Sean | S. | IL |
| 1762 | Stacey | C. | NV |
| 1764 | Stephanie | B. | NV |
| 1765 | Steven | B. | NC |
| 1767 | Thomas | B. | CA |
| 1768 | Thomas | S. | TX |
| 1770 | Velma | W. | NC |
| 1771 | Veronica | S. | IL |
| 1772 | Yonatan | N. | CA |
| 1774 | Amy | B. | MN |
| 1776 | Bethany | S. | DC |
| 1778 | Clenery | M. | IL |
| 1780 | Jason | R. | CA |
| 1783 | Kimberly | S. | CO |
| 1786 | Mark | L. | FL |
| 1787 | Maryse | R. | MO |
| 1788 | Meredith | O. | VA |
| 1789 | Mustafa | A. | NJ |
| 1792 | Robert | S. | TN |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 1793 | Ryan | P. | MN |
| 1794 | Samuel | P. | MT |
| 1795 | Alexandra | P. | MI |
| 1796 | Aurelia | P. | MI |
| 1797 | Brian | R. | PA |
| 1798 | Eric | P. | ID |
| 1799 | Gail | T. | AR |
| 1801 | Gregg | D. | PA |
| 1802 | James | L. | MI |
| 1807 | Veronica | P. | ID |
| 1809 | Claire | T. | VA |
| 1812 | Debra | F. | MN |
| 1813 | Debra | M. | VA |
| 1814 | James | D. | MA |
| 1816 | Jennifer | L. | NV |
| 1818 | Mary | M. | IL |
| 1819 | Matthew | S. | CA |
| 1820 | Meeyoung | L. | OK |
| 1821 | Robert | F. | MN |
| 1822 | Scott | L. | OK |
| 1823 | Sergiu | P. | MI |
| 1825 | Susanne | G. | TX |
| 1826 | Victor | M. | NV |
| 1827 | William | R. | OH |
| 1828 | Alaric | C. | NV |
| 1830 | Anoni | H. | CA |
| 1832 | Barry | H. | NV |
| 1833 | Chanell | B. | NJ |
| 1834 | Christina | S. | NV |
| 1835 | Christopher | T. | NY |
| 1837 | Douglas | C. | NV |
| 1838 | Enrique | H. | CA |
| 1839 | Erica | Z. | VA |
| 1840 | Ernestine | E. | CA |
| 1842 | Gerard | P. | IN |
| 1845 | Jeffrey | W. | NY |
| 1849 | Kaylin | M. | WA |
| 1852 | Lillyan | G. | NV |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1854 | Marco | D. | CA |
| 1855 | Robert | C. | PA |
| 1859 | Wendy | W. | NY |
| 1862 | Carol | B. | PA |
| 1863 | Carol | E. | NC |
| 1864 | Christopher | G. | CA |
| 1865 | Daniel | K. | VT |
| 1869 | Elizabeth | F. | CA |
| 1871 | Evan | H. | NY |
| 1872 | Feei-Ching | C. | NY |
| 1874 | George | N. | AZ |
| 1875 | Hui | N. | IN |
| 1876 | Jabari | S. | GA |
| 1877 | Jack | N. | NY |
| 1881 | Jenna | W. | CA |
| 1885 | Jonathan | T. | TX |
| 1886 | Joseph | D. | NJ |
| 1890 | Julia | M. | CO |
| 1891 | Katherine | K. | GA |
| 1892 | Kelsea | K. | NV |
| 1893 | Kikelomo | B. | TX |
| 1894 | Krystal | A. | AL |
| 1896 | Kyle | M. | CO |
| 1898 | Liam | S. | CA |
| 1899 | Lisa | R. | FL |
| 1900 | Mark | G. | IN |
| 1901 | Marvin | K. | GA |
| 1902 | Maryland | V. | VA |
| 1903 | Nekeya | O. | KS |
| 1904 | Oksana | G. | CA |
| 1905 | Pamela | R. | VA |
| 1906 | Paul | R. | FL |
| 1907 | Paul | W. | CA |
| 1908 | Phyllis | H. | VA |
| 1910 | Reagan | W. | CA |
| 1911 | Robert | W. | SC |
| 1914 | Sharon | K. | PA |
| 1915 | Stephen | S. | MA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1916 | Steven | O. | PA |
| 1917 | Thomas | U. | CO |
| 1919 | Jayeong | Y. | UT |
| 1920 | Johmeil | M. | NY |
| 1922 | Max | P. | OK |
| 1923 | Ronald | N. | MA |
| 1925 | James | W. | MA |
| 1930 | Mark | P. | SC |
| 1931 | Oleg | B. | WA |
| 1932 | Robert | O. | OR |
| 1933 | Sarah | D. | GA |
| 1934 | Sarah | W. | IL |
| 1935 | Yujin | K. | TX |
| 1938 | Braven | M. | FL |
| 1941 | Damon | R. | NV |
| 1944 | Ekaterina | S. | PA |
| 1945 | Evan | O. | CA |
| 1946 | Gavin | S. | MS |
| 1947 | Geoffrey | M. | CA |
| 1948 | Gregory | K. | CA |
| 1951 | Ilya | S. | PA |
| 1953 | John | S. | VA |
| 1954 | Julia | R. | FL |
| 1957 | Midori | K. | NY |
| 1960 | Riwanto | M. | NY |
| 1965 | Steven | W. | VA |
| 1966 | Trina | D. | CA |
| 1967 | Valarie | S. | NY |
| 1968 | Carla | R. | TX |
| 1969 | Cristina | W. | FL |
| 1970 | Dax | K. | CA |
| 1971 | Douglas | T. | NC |
| 1972 | Gregory | H. | OH |
| 1973 | Jason | P. | TX |
| 1974 | Jennifer | J. | NY |
| 1975 | Katherine | B. | VA |
| 1977 | Peter | I. | VA |
| 1978 | Sean | T. | FL |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 1979 | Sherrie | H. | OH |
| 1982 | Richard | K. | NH |
| 1983 | Robin | P. | MI |
| 1984 | Karl | P. | MI |
| 1985 | Daryl | D. | TN |
| 1986 | Sherry | D. | TN |
| 1987 | Bryan | D. | IN |
| 1988 | Deloris | D. | NC |
| 1989 | Daniel | H. | FL |
| 1990 | Andrew | R. | SC |
| 1991 | Christopher | C. | NE |
| 1992 | Darian | D. | NJ |
| 1993 | Gary | S. | PA |
| 1995 | Francis | O. | CT |
| 1997 | Charles | C. | NY |
| 1999 | Bruce | H. | NC |
| 2000 | Marilyn | H. | NC |
| 2001 | Nora | M. | OH |
| 2002 | Horace | J. | OH |
| 2003 | Tuan | L. | NJ |
| 2004 | Viviana | T. | NJ |
| 2005 | Peter | F. | TX |
| 2006 | Cynthia | T. | VA |
| 2009 | John | F. | FL |
| 2010 | Paul | R. | WA |
| 2011 | Jona | H. | KY |
| 2012 | Maryland | V. | NY |
| 2013 | Ryan | R. | OR |
| 2015 | Sandra | H. | NJ |
| 2016 | Bette | T. | NC |
| 2017 | James | D. | FL |
| 2019 | Robert | B. | TX |
| 2020 | Dianne | M. | CA |
| 2021 | Christopher | M. | IA |
| 2022 | Leslie | B. | CA |
| 2023 | Connie | M. | FL |
| 2025 | Kweku | B. | MD |
| 2026 | Jacqueline | C. | NJ |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2027 | Tracy | M. | MI |
| 2029 | Jaime | M. | FL |
| 2030 | Egidio | G. | FL |
| 2032 | Nancy | C. | NJ |
| 2037 | Sara | K. | MD |
| 2038 | Stephen | K. | MD |
| 2044 | Tommy | J. | TX |
| 2045 | Sherri | C. | NV |
| 2046 | Yansey | D. | NV |
| 2047 | Adriana | R. | NV |
| 2048 | Diane | C. | NV |
| 2050 | Ashley | L. | NV |
| 2051 | Martha | L. | NV |
| 2053 | Scott | S. | NV |
| 2054 | Nina | S. | NV |
| 2055 | Scott | F. | NV |
| 2056 | Daphne | B. | TX |
| 2057 | Irene | N. | NV |
| 2058 | Lance | N. | NV |
| 2059 | Brian | C. | VA |
| 2060 | Lawrence | H. | IL |
| 2061 | Marshel | H. | IL |
| 2062 | Barbara | U. | MO |
| 2063 | Alexander | E. | FL |
| 2064 | Corey | M. | NJ |
| 2065 | Rex | J. | CA |
| 2066 | Randall | K. | TX |
| 2067 | Julie | K. | TX |
| 2068 | David | R. | OK |
| 2070 | Cara | C. | VA |
| 2071 | Kevin | L. | OR |
| 2073 | Yasemin | A. | NJ |
| 2074 | Michael | B. | CA |
| 2075 | Linda | T. | CA |
| 2076 | Guochun | L. | MA |
| 2077 | Beau | B. | CO |
| 2079 | Ronald | L. | IN |
| 2080 | Zachary | M. | GA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 2081 | Sasha | M. | GA |
| 2082 | Yvonne | W. | TX |
| 2084 | Paul | L. | VA |
| 2085 | Marjorie | G. | AZ |
| 2086 | Ali | T. | CA |
| 2087 | Troy | D. | OK |
| 2088 | Christopher | V. | FL |
| 2089 | Deron | C. | MO |
| 2090 | Charles | I. | MA |
| 2091 | Hershula | D. | SC |
| 2093 | Jannine | S. | NH |
| 2094 | Kasra | H. | MA |
| 2095 | Mahsa | H. | MA |
| 2097 | Kenneth | M. | UT |
| 2100 | Richard | B. | MA |
| 2101 | Nancy | M. | VA |
| 2102 | Katrin | K. | NY |
| 2103 | Stuart | T. | PA |
| 2107 | Tamika | J. | CA |
| 2109 | Roxanne | E. | NV |
| 2112 | James | H. | NV |
| 2114 | Roderick | C. | NV |
| 2117 | Lauren | D. | MI |
| 2119 | Randall | R. | OH |
| 2120 | Sandra | R. | OH |
| 2122 | Willie-Washington: | W. | NV |
| 2123 | Kimberly | W. | NV |
| 2126 | Leanne | M. | FL |
| 2127 | Karl-Alan: | M. | FL |
| 2128 | Marilyn | G. | FL |
| 2129 | Joshua | G. | FL |
| 2130 | James | K. | MD |
| 2131 | Linda | K. | MD |
| 2132 | Dmytro | P. | NY |
| 2133 | Roberta | R. | CA |
| 2134 | Nicholas | A. | WA |
| 2135 | Chase | M. | SD |
| 2136 | Peter | J. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2138 | Robert | J. | WA |
| 2139 | Chikita | S. | DC |
| 2140 | Deepa | B. | CA |
| 2141 | Nicolette | S. | CA |
| 2143 | Rosemarie | C. | MI |
| 2145 | Merion | F. | NV |
| 2146 | Fortunato | J. | NV |
| 2148 | Raynette-Lin | F. | NV |
| 2150 | Michelle | R. | CA |
| 2151 | David | G. | FL |
| 2152 | Erin | G. | FL |
| 2153 | Jessica | M. | WA |
| 2154 | Joseph | M. | WA |
| 2157 | Beverly | H. | IL |
| 2158 | John | R. | WA |
| 2161 | Ivy | M. | UT |
| 2162 | Jacqueline | G. | TN |
| 2163 | Juliet | D. | MD |
| 2164 | Colin | S. | MO |
| 2167 | Akiko | M. | PA |
| 2169 | Lucille | P. | MD |
| 2170 | Matthew | P. | FL |
| 2173 | Thomas | M. | FL |
| 2175 | Cheryl | W. | CA |
| 2176 | Linda | H. | TX |
| 2177 | Linda | P. | CA |
| 2178 | Rowene | H. | NY |
| 2179 | James | H. | NY |
| 2180 | Phoebe | L. | CA |
| 2181 | Stan | L. | MA |
| 2182 | Maureen | A. | PA |
| 2184 | Kathleen | T. | MA |
| 2185 | Paul | S. | CA |
| 2186 | Jack | M. | NC |
| 2187 | Darren | A. | FL |
| 2188 | Jim | M. | PA |
| 2190 | Hitasha | M. | CA |
| 2191 | Anna | G. | OK |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2192 | Paria | T. | VA |
| 2195 | Erica | G. | CT |
| 2196 | Vicki | H. | WI |
| 2201 | Vicki | P. | WY |
| 2202 | Daniel | T. | UT |
| 2205 | John | L. | CA |
| 2206 | Firat | G. | OK |
| 2207 | Diana | L. | CA |
| 2209 | Anslem | D. | MD |
| 2210 | Joseph | R. | OR |
| 2211 | James | W. | FL |
| 2212 | Faye | S. | SC |
| 2213 | Dolores | B. | MI |
| 2214 | Manikandan | R. | CA |
| 2215 | Gandhimathi | M. | CA |
| 2218 | Mansa | B. | MD |
| 2219 | Mary | T. | MI |
| 2220 | John | S. | TX |
| 2222 | Patricia | T. | CA |
| 2224 | David | T. | CA |
| 2225 | Alexander | C. | MA |
| 2226 | Zachary | C. | CA |
| 2227 | Bryan | B. | GA |
| 2228 | Shaa | C. | MA |
| 2229 | Naomi | R. | KY |
| 2230 | William | R. | KY |
| 2231 | Jessica | S. | GA |
| 2232 | Jon | A. | CO |
| 2233 | James | S. | AZ |
| 2234 | Robert | B. | HI |
| 2235 | Elena | E. | NV |
| 2236 | Martin | H. | IL |
| 2237 | Alison | B. | CO |
| 2238 | Mariann | S. | CO |
| 2239 | Rodney | H. | UT |
| 2240 | Sidney | W. | CA |
| 2244 | Yolanda | N. | CA |
| 2245 | Wilson | C. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2247 | Tena | G. | CA |
| 2248 | Steven | M. | CA |
| 2249 | Sandra | M. | CA |
| 2250 | Steffanie | T. | CA |
| 2251 | Sabina | A. | CA |
| 2252 | Richard | N. | CA |
| 2253 | Raul | B. | CA |
| 2254 | Monica | S. | CA |
| 2258 | Linda | S. | CA |
| 2259 | Junius | N. | CA |
| 2261 | Eula | D. | CA |
| 2264 | David | A. | CA |
| 2266 | Cynthia | J. | CA |
| 2268 | Christine | Q. | CA |
| 2269 | Christine | N. | CA |
| 2272 | Andrew | R. | CA |
| 2273 | Alicia | W. | TX |
| 2274 | Hamid | M. | MS |
| 2275 | Rosemary | F. | FL |
| 2276 | Todd | N. | WA |
| 2278 | Kevin | F. | FL |
| 2282 | Steve | R. | CO |
| 2284 | Fatima | R. | NV |
| 2285 | Fara | R. | NV |
| 2286 | Felix | R. | NV |
| 2287 | Dennis | M. | CA |
| 2289 | Alexey | T. | WA |
| 2290 | Jeremy | A. | CA |
| 2291 | Sharon | R. | MO |
| 2292 | Allen | M. | MN |
| 2293 | Anna | O. | WI |
| 2294 | Peter | C. | NH |
| 2296 | Jerome | G. | MI |
| 2297 | Judith | G. | MI |
| 2298 | Haneef | A. | NJ |
| 2299 | Daniel | O. | NY |
| 2300 | Alibrando | P. | CA |
| 2301 | Natalie | N. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2302 | William | H. | NY |
| 2303 | George | G. | NY |
| 2305 | Yusef | A. | PA |
| 2306 | Hunter | S. | KY |
| 2307 | Wesley | S. | KY |
| 2308 | Jabrina | B. | IL |
| 2309 | Mark | B. | CA |
| 2311 | Francesca | A. | MA |
| 2312 | Immaculata | G. | MA |
| 2313 | Edward | . | MA |
| 2314 | Jose | V. | GA |
| 2317 | Jeffrey | D. | CO |
| 2318 | Kevin | B. | HI |
| 2319 | John | J. | OH |
| 2321 | Suzanne | O. | NJ |
| 2322 | Sarah | S. | TX |
| 2324 | Laurence | I. | WA |
| 2325 | Delight | R. | WA |
| 2327 | Collin | C. | GA |
| 2329 | Justin | C. | MA |
| 2330 | George | J. | NC |
| 2331 | Jeremy | H. | NY |
| 2333 | Audrey | J. | NV |
| 2334 | Darrel | J. | NV |
| 2336 | Sergio | V. | NV |
| 2340 | Ernesto | C. | NV |
| 2341 | Lorenzo | S. | CA |
| 2342 | Senja | G. | TX |
| 2343 | Carol | M. | MA |
| 2344 | Karl | G. | CA |
| 2345 | Gloria | T. | CA |
| 2346 | Susan | B. | MN |
| 2347 | Eric | W. | MN |
| 2348 | Zareh | S. | CA |
| 2351 | Thomas | M. | PA |
| 2352 | Cindy | H. | PA |
| 2355 | Charles: | J. | FL |
| 2356 | Brett | J. | NY |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2359 | Dana | L. | TX |
| 2360 | Monique | F. | FL |
| 2361 | Raivis | K. | CA |
| 2362 | Sukaina | S. | WA |
| 2363 | Christopher | M. | UT |
| 2364 | Lynda | M. | UT |
| 2367 | Hsiu-Wei | L. | CA |
| 2368 | Pamela | N. | NC |
| 2369 | Wesley | H. | OH |
| 2371 | Tyree | L. | CA |
| 2373 | Camille | C. | FL |
| 2374 | Lynette | C. | FL |
| 2376 | Jingquan | L. | NY |
| 2377 | Sai | L. | MI |
| 2378 | Joseph | B. | CA |
| 2380 | John | C. | PA |
| 2381 | Nicholas | S. | MN |
| 2382 | Cathryn | S. | PA |
| 2383 | Lydia | O. | CA |
| 2384 | Mario | O. | CA |
| 2385 | Samar | S. | CA |
| 2387 | Tamara | J. | OK |
| 2389 | Steven | A. | OR |
| 2390 | Janet | A. | OR |
| 2391 | Brittany | M. | UT |
| 2393 | Sohail | A. | NY |
| 2395 | Kenneth | S. | AE |
| 2397 | Mark | E. | TX |
| 2399 | Karen | F. | LA |
| 2401 | Justin | D. | MD |
| 2404 | Christine | R. | WA |
| 2405 | Christopher | R. | KY |
| 2408 | Christopher | R. | CO |
| 2409 | Angela | W. | MA |
| 2410 | Aravinthan | S. | MA |
| 2412 | Barbara | N. | NY |
| 2415 | Heidi | H. | CA |
| 2416 | Sharon | T. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2417 | Steven | H. | CA |
| 2418 | Ronald | J. | CA |
| 2419 | George | K. | MN |
| 2421 | Nathaniel | F. | MA |
| 2424 | Yulia | P. | WA |
| 2425 | Robert | C. | OK |
| 2427 | Marsha | C. | OK |
| 2428 | Shontia | J. | FL |
| 2430 | Margot | R. | MD |
| 2433 | Dawn | S. | CA |
| 2434 | Floyd | T. | CA |
| 2437 | Maksim | L. | WA |
| 2438 | Edward | F. | MI |
| 2441 | Brian | H. | OH |
| 2443 | Clay | B. | WA |
| 2445 | Diana | A. | PA |
| 2448 | James | F. | PA |
| 2449 | James | M. | TX |
| 2450 | James | F. | TN |
| 2452 | John | C. | AZ |
| 2453 | Julie | E. | TN |
| 2454 | Ken | O. | MO |
| 2455 | Lisa | M. | PA |
| 2458 | Minal | G. | OK |
| 2459 | Richard | E. | VA |
| 2460 | Ruby | F. | PA |
| 2461 | Shawn | R. | AR |
| 2462 | Stephanie | F. | PA |
| 2464 | Vincent | B. | NV |
| 2465 | Vishal | G. | OK |
| 2466 | Charles | D. | ID |
| 2467 | Bryan | K. | KS |
| 2469 | Noah | S. | OH |
| 2472 | William | F. | CA |
| 2473 | Jonathan | W. | TN |
| 2475 | Richard-Leroy: | J. | CA |
| 2477 | Christian | F. | PA |
| 2478 | Shaina | P. | NV |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2480 | Michael | P. | IL |
| 2481 | Cedric | E. | FL |
| 2482 | Karen | B. | MD |
| 2483 | Stephen | H. | NC |
| 2484 | Susan | H. | NC |
| 2485 | Henrietta | B. | LA |
| 2486 | Bradley | A. | CA |
| 2487 | Ans | I. | DC |
| 2488 | Gael | C. | CA |
| 2489 | Heidi | C. | CA |
| 2491 | Brian | H. | KY |
| 2492 | Rose | L. | MD |
| 2493 | James | B. | IN |
| 2497 | Walter | F. | CO |
| 2498 | Julie | C. | MN |
| 2499 | Patricia | C. | DE |
| 2500 | Frank | F. | CO |
| 2501 | Kelly | R. | CO |
| 2502 | Deborah | P. | IL |
| 2503 | Harrison | G. | NY |
| 2504 | Devin | H. | WA |
| 2505 | Wade | W. | MD |
| 2506 | Anna | D. | WA |
| 2507 | Terence | T. | NY |
| 2508 | Dorothy | T. | NY |
| 2509 | Tiana | C. | DE |
| 2510 | Cindy | A. | TX |
| 2511 | Craig | H. | FL |
| 2512 | Justin | W. | CA |
| 2513 | Steven | C. | FL |
| 2514 | Sarah | W. | CA |
| 2516 | Kendall | M. | TX |
| 2517 | Eric | J. | FL |
| 2518 | Barbara | G. | MD |
| 2519 | Judith | C. | MD |
| 2522 | Adil | K. | NJ |
| 2523 | Siarhei | H. | NC |
| 2524 | Timothy | R. | WI |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2530 | Sing | Y. | NY |
| 2532 | Ah | L. | NY |
| 2533 | Melissa | L. | IA |
| 2534 | Christopher | L. | IA |
| 2535 | Nathaniel | J. | FL |
| 2536 | Jared | B. | FL |
| 2537 | Leslie | Y. | FL |
| 2538 | Lin | Y. | CO |
| 2539 | David | H. | CO |
| 2540 | Francine | S. | NJ |
| 2541 | Mary | S. | VA |
| 2542 | Norman | C. | MI |
| 2543 | Edith | C. | MI |
| 2544 | Brian | W. | MI |
| 2545 | Jo | C. | NC |
| 2546 | Michael | C. | NC |
| 2548 | Tong | Z. | NY |
| 2549 | Hua | Z. | NY |
| 2551 | Ai | Z. | NY |
| 2552 | Donald | B. | TN |
| 2553 | Ecieno | C. | FL |
| 2554 | Yuriy | T. | CA |
| 2555 | Yelena | O. | CA |
| 2556 | Aleksandr | O. | CA |
| 2557 | Kimberly | G. | TN |
| 2558 | Reem | H. | MA |
| 2559 | Mark | S. | VA |
| 2560 | Marcia | C. | FL |
| 2562 | Daniel | C. | NJ |
| 2563 | Sheila | S. | OH |
| 2564 | Brett | S. | OH |
| 2565 | Caitlin | H. | OR |
| 2567 | Jodi | C. | OR |
| 2568 | Matthew | M. | NC |
| 2569 | Bettina | H. | NC |
| 2570 | Mallory | C. | OR |
| 2573 | Bernard | S. | IL |
| 2574 | Brian | G. | MI |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2575 | Jodi | H. | CA |
| 2577 | Matthew | R. | MI |
| 2578 | Krista | P. | CT |
| 2579 | Diana | L. | VA |
| 2580 | Stacey | S. | VA |
| 2581 | Cortney | S. | PA |
| 2582 | Michael | T. | PA |
| 2583 | Adam | R. | VA |
| 2584 | Dominick | J. | FL |
| 2585 | Karen | V. | FL |
| 2586 | Rayon | B. | NJ |
| 2587 | Di | W. | TX |
| 2588 | Xue | D. | TX |
| 2589 | John | R. | AZ |
| 2591 | Julianne | P. | WA |
| 2592 | Beth | M. | AZ |
| 2593 | Connie | D. | AZ |
| 2594 | Curtis | B. | AZ |
| 2595 | Kevin | C. | NY |
| 2596 | Jessie | S. | TX |
| 2597 | Susan | S. | TX |
| 2598 | William | F. | CA |
| 2599 | Charles | F. | IL |
| 2603 | Todd | P. | CT |
| 2605 | Vickie | B. | IN |
| 2606 | Laura | K. | NJ |
| 2609 | Sarah | C. | IL |
| 2610 | Peter | C. | IL |
| 2612 | Thomas | R. | NV |
| 2613 | Jeffrey | W. | LA |
| 2614 | Jyh-Kai | W. | LA |
| 2615 | Tong-Chai | W. | LA |
| 2617 | Sara | P. | UT |
| 2622 | Keenan | E. | MD |
| 2623 | Sarah | A. | NY |
| 2626 | Robert | B. | MA |
| 2627 | Ryan | D. | VA |
| 2630 | Ali | M. | NY |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 2632 | Rebecca | E. | WA |
| 2634 | Milton | S. | FL |
| 2635 | Linda | S. | FL |
| 2636 | Roxly | Z. | CA |
| 2637 | Stephanie | B. | OH |
| 2638 | Thomas | B. | OH |
| 2640 | William | I. | OH |
| 2641 | Daed | N. | NY |
| 2642 | Ammar | M. | NY |
| 2643 | Youssef | M. | NY |
| 2644 | Bachar | M. | NY |
| 2645 | Russell | M. | TX |
| 2647 | Angel | G. | CA |
| 2648 | Michael | S. | OH |
| 2650 | Angel | H. | OH |
| 2653 | Briana | B. | OH |
| 2655 | Gregory | F. | OH |
| 2656 | Thaddeus | W. | PA |
| 2657 | Laura | W. | PA |
| 2658 | Ruel | S. | FL |
| 2663 | Shani | H. | OH |
| 2664 | George | N. | FL |
| 2665 | Stella | N. | FL |
| 2666 | Milagros | N. | FL |
| 2667 | Arthur | N. | FL |
| 2670 | Meghan | H. | VA |
| 2671 | Odis | I. | VA |
| 2672 | Hollie | M. | GA |
| 2673 | Michael | M. | GA |
| 2674 | Ruth | Z. | VA |
| 2676 | Gary | V. | VA |
| 2677 | Dorothy | S. | NC |
| 2678 | Virginia | F. | NC |
| 2680 | Jennifer | C. | MT |
| 2681 | Audrey | C. | MT |
| 2683 | James | J. | NY |
| 2684 | Jessica | B. | ME |
| 2686 | Kathy | W. | WA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2689 | Brenda | W. | CA |
| 2690 | William | V. | GA |
| 2691 | Michael | M. | NY |
| 2692 | Donna | F. | MN |
| 2694 | Jon | N. | FL |
| 2695 | Nicholas | W. | CO |
| 2696 | Courtney | M. | GA |
| 2697 | Sangeeta | N. | DC |
| 2698 | Ivo | K. | DC |
| 2699 | Andrea | M. | FL |
| 2700 | Robert | W. | FL |
| 2703 | Sheryl | W. | WA |
| 2704 | Ryan | R. | WA |
| 2707 | John | T. | NJ |
| 2708 | Michael | G. | CA |
| 2709 | Jessica | B. | IL |
| 2710 | Christopher | B. | IL |
| 2711 | Wendy | B. | CO |
| 2712 | Steven | B. | CO |
| 2714 | William | B. | CA |
| 2716 | Jeffrey | J. | IL |
| 2717 | Kameo | T. | OH |
| 2718 | Gary | C. | IL |
| 2720 | Laura | J. | IL |
| 2722 | Jon | H. | IL |
| 2724 | Christian | D. | WA |
| 2725 | Elana | K. | PA |
| 2727 | Lauren | W. | OH |
| 2728 | Andrei | M. | NY |
| 2730 | Jocelyn | Y. | WA |
| 2731 | Joshua | M. | WA |
| 2732 | Travis | H. | TX |
| 2734 | David | E. | TX |
| 2736 | Sebastian | R. | CA |
| 2737 | Marilyn | M. | SD |
| 2739 | Daniele | I. | IL |
| 2742 | Tiffany | S. | CA |
| 2744 | Domininc | P. | TX |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2745 | Treyvion | H. | OH |
| 2747 | Howard | J. | WA |
| 2748 | Andrew | C. | IL |
| 2749 | Diane | F. | VA |
| 2751 | Adriel | A. | CA |
| 2753 | Tadele | A. | CA |
| 2754 | Taiesha | B. | NC |
| 2755 | Trudy | S. | SD |
| 2756 | Stepehn | D. | SD |
| 2757 | Jemor | B. | NC |
| 2759 | Stacy | L. | MO |
| 2760 | Darlene | T. | AL |
| 2761 | John | C. | LA |
| 2763 | Eleanor | M. | MI |
| 2764 | John | W. | RI |
| 2765 | Barbara | L. | MO |
| 2766 | Timothy | L. | MO |
| 2767 | William | L. | MO |
| 2768 | Helen | H. | PA |
| 2769 | Colleen | B. | PA |
| 2770 | Robert | F. | NY |
| 2771 | Ronald | B. | PA |
| 2773 | Matthew | R. | NY |
| 2774 | Steven | D. | CA |
| 2775 | Shahram | K. | MI |
| 2776 | Po | W. | TX |
| 2777 | Carol | D. | OH |
| 2779 | Jacqueline | G. | OH |
| 2781 | Robert | L. | FL |
| 2782 | Bre'Ona | H. | OH |
| 2783 | Paulo | A. | AZ |
| 2784 | Alexander | B. | WA |
| 2786 | Ashish | S. | WA |
| 2789 | Lily | L. | CA |
| 2790 | Branden | B. | FL |
| 2791 | Nicolette | B. | FL |
| 2792 | Carol | D. | CO |
| 2793 | Timothy | D. | CO |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2794 | Nancy | S. | MD |
| 2795 | Dorothy | R. | IL |
| 2796 | Bakeerathan | T. | NY |
| 2797 | Rasakumaran | M. | NY |
| 2798 | Joseph | R. | IL |
| 2799 | Adam | C. | NC |
| 2801 | Lila | C. | NC |
| 2804 | Nicholas | L. | MD |
| 2805 | Elyssa | K. | NY |
| 2806 | Nancy | K. | PA |
| 2807 | Douglas | L. | CT |
| 2810 | Steven | J. | CA |
| 2811 | Gabrielle | D. | RI |
| 2812 | Jennifer | F. | VA |
| 2813 | Regina | J. | WA |
| 2814 | Stephen | B. | NY |
| 2818 | Melody | O. | GA |
| 2820 | Scott | G. | GA |
| 2822 | Becky | R. | OH |
| 2823 | Romello | M. | AZ |
| 2824 | Randell | C. | MO |
| 2825 | Dinae | C. | MO |
| 2827 | Cheyanne | H. | CO |
| 2828 | Peter | G. | SC |
| 2829 | Ranilesh | P. | CA |
| 2830 | Aleksandra | S. | NC |
| 2831 | Justin | D. | NC |
| 2833 | Joan | W. | PA |
| 2834 | Joanne | G. | WA |
| 2835 | Carol | S. | NJ |
| 2836 | Peter | F. | MA |
| 2837 | Sandra | N. | OH |
| 2839 | William | L. | NV |
| 2840 | Douglas | N. | CO |
| 2842 | Caron | H. | CO |
| 2843 | Alan | M. | OR |
| 2844 | Ronald | W. | MI |
| 2845 | Vicky | W. | MI |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 2847 | William | H. | CT |
| 2852 | Jack | L. | VA |
| 2853 | Suzanne | B. | LA |
| 2854 | Karen | M. | MD |
| 2855 | Mary | B. | DC |
| 2857 | Wendy | Q. | NY |
| 2858 | Abby | Q. | TX |
| 2859 | Alexander | R. | CA |
| 2861 | Crystal | M. | CA |
| 2862 | Jeremy | M. | CA |
| 2863 | Roland | W. | OR |
| 2864 | Tanya | C. | NJ |
| 2865 | Danielle | C. | NJ |
| 2868 | Clarence | B. | AZ |
| 2869 | Phyllis | B. | NY |
| 2870 | Neil | J. | SD |
| 2872 | Jimmie | B. | IL |
| 2873 | Poorna | R. | CA |
| 2875 | Michael | N. | DE |
| 2880 | Muhammad | D. | FL |
| 2881 | Keith | J. | VA |
| 2882 | Angela | A. | VA |
| 2885 | Jemy | A. | CA |
| 2886 | Julie | L. | PA |
| 2887 | Wallace | J. | PA |
| 2888 | David | L. | MA |
| 2890 | Douglas | T. | NC |
| 2892 | Lynn | N. | DE |
| 2893 | Robert | L. | CA |
| 2895 | Samone | H. | AZ |
| 2896 | Carol | D. | MD |
| 2897 | Alexia | R. | CA |
| 2899 | Vincent | G. | CA |
| 2900 | Keith | L. | NC |
| 2901 | Mark | B. | NC |
| 2902 | Amanda | B. | NC |
| 2903 | Shea | F. | TX |
| 2904 | Ryan | H. | MD |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2905 | Jeanene | L. | CA |
| 2906 | Joyce | G. | VA |
| 2907 | Destinee | L. | AZ |
| 2909 | Bonnie | P. | UT |
| 2910 | Dirk | P. | UT |
| 2911 | Roger | S. | ND |
| 2912 | Shauchenka | D. | CA |
| 2917 | Michael | V. | NV |
| 2918 | Erlinda | C. | NV |
| 2920 | Alafijia | T. | MD |
| 2921 | Jason | M. | CO |
| 2923 | Harvey | C. | NJ |
| 2924 | Joseph | C. | NJ |
| 2925 | Joyce | C. | NJ |
| 2926 | Jasmine | B. | NJ |
| 2927 | Farshid | B. | NJ |
| 2928 | David | C. | PA |
| 2930 | Terrace | E. | CA |
| 2931 | Jared | H. | NE |
| 2932 | Sara | H. | NE |
| 2933 | Darlla | B. | SD |
| 2934 | Sydney | K. | NC |
| 2935 | Yajuan | C. | CA |
| 2936 | Yolanda | P. | SC |
| 2938 | Erik | O. | TN |
| 2939 | Pamela | E. | MI |
| 2940 | Alice | J. | IN |
| 2942 | Kathleen | Z. | NJ |
| 2943 | David | H. | CA |
| 2944 | Jacqueline | S. | IL |
| 2945 | Faisal | M. | VA |
| 2946 | Nadya | M. | VA |
| 2947 | Megan | S. | PA |
| 2948 | Debra | S. | PA |
| 2949 | Steven | S. | PA |
| 2951 | Herbert | J. | NC |
| 2952 | Mark | R. | LA |
| 2953 | Carol | H. | KS |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 2954 | Gregory | H. | KS |
| 2955 | Hongbo | T. | CA |
| 2960 | Kathleen | G. | NJ |
| 2962 | Patricia | B. | CA |
| 2963 | Krista | C. | MD |
| 2965 | David | C. | FL |
| 2966 | Sandra | M. | GA |
| 2968 | Michael | H. | VA |
| 2970 | Kasha | H. | VA |
| 2971 | Lois | S. | VA |
| 2972 | James | S. | VA |
| 2973 | Anthony | J. | FL |
| 2976 | Thomas | C. | TX |
| 2978 | Mary | H. | MN |
| 2979 | Lynne | H. | MD |
| 2980 | Mable | D. | NC |
| 2981 | Marian | D. | NC |
| 2983 | Bartram | N. | IL |
| 2986 | Kateryna | S. | CA |
| 2987 | Richard | B. | MD |
| 2988 | Teresa | B. | OK |
| 2989 | Mia | H. | PA |
| 2990 | Robert | F. | PA |
| 2991 | Beth | W. | NY |
| 2993 | Keith | A. | HI |
| 2994 | Darren | V. | IL |
| 2995 | Sierra | C. | TN |
| 2996 | Alexander | B. | CO |
| 2997 | Dianne | C. | FL |
| 2998 | Eric | C. | MD |
| 3002 | Riva | S. | NY |
| 3003 | Sophia | B. | CA |
| 3004 | John | P. | NY |
| 3005 | Sheryl | H. | UT |
| 3007 | Eric | A. | CA |
| 3008 | Rohan | W. | NY |
| 3009 | Rachael | N. | NJ |
| 3010 | Lorene | M. | FL |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3011 | Lauren | P. | IL |
| 3013 | Harold | J. | PA |
| 3015 | Thomas | W. | CT |
| 3016 | Bruce | T. | IL |
| 3017 | Gerard | B. | IL |
| 3018 | Donna | B. | IL |
| 3020 | Martin | C. | NY |
| 3023 | Toni | S. | WI |
| 3024 | Francesco | P. | NJ |
| 3025 | Deena | J. | NJ |
| 3026 | David | W. | NY |
| 3027 | Kristen | H. | WA |
| 3028 | Matthew | H. | WA |
| 3031 | Claria | P. | VA |
| 3032 | Jonathan | M. | VA |
| 3039 | Eltonia | P. | TN |
| 3040 | Donald | D. | FL |
| 3049 | Rhonda | H. | MI |
| 3050 | Kimberly | R. | MN |
| 3052 | Megan | E. | MI |
| 3053 | Thomas | B. | PA |
| 3057 | Hamidreza | N. | CA |
| 3058 | Barbara | M. | SC |
| 3059 | Elliott | L. | MN |
| 3060 | Douglas | E. | MI |
| 3061 | Alelie | R. | CA |
| 3062 | Stephon | H. | TX |
| 3063 | Joanna | K. | TX |
| 3065 | Robert | D. | WA |
| 3067 | Ingrid | J. | CO |
| 3069 | Cathy | C. | MA |
| 3071 | Julie | P. | OH |
| 3072 | Gary | C. | OH |
| 3073 | William | L. | MA |
| 3076 | John | P. | ME |
| 3077 | Jacob | D. | CA |
| 3079 | Diane | T. | NY |
| 3080 | Kyle | W. | CT |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 3081 | Daniel | T. | CA |
| 3082 | Marika | W. | CT |
| 3083 | Donald | M. | PA |
| 3085 | Craig | W. | CT |
| 3086 | Justin | M. | NY |
| 3087 | Clarissa | M. | NY |
| 3090 | Ryan | W. | MT |
| 3091 | Bobby | R. | TX |
| 3092 | Randal | K. | MI |
| 3094 | Carmen | C. | FL |
| 3095 | Helen | B. | VA |
| 3096 | Benjamin | V. | MD |
| 3097 | Priti | B. | MD |
| 3099 | Julia | P. | VA |
| 3100 | Mykola | S. | CO |
| 3101 | Lyudmyla | S. | CO |
| 3104 | Hyok-Hee | Y. | MD |
| 3105 | Daniel | J. | NY |
| 3106 | Misty | B. | TX |
| 3107 | India | W. | MO |
| 3108 | Jeremy | R. | NJ |
| 3109 | Christine | R. | NJ |
| 3111 | Mehrdad | N. | CA |
| 3113 | Roslyn | B. | MD |
| 3117 | Michael | B. | CO |
| 3118 | Paul | P. | TX |
| 3119 | Jeremiah | V. | SC |
| 3121 | Ian | M. | CA |
| 3122 | Paula | S. | IN |
| 3123 | Marc | S. | IN |
| 3126 | Nina | H. | IN |
| 3127 | Eldon | H. | IN |
| 3128 | Andrew | B. | CA |
| 3129 | Kathryn | C. | CA |
| 3130 | Robert | S. | CA |
| 3131 | Masada | D. | CA |
| 3132 | Kathleen | M. | MA |
| 3133 | Andrew | G. | MA |

Case 1:17-md-02800-TWT Document 1128-7 Filed 05/29/20 Page 1027 of 1183
Case 1:17-md-02800-TWT Document 957 Filed 05/23/20 Page 27 of 36
Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3134 | Sharon | A. | CA |
| 3136 | Angela | P. | NJ |
| 3137 | David | P. | NJ |
| 3138 | Bruce | B. | GA |
| 3139 | Mary | M. | AR |
| 3140 | Michael | H. | CA |
| 3141 | Khoa | N. | VA |
| 3142 | Eshagh | A. | CA |
| 3143 | Clark | H. | IN |
| 3144 | Victoria | Z. | MD |
| 3145 | Stephen | D. | PA |
| 3146 | Christopher | N. | CA |
| 3150 | Sunrise | L. | MI |
| 3151 | Elgin | W. | TX |
| 3152 | Carole | W. | TX |
| 3153 | Barbara | L. | FL |
| 3154 | Drake | B. | FL |
| 3157 | David | D. | NY |
| 3158 | Kevin | B. | UT |
| 3159 | Samantha | M. | CT |
| 3160 | Kapil | G. | NJ |
| 3162 | Mark | M. | TX |
| 3163 | Paula | A. | WI |
| 3164 | Thomas | V. | CA |
| 3165 | Barbara | R. | WI |
| 3166 | Jeannette | A. | OH |
| 3167 | Arthur | G. | MI |
| 3168 | Darvin | J. | MD |
| 3169 | Bradley | M. | GA |
| 3171 | Jasmine | W. | NY |
| 3172 | Franklin | I. | OH |
| 3173 | Johnathan | P. | FL |
| 3174 | William | T. | FL |
| 3175 | Juan | D. | FL |
| 3176 | Jeanna | P. | FL |
| 3177 | Jose | P. | FL |
| 3178 | Jackelyn | P. | FL |
| 3179 | Aminta | C. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3180 | Roman | C. | CA |
| 3183 | Amanda | D. | CA |
| 3184 | Robert | G. | CA |
| 3186 | Barbora | S. | CA |
| 3187 | Peter | F. | VA |
| 3188 | Alfredo | R. | CA |
| 3189 | Cherie | G. | VA |
| 3190 | Kenneth | G. | VA |
| 3191 | Jerry | C. | NY |
| 3197 | James | M. | CA |
| 3198 | Olivia | L. | CO |
| 3199 | Norman | L. | CO |
| 3200 | Gina | C. | CA |
| 3201 | Steven | C. | CA |
| 3202 | Rohda | L. | OH |
| 3209 | Anne | C. | PA |
| 3212 | Rogelio | G. | MI |
| 3213 | Amber | T. | OH |
| 3214 | Emil | J. | OH |
| 3223 | Joseph | H. | CA |
| 3224 | Byron | H. | OR |
| 3225 | Gregory | K. | OH |
| 3227 | Regina | I. | FL |
| 3228 | Rachel | C. | GA |
| 3229 | Fong-Yi | A. | CA |
| 3230 | Russell | E. | CA |
| 3232 | Jennifer | M. | TX |
| 3233 | Jasmine | E. | AL |
| 3234 | Joseph | M. | MD |
| 3239 | Brenda | B. | NJ |
| 3240 | Hiranya | B. | NJ |
| 3241 | Sapna | G. | NJ |
| 3242 | Elizabeth | A. | OR |
| 3243 | Susan | B. | GA |
| 3244 | Sherry | S. | NC |
| 3245 | Chong | N. | VA |
| 3246 | Jason | A. | FL |
| 3247 | Tatyana | T. | WA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3248 | John | B. | TX |
| 3250 | Mitchell | S. | MD |
| 3251 | Ying | N. | WA |
| 3253 | Martin | Z. | PA |
| 3254 | Jamie | Z. | PA |
| 3255 | Gerald | I. | CA |
| 3256 | David | R. | CA |
| 3257 | Lisa | F. | CA |
| 3258 | Jana | H. | MN |
| 3260 | Nathanael | H. | MN |
| 3262 | Edward | D. | MD |
| 3263 | Carol | D. | MD |
| 3264 | Stefan | F. | MO |
| 3265 | Denise | F. | MO |
| 3266 | Justine | B. | NY |
| 3268 | Barbara | C. | NY |
| 3271 | Thomas | G. | IN |
| 3274 | Jayesh | B. | OH |
| 3276 | Mary | G. | NY |
| 3280 | Jayde | D. | MD |
| 3281 | Hans-Snith | A. | FL |
| 3282 | Charlene | P. | MA |
| 3284 | Thomas | C. | IL |
| 3285 | Russell | B. | CA |
| 3286 | Ann | P. | FL |
| 3287 | Donna | R. | FL |
| 3288 | Gregory | R. | FL |
| 3289 | Roja | E. | PA |
| 3290 | Dylan | B. | PA |
| 3292 | Dadfar | B. | CA |
| 3294 | Agnes | T. | VA |
| 3295 | Amanda | T. | OH |
| 3296 | Rogelio | B. | NY |
| 3297 | Amanda | C. | MO |
| 3298 | Stephen | K. | CA |
| 3300 | Yury | R. | CA |
| 3302 | Gregory | Z. | MA |
| 3303 | James | S. | WA |

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3304 | Kenyion | S. | NJ |
| 3305 | John | M. | PA |
| 3306 | Roger | S. | PA |
| 3308 | Joseph | S. | MI |
| 3309 | Jacob | S. | MI |
| 3311 | Jill | B. | MA |
| 3312 | Barry | B. | MA |
| 3314 | Lucas | L. | OK |
| 3315 | Roger | S. | NY |
| 3316 | Perry | P. | |
| 3317 | Thomai | H. | |
| 3318 | Evan | S. | NY |
| 3319 | Michelle | T. | FL |
| 3320 | Larry | G. | SC |
| 3321 | James | F. | TN |
| 3322 | Mikael | H. | CA |
| 3324 | Robert | N. | MD |
| 3325 | Janice | S. | MD |
| 3326 | Jeanmarie | D. | NY |
| 3327 | Lawrence | L. | NY |
| 3329 | Larry | A. | TN |
| 3331 | Misty | D. | TN |
| 3333 | Darla | A. | TN |
| 3335 | Gavin | M. | MA |
| 3339 | Sharareh | S. | OR |
| 3340 | Shohreh | S. | CA |
| 3342 | Kristy | K. | PA |
| 3343 | Michael | K. | PA |
| 3345 | James | S. | GA |
| 3348 | Joan | A. | CA |
| 3349 | Everett | A. | CA |
| 3355 | Jarrett | P. | VA |
| 3357 | Douglas | E. | IN |
| 3358 | Diane | E. | IN |
| 3359 | Breya | L. | AR |
| 3360 | Kent | Y. | IN |
| 3361 | Melissa | X. | CA |
| 3363 | Kyron | R. | DE |

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 3364 | Brett | W. | CO |
| 3365 | Christy | F. | VA |
| 3366 | Ryleigh | L. | VA |
| 3367 | Katherine | M. | MN |
| 3368 | Richard | M. | MN |
| 3370 | Helaine | D. | NJ |
| 3371 | Nicholas | D. | NJ |
| 3372 | Paul | D. | NJ |
| 3375 | Neil | S. | CA |
| 3376 | Melanie | D. | UT |
| 3377 | Bryan | D. | UT |
| 3378 | Julius | S. | CA |
| 3379 | Samanatha | R. | PA |
| 3380 | Grant | B. | IA |
| 3381 | Richard | S. | NC |
| 3382 | Brian | S. | MD |
| 3383 | Alison | S. | MD |
| 3384 | Beth | W. | PA |
| 3386 | Stacey | D. | PA |
| 3388 | James | R. | CO |
| 3389 | Damien | C. | CO |
| 3391 | Samuel | B. | VA |
| 3392 | Samuel | F. | VA |
| 3393 | Shahryar | G. | NY |
| 3395 | Jennifer | N. | UT |
| 3396 | Garrison | D. | NY |
| 3398 | Arnold | G. | TX |
| 3400 | Richard | R. | MI |
| 3401 | Erin | C. | IN |
| 3402 | Erik | C. | IN |
| 3403 | Linda | C. | IN |
| 3404 | Howard | C. | IN |
| 3407 | Amy | M. | PA |
| 3408 | William | J. | OH |
| 3409 | Donna | W. | FL |
| 3410 | William | W. | FL |
| 3411 | Dirk | Z. | MA |
| 3412 | Drew | N. | LA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 3413 | Farouk | R. | NC |
| 3415 | Sarah | S. | FL |
| 3416 | Daniel | H. | FL |
| 3417 | Timothy | G. | MI |
| 3418 | Paula | G. | MI |
| 3419 | Ian | G. | MI |
| 3420 | Latrisha | D. | MD |
| 3423 | Vicki | S. | VA |
| 3424 | Staffus | H. | MI |
| 3426 | Jennifer | S. | NY |
| 3427 | Keteisha | S. | OH |
| 3429 | Merry | H. | GA |
| 3430 | Wojciech | D. | NJ |
| 3431 | Edyta | D. | NJ |
| 3433 | Cynthia | K. | OR |
| 3435 | Yanet | R. | NJ |
| 3437 | Christopher | F. | WA |
| 3438 | Curtis | W. | OR |
| 3439 | Lori | S. | CA |
| 3440 | Mayme | S. | OR |
| 3441 | Adam | C. | OR |
| 3442 | Jennifer | S. | OR |
| 3443 | Donte | M. | WA |
| 3444 | Denise | P. | IN |
| 3446 | David | W. | VA |
| 3448 | Robert | B. | NH |
| 3449 | Bruce | P. | CO |
| 3450 | Janet | E. | CO |
| 3451 | Rachel | H. | IL |
| 3452 | Matthew | B. | WI |
| 3453 | Ellen | B. | WI |
| 3454 | Masun | T. | CO |
| 3457 | Ian | W. | CA |
| 3458 | Harry | C. | MI |
| 3459 | Catherine | T. | IL |
| 3460 | Stacey | W. | OR |
| 3461 | Christopher | C. | OR |
| 3463 | Terrance | M. | VA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3467 | Jie | R. | MA |
| 3468 | Deqing | S. | MA |
| 3469 | Erik | B. | GA |
| 3470 | Brian | R. | CA |
| 3471 | Krishan | J. | TX |
| 3474 | Michael | L. | MA |
| 3475 | Cory | B. | CA |
| 3476 | Walter | K. | LA |
| 3477 | Emily | B. | GA |
| 3479 | William | J. | CA |
| 3480 | Ryan | B. | CA |
| 3481 | Lamar | A. | CA |
| 3482 | Colin | M. | CA |
| 3483 | Candy | A. | TX |
| 3484 | Paul | A. | TX |
| 3485 | Richard | S. | PA |
| 3486 | Latica | T. | NY |
| 3487 | John | K. | PA |
| 3488 | Gayle | N. | CO |
| 3489 | Michael | G. | TX |
| 3491 | Ekaterina | C. | NV |
| 3492 | Alan | C. | NV |
| 3493 | Kellean | G. | WA |
| 3494 | Thomas | A. | WA |
| 3496 | Lauren | M. | GA |
| 3497 | Michael | G. | CA |
| 3498 | Edith | M. | NY |
| 3499 | Jon | T. | NY |
| 3500 | Maryann | C. | WI |
| 3501 | Thomas | C. | WI |
| 3502 | Nicolas | C. | WI |
| 3504 | Timothy | C. | IL |
| 3505 | Sandra | L. | MA |
| 3506 | Benjamin | H. | MA |
| 3507 | Kenneth | I. | {A |
| 3508 | John | S. | NJ |
| 3509 | Matthew | H. | MA |
| 3510 | Nathan | D. | IL |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3511 | Daniel | G. | CA |
| 3513 | Ralph | M. | TX |
| 3514 | Mary | A. | OH |
| 3515 | Patrick | B. | OH |
| 3516 | Scarlett | K. | PA |
| 3517 | Susan | M. | NY |
| 3519 | Leticia | S. | CA |
| 3520 | John | M. | OK |
| 3521 | Andrew | T. | WA |
| 3523 | Brian | S. | FL |
| 3524 | Julianne | J. | NY |
| 3525 | Mikhael | S. | DC |
| 3527 | Frederique | S. | MA |
| 3529 | Elizabeth | P. | VA |
| 3531 | Michael | P. | VA |
| 3532 | Sean | N. | MO |
| 3533 | George | I. | DC |
| 3537 | Andrea | S. | OH |
| 3539 | Stefanie | B. | VA |
| 3540 | Joseph | B. | VA |
| 3541 | Debora | J. | NV |
| 3542 | Kansas | C. | GA |
| 3544 | Yesenia | P. | TX |
| 3545 | Sarah | W. | MD |
| 3547 | Michelle | H. | IN |
| 3548 | Jeffrey | H. | IN |
| 3549 | Michael | S. | MI |
| 3551 | Cynthia | S. | GA |
| 3552 | Monika | D. | IL |
| 3555 | Mihai | C. | OR |
| 3556 | John | T. | CA |
| 3557 | David | H. | GA |
| 3558 | Randel | D. | VA |
| 3559 | Fatmata | B. | TN |
| 3560 | Kin | K. | NY |
| 3561 | Yukti | A. | NY |
| 3563 | Paul | T. | NJ |
| 3564 | Brian | T. | wa |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3565 | Jeffrey | N. | WY |
| 3566 | Chidambaram | K. | GA |
| 3567 | Joshua | B. | GA |
| 3569 | Alexandria | P. | CA |
| 3571 | Donald | M. | IN |
| 3572 | Carolann | V. | NY |
| 3573 | Veronica | V. | NY |
| 3574 | Samuel | M. | NJ |
| 3580 | Adam | K. | CA |
| 3581 | Michelle | N. | CO |
| 3583 | Karen | T. | VA |
| 3586 | Tarchiauna | T. | VA |
| 3587 | Katrina | H. | CA |
| 3588 | Darrell | T. | VA |
| 3590 | Marcus | J. | VA |
| 3591 | Isaac | M. | IL |
| 3592 | Theron | M. | CA |
| 3593 | Kelly | M. | CA |
| 3597 | Michael | H. | CA |
| 3598 | Tryphina | H. | CA |
| 3599 | Donnie | H. | NM |
| 3600 | Steven | J. | NY |
| 3601 | Kevin | L. | CA |
| 3602 | Elisa | A. | CA |
| 3603 | Miles | G. | WA |
| 3607 | Chase | H. | MO |
| 3609 | Conie | L. | FL |
| 3612 | Keenen | W. | CA |
| 3613 | Yen | T. | CA |
| 3621 | Aaron | C. | IN |
| 3622 | Thomas | C. | IN |
| 3623 | Michael | M. | IN |
| 3624 | Jane | M. | IN |
| 3625 | Debra | C. | IN |
| 3626 | Wayne | S. | IN |
| 3627 | Marilyn | S. | IN |
| 3628 | Craig | M. | VA |
| 3630 | Liliana | W. | GA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3632 | Gabriel | A. | GA |
| 3633 | John | I. | CA |
| 3635 | Richard | S. | NC |
| 3636 | Clarissa | S. | NC |
| 3637 | Anna | L. | NY |
| 3640 | Ross | A. | MN |
| 3641 | Gregory | H. | MD |
| 3642 | Michael | Z. | MT |
| 3643 | Traci | Z. | MT |
| 3644 | Michael | F. | CA |
| 3647 | Andres | C. | NJ |
| 3649 | Sunit | K. | GA |
| 3650 | Paul | I. | FL |
| 3651 | Kevin | H. | UT |
| 3652 | Jennifer | C. | CA |
| 3653 | Sara | B. | MD |
| 3654 | Rhonda | K. | CA |
| 3657 | Clinton | L. | NC |
| 3660 | Daniel | D. | WI |
| 3661 | Kaylin | B. | WI |
| 3662 | Cynthia | D. | WI |
| 3665 | Brock | P. | CA |
| 3666 | Daren | K. | ID |
| 3667 | Alice | P. | TX |
| 3668 | Dewitt | P. | TX |
| 3670 | Ripam | S. | IN |
| 3671 | Timothy | T. | FL |
| 3672 | Zachary | G. | MN |
| 3676 | Tracie | W. | KY |
| 3678 | Patricia | N. | WI |
| 3682 | Michael | J. | CA |
| 3683 | Alicia | B. | CA |
| 3684 | Gabriela | H. | CA |
| 3689 | Mitcheel | R. | VT |
| 3690 | Ezra | G. | MD |
| 3692 | Emily | K. | VA |
| 3693 | Emily | H. | MD |
| 3695 | Neilye | G. | MD |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3696 | Robert | A. | OH |
| 3697 | Natalie | K. | VT |
| 3698 | Regina | J. | NJ |
| 3699 | Mary | E. | NV |
| 3700 | Lora | W. | CO |
| 3703 | Bruce | J. | CA |
| 3706 | Asawari | K. | IN |
| 3708 | Matthew | H. | PA |
| 3710 | Juanita | T. | TN |
| 3713 | Mark | S. | CA |
| 3714 | Lowell | D. | MA |
| 3715 | Allison | A. | CA |
| 3718 | Philip | A. | CA |
| 3720 | Ricardo | V. | MA |
| 3721 | Margaret | D. | MA |
| 3722 | Tamsen | W. | PA |
| 3723 | Elisabeth | G. | NY |
| 3724 | Christina | R. | PA |
| 3727 | Marilyn | M. | TN |
| 3730 | Matthew | W. | AR |
| 3731 | Elizabeth | H. | CA |
| 3732 | Joseph | W. | CA |
| 3733 | Vianca | B. | MA |
| 3735 | Anthony | D. | MA |
| 3737 | Charles | S. | CA |
| 3739 | Rena | C. | TX |
| 3742 | Barbara | L. | TX |
| 3743 | Jeremy | H. | GA |
| 3744 | Mitchell | S. | CA |
| 3745 | Adam | R. | CA |
| 3747 | Victoria | P. | FL |
| 3748 | Sarabjit | S. | NC |
| 3751 | Jon-David | H. | UT |
| 3753 | Michael | T. | CA |
| 3762 | Noor | A. | MO |
| 3763 | Mohammed | S. | MO |
| 3764 | Kiersten | S. | GA |
| 3765 | Gerardo | B. | GA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3766 | Cristhian | H. | GA |
| 3767 | Gamaliel | G. | GA |
| 3768 | Lygia | S. | GA |
| 3769 | Rosmery | A. | GA |
| 3770 | Erenia | C. | GA |
| 3771 | Alan | S. | GA |
| 3773 | Deborah | D. | MD |
| 3774 | Vatche | T. | CA |
| 3776 | Matthew | T. | CA |
| 3777 | Zonel | P. | CA |
| 3778 | Diana | O. | CA |
| 3783 | Edvin | H. | CA |
| 3785 | Chokri | B. | CA |
| 3786 | Victoria | A. | CA |
| 3787 | Fernando | A. | CA |
| 3788 | Garo | A. | CA |
| 3789 | Cindy | A. | CA |
| 3790 | Myeshia | A. | CA |
| 3791 | Alonzo | A. | VA |
| 3792 | Tanisha | F. | VA |
| 3794 | Deanna | F. | TX |
| 3795 | Randy | B. | UT |
| 3796 | Qiaona | W. | NY |
| 3797 | Tony | Y. | NY |
| 3798 | Mitchell | M. | VA |
| 3799 | Roderick | D. | VA |
| 3800 | Jeremy | D. | VA |
| 3801 | John-Paul | R. | VA |
| 3805 | Faten | A. | CA |
| 3806 | Rita | N. | NY |
| 3807 | Adeteju | O. | NJ |
| 3808 | Femi | A. | NJ |
| 3810 | Osita | N. | NJ |
| 3811 | Afamefula | O. | NJ |
| 3812 | Ogechi | A. | NJ |
| 3814 | Brett | L. | MO |
| 3815 | Robert | M. | MO |
| 3816 | Laura | N. | CA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|:---:|:---:|:---:|:---:|
| 3818 | Molly | W. | IN |
| 3819 | Anna | B. | IN |
| 3822 | Paul | L. | PA |
| 3833 | Brandon | B. | FL |
| 3834 | Lisa | B. | FL |
| 3836 | Matthew | S. | PA |
| 3838 | Shanni | S. | PA |
| 3841 | Karen | L. | PA |
| 3848 | Laura | N. | IN |
| 3849 | Anish | N. | IN |
| 3857 | Hernan | A. | GA |
| 3860 | Tressie | R. | GA |
| 3862 | Edward | A. | CA |
| 3863 | Diane | M. | NC |
| 3866 | Cecilia | A. | GA |
| 3869 | Amanda | H. | FL |
| 3870 | Grey | G. | FL |
| 3878 | Chau | P. | PA |
| 3880 | Hana | D. | PA |
| 3883 | Zef | S. | PA |
| 3884 | Andrej | S. | PA |
| 3885 | Pat | Z. | FL |
| 3889 | Hong | P. | PA |
| 3891 | Anna | D. | OH |
| 3893 | William | M. | PA |
| 3894 | Frederick | B. | PA |
| 3899 | Keith | D. | OH |
| 3900 | Michael | S. | PA |
| 3902 | Richard | W. | PA |
| 3908 | Ashley | L. | PA |
| 3909 | Travis | M. | PA |
| 3910 | Anita | M. | PA |
| 3911 | Alvery | N. | PA |
| 3914 | Wojciech | G. | CA |
| 3916 | Brianna | B. | PA |
| 3920 | Oliver | F. | NY |
| 3921 | Sherrie | U. | NY |
| 3922 | April | M. | GA |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3925 | Samuel | G. | GA |
| 3927 | Ronald | G. | NY |
| 3928 | Gayle | G. | NY |
| 3930 | Dustin | S. | NY |
| 3931 | Abbie | C. | MN |
| 3932 | Clarence | S. | GA |
| 3934 | Sayed | B. | CA |
| 3936 | Midgladis | G. | GA |
| 3937 | Joseph | J. | GA |
| 3938 | Alexandra | S. | GA |
| 3939 | Ana | L. | GA |
| 3940 | Raquel | K. | GA |
| 3941 | Adrian | B. | GA |
| 3942 | Jennifer | S. | PA |
| 3946 | Todd | H. | SC |
| 3947 | Elizabeth | M. | SC |
| 3952 | Emily | W. | SC |
| 3954 | Charles | W. | SC |
| 3955 | Clifford | E. | NY |
| 3956 | Stephen | S. | NY |
| 3958 | Reya | J. | UT |
| 3959 | Samuel | L. | CA |
| 3962 | Steven | N. | CA |
| 3964 | Cathy | K. | MN |
| 3965 | Bruce | K. | MN |
| 3966 | Angelica | P. | TX |
| 3967 | Justine | P. | TX |
| 3971 | Alexandra | G. | NY |
| 3978 | Jacob | C. | TX |
| 3979 | Michael | C. | TX |
| 3980 | Patricia | C. | TX |
| 3981 | Anthony | C. | FL |
| 3983 | Alexander | C. | GA |
| 3984 | Carmelita | J. | IL |
| 3986 | Payam | T. | CA |
| 3987 | Georgia | L. | VA |
| 3989 | Donovan | W. | GA |
| 3995 | Shelby | K. | NM |

Timely and Valid Exclusions

| JND Identifier | First Name | First Initial of Last Name | State/Province |
|---|---|---|---|
| 3999 | Juby | R. | CA |
| 4001 | Sean | G. | FL |
| 4002 | Janice | H. | OK |
| 4008 | Cheryl | W. | NC |
| 4010 | Ynohtan | H. | IL |
| 4013 | Khang | D. | GA |
| 4014 | Gina | R. | IL |
| 4015 | Diana | A. | FL |
| 4025 | Mark | W. | IA |
| 4028 | Carl | S. | OR |
| 4031 | Yu | L. | CA |
| 4032 | James | J. | VA |
| 4033 | Beverly | G. | NY |
| 4035 | Sarah | J. | TX |
| 4036 | Beverly-Olney | L. | NY |
| 4044 | Felicia | P. | GA |
| 4048 | Zarinah | N. | AZ |
| 4051 | Crystal | L. | FL |
| 4053 | Thomas | D. | VA |
| 4054 | Nancy | H. | VA |
| 4055 | Jennifer | D. | VA |
| 4058 | Dulcey | D. | NM |
| 4060 | John | N. | WI |
| 4065 | David | H. | FL |
| 4066 | Barry | R. | VA |
| 4070 | Caroline | B. | CA |
| 4073 | Murat | A. | CA |
| 4075 | Paul | Y. | PA |
| 4077 | Mashaweta | B. | MI |
| 4093 | Robert | A. | CA |
| 4097 | Rena | C. | AZ |
| 4098 | Faheem | J. | IL |
| 8866 | Travis | H. | TX |
| 1124 | Lajuana | M. | TX |

# EXHIBIT B

## List of Settlement Class Representatives

| | |
|---|---|
| 1. Cheyra Acklin-Davis | 37. Thomas W. Hannon |
| 2. Christy Adams | 38. Jennifer Ann Harris |
| 3. Robert Anderson | 39. Kismet Harvey |
| 4. Donald Angelechio | 40. Todd Heath |
| 5. Michele Renee Archambault | 41. Bob Helton |
| 6. Dean Edward Armstrong | 42. Margaret M. Henkel |
| 7. Justin Bakko | 43. Cathy Louise Henry |
| 8. Robert Benson | 44. Alexander Hepburn |
| 9. David Bielecki | 45. Eva Hitchcock |
| 10. Michael Aaron Bishop | 46. Kathleen Holly |
| 11. Sabina Bologna | 47. Michael Louis Hornblas |
| 12. Nancy Rae Browning | 48. Gregory Jacobs |
| 13. Francine Campbell | 49. David L. Kacur |
| 14. Mark Carr | 50. Aloha Kier |
| 15. Natasha Carr | 51. Brenda King |
| 16. Michael Chase | 52. Alvin Alfred Kleveno Jr. |
| 17. Jack Cherney | 53. Joanne Klotzbaugh |
| 18. Grace Cho | 54. Emily Knowles |
| 19. Ricardo A. Clemente | 55. Debra Lee |
| 20. Bridgette Craney | 56. Brett D. Lemmons |
| 21. Thomas Edward Crowell | 57. Leah Lipner |
| 22. Germany Davis | 58. Maria Martucci |
| 23. Christopher P. Dunleavy | 59. Delitha J. May |
| 24. Abby Lee Elliott | 60. James McGonnigal |
| 25. Robert J. Etten | 61. Anthony Mirarchi |
| 26. Kayla Ferrel | 62. Barry Napier |
| 27. Janelle Ferrell | 63. Justin O'Dell |
| 28. Larry Frazier | 64. Kyle Olson |
| 29. Andrew Galpern | 65. Mel C. Orchard III |
| 30. James Gay | 66. Joseph Packwood |
| 31. Michael Getz | 67. John J. Pagliarulo |
| 32. Terry Goza | 68. Richard Dale Parks |
| 33. Thomas E. Greenwood | 69. Clara Parrow |
| 34. Josh Grossberg | 70. Bruce Pascal |
| 35. Jasmine Guess | 71. Sylvia Patterson |
| 36. John R. Hammond | 72. Wanda Paulo |

| |
|---|
| 73. Dallas Perkins |
| 74. Stephen Plante |
| 75. Gregg Podalsky |
| 76. Sanjay Rajput |
| 77. Benjamin Sanchez |
| 78. David Sands |
| 79. Rodd Santomauro |
| 80. Maria Schifano |
| 81. Thomas Patrick Schneider |
| 82. James David Sharp |
| 83. Miche' Sharpe |
| 84. John Simmons II |
| 85. Amie Louise Smith |
| 86. Anna Solorio |
| 87. Jonathan Strausser |
| 88. Kim Strychalski |
| 89. Pete Swiftbird |
| 90. Cheryl Ann Tafas |
| 91. Tabitha Thomas Hawkins |
| 92. Gerry Tobias |
| 93. Nathan Alan Turner |
| 94. Jennifer J. Tweeddale |
| 95. Katie Van Fleet |
| 96. Richard Whittington II |

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## AMENDED ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, CERTIFYING SETTLEMENT CLASS, AND AWARDING ATTORNEY'S FEES, EXPENSES AND SERVICE AWARDS

Consumer Plaintiffs and Defendants Equifax Inc., Equifax Information Services, LLC, and Equifax Consumer Services LLC (collectively, "Equifax"), reached a proposed class action settlement resolving claims arising from the data breach Equifax Inc. announced on September 7, 2017. On July 22, 2019, this Court directed that notice issue to the settlement class. [Doc. 742]. This matter is now before the Court on the Consumer Plaintiffs' Motion for Final Approval of Proposed Settlement [Doc. 903] and Motion for Attorneys' Fees, Expenses, and Service Awards to the Class Representatives. [Doc. 858]. For the reasons set forth below and on the record of the hearing of December 19, 2019, the Court grants both motions, issues its ruling on the pending objections and motions from various objectors that have been filed, and will separately enter a Consent Order relating to the business practice changes to which Equifax has agreed and a Final Order and Judgment.

# I.     INTRODUCTION.

## A.     <u>Factual Background and Procedural History.</u>

On September 7, 2017, Equifax Inc. announced a data breach that it determined had impacted the personal information of about 147 million Americans. More than 300 class actions filed against Equifax were consolidated and transferred to this Court, which established separate tracks for the consumer and financial institution claims and appointed separate legal teams to lead each track.

In the consumer track, on May 14, 2018, plaintiffs filed a 559-page consolidated complaint, which named 96 class representatives and asserted common law and statutory claims under both state and federal law. [Doc. 374]. The complaint alleged claims including negligence, negligence per se, unjust enrichment, declaratory judgment, breach of contract (for those individuals who had provided personal information to Equifax subject to its privacy policy), and violation of the Fair Credit Reporting Act ("FCRA"), the Georgia Fair Business Practices Act ("GFBPA"), and various state consumer laws and state data breach statutes.

Equifax moved to dismiss the complaint in its entirety, arguing *inter alia* that Georgia law does not impose a legal duty to safeguard personal information, plaintiffs' alleged injuries were not legally cognizable, and no one could plausibly prove that their injuries were caused by this data breach as opposed to another

breach. The parties exhaustively briefed the motion during the summer and early fall of 2018.

After the benefit of oral argument on December 14, 2018, the Court issued an order on January 28, 2019, granting in part and denying in part the motion to dismiss. [Doc. 540]. The Court allowed the negligence and negligence per se claims to proceed under Georgia law, finding among other things that the plaintiffs alleged actual injuries sufficient to support a claim for relief (*id.* at 15-21). The Court dismissed the FCRA claim, the GFBPA claim, the contract claims, and the unjust enrichment claims of those plaintiffs who had no contract with Equifax. The Court dismissed some state statutory claims, but allowed many others to proceed. Following the Court's order on dismissal, Equifax answered on February 25, 2019 [Doc. 571]. Before and after Equifax filed its answer, the parties engaged in significant discovery efforts and raised numerous discovery-related disputes with the Court in late 2018.

On April 2, 2019, after more than 18 months of negotiations, the parties informed the Court they had reached a binding settlement that was reflected in a term sheet dated March 30, 2019, and that had been approved the following day by Equifax's board of directors. After consulting and negotiating with federal and state regulators regarding revisions to the term sheet, the parties entered into the final settlement agreement on July 19, 2019, and presented the final settlement agreement

to the Court on July 22, 2019. (App. 1, ¶¶ 17-24).[1] After a hearing on July 22, 2019, the Court entered an order directing notice of the proposed settlement ("Order Directing Notice") [Doc. 742]. In the Order Directing Notice, the Court found that it would likely approve the settlement as fair, reasonable, and adequate, and certify the settlement class.

### B.  Terms of the Settlement.

The following are the material terms of the settlement:

#### 1.  The Settlement Class.

The settlement class is defined as follows:

> The approximately 147 million U.S. consumers identified by Equifax whose personal information was compromised as a result of the cyberattack and data breach announced by Equifax Inc. on September 7, 2017.

Excluded are (i) Equifax, any entity in which Equifax has a controlling interest, and Equifax's officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the settlement class. [Settlement Agreement, Doc. 739-2, ¶ 2.43].

---

[1] References in this Order to "App." refer to the declarations comprising the Appendix [Doc. 900] accompanying the pending motions.

## 2.      **The Settlement Fund.**

Equifax will pay $380,500,000 into a fund for class benefits, attorneys' fees, expenses, service awards, and notice and administration costs; up to an additional $125,000,000 if needed to satisfy claims for certain out-of-pocket losses; and potentially $2 billion more if all 147 million class members sign up for credit monitoring. [Doc. 739-2, ¶ 7.8; Doc. 739-4, ¶ 37]. No settlement funds will revert to Equifax. [Doc. 739-2, ¶ 5.5]. The specific benefits available to class members include:

- Reimbursement of up to $20,000 for documented, out-of-pocket losses fairly traceable to the breach, such as the cost of freezing or unfreezing a credit file; buying credit monitoring services; out-of-pocket losses from identity theft or fraud, including professional fees and other remedial expenses; and 25 percent of any money paid to Equifax for credit monitoring or identity theft protection subscription products in the year before the breach. If the $380.5 million fund proves to be insufficient, Equifax will add another $125 million to pay claims for out-of-pocket losses.

- Compensation of up to 20 hours at $25 per hour (subject to a $38 million cap) for time spent taking preventative measures or dealing with identity theft. Ten hours can be self-certified, requiring no documentation.

- Four years of specially negotiated, three-bureau credit monitoring and identity protection services through Experian and an additional six years of one-bureau credit monitoring and identity protection services through Equifax. The Experian monitoring has a comparable retail value of $24.99 per month and has a number of features that are typically not available in "free" credit monitoring services offered to the public. (App. 6, ¶¶ 33-43). The one-bureau credit monitoring shall be provided separately by Equifax and not paid for from the settlement fund.

5

- Alternative cash compensation (subject to a $31 million cap) for class members who already have credit monitoring or protection services in place and who choose not to enroll in the enhanced credit monitoring and identity protection services offered in the settlement.

- Identity restoration services through Experian to help class members who believe they may have been victims of identity theft for seven years, including access to a U.S. based call center, assignment of a certified identity theft restoration specialist, and step by step assistance in dealing with credit bureaus, companies and government agencies.

Class members have six months to claim benefits (through January 22, 2020), but need not file a claim to access identity restoration services. (*Id.*, ¶¶ 7.2 and 8.1.1). If money remains in the fund after the initial claims period, there will be a four-year extended claims period during which class members may recover for certain out-of-pocket losses and time spent rectifying identity theft that occurs after the end of the initial claims period. (*Id.*, ¶ 8.1.2). If money remains in the fund after the extended claims period, it will be used as follows: (a) the caps for time and alternative compensation will be lifted and payments will be increased *pro rata* up to the full amount of the approved claims; (b) up to three years of additional identity restoration services will be purchased; and (c) the Experian credit monitoring services claimed by class members will be extended. (*Id.*, ¶ 5.4). Equifax will not receive any monetary or other financial consideration for any of the benefits provided by the settlement. (*Id.*, ¶ 7.3).

### 3.   **Injunctive Relief.**

Equifax has agreed to entry of a consent order requiring the company to spend a minimum of $1 billion for data security and related technology over five years and to comply with comprehensive data security requirements. Equifax's compliance will be audited by an experienced, independent assessor and subject to this Court's enforcement powers. [*See generally* Doc. 739-2, pp. 76-84; Doc. 739-4, ¶ 44]. According to cybersecurity expert Mary Frantz:

> [I]mplementation of the proposed business practice changes should substantially reduce the likelihood that Equifax will suffer another data breach in the future. These changes address serious deficiencies in Equifax's information security environment. Had they been in place on or before 2017 per industry standards, it is unlikely the Equifax data breach would ever have been successful. These measures provide a substantial benefit to the Class Members that far exceeds what has been achieved in any similar settlements.

[739-7, ¶ 66]. Equifax's binding financial commitment to spend $1 billion on data security and related technology substantially benefits the class because it ensures adequate funding for securing plaintiffs' information long after the case is resolved. (*See id.*, ¶ 56).

### 4.   **Notice And Claims Program.**

The notice plan [*see* Doc. 739-2, p. 125], was developed by class counsel and the Court-appointed notice provider (Signal Interactive Media), with input from the claims administrator (JND Legal Administration) and the regulators. (App. 1, ¶ 25). The notice plan is not designed merely to satisfy minimal constitutional

requirements, but an innovative and comprehensive program that takes advantage of contemporary commercial and political advertising techniques—such as focus groups, a public opinion survey, and micro-targeting—to inform, reach, and engage the class and motivate class members to file claims. According to the plaintiffs and Signal, the notice program is a first-of-its kind effort and is unprecedented in scope and impact. The Court finds that the notice program is a significant benefit to the class.

The notice program consists of: (1) multiple emails sent to those whose email addresses can be found with reasonable effort; (2) a digital and social media campaign using messaging continually tested and targeted for effectiveness; (3) a full-page ad in *USA Today* using plain text designed with input from experts on consumer communications at the Federal Trade Commission as well as a national radio advertising campaign to reach those who have limited online presence; (4) a settlement website on which the long-form notice and other important documents, including various pleadings and other filings from the litigation, are posted; and (5) the ability for class members to ask questions about the settlement via email and a toll-free number staffed with live operators. (App. 4, ¶¶ 43-57, 85-90; App. 5, ¶¶ 22-30). Signal will continue digital advertising during the extended claims period and until identity restoration services are no longer available, a period that will last for seven years. [Doc. 739-2, pp. 127, 138].

JND transmitted the initial email notice to 104,815,404 million class members beginning on August 7, 2019. (App. 4, ¶¶ 53-54). JND later sent a supplemental email notice to the 91,167,239 class members who had not yet opted out, filed a claim, or unsubscribed from the initial email notice. (*Id*., ¶¶ 55-56). The notice plan also provides for JND to perform two additional supplemental email notice campaigns. (*Id*., ¶ 57).

The digital component of the notice plan, according to Signal, reached 90 percent of the class an average of eight times before the notice date of September 20, 2019, approximately 60 days before the deadline for objecting and opting out. Signal's digital campaign achieved 1.12 billion impressions on social media, paid search, and advertising before the notice date, far surpassing the original target of 892 million impressions. (App. 5, ¶ 24). Signal is expected to deliver an additional 332 million impressions during the remainder of the initial claims period (*id*., ¶ 25), many more digital impressions than initially anticipated. Signal also placed a full-page notice that appeared in the September 6, 2019 issue of *USA Today*. (*Id.*, ¶ 26). The radio campaign, which ran from August 19 through September 8, 2019 in 210 markets across the country, resulted in 194,797,100 impressions overall and 63,636,800 impressions for the target age group least likely to be reached online. (*Id*., ¶¶ 27-28).

Finally, the settlement received a great deal of media coverage in virtually

every U.S. market, increasing exposure and reach to class members. The settlement was featured prominently by CNN, in the *New York Times*, and on the Today Show, among other national media outlets. (*Id.*). From July 22, 2019 through December 1, 2019, there were approximately 30,000 mentions related to the data breach or the settlement in the media. (*Id.*, ¶ 90).

As a result of the notice program and extensive media coverage, the response from the class has been unprecedented. The settlement website received 46 million visits during the first 48 hours following preliminary approval and, as of December 1, 2019, the total number of visits to the website exceeded 130 million, with nearly 40 million discrete visitors. Most significantly, with several weeks left in the initial claims period, the claims administrator has received in excess of 15 million claims from verified class members, including over 3.3 million claims for credit monitoring. (*Id.*, ¶¶ 5, 64-69). The claims rate, to date, thus exceeds 10% of the class.

These claims and others that continue to be filed are governed by a detailed claims administration protocol, which employs a variety of techniques to facilitate access, participation, and claims adjudication and resolution. (App. 4, ¶¶ 4, 71). JND has also developed specialized tools to assist in processing claims, calculating payments, and assisting class members in curing any deficient claims. (*Id.*, ¶¶ 4, 21). As a result, class members have the opportunity to file a claim easily and have that claim adjudicated fairly and efficiently.

10

### 5. **Attorneys' Fees And Expenses And Service Awards.**

Class counsel have applied for a percentage-based fee of $77.5 million, reimbursement of $1,404,855.35 in litigation expenses, and service awards of $2,500 for each settlement class representative totaling no more than $250,000 in the aggregate. [Doc. 858]. These amounts are in accordance with the terms of the settlement agreement and were not negotiated by the parties until after the negotiations regarding the relief to be afforded to the class had concluded. Under prevailing precedent and the circumstances of this case, these requests are reasonable, and for the reasons set forth in more detail below, the requests will be approved.

### 6. **Releases.**

In pertinent part, the class will release Equifax from claims that were or could have been asserted in this case. The releases are set forth in more detail in the settlement agreement. [Doc. 739-2, ¶¶ 2.38, 2.50, 16].

## II. FINAL APPROVAL OF PROPOSED SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS.

The Court, having considered the Settlement Agreement and Release including all of its exhibits [Doc. 739-2]; all objections and comments received regarding the settlement; all motions and other court filings by objectors and *amici curiae*; the arguments and authorities presented by the parties and their counsel in their briefing; the arguments at the final approval hearing on December 19, 2019;

11

and the record in this action, and good cause appearing, hereby reaffirms its findings in the Order Directing Notice, finds the settlement is fair reasonable and adequate, and certifies the settlement class.

### A.    The Proposed Settlement Is Fair, Reasonable, And Adequate.

Before the Court may finally approve a proposed settlement, it must consider the factors listed in Rule 23(e)(2) including whether "(A) the class representatives and class counsel have adequately represented the class; (B) the proposal was negotiated at arm's length; (C) the relief provided for the class is adequate, taking into account: (i) the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims; (iii) the terms of any proposed award of attorney's fees, including timing of payment; and (iv) any agreement required to be identified under Rule 23(e)(3); and (D) the proposal treats class members equitably relative to each other." Fed. R. Civ. P. 23(e)(2). As explained below, consideration of each of these factors supports a finding that the settlement is fair, reasonable, and adequate and should be approved.

### 1.    The Class Was Adequately Represented.

The first prong of Rule 23(e)(2) directs the Court to consider whether the class representatives and class counsel have adequately represented the class. Fed. R. Civ. P. 23(e)(2)(A). Traditionally, adequacy of representation has been considered in

connection with class certification. For this analysis, courts consider: "(1) whether [the class representatives] have interests antagonistic to the interests of other class members; and (2) whether the proposed class' counsel has the necessary qualifications and experience to lead the litigation." *Columbus Drywall & Insulation, Inc. v. Masco Corp.*, 258 F.R.D. 545, 555 (N.D. Ga. 2007).

The Court finds that the class representatives are adequate. They share the same interests as absent class members, assert claims stemming from the same event that are the same or substantially similar to the rest of the class, and share the same types of alleged injuries as the rest of the class. Like the rest of the class, the class representatives' personal information at issue was stolen and they all allege the same risk—that their information may be misused by criminals in the future. And, no class member has benefitted from the breach. For all these reasons, the Court finds that the interests of class members are not antagonistic and there is no intra-class conflict here.

Further, the Court finds that class counsel have adequately represented the class. The Court appointed class counsel after a comprehensive and competitive appointment process. Their experience in complex litigation generally and data breach litigation specifically has been brought to bear here, as they effectively worked to bring this case to a successful resolution. The Court has observed class counsel's diligence, ability, and experience in pleadings and motion practice; in

regularly-conducted status conferences; in their presentation of the settlement to this Court; and in their attention to matters of notice and administration after the announcement of the settlement. The excellent job class counsel have done for the class is also demonstrated in the benefits afforded by the settlement.

### 2. The Proposed Settlement Was Negotiated At Arm's Length.

With respect to the second factor under Rule 23(e)(2), the Court readily concludes that this settlement was negotiated at arm's length, and that there was no fraud or collusion in reaching the settlement. Fed. R. Civ. P. 23(e)(2)(B). This Court has observed the zeal with which counsel for the parties have advanced their clients' interests in this case, their written work, and their oral advocacy at status conferences and the numerous other hearings that have been conducted. Further, Layn Phillips, a retired federal judge with a wealth of experience in major complex litigation and large-scale data breach cases who served as the settlement mediator, has attested to the history of the contentious negotiations, the process of reaching agreement on a binding term sheet, the level of advocacy on both sides of the case, and his opinion that the settlement represents a reasonable and fair outcome. [Doc. 739-9]. *See generally Ingram v. The Coca-Cola Co.*, 200 F.R.D. 685, 693 (N.D. Ga. 2001) (presence of "highly experienced mediator" pointed to "absence of collusion"). Moreover, any possibility of collusion—already remote—is undercut by the fact that the settlement enjoys the support of the Federal Trade Commission, the Consumer

Financial Protection Bureau, and Attorneys General of 48 states, Puerto Rico, and the District of Columbia. These regulators entered into their own separate settlements with Equifax after the parties entered into the term sheet in this case and agreed that the settlement fund in this case can serve as the vehicle for consumer redress related to the breach.

### 3. <u>The Relief Provided To The Class Is Adequate.</u>

The third factor the Court considers under Rule 23(e)(2) is the relief provided for the class taking into account "(i) the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims; (iii) the terms of any proposed award of attorney's fees, including timing of payment; and (iv) any agreement required to be identified under Rule 23(e)(3)." <u>Fed. R. Civ. P. 23(e)(2)(C)</u>.

In examining the adequacy of the relief provided to the class, the Court starts with the observation that this settlement is the largest and most comprehensive recovery in a data breach case in U.S. history by several orders of magnitude. [<u>Doc. 739-4, pp. 40-45</u>]. Not only does the size of the settlement fund exceed all previous data breach settlements, but the specific benefits provided to class members (both monetary and nonmonetary) that were enumerated above meet or substantially exceed those that have been obtained in other data breach cases. (*Id.*; *see also* <u>Doc.</u>

15

739-7, ¶ 66). It is also particularly significant that all valid claims for out-of-pocket losses likely will be paid in full; that 3.3 million class members have already submitted claims for credit monitoring with a collective retail value of roughly $6 billion; that all class members, whether or not they file a claim, will have access to identity restoration services to help deal with the aftermath of any identity theft for seven years; that the notice program will continue for the full seven years to remind class members of the existence of those extended services; that Equifax must spend at least $1 billion on data security and related technology; and that Equifax's compliance with comprehensive data security measures will be subject to independent verification and judicial enforcement.

The minimum cost to Equifax of the settlement is $1.38 billion and could be more, depending on the cost of complying with the injunctive relief, the number and amount of valid claims filed for out-of-pocket losses, and the number of class members who sign up for credit monitoring (as Equifax, not the settlement fund, will bear the cost if more than seven million class members sign up for three-bureau credit monitoring and Equifax, not the settlement fund, will bear the cost of providing the extended one-bureau credit monitoring under the settlement). The benefit to the class—even when only considering the value of the $380.5 million minimum settlement fund, the minimum $1 billion Equifax is required to spend on data security and related technology, and the retail value of the credit monitoring

already claimed by class members—exceeds $7 billion.

These benefits have added value by being available now, rather than after years of continued litigation, because class members can immediately take advantage of settlement benefits designed to mitigate and prevent future harm, including credit monitoring and injunctive relief. *See Anthem*, 327 F.R.D. at 318 (discussing the importance of timely providing credit monitoring to the class and implementing security enhancements in wake of a data breach). Additionally, the Court finds that much of the relief afforded by the settlement likely exceeds what could be achieved at trial (*see* Doc. 903 at 13-16), and, taken as a whole the settlement represents a result that is at the high end of the range of what could be achieved through continued litigation.

The adequacy of the relief is likewise supported by consideration of the four subparts enumerated in Rule 23(e)(2)(C)(i-iv), all of which support a finding that the relief provided by the settlement is fair, reasonable, and adequate.

### a)     The Risks, Costs, and Delay of Continued Litigation.

In considering the adequacy of the settlement in light of the risks of continued litigation under Rule 23(e)(2)(C)(i), the Court finds the cost and delay of continued litigation would have been substantial. But for the settlement, the parties would likely incur tens of millions of dollars in legal fees and expenses in discovery and motion practice. Trial likely would not occur earlier than 2021 and appeals would

almost certainly delay a final resolution for a year or more after that. Moreover, had the case not settled, the plaintiffs would have faced a high level of risk. *See Anthem*, 327 F.R.D. at 322 (finding that the "significant risks" and the "delay in any potential recovery from proceeding with litigation," weighed in favor of approval). Equifax would likely renew its arguments under Georgia law that it has no legal duty to safeguard personal information, arguments that were strengthened following the Supreme Court of Georgia's decisions in *Georgia Dep't of Labor v. McConnell*, 828 S.E.2d 352 (Ga. 2019). Class certification outside of the settlement context also poses a significant challenge. *See, e.g.*, *Adkins v. Facebook, Inc.*, 2019 WL 7212315, at *9 (N.D. Cal. Nov. 26, 2019) (denying motion to certify data breach damages class under Rule 23(b)(3)); *Anthem*, 327 F.R.D. at 318 ("While there is no obvious reason to treat certification in a data-breach case differently than certification in other types of cases, the dearth of precedent makes continued litigation more risky."). And, even if plaintiffs prevail on all those legal issues, they face the risk that causation cannot be proved, discovery will not support their claims, a jury might find for Equifax, and an appellate court might reverse a plaintiffs' judgment.

Class counsel, appointed to act in the best interests of the class, cannot afford to ignore or downplay these significant risks in deciding whether to settle or continue litigating plaintiffs' claims. Similarly, the Court must take those risks into account in determining whether the proposed settlement is fair, reasonable, and adequate. In

considering these risks, the Court finds that the guaranteed and immediate recovery for the class made available by this settlement far outweighs the mere possibility of future relief after lengthy and expensive litigation. The reality is that, if the Court does not approve the settlement in this case, there is a serious risk that many if not all class members will receive nothing. That the plaintiffs achieved all the relief in the settlement in the face of the risk they face strongly weighs in favor of approving the settlement as fair, reasonable, and adequate.

### b) The Method of Distributing Relief is Effective.

Rule 23(e)(2)(C)(ii) requires the Court to next consider the effectiveness of the proposed method to distribute relief to the class, including the method for processing claims. Upon review of the declarations submitted in support of the motion to direct notice and for final approval [*see generally* Docs. 739-6 and 900-4], the Court finds that the method of distributing relief is effective. Class members can file claims through a straightforward claims process, and claims are not required for identity restoration services or to benefit from the injunctive relief agreed to by Equifax. Those claiming out-of-pocket losses must supply documentation of their losses, but such requirements are routine and likely less stringent than a plaintiff would have to present during discovery or trial. Some documentation requirements are necessary to ensure that the settlement fund is used to pay legitimate claims. Similarly, the requirement that losses be "fairly traceable" to the breach is not

19

onerous (and is arguably a less stringent standard than would apply at trial), and its enforcement is subject to a claims administration protocol developed with input from state and federal regulators. [Doc. 739-2, pp. 286-87, ¶ III].

The Court concludes that the requirements to make claims for other relief are also reasonable. For example, any class member is eligible to enroll in credit monitoring services without any documentation. Class members seeking alternative compensation in lieu of credit monitoring do not need to provide any documentation, but only identify and attest to their existing credit monitoring service. This is not an onerous requirement, and even those who already submitted claims and failed to provide the name of their credit monitoring service will be given another chance to do so through the deficient claims process set forth in the claims administration protocol. And, those seeking reimbursement for time spent dealing with the breach can claim up to 10 hours without any documentation.

The claims administrator, JND, is highly experienced in administering large class action settlements and judgments, and it has detailed the efforts it has made in administering the settlement, facilitating claims, and ensuring those claims are properly and efficiently handled. (App. 4, ¶¶ 4, 21; *see also* Doc. 739-6, ¶¶ 2-10). Among other things, JND has developed protocols and a database to assist in processing claims, calculating payments, and assisting class members in curing any deficient claims. (*Id.*, ¶¶ 4, 21). Additionally, JND has the capacity to handle class

20

member inquiries and claims of this magnitude. (App. 4, ¶¶ 5, 42). This factor, therefore, supports approving the relief provided by this settlement.

### c)     The Terms Relating To Attorneys' Fees Are Reasonable.

The third consideration of evaluating relief under Rule 23(e)(2)(C) is whether the attorneys' fees requested under the settlement are reasonable. <u>Fed. R. Civ. P. 23(e)(2)(C)(iii)</u>. Here, class counsel are requesting a fee based on a percentage of the benefits available to the class. As addressed in detail below, the Court finds that the request is reasonable under prevailing precedent and the facts of this case. Further, the timing of the payment of fees does not impact the adequacy of the relief, as no fee will be paid until after Equifax fully funds the settlement fund and under no circumstance will any of the settlement funds revert to Equifax. *See* <u>Fed. R. Civ. P. 23(e)(2)(B)(iii)</u>. As such, this factor weighs in favor of approving the settlement.

### d)     Agreements Required To Be Identified By <u>Fed. R. Civ. P. 23(e)(3)</u>.

Finally, Rule 23(e)(2)(C)(iv) directs the Court to consider the relief afforded to the class in light of any agreements required to be identified by Rule 23(e)(3). The parties previously submitted to the Court, *in camera*, the specific terms of the provision allowing Equifax to terminate the settlement if more than a certain number of class members opted out and the cap on notice spending that would create a mutual termination right. These provisions have not been triggered, and thus do not

affect the adequacy of the relief obtained here. The parties have not identified, and the Court is unaware of, any other agreements required to be identified by the Rule. Therefore, this element of Rule 23(e)(2)(C) also weighs in favor of approval.

### 4. Class Members Are Treated Equitably Relative To Each Other.

The fourth and final factor under Rule 23(e)(2), directs the Court to consider whether class members are treated equitably relative to each other. Fed. R. Civ. P. 23(e)(2)(D). According to the advisory committee notes, this factor is closely related to the adequacy requirement of Rule 23(a). The Court expressly considers whether the settlement provides equitable "treatment of some class members vis-à-vis others," and an issue that has been raised by some objectors is whether the settlement apportions "relief among class members [that] takes appropriate account of differences among their claims, and whether the scope of the release may affect class members in different ways." Adv. Comm. Notes 23(e)(2) (2018).

As an initial matter, the class members all have similar claims arising from the same event: the Equifax data breach. And as all class members are eligible to claim the various benefits provided by the settlement if they meet the requirements, they all are treated equitably under the settlement.

While class members who have incurred out-of-pocket losses will be able to recover more relative to class members who have not, this allocation is fair and equitable because these class members would have had the ability to seek greater

damages at trial. Additionally, the settlement provides for an extended claims period of four years after the initial claims period, through January 2024. This provides the opportunity for all class members to make claims for future out-of-pocket losses resulting from the breach.

All class members, regardless of whether they incurred out-of-pocket losses, are eligible to claim credit monitoring. This also treats class members fairly. "The emphasis on this form of relief is logical because it is directly responsive to the ongoing injury resulting from the breach." *Anthem*, 327 F.R.D. at 332; *see also* App. 6, ¶ 41 (stating that "[t]he features included in the Experian services are particularly helpful for consumers concerned about identity theft, because they are designed to quickly help identify fraudulent misuse of a consumer's personal information").

Moreover, all class members—even those who do not submit claims—benefit from the various non-monetary aspects of the settlement, including access to identity restoration services and the business practice changes that Equifax will implement at a cost of at least $1 billion. (*See* App. 2, ¶ 21). By addressing the alleged injuries class members suffered and by helping to mitigate future harm—through the extended claims period, availability of credit monitoring and identity restoration services, and mandated business practice changes—the settlement is equitable to all class members.

23

Finally, class members have been treated equitably despite the fact that they reside in different states and may have been able to assert different statutory claims depending on the state in which they reside. All class members share at least one common claim for negligence under Georgia law, and as to the statutory remedies that survived the motion to dismiss, the Court does not find that those remedies are materially different such that they render the plan of apportionment inequitable. Although some statutory claims may permit a plaintiff to seek statutory damages, Georgia law permits all class members to seek nominal damages and there are additional risks associated with those statutory claims that persuade the Court they are not materially more beneficial so as to render the settlement unfair.

This final factor of Rule 23(e)(2) thus supports this Court's finding that the settlement is fair, reasonable, and adequate and should be approved.

### 5.    The *Bennett* Factors Support Approving The Settlement As Fair, Reasonable, And Adequate.

In addition to the rule-based factors set forth in Rule 23, in considering whether to approve the settlement the Court is further guided by the factors set forth in *Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984). These factors include: (1) the likelihood of success at trial; (2) the range of possible recovery; (3) the range of possible recovery at which a settlement is fair, adequate, and reasonable; (4) the anticipated complexity, expense, and duration of litigation; (5) the opposition to the settlement; and (6) the stage of proceedings at which the settlement was

24

achieved. *Faught v. Am. Home Shield Corp.*, <u>668 F.3d 1233, 1240</u> (11th Cir. 2011).
Many of these considerations overlap those found in Rule 23(e)(2); all of them
support final approval.

As explained above with respect to consideration of Rule 23(e)(2), the first
and fourth *Bennett* factors strongly support approving the settlement. The likelihood
of success at trial is uncertain at best. Equifax would have no doubt renewed its
defenses at the summary judgment stage and the settlement provides relief that may
not have been available had the case been tried. The case would have been
extraordinarily expensive to litigate going forward and would have certainly taken
years to conclude. Likewise, consideration of the second and third *Bennett* factors
support the settlement as fair, reasonable, and adequate because the settlement
reflects relief the Court finds is in the high range of what could have been obtained
had the parties continued to litigate.

The fifth *Bennett* factor, which examines opposition to the settlement,
likewise supports approval. In the Court's view, the class has reacted positively to
the settlement. In contrast to the 15 million claims, including over 3.3 million claims
for credit monitoring that already have been filed by verified class members, only
2,770 settlement class members asked to be excluded from the settlement and only
388 class members directly objected to the settlement—many in the wake of
incomplete or misleading media coverage, or at the behest of serial class action

objectors, and often demonstrating a flawed understanding of the settlement terms. This miniscule number of objectors in comparison to the class size is entitled to significant weight in the final approval analysis. *See, e.g.*, *Lipuma v. Am. Express Co.*, 406 F. Supp. 2d 1298, 1324 (S.D. Fla. 2005) ("[A] low percentage of objections points to the reasonableness of a proposed settlement and supports its approval"); *In re Home Depot, Inc. Customer Data Sec. Breach Litig.*, 2016 WL 6902351, at *4 (N.D. Ga. Aug. 23, 2016) (same).

With respect to the sixth *Bennett* factor, the Court finds that the case settled at a stage of the proceedings where class counsel had sufficient knowledge of the law and facts to fairly weigh the benefits of the settlement against the potential risk of continued litigation. (*See, e.g.*, App. 1, ¶¶ 4-15; Doc. 739-4, ¶ 36). In particular, class counsel conducted a thorough factual and legal investigation in order to prepare their comprehensive consolidated amended complaint; exhaustively researched and analyzed the applicable law; reviewed more than 500,000 pages of documents and voluminous electronic spreadsheets from Equifax [*see generally*, Doc. 900-1, ¶¶ 6-14; Doc. 739-4, ¶ 17]; consulted with various experts; had the benefit of substantial informal discovery, including meetings with Equifax and its senior employees responsible for data security [Doc. 900-1, ¶ 14; Doc. 739-4, ¶ 23]; and engaged in confirmatory discovery after the term sheet was finalized. [Doc. 739-4, ¶ 36]. Thus, the *Bennett* factors, like the Rule 23 factors, strongly support approval of the

settlement.

Finally, in evaluating whether the settlement is fair, reasonable, and adequate, the Court also gives due weight to the judgment of class counsel. *See, e.g.*, *Nelson v. Mead Johnson & Johnson Co.*, 484 F. App'x 429, 434 (11th Cir. 2012) ("Absent fraud, collusion, or the like, the district court should be hesitant to substitute its own judgment for that of counsel."); *Cotton v. Hinton*, 559 F.2d 1326, 1330 (5th Cir. 1977). Class counsel are highly experienced in significant complex litigation including large and complex data breach class actions [Doc. 187, pp. 6-7], and they strongly believe that both the economic and injunctive relief secured for the class here is extraordinary. [Doc. 739-4, ¶ 60; *see also* App. 1, ¶ 16]. Also significant is Judge Phillips's endorsement of the settlement, particularly given his experience in mediating large-scale data breach cases. [Doc. 739-9, ¶ 13]. Finally, the fact that nearly all of the applicable state and federal regulators agreed to the provision of consumer redress through the settlement fund in this action strongly demonstrates the fairness of the settlement.

In conclusion, the settlement reflects an outstanding result for the class in a case with a high level of risk. The relief provided by this settlement—both monetary and non-monetary—exceeds the relief provided in other data breach settlements and the Court finds is in the high range of possible recoveries if the case had successfully been prosecuted through trial. Moreover, the settlement resulted from hard fought,

27

arm's-length negotiations, not collusion. The settlement is therefore fair, reasonable, and adequate under Rule 23 and Eleventh Circuit precedent.

**B.** **The Court Certifies The Settlement Class.**

The Court must examine whether this proposed settlement class may be certified under Rule 23(a)'s prerequisites and under Rule 23(b)(3). *Amchem Products, Inc. v. Windsor*, 521 U.S. 591, 613-14 (1997). The Court previously concluded it was likely to certify the following settlement class:

> The approximately 147 million U.S. consumers identified by Equifax whose personal information was compromised as a result of the cyberattack and data breach announced by Equifax Inc. on September 7, 2017.

Excluded are (i) Equifax, any entity in which Equifax has a controlling interest, and Equifax's officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the settlement class. As the Court ruled on Equifax's motion to dismiss, all of these class members state claims for negligence and negligence per se under Georgia law. [Doc. 540, at 9, 29-43]. For the reasons set forth below, the Court hereby finally certifies, for settlement purposes only, the settlement class pursuant to Fed. R. Civ. P. 23.

## 1. Fed. R. Civ. P. 23(a) Requirements Are Satisfied.

### a) Numerosity:

Rule 23(a)(1) requires that a proposed settlement class be so numerous that joinder of all class members is impracticable. Fed. R. Civ. P. 23(a)(1). The settlement class consists of more than 147 million U.S. consumers, indisputably rendering individual joinder impracticable.

### b) Commonality:

"Commonality requires the plaintiff to demonstrate that the class members 'have suffered the same injury," such that "all their claims can productively be litigated at once.'" *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 349-350 (2011); *see also Sellers v. Rushmore Loan Mgmt. Servs., LLC*, 941 F.3d 1031, 1039 (11th Cir. 2019) (noting inquiry is far less demanding than Rule 23(b)(3)'s predominance requirement). All members of the class suffered the same alleged injury, exposure of their data in the Equifax data breach, stemming from the same conduct and the same event. The class members are asserting the same or substantially similar legal claims. And "[t]he extensiveness and adequacy of [defendants'] security measures lie at the heart of every claim." *Anthem*, 327 F.R.D. at 308. As the central question in all class members' claims is whether Equifax breached its duty of care through its conduct with regard to their personal information, common questions are apt to drive the resolution of the legal issues in the case. *Id.*

Courts, including this one, have previously addressed this requirement in the context of data breach class actions and found it readily satisfied. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *2 (finding that multiple common issues "all center on [the defendant's] conduct, satisfying the commonality requirement."); *Anthem*, 327 F.R.D. at 308 (noting that "the complaint contains a common contention capable of class-wide resolution—'one type of injury allegedly inflicted by one actor in violation of one legal norm.'"). The same sorts of common issues are present here, including whether Equifax had a legal duty to adequately protect class members' personal information; whether Equifax breached that legal duty; and whether Equifax knew or should have known that class members' personal information was vulnerable to attack. *See Home Depot*, 2016 WL 6902351, at *2. Commonality is satisfied.

### c) **Typicality:**

Rule 23(a)(3) requires that the claims or defenses of the representative parties be typical of the claims or defenses of the class. Fed. R. Civ. P. 23(a)(3). This prong too is readily met in settlements of nationwide data breach class actions. *See Anthem*, 327 F.R.D. at 309 ("[I]t is sufficient for typicality if the plaintiff endured a course of conduct directed against the class."). Plaintiffs' claims here arise from the same data breach and Equifax's conduct in connection with the data breach. The claims are also based on the same overarching legal theory that Equifax failed in its

30

common-law duty to protect their personal information. The typicality requirement has been met.

### d) Adequacy of Representation:

As noted above, the adequacy requirement is satisfied here, as the class representatives do not have any interests antagonistic to other class members, and the class has been well represented by the appointed class counsel. The Court finds that the class representatives have fulfilled their responsibilities on behalf of the class. There is at least one class representative from each state, and therefore the potential interests of class members with various state law claims have been represented. The Court further finds no material differences that would render these class representatives inadequate. Likewise, the Court further finds that class counsel have prosecuted the case vigorously and in the best interests of the class, and they adequately represented each class member.

Again, the Court notes that this prong too has been readily met in nationwide data breach class action settlements. *See Home Depot*, 2016 WL 6902351, at *2. And multiple courts have found the adequacy requirement satisfied in nationwide data breach class action settlements in the face of objections to the contrary. *See Anthem*, 327 F.R.D. at 310 ("To the extent that there are slight distinctions between Settlement Class Members, the named Plaintiffs are a representative cross-section of the entire Class."); *see generally In re Target Corp. Customer Data Sec. Breach*

31

*Litig.*, <u>892 F.3d 968, 974</u> (8th Cir. 2018) (rejecting challenge to adequacy due to lack of "future-damages subclass"). The Court has identified no conflicts among class members here. And significantly, even the existence of minor conflicts does not defeat certification: "the conflict must be a fundamental one going to the specific issues in controversy." *Valley Drug Co. v. Geneva Pharm., Inc.*, <u>350 F.3d 1181, 1189</u> (11th Cir. 2003) (internal quotations and citations omitted). If any conflict exists among class members or groups of class members, that conflict certainly is not fundamental. The Court has no doubt that the class representatives and class counsel have performed their duties in the best interests of the class.

### 2. <u>The Settlement Class Meets the Requirements of Fed. R. Civ. P. 23(b)(3).</u>

Rule 23(b)(3) requires that "questions of law or fact common to class members predominate over any questions affecting only individual members," and that class treatment is "superior to other available methods for fairly and efficiently adjudicating the controversy." *Id.* The matters pertinent to these findings include:

- the class members' interests in individually controlling the prosecution or defense of separate actions;

- the extent and nature of any litigation concerning the controversy already begun by or against class members;

- the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

- the likely difficulties in managing a class action.

32

Fed. R. Civ. P. 23(b); *see also Vega v. T-Mobile USA, Inc.*, 564 F.3d 1256, 1278 (11th Cir. 2009) ("In determining superiority, courts must consider the four factors of Rule 23(b)(3)."). One part of the superiority analysis—manageability—is irrelevant for purposes of certifying a settlement class. *Amchem*, 521 U.S. at 620.

### a)  Predominance:

The predominance requirement "tests whether proposed classes are sufficiently cohesive to warrant adjudication by representation." *Id*. at 623. "Common issues of fact and law predominate if they have a direct impact on every class member's effort to establish liability and on every class member's entitlement to … relief." *Carriuolo v. Gen. Motors Co.*, 823 F.3d 977, 985 (11th Cir. 2016).

Here, as set forth above, there are numerous common questions. These common questions predominate because all claims arise out of a common course of conduct by Equifax. The focus on a defendant's security measures in a data breach class action "is the precise type of predominant question that makes class-wide adjudication worthwhile." *Anthem*, 327 F.R.D. at 312.

Even though this is a nationwide class action, variations in state law will not predominate over the common questions. The Court previously found that Georgia law applies to the negligence claims of the entire class. [Doc. 540 at 8-9].[2] Further,

---

[2] Even if Georgia law did not apply to the negligence claims of the entire class, "Plaintiffs' negligence claims would not get bogged down in the individualized

in the context of this litigation, the Court is persuaded that the presence of multiple state consumer protection laws does not defeat predominance, because "the idiosyncratic differences between state consumer protection laws are not sufficiently substantive to predominate over the shared claims" for purposes of Rule 23(b)(3). *Anthem*, 327 F.R.D. at 315. In *Anthem*, the court found it noteworthy that "Plaintiffs' theories across these consumer-protection statutes are essentially the same" thereby avoiding any pitfalls of state law variation. *Id.* (quoting *In re Mex. Money Transfer Litig.*, 267 F.3d 743, 747 (7th Cir. 2001)). Here too, the core allegations are that Equifax failed to implement and maintain reasonable security and privacy measures and failed to identify foreseeable security and privacy risks.

Perhaps the only significant individual issues here involve damages, but these issues do not predominate over the common issues in this case. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *2; *Anthem*, 327 F.R.D. at 311-16; *see also Brown v. Electrolux Home Prods., Inc.*, 817 F.3d 1225, 1239 (11th Cir. 2016) (individualized damages generally do not defeat predominance). Further minimizing any risk of individual damages predominating over common issues, the consolidated amended complaint seeks nominal damages on behalf of all class members, which may be available under Georgia law even where no evidence is given of any particular

---

causation issues that sometimes plague products-defect cases. … [because] the same actions by a single actor wrought the same injury on all Settlement Class Members together." *Anthem*, 327 F.R.D. at 314.

amount of loss. *See, e.g.*, *Georgia Power Co. v. Womble*, <u>150 Ga. App. 28, 32</u> (1979); *Land v. Boone*, <u>265 Ga. App. 551, 554</u> (2004).

### b)    Superiority:

"The inquiry into whether the class action is the superior method for a particular case focuses on increased efficiency." *Agan v. Katzman & Korr, P.A.*, <u>222 F.R.D. 692, 700</u> (S.D. Fla. 2004) (internal quotation omitted). "The focus of this analysis is on the relative advantages of a class action suit over whatever other forms of litigation might be realistically available to the plaintiffs." *Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs., Inc.*, <u>601 F.3d 1159, 1183-84</u> (11th Cir. 2010) (internal quotation omitted). That a class member may not receive a large award in a settlement does not scuttle superiority; the opposite tends to be true. *See Dickens v. GC Servs. Ltd. P'ship*, <u>706 F. App'x 529, 538</u> (11th Cir. 2017) (describing "the ways in which the high likelihood of a low per-class-member recovery militates in favor of class adjudication").

Here, it is inconceivable that the vast majority of class members would be interested in controlling the prosecution of their own actions. The cost of doing so, especially for class members who do not claim out-of-pocket losses, would dwarf even a full recovery at trial. A major thrust of Equifax's motion to dismiss was that the plaintiffs did not suffer any damages, let alone the "relatively paltry potential recoveries" that class actions serve to vindicate. *See Sacred Heart*, <u>601 F.3d at 1184</u>.

35

Given the technical nature of the facts, the volume of data and documents at issue, and the unsettled area of the law, it would not take long for an individual plaintiff's case to be hopelessly submerged financially. On the other hand, the presence of such pertinent predominant questions makes certification here appropriate. *Compare Anthem*, 327 F.R.D. at 312 (data breach dealt with "the precise type of predominant question that makes class-wide adjudication worthwhile") with *Sacred Heart*, 601 F.3d at 1184 ("[T]he predominance analysis has a tremendous impact on the superiority analysis[.]") (internal quotation marks omitted).

As to the extent and nature of litigation already commenced, the settlement agreement identifies 390 consumer cases related to this multidistrict litigation, and there are more than 147 million class members. As the Judicial Panel on Multidistrict Litigation stated, "[c]entralization will eliminate duplicative discovery, prevent inconsistent pretrial rulings on class certification and other issues, and conserve the resources of the parties, their counsel, and the judiciary." *In re: Equifax, Inc., Customer Data Sec. Breach Litig.*, 289 F. Supp. 3d 1322, 1325 (JPML 2017). The settlement furthers those goals. Similarly, it is desirable to concentrate the litigation of the claims here, which was selected as the transferee district because, among other reasons, Equifax is headquartered in this district, the vast majority of the plaintiffs supported this district, and "far more actions [were] pending in this district than in any other court in the nation." *Id.* at 1326.

Because the requirements of Rule 23(a) and (b)(3) have been satisfied, the Court certifies the settlement class.

## III. THE COURT OVERRULES ALL OBJECTIONS TO THE SETTLEMENT.

The Court now addresses objections to the settlement. The objections fail to establish the settlement is anything other than fair, reasonable, and adequate.

Out of the approximately 147 million class members, only 388 directly objected—or just 0.0002 percent of the class—despite organized efforts to solicit objections using inflammatory language and based on false and misleading statements about the settlement, such as that only $31 million is available to pay claims and that if all 147 million class members filed claims everyone would get 21 cents.[3] Many objections repeat these false and misleading assertions as fact and challenge the settlement on that basis. Further, on the eve of the objection deadline, an additional 718 form "objections," which allegedly had been filled out online by class members, were submitted *en masse* by Class Action Inc., a class action claims aggregator that created a website (www.NoThanksEquifax.com) with a "chat-bot" that encouraged individuals to object based on that same erroneous information.[4]

---

[3] Charlie Warzel, *Equifax Doesn't Want You to Get Your $125. Here's What You Can Do*, THE NEW YORK TIMES (Sept. 16, 2019), https://www.nytimes.com/2019/09/16/opinion/equifax-settlement.html.

[4] Reuben Metcalfe, *You have the right to object to the Equifax settlement. Here's how.*, MEDIUM (Nov. 8, 2019), https://medium.com/@reubenmetcalfe/you-have-

(App. 1, ¶¶ 49-59). These form "objections" are procedurally invalid for the reasons set forth later in this Order.

The Court has considered and hereby rejects all of the objections on their merits, whether or not the objections are procedurally valid or whatever may have motivated their filing. All of the objections are in the record, having been filed publicly on the Court's docket with the declaration of the claims administrator. [Doc. 899]. By way of example only, this Order references some of the objectors by name. The Court groups the objections as follows: (1) objections to the value of the settlement and benefits conferred on the class; (2) objections relating to the alternative compensation benefit; (3) objections relating to class certification; (4) objections relating to the process for objecting; (5) objections relating to the process for opting-out; (6) objections to the notice plan; and (7) objections to the claims process.[5]

In addition to the briefing from class counsel and Equifax's counsel, and the Court's own independent review and analysis, the Court reviewed and found helpful to this process the supplemental declaration of Professor Robert Klonoff (App. 2).

---

the-right-to-object-to-the-equifax-settlement-heres-how-4dfdb6cca663. As demonstrated in the record, Mr. Metcalfe represented to class counsel that he had not even read the settlement agreement or notice materials. [Doc. 939-1, ¶ 36].

[5] For the sake of organization, objections to attorneys' fees, expenses, and service awards are addressed separately below. The Court's consideration of attorneys' fees, and relating objections, are an integral part of the determination to finally approve the settlement under the criteria of Rule 23.

Professor Klonoff's declaration was particularly helpful to the Court in the organization and consideration of the objections, but the Court's decisions regarding the objections are not dependent upon his declaration or the declarations plaintiffs submitted from two other lawyers, Professor Geoffrey Miller and Harold Daniel. To the contrary, the Court has exercised its own independent judgment in deciding to reject all of the objections that have been filed.

### A. Objections To The Value Of The Settlement And Benefits Conferred On The Class.

A majority of the objectors express frustration with Equifax's business practices and want Equifax and its senior management to be punished. The Court is well aware of the intense public anger about the breach, which, in the Court's view, reflects the sentiment that consumers generally do not voluntarily give their personal information directly to Equifax, yet Equifax collects and profits from this information and allegedly failed to take reasonable measures to protect it.

While understandable, the public anger does not alter the Court's role, which is not to change Equifax's business model or administer punishment. Under the law, the Court is only charged with the task of determining whether the proposed settlement is fair, reasonable, and adequate.[6] And, with regard to that task, no one

---

[6] *See Ressler v. Jacobson*, 822 F. Supp. 1551, 1552-53 (M.D. Fla. 1992) (judicial evaluation of a proposed settlement "involves a limited inquiry into whether the possible rewards of continued litigation with its risks and costs are outweighed by

can credibly deny that this is a historically significant data breach settlement that provides substantial relief to class members now and for years into the future. Or, that if the Court does not approve the settlement, the plaintiffs' claims may ultimately be unsuccessful and class members may be left with nothing at all.

Objections that the settlement fund is too small for the class size, or that Equifax should be required to pay more, do not take into account the risks and realities of litigation, and are not a basis for rejecting the settlement. "Data-breach litigation is in its infancy with threshold issues still playing out in the courts." *Anthem*, 327 F.R.D. at 317. In light of the material risks involved and the possibility that any of several adverse legal rulings would have left the class with nothing, class counsel would have been justified in settling for much less. *See Behrens v. Wometco Enters., Inc.*, 118 F.R.D. 534, 542 (S.D. Fla. 1998), *aff'd*, 899 F.2d 21 (11th Cir. 1990); *Linney v. Cellular Alaska P'ship*, 151 F.3d 1234, 1242 (9th Cir. 1998) ("[T]he very essence of a settlement is compromise, a yielding of absolutes and an abandoning of highest hopes.") (internal quotation omitted). As it stands, in many respects the settlement provides relief beyond what the class members could have

---

the benefits of the settlement"); *Figueroa v. Sharper Image Corp.*, 517 F. Supp. 2d 1292, 1326 (S.D. Fla. 2007) (a court's role is not to "engage in a claim-by-claim, dollar-by-dollar evaluation, but rather, to evaluate the proposed settlement in its totality."); *Carter v. Forjas Taurus, S.A.*, 701 F. App'x 759, 766 (11th Cir. 2017) ("settlements are compromises, providing the class members with benefits but not full compensation.").

obtained at trial.

Many objectors also ask the Court to rewrite the settlement, but that is beyond the Court's power.[7] For example, objectors demand that the settlement should include: a long-term fund for "significant inflation-adjusted cash compensation from Equifax should they leak my data again any time within the next 20 years"[8]; "lifetime" credit and identity protection[9]; a minimum cash payment for every class member (proposed amounts include $10,000, $5,000, or $1,200)[10]; and a separate cash option for class members who freeze their credit.[11] In most cases, these objectors do not contend that the monetary relief is inadequate to compensate class members for any harm caused by Equifax's alleged wrongs, making it hard to see how they are aggrieved. *See Brown v. Hain Celestial Grp., Inc.*, 2016 WL 631880, at *10 (N.D. Cal. Feb. 17, 2016) (citing *In re First Capital Holdings Corp. Fin. Prods. Sec. Litig.*, 33 F.3d 29 (9th Cir. 1994)).[12] Regardless, the Court readily

---

[7] *Cotton*, 559 F.2d at 1331; *Howard v. McLucas*, 597 F. Supp. 1504, 1506 (M.D. Ga. 1984) ("[T]he court's responsibility to approve or disapprove does *not* give this court the power to force the parties to agree to terms they oppose." (emphasis in original)), *rev'd in part on other grounds*, 782 F.2d 956 (11th Cir. 1986).

[8] Objection of Tristan Wagner.

[9] *E.g.*, Objections of Francis J. Dixon III and Linda J. Moore.

[10] *E.g.*, Objections of Emma Britton, Norma Kline, and Vijay Srikrishna Bhat.

[11] *E.g.*, Objections of Gary Brainin and Sybille Hamilton. These objections ignore, however, that class members could request out-of-pocket losses if they paid to freeze their credit.

[12] Those class members who were unsatisfied with the relief made available had the opportunity to opt out, weighing in favor of finding the settlement fair, reasonable,

concludes that the settlement provides fair and adequate relief under all of the circumstances.

Other settlement terms proposed by objectors are of a regulatory or legislative nature, well beyond the power of the civil justice system. For example, according to some objectors, "[a]ny settlement is inadequate if it allows Equifax to continue using my personal data without my express written consent"[13]; the board and officers should disgorge their salaries and serve prison time[14]; or Equifax should be forced out of business.[15] These "suggestions constitute little more than a 'wish list' which would be impossible to grant and [are] hardly in the best interests of the class." *In re Domestic Air Trans. Antitrust Litig.*, 148 F.R.D. 297, 305 (N.D. Ga. 1993). No objector explains how this type of relief could be achieved at trial.

A number of objectors take issue with the credit monitoring services made available under the settlement. Some object that credit monitoring is very valuable, and thus the settlement should pay for more monitoring extended beyond ten years. Others object that credit monitoring is not valuable at all, that free credit monitoring and credit freezes are already available to everyone, that the value of the offered

---

and adequate. *See, e.g.*, *In re Oil Spill By Oil Rig Deepwater Horizon on April 20, 2010*, 295 F.R.D. 112, 156 (E.D. La. 2013) ("Those objectors who are unhappy with their anticipated settlement compensation could have opted out and pursued additional remedies through individual litigation.").

[13] Objection of Susan S. Hanis.

[14] *E.g.*, Objections of Christie Biehl, Jeffrey Biehl, George Bruno, and Patrick Frank.

[15] *E.g.*, Objections of David Goering, Christie Biehl, and Jeffrey Biehl.

monitoring is inflated to justify an inadequate settlement, and that the actual cost to provide credit monitoring services is *de minimis*.

This Court, like others before it, finds that credit monitoring is a valuable settlement benefit, particularly so the credit monitoring offered to class members in this case for such a lengthy period of time.[16] The credit monitoring provider has explained how the product offered in the settlement is better than the "free" monitoring products typically available to the public, and how the services seek to both prevent and address identity theft concerns. *See* App. 6, ¶¶ 33-43 (summarizing the advantages of the Experian credit monitoring and identity protection service negotiated as part of this settlement over other services available). Its comparable retail value is $24.99 per month. *Id.* It provides for $1 million in identity theft insurance and identity restoration services—features designed to address identity theft. And as reported by the claims administrator, millions of class members have chosen to make a claim for the services, further demonstrating their value.

This Court has repeatedly lauded high-quality credit monitoring services as providing valuable class-member relief that would likely not otherwise be

---

[16] *See Target* and *Anthem*, *supra*; *see also Home Depot*, <u>2016 WL 6902351</u>, at *4 (overruling objections and finding that 18 months of credit monitoring and injunctive components of settlement are valuable class benefits); *Hillis v. Equifax Consumer Servs. Inc.*, <u>2007 WL 1953464</u>, at *5 (N.D. Ga. June 12, 2007) (credit monitoring as part of settlement has substantial value).

recoverable at trial, as have other courts in connection with other data breach settlements.[17] Finally, if class members do not wish to claim the credit monitoring option, they can elect alternative cash compensation—which is a form of relief that would not even be recoverable at trial—or opt out of the settlement.[18] After careful consideration of the objections, the size and scope of relief secured by this settlement remains unprecedented and strongly supports final approval.

**B.     Objections Relating To The Alternative Compensation Benefit.**

Many objectors challenge the adequacy of the alternative compensation benefit, complaining that they will not receive a $125 payment that they believe they were promised. Objectors also suggest that the parties and, implicitly by approving the notice plan, the Court, misled the public by stating that all class members were entitled to $125 simply by filing a claim or that the parties engaged in some sort of "bait and switch" to keep class members from getting $125. While the Court appreciates the vehemence with which some of these objections are expressed, the

---

[17] At the fairness hearing, class counsel summarized the benefits available in the credit monitoring and identity protection plan that was specifically negotiated as part of the settlement. The Court has had the opportunity to review the benefits provided, as well as the estimation of the value of those benefits, and this information has informed the Court of its decision to approve the settlement.

[18] *See, e.g.*, *Greco v. Ginn Dev. Co., LLC*, 635 F. App'x 628, 635-36 (11th Cir. 2015) ("If [objector] was displeased with the consideration provided to him under the settlement . . . he was free . . . to opt out of the settlement."); *Faught*, 668 F.3d at 1242 (to the same effect); *Lee v. Ocwen Loan Servicing, LLC*, No. 14-cv-60649, 2015 WL 5449813, at *13 (S.D. Fla. Sept. 14, 2015) (to the same effect).

reality is that the objections are misguided, ignore the limits of litigation, and are based upon a misunderstanding of the settlement.

Class counsel have explained that among their primary goals in the settlement negotiations were to ensure that consumers with out-of-pocket losses from dealing with identity theft that had already occurred or by taking precautionary measures would be reimbursed, that all 147 million class members would have the opportunity to get high quality credit monitoring to detect and defend against future identity theft, and that all class members would have access to identity restoration services if they learn they have been victimized by identity theft. The structure of the settlement reflects those goals, which the Court finds were appropriate and reasonable.

Contrary to the impression held by many objectors who are critical of the settlement, the purpose of the alternative compensation remedy was not to provide every class member with the opportunity to claim $125 simply because their data was impacted by the breach (and those who object provide no statutory support that they would be entitled to such an automatic payment at trial). Rather, its purpose was to provide a modest cash payment as an "alternative" benefit for those who, for whatever reason, have existing credit monitoring services and do not wish to make a claim for the credit monitoring offered under the settlement. Thus, under the settlement, alternative compensation is expressly limited to those who already have credit monitoring services, do not want the credit monitoring services available

under the settlement, attest they will maintain their own service for at least six months, and provide the name of their current credit monitoring service. Moreover, those individuals who paid for their own credit monitoring service after the breach are able to file a claim to recoup what they paid for those credit monitoring services as out-of-pocket losses in addition to making a claim for the alternative reimbursement compensation available under the settlement.

The Court finds that the parties' decision to settle on terms that did not provide a cash payment to every class member was reasonable; indeed, settlement likely would not have been possible otherwise. The Court is skeptical that, even if it had the financial ability to do so, Equifax would ever willingly pay (or even expose itself to the risk of paying) the billions of dollars that providing a substantial cash payment to all class members would cost. The Court also finds that limiting the availability of the alternative compensation benefit in the way that is done under the settlement was reasonable, and the settlement would have easily been approved had there been no alternative compensation benefit at all.

The alternative compensation remedy was capped at $31 million as a result of arm's length negotiations. As compared to the settlement fund amounts earmarked for out-of-pocket losses, the Court finds this apportionment to be entirely equitable. Class members who incurred out-of-pocket losses—*including* paying for credit monitoring or credit freezes after announcement of the breach—have stronger claims

for damages, and those who do not are also entitled to claim credit monitoring and identity restoration services going forward, which provides protection and assistance to class members who are subject to identity theft during the term of the settlement. It appears that the distribution plan will successfully achieve its goals. According to the settlement administrator, even after paying the costs of credit monitoring and identity restoration services, the settlement fund (as supplemented with an additional $125 million if needed) likely will have sufficient money to pay class members with demonstrable out-of-pocket losses the entire amount of their approved claims. And, any money remaining in the fund after the extended claims period will be used to lift the cap on alternative compensation, allowing alternative compensation claimants to receive an additional, pro rata payment—which many objectors ignore.[19]

The notice plan the Court approved in its Order Directing Notice explained that the amount available to pay alternative compensation claims was capped and that individual class members might receive less than $125. The long form notice (which was posted on the settlement website as of July 24, 2019—the same date that class members could start making claims), for example, told class members that they could get "up to" $125 in alternative compensation and further stated: "If there are more than $31 million in claims for Alternative Reimbursement Compensation, all

---

[19] Objections have also been made to the $38 million cap on claims for time. For the same reasons, the Court rejects these objections.

payments for Alternative Reimbursement Compensation will be lowered and distributed on a proportional basis." [Doc. 739-2 at 266].

On the same day that the proposed settlement was first presented to this Court and well before the Court-approved email notices were sent to class members, regulators announced their own settlements with Equifax that incorporated the proposed settlement's consumer restitution terms in this case, including the alternative compensation benefit. In covering the regulators' announcements, media outlets began reporting that consumers could get $125 under the settlement without describing the limited purpose of and the eligibility requirements for the alternative compensation benefit. The ability to receive $125 under the settlement was also touted on social media, adding to the public misperception. (App. 1, ¶¶ 30-37).

The settlement website began accepting claims on July 24, 2019, shortly after the settlement was preliminarily approved. In the ensuing days, millions of claims for alternative compensation were filed. Because of the claims volume and the $31 million cap, it quickly became apparent to class counsel that alternative compensation claimants likely would receive a small fraction of what they may have expected based upon media reports, although the specific amount they would receive was unknown. (The specific amount alternative compensation claimants will be paid is unknowable until after the total number of valid alternative compensation claims is determined following the end of the initial claims period and, even then, their

payments may be supplemented following the extended claims period if additional money remains after claims for out-of-pocket losses have been satisfied.) (App.1, ¶¶ 43-44).

Class counsel acted immediately to ensure that class members were not disadvantaged by the misleading media reports and the widespread public misperception about the alternative compensation benefit. They proposed a plan to Equifax and, after receiving input from regulators, presented the plan to the Court at a hearing held on July 30, 2019. The essence of the plan entailed notifying class members that, because of the claims volume, alternative compensation claimants likely would receive much less than $125 so that, going forward, class members would have that information in making a choice between credit monitoring and alternative compensation. The plan also afforded those who had already filed a claim a renewed opportunity to choose credit monitoring rather than alternative compensation. The Court approved the plan at the hearing and directed the parties to implement its terms. They did so. (App.1, ¶¶ 43-44).

On August 1, 2019, class counsel distributed a statement to the media explaining the limitations of the alternative compensation benefit and urging class members to rely only on the official court notice, not what they heard or read in the media. On August 2, 2019, a statement was placed in a prominent position on the home page of the settlement website that read:

> If you request or have requested a cash benefit, the amount you receive may be significantly reduced depending on how many valid claims are ultimately submitted by other class members. Based on the number of potentially valid claims that have been submitted to date, payments for time spent and alternative compensation of up to $125 likely will be substantially lowered and will be distributed on a proportional basis if the settlement becomes final. Depending on the number of additional valid claims filed, the amount you receive may be a small percentage of your initial claim.

On August 7, 2019, the direct email notice campaign that the Court approved in its July 22, 2019 Order Directing Notice commenced. The first email notice, which was sent to more than 100 million class members, prominently featured the same statement that had been added to the settlement website.[20] The same statement also was featured in a follow up email to the class. Moreover, a separate email was sent to all class members who had filed a claim for alternative compensation before August 2, 2019, repeating the same message and giving them the opportunity to choose credit monitoring if they wanted to switch their claim from alternative reimbursement. Also around this time, the FTC publicly announced that the alternative compensation claim would be less than $125, recommended that class members select credit monitoring, and included the statement that any class member who already made a claim for alternative compensation could switch to claim credit

---

[20] This statement was also included in the publication notice, which appeared as a full-page advertisement in *USA Today* on September 6, 2019.

monitoring.[21]

So, beginning August 2, 2019, all class members who went to the website to file a claim were put on notice that alternative compensation claimants in all likelihood would only receive a small percentage of $125.[22] Beginning August 7, 2019, class members were given the same information as part of the Court-approved direct email notice program. And, all class members who filed an alternative compensation claim before August 2, 2019, were separately told of the situation and given an opportunity to amend their claim to choose credit monitoring instead of the cash payment if they wanted to do so. The Court thus finds that the notice plan approved by the Court on July 22, 2019, coupled with the supplemental plan approved at the July 30, 2019 hearing, provided reasonable and adequate notice to the class about the limits of the alternative compensation benefit and that class members had sufficient information and opportunity to make an informed choice between that benefit and credit monitoring.

The likelihood that alternative compensation claimants will receive

---

[21] FTC Encourages Consumers to Opt for Free Credit Monitoring, as part of Equifax Settlement, FTC (July 31, 2019), *available at* https://www.ftc.gov/news-events/press-releases/2019/07/ftc-encourages-consumers-opt-free-credit-monitoring-part-equifax.

[22] The online claim form was also amended as of August 2, 2019 to advise that payments for the alternative compensation benefit may be less than $125 depending on the number and amount of claims filed.

substantially less than $125 does not mean that the relief afforded by the settlement is inadequate. To the contrary, as described above, the relief offered by the settlement is unprecedented in scope. The Court must evaluate the adequacy of the settlement in terms of the entirety of the relief afforded to the class. The other substantial benefits—including payment of out-of-pocket losses, credit monitoring, identity restoration services, and the reduction in the risk of another breach—would justify approval of the settlement as fair, reasonable, and adequate even if the settlement did not provide an alternative compensation benefit at all. Indeed, this Court has previously approved settlements that provided no alternative compensation benefit in the *Home Depot* and *Arby's* data breach cases.

Moreover, the likelihood that alternative compensation claimants will receive substantially less than $125 is not unfair, and does not render the alternative compensation benefit itself inadequate. All of the alternative compensation claimants are eligible for the same relief made available to other class members, they received the same Court-approved communications as other class members disclosing that payments for alternative compensation claims would be a small percentage of $125, and those who filed their claims before the above enhancements to the settlement website were implemented were given the opportunity to change their minds. That class members, armed with this information, chose alternative compensation rather than the more valuable credit monitoring services offered by

52

the settlement reflects their own personal decision, not a failing of the settlement or inadequate representation by class counsel. Moreover, the alternative compensation claimants retain the right to take advantage of all the other settlement benefits except credit monitoring.

It is unfortunate that inaccurate media reports and social media posts created a widespread belief that all class members, simply by filing a claim, would receive $125. But the parties are not responsible for those reports and class counsel acted appropriately, diligently, and in the best interests of the class by taking corrective action when they learned of the erroneous reporting. Moreover, any class member who chose alternative compensation rather than credit monitoring has had ample opportunity to make a new choice. Accordingly, objections to the adequacy of the settlement based on the fact that alternative compensation claimants will not receive $125; the manner in which class members were informed about the alternative compensation benefit; or the notion that class members were misled into choosing alternative compensation are overruled.

## C.     <u>Objections Relating To Class Certification.</u>

Objectors to class certification assert that the class representatives and counsel are not "adequate" for purposes of Rule 23(a)(4) because: (1) the interests of class members who have already incurred out-of-pocket losses conflict with those who

have incurred only a risk of future losses,[23] or (2) some state consumer protection laws implicate statutory penalties while others do not.[24] Thus, according to the objections, "fundamental" intra-class conflicts between subgroups exist, requiring numerous subclasses with separate counsel for each. *See, e.g.*, *Amchem*, 521 U.S. at 591; *Ortiz v. Fibreboard Corp.*, 527 U.S. 815 (1999). These objections are wholly without merit as there simply are no fatal intra-class conflicts, fundamental or otherwise.

For the reasons set forth below, subclasses were not required here and, much more likely, would have been detrimental to the interests of the entire class. The practical effect of creating numerous subclasses represented by competing teams of lawyers would have decreased the overall leverage of the class in settlement discussions and rendered productive negotiations difficult if not impossible.[25] Further, if the case had not settled, the additional subclasses and lawyers likely would have made the litigation process, particularly discovery and trial, much harder to manage and caused needless duplication of effort, inefficiency, and jury

---

[23] Objection of Shiyang Huang [Doc. 813 at 5-7].
[24] Objection of Frank and Watkins [Doc. 876 at 1].
[25] *See In re Oil Spill by Oil Rig Deepwater Horizon in Gulf of Mexico, on April 20, 2010*, 910 F. Supp. 2d 891, 919 (E.D. La. 2012), *aff'd sub nom. In re Deepwater Horizon*, 739 F.3d 790 (5th Cir. 2014) (district court wary of "[s]uch rigid formalism" of requiring subclasses, "which would produce enormous obstacles to negotiating a class settlement with no apparent benefit[.]").

54

confusion.[26]

The Eleventh Circuit has provided the contours necessary for an objector to establish a fundamental conflict that may necessitate subclasses: "A fundamental conflict exists where some party members claim to have been harmed by the same conduct that benefitted other members of the class." *Valley Drug Co. v. Geneva Pharm., Inc.*, 350 F.3d at 1189. "[T]he existence of minor conflicts alone will not defeat a party's claim to class certification: the conflict must be a 'fundamental' one going to the specific issues in controversy." *Id.* There is simply is no evidence of a fundamental intra-class conflict in this case. No class members were made better off by the data breach such that their interests in the outcome of the litigation are adverse to other class members. Similarly, all class members benefit from the proposed settlement, while none are harmed by it. In arguing otherwise, the objectors focus on minor differences within the class that are immaterial in the context of this case

---

[26] Frank and Watkins contend that residents of each jurisdiction with statutory claims that survived the motion to dismiss should be served by separate counsel. (*See* Final Approval Hearing Tr., at 78-79). They also acknowledge that claims under consumer protection statutes from 33 jurisdictions survived. [Doc. 876, at 6]. The objectors' approach thus would require at least 34 separate teams of lawyers (appointed class counsel plus lawyers for each jurisdiction), which would needlessly cause the scope of these proceedings to explode. The selection and appointment process alone would be incredibly time consuming and the duplication of effort involved in ensuring each legal team was adequately versed in the law and facts to assess the relative worth of their clients' claims would be staggering. Ironically, the same objectors criticize the requested attorneys' fees in this case on the basis that class counsel's hours are inflated because too many lawyers worked on it. [Doc. 876, at 24].

and, in any event, do not defeat class certification.

Shiyang Huang's objection—that this fact pattern is akin to *Amchem* and *Ortiz* because some class members have presently incurred out-of-pocket costs while others have not—was thoroughly analyzed and rejected in *Target*:

> The *Amchem* and *Ortiz* global classes failed the adequacy test because the settlements in those cases disadvantaged one group of plaintiffs to the benefit of another. There is no evidence that the settlement here is similarly weighted in favor of one group to the detriment of another. Rather, the settlement accounts for all injuries suffered. Plaintiffs who can demonstrate damages, whether through unreimbursed charges on their payment cards, time spent resolving issues with their payment cards, or the purchase of credit-monitoring or identity-theft protection, are reimbursed for their actual losses, up to $10,000. Plaintiffs who have no demonstrable injury receive the benefit of Target's institutional reforms that will better protect consumers' information in the future, and will also receive a pro-rata share of any remaining settlement fund. It is a red herring to insist, as [Objector] does, that the no-injury Plaintiffs' interests are contrary to those of the demonstrable-injury Plaintiffs. All Plaintiffs are fully compensated for their injuries.

*Target*, 2017 WL 2178306, at *5, *aff'd*, 892 F.3d at 973-76; *see generally id.* at *2-9. Further, "the interests of the various plaintiffs do not have to be identical to the interests of every class member; it is enough that they share common objectives and legal or factual positions." *Id.* at *6 (quoting *Petrovic v. Amoco Oil Co.*, 200 F.3d 1140, 1148 (8th Cir. 1999)). As in *Target*, the class representatives are adequate here because they seek essentially the same things as all class members: compensation for whatever monetary damages they suffered and reassurance that their information

will be safer in Equifax's hands in the future. *Id.*[27]

Unlike here, *Amchem* and *Ortiz* were massive personal injury "class action[s] prompted by the elephantine mass of asbestos cases" that "defie[d] customary judicial administration." *Prof'l Firefighters Ass'n of Omaha, Local 385 v. Zalewski*, 678 F.3d 640, 646 (8th Cir. 2012). In those cases adequacy was not sufficiently protected within a single class because claimants who suffered diverse medical conditions as a result of asbestos exposure wanted to maximize the immediate payout, whereas healthy claimants had a strong countervailing interest in preserving funds in case they became ill in the future. These vast differences between groups of claimants in *Amchem* required "caution [because] individual stakes are high and disparities among class members great." *Amchem*, 521 U.S. at 625. Those concerns are simply not present in this consumer case where all class members allege the same injury from the compromise of their personal information. *See Anthem*, 327 F.R.D. at 314 (dispelling analogies to *Amchem* in the data beach context because "the same actions by a single actor wrought the same injury on all Settlement Class Members together").

---

[27] *See also Anthem*, 327 F.R.D. at 309-11 (analyzing and overruling same objection). This Court rejected a similar objection in the *Home Depot* consumer track. *See* 2016 WL 6902351 (rejecting all objections asserted by Sam Miorelli, including an objection that separate counsel was necessary to represent allegedly conflicting subclasses (No. 14-md-2583-TWT, Doc. 237 at 39-40) (objection); Doc. 245 at 21-23 (reply in support of final approval)).

Further, Mr. Huang's argument is particularly weak given the structure of the settlement in this case and the nature of the alleged harm to the class. While those who have already incurred out-of-pocket losses are being reimbursed now, those who incur out-of-pocket losses in the future are not left without a monetary remedy. Class members will have an opportunity to be reimbursed for out-of-pocket losses relating to future identity theft during the extended claims period. Moreover, there is no conflict because of the nature of the harm caused by the breach. Those who have already suffered losses stand just as likely to suffer future losses as those who have not suffered any losses to date and thus all class members have an incentive to protect against future harm. *See Target*, 892 F.3d at 976 (future injury "is just as likely to happen to a member of the subclass with documented losses").

Accordingly, the interests of the proposed subclasses here "are more congruent than disparate, and there is no fundamental conflict requiring separate representation." *Target*, 892 F.3d at 976; *see also Anthem*, 327 F.R.D. at 309-10. The settlement benefits all class members equally by compensating both current and future losses as well as protecting against and providing assistance in dealing with any future losses or misuse of their information. The Court therefore rejects Shiyang Huang's objection to class certification.

Objectors Frank and Watkins insist that the adequacy of representation requirement can only be satisfied with subclasses, with separate counsel, to account

for differences in the damages potentially available under different state consumer statutes. The Court is not persuaded, as this case seems well-suited to resolution via a nationwide class settlement. Frank and Watkins have not demonstrated how separate representation for state-specific subclasses would benefit anyone, let alone the class as a whole, or that the state statutes as a practical matter provide any class members with a substantial remedy under the facts presented. To the contrary, the Court finds that it is unlikely that any individual class members would have benefitted in any material way from state statutory remedies under the circumstances of this case or from separate representation for the purpose of advocating the alleged value of those remedies.

To begin with, the court in *Target* rejected this specific objection explaining:[28]

> The availability of potential statutory damages for members of the class from California, Rhode Island, and the District of Columbia does not, by itself, mean that the interests of these class members are antagonistic to the interests of class members from other jurisdictions. Class actions nearly always involve class members with non-identical damages. . . .

> [Objector's] argument in this regard ignores the substantial barriers to any individual class member actually recovering statutory damages. Class members from these three jurisdictions willingly gave up their uncertain potential recovery of statutory damages for the certain and complete recovery, whether monetary or equitable, the class settlement offered. Contrary to [Objector's] belief, this demonstrates

---

[28] Frank, the objector here, is a lawyer who represented the unsuccessful objector in *Target*. His co-counsel in *Target*, Melissa Holyoak, represents Frank and Watkins (her brother) in this case. While their roles may be different, Frank and Holyoak are making the same argument that failed in *Target*.

> the cohesiveness of the class and the excellent result named Plaintiffs
> and class counsel negotiated, not any intraclass conflict.

2017 WL 2178306, at *6. Similarly, the trial court in *Anthem* found that, as in this

case, "there is no structural conflict of interest based on variations in state law, for

the named representatives include individuals from each state, and the differences in

state remedies are not sufficiently substantial so as to warrant the creation of

subclasses." *Anthem*, 327 F.R.D. at 310 (quoting *Hanlon v. Chrysler Corp.*, 150 F.3d

1011, 1021 (9th Cir. 1998)); *cf. Columbus Drywall*, 258 F.R.D. at 555 ("The fact

that the named plaintiffs may have suffered greater damages does not indicate that

named plaintiffs possess interests antagonistic to other plaintiffs.").[29]

Those cases are more analogous here than the authority objectors cite. In *W.*

*Morgan-E. Lawrence Water & Sewer Auth. v. 3M Co.*, 737 F. App'x 457 (11th Cir.

2018), consumers of allegedly contaminated water *and* the water authority that

supplied the water were lumped into the same settlement class in an action against

---

[29] *See also Hanlon*, 150 F.3d at 1022 ("although some class members may possess
slightly differing remedies based on state statute or common law, the actions asserted
by the class representatives are not sufficiently anomalous to deny class certification.
On the contrary, to the extent distinct remedies exist, they are local variants of a
generally homogenous collection of causes which include products liability,
breaches of express and implied warranties, and 'lemon laws.'"); *Dickens v. GC
Servs. Ltd. P'ship*, 706 F. App'x 529, 536 (11th Cir. 2017) (class representative may
be adequate even where seeking only statutory damages when other class members
also suffered actual damages; at most this is a "minor conflict" under *Valley Drug*);
*Navelski v. Int'l Paper Co.*, 244 F. Supp. 3d 1275, 1307 (N.D. Fla.), *reconsideration
denied*, 261 F. Supp. 3d 1212 (N.D. Fla. 2017) ("The class members' damages will
differ in degree, perhaps, but not in nature.").

the alleged polluters, even though many class members had actually filed injury claims *against* the water authority. *Id.* at 464. Because the water authority had an interest in maximizing the injunctive relief obtained from the alleged polluters while *minimizing* the value of (if not undermining entirely) consumers' claims for compensatory damages, a fundamental intra-class conflict plainly existed, precluding dual representation of consumers and the water authority. *Id.* No such fundamental conflict exists here.

Frank and Watkins also rely on the Second Circuit's opinion in *In re Literary Works in Elec. Databases Copyright Litig.*, 654 F.3d 242 (2d Cir. 2011). They claim the case is "directly on point," but it is not. [Doc. 876 at 7]. *Literary Works* was a copyright case in which the proposed settlement divided the class into three claimant groups, called Categories A, B, and C. Unlike here, no single transaction or claim united the Category A, B, and C plaintiffs. The settlement capped the defendants' total liability and provided that, if the claims exceeded that cap, the Category C claims would be reduced *pro rata*. *Id.* at 246. In other words, the settlement protected the Category A and B claims at the sole expense of the Category C claims and could have resulted in Category C claimants receiving nothing. So, unlike here, the *Literary Works* settlement "sold out" one category of claims. *See id.* at 252.

The three claims categories in *Literary Works* were different in kind given the statutory scheme under which they arose. Category A claimants (whose claims were

uniquely valuable under federal copyright law because they were registered in time to be eligible for statutory penalties) had stronger claims than Category C claimants (who had never registered their copyrights and thus were not eligible to claim even actual damages). But, according to the court, that did not mean Category A claimants could take all the settlement's benefits, at least not without independent representation for the Category C claimants. In contrast, the proposed settlement in this case provides all class members with benefits and, unlike in the proposed settlement in *Literary Works*, is "carefully calibrated" to do so. *Anthem*, <u>327 F.R.D. at 310-11</u>.[30]

Further, unlike in *Literary Works*, the entire class in this case brings the same common law claim for negligence stemming from the same event and arising under one state's law. This shared claim—involving the uniform applicability of Georgia law to a single set of facts—binds the interests of all class members, no matter where

---

[30] For the same reason, the Court overrules the Frank and Watkins objection that the settlement treats class members inequitably. The Court finds that due to the calibration of benefits, the settlement satisfies Rule 23(e)(2)(D). Further, the Court does not agree that Frank and Watkins's approach would lead to a more equitable result and finds instead that it could disadvantage the entire class. Due to the large number of class members, at best, the approach might allow residents of a handful of states to receive potentially larger (but still quite small) statutory damages. But predicting such a result is mere speculation, particularly because the two objectors have not demonstrated that the statutory claims to which they point are even viable. More likely, their approach would lead to no settlement (and possibly no recovery at all).

they reside, and overcomes any theoretical differences that arise from potential state statutory remedies. That is particularly true in this case because there is substantial doubt as to whether the plaintiffs can satisfy conditions the state statutes require to prove liability on an individual or class wide basis, (Utah's statute for example, requires each plaintiff to establish a "loss" and may not even be available in a class action),[31] and the complaint seeks nominal damages under Georgia law on behalf of all class members, which could yield more than the statutory damages for which Frank and Watkins argue. *See, e.g.*, *Wright v. Wilcox*, 262 Ga. App. 659, 662 (2003) (noting that damages are not "restricted to a very small amount"). Thus, Frank and Watkins's claim that no one "press[ed] their most compelling case" is without merit. [Doc. 876, at 11].

So too is the objectors' implication that their recovery is inadequate in relation to a possible award at trial. The Court has already noted that the settlement is at the high end of the range of likely recoveries and that many of the specific benefits of the settlement likely would not be attainable at trial, such as the fact that all class members are eligible for credit monitoring. Over a four-year period, the retail value of the credit monitoring approximates or exceeds the purported value of Frank and Watkins's statutory damages claims. Accordingly, Frank and Watkins likely are

---

[31] *See* U.C.A. § 13-11-19 ("A consumer who suffers loss as a result of a violation of this chapter may recover, *but not in a class action*, actual damages or $2,000, whichever is greater, plus court costs.") (emphasis added).

63

economically better off under the settlement than they would be even in the unlikely event that their state statutory claims were successfully litigated through trial. In short, the reality is that any conflicts between class members based upon their states of residence are doubtful and speculative, and even if any such conflicts exist, they are minimal.

Finally, Frank and Watkins do not identify any authority holding that a class settlement cannot release individual claims arising from the same transaction or occurrence that are not held by all class members. That happens all the time, in all manner of class judgments, and the Court has considered and found equitable under Rule 23(e) the scope of the release here. Under Frank and Watkins's theory, every multi-state class action settlement involving state law claims would risk invalidity without subclasses (with separate representatives and counsel) for each state. Many class settlements that have been approved and upheld on appeal would be invalid as a matter of law under such a rule, including *NFL Concussion*,[32] *Chrysler-Dodge-Jeep Ecodiesel*,[33] and *Volkswagen "Clean Diesel."*[34]

---

[32] *In re Nat'l Football League Players Concussion Injury Litig.*, 307 F.R.D. 351 (E.D. Pa. 2015), *aff'd*, 821 F.3d 410 (3d Cir. 2016).

[33] *In re Chrysler-Dodge-Jeep Ecodiesel Mktg., Sales Practices, & Prods. Liab. Litig.*, 2019 WL 2554232 (N.D. Cal. May 3, 2019).

[34] *In re: Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods. Liab. Litig.*, No. MDL 2672 CRB (JSC), 2016 WL 6248426 (N.D. Cal. Oct. 25, 2016), *aff'd*, 895 F.3d 597 (9th Cir. 2018), *and aff'd*, 741 F. App'x 367 (9th Cir. 2018) (2.0-liter settlement); *In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods.*

The facts asserted by the objectors thus do not establish a conflict. And even if the objectors had identified a non-speculative conflict, which they have not, the conflict is minor and does not go to the heart of the claims asserted in the litigation. Moreover, the involvement of a cross-section of class representatives across all states, use of a respected and experienced mediator, and extensive input from state and federal regulators all safeguarded the process leading to the settlement. Indeed, the Attorneys General of both jurisdictions in which Frank and Watkins reside—Utah and the District of Columbia—incorporated this settlement as the mechanism for providing relief to their citizens in their own settlements with Equifax.

For all these reasons, the objections related to other consumer protection statutes do not present a problem with adequacy. In that regard, the Court also finds it relevant that Rule 23(e) was recently amended to require consideration of how settlement benefits are apportioned among class members as part of the fairness, reasonableness, and adequacy requirement. That, in and of itself, suggests that the adequacy requirement does not require that every class member share identical and overlapping claims. The Court has found here that the benefits are being equitably apportioned, and that the class is adequately represented without fundamental conflicts. There is therefore no basis to deny class certification under Rule 23(a)(4).

---

*Liab. Litig.*, No. MDL 2672 CRB (JSC), <u>2017 WL 2212783</u> (N.D. Cal. May 17, 2017) (3.0-liter settlement).

Another objector claims that class members who have an existing credit monitoring service are treated inequitably. [Doc. 880 at 11]. But claimants who purchased credit monitoring on or after September 7, 2017, in response to the breach may make a claim for full reimbursement of the costs, up through the date they submit a claim. [Doc. 739-2, ¶¶ 2.37, 6.2.4, 8.3.2]. These class members also have the opportunity to cancel their existing credit monitoring service and sign up for the (likely superior) comprehensive credit monitoring offered under the settlement, obtaining the same benefits available to every other class member. Or, they are eligible for alternative cash compensation, albeit smaller than the maximum $125, and remain eligible for all of the other settlement benefits. Accordingly, the Court finds that those class members with existing credit monitoring are treated equitably under the settlement.

### D. Objections Relating To The Process For Objecting.

The Court finds that the process for objecting is reasonable. Some objectors argue that the procedure for objecting is overly burdensome, asserting that objectors should not be required to show they are members of the settlement class, or provide their personal contact information, signature, or dates for a potential deposition. This argument is at odds with the number of objections received, and few objectors had difficulty meeting these criteria. Nevertheless, the requirements imposed on objectors are consistent with Rule 23, are common features of class action

settlements,[35] and were informed by the Court's previous experience dealing with objectors in connection with the *Home Depot* data breach settlement.

Some objectors protest the possibility of being subjected to a deposition, but objectors who voluntarily appear in an action place their standing and basis for objecting at issue for discovery. *See In re Cathode Ray Tube (CRT) Antitrust Litig.*, 281 F.R.D. 531, 533 (N.D. Cal. 2012) (holding that when an objector voluntarily appears in litigation by objecting to a class settlement, he or she is properly subject to discovery). Courts in this Circuit have found it advisable to discover the objector's knowledge of the settlement terms, to ferret out frivolous objections, and to expose objections that are lawyer-driven and filed with ulterior motives.[36] Moreover, Rule

---

[35] *See Champs Sports Bar & Grill Co. v. Mercury Payment Sys., LLC*, 275 F. Supp. 3d 1350, 1353 (N.D. Ga. 2017) (striking objection for failing to comply with similar criteria); *Home Depot*, Doc. 185 at ¶ 12 (N.D. Ga. March 8, 2016) (requiring objectors to provide personal contact information and signature); *Jones v. United Healthcare Servs., Inc.*, 2016 WL 8738256, at *4 (S.D. Fla. Sept. 22, 2016); *Chimeno-Buzzi v. Hollister Co.*, 2015 WL 9269266, at *5 (S.D. Fla. Dec. 18, 2015) (same); *see also In re Premera Blue Cross Customer Data Sec. Breach Litig.*, 2019 WL 3410382, at *27 (D. Or. July 29, 2019) (requiring objectors to provide personal contact information and provide signed statement that he or she is member of settlement class); *In re Anthem, Inc. Data Breach Litig.*, 2017 WL 3730912, at *3 (N.D. Cal. Aug. 25, 2017) (requiring written objection to contain personal contact information and signature).

[36] *See Montoya v. PNC Bank, N.A.*, 2016 WL 1529902, at *19 (S.D. Fla. April 13, 2016); *see also Champs Sports*, 275 F. Supp. 3d at 1359 (overruling the objection in a case where the objector was deposed, admitted he had no evidence or knowledge supporting objection, and could not explain how the settlement was inadequate); *Morgan v. Pub. Storage*, 301 F. Supp. 3d 1237, 1259 (S.D. Fla. 2016) ("An objector's knowledge of the objection matters in crediting (or not) the objection and

23 has recently been amended to address these sorts of concerns. *See generally* <u>Fed. R. Civ. P. 23(e)(5)</u>.[37] The objection requirements serve to further appropriate lines of inquiry, and are not meant to discourage objections. "Such depositions not only serve to inform the Court as to the true grounds and motivation for the objection, but they also help develop a full record should the objector file an appeal." *Montoya*, <u>2016 WL 1529902</u>, at *19.

Finally, the personal signature requirement is not burdensome, and is of particular importance in this case, to ensure that the objection is made in the objector's personal capacity, and not at the behest of others. And, the personal signature requirement decreases the likelihood that services encouraging mass objections or opt-outs file unauthorized or fictitious objections. These objections are overruled.

---

determining the objector's motives."); c*f. Greco v. Ginn Dev. Co.*, <u>635 F. App'x 628, 633</u> (11th Cir. 2015) (district court may properly consider whether those voicing opposition to settlement have ulterior motives).

[37] The accompanying 2018 Advisory Committee Notes explain that the Rule has been amended because "some objectors may be seeking only personal gain, and using objections to obtain benefits for themselves rather than assisting in the settlement-review process. At least in some instances, it seems that objectors—or their counsel—have sought to obtain consideration for withdrawing their objections or dismissing appeals from judgments approving class settlements."

**E.**    **Objections Relating To How To Opt Out.**

The Court overrules all objections related to the procedures for how to opt

out. The exclusion procedure is simple, affords class members a reasonable time in

which to exercise their option, and is conventional.[38] The individual signature

requirement on opt-out requests is not burdensome at all. Moreover, it ensures that

each individual has carefully considered his options and understands that he is giving

up his right to relief under the settlement. While technology provides an avenue for

filing claim forms more easily, it also makes it easier for third parties and their

counsel to file unauthorized "mass opt-outs," which are sometimes "highly

indicative of a conclusion that such counsel did not spend much time evaluating the

merits of whether or not to opt-out in light of the individual circumstances of each

of their clients and in consultation with them."[39] The Court's Order Directing Notice

clearly did not present insurmountable hurdles to opting out of the settlement class.

---

[38] *See, e.g.*, *Harrison v. Consol. Gov't. of Columbus, Georgia*, <u>2017 WL 6210318</u>, at \*2 (M.D. Ga. April 26, 2017) (requiring exclusion form to be mailed via regular mail); *Flaum v. Doctor's Assoc., Inc.*, <u>2017 WL 3635118</u>, at \*3 (S.D. Fla. March 23, 2017) (same); *Home Depot*, <u>Doc. 185 at</u> ¶ 11 (N.D. Ga. March 8, 2016) (same); *Jones*, <u>2016 WL 8738256</u>, at \*3 (same); Manual for Complex Litigation (Fourth) § 21.321 (2004) (hereinafter, "*Manual*") ("Typically, opt-out forms are filed with the clerk, although in large class actions the court can arrange for a special mailing address and designate an administrator retained by counsel and accountable to the court to assume responsibility for receiving, time-stamping, tabulating, and entering into a database the information from responses.").

[39] *In re Oil Spill by Oil Rig Deepwater Horizon*, <u>910 F. Supp. 2d at 939</u>. Here, where the technology allowing class members to object or opt out is coupled with

Several class members object that there should be a renewed opportunity to opt out of the settlement after the final approval hearing. But class members already had at least 60 days from the notice date [Doc. 742 at 15] and 120 days after the order directing notice to evaluate the settlement and request exclusion. The length of the opt-out period provided class members a reasonable opportunity to exclude themselves.[40] And, because the Court is approving the settlement without any changes, the final approval hearing did not create any new grounds for a class member to opt out.

### F.    Objections To The Notice Plan.

Objections to the notice plan include that: (1) the content of the notice is inadequate; (2) the supplemental e-mail notice to early claimants was inadequate or improper; (3) the notice plan is too reliant on email and social media; (4) the notice plan is inadequate for those without computers or access to news; and (5) the notice plan is unclear as to the amount of fees requested. The Court rejects and overrules each of these objections. The parties implemented the Court-approved notice plan that was developed in conjunction with federal and state regulators, which

---

misinformation about what the settlement actually provides, the dangers of accepting mass, unsigned objections or opt-out requests are even more acute.

[40] "Courts have consistently held that 30 to 60 days between the mailing (or other dissemination) of class notice and the last date to object or opt out, coupled with a few more weeks between the close of objections and the settlement hearing, affords class members an adequate opportunity to evaluate and, if desired, take action concerning a proposed settlement." *Greco*, 635 F. App'x at 634.

70

constitutes the best notice practicable under the circumstances, and provides class

members with information reasonably necessary to evaluate their options. *See* Fed.

R. Civ. P. 23(e)(1)(B); *see also Greco*, 635 F. App'x at 633.

The notice plan here clearly and concisely explains the nature of the action

and the rights of class members, thereby satisfying the requirements of Rule 23 and

due process. The short form notice, developed with both federal and state regulators,

and approved by this Court, sets forth a clear and concise summary of the case and

the proposed settlement and, in large, bold typeface, directs class members to visit

the settlement website[41] or call the toll-free phone number for more information. *See*

*In re Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330, 1342-44 (S.D. Fla.

2011) (approving notice where information was referenced in short form notice and

more information was readily available in full on settlement website). And the long

form notice on the settlement website contains a comprehensive explanation of the

---

[41] The long-form notice and the "Frequently Asked Questions" ("FAQ") page of the
settlement website contain a section entitled "Legal Rights Resolved Through The
Settlement" and provide an answer to the question: "What am I giving up to stay in
the settlement class?" The answer clearly provides that, by staying in the settlement
class, class members are releasing their "legal claims relating to the Data Breach
against Equifax when the settlement becomes final." *See* Doc. 739-2 at 269 &
Settlement Website FAQ 20. Additionally, these notice materials contain a section
titled "The Lawyers Representing You" and provide an answer to the question:
"How will these lawyers be paid?" The answer clearly states that class counsel are
seeking attorneys' fees of up to $77,500,000 and reimbursement for costs and
expenses up to $3,000,000 to be paid from the Consumer Restitution Fund. *See* Doc.
739-2 at 270-71 & Settlement Website FAQ 22.

settlement and related matters. While the long form notice does not contain every fact or piece of information a class member might find to be material, that is legally unnecessary, potentially confusing, and off-putting to class members.[42]

Some objectors complain the notice plan failed to adequately explain that the alternative compensation benefit could be reduced depending on how many valid claims were submitted. But, as discussed above, the misconception that each class member would automatically receive alternative reimbursement compensation of $125 arose not from the notice plan (nor could it, since direct email notice to the class had not yet been sent when the misconception arose), but from misleading media coverage that began even before the proposed settlement was presented to the Court. *See* App. 1, ¶¶ 27-37. Further, as discussed above, the notice plan, particularly when coupled with the additional steps the Court approved on July 30, 2019, ensured that class members had adequate information about the alternative compensation benefit—including information that alternative compensation claimants likely would receive a "small percentage" of $125—before making a choice between that benefit and credit monitoring.[43] And, for those who made the choice before the

---

[42] *See Faught*, <u>668 F.3d at 1239</u> (an overly-detailed notice has the potential to confuse class members and impermissibly encumber their right to benefit from the action).

[43] Some objectors also erroneously assert that the Court approved a change to the claims form (requiring alternative claimants to provide the name of their existing credit monitoring service) to deter class members from claiming $125. This

enhancements to the settlement website were implemented, they were sent an email giving them an opportunity to change their minds and amend their claim.[44]

Some objectors argue that the notice plan was too reliant upon newer technologies to deliver notice of the settlement to the class. But courts have increasingly approved utilizing email to notify class members of proposed class settlements, and such notice was appropriate in this case. *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *5 (holding notice reaching 75 percent of class through email and internet advertising satisfied Rule 23 and due process); *Morgan*, 301 F. Supp. 3d at 1262 ("Courts consistently approve notice programs where notice is provided primarily through email because email is an inexpensive and appropriate means of delivering notice to class members."). The ultimate focus is on whether the notice methods reach a high percentage of the class. *See* Federal Judicial Center, "*Judge's Class Action Notice and Claims Process Checklist and Plain Language*

---

requirement was a component of the settlement from the outset. Changing the form helped ensure that only those eligible for alternative compensation would file a claim and saved the claims administrator from the necessity of having to go back to claimants and ask for that information in the claims vetting process from the millions of people who were filing claims.

[44] Other objectors argue that all early claimants should have been notified by notarized letter, rather than email. But each claimant provided his email address as part of the claims filing process, and was informed that subsequent correspondence would be received via email. *See* App. 4, ¶¶ 60-62. Moreover, the objectors present no evidence that a substantial number of class members did not receive the supplemental email notice. *See Nelson*, 484 F. App'x at 434-35 (affirming district court's decision overruling conclusory objections).

Guide" (2010) (available at www.fjc.gov); R. Klonoff, *Class Actions in the Year 2026: A Prognosis*, 65 Emory L.J. 1569, 1650 & n. 479 (2016) ("Courts have increasingly utilized social media . . . to notify class members of certification, settlement, or other developments.").

The Court-approved notice plan, which as noted above was designed by experienced counsel for the parties, JND (an expert in providing class action notice), Signal (an expert in mass media and data analytics), and experts on consumer communications at the Federal Trade Commission and the Consumer Financial Protection Bureau, effectively reached and engaged the class. *See Carter v. Forjas Taurus S.A.*, 2016 WL 3982489, at *5 (S.D. Fla. Jul. 22, 2016) (notice plan that "used peer-accepted national research methods to identify the optimal traditional, online, mobile and social media platforms to reach the Settlement Class Members" was sufficient). Direct email notice was sent to the more than 104 million class members whose email addresses could be found with reasonable effort. The digital aspects of the notice plan, alone, reached 90 percent or more of the class an average of eight times. App. 5, ¶¶ 22-24. *See* Federal Judicial Center, "Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide" (2010)[45] (recognizing the effectiveness of notice that reaches between 70 and 95 percent of the class). And, the unprecedented claims rate in a case of this magnitude not only

---

[45] *Available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf.

further demonstrates that the notice plan's use of email and social media satisfied

minimum standards, but also has been more effective than other notice methods.

The Court also overrules objections that the notice program is inadequate for

those without ready access to computers or the internet. The Constitution does not

require that each individual member receive actual notice of a proposed settlement.

*See Juris v. Inamed Corp.*, 685 F.3d 1294, 1318 (11th Cir. 2012). Publication and

media notice are appropriate where direct notice is not reasonable or practicable,

such as when a class consists of millions of residents from different states. *See*

*Edwards v. Nat'l Milk Producers Fed'n*, 2017 WL 3623734, at * 4 (N.D. Cal. June

26, 2017) ("In view of the millions of members of the class, notice to class members

by individual postal mail, email or radio or television advertisements, is neither

necessary nor appropriate.") (quoting *In re MetLife Demutualization Litig.*, 262

F.R.D. 205, 208 (E.D.N.Y. 2009)). It was particularly appropriate here, where so

much effort was spent in quantitative and qualitative research (including the use of

focus groups and a public opinion survey) to specifically identify and target those

who lack ready access to the internet and to design a national radio advertising

campaign to reach them.[46]

---

[46] *See, e.g.*, *Kumar v. Salov N. Am. Corp.*, 2017 WL 2902898, at *3 (N.D. Cal. July 7, 2017) (approving of notice campaign consisting of media notice, publication notice, and advertisements on various websites); *In re Nat'l Collegiate Athletic Ass'n Student-Athlete Concussion Injury Litig.*, 314 F.R.D. 580, 602-03 (N.D. Ill. 2016)

In the Court's estimation, it would have been extremely wasteful to spend a significant portion of the settlement fund sending direct mail notice to 147 million class members across the United States and its territories or even to a substantial subset of the class. That would have needlessly reduced the money available to pay for the benefits to the class. The plan developed by the parties, notice experts, and federal and state regulators, and approved by the Court, was sufficient, particularly in light of the pervasive media coverage and the efforts of state and federal regulators to inform consumers about the potential relief available to the class under the settlement. Indeed, few, if any, other class actions of which the Court is aware have received the widespread public attention that the settlement in this case has received or, as noted above, triggered such a substantial number of claims.

Some objectors argue that the notice plan does not identify the exact amount of fees sought by class counsel and thus precisely how much money will be left in the settlement fund after the fees have been paid. But because this Court has broad

---

(approving indirect notice for class members who could not be given direct notice including print publication, settlement class website, press release, and social media); *In re Optical Disk Drive Prods. Antitrust Litig.*, 2016 WL 7364803, at *3 (N.D. Cal. Dec. 19, 2016) (approving notice consisting of email, settlement website, toll-free number, publication notice, press release, text link advertising, banner advertising, and advertising on Facebook and Twitter); *Manual* § 21.312 ("Posting notices and other information, on the Internet, publishing short, attention-getting notices in newspapers and magazines, and issuing public service announcements may be viable substitutes for . . . individual notice if that is not reasonably practicable.").

discretion over the amount of fees to be awarded, *see Piambino v. Bailey*, 757 F.2d 1112, 1139-42 (11th Cir. 1985); *In re Sunbeam Sec. Litig.*, 176 F. Supp. 2d 1323, 1329 (S.D. Fla. 2001), the class notice could not with certainty disclose the amount of fees that would ultimately be awarded or the amount that would remain in the fund after those fees are paid. Identifying a maximum amount of fees to be requested is sufficient, and that is what happened here. *See* Doc. 739-2 at 270 & Settlement Website FAQ 22; *see also Carter*, 2016 WL 3982489, at *7 (approving notice where it informed class members that class counsel would be seeking "up to $9 million in fees"). Moreover, class counsel's motion for fees was posted on the settlement website when it was filed on October 29, 2019, giving class members the ability to learn exactly what class counsel requested well before the deadline to opt out or object.

### G. Objections To The Claims Procedures.

The Court overrules the objections regarding claims procedures, specifically those objections stating that: (1) the procedure for claiming the alternative reimbursement compensation is confusing and unfair; (2) the requirement that time spent and actual out-of-pocket losses be "fairly traceable" to the data breach will disallow valid claims; (3) the call center was unhelpful and inadequately staffed early in the claims period; and (4) the claims procedure presents "too many hoops to jump through" to submit a claim.

Some objectors argue that the claims process improperly "channels" class members toward electing credit monitoring as the only form of relief because too many class members have elected alternative compensation. Perhaps because of the inaccurate public reporting suggesting that only $31 million is available to pay claims, these objectors misunderstand the settlement. Credit monitoring or alternative reimbursement compensation is not the only available relief. Further, class members are not told the form of relief that they must choose, but are given adequate and appropriate information so they can make up their own minds. That class members were told alternative compensation claimants likely would receive a small percentage of $125 is accurate. To keep that information from class members would not have been appropriate.

Some objectors argue that they did not receive the supplemental email providing enhanced information about the alternative compensation benefit, but that is no reason to upend the settlement—especially where those class members will have an opportunity to address any claims deficiencies as part of the agreed-upon claims review process.[47] *See, e.g.*, *Home Depot*, 2016 WL 6902351, at *5 (rejecting objections from class members who claimed they did not receive subsequent email

---

[47] According to class counsel and the claims administrator, any claimants who did not respond to the supplemental email notice or otherwise take action will be routed through the regular deficiency process for claims validation, which provides them an opportunity to address any deficiencies with their claims. *See* Settlement Agreement § 8.5.

notice). Further, this information was on the settlement website, which was available to all class members.

Other objectors argue that requiring class members to provide the name of their current credit monitoring provider to claim alternative compensation is unfair. But the settlement agreement clearly and unambiguously requires class members claiming that benefit to "identify the monitoring service" that they have in place to ensure they are eligible for that benefit. *See* Settlement Agreement § 7.5. And, there is nothing unfair about requiring a claimant to meet the eligibility requirements for a particular benefit. *See Manual* § 21.66 ("Class members must usually file claims forms providing details about their claims and other information needed to administer the settlement.").

Other objectors argue that the settlement's "fairly traceable" requirement for reimbursement of out-of-pocket losses and time spent on the data breach will work to disallow valid claims. But to pursue a claim in court, a plaintiff must demonstrate that his or her injuries are "fairly traceable" to the challenged conduct of the defendant. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992). Settlement is no different; thus courts in other data breach cases have upheld similar requirements. *See, e.g.*, *Premera*, 2019 WL 3410382, at *22 (providing reimbursement for "proven out-of-pocket damages that can plausibly be traced to the Data Breach"); *Home Depot*, 2016 WL 6902351, at *4 (requiring "Documented

Claims" to claim monetary relief).

Some objectors argue that the call center was unhelpful early in the claims period. But the settlement provides reasonable procedures and allocates sufficient funds to ensure that the call center was adequately staffed (indeed, more than one hundred operators were on call at times early in the claims period) and the staff is trained to help class members with questions relating to the proposed settlement. *See* App. 4, ¶¶ 37-41. Beyond that, class counsel were available to respond to class member inquiries and routinely responded to class member emails and phone calls. *See* App. 1, ¶ 69. While frustration with a call center is familiar to most people who exist in the modern world, the Court sees no indication of a pervasive problem here that in any way affects the fairness of the settlement or the claims procedure. That so few class members made this objection despite the massive number of calls that the call center has handled is further testament that any problems were not material.

Several objectors also claim that there are "too many hoops to jump through" in order to submit a claim. But completion and documentation of the claim form are no more burdensome than necessary and similar claims procedures are routinely required in other settlements. *See, e.g.*, *Jackson's Rocky Ridge Pharmacy, Inc. v. Argus Health Sys., Inc.*, 2007 WL 9711416, at *2 (N.D. Ala. June 14, 2007) ("[E]ach class member who seeks damages from the settlement fund must file and substantiate its claim. This requirement is no more onerous than that to which each of the class

members would have been subjected had they filed a separate lawsuit against the defendant and prevailed on the substantive claim."); *Manual* § 21.66 ("Class members must usually file claims forms providing details about their claims and other information needed to administer the settlement. . . . Verification of claims forms by oath or affirmation . . . may be required, and it may be appropriate to require substantiation of the claims. . . ."). The robust number of claims is further evidence that the process was not unduly burdensome.

Some objectors are dissatisfied with the claims period and argue that it is too short to provide relief for potential future harms. The Court concludes that the length of the claims period is reasonable and comparable to, if not longer than, claims periods in other data breach cases. *See, e.g.*, *Home Depot*, 2016 WL 6902351 (approving settlement with initial claims period of 150 days); *Premera*, 2019 WL 3410382, at *26 (ordering initial claims period of 150 days); *Anthem*, 327 F.R.D. at 325 (overruling objections that a one-year claims period was too short because there is a risk of proving harm that has not yet occurred at trial and because settlement provided protections against future identity fraud). The proposed settlement provides class members with six months to claim benefits for losses already sustained and does not require claims to be filed to access identity restoration services. If money remains in the fund after the initial claims period, class members can file claims in the extended claims period, which provides an additional four years to recover for

losses that have not yet occurred. Beyond that, credit monitoring and identity restoration services will allow class members to monitor and help safeguard their information for several more years. The Court views these periods as entirely fair and reasonable and calculated to equitably deliver relief to members of the settlement class.

## IV. PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO THE CLASS REPRESENTATIVES.

Plaintiffs request that the Court award a $77.5 million fee as provided in the settlement agreement. The Court finds that the requested fee is reasonable under the percentage approach, which is the exclusive method in this Circuit for calculating fees in a common fund case such as this one. A lodestar crosscheck, though not required, also supports the requested fee.

### A. <u>The Requested Fee Is Reasonable Under The Percentage Method.</u>

The controlling authority in the Eleventh Circuit is *Camden I Condominium Association, Inc. v. Dunkle*, 946 F.2d 768, 774-75 (11th Cir. 1991), which holds that fees in common fund cases must be calculated using the percentage approach. *Camden I* does not require any particular percentage. *See id.* ("There is no hard and fast rule … because the amount of any fee must be determined upon the facts of each case."); *see also, e.g.*, *Waters v. Int'l. Precious Metals Corp.*, 190 F.3d 1291, 1294 (1999). Typically, awards range from 20% to 30%, and 25% is considered the "benchmark" percentage. *Camden I*, 946 F.2d at 775. The Eleventh Circuit has

instructed that, to determine the appropriate percentage to apply in a particular case, a district court should analyze the *Johnson* factors derived from *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), as well any other pertinent considerations. *Camden I*, 946 F.2d at 775.

The $77.5 million requested fee is 20.36% of the $380.5 million *minimum* settlement fund. Under the controlling authority cited above, the requested fee is reasonable as a percentage of the non-reversionary fund alone. However, the minimum amount of the settlement fund is not the true measure of all the benefits, monetary and non-monetary, available to the class under the settlement. The class benefit also includes: (1) an additional $125 million that Equifax will pay if needed to satisfy claims for out-of-pocket losses; (2) the consent order requiring Equifax to pay at least $1 billion for cybersecurity and related technology and comply with comprehensive standards to mitigate the risk of another data breach involving class members' personal data; (3) the value of the opportunity to receive ten years of free credit monitoring for all class members (which would cost each class member $1,920 to buy at its retail price); (4) the value of seven years of identity restoration services available to all class members; and (5) the value of a ban on the use by Equifax of arbitration clauses in some circumstances.[48] In assessing a fee request,

---

[48] In addition to these benefits provided under the settlement, certain settlement class members also benefited from an additional year of credit monitoring services, known

the Court may also consider all of these benefits. *See, e.g., Camden*, 946 F.2d at 775;

*Poertner v. Gillette Co.*, 618 F. App'x 624, 629 (11th Cir. 2015), *cert. denied sub*

*nom. Frank v. Poertner*, 136 S. Ct. 1453 (2016) (district court did not abuse its

discretion by "including the value of the nonmonetary relief … as part of the

settlement pie").

When these other benefits are considered, the percentage of the class benefit

the requested fee represents is much less than 20.36%.[49] For example, the requested

fee is 15.3% of the $380.5 million fund plus the additional $125 million available to

pay out-of-pocket claims. The requested fee is only 5% of those amounts plus the $1

billion that Equifax is required to spend for cybersecurity and related technology and

it is less than 1% when the retail value of the credit monitoring services already

claimed by class members is included. These figures demonstrate that using 20.36%

in the calculation of a percentage-based fee is conservative as it does not account for

all of the settlement's benefits, but that percentage nonetheless will be the focus of

the Court's analysis because if a 20.36% award is reasonable, as it is, then there can

---

as IDnotify, provided to class members who previously enrolled in the TrustedID
Premier services offered by Equifax following the data breach. *See* Settlement
Agreement § 4.3.

[49] For the same reasons, even if the Court calculated the percentage of the fund based
upon the size of the fund specified in the term sheet rather than the ultimate
settlement (25% of $310 million), that percentage would be reasonable, and the
presence of all the other ingredients in the "settlement pie" drive the requested fee
well below the benchmark.

be no question that a smaller percentage is also reasonable.

The percentage of the class benefit represented by the requested fee is supported by the factors that the Eleventh Circuit has directed be used in assessing the reasonableness of a fee request, including the *Johnson* factors. There are twelve *Johnson* factors:

> (1) the time and labor required; (2) the novelty and difficulty of the relevant questions; (3) the skill required to properly carry out the legal services; (4) the preclusion of other employment by the attorney as a result of his acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the clients or the circumstances; (8) the results obtained, including the amount recovered for the clients; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and the length of the professional relationship with the clients; and (12) fee awards in similar cases.

*George v. Academy Mortgage Corp. (UT)*, 369 F. Supp. 3d 1356, 1376 (N.D. Ga. 2019). Other relevant factors include the number of objections from class members, the risks undertaken by class counsel, and the economics of handling class actions. *Champs Sports*, 275 F. Supp. 3d at 1356; *Camden I*, 946 F.2d at 775. The Court does not analyze two of the *Johnson* factors, the undesirability of the case and the nature of the attorney-client relationship, due to their limited applicability here. The Court addresses the other factors below.

(1)     *The Time and Labor Involved*

The Court has observed the intensive amount of time and labor required to prosecute the claims in this case. Class counsel and those under their direction have

85

spent over 33,000 hours prosecuting this action. The vast majority of the work was done by class counsel and other firms the Court appointed to the plaintiffs' steering committee. The work was allocated to those able to do the work most efficiently. Class counsel also estimate they will spend at least another 10,000 hours over the next seven years in connection with final approval, managing the claims process, and administering the settlement. The Court finds that the work that class counsel have done and estimate they will do is reasonable and justified in view of the issues, the complexity and importance of the case, the manner in which the case was defended, the quality and sophistication of Equifax's counsel, the result, the magnitude of the settlement and the number of claims. Moreover, the amount of work devoted to this case by class counsel likely was a principal reason that they were able to obtain such a favorable settlement at a relatively early stage. This factor weighs in favor of approval of the requested fee.

### (2)    *The Novelty and Difficulty of the Questions*

Although many of the plaintiffs' claims were able to survive a motion to dismiss, their path forward remained difficult. The law in data breach litigation remains uncertain and the applicable legal principles have continued to evolve, particularly in the State of Georgia, where protracted appellate litigation in two other data breach cases while this case has been pending demonstrate the unsettled state of the law. *See McConnell*, 828 S.E.2d at 352; *Collins v. Athens Orthopedic Clinic*,

<u>815 S.E.2d 639</u> (Ga. Ct. App. 2018), *rev'd* ___ Ga. ___ (Dec. 23, 2019). As a result, this case involved many novel and difficult legal questions, such as the threshold issue of whether Equifax had a duty to protect plaintiffs' personal data, whether plaintiffs' alleged injuries are legally cognizable and were proximately caused by the Equifax breach, the applicability of the FCRA to a data breach at a major credit reporting agency, the meaning of various state consumer protection statues, and other issues briefed by the parties in connection with Equifax's motion to dismiss. These would be recurring issues throughout the litigation if the settlement is not approved.

Other novel and difficult questions in this case resulted from the sheer size of the litigation, the number of Americans impacted by the breach, and the highly technical nature of the facts. Determining and proving the cause of the breach and developing cybersecurity measures to prevent a recurrence were particularly challenging. The plaintiffs' lawyers also confronted unusual circumstances and a dearth of legal guidance or governing precedent when they engaged in extensive negotiations with federal and state regulators after reaching a binding term sheet with Equifax. This factor strongly weighs in favor of the requested fee request.

    (3)    *The Skill Requisite to Perform the Legal Services Properly and the Experience, Reputation, and Ability of the Lawyers*

This case required the highest level of experience and skill. Plaintiffs' legal team includes lawyers from some of the most experienced and skilled class action

law firms in the country who have collectively handled more than 50 data breach cases, including all of the most significant ones. Their experience and skill was needed given the scope of the case and the quality of the opposition. The lawyers who represented Equifax are highly skilled and come from several of the nation's largest corporate defense firms. Moreover, Judge Phillips has noted that "the settlement is the direct result of all counsel's experience, reputation, and ability in complex class actions including the evolving field of privacy and data breach class actions." [Doc. 739-9, ¶ 15]. The Court can also attest to the high level of zealous, diligent advocacy demonstrated throughout this case. These factors weigh in favor of the requested fee.

(4)    *The Preclusion of Other Employment*

Given the demand for their services attributable to their high level of skill and expertise, but for the time and effort they spent on this case the plaintiffs' lawyers would have spent significant time on other matters. Further, by necessity given its nature, the bulk of the work was done by a relatively small number of senior lawyers, and demanded their full attention. As described above, their focus on this case likely served as the principal reason that the case was able to settle favorably, further weighing in support of the requested fee.

(5)    *The Customary Fee*

The percentage used to calculate the requested fee is substantially below the

percentages that are typically charged by lawyers who handle complex civil litigation on a contingent fee basis, which customarily range from 33.3% to 40% of the recovery.

(6)    *Whether the Fee is Fixed or Contingent*

"A contingency fee arrangement often justifies an increase in the award of attorneys' fees." *Behrens*, 118 F.R.D. at 548. A larger award is justified because if the case is lost a lawyer realizes no return for investing time and money in the case. *See In re Friedman's, Inc. Sec. Litig.*, 2009 WL 1456698, at *3 (N.D. Ga. May 22, 2009). As discussed above, the novel and difficult questions present in this case heightened this concern here. This action was prosecuted on a contingent basis and thus a larger fee is justified.

(7)    *Time Limitations Imposed by the Client or the Circumstances*

Priority work done under significant time pressure is entitled to additional compensation and justifies a larger percentage of the recovery. *See, e.g.*, *Johnson*, 488 F.2d at 718; *Allapattah Servs., Inc. v. Exxon Corp.*, 454 F. Supp. 2d 1185, 1215 (S.D. Fla. 2006). At various times during this litigation, class counsel were forced to work under significant time pressure, such as when they had to vet thousands of potential class representatives in a short period to meet the Court's deadline for filing a consolidated amended complaint and during the several months they spent negotiating with Equifax and federal and state regulators leading up to finalizing the

89

settlement. During critical periods, class counsel spent as much as 2,000 hours a month or more. This factor thus supports an increased award.

(8)    *The Amount Involved and the Results Obtained*

This is the largest data breach settlement in history. The $380.5 million fund alone is more than the total recovered in all consumer data breach settlements in the last ten years.[50] Further, class members are eligible for an unprecedented package of benefits, including but not limited to cash compensation for out-of-pocket losses fairly traceable to the breach of up to $20,000 per class member, reimbursement for time spent as a result of the breach, and 25% of the amount paid to Equifax by class members for identity protection services in the year prior to the breach; ten years of high quality credit monitoring services having a retail value of $1,920 per class member; and seven years of identity restoration services without the need to file a claim.

In addition, Equifax has agreed to a consent order requiring it to comply with comprehensive cybersecurity standards, spend at least $1 billion on data security and related technology, and have its compliance audited by independent experts. Violations of the consent order are subject to this Court's enforcement power. This

---

[50] Contrary to the arguments of some objectors, the size of the settlement fund is not just a matter of scale. For instance, the settlement is larger on a per capita basis than the *Anthem* settlement, which resulted in a $115 million fund for a class of 80 million individuals.

injunctive relief provides a substantial benefit to all class members, and exceeds what has been achieved in other data breach settlements.

Finally, as noted, class counsel negotiated an innovative notice program to effectively inform and engage class members, and a robust claims process to facilitate and increase class member participation. The notice program and claims process are both a direct benefit to the class.

In short, the results obtained—which are in the high range of potential recoveries and in some instances may exceed what could be achieved at trial—weigh strongly in favor of the requested fee.

(9) *Awards in Similar Cases*

The requested fee is in line with—if not substantially lower than—awards in other class actions that have resulted in similarly impressive settlements. Even if the fee is based only on the cash fund, ignoring all other monetary and non-monetary benefits, the 20.36% that the requested fee represents is below the 25% benchmark recognized in *Camden I* and substantially less than has been awarded in similar cases, including specifically other data breach cases. *See, e.g.*, *In re Arby's Rest. Grp., Inc. Data Sec. Litig.*, 2019 WL 2720818, at *4 (N.D. Ga. June 6, 2019) (awarding a fee of approximately 30% and noting that "[a]wards of up to 33% of the common fund are not uncommon in the Eleventh Circuit, and especially in cases where Class Counsel assumed substantial risk by taking complex cases on a

contingency basis."); *Home Depot*, <u>2016 WL 11299474</u>, at *2 (awarding a fee in the consumer track of "about 28% of the monetary benefit conferred on the Class."); *Home Depot*, No. 1:14-MD-02583-TWT (<u>Doc. 345 at 4</u>) (using one-third of the benefit in percentage-based calculation in the financial institution track); *Target*, <u>2015 WL 7253765</u>, at *3, *rev'd and remanded on other grounds*, <u>847 F.3d 608</u> (awarding 29% of the monetary payout).

Empirical studies also show that fees in other class action settlements are substantially higher than the requested fee. *See, e.g.*, Theodore Eisenberg, Geoffrey Miller & Roy Germano, *Attorneys' Fees in Class Actions: 2009–2013*, 92 N.Y.U. L. Rev. 937, 947, 951 (2017) (finding that in the Eleventh Circuit the average fee was 30% and median fee was 33% from 2009 through 2013); Brian T. Fitzpatrick, *An Empirical Study of Class Action Settlements and Their Fee Awards*, 7 J. Empirical Legal Stud. 811, 836 (2010) (finding, in the Eleventh Circuit for 2006–2007 period of the study, the average fee was 28.1% and the median fee was 30%).

(10)   *The Number of Objections*

Only 38 of the 147 million class members objected to the requested fee. This number represents 0.000026 percent of the class or just 1 of every 3.9 million class members. The extremely small number of objectors is further evidence of the reasonableness of the requested fee. *See, e.g.*, *Home Depot*, <u>2016 WL 6902351</u>, at *4 (objections from an "infinitesimal percentage" of the class "indicates strong

support" for the settlement).

(11)   *The Risk Undertaken by Class Counsel*

The plaintiffs' lawyers undertook extraordinary litigation risk in pursuing this case and investing as much time and effort as they did. The Court is familiar with data breach litigation and appreciates that this was undeniably a risky case when it was filed. It is even riskier today, as demonstrated by recent authority. *See, e.g.*, *McConnell*, 828 S.E.2d at 352 (Ga. 2019); *Adkins v. Facebook*, 2019 WL 7212315, at *9 (N.D. Cal. Nov. 26, 2019) (granting motion to certify injunctive-only class but denying motion to certify damages class and issues class in data breach case).

Based on these factors, the Court finds the award of attorneys' fees in the amount of $77.5 million is appropriate under the percentage of the fund approach. The Court has considered and hereby overrules all of the objections to the requested fees as described below.

*First,* most of the objections to the motion for fees are conclusory, do not provide any legal support for why a lower fee should be awarded, or are based on a misunderstanding about the terms of the settlement. These objections can be summarily rejected. *See, e.g.*, *In re Bear Stearns Cos., Inc. Sec., Derivative, & ERISA Litig.*, 909 F. Supp. 2d 259, 264 n.3 (S.D.N.Y. 2012).

*Second,* one objector, John Davis, argues that the fee must be calculated using the lodestar method because he disagrees with *Camden I* and claims that the case is

no longer good law in light of *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542 (2010). (Doc. 879-1 at 8-10). This argument is frivolous. *Camden I* is binding precedent. And, *Perdue*, which construes a fee-shifting statute, does not apply in a common fund case such as this one. *See In re Home Depot, Inc. Customer Data Sec. Breach Litig.*, 931 F.3d 1065, 1084-85 (11th Cir. 2019).

*Third,* several class members do not object to the fee amount, but to its payment from the settlement fund. According to these objectors, the Court should punish Equifax by ordering the company to pay the fees separately. But this Court cannot order Equifax to pay more. *See, e.g.*, *Howard v. McLucas*, 597 F. Supp. 1504, 1506 (M.D. Ga. 1984) ("[T]he court's responsibility to approve or disapprove does *not* give this court the power to force the parties to agree to terms they oppose") (emphasis in original). And, having created a common fund, class counsel are entitled to be paid from the fund.

*Fourth,* two other objections—one by Mikell West and the other by Frank and Watkins—contend that the fee should be no more than 10% of the class benefit because class counsel allegedly faced little risk, the case settled within two years, and awards in cases involving "megafund" settlements do not justify a higher percentage. As stated above, the Court disagrees with the assertion that plaintiffs had little risk. To the contrary, class counsel faced extraordinary risk, which the objectors unreasonably and erroneously discount. Further, penalizing class counsel for

94

achieving a settlement within two years would work against the interests of the class

and undercut the judicial policy favoring early settlement. *See, e.g.*, *Markos v. Wells*

*Fargo Bank, N.A.*, 2017 WL 416425, at *4 (N.D. Ga. Jan. 30, 2017); *In re Checking*

*Acct. Overdraft Litig.*, 830 F. Supp. 2d at 1362.

Their argument that the requested fee is too large because this case involves a

megafund settlement—often defined as a settlement in excess of $100 million—also

is unpersuasive. When all of the settlement benefits are properly included the value

of the settlement is in the several billions of dollars, meaning the requested fee *is*

less than the 10% that the two objectors contend is appropriate. In arguing otherwise,

the objectors improperly discount all of the settlement benefits except the $380.5

million fund, including specifically all of the settlement's non-monetary benefits.[51]

*See Poertner*, 618 F. App'x at 630 (rejecting an objection by Frank that the requested

fee was too large because he improperly limited the monetary value of the settlement

and disregarded the settlement's substantial non-monetary benefits, which he

---

[51] Under the percentage approach, "courts compensate class counsel for their work in extracting non-cash relief from the defendant in a variety of ways." *In re Checking*, 2013 WL 11319244, at *12. If the non-monetary relief can be reliably valued, courts can include such relief in the fund and award counsel a percentage of the total. *Id.*; *George*, 369 F. Supp. 3d at 1379-80; *see also Poertner*, 618 F. App'x at 628-29. If it cannot be reliably valued, such relief is a factor in selecting the right percentage. *See, e.g.*, *Camden I*, 946 F.2d at 774-775. Accordingly, in this case, even if the non-monetary benefits to the class could not be valued with precision, those benefits—which are undeniably substantial—would certainly justify awarding class counsel 20.36% of the cash fund.

wrongly claimed were illusory).

Even if calculated only as a percentage of the $380.5 million fund, the requested fee of 20.36% is justified notwithstanding the size of the settlement. Likewise, even if the Court considered only the $310 million fund created under the parties' term sheet, a 25% fee would be justified. The Court is unaware of any *per se* rule that a reduced percentage must be used in a "megafund" case and declines to create one now. Additionally, other courts have criticized the use of a reduced percentage in such a case because, among other things, the practice undercuts a major purpose of the percentage approach in aligning the interests of the class and its lawyers in maximizing the recovery. Such a rule might also discourage early settlements, and it fails to appreciate the immense risk presented by large, complex cases. *See, e.g.*, *In re Cendant Corp. Litig.*, 264 F.3d 201, 284 n.55 (3d Cir. 2001); *Allapattah*, 454 F. Supp. 2d at 1213; *In re Checking*, 830 F. Supp. 2d at 1367; *Syngenta*, 357 F. Supp. 3d at 1114.

Regardless, the objectors overemphasize the importance of the settlement's size. Under *Camden I*, this Court must base its award on an evaluation of all of the *Johnson* factors, not just the factor involving awards in other cases. The Court's evaluation of those factors in light of the particular facts and circumstances of this case, as discussed above, would support using a percentage higher than the 25% benchmark and certainly higher than the 20.36% requested here. Indeed, the lowest

fee awarded in the other data breach cases cited above was 27%. That class counsel are not requesting a much higher fee here akin to that awarded in other cases suggests that they have already accounted for the settlement's size by agreeing to accept a reduced percentage.

The objectors, furthermore, are simply wrong in asserting that no more than 10% is typically awarded in megafund cases.[52] In *Anthem*, which involved a $115 million settlement fund, the court surveyed awards in other large settlements and concluded: "a percentage of 27% appears to be in line with the vast majority of megafund settlements." *Anthem*, 2018 WL 3960068, at *15. Further, none of the three authorities relied upon by the objectors justify the conclusion that no more than a 10% fee is appropriate here. The empirical study the objectors cite does not support that conclusion, according to Professor Geoffrey Miller, one of its co-authors.[53] To the contrary, the study's data set shows that, in cases with settlements between $325 million and $425 million (the range in which the cash portion of this case falls), the mean percentage was 19.7%—remarkably close to the percentage requested here.

---

[52] Class counsel have cited at least 40 cases involving settlements in excess of $100 million in which a fee of more than 25% has been awarded, including several such cases in this Circuit. *See, e.g.*, *Allapattah Services, Inc. v. Exxon Corp.*, 454 F. Supp. 2d 1185 (S.D. Fla. 2006) (31.33% of a $1.06 billion fund); *In re Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330 (S.D. Fla. 2011) (30% of a $410 million fund); *In re Sunbeam*, 176 F. Supp. 2d 1323 (25% of a $110 million fund).

[53] Theodore Eisenberg and Geoffrey Miller, *Attorneys' Fees and Expenses in Class Action Settlements: 1993-2008*, 7 Journal of Empirical Legal Studies 248 (2010).

(Doc. 900-3, ¶¶ 16-17). In *Carpenters Health & Welfare Fund v. The Coca-Cola Co.*, 587 F. Supp. 2d. 1266 (N.D. Ga. 2008), the court awarded a 21% fee. And, in *In re Domestic Air*, 148 F.R.D. at 350-51, the court relied upon pre-1991 research, which conflicts with the findings of more recent studies.

*Fifth,* objectors West, Frank and Watkins argue that the $70.5 million added to the settlement fund at the request of federal and state regulators did not result from class counsel's efforts and thus class counsel are not entitled to receive a percentage of the additional amount. This argument fails as a factual matter because it assigns no credit to class counsel's efforts and their agreement to integrate the additional money into the settlement they negotiated. While regulators may have been the initial catalyst for the extra funds, the money would not have been added to the settlement fund but for class counsel's efforts. Class counsel spent months negotiating with Equifax on the proposed changes so that the additional funds could be incorporated without having any potential adverse impact to the class.

Thus, without minimizing the role played by the regulators, class counsel were ultimately responsible for integrating the increased funds into the settlement they negotiated and are entitled to compensation for their efforts. The Court also notes that class counsel have not sought any increased fees relative to what they agreed to request in the term sheet, so they are not attempting to use the extra money as a basis for an additional fee request. Basing the percentage off the $380.5 million rather

than $310 million simply recognizes the reality of the size of the non-reversionary fund to which the parties ultimately agreed. Treating the calculation differently would penalize class counsel after they spent thousands of hours in the negotiations with Equifax and regulators to integrate the $70.5 million into the settlement without adverse consequences for the class.

*Sixth,* objectors Frank and Watkins argue that the notice and administration costs to be paid out of the settlement fund should be excluded from the class benefit for fee purposes. The Court disagrees. It has long been the practice in this Court to use the gross amount of a common fund in calculating a percentage-based fee award without deducting the costs of notice or administration. *See, e.g.*, *George*, <u>369 F. Supp. 3d at 1375</u>; *Champs Sports*, <u>275 F. Supp. 3d at 1356</u>; *In re Domestic Air*, <u>148 F.R.D. at 354</u>; *see also Arby's*, <u>2019 WL 2720818</u>, at *2 (including notice and administration claims in the class benefit even though paid separately by the defendant). That is because notice and administration costs inure to the benefit of the class. *Id.* Similar arguments have been rejected before. *See, e.g.*, *In re Domestic Air*, <u>148 F.R.D. at 354</u>; *In re Online DVD-Rental Antitrust Litig.*, <u>779 F.3d 934, 953</u> (9th Cir. 2015); *Caliguiri v. Symantec Corp.*, <u>855 F.3d 860, 865</u> (8th Cir. 2017); *Anthem*, <u>2018 WL 3960068</u>, at *8-9.[54] And, there is a particularly good reason for

---

[54] The main case on which Frank and Watkins rely, *Redman v. RadioShack Corp.*, <u>768 F.3d 622, 630</u> (7th Cir. 2014), is readily distinguishable. *Redman* involved a

rejecting the argument here. Because an additional $125 million is available to pay out-of-pocket claims, notice and administration costs will not diminish the fund except in the unlikely event that both the fund and the extra $125 million are exhausted.

*Seventh,* objectors West, Frank and Watkins improperly discount the value of the credit monitoring offered under the settlement for purposes of calculating a fee. West does not recognize it has any value beyond the cost to be paid from the fund for the first seven million claims. Frank and Watkins argue it is not even worth that, asserting its true value is only $15 million ($5 per class member multiplied by the roughly three million claims they assert have been made to date) because free credit monitoring is widely available and class members allegedly prefer alternative compensation. The objectors also discount the value of the injunctive relief class counsel obtained. The Court disagrees.

---

coupon settlement, the proposed fee could be justified only by including notice and administration in the class benefit, and the court was concerned that class counsel thus would have a "perverse" incentive to increase those costs to justify a larger fee. This settlement does not include coupons, costs will be paid from a non-reversionary fund, there is an additional $125 million to pay out-of-pocket claims if the fund is exhausted, and class counsel selected the providers after a competitive bidding process. Moreover, adopting the *Redman* approach on these facts would incentivize counsel to cut corners on notice and administration, hurting the class by lowering its awareness and participation and hindering the claims process. Unsurprisingly, other courts have declined to follow *Redman. See, e.g., Keil v. Lopez*, <u>862 F.3d 685, 704</u> (8th Cir. 2017); *McDonough v. ToysRUs, Inc.*, <u>80 F. Supp. 3d 626, 654</u> n.27 (E.D Pa. 2015).

As discussed earlier, the record shows that the high-quality credit monitoring offered here is more valuable than the free or low-cost services typically available. Moreover, courts have often recognized the benefit of credit monitoring, use its retail cost as evidence of value, and consider that value in awarding fees. *See, e.g.*, *Chakejian v. Equifax Info. Servs., LLC*, 275 F.R.D. 201, 218 (E.D. Pa. 2011) (overruling an objection that the settlement offered "worthless credit monitoring services that no one wants" and valuing the services at their retail price in awarding a fee); *In re TJX Companies Retail Sec. Breach Litig.*, 584 F. Supp. 2d 395, 409 (D. Mass. 2008) (the class-wide, $177 million retail value of the credit monitoring was "a benchmark against which to measure the award of attorneys' fees"); *Home Depot*, 2016 WL 6902351, at *4; *Hutton v. Nat'l. Bd. of Exam'rs in Optometry, Inc.*, 2019 WL 3183651, at *7 (D. Md. Jul. 15, 2019); *Hillis v. Equifax Consumer Servs., Inc.*, 2007 WL 1953464, at *4 (N.D. Ga. June 12, 2007); *Anthem*, 2018 WL 3960068, at *11.[55]

The Court also disagrees with the objectors' contention that there is no value

---

[55] Even assuming that the credit monitoring offered is worth less to class members than its retail price, the credit monitoring is certainly worth more than its discounted, wholesale cost to Equifax. *See Anthem*, 2018 WL 3960068, at *7. And even valued at that cost, the credit monitoring available to the entire class under the settlement would far exceed what the objectors claim it is worth. Indeed, that cost alone (several billion dollars at a minimum) would more than justify the requested fee. *See generally Waters*, 190 F.3d at 1297 (class counsel are entitled to a reasonable fee based on the funds potentially available to be claimed, regardless of the amount actually claimed); *see also Poertner*, 618 F. App'x at 629-30, n.2.

for fee purposes in the comprehensive injunctive relief provided under the settlement, including the requirement that Equifax spend a minimum of $1 billion on data security and related technology. Courts routinely consider the presence of similar business practice changes to be a factor in the fee analysis. *See, e.g.*, *Anthem*, 2018 WL 3960068, at *28 (mandatory minimum expenditure for cybersecurity was "properly considered in determining an appropriate attorneys' fees award"); *Ingram*, 200 F.R.D. at 689-90 (programmatic changes to reduce racial discrimination supported an upward adjustment from the benchmark); *see generally Home Depot*, 2016 WL 6902351, at *4 (two years of enhanced cybersecurity measures was a valuable class benefit).

The Court specifically finds that the injunctive relief class counsel obtained here is a valuable benefit to the class because it reduces the risk that their personal data will be compromised in a future breach. That Equifax may also benefit makes no difference. Similarly, that Equifax agreed to the injunctive relief to avoid litigation risk does not mean class counsel have no entitlement to a fee; rather, Equifax's motivation is what triggers class counsel's entitlement. *See Poertner*, 618 F. App'x at 629 (rejecting a similar objection by Frank and holding that the defendant's business practice changes were a settlement benefit because the changes were "motivated by the present litigation").

In short, the requested fee is well-justified under the percentage method, and

the objections to the fee are overruled.

### B.   A Lodestar Cross-Check, If Done, Supports The Requested Fee.

The Eleventh Circuit has authorized courts to use the lodestar method as a cross-check on the reasonableness of a percentage-based fee, but such a cross-check is not required. *See, e.g.*, *Waters*, 190 F. 3d at 1298. In fact, a cross-check can re-introduce the same undesirable incentives the percentage method is meant to avoid and for that reason courts regularly award fees without discussing lodestar at all. *In re Checking*, 830 F. Supp. 2d at 1362; *Champs Sports*, 275 F. Supp. 3d at 1350.

In this case, the Court does not believe that a lodestar cross-check is necessary or even beneficial. Nonetheless, the requested fee easily passes muster if a cross-check is done.

As of December 17, 2019, plaintiffs' counsel spent 33,590.7 hours on this litigation. Class counsel documented the time expended in detailed records filed *in camera* with the Court, and they personally reviewed more than 21,000 time entries and excluded 3,272.9 hours as duplicative, unauthorized, of insufficient benefit, or inconsistent with the billing protocol that they established at the outset of the litigation. Plaintiffs' counsel's lodestar up to the final approval hearing, including the reviewed time, amounts to $22,816,935. In addition to time spent through final approval, class counsel estimate they will spend 10,000 hours over the next seven years to implement and administer the settlement. This time has an expected value

of $6,767,200. The Court finds that this estimate is reasonable. Class counsel's current and future lodestar thus totals $29,584,135.

When the lodestar approach is used in common fund cases, courts typically apply a multiplier to reward counsel for their risk, the contingent nature of the fee, and the result obtained. Here, the requested fee represents class counsel's lodestar (including future time) plus a multiplier of roughly 2.62, which is consistent with multipliers approved in other cases. *See, e.g.*, *Columbus Drywall*, 2012 WL 12540344, at *5 & n.4 (noting a multiplier of 4 times the lodestar is "well within" the accepted range and citing examples); *Ingram*, 200 F.R.D. at 696 (noting courts apply multipliers ranging from less than two to more than five); *Pinto v. Princess Cruise Lines Ltd.*, 513 F. Supp. 2d 1334, 1344 (S.D. Fla. 2007) (multipliers "'in large and complicated class actions' range from 2.26 to 4.5, while three appears to be the average") (internal quotations omitted).

No objector argues that a lodestar cross-check is mandated, or even explains why this case warrants a cross-check given the reasonableness of the percentage fee being sought. Several objectors, however, dispute various aspects of the cross-check analysis. None of these objections have any merit.

One objector contends hourly rates should be capped at $500 because most ordinary people earn minimum wage or less than $20 an hour. The proper comparison, though, is to the prevailing rates in the legal community. By that

standard, class counsel's rates are reasonable. Class counsel supplied substantial evidence that the prevailing rates for complex litigation in Atlanta and around the country are commensurate with or even in excess of the rates applied here and none of the objectors have presented any evidence to the contrary. The Court therefore finds class counsel's rates are reasonable and well supported, including specifically the hourly rates charged by Mr. Barnes ($1050); Mr. Canfield ($1000); Ms. Keller ($750), and Mr. Siegel ($935).

Several objectors challenge class counsel's time, claiming it is inflated and duplicative, and demand that the Court closely examine the time records and order them to be produced for review by the class. A lodestar cross-check, however, does not require that time records be scrutinized or even reviewed. *See, e.g.*, *Goldberger v. Integrated Res., Inc.*, 209 F.3d 43, 50 (2d Cir. 2000) ("[U]sed as a mere cross-check, the hours documented by counsel need not be exhaustively scrutinized by the district court. Instead, the reasonableness of the claimed lodestar can be tested by the court's familiarity with the case.") (internal citations omitted); *In re Checking*, 2013 WL 11319244, at *14 (declining to review billing records). Nevertheless, based on its *in camera* review of a sampling of class counsel's records, its familiarity with the litigation, class counsel's declarations regarding their line-by-line review of all entries to remove duplicative and unnecessary time, and other factors, the Court finds that class counsel's time was reasonable and appropriately spent. The Court

also finds that ordering the records be made public would needlessly require the voluminous records to be reviewed and redacted for privileged and confidential material and serve no useful purpose, particularly given the fact that a lodestar cross-check is not required and litigation over specific time entries would be a waste of resources for both the Court and the parties.

One objector claims that estimated future time cannot be considered. Yet, other courts have included future time in lodestar calculations, including this Court in the financial institutions track of the *Home Depot* data breach case. *See Home Depot*, 2017 WL 9605207, *1 (N.D. Ga. Oct. 11, 2017), *aff'd in part and rev'd in part on other grounds*, 931 F.3d 1065, 1082 (11th Cir. 2019). Using a reasonable estimate also is appropriate. A cross-check is not intended to involve "mathematical precision." *In re Rite Aid Corp. Sec. Litig.*, 396 F.3d 294, 306 (3d Cir. 2005). And, if the fee was lodestar-based, class counsel would be entitled to file supplemental applications for future time. *See Cassese v. Washington Mut., Inc.*, 27 F. Supp. 3d 335, 339 (E.D.N.Y. 2014). Excluding such time thus would misapply the lodestar methodology and needlessly penalize class counsel.

Finally, several objectors argue the proposed multiplier is too high and one claims *Perdue* bars the use of any multiplier. But class counsel have demonstrated that the multiplier is reasonable and within the typical range, and *Perdue* is irrelevant in a common fund fee analysis. *See Home Depot*, 931 F.3d at 1084-85.

106

In sum, a lodestar analysis is not required, but a consideration of the lodestar here only confirms that the requested fee is reasonable.

### C.    <u>Reimbursement Of Class Counsel's Expenses.</u>

The settlement agreement authorizes reimbursement of up to $3 million in expenses that class counsel reasonably incurred on behalf of the class. Class counsel have incurred $1,404,855.35 in expenses through December 17, 2019, for such items as court reporter fees; document and database reproduction and analysis; e-discovery costs; expert witness fees; travel for meetings and hearings; paying the mediator; and other customary expenditures. The Court finds that these expenses are reasonable and were necessarily incurred on behalf of the class. Class counsel are thus entitled to be reimbursed for these expenses. *See, e.g.*, *Columbus Drywall*, <u>2012 WL 12540344</u>, at *7-8.

Two objectors challenge class counsel's expenses. One says the total is simply "too much." The other speculates that some computerized research charges might be overbilled and complains that the "miscellaneous" expense category is not further itemized. Such vague assertions and speculation do not overcome the substantial evidence in the record that all of the expenses were reasonable. Moreover, the expenses are detailed in class counsel's *in camera* submissions to the Court.

### D.    <u>The Service Awards Are Appropriate.</u>

Courts routinely approve service awards to compensate class representatives

for the services they provide and the risks they incur on behalf of the class. *See, e.g.*, *Ingram*, 200 F.R.D. at 695-96; *Allapattah Servs.*, 454 F. Supp. 2d at 1218; *In re Checking*, 2014 WL 11370115, at *12-13. The settlement agreement provides for a modest service award of $2,500 to each class representative, who devoted substantial time and effort to this litigation working with their lawyers to prosecute the claims, assembling the evidence supporting their claims, and responding to discovery requests. Simply put, the class representatives were instrumental in achieving a settlement benefitting the entire class. But for their efforts, other class members would be receiving nothing. The Court therefore finds that the service awards are deserved and approves them for payment.

Objector Davis contends the longstanding practice of compensating class representatives for their service is prohibited by two Supreme Court cases from the 1800s. The argument previously has been rejected out of hand because the cases were decided before Rule 23 and involve different facts and circumstances. *See, e.g.*, *Merlito v. Experian Mktg. Sols., Inc.*, 923 F.3d 85, 96 (2d Cir. 2019). Davis also suggests that each class member be required to document the specific amount of time spent on the litigation, but he provides no basis to believe the class representatives did not perform the services described and the amount of time needed for such tasks is necessarily substantial. Further evidence of the class representatives' service thus is unnecessary, particularly given the modest sums involved. *See, e.g.*, *Home Depot*,

108

2016 WL 11299474, at *1 (N.D. Ga. Aug. 23, 2016) (awarding modest service awards to 88 class representatives based on a similar description of their service by their counsel).

## V.    FINDINGS REGARDING SERIAL OBJECTORS.

"Objectors can play a useful role in the court's evaluation of the proposed settlement terms. They might, however, have interests and motivations vastly different from other attorneys and parties." *Manual* § 21.643. The *Manual* goes on to explain:

> Some objections, however, are made for improper purposes, and benefit only the objectors and their attorneys (*e.g.*, by seeking additional compensation to withdraw even ill-founded objections). An objection, even of little merit, can be costly and significantly delay implementation of a class settlement. Even a weak objection may have more influence than its merits justify in light of the inherent difficulties that surround review and approval of a class settlement. Objections may be motivated by self-interest rather than a desire to win significant improvements in the class settlement. A challenge for the judge is to distinguish between meritorious objections and those advanced for improper purposes.

*Manual* § 21.643.

The *Manual*'s guidance has been instructive in evaluating the objections received in this case. To be clear, the Court has considered in full the merits of all objections, regardless of whether the objector is a repeat player, and found them to be without merit. "The fact that the objections are asserted by a serial or 'professional' objector, however, may be relevant in determining the weight to

accord the objection, as an objection carries more credibility if asserted to benefit the class and not merely to enrich the objector or her attorney." *In re Syngenta AG MIR 162 Corn Litig.*, 357 F. Supp. 3d 1094, 1104 (D. Kan. 2018) (referring, in part, to objectors and objectors' counsel here George Cochran and Christopher Bandas). There is sufficient evidence to conclude that certain objectors here are of the "serial" variety.

This Court therefore finds, based on information in the record and otherwise publicly available, that the individuals identified below are serial objectors, that they have unsuccessfully asserted many of the same or similar objections in other class action settlements, that their objections are not in the best interests of the class, that there is no substantial likelihood their objections will be successful on appeal, and that the class would be best served by final resolution of their objections as soon as practicable so that class members can begin to benefit from the settlement:

- Objector George Cochran, an attorney who objects on his own behalf, "is a serial objector to class action settlements, with a history of attempting to extract payment for the withdrawal of objections." *Syngenta*, 357 F. Supp. 3d at 1104.

- Christopher Bandas, an attorney who represents objector Mikell West, is recognized by federal courts across the country as a "serial objector" who "routinely represents objectors purporting to challenge class action

110

settlements, and does not do so to effectuate changes to settlements, but does so for his own personal financial gain; he has been excoriated by Courts for this conduct." *CRT*, 281 F.R.D. at 533; *see also, e.g.*, *Clark v. Gannett Co.*, 122 N.E. 3d 376, 380 (Ill. Ct. App. 2018) (Bandas has "earn[ed] condemnation for [his] antics from courts around the country. Yet, [his] obstructionism continues."). Moreover, Bandas and his law firm are subject to a permanent injunction issued by a federal judge governing their ability to object in class actions. *Edelson P.C. v. The Bandas Law Firm*, 2019 WL 272812 (N.D. Ill. Jan. 17, 2019).

- Objector Christopher Andrews, although not an attorney, by his own admission at the final approval hearing has filed objections in about ten class actions. In *Shane v. Blue Cross*, No. 10-cv-14360 (E.D. Mich.), the court found that "many of [Mr. Andrews'] submissions are not warranted by the law and facts of the case, were not filed in good faith and were filed to harass Class Counsel." App. 1, ¶ 65 & Ex. 7. That court also noted that Mr. Andrews "is known to be a 'professional objector who has extorted additional fees from counsel in other cases[.]'" *Id.* Additionally, class counsel have submitted an email from Mr. Andrews that calls into question his motivation for objecting in this case. [Doc. 900-1, Ex. 8].

111

- Objector Troy Scheffler has previously objected to a number of class actions and at least one court has previously found that similar objections to the ones he makes here "have no factual or legal merit." *Carter*, 2016 WL 3982489, at *13. He also has been paid to withdraw an objection in a similar case. *In re Experian Data Breach Litig.*, No. 15-cv-01592, Doc. 335 (C.D. Cal. July 3, 2019) (approving payment of $10,000 to Mr. Scheffler and his counsel to drop objection).

- John Davis has a history of objecting in class actions and his involvement as an objector and class representative has been criticized by other courts. In *Muransky v. Godiva Chocalatier*, 2016 WL 11601079, at *3 (S.D. Fla. Sept. 16, 2016), a federal magistrate judge denied an objection similar to the one filed here by Mr. Davis and, in so doing, labeled Davis and others as "professional objectors who threaten to delay resolution of class action cases unless they receive extra compensation." *See also Davis v. Apple Computer, Inc.*, 2005 WL 1926621, at *2 (Cal. Ct. App. Aug. 12, 2005) (noting that Davis and Steven Helfand, another serial objector who objected here, previously had "confidentially settled or attempted to confidentially settle putative class actions in return for payment of fees and other consideration directly to them" in apparent violation of court rules.)

- Steven Helfand has a history of improper conduct in class action litigation. *Id.* In 2018, he was accused by the State Bar of California of, among other things, filing an objection in the name of a class member without being authorized by the class member to do so, misleading a court and opposing counsel, settling an objection on appeal without the client's authorization, misappropriating the settlement proceeds, and other acts of moral turpitude. Notice of Disciplinary Charges, *In the Matter of Steven Franklyn Helfand*, Case No. 17-O-00411 and 17-O-00412 (State Bar Court of California; filed Sept. 24, 2018). Helfand did not contest the charges and a default was entered against him. *Id.*, Order Entering Default (Jan. 15, 2019).

- Theodore Frank, a lawyer and director of the Hamilton Lincoln Law Institute, is in the business of objecting to class action settlements and has previously and unsuccessfully made some of the same or similar objections that he has made here. *See Target*, <u>2017 WL 2178306</u>, at *6 (rejecting objection that an allegedly fundamental intra-class conflict existed in a data breach case because class members could assert claims under various state statutes); *Poertner*, <u>618 F. Appx at 628-29</u> (rejecting objection that the proposed fee was unfair, finding Frank had improperly limited the monetary benefits to the class and excluded the substantial non-monetary benefits of the settlement). The Court also finds that Frank disseminated false and misleading information

about this settlement in an effort to encourage others to object in this case and directed class members to object using the "chat-bot" created by Class Action Inc., notwithstanding that it contained false and misleading information about the settlement. These actions are improper and further support a finding that Frank's objection is not motivated to serve the interests of the class. *See Manual* § 21.33 ("Objectors to a class settlement or their attorneys may not communicate misleading or inaccurate statements to class members about the terms of a settlement to induce them to file objections or to opt out.").

Finally, the Court addresses the 718 "chat-bot" generated forms submitted by Class Action Inc. on which class members simply checked one or more of several boxes indicating that the settlement was "unfair," "inadequate," "unreasonable," or "unduly burdensome" and had the opportunity to add a "personal note" to the Court. The Court has considered the substance of these objections (which are repeats of objections addressed above) and rejects them in their entirety. Separately, the Court rejects these objections as procedurally defective. The objections were not submitted through the process ordered by the Court and do not comply with the requirement under Rule 23 that an objection "state whether it applies only to the objector, to a specific subset of the class, or to the entire class and also state with specificity the grounds for the objection." *See* <u>Fed. R. Civ. P. 23(e)(5)(A)</u>.

114

Moreover, class counsel submitted information that Class Action Inc. failed to accurately describe the settlement both on its website and in promotions of the chat-bot elsewhere, which may have prompted users of the site to object based on inaccurate and incomplete information about the benefits available under the settlement. The Court notes that class counsel subpoenaed Reuben Metcalfe, the CEO of Class Action Inc., for a deposition, but Mr. Metcalfe failed to appear. The Court also notes that Mr. Metcalfe represented to class counsel that he had not even read the settlement agreement or notice materials before falsely telling class members that the settlement provided only $31 million to pay claims. [Doc. 939-1, ¶ 36]. Therefore, based on the uncontested record, the Court accepts the facts as presented by class counsel on this point, and finds that Class Action Inc. and Mr. Metcalfe promoted false and misleading information regarding the terms of the settlement in an effort to deceptively generate objections to the settlement.

## VI. THE COURT'S TREATMENT OF OTHER PENDING MATTERS.

### A. <u>Motions To Strike Declarations Of Robert Klonoff, Geoffrey Miller And Harold Daniel.</u>

Several objectors moved to "strike" [Docs. 872, 890, 909, 918] the Declarations of Robert Klonoff [Docs. 858-2, 900-2], Geoffrey Miller [Doc. 900-3], and Harold Daniel [858-3] submitted by class counsel. Plaintiffs oppose these motions [Docs. 887, 932, 946]. While the Court has found the declarations helpful, as noted above, the Court has exercised its own independent judgment in resolving

the matters addressed in the declarations, rendering the challenges to the declarations moot. Regardless, the motions lack merit. All three of the proposed experts are well-qualified, *Daubert* does not govern at the final approval stage, and, even if it did, each of the declarations passes muster under *Daubert*.[56]

Professor Klonoff is a prominent law professor and teacher of civil procedure; former Assistant to the U.S. Solicitor General; the author of relevant academic publications and the leading casebooks on class actions and multi-district litigation; was the Associate Reporter for the American Law Institute's class action project; and was appointed by Chief Justice Roberts for two three-year terms as the sole academic member to the Advisory Committee on the Rules of Civil Procedure, a position in which he took the lead on the proposed amendments to Rule 23 that became effective on December 1, 2018. [Doc. 858-2, ¶¶ 4-12]. Because of his expertise, other courts have specifically accepted and relied extensively upon Professor Klonoff's opinions regarding proposed attorneys' fee awards and other class action issues. *See, e.g.*, *Syngenta*, 357 F. Supp. 3d at 1115; *In re AT&T Mobility*

---

[56] Similar motions to strike at the final approval stage filed by Frank's organization have also been rejected in other pending class actions. *See Briseño v. Conagra Foods, Inc.*, No. 11-cv-05379-CJC-AGR, Doc. 695 (C.D. Cal. Oct. 8, 2019); *In re Samsung Top-Load Washing Machine Marketing, Sales Practices and Prods. Liab. Litig.*, No. 17-ml-2792-D, Doc. 208 (W.D. Okla. Nov. 18, 2019). *See also Target*, 2015 WL 7253765, at *4 ("even if the affidavit contained impermissible legal conclusions, the Court is capable of separating those conclusions from Magistrate Judge Boylan's helpful and insightful factual descriptions of the settlement process in this case.").

*Wireless Data Services Sales Tax Litig.*, 792 F. Supp. 2d 1028, 1032 n.3, 1034-35, 1037-38, 1040, 1042 (N.D. Ill. 2011); the *National Football League Players Concussion Injury* MDL; the *Chinese-Manufactured Drywall* MDL; and the *Deepwater Horizon* MDL. (*See* Doc. 858-2, ¶ 10) (listing cases).

Professor Miller is the co-author of several leading empirical studies of attorneys' fees in class action litigation and a frequent expert witness on issues relating to class actions and attorneys' fees. [Doc. 900-3, ¶ 1]. One objector cites to a study that he authored. [Doc. 880 at 12-15, Doc. 876 at 18-19]. Professor Miller is the Stuyvesant Comfort Professor of Law at NYU Law School, and a member of the advisory committee for the American Law Institute's Principles of the Law project on Aggregate Litigation, which, among other topics, addressed questions of attorneys' fees in class actions and related types of cases. [Doc. 900-3 ¶¶ 2-3]. His research articles on class action cases, especially in the area of attorneys' fees, have been cited as authority by many state and federal courts. [Doc. 900-3 ¶¶ 4-6].

Harold Daniel served as the President of the State Bar of Georgia and the Lawyers Club of Atlanta. [Doc. 858-3, ¶ 2]. He was a member Standing Committee of the Federal Judiciary of the American Bar Association. [*Id.*]. He also has been qualified and has served as an expert witness on the issue of attorneys' fees in numerous courts, including this Court. [*Id.*, ¶ 10].

At the final approval stage, the weight of authority from the circuits makes clear that district courts have discretion to use "whatever is necessary . . . in reaching an informed, just and reasoned decision." *Mars Steel Corp. v. Cont'l Bank N.A.*, 880 F.2d 928, 938 (7th Cir. 1989). Final approval is not a trial on the merits, and the Court need not be a gatekeeper of evidence for itself. Further, the issues on which the experts opine are both relevant and inherently factual in nature, not disputed legal principles, and the declarations are helpful as to these matters. Moreover, the methodology the experts used—applying their expertise gained through years of experience to questions of fairness and reasonableness—is more than sufficient to satisfy Rule 702 and *Daubert. See, e.g.*, *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 152 (1999) (recognizing that a district court has "broad latitude" to allow an expert whose testimony is based on "professional studies or personal experience"); *Primrose Operating Co. v. Nat'l Am. Ins. Co.*, 382 F.3d 546, 561-63 (5th Cir. 2004) (affirming admission of testimony from a fee expert, stating the "fair and reasonable compensation for the professional services of a lawyer can certainly be ascertained by the opinion of members of the bar who have become familiar through experience and practice with the character of such services"); *Freed by Freed v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 2005 WL 8156040, at *2-3 (S.D. Fla. Aug. 2, 2005) (rejecting *Daubert* challenge to an expert who testified as to the reasonableness of an attorneys' fee based on his experience as a litigator,

finding the methodology was reliable); *Yowell v. Seneca Specialty Ins. Co.*, 117 F. Supp. 3d 904, 910-11 (E.D. Tex. 2015) (declining to strike affidavit from fee expert because it satisfied *Daubert* requirements).

Finally, the Court again emphasizes that, with regard to all of the matters addressed in this Order it has performed its own independent legal research and analysis and made up its own mind. The pending motions to strike [Docs. 890, 909, 918] are therefore denied. The Court previously denied [Doc. 951] objector Shiyang Huang's motion to strike [Doc. 872].

## B. Oppositions To The Scope Of The Release By Proposed *Amicus Curiae* The State Of Indiana And The Commonwealth Of Massachusetts.

The State of Indiana, through the Indiana Attorney General, submitted a self-styled *amicus curiae* brief, requesting that the Court modify the release in the settlement in several respects, purportedly to "safeguard its sovereign and exclusive authorities to enforce Indiana law." [Doc. 898]. The Commonwealth of Massachusetts makes a similar request. [Doc. 923]. The gist of these requests is that the two states believe the release cannot be used as a bar to claims they are pursuing in separate enforcement actions against Equifax in Indiana and Massachusetts state courts. Indiana cites several cases in apparent support for its position that a class action "cannot impede a separate action by government actors acting in an enforcement capacity." [Doc. 898, at 5]. Massachusetts says its claims were not and

119

could not have been asserted by any class plaintiffs in this case. The states' requests are denied for the following reasons.

First, the Court concludes that Indiana and Massachusetts lack standing to object to the settlement because they are not members of the settlement class. Second, nothing in the settlement prevents Indiana or Massachusetts from pursuing enforcement actions in state court, which they both already are doing. Third, the Court does not have the power to grant the primary relief the states seek, which is a modification of the settlement, *see Cotton*, 559 F.2d at 1331, and any suggestion by Indiana or Massachusetts that the Court reject the settlement altogether is not in the best interests of the 147 million class members. It would make no sense for this Court to reject this historic settlement—one that provides substantial relief to a nationwide class and is supported by the Federal Trade Commission, Consumer Financial Protection Bureau, and 50 other Attorneys General—and subject all class members to the risks of further litigation simply because two states seek the opportunity to obtain additional relief for their own residents.

To the extent they move for specific relief from this Court, request that the Court issue an advisory opinion, or request that the Court refuse to approve the settlement, the requests by Indiana [Doc. 898] and Massachusetts [Doc. 923] are hereby denied.

C.    **Miscellaneous Pending Motions.**

The Court has carefully considered all timely filed objections. As a housekeeping matter, and for clarity of the record, the Court addresses several motions filed by objectors. The Court previously denied [Doc. 851] the Motion to Reject Settlement by Susan Judkins [Doc. 824], and the Motion to Reject Settlement by John Judkins [Doc. 825]. The Court also denied [Doc. 853] the Motion to Enforce Settlement by Lawrence Jacobson [Doc. 837], and Motion to Deny the Settlement by Beth Moscato [Doc. 841]. And the Court denied [Doc. 873] the Motion to Telephonically Appear at Fairness Hearing by Shiyang Huang [Doc. 852]. These motions were primarily further objections to the settlement couched as "motions" and, again, the Court has considered all timely filed objections. For similar reasons, the Court hereby denies the Motion for Court Order Setting Deadline to Pay Settlement Fee to Petitioning Parties by Peter J. LaBreck, Elizabeth M. Simons, Gregory A. Simons, Joshua D. Simons [Doc. 789]; the Motion to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel by Christopher Andrews [Doc. 916]; the Motion to Remove Class Counsel, the Steering Committee, and Legal Administration, the Named Plaintiffs and Defense Counsel for Misconduct by Christopher Andrews [Doc. 917]; the Motion to Strike Response to Doc. 903 [Doc. 935]; the Motion to Strike Equifax's Response to Doc. 903 [Doc. 936]; and the Motion to Strike Plaintiffs'

Untimely Filings [Doc. 949]. Any other motions and requests for specific relief asserted by objectors are also denied.

For the reasons set forth herein, the Court hereby (1) **GRANTS** final approval of the settlement; (2) **CERTIFIES** the settlement class pursuant to <u>Federal Rules of Civil Procedure 23(a)</u>, <u>(b)(3)</u> and (e); (3) **GRANTS** in full Plaintiffs' request for attorneys' fees of $77.5 million, reimbursement of expenses of $1,404,855.35, and service awards of $2,500 each to the class representatives; and (4) otherwise rules as specified herein.

SO ORDERED, this 17 day of March, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

122

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT |
| | ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Plaintiffs' Motion for Bond Pending Appeal [Doc. 1040]. The Plaintiffs seek an order requiring Objectors/Appellants Theodore H. Frank and David R. Watkins, Mikell West, George W. Cochran, Christopher Andrews, and Shiyang Huang(collectively, "Objectors") to post appeal bonds. The Plaintiffs contend that they are harmed and prejudiced by the appeals lodged by the Objectors. Under the terms of the class settlement, no part of the $380.5 million in cash benefits, credit monitoring, or the other significant non-monetary relief will be provided to class members until the appeals are resolved. Under Rules 7 and 8 of the Federal Rules of Appellate Procedure, the Plaintiffs move for an order requiring each Objector to post an appeal bond in the amount of $20,000, as security for the costs of appeal.

T:\ORDERS\17\In re Equifax\appealbond.docx

On July 22, 2019, the Plaintiffs filed their motion to direct notice of the settlement of this action to the settlement class, informing the Court that the parties had entered into a settlement providing for a non-reversionary cash fund of $380.5 million to pay benefits to the class, including cash compensation, credit monitoring, and help with identity restoration. In addition, Equifax may pay up to another $125 million for certain out-of-pocket losses. Equifax must also spend a minimum of $1 billion for data security and related technology over five years and comply with comprehensive data security requirements. The Court granted the Plaintiffs' motion the same day, and, in its Order, set forth the requirements for any objections to final approval of the settlement. Of the approximately 147 million class members, only 388 directly objected to the settlement which the Court recognized was a "miniscule number . . . in comparison to the class size." The Court recognized that many of the objections were in the response to "incomplete or misleading media coverage, or at the behest of serial class action objectors, and often demonstrat[ed] a flawed understanding of the settlement terms."

On December 19, 2019, the Court heard oral argument regarding the merits of the settlement and the Plaintiffs' motion for fees, expenses, and service awards to the class representatives. Thereafter, in an Order dated January 13, 2020 (and

2

T:\ORDERS\17\In re Equifax\appealbond.docx

amended March 17, 2020), the Court finally approved the settlement and granted the Plaintiffs' motion for fees, expenses, and service awards. In its Order, the Court determined that the settlement was fair, reasonable, and adequate and complied with Federal Rule of Civil Procedure 23. The Court also found the settlement to be the largest data breach settlement in history, providing class members "an unprecedented package of benefits, including but not limited to cash compensation for out-of-pocket losses fairly traceable to the breach of up to $20,000 per class member, reimbursement for time spent as a result of the breach, and 25% of the amount paid to Equifax by class members for identity restoration services in the year prior to the breach; ten years of high quality credit monitoring services having a retail value of $1,920 per class member; and seven years of identity restoration services without the need to file a claim," and "a consent order requiring [Equifax] to comply with comprehensive cybersecurity standards, spend at least $1 billion on data security and related technology, and have its compliance audited by independent experts." The Court also thoroughly addressed the substance of each objections, and found that they each lacked merit, and in some instances, were made in bad faith. The Objectors filed Notices of Appeal.

3

T:\ORDERS\17\In re Equifax\appealbond.docx

Under the terms of the settlement agreement, no money can be paid out or relief provided under the settlement until final resolution of any appeals, which in the ordinary course could take a year or more. The Plaintiffs contend that the existence of this delay provides an opportunity for Objectors to continue to act against the settlement class's interests, spread further misinformation about the settlement, or attempt to leverage the appeal into a personal money-grab, allowing them to attempt to extract a payment in exchange for dismissal of their appeals so that the settlement funds can be distributed immediately. The Plaintiffs contend that the delay caused by these appeals will result in substantial costs to the class, costs that Objectors/Appellants should be required to secure with a bond.

Courts routinely require objectors who appeal final approval of a class action settlement to post a bond to ensure payment of costs on appeal and to protect against the additional costs the class will incur caused by the delay of appeal. *See, e.g.*, *In re Checking Account Overdraft Litig.*, No. 1:08-CV-23323-JLK, 2012 WL 456691, at *3 (S.D. Fla. Feb. 14, 2012); *In re Cardizem CD Antitrust Litig.*, 391 F. 3d 812, 816-17 (6th Cir. 2004); *In re Polyurethane Foam Antitrust Litig.*, 178 F. Supp. 3d 635, 642 (N.D. Ohio 2016); *In re Initial Pub. Offering Sec. Litig.*, 721 F. Supp. 2d 210, 218 (S.D.N.Y. 2010); *Aboltin v. Jeunesse LLC*, No. 6:17-CV-1624-ORL-40TBS,

4

2019 WL 1092789, at *4 (M.D. Fla. Feb. 15, 2019). Requiring objectors to post bonds also serves to discourage frivolous appeals. *See Pedraza v. United Guar. Corp.*, 313 F.3d 1323, 1333 (11th Cir. 2002) ("an appellant is less likely to bring a frivolous appeal if he is required to post a sizeable bond"); *In re Polyurethane*, 178 F. Supp. 3d at 638.

Such bonds are authorized by Federal Rule of Appellate Procedure 7, which provides that, "[i]n a civil case, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal." *See*, *e.g.*, *In re Checking*, 2012 WL 456691, at *2; *Aboltin*, 2019 WL 1092789, at *3; *Allapattah Servs., Inc. v. Exxon Corp.*, No. 91-0986-CIV, 2006 WL 1132371, at *18 (S.D. Fla. Apr. 7, 2006); *In re Uponor, Inc.*, *F1807 Plumbing Fittings Prod. Liab. Litig.*, No. 11-MD-2247 ADM/JJK, 2012 WL 3984542, at *2 (D. Minn. Sept. 11, 2012). The amount of the bond rests in the Court's discretion. *Young v. New Process Steel, LP*, 419 F.3d 1201, 1207-08 (11th Cir. 2005). Among the costs a court can consider in setting the amount of the bond are costs taxable under 28 U.S.C. § 1920 and Federal Rule of Appellate Procedure 39 and the increased administrative costs and loss of interest resulting from delay in consummating the settlement. *See, e.g.*, *In re Polyurethane*, 178 F. Supp. 3d at 642-

5

T:\ORDERS\17\In re Equifax\appealbond.docx

45; *In re Checking*, <u>2012 WL 456691</u>, at *2; *In re Wal-Mart Wage and Hour Employ. Prac. Litig.*, No. 2:06-CV-00225-PMP-PAL, <u>2010 WL 786513</u>, at *2 (D. Nev. Mar. 8, 2010).

In determining if an appeal bond is appropriate, courts consider several factors, including: (1) the appellant's financial ability to post a bond; (2) the merits of the appeal; (3) whether the appellant has shown any bad faith or vexatious conduct; and (4) the risk that the appellant will not pay the costs if the appeal is unsuccessful. *See, e.g.*, *In re Initial Pub. Offering Sec. Litig.*, <u>721 F. Supp. 2d at 212</u>; *In re Checking*, <u>2012 WL 456691</u>, at *2. Each of these factors supports requiring each Objector to post a bond in this case.

Courts presume that an objector is financially able to post an appeal bond unless he or she demonstrates otherwise. *In re Initial Pub. Offering Sec. Litig.*, <u>721 F. Supp. 2d at 213</u>; *In re Polyurethane*, <u>178 F. Supp. 3d at 641-42</u>; *In re Cardizem*, <u>391 F.3d at 818</u>. Accordingly, the Plaintiffs need not prove that each Objector can afford to post the bond the Plaintiffs have requested; the burden is on each Objector to come forward with sufficient financial information to prove that a bond is beyond their means. Regardless, Objector West, for example, is represented by counsel, who presumably have agreed to advance litigation expenses on his behalf. Most of the

6

other Objectors have already been identified by this Court as serial objectors, who have extorted money from counsel in prior class actions to withdraw their objections, and thus should not be heard now to claim they cannot afford to put up a bond to pursue their appeals.

Rule 7 authorizes the Court to forecast the outcome of the appeal in deciding whether to require a bond. *See*, *e.g.*, *Adsani v. Miller*, 139 F.3d 67, 79 (2d Cir. 1998); *Sckolnick v. Harlow*, 820 F.2d 13, 15 (1st Cir. 1987); *In re Checking*, 2012 WL 456691, at *2; *In re NASDAQ Market-Makers Antitrust Litig.*, 187 F.R.D. 124, 128-29 (S.D.N.Y. 1999). The less likely it is an appeal will succeed, the stronger the case for a requiring a bond. Here, each Objector's appeal lacks merit and has no legitimate likelihood of success.

This Court has already found that Objectors Frank, West (through his attorney Christopher Bandas), Cochran, and Andrews "are serial objectors, that they have unsuccessfully asserted many of the same or similar objections in other class action settlements, that their objections are not in the best interests of the class, that there is no substantial likelihood their objections will be successful on appeal, and that the class would be best served by final resolution of their objections as soon as practicable so that class members can begin to benefit from the settlement." Objector

7

Andrews has been cited for repeatedly filing frivolous objections and related motions; sanctioned for engaging in vexatious and bad faith litigation; arrested and held in contempt for violating a court order. One of his litigation tactics is to make outrageous and utterly unsubstantiated charges of fraud, collusion, and unethical conduct regarding class counsel and the courts evaluating the fairness of class action settlements to which he has objected. *See, e.g.*, *In re Polyurethane Foam Antitrust Litig.*, 178 F. Supp.3d 635, 639-40 (N.D. Ohio 2016); *In re Polyurethane Foam Antitrust Litig.*, No. 17-3361, 2017 WL 8791098 (6th Cir. Dec. 14, 2017). The wild and outrageous accusations in his Response to the Motion for Bond Pending Appeal are typical.

The problem posed by professional objectors is well known. *See, e.g.*, Newberg on Class Actions § 15:37. The Federal Judicial Center has advised courts to "[w]atch out . . . for canned objections from professional objectors who seek out class actions to extract a fee by lodging generic, unhelpful protests." Federal Judicial Center, *Managing Class Action Litigation: A Pocket Guide for Judges*, at 15 (2d ed. 2009). And federal courts overseeing class actions have described the conduct of professional objectors in stark terms. For example, one judge noted:

8

T:\ORDERS\17\In re Equifax\appealbond.docx

> Class actions . . . attract those in the legal profession who subsist primarily off of the skill and labor of, to say nothing of the risk borne by, more capable attorneys. These are the opportunistic objectors. Although they contribute nothing to the class, they object to the settlement, thereby obstructing payment to lead counsel or the class in the hope that lead plaintiff will pay them to go away. Unfortunately, the class-action kingdom has seen a Malthusian explosion of these opportunistic objectors . . . .

*In re Cardinal Health, Inc. Sec. Litig.*, 550 F. Supp. 2d 751, 754 (S.D. Ohio 2008).

There is a substantial risk that the costs of appeal will not be paid unless a bond is required. Each Objector resides outside of this Court's physical jurisdiction. If the costs of appeal are not voluntarily paid, the Plaintiffs will be forced to institute a collection action in one or more other jurisdictions. Courts routinely find a substantial risk of non-payment under such circumstances, warranting an appeal bond. *See*, *e.g.*, *In re Initial Pub. Offering Sec. Litig.*, 721 F. Supp. 2d at 293.

Here the Plaintiffs seek only a modest bond for the costs of appeal. Taxable costs listed in 28 U.S.C. § 1920 and Federal Rule of Appellate Procedure 39 are customarily included in an appeal bond. *See, e.g., In re Polyurethane*, 178 F. Supp. 3d at 642; Wright, Miller & Cooper, *Federal Practice & Procedure* § 3953 (4th ed. 2008). These costs include, among others, preparing and transmitting the record, obtaining necessary transcripts, printing, and copying. *Id*. The Court does find that

9

T:\ORDERS\17\In re Equifax\appealbond.docx

the request for $20,000 for each Objector to secure appeal costs is excessive. The Court finds that an appeal bond of $2,000 for each Objector is more appropriate.

The Plaintiffs' Motion for Bond Pending Appeal [Doc. 1040] is GRANTED. Therefore, the Court orders each Objector to post a bond of $2,000 or deposit $2,000 in cash in the registry of the Court for the costs of appeal. Each Objector has 14 days from the date of this Order to post a bond acceptable to the Clerk or a cash deposit.

SO ORDERED, this 11 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

10

T:\ORDERS\17\In re Equifax\appealbond.docx

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT ALL CASES |
|---|---|

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Plaintiffs' Motion for Clarification [Doc. 1093] treated as a Motion for Reconsideration. On May 7, 2020, this Court granted the Motion To Supplement Record of Objectors Watkins and Frank [Doc. 961]. The same day, the Court of Appeals denied the same motion made pursuant to Rule 10(e)(2) of the Federal Rules of Appellate Procedure. In doing so, the Court of Appeals necessarily found that the proposed orders were not material to the appeal. The Plaintiffs' Motion for Clarification [Doc. 1093] treated as a Motion for Reconsideration is GRANTED. The Court's Order of May 7, 2020 [Doc. 1084] is VACATED.

T:\ORDERS\17\IN RE EQUIFAX\CLARIFICATION.DOCX

SO ORDERED, this 15 day of May, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## OBJECTOR MIKELL WEST'S SECOND AMENDED
## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Mikell West hereby amends his Notice of Appeal (Dkt. 982) filed on February 11, 2020 and his Amended Notice of Appeal (Dkt. 1044) filed on March 31, 2020, both of which are currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249. In addition to the already pending appeal from the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 956), Final Order and Judgment (Dkt. 957), and all opinions and orders that merge therein, as well as the Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, and all orders and opinions that merge therein, Mr. West also appeals from the Court's Order Granting Motion for Bond Pending Appeal (Dkt. 1094) entered on May 11, 2020, and the Court's Order Vacating Order Granting Motion to Supplement the Record of Objectors (Dkt. 1106) entered on May 15, 2020, and all orders and opinions that merge therein.

Dated:     May 29, 2020                    Respectfully submitted,

                                           /s/ Robert W. Clore
                                           Robert W. Clore
                                           *Pro Hac Vice*[1]
                                           State Bar of Texas #24012436
                                           Admitted to the United States District
                                           Court, Southern District of Texas, ID
                                           No. 2032287
                                           Bandas Law Firm, P.C.
                                           500 N. Shoreline Blvd., Suite 1020
                                           Corpus Christi, Texas 78418
                                           (361) 698-5200

                                           Jerome J. Froelich, Jr.
                                           State Bar No. 278150
                                           McKENNEY & FROELICH
                                           One Midtown Plaza, Suite 910
                                           1360 Peachtree Street
                                           Atlanta, Georgia  30309-2920
                                           (404) 881-1111

                                           *Attorneys for Mikell West*

---

[1] Dkt. 23 at 4.

## CERTIFICATE OF SERVICE

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: May 29, 2020                    /s/ Robert W. Clore
                                       Robert W. Clore

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
  AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

May 29, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia     30303

> **U.S.D.C. No.:** 1:17-md-2800-TWT
> **U.S.C.A. No.:** 20-10249-RR
> **In re:**         **IN RE: EQUIFAX, Inc., Customer Data Security Breach Litigation**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Orders, Final Order and Judgment, and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| ____ | There is no transcript. |
| **X** | **The court reporters are Susan Baker, Wynette Blathers, and Diane Peede.** |
| ____ | There is sealed material. |
| X | **Other: Mikell West.** |
| ____ | Fees electronically paid on . |
| ____ | Appellant has been   leave to file *in forma pauperis*. |
| ____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| ____ | This is a DEATH PENALTY appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  <u>Kimberly Carter</u>
     Deputy Clerk

Enclosures