# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-md-02800-TWT**

**IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**
**FINANCIAL INSTITUTION ACTIONS**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 6/4/2020.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 2:33 P.M.     COURT REPORTER: Diane Peede
TIME IN COURT: 00:23                DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joseph Guglielmo representing Financial Institution Plaintiffs<br>Gary F. Lynch representing Financial Institution Plaintiffs<br>S. Stewart Haskins II representing Defendant Equifax, Inc.<br>Matthew Brigman Defendant Equifax, Inc. |
| OTHER(S) PRESENT: | Alice-Marie Flowers, Pro Se |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [1107] Unopposed Motion for Preliminary Approval of Class Action Settlement GRANTED |
| MINUTE TEXT: | Counsel appeared over videoconference for a hearing on the Financial Insitution Plaintiffs' [1107] Unopposed Motion for Preliminary Approval of Class Action Settlement. Mr. Guglielmo summarized the terms of the proposed settlement, defined the settlement class and discussed Rule 23(e) factors, went over the notice plan, and identified the settlement administrator. Mr. Haskins responded in support of the motion. The Court inquired if anyone would like to speak for or against the proposed settlement, and Ms. Flowers addressed the Court in opposition. The Court GRANTED the [1107] Motion, preliminarily certified the class of Financial Institutions, approved the Notice provisions, and approved Plaintiffs' selection of the settlement administrator for the reasons stated. The Court set the Final Settlement Approval Hearing and said it would sign the proposed order with the various deadlines filled in by counsel. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Final Hearing set for 10/22/2020 at 2:00 PM in Courtroom 2108; |