# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## FRANK AND WATKINS' MOTION TO CLARIFY, OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT THE RECORD PURSUANT TO FED. R. APP. P. 10(e)(1)

Objectors Frank and Watkins move this Court (1) to clarify its May 15 Order (Dkt. 1106) vacating its May 7 Order (Dkt. 1084) in light of the Eleventh Circuit's Order dated June 8, 2020 denying Frank's Motion to Reconsider including whether it will reinstate its May 7 Order; or, in the alternative, (2) to settle the record pursuant to Fed. R. Civ. P. 10(e)(1) and require plaintiffs to supplement the record with plaintiffs' (1) proposed opinion containing the Court's ruling at the December 19, 2019 fairness hearing, and (2) proposed final judgment. Objectors Frank and Watkins' motion is based on the reasons set forth in the accompanying memorandum of law.

Dated: June 8, 2020.　　　　　　　　　/s/ Melissa A. Holyoak
　　　　　　　　　　　　　　　　　　　Melissa A. Holyoak, (DC Bar No. 487759)
　　　　　　　　　　　　　　　　　　　Hamilton Lincoln Law Institute
　　　　　　　　　　　　　　　　　　　1629 K Street, NW Suite 300
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　Phone: (573) 823-5377
　　　　　　　　　　　　　　　　　　　Email: melissa.holyoak@hlli.org

　　　　　　　　　　　　　　　　　　　*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: June 8, 2020.　　　　　　　　　　　　　　　　/s/ Melissa A. Holyoak