IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Candace Bethea, et al. v. Equifax Inc., et al*, No. 1:18-cv-00055-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Candace Bethea, Christopher Zarpas, Michael Pugh, Kathryn Bledsoe, Marilyn Bledsoe, Matthew Bledsoe, Susan Chandler, David Batten, David Wood, and Robert Cornett and Defendants Equifax Inc., Equifax Consumer Services LLC, and Equifax Information Services LLC stipulate to dismissal *with prejudice* of all of Plaintiffs' claims. The Parties agree to bear their own fees and costs.

Respectfully submitted this 10th day of June, 2020.

| | |
|---|---|
| */s/ Leonard A. Bennett*<br>**CONSUMER LITIGATION ASSOCIATES**<br>Leonard A. Bennett<br>Virginia State Bar No. 37523<br>Craig C. Marchiando,<br>Virginia State Bar No. 89736<br>763 J. Clyde Morris Boulevard,<br>Suite 1-A | */s/ S. Stewart Haskins II*<br>**KING & SPALDING LLP**<br>David L. Balser<br>Georgia Bar No. 035835<br>Phyllis B. Sumner<br>Georgia Bar No. 692165<br>S. Stewart Haskins II<br>Georgia Bar No. 336104<br>Elizabeth D. Adler |

Newport News, Virginia 23601
Tel.: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
craig@clalegal.com

*Counsel for Plaintiffs*

Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ S. Stewart Haskins II