# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Lisa Gladwell, et al. v. Equifax Inc.*, *et al*, No. 1:17-cv-05445-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lisa Gladwell and Sharon Morgan and Defendants Equifax Inc., Equifax Consumer Services LLC, and Equifax Information Services LLC stipulate to dismissal *with prejudice* of all of Plaintiffs' claims. The Parties agree to bear their own fees and costs.

Respectfully submitted this 10th day of June, 2020.

| | |
|---|---|
| */s/ Leonard A. Bennett*<br>**CONSUMER LITIGATION ASSOCIATES**<br>Leonard A. Bennett<br>Virginia State Bar No. 37523<br>Craig C. Marchiando,<br>Virginia State Bar No. 89736<br>763 J. Clyde Morris Boulevard, Suite 1-A<br>Newport News, Virginia 23601<br>Tel.: (757) 930-3660 | */s/ S. Stewart Haskins II*<br>**KING & SPALDING LLP**<br>David L. Balser<br>Georgia Bar No. 035835<br>Phyllis B. Sumner<br>Georgia Bar No. 692165<br>S. Stewart Haskins II<br>Georgia Bar No. 336104<br>Elizabeth D. Adler<br>Georgia Bar No. 558185<br>John C. Toro |

Fax: (757) 930-3662  
lenbennett@clalegal.com  
craig@clalegal.com  

*Counsel for Plaintiffs*

Georgia Bar No. 175145  
Robert D. Griest  
Georgia Bar No. 294216  
1180 Peachtree Street, N.E.  
Atlanta, Georgia  30309  
Tel.:  (404) 572-4600  
Fax:  (404) 572-5140  
dbalser@kslaw.com  
psumner@kslaw.com  
shaskins@kslaw.com  
eadler@kslaw.com  
jtoro@kslaw.com  
rgriest@kslaw.com  

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ S. Stewart Haskins II