# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Hayden D. Parkhill v. Equifax Inc.*, *et al*, No. 1:17-cv-05496-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hayden D. Parkhill and Defendants Equifax Inc. and Equifax Information Services LLC stipulate to dismissal *with prejudice* of all of Plaintiff's claims. The Parties agree to bear their own fees and costs.

Respectfully submitted this 10th day of June, 2020.

/s/ Leonard A. Bennett
**CONSUMER LITIGATION ASSOCIATES**
Leonard A. Bennett
Virginia State Bar No. 37523
Craig C. Marchiando,
Virginia State Bar No. 89736
763 J. Clyde Morris Boulevard,
Suite 1-A
Newport News, Virginia 23601
Tel.: (757) 930-3660
Fax: (757) 930-3662

/s/ S. Stewart Haskins II
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145

lenbennett@clalegal.com
craig@clalegal.com

*Counsel for Plaintiff*

Robert D. Griest
Georgia Bar No. 294216
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Stewart Haskins II*