IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800<br>) Case No.: 1:17-md-2800-TWT<br>)<br>) CONSUMER ACTIONS<br>)<br>) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that class member objector John W. Davis amends his April 14, 2020 Notice of Appeal (DE1059) currently docketed in the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249.  In addition to the already pending appeal from the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (DE 956), Final Order and Judgment (DE 957), Order denying Motion to Alter or Amend Judgment (DE 1026) entered on March 17, 2020, Amended Order Granting Final Approval of Settlement Certifying Settlement Class, And Awarding Attorney's Fees, Expenses and Service

- 1 -

- 2 -

Awards (DE 1029) entered on March 17, 2020, and all opinions and orders that merge therein, Mr. Davis now also appeals from the Court's Order on Motion for Clarification (DE 1106) entered on May 15, 2020, and all orders and opinions that merge therein.

DATED:  June 13, 2020          Respectfully submitted,

/s/  John W. Davis
John W. Davis

3030 N. Rocky Point Dr. W., Suite 150
Tampa, FL  33607
Email:  john@johnwdavis.com
Telephone:  813-533-1972

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 13th day of June, 2020.

I also certify that copies of the foregoing were served upon the following by electronic mail by agreement.

| | |
|---|---|
| George Willard Cochran, Jr.<br>1981 Crossfield Circle<br>Kent, Ohio 44240 | Shiyang Huang<br>2800 SW Angler Court<br>Topeka, Kansas 66614 |
| Christopher Andrews<br>P.O. Box 530394<br>Livonia, Michigan 48153 | Alice-Marie Flowers<br>P.O. Box 2322<br>Anderson, Indiana 46108 |

    /s/  John W. Davis
John W. Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL  33607
(813) 533-1972