IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Objector Andrews' Motion for Reconsideration [Doc. 1097]. Under Local Rule 7.2, a motion for reconsideration should only be filed when "absolutely necessary," that is when there is newly discovered evidence, an intervening change in the law, or a need to correct a clear error of law or fact. Andrews has not shown any grounds for reconsideration of the Court's prior Orders. The redacted 1099 attached to the motion shows that Andrews earned $22,570.91 in 2019. He has totally failed to show that his necessary and essential expenses exactly equal his income. He continues to make outrageously false claims about counsel for the Plaintiffs and the Court. The Motion for Reconsideration [Doc. 1097] is DENIED.

SO ORDERED, this 12 day of June, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge