# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL CASES |

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

Thomas A. Zimmerman, Jr., whose email is tom@attorneyzim.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system. Undersigned counsel is no longer counsel of record for any Plaintiffs in this matter.

THOMAS A. ZIMMERMAN, JR.

By: /s/Thomas A. Zimmerman, Jr.
    Thomas A. Zimmerman, Jr.
    *tom@attorneyzim.com*
    ZIMMERMAN LAW OFFICES, P.C.
    77 W. Washington Street, Suite 1220
    Chicago, Illinois 60602
    (312) 440-0020 telephone
    (312) 440-4180 facsimile
    www.attorneyzim.com

## **CERTIFICATE OF SERVICE**

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing *Request for Removal from CM/ECF Case Management List* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this 19th day of June, 2020.

                /s/Thomas A. Zimmerman, Jr.