IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Flowers v. Equifax Inc.*,<br>Case No. 1:19-cv-05703-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## ORDER GRANTING EXTENSION OF TIME

This cause is before the Court on Equifax Inc.'s ("Equifax") Motion for Extension of Time to Respond to Plaintiff's Motion "To Grant Exclusion" (Dkt. 21). For good cause, the request is GRANTED. Equifax's deadline to respond to the Motion is extended for fourteen (14) days, through and including July 3, 2020.

SO ORDERED, this 22 day of June, 2020.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE