| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 20-10249-RR Shiyang Huang v. Brian Spector, et al "USDC Order Overdue" (1:17-md-02800-TWT) |
| **Date:** | Friday, July 24, 2020 9:02:48 AM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 07/24/2020

**Case Name:**     Shiyang Huang v. Brian Spector, et al
**Case Number:**   20-10249

**Docket Text:**
REQUEST TO USDC CLERK: Please promptly advise this office whether your court has entered an order concerning DE # 1134, motion for clarification.

### Notice will be electronically mailed to:

Clerk - Northern District of Georgia, Clerk of Court