IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Greenlee v. Equifax Inc.*,<br>No. 1:17-cv-05269-TWT | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mary Greenlee and Defendant Equifax Inc. stipulate to dismissal *with prejudice* of all of Plaintiff's individual claims. The Parties further stipulate to dismissal of any putative class claims asserted by Plaintiff *without prejudice*, as no class has been certified by the Court. The Parties agree to bear their own fees and costs.

Respectfully submitted this 30th day of July, 2020.

| | |
|---|---|
| */s/ Jared M. Hartman* | */s/ David L. Balser* |
| Jared M. Hartman, Esq. | **KING & SPALDING LLP** |
| Babak Semnar, Esq. | David L. Balser |
| **SEMNAR & HARTMAN, LLP** | Georgia Bar No. 035835 |
| 41707 Winchester Road, Suite 201 | Phyllis B. Sumner |
| Temecula, CA 92590 | Georgia Bar No. 692165 |
| (951) 293-4187 Telephone | S. Stewart Haskins II |
| (888) 819-8230 Facsimile | Georgia Bar No. 336104 |
| | Elizabeth D. Adler |
| *Counsel for Plaintiff Mary Greenlee* | Georgia Bar No. 558185 |
| | John C. Toro |

                                      Georgia Bar No. 175145
                                      Robert D. Griest
                                      Georgia Bar No. 294216
                                      1180 Peachtree Street, N.E.
                                      Atlanta, Georgia  30309
                                      Tel.:  (404) 572-4600
                                      Fax:  (404) 572-5140
                                      dbalser@kslaw.com
                                      psumner@kslaw.com
                                      shaskins@kslaw.com
                                      eadler@kslaw.com
                                      jtoro@kslaw.com
                                      rgriest@kslaw.com

                             *Counsel for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David L. Balser*
David L. Balser
