UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation<br><br>THEODORE H. FRANK and DAVID R. WATKINS,<br><br>    Objectors. | MDL No. 17-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

## FRANK AND WATKINS' THIRD AMENDED NOTICE OF APPEAL

Notice is hereby given that class member objectors Theodore H. Frank and David R. Watkins hereby amend their February 10, 2020 Notice of Appeal (Dkt. No. 977), their March 30, 2020 Amended Notice of Appeal (Dkt. No. 1041), and their May 29, 2020 Corrected Second Amended Notice of Appeal (Dkt. 1126), currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249. In addition to the already pending appeal from the Court's Final Order and Judgment (Dkt. 957) entered on January 13, 2020, the Court's Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, the Court's Order Granting Motion for Bond Pending Appeal (Dkt. 1094) entered on May 11, 2020, and the Court's Order Vacating Order Granting Motion to Supplement the Record of Objectors (Dkt. 1106) entered

on May 15, 2020, and all orders and opinions that merge therein, Objectors Frank and Watkins now also appeal from the Court's Order Denying Frank's Motion to Clarify, or in the alternative, Motion to Supplement the Record Pursuant to Fed. R. App. P. 10(e)(1) (Dkt. 1153) entered August 7, 2020, and all orders and opinions that merge therein.

| | |
|---|---|
| Dated: August 14, 2020. | /s/ Melissa A. Holyoak<br>Melissa A. Holyoak, (DC Bar No. 487759)<br>Hamilton Lincoln Law Institute<br>1629 K Street, NW Suite 300<br>Washington, DC 20006<br>Phone: (573) 823-5377<br>Email: melissa.holyoak@hlli.org |
| | *Attorneys for Objectors David R. Watkins and Theodore H Frank* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: August 14, 2020.                               <u>/s/ Melissa A. Holyoak</u>