# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

August 17, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

     **U.S.D.C. No.:** 1:17-md-2800-TWT
     **U.S.C.A. No.:** 00-00000-00
     **In re:**      IN RE: Equifax, Inc., Customer Data Security Breach Litigation

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Final Order and Judgment, Orders and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| | There is no transcript. |
| **X** | **The court reporters are Susan C. Baker, Wynette Blathers and Diane Peede.** |
| **X** | **There is sealed material.** |
| | Other: . |
| | Fee paid on . |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

                        Sincerely,

                        James N. Hatten
                        District Court Executive
                        and Clerk of Court

              By:   /s/ **K. Carter**
                        Deputy Clerk