# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax, Inc. Customer Data Security Breach Litigation | ) MDL Docket No. 2800 <br> ) Case No.: 1:17-md-2800-TWT <br> ) <br> ) CONSUMER ACTIONS <br> ) <br> ) |

## SECOND AMENDED NOTICE OF APPEAL

Notice is hereby given that class member objector John W. Davis amends his April 14, 2020 Notice of Appeal (DE1059) and his June 13, 2020 Amended Notice of Appeal (DE1141) currently docketed in the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249.  In addition to the already pending appeal from the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (DE 956), Final Order and Judgment (DE 957), Order denying Motion to Alter or Amend Judgment (DE 1026) entered on March 17, 2020, Amended Order Granting Final Approval of Settlement Certifying

Settlement Class, And Awarding Attorney's Fees, Expenses and Service Awards (DE 1029) entered on March 17, 2020, and Order on Motion for Clarification (DE 1106) entered on May 15, 2020, Mr. Davis now also appeals from the Court's Order Denying Motion for Clarification, or in the Alternative to Supplement the Record (DE1153) entered August 7, 2020, and all orders and opinions that merge therein.

DATED:  August 25, 2020            Respectfully submitted,


                                            /s/  John W. Davis
                                            John W. Davis

                                            3030 N. Rocky Point Dr. W., Suite 150
                                            Tampa, FL  33607
                                            Email:  john@johnwdavis.com
                                            Telephone:  813-533-1972

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 25th day of August, 2020.

      /s/ John W. Davis
      John W. Davis
      3030 N. Rocky Point Dr. W.
      Suite 150
      Tampa, FL 33607
      (813) 533-1972