# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT  CONSUMER ACTIONS  Chief Judge Thomas W. Thrash, Jr. |

## OBJECTOR MIKELL WEST'S THIRD AMENDED NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Mikell West hereby amends his Notice of Appeal (Dkt. 982) filed on February 11, 2020 and his Amended Notice of Appeal (Dkt. 1044) filed on March 31, 2020, and his Second Amended Notice of Appeal (Dkt. 1125) filed on May 29, 2020, which are currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249. In addition to the already pending appeal from the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 956), Final Order and Judgment (Dkt. 957), and all opinions and orders that merge therein, as well as the Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, and all orders and opinions that merge therein, Mr. West also appeals from the Court's order Vacating Order Granting Motion to Supplement the Record of Objectors (Dkt. 1107) entered on May 15, 2020, and all orders and opinions that merge therein. Mr West further appeals from the Court's Order Denying Motion to Clarify, or in the alternative, Motion to Supplement the Record Pursuant to Fed. R. App. P. 10(e)(1) (Dkt. 1153) entered on August 7, 2020, and all orders and opinions that merge therein.

Dated:     August 25, 2020       Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
*Pro Hac Vice*[1]
State Bar of Texas #24012436
Admitted to the United States District
Court, Southern District of Texas, ID
No. 2032287
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78418
(361) 698-5200

Jerome J. Froelich, Jr.
State Bar No. 278150
McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

*Attorneys for Mikell West*

---

[1] Dkt. 23 at 4.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: August 25, 2020                          /s/ Robert W. Clore
                                                Robert W. Clore