## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

August 25, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:17-md-2800-TWT
      **U.S.C.A. No.:** 00-00000-00
      **In re:**      Equifax, Inc., Customer Data Security Breach Litigation

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Final Order and Judgment, Orders and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
|   | There is no transcript. |
| **X** | **The court reporters Susan C. Baker, Wynette Blathers and Diane Peede.** |
| **X** | **There is sealed material.** |
|   | Other: . |
|   | Fee paid on . |
|   | Appellant has been   leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
| **X** | **The District Judge Thomas W. Thrash, Jr.** |
|   | This is a **DEATH PENALTY** appeal. |

                                            Sincerely,

                                            James N. Hatten
                                            District Court Executive
                                            and Clerk of Court

                          By:   /s/ **K. Carter**
                                     Deputy Clerk