**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CIVIL ACTION NO. 1:17-md-2800-TWT |

**REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST**

Vildan A. Teske, whose email is teske@tkkrlaw.com, requests that she be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system. Undersigned counsel is no longer counsel of record for any Plaintiffs in this matter.

Dated: August 26, 2020

**TESKE, KATZ, KITZER & ROCHEL, PLLP**

By: *s/ Vildan A. Teske*
Vildan A. Teske (#241404)
Marisa C. Katz (#389709)
222 South Ninth Street, Suite 4050
Minneapolis, Minnesota 55402
Tel: (612) 746-1558
Fax: (651) 846-5339
teske@tkkrlaw.com
katz@tkkrlaw.com