AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Equifax, Inc. Customer Data Sec. Breach Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-md-2800-TWT |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theodore H. Frank, objector, and David R. Watkins, objector .

Date: 09/08/2020

/s/ Adam E. Schulman
*Attorney's signature*

Adam E. Schulman, DC Bar No. 1001606
*Printed name and bar number*

Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, D.C. 20006
*Address*

adam.schulman@hlli.org
*E-mail address*

(610) 457-0856
*Telephone number*

*FAX number*