IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| _____ ) | MDL Docket No. 2800 |
| In re: Equifax, Inc. Customer ) | Case No.: 1:17-md-2800-TWT |
| Data Security Breach Litigation ) | |
| ) | This document relates to: |
| ) | |
| ) | FINANCIAL INSTITUTIONS TRACK |
| _____ ) | |

**[PROPOSED] ORDER PROVIDING THAT
FINAL APPROVAL OF SETTLEMENT HEARING
BE CONDUCTED BY TELEPHONE OR VIDEOCONFERENCE**

This matter came before the Court on Financial Institution Plaintiffs' Unopposed Motion to Conduct the Final Approval of Settlement Hearing by telephone or videoconference in light of the exigencies resulting from the COVID-19 pandemic. Now, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The hearing to consider final approval of the Settlement in this Action will be scheduled for October 22, 2020 at 2:00 PM.

2. The hearing to consider final approval of the Settlement shall be conducted by telephone or videoconference at the date and time previously scheduled.

3. The Court shall file a notice of the Final Approval of Settlement Hearing on the docket containing the access information to participate in the hearing.

1

2

4. Financial Institution Plaintiffs' Counsel shall notify Named Plaintiffs of the access information to participate in the Settlement Hearing.

SO ORDERED this _____ day of September, 2020.

                                                                                     The Honorable Thomas W. Thrash, Jr.
Chief United States District Judge