# **EXHIBIT B**

**MISSISSIPPI PLAINTIFFS WITH FILED SETTLEMENT CLAIMS**

| JND IDENTIFIER | NAME | SETTLEMENT CLAIM DETAIL |
|---|---|---|
| DVARM-DY4U5 | Allen, Pearlie Mae | Cash Payment |
| D3MQH-PY8XC | Campbell, Tiffany | Credit Monitoring with Extended Credit Monitoring |
| DLWTY-G4B6P | Chandler, Ciera | Credit Monitoring |
| D52CY-JDM4K | Chandler, Tamra | Cash Payment |
| DF7UT-A6NDH | Clemons, Ada[1] | Cash Payment |
| DK4TM-WQPSJ | Crook, Linda | Cash Payment |
| DUCKH-682QR | Crook, Samitria | Cash Payment<br>Lost Time<br>Out of Pocket Losses |
| DSUME-VQLYJ | Dora, Latita | Cash Payment |
| DNCF5-K93QL | Edmonds, Betty | Cash Payment |
| DSVLP-RNGAT | Foote, Ida | Cash Payment |
| DCKYU-A6LW3 | Foote, Mollie | Cash Payment |
| DW8KS-DVEMU | Halbert, Corey[2] | Credit Monitoring<br>Lost Time<br>Out of Pocket Losses |
| D2W7Y-SRDV3 | Hill, Brenda | Cash Payment |
| D6MNB-T72YD | Prince, Kizzie | Cash Payment |
| D58ZE-2UP3K | Shelton, Willie | Cash Payment |
| D2VGH-PS6EK | Tripplet, Deforoest | Cash Payment |

---

[1] Settlement claim was filed under the name Ada Chandler.  First name, city, state, zip code, and phone number in the Mississippi Plaintiff data provided to JND by Equifax counsel match the Settlement claim submission, but the last name and street address varies.

[2] Name and phone number in the Mississippi Plaintiff data provided to JND by Equifax counsel match the Settlement claim submission, but address varies.