# EXHIBIT A

# Mississippi Plaintiff Cases

|    | NAME | JUSTICE CASE # | COMPLAINT FILED | TRIAL (bold indicates judgment obtained) |
|----|------|----------------|-----------------|-------------------------------------------|
| 1  | Brown, Irene | 1002-200 | 3/11/20 | **6/23/20** |
| 2  | Bush, Gloria | 1002-202 | 3/11/20 | **6/23/20** |
| 3  | Campbell, Tiffany | 1002-205 | 3/11/20 | **6/23/20** |
| 4  | Chandler, Ciera | 1002-204 | 3/11/20 | **6/23/20** |
| 5  | Conner, Mary | 1002-201 | 3/11/20 | **6/23/20** |
| 6  | Jamison, Dannette | 1002-203 | 3/11/20 | **6/23/20** |
| 7  | Tate, Larry | 1001-539 | 1/2/19 | **6/23/20** |
| 8  | Bay, Mary | 1002-223 | 4/3/20 | **6/23/20** |
| 9  | Calhoun, Joann | 1002-221 | 4/3/20 | **6/23/20** |
| 10 | Hawkins, Eugene | 1002-220 | 4/3/20 | **6/23/20** |
| 11 | Lockett, Brenda | 1002-218 | 4/3/20 | **6/23/20** |
| 12 | Price, Deantonia | 1002-219 | 4/3/20 | **6/23/20** |
| 13 | Prince, Kizzie | 1002-222 | 4/3/20 | **6/23/20** |
| 14 | Ivy, Jackie | 1002-244 | 4/14/20 | **7/14/20** |
| 15 | King, Pamela | 1002-243 | 4/14/20 | **7/14/20** |
| 16 | McMillian, Gloria | 1002-242 | 4/14/20 | **7/14/20** |
| 17 | Skinner, Ruth | 1002-241 | 4/14/20 | **7/14/20** |
| 18 | Allen, Annie | 1002-250 | 4/30/20 | **7/14/20** |
| 19 | Barnett, Rochele | 1002-251 | 4/30/20 | **7/14/20** |

|    | NAME | JUSTICE CASE # | COMPLAINT FILED | TRIAL (bold indicates judgment obtained) |
|----|------|----------------|-----------------|------------------------------------------|
| 20 | Brooks, Patricia | 1002-252 | 4/30/20 | **7/14/20** |
| 21 | Calhoun, Ashley | 1002-269 | 5/8/20 | **7/14/20** |
| 22 | Calhoun, Jasmine | 1002-268 | 5/8/20 | **7/14/20** |
| 23 | Calhoun, Teronto | 1002-263 | 5/8/20 | **7/14/20** |
| 24 | Chandler, Linda | 1002-249 | 4/30/20 | **7/14/20** |
| 25 | Clemons, Carlea | 1002-266 | 5/8/20 | **7/14/20** |
| 26 | Cotton, Debra | 1002-272 | 5/8/20 | **7/14/20** |
| 27 | Cotton, Louise | 1002-271 | 5/8/20 | **7/14/20** |
| 28 | Crook, Linda | 1002-265 | 5/8/20 | **7/14/20** |
| 29 | Crook, Samitria | 1002-264 | 5/8/20 | **7/14/20** |
| 30 | Cunningham, Lola | 1002-267 | 5/8/20 | **7/14/20** |
| 31 | Cunningham, Lorrie | 1002-270 | 5/8/20 | **7/14/20** |
| 32 | Clemons, Ada | 1002-254 | 4/30/20 | 9/22/20 |
| 33 | Chandler, Tamra | 1002-248 | 4/30/20 | 9/22/20 |
| 34 | Baker, Colanda | 1002-253 | 4/30/20 | 9/22/20 |
| 35 | Hall, Shonreka | 1002-245 | 4/14/20 | 9/22/20 |
| 36 | Davis, Tommy | 1002-255 | 4/30/20 | 9/22/20 |
| 37 | Edmonds, Betty | 1002-256 | 4/30/20 | 9/22/20 |
| 38 | Goodwin, Laterris | 1002-257 | 4/30/20 | 9/22/20 |
| 39 | Hibbler, Tony | 1002-262 | 4/30/20 | 9/22/20 |

| | NAME | JUSTICE CASE # | COMPLAINT FILED | TRIAL (bold indicates judgment obtained) |
|---|---|---|---|---|
| 40 | Jones, Debbie | 1002-259 | 4/30/20 | 9/22/20 |
| 41 | King, Stephen | 1002-261 | 4/30/20 | 9/22/20 |
| 42 | Metheny, Ashley | 1002-260 | 4/30/20 | 9/22/20 |
| 43 | Shelton, Willie | 1002-258 | 4/30/20 | 9/22/20 |
| 44 | Clemons, Gloria | 1002-289 | 6/3/20 | 9/22/20 |
| 45 | Dora, Earlene | 1002-281 | 6/3/20 | 9/22/20 |
| 46 | Dora, Latita | 1002-283 | 6/3/20 | 9/22/20 |
| 47 | Dora, Nakimberian | 1002-280 | 6/3/20 | 9/22/20 |
| 48 | Gilkey, Annette | 1002-282 | 6/3/20 | 9/22/20 |
| 49 | Gilkey, Antonio | 1002-285 | 6/3/20 | 9/22/20 |
| 50 | Gilkey, Travis | 1002-286 | 6/3/20 | 9/22/20 |
| 51 | Glenn, Irene | 1002-287 | 6/3/20 | 9/22/20 |
| 52 | Goodwin, John | 1002-284 | 6/3/20 | 9/22/20 |
| 53 | Williams, Phynas | 1002-288 | 6/3/20 | 9/22/20 |
| 54 | Allen, Pearlie Mae | 1002-308 | 6/16/20 | 9/22/20 |
| 55 | Allen, Victory | 1002-307 | 6/16/20 | 9/22/20 |
| 56 | Anderson, Pearl | 1002-306 | 6/16/20 | 9/22/20 |
| 57 | Armistad, Willie | 1002-305 | 6/16/20 | 9/22/20 |
| 58 | Barnett, Henry | 1002-304 | 6/16/20 | 9/22/20 |
| 59 | Barnett, Mary | 1002-303 | 6/16/20 | 9/22/20 |

|    | NAME | JUSTICE CASE # | COMPLAINT FILED | TRIAL (bold indicates judgment obtained) |
|----|------|----------------|-----------------|------------------------------------------|
| 60 | Beamon, Quinton | 1002-302 | 6/16/20 | 9/22/20 |
| 61 | Beasley, Brenda | 1002-301 | 6/16/20 | 9/22/20 |
| 62 | Beck, Rosie | 1002-300 | 6/16/20 | 9/22/20 |
| 63 | Bennett, Sally | 1002-299 | 6/16/20 | 9/22/20 |
| 64 | Elston, Otha | 1002-326 | 6/19/20 | 9/22/20 |
| 65 | Ervin, Mary | 1002-327 | 6/19/20 | 9/22/20 |
| 66 | Florida, Lucille | 1002-320 | 6/19/20 | 9/22/20 |
| 67 | Foote, Ida | 1002-321 | 6/19/20 | 9/22/20 |
| 68 | Foote, Julia | 1002-324 | 6/19/20 | 9/22/20 |
| 69 | Foote, Mollie | 1002-323 | 6/19/20 | 9/22/20 |
| 70 | Forte, Lillie | 1002-322 | 6/19/20 | 9/22/20 |
| 71 | Frierson, Anthony | 1002-325 | 6/19/20 | 9/22/20 |
| 72 | Henley, Betty | 1002-318 | 6/19/20 | 9/22/20 |
| 73 | Holman, Gary | 1002-319 | 6/19/20 | 9/22/20 |
| 74 | Halbert, Corey | 1002-339 | 7/16/20 | 9/22/20 |
| 75 | Hampton, Shaquita | 1002-341 | 7/16/20 | 9/22/20 |
| 76 | Hill, Brenda | 1002-340 | 7/16/20 | 9/22/20 |
| 77 | Asia, Taylor | 1002-338 | 7/16/20 | 9/22/20 |
| 78 | Thomas, Contina | 1002-333 | 7/16/20 | 9/22/20 |
| 79 | Thomas, Delois | 1002-337 | 7/16/20 | 9/22/20 |

|    | NAME | JUSTICE CASE # | COMPLAINT FILED | TRIAL (bold indicates judgment obtained) |
|----|------|----------------|-----------------|-------------------------------------------|
| 80 | Triplett, Deforoest | 1002-336 | 7/16/20 | 9/22/20 |
| 81 | Turner, Mary | 1002-335 | 7/16/20 | 9/22/20 |
| 82 | Yates, Quarteshia | 1002-334 | 7/16/20 | 9/22/20 |
| 83 | Young, Linda | 1002-332 | 7/16/20 | 9/22/20 |