# EXHIBIT D

STATE OF MISSISSIPPI

BROWN IRENE
PLAINTIFF(S)                                          DOCKET: 1002

VERSUS                                                PAGE:    200

EQUIFAX INC, BY/THROUGH REGISTER
DEFENDANT(S)

## CIVIL JUDGMENT AND ORDER

WHEREAS this COURT having heard the above styled action on the 23rd day of June, A.D., 2020, a regular civil term day of the court, and the DEFENDANT and the PLAINTIFF both in attendance at court and given a full opportunity to present testimony, and the judgment finding in favor for the PLAINTIFF.

IT IS HEREBY ORDERED:

That the PLAINTIFF recover from the DEFENDANT the sum of $ 3574.60 with interest at the rate of 0 per annum from date, together with all costs of this action for which thereafter execution is issued after the mandatory 10 day grace period.

IT IS FURTHER ORDERED:

ORDERED AND ADJUDGED this the 23rd day of June 2020.

*(signature)*
JUSTICE COURT JUDGE