# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## MOTION TO WITHDRAW MELISSA A. HOLYOAK AS COUNSEL FOR OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS

Pursuant to N.D. Ga. L.R. 83.1(E), attorney Melissa A. Holyoak requests leave from this Honorable Court to withdraw as counsel for Objectors Theodore H. Frank and David R. Watkins, in the above-captioned case.

On September 8, 2020, Adam Schulman of the Hamilton Lincoln Law Institute filed an appearance on behalf of Theodore H. Frank and David R. Watkins. *See* Dkt. 1166. Melissa A. Holyoak is leaving the public interest law firm of Hamilton Lincoln Law Institute effective today. Hamilton Lincoln Law Institute will continue to represent Objectors Frank and Watkins. Thus, they will suffer no prejudice from Melissa A. Holyoak's withdrawal.

WHEREFORE, attorney Melissa A. Holyoak hereby requests leave of this Court to grant her motion to withdraw as counsel for Objectors Theodore H. Frank and David R. Watkins in the above-captioned matter.

Dated: September 8, 2020.  /s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Hamilton Lincoln Law Institute
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (573) 823-5377
Email: melissa.holyoak@hlli.org

*Attorneys for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: September 8, 2020.        /s/ Melissa A. Holyoak