UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MELISSA A. HOLYOAK AS COUNSEL FOR OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS**

On September 8, 2020, and pursuant to N.D. Ga. L.R. 83.1(E), attorney Melissa Holyoak moved for an order to withdraw as counsel for Objectors Theodore H. Frank and David R. Watkins, in the above-captioned case. The Motion is hereby **GRANTED**.

Adam Schulman of the Hamilton Lincoln Law Institute will continue to represent Theodore H. Frank and David R. Watkins. *See* Dkt. 1166.

IT IS SO ORDERED this ___ day of _____, 2020.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge