UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Breach Litigation

_____

MDL Docket No. 2800
No.: 1:17-md-2800-TWT

Civil Action No. 1:17-cv-00919
Western District of Texas

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS IMTIYAZ DHUKA, ABUZAR DHUKKA, KEVIN PUTEGNAT, NYDIA PUTEGNAT, MUMTAZ MAREDIA AND IMTIAZ MAREDIA

Pursuant to N.D. Ga. L.R. 83.1(E), attorney Andrew Kochanowski of Sommers Schwartz, P.C., requests leave from this Honorable Court to withdraw as counsel for Plaintiffs, Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia, in the above-captioned case. All Equifax security breach cases (including this case) were consolidated into the above-referenced multi-district litigation and this Court appointed lead counsel to handle the litigation going forward. Thus, movant no longer serves as local counsel for any Plaintiffs in this matter and moves to withdraw.

WHEREFORE, attorney Andrew Kochanowski, respectfully requests that this Court grant his motion to withdraw as counsel for Plaintiffs Imtiyaz Dhuka,

Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia in the above-captioned matter.

>Respectfully submitted,
>
>SOMMERS SCHWARTZ, P.C.
>
>/s/ Andrew Kochanowski
>Andrew Kochanowski
>(MI Bar # P55117)
>One Towne Square, Suite 1700
>Southfield, MI 48076
>Tel: (248) 355-0300
>akochanowski@sommerspc.com
>
>*Attorneys for Plaintiffs*
>*Imtiyaz Dhuka, Abuzar Dhukka,*
>*Kevin Putegnat, Nydia Putegnat,*
>*Mumtaz Maredia, and Imtiaz Maredia*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I caused to be served upon all counsel of record, via ECF filing, a copy of the foregoing Motion to Withdrawal as Counsel for Plaintiffs, Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, And Imtiaz Maredia.

>/s/ Andrew Kochanowski
>Andrew Kochanowski
>(MI Bar # P55117)

Dated:  September 9, 2020