UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Breach Litigation

_____

MDL Docket No. 2800
No.: 1:17-md-2800-TWT

Civil Action No. 1:17-cv-00919
Western District of Texas

# [PROPOSED] ORDER GRANTING
# MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to N.D. Ga. LR 83.1(E), and upon consideration of the motion filed to withdraw attorney Andrew Kochanowski as counsel of record for Plaintiffs Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia in the above-captioned matter, the Court hereby GRANTS the motion.

SO ORDERED this ____ day of _____, 2020.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE