## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| THEODORE H. FRANK and DAVID R. WATKINS, | CONSUMER ACTIONS |
| Objectors. | Chief Judge Thomas W. Thrash, Jr. |

## ORDER GRANTING MOTION TO WITHDRAW MELISSA A. HOLYOAK AS COUNSEL FOR OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS

On September 8, 2020, and pursuant to N.D. Ga. L.R. 83.1(E), attorney Melissa Holyoak moved for an order to withdraw as counsel for Objectors Theodore H. Frank and David R. Watkins, in the above-captioned case. The Motion is hereby **GRANTED**.

Adam Schulman of the Hamilton Lincoln Law Institute will continue to represent Theodore H. Frank and David R. Watkins. *See* Dkt. 1166.

IT IS SO ORDERED this 9 day of September, 2020.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge