UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Breach Litigation

MDL Docket No. 2800
No.: 1:17-md-2800-TWT

_____

**ORDER GRANTING**
**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to N.D. Ga. LR 83.1(E), and upon consideration of the motion filed to withdraw attorney Andrew Kochanowski as counsel of record for Plaintiffs Imtiyaz Dhuka, Abuzar Dhukka, Kevin Putegnat, Nydia Putegnat, Mumtaz Maredia, and Imtiaz Maredia in the above-captioned matter, the Court hereby GRANTS the motion.

SO ORDERED this 10 day of September, 2020.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE