IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

## NOTICE OF HEARING

A hearing on Defendant Equifax, Inc.'s Emergency Motion to Enforce Final Judgment and for Order to Show Cause [Doc. 1168] is set for September 16, 2020 at 3:00 p.m. in Courtroom 2108, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303 before Judge Thomas W. Thrash, Jr.

Please review [General Order 20-08](#) before entering the courthouse, and note the requirement for all visitors (except those under the age of two) to wear a face covering or mask that completely covers the wearer's nose and mouth at all times while in public areas of the courthouse. Be advised that the same mask requirement as detailed above applies while in Judge Thrash's courtroom.

The Clerk's Office will send a copy of this notice to counsel for the Mississippi Plaintiffs by U.S. mail and email at the following:

      Mailing Address:  Jeffrey J. Hosford
                              Hosford Law Firm
                              115-A S. Lafayette St.
                              Starkville, MS 39759

Email Address: jeffhosford@gmail.com

Dated: September 10, 2020

/s/ Charlotte Diggs
Charlotte Diggs
Courtroom Deputy Clerk to
Judge Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia
charlotte_diggs@gand.uscourts.gov
404.215.1555