# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
## IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 09/16/2020.

| | |
|---|---|
| TIME COURT COMMENCED: 3:05 P.M. | |
| TIME COURT CONCLUDED: 3:54 P.M. | COURT REPORTER: Diane Peede |
| TIME IN COURT: 00:49 | DEPUTY CLERK: Charlotte Diggs |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | J. Cam Tribble representing Consumer Class Plaintiffs<br>S. Stewart Haskins representing Defendant Equifax, Inc.<br>John C. Toro representing Defendant Equifax, Inc.<br>Robert D. Griest representing Defendant Equifax, Inc.<br>** Jeffrey J. Hosford, representing Mississippi Plaintiffs<br>** William Starks representing Mississippi Plaintiffs |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Response in Opposition; Order granting [1168] Motion |
| MOTIONS RULED ON: | [1168]Motion to Enforce Judgment GRANTED |
| MINUTE TEXT: | Counsel for Consumer Class Plaintiffs, Mississippi Plaintiffs, and Defendant Equifax appeared before the Court for a hearing on Equifax's [1168] Emergency Motion. The Court heard argument from Mr. Haskins. Mr. Starks responded, and made an ORAL MOTION for late opt-out requests to be allowed for Mississippi Plaintiffs. Mr. Tribble was given opportunities to address the Court and declined. The Court GRANTED Defendant Equifax's [1168] Motion, finding that Mississippi Plaintiffs did not properly exclude themselves from the class settlement, that the settlement clearly prohibited mass opt-outs, and that Mississippi Plaintiffs are class members bound by the class settlement, among other findings. Mr. Starks moved for a stay of the order pending appeals before the Eleventh Circuit, which the Court DENIED for the reasons stated. The Court further DENIED the oral request for Mississippi Plaintiffs to be granted late opt-ots from the settlement. The Court signed Defendant's |

proposed order at [1168-12].

HEARING STATUS:  Hearing Concluded