# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
## IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

AMENDED Minute Sheet for proceedings held In Open Court on 09/16/2020.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:54 P.M.
TIME IN COURT: 00:49
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
DEPUTY CLERK: Charlotte Diggs

| | |
|---|---|
| ATTORNEY(S) PRESENT: | J. Cam Tribble representing Consumer Class Plaintiffs<br>S. Stewart Haskins representing Defendant Equifax, Inc.<br>John C. Toro representing Defendant Equifax, Inc.<br>Robert D. Griest representing Defendant Equifax, Inc.<br>** Jeffrey J. Hosford, representing Mississippi Plaintiffs<br>** William Starks representing Mississippi Plaintiffs |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Response in Opposition; Order granting [1168] Motion |
| MOTIONS RULED ON: | [1168]Motion to Enforce Judgment GRANTED |
| MINUTE TEXT: | Counsel for Consumer Class Plaintiffs, Mississippi Plaintiffs, and Defendant Equifax appeared before the Court for a hearing on Equifax's [1168] Emergency Motion. The Court heard argument from Mr. Haskins. Mr. Starks responded, and made an ORAL MOTION for late opt-out requests to be allowed for Mississippi Plaintiffs. Mr. Tribble was given opportunities to address the Court and declined. The Court GRANTED Defendant Equifax's [1168] Motion, finding that Mississippi Plaintiffs did not properly exclude themselves from the class settlement, that the settlement clearly prohibited mass opt-outs, and that Mississippi Plaintiffs are class members bound by the class settlement, among other findings. Mr. Starks moved for a stay of the order pending appeals, which the Court DENIED for the reasons stated. The Court further DENIED the oral request for Mississippi Plaintiffs to be granted late opt-ots from the settlement. The Court signed Defendant's |

        proposed order at [1168-12].

HEARING STATUS:    Hearing Concluded