FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 16 2020

JAMES N. HATTEN, Clerk
By: CD[signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## [PROPOSED] ORDER

This cause is before the Court on Defendant Equifax Inc.'s ("Equifax") Emergency Motion to Enforce Final Judgment and for Order to Show Cause. For good cause shown, the Motion is GRANTED. The Court finds that the 83 individuals identified on the list attached to this Order ("Mississippi Plaintiffs") are Consumer Settlement Class Members who did not exclude themselves from the Settlement. Accordingly, the Mississippi Plaintiffs are PERMANENTLY ENJOINED by the Final Order and Judgment from prosecuting Released Claims (as that term is defined in the Settlement Agreement, Dkt. No. 739-2, at Section 2.38). *See* Final Order and Judgment, Dkt. No. 957 ¶ 19 (ordering that any Settlement Class Member who did not exclude himself of herself from the Settlement is "permanently barred and enjoined (including during the pendency of any appeal taken from th[e] Final Order and Judgment) from commencing,

pursuing, maintaining, enforcing, or prosecuting, either directly or indirectly, any Released Claims in any judicial, administrative, arbitral or other forum.").

The Court further ORDERS that each Mississippi Plaintiff dismiss his or her Mississippi state court action with prejudice, including actions in which judgments have already been obtained but are on appeal, within 10 days of this Order. Should any of the Mississippi Plaintiffs fail to timely comply with this Order, the Court will hold contempt proceedings during which Equifax may seek sanctions in the form of its attorneys' fees and costs incurred in defending the state court actions and bringing its Motion to seek enforcement of the Final Order and Judgment.

SO ORDERED, this ___16___ day of ___September___, 2020.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

| NAME | MISSISSIPPI JUSTICE COURT CASE NUMBER |
|---|---|
| Allen, Annie | 1002-250 |
| Allen, Pearlie Mae | 1002-308 |
| Allen, Victory | 1002-307 |
| Anderson, Pearl | 1002-306 |
| Armistad, Willie | 1002-305 |
| Baker, Colanda | 1002-253 |
| Barnett, Henry | 1002-304 |
| Barnett, Mary | 1002-303 |
| Barnett, Rochele | 1002-251 |
| Bay, Mary | 1002-223 |
| Beamon, Quinton | 1002-302 |
| Beasley, Brenda | 1002-301 |
| Beck, Rosie | 1002-300 |
| Bennett, Sally | 1002-299 |
| Brooks, Patricia | 1002-252 |
| Brown, Irene | 1002-200 |
| Bush, Gloria | 1002-202 |
| Calhoun, Ashley | 1002-269 |
| Calhoun, Jasmine | 1002-268 |
| Calhoun, Joann | 1002-221 |
| Calhoun, Teronto | 1002-263 |
| Campbell, Tiffany | 1002-205 |
| Chandler, Ciera | 1002-204 |
| Chandler, Linda | 1002-249 |
| Chandler, Tamra | 1002-248 |
| Clemons, Ada | 1002-254 |
| Clemons, Carlea | 1002-266 |
| Clemons, Gloria | 1002-289 |
| Conner, Mary | 1002-201 |
| Cotton, Debra | 1002-272 |
| Cotton, Louise | 1002-271 |
| Crook, Linda | 1002-265 |
| Crook, Samitria | 1002-264 |

| | |
|---|---|
| Cunningham, Lola | 1002-267 |
| Cunningham, Lorrie | 1002-270 |
| Davis, Tommy | 1002-255 |
| Dora, Earlene | 1002-281 |
| Dora, Latita | 1002-283 |
| Dora, Nakimberian | 1002-280 |
| Edmonds, Betty | 1002-256 |
| Elston, Otha | 1002-326 |
| Ervin, Mary | 1002-327 |
| Florida, Lucille | 1002-320 |
| Foote, Ida | 1002-321 |
| Foote, Julia | 1002-324 |
| Foote, Mollie | 1002-323 |
| Forte, Lillie | 1002-322 |
| Frierson, Anthony | 1002-325 |
| Gilkey, Annette | 1002-282 |
| Gilkey, Antonio | 1002-285 |
| Gilkey, Travis | 1002-286 |
| Glenn, Irene | 1002-287 |
| Goodwin, John | 1002-284 |
| Goodwin, Laterris | 1002-257 |
| Halbert, Corey | 1002-339 |
| Hall, Shonreka | 1002-245 |
| Hampton, Shaquita | 1002-341 |
| Hawkins, Eugene | 1002-220 |
| Henley, Betty | 1002-318 |
| Hibbler, Tony | 1002-262 |
| Hill, Brenda | 1002-340 |
| Holman, Gary | 1002-319 |
| Ivy, Jackie | 1002-244 |
| Jamison, Dannette | 1002-203 |
| Jones, Debbie | 1002-259 |
| King, Pamela | 1002-243 |
| King, Stephen | 1002-261 |
| Lockett, Brenda | 1002-218 |

| | |
|---|---|
| McMillian, Gloria | 1002-242 |
| Metheny, Ashley | 1002-260 |
| Price, Deantonia | 1002-219 |
| Prince, Kizzie | 1002-222 |
| Shelton, Willie | 1002-258 |
| Skinner, Ruth | 1002-241 |
| Tate, Larry | 1001-539 |
| Taylor, Asia | 1002-338 |
| Thomas, Contina | 1002-333 |
| Thomas, Delois | 1002-337 |
| Triplett, Deforoest | 1002-336 |
| Turner, Mary | 1002-335 |
| Williams, Phynas | 1002-288 |
| Yates, Quarteshia | 1002-334 |
| Young, Linda | 1002-332 |