# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-md-02800-TWT
### IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
### FINANCIAL INSTITUTION ACTIONS
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/22/2020.

TIME COURT COMMENCED: 2:08 P.M.
TIME COURT CONCLUDED: 2:40 P.M.      COURT REPORTER: Diane Peede
TIME IN COURT: 00:32      DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Margaret Ferron representing Financial Institution Plaintiffs<br>Joseph Guglielmo representing Financial Institution Plaintiffs<br>Jamisen Etzel representing Financial Institution Plaintiffs<br>Gary Lynch representing Financial Institution Plaintiffs<br>MaryBeth Gibson representing Financial Institution Plaintiffs<br>S. Stewart Haskins II representing Defendant Equifax |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [1158]Motion for Attorney Fees GRANTED<br>[1182]Motion for Settlement GRANTED |
| MINUTE TEXT: | Counsel appeared over videoconference for the Final Settlement Approval Hearing. The Court heard from Ms. Ferron and Mr. Etzel on the [1182] Motion for Final Approval of Class Action Settlement and [1158] Motion for Attorneys' Fees, Expenses, and Service Awards, respectively. Mr. Haskins did not oppose the motions. The Court asked members of the public if anyone wished to speak for or against the settlement and there was no response. The Court GRANTED the motions. Ms. Ferron and Mr. Etzel to submit proposed written orders, with Mr. Haskins to approve as to form. |
| HEARING STATUS: | Hearing Concluded |