IN THE UNITED STATES DISTRICT COURT FOR
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 6 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

HARALD SCHMIDT
11291 CHATTERLY LOOP APT 204
MANASSAS VA 20109
PLAINTIFF
CLASS ACTION MEMBER

V

MDL DOCKET NO 2800
CASE NO.: 1:17-md-2800-TWT

EQUIFAX INC, CUSTOMER
DATA SECURITY BREACH LITIGATION
DEFENDANT

NOTICE OF APPEAL

COMES NOW, THE PLAINTIFF, HARALD SCHMIDT, PRO SE, HEREBY FILES THIS APPEAL TO OPPSE SETTLEMENT CLASS ACTION SUIT DOCKET NO 2800

ARGUMENT:

ON OR BEFORE APRIL 27TH, 2020 DOCKET NUMBER 1072 PLAINTIFF FILED A MOTION OR LATE OPT OUT THIS COURT HAS YET TO RULE UPON

SINCE THIS MOTION IS STILL PENDING AT THIS TIME PLAINTIFF IS STILL CONSIDERED A MEMBER OF THE CLASS ACTION SUIT ALSO HE WAS NEVER PROPERLY NOTIFIED AND THEREFORE, WAS UNABLE TO VOICE HIS OBJECTION.

THEREFORE, PLAINTIFF AS A MEMBER OF THE CLASS ACTION CLASS APPEALS THE SETTLEMENT

I ASKED FOR THIS IN THIS 21ST, DAY OF OCTOBER, 2020

RESPECTFULLY SUBMITTED

HARALD SCHMIDT
PLAINTIFF, PRO SE

CERTIFICATE OF SERVICE

I, HARALD SCHMIDT, HEREBY CERTIFY THAT A COPY OF THIS MEMORANDUM FOR MOTION TO COMPEL WAS SENT VIA EMAIL AND FIRSTCLASS MAIL TO COUNSEL FOR DEFENDANT S. STEWART HASKINS II, 1180 PEACHTREE STREET, N.E., ATLANTA GA 30309 ON THIS 21ST DAY OF OCTOBER, 2020

RESPECTFULLY

HARALD SCHMIDT
PLAINTIFF, PRO SE