PRESS FIRMLY TO SEAL PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

## PRIORITY MAIL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- *Domestic only

U.S. Marshals Service
Atlanta, GA

OCT 26 2020

CLEARED

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

### PRIORITY MAIL

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
H. Schmidt
11291 Vattery Loop #204
Manassas VA 20109

TO:
The United States District
Court - Northern District
of Georgia
2211 United States Court House
75 Ted Turner Drive SW
Atlanta GA 30303-3309

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE