**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
**www.gand.uscourts.gov**

**JAMES N. HATTEN**                                              **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                                      **404-215-1655**
**AND CLERK OF COURT**

October 29, 2020

Harald Schmidt
11291 Chatterly Loop, Apt 204
Manassas, VA 20109

**IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**
**Civil Action Number 1:17-md-2800-TWT**

Dear Mr. Schmidt:

On October 26, 2020, we received and filed your Notice of Appeal for the above case.  Please be advised that we did not receive the following:

____X____  Appeal fee $505.00 (Docketing fee $500.00 and Filing fee $5.00)

____X____  Application to proceed on appeal in forma pauperis.

_____  Please complete the attached appeal information sheet as directed.

James N. Hatten
District Court Executive
and Clerk of Court

By:  K. Carter _____
Deputy Clerk

cc:  USCA