## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN**<br>**DISTRICT COURT EXECUTIVE**<br>AND **CLERK OF COURT** | DOCKETING SECTION<br>404-215-1655 |

October 29, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.: 1:17-md-2800-TWT**
      **U.S.C.A. No.: 00-00000-00**
      **IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Order and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first notice of appeal.** |
| ____ | There is no transcript. |
| **X** | **The court reporters are Susan Baker, Wynette Blathers and Diane Peede.** |
| ____ | There is sealed material. |
| ____ | Other. . |
| ____ | Fee paid on . |
| ____ | Appellant has been   leave to file *in forma pauperis*. |
| ____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| **X** | **The District Judge Thomas W. Thrash, Jr.** |
| ____ | This is a **DEATH PENALTY** appeal. |

                                              Sincerely,

                                              James N. Hatten
                                              District Court Executive
                                              and Clerk of Court

                                  By:   /s/ K. Carter
                                           Deputy Clerk