IN THE UNITED STATES DISTRICT COURT FOR
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 26 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

HARALD SCHMIDT
11291 CHATTERLY LOOP APT 204
MANASSAS VA 20109
PLAINTIFF
CLASS ACTION MEMBER

MDL DOCKET NO 2800
V                                                           CASE NO.: 1:17-md-2800-TWT

EQUIFAX INC, CUSTOMER
DATA SECURITY BREACH LITIGATION
DEFENDANT

PLEASE SEE ATTACHED REQUEST FOR STATUS UPDATE WHICH WAS NEVER PLACED ON THE DOCKET, IT WAS MAILED SEPTEMBER 15TH, 2020

RESPECTFULLY SUBMITTED

HARALD SCHMIDT
PLAINTIFF, PRO SE

IN THE UNITED STATES DISTRICT COURT FOR
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 6 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

HARALD SCHMIDT
11291 CHATTERLY LOOP APT 204
MANASSAS VA 20109
PLAINTIFF
CLASS ACTION MEMBER

MDL DOCKET NO 2800
V
CASE NO.: 1:17-md-2800-TWT

EQUIFAX INC, CUSTOMER
DATA SECURITY BREACH LITIGATION
DEFENDANT

REQUEST FOR STATUS
UPDATE DOCKET NUMBR 1072

COMES NOW PLAINTIFF HARALD SCHMIDT, HEREBY REQUEST THIS HONORABLE COURT TO PROVIDE A STATUS UPDATE FOR DOCKET NUMBER 1072 FROM APRIL 27TH, 2020 MOTION FOR LATE OPT OUT

I ASKED FOR THIS IN THIS 15TH DAY OF SEPTEMBER, 2020

RESPECTFULLY SUBMITTED

HARALD SCHMIDT
PLAINTIFF, PRO SE

CERTIFICATE OF SERVICE

I, HARALD SCHMIDT, HEREBY CERTIFY THAT A COPY OF THIS MEMORANDUM FOR MOTION TO COMPEL WAS SENT VIA EMAIL AND FIRSTCLASS MAIL TO COUNSEL FOR DEFENDANT S. STEWART HASKINS II, 1180 PEACHTREE STREET, N.E., ATLANTA GA 30309 ON THIS 15TH DAY OF SEPTEMBER, 2020

RESPECTFULLY

HARALD SCHMIDT

PLAINTIFF, PRO SE