# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br><br>Case No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

### NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE CLERK AND ALL PARTIES OF RECORD:**

The Court and the parties are hereby notified that Richard S. Lewis, counsel in this matter on behalf of the Consumer Track Plaintiffs has changed his firm address for service and all other communications. The new firm address is as follows:

Richard S. Lewis
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
rlewis@hausfeld.com

Telephone numbers and email address remain unchanged.

Dated: December 1, 2020

Respectfully submitted,

/s/*Richard S. Lewis*
Richard S. Lewis
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201
Email: rlewis@hausfeld.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

/s/<u>*Richard S. Lewis*</u><br>
Richard S. Lewis