UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800 <br><br> Case No. 1:17-md-2800-TWT <br><br> CONSUMER ACTIONS |

### NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that counsel for Plaintiff Timothy Durham at Ahdoot & Wolfson, PC has a change of business address and requests that the Court and counsel amend their records to reflect such change. Counsel's old business address was as follows:

1016 Palm Avenue
West Hollywood, CA 90069

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communications to Ahdoot &Wolfson, PC shall be addressed to the new business address as follows:

2600 West Olive Avenue, Suite 500
Burbank, CA 91505

Dated:  January 27, 2021

Respectfully submitted,

*/s/ Tina Wolfson*

1

Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: 310-474-9111; Fax: 310-474-8585
Email: twolfson@ahdootwolfson.com

## **CERTIFICATE OF SERVICE**

      I, Tina Wolfson, counsel for Plaintiff Timothy Durham, hereby certify that on January 27, 2021, I caused to be filed a true and correct copy of the foregoing Notice of Change of Address electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the email addresses of all counsel of record.

Dated:  January 27, 2021    */s/ Tina Wolfson*
                                                         Tina Wolfson