

1/24/21

To: Clerk of Courts
    N.D. of Georgia
    75 Spring St S.W.
    Rm 2211
    Atlanta, GA 30303

From: Robert Joseph Whiteman Jr
      Reg# 60495-066
      PO Box 1000
      White Deer, PA 17887

RE: Equifax Customer Data Security Breach Litigation
    # 17-md-2800

To Clerk of Courts,

I am part of the above class action lawsuit. I want to complain to the Judge about how the company JND Legal Administrator's has been handling my claim. I sent in my claim form 9 months ago and have heard nothing. I've sent letter after letter to no avail. This company is making millions of dollars by being the company to handle claims, but they can't handle my small claim. Not only was my information stolen, now I can't even be compensated for it.

I do not know the Judge who approved this case but please send this to them, so they know how the class member's are being treated.

I thank you for your help with this situation.

Thank you,

*[signature]*

ROBERT J. Whiteman Jr

INMATE NAME/NUMBER: Robert Whiteman Jr 60985066
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA   171
19 JAN 2021  PM 6  L

Clerk of Courts
U.S. District CT
75 Spring St S.W
Rm 2211
Atlanta, GA 30303

CLEARED
JAN 25 2021
U.S. Marshals
Atlanta, GA

30303-331861