IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT |
| This Document Relates to:<br>ALL ACTIONS | **MOTION TO WITHDRAW ROSANNE L. MAH AS COUNSEL OF RECORD FOR PLAINTIFF MALCOLM B. FEIED** |

Pursuant to N.D. Ga. L.R. 83.1(E), the undersigned counsel for Plaintiff Malcolm B. Feied ("Plaintiff"), files this motion to withdraw herself as counsel of record for Plaintiff in the above-captioned actions.

Plaintiff will continue to be represented by Gordon M. Fauth, Jr. of Litigation Law Group. The withdrawal of Rosanne L. Mah as counsel of record will in no way prejudice Plaintiff in this case.

WHEREFORE, counsel hereby requests that the Court grant this motion to withdraw Rosanne L. Mah as counsel of record for Plaintiff Malcolm B. Feied, and for any other relief deemed just.

Date: February 1, 2021

Respectfully submitted,

By: /s/ *Rosanne L. Mah*
Rosanne L. Mah
LEVI & KORSINSKY, LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: rmah@zlk.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Rosanne L. Mah, do hereby certify that on February 1, 2021, a true and correct complete copy of this **MOTION TO WITHDRAW ROSANNE L. MAH AS COUNSEL OF RECORD FOR PLAINTIFF MALCOLM B. FEIED** was electronically filed with the Court's CM/ECF system, and was served automatically upon all counsel of record.

Date:  February 1, 2021                           By: /s/ *Rosanne L. Mah*
                                                          Rosanne L. Mah