IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>Case No.: 1:17-md-2800-TWT |
| This Document Relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ROSANNE L. MAH AS COUNSEL OF RECORD FOR PLAINTIFF MALCOLM B. FEIED** |

Pursuant to N.D. Ga. L.R. 83.1(E), and the motion filed to withdraw attorney Rosanne L. Mah as counsel of record for Plaintiff Malcolm B. Feied ("Plaintiff"), and based upon all files and documents herein, that Motion is hereby **GRANTED**.

Plaintiff will continue to be represented by Gordon M. Fauth, Jr. of Litigation Law Group.

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
Honorable Thomas W. Thrash, Jr.
United States District Court Judge

1