**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**CONSUMER PLAINTIFFS' NOTICE OF FILING DECLARATION OF JENNIFER M. KEOUGH REGARDING CORRESPONDENCE FROM ROBERT JOSEPH WHITEMAN, JR.**

Counsel for the Consumer Plaintiffs respectfully submit the Declaration of Jennifer M. Keough Regarding Correspondence from Robert Joseph Whiteman, Jr., attached hereto as Exhibit 1.

On January 26, 2021, class member Robert Joseph Whiteman, Jr. filed a letter with the Court regarding the Settlement Administrator's handling of his claim and the fact that he has not received any compensation from the Settlement. (Doc. 1199).

As the Court is aware, the Effective Date of the Settlement has not been triggered because appeals of this Court's final approval of the Settlement remain pending. No payments may be made under the Settlement, and no settlement benefits can begin, until those appeals are resolved. (*See* Settlement Agreement, ¶ 17.1.5,

Doc. 739-2, at pg. 34-35). Class counsel has conferred with the Settlement Administrator, who has confirmed they have communicated with the class member, responded to his previous inquiries, and made him aware that final adjudication of claims will not be made until after the Effective Date of the Settlement. (*See* Ex. 1, ¶¶3-4).

Respectfully submitted this 23nd day of March, 2021.

>*/s/ Kenneth S. Canfield*
>Kenneth S. Canfield
>Ga Bar No. 107744
>**DOFFERMYRE SHIELDS**
>**CANFIELD & KNOWLES, LLC**
>1355 Peachtree Street, N.E., Suite 1725
>Atlanta, Georgia 30309
>Tel. 404.881.8900
>kcanfield@dsckd.com
>
>*/s/ Amy E. Keller*
>Amy E. Keller
>**DICELLO LEVITT GUTZLER LLC**
>Ten North Dearborn Street, Eleventh Floor
>Chicago, Illinois 60602
>Tel. 312.214.7900
>akeller@dicellolevitt.com
>
>*/s/ Norman E. Siegel*
>Norman E. Siegel
>**STUEVE SIEGEL HANSON LLP**
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>Tel. 816.714.7100
>siegel@stuevesiegel.com
>*Consumer Plaintiffs' Co-Lead Counsel*

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road, Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com
*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com
*Consumer Plaintiffs' Steering Committee*

4

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

I further certify that a copy of the foregoing was served upon Robert Joseph Whiteman, Jr. via United States Postal Service, addressed as follows:

Robert Joseph Whiteman, Jr.
REG #60495-066
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

This 23nd day of March, 2021.

*/s/ Roy E. Barnes*
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel.770.227.6375
roy@barneslawgroup.com