IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the pro se Motion to Grant Late Opt Out [Doc. 1072 ] by Harald Schmidt. Plaintiff's Motion to Grant Late Opt Out offers no colorable explanation for why he should be excused for failing to follow the court-approved procedures for opting out of the consumer class settlement. Instead, Plaintiff argues that Equifax "never notified Plaintiff that his data was breached," and that Plaintiff therefore "would not have known to be a class action suit member." Plaintiff is incorrect. Plaintiff's First Amended Complaint, filed in the Eastern District of Virginia nearly two months before the November 19, 2019 opt-out deadline, included detailed allegations that Plaintiff's personal information was impacted in the Equifax data breach. To the extent Plaintiff's Motion to Grant Late Opt Out takes issue with the opt-out notification procedures themselves, his argument is untimely. Plaintiff makes no attempt to challenge the overall notice plan or claim that it was inadequate.

T:\ORDERS\17\IN RE EQUIFAX\OPTOUT.DOCX

Plaintiff's argument—that he should be granted a late opt out because he purportedly did not receive the settlement administrator's email—ignores that other forms of notice were implemented and that the notice program was found to have satisfied due process and the requirements of Rule 23. The pro se Motion to Grant Late Opt Out [Doc. 1072 ] by Harald Schmidt is DENIED. The Defendant's Motion for Bond Pending Appeal [Doc. 1110] is DENIED as moot. The Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1194] is DENIED. The Plaintiff's IFP Application shows that he earns $8250.00 per month. He is financially able to pay the filing fee.

SO ORDERED, this 14 day of June, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge