UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Bill of Costs

Court of Appeals Docket No. **20-10249**

**Huang, et al.** vs. **Spector, et al.**

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | | X | 187 | 1 | 9 | 420.75 | $420.75 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. Counsel Press Invoice attached. | | | | | TOTAL | $420.75 REQUESTED | $ $420.75 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: **/s/ Roy E. Barnes**         Date Signed: **6/17/2021**

Attorney Name: **Roy E. Barnes**         Attorney for: **Appellees-Plaintiffs**
(Type or print your name)         (Type or print name of client)

E-mail: **roy@barneslawgroup.com**         Phone: **770-227-6375**

Street Address/City/State/Zip: **Barnes Law Group, LLC   31 Atlanta St., Marietta, GA 30060**

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ **$420.75** against **Appellants**

and are payable directly to **Appellees**

David J. Smith, Clerk of Court

Issued on: _____   By: **Tresa A. Porter**   DATE: **07/01/2021**
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE 08/06/2021

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009115570
Date: 10/06/2020
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060   USA

Attention: Kaitlin D. Ash, Esq.

File No.: 807250
Court: USCOA - 11TH
Case Name: Shiyang Huang v. Brian Spector

| | | | Amount |
|---|---|---|---|
| | APPELLEE'S BRIEF | | |
| 1.00 | Preparation of Brief | @ $600.00 | $600.00 |
| 1.00 | Service(s) of Documents | @ $30.00 | $30.00 |
| 1.00 | Filing of Documents | @ $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ $180.00 | $180.00 |

**12-RH**
10/13/2020 10:22 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal: $910.00
Sales Tax: $0.00
$ 0.00
Payment/Credit: $0.00
Balance: $910.00

Page 1 of 1

ISSUED AS MANDATE 08/06/2021

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY