**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: EQUIFAX, INC. CUSTOMER DATA
SECURITY BREACH LITIGATION,

CIVIL ACTION FILE

NO.  1:17-md-2800-TWT

## O R D E R

The mandate of the United States Court of Appeals having been read and
considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals
be and it hereby is made the judgment of this Court.

Dated at in Atlanta, Georgia this  12th   day of August, 2021.


UNITED STATES DISTRICT JUDGE