UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

**MOTION OF OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS TO RETURN PORTION OF APPEAL BOND**

Objectors Theodore H. Frank and David R. Watkins request that this Court order the Clerk to return to them $3929.87 of the Fed. R. Civ. P. 7 appeal bond that they have posted in this Court. This amount is all but $70.13 of the joint $4000 bond that they have posted. The $70.13 accounts for the objectors' one-sixth share of the $420.75 in taxable costs allowed by the Eleventh Circuit's mandate.

On March 30, 2020, plaintiffs moved for the court to impose appeal bonds on objector-appellants Frank, Watkins, West, Cochran, Andrews and Huang in the amount of $20,000 each. Dkt. 1040. On May 11, 2020, the Court ordered these six objector-appellants instead to each post a bond of $2000 to secure appellate costs. Dkt. 1094. Frank and Watkins did so, depositing a total of $4000 for their single appeal. *See* Docket Entry of May 12, 2020 (listing receipt number GAN100121345). As did objectors West, Huang, and Cochran.

Andrews did not post the ordered bond. On May 19, 2020, plaintiffs then moved for the court to impose an appeal bond on objector-appellant Davis in the amount of $2000. Dkt. 1110. This motion was never ruled upon.

On June 3, 2021, the Eleventh Circuit affirmed in large part this Court's order approving the class settlement. As part of the Eleventh Circuit's mandate, it awarded appellee-plaintiffs $420.75 in costs from the objector-appellants. With the mandate now memorialized in this Court (Dkt. 1208), Frank and Watkins now move for a return of their bonds, less their share of the $420.75 in costs. Because they were one of six appeals to the Eleventh Circuit (Nos. 20-10249, 20-10609, 20-10610, 20-10611, 20-10612, 20-11470) from the settlement approval, their share of the appellate costs is $70.13 and thus they now seek return of $3929.87 from the Clerk.

WHEREFORE, objectors Theodore H. Frank and David R. Watkins move the Court to remit $3929.87 back to their possession.

Dated: September 8, 2021.      /s/ Adam E. Schulman
Adam E. Schulman (DC Bar No. 1001606)
Hamilton Lincoln Law Institute
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorney for Objectors David R. Watkins and Theodore H Frank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: September 8, 2021.          /s/ Adam E. Schulman