## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

### [PROPOSED] ORDER GRANTING MOTION OF OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS TO RETURN PORTION OF APPEAL BOND

On September 8, 2021, consumer class members Theodore H. Frank and David R. Watkins, moved for an order returning a portion of the joint $4000 bond that they have posted. The Motion is hereby **GRANTED**.

The Clerk is hereby ordered to remit $3929.87 of objectors' $4000 bond by check made payable to the "Hamilton Lincoln Law Institute" and mailed to objectors' counsel at the following address:

Hamilton Lincoln Law Institute

Attn: Anna St. John

1900 General Taylor St.

New Orleans, LA 70115

1

2

IT IS SO ORDERED this ___ day of _____, 2021.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge