IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 1:17-md-2800-TWT<br><br>CONSUMER CASES |

## NOTICE OF JOINDER TO MOTION TO RETURN PORTION OF APPEAL BOND [DOC. 1209]

Objector Shiyang Huang hereby joins Objectors Theodore H. Frank and David R. Watkins' Motion to Return Portion of Appeal Bond (Doc. 1209). Frank and Watkins' motion for *pro rata* allocation of costs on appeal requires that the liability of costs on appeal is determined for all objectors who appealed. Thus Huang has an interest in their motion and now joins that motion. Huang repeatedly emailed meet-and-confer requests to Plaintiffs and Defendants. Neither responded.

Huang believes that Frank and Watkins' factual descriptions are generally correct. *See* Doc. 1209. Separately, Huang faithfully followed this Court's order and posted a $2,000 bond.. *See* text-only docket entry on May 18, 2020 ("Appeal Bond Paid on behalf of objector Shiyang Huang per 1094 Order: $ 2000.00, receipt number GAN100121456.") *Also see* Doc. 1112 (declaration in support).

All in all, Huang posted $2,000 as appeal bonds. Now the cost is determined to be $420.75, to be paid *pro rata* by all objectors-appellants. Huang requests that the Court grant Huang's request to release $1929.87 after paying his fair share.

Dated: September 10, 2021                                   Respectfully Submitted,

_____
Shiyang Huang

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I mailed a copy of the notice to:

Clerk of the Court
ATTN: 1:17-md-2800-TWT
United States District Court
Northern District of Georgia
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

Participants in the case will be served by this Court's CM/ECF filing system.

Date: September 10, 2021

/s/ _____
Shiyang Huang

