RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 20 2021
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# GEORGE W. COCHRAN
## Attorney at Law

Cochran Professional Building　　　　　　　　　　　　　　　　　Telephone: 330.607.2187
1981 Crossfield Circle　　　　　　　　　　　　　　　　　　　　Facsimile:  330.230.6136
Kent, Ohio 44240　　　　　　　　　　　　　　　　　　　　Email:  lawchrist@gmail.com

September 13, 2021

James N. Hatten
District Court Executive
Clerk of Courts, U.S. District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA  30303-3361

Re:　Appeal Numbers: 20-10249-RR (lead); 20-10612-RR (individual)
　　　Case Style: George Cochran v. Brian Spector, et al.
　　　District Court Docket No:   1:17-md-02800-TWT

Dear Mr. Hatten:

Enclosed are the following:

1. Motion Of Objector George W. Cochran To Return Portion Of Appeal Bond
2. [Proposed] Order Granting Motion Of Objector George W. Cochran To Return Portion Of Appeal Bond

Please file these documents into the Court's CM/ECF docket in PACER for district court case No. 1:17-md-02800-TWT. Since I am not admitted to the Northern District of Georgia, I cannot file them electronically. I appreciate your prompt attention to this important matter.

Sincerely,

*George W. Cochran*

Pro Se Appellant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA



| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| GEORGE W. COCHRAN, | Chief Judge Thomas W. Thrash, Jr. |
| Objector. | |

## MOTION OF OBJECTOR GEORGE W. COCHRAN TO RETURN PORTION OF APPEAL BOND

Objector George W. Cochran requests that this Court order the Clerk to return to him $1929.87 of the Fed. R. Civ. P. 7 appeal bond he has posted in this Court. This amount is all but $70.13 of the $2000 bond that he has posted. The $70.13 accounts for the objector's one-sixth share of the $420.75 in taxable costs allowed by the Eleventh Circuit's mandate.

On March 30, 2020, plaintiffs moved for the court to impose appeal bonds on objector-appellants Frank, Watkins, West, Cochran, Andrews and Huang in the amount of $20,000 each. Dkt. 1040. On May 11, 2020, the Court ordered these six objector-appellants instead to each post a bond of $2000 to secure appellate costs. Dkt. 1094. Cochran did so, depositing $2000 for his single appeal, as did objectors Frank, Watson, West, and Huang.

1

Andrews did not post the ordered bond. On May 19, 2020, plaintiffs then moved for the court to impose an appeal bond on objector-appellant Davis in the amount of $2000. Dkt. 1110. This motion was never ruled upon.

On June 3, 2021, the Eleventh Circuit affirmed in large part this Court's order approving the class settlement. As part of the Eleventh Circuit's mandate, it awarded appellee-plaintiffs $420.75 in costs from the objector- appellants. With the mandate now memorialized in this Court (Dkt. 1208), Cochran now moves for a return of cash deposit in lieu of appeal bond, less his share of the $420.75 in costs. Because Cochran was one of six appeals to the Eleventh Circuit (Nos. 20-10249, 20-10609, 20-10610, 20-10611, 20-10612, 20-11470) from the settlement approval, his share of the appellate costs is $70.13 and thus he now seeks return of $1929.87 from the Clerk.

WHEREFORE, objector George W. Cochran moves the Court to remit $1929.87 back to his possession.

Dated: September 13, 2021.         /s/ George W. Cochran
                                   Law Office of George W. Cochran
                                   1981 Crossfield Circle
                                   Kent, Ohio 44240
                                   Phone: (330) 607-2187
                                   Email: lawchrist@gmail.com

                                   *Appearing Pro Se*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon the clerk's office by ordinary mail, with instructions to file all documents in the court's CM/ECF service for publication via PACER (which will send notification of such filing to all counsel of record).

Dated: September 13, 2021.      /s/ George W. Cochran

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| GEORGE W. COCHRAN, | Chief Judge Thomas W. Thrash, Jr. |
| Objector. | |

**[PROPOSED] ORDER GRANTING MOTION OF OBJECTOR GEORGE W. COCHRAN TO RETURN PORTION OF APPEAL BOND**

On September 13, 2021, consumer class member George W. Cochran moved for an order returning a portion of his $2000 bond that he has posted. The Motion is hereby **GRANTED**.

The Clerk is hereby ordered to remit $1929.87 of objector's $2000 bond by check made payable to "George W. Cochran" and mailed to objector at the following address:

George W. Cochran
1981 Crossfield Circle
Kent, Ohio 44240

IT IS SO ORDERED this____day of_____, 2021.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge