# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Judge Thomas W. Thrash, Jr. |

## CONSUMER PLAINTIFFS' RESPONSE IN OPPOSITION TO OBJECTORS FRANK AND WATKINS' MOTION TO RETURN PORTION OF APPEAL BOND [DOC. 1209], OBJECTOR SHIYUNG HUANG'S NOTICE OF JOINDER TO MOTION TO RETURN PORTION OF APPEAL BOND [DOC. 1210], AND MOTION OF OBJECTOR GEORGE W. COCHRAN TO RETURN PORTION OF APPEAL BOND [DOC. 1211]

Objectors Frank and Watkins are seeking an order for return of a portion of the appeal bond previously ordered by the Court. *See* Doc. 1209 (motion); Doc. 1094 (order directing posting of appeal bond). Objector Shiyung Huang has filed a joinder to Frank and Watkins's Motion. Doc. 1210. Objector George Cochran also moves for a return of the portion of the appeal bond. Doc. 1211. The Court should deny Objectors' request because the motions individually seek return of the security for all but one-sixth of the costs ordered on appeal. Objectors claim that they need to pay only one-sixth of the ordered costs per appeal filed because there were six appeals. However, as Objectors admit, multiple objector-appellants posted no bond

at all. Objectors thus improperly seek a refund of their posted security that would deny Plaintiffs' a portion of the costs the appeal bonds were intended to secure. *See* Doc. 1094, Order at 10 (ordering "each Objector to post a bond of $2,000 or deposit $2,000 in cash in the registry of the Court *for the costs of appeal*") (emphasis added); *cf. In re Polyurethane Foam Antitrust Litig.*, 178 F. Supp. 3d 635, 638 (N.D. Ohio 2016) (discussing use of joint and several objector appeal bonds).

The Court should deny the motions because they are inconsistent with the Court's order. Alternatively, the Court should hold the motions under advisement pending resolution of any petitions for a writ of certiorari filed in the United States Supreme Court, and complete satisfaction of the costs on appeal.

Dated: September 22, 2021                    Respectfully submitted,

*/s/ Kenneth S. Canfield*
Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS
CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1725
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

*/s/ Amy E. Keller*
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor

Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

***Consumer Plaintiffs' Co-Lead Counsel***

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

***Consumer Plaintiffs' Co-Liaison Counsel***

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW

3

Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**

4

1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court Coordinating Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this reply memorandum has been prepared in compliance

with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Those counsel for parties who are registered ECF users will be served by the ECF system.

I also certify that copies of the foregoing were served upon the following Objector-Appellants via U.S. Mail and electronic mail on September 22, 2021:

George Willard Cochran, Jr.
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com

Shiyang Huang
2800 SW Angler Court
Topeka, Kansas 66614
defectivesettlement@gmail.com

John William Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, Florida 33607
john@johnwdavis.com

I also certify that copies of the foregoing were served upon the following *pro se* Objector-Appellants by depositing those copies into a U.S. mailbox on September 22, 2021:

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com