# EXHIBIT 1

**Opt-Out Cases**

|   | N.D. Ga. Case | Opt-Out Plaintiff | Transferor Court |
|---|---|---|---|
| 1 | *Adams v. Equifax Inc.*, 1:19-cv-03682-TWT | Douglas Emery Adams | Direct Filed |
| 2 | *Eustice v. Equifax Inc.*, 1:19-cv-03129-TWT | David Eustice | S.D. Tex., 4:19-cv-02248 |
| 3 | *Eustice v. Equifax Inc.*, 1:19-cv-03130-TWT | Travis Hubbard | S.D. Tex., 4:19-cv-02249 |
| 4 | *Flowers v. Equifax Inc.*, 1:19-cv-05703-TWT | Alice M. Flowers | S.D. Ind., 1:19-cv-03678 |
| 5 | *Horne v. Equifax Inc.*, 1:17-cv-03713-TWT | Ivy Madsen | Direct Filed |
| 6 | *Hutchinson v. Equifax Inc.*, 1:19-cv-05706-TWT | Edward D. Hutchinson, Sr. | S.D. Ind., 1:19-cv-03682 |
| 7 | *Hutchinson v. Equifax Inc.*, 1:19-cv-05705-TWT | Ruby Hutchinson | S.D. Ind., 1:19-cv-03681 |
| 8 | *Joshpe v. Equifax Information Services LLC*, 1:19-cv-03595-TWT | Brett Joshpe | S.D.N.Y., 1:19-cv-03146 |
| 9 | *Khalaf v. Equifax Inc.*, 1:19-cv-03830-TWT | Richard Khalaf | S.D.N.Y., 1:19-cv-06268 |
| 10 | *Lee v. Equifax Information Services LLC*, 1:18-cv-04698-TWT | Anna Lee | E.D.N.Y., 1:18-cv-03133 |
| 11 | *Patterson v. Equifax Information Services LLC*, 1:19-cv-05529-TWT | Audella Patterson | C.D. Cal., 5:19-cv-01936 |
| 12 | *Silva v. Equifax Inc.*, 1:19-cv-03825-TWT | Raymond Silva | D. Haw., 1:19-cv-00262 |