FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 07 2021
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE EQUIFAX, INC., DATA SECURITY BREACH LITIGATION | CUSTOMER MDL DOCKET NO. 1:17-md-2800-TWT<br><br>CONSUMER CASES |
|---|---|

**NOTICE OF WITHDRAWAL OF JOINDER TO MOTION TO RETURN PORTION OF APPEAL BOND [DOC. 1210]**

Objector Shiyang Huang hereby **withdraws** his joinder to Objectors Theodore H. Frank and David R. Watkins' Motion to Return Portion of Appeal Bond (Doc. 1210). (**Huang previously mailed a similar filing on Sep. 22, 2021, but it now appears to be lost in the mail. Huang hereby re-files this notice.**)

As stated in his previous notice of joinder, "Huang repeatedly emailed meet-and-confer requests to Plaintiffs and Defendants. Neither responded." Doc. 1210. Huang thought Plaintiffs would state their position with Huang via email, or else they do not oppose. But now Plaintiffs have filed Doc. 1212 in opposition.

While Huang does not agree with Plaintiffs' unsubstantiated risks to recover $420.75 in costs after $10,000 of appeal bonds have been deposited,[1] Huang nevertheless agrees with Plaintiffs that the decision can wait after the resolution of

---

[1] Huang, West and Cochran posted $2,000 of bonds each. Frank and Watkins also posted $4,000 of bonds, totaling $10,000.

all proceedings before the United States Supreme Court, since Frank/Watkins appear to will file a forthcoming petition for Certiorari there. Thus, Huang withdraws his joinder to their motion and will re-file it at a later time.

When time becomes appropriate, Huang expects that Plaintiffs will then cooperate and consent to refund excess appeal bonds in a proper course. *See In re Equifax Inc. Customer Security Data Breach Litig.*, 999 F.3d 1247, 1282 (11th Cir. 2021) (Martin, J.) ("We expect the District Court will be wary of any attempts to expand this mandate or to otherwise delay or prevent the settlement from taking effect, and we encourage that approach.")

Dated: October 6, 2021

Respectfully Submitted,

/s/SHIYANG HUANG
Shiyang Huang
2800 SW Engler Ct
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, I mailed a copy of the notice to: Clerk of the Court, ATTN: 1:17-md-2800-TWT, 75 Ted Turner Dr., SW, Atlanta, GA 30303-3309. Parties will be served by this Court's CM/ECF filing system.

/s/SHIYANG HUANG