IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

### CASE MANAGEMENT ORDER FOR OPT-OUT CASES

The Court has considered the case management procedures proposed by Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax") to govern further proceedings in the cases pending in this MDL filed by plaintiffs who submitted valid and timely requests to opt out of the Consumer class action settlement ("Consumer Settlement"). A chart identifying the 12 cases pending in this MDL brought by plaintiffs who submitted valid and timely requests to opt out of the Consumer Settlement ("Opt-Out Cases" and "Opt-Out Plaintiffs") is attached as Exhibit 1. For good cause shown, the Court orders as follows:

1.  Within 45 days of the Court's entry of this Order, Equifax shall file a single, consolidated motion to dismiss addressing all claims asserted by all 12 of the remaining Opt-Out Plaintiffs ("Consolidated Motion").

2. To promote efficiency and conserve the resources of the Court and parties, Equifax's Consolidated Motion shall, where appropriate, address common claims asserted by the Opt-Out Plaintiffs together to streamline issues for the Court's resolution.

3. Each Opt-Out Plaintiff shall have 45 days to respond to the portions of the Consolidated Motion pertaining to their claims. Equifax shall then have 30 days to file a single, consolidated reply brief.

4. Because Equifax's Consolidated Motion will address multiple complaints, Equifax is permitted to file an opening brief of up to and including 50 pages and a reply brief of up to and including 35 pages. The page limit specified in Local Rule 7.1 will apply to each Opt-Out Plaintiff's response brief—*i.e.*, 25 pages.

5. Consistent with Local Rule 26.2(A), discovery will not commence in any of the Opt-Out Cases before the Court has resolved the Consolidated Motion. Once the Court has ruled on the Consolidated Motion, counsel for parties in any remaining cases will confer and submit a proposed schedule for discovery and further proceedings, if necessary.

SO ORDERED, this __26__ day of __October__, 2021.

                                        Honorable Thomas W. Thrash, Jr.
                                        United States District Judge

# EXHIBIT 1

## Opt-Out Cases

|   | N.D. Ga. Case | Opt-Out Plaintiff | Transferor Court |
|---|---|---|---|
| 1 | *Adams v. Equifax Inc.*, 1:19-cv-03682-TWT | Douglas Emery Adams | Direct Filed |
| 2 | *Eustice v. Equifax Inc.*, 1:19-cv-03129-TWT | David Eustice | S.D. Tex., 4:19-cv-02248 |
| 3 | *Eustice v. Equifax Inc.*, 1:19-cv-03130-TWT | Travis Hubbard | S.D. Tex., 4:19-cv-02249 |
| 4 | *Flowers v. Equifax Inc.*, 1:19-cv-05703-TWT | Alice M. Flowers | S.D. Ind., 1:19-cv-03678 |
| 5 | *Horne v. Equifax Inc.*, 1:17-cv-03713-TWT | Ivy Madsen | Direct Filed |
| 6 | *Hutchinson v. Equifax Inc.*, 1:19-cv-05706-TWT | Edward D. Hutchinson, Sr. | S.D. Ind., 1:19-cv-03682 |
| 7 | *Hutchinson v. Equifax Inc.*, 1:19-cv-05705-TWT | Ruby Hutchinson | S.D. Ind., 1:19-cv-03681 |
| 8 | *Joshpe v. Equifax Information Services LLC*, 1:19-cv-03595-TWT | Brett Joshpe | S.D.N.Y., 1:19-cv-03146 |
| 9 | *Khalaf v. Equifax Inc.*, 1:19-cv-03830-TWT | Richard Khalaf | S.D.N.Y., 1:19-cv-06268 |
| 10 | *Lee v. Equifax Information Services LLC*, 1:18-cv-04698-TWT | Anna Lee | E.D.N.Y., 1:18-cv-03133 |
| 11 | *Patterson v. Equifax Information Services LLC*, 1:19-cv-05529-TWT | Audella Patterson | C.D. Cal., 5:19-cv-01936 |
| 12 | *Silva v. Equifax Inc.*, 1:19-cv-03825-TWT | Raymond Silva | D. Haw., 1:19-cv-00262 |