# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## MOTION TO AMEND
## CASE MANAGEMENT ORDER FOR OPT-OUT CASES

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax") respectfully move the Court to amend the Case Management Order for Opt-Out Cases entered on October 27, 2021 (Dkt. 1216, "Opt-Out CMO") to include the following two additional Opt-Out Plaintiffs with cases pending in this MDL:

| Opt-Out Plaintiff | Case |
|---|---|
| Cathy Eustice | *Eustice et al. v. Equifax Inc.*, 1:19-cv-03128-TWT |
| Christopher Eustice | *Eustice et al. v. Equifax Inc.*, 1:19-cv-03128-TWT |

Along with the Class Administrator and Lead Plaintiffs, Equifax has determined that these Opt-Out Plaintiffs were inadvertently omitted from the list of valid and timely exclusions attached to the Court's Final Order and Judgment entered in connection with its approval of the class action settlement reached in the

Consumer Cases in this MDL (Dkt. 957).  Accordingly, Equifax requests that the Court amend the Opt-Out CMO to include Opt-Out Plaintiffs Cathy Eustice and Christopher Eustice and, specifically, to (1) allow Equifax to address the claims of these Opt-Out Plaintiffs in the consolidated motion to dismiss ("Consolidated Motion") described in the Opt-Out CMO and (2) require the Opt-Out Plaintiffs to file any response to Equifax's forthcoming Consolidated Motion in accordance with the briefing schedule established in the Opt-Out CMO.[1]

    A proposed order is attached for the Court's consideration.

---

[1] Equifax has conferred with Lead Counsel for the Consumer Plaintiffs, who advised that they have no objection to the relief requested in this motion.  Additionally, Equifax contacted the Opt-Out Plaintiffs about whether they consent to this motion, but Equifax did not hear back prior to the time of filing.

Respectfully submitted this 29th day of November, 2021.

                                                      */s/ S. Stewart Haskins II*
                                                      **KING & SPALDING LLP**
                                                      David L. Balser
                                                      Georgia Bar No. 035835
                                                      Phyllis B. Sumner
                                                      Georgia Bar No. 692165
                                                      S. Stewart Haskins II
                                                      Georgia Bar No. 336104
                                                      Elizabeth D. Adler
                                                      Georgia Bar No. 558185
                                                      John C. Toro
                                                      Georgia Bar No. 175145
                                                      Robert D. Griest
                                                      Georgia Bar No. 294216
                                                      1180 Peachtree Street, N.E.
                                                      Atlanta, Georgia  30309
                                                      Tel.:  (404) 572-4600
                                                      Fax:  (404) 572-5140
                                                      dbalser@kslaw.com
                                                      psumner@kslaw.com
                                                      shaskins@kslaw.com
                                                      eadler@kslaw.com
                                                      jtoro@kslaw.com
                                                      rgriest@kslaw.com

                                                     *Counsel for Equifax Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 29th day of November, 2021.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I also certify I served the following *pro se* Plaintiffs by U.S. Mail, postage prepaid, and addressed as follows:

| | |
|---|---|
| Cathy Eustice<br>655 West Forest Drive<br>Houston, TX 77079 | Christopher Eustice<br>655 West Forest Drive<br>Houston, TX 77079 |

                                            */s/ S. Stewart Haskins II*
                                            S. Stewart Haskins II