IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

[PROPOSED] ORDER AMENDING
CASE MANAGEMENT ORDER FOR OPT-OUT CASES

The Court has considered the motion filed by Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax") requesting an amendment to the Case Management Order for Opt-Out Cases entered on October 27, 2021 (Dkt. 1216, "Opt-Out CMO"). For good cause shown, the Court orders that the Opt-Out CMO be amended to include the following Opt-Out Plaintiffs with cases pending in this MDL:

| Opt-Out Plaintiff | Case |
|---|---|
| Cathy Eustice | *Eustice et al. v. Equifax Inc.*, 1:19-cv-03128-TWT |
| Christopher Eustice | *Eustice et al. v. Equifax Inc.*, 1:19-cv-03128-TWT |

In accordance with the Opt-Out CMO, Equifax shall address the claims of these Opt-Out Plaintiffs in its consolidated motion to dismiss ("Consolidated

2

Motion") to be filed by December 10, 2021, and the Opt-Out Plaintiffs shall file any response to Equifax's forthcoming Consolidated Motion by January 24, 2022.

    SO ORDERED, this _____ day of _____, 2021.

                                                                Honorable Thomas W. Thrash, Jr.
                                                                United States District Judge