**5:20** LTE

< **Alerts & History**

 **CHARTWAY FEDERAL CREDIT UNION obtained a copy of your Equifax Credit Report.**

New Inquiry Alerts notify you when a company has viewed a copy of your credit report as a result of a loan or credit application.

| | |
|---|---|
| Alert Date: | 05.23.2019 |
| Source: | Equifax |
| Company: | CHARTWAY FEDERAL CREDIT UNION |
| Address: | 5700 CLEVELAND STREET VIRGINIA BEACH, VA 234622408 |
| Phone: | (757) 552-1000 |

Dispute

5:20 .ıl LTE

< **Alerts & History**

 **AIR FORCE FCU obtained a copy of your Equifax Credit Report.**

New Inquiry Alerts notify you when a company has viewed a copy of your credit report as a result of a loan or credit application.

| | |
|---|---|
| **Alert Date:** | 05.23.2019 |
| **Source:** | Equifax |
| **Company:** | AIR FORCE FCU |
| **Address:** | 2250 KENLY<br>SAN ANTONIO, TX 78236 |
| **Phone:** | (800) 227-5328 |

Dispute

**Subject**  Re: XTEND FUELS RECOVERY

**From**  sofia victoria

**To:**  <Hawaiianbucks@yahoo.com>

**Date**  Sat, Jul 13 2019 at 11:00 AM

Hello,

We like to bring to your notice that our representative has mailed out payment to you and we have been informed that Payment of $2600 was sent. Payment covered decal expenses and your first-week payment for our " XTEND FUELS RECOVERY " Auto-wrap Advertisement placement on your car via USPS with the tracking number ( 9405512699350104519596 )

Kindly go ahead and have the check deposited to your bank account. Deduct $500 as your weekly wages with extra $100 for your running around and sending expenses and have the remaining balance of $2000 sent to the specialist that will put sticker on your car. He has some other cars to wrap near to you and the stickers funds has been included with your payment.

Specialist will come with necessary supplies needed to wrap your car perfectly and will cause no scratch or damages to your car once the payment is received from you.

Specialist advise to buy Money Order from POST OFFICE (Postal Office Money Order) or Walmart Money Order and have it shipped to the specialist location via UPS or FedEx next day delivery Early AM. You are to buy money orders in the amount of $2000.

Wrap the money order on the paper and put it inside envelope then visit nearest UPS or FedEx Store near to you and have the money order mailed to the below specialist information via UPS or FedEx (EARLY NEXT DAY AIR OVERNIGHT SERVICE) to:

Johnson Cole
335 17th Ave
Irvington, NJ 07111

NB: - PLEASE DO NOT FILL UP PAYEE NAME OR ANY OTHER INFORMATION ON THE
MONEY ORDER AND DON'T DETACHED ANYTHING FROM THE MONEY ORDER .
   - YOU HAVE TO SEND BLANK MONEY ORDER.
   - PLEASE SEND THE PACKAGE VIA UPS OR FedEx EXPRESS EARLY NEXT DAY
AIR SERVICE ONLY.

Do not bother to write any name on the money order to avoid  error.
Package need to be shipped via UPS or FedEx only.
PLEASE BUY MONEY ORDER ONLY.......... DO NOT BUY CASHIER CHECK.....
IT has to be USPS MONEY ORDER or WALMART MONEY ORDER.

We will take full responsibility for placing and remove decal on your car after advertisement period. You are entitled to receive $500 weekly wages. You will receive an agreement form to sign by the specialist the same day the wrap will take place at your residence and you will be receiving $500 weekly.

I will like you to take care of this as soon as possible because the program is already started.

Send text message to this phone No  (747)-334-3550 immediately  the check is deposited for further instructions on how to send the money to the specialist

Acknowledge receipt of this email immediately.

Kind Regards.

Sofia Victoria
(c) 2019  Auto Wrap, Inc. All rights reserved.
Copyright (c)2019 Auto Wrap

On Sat, Jul 13, 2019 at 9:12 PM sofia victoria

<sofiavictoria406@gmail.com> wrote:

Hi ,

   This is to inform you that the payment you need for the advertisement to be pasted on your car will be mailed out to your address any moment from now, so kindly check your email everyday for updates.

Terms and condition(s)

Note: You will receive a check payment which will cover your one weeks upfront payment including the expenses of the specialist/ expert in fixing the decal advert wrap on your vehicle.

However, from the amount you will be receiving, the sum of $500 should be deducted which is for your one weeks upfront payment for working with us carrying the advert on your car and the remaining balance will be sent to the specialist/expert, who shall be coming over to handle the advert placement on your car.

This is done in order to avoid delay or any inconvenience that may arise from your part. Also we do not want you to involve any of your personal funds in this program that is why all fund is made available to you. Moreover, you do not need to drive to Specialist/experts handling the advert placement.

After the duration of your service and you want to discontinue, the specialist/ expert shall come again and remove the advert placement on your
car with no traces of ever placing a vinyl decals on your vehicle.

For further information, you can get back to Us swiftly. We look forward to working with you soon.

Regards

12:21

(315) 758-0640  315-758-0640

Siri found new contact info  747-334-3550
Sofia Victoria +1 (315) 758-0640 add...

(1/8) This is Sofia Victoria, am contacting regarding the car advert you applied for . you can check your email for details about it, Again this is to remain you

(2/8) that the pay check you need for the advert to be placed on your car as been sent to you via USPS courier service.

(3/8) We've been notified by USPS now that the check have be deliver to

(4/8) you, here is Confirmation Tracking (9405512699350104519596) , you can track the package online www.usps.com . I want you to process to your bank and



**(315) 758-0640**

**Siri found new contact info**
Sofia Victoria +1 (315) 758-0640 add…

(5/8) deposit the check you can use ATM or Online Mobile Banking to deposit, it will cleared within 24 hrs of making deposit. Deduct $500 for the first week

(7/8) with the deposit slip so i can send it to our payment clearing department awaiting your response.

(8/8) Regards

Ok I put in the tracking number but no information it's says

How much is the check for?

Its through Usps.com

$2600

It's going to deliver soon

Text Message

  
      

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**New Metro Fibernet, LLC**
8837 BOND STREET
OVERLAND PARK, KS 66214

FIFTH THIRD BANK
EVANSVILLE, IN 47708
71-4 / 863

23425

CHECK DATE  09-JUL-2019
VOID AFTER 180 DAYS
CHECK AMOUNT
**********2,600.00

PAY  Two Thousand Six Hundred Dollars And Zero Cents Only***

TO THE ORDER OF
RAYMOND K. SILVA
1885 A RAILROAD AVE
HILO HI 96720

*Sherri E. VanFossen*
AUTHORIZED SIGNATURE

*John H. Weber*
AUTHORIZED SIGNATURE

⑈23425⑈ ⑆086300041⑆ 9996901576⑈

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**New Metro Fibernet, LLC**
8837 BOND STREET
OVERLAND PARK, KS 66214

FIFTH THIRD BANK
EVANSVILLE, IN 47708

71-4
863

23425

CHECK DATE 09-JUL-2019
VOID AFTER 180 DAYS
CHECK AMOUNT
**********2,600.00

PAY Two Thousand Six Hundred Dollars And Zero Cents Only***

TO THE ORDER OF

RAYMOND K. SILVA
1885 A RAILROAD AVE
HILO HI 96720

*Sherri E. VanFosen*
AUTHORIZED SIGNATURE

*John H. Weber*
AUTHORIZED SIGNATURE

⑈23425⑈ ⑆086300041⑆ 9996901576⑈



PRIVACY

SECURITY

TERMS & CONDITIONS

ACCESSIBILITY

# EXPRESS MAIL
## POSTAL SERVICE®

U.S. POSTAGE PAID
PME 1-Day
HILO, HI
96720
JUL 18, 19
AMOUNT
**$25.50**
R2304M111735-14

1005  96850

**URGENT** Please Rush To Addressee

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EE 337 109 106 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE (808) 981-2045
Raymond Silva
1885 Railroad Ave
Hilo, HI 96720

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 19 2019
DISTRICT OF HAWAII

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT)
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI
ZIP+4: 96850

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 96720
Scheduled Delivery Date: 7/19/19
Postage: $25.50
Date Accepted: 7/18/19
Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON
Time Accepted: 11:00 ☒ AM ☐ PM
Weight: 3 ozs.
Total Postage & Fees: 25.50