# EXHIBIT 2

## CHART SUMMARIZING CLAIMS ASSERTED BY OPT-OUT PLAINTIFFS

| Plaintiff Group | No. | Named Plaintiff | Domicile | Commercial Acquiescence | Breach of Contract | Unjust Enrichment | Negligence | FCRA Claims | State Statutory Claims |
|---|---|---|---|---|---|---|---|---|---|
| Commercial Acquiescence Plaintiffs | 1 | Douglass Emery Adams | Texas | X | | | | | |
| | 2 | Alice M. Flowers | Indiana | X | | | | | |
| | 3 | Edward Hutchinson | Indiana | X | | | | | |
| | 4 | Ruby Hutchinson | Indiana | X | | | | | |
| | 5 | Audella Patterson | California | X | | X | X | | X |
| | 6 | Raymond Silva | Hawaii | X | | | | | |
| Eustice Plaintiffs | 7 | Cathy Eustice | Texas | | X | | X | X | X |
| | 8 | David Eustice | Texas | | X | | X | X | X |
| | 9 | Travis Hubbard | Texas | | X | | X | X | X |
| Joshpe and Khalaf | 10 | Brett Joshpe | New York | | | | X | X | X |
| | 11 | Richard Khalaf | New York | | | | X | X | X |
| Lee | 12 | Anna Lee | New York | | | | X | X | X |

1

## CHART SUMMARIZING TORT HARMS ALLEGED BY OPT-OUT PLAINTIFFS

| Named Plaintiff | Actual or Attempted Fraud | Increased Fear/Risk of Future Identity Theft | Identity Theft Mitigation Efforts | Emotional Distress | Reputational Harm |
|---|---|---|---|---|---|
| Audella Patterson | | X | | | |
| Cathy Eustice | | X | X | X | |
| David Eustice | | X | X | X | |
| Travis Hubbard | | X | X | X | |
| Brett Joshpe | X | | X | X | X |
| Richard Khalaf | X | | X | X | X |
| Anna Lee | | X | X | | |

2