# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br><br>No: 17-md-2800-TWT<br><br>CONSUMER CASES |

## NOTICE OF FILING CORRECTED BRIEF

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax") hereby file a corrected Memorandum of Law in Support of their Motion to Dismiss the Opt-Out Consumer Complaints (MDL Doc. No. 1220). The corrected Memorandum inserts an inadvertently omitted exhibit number on page 20 (now page 21) and reinserts the top 1.5 margin which was mistakenly changed in the final processing of the brief. There are no other changes to the Memorandum.

DATED: December 15, 2021

                Respectfully Submitted,

                */s/ S. Stewart Haskins II*
                **KING & SPALDING LLP**
                David L. Balser
                Georgia Bar No. 035835
                Phyllis B. Sumner

        Georgia Bar No. 692165
        S. Stewart Haskins II
        Georgia Bar No. 336104
        Elizabeth D. Adler
        Georgia Bar No. 558185
        John C. Toro
        Georgia Bar No. 175145
        Robert D. Griest
        Georgia Bar No. 294216
        Elijah T. Staggers
        Georgia Bar No. 903746
        1180 Peachtree Street, N.E.
        Atlanta, Georgia  30309
        Tel.:  (404) 572-4600
        Fax:  (404) 572-5140
        dbalser@kslaw.com
        psumner@kslaw.com
        shaskins@kslaw.com
        eadler@kslaw.com
        jtoro@kslaw.com
        rgriest@kslaw.com

        *Counsel for Equifax Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I also certify I served the following pro se Plaintiffs by U.S. Mail, postage prepaid, and addressed as follows:

Douglas Emery Adams
519 Colgate Dr.
Allen, TX 75013

David Eustice
655 West Forest Dr.
Houston, TX 77079

Travis Hubbard
655 West Forest Dr.
Houston, TX 77079

Alice M. Flowers
P.O. Box 2322
Anderson, IN 46018

Ivy Madsen
6181 W. Horizon Peak Way
West Valley City, UT 84128

Edward D. Hutchinson, Sr.
1810 E. 49th St.
Anderson, IN 46013

Ruby Hutchinson
1810 E. 49th St.
Anderson, IN 46013

Anna Lee
53 S. 11th St., Apt. 5 E
Brooklyn, NY 11249

Audella Patterson
P.O. Box 3188
Crestline, CA 92325

Raymond Silva
1885 Railroad Ave.
Hilo, HI 96720

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II

1