UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

## AMENDED MOTION OF OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS TO RETURN PORTION OF APPEAL BOND

On September 8, 2021, Objectors Theodore H. Frank and David R. Watkins requested that this Court order the Clerk to return to them $3929.87 of the $4000 Fed. R. Civ. P. 7 appeal bond that they have posted in this Court. Dkt. 1209. This amount was all but $70.13 of the joint $4000 bond that they have posted. The $70.13 accounts for the objectors' one-sixth share of the $420.75 in taxable costs allowed by the Eleventh Circuit's mandate. Two objectors joined this request, although one of those subsequently withdrew the joinder pending resolution in of proceedings in the Supreme Court. Dkts. 1210, 1211, 1215. Consumer plaintiffs opposed the motion on the ground that Frank and Watkins should liable for the full $420.75 in taxable costs in the Eleventh Circuit, not merely their share of those costs. Dkt. 1212. In the alternative they asked the Court to hold the motion under advisement pending resolution of any petitions for a writ of certiorari in the Supreme Court. *Id.* The Supreme

2

Court has now denied both petitions for certiorari filed in that court. Dkts. 1217, 1222.

Although Frank and Watkins maintain that they are legally entitled to a return of the amount that they sought in their earlier motion, in the interest of judicial economy and to forestall collateral proceedings, Frank and Watkins now amend that motion and seek a return of only $3579.25, amounting to their $4000 deposit less the full amount of the allowed $420.75 taxable costs. Frank and Watkins reserve their rights to privately collect the $70.13 shares of the appellate costs from the five co-appeals.

WHEREFORE, objectors Theodore H. Frank and David R. Watkins move the Court to remit $3579.25 back to their possession.

| | |
|---|---|
| Dated: January 19, 2022. | /s/ Adam E. Schulman<br>Adam E. Schulman (DC Bar No. 1001606)<br>Hamilton Lincoln Law Institute<br>1629 K Street, NW Suite 300<br>Washington, DC 20006<br>Phone: (610) 457-0856<br>Email: adam.schulman@hlli.org |
| | *Attorney for Objectors David R. Watkins and Theodore H Frank* |

3

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

Dated: January 19, 2022.      /s/ Adam E. Schulman