IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

### MOTION TO AMEND
### "ORDER AMENDING CASE MANAGEMENT ORDER FOR OPT-OUT CASES"

Opt-Out Plaintiffs Brett Joshpe ("Joshpe", *Brett Joshpe v. Equifax Inc. et al.*, 1:19-cv-03595-TWT) and Richard Khalaf ("Khalaf", *Richard Khalaf v. Equifax Inc. et al.*, 1:19-cv-03830-TWT) respectfully move the Court to amend the "Order Amending Case Management Order for Opt-Out Cases" entered on December 1, 2021 (Dkt. 1219, "Order Amending Opt-Out CMO") to extend the time for Joshpe and Khalaf to file any response to the Consolidated Motion to Dismiss (Dkt. 1220) of Equifax Inc., Equifax Information Services LC, and Equifax Consumer Services LLC (collectively "Equifax") up to and including January 28, 2022 (the "Motion").

Undersigned counsel for Opt-Out Plaintiffs Joshpe and Khalaf, Edward Paltzik, as well as multiple members of his immediate family, contracted COVID-

1

19 in late December 2021 and early January 2022, and as a result of the substantial effects of and illness from COVID-19 and the impact on himself his family, was unable to timely submit a response to Equifax's Consolidated Motion to Dismiss.

Undersigned counsel has contacted counsel for Equifax. Counsel for Equifax consents to and does not oppose the relief sought in this Motion.

Accordingly, Opt-Out Plaintiffs Joshpe and Khalaf respectfully request that the Court grant this Motion.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 27th day of January, 2022

_____
JOSHPE MOONEY PALTZIK LLP
Edward A. Paltzik
1407 Broadway, Suite 4002
New York, NY 10018
Tel.: (212) 344-8211
Fax: (212) 313-9478
epaltzik@jmpllp.com

*Counsel for Opt-Out Plaintiffs Joshpe and Khalaf*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This Motion was prepared on a computer using the Times New Roman font (14 point). Respectfully submitted, this 27th day of January, 2022

_____
Edward A. Paltzik

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Respectfully submitted, this 27th day of January, 2022

_____
Edward A. Paltzik