# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br><br>1:17-md-2800-TWT<br><br>CONSUMER CASES |

## [PROPOSED] ORDER AMENDING "ORDER AMENDING CASE MANAGEMENT ORDER FOR OPT-OUT CASES"

The Court has considered the motion filed by Opt-Out Plaintiffs Brett Joshpe ("Joshpe", *Brett Joshpe v. Equifax Inc. et al.*, 1:19-cv-03595-TWT) and Richard Khalaf ("Khalaf", *Richard Khalaf v. Equifax Inc. et al.*, 1:19-cv-03830-TWT) requesting an amendment to the "Order Amending Case Management Order for Opt-Out Cases" entered on December 1, 2021 (Dkt. 1219, "Order Amending Opt-Out CMO"). For good cause shown, the Court orders that the "Order Amending Opt-Out CMO" be amended to extend the time for Joshpe and Khalaf to file any response to the Consolidated Motion to Dismiss (Dkt. 1220) of Equifax Inc., Equifax Information Services LC, and Equifax Consumer Services LLC (collectively "Equifax") up to and including January 28, 2022.

SO ORDERED, this_____day of_____, 2022.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge