**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Judge Thomas W. Thrash, Jr. |

**CONSUMER PLAINTIFFS' RESPONSE TO AMENDED MOTION OF OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS' TO RETURN PORTION OF APPEAL BOND [DOC. 1223]**

Objectors Frank and Watkins have sought an order for return of a portion of the appeal bond previously ordered by the Court. *See* Docs. 1209 and 1223 (motions); Doc. 1094 (order directing posting of appeal bond). In their Amended Motion, Frank and Watkins seek only the return of the amount of their joint $4,000 bond less the full amount of the taxable costs of $420.75. [*See* Doc. 1223]. Consumer Plaintiffs have no objection to the Amended Motion; however, Consumer Plaintiffs note the outstanding amount of taxable costs is less than $420.75. Consumer Plaintiffs have received checks on behalf of two objectors, Mikell West and John W. Davis, each in the amount of $70.13. Thus, the balance of the unpaid taxable costs is only $280.49.

Dated: February 1, 2022.                    Respectfully submitted,

/s/ *Kenneth S. Canfield*
Kenneth S. Canfield
Ga Bar No. 107744
**DOFFERMYRE SHIELDS**
**CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, N.E.
Suite 1725
Atlanta, Georgia 30309
Tel. 404.881.8900
kcanfield@dsckd.com

/s/ *Amy E. Keller*
Amy E. Keller
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

/s/ *Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*Consumer Plaintiffs' Co-Lead Counsel*

/s/ *Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060

2

Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

*Consumer Plaintiffs' Co-Liaison Counsel*

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

3

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com


Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

*Consumer Plaintiffs' Steering Committee*

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

*Consumer Plaintiffs' State Court*
*Coordinating Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this reply memorandum has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Those counsel for parties who are registered ECF users will be served by the ECF system.

I also certify that copies of the foregoing were served upon the following Objector-Appellants via U.S. Mail and electronic mail on February 1, 2022:

George Willard Cochran, Jr.
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com

Shiyang Huang
2800 SW Angler Court
Topeka, Kansas 66614
defectivesettlement@gmail.com

John William Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, Florida 33607
john@johnwdavis.com

I also certify that copies of the foregoing were served upon the following *pro se* Objector-Appellants by depositing those copies into a U.S. mailbox on February 1, 2022:

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

                        */s/ Roy E. Barnes*
                        Roy E. Barnes
                        Ga. Bar No. 039000
                        **BARNES LAW GROUP, LLC**
                        31 Atlanta Street
                        Marietta, Georgia 30060
                        Tel. 770.227.6375
                        roy@barneslawgroup.com