

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 3 1 2022

KEVIN P. [illegible], Clerk
By [illegible] Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA BREACH LITIGATION | MDL No. 1:17-md-2800-TWT |
| | CONSUMER ACTIONS |
| | Honorable Thomas W. Thrash, Jr. |

### OMINBUS RESPONSE TO OBJECTORS FRANK AND WATKINS' MOTION FOR RETURN OF APPEAL BOND [1223], AND OBJECTOR SHIYANG HUANG'S MOTION TO RETURN APPEAL BOND

Objector Shiyang Huang moves for an order returning $2,000 appeal bond he posted to secure Plaintiffs' costs. *See* Dkt. 1223 at 1-2 (backgrounds).

Because appeal bonds are intended to secure *costs on appeal, see* Dkt. 1212, any proposal must ensure that Plaintiffs will recover the costs they are entitled to.

Huang surveyed all objectors, and below collects his best current understanding:

| Objector(s) | Status on Appeal Bond | On Payment of Costs |
|---|---|---|
| John W. Davis | No order requiring Davis post bond | Davis claims that a check (#3661) for $70.13 was sent to Barnes Law Group |
| Chris Andrews | No bonds paid yet | Andrews claims that he sent a $71 check to this Court. Huang is not able to verify as of January 26. |
| Shiyang Huang | $2,000 bond posted. Receipt No. GAN100121456. Dkt. 1117 | Huang hereby moves for refund less $70.13 in costs. |
| Mikell West | $2,000 bond posted. Receipt No. 121419. Text Entry (05/19/2020) | No papers filed as of yet. |
| George Cochran | $2,000 bond posted. Receipt No. 121501. Text Entry (05/19/2020) | Cochran moved for refund less $70.13 in *pro rata* cost |
| Theodore Frank & David Watkins | $4,000 bond posted. Receipt No. GAN100121345. (05/12/2020). | They moved for a refund less $420.75 costs total |

As the foregoing table shows, Plaintiffs already have their costs entirely secured, because Objectors Frank and Watkins' moved voluntarily withhold $420.75 solely for Plaintiffs' security. To make sure Plaintiffs are paid *entire* amount of $420.75 in any case, the Court may grant Huang's motion as in either option below, after Objectors Andrews and Davis' representations are confirmed:

A. The Court may issue an order granting Huang's motion for the return of $1,929.87, net of $70.13 for his *pro rata* share of Plaintiffs' costs on appeal.

B. The Court may issue an order granting Huang's motion in full, while granting Frank/Watkins' motion. If Huang recovers less than $1,929.87, Huang reserves his right to privately collect from other objectors who has yet paid their fair share of costs. Dkt. 1223 at 2. But if Huang's $2,000 bond on appeal is not returned in full, he owes nothing to other Objectors. *Ibid.*

## CONCLUSION

Huang's motion to return appeal bonds should be granted.

If this Court grants Objectors Frank and Watkins' motion in full, Dkt. 1223, (which seeks a refund net of entirety of Plaintiffs' appeal costs), then Huang seeks an order returning $2,000 of bonds to Huang.

If this Court denies Objector Frank and Watkins' motion, then Huang seeks an order that returns $1,929.87 back to Huang, once Plaintiffs' costs are secured from a combination of all objectors who filed appeals.

2

Dated: January 26, 2022                    Respectfully Submitted,

                                           Shiyang Huang
                                           /s/ Shiyang Huang
                                           2800 SW Engler Ct.
                                           Topeka, KS 66614
                                           314-669-1858
                                           defectivesettlement@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I filed the foregoing motion via

U.S. Mail and the foregoing will be docketed via this Court's CM/ECF system,

from which participants in the case will be served.

                                           /s/ Shiyang Huang