UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA BREACH LITIGATION | MDL No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Honorable Thomas W. Thrash, Jr. |

### [PROPOSED] ORDER GRANTING SHIYANG HUANG'S MOTION TO RETURN APPEALS BONDS

Upon consideration of the motion, the Court **GRANTS** Huang's motion to return $2,000 of appeal bonds he previously posted (receipt no. GAN100121456), for the amount of __ $2,000 (or) $1,929.87 __.

The Clerk is here by ordered to remit the above amount by check, made payable to Shiyang Huang, and mailed to:

Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**IT IS SO ORDERED.**

Date: _____          _____
                                       Honorable Thomas W. Thrash, Jr.
                                       United States District Judge

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL



PRIORITY
MAIL

ate of delivery specified*
SPS TRACKING™ included to many major
ernational destinations.
mited international insurance.
ck up available.*
der supplies online.*
hen used internationally, a customs
eclaration label may be required.
Domestic only

To schedule free
Package Pickup,
scan the QR code.






www.paypal.com



US POSTAGE
PAID IMI
01/26/2022

Pitney Bowes    026W0004897818
ComBasPrice
Zone 5    Flat Rate Envelope

**PRIORITY MAIL 2-DAY™**

SHIYANG HUANG    Estimated Delivery Date: 01/28/2022
2800 SW ENGLER CT
TOPEKA, KS 66614

0006

C039

US DISTRICT COURT, NDGA
75 TED TURNER DRIVE, SW
2211 UNITED STATES COURTHOUSE
ATLANTA GA 30303-3315

USPS TRACKING #



9405 5282 0633 4402 4641 42