UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL No. 17-2800-TWT |
| | CONSUMER ACTIONS |
| THEODORE H. FRANK and DAVID R. WATKINS, | Chief Judge Thomas W. Thrash, Jr. |
| Objectors. | |

**[AMENDED PROPOSED] ORDER GRANTING AMENDED MOTION OF OBJECTORS THEODORE H. FRANK AND DAVID R. WATKINS TO RETURN PORTION OF APPEAL BOND**

On January 19, 2022, consumer class members Theodore H. Frank and David R. Watkins, moved for an order returning a portion of the joint $4000 bond that they have posted. The Motion is hereby **GRANTED**.

The Clerk is hereby ordered to remit $3859.74 of objectors' $4000 bond by check made payable to the "Hamilton Lincoln Law Institute" and mailed to objectors' counsel at the following address:

Hamilton Lincoln Law Institute

Attn: Anna St. John

1900 General Taylor St.

New Orleans, LA 70115

2

IT IS SO ORDERED this \_\_\_ day of _____, 2022.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge