**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT CONSUMER CASES |

**EQUIFAX'S MOTION TO AMEND THE
CASE MANAGEMENT ORDER FOR OPT-OUT CASES**

Defendants Equifax Inc., Equifax Information Services LLC, and Equifax

Consumer Services LLC (collectively, "Equifax") move the Court to amend the Case

Management Order for Opt-Out Cases, Dkt. No. 1216, which sets forth the briefing

schedule for Equifax's pending consolidated Motion to Dismiss the Consumer Opt-

Out Complaints, Dkt. No. 1221.

**RELEVANT PROCEDURAL HISTORY**

On October 27, 2021, this Court entered a Case Management Order for Opt-

Out Cases, which set deadlines applicable to remaining cases in this MDL filed by

consumers who opted-out of the consumer class action settlement ("Opt-Out

Plaintiffs" and "Opt-Out Cases"). *See* Dkt. Nos. 1216, 1219 (as amended).

Specifically, that Order called for Equifax to file a consolidated motion to dismiss

the Opt-Out Cases ("Motion to Dismiss") by December 10, 2021. It also set a

deadline of January 24, 2022 for the Opt-Out Plaintiffs to each respond to Equifax's

1

Motion to Dismiss.  Finally, it required Equifax to file a consolidated reply in support

of its Motion by February 23, 2022.

Equifax timely filed its Motion to Dismiss on December 10, 2021.  *See* Dkt.

Nos. 1220, 1221 (corrected brief).  However, none of the Opt-Out Plaintiffs filed a

response by the deadline of January 24, 2022.  Ten Opt-Out Plaintiffs failed to file

anything by the deadline, namely: Douglas Emery Adams, Cathy Eustice,

Christopher Eustice, David Eustice, Travis Hubbard, Alice Flowers, Edward

Hutchinson, Ruby Hutchinson, Anna Lee, and Raymond Silva.[1]  Their complaints

should be dismissed for failure to comply with the response deadline set by this

Court.  *See* Fed. R. Civ. P. 41(b); L.R. 41.3(A).  Under the Case Management Order

for Opt-Out Cases, Equifax's reply as to these ten Plaintiffs, in which it will formally

seek such dismissal, is currently due on February 23, 2022 (30 days from the date

when Plaintiffs' responses were due).

Three Opt-Out Plaintiffs filed motions to stay or extend their deadlines to

respond to Equifax's Motion to Dismiss.  Specifically, *pro se* Plaintiff Audella

Patterson filed a motion seeking to stay and extend her deadline to respond to

---

[1] As previously stated, Equifax and Ivy Madsen, an Opt-Out Plaintiff listed in the October 27, 2021 Case Management Order, subsequently agreed to settle Madsen's claims.   Dkt No. 1221-1, 3.   Thus, Madsen did not file a response to Equifax's Motion.

Equifax's Motion to Dismiss by 30 days due to Plaintiff's recent illness with COVID-19.  Two others, Plaintiffs Brett Joshpe and Richard Khalaf, filed a joint motion to extend their response deadlines to January 28, 2022, citing recent illness of their counsel with COVID-19.  Dkt. No. 1224.  As explained in previous filings, Equifax does not oppose either request for extension, but does oppose Plaintiff Patterson's motion insofar as it requests an indefinite stay of her case.  *See* Dkt. No. 1224 at 2; Patterson Dkt. Nos. 23, 24.

Currently, only Plaintiffs Joshpe and Khalaf have filed a response to Equifax's Motion to Dismiss.  Dkt. Nos. 1225, 1226.[2]  Under the Case Management Order for Opt-Out Cases, Equifax's reply as to Plaintiffs Joshpe and Khalaf is due on February 28, 2022 (30 days from the date Plaintiffs filed their oppositions).

## PROPOSED AMENDMENTS TO CASE MANAGEMENT ORDER

To promote efficiency and limit the number of filings made in connection with Equifax's Motion to Dismiss, Equifax proposes amending the Case Management Order for Opt-Out Cases as follows:

---

[2] These Plaintiffs filed their responses on January 28, 2022, consistent with the extension they had requested.

3

1. Equifax shall file a consolidated reply in support of its Motion to Dismiss as to all Opt-Out Plaintiffs except Plaintiff Patterson by February 28, 2022 (being 30 days after the filing of Plaintiffs Joshpe's and Khalaf's oppositions).

2. Separately, Equifax will file a reply in support of its Motion to Dismiss as to Plaintiff Patterson within 30 days after she files any opposition to Equifax's Motion to Dismiss.[3]

## **CONCLUSION**

Equifax respectfully requests that the Court enter an order adopting the proposed amendments to the Case Management Order for Opt-Out Cases as outlined above.  A proposed order is attached for the Court's consideration.

Respectfully submitted this 3rd day of February, 2022.

---

[3] Should the Court deny entirely Plaintiff Patterson's pending motion for a stay and extension, Equifax will file its reply as to Patterson within 30 days of the Court's order denying her motion.

*/s/ S. Stewart Haskins II*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216
Elijah T. Staggers
Georgia Bar No. 903746
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
estaggers@kslaw.com

*Counsel for Equifax Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 3rd day of February, 2022.

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I also certify I served the following pro se Plaintiffs by U.S. Mail, postage prepaid, and addressed as follows:

Douglas Emery Adams
519 Colgate Dr.
Allen, TX 75013

David Eustice
Christopher Eustice
Cathy Eustice
655 West Forest Dr.
Houston, TX 77079

Travis Hubbard
655 West Forest Dr.
Houston, TX 77079

Alice M. Flowers
P.O. Box 2322
Anderson, IN 46018

Edward D. Hutchinson, Sr.
1810 E. 49th St.
Anderson, IN 46013

Ruby Hutchinson
1810 E. 49th St.
Anderson, IN 46013

Anna Lee
53 S. 11th St., Apt. 5 E
Brooklyn, NY 11249

Audella Patterson
P.O. Box 3188
Crestline, CA 92325

Raymond Silva
1885 Railroad Ave.
Hilo, HI 96720

*/s/ S. Stewart Haskins II*
S. Stewart Haskins II

1