# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 3 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| **Douglas E. Adams** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL CASE NO. 1:17-md-2800-TWT** |
| **v.** | ) | |
| | ) | |
| **EQUIFAX INC.,** | ) | |
| ` | ) | |
| **Defendant,** | ) | |
| | ) | |
| | ) | |
| | ) | |

*Nunc pro Tunc*

## MOTION OF OPPOSITION TO DISMISSAL

Plaintiff, Douglas-Emery: Adams., as Sui Juris and by Special Invitation hereby file this Motion of Opposition to dismiss filed by the Defendant, Equifax Inc. I have lawfully noticed Proof of Claim of injury to Equifax Inc., as of March 28, 2019 via USPS Certified Signature Mail # 7018 2290 0002 2315 0271. As per my un-rebutted Sworn Testimony dated March 25, 2019, The Defendant confesses and agrees to the following facts, by way of acquiescence to sworn testimony:

1.     The Defendant withheld discovery of the data breach from 148 Million Americans, and did not notify consumers immediately upon discovery.

2.     The Defendant attempted to cover up the data breach for six months prior to notifying anyone of the breach; this only by force.

3.     The Defendant did not protect my personal data and allowed my data to be breached and stolen by " unknown" entities. Thereby creating injury to I.

4.     The Defendant knows exactly where the personal data of 148 Million Americans is stored and "who" breached the Equifax Inc. system to obtain 148 Million Americans personal data.

5.     The Defendant is liable for the data breach reported on September 8, 2017.

6.     The Defendant has not corrected all security lapses and has not taken all security Measures possible to ensure that this data breach does not occur again.

CASE_HEADER

7. The US General Accounting Office (GAO) has released a comprehensive report examining the reasons For the massive breach of personal information from Equifax Inc. Endorsing the fact that there has been a massive data breach to 148 Million Americans. The GAO has also summarized an array of Errors inside Equifax Inc., largely related to a failure to use well-known security best practices and lack of internal controls and routine security reviews.

8. The Defendant caused injury and harm to I, who have been negatively affected by Equifax Inc.'s actions. My ability to obtain credit has been compromised, resulting in economic hardships.

9. The Defendant is liable to me for damages of no less than $75,000,000.00.

The above mentioned Condition Acceptance with Proof of Claim, has gone unanswered. This Sworn Testimony has been acquiesced to, as is *Nihil Dicit*. I have also lawfully served upon the Defendant, Notice of Fault and Opportunity to Cure and Contest Acceptance; via USPS Certified Signature Mail # 7018 1830 0000 0042 7342 dated April 11, 2019. This too has gone unanswered and acquiesced to. I have also lawfully served upon the Defendant an Affidavit and Notice of Default; via USPS Certified Signature Mail # 7018 1830 0000 0042 7348 dated April 22, 2019. There has not been any response to these Sworn Documents. The breach of data is well documented, therefore there is cause to deny the Defendant, Equifax Inc.'s Motion to Dismiss. I stand in honor and make a claim of injury against Equifax Inc., which is valid. These Documents mentioned as being served upon the Defendant, are upon the Record of this case. It is lawful to deny the Defendant's Motion to Dismiss and consider these documents as the Defendant's acquiescence in agreement of my claim. An unrebutted Affidavit, is truth in commerce.

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
**United States v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981);**
**Cert Denied, 50 U.S. L.W. 2169; S,Ct. March 22, 1982**


/s/_____

without prejudice without recourse all rights reserved as Sui Juris by special invitation only.

# TEXAS NOTARIAL CERTIFICATE

## (JURAT)

**State of Texas**

**County of** _CoLLin_

**Sworn to and subscribed before me on the** _21st_ **day of** _Feb_____, 20_22_, **by**

_Douglas Emery Adams_____ **[Name of Principal Signer].**

~~All Rights Reserved without Recourse~~

Seal

ODETTA NATACHA FERDINAND
Notary Public, State of Texas
Comm. Expires 06-02-2024
Notary ID 132502291

_____
**Notary Public Signature**

**WITNESSES:**                                    **Date :**

1. _Tanganeka Lashia Reynolds_____    _2/21/2022_

2. _____ without prejudice_____    _2/21/22_

**Isaiah 41:10**

"Fear not, for I am with you; be not dismayed, for I am your God; I will strengthen you, I will help you, I will uphold you with my righteous right hand."

# PRIORITY MAIL EXPRESS®



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

EJ 6

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE (214) 664-8112

Douglas-Emery Adams
P.O. Box 868
Allen, Texas [75013]

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available")
☐ 10:30 AM Delivery Required (additional fee, where available")
"Refer to USPS.com® or local Post Office" for availability.

TO: (PLEASE PRINT)  PHONE (

Richard B. Russell Federal Building
75 Ted Turner Drive, SW.  Suite 2211
ATLanta GA

ZIP + 4® (U.S. ADDRESSES ONLY)

3 0 3 0 3 - _ _ _ _

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applic**
USPS® Corporate Acct. No.

**ORIGIN (POSTAL SERVICE USE ONL**
☑ 1-Day  ☐ 2-Day
PO ZIP Code | Scheduled D (MM/DD/YY)
75013 | 2/2
Date Accepted (MM/DD/YY) | Scheduled D
2/22/22 | ☐ 10:30 AM ☐ 12 NOO
Time Accepted | 10:30 AM De
12:37 ☐AM ☑PM | $
Special Handling/Fragile | Sunday/Holid
$ | $
Weight ☐ Flat Rate | Acceptance
lbs. 2 ozs.

**DELIVERY (POSTAL SERVICE USE**
Delivery Attempt (MM/DD/YY) | Time
Delivery Attempt (MM/DD/YY) | Time

LABEL 11-B, MARCH 2019  PSN 7

EP13C September 2021