```
MAURICE R NASH
600 I STREET #1304
SACRAMENTO, CALIFORNIA 95814
424-232-3678
```

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| IN R e EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LIGATION<br><br>MAURICE R NASH<br><br>CLAIMANT<br><br>VS.<br><br>JND ADMINSTRATOR FOR EQUIFAX DTA BREACH SETTLEMENT),<br><br>Defendant(s) | MDL DOCKET NO. 2800<br>CASE NO.; 1;17-MD-2800—TWT<br><br>ES PARTE APPLICATION ON MOTION FOR DECLARATORY RELIEF<br><br>DATE     APRIL 25, 2022<br><br>PLACE;   UNITED STATES DISTRICT<br>         COURT<br>         2211 UNITED STATES COURT<br>         TED TURNER DRIVE<br>         ATLANTA, GEORGIA 30303<br><br>Chief Judge<br>Thomas W. Trash Jr. |

I MAURICE R NASH CLAIMANT IN THE EQUITAX DATA BREACH SETTLEMENT AM APPLYING EX PARTE FOR MOTION FOR DECLARATORY RELIEF. THIS APPLICATION IS BASD ON THE DLCARATION FOR CLAIMANT, SECOND VERIFIED COMPLAINT AND EXHIBITS..

THIS APPLICATION IS BASED ON THE GOUNDS THAT IRREPARABLE HARM WILL RESULT IF NOT HEAR ON ES PARTE APPLICATION FOR MOTION FOR DECLARATORY RELIEF..

DATED: APRIL 16, 2022

*[signature]*

MAURICE R. NASH

# SUPPORTIN DECLARATION FO MAURICE R. NASH/claimant for declaratory RE ADVANCE NOTIFICATION

I MAURICE R. NASH CLAIMANT DECLARE;

1. I am delclarant/claimant in the above described action.
2. On April 18, 2022, I informed JND LEGAL ADMINSTRATION BY UNITED STATES POSTAL SERICE, that the ES PARTE APPLICATION ON MOTION FOR DECLARATORY RELIEF would be made on APRIL 25, 2022 or soon Thereafter at UNITED STATES DISTRICT, NORTHERN DISTRICT OF GEORGIA, ATLANTA, GEORGIA 30303.
3. The JND Admintrator sent clamant a E-Mail with a deadline date to respond to the E-mail about an incomplete claim forn. (See attach E-Mail to this ADVANCE NOTIFICATION)

DATED: APRIL 16, 2022

*/s/ Maurice R. Nash*

MAURICE R. NASH

## Your Equifax Settlement Claim is Incomplete (You Must Act or Your Claim Will Be Denied)

From: Equifax Breach Settlement Administrator (info@equifaxbreachsettlement.com)

To: rhoden.maurice@yahoo.com

Date: Friday, March 18, 2022, 05:19 PM PDT

**Your Claim Number: PCEUD6W9H4**

Dear MAURICE R NASH:

You filed a claim for more than 10 hours of total time spent and money spent in connection with the Equifax Data Breach Settlement.

Your claim is incomplete because you did not provide supporting documentation. If you submitted a claim for money you lost or spent, the Settlement requires documentation showing that you lost or spent the money in connection with the Equifax Data Breach. If you submitted a claim for more than 10 hours of time you spent, the Settlement also requires documentation showing that the time was spent in connection with the Equifax Data Breach.

Please provide documentation showing unreimbursed money you lost or spent, and/or relating to the time you spent, trying to prevent or recover from fraud or identity theft caused by the Equifax Data Breach. For example, you can provide credit card statements or bank statements showing the expense or unauthorized charges, invoices, telephone records, receipts for freezing your credit report, police reports, and invoices from lawyers or accountants.

**You must submit supporting documentation to complete your claim by April 18, 2022.**

**If you do not provide supporting documentation, your claim for more than 10 hours of total time spent and money spent will be denied.**

The documentation must show your name, the date, where the documentation is from, what happened and how much you lost or spent.

Written statements by you describing the money you lost or spent, or the time you spent, are not enough to support your claim except to explain other documents you submit.

Please add your Claim Number (provided above) to all supporting documents you submit. Please only send copies of documents.

To submit documentation for your claim, click here.

You can also submit documentation by mail **postmarked by April 18, 2022**. Please make sure to include your full name, mailing address, and Claim Number and mail it to:

Equifax Data Breach Settlement
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

*Attachment to Advance Notification*

For more information about the Settlement, including more information about the types of costs and losses that can be paid back to you, what documents you need to attach, and how the Settlement Administrator decides whether to approve your payment, please visit the Settlement Website at www.EquifaxBreachSettlement.com.

This notice is from the Court-appointed Settlement Administrator (JND Legal Administration), not Equifax. Please do not contact Equifax with questions. You may contact JND by email at info@EquifaxBreachSettlement.com, by phone toll-free at 1-833-759-2982, or by mail at Equifax Data Breach Settlement, c/o JND Legal Administration, P.O. Box 91318, Seattle, WA 98111-9418.

To unsubscribe, please click on the following link: unsubscribe

*[handwritten: Attachment to Advance Notification]*

# DECLARATION OF MAURICE R NASH

1. I MAURICE R. NASH am the claimant in the EQUIFAX Data Breach settlement.
2. Claimant submitted claim with supporting documents before the expiration deadline.
3. Claimant was referred from District Court after it dismissal of the case (See Verified Second Amend Complaint with exhibits).
4. This claim is the result of a Chapter 7 Discharge in the the Bankruptcy court in 2002, that. EQIFAX INTENTIONAL VIOLATED, by not removing debts that were Discharge for 15 year from claimant credit report.(See Exhibit 2 for the First Amended Complaint and page 2 number 6 and 7) .
5. EQUIFAX INTENTIONNAL VIOLATED SECTION 11 SC SECTION 522(f) of claimant for 15 years.  Claimant has a her business  since 1995, this violation has cause irreparable injury due to the intentional violation of a Chapter 7 Discharge.
6. Claimant has had this business since 1995.  (See attachment).  Claimant put The work in by myself through my business and with the help of Processor. WHEREFORE Claimant prays the Court to DECLARE CLAIMANT IS ENTITLED TO AMOUNT CLAIMED.

DATED:  APRIL 16, 2022

*[signature]*

MAURICE R. NASH

**Department of the Treasury**
**Internal Revenue Service**
**Cincinnati, OH 45999**

In reply refer to:  0231274144
May 17, 2016        LTR 147C
95-4572211

MAURICE R NASH
RENEE PARALEGAL SERVICE
8166 OCCIDENTAL DR APT 38
SACRAMENTO      CA 95826

Taxpayer Identification Number: 95-4572211

Form(s):

Dear Taxpayer:

Thank you for your telephone inquiry of May 17th, 2016.

Your Employer Identification Number (EIN) is 95-4572211. Please keep this letter in your permanent records. Enter your name and your EIN on all business federal tax forms and on related correspondence.

If you have any questions regarding this letter, please call our Customer Service Department at 1-800-829-0115 between the hours of 7:00 AM and 7:00 PM Eastern. If you prefer, you may write to us at the address shown at the top of the first page of this letter. When you write, please include a telephone number where you may be reached and the best time to call.

Sincerely,

Ms. Campbell
1000727454
Customer Service Representative

*Attachment to Supporting Declaration*

Case 2:14-cv-00850-MCE-EFB   Document 1-1   Filed 04/04/14   Page 1 of 1

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
MAURICE R. NASH

### DEFENDANTS
2:14 - CV - 0850 MCE EFB PS

**(b)** County of Residence of First Listed Plaintiff: Sacramento
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO PER
424-232-3678

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
|  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act |  |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation |  |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 890 Other Statutory Actions |
|  |  | ☐ 555 Prison Condition | ☐ 871 IRS—Third Party 26 USC 7609 |  |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violation of 15 USC Section 1681(a)-(e)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Thomas Donovan
ADV # 02584
DOCKET NUMBER 02-30368 ID

DATE 4-4-2014
SIGNATURE OF ATTORNEY OF RECORD M. R. N.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Attachment 2

1  Maurice R. Nash
   3166 Occidental Drive #38
   Sacramento, California 95826
2  424-232-3678



**FILED**

MAY 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

Maurice R. Nash,

    Plaintiff,

vs.

Wachovia Bank, Well's Fargo Bank, and Equifax Information System LLC., and Does 1 to 20 inclusive

    Defendant(s)

) Case No.: No. 2:14-CV-0850 MCE EFB PS
)
) FIRST Amended Complaint
) Complaint For Damages For Violation of FCRA
) And US Constitution Section 14th Amendment
)
) Demand For Jury Trial
)

1. The court has jurisdiction under Title 15 United States Code Sections 1681i, 1681e(b), 1681n(a)(2) and California Civil Code Section 2983.8(b).
2. Plaintiff is a consumer as define by the Fair Credit Reporting Act in Title 15 U.S.C. Section 1681 and resides in Sacramento County, California.
3. Defendant Wachovia Bank is a National Banking Association doing Business in California.
4. Defendant Wells Fargo Bank is a National Bank Association. Defendant is furnisher of False information to defendant Equifax.
5. Defendant Equifax Information System LLC., prepared and issued credit reports concerning plaintiff which include false information.

I

Procedural History

6. In 2002, Plaintiff was a Debtor in a Chapter 7 Bankruptcy in the Central District of California. Plaintiff received a letter from Pace Setters Collection representing WFS demanding $7,000.00. This was the balance due on a repossessed vehicle.
7. Plaintiff then filed a Motion to Avoid A Lien on Personal Property pursuant to Title 11 U.S.C. Section 522(f), on March 24, 2003. A hearing was heard on April 20, 2003. At that hearing the court stated that Defendant WFS chose to sell the vehicle for a lesser amount then the contract and that Plaintiff did not owe Defendant WFS the demanded $7,000.00.

II

Contentions

Plaintiff contends:

8. Defendant Wachovia Bank never obtained a Deficiency Judgment against plaintiff which is required by law pursuant to Civil Code Section 2983.8(b), that would entitle defendant to report that information to the credit reporting bureau and on plaintiff credit report.
9. Defendant Wachovia Bank, Defendant Equifax Information System and Defendant Wells Fargo Bank intentional violated plaintiff 14th Amendment Rights by not following the law as it is prescribed in these matter. Defendant each of them violated FCRA Title 15 U.S.C.Section n(a)(2).
10. Defendant Wachovia Bank,Wells Fargo Bank and Equifax Information System intentional interfered with plaintiff right of a Fresh Start pursuant to a Discharge plaintiff received from the Bankruptcy Court.

-2-

### III
### Statement Fact

11. Defendants WFS, Wachovia Bank, Wells Fargo Bank and Equifax Information System have never obtained a Deficiency Judgment in a court of law against plaintiff in the amount of $7,000.00. But insisted they did when plaintiff disputed the item on plaintiff credit report.

12. In April 20, 2003, plaintiff Motion the Bankruptcy Court to address this matter while in a Chapter 7 Bankruptcy. The ruling from the court stated plaintiff did not owe defendants that money. (See Exhibit 1, the docket showing the scheduled hearing.)

### IV
### Discussion

13. On June 2007, plaintiff youngest daughter graduated from High School and was accepted at UCD, California. At the time of the Graduation plaintiff had 27 years of work experiences. Plaintiff thought enough time had pass since plaintiff Chapter 7 Discharge and had started applying for employment, housing and a vehicle.

14. In March 2008, plaintiff applied for Educational Plus Loan for my daughter and it was denied I did not know why until later. In May 2008, plaintiff was being interviewed for employment that plaintiff had tested for. In the interview plaintiff was ask about the open account for $7,000.00. Plaintiff was shock for a moment during the interview. Plaintiff then ask for more time to inquiry. The position had a starting salary of $38,000.00 TO 42,000.00 per year with benefits. The job offer was in the Financial Accounting area. The employer agreed to give plaintiff 60 days to clear the matter.

15. Plaintiff contacted defendant Equifax for a copy of the credit report and to open an investigation in June 2008. Plaintiff receive the credit report and was told that Wachovia Bank was standing by their decision. Plaintiff later found out that defendant Wells Fargo Bank was the Holding Bank for Defendant Wachovia Bank during this time.

16. Plaintiff then requested re-investigation from defendant Equifax. In August 2008, at the end of the 60 days, defendant Equifax refuse to take the item off my credit report even after I sent copies of the Discharge.

17. Plaintiff has applied for housing to rent and buy but this debt still prevented plaintiff from going forward in the pursuit of happiness or even a fresh start.

### FIRST CLAIM FOR RELIEF
(Negligent Noncompliance with FCRA)

- 3 -

18. Plaintiff incorporates by reference paragraphs 1 through 17.

19. Defendants Wachovia Bank, Wells Fargo Bank and Equifax negligently fail to comply with the requirements in California Civil Code Section 2983.8, (b) obtaining Deficiency Judgment in a court of law by proving the accuracy of breach of contract for $7,000.00. Defendant each of them knowingly furnished False information to Credit Reporting Agency pursuant to FCRA Title 15 U.S.C. Section 1681i

20. As a result of defendant's failure to comply with the requirement of California Civil Code Section 2983.8, plaintiff has suffered actual damages, including economic loss, lost opportunity to receive credit, damage reputation, invasion of privacy, interference with her normal and usual activities, emotional distress, anger, frustration, humiliation, anxiety, fear, worry and related health problems, for which plaintiff seeks damages in an amount to be determined by the court.

SECOND CLAIM FOR RELIEF

(Willful Noncompliance with FCRA)

21. Plaintiff incorporates by reference paragraphs 1 through 20.

22. Defendants Wachovia Bank, Wells Fargo Bank and Equifax Information Systems willfully failed to comply with the 14th Amendment of the Constitution due process and equal protection component of the 14th amendment. Including but not limited to: Plaintiff now knows where the Order from the Bankruptcy Court relieving plaintiff from that Obligation. WHEREFORE, plaintiff prays for judgment against each defendant as follows:

1. Actual and punitive damages to be determined by the court to the first claim.
2. Statutory and punitive damages to be determined by the court to the second claim.

_____
MAURICE R. NASH
3166 OCCIDENTAL DR #38
SACRAMENTO, CALIFORNIA  95826
424-232-3678

- 4 -

Case 2:14-cv-00850-MCE-EFB   Document 5   Filed 05/15/15   Page 5 of 5

| Date | Doc # | Description |
|---|---|---|
| 04/20/2004 | 101 (5 pgs) | Motion to avoid a lien of WFS Financial with proof of service; filed by Debtor in pro se [Pleading originally filed on 03/24/04] [PPC] Original NIBS Entry Number: 86 (Entered: 04/20/2004) |

Exhibit 1

DECLARATION OF MAURICE R. NASH PLAINTIFF

I Maurice R. Nash, declare the following itemized statement of Loss of Earnings is true and correct under the penalty of perjury.

The period of time plaintiff will cover is from 2005 to 2015. Defendant Equifax Information System LLC. Clouded plaintiff Credit Report History for 10 years with no legal proof of that debt. When Plaintiff brought this to the attention of Defendant plaintiff was ignored and refused on many occasions.

1. Year 2005   Net Income that could have been generated from Yogurt Business.  $60,000.00
   At twelve percent interest (12%)$7,200.00

2. Year 2006 - $80,000.00      Balance $67,200.00
   Interest $17,664.00

3. Year 2007 - $80,000.00      Balance $ 164,864
   Interest $29,383.00

4. Year 2008 - $50,000.00      Balance $274,247
   Interest $39,910

5. Year 2009 - $50,000.00      Balance $363,157
   Interest $ 49,579.00

6. Year 2010 - $50,000.00      Balance $462,736.00
   Interest $51,528.00

7. Year 2011 - $50,000.00      Balance $564,264.00
   Interest $73,712.00

8. Year 2012 - $50,000.00      Balance $687,976.00
   Interest $88,557.00

9. Year 2013 - $50,000.00      Balance $826,533.00
   Interest $105,384.00

10. 2014 - $50,000.00      Balance $ 981,917.00
    Interest $123,820.00

Summary of Pleading - 3

1     TOTAL LOSS OF INCOME PLUS INTEREST IS $1,165,737.00

2    11. PUNITIVE DAMAGES FOR EMOTIONAL DISTESS AND HARM SUFFERED BY FAMILY IS $

3     $2,000,000.00.

5   I certify under the penalty of perjury that the above statement are true and correct.

7 DATED: APRIL 5, 2016

8                                  MAURICE R. NASH

Query   Reports   Utilities   Help

PRO_SE,CIVIL,CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:14-cv-00850-MCE-EFB

| | |
|---|---|
| (PS) Nash v. Wachovia Bank et al | Date Filed: 04/04/2014 |
| Assigned to: Chief Judge Morrison C. England, Jr | Date Terminated: 09/27/2017 |
| Referred to: Magistrate Judge Edmund F. Brennan | Jury Demand: Plaintiff |
| Case in other court: USCA, 17-17028 | Nature of Suit: 380 Personal Property: Other |
| Cause: 15:1681 Fair Credit Reporting Act | Jurisdiction: Federal Question |

**Plaintiff**

**Maurice R. Nash**     represented by   **Maurice R. Nash**
P.O. Box 278652
Sacramento, CA 95826
424-232-3678
PRO SE

V.

**Defendant**

**Wachovia Bank**     represented by   **Adam N. Barasch**
Severson & Werson
One Embarcadero Center,
Suite 2600
San Francisco, CA 94111
415-677-5533
Fax: 415-677-5664
Email: anb@severson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Bank**     represented by   **Adam N. Barasch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| 01/21/2015 | 3 | REQUEST FOR STATUS by Maurice R. Nash. (Reader, L) (Entered: 01/22/2015) |
|---|---|---|
| 04/15/2015 | 4 | ORDER signed by Magistrate Judge Edmund F. Brennan on 04/14/15 ORDERING THAT the 2 Motion to Proceed IFP is GRANTED; the complaint is DISMISSED with leave to amend within 30 days. (Benson, A) (Entered: 04/15/2015) |
| 04/15/2015 |  | SERVICE BY MAIL: 4 Order served on Maurice R. Nash. (Benson, A) (Entered: 04/15/2015) |
| 05/15/2015 | 5 | FIRST AMENDED COMPLAINT against All Defendants by Maurice R. Nash. (Manzer, C) (Entered: 05/18/2015) |
| 01/06/2016 | 6 | ORDER signed by Magistrate Judge Edmund F. Brennan on 1/6/2016 DIRECTING the Clerk of Court to issue all process pursuant to F.R.Cv.P. Rule 4 and to send the plaintiff one USM-285 form, one copy of the 7 Summons, a copy of the 5 First Amended Complaint, and the 8 Civil New Case Documents; ADVISING the plaintiff that the U.S. Marshal will require: one completed summons, one completed USM-285 form for each defendant, a copy of the first amended complaint for each defendant, with an extra copy for the U.S. Marshal, and a copy of the civil new case documents for each defendant; ORDERING the plaintiff to supply the U.S. Marshal, within 14 days, all the information needed to effectuate service and to file a statement with the court that said documents have been submitted; DIRECTING the U.S. Marshal to serve all process without prepayment of costs within 90 days of receipt of the required information from the plaintiff; CAUTIONING the plaintiff that a failure to comply with this order may result in a recommendation that this action be dismissed. (cc: U.S. Marshal) (Michel, G.) (Entered: 01/06/2016) |
| 01/06/2016 | 7 | SUMMONS ISSUED as to *Equifax Information System LLC, Wachovia Bank, Wells Fargo Bank* with answer to 5 First Amended Complaint due within *21* days. Attorney *Maurice R. Nash* *3166 Occidental Drive, #38* *Sacramento, CA 95826*. (Michel, G.) (Entered: 01/06/2016) |
| 01/06/2016 | 8 | CIVIL NEW CASE DOCUMENTS ISSUED: Initial Scheduling Conference SET for 6/8/2016 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. (Attachments: # 1 Consent Form) (Michel, G.) (Entered: 01/06/2016) |

**Defendant**

| Equifax Information System LLC | represented by | **N. Charles Campbell, II , PHV** |

*TERMINATED: 09/30/2016*

King and Spalding LLP
1180 Peacetree Street NE
Atlanta, GA 30309
404-572-4600
Fax: 404-572-5100
Email: ccampbell@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas P. Quinn , Jr.**
Nokes & Quinn
410 Broadway
Laguna Beach, CA 92651
949-376-3500
Email: tquinn@nokesquinn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WFS Financial Service**
*also known as*
Wells Fargo Bank N.A.

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2014 | 1 | COMPLAINT against Equifax Information System LLC, Wachovia Bank, Wells Fargo Bank by Maurice R. Nash. (Attachments: # 1 Civil Cover Sheet)(Meuleman, A) (Entered: 04/08/2014) |
| 04/04/2014 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Maurice R. Nash. (Meuleman, A) (Entered: 04/08/2014) |
| 04/08/2014 | | APPLICATION TO PROCEED IFP filed - Action Required. (Meuleman, A) (Entered: 04/08/2014) |
| 06/02/2014 | | APPLICATION TO PROCEED IFP filed - Action Required. (Martin-Gill, S) (Entered: 06/02/2014) |

MAURICE NASH
P.O. Box 278652
Sacramento, CA.
95827

CLEARED

APR 2 5 2021

U.S. Marshals Service
Atlanta, GA

United States District Court
Clerk of the Court
2211 United States Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia
30303



**F** US POSTAGE PAID
$5.50
Origin: 95818
04/18/22
0567090828-19

FIRST-CLASS PKG SVC - RTL™

0 Lb 6.80 Oz
1022

C039

SHIP TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING® #

9500 1148 7446 2108 7185 36