Maurice R. Nash
Claim # PCE4D6W9H4
P.O. Box 278652
Sacramento, CA 95827
424-232-3678

Home Address
600 I St
# 1804
Sacramento, CA 95814

Enclosed a Stamp Address Envelope.

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 25 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk