IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT<br><br>CONSUMER CASES |

**ORDER AMENDING**
**CASE MANAGEMENT ORDER FOR OPT-OUT CASES**

The Court has considered the motion filed by Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively, "Equifax") seeking an amendment to the Case Management Order for Opt-Out Cases (Dkt. No. 1216, as amended by Dkt. No. 1219). For good cause shown, the Court orders as follows:

1. Equifax shall file a consolidated reply in support of its Motion to Dismiss as to all Opt-Out Plaintiffs except Plaintiff Audella Patterson by February 28, 2022 (being 30 days after the filing of Plaintiffs Joshpe's and Khalaf's oppositions).

2. Equifax shall file a reply in support of its Motion to Dismiss as to Plaintiff Patterson within 30 days after she files any opposition to Equifax's Motion.[4]

SO ORDERED, this 29th day of April, 2022.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge

---

[4] Should the Court deny entirely Plaintiff Patterson's pending motion for a stay and extension, Equifax shall file its reply as to Patterson within 30 days of the Court's order denying her motion.