IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion for Declaratory Relief by Maurice Nash [Doc. 1236]. To the extent that the motion seeks relief from the Administrators handling of the Movant's claim in the consumer track MDL class action, the Motion for Declaratory Relief by Maurice Nash [Doc. 1236] is DENIED. To the extent that the Movant's claim arises out of the Movant's bankruptcy action, the Court lacks jurisdiction and the Motion is DENIED.

SO ORDERED, this __29th__ day of April, 2022.

_[signature]_
THOMAS W. THRASH, JR.
United States District Judge