## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Judge Thomas W. Thrash, Jr. |

## CONSUMER PLAINTIFFS' NOTICE REGARDING OBJECTORS FRANK, WATKINS, HUANG, AND COCHRAN'S MOTIONS TO RETURN PORTION OF APPEAL BOND [DOCS. 1211, 1223, 1228]

Objectors Frank and Watkins moved for an order for return of a portion of the appeal bond previously ordered by the Court. [*See* Doc. 1209 (motion); Doc. 1094 (order directing posting of appeal bond)]. Objector Shiyang Huang filed a joinder to Frank and Watkin's Motion and later withdrew his joinder, pending the resolution of all proceedings before the United States Supreme Court. [Doc. 1210; Doc. 1215]. Objector Cochran also moved for a return of the portion of the appeal bond. [Doc. 1211]. Objectors Frank and Watkins subsequently filed an Amended Motion for return of the appeal bond, agreeing to seek a return of their $4000.00 deposit less the full amount of the allowed $420.75 in taxable costs. [Doc. 1223]. Frank and Watkins

reserved the right to privately collect the $70.13 shares of the appellate costs from the co-appellants. *Id.*

Consumer Plaintiffs had no objection to Frank and Watkins's Amended Motion. [*See* Doc. 1227]. Consumer Plaintiffs, however, noted that they had received checks on behalf of two objectors, Mikell West and John W. Davis, each in the amount of $70.13, such that the balance of unpaid taxable costs was only $280.49. *Id.* Objector Huang subsequently reinstated his motion to return appeal bond, seeking return of $1929.87. [Doc. 1228]. Objectors Frank and Watkins filed a reply in support of their Amended Motion, seeking return of their $4000.00 bond less $140.26—the amount of plaintiffs' costs that they claim will remain unsatisfied if Objector Huang and Cochran's motions are granted to return $1929.87 to them. [Doc. 1229].

Consumer Plaintiffs hereby notify the Court that they have since received a check from Objector Andrews in the amount of $71.00. Thus (and without accounting for the amount on deposit by Objectors Frank, Watkins, Cochran, and Huang), the balance of the unpaid taxable costs is presently only $209.49.

[Signature to follow on next page]

2

Dated: May 3, 2022.                    Respectfully submitted,

                                       */s/ Kenneth S. Canfield*
                                       Kenneth S. Canfield
                                       Ga Bar No. 107744
                                       **DOFFERMYRE SHIELDS**
                                       **CANFIELD & KNOWLES, LLC**
                                       1355 Peachtree Street, N.E.
                                       Suite 1725
                                       Atlanta, Georgia 30309
                                       Tel. 404.881.8900
                                       kcanfield@dsckd.com

                                       */s/ Amy E. Keller*
                                       Amy E. Keller
                                       **DICELLO LEVITT GUTZLER LLC**
                                       Ten North Dearborn Street
                                       Eleventh Floor
                                       Chicago, Illinois 60602
                                       Tel. 312.214.7900
                                       akeller@dicellolevitt.com

                                       */s/ Norman E. Siegel*
                                       Norman E. Siegel
                                       **STUEVE SIEGEL HANSON LLP**
                                       460 Nichols Road, Suite 200
                                       Kansas City, Missouri 64112
                                       Tel. 816.714.7100
                                       siegel@stuevesiegel.com

                                       ***Consumer Plaintiffs' Co-Lead Counsel***

                                       */s/ Roy E. Barnes*
                                       Roy E. Barnes
                                       Ga. Bar No. 039000
                                       **BARNES LAW GROUP, LLC**
                                       31 Atlanta Street
                                       Marietta, Georgia 30060

3

Tel. 770.227.6375
roy@barneslawgroup.com

David J. Worley
Ga. Bar No. 776665
**EVANGELISTA WORLEY LLC**
8100A Roswell Road Suite 100
Atlanta, Georgia 30350
Tel. 404.205.8400
david@ewlawllc.com

***Consumer Plaintiffs' Co-Liaison
Counsel***

Andrew N. Friedman
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
Tel. 202.408.4600
afriedman@cohenmilstein.com

Eric H. Gibbs
**GIRARD GIBBS LLP**
505 14th Street
Suite 1110
Oakland, California 94612
Tel. 510.350.9700
ehg@classlawgroup.com

James Pizzirusso
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
Tel. 202.540.7200
jpizzirusso@hausfeld.com

Ariana J. Tadler
**TADLER LAW LLP**
One Penn Plaza
36th Floor
New York, New York 10119
Tel. 212.946.9453
atadler@tadlerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel. 813.223.5505
jyanchunis@forthepeople.com

William H. Murphy III
**MURPHY, FALCON & MURPHY**
1 South Street, 23rd Floor
Baltimore, Maryland 21224
Tel. 410.539.6500
hassan.murphy@murphyfalcon.com

Jason R. Doss
Ga. Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
Tel. 770.578.1314
jasondoss@dossfirm.com

***Consumer Plaintiffs' Steering Committee***

Rodney K. Strong
**GRIFFIN & STRONG P.C.**
235 Peachtree Street NE, Suite 400
Atlanta, Georgia 30303
Tel. 404.584.9777
rodney@gspclaw.com

***Consumer Plaintiffs' State Court
Coordinating Counsel***

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this reply memorandum has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Those counsel for parties who are registered ECF users will be served by the ECF system.

I also certify that copies of the foregoing were served upon the following Objector-Appellants via U.S. Mail and electronic mail on May 3, 2022:

George Willard Cochran, Jr.
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com

Shiyang Huang
2800 SW Angler Court
Topeka, Kansas 66614
defectivesettlement@gmail.com

John William Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, Florida 33607
john@johnwdavis.com

I also certify that copies of the foregoing were served upon the following *pro se* Objector-Appellants by depositing those copies into a U.S. mailbox on May 3, 2022:

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

*/s/ Roy E. Barnes*

Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com