IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT |
| | ALL CASES |

## ORDER GRANTING MOTIONS
## TO RETURN APPELLATE COST BONDS

This is an MDL proceeding arising out of the Equifax data breach. Objectors Shiyang Huang, Theodore H. Frank, David R. Watkins, and George W. Cochran have moved for the return of appellate cost bonds, less appellate costs totaling $70.13 per objector.[1] [*See* Docs. 1209, 1210, 1211, 1223].[2] The motions are GRANTED, with the Court separately addressing the amounts owed to each objector below.

### I.   Individual Objectors

#### A.  Frank and Watkins

Frank and Watkins paid a joint appellate cost bond totaling $4,000, and request the return of $3,859.74, comprised of their bond less $140.26 for their shares of the appellate costs owed. [Doc. 1229 at 1]. In accordance with N.D. Ga Local R.

---

[1] $70.13 accounts for one-sixth of the $420.75 in taxable appellate costs incurred by the six objector-appellants who were ordered to pay appellate bonds. [Doc. 1206-1].

[2] Objectors Frank and Watkins filed their initial motion, which Huang joined. [Docs. 1209, 1210]. Frank and Watkins then filed an amended motion, and Huang filed a response that implied his joinder in the amended motion. [Docs. 1223, 1228]. The Court thus construes Huang's joinder to apply to Frank and Watkins's amended motion as well.

67(c)(3), the Clerk is authorized and directed to draw a check(s) on the funds on deposit in the registry of this Court in the principal amount of $3,859.74, payable to Frank and Watkins' counsel, the Hamilton Lincoln Law Institute, and to mail or deliver the check(s) to:

> Hamilton Lincoln Law Institute
> Attn: Anna St. John
> 1900 General Taylor Street
> New Orleans, Louisiana 70115

### B. Huang

Huang paid an appellate cost bond in the amount of $2,000, and requests the return of $1,929.87, comprised of the bond amount he paid less $70.13 for his share of the appellate costs owed. [*See* Doc. 1228 at 2]. In accordance with N.D. Ga Local R. 67(c)(3), the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $1,929.87, payable to Shiyang Huang, and to mail or deliver the check to Huang at:

> Shiyang Huang
> 2800 Southwest Engler Court
> Topeka, Kansas 66614

### C. Cochran

Cochran also paid an appellate cost bond in the amount of $2,000, and requests the return of $1,929.87, comprised of the bond amount he paid less $70.13 for his share of the appellate costs owed. [*See* Doc. 1211 at 2]. In accordance with N.D. Ga Local R. 67(c)(3), the Clerk is authorized and directed to draw a check on the funds

on deposit in the registry of this Court in the principal amount of $1,929.87, payable to George W. Cochran, and to mail or deliver the check to Cochran at:

> George W. Cochran
> 1981 Crossfield Circle
> Kent, Ohio 44240

### D. Costs to the Plaintiff-Appellees

In its mandate, the Eleventh Circuit entered a bill of costs awarding $420.75 in costs to the Plaintiff-Appellees, which this Court then entered as a judgment. [Docs. 1206-1, 1208]. The four moving objectors have requested to have their portions of the costs owed, which is calculated as $70.13 each, deducted from their appellate cost bonds. [*See* Docs. 1209, 1210, 1211, 1223]. The Court will grant that request, calculated as $70.13 times four, totaling $280.52 in costs.[3] Therefore, in accordance with N.D. Ga Local R. 67(c)(3), the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $280.52, payable to Roy E. Barnes, counsel for the Plaintiff-Appellees, and to mail or deliver the check to Barnes at:

> Barnes Law Group, LLC
> 31 Atlanta Street
> Marietta, Georgia, 30060

---

[3] By the Court's calculation, the Plaintiff-Appellees are owed a balance of $140.23 from the two remaining objectors, Andrews and West, in costs.

## II. Conclusion

The objectors' motions to return portions of their appellate cost bonds [Docs. 1211, 1223] are GRANTED, with the amounts being returned as to each objector specified above. To the extent Frank and Watkins' initial motion [Doc. 1209] remains pending, it is DENIED as moot.

SO ORDERED, this ___6th___ day of May, 2022.

THOMAS W. THRASH, JR.
United States District Judge

TO THE COURT

So is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court PRINCIPAL BALANCE OF # 10,000.— plus interest of # 14.94 as of MAY 5th, 2022

Deputy Clerk
Financial Intake Section

4