# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

# MOTION OF OBJECTOR MIKELL WEST TO RETURN PORTION OF APPEAL BOND

Pursuant to LR 67.1(C), NDGa., Objector Mikell West ["West"] requests that this Court order the Clerk to return to him the $2000.00 Fed. R. Civ. P. 7 appeal bond that he posted in this Court. As noted in class counsel's notice [Dkt. 1239], West has already paid his one-sixth share of the $420.75 in taxable costs allowed by the Eleventh's Circuit mandate. He is therefore entitled to disbursement of the entire bond amount.

On March 30, 2020, Plaintiffs moved for this Court to impose appeal bonds in the amount of $20,000.00 for each objector. On May 11, 2020, this Court ordered the six objector-appellants instead to each post a bond of $2000.00 to secure appellate costs. [Dkt. 1094] West posted his bond.

On June 3, 2021, the Eleventh Circuit affirmed in large part this Court's Order approving the class settlement. As part of the Eleventh Circuit's mandate, it awarded Appellee-Plaintiffs $420.75 in costs from the Objector-Appellants. With the mandate now memorialized in this Court [Dkt. 1208], West now moves for a return of his bond. Because he was one of six appeals to the Eleventh Circuit [Nos. 20-10249, 20-10609, 20-10610, 20-10611, 20-10612, 20-11470] from the settlement approval, his share of the appellate costs was $70.12. He has sense paid that amount seeks return of $2000.00 from the Clerk.

This Court has previously ordered the return of appellate bonds for four objectors. [Dkt. 1240]. In its Order, this Court noted that "[b]y the Court's

1

calculation, the Plaintiff-Appellees are owed a balance of $140.23 from the two remaining objectors, Andrews and West, in costs." [*Id.*] As reflected in class counsel's Notice, West had already paid his share. Through this Motion, West seeks to have the Clerk disburse the full bond amount with a check for $2000.00 that should be made payable to the:

Bandas Law Firm, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401

The check should be mailed to the same address.

   **WHEREFORE**, Objector West moves the Court to remit $2000.00 back to his possession.


Dated:      May 11, 2022                     Respectfully submitted,


                                             /s/ Jerome J. Froelich, Jr.
                                             Jerome J. Froelich, Jr.
                                             State Bar No. 278150
                                             McKENNEY & FROELICH
                                             One Midtown Plaza, Suite 910
                                             1360 Peachtree Street
                                             Atlanta, Georgia  30309-2920
                                             (404) 881-1111

Robert W. Clore
*Pro Hac Vice*[1]
State Bar of Texas #24012436
Admitted to the United States District
Court, Southern District of Texas, ID
No. 2032287
Bandas Law Firm, P.C.
802 N. Carncahua, Suite 1400
Corpus Christi, Texas 78401
(361) 698-5200


*Attorneys for Mikell West*

---

[1] Dkt. 23 at 4.

# CERTIFICATE OF FONT

I hereby certify that this Motion has been prepared in compliance with Local

Rules 5.1 and 7.1


DATED: May 11, 2022                    /s/ Jerome J. Froelich,  Jr.
                                       Jerome J. Froelich, Jr.

4

## CERTIFICATE OF SERVICE

The undersigned certifies that today he filed the foregoing document and attached exhibits on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: May 11, 2022                    /s/ Jerome J. Froelich,  Jr.
                                       Jerome J. Froelich, Jr.