# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS<br><br>Chief Judge Thomas W. Thrash, Jr. |

**[PROPOSED] ORDER GRANTING MOTION OF OBJECTOR MIKELL WEST TO RETURN PORTION OF APPEAL BOND**

On May 11, 2022, consumer class member, Mikell West ["West"], moved this Court for an Order returning the $2000 bond that he posted. The Motion is hereby GRANTED.

Pursuant to LR 67.1(C), NDGa., the Clerk is hereby ordered to remit the full amount of West's $2000 bond by check made payable to West's counsel at the following address:

Bandas Law Firm, P.C.
Attn: Robert Clore
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401

IT IS SO ORDERED this _____ day of _____, 2022.

_____
Hon. Thomas W. Thrash, Jr.
United States District Court Judge