UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER ACTIONS |

**ORDER GRANTING MOTION OF OBJECTOR MIKELL WEST TO RETURN PORTION OF APPEAL BOND**

On May 11, 2022, consumer class member, Mikell West ["West"], moved this Court for an Order returning the $2000 bond that he posted. The Motion is hereby GRANTED.

Pursuant to LR 67.1(C), NDGa., the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $2,000.00, payable to West's counsel, Bandas Law Firm, P.C., and to mail or deliver the check to:

Bandas Law Firm, P.C.
Attn: Robert Clore
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401


IT IS SO ORDERED this 12th day of May, 2022.


*[signature]*
Hon. Thomas W. Thrash, Jr.
United States District Court Judge


**TO THE COURT**
is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court
PRINCIPAL BALANCE OF $10,000.—
plus interest of $15.39
as of MAY 12TH, 2022

*[signature]*
Deputy Clerk
Financial Intake Section

1