IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | Civil Action No. 1:17-md-02800 (TWT) |

**CERTIFICATE OF CONSENT FOR THE
<u>WITHDRAWAL OF MICHELLE A. KISLOFF</u>**

Pursuant to N.D. Ga. L.R. 83.1(E)(3), attorney Michelle A. Kisloff files this Certificate of Consent with the Clerk of the Court for a withdrawal as counsel for Defendant Equifax, Inc. in the above-captioned case. Equifax, Inc. has been given notice, has consented to this withdrawal, and has been notified of the items set forth in LR 83.1 (E)(2)(b)(B) – (H).

Equifax, Inc. will continue to be represented by counsel listed below at the firm Hogan Lovells US LLP. The withdrawal will not prejudice Equifax, Inc. in this case.

Dated: 5/23/22

*Jennifer Fease*
Equifax, Inc.

Dated: 5/24/22

Respectfully submitted,

*/s/ Michelle A. Kisloff*
Michelle A. Kisloff
Edith Ramirez
Adam Cooke
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
P: 202-673-6631
michelle.kisloff@hoganlovells.com
edith.ramierz@hoganlovells.com
adam.cooke@hoganlovells.com

*Attorneys for Equifax, Inc.*

Dated: 5/23/22

 */s/ Adam Cooke*
Adam Cooke
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
P: 202-673-6631
adam.cooke@hoganlovells.com

*Attorneys for Equifax, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | Civil Action No. 1:17-md-02800 (TWT) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, I served upon all counsel of record a true and correct copy of the CERTIFICATE OF CONSENT FOR THE WITHDRAWAL OF MICHELLE A. KISLOFF by filing the foregoing certificate with the Court's electronic filing system.

*/s/ Michelle A. Kisloff*
Michelle A. Kisloff