# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2800<br><br>1:17-MD-2800-TWT<br><br>CONSUMER CASES |

## CONSENT MOTION TO EXTEND TIME

Plaintiffs Brett Joshpe and Richard Khalaf respectfully move the Court to extend the time for the parties to file a Joint Preliminary Report and Discovery Plan pursuant to Fed. R. Civ. P. Rule 26(f) up to and including July 15, 2022.

Undersigned counsel has contacted counsel for Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC (collectively "Equifax") regarding the present Motion. Counsel for Equifax consents to and does not oppose the relief sought in this Motion.

Accordingly, Plaintiffs Joshpe and Khalaf respectfully request that the Court grant this Motion.

Respectfully submitted this 30th day of June, 2022

_____
JOSHPE MOONEY PALTZIK LLP
Edward A. Paltzik

1

1407 Broadway, Suite 4002
New York, NY 10018
Tel.: (212) 344-8211
Fax: (212) 313-9478
epaltzik@jmpllp.com
*Counsel for Plaintiffs Joshpe and Khalaf*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This Motion was prepared on a computer using Times New Roman font (14-point).

Respectfully submitted this 30th day of June, 2022

_____
Edward A. Paltzik

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Respectfully submitted this 30th day of June, 2022

Edward A. Paltzik