IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This filing relates to:<br><br>*Patterson v. Equifax Inc. et al.,*<br>Case No. 1:19-cv-05529-TWT | MDL DOCKET NO. 2800<br>1:17-MD-2800-TWT<br><br>CONSUMER CASES |

## ORDER GRANTING EXTENSION OF TIME

This cause is before the Court on Plaintiff Audella Patterson's and Defendants Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC's (together, "Parties") Joint Motion for Extension of Time to conduct the Rule 26(f) conference, file the required joint preliminary report and discovery plan, serve initial disclosures as outlined in Rule 26, and commence discovery. For good cause, the Motion is GRANTED. The Parties' deadline to conduct the Rule 26(f) conference, file the joint preliminary report and discovery plan, serve initial disclosures, and commence discovery is extended through and including August 29, 2022.

SO ORDERED this 6th day of July, 2022.

                                              /s/ Thomas W. Thrash
                                              THOMAS W. THRASH, JR.
                                              UNITED STATES DISTRICT JUDGE