FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

AUG 18 2022

KEVIN P. WEIMER, Clerk
By: _Kimberly_ Deputy Clerk

In re: Equifax Inc. Customer
Data Security Breach Litigation

MDL Docket No. 2800
No. 1:17-md-2800-TWT

CONSUMER ACTIONS

Chief Judge Thomas W. Thrash, Jr.

This Document Relates to:

ALL ACTIONS.

## NOTICE OF MOTION OF NOTICE OF APPEAL

Notice is hereby given that *GLENN MITCHELL*, Plaintiff apart of Class members in the above-Captioned case, hereby APPEALS to the United States District Court from the order of this Court (Notice to Rejection of Claim), stated it notice or comments (*Aug. 12, 2022*). {If the Order appealed From is an order suppressing or excluding evidence or requiring the Administration Motion to File Under Seal Pursuant to Civil L.R. 7–11 and 79-5 and supporting materials filed by Direct Purchaser Class (*GLENN MITCHELL*) class member plaintiff include the following language: "I ( *GLENN MITCHELL* ) hereby certify that the appeal is not taken for purpose of delay and that the Evidence is a substantial proof of a fact material in the proceeding."]. Claimant a *VICTIM OF EQUIFAX DATA Breach* will seek an "Objection of Justice" investigation if it is proven that Civil Rights and HEALTH INSURANCE PORTABILITY and ACCOUNTABILITY ACT of 1996 (HIPPAA) is a Federal law that required the creation of national standards to protect sensitive patient health

Information from being disclosed without the patients consent or knowledge. Claimant did *(# 29,604.43)*

*PAYOFF PACKET LOST* and did in fact experience many of the side effects forcing a recall

Of the ( *EQUIFAX DATA BREACH* ) and GRANTED relief in support of the Motion for

Final Approval of Class Action Settlements.


Dated: _____

# EQUIFAX DATA BREACH SETTLEMENT

# Check Your Claim Status

Claim Number: PVJMC-82ZKL

| Status Date | Status | Status Description |
|---|---|---|
| 1/21/2020 | Received | Your claim has been received by the Settlement Administrator. |

If you have any questions concerning the status of your claim, please refer to the **FAQs** or **contact** the Settlement Administrator.



## Ticket#919566/Re: Payment update -- Has Been Updated
1 message

**Equifax Breach Settlement Administrator** <info@equifaxbreachsettlement.com>
To: gwmitchell724@gmail.com

Wed, Apr 13, 2022 at 7:36 PM

--REPLY above this line to respond--

Your ticket 919566 - Re: Payment update, has been updated.

Dear Glenn,

Thank you for your email.

The Settlement received final approval from the Court on January 13, 2020.

Settlement appeals have been resolved and the Settlement is now effective.

Initial Claims Period and Extended Claims Period claims for time spent and out-of-pocket losses are under review. You will be contacted if additional information is needed regarding your claim(s).

Checks or pre-paid cards for valid claims for Out-of-Pocket Losses, Time Spent, and Alternative Reimbursement Compensation will be mailed by the Settlement Administrator to the mailing address that you provide.

Settlement benefits for eligible out-of-pocket losses and time spent are estimated to begin issuing in the Fall.

Please periodically visit the Settlement website, www.EquifaxBreachSettlement.com for updates.

Please do not contact the Court or its Clerk.

Regards,
Equifax Data Breach Settlement Administrator

*DOCUMENTS PROVEN*

*"OUT-OF-POCKETS" LOSS TOTAL: MAILED IN MAR. 15ᵗʰ 2022*

*#29,804.⁶³ Received: MAR. 18ᵗʰ 2022*

*SEE: CERTIFIED MAIL RECEIPT*

*PROVEN FACTS: ① ESTABLISH THE GENUINENESS AND VALIDITY OF (A WILL).*

*② DEMONSTRATE TO BE THE SPECIFIED THING (DOCUMENT) BY EVIDENCE OR ARGUMENT. (42 U.S.C. CIVIL RIGHTS CODE CHAP. 21; SUBCHAP (1) 1/ 1981) LAW.*



**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Seattle, WA 98111

Certified Mail Fee  $3.75

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage  $2.16

Total Postage and Fees  $8.96

Sent To  *In re Equifax Data Breach Set.*
Street and Apt. No., or PO Box No.  *C/O JND Legal Adm., P.O.B. 91318*
City, State, ZIP+4®  *Seattle, WA 98111-9418*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking #:

7021 1970 0002 3271 5443

---

**UNITED STATES POSTAL SERVICE.**

OLD NATIONAL
2385 GODBY RD
ATLANTA, GA 30349-5042
(800)275-8777

03:39 PM

| Qty | Unit Price | Price |
|-----|-----------|-------|

...s Mail®   1                    $1.56
...lope
e, WA 98111
: 0 lb 2.80 oz
ted Delivery Date
d 04/20/2022

Received

tMedal   1       $0.58   $0.58

$2.14
$2.14

xxxxxxxxxxx xxxxxxxxxxxxxxxxx
shold in the U.S. is now
to receive a second set
free test kits.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*In re Equifax Data
Breach Settlement
C/O JND Legal Adm.
P.O. Box 91318
Seattle, WA 98111-9418*

9590 9402 5373 9189 3939 85

2. Article Number *(Transfer from service label)*
21 1970 0002 3271 5443

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
**Mark Sayers**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAR 18 2022

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

**Domestic Return Receipt**



U.S. Department of Justice

THELAW!

UNDER PROTECTION OF 42 U.S.C. CIVIL RIGHTS CODE: TITLE 42; CHAP. 21;

SUBCHAP. :( 1)// 1981 IS CLEARLY DEFINED AS FOLLOWS:

STATEMENT OF EQUAL RIGHTS

(a) ALL persons within the jurisdiction of the United States shall have the same right in every

State and Territory to make and enforce contracts, to SUE, be parties, give evidence, and to

Full and equal benefits of ALL LAWS and proceedings for the security of PERSONS and PROPERTY

As is enjoyed by WHITE citizens, and shall be subject to like punishment, pains, penalties,

Taxes, licenses, and exactions of EVERY KIND and to no other.

MAKE AND ENFORCE CONTRACTS

(b). For purpose of this section, the term "make and enforce contracts" includes the making,

Performance, modification, and termination of contracts, and the enjoyment of all benefits,

All privileges, terms, and conditions of the contractual relationship.

PROTECTION AGAINST IMPAIRMENT

(c). THE RIGHTS PROTECTED BY THIS SECTION ARE PROTECTED AGAINST IMPAIRMENT BY

NONGOVERNMENTAL Discrimination AND IMPAIRMENT UNDER COLOR OF STATE LAWS.

42 U.S.C.//CHAP. 21 (1) (1981) P.L. 114 – 19........

UNITED STATES CONSTITUTION AMENDMENT V; AMENDMENT VII; AMENDMENT XIV...

## Certificate of Service

This is to certify that I have this day served foregoing document upon the person listed below by depositing in the United States mail, a copy of the same in the franked envelope requiring no postage for delivery.

This _Aug. 14th 2022_

PLAINTIFF

Mr. Glenn McEichell
P.O. Box 490354
College Park, GA
30349

ATLANTA METRO  301
15 AUG 2022 PM 7
15 AUG 2022  PM 4

U.S. POSTAGE PAID
RIVERDALE, GA
30274
AUG 15 22
AMOUNT
$0.84
R2305P149935-11

ATTN: Clerk of Court
United States District Court

2211 Richard B. Russell
Federal Bldg, United States
Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

TWT

CLEARED DATE

AUG 1 8 2022

U.S. Marshals Service
Atlanta, GA 30303