IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

### ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion to Appeal the Settlement Agreement [Doc. 1246]. It is treated as a motion because it is directed to this Court and not to the Court of Appeals. The Movant apparently did not object to the settlement. In any event it is too late to file an appeal. This case is closed. The Motion to Appeal the Settlement Agreement [Doc. 1246] is DENIED.

SO ORDERED, this  25th  day of August, 2022.

THOMAS W. THRASH, JR.
United States District Judge