RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 11 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Nathan Tobias Edwards
5343 SW Bancroft St.
Portland, OR 97221
nathantedwards@ymail.com
(503) 470-0929

October 5, 2022

Equifax Data Breach Settlement
℅ JND Legal Administration
PO Box 91318
Seattle, WA 98111-9418

Re: Nathan T. Edwards, Claim Number DBLNEM45RH

Dear Claims Administrator:

This is my appeal of your denial of my claim in your letter dated September 7, 2022, which states that my claim has been denied because "we were still unable to locate you in our records based on the information you provided." Today I entered my last name and last six digits of my social security number into your website and it states that, "Based on the information you provided, our records indicate your personal information was impacted by this incident." (screenshot attached).

I think you are not able to locate me in your database because there has never been a way for me to securely submit my social security number to you. Both forms submitted to you (1) Equifax Data Breach Claim Form for Class Members Who Were Minors on May 13, 2017, and (2) the Incomplete Claim Response, do not have any place to input the social security number so it could be matched. When my mother, Karen Young, called the Settlement Administrator's office on my behalf she was told that they "don't have access to your personal information" and it was impossible to talk to anyone who did.

Please provide a secure way for me to submit my social security number. This was available to adults making a claim. My actual social security number needs to be compared to the Settlement Administrator's database.

It is unacceptable for the Settlement Administrator to claim that I am not a class member and provide no way for me to submit information that would show I am, in fact, a class member according to the Settlement Administrator's own website. This website states my social security number is part of the breach.

Since the Settlement Administrator's own website says I am part of the breach, the Settlement Administrator should be able to certify in writing to me whether or not my social security number was part of the breach. Stating that, "we were still unable to locate you in our records" is not sufficient to reject my claim when you have not checked your records against my information.

Sincerely,

Nathan Edwards

Nathan T. Edwards

cc:    Honorable Thomas W. Thrash, Jr.
       Senior United States District Judge
       2188 Richard B. Russell Federal Building and United States Courthouse
       75 Ted Turner Drive, SW
       Atlanta, GA 30303-3309

Attachments:

1. Screenshot of Equifax Data Breach Settlement webpage on 10/5/22 confirming my personal information was impacted
2. Letter dated 9/7/22 denying my claim
3. Confirmation of Uploaded Documentation for your Claim for the following:
    — Karen Young memo dated 5/6/22
    — Screenshot of Equifax Data Breach Settlement webpage on 5/6/22
    — Incomplete Claim Response submitted on 5/4/22
    — Letter dated 4/6/22 rejecting claim with no reasons given
    — Claim Form for Class Members Who Were Minors on 5/13/17 (mailed 1/22/20)
    — USPS Postal Confirmation Postmark dated 1/22/20 for Claim Form



## EQUIFAX DATA BREACH SETTLEMENT

Home     Key Dates     Important Documents     FAQs     I Would Like To... ▾     ES

### Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.
For more information, visit the FAQ page.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at 1-888-397-0079 and provide engagement number B023677.

This Is The Official Settlement Website For The Equifax Data Breach Settlement.

It Is Operated By The Settlement Administrator, Not By Equifax.

JND   Copyright © 2022 JND. All rights reserved.                    Privacy Policy

IN RE EQUIFAX DATA BREACH SETTLEMENT
C/O JND LEGAL ADMINISTRATION
PO BOX 91318
SEATTLE, WA 98111-9418

September 7, 2022                    **Your Claim Number:  DBLNEM45RH**



NATHAN T EDWARDS
5343 SW BANCROFT ST
PORTLAND, OR 97221-2041

Re: Your Equifax Settlement Claim (Your Claim Has Been Denied. You Have 30 Days to Appeal.)


Dear NATHAN T EDWARDS:

You filed claim(s) in connection with the Equifax Data Breach Settlement.  We sent you a notice that your claim(s) were incomplete because according to Equifax's records you were not a Settlement Class Member.

You responded to that notice but we were still unable to locate you in our records based on the information you provided.  As a result, your Equifax Data Breach Settlement claim(s) have been denied.

You may dispute this determination by submitting an appeal **in writing** by **October 7, 2022.**


You can submit your appeal by mail postmarked by **October 7, 2022.**   Please make sure to include your full name, mailing address, and Claim Number and mail it to:

Equifax Data Breach Settlement
c/o JND Legal Administration
P.O. Box 91318
Seattle, WA 98111-9418

For more information about the Settlement, including more information about the types of costs and losses that can be compensated, what documents you need to attach, and how the Settlement Administrator decides whether to approve your payment, please visit the Settlement Website at www.EquifaxBreachSettlement.com


*This notice is from the Court-appointed Settlement Administrator (JND Legal Administration), not Equifax. Please do not contact Equifax with questions. You may contact JND by email at info@EquifaxBreachSettlement.com, by phone toll-free at 1-833-759-2982 or by mail at Equifax Data Breach Settlement, c/o JND Legal Administration, P.O. Box 91318, Seattle, WA 98111-9418.*

5/6/22, 4:27 PM

# EQUIFAX DATA BREACH SETTLEMENT

## Upload Documentation for Your Claim

Claim Number: dblnem45rh

NathanTEdwards.EquifaxClaimDBLNEM45RH.5.6.22.pdf                    Uploaded ⊘

May 6, 2022

TO:          Settlement Administrator for Equifax Data Breach Settlement

FROM:        Karen Young, Mother of minor child at time of breach,
             Nathan Edwards
             Claim Number DBLNEM45RH

---

At the time the breach was announced, Equifax's site confirmed my son, Nathan Edwards, was part of the breach. Today, when I type in his last 6 digits of his social security number on the Equifax Data Breach Settlement webpage it also confirms he was part of the breach. I received a letter, dated April 6, 2022, confirming receipt of his claim, but it states, "However, according to Equifax's records, you are not a member of the Settlement Class and are not eligible for Settlement benefits." When I have called the Settlement Administrator phone number, no one can tell me why his claim is being rejected and I am told to file the form to "Cure my Deficient Claim" I have done this, but it just has me submit information that the Settlement Administrator clearly already has. I have been told they have pushed this up to the next level and I will get a call in a few weeks. When I pointed out that the deadline will have already passed to provide proof, I was told this "would be taken into consideration." This is not a definitive statement that he can be brought into the Settlement Class after today's deadline. This isn't acceptable.

During the two calls to the Settlement Administrator phone number, no one can tell me why his claim is being rejected. Also, no one will tell me what "proof of Class membership" I need to provide. There's no secure way to provide his SSN to confirm.

THE SETTLEMENT ADMINISTRATOR NEEDS TO TELL ME WHY HIS CLAIM IS BEING REJECTED AND TELL ME WHAT DOCUMENTATION I NEED TO PROVIDE AS "PROOF OF CLASS MEMBERSHIP". ANY ACTION YOU REQUIRE ME TO TAKE NEEDS TO BE ACCEPTED AFTER THE MAY 6 DEADLINE, SINCE I HAVE DONE EVERYTHING REQUIRED BEFORE THE DEADLINES. I believe claims for minors were purposely made more difficult, ie having to mail the claim instead of claiming online. This was not required when I filed the claim for my elderly mother.

For your reference, copies of the following are attached:

        1.       Screenshot of Equifax Data Breach Settlement webpage confirming my son's personal information was impacted.
        2.       Incomplete claim response submitted on 5/4/22
        3.       Letter dated 4/6/22 rejecting his claim with no reasons given
        4.       Claim Form for Class Members Who Were Minors on 5/13/17
        5.       USPS Postal Confirmation Postmark dated 1/22/20 for Claim Form

Please call me at 206-595-8268 or e-mail me at karensyoung@me.com to confirm the steps forward.

Check Your Eligibility

https://eligibility.equifaxbreachsettlement.com/en/eligibility

Search

Most Visited · Getting Started · Apple · Google Maps · YouTube · Wikipedia · News · Popular · Home Page | Arlio... · Dragon Smoke Infor...

Other Bookmarks

## EQUIFAX DATA BREACH SETTLEMENT

Home          Key Dates          Important Documents          FAQs          I Would Like To... ·          ES

## Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at 1-888-397-0079 and provide engagement number B023677.

This Is The Official Settlement Website For The Equifax Data Breach Settlement.

It Is Operated By The Settlement Administrator, Not By Equifax.

JND   Copyright © 2022 JND. All rights reserved.                    Privacy Policy



# EQUIFAX DATA BREACH SETTLEMENT

Incomplete Claim Response

**Claim Number:**
**DBLNE-M45RH**

If you believe the Settlement Administrator's determination that you are not an Equifax Breach Settlement Class Member was incorrect, you must provide proof of Class membership so that we can locate you in Equifax's records.

In the fields below, you may provide the email address where you received Settlement notice and/or previous name(s) or address(es) you used so that we can attempt to locate you in Equifax's records.

## Settlement Notice Email Address

karensyoung@me.com

## Previous Name(s)

| First Name* | Middle Initial | Last Name* |
|---|---|---|
| Nathan | T | Edwards |

| First Name | Middle Initial | Last Name |
|---|---|---|
| | | |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Nathan | | Edwards |

## Previous Address(es)

Mailing Address*

5343 SW Bancroft St.

Apt No

City*                              Country*

3

| Portland | | |

**State***

**Zip Code***
97221

**Mailing Address**

**Apt No**

**City**

**Country**

**State**

**Zip Code**

**Mailing Address**

**Apt No**

**City**

**Country**

**State**

**Zip Code**

## Your Signature

Your deficiency response will not be received by the Settlement Administrator until you click the "submit" button after your electronic signature below. For security reasons, once you hit submit, you will not be able to make any changes to your deficiency response through this portal. However, you will still be able to go into the portal to upload supporting documentation if you haven't done so. If you later decide you need to change any of the information on your deficiency response, you will need to reach out to the Settlement Administrator directly.

☑ I affirm under the laws of the United States that the information I have supplied in this deficiency response and any

copies of documents that I am sending to support my claim are true and correct to the best of my knowledge and that I have not already received reimbursement for any claimed loss through other means.

4

☑ I understand that I may be asked to provide more information by the Settlement Administrator before my claim is complete.

Date:    05/04/2022

Nathan T. Edwards

## SUCCESS 

Your Incomplete Claim response has been submitted successfully.

5

IN RE EQUIFAX DATA BREACH SETTLEMENT
C/O JND LEGAL ADMINISTRATION
PO BOX 91318
SEATTLE, WA 98111-9418

April 6, 2022

**Your Claim Number: DBLNEM45RH**

EFX DUBDY84JXC 

60762 ********AUTO**ALL FOR AADC 970
NATHAN T EDWARDS
5343 SW BANCROFT ST
PORTLAND, OR 97221-2041

Dear Nathan T Edwards:

You filed a claim in the Equifax Data Breach Settlement. To be a Settlement Class Member you must have been one of the approximately 147 million U.S. consumers identified by Equifax whose personal information was impacted by the Data Breach that Equifax announced in September of 2017. However, according to Equifax's records, you are not a member of the Settlement Class and are not eligible for Settlement benefits.

If you believe this determination was incorrect, you must provide proof of Class membership. This could include providing confirmation of a previous name you used or the email address where you received Settlement Notice so that we can attempt to locate you in our records.

**You must provide proof of Class Membership by May 6, 2022.**
**If you do not, your claim will be denied.**

You can submit proof of Class Membership by mail postmarked by May 6, 2022. Please make sure to include your full name, mailing address, and Claim Number and mail it to:

In re Equifax Data Breach Settlement
c/o JND Legal Administration
PO Box 91318
Seattle, WA 98111-9418

For more information about the Settlement please visit the Settlement Website at www.EquifaxBreachSettlement.com.

*This notice is from the Court-appointed Settlement Administrator (JND Legal Administration), not Equifax. Please do not contact Equifax with questions. You may contact JND by email at info@EquifaxBreachSettlement.com, by phone toll-free at 1-833-759-2982, or by mail at Equifax Data Breach Settlement, c/o JND Legal Administration, P.O. Box 91318, Seattle, WA 98111-9418.*

6

**Must be postmarked
or submitted online
NO LATER THAN
January 22, 2020**

EQUIFAX DATA BREACH SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91318
SEATTLE, WA 98111-9418
WWW.EQUIFAXBREACHSETTLEMENT.COM

**EFX**

# Equifax Data Breach Claim Form For Class Members Who Were Minors on May 13, 2017

## SETTLEMENT BENEFITS – WHAT YOU MAY GET

This claim form can be used to submit a claim on behalf of a class member whose personal information was impacted by the Equifax data breach announced on September 7, 2017, and who was under the age of 18 **on May 13, 2017** ("Impacted Minors").

Use this claim form if one of the following circumstances applies to you:

- If your child was impacted by the data breach, and is still under the age of 18 on the date this claim form is submitted.  Parents or legal guardians must submit claim forms on behalf of individuals who are still minors.
- If you were impacted by the data breach, and you are now over the age of 18 on the date you submit this claim form.  If you are over the age of 18, only you or your authorized representative can submit a claim form on your behalf.

If you were over the age of 18 on May 13, 2017, and wish to file a claim form, visit www.EquifaxBreachSettlement.com.  Do not use this claim form.

**You may submit a claim for one or more of these benefits:**

**Credit monitoring or Cash Payment of up to $125**: Use the claim form to request free credit monitoring services.  Or, if you or your child already have credit monitoring services, and will have them for at least six months after filing this claim, you can request a cash payment of up to $125.

**Cash Reimbursement**. Use the claim form to request money for one or more of the following:

1. **Reimbursement for Time Spent.** If you or your child spent time trying to avoid or recover from fraud or identity theft because of the Equifax data breach, you can get up to $25 per hour for up to 10 total hours, or up to 20 total hours if you provide supporting documents.

2. **Reimbursement for Money You Spent.** If you or your child spent money trying to avoid or recover from fraud or identity theft because of the Equifax data breach, you can be reimbursed up to $20,000. You must submit documents supporting your claim.

3. **Up to 25% Reimbursement for Equifax Credit Monitoring Subscriptions.** If you or your child had an Equifax credit monitoring or identity theft protection subscription between 9/7/2016 and 9/7/2017, you can get a payment of up to 25% of the amount you paid.

7

No claim is required for **identity restoration services**. U.S. consumers impacted by the Equifax data breach will be able to access identity restoration services for a period of at least 7 years once the Settlement is final. More information is available at www.EquifaxBreachSettlement.com.

\* \* \*

**Claims must be mailed by 01/22/2020. Use the address at the top of this form to mail your claim.**

*Please note: the settlement administrator may contact you to request additional documents to process your claim.*

*__Your cash benefit may decrease depending on the number and amount of claims filed.__*

For more information and complete instructions visit **www.EquifaxBreachSettlement.com.**

**Please note that Settlement benefits will be distributed after the Settlement is approved by the Court and final.**

## Your Information

*We will use this information to contact you and process your claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by emailing info@EquifaxBreachSettlement.com.*

| | |
|---|---|
| **1. YOUR NAME (REQUIRED):** | First: Karen   Middle Initial: S.   Last: Young |
| **2. ARE YOU FILING FOR YOURSELF OR FOR YOUR MINOR CHILD?** | _____ Myself. I was under the age of 18 on May 13, 2017, but I am now over the age of 18 (skip to "Mailing Address" at 4, below);<br><br>OR<br><br>__X__ I am filing on behalf of my child, who is still a minor at the time of filing this form (fill in "Child's Name" at 3, below). |
| **3. CHILD'S NAME (IF APPLICABLE):** | First: Nathan   Middle Initial: T   Last: Edwards |
| **4. YOUR MAILING ADDRESS (REQUIRED)** | Street Address: 5343 SW Bancroft St.<br>Apt. No.:<br>City: Portland<br>State: Oregon<br>Zip: 97221 |

8

| 5. YOUR PHONE NUMBER: | 206-595-8268 |
|---|---|
| 6. YOUR EMAIL ADDRESS: | Karensyoung@me.com |
| 7. YEAR OF BIRTH (REQUIRED) | Enter your year of birth if filling out for yourself or enter your child's year of birth if filling out this form on behalf of a minor. 2002 |

## Credit Monitoring: Free Service or Cash Payment

*You may be eligible to receive free credit monitoring or up to $125 if you already have credit monitoring.*

An Impacted Minor can receive free monitoring services provided by Experian for at least four years. **While an Impacted Minor is under the age of 18, the services will be child monitoring services.** Once an Impacted Minor has turned 18, the services will be the same three-bureau monitoring at all three national credit agencies (Equifax, Experian, and TransUnion) offered to adults. An Impacted Minor can also receive free monitoring services provided by Equifax for up to fourteen years after the Experian service ends. Again, while an Impacted Minor is under the age of 18, the services will be child monitoring services tailored to minors. Once an Impacted Minor has turned 18, the services would be the same single-bureau monitoring offered to adults.

**Or**, if the Impacted Minor has credit monitoring services that the Impacted Minor will keep for at least six months, you can request a cash payment of up to $125. *Your payment may be less, depending on the number and amount of claims filed.*

*Please select either Option 1 or Option 2 below, but not both.*

☒ **Option 1, Credit Monitoring**: I want to receive free, three-bureau credit monitoring for myself or my child.

*If you select this option, you will be sent instructions and an activation code after the settlement is final to your email address or home address. You won't be "upsold" any services by enrolling or otherwise asked to submit any payment for these services now or in the future.*

If You selected Option 1, would you like to sign-up for Equifax's free, one-bureau credit monitoring service for up to 14 more years after the initial, three-bureau credit monitoring services expire?

☒ Yes.

*If you select "yes" for this option, you will be sent instructions to your email address or your home address before your three-bureau credit monitoring expires. You won't be "upsold" any services by enrolling or otherwise asked to submit any payment for these services now or in the future.*

9

☐ **Option 2, Cash Payment**:  I want a cash payment of $125. I certify that I have credit monitoring for myself or my child and will have it for at least 6 months from today.

Name of Credit Monitoring Service that you or your child now have and will have for at least six months:

_____

*If you select this option, you cannot also enroll in the free, three-bureau credit monitoring service offered through this Settlement.*

## Cash Payment: Time Spent

If you or your child spent time trying to recover from fraud or identity theft caused by the data breach, or if you spent time trying to avoid fraud or identity theft because of the data breach (placing or removing credit freezes on your credit files or purchasing credit monitoring services), complete the chart below. You can be compensated up to $25 per hour for up to 20 hours.  *Your payment may be less, depending on the number and amount of claims filed.*

If you claim **10 hours or less**, you **must** describe the actions you took in response to the data breach and the time each action took.

If you claim **more than 10 hours total**, you **must** describe the actions you took in response to the data breach *and* include supporting documents showing fraud, identity theft, or other misuse of your personal information.

*By filling out the boxes below, you are certifying that the time you spent doesn't relate to other data breaches.*

| Explanation of Time Spent<br>(Identify what you did and why) | Approx. Date(s) | Number of Hours and Minutes | Supporting Documentation? (Y/N) |
|---|---|---|---|
| _____<br>_____<br>_____<br>_____<br>_____ | | | |
| _____<br>_____<br>_____<br>_____<br>_____ | | | |

| | | | |
|---|---|---|---|
| | | | |

## Cash Payment: Money You Lost or Spent

If you or your child lost or spent money trying to prevent or recover from fraud or identity theft caused by the Equifax data breach and have not been reimbursed for that money, you can receive reimbursement for up to $20,000 total.

It is important for you to send documents that show what happened and how much you lost or spent, so that you can be repaid (except for money you may have spent on Equifax subscription products as explained below). If they are the same as the documents you attached in the section above, you do not need to send them again.

To look up more details about how cash payments work, visit **www.EquifaxBreachSettlement.com** or call toll-free 1-833-759-2982. You will find more information about the types of costs and losses that can be paid back to you, what documents you need to attach, and how the Settlement Administrator decides whether to approve your payment.

| Loss Type and Examples of Documents | Amount and Date | Description of Loss or Money Spent and Supporting Documents (Identify what you are attaching, and why it's related to the Equifax breach) |
|---|---|---|
| Costs for freezing or unfreezing your credit report on or after 9/7/2017 *Examples: Receipts, notices, or account statements reflecting payment for a credit freeze* | $<br><br>Date: | |
| Credit monitoring and identity theft protection purchased between 9/7/2017 and the date of your claim submission *Examples: Receipts or statements for credit monitoring services* | $<br><br>Date: | |

| | | |
|---|---|---|
| Costs incurred for an Equifax credit or identity theft monitoring subscription products I had between 9/7/2016 and 9/7/2017<br><br>*Equifax will check its records and these claims will be paid without documentation if Equifax's records match your claim. You may still submit receipts of statements for Equifax credit monitoring services to support your claim* | $<br><br>Date: | |
| Costs, expenses, and losses due to identity theft, fraud, or misuse of your personal information on or after 05/13/2017<br><br>*Examples: Account statement with unauthorized charges highlighted; police reports; IRS documents; FTC Identity Theft Reports; letters refusing to refund fraudulent charges; credit monitoring services you purchased* | $<br><br>Date: | |
| Professional fees paid to address identity theft on or after 5/13/2017<br><br>*Examples: Receipts, bills, and invoices from accountants, lawyers, or others* | $<br><br>Date: | |
| Other expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges related to the data breach<br><br>*Examples: Phone bills, receipts, detailed list of places you traveled (i.e. police station, IRS office), reason why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled* | $<br><br>Date: | |

*12*

## How You Would Like to Receive Your Cash Payment

If you made a claim for a cash payment in this claim form, you can elect to receive your payment either by check or pre-paid card to your mailing address.

Checks must be cashed within 90 days.  If you select a pre-paid card, the card never expires.

Which do you prefer?

☐ Check

☐ Pre-Paid Card

13

## Signature

I affirm under the laws of the United States that the information I have supplied in this claim form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

Check one:

X_ I affirm that I am the parent or legal guardian of the child listed below, and that I am filing a claim on his or her behalf.

Child's Name: _Nathan T. Edwards_

OR

___ I am filling out this claim form on my own behalf, and I am over the age of 18.

I understand that I may be asked to provide more information by the claims administrator before my claim is complete.

| Signature: | Dated: |
|---|---|
| | 1/22/20 |

Print Your Name:

Karen S. Young

14

```
                    WEST SLOPE
                 9225 SW 87TH AVE
              PORTLAND, OR 97223-3407
                  406765-0025
                  (800)275-8777
               01/22/2020 02:43 PM


Product                    Qty    Unit      Price
                                  Price

First Class Mail®           1   , $0.70    $0.70
Letter
      (Domestic)
      (SEATTLE, WA  98111)
      (Weight:0 Lb 1.40 oz)
      (Estimated Delivery Date)
      (Friday 01/24/2020)
     Fixed Postage                        ($0.55)
      (Affixed Amount,$0.55)

  tal:                                     $0.15



  sh                                       $0.15


   a hurry? Self service kiosks offer
   ck and easy check-out.  Any Retail
  sociate can show you how.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
        www.informeddelivery      d


    ales final on stamps and postage.
  efunds for guaranteed services only.
    Thank you for your business.

     HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
  https://postalexperience.com?Pos

 840 5970 0108 0868-00024 09168 02

       or scan this code with
        your mobile device:
```



```
    or call 1-800-410-7420.

     YOUR OPINION COUNTS


 Receipt #: 840-59700106 3 2497168 2
 Clerk: 02
```

*15*

N. Edwards
5343 SW Bancroft St,
Portland, OR 97221

 

U.S. POSTAGE PAID
FCM LG ENV
PORTLAND, OR
97225
OCT 07 22
AMOUNT
**$1.92**
R2305K139176-02

1029   30303





**CLEARED** DATE
OCT 11 2022
U.S. Marshals Service
Atlanta, GA 30303

Honorable Thomas W. Thrash Jr.
Senior United States District Judge
2188 Richard B. Russell Federal
        Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309