IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER CASES<br><br>Chief Judge Thomas W. Thrash, Jr. |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(D)(1), notice is hereby given that Halsey G. Knapp, Jr. of Krevolin & Horst, LLC enters his appearance as counsel of record for Respondent Sanford Heisler Sharp, LLP. He may be served as follows:

Halsey G. Knapp, Jr., Esq.
KREVOLIN & HORST, LLC
Suite 3250, One Atlantic Center
1201 West Peachtree St. NW
Atlanta, GA 30309
hknapp@khlawfirm.com

Respectfully submitted, this 7th day of March, 2023.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.

KH759323.DOCX

Georgia Bar No. 425320
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
*Counsel for Sanford Heisler Sharp*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing *Notice of Appearance* by using the Court's CM/ECF filing system, which will ensure delivery to all parties of record.

This 7th day of March, 2023.

                                              **/s/ Halsey G. Knapp, Jr.**
                                              Halsey G. Knapp, Jr.
                                              Georgia Bar No. 425320
                                              *Counsel for Sanford Heisler Sharp*