# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-md-02800-TWT
## IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 03/08/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 2:00 P.M. | COURT REPORTER: Diane Peede |
| TIME COURT CONCLUDED: 3:50 P.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 1:50 | DEPUTY CLERK: Jordyn Holder |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:** Kenneth Canfield representing Class Counsel
Norman Siegel representing Class Counsel
James Tribble representing Counsel
Halsey Knapp representing Sanford Heisler Sharp, LLP

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MOTIONS RULED ON:** [1249]Motion for Relief GRANTED

**MINUTE TEXT:** The Court heard arguments from the Class Counsel and Attorney for Sanford, Heisler, Sharp, LLP on Class Counsel's [1249] Motion for Immediate Injunctive Relief To Prevent Evasion And Violation Of This Court's Jurisdiction. For the reasons stated on the record, the Court GRANTED the motion and will issue a written order at a later date.

**HEARING STATUS:** Hearing Concluded