## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation | MDL DOCKET NO. 2800<br><br>CIVIL ACTION NO.<br>1:17-md-02800-TWT |
| THIS DOCUMENT RELATES TO:<br><br>COX, ET AL, V. EQUIFAX, INC.<br>NO. 1:17-cv-03586-CAP<br><br>DAUGHTERY, ET AL, V. EQUIFAX, INC.<br>NO. 1:17-cv-05228-TWT | |

### NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Please take notice that, as of March 1, 2023, attorney Benjamin A. Gastel, counsel of record for Plaintiffs Brian Cox, Jessica Cox, Cady Daughtery, Michael Norris, and Julie Richardson, in the above cases, has changed law firms and his address for service of notifications in this action. Mr. Gastel's new firm, address, and contact information is as follows:

Benjamin A. Gastel
**Herzfeld, Suetholz, Gastel, Leniski**
  **& Wall, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Tel: (615) 800-6225
Fax: (615) 994-8625
Email: ben@hsglawgroup.com

All future notices and documents in this action should be sent to the above email and/or mailing address.

<table>
<tr><td>Dated: March 17, 2023</td><td>Respectfully submitted,<br><br>/s/ Benjamin A. Gastel<br>Benjamin A. Gastel (TN #28699)<br><b>Herzfeld, Suetholz, Gastel, Leniski<br>  & Wall, PLLC</b><br>223 Rosa L. Parks Avenue, Suite 300<br>Nashville, TN 37203<br>Tel: (615) 800-6225<br>Fax: (615) 994-8625<br>Email: ben@hsglawgroup.com</td></tr>
</table>

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on March 17, 2023, I electronically filed the foregoing **NOTICE OF COUNSEL'S CHANG OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Benjamin A. Gastel<br>Benjamin A. Gastel