IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|   |   |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) <br> ) MDL Docket No. 2800 <br> ) No. 1:17-md-2800-TWT <br> ) <br> ) CONSUMER CASES <br> ) <br> ) Senior Judge Thomas W. Thrash, Jr. <br> ) |

## SANFORD HEISLER SHARP'S NOTICE OF APPEAL

Notice is hereby given that Sanford Heisler Sharp, LLP ("SHS") appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order granting a permanent injunction against SHS's suit pending in the Davidson County, Tennessee Chancery Court and directing SHS to immediately dismiss the suit with prejudice. SHS specifically appeals the Ruling issued by the District Court during its March 8, 2023 Hearing (ECF No. 1253) and the Order entered by the District Court on March 22, 2023 (ECF No. 1257).

Dated: March 23, 2023

Respectfully submitted,

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
*Counsel for Sanford Heisler Sharp*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This 23rd day of March, 2023.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
*Counsel for Sanford Heisler Sharp*