# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

March 24, 2023

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:17-md-2800-TWT
      **U.S.C.A. No.:** 00-00000-00
      **In re:**        IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporters are Susan C. Baker, Wynette C. Blathers, and Diane Peede.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 3/23/23. (Receipt# AGANDC-12482412)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash Jr.** |
| | This is a **DEATH PENALTY** appeal. |

                                        Sincerely,

                                        Kevin P. Weimer
                                        District Court Executive
                                        and Clerk of Court

                                By: /s/**P. McClam**
                                       Deputy Clerk