# IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: EQUIFAX INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>CONSUMER CASES<br><br>Senior Judge Thomas W. Thrash, Jr. |

### <u>NOTICE OF COMPLIANCE WITH COURT ORDER</u>

Sanford Heisler Sharp, LLP (SHS) hereby files this Notice of Compliance with this Court's Order dated March 22, 2023 (Dkt. 1257). On March 27, 2023, SHS dismissed with prejudice its action pending in the Chancery Court for Davidson County, Tennessee, *Sanford Heisler Sharp, LLP v. Stueve Siegel Hanson LLP et al.*, Case No. 23-0169-I. A written notice of dismissal is attached to this notice.

This 28th day of March, 2023.

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700

hknapp@khlawfirm.com
*Counsel for Sanford Heisler Sharp*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This 28th day of March, 2023.

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
*Counsel for Sanford Heisler Sharp*