IN THE CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| SANFORD HEISLER SHARP, LLP ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> STUEVE SIEGEL HANSON, LLP, ) <br> DICELLO LEVITT GUTZLER, LLC, ) <br> and ) <br> DOFFERMYRE SHIELDS CANFIELD & ) <br>     KNOWLES, LLC ) <br>     Defendants. ) | No.: 23-0169-I <br><br> Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Sanford Heisler Sharp files this Notice of Voluntary Dismissal With Prejudice, pursuant to Tennessee Rules of Civil Procedure Rule 41, of their Complaint against Defendants Stueve Siegel Hanson, LLP, Dicello Levitt Gutzler, LLC, and, Doffermyre Shields Canfield & Knowles, LLC.

Signed this 27th day of March 202.

Respectfully submitted,

_E. Huffstutter_
Dan E. Huffstutter    BPR 5154
1211 Sixteenth Avenue South
Nashville, TN 37212-2901
Tele: 615-242-2000
Fax: 615-242-2001
Email: dhiffstutter@comcast.net
*Attorney for Plaintiff*

## Certificate of Service

I hereby certify that a true and correct copy of the forgoing Request for Designation to the Business Court Docket was served by first class postage prepaid and by email transmission on this the 27th day of March 2023, upon:

> Stueve Siegel Hanson, LLP
> Patrick J. Stueve, registered agent
> Email: stueve@stuevesiegel.com
> 460 Nicholos Road
> Suite 200
> Kansas City, MO 64122
>
> Dicello Levitt Gutzler, LLC
> Adam Levitt, registered agent
> Email: alevitt@dicellolevitt.com
> 10 N. Dearborn St.
> 11th Floor
> Chicago, IL 60606
>
> Doffermyre Sheilds Canfield & Knowles, LLC
> Everette L. Doffermyre, registered agent
> Email: edoffermyre@sdckd.com
> 1355 Peachtree St.
> Suite 1725
> Atlanta, GA 30309

_/s/ Dan E. Huffstutter_
Dan E. Huffstutter