# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

April 03, 2023

Clerk - Northern District of Georgia  
Richard B. Russell Bldg & US Courthouse  
2211 UNITED STATES COURTHOUSE  
75 TED TURNER DR SW  
STE 2211  
ATLANTA, GA 30303-3309

Appeal Number: 23-10912-H  
Case Style: In Re: Equifax, Inc., Customer Data Security  
District Court Docket No: 1:17-md-02800-TWT  
Secondary Case Number: 1:17-cv-03422-TWT

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10912-H

_____

In re: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION.

_____

SANFORD HEISLER SHARP, LLP,

                              Respondent - Appellant,

versus

BRIAN F. SPECTOR,
JAMES MCGONNIGAL,
RANDOLPH JEFFERSON CARY, III,
ROBIN D. PORTER,
WILLIAM R. PORTER, et.al.

                              Plaintiffs - Appellees,

EQUIFAX, INC., et al,

                              Defendants,

MIKE BARRY, et al,

                              Claimants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Sanford Heisler Sharp, LLP is GRANTED by clerk [9902420-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective April 03, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION