IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACHLITIGATION | MDL Docket No. 2800 <br><br> Case No.: : 1:17-md-2800-TWT <br><br> **CONSUMER ACTIONS** |

**NOTICE OF APPEARANCE**

    **COMES NOW**, McNeill Stokes hereby files his notice of appearance on behalf of class member and objector, Anthony Oliver, in this action.

                                                          Respectfully submitted,

Dated:  April 25th , 2023           */S/ McNeill Stokes*
                                                McNeill Stokes
                                                Georgia Bar Number 683600

5372 Whitehall Place SE
Mableton, GA 30126
Telephone: 404-352-2144
Email:  mcstokes@bellsouth.net

## **CERTIFICATE OF SERVICE:**

    This is to hereby certify that a copy of the foregoing Notice of Appearance was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record in this case.

                                                    Respectfully submitted,

Dated: April 25th, 2023                */S/ McNeill Stokes*
                                            McNeill Stokes
                                            Georgia Bar Number 683600

5372 Whitehall Place SE
Mableton, GA 30126
Telephone: 404-352-2144
Email: mcstokes@bellsouth.net