# EXHIBIT I

# IN THE SUPERIOR COURT OF CHATHAM COUNTY, STATE OF GEORGIA

**FILED IN OFFICE**

| STATE OF GEORGIA versus | Clerk to complete if incomplete |
|---|---|
| ANTHONY ALLEN OLIVER<br>CRIMINAL ACTION #<br><br>SPCR19-02076-J4<br><br>June Term of 2019 | OTN(s):<br>DOB: 9/8/1981<br>Ga. ID # |

**Final Disposition**
**FELONY with PROBATION / SUSPENDED SENTENCE**

| First Offender/Conditional Discharge entered under: | PLEA / VERDICT: |
|---|---|
| ☐ OCGA § 42-8-60   ☐ OCGA § 16-13-2 | Jury |
| ☒ Repeat Offender as imposed below | |
| ☐ Repeat Offender waived | |

**Concurrent Cases**

The Court enters the following judgment

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl., Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Aggravated Stalking | Guilty | 10 Years to Serve | | |
| 2 | Criminal Attempt to Commit a Felony | Guilty | 5 Years to Serve | | Consecutive to Ct 1 |
| 3 | Making s False Statement | Guilty | 5 Years to Serve | | Consecutive to Ct 2 |

The Defendant is adjudged guilty or sentenced under the First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced to a total of 20 years to serve.

ENTERED CMIA   OCT 1 6 2019

The Defendant is to receive credit for time served in custody:

| | | |
|---|---|---|
| ☐ | from ___. | |
| ☑ | As determined by the custodian. | |
| | | |
| ☐ | 1. The above sentence may be served on probation provided the Defendant shall comply with the Inventory of Conditions of Probation / Suspended Sentence imposed by the Court as part of this sentence. | |
| ☐ | 2. | |
| ☑ | 3. The Court sentences the Defendant as a recidivist under O.C.G.A.: | |
| | ☑ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); ☐ § | |

## GENERAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation / Suspended Sentence: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☐ the Defendant shall pay the probation supervision fee as required by law, or ☐ the probation supervision fee is waived.
2) If Counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $___ to _____ County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab fee as required by law – (None).

## SPECIAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is advised that violation of any Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☑ as designated on the attached Inventory of Conditions of Probation; or ☐ as follows:
*(import conditions to be imposed from Inventory of Conditions of Probation)*

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(if designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction of another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon the release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

**For Court's Use**

All conditions of probation set forth in this Order are also to be established as conditions of parole, if parole is granted to this Defendant.

The Hon. <u>Martin Hilliard</u>, Attorney at Law, represented the Defendant, by ☒ employment; or ☐ appointment.

SO ORDERED this <u>10th</u> day of <u>OCTOBER</u>, <u>20<s>a</s></u>

_____
Timothy R. Walmsley
Judge of Superior Court
Eastern Judicial Circuit

**FIREARMS** — If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have been provided with a copy of the sentence. I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated or suspended I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation or suspended sentence could result in revocation of all time remaining on the period of probation or suspended sentence.

☐ | Defendant Entered Plea with assistance of an interpreter

<u>Not Available to Sign</u>
Defendant

State of Georgia v. ANTHONY ALLEN OLIVER
Criminal Action # SPCR19-02076-J4
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 4 of 4

## INVENTORY OF CONDITIONS OF PROBATION / SUSPENDED SENTENCE

These conditions are hereby incorporated into the Defendant's sentence by reference. The Defendant is advised that violation of any Special Condition of Probation / Suspended Sentence may subject the Defendant to a revocation of the balance of the period of probation and the Defendant may be required to serve up to the balance of the sentence in confinement.
*(Judge to designate conditions to be applied.)*

| | |
|---|---|
| 1) | **The Defendant shall report to the DCS Office at Chatham County, Georgia by no later than <u>as directed by DCS</u>.** Defendant shall only be allowed into Chatham County upon the direct instruction of DCS for a period to be determined by DCS and for no other reason. |
| 2) | **Fourth Amendment waiver.** The Defendant shall submit to a search of person, residence, papers, vehicle, and/or effects at any time of day or night without a search warrant, whenever requested to do so by a Probation Officer or other law enforcement officer upon reasonable cause to believe that the Defendant is in violation of probation or otherwise acting in violation of the law, and the Defendant shall specifically consent to the use of anything seized as evidence in any judicial proceedings or trial. |
| 3) | **Limited or no contact.** The Defendant shall: <br> ☐ stay ___ yards away from  ☐ have no violent contact with <br> ☑ have no contact of any kind, in person, or by telephone, mail, or otherwise, <br> with <u>Crystal Field, Destiny Field, all witnesses, and all jurors appearing in the case</u> <br> ☑ or with his/her family members  ☐ and the Defendant shall not enter the premises of ___. |
| 4) | **Harassment, threats.** The Defendant shall not harass, threaten, intimidate, physically or verbally abuse, or harm the following person(s): <u>Crystal Field, Destiny Field, all witnesses in the case, all jurors in the case.</u> |
| 5) | **Family Violence Intervention Program (FVIP).** The Defendant has been convicted of a crime involving family violence and is required to participate in a Family Violence Intervention Program certified by the State. |
| 6) | **Records release.** The Defendant shall provide a release which allows the Department of Community Supervision to have access to all medical, clinical, treatment, attendance or work records, and for driving and criminal history. |
| 7) | **Evaluation and treatment.** The Defendant shall provide verification of evaluation and/or treatment for: <br> ☑ mental health  ☐ substance abuse  ☐ clinical evaluation <br> ☑ anger management  ☐ cognitive skills training <br> ☐ educational training  ☐ or, <br> at a State- or Court-approved provider at his/her own expense, and shall cooperate and comply with all rules and regulations of the treatment or program, including any aftercare deemed necessary. |
| 8) | **Bar order.** The Defendant shall not enter the confines of: <br> ☐ ___ County or  ☒ the 1st, 2nd, 8th and 10th Judicial Districts <br> during the period of probation for any reason whatsoever |
| 9) | **Stalking or Aggravated Stalking special conditions.** The Defendant is subject to Special Conditions of Probation for violation of O.C.G.A. §§ 16-5-90 or 16-5-91. These conditions are described more fully on a separate page which is incorporated into this sentence by reference. |

State of Georgia v. <u>ANTHONY ALLEN OLIVER</u>
Criminal Action # <u>SPCR19-02076-J4</u>
SC-6.4(B) Inventory of Special Conditions
Page 1 of 3

| | |
|---|---|
| 10) | **Other special condition(s).** The Defendant shall abide by the following additional special condition(s):<br><br>Defendant agrees to violate no law<br>Defendant waives extradition if arrested in another state or country and agrees not to contest any effort to return him/her to the State of Georgia and the jurisdiction of this court.<br>Defendant consents and surrenders all rights to property held by Police in evidence.<br><br>**Special Condition (filing):** The evidence submitted in this case demonstrates that the Defendant has continuously and relentlessly filed frivolous lawsuits and made other unmeritorious legal claims against a named victim as well as numerous other individuals. He has filed frivolous claims and/or been deemed a vexatious litigant in Federal Court in both Georgia and California. (See, trial exhibits). Oliver has asserted claims and positions in numerous filings, with respect to which there existed an absence of any justiciable issue of law or fact, which the Defendant could not have reasonably believed that a court would accept said claims and/or positions. As such, and in accord with Higdon v. Higdon, 321 Ga. App. 260, 739 S.E.2d 498 (2013), a Special Condition of this sentence shall be that before filing any new actions, motions or petitions in the State of Georgia, the Defendant shall satisfy the following conditions:<br><br>(1) Oliver must file a "Request to File," in the Clerk of Court's Office in the jurisdiction in which he intends to file; (2) he shall attach the document he wishes to file to the "Request," as an "Exhibit A"; (3) he shall attach to any such pleading, motion, petition, or any other filing, a copy of this Order as an "Exhibit B"; (4) he shall present a courtesy copy of the "Request", along with the Exhibits, to the assigned Judge at their professional address; and (5) he shall provide a copy of the "Request", along with the Exhibits, to either the Georgia Department of Corrections Warden or Department of Community Supervision ("DCS") Officer then assigned to supervise the Defendant.<br><br>The Court with jurisdiction, in its discretion, and after consideration of the merits and Defendant's record, may accept or deny the Request. The Court notes that this order does not enjoin Oliver from future filings, but instead mandates as a condition on his sentence that Oliver observe certain conditions before filing.<br><br>**Special Condition (Protective Order):** On September 14, 2018 (*nunc pro tunc* to August 31, 2018), in SU17DR450P, the Superior Court of Effingham County entered a Permanent Family Violence Protective Order against the Defendant. All conditions and restrictions contained in that Order are fully incorporated herein as Special Conditions of the Defendant's sentence.<br><br>All Special Conditions may also be enforceable through the Georgia Department of Corrections while the Defendant is under sentence. |

SO ORDERED this __W2__ day of __october__, 20__09__

_____
Timothy R. Walmsley
Judge of Superior Court
Eastern Judicial Circuit

**Acknowledgement:** I have read the terms of this document or had them read and explained to me. I understand that the violation of a special condition of probation or suspended sentence could result in revocation of all time remaining on the period of probation or suspended.

<u>Not Available to Sign</u>
Defendant

State of Georgia v. <u>ANTHONY ALLEN OLIVER</u>
Criminal Action # <u>SPCR19-02076-J4</u>
SC-6.4(B) Inventory of Special Conditions
Page 3 of 3

## SPECIAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE FOR VIOLATION OF O.C.G.A. §§ 16-5-90 OR 16-5-91
### (Stalking or Aggravated Stalking)

These conditions imposed by O.C.G.A. § 42-8-35.3 are hereby incorporated into the Defendant's sentence by reference. The Defendant is advised that violation of any Special Condition of Probation / Suspended Sentence may subject the Defendant to a revocation of the balance of the period of probation or suspension and the Defendant may be required to serve up to the balance of the sentence in confinement.

| | |
|---|---|
| ☑ | The Defendant is prohibited from engaging in conduct which is a violation of O.C.G.A. §§ 16-5-90 (Stalking) or 16-5-91 (Aggravated Stalking). |
| ☑ | The Defendant shall undergo a mental health evaluation and receive such treatment as determined necessary by the Court. |
| ☑ | The Defendant shall not enter or remain present at <u>Crystal Field, Destiny Field</u>'s school, place of employment or business, |
| ☐ | and the Defendant shall not enter or remain at __ at times when the named person(s) is present. |

**SO ORDERED** this 16 day of October, 2019.

_____
Timothy R. Walmsley
Judge of Superior Court
Eastern Judicial Circuit

**Acknowledgement:** I have read the terms of this document or had them read and explained to me. I understand that the violation of a special condition of probation / suspended sentence could result in revocation of all time remaining on the period of probation or suspension.

<u>Not Available to Sign</u>
Defendant

State of Georgia v. <u>ANTHONY ALLEN OLIVER</u>
Criminal Action # <u>SPCR19-02076-J4</u>
SC-6.4(E) Special Conditions of Probation / Suspended Sentence for Violation of O.C.G.A. §§ 16-5-90 or 16-5-91
(Stalking or Aggravated Stalking)
Page 1 of 1