# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-MD-2800-TWT |
| | CONSUMER CASES |

**DECLARATION OF GRETCHEN EOFF IN SUPPORT OF
EQUIFAX'S OPPOSITION TO OLIVER AND PRIDDY'S MOTION TO
ENFORCE SETTLEMENT AGREEMENT**

I, Gretchen Eoff, declare the following:

1.     I am Senior Vice President of JND Legal Administration ("JND"). I have been employed by JND since March 2018. The Court appointed JND as the Settlement Administrator for the consumer class action settlement reached in the above-captioned MDL proceedings ("Settlement").

2.     In connection with my position at JND and its role as Settlement Administrator for the Settlement, I am familiar with the claims filed by Anthony Oliver and Reginald Priddy under the Settlement.

3.     This Declaration is based on my personal knowledge and a reasonable inquiry into JND's records, and if I were to be called as a witness I could and would competently testify regarding the facts described herein.

4.     Anthony Oliver ("Mr. Oliver") filed three claims during the Settlement's "Extended Claims Period" as follows:

- Claim 1 – filed on March 14, 2022, claiming 108.30 hours spent and $12,072.24 in out-of-pocket expenses;

- Claim 2 – filed on March 24, 2022, claiming 129.30 hours spent and $12,052.49 in out-of-pocket expenses; and

- Claim 3 – filed on April 7, 2022, claiming 108.3 hours spent and $12,072.24 in out-of-pocket expenses.

5.      Pursuant to the claims process provided for under the Settlement, JND emailed Mr. Oliver a Non-Class Member Incomplete Claim Notice ("Incomplete Claim Notice") on March 31, 2023 because, based on the information provided with the claims, he could not be matched to the Class list.  The Incomplete Claim Notice advised Mr. Oliver that he had until May 1, 2023 to respond and provide additional information or his claims would be denied pursuant to the terms of the Settlement. As of May 9, 2023, JND has not received a response from Mr. Oliver.

6.      Reginald Priddy ("Mr. Priddy") filed a claim on January 22, 2020 for "Alternative Reimbursement Compensation" during the Settlement's "Initial Claims Period."  JND processed and approved Mr. Priddy's claim in accordance with the Settlement's claims procedures, and a payment was issued to Mr. Priddy by pre-paid card.  JND's records show that the card has since been redeemed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2023.

_____
GRETCHEN EOFF