

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 16 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| | ) Case No. ___1:17-md-02800-TWT___ |
| | ) |
| | ) |
| In the matter of: | ) [Petition and Order filed under Title 18 USC Section |
| | ) 2327(a), and Title 18 USC 3663A(a)(2)] |
| DAVID ROWLAND MANUEL, | ) |
|           Petitioner | ) Petition and Order for restitution payment from |
| | ) the EQUIFAX DATA BREACH SETTLEMENT |
| | ) CASE |
| | ) |
| | ) |
| | ) |
| _____ | ) |

### PETITION

I, Petitioner, make request to the court for a restitution payment under Title 18 USC Section 2327(a)

and Title 18 USC Section 3663A(a)(2) from the EQUIFAX DATA BREACH SETTLEMENT CASE

for the amount of the restitution to be determined based on Title 18 USC Section 3571(b)(1), Section

Section 3571(b)(3), Section 3571(b)(5), or Section 3571(b)(6) as a *individual* criminal that was charged

of the crime, JUN YANG. The restitution payment can also requested to be determined based on Title

18 USC Section 3571(c)(1), Section 3571(c)(3), Section 3571(c)(5), or Section 3571(c)(6) based on the

entire group of the persons as an *organization* that called themselves CHINA'S PEOPLE'S LIBERA-

TION ARMY that included these other members as the organization: WU ZHIYONG, WANG QIAN,

YU KE, and LIU LEI. I already knew back at the time when the news about the data breach crime

came about in early September of 2017, and I received identity theft protection services, credit moni-

toring services but I would like to be paid restitution as a consolatory payment to me. What I mean by

'*consolatory*' is that of something to make me feel better, especially, for my own financial and econom-

ical well being. My claim to be paid restitution is mainly based on the commission of the offense and

the resulting penalties according to Title 18 USC Section 3571. I am not claiming restitution based on

any financial and economic loss, or the expenditures of time and money trying to restore from the data

breach crime.

If I am judged in favor to be paid restitution, I prefer to be paid my restitution from the Crime

Victim's Fund of the the Office for Victims of Crime (OVC) in the Office of Justice Programs (OJP)

operating under the supervision of the U.S. Department of Justice in which the restitution payment is

requested to be disbursed to me through by the U.S. Department of the Treasury under Title 18 USC

Section 3664(m)(1)(A)(i) and/or 3664(m)(1)(A)(ii).

## PROOF OF SERVICE

I, Petitioner, affirm that at the time of service I was at least 18 years of 18 and I am party to the en-
titled action action. I served this paper by United States Postal Service mail under Federal Rules of
Civil Procedure-Rule 5(b)(2)(C)

### VERIFICATION
[Title 28 USC Section 1746(2)]

I, Petitioner, affirm that the foregoing statement is true and correct.

Executed on:

Date:_____May 12, 2023_____          ___County of Los Angeles, State of California___

                                              *David Rowland Manuel*
                                              Signature of Petitioner Pro Se

                                              ___David Rowland Manuel_____
                                              Printed/typed name of Petitioner Pro Se

                                              ___P.O. Box 172_____
                                              (Address)

                                              ___Long Beach, California,_____90801_____
                                              (City)              (State)      (ZIP Code)

___(562) 743-5957_____
(Phone)

___(562) 317-8158_____
(Fax)

___dmanuel@email.com_____
(email address)

---

## ORDER

The order for restitution payment to the Petitioner is:

_____ GRANTED;    _____DENIED;

_____ In Whole;    _____In Part;

Remarks: _____

_____

_____

_____

## JUDICIAL OFFICER CERTIFICATION

I, _____, certify that the foregoing statement(s) is
(Printed/typed name of Judicial Officer)

(are) true and correct.

Executed on:

Date: _____        _____
                                      Signature of judicial officer

                                      _____
                                      Printed/typed name of judicial officer

_____
(Name of Court)

_____
(Division)

_____
(Department)

_____
(Address of Court)

_____
(City)          (State)          (ZIP Code)

_____
(Phone number)

_____
(Fax number)

_____          _____
Seal of the U. S. District Court                              (email address)

---

## CLERK'S CERTIFICATION

I, _____, Clerk, certify that this is a true and original order
           (Printed/typed name of clerk)

from the judgment of _____and copies of this order are made
                            (Printed/typed name of judicial officer)

and distributed thereof pursuant to _____.
                                         (Cite authority)

The foregoing statement(s) is (are) true and correct.

Executed on:

Date:_____          _____
                                         Signature of clerk

_____

Printed/typed name of clerk

_____

Printed/typed title of clerk

_____

Clerk's seal



**David Manuel**
PO Box 172
Long Beach, CA  90801



David Manuel
PO Box 172
Long Beach, CA 90801

TO: CLERK OF COURT
CRIMINAL DIVISION
U.S. COURTHOUSE
75 TED TURNER DR., SW
ATLANTA, GA., 30303



CLEARED DATE
MAY 16 2023
U.S. Marshals Service
Atlanta, GA 30303