## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: EQUIFAX, INC. CUSTOMER DATA SECURITY BREACHLITIGATION | MDL Docket No. 2800 |
| | Case No.: : 1:17-md-2800-TWT |
| | **CONSUMER ACTIONS** |

### DECLARATION OF CLASS MEMBER ANTHONY OLIVER

1.  I, Anthony Oliver, file this declaration in support of my Motion to vacate and enforce the judgment in this case.

2. I am currently incarcerated in the Georgia Department of Corrections, ("GDC"), and have been so for the past four years, and three months.

3. On July 19, 2022, the Georgia Court of Appeals vacated several convictions. This past Monday, I appeared in the Chatham County Superior Court and re-sentenced to five years. Under Georgia law, I am due for release any day this month.

4. While incarcerated, I do have access to the Internet, and the GDC does not provide any access. I filed a claim to the class action administration in this case to JND Legal in paper format and was received by them. In the Equifax's opposition to the Motion to

vacate the judgement, both JND LEGAL and Equifax provided false information to the Court on how they purportedly "emailed" me a deficiency claim and/or notice stating they cannot verify me as a class member authorized to receive payment. Further, JND Legal and it's president Jennifer Keough knew, and had reason to know that I was incarcerated because I sent several certified and non-certified letters to JND, and it's registered agent, Corporation Service Company in Washington State, who verified that all documents I sent by mail were transmitted to JND Legal.

5. I never consented to receiving any communications, responses, or letters to any email address.

6. To date, I have not received any funds from the settlement in this case. When my significant other reviewed the Equifax class action administration website, he entered my partial social security number, and according to the administration website and pressing enter, it says my information was impacted. So I don't see how I was not provided any funds. Lastly, I filed a claim for $ 5,046.12, and not the $ 12,000 plus dollars that JND Legal stated in their declaration.

7. In review of the opposition filed by Georgia Attorney Stuart Haskins of King & Spalding, counsel for Equifax, I reviewed several documents in which Attorney Haskins filed copies of my conditions of probation as a exhibit with this Court. Attorney Haskins intentionally refused to redact the conditions of probation under Georgia State law. Specifically, he refused to redact the names of two alleged victims of crimes, and three minor children. He then sent copies of the filings to several offender's of the GDC, and caused these un-redacted documents to be placed on the Internet exposing personal information of my children. Furthermore, by

personal knowledge, I know that Attorney Haskins is asked in the Court's cm/ecf program if the filer has redacted and given an option to click yes or no. Obviously, he elected to check the box and/or button that said "yes."

8. Prior to filing the Motion to enforce the judgement, I tried not with and without counsel to resolve this matter without this Court's intervention, but JND, and Equifax refused to meet and confer. I ask this Court to direct the parties to try and resolve this matter, or grant the underlying motion. If the Motion is denied, I have directed my counsel to file a notice of appeal to the Eleventh Circuit Court of Appeals.

Pursuant to 28 U.S.C. § 1746, I Anthony Oliver certify that the foregoing is true and correct.

Respectfully submitted,

Dated:  May 17th , 2023

_____
Anthony Oliver, Declarant

## CERTIFICATE OF SERVCE:

This is to hereby certify that a copy of the foregoing Declartion of class member Anthony Oliver was filed  with this Court via  its CM/ECF service, which will send notification  of such filing to all counsel of record in this case.

Respectfully submitted,

Dated:  May 17th , 2023

*/S/ McNeill Stokes*
McNeill Stokes
Georgia Bar Number 683600


5372 Whitehall Place SE
Mableton, GA 30126
Telephone: 404-352-2144
Email:  mcstokes@bellsouth.net