

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

**MAY 30 2023**

KEVIN P. WEIMER, Clerk
By: RBed\\ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In the matter of: | ) Case No.   1:17-md-02800-TWT<br>)<br>) [Notice filed under Title 28 USC Section<br>) 3004(a) and FRCP-Rule 5(a)(1)(E)]<br>) |
| DAVID ROWLAND MANUEL,<br>                    Petitioner | ) Notice to court<br>)<br>)<br>)<br>)<br>) |

## NOTICE

NOTICE IS GIVEN, that there were typographical errors made in the PROOF OF SERVICE. There were only 2 misprints that I want to correct by this notice. The correct statement of the PROOF OF SERVICE in my original petition, should be as the statement typed below:

"I, Petitioner, affirm that at the time of service I was at least 18 years of ***age***, and I am a party to the entitled ***action***. I served the papers by United States Postal Service mail under FRCP-Rule 5(b)(2)(C)"

Notice that the darkened and underlined words were either omitted or misprinted in the original PROOF OF SERVICE statement in my petition. I, Petitioner, apologize for the omissions and mistakes in the original statement of my petition. For the record, the Clerk of the court is advised to perform the duties by entering own motion and order of the correction, and submitting copies of this notice to the designated party or parties under FRCP-Rule 77(c)(2)(A), Rule 77(c)(2)(D), and Rule 77(d)(1).

This notice is filed under Title 28 USC Section 3004(a) and FRCP-Rule 5(a)(1)(E).

## PROOF OF SERVICE

I, Petitioner, affirm that at the time of service, I was at least 18 years of age and I am a party to the entitled action. I served this notice by United States Postal Service mail under FRCP-Rule 5(b)(2)(C)

## VERIFICATION
[Title 28 USC Section 1746(2)]

I, Petitioner, affirm that the foregoing statements are true and correct.

Executed on:

Date: __May 19, 2023__          Place: County of Los Angeles, State of California.

_David Rowland Manuel_
Signature of Petitioner Pro Se

__David Rowland Manuel__
Printed/typed name of Petitioner Pro Se

__P.O. Box 172__
(Address)

__Long Beach, California, 90801__
(City)          (State)     (ZIP Code)

__(562) 743-5957__
(Phone number)

__(562) 317-8158__
(fax number)

__davidmanuel60@mail.com__
(email address)

DAVID R. MANUEL  
P.O. BOX 172  
LONG BEACH, CA., 90801-0172

LOS ANGELES CA 900

25 MAY 2023 PM 12 L



CLEARED DATE  
MAY 3 0 2023  
U.S. Marshals Service  
Atlanta, GA 30303

TO: CLERK OF COURT  
CRIMINAL DIVISION  
U.S. COURTHOUSE  
75 TED TURNER DRIVE  
ATLANTA, GA,         30303

30303-330999