UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 01 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| In the matter of: | ) Case No. 1:17-md-02800-TWT <br> ) <br> ) [Application filed under FRCP-Rule 65(a)(1) <br> ) 65(a)(2); Rule 65(b)(1)(A) and Rule 65(b)(1)(3)] <br> ) |
| DAVID ROWLAND MANUEL, <br> Petitioner | ) <br> ) Application for preliminary injunction and tempo- <br> ) rary restraining order <br> ) <br> ) In re: EQUIFAX DATA BREACH SETTLEMENT <br> ) CASE <br> ) |

## APPLICATION

I, Petitioner, request that if I am judged in favor to be paid restitution from the EQUIFAX DATA BREACH SETTLEMENT CASE under Title 18 USC Section 2327(a) and Title 18 USC Section 3663A(a)(2), I want a preliminary injunction to be put into effect for me under FRCP Rule 65(a)(1) and Rule 65(a)(2) to prevent any type of retaliatory actions by the Defendants themselves that were charged and convicted of data security breach crimes, and I also want the same legal action put into effect against any other persons that are associated or not with the Defendants. I also want a temporary restraining order to be put into effect for me against the same Defendants and other persons associated or not with the Defendants to prevent any attemp to garnishee or encumber my restitution payment for a reason under FRCP-Rule 65(b)(1)(A) and Rule 65(b)(1)(3). The Defendants that are members of the CHINESE'S PEOPLE'S LIBERATION ARMY were charged and convicted of violating Section 32(a) of the Securities Exchange Commission Act of 1934 which is a Class 'A' misdemeanor under Title 18 USC Section 3571(c)(5) having a restitution payment amount between $10,001 up to $200,000; violation of Title 15 USC Section 78u-1 which is a Class 'B' or Class 'C' mis-

demeanor under Title 18 USC Section 3571(b)(6) having a restitution payment amount from $5,000 up to $10,000. Additional violations committed by this organization are violations of Title 5 USC Section 552a(a)(i)(1) to Section 552a(a)(i)(3) that are Class 'B' or Class 'C' misdemeanors under Title 18 USC Section 3571(c)(4) having restitution payment of $5,000 for each subsection of the title. The organization also violated Title 18 USC Section 1030 which is about computer hacking crimes that are Class 'B' or Class 'C' misdemeanor crimes under Title 18 USC section 3571(c)(4) having a restitution payment up to $10,000.

I want the restitution amount to be determined in a grand sum total for the minimum restitution amount and the maximum restitution amount based on all of the crimes, collectively, committed by the Chinese organization under Title 18 USC Section 2327(a) and Title 18 USC Section 3663A(a)(2).

In finishing this application, I just want to inform the court that I am NOT seeking restitution because of financial and/or economic losses nor am I seeking to be paid restitution based on time and money spent attempting to restore and recover myself from the data breach crimes.

## PROOF OF SERVICE

I, Petitioner, affirm that at the time service I was at least 18 years of age and I am a party to the entitled action. I served the papers by United States Postal Service mail under FRCP Rule 5(b)(2)(C)

## VERIFICATION
[Title 28 USC Section 1746(2)]

I. Petitioner, affirm that the foregoing statements are true and correct.

Date: __May 27, 2023__          Place: __County of Los Angeles, State of California__

*David Rowland Manuel*
Petitioner, Pro Se

DAVID R. MANUEL  
P.O. BOX 172  
LONG BEACH, CA., 90801

LOS ANGELES CA 900  
27 MAY 2023 PM 9 L



TO: CLERK OF COURT  
CRIMINAL DIVISION  
U.S. COURTHOUSE  
75 TED TURNER DRIVE  
ATLANTA, GA., 30303

CLEARED DATE  
JUN 01 2023  
U.S. Marshals Service  
Atlanta, GA 30303

30303-330999