IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is a MDL proceeding arising out of the Equifax data breach litigation. It is before the Court on the pro se Motion to Enforce Settlement Agreement [Doc. 1264]. Anthony Oliver and Reginald Priddy filed claims under the settlement Equifax reached with a nationwide consumer class in this MDL ("Settlement Agreement") to resolve claims arising from the cybersecurity incident that Equifax announced on September 7, 2017 ("Cybersecurity Incident" or "Data Breach"). JND, the court-appointed settlement administrator, approved and paid Priddy's claim in accordance with the terms of the Settlement Agreement. Oliver's claims, however, were denied due to his failure to provide information from which JND could match him to the class list. Both Claimants take issue with how JND resolved their claims, but they chose not to raise their issues pursuant to the claims process outlined in the Settlement Agreement. Instead, they have filed this motion in this MDL asking the Court to "vacate the settlement agreement, and enter

judgment against Equifax." In support, Claimants include a series of preposterous allegations about Equifax and JND (and JND's CEO, Jennifer Keough) that have no basis in fact and which are solely meant to intimidate and harass—conduct which is consistent with Oliver's long and well-documented history of abusing the judicial system. Claimants' Motion is frivolous, nonsensical and should be denied. At best, it appears to be a misguided attempt by Claimants to appeal JND's determination of their claims under the Settlement Agreement. But if that is their goal, the Settlement Agreement provides the exclusive remedy for raising those concerns, and the Settlement notices clearly advised them of how to do so. In any event, Claimants are not entitled to the other relief they seek—vacatur of the Settlement and a "judgment against Equifax." The Motion to Enforce Settlement Agreement [Doc. 1264] is DENIED.

SO ORDERED, this ___15th___ day of June, 2023.

_____
THOMAS W. THRASH, JR.
United States District Judge