IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT ALL CASES |

## ORDER

This is a MDL proceeding arising out of the Equifax data breach litigation. It is before the Court on the Motion to Enforce Judgment [Doc. 1266] of class member Anthony Oliver. If Oliver took issue with how his claims were adjudicated under the Settlement, the Settlement Agreement provides the exclusive mechanism to submit appeals and have disputes resolved—and, to date, Oliver has chosen not to comply with those procedures. Oliver is not entitled to any relief from this Court with respect to his Settlement claims, and he has certainly provided no basis for "vacat[ing] the settlement and enter[ing] judgment against Equifax." The Motion to Enforce Judgment [Doc. 1266] is DENIED.

SO ORDERED, this ___16th___ day of June, 2023.

THOMAS W. THRASH, JR.
United States District Judge