IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is a MDL proceeding arising out to the Equifax data breach litigation. It is before the Court on the pro se Motion to Enforce Judgment [Doc. 1271] and Motion for Preliminary Injunction [Doc. 1274]. Members of the Chinese Peoples' Liberation Party are not parties to this litigation and have not been properly served. The Motion to Enforce Judgment [Doc. 1271] and Motion for Preliminary Injunction [Doc. 1274] are DENIED.

SO ORDERED, this ___16th___ day of June, 2023.

*[signature: Thomas W. Thrash]*

THOMAS W. THRASH, JR.
United States District Judge