IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 <br> 1:17-MD-2800-TWT <br><br> CONSUMER CASES |

NOTICE REGARDING ELROY PHILLIPS'
"MOTION TO EXTEND CLAIM NOTICE DEADLINE"

The Equifax Defendants file this notice regarding the "Verified Motion to Extend Claim Notice Deadline Due to Non-Service and Excusable Neglect" filed by Elroy Phillips relating to a claim he filed under the Consumer Settlement. Dkt. 1279.

In his Motion, Mr. Phillips requested that his Settlement claim be reinstated, that he be provided notice regarding any deficiencies in his claim, and that he be given an additional 30 days to correct any such deficiencies. *Id*. at 3.

On July 26, 2023, the Settlement Administrator (JND) mailed and emailed Mr. Phillips a notice identifying deficiencies in his claim and advising him that he has an additional 30 days to correct such deficiencies.

Accordingly, Mr. Phillips has been provided the relief sought in his Motion, and his Motion is now moot.

Respectfully submitted this 31st day of July, 2023.

*/s/ Robert D. Griest*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185
John C. Toro
Georgia Bar No. 175145
Robert D. Griest
Georgia Bar No. 294216
Elijah T. Staggers
Georgia Bar No. 903746
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
estaggers@kslaw.com

*Counsel for Equifax Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I also certify I have caused to be served a true copy of the foregoing by email and U.S. Mail, postage prepaid, and addressed as follows:

> Elroy Phillips
> 1103 35th St.
> West Palm Beach, FL 33407
> ephillipslaw@gmail.com

*/s/ Robert D. Griest*
Robert D. Griest

1