IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is a MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion to Extend Claim Notice Deadline [Doc. 1279]. The Claims Administrator has given the Movant an additional 30 days to submit his claim. Therefore, the Motion to Extend Claim Notice Deadline [Doc. 1279] is DENIED as moot.

SO ORDERED, this  1st  day of August, 2023.

THOMAS W. THRASH, JR.
United States District Judge