IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

**ORDER**

This is an MDL action arising out of the Equifax data breach. It is before the Court on the Motion to Withdraw as Counsel [Doc. 1282] of Kenneth S. Canfield and his law firm, Doffermyre Shields Canfield & Knowles, LLC which is GRANTED. In doing so, the Court expresses its profound appreciation for Mr. Canfield's performance of his duties as co-lead counsel and settlement counsel in this matter which more than justified the Court's confidence in appointing him to those positions. Mr. Canfield will be missed by the Bench and Bar of this Court, but he and his partners are entitled to a well-deserved retirement.

SO ORDERED this 18th day of December, 2023.

THOMAS. W. THRASH, JR.
UNITED STATES DISTRICT JUDGE