# REQUEST FOR JUDICIAL REVIEW
## USPS CERTIFIED MAIL 9589 0710 5270 0352 0701 47

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DALE CRAWFORD
c/o 47 Radstock Avenue
Valley Stream NY [11580]
ddac24@yahoo.com

JUN 2 6 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

HON Richard B. Russell, U.S. District Court of Georgia
NY / GA / WA State Attorney General Office
Equifax Data Breach Settlement Administrator
Consumer Financial Protection Bureau (CFPB)
Equifax Inc. Executive Office

**RE: Formal Complaint Regarding Equifax Data Breach Settlement Administration**
**Case No.: 1:17-md-2800-TWT | Claim No.: PKDAZ-EGPF8**
**To the Honorable Clerk of Court for the Attention of Chief Judge Thomas W. Thrash, Jr**

To The Honorable Clerk of Court for the Attention of Chief Judge Thomas W. Thrash Jr.

I respectfully submit this letter to bring to your direct attention significant concerns regarding the administration of the Equifax Data Breach Settlement, over which the Court retains jurisdiction. My experience as a claimant raises serious questions of equity, fairness, and integrity of the claims review process administered by JND Legal Administration.

Despite my diligent efforts over the past several months to provide the Settlement Administrator with complete documentation, timely responses to all notices, and verified appeals, I received a **final settlement award of seventeen cents ($17.82)**—an amount that is not only manifestly inadequate, but also a direct insult considering the extensive damages I have incurred as a result of the Equifax 2017 breach.

**Summary of Concerns:**
1. **Lack of Transparency in Claim Denial Process:**
   My claim was initially deemed incomplete on the basis that Equifax "could not locate me in their records," despite my provision of all requested identifying information, including name, address, and Claim Number. I repeatedly sought clarification, provided follow-up documentation, and even submitted my formal appeal before the deadline of May 27, 2024.
2. **Potential Retaliation for Exercising Consumer Rights:**
   Following my formal complaints to the **Better Business Bureau** and my **state Attorney General**, I was subsequently denied a meaningful review of my claim. The trivial settlement award of $17.82 appears retaliatory in nature, raising serious questions of fairness and impartiality in the administration process.
3. **Erosion of Confidence in Court-Supervised Settlements:**
   The federal judiciary plays a critical role in ensuring that class members are treated fairly under court-approved settlements. When approved administrators engage in dismissive, opaque, or potentially retaliatory practices, it undermines public trust not only in the settlement process but in judicial oversight.

# REQUEST FOR JUDICIAL REVIEW
## USPS CERTIFIED MAIL 9589 0710 5270 0352 0701 47

4. **Significant Personal Harm from the Breach:**
   As a direct result of the Equifax breach, I experienced unauthorized use of my personal information, including issues related to identity verification, account closures, and disruptions to financial and personal security. Yet the Settlement Administrator's process seemingly ignored the substance of my submission in favor of procedural dismissal.

**Requested Action:**

In light of the above, I respectfully request that Your Honor's chambers investigate:
- Whether the Settlement Administrator, JND Legal Administration, has acted in accordance with the standards of fairness and equity required of a Court-appointed neutral.
- Whether claimants who exercised their right to complain to consumer protection agencies are being systematically disregarded or retaliated against.
- Whether an independent audit or report of the claim resolution process is warranted to restore confidence in the fairness of the Equifax Settlement.

I respectfully submit this correspondence not only on behalf of myself but also in the interest of similarly situated class members who may have been treated unfairly or arbitrarily by the claims process.

Thank you for your time, attention, and consideration of this serious matter. I trust that your oversight will help restore fairness and accountability to this important consumer protection matter.

Respectfully,

DALE CRAWFORD

cc: NYS Attorney General, GA Attorney General, WA Attorney General, CFPB, Equifax Settlement Administrator

DALE CRAWFORD
7047 Radstock Ave
Valley Stream NY [11580]

CERTIFIED MAIL
9589 0710 5270 0352 0701 47

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY 10(
JUN 23, 2025
$5.58
RDC 99        30303        S2324E501082-30

U.S. MARSHALS SERVICE
Atlanta, Georgia
JUN 26, 2025
CLEARED SECURITY

United States District Court Northern District of Georgia
Richard B Russell Federal Building & US Courthouse
75 Ted Turner Drive SW
Atlanta GA 30303