FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 3 1 2025

KEVIN P. WEIMER, Clerk
By: Matthew H, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re: Equifax, Inc. Customer Data
Security Breach Litigation MDL No. 2800
Case No. 1:17-md-02800-TWT

Elias M. Seda,
  Movant,

v.

JND Legal Administration,
  Respondents.

NOTICE OF MOTION

PLEASE TAKE NOTICE that Movant, Elias M. Seda, respectfully moves this Court for an Order enforcing the Settlement Agreement entered in this MDL proceeding. Movant requests a video or telephone hearing due to residing in New York and having limited financial means.

MOTION TO ENFORCE SETTLEMENT

Movant, Elias M. Seda, brings this Motion to Enforce the Settlement Agreement approved by this Court in the Equifax Data Breach litigation. Movant submitted a valid claim on September 8, 2019 under Claim No. PAUCM-F86PV.

Movant has suffered significant identity theft losses as a result of the data breach, including three fraudulent automobile loans opened in May 2018 totaling approximately $20,000. Movant has spent more than 100 hours disputing the fraud, contacting creditors, and attempting to repair the damage.

Despite these losses, Movant received only $7.44 as a settlement payment and did not receive the credit monitoring or identity restoration benefits promised under the settlement. Movant repeatedly contacted JND Legal Administration but received no assistance or resolution.

Movant respectfully asks the Court to enforce the settlement terms against Equifax Inc. and JND Legal Administration.

## DECLARATION OF ELIAS M. SEDA

I, Elias M. Seda, declare under penalty of perjury:

1. I am a class member in the Equifax Data Breach Settlement.
2. I submitted a claim on September 8, 2019 with Claim Number PAUCM-F86PV.
3. In May 2018, three fraudulent car loans totaling about $20,000 appeared on my credit due to the Equifax data breach.
4. I spent well over 100 hours trying to fix these fraudulent accounts, including contacting creditors, dealerships, and credit reporting agencies.
5. I only received $7.44 from the settlement.
6. I never received the credit monitoring benefits I was entitled to.
7. JND Legal Administration ignored multiple attempts I made for help.
8. I currently have extremely limited income and am disabled.
9. Everything stated here is true to the best of my knowledge.

Signed: _____
Date: _____

MEMORANDUM OF LAW

I. The Court Has Authority to Enforce Its Settlement

II. Movant Qualifies for Settlement Benefits

III. JND Legal Failed to Follow Settlement Requirements

IV. Equifax and JND Must Be Compelled to Comply

PROPOSED ORDER

The Court, having considered Movant's Motion to Enforce Settlement, ORDERS:

1. JND Legal Administration shall correct Movant's claim.
2. JND shall provide all owed settlement benefits, including credit monitoring.
3. JND and/or Equifax shall compensate Movant for documented losses.
4. A video or telephone hearing shall be scheduled if needed.

SO ORDERED.

CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Motion by First Class Mail to:

JND Legal Administration
DiCello Levitt LLC
Doffermyre Shields Canfield & Knowles, LLC
Stueve Siegel Hanson LLP

Date: _____
Signed: _____



**Certificate 1:**
From: Elias Seda, 224 S. 3rd St Apt 7#, Brooklyn, N.Y. 11211
To: Amy E. Keller, Ten North Dearborn St, Chicago, IL 60602

**Certificate 2:**
From: Elias Seda, 224 S. 3rd St Apt 7#, Brooklyn, N.Y. 11211
To: Norman E. Siegel, 460 Nichols rd, Suite 200, Kansas City, MO 64112

**Certificate 3:**
From: Elias Seda, 224 S. 3rd St Apt 7#, Brooklyn, N.Y. 11211
To: JND Legal Administration, 1100 Dexter Ave N, Suite 201, Seattle, WA 98109

**Certificate 4:**
From: Elias Seda, 224 S. 3rd St Apt 7#, Brooklyn, N.Y. 11211
To: Kenneth S. Canfield, 1355 Peachtree St, N.E., Suite 1725, Atlanta, GA 30309

10:21

< Back    **Your Equifax Settle...**    ∧  ∨

Dear ELIAS M SEDA:

The Equifax Data Breach Settlement Agreement says any remaining funds in the Consumer Restitution Fund will be distributed to Settlement Class Members with valid claims.

**You have a valid claim and are eligible for an additional payment. It will be sent to you by electronic pre-paid card.**

You will receive an email from distribution@EquifaxBreachSettlement.com the week of December 16th, 2024 with instructions to redeem your electronic pre-paid card.

For more information about the Settlement, please visit the Settlement Website at www.EquifaxBreachSettlement.com.

*This notice is from the Court-appointed Settlement Administrator (JND Legal Administration), not Equifax. Please do not contact Equifax with questions. You may contact JND by email at info@EquifaxBreachSettlement.com, by phone toll-free at 1-833-759-2982, or by mail at Equifax Data Breach Settlement, c/o JND Legal Administration, P.O. Box 91318, Seattle, WA 98111-9418.*

---

Claim filed on Sept 8 2019

Claim number PAUCM-F86PV

‹   **Equifax Data Breach**

## Compromised Email Address

lordfdr@gmail.com

## Exposed Data

Social Security #

Birthdate

Driver's license

Found on dark web
May 19, 2018

### Why am I getting this alert?

CreditWise found your email compromised on the dark web. CreditWise scans the dark web daily for your email address and SSN. If we find your information, we send you this alert so you can take action.

### What is the dark web?

The dark web is a network of websites that are hidden from search engines and only accessible with special software. Hackers and fraudsters

10:19

< Back    **Equifax Data Breach...**    ∧  ∨

# Your Additional Settlement Payment
# $7.44

### TXJHHBSSGRKR

*This email is from the official Settlement Administrator for the Equifax Data Breach Settlement. You are eligible for an additional payment from the Settlement. To redeem your additional payment, please follow the instructions below.*

## To Redeem Your Payment:

- Click the **Redeem Virtual Card** button below or visit the redemption site by clicking this URL: https://www.myprepaidcenter.com/redeem?ecode=TXJHHBSSGRKR
- Or navigate to **www.MyPrepaidCenter.com**



Oct 23, 2025

# ELIAS SEDA

# 577

Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

**NAMES REPORTED**

ELIAS SEDA

**EMPLOYMENT INFO**

PREFERRED HOME CARE

UBER

**ADDRESSES REPORTED**

224 S 3RD ST APT 7
BROOKLYN, NY
11211

 For you    Cards    Loans    Insurance    Money

Inquiry: Jul. 09. 2025

0428

# Collections

If you've fallen behind on payments, your account could be sent to collections agency. This can have a big impact on your credit score.

| | |
|---|---|
| **CREDIT COLLECTIONS**<br>Reported: Oct. 14, 2025 | **$1,577.00**<br>**Needs Attention** + |
| **AUTO LOAN COLLECTIONS**<br>Reported: Oct. 26, 2025 | **$8,000.00**<br>**Needs Attention** + |
| **AUTO LOAN COLLECTIONS**<br>Reported: Sep. 24, 2025 | **$7,000.00**<br>**Needs Attention** + |
| **AUTO LOAN COLLECTIONS**<br>Reported: Sep. 22, 2025 | **$5,000.00**<br>**Needs Attention** + |

# Public Records

Things like bankruptcies and legal judgments against you can show up on your credit reporort and do some damage to your score.

## Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $8000 | $8000 |
| Opened | May. 23, 2018 (7 yrs, 3 mos) |
| Account status | Open |
| Type | Derogatory |
| Responsibility | Individual |
| Remarks | Placed for collection |
| | Placed for collection |
| Original Creditor Name | AUTO MARKET OF FLORIDA IN FL |
| Closed | No Info |

## See an error?

**Dispute**

Reported: Sep. 24, 2025                    **Attention**

## Overview

You have **100%** left to pay on this collection.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Balance | Highest Balance |
| $7000 | $7000 |
| Opened | May 26, 2018 (7 yrs, 3 mos) |
| Account status | Open |
| Type | Placed for collection |
| Responsibility | Placed for collection |
| Original Creditor Name | WORLD CAR CENTER IN FL FL |
| Closed | No Info |

## See an error?

## Dispute

Something not right? Visit the Dispute Center to submit or check the status of an ongoing

Reported: Sept. 22, 2025 **Attention**

## Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $5000 | $5000 |
| Opened | May 29, 2018 (7 yrs, 3 mos) |
| Account status | Open |
| Type | Placed for collection |
| Remarks | Placed for collection |
| Original Creditor Name | DRIVETIME USED CARS IN FL |
| Closed | No Info |

## See an error?

## Dispute

Something not right? Visit the Dispute Center to submit or check the status of an ongoing

**This is a Court approved Legal Notice. This is not an advertisement.**

*In re: Equifax Inc. Customer Data Security Breach Litigation*,
Case No. 1:17-md-2800-TWT (N.D. Ga.)

# EQUIFAX DATA BREACH CLASS ACTION SETTLEMENT

## IF YOUR PERSONAL INFORMATION WAS IMPACTED IN THE 2017 EQUIFAX DATA BREACH, YOU MAY BE ELIGIBLE FOR BENEFITS FROM A CLASS ACTION SETTLEMENT

A class action settlement has been proposed in a case against Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC ("Equifax") relating to a data breach that Equifax announced in September 2017 (the "Data Breach"). If you are a Settlement Class Member, there will be benefits available to you from the proposed settlement. **The easiest way to submit a claim under the settlement is online at www.EquifaxBreachSettlement.com**. If you are unsure of whether you are eligible for benefits, visit the website or call **1-833-759-2982.**

In addition to other benefits, the proposed settlement requires Equifax to establish a "Consumer Restitution Fund" of a minimum of $380.5 million. The settlement relief includes:

- <u>Cash Payment for Out-of-Pocket Losses</u>: The Consumer Restitution Fund will be used to reimburse out-of-pocket losses fairly traceable to the Data Breach, including costs of credit monitoring and placing or removing a credit freeze on a credit file, up to $20,000 per person ("Out-of-Pocket Losses").

- <u>Cash Payment for Time Spent</u>: Out-of-Pocket Losses include payment for time spent remedying fraud, identity theft, or other misuse of your personal information caused by the Data Breach, or freezing or unfreezing credit reports and purchasing credit monitoring services, for up to 20 hours at $25 per hour ("Time Spent").

- <u>Cash Payment for Equifax Subscription Products</u>: Settlement Class Members who paid for Equifax credit or identity monitoring subscription products between September 7, 2016 and September 7, 2017, can receive up to 25% reimbursement for the amount they paid for services during that time ("Subscription Product Reimbursement").

- <u>Credit Monitoring Services</u>: All Settlement Class Members are eligible to enroll in at least four (4) years of Experian's credit monitoring services at no cost. The services include three-bureau daily monitoring of your credit files, a $1 million identity theft insurance policy, and other features discussed below ("Credit Monitoring Services"). You can make a claim for <u>both</u> cash payments and Credit Monitoring Services.

- <u>Cash Payment for Alternative Credit Monitoring Service</u>: If you already have some form of credit monitoring or protection, or would like to get a different credit monitoring service before submitting a claim, you may be eligible for cash up to $125 as an alternative to the free Credit Monitoring Services ("Alternative Reimbursement Compensation"). The amount that you receive may be substantially less than $125 (see Question 17).

Questions? Go to www.EquifaxBreachSettlement.com or call 1-833-759-2982

Elias Seda
224 S. 3rd St Apt 7F
Brooklyn, N.Y. 11211




Retail

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY 11211
DEC 22, 2025

30303

**$7.74**

RDC 99

S2324H500801-88



9589 0710 5270 2571 2283 09

Clerk's Office
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building & U.S. Courthouse
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

CLEARED DATE
DEC 31 2025
U.S. Marshals Service
Atlanta, GA 30303