**SUPPLEMENTAL DECLARATION OF ELIAS M. SEDA**

**IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re Equifax Inc. Customer Data Security Breach Litigation
MDL No. 1:17-md-02800-TWT

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 2 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**I, Elias M. Seda, hereby declare as follows:**

1. I am a class member and claimant in the Equifax Inc. Customer Data Security Breach Settlement. I submit this Supplemental Declaration in support of my pending **Motion to Enforce Settlement.**

2. This declaration is based upon my personal knowledge and upon information obtained through review of publicly available records and investigation conducted on my behalf.

**Use of an Unregistered Trade Name in Washington State**

3. In connection with enforcing the settlement and identifying the entity responsible for settlement administration, I caused Washington State business records to be searched.

4. That search revealed that **"JND Legal Administration"** does not appear as a registered legal entity or registered trade name in the State of Washington.

5. A search of Washington State records under the name **"JND Legal Administration"** returns no registered entity.

6. However, when the search is conducted under the name **"JND Holdings LLC,"** a registered Washington entity is identified.

7. This information was uncovered through investigation conducted by my process server/private investigator and was not apparent from any public disclosure made by the settlement administrator.

**Website Advertising Under a Different Name**

8. I also reviewed the official website used by the settlement administrator.

9. The website publicly advertises and identifies the administrator exclusively as **"JND Legal Administration."**

10. The website contains **no reference to "JND Holdings LLC,"** and does not indicate that the operations advertised under the name "JND

Legal Administration" correspond to a differently named registered entity in Washington State.

11. As a result, an individual attempting to identify the settlement administrator through the website and then locate that entity through Washington State records would find **no corresponding registered entity under the advertised name, and would only discover a different entity by searching under a separate name not disclosed on the website.**

## Pattern of Complaints and Non-Accidental Conduct

12. In determining whether my experience was an isolated issue or part of a broader practice, I reviewed publicly available consumer reviews concerning JND Legal Administration.

13. I observed **over one hundred (100) publicly available Google reviews describing substantially similar complaints, including confusion about the administrator's identity, difficulty obtaining relief, lack of resolution, and continued issues even after claimants attempted to challenge or rectify problems.**

14. I am not submitting all of these reviews individually, but reference them to demonstrate the **volume, consistency, and similarity of complaints describing the same types of issues across different claimants.**

15. Based on the number and similarity of these complaints, the conduct described does not appear to be the result of clerical error, misunderstanding, or isolated mistakes.

16. Instead, the repeated nature of the complaints suggests a **pattern of conduct, in which claimants experience confusion and difficulty that appears tied to how the administrator presents itself publicly while operating under a different registered name.**

## Relevance to Intent, Accountability, and Enforcement

17. The use of a publicly advertised name that does not appear in Washington State records, combined with operation under a differently named registered entity, has the practical effect of making it difficult for claimants to identify the responsible entity when attempting to pursue relief or accountability.

18. As reflected in the pattern of complaints, when claimants attempt to challenge or address issues, they often encounter continued difficulty rather than resolution.

19. In my view, this structure and pattern indicate **opportunistic conduct, not inadvertence, and support an inference that the confusion experienced by claimants is not accidental, but rather recurring and foreseeable.**

20. I submit this information to assist the Court in evaluating whether the settlement administrator has acted in **good faith, and whether enforcement intervention is necessary to ensure compliance with settlement obligations.**

21. This declaration is not submitted to assert an independent state-law claim, but solely to provide context relevant to the Court's consideration of settlement enforcement.

I declare under penalty of perjury that the foregoing is true and correct.

01/20/26

**Elias M. Seda**
**Claimant, Pro Se**



# COMPANY OVERVIEW

Our Founders – Jennifer Keough ("J"), Neil Zola ("N") and David Isaac ("D") – are seasoned experts with more than 80 years of collective experience in law and administration.

## WHO WE ARE

Guided by the vision and tenacity of our Founders, JND Legal Administration ("JND") has established itself as the nation's leading legal administration and litigation support services provider. Our teams leverage honed processes, industry-leading technology and JND proprietary systems to deliver superior results in all facets of legal administration related to class action, mass torts, remediation programs, eDiscovery, legal notice and more.

With more than 250 employees, JND operates out of its 35,000 square-foot headquarter office in Seattle and has additional offices in Los Angeles, Minneapolis and New York. JND works with plaintiff and defense firms, federal and state government agencies, and Fortune 500 companies. Our eDiscovery service line ("JND eDiscovery") consistently achieves RelativityOne Gold Partner status.

## RECOGNITION

Named the #1 Class Action Claims Administrator throughout our history, JND has been recognized for excellence in claims administration by leading legal publications for nine consecutive years.



2024   2023   2022   2021   2020   2019   2018   2017   2016

JNDLA.com   |   1.800.207.7160   |   info@JNDLA.com



> "Good work gets more work."
> — JENNIFER KEOUGH

**JND Overview**

**450** MILLION + CLAIMS PROCESSED | **5** BILLION + DOLLARS IN DISTRIBUTION | **1500** USERS TRAINED IN JND'S RELATIVITYONE ENVIRONMENT | **3** PATENTED eDISCOVERY APPLICATIONS

## HOW WE DO IT

The principals at JND have overseen many of the largest and most complex class action, mass tort and remediation cases in U.S. history. As the majority of our clients come as referrals, client delivery and a commitment to superior results will always remain central to our approach. As Jennifer Keough likes to say, "Good work gets more work."

## OUR CULTURE

Committed to diversity and inclusion, JND is proud to have an executive leadership team comprising more women than any of our competitors. Fifty-one percent of JND staff are women and more than 40% identify as an ethnic minority.

## OUR TECHNOLOGY

JND's data security posture and state-of-the-art technology are key differentiators that strengthen and support all areas of our business. We incorporate the latest developments in technology into our practice, engineering proprietary systems and developing custom solutions to serve our clients.

Protecting the confidentiality, integrity and availability of client data is of the utmost importance to JND. Our systems and technology solutions are AICPA SOC 2-certified, and compliant with the Gramm-Leach-Bliley Act (GLBA), California Consumer Privacy Act (CCPA), HIPAA and HITECH, and FISMA.



- CLASS ACTION ADMINISTRATION
- eDISCOVERY
- GOVERNMENT SERVICES
- HEALTHCARE SOLUTIONS
- LEGAL NOTICE PROGRAMS
- MASS TORT & LIEN RESOLUTION

**CONTACT:** JNDLA.com   800.207.7160   info@JNDLA.com
**CONNECT:** /jnd-legal-administration   /jnd_la



## Business Information

**BUSINESS INFORMATION**

Business Name:

**JND HOLDINGS LLC**

UBI Number:

**604 015 356**

Business Type:

**FOREIGN LIMITED LIABILITY COMPANY**

Business Status:

**ACTIVE**

Principal Office Street Address:

**1201 2ND AVE, SUITE 3400, SEATTLE, WA, 98101-3045, UNITED STATES**

Principal Office Mailing Address:

**8125 SEDGWICK WAY, MEMPHIS, TN, 38125-1128, UNITED STATES**

Expiration Date:

**10/31/2026**



4:40 



10/31/2026

Jurisdiction:

**UNITED STATES, DELAWARE**

Formation/ Registration Date:

**10/25/2016**

Period of Duration:

**PERPETUAL**

Inactive Date:

Nature of Business:

**HOLDING COMPANY**

### REGISTERED AGENT INFORMATION

Registered Agent Name:

**CORPORATION SERVICE COMPANY**

Street Address:

**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

Mailing Address:

**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

ccfs.sos.wa.gov



**Mailing Address:**

300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES

### GOVERNORS

| Title | Governors Type | Entity Name |
|---|---|---|
| GOVERNOR | INDIVIDUAL | |
| GOVERNOR | INDIVIDUAL | |
| GOVERNOR | INDIVIDUAL | |

Success!   CLOUDFLARE
Privacy · Terms

Back

Filing History   Name History   Print

Return to Business Search

ccfs.sos.wa.gov









K




**Katrina D**
Local Guide · 31 reviews
★★★★★ 2 months ago

They tell you are ineligible for a class action lawsuit claim. Make the response deadline less and mailing date seperation such a small window that it is impossible to meet the deadline. You can only respond via mail making it a huge pain. They give you no reason for the rejection. Basically a SCAM a FRAUD

♡  ♥ 1

**Ms Austin**
Local Guide · 52 reviews · 53 photos
★★★★★ Edited 5 months ago

They are frauds! I contacted them concerning the Equifax Data Breach. filled out the claim and submitted it. when I reached out to them for an update, they say that they can't find a claim. I keep calling back to get multiple … More

♡  ♥ 7

**Sharon**
Local Guide · 23 reviews · 18 photos
★★★★★ 6 months ago

I had to submit evidence to correct the misinformation they had in my personal BCBS settlement claim. I did so following the website

🔍 jnd legal administration reviews



Motion to enforce settlement
Elias M Seda
VS
JND Legal administration
Case No: 1:17-md-02800-TWT
Service has Been Corrected (!?)

Elias Seda
224 S. 3rd St Apt 7#
Brooklyn, N.Y. 11211

JND Legal Administration
1100 Dexter ave N, Suite 201
Seattle, WA 98109

-R-T-S-  98109-RFS-4N    01/06/26
POSTAGE DUE = $ .
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

*R F S*

DEC 22, 2025
$1.85

**UNITED STATES POSTAL SERVICE®** — Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Elias M Seda
224 S. 3rd St Apt 7A
Brooklyn, N.Y. 11211

To: JND Legal Administration
1201 2nd Ave, Suite 340
Seattle, WA 98101

PS Form 3817, April 2007 PSN 7530-02-000-9065

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY 11211
JAN 20, 26
AMOUNT
$2.40
S2324H500801-36

Elias Seda
224 S. 3rd St Apt 7#
Brooklyn, N.Y. 11211

Clerk's Office U.S. District Court
2211 US Courthouse, 75 Ted Turner Drive SW
Atlanta, GA 30303-3309



