IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800 1:17-md-2800-TWT ALL CASES |

### ORDER

This is an MDL proceeding arising out of the Equifax data breach. This is an action.   It is before the Court on the Motion to Enforce Settlement [Doc. 1285] by Elias Seda. Movant has received the benefits for which he claimed and was entitled to receive. As Movant never made a claim for credit monitoring, Out-of-Pocket Losses, or Time Spent, Movant is ineligible under the Settlement to seek or receive these benefits now. However, any Settlement Class Member is eligible for free assisted restoration services to help remedy the effects of identity theft and fraud. Those services are available for 7 years after January 11, 2022. The Motion to Enforce Settlement [Doc. 1285] by Elias Seda is DENIED.

SO ORDERED, this ___2nd___ day of April, 2026.

THOMAS W. THRASH, JR.
United States District Judge

\