IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

### ORDER

This is an MDL action arising out of the Equifax data breach.   It is before the Court on the Motion to Proceed in Forma Pauperis [Doc. 1286] of Elias Seda which is DENIED as moot.

SO ORDERED, this ___6th___ day of May, 2026.

THOMAS W. THRASH, JR.
United States District Judge