OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303

———————

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 09 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ATLANTA GA RPDC 302

3 APR 2026 PM 3 L

**US POSTAGE** PITNEY BOWES

ZIP 30303 $ 000.74⁰
02 7W
0008042126 APR 02 2026

FIRST-CLASS

CLEARED DATE TWT

JUN 09 2026

U.S. Marshals Service
Atlanta, GA 30303

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 30303330999    *0509-04979-16-29

**Case: 1:17-md-02800-TWT**

Elias M. Seda
224 3rd St, Apt #7
Brooklyn, NY 11211

_____

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

## Orders on Motions

1:17-md-02800-TWT IN RE: EQUIFAX, INC.,
Customer Data Security Breach Litigation
**CASE CLOSED on 04/13/2022**

4months,CLASS,CLOSED,PROTO,SUBMDJ

### U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 4/2/2026 at 2:46 PM EDT and filed on 4/2/2026
**Case Name:**      IN RE: EQUIFAX, INC., Customer Data Security Breach Litigation
**Case Number:**    1:17-md-02800-TWT
**Filer:**
**WARNING: CASE CLOSED on 04/13/2022**
**Document Number:** 1290

**Docket Text:**
**ORDER DENYING Elias Seda's [1285] Motion to Enforce Settlement. Signed by Judge Thomas W. Thrash, Jr. on 4/2/2026. (tcc)**

**1:17-md-02800-TWT Notice has been electronically mailed to:**

Aaron Blumenthal     ab@classlawgroup.com

Aaron M. Danzig     aaron.danzig@agg.com, andrea.gossmann@agg.com, brianna.ohonba@agg.com, christen.stricklin@agg.com, karina.desouza@agg.com

Aaron M. Olsen     aarono@haelaw.com, nadiak@haelaw.com, winkyc@haelaw.com

Adam Cooke     adam.a.cooke@hoganlovells.com

Adam C. Belsky     adam@grossbelsky.com

Adam E. Polk     apolk@girardsharp.com, 3768906420@filings.docketbird.com, avongoetz@girardsharp.com

Adam E. Schulman     shuyande24@gmail.com, ted.frank@hlli.org

Adam J. Levitt     alevitt@dicellolevitt.com, 5525369420@filings.docketbird.com, dlgchicago@dicellolevitt.com

Adam P. Plant     aplant@battlewinn.com, arodgers@battlewinn.com, lspice@battlewinn.com

Alan M. Briskin     abriskin@briskinlaw.com, kbriskin@briskinlaw.com, lday@briskinlaw.com, rpotts@briskinlaw.com, scourtney@briskinlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. This is an action. It is before the Court on the Motion to Enforce Settlement [Doc. 1285] by Elias Seda. Movant has received the benefits for which he claimed and was entitled to receive. As Movant never made a claim for credit monitoring, Out-of-Pocket Losses, or Time Spent, Movant is ineligible under the Settlement to seek or receive these benefits now. However, any Settlement Class Member is eligible for free assisted restoration services to help remedy the effects of identity theft and fraud. Those services are available for 7 years after January 11, 2022. The Motion to Enforce Settlement [Doc. 1285] by Elias Seda is DENIED.

SO ORDERED, this ___2nd___ day of April, 2026.

THOMAS W. THRASH, JR.
United States District Judge