# **<u>Exhibit F</u>**

| | |
|---|---|
| **From:** | Amy Keller[akeller@dicellolevitt.com] |
| **Sent:** | Sun 7/21/2019 1:55:06 AM (UTC) |
| **To:** | Sumner, Phyllis[PSumner@KSLAW.com] |
| **Cc:** | Adler, Elizabeth[eadler@kslaw.com]; Ken Canfield[kcanfield@dsckd.com]; Slegel[siegel@stuevesiegel.com]; Cam Tribble[ctribble@barneslawgroup.com] |
| **Subject:** | RE: JND Contract |

Phyllis,

We do not object to this agreement.

 Amy E. Keller

**DICELLO LEVITT GUTZLER**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Sumner, Phyllis <PSumner@KSLAW.com>
**Sent:** Saturday, July 20, 2019 6:36 PM
**To:** Amy Keller <akeller@dicellolevitt.com>
**Cc:** Adler, Elizabeth <eadler@kslaw.com>
**Subject:** JND Contract

Here you go. Thanks for reviewing so we can get it done.

─────

**Phyllis B. Sumner**
*Partner*

T: +1 404 572 4799  |  E: psumner@kslaw.com  |  www.kslaw.com

**BIO**  |  **vCARD**

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309

KING & SPALDING

**From:** Sumner, Phyllis
**Sent:** Saturday, July 20, 2019 6:29 PM
**To:** Amy Keller <akeller@dicellolevitt.com>

**Subject:** RE: Minor Claim Form

I will send it to you shortly. Thanks.

———

**Phyllis B. Sumner**
*Partner*

T: +1 404 572 4799  |  E: psumner@kslaw.com  |  www.kslaw.com

**BIO**  |  **vCARD**

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309

### KING & SPALDING

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Saturday, July 20, 2019 6:19 PM
**To:** Sumner, Phyllis <PSumner@KSLAW.com>
**Subject:** RE: Minor Claim Form

Can you all send me the final version of the vendor agreement so that I can confirm what they're signing?


Amy E. Keller

**DICELLO LEVITT GUTZLER**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Sumner, Phyllis <PSumner@KSLAW.com>
**Sent:** Saturday, July 20, 2019 5:00 PM
**To:** Amy Keller <akeller@dicellolevitt.com>
**Subject:** RE: Minor Claim Form

Just tried to call you to see if you can let JND know it is fine to sign the vendor agreement. We need to get that done to move forward with the look up tool. We can keep working on side letter issues as needed.

———

**Phyllis B. Sumner**
*Partner*

T: +1 404 572 4799  |  E: psumner@kslaw.com  |  www.kslaw.com

**BIO**  |  **vCARD**

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309

KING & SPALDING

Non-Pertinent Material Omitted