# Exhibit G

**From:** Amy Keller[akeller@dicellolevitt.com]

**Sent:** Sun 7/21/2019 2:10:32 AM (UTC)

**To:** Neil Zola[Neil.Zola@jndla.com]; Jennifer M. Keough[Jennifer.Keough@jndla.com]

**Subject:** RE: JND Contracts

Correct.  No objection to the general services agreement.  And, although we don't like it, no current objection to the side letter.  But let's just hope that we never have any kind of termination event that would blow the settlement up so that we never have to worry about it.

Thanks so much for your hard work on all of this.

Any sense of timing for seeing an updated version of the bigger website?  I know you guys are drinking from the fire hose right now, so I'm just asking to get a sense of when I should be looking and otherwise available should you have questions.  I'm available 24/7 from this point until 11 am EDT Monday for y'all.

 Amy E. Keller

**DICELLO LEVITT GUTZLER**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Neil Zola <Neil.Zola@jndla.com>
**Sent:** Saturday, July 20, 2019 9:07 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Jennifer M. Keough <Jennifer.Keough@jndla.com>
**Subject:** RE: JND Contracts

Thanks.  Just to be clear, based on the attached emails it does not appear that you are objecting to the side letter either.  We have not received that yet.  But we will sign once we receive this as long as you have no objection.

Neil Zola
EXECUTIVE CO-CHAIRMAN/FOUNDER
JND Legal Administration | 500 Mamaroneck Avenue, Suite 320, Harrison, NY 10528
o: 800.207.7160 | m: 516.643.4211 | Neil.Zola@jndla.com | www.jndla.com |
LinkedIn.com

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Saturday, July 20, 2019 9:56 PM
**To:** Neil Zola <Neil.Zola@jndla.com>; Jennifer M. Keough <Jennifer.Keough@jndla.com>
**Subject:** JND Contracts

We are not objecting.  Thank you for giving us a heads-up.



Amy E. Keller

**DICELLO LEVITT GUTZLER**

Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.