**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT ALL ACTIONS Chief Judge Thomas W. Thrash, Jr. |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO DISCLOSE INFORMATION RELATED TO LEGAL ADMINISTRATION**

Class Counsel, on behalf of Plaintiffs and the Settlement Class, respectfully move the Court for a seven-day extension of time to file Plaintiffs' Reply In Support of Motion for Order to Disclose Information Related to Legal Administration. That Motion's Respondent, JND Legal Administration ("JND"), does not oppose this requested extension.

1. Plaintiffs' filed their Motion for Order to Disclose Information Related to Legal Administration on July 10, 2026. *See* Doc. 1293

2. JND filed its Response of Non-Party to Plaintiff's Motion for Order to Disclose Information on July 24, 2026. *See* Doc. 1294.

3. Per Local Rule 7.1(c), a Reply Brief would be due on August 7, 2026.

1

4. Plaintiffs respectfully request a seven-day extension of time—through and including August 14, 2026—to file their Reply In Support of Motion for Order to Disclose Information Related to Legal Administration.

5. Class Counsel has conferred with counsel for JND, who do not oppose this request.

6. The requested extension will not prejudice any affected parties, including JND, nor will it affect any other deadlines.

WHEREFORE, Plaintiffs respectfully request that the Court extend Plaintiffs' Reply In Support of Motion for Order to Disclose Information Related to Legal Administration by seven (7) days, through and including August 14, 2026.  A Proposed Order is attached as Exhibit A.

Dated: August 5, 2026.

Respectfully submitted,

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
J. Cameron Tribble
Ga. Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com
ctribble@barneslawgroup.com

*/s/Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*/s/ Amy E. Keller*
Amy E. Keller
**DiCELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

***Consumer Plaintiffs' Counsel***

3

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this document has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
J. Cameron Tribble
Ga. Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com
ctribble@barneslawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 5th day of August, 2026.

I also certify that a copy of the foregoing was sent to counsel for JND Legal Administration via electronic mail this 5th day of August, 2026.

<u>/s/ Roy E. Barnes</u>
Roy E. Barnes
Ga. Bar No. 039000
J. Cameron Tribble
Ga. Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com
ctribble@barneslawgroup.com

5