**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800 No. 1:17-md-2800-TWT ALL ACTIONS Chief Judge Thomas W. Thrash, Jr. |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO DISCLOSE INFORMATION RELATED TO LEGAL ADMINISTRATION**

This matter is before the Court on the Plaintiffs' Unopposed Motion to Extend Time for Plaintiffs' Reply In Support of Motion for Order to Disclose Information Related to Legal Administration. Having considered the motion, its lack of opposition, and for good cause shown, the Court finds that the motion should be GRANTED. It is hereby ORDERED as follows:

1.     The deadline for Plaintiffs to file any Reply In Support of Motion for Order to Disclose Information Related to Legal Administration shall be on or before August 14, 2026.

IT IS SO ORDERED this ___ day of August, 2026.

_____
Honorable Thomas W. Thrash, Jr.
United States District Court Judge

6