**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Equifax Inc. Customer Data Security Breach Litigation | MDL Docket No. 2800<br>No. 1:17-md-2800-TWT<br><br>ALL ACTIONS<br><br>Hon. Judge Thomas W. Thrash, Jr. |

**RESPONSE TO ELIAS SEDA'S MOTION FOR JUDICIAL REVIEW OF SETTLEMENT ADMINISTRATION**

The Court has previously denied a motion by Elias Seda concerning benefits under the Settlement for which he never submitted a claim. ECF No. 1290. Now, Mr. Seda seeks additional relief which is not provided under the Settlement. ECF No. 1298.

Leonard Greene, the Asstant Director at JND Legal Administration, LLC, has previously submitted a declaration concerning Mr. Seda's claim filing history. *See* ECF No. 1287-1. Mr. Seda received both an initial payment on January 4, 2023, and a pro rata payment on December 20, 2024. *Id.* ¶¶ 6-9. He did not submit a claim during the Extended Claims Period. *Id.* ¶¶ 11. He remains eligible for free assisted identity restoration services through January 11, 2029. *Id.* ¶ 12.

Mr. Seda's claim was reviewed and processed in accordance with the established Equifax Data Breach Settlement procedures. The Settlement does not afford Mr. Seda the additional relief which he seeks. His second motion should be denied.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel. 770.227.6375
roy@barneslawgroup.com

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. 816.714.7100
siegel@stuevesiegel.com

*/s/ Amy Keller*
Amy Keller
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

***Consumer Plaintiffs' Counsel***

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document has been prepared in compliance with Local Rules 5.1 and 7.1.

*/s/ Amy Keller*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 2nd day of October 2026.

I also certify that a copy of the foregoing was sent to the Movant this 2nd day of October 2026 via electronic mail.

*/s/ Amy Keller*